# United States' Phase Two Offer of Proof Exhibit 11
# Designations from Volumes 1-2 of Deposition of Tony Liao

Page 7:07 to 7:09

00007:07  TONY T. LIAO, Ph.D.,
     08  having been first duly sworn, testified as
     09  follows:


Page 9:11 to 9:19

00009:11  MR. EHRLICH:  And, Counsel, can I
     12  just raise an issue?  Dr. Liao is wearing a
     13  hearing aid to assist his hearing.  So from time
     14  to time, either Tony or I may ask you to repeat a
     15  question, but -- usually he can hear the question,
     16  but there may be times where that will become an
     17  issue and we'll let you know.
     18               MS. ENGEL:  Okay.
     19               THE WITNESS:  Thank you.


Page 10:03 to 10:24

00010:03       Q.  Sir, let me talk a little bit about
     04  your -- your background this morning.  You have a
     05  Ph.D., correct?
     06       A.  Correct.
     07       Q.  In what discipline?
     08       A.  Petroleum engineering.
     09       Q.  And when did you receive that degree?
     10       A.  1991.
     11       Q.  From what university?
     12       A.  The University of Tulsa.
     13       Q.  Did your Ph.D. studies have any particular
     14  focus within the field of petroleum engineering?
     15       A.  Yes, it does.
     16       Q.  What was that?
     17       A.  It is the intermittent gas lift.
     18       Q.  Intermittent gas lift?
     19       A.  Correct.
     20       Q.  What does that mean to a layperson like
     21  me?
     22       A.  Short answer or long answer?
     23       Q.  Let's try the short one first.
     24       A.  Okay.  Short one first.


Page 11:01 to 11:25

00011:01       A.  When the oil is not able to flow in the
     02  life of the oil production, we have many ways to
     03  help the oil to flow.  One way is to do the gas
     04  lift.  The gas lift is to inject the gas into the
     05  annular so that the gas will help the oil to flow
     06  out easily.  So that's called a gas lift.  We can
     07  continuously do that.  That's called a continuous
     08  gas lift.

```
09              For some of the well, the supply, the
10  inflow from the reservoir is so low that we -- we
11  cannot continuously inject the gas.  Because if we
12  do that, we would have wasted the gas.  So we
13  wouldn't wait for the reservoir to build some
14  liquid, and then we put it lifting gas to help it
15  come out so we do that intermittently.  So that is
16  called intermittent gas lift.
17        Q.  (BY MS. ENGEL)  Okay.  Are there other
18  forms of artificial lift that you've studied?
19        A.  Yes, there are.
20        Q.  What are some of those?
21        A.  Continuous gas lift.  ESP, standing for
22  electronic submersible pump.
23        Q.  Electronic submersible pump?
24        A.  Correct.
25              Plunger lift.
```

Page 12:04 to 12:04

```
00012:04     A.  Sucker rod pumping system.
```

Page 12:09 to 12:09

```
00012:09     A.  And a progressive cavity pump.
```

Page 12:13 to 13:02

```
00012:13  Were you a full-time Ph.D. student,
14  Dr. Liao?
15        A.  No.  I was -- I was -- I was working
16  part-time at that -- at that time.
17        Q.  What was your employment at that time?
18        A.  I was working at a firm called a computer
19  enhanced artificial lift consultant in Tulsa,
20  Oklahoma.
21        Q.  Did you have degrees prior to your Ph.D.
22  that focused on artificial lift, as well?
23        A.  Yes.
24        Q.  And what were those degrees?
25        A.  The master degree from Tulsa University
00013:01  and a bachelor's degree from Southwest Petroleum
02  Institute in China.
```

Page 13:06 to 13:22

```
00013:06     Q.  (BY MS. ENGEL)  And were both of those
07  petroleum engineering degrees?
08        A.  Yes, they were.
09        Q.  Okay.  Did you have any other focuses
10  during either your master studies or your
11  undergraduate studies, if that's what you call it
12  in China?
```

13      A.  No.  Petroleum engineering, and that's my
14  main focus.
15      Q.  And when did you receive those degrees,
16  your bachelor's and your master's?
17      A.  The bachelor was in 1982.  Master, the
18  year -- year, I need to -- I need to look it up.
19  I don't -- don't -- don't remember from my -- the
20  top of my head now.
21      Q.  Somewhere between 1982 and 1989?
22      A.  Absolutely.


Page 13:24 to 18:18

00013:24  Were you a full-time student for both
25  your master's program and your bachelor's program?
00014:01      A.  For my bachelor program, I was.  For my
02  master program, on certain point of the time
03  before I finish my master program, I started work.
04      Q.  At that same company you --
05      A.  Yes, same company.
06      Q.  -- you described before?
07          What year did you begin working
08  there?
09      A.  It is not clear to me now; but it should
10  be around sometime 1987, I would say.
11      Q.  Do you have any other formal education
12  that we haven't discussed yet?
13      A.  Define "formal education."
14      Q.  I would -- I guess I would say after high
15  school, any certificate -- any certificates or,
16  you know, other -- other engineering training that
17  we haven't discussed?
18      A.  Well, some engineering training and some
19  self-training and normal typical on-the-job
20  training programs.
21      Q.  Okay.  Outside of your regular course of
22  employment, do you have any --
23      A.  No.
24      Q.  -- formal training?
25      A.  No.
00015:01      Q.  Okay.  Are you currently employed by BP,
02  Dr. Liao?
03      A.  Yes, I am.
04      Q.  Okay.  I probably should have had -- shown
05  this you before, and it would have made some of
06  those dates a little bit easier.  But I think we
07  have a copy of your resumi here that we're going
08  to hand to you.
09      A.  Okay.
10      Q.  This is Tab 13 -- Tab 113, and it's
11  Exhibit 11132.
12          (Marked Exhibit No. 11132.)
13      Q.  (BY MS. ENGEL)  And there's actually a
14  cover E-mail here and then two attachments, the
15  first of which I believe is your resumi and the

```
16    second of which is something called your personal
17    development plan, I believe.
18         A.  Okay.
19         Q.  Is this E-mail and the attachments
20    familiar to you?
21              MS. ENGEL:  And just for the record,
22    the -- the cover E-mail is dated February 3rd,
23    2011, from Dr. Liao to someone named Martina
24    Yevel, and the subject is "Leadership Development
25    Assessment."
00016:01   A.  Yes.  By looking at this quickly, it -- it
02    does look familiar.
03         Q.  (BY MS. ENGEL)  Okay.  So this is an --
04    Attachment 1 here is a copy of your resumi?
05         A.  Correct.
06         Q.  Okay.  Did you create this document,
07    presumably?
08         A.  I did.
09         Q.  Okay.  Now, I want to look at the -- the
10    first page of that resumi under the heading
11    "Experience."  It says:  "July '08 - present:
12    Senior Petroleum Engineer, Base Management Team,
13    BP EPT, Houston, Texas."
14              Did I read that correctly?
15         A.  Yes, you did.
16         Q.  And is the reference to "present" here on
17    or about February 2011, the date of this cover
18    E-mail?
19         A.  Can you say your question again?
20         Q.  Where you refer to the senior petroleum
21    engineer position being from July 2008 to the
22    present, is the present approximately February
23    2011 -- is that when --
24         A.  Correct.
25         Q.  Okay.  Now, the first bullet under that --
00017:01   that heading of Senior Petroleum Engineer for the
02    Base Management Team says, quote:  "Served as a
03    core team member in the GoM Accident Management
04    Team.  Led the efforts in evaluating well
05    responses with different options to control the
06    leakage of the Macondo incident.  This teamwork
07    provided incident management team with the
08    critical information to evaluating different
09    options and making timely decisions to bring the
10    well under control."
11              Did I read that right?
12         A.  Yes, you did.
13         Q.  Okay.  So is this the position, senior
14    petroleum engineer for the base management team in
15    Houston -- is that the position that you held for
16    the entirety of the work you did on the Macondo
17    response?
18         A.  Yes.
19         Q.  What were your job duties in this
20    position, generally speaking, not limited to the
```

```
21  Macondo work?
22      A.  My job description not limited to Macondo
23  Well?
24      Q.  Correct.
25      A.  Okay.  I'm in the -- in the EPT -- that
00018:01  stands for Exploration and Production
02  Technology -- group.  And my job was to provide
03  technical service to our assets team.  That means
04  anybody from our work in our operation could come
05  to ask me for help in production optimization, in
06  our work performance, so on and so forth.
07      Q.  Okay.  What sort of technical assistance
08  would you provide?
09      A.  The technical service I provided include
10  help them understanding the work performance,
11  optimize the work performance.
12      Q.  What tools would you employ to help people
13  understand well performance?
14      A.  We have a program sheet, that is from the
15  Petroleum Expert, the company that is from the UK.
16  The program we use include PROSPER, for well; GAP,
17  for the service network, production network; MBAL,
18  stand for material balance for reservoir.
```

Page 18:24 to 20:11

```
00018:24      Q.  (BY MS. ENGEL)  And that's for reservoir,
25  you said?
00019:01      A.  Yes.
02      Q.  And it stands for material balance?
03      A.  Correct.
04      Q.  Okay.  And the company you said was
05  petroleum --
06      A.  Expert.
07      Q.  -- experts.  And that's -- is that also
08  abbreviated Petex --
09      A.  Petex.
10      Q.  -- P-E-T-E-X?  Okay.
11      A.  Yes.
12      Q.  Are there any other modeling programs
13  that -- or modeling software that you employed in
14  this position?
15      A.  In the last few years, these are the
16  primary program, primary tool we use.  Sometimes
17  we do have some special tool, and that is with
18  some other consulting company working with us that
19  may shoot for purpose applications.
20      Q.  I think the other general job duties that
21  you had was maximizing well performance; is that
22  right?
23      A.  Correct.
24      Q.  Are these the same tools that you would
25  use to maximize well performance?
00020:01      A.  Yes.  They are.
02      Q.  Are you currently in this position of
```

03  senior petroleum engineer at the -- for the base
04  management team in Houston?
05        A.  No.  I'm not.
06        Q.  What is your current position?
07        A.  My current position is production
08  optimization lead.
09        Q.  Production optimization lead?
10        A.  Yes.
11              In BP Azerbaijan.


Page 20:14 to 20:16

00020:14        Q.  When did you -- when did you start in that
      15  position?
      16        A.  I start in that position April 2011.


Page 20:23 to 23:19

00020:23        Q.  So having taken a quick look at this
      24  resumi, would you say that this is a fair
      25  representation of your work experience from --
00021:01  let's see -- 1982 or so?  If you flip to the page
      02  ending 1101.  See the numbers in the bottom right
      03  hand?
      04              So is this a fair representation of
      05  your work experience from approximately 1982 to
      06  the -- to February of 2011?
      07        A.  Yes.
      08        Q.  Okay.  Now, I want to walk through just a
      09  few specific items in this document in your
      10  resumi.  And if you flip first to the last page
      11  which ends 1102.  It's that one that's mostly
      12  white on the bottom.  I think you were there a
      13  second ago.
      14        A.  All right.
      15        Q.  Yep.  And it actually -- the header for
      16  this part that I want to talk to you about is on
      17  the page prior.  It's computer skills.
      18        A.  Okay.
      19        Q.  And under "Computer Skills," it says,
      20  quote:  "Programs used:  PROSPER, GAP, MBAL," and
      21  then there are a number of other programs here
      22  that you didn't mention.
      23              Are any of these programs used for
      24  well optimization?
      25        A.  Yes.  Some of those program are used --
00022:01  frequently used.
      02        Q.  Which ones?
      03        A.  Like WellFlo, for example; and that's for
      04  well optimization, as well.
      05        Q.  What about VIP?  What is that?
      06        A.  VIP, that's the reservoir simulator.  I
      07  took the training.
      08        Q.  When did you take that training?

```
09        A.  I don't recall.  It's -- it's -- it's been
10  awhile.
11        Q.  More than five years ago, would you say?
12        A.  Definitely.  Definitely.
13        Q.  Okay.  In the 1990s?
14        A.  Probably so.  That's -- that's, I
15  remember, is after the BP and Amoco merged.
16        Q.  Okay.  And what year was that?
17        A.  That's 1998, I believe.
18        Q.  Okay.  PIPESIM, what is that software used
19  for?
20        A.  That is a well -- that's a well
21  performance optimization program, as well.
22        Q.  Are you familiar with the OLGA software?
23        A.  I took the training.  I'm familiar with
24  it.
25        Q.  What is the OLGA software used for?
00023:01        A.  OLGA software is for modeling the dynamic
02  performance of the well.
03        Q.  Is that different -- is modeling the
04  dynamic performance of the well different in some
05  way from the other types of modeling that we've
06  talked about?
07        A.  Very much so.
08        Q.  How so?
09        A.  The dynamic performance is looking at the
10  variable change over the time.  What other
11  software we look at is just a snapshot in time.
12        Q.  What about a well might change over time
13  that OLGA examines?
14        A.  For example, when the work started and if
15  we open the well -- open the choke and the -- the
16  pressure would change, the production grid would
17  change, OLGA is -- is able to model that.
18        Q.  Are there any -- any other ways that OLGA
19  differs from PROSPER, for instance?
```

Page 23:21 to 23:25

```
00023:21        Q.  (BY MS. ENGEL)  I'm interested not in the
22  particular, you know, inputs or outputs or the way
23  the model itself is set up.  I'm interested in
24  more what you use it for, if that clarifies my
25  question.
```

Page 24:02 to 24:04

```
00024:02        A.  Thank you.  The main -- main difference is
03  the dynamic -- dynamic performance of the well was
04  static and, again, just a snapshot in time.
```

Page 24:11 to 25:07

```
00024:11        Q.  Okay.  That's fair.  When did you take
      12  that OLGA training?
      13        A.  That was sometime in 2008, I believe.
      14        Q.  So the -- the programs used that you list
      15  here, are these programs that you consider
      16  yourself to be proficient in?
      17        A.  I would say knowledgeable and the -- the
      18  order goes from what I listed.
      19        Q.  So the programs listed towards the
      20  beginning -- PROSPER, GAP, MBAL -- you're more
      21  familiar with and comfortable with and use more
      22  frequently than the ones towards the end of the
      23  list?
      24        A.  Correct.
      25        Q.  Okay.  And you didn't list OLGA here,
00025:01  right?
      02        A.  Right.
      03        Q.  Is there any particular reason you didn't
      04  list it?
      05        A.  I can't recall in this moment.
      06        Q.  Okay.
      07        A.  As I said, I might have should have.
```

## Page 25:09 to 29:13

```
00025:09  What about the PVTsim program?  I
      10  don't see that listed here, either.  Are you
      11  familiar with that program?
      12        A.  No.
      13        Q.  No.  Have you heard of it?
      14        A.  Yes.
      15        Q.  Do you know what it's used for?
      16        A.  Yes.
      17        Q.  What is it used for?
      18        A.  It is used to categorize the period
      19  reservoir fluid and the name of the
      20  categorization, and it can be used to generate
      21  model or output black oil data for the programs
      22  such as PROSPER.
      23        Q.  So it -- it can be used to generate black
      24  oil tables?
      25        A.  Correct.
00026:01        Q.  Are there any other programs listed here
      02  on your risumi that are used to characterize
      03  reservoir fluid?
      04        A.  PVTP.
      05        Q.  Is that part of the same Petex software
      06  suite?
      07        A.  Yes.
      08        Q.  Okay.  So that's the suite of software
      09  that you're most familiar with?
      10        A.  That's right.
      11        Q.  Does PVTP have the same capabilities of
      12  PVTsim, the same capabilities that you've
      13  described?
```

```
14        A.  Similar.
15        Q.  Okay.  Why don't you describe for me what
16  you used PVTP for.
17        A.  Use PVTP to categorize the fluid and to
18  match the -- the data from the lab report and to
19  tune the model, to tune the equation of the SEM
20  model; and then afterwards, you can use it to
21  output the equation of the SEM model for other
22  program to use as the program such as PROSPER and
23  MBAL or output black oil table for those programs
24  such as, again, PROSPER and MBAL to use, as well.
25        Q.  So PVTP can output both an equation of
00027:01  state and the black oil table?
02        A.  Correct.
03        Q.  Okay.  Do you recall which of these
04  programs you used in your Macondo work?
05        A.  I didn't use the out- -- our fluid and
06  property expert.  I used the PVTsim.
07        Q.  Your fluid properties expert, is that
08  Dr. Yun Wang?
09        A.  Correct.
10        Q.  And speaking more generally now about all
11  of the programs that are listed here in your
12  risumi, which of these did you use in your Macondo
13  work?
14        A.  No, not -- not any others, just -- just
15  PROSPER, GAP, and MBAL.
16        Q.  You did not use PVTP?
17        A.  No, I haven't.  I didn't.
18        Q.  And you didn't run PIPESIM?
19        A.  No, I didn't.
20        Q.  How many years of experience would you say
21  you have running the Petex suite of software?
22        A.  That was after the merger.  Before the
23  BP-Amoco merger, and I -- I used programs such as
24  the PIPEPHASE and so on and so forth, other
25  programs; and after the merger, we used Petex
00028:01  expert suite software.  So that was from 1998 and
02  beyond.
03        Q.  And it's still your personal preferred
04  software suite?
05        A.  Yes.
06        Q.  I want to go through a few of the specific
07  jobs that you list here on your risumi from
08  August -- I'm reading from the page ending in
09  1101.  It reads, quote:  "August '84 to August
10  '88, research assistant, the University of Tulsa,
11  Tulsa, Oklahoma."
12        A.  Uh-huh.
13        Q.  So was this during the period that you
14  were getting your master's that you were a
15  research assistant?
16        A.  Correct.
17        Q.  And one of the entries here says, quote:
18  "Created an implicit pressure and explicit
```

```
   19   saturation (IMPES) reservoir simulator."
   20            Did I read that right?
   21        A.  You did.
   22        Q.  Okay.  This is a reservoir simulator that
   23   you personally created as a research assistant at
   24   Tulsa?
   25        A.  Yes.  That was a -- a -- req- -- the
00029:01   project reservoir simulation class I took at the
   02   time.
   03        Q.  Is that reservoir simulation part of the
   04   general curriculum for a petroleum engineer?
   05        A.  Yes.
   06        Q.  Do you have any experience, since your
   07   training in your master's program, doing reservoir
   08   simulation?
   09        A.  Yes, I have.
   10        Q.  And what programs do you use for the
   11   reservoir simulation?
   12        A.  That was in the year in the -- Amoco time
   13   used a program called GCOMP.
```

Page 30:13 to 32:12

```
00030:13        Q.  All right.  And moving up here on your
   14   risumi, "August '88 to May '91, petroleum
   15   engineer, computer-enhanced artificial lift
   16   consulting, Tulsa, Oklahoma."
   17        A.  Correct.
   18        Q.  This is the position you mentioned earlier
   19   that you held while you were doing your Ph.D.
   20   studies?
   21        A.  Correct.
   22        Q.  And the second bullet reads:  "Created
   23   companies major revenue generating software, Gas
   24   Lift Optimization and Design Program (GLOP) and
   25   Gas Lift Allocation Program (GLAP) by integrating
00031:01   reservoir fluid properties, two-phase flow,
   02   gas-lift valve performance, and economics."
   03            Did I read that right?
   04        A.  You did.
   05        Q.  Okay.  So is this -- this software that
   06   you created, is it a reservoir-to-sea software
   07   program?
   08        A.  Yes.
   09        Q.  Okay.  And to design that software
   10   program, you had to have some familiarity with
   11   two-phase flow?
   12        A.  Correct.
   13        Q.  And also some familiarity with the way a
   14   reservoir operates?
   15        A.  Correct.
   16        Q.  And with the way a wellbore operates?
   17        A.  Absolutely.
   18        Q.  Now, flipping to the page prior, ending
   19   1100.  From December 1995 to January 1999, you
```

```
20   held the position of senior petroleum engineer for
21   Amoco, Tulsa, Oklahoma, and Houston, Texas; is
22   that right?
23       A.  Correct.
24       Q.  And down towards the end of the bullets
25   there, it reads:  "Identified the saving of
00032:01   $12 million in surface network facility costs
02   through integration surface network with reservoir
03   simulation model for Na Kika reservoir development
04   plan."
05               Did I read that right?
06       A.  Yes.
07       Q.  Did you have to do some reservoir
08   simulation work for these purposes described here?
09       A.  Yes, I did.
10       Q.  Do you recall what software you used for
11   that reservoir simulation?
12       A.  GCOMP and PIPEPHASE.
```

## Page 33:07 to 35:15

```
00033:07       Q.  Moving right along to January 1999 to July
08   of 2003:  "Senior petroleum engineer, BP EPTG
09   group, Houston, Texas."
10               What's the EPTG group?
11       A.  Exploration production technology group.
12       Q.  Technology group?
13       A.  Correct.
14       Q.  All right.  Four bullets down there, it
15   says, quote:  "Managed and led IAM programs for
16   Trinidad, Greater Prudhoe Bay, Milne Point,
17   Miller, Shah Deniz, Yacheng 13-1, Pompano, Na
18   Kika, Ram Powell, Ewing Bank, Main Pass, West
19   Delta..."
20               And I'll stop reading the rest of
21   them but there are several listed there and I'm
22   sure I pronounced some of them wrong.
23               What does the term IAM, the acronym,
24   stand for?
25       A.  That stands for "Integrated Asset
00034:01   Management."
02       Q.  What does that mean?
03       A.  That's integration of a reservoir well and
04   the surface network; and so we look at the entire
05   system, look at them together instead of
06   individually.
07       Q.  And by "surface network," you mean the
08   pipelines that take the oil from -- from the well
09   to a production facility?
10       A.  Correct.
11       Q.  Okay.  Now, is that a -- a term of art
12   that's used in the industry, "integrated asset
13   management"?
14       A.  No.  It is BP's term.
15       Q.  Okay.  What's the purpose of this, looking
```

```
16   at the integration of these three different
17   systems:  The reservoir, the well, and the surface
18   network?
19        A.  The -- the key is to look at the entire
20   system in entirety instead of look at each
21   individual component separately.
22        Q.  And what is the reason for doing that?
23        A.  Integra- -- optimization of one component
24   may not necessarily result optimization of the
25   entire system.
00035:01        Q.  Is integrated assessment management, is
02   that a business unit within BP; or how is it?
03        A.  No, it's a -- it's the team; and in our
04   technology group, we have a team.  I am -- I was
05   in that team, and we provided service for our
06   assets -- assets team.
07        Q.  Okay.  So the integrated asset management
08   team is the one that you described when we first
09   sat down this morning when you were in your --
10   your position in Houston at the time of the
11   Macondo incident?
12        A.  Correct.
13        Q.  Okay.  So now skipping back to that
14   position that you held from July 2008 until
15   February -- or until April of 2011 --
```

Page 35:20 to 37:05

```
00035:20        Q.  About halfway through the bullets, it
21   says:  "Led the efforts in applying Sustaining
22   Integrated Asset Modeling (SIAM) in -- of the
23   Field of the Future (FotF) in the Western
24   Hemisphere."
25               SIAM, is that how you would pronounce
00036:01   it?
02        A.  Correct.
03        Q.  "SIAM tools have served as virtual flow
04   meters for deepwater subsea wells when independent
05   weight measurements are cost prohibitive."
06               So did I read that right?
07        A.  You did.
08        Q.  Is SIAM, then, a project within the
09   integrated asset management group?
10        A.  Correct.
11        Q.  Okay.  And what is the purpose of that
12   particular project?
13        A.  The purpose of this project is to use the
14   integrated asset model along with the realtime
15   data, and we have the pressure -- pressure
16   sensors.  And so we use the data in the integrated
17   asset model.  So that will help us to determine or
18   estimate the well rates and the time when we have
19   the data.
20        Q.  The integrated asset modeling that -- that
21   you do personally, you use the Petex software for
```

```
22    that?
23         A.  Uh-huh.
24         Q.  So the reservoir part is simulated by
25    MBAL?
00037:01       A.  Correct.
   02          Q.  And then the PROSPER is the well portion?
   03          A.  Correct.
   04          Q.  And then GAP is the surface?
   05          A.  Correct.
```

Page 37:08 to 37:16

```
00037:08  Okay.  So then is -- that was the
   09    second bullet, describes the bullet right below
   10    describes, "these matched wells, models then use
   11    flowing pressures and temperatures to calculate
   12    well rates continuously for production
   13    optimization and allocation."
   14               That's what you were just describing
   15    to me?
   16          A.  Correct.
```

Page 39:02 to 40:11

```
00039:02  And then if you flip to the next
   03    page, it's just towards the end of this job
   04    description, there's a bullet that says:  "Carried
   05    out IAM modeling training schools for reservoir
   06    engineers, petroleum engineers, production
   07    engineers, and completion engineers."
   08               Did I read that right?
   09          A.  You did.
   10          Q.  Is that training that you provided
   11    internally at BP?
   12          A.  Yes.
   13          Q.  Okay.  Is that an established training
   14    program?
   15          A.  Yes.
   16          Q.  Is it a mandatory training program for
   17    certain people within the organization?
   18          A.  Yes.
   19          Q.  Okay.  Who's required to take that
   20    training program?
   21          A.  The -- the challenger or young engineers,
   22    the entry-level engineers certainly are required
   23    to and some senior-level engineers, they like to
   24    take this class to refresh their skills, as well.
   25          Q.  Does anyone else teach that training
00040:01  program with you?
   02          A.  Yes.
   03          Q.  Who?
   04          A.  Anybody working in that team called the
   05    integrated asset modeling team.
   06          Q.  Simon Bishop?
```

```
07      A.  Simon Bishop and others.
08      Q.  Who is Simon Bishop?
09      A.  Simon Bishop is my colleague in the
10  integrated asset modeling team.  He resides in
11  the -- in -- in Sunbury while I work in the field.
```

Page 41:02 to 42:07

```
00041:02      Q.  (BY MS. ENGEL)  And Simon Bishop worked on
03  the Macondo response with you, correct?
04      A.  He did.
05      Q.  When did you start your work on -- on
06  Macondo?
07      A.  I started work on Macondo on the mon- --
08  on the -- on the Monday after the ex- --
09  explosion.
10      Q.  Okay.  Around April 26th?  Does that sound
11  right?
12      A.  Sounds about right, if that's the Monday
13  after the explosion.
14      Q.  I don't -- I don't know if it is, but
15  that's the -- when I've seen your name start to
16  pop up on documents was about the 26th.
17      A.  All right.
18      Q.  When did you complete your work on
19  Macondo?
20      A.  I don't recall exact time, but it should
21  be around the time when the well was shot.
22      Q.  Around July 15th, 2010, or so?
23      A.  Correct.
24      Q.  Okay.  Did you perform work for some --
25  some period of time after July 15th?
00042:01      A.  I don't remember.  I don't remember doing
02  so.
03      Q.  Do you recall being involved in any of
04  the -- the modeling or the calculations to
05  evaluate whether the well maintained integrity
06  after shut-in?
07      A.  No, I don't -- I don't recall.  I didn't.
```

Page 42:17 to 44:07

```
00042:17      Q.  (BY MS. ENGEL)  Dr. Liao, I told you to
18  put aside that risumi and that we were done with
19  it, but I -- I lied.  I have just a couple more
20  questions to ask you, something I skipped over.
21  So if you could turn to the page that ends 1100.
22  And this is again Tab 113 in Exhibit 11132.
23      A.  You said 1100?
24      Q.  Yes.
25      A.  Okay.
00043:01      Q.  And about halfway down that page, there's
02  a bullet that says, quote, "Developed and utilized
03  number of EOS models using PVT lab analyses.  An
```

```
04  example of PVT analysis was the 20-year
05  composition predictions for entire system in
06  Trinidad including all the fields."
07              Did I read that right?
08      A.  You did.
09      Q.  Okay.  And this is a bullet that describes
10  some of your work from January 1999 to July of
11  2003 when you were senior petroleum engineer in
12  Houston?
13      A.  Correct.
14      Q.  Okay.  So you said earlier that Dr. Yun
15  Wang was the PVT expert that worked on the Macondo
16  project.  But you do have some experience working
17  with EOS's and PVT analyses?
18      A.  Yes, I did.
19      Q.  Okay.  Could you elaborate on that
20  experience a bit?
21      A.  Basically, used the PVTP, the -- from the
22  Petroleum Expert software suite.  And I did
23  take -- I did take the PVTP training and was
24  basically efficient in -- efficiency in using the
25  program, but not a lot of major part of my work.
00044:01  Just a small part of it.
02      Q.  Yun Wang developed an EOS for Macondo,
03  right?
04      A.  Yes.
05      Q.  Did you evaluate that EOS that he
06  developed?
07      A.  No, I did not.
```

Page 44:09 to 44:11

```
00044:09     Q.  (BY MS. ENGEL)  Okay.  You used it,
10  though?
11      A.  Yes, I -- I did.
```

Page 44:14 to 47:19

```
00044:14  And we're going to show you another
15  document.  It's at Tab 156, Exhibit 11133.
16              (Marked Exhibit No. 11133.)
17      Q.  (BY MS. ENGEL)  And it's a cover E-mail
18  with an attachment.  And right before we went to
19  break, we were talking a little bit about the time
20  frame of your work on Macondo, and I think that
21  this will -- will help us ground us both a little
22  bit.
23              The cover E-mail is from you to
24  Trevor Hill.  It's dated July 16th, 2010, and the
25  subject is "Draft Timeline" and the attachment is
00045:01  titled "Timeline v1_TL Revision 16 July 2010."
02              And if you flip to that attachment --
03  unfortunately the very top text is a little bit
04  cut off there in the corner, but I believe it
```

```
05   reads:  "Activities in Support Macondo Accident
06   Response Efforts."
07              Does that sound right to you?
08        A.  Yes.
09        Q.  Do you recall preparing this timeline?
10        A.  I do.
11        Q.  Okay.  For what purpose did you prepare
12   this?
13        A.  Just to jot down the memory since this
14   thing was going really fast.  And so the -- we
15   thought it was appropriate to have a quick
16   timeline to -- just to help us to remember what
17   was done, since again it was done in a flight.
18        Q.  The Macondo project, you mean --
19        A.  Yes.
20        Q.  -- everything was moving fairly quickly,
21   and so this was a -- sort -- a record of the --
22   the work that you did during the response?
23        A.  Sort of.  And really just trying to use it
24   to jot down the memory and say what -- what was
25   done.
00046:01      Q.  Okay.  The first entry -- the first
02   substantive entry, the very first entry says,
03   "April 20, 2010, Incident occurs on the DEEPWATER
04   HORIZON drilling rig."
05              But the entry below that is dated
06   April 26 to 27, 2010, correct?
07        A.  Correct.
08        Q.  Does that refresh your memory on
09   approximately when you began working on the
10   Macondo project?
11        A.  It does.
12        Q.  And then if you flip to the last page of
13   the document, the very last entry is for July 9th,
14   2010, to July 16th, 2010.
15              Do you see that?
16        A.  Yes, I do.
17        Q.  And some of the dates are a little
18   smooched and cut off, but I think those are -- are
19   the right dates.
20              So is this approximately the time
21   when you completed your work on the Macondo
22   project?
23        A.  Correct.
24        Q.  Right above that -- about halfway up that
25   page, there's an entry after the one for
00047:01  June 21st, 2010, and it says:  "Need fill in GAP
02   here."
03              Do you see that?
04        A.  I -- I saw it.
05        Q.  "GAP" is capitalized.  Do you mean the GAP
06   modeling program?
07        A.  No, it's the gap in this timeline.
08        Q.  The gap in the -- so the gap between
09   June 21st, 2010, and July 6th, 2010?
```

```
10      A.  Correct.
11      Q.  Okay.  So there was work that you did in
12 that period of time, it's just not represented in
13 this timeline?
14      A.  Correct.
15      Q.  Other than that -- that period of time
16 where some of your work is not represented in this
17 timeline, does this otherwise represent the
18 universe of the work that you did on the Macondo
19 project?
```

Page 47:24 to 49:12

```
00047:24      A.  Yes.
25      Q.  (BY MS. ENGEL)  Did you personally do
00048:01 all -- perform all of these projects?
02      A.  No.
03      Q.  Who else was involved in the projects
04 listed in this timeline?
05      A.  In this -- in this timeline, other people
06 who participated in this work would include Simon
07 Bishop, Ashish Chitale -- Chitale.
08      Q.  Could you spell that first and last?
09      A.  Ashish, A-S-H-I-S-H -- Ashish.  Chitale,
10 C-H-I-T-A-L-E.
11      Q.  C-H-I-T-A-L-E?
12      A.  Correct.
13      Q.  Okay.  Anyone else?
14      A.  Yun Wang.  Chris Cecil.
15      Q.  Chris Cecil?
16      A.  Yeah.
17      Q.  C-E-C-I-L?
18      A.  C-E-C-I-L.
19 Frank Sweeney.
20      Q.  Is that S-W-E-E-N-E-Y?
21      A.  Yes.
22          Metin -- I forgot Metin's last
23 name -- Gog -- Gokdemir.  G-O-G --
24 G-O-K-D-E-M-I-R.  I'm not sure about the spelling.
25      Q.  Okay.  And the first name is?
00049:01      A.  Metin, M-E-T-I-N.
02          Henry Nickens.
03      Q.  Henry Nickens, N-I-C-K-E-N-S?
04      A.  Correct.
05      Q.  Anyone else?
06      A.  Did I say Yun Wang?
07      Q.  You did.
08          Was Trevor Hill involved in any of
09 this work?
10      A.  I believe some of the work was done for
11 Trevor Hill, I believe.  And also people like Mike
12 Levitan.  Mike Levitan.
```

Page 49:18 to 49:19

```
00049:18  Mike Mason?
      19        A.  Mike Mason and Kelley McAughn.
```

Page 50:01 to 50:01

```
00050:01        A.  Debbie Kercho.
```

Page 50:11 to 50:23

```
00050:11        Q.  (BY MS. ENGEL)  How about Bob Merrill?
      12        A.  Oh, yes.
      13        Q.  Tim Lockett?
      14        A.  Yeah, he did work in Sunbury.  He does a
      15  lot of work in -- he did not participate in our
      16  work session -- in the work session I was
      17  involved.
      18        Q.  So he didn't do any of the work that's
      19  listed on this timeline?
      20        A.  I'm not sure.
      21        Q.  Okay.  But perhaps to a lesser extent than
      22  some of the other individuals you've named?
      23        A.  Yeah.  On this document.
```

Page 51:12 to 51:14

```
00051:12        Q.  Okay.  What was Mike Mason's role in the
      13  response?
      14        A.  Mike Mason?
```

Page 51:18 to 51:21

```
00051:18        A.  My understanding of his role is -- he
      19  direct our -- our effort, and we -- we -- he
      20  direct what -- what we do and get the request for
      21  us.
```

Page 52:06 to 52:11

```
00052:06  Was there a core group of people that
      07  you worked closely with during the response?
      08        A.  Yes.
      09        Q.  Who were those people?
      10        A.  Pretty much these people -- people we talk
      11  about earlier.
```

Page 54:05 to 56:14

```
00054:05        Q.  Okay.  All right.  How about the -- the
      06  next project listed here:  "Base model was used to
      07  evaluate ranges of sensitivities for flowing in
      08  different possible flow paths."
```

```
09              Were you involved personally in that
10  work?
11      A.  I was.
12      Q.  Okay.  What does the term "base model"
13  refer to?
14      A.  "Base model" is the model that describe
15  the well -- the well completion and the tubing
16  size in this case, the casing size and some
17  basic -- basic information about the reservoir
18  which are associated assumptions.
19      Q.  And you said -- did you say it describes
20  the "tubing"?  Did you use that word?
21      A.  Tubing.  But in this case, it was really
22  the casing and annulars.
23      Q.  Okay.
24      A.  The drill pipe or the -- the hanging of
25  the -- of the safety of the drill pipes.
00055:01      Q.  What does the term "tubing" mean to you?
02      A.  In the normal well, after we come in the
03  well we're -- we have the casing.  Inside the
04  casing, we will have tubing.  That's the
05  production tubing, and that's the term as referred
06  to as the tubing.
07      Q.  Did the Macondo Well -- the Macondo Well
08  didn't have that production tubing in place?
09      A.  That's what I understand.
10      Q.  Okay.  That's what you were told in
11  developing the -- your well model?
12      A.  Correct.
13      Q.  Okay.  Did you use a particular software
14  to develop this base model?
15      A.  PROSPER.
16      Q.  Did you also use MBAL?
17      A.  Not at this point.
18      Q.  Okay.  How did you -- how did PROSPER take
19  into account reservoir assumptions?
20      A.  In the term of the reservoir pressure and
21  the reservoir thickness and the skin, such, so on
22  and so forth.
23      Q.  Were those -- those are inputs to the
24  PROSPER model?
25      A.  Correct.
00056:01      Q.  Were those inputs provided to you by
02  someone?
03      A.  Yes.
04      Q.  Do you recall whom?
05      A.  I think the asset team had a base model.
06  And at a certain point of the time they -- they
07  have sent model to me.  I don't know exactly what
08  time frame.
09      Q.  And the asset team, who -- who would that
10  be?
11      A.  The people work with Macondo at the time
12  and I -- if I recall correctly, that should be
13  Debbie Kercho.  I think I got the base model from
```

```
      14   Debbie Kercho.
```

Page 56:22 to 56:24

```
00056:22       Q.  Of the people that you listed earlier,
      23   who -- who would you -- excuse me -- who would you
      24   describe as the reservoir expert on the team?
```

Page 57:01 to 57:06

```
00057:01       Q.  (BY MS. ENGEL)  Let me ask it a different
      02   way.
      03            If you had -- if you had a reservoir
      04   question and you had one person to go to, out of
      05   the people that you listed, who would you go to?
      06       A.  Bob Merrill.
```

Page 57:13 to 57:13

```
00057:13  Or Kelley -- Kelley McAughn.
```

Page 58:03 to 58:15

```
00058:03       Q.  Okay.  Looking again at the -- the
      04   timeline in front of you, the next item here,
      05   "Pressure and Temperature Profiles For Different
      06   Flow Combinations From Wellhead to the Surface Via
      07   Pipelines:  Estimate the most rates that would
      08   flow up to certain lines, attempt to infer flow
      09   conditions from limited sketching temperature
      10   information."
      11            Did I read that right, more or less?
      12       A.  More or less.
      13       Q.  Okay.  Were you involved in this
      14   particular project?
      15       A.  I think so.  But I'm not so certain.
```

Page 60:22 to 61:13

```
00060:22       Q.  Were all the people that you listed a few
      23   minutes ago -- Bob Merrill, Mike Mason, Mike
      24   Levitan, Simon Bishop, all of those people, were
      25   they all BP employees?
00061:01       A.  Henry and -- most of -- most are.  Henry
      02   Nickens wasn't anymore.  He retired from BP.  He
      03   was a consultant.
      04       Q.  And just to clarify, I'm -- I'm asking
      05   about whether they were BP employees during the
      06   time that you worked with them on the Macondo
      07   response?
      08       A.  That's right.
      09       Q.  Okay.  And Henry Nickens was a contractor
```

```
    10  at that time?
    11        A.  Correct.
    12        Q.  But he was a former BP employee?
    13        A.  Correct.
```

Page 61:17 to 62:18

```
00061:17        Q.  All right.  Now, over on the right-most --
    18  the two next columns in this document that we're
    19  looking at, this timeline we're looking at, one of
    20  them is entitled "Summary of Results."  And then
    21  the last one is entitled "Key Models."  And under
    22  the column "Summary of Results," for the various
    23  projects, you list key output files.
    24             Do you see that?
    25        A.  I do.
00062:01        Q.  I'm looking -- you can look at any one of
    02  these projects listed here.  And so, for instance,
    03  under the -- the first one from 4-26 to 27, 2010,
    04  it says:  "Key output files are Macondo artificial
    05  lift options.PPT, Macondo natural flow.PPT," and
    06  so on.
    07             Did those refer to specific files
    08  that were generated in the course of the Macondo
    09  work?
    10        A.  Yes.
    11        Q.  And were those all documents that you
    12  generated?
    13        A.  These files, yes.
    14        Q.  Under this first project, the files that I
    15  just read?
    16        A.  Yeah.
    17        Q.  Okay.  Would that be the case for any of
    18  these projects here?
```

Page 62:20 to 65:05

```
00062:20        A.  No.
    21        Q.  (BY MS. ENGEL)  So there -- what is listed
    22  here are files that you might have generated in
    23  the course of your work on Macondo and also files
    24  that other people might have generated in the
    25  course of their work?
00063:01        A.  Correct.
    02        Q.  We're going to show you another document.
    03  You can just set this to the side.  I'm probably
    04  going to refer to this timeline frequently as we
    05  talk today, so keep it close.
    06             And I'm looking at Tab 126, which is
    07  Exhibit 11134.
    08             (Marked Exhibit No. 11134.)
    09        Q.  (BY MS. ENGEL)  And this is a document and
    10  the text -- the first typewritten text on the page
    11  says "C:/documents and settings/L-I-A-O-T-T/my
```

```
12  documents" and so on.
13            Do you see that?
14      A.  Yes.
15      Q.  Is this a document -- take a minute to
16  flip through the entire thing if you need to.
17            Is this document a screen capture or
18  an export of documents from your personal C drive?
19      A.  Let me take a look.  By quick look, it
20  looks like it appears so.
21      Q.  The reference there to C:/documents and
22  settings/L-I-A-O-T-T, is that L-I-A-O-T-T for
23  "Liao, Tony" and then the extra T?
24      A.  Yes.
25      Q.  Okay.  And is this your handwriting on the
00064:01  document?
02      A.  Yes.  Those are.
03      Q.  Do you recognize this document, having
04  flipped through it?
05      A.  I do.
06      Q.  Do you -- do you recall why you created
07  this document?
08            MR. EHRLICH:  Did you create it?
09      A.  I did.
10      Q.  (BY MS. ENGEL)  Okay.  Do you recall why
11  you created this document?
12      A.  Again, just for the -- refresh the memory,
13  how memory -- what was done.  Again, it happened
14  so fast, so quickly.
15      Q.  Are all of the documents that are listed
16  here in this export from your C drive documents
17  created by you?
18      A.  I am not sure.
19      Q.  So there could be documents created by
20  other people listed here?
21      A.  Correct.
22      Q.  Is it common for you to take documents
23  created by someone else and download them to your
24  C drive to then work on or use in some way?
25      A.  Possible.
00065:01  Q.  Okay.  Did you use this file directory to
02  help you prepare that timeline document we were
03  looking at a couple minutes ago?
04      A.  I'm not so sure.  Probably.  I'm not so
05  sure.


Page 66:06 to 67:16

00066:06  Q.  Okay.  And then a little bit farther down,
07  there's an entry for 5-2-2010 at 6:48 p.m.
08      A.  Okay.
09      Q.  And it says:  "Liao cases, 2.5.10.xls."
10      A.  Okay.
11      Q.  You see that?
12      A.  Yeah, I do.
13      Q.  Okay.  And next to that, it says -- I
```

14  think that's a star and it says:  "Summary of Flow
15  and Cases."
16      A.  Yes.
17      Q.  Did I read that right?
18      A.  Yes.
19      Q.  Okay.  So were you making -- this
20  handwriting here, are these notes to yourself?
21      A.  Correct.
22      Q.  Okay.  To help you, again, refresh and
23  remember the work that -- that you were doing?
24      A.  Correct.
25      Q.  Are all of the documents that are listed
00067:01  here related to the Macondo project?
02      A.  Should be.
03      Q.  Again, the extension of the -- the C
04  drive/my documents -- or /documents and settings
05  there, towards the end it says "Macondo file list,
06  17 June 2010.doc."
07          Does that indicate to you that these
08  are your Macondo files from -- through June 17th,
09  2010?
10      A.  Yeah.  It looks like a Word file.  Maybe
11  that file was updated on June 17.
12      Q.  Okay.  Are the handwritten notes here --
13  so, for instance, looking again at the document
14  "Liao cases.xls" where you wrote next to it
15  "different flow config," is that an accurate
16  description of what that document represents?

Page 67:18 to 68:03

00067:18      A.  I'm not sure -- it should be close.
19      Q.  (BY MS. ENGEL)  So the -- let me ask it a
20  different way.
21          Notes that you wrote to yourself, the
22  purpose was to serve as a reminder of what was in
23  the particular file?
24      A.  Correct.
25      Q.  Okay.  So it would make sense that it was
00068:01  a description generally of what was in the
02  particular document?
03      A.  Correct.

Page 69:15 to 69:24

00069:15      Q.  (BY MS. ENGEL)  Let's shift gears a little
16  bit here, and I want to talk about one of the
17  specific projects that we were looking at on -- on
18  the timeline a few minutes ago.  And that's the
19  flow path scenarios that were developed for the
20  Macondo Well.
21      A.  All right.
22      Q.  We're going to show you a document that's
23  at Tab 11 and it's Exhibit 11135.

```
        24              (Marked Exhibit No. 11135.)
```

**Page 70:04 to 70:21**

```
00070:04      Q.  (BY MS. ENGEL)  And this is a document
     05  that was produced to us in native form.  It
     06  doesn't have a cover E-mail or anything with it.
     07  Take a second to flip through this document and
     08  tell me whether you recognize it.
     09      A.  This appears to be a -- a document
     10  summarize different cases that we assumed because
     11  with uncertainty, without knowing where the fluid
     12  was flowing and how much reservoir -- which -- how
     13  much it was open to flow and all different
     14  situation and the broken -- broken riser, the kink
     15  and all that situation.  So the team brainstorm
     16  and come up with different situations, different
     17  scenarios, and trying to describe or trying to
     18  model the work performance under the difference
     19  circumstance, different assumptions.  The key,
     20  again, other assumptions.  So that this document
     21  attempts to summarize these analysis.
```

**Page 72:03 to 72:13**

```
00072:03  MR. CERNICH:  It has a BP Bates
     04  number, as you can see, and it also came -- the
     05  file path indicates that it came from Dr. Liao's
     06  laptop from the metadata that was produced by BP.
     07              MR. EHRLICH:  Okay.  And it is April
     08  29th?
     09              MR. CERNICH:  That is the formatted
     10  date that was included with the production.  The
     11  file path also says "Liao cases 2.5.10," which
     12  might indicate that this particular document was
     13  May 2nd, 2010, but all we have is the file path.
```

**Page 73:02 to 73:22**

```
00073:02      Q.  We'll move some of them out of your way in
     03  a few minutes.
     04              So the timeline document is
     05  Exhibit 11133.  And you have that in front of you
     06  there, and just flip to the -- the first page
     07  there where it listed the activities.  And under
     08  the entry for 4 -- April 28th to April 30th, 2010,
     09  it says:  "Base model was created to evaluate --
     10  base model was used to evaluate ranges of
     11  sensitivities for flowing in different possible
     12  flow paths."
     13              Does the -- the document that we were
     14  just discussing, that has the various flow
     15  scenarios, does that relate to this work that was
```

```
16   described here in the timeline?
17        A.  Correct.
18        Q.  So the -- the time frame we were
19   discussing a few minutes ago from about April 28th
20   to April 30th when that document was created seems
21   about right to you?
22        A.  Yes.  It does.
```

Page 75:05 to 76:20

```
00075:05        Q.  Yes.  And that's Exhibit 11135.  I think
06   you said you didn't prepare this document by
07   yourself; is that right?
08        A.  Correct.
09        Q.  You prepared it as a team --
10        A.  Correct.
11        Q.  -- of people working on the Macondo
12   project?
13        A.  Uh-huh.
14        Q.  Do you recall who specifically was
15   involved in preparing this document?
16        A.  From my memory, that include Frank
17   Sweeney, Chris Cecil, I can't remember who else.
18   I'm sure there are more people, but at this time,
19   I just can't remember who else.
20        Q.  And you said that you -- you did help to
21   prepare it, correct?
22        A.  Yes, I did help with the model.  We all --
23   some -- some part of the model.  As you can see,
24   there's so many cases or some cases.
25        Q.  Right.  So you said you helped develop the
00076:01   model.  You're referring to the PROSPER base model
02   that was used to create these flow scenarios?
03        A.  Correct.
04        Q.  Now, if you flip a few pages into the
05   document -- and because it's not a -- because it's
06   a native file, it doesn't have page numbers on it.
07   So I'm going to refer you to text to orient you.
08   If you flip about six pages in, there is a page
09   that has just text on it and it reads:  "Situation
10        A.  Production from the back side of the long
11   string."
12             Are you on that page?
13        A.  Yes, I am.
14        Q.  Okay.  And does this page describe the
15   various flow path scenarios examined by the team?
16        A.  Yes.
17        Q.  And is this -- does this represent all of
18   the flow paths -- the potential flow paths that
19   the team examined?
20        A.  I'm not sure.
```

Page 77:12 to 80:12

```
00077:12        Q.  And if you just take a second to flip
      13   forward, there are several other pages that look
      14   very similar to this.  Do each of those pages
      15   describe a particular flow path?
      16        A.  All the -- the flow paths with different
      17   assumptions.
      18        Q.  The flow paths with different assumptions?
      19        A.  Yeah, additional assumptions.  Like, for
      20   example, with the choke, without the choke, with
      21   different scan, different interval that is open to
      22   flow, so on and so forth.
      23        Q.  So each one of these pages evaluates a
      24   particular flow path scenario using different
      25   inputs and assumptions to the model?
00078:01        A.  Correct.
      02        Q.  For what purpose was this document
      03   created?
      04        A.  The -- the purpose for this document was
      05   created -- established the base -- the baseline --
      06   the base of situation or the base situations
      07   because we did not know where the fluid was
      08   flowing and how much reservoir was opening to
      09   flow, what would be the reservoir -- the scheme
      10   and so on and so forth.  And what is the
      11   situation -- what was the situation with the
      12   kink -- the kink on the broken riser.
      13             And so in preparation for take the
      14   well under control, we were -- we want to
      15   establish a baseline.  And once we do something,
      16   for example, one proposal is to cut the riser and
      17   we can use the baseline based on the base model
      18   and evaluate the situation.  The change, if we cut
      19   the riser, if we do something, if we execute some
      20   option that would take the well under control.  By
      21   doing so, what change in the relative sense we
      22   might expect on the different scenario.
      23             Again, this is due to difficulty that
      24   we did not know anything about the well completion
      25   in this well, the reservoir section that is open
00079:01   to flow, so on and so forth.  And we made all kind
      02   of different assumptions with different range,
      03   come up with different range.  So that when we
      04   take extra options, we will see from these cases
      05   we look at what might be the expected change in
      06   the relative sense.
      07        Q.  So you were using a term there.  I think
      08   you said "base situation" or "base model"?  You
      09   didn't use the word "best situation" or "best
      10   model."  I just want to make sure I understand
      11   what you were -- what you were saying.
      12        A.  I would say the base situation -- the base
      13   model was used to create, to simulate all these
      14   base situations.
      15        Q.  Okay.  So this refers to the base model
      16   that was created in PROSPER?
```

```
17        A.  The base model was again the basic
18   description of the well, that's the base model.
19   From the base model, we make some change to
20   certain things such as their flow path and the
21   open -- the section that open to flow and the
22   different scheme, each one to describe a
23   situation.
24        Q.  Okay.  Now, I think you also said that
25   this range of -- of flow paths and flow scenarios
00080:01   was used to help you evaluate what to do with the
02   well; for example, whether to cut the riser.
03        A.  Or after cut the riser, what change in
04   what relative sense we can -- we can expect.  For
05   example, again, without knowing the -- actually
06   how much the well was flowing, but on the
07   different assumptions, we have a base number.  If
08   we cut the riser, we would be interested to know
09   if the well would be double or would be triple or
10   would be whatever percentage.
11        Q.  Okay.
12        A.  That was to help the control effort.
```

Page 80:22 to 81:24

```
00080:22        Q.  Okay.  Okay.  I'm going to ask you to flip
23   towards the front of this document for a second,
24   and I think it's the third page -- the third page
25   that has -- that is part of the native file.  It
00081:01   says on the top: "Situation 1.  Drill Pipe Top at
02   BOP."
03             Are you there?
04        A.  Yes.
05        Q.  Okay.  And then farther down on that same
06   page, it says: "Situation 2.  Drill string has
07   fallen into well.  Base of 3.5 at top of
08   9.875-inch to 7-inch X over."
09             Did I read that right?
10        A.  You did.
11        Q.  Is the X over, crossover?
12        A.  Crossover.
13        Q.  And what did the numbers 3.5, 9.875, and 7
14   refer to here?
15        A.  I don't remember all the details.  This is
16   from my memory, and if it's not accurate and -- we
17   can check on that.
18             The 9.875, that's the -- that's the
19   casing.  Crossover to 7-inch liner, that's
20   somewhere -- the 9.857 crossover to a smaller
21   casing, which is 7-inch.  The base of 3.5, that
22   refer to the drill pipe.  And drill pipe on top
23   of -- you know, this show drill pipe for fell --
24   fell to the top, sit on top of that crossover.
```

Page 82:03 to 83:01

```
00082:03      Q.  So if I -- let me repeat that back to you
      04 and make sure I understood.  You're saying this
      05 describes here the case where the 3.5 drill pipe
      06 would have fallen into the well and stopped at the
      07 top of the crossover from the larger casing to the
      08 smaller casing?
      09      A.  Correct.
      10      Q.  And right below that text, it says:
      11 "Calculations:  No significant difference with
      12 respect to Situation 1.  Fluid velocities will be
      13 slightly lower at the BOP and fluid rates slightly
      14 higher."
      15           Did I read that correctly?
      16      A.  You did.
      17      Q.  Does this -- does this mean that there's
      18 no significant difference whether the drill string
      19 has fallen into the well or whether it's at the
      20 top of the BOP?
      21      A.  Appears so from this description.
      22      Q.  And when you say "no significant
      23 difference," does that mean no significant
      24 difference in the flow rates?
      25      A.  For this assumption, for this situation,
00083:01 with associated assumptions.
```

Page 83:11 to 83:21

```
00083:11      Q.  (BY MS. ENGEL)  Dr. Liao, right before the
      12 break, we were looking at this document at Tab 11
      13 that has the various flow path scenarios that were
      14 evaluated by your team that was working on the
      15 Macondo project.  And I don't see any figures
      16 depicting the flow path in this document, so I
      17 want to show you another document that I think
      18 has -- has those depictions.  It's a previously
      19 marked Exhibit 9325.  And it's just handed out to
      20 counsel.
      21      A.  That's a long document.
```

Page 83:25 to 84:21

```
00083:25 Take a flip -- flip through here and let me know
00084:01 if you recognize this document.
      02           MS. ENGEL:  And just while you're
      03 doing that, for the record, the Exhibit 9325 is
      04 entitled "Well Performance Modeling of the Macondo
      05 Well April, May, June, 2010, EPT GoM Exploration
      06 Teams," and then it lists a number of BP
      07 individuals.
      08      Q.  (BY MS. ENGEL)  Do you recognize this
      09 document?
      10      A.  Yes, I do.
      11      Q.  Okay.  And what is it?
```

```
12      A.  It is -- somebody made an effort to
13  correct this document to attempt to summarize the
14  work.
15      Q.  Somebody on -- let me ask it a different
16  way.  There's a group of people listed on the
17  front page here; including you, Mike Mason, Debbie
18  Kercho, and a number of other people that you have
19  previously identified as working on the Macondo
20  project.  Are all of these people contributors to
21  this report?
```

Page 84:23 to 85:06

```
00084:23      A.  Their work is related to this -- this
24  report.
25      Q.  (BY MS. ENGEL)  Who actually prepared this
00085:01  document?
02      A.  I'm not sure.
03      Q.  Did you prepare any portion of this
04  document?
05      A.  I don't think so.  I remember this
06  document was -- was distributed to me.
```

Page 85:19 to 88:09

```
00085:19      Q.  So flipping in just a few pages here,
20  there's an executive summary page that's actually
21  the third page, the one ending 8486.
22      A.  Okay.
23      Q.  Are you there?  It says:  "No. 2,
24  Objectives of this investigation.  The specific
25  objectives of this investigation were to identify
00086:01  the potential flow paths for the reservoir fluids
02  up the well following the loss of containment."
03  The next bullet reads:  "To determine the range of
04  potential flow rates from the Macondo Well in each
05  of the different flow paths (termed situations)."
06              And I'll stop there.  Did I read that
07  correctly?
08      A.  You did.
09      Q.  Okay.  Is this your understanding of some
10  of the objectives of the well modeling that you
11  performed for the Macondo Well?
12      A.  Yes, they were.  But more importantly, the
13  objectives of the -- of the well.
14      Q.  Oh, okay.  So you're referring to the next
15  bullet, which says:  "To assess the relative
16  changes in flow rates depending upon the remedial
17  action undertaken at the blowout preventer (BOP),
18  lower marine riser package, (LMRP) and damaged
19  riser"?
20      A.  Correct.
21      Q.  And then the last bullet is:  "To assess
22  the likely buildup pressures at the top of the
```

```
       23   well when it is shut in, including the impact of
       24   cross-flow within the reservoir layers penetrated
       25   by the well"?
00087:01        A.  Correct.
       02        Q.  So these four bullets compromise what you
       03   understood were the objectives of the work that
       04   you were contributing to the Macondo Well effort?
       05        A.  Correct.  But the most important objective
       06   in these two listed on the list -- on the list
       07   heading.
       08        Q.  Those -- those bottom two --
       09        A.  Those bottom two.
       10        Q.  -- are the most important objectives?
       11        A.  Correct.  For the remedy.
       12        Q.  By "the remedy," you mean shutting in the
       13   well?
       14        A.  Shut in the well.
       15        Q.  Flip forward a couple of more pages for
       16   me.  There's a -- the page ending 8488.  There you
       17   go.  It's that mostly blank page.  It says:  "No.
       18   5, Potential flow paths to the surface following
       19   the loss of containment."
       20              Did I read that right?
       21        A.  Yeah.
       22        Q.  And then if you flip to the next page,
       23   there are a series of -- of diagrams here.  Take a
       24   second to flip through them if you need to.  The
       25   first one is Situation A-1, and it goes all the
00088:01   way to Situation B-3.
       02        A.  Okay.
       03        Q.  Are these depictions pictorial depictions
       04   of the flow path scenarios that were described in
       05   the document that we were looking at just before
       06   the break --
       07        A.  Yes.
       08        Q.  -- which is Exhibit 11135?
       09        A.  Yes, they are.
```

Page 88:21 to 89:11

```
00088:21        Q.  Okay.  Then let's try a different
       22   document.  It's at Tab 20, and we're going to mark
       23   it Exhibit 11136.  And we'll hand it to you in
       24   just a second.
       25              (Marked Exhibit No. 11136.)
00089:01        Q.  (BY MS. ENGEL)  This document, for the
       02   record, is a cover E-mail with a couple of
       03   attachments.  And the cover E-mail is from you,
       04   Dr. Liao, to Thomas Boyd and Wayne Sutton.  And
       05   the subject is "Macondo."  The attachments are
       06   "PvsRate 5th May_tl" and "Macondo_Flow 5th May."
       07        A.  Okay.  Give me a minute.  Thomas Boyd,
       08   Wayne Sutton, Tom --
       09        Q.  Do you recognize those names?
       10        A.  Not at the moment.  The only name I
```

```
    11  recognize is Tom Krawietz.
```

Page 89:15 to 89:20

```
00089:15      Q.  And he's on the CC line of this E-mail?
      16      A.  Yeah.
      17      Q.  Who is he?
      18      A.  He was an engineer working in BP at -- at
      19  that time.  I'm not sure exactly what time he --
      20  he -- he retired.  He ultimately retired from BP.
```

Page 89:24 to 90:12

```
00089:24      Q.  Okay.  This E-mail, if you read to the
      25  bottom -- go to the bottom of the chain, there's
00090:01  an E-mail from Mike Mason to you CC these two
      02  individuals, Thomas Boyd and Wayne Sutton.
      03      A.  Okay.
      04      Q.  And it says:  "Tony, send these guys the
      05  best data we have for temperature and pressure
      06  gradients."
      07          Did I read that right?
      08      A.  You did.
      09      Q.  Okay.  So Mike Mason was asking you to
      10  share Macondo temperature and pressure information
      11  with these two individuals?
      12      A.  Yes.
```

Page 90:22 to 91:17

```
00090:22      Q.  Okay.  So if you flip to the second
      23  attachment, which should be behind that second
      24  blue piece of paper there.
      25      A.  Okay.  I've got it.
00091:01      Q.  Yeah.  Do you have in front of you a color
      02  diagram for Situation A1?
      03      A.  Yes.
      04      Q.  And is this easier for you to read and
      05  evaluate than the one I showed you at --
      06      A.  Awesome really.
      07      Q.  Okay.  Good.  Good, good.
      08          So Situ- -- Situation A1, we were
      09  talking about a little bit earlier, when we were
      10  talking about the flow path scenarios in -- in the
      11  document at Tab 11 --
      12      A.  That assumed the flow paths.
      13      Q.  That assumed the flow paths, yes.
      14          So this picture here for Situation A1
      15  shows the drill pipe sitting at the bottom of the
      16  wellbore; is that right?
      17      A.  Correct.
```

Page 92:07 to 93:01

```
00092:07      Q.  Were these created by you?
      08      A.  No.
      09      Q.  Were they created by the team of people
      10 you were working with on the Macondo project?
      11      A.  Correct.
      12      Q.  Do you recall who specifically created
      13 these diagrams?
      14      A.  I'm not sure.  If I wanted to make a
      15 guess, I would guess Chris Cecil.
      16      Q.  And where -- what's his title or his
      17 position within BP?
      18      A.  Chris Cecil?  I forget.  I don't know.
      19      Q.  Is he a petroleum engineer?
      20      A.  No.  He's to find the -- oh, now, I get
      21 it.  He's a reservoir engineer and advisor.
      22      Q.  A reservoir engineer and -- what was the
      23 last?
      24      A.  Advisor.
      25      Q.  Advisor.  Okay.
00093:01              Is that a managerial position?
```

Page 93:03 to 93:08

```
00093:03      A.  No, it's a technical -- technical
      04 position.
      05      Q.  (BY MS. ENGEL)  Okay.  Is the position of
      06 reservoir engineer/advisor higher in rank than
      07 just the title of reservoir engineer?
      08      A.  Yes.
```

Page 93:16 to 94:05

```
00093:16      Q.  All right.  So as your work progressed on
      17 the Macondo project, were you and your team able
      18 to eliminate some of these potential flow path
      19 scenarios that you initially evaluated?
      20      A.  I don't recall.  I -- I don't think we
      21 have -- we have any base to differentiate one case
      22 from another.  Because there was -- wasn't any
      23 information to suggest or to give us current
      24 indication where the fluid was flowing.
      25      Q.  As you continued your work on Macondo, did
00094:01 you gather any information -- you or your team
      02 gather any information to indicate that a
      03 particular flow path scenario was more likely than
      04 another?
      05      A.  I don't -- I don't recall so.
```

Page 94:22 to 98:17

```
00094:22 I'd ask you in that Exhibit 11135 to
      23 turn to the page that says:  "Situation B2.
      24 Production From 7-Inch Float Shoe."
```

```
        25        A.  Situation B2.  Okay.  I got it.
00095:01        Q.  There are actually two pages with that --
    02  that same heading, correct?  Which would be one
    03  following there?
    04        A.  Yeah.
    05        Q.  Okay.  So I'm looking at the first page --
    06        A.  Okay.
    07        Q.  -- "Situation B2.  Production From 7-Inch
    08  Float Shoe."  And about halfway down the page
    09  here, it says "Calculations," and then in red font
    10  it says "Skin 50, 10-foot open," for Case 1; "Skin
    11  50, 10-foot open," Case 2; "Skin 50, 10-foot
    12  open," for Case 3.
    13              Do you see that?
    14        A.  I do.
    15        Q.  Okay.  And what does the "10-foot open"
    16  refer to?
    17        A.  That refer to the reservoir.  If this is
    18  the total reservoir segment of 88 feet and 10 feet
    19  of that is open to contributing the flow, this
    20  is -- was an assumption because in the normal --
    21  normal well in the corrected -- in the completion,
    22  we would know exactly how much we shoot the
    23  reservoir to open -- to open it up so we would
    24  know that.  But for this situation, we have no
    25  idea how much reservoir was opening to contribute
00096:01  the flow.  So this is just one of the many
    02  assumptions.
    03        Q.  And so then the next page, it says:
    04  "Calculations:  Skin 0, 88-foot open" for Case 1;
    05  "Skin 0, 88-foot open" for Case 2 and for Case 3.
    06              Is 88 feet the total size of the
    07  reservoir that you were describing?
    08        A.  Correct.
    09        Q.  Okay.  So the -- the first cases here with
    10  "Skin 50, 10-foot open," you assumed that 78 feet
    11  of the reservoir were not open for production?
    12        A.  Did you say 78?
    13        Q.  78.
    14        A.  Yes.
    15        Q.  Okay.  What was the basis for that
    16  assumption?
    17        A.  There was no -- no reason, no basis for
    18  any of the assumption.  These are just assumptions
    19  that would help us establish some basic base
    20  cases, so that in the base -- in the situation
    21  that we were evaluating for No. 1 we caught the
    22  riser, on a different assumptions, if we do so,
    23  what would be the relative change we would
    24  anticipate.
    25        Q.  So you weren't drawing any conclusions
00097:01  here about whether it was more likely that there
    02  were 10 feet open than 88 feet open?
    03        A.  Absolutely not.  Absolutely no base to
    04  suggest anything -- nor exclude anything.  Could
```

```
05  be 1 feet open.  Could be a small -- small hole.
06  Could be -- again 88 open.  There's no reason for
07  it to be one or the other.
08      Q.  You did not evaluate a case that looked at
09  less than 10 feet of the reservoir open though,
10  did you?
11      A.  I don't recall.
12      Q.  And --
13      A.  I'm not sure.
14      Q.  On these two pages that I'm showing you
15  for Situation B2, do you see anything that
16  indicates that you evaluated a situation where
17  less than 10 feet of the reservoir would be open
18  to flow?
19      A.  From these two pages, the indication is
20  you're correct.
21      Q.  Now, the two skin values that were
22  evaluated here are a 0 skin and a skin of 50,
23  correct?
24      A.  Correct.
25      Q.  Do you define "skin" for me?
00098:01    A.  Okay.  "Skin" is a term that we use to
02  describe the well -- well -- damage to the well --
03  to the reservoir near the wellbore.  And that
04  damage can come from when we drill the well if
05  the -- the drilling fluid would penetrate into the
06  reservoir.  When the drilling fluid -- drilling
07  fluid has article -- has solid into it.  So this
08  solid will get into the reservoir, would plug.
09  Some of these micro -- micro pore, and that could
10  cause the damage to the reservoir, the other
11  wellbore region.
12          Depending on how much drilling fluid
13  was leaking into the reservoir and the extent of
14  that damage and the quantity and the nature of the
15  drilling mud and the level would result in
16  different damage.  And that damage is expressed in
17  the term called a "skin."
```

Page 99:10 to 101:20

```
00099:10    Q.  So the -- let me restate that and tell me
11  if I'm understanding you correctly.  The -- there
12  may be some relationship between the amount of the
13  reservoir that's open to flow and the skin value?
14      A.  Yes.
15      Q.  Did you -- do you recall or let me ask it
16  this way:  Do you see on these two pages anywhere
17  that you evaluated a skin greater than 50?
18      A.  I don't recall from my memory at this
19  moment.
20      Q.  And you don't see it here on these -- on
21  these two pages?
22      A.  I don't see it on these two pages.
23      Q.  Similar to the amount of the reservoir
```

```
        24    that was open to flow, you also did not know what
        25    the skin was for the Macondo Well, correct?
00100:01          A.   Absolutely not.
        02          Q.   So did skin of 0 and skin of 50 represent
        03    an upper and lower bound of what the -- the skin
        04    might be at the reservoir?
        05          A.   No.
        06          Q.   Okay.
        07          A.   The skin can be much higher in the work we
        08    have seen -- we have seen much, much higher skin.
        09          Q.   At the Macondo Well, you saw a much higher
        10    skin?
        11          A.   No, in the -- in my normal work.
        12          Q.   In the course of your 25 years of
        13    experience?
        14          A.   Yes.
        15          Q.   Okay.  Now, looking right below these case
        16    numbers here where it says:  "Case 1, Case 2,
        17    Case 3."  And, again, I'm look at the first
        18    situation, B2 page, where it says:  "Equivalent
        19    Choke ID in Inches."
        20          A.   Okay.
        21          Q.   You see that?
        22          A.   Yes, I do.
        23          Q.   And for Case 1 it says:  "None."  For
        24    Case 2:  "One-half" -- and that's one-half inch,
        25    right?
00101:01          A.   Uh-huh.
        02          Q.   And Case 3 is -- is one-quarter inch; is
        03    that right?
        04          A.   Correct.
        05          Q.   How did you select these choke ID values?
        06          A.   Again, that's just -- that's just an
        07    assumption of the attempt to describe that kink
        08    after the riser for -- fell down, and there was
        09    absolutely no way for us to know after that pipe
        10    riser fell down and how much space was still open
        11    to flow.
        12          Q.   So the choke values described here
        13    represent the size of the choke in the riser kink,
        14    correct?
        15          A.   Correct.  Or a restriction corrected by
        16    the -- by the riser -- broken riser.
        17          Q.   So the -- the choke representation here
        18    might not be an actual measured diameter.  It
        19    might be a -- you're using it as a correlation for
        20    some sort of restriction?


Page 101:22 to 103:16

00101:22          A.   Yeah.  That's just an assumption.
        23          Q.   (BY MS. ENGEL)  Okay.  Looking at the
        24    second page, "Situation B2:  Production From
        25    7-Inch Float Shoe," under the Case 1 with no
00102:01    equivalent choke ID, right below that, it says,
```

02  "oil flow rate in barrels of oil per day is
03  96,336."
04              Correct?
05      A.  Correct.  That's under that assumption
06  without skin, complete A -- ATA open and there's
07  no restriction whatsoever due to that failing
08  riser.  There were other assumptions I don't
09  remember.
10      Q.  Now, did you select these assumptions for
11  skin and reservoir -- the amount of the reservoir
12  that was open and the choke ID?  Did you
13  personally select those values?
14      A.  I don't think so.  I don't remember doing
15  that personally.
16      Q.  Someone on the team used their judgment to
17  select those values?
18      A.  That's right.  That's right.
19      Q.  There's a -- can you look at either of the
20  Situation B2 pages.  Towards the bottom, there's
21  a -- a -- a section for PVT data.
22              Do you see that?
23      A.  Yes, I do.
24      Q.  And I think that those two -- the reason
25  I'm saying you can look at either one.  I think
00103:01  those two are identical between the two B2 cases;
02  aren't they?
03      A.  They should be because the fluid shouldn't
04  be any different from one case to the other.
05      Q.  Okay.  So you didn't -- that goes
06  exactly -- you're going exactly where I was going,
07  which is:  You did not vary the fluid properties
08  in evaluating any of these different scenarios,
09  right?
10      A.  No, we didn't.
11      Q.  Okay.  Who provided this PVT data to you
12  or to the team?
13      A.  These data -- original data may be -- may
14  be in the base model from the asset team already,
15  and Dr. Yun Wang -- Yun Wang, would certainly have
16  some -- some updating and on this subject.


Page 104:03 to 104:24

00104:03      Q.  Yun Wang -- or whoever provided this data
04  to you -- would have known the source of that PVT
05  data --
06      A.  Correct.
07      Q.  -- is that right?
08              Now, the -- the value you used for
09  GOR here is 2,847; is that right?
10      A.  Yes.
11      Q.  And BO, what does that -- what does "BO"
12  stand for?
13      A.  BO, that stand for oil formation volume
14  factor.

```
15      Q.  Formation volume factor?
16      A.  Yeah.  The meaning of that is if we put
17 just one barrel on the surface, the reservoir
18 would reduce by 2.77 barrels in this case because
19 there are associated gas and so on and so forth.
20      Q.  Okay.  And that 2.77 FVF formation volume
21 factor was also provided by Yun Wang or someone
22 working on the PVT aspect of -- of the Macondo
23 project?
24      A.  Yes.
```

Page 105:10 to 106:05

```
00105:10 (Marked Exhibit No. 11137.)
11      Q.  (BY MS. ENGEL)  And this Exhibit 11138 is
12 a cover E-mail from -- oh, 37.  Sorry.
13            11 -- Exhibit 11137 is a cover E-mail
14 from Yun Wang to you, and the subject is:  "Black
15 oil table output from PVTsim for Prosper.  And
16 then it has an attachment that's titled
17 "PROSPER.ptb."
18            Do you see that?  I'm looking just at
19 the cover E-mail.
20      A.  The PROSPER, I don't see -- oh, the
21 attachment?  Okay.  Yeah.
22      Q.  Yes.
23      A.  The "PROSPER.ptb," yes.
24      Q.  And this is from June 10th, 2010; is that
25 right?
00106:01   A.  Yes.
02      Q.  Okay.  So Dr. Wang generated this black
03 oil table using PVTsim for you to use in PROSPER,
04 correct?
05      A.  Correct.
```

Page 107:01 to 107:11

```
00107:01      Q.  And below -- just below that, under
02 "REFERENCE DATA," it reads:  "Gas/oil ratio at and
03 above bubble point:  2490.39 Scf/bbl."
04            Did I read that right?
05      A.  Yes.
06      Q.  Now, that number, the gas to oil ratio
07 here is 2490.  That's different than the gas to
08 oil ratio that was incorporated into those flow
09 scenarios we were looking at earlier, correct?
10      A.  Correct.  The other one was a -- 28
11 assumption, 2834 maybe.
```

Page 107:16 to 108:12

```
00107:16 Dr. Wang prepared this EOS -- or this
17 black oil table, to the best of your
```

```
18  understanding?
19       A.  He did, and I might have worked -- worked
20  with him together to tell him the -- the format,
21  what program may need.
22       Q.  Okay.  So he -- he would have prepared
23  this, but you would have described to him the type
24  of information that you needed exported to be able
25  to utilize in the -- in the PROSPER program --
00108:01      A.  Correct.
02       Q.  -- is that right?
03            I'm going to show you one more
04  document that is similar to this.  It's at Tab 46,
05  and it's Exhibit 11139 -- no, 38.  Sorry.
06            (Marked Exhibit No. 11138.)
07       Q.  (BY MS. ENGEL)  And the cover E-mail is
08  from Yun Wang to you, also dated June 10th, 2010.
09  The subject is "No Separator," and the attachment
10  is "No_Sep.ptb."
11            Do you see that?
12       A.  I do.
```

Page 109:01 to 109:14

```
00109:01      Q.  (BY MS. ENGEL)  No?  And then there's a
02  gas to oil ratio on the page of the attachment
03  that is 2833.31.
04            Do you see that?
05       A.  I do.
06       Q.  Okay.  Did you -- as with the other black
07  oil table we were looking at a minute ago, did you
08  contribute to the format of -- of this black oil
09  table so that you could use it in PROSPER?
10       A.  I don't recall this detail.
11       Q.  Okay.  So you don't recall specifically
12  receiving this black oil table from Yun Wang?
13       A.  I recall receiving the table, but not the
14  specific detail of each table.
```

Page 109:20 to 110:05

```
00109:20  Let's go Tab 57, which is exhibit --
21  now it's finally 11139.
22            (Marked Exhibit No. 11139.)
23       Q.  (BY MS. ENGEL)  This is just an E-mail.
24  The attachment wasn't included in -- in the
25  production to us.  It says it's from Yun Wang to a
00110:01  number of people, including you.  Some of the
02  other people are Maria Nass -- do you recognize
03  that name?
04       A.  I recognize the name but not -- not by
05  person.
```

Page 110:09 to 110:10

```
00110:09       Q.  The name Farah Saidi?
      10       A.  I know her.
```

Page 110:25 to 111:07

```
00110:25       Q.  (BY MS. ENGEL)  Thank you.  How about
00111:01  Theresa Elizondo?
      02       A.  I know her.
      03       Q.  What is her position within BP?
      04       A.  She -- she is a process engineer.
      05       Q.  And was she a process engineer at the time
      06  of the Macondo work?
      07       A.  I think so.
```

Page 111:25 to 112:21

```
00111:25       Q.  And the subject of this E-mail is "OLGA
00112:01  EOS Model Update."  And the attachment, which is
      02  not included, is Preliminary_EOS_For_Olga_062410.
      03            Did I read that right?
      04       A.  Yeah.
      05       Q.  Okay.  And the text of the E-mail says:
      06            "The EOS model has been updated using
      07  the best judgment of new data received after the
      08  first version.  Please note that temperature
      09  dependent binary interaction parameters are used
      10  to match the low temperature data.  So phase
      11  envelop calculation below 40 -- 40F would be
      12  heavily influenced by the temperature dependence
      13  of binary interaction parameters and therefore NOT
      14  recommended.
      15            "For OLGA models, use the attached
      16  PVTsim database file to generate OLGA PVT tables
      17  directly.
      18            "For PROSPER models, I've already
      19  generated black oil tables for Tony."
      20            Did I read all of that correctly?
      21       A.  Yes, you did.
```

Page 114:01 to 114:14

```
00114:01       Q.  (BY MS. ENGEL)  Dr. Liao, were you
      02  involved in calculations of the shut-in wellhead
      03  pressure for the Macondo Well?
      04       A.  Yes, I was involved in estimating the
      05  shut-in wellhead pressure.
      06       Q.  Do you recall when you started working on
      07  those estimations of shut-in wellhead pressure?
      08       A.  I don't recall the detail, but that was --
      09  that task started very early on in anticipation
      10  and when we would bring the well under control,
      11  eventually get it shut in.
      12       Q.  Does approximately early May sound like
```

```
     13  the right time frame?
     14      A.  Possible.  But I'm not so sure.
```

Page 114:18 to 115:07

```
00114:18      Q.  So I'm going to show you a document that
     19  was previously marked as Exhibit 9402, and it's a
     20  BP technical note, entitled "Macondo SIWHP in
     21  Buildup Times."
     22          Do you see that?
     23      A.  Yes, I do.
     24      Q.  And "SIWHP" is shut-in wellhead pressure;
     25  is that right?
00115:01      A.  Correct.
     02      Q.  Okay.  And it says it's prepared by
     03  Michael Levitan; Debbie Kercho; Farah Saidi; Simon
     04  Bishop; you, Dr. Liao, someone named Thomas von
     05  Schroeter; Kelly McAughn; and Chris Cecil.
     06          Do you see that?
     07      A.  I do.
```

Page 115:13 to 116:06

```
00115:13      Q.  And it says that this technical note was
     14  issued by Debbie Kercho and Chris Cecil.  It's
     15  dated May 26, 2010, Revision D.
     16          Do you see that?
     17      A.  I do.
     18      Q.  So going a little bit further down on the
     19  page, it says the question addressed in this
     20  technical note:  "As BP is currently evaluating
     21  kill options for the Macondo Well, this technical
     22  report addresses the following question.  What is
     23  the estimated shut-in pressure character for the
     24  well addressing:  (a) time for pressure buildup at
     25  normal shut-in wellhead pressure, and (b) ultimate
00116:01  shut-in pressure taking into account both the oil-
     02  bearing and gas-bearing sands."
     03          Did I read that correctly?
     04      A.  You did.
     05      Q.  Okay.  Have you seen this document before?
     06      A.  I should have and/or the revision of it.
```

Page 116:09 to 116:10

```
00116:09      Q.  Or a version of it?
     10      A.  Yeah.
```

Page 116:15 to 117:11

```
00116:15      Q.  (BY MS. ENGEL)  Your name is listed under
     16  the -- the list of people that the technical note
     17  was prepared by.  Do you have any reason to think
```

18   that that's not an accurate representation?
19      A.  No, I don't think so.  I think what they
20   mean by people who did the work contributing to
21   this load.
22      Q.  So you may not have drafted any portion of
23   this technical note, but you may have performed
24   work that contributed to the note itself?
25      A.  Correct.
00117:01   Q.  And the -- the purpose of this technical
02   note and the work underlying it was to examine the
03   estimated shut-in wellhead pressure for the well,
04   correct?
05      A.  Correct.
06      Q.  Okay.  And that was important to know
07   because it would help you evaluate possible kill
08   options for the well?
09      A.  That's -- that's right, or the design.
10   They make technical design that would bear that
11   pressure, that would work under that pressure.


Page 117:23 to 118:17

00117:23   Q.  Now, one of the questions that's relevant
24   to the examination of shut-in wellhead pressure is
25   whether the reservoir itself had depleted
00118:01   between -- for the time of the blowout on
02   April 20th until mid-May when this work was done,
03   correct?
04      A.  Correct.
05      Q.  I'm going to ask you to flip into the
06   document to just the second page there under the
07   heading "Key Conclusions."
08         Do you see that?
09      A.  Yes, I do.
10      Q.  And No. 1 under "Key Conclusions" reads:
11   "The SIWHP is expected to be between 7,959 psia
12   and 8,515 psia for the various oil sands between
13   depths of 18,067 feet and 18,238.5 feet (MD-RKB).
14   This range is based upon measured PVT data and
15   assumes no significant reservoir depletion."
16         Did I read that right?
17      A.  You did.


Page 118:19 to 118:24

00118:19   And then if you flip to the next
20   page, No. 6 under that same heading, Key
21   Conclusions.
22      A.  That's number -- Page 6?
23      Q.  No.  Page 3 --
24      A.  Oh.


Page 119:06 to 120:03

```
00119:06      Q.  It reads:  "Reservoir pressure depletion
      07  is expected to range from 40 psi" -- "from 40 psi,
      08  assuming a production rate of 5,000 barrels of oil
      09  per day, to 400 psi, assuming a production rate of
      10  60,000 barrels of oil per day, from April 20th to
      11  May 14th, 2010.  Such depletion would reduce all
      12  shut-in wellhead pressure estimates by an
      13  equivalent amount except those calculated using
      14  the GAP software program, which already includes
      15  the impact of depletion."
      16            Did I read that right?
      17      A.  You did.
      18      Q.  Okay.  And if you turn to Page 4, I think.
      19  Maybe not.  Let's see.  I'm sorry.  Page 6.
      20  There's a heading entitled "Reservoir Depletion."
      21            Do you see that about halfway down
      22  the page?
      23      A.  Uh-huh.
      24      Q.  So the first sentence under that heading
      25  reads:  "Reservoir pressure depletion due to
00120:01  production was evaluated using the MBAL software."
      02            Did I read that right?
      03      A.  Yes.
```

Page 120:09 to 121:19

```
00120:09      Q.  Did you -- the work referenced in this
      10  sentence, "The reservoir depletion due to
      11  production evaluated using the MBAL -- MBAL
      12  software," is this work that you performed
      13  personally?
      14      A.  Not the work in this document.  I did
      15  perform an evalua- -- evaluation of this -- this
      16  work earlier on at a different time, but not --
      17  not this one -- not the one included in this
      18  document.
      19      Q.  What MBAL reservoir depletion work did you
      20  personally perform?
      21      A.  That -- that was upon my commission
      22  request, and he asked me to look at the change
      23  from the -- the -- the reservoir depletion that
      24  might be possible assuming a 700 psi depletion
      25  from April 20 to -- to middle of May, from some of
00121:01  that time frame.  I don't know exactly which day,
      02  what time now.
      03      Q.  Do you know if the way in which the work
      04  that you performed to look at the 700 psi
      05  depletion differed in any way than the MBAL
      06  reservoir depletion analysis discussed here?
      07      A.  Well, by the -- by the number I can
      08  remember is this 93 is different from one of my --
      09  you know, one of my analysis showed -- my analysis
      10  showed.  If they would deplete 700 psi with such a
      11  short time frame, then my -- the required oil flow
```

```
12  would be like 86,000, something like that.  The
13  numbers are different.
14       Q.  Okay.  So other than the reservoir
15  depletion that you assumed the 700 psi, and the
16  output of the flow rate that was required to match
17  that pressure input, was there any other
18  difference between the way the two analyses were
19  performed?
```

Page 121:21 to 122:08

```
00121:21      A.  I'm not sure.
22       Q.  (BY MS. ENGEL)  Okay.  Now, the second
23  paragraph there under "Reservoir Depletion" reads:
24  "Three production rate scenarios were evaluated.
25  A wellhead restriction was added to restrict
00122:01  initial rate to 5, 20 and 60 mbopd.  The
02  production rate was allowed to decrease as
03  reservoir pressure depleted.  From the time period
04  from April 20th to May 15th, 2010, the expected
05  depletion is 40 psi for the 5 mbopd case and 460
06  psi for the 60 mbopd case."
07            Did I read that part correctly?
08       A.  You did.
```

Page 122:20 to 123:16

```
00122:20  Now, looking back up at that first
21  paragraph under "Reservoir Depletion," it says:
22  "Model inputs included:  11,850 psig initial
23  reservoir pressure."
24       A.  I'm sorry, which -- which page are you
25  looking at now?
00123:01      Q.  Sure.  I'm sorry.  I'm still on the same
02  page, 6 of 13, and I'm just back in the first
03  paragraph under the heading "Reservoir Depletion."
04       A.  Okay.  Got you.  Thank you.
05       Q.  And the second sentence of that paragraph
06  starts:  "Model inputs included:  11,850 psig
07  initial reservoir pressure, 188 mmstb original oil
08  in place (based on volumetric calculations,) no
09  aquifer, no gas cap."
10            And then it lists a bunch of
11  different numerical inputs here.  I'm not going to
12  read them all.  We can talk about some of them
13  more specifically.
14            But did I read everything up until
15  that point correctly?
16       A.  You did.
```

Page 124:04 to 124:09

```
00124:04      Q.  Okay.  When you ran the 700 psi depletion
```

```
05   analysis that you referenced earlier, were you
06   provided specific model inputs for that analysis?
07       A.   I might have been provided the model
08   itself -- itself, the MBAL -- the basic -- the
09   base model itself.
```

Page 124:23 to 125:23

```
00124:23      Q.  I'm going to show you another document
     24   quickly.  It's at Tab 30.  It's Exhibit 11140.
     25           (Marked Exhibit No. 11140.)
00125:01      Q.  (BY MS. ENGEL)  And I think this might
     02   discuss the 700 psi depletion calculations you're
     03   referencing.
     04       A.   Okay.
     05       Q.   It's a cover E-mail with one attachment.
     06   The cover E-mail is from you to Mike Mason.  It's
     07   dated May 16, 2010.  Subject is "Macondo Shut-in
     08   Wellhead Pressure Build-up Rate Final Report.Doc."
     09   There's an attachment entitled "Expected Macondo
     10   Reservoir Depletion.xls."
     11       A.   Okay.
     12       Q.   Do you see that?  Are you with me?
     13       A.   Yes.  Yes.
     14       Q.   And then the text of the E-mail underneath
     15   from you to Mike Mason reads:  "Hi, Mike.  Here
     16   are the calculation results I got.  To get a 700
     17   psi depletion from 4-20-2010 to 15 May 2010, the
     18   rate required is 86,600 barrels per day.
     19   Attached, please find the Excel file for all the
     20   cases I ran.  I checked all the inputs and they
     21   are the same as those in the document."
     22           Did I read that correctly?
     23       A.   You did.
```

Page 126:07 to 126:14

```
00126:07      Q.  This exhibit that we just put in front of
     08   you, 11140, this does reference the 700 psi
     09   depletion calculations you were discussing a few
     10   moments ago?
     11       A.   Yes.
     12       Q.   And those depletion analyses you ran
     13   personally?
     14       A.   Correct.  I did.
```

Page 126:19 to 127:10

```
00126:19      Q.  (BY MS. ENGEL)  So I'm going to have you
     20   look back at this document that was previously
     21   marked Exhibit 9402.  It's that technical note you
     22   have in front of you right there.  And look again
     23   at Page 6 of 13 under the heading "Reservoir
```

```
      24   Depletion" in the area we've been discussing.
      25              The value 188 mmstb original oil in
00127:01   place.  What does that value represent?
      02        A.  188 mmstb original oil in place, that
      03   is -- describes the size of the reservoir.
      04        Q.  The size of the reservoir?
      05        A.  In term of how much oil -- the original
      06   oil in place is 188 million stock tank barrels.
      07        Q.  And by "original oil in place," you mean
      08   before the reservoir started to produce?
      09        A.  Correct.  That's from the geological
      10   depletion.
```

Page 129:03 to 129:11

```
00129:03        Q.  Do you recall that there were individuals
      04   from some of the U.S. national laboratories that
      05   were contributing work to the Macondo response?
      06        A.  Many.
      07        Q.  Did you work directly with any of those
      08   individuals?
      09        A.  I participated in some work sessions and
      10   we exchanged information discussing about
      11   methodology, so on and so forth.
```

Page 132:06 to 133:24

```
00132:06        Q.  Let's go to Tab 72, Exhibit 11141.
      07              (Marked Exhibit No. 11141.)
      08        Q.  (BY MS. ENGEL)  This document is an
      09   E-mail -- cover E-mail with a few attachments and
      10   the cover E-mail is Ashish Chitale -- is that how
      11   I pronounce it?
      12        A.  Chitale.
      13        Q.  Chitale, okay.  Thank you.
      14              -- dated July 8, 2010, to Chris Cecil
      15   and Trevor Hill with a copy to you and Oktay
      16   Gokdemir; is that close enough?
      17        A.  Close enough.
      18        Q.  The subject is:  "Top Kill Modeling Plus
      19   Shut-in Conditions Calculations."
      20              Do you see all of that?
      21        A.  I do.
      22        Q.  Okay.  And the text of the E-mail reads:
      23   "Trevor, Chris, as per your request, I'm attaching
      24   the results of our work.  Basically, we updated
      25   the Top Kill modeling to reflect the updated M110
00133:01   properties and also matched the models that the
      02   0.125-inch ID for the rupture disks in addition to
      03   the original cases with 0.44-inch ID.  We then
      04   used the history-matched model to calculate the
      05   shut-in conditions in order to answer your
      06   questions from yesterday (steady state shut-in
      07   wellhead pressures as wells as the rates through
```

08    the disks).  Please let us know if you have any
09    questions."
10             Did I read that right?
11       A.  Yeah.
12       Q.  So then the -- the two attachments here,
13    the first one is an Excel file, according to the
14    cover E-mail, entitled "Exec Summary 07-07" --
15    which I assume means July 7th of 2010; is that
16    right?
17       A.  Possible.
18       Q.  Okay.  And then the second one is a
19    PowerPoint entitled "Steady State Modeling
20    Top Kill and Shut-in Summary."
21             You see that?
22       A.  Yeah.
23       Q.  Did Ashish run the modeling that's
24    presented here in the two attachments?

Page 134:01 to 135:23

00134:01      A.  Yes.  I don't know who exactly did this
02    work and -- but Ashish, Metin and Henry Nickens'
03    name was there as well on the page of the
04    presentation.
05             I have my name over there, but I
06    wasn't personally involved in the -- in this
07    detail -- in the detail of the work.
08       Q.  (BY MS. ENGEL)  So you're looking at the
09    PowerPoint presentation that's Attachment 2 to
10    this E-mail that's entitled "Macondo Top Kill
11    Modeling" --
12       A.  Yeah.
13       Q.  -- and it lists those three individuals
14    and you as authors of the document?
15       A.  Correct.
16       Q.  Okay.  But you don't recall specifically
17    contributing -- or you don't recall specifically
18    drafting any portion of these PowerPoint slides,
19    correct?
20       A.  Let me take a quick look.  No, I don't
21    recall doing so.
22       Q.  Is this -- do you recognize this document,
23    PowerPoint presentation do?
24       A.  I do.
25       Q.  Do you recall receiving it around this
00135:01    time in -- in early July 2010?
02       A.  Yes, I do.
03       Q.  Was -- were the individuals here, Henry
04    Nickens, Ashish Chitale, and Metin Gokdemir, were
05    they working at your direction on the Macondo
06    response?
07       A.  On most -- I gave them some input.
08       Q.  Generally speaking, throughout the course
09    of -- of the work that you did on the Macondo
10    response work, were these individuals reporting to

```
11   you?
12        A.  There wasn't a direct reporting
13   relationship per se and really working as a team.
14        Q.  Okay.  So the four of you compromised a
15   team?
16        A.  Correct.
17        Q.  Is it accurate to say that you comprised
18   the team within the -- the bigger team of people
19   that included Mike Mason and Chris Cecil and a
20   number of the individuals we talked about earlier?
21        A.  Correct.
22        Q.  What was the objective of this post Top
23   Kill modeling?
```

Page 135:25 to 136:22

```
00135:25        A.  I'm not sure exactly the -- the objective
00136:01   in post Top Kill modeling and what they request to
02   them work on this project.
03        Q.  (BY MS. ENGEL)  The cover E-mail that I
04   read from earlier says, in part:  "We then used
05   the history matched model to calculate the shut-in
06   conditions in order to answer your questions from
07   yesterday."
08             Does that help clarify for you or
09   refresh you on what the objectives of this work
10   might have been?
11        A.  No, not -- not -- not from this, by
12   looking at this now.
13        Q.  If you flip to -- looking at the color
14   version of the PowerPoint, because it's easier to
15   read --
16        A.  All right.
17        Q.  -- if you flip to the second substantive
18   page that's headed "Top Kill modeling" --
19        A.  Okay.
20        Q.  -- it lists a series of possible flow
21   paths here, correct?
22        A.  Correct.
```

Page 139:03 to 139:22

```
00139:03        Q.  (BY MS. ENGEL)  Okay.  I'm going to ask
04   you to flip back a couple pages in there to the
05   slide titled "Problem statement."
06        A.  Okay.
07        Q.  Let me know when you're there.
08        A.  "Problem statement."  I got it.
09        Q.  And it says:  "3 unknowns to best satisfy
10   4 measurements.
11             And the first bullet says:
12   "Nomenclature for unknowns; and then it lists PI:
13   Productivity index representing effects due to
14   Skin, Permeability, Thickness and reservoir
```

```
15  pressure (A), Ram Choke/bypass:  Effects of leak
16  path around various BOP RAMS represented by a
17  choke with equivalent diameter of B; and then the
18  last element there is Riser Choke:  Effects --
19  effects of the riser Kink represented by a choke
20  with an equivalent diameter of C."
21              Did I read all that correctly?
22      A.  You did.
```

Page 140:16 to 141:02

```
00140:16    Q.  Okay.  I may have asked you this earlier,
17  but did you direct those three individuals to
18  perform these calculations?
19      A.  I don't recall if I did directed them.  I
20  don't -- again, as I mentioned, there wasn't
21  a reporting relationship there.  And so they are
22  the primary investigator for this -- this work.
23      Q.  And by "this work" --
24      A.  By this Top Kill modeling.
25      Q.  You mean the post Top Kill modeling
00141:01  represented in these two attachments?
02      A.  That's right.
```

Page 141:12 to 142:08

```
00141:12    Q.  (BY MS. ENGEL)  Okay.  There's a slide
13  entitled "Observations" in the PowerPoint.  I'm
14  sorry I'm making you flip from front to back and
15  back again.  Let me know when you're there.
16      A.  Okay.  "Observations."
17      Q.  "Observations."  And then the first bullet
18  reads:  "Model cannot provide a solution for
19  Annular flow scenarios."
20              Did I read that right?
21      A.  You did.
22      Q.  And below that, it says:  "Model does
23  provide 3 plausible solutions for Casing flow
24  scenarios."  And the first sub bullet underneath
25  that reads:  "Casing Hanger is sealed:  51 mbd
00142:01  (+/- 5 percent)."
02              Did I read that right?
03      A.  You did.
04      Q.  And I'm going to make you flip a couple
05  pages again back to that yellow and green chart
06  that we were looking at that has the results of
07  the oil flow up the 7/8 inch -- 9 and 7/8 inch
08  casing.
```

Page 142:11 to 143:14

```
00142:11    A.  This one?
12      Q.  Yeah.  And do you see the last entry on
```

```
13    that table, the last row titled "Casing Hanger
14    sealed"?
15        A.  Casing -- the last entry on this table?
16        Q.  The last -- the last row.
17        A.  Oh, yeah.
18        Q.  First column, last row.
19        A.  Okay.
20        Q.  It reads:  "Casing Hanger sealed."
21            Do you see that?
22        A.  Yes.
23        Q.  And for the next column that reads
24    "Post-Kill Rate (MBD)," the entry there is 50.8.
25            You see that?
```
```
00143:01    A.  I did -- do.
02        Q.  And then the next entry -- the next column
03    is titled "Uncertainty," and it reads:  "+/- 5.3
04    percent."
05            Did I read that right?
06        A.  You did.
07        Q.  Okay.  And then the next column is for PI;
08    and the value listed under the "Casing Hanger
09    sealed" scenario is 13.90, right?
10        A.  Uh-huh.
11        Q.  Okay.  And, again, your understanding is
12    that these are the results of the calculations run
13    by Ashish Chitale, Henry Nickens, and --
14        A.  Metin.
```

Page 143:17 to 143:18

```
00143:17    Q.  His last name is?
18        A.  Gokdemir.
```

Page 144:03 to 145:02

```
00144:03    Q.  (BY MS. ENGEL)  Dr. Liao, looking back
04    again at this PowerPoint presentation, the title
05    page is "Macondo Top Kill Modeling"; and you are
06    listed as -- as one of the people who prepared
07    this PowerPoint, correct?
08        A.  Correct.
09        Q.  You don't know why your name appears here?
10        A.  Maybe there was some -- some discussion at
11    a certain time, and I have participated in the --
12    in that discussion, but very briefly.
13        Q.  So you may have discussed the modeling run
14    here and the results generated by the modeling run
15    by these other three individuals that are listed
16    here?
17        A.  Possible.
18        Q.  And now that page that we were discussing
19    earlier that reads "Problem Statement," and then
20    it lists the three unknowns.  Let me know when you
21    get there.  You see it?
```

```
22        A.  Got it.
23        Q.  Okay.  And for PI, it says:  "Productivity
24   index represents the effects due to skin
25   permeability, thickness, and reservoir pressure."
00145:01              Does this mean that the PI includes
02   all of these factors together?
```

Page 145:04 to 145:16

```
00145:04        A.  The PI is a simple way to describe the
05   reservoir inflow performance, and it is a single
06   number in the way it is used.  It does include all
07   the contributing factor mentioned such as the
08   section open to flow, the skin, and the
09   permeability, so on and so forth, but not the
10   reservoir pressure.
11        Q.  (BY MS. ENGEL)  It does not include
12   reservoir pressure?
13        A.  No.
14        Q.  Okay.  But the other three elements that
15   were listed here are included in this PI number?
16        A.  Correct.
```

Page 146:01 to 146:15

```
00146:01        Q.  We're going to hand you a document that's
02   found at Tab 115.  It's Exhibit 11142.
03              (Marked Exhibit 11142.)
04        Q.  (BY MS. ENGEL)  It's a cover E-mail with
05   an E-mail attachment.  The cover E-mail is from
06   you to Frank Sweeney.  And I think you said Frank
07   Sweeney was your manager at the time of the
08   Macondo work, correct?
09        A.  Correct.
10        Q.  And it's dated March 4th, 2011.  The
11   subject is "E-mailing:  Tony Liao - 2010 year end
12   review document.doc."  And the attachment is your
13   2010 year end review document.
14              Do you see that?
15        A.  Yes.
```

Page 146:23 to 150:19

```
00146:23        Q.  Sure.  That top E-mail in the chain there
24   reads in part:  "Attached please find the PC with
25   my signature - I just typed my name there.  Please
00147:01   let me know if you have any questions."
02              Did I read that correctly?
03        A.  Correct.
04        Q.  If you flip to the attachment to this
05   E-mail, it's a document entitled "Annual
06   Individual Performance Assessment," right?
07        A.  Uh-huh.
```

```
08        Q.  Did you prepare this document?
09        A.  Yes.
10        Q.  Okay.  And it's -- can you describe it
11   briefly for me, what -- what this document is?
12        A.  Without looking into the detail, this
13   document is the -- for every employee, their
14   annual performance review and the employee -- at
15   the beginning of the year, prepare the objective.
16   In the middle of the year, provide a middle year
17   review, the employee has input and the manager has
18   the input, as well.  The end of the performance,
19   the similar process.  The employee provide input
20   and the manager provide input.  And during --
21   during both review, middle year and end of year,
22   employee and the manager set together discuss
23   about the activity, since that was accomplished
24   over the year.  And then I agreed upon the --
25   basically the document.
00148:01        Q.  So this document here represents your
02   accomplishments for the year 2010?
03        A.  Correct.
04        Q.  Your accomplishments in your position at
05   BP?
06        A.  Correct.
07        Q.  Could you flip to the second page for me,
08   please.  Towards the bottom of that page, there's
09   a heading entitled "Macondo Incident Response."
10             Do you see that?
11        A.  Okay.  I do.
12        Q.  Okay.  And I'm going to read a bit from
13   here.  It says:  "Some highlights of these
14   approaches to the challenges include:  Complicated
15   Fluid Behavior.  Worked with PVT expert to confirm
16   fluid property measurements, used the most
17   up-to-date Equation of State Model and engineering
18   calculations."
19             Did I read that correctly?
20        A.  You did.
21        Q.  Okay.  Does that accurately characterize
22   the work you did related to complicated fluid
23   behavior for the Macondo response?
24        A.  Looking at it now, I may have chose a
25   different word, especially the how and maybe just
00149:01   say the -- use -- create selection of the words in
02   the -- in the time I was writing that.
03        Q.  So the substance and the spirit of what
04   you wrote is correct, but you may now select
05   slightly different wording if you had to rewrite
06   it?
07        A.  That's right.
08        Q.  So where it says you used the most
09   up-to-date Equation of State model in your
10   engineering calculations, that includes the
11   PROSPER modeling that you personally ran for the
12   Macondo Well?
```

```
13        A.  Yes.
14        Q.  The next bullet reads:  "Fluid Flow Paths:
15   Investigated all possibilities of the flow paths
16   such as inside casing, behind casing in the
17   annulus, and focused on four most likely
18   scenarios."
19             Did I read that correctly?
20        A.  You did.
21        Q.  Okay.  When we were talking earlier about
22   the different flow paths, you indicated that BP
23   didn't par- -- focus on any particular flow path
24   scenario as more likely than any other.  Does this
25   refresh your recollection as to BP's focus on four
00150:01   most likely scenarios?
02        A.  Not at this moment when -- when I look it
03   back and the -- for the most -- the so-called most
04   likely scenario.  And probably a better selection
05   is -- there are so many scenarios and as time goes
06   by, the calculation involved to have all these
07   would take -- would take a lot of time.  And as
08   time went by, we did shift to -- focus in
09   different scenarios.  These are just the foc --
10   the foc -- it's again nothing really to suggest
11   which ones are likely the most likely scenarios.
12   Again this -- probably look back, maybe at
13   different selection of the words.
14        Q.  Okay.  The next bullet there reads:
15   "Uncertainties on Oil Production Rate:  Estimated
16   ranges of oil rates based on possible range of
17   reservoir parameters."
18             Did I read that correctly?
19        A.  You did.
```

Page 151:06 to 151:11

```
00151:06        Q.  The following bullet reads:  "Top Kill
07   Operations:  Led the team in investigating well
08   behaviors using additional data collected during
09   Top Kill operations."
10             Did I read that bullet correctly?
11        A.  You did.
```

Page 151:25 to 152:05

```
00151:25        Q.  (BY MS. ENGEL)  Do you have it there in
00152:01   front of you, 11133?  -33, yes.
02        A.  11133?
03        Q.  Yeah.  Is that the timeline that we were
04   looking at this morning?
05        A.  Yeah.
```

Page 154:02 to 154:11

```
00154:02      Q.  When we talked this morning about this
      03  document, you indicated that there was a gap here
      04  that needed to be filled between June 21st and
      05  July 6th.  Do you recall what work was done during
      06  that period of time?
      07      A.  I don't, after -- after such a long time.
      08      Q.  Were the flow path scenarios that you
      09  evaluated, the range of flow path scenarios, were
      10  those shared with representatives from the U.S.
      11  National Labs?
```

Page 154:13 to 154:20

```
00154:13      A.  I'm not -- I -- I don't recall the
      14  interaction between the U.S. lab scientists.  BP
      15  has -- they have interface.  And personally, I do
      16  not directly interact with them.
      17      Q.  (BY MS. ENGEL)  You said earlier that you
      18  had some meetings with those individuals, correct?
      19      A.  Yeah, a meeting.  But like, you know,
      20  change files and all that stuff, no, I haven't.
```

Page 155:05 to 156:13

```
00155:05      Q.  Did you participate in the efforts to
      06  calculate shut-in wellhead pressure at the time of
      07  the final well shut-in in mid-July 2010?
      08      A.  I had.
      09      Q.  What was your role in that effort?
      10      A.  My role in that effort is participating in
      11  the -- as I said, calculating the shut-in wellhead
      12  pressure, the anticipation of the well shut-in.
      13      Q.  You personally calculated the well shut-in
      14  pressure?
      15      A.  I think -- I think so.
      16      Q.  I'm going to show you a document that's at
      17  Tab 67 in the binder.
      18          (Marked Exhibit No. 11143.)
      19      Q.  (BY MS. ENGEL)  And it's an E-mail chain
      20  with a PowerPoint attachment.  The top E-mail in
      21  the chain is from Henry Nickens to you, July 3rd,
      22  2010.  The subject is "OLGA shut-in runs," and the
      23  attachment is "Shut in Pressures."
      24          Did I read that correctly?
      25      A.  You did.
00156:01      Q.  And the bottom E-mail in the chain says:
      02  "Tony" -- it's from Henry Nickens to you and a
      03  couple of other members of your team.  It says:
      04  "Tony, the OLGA is running longer than I expected.
      05  I will only have two runs completed by this
      06  afternoon.  I will have the 35 and 50 MBD with
      07  disks burst cases.  I will continue running the
      08  others and get them to you ASAP."
      09          Do you see that?
```

```
    10        A.  Yes, I do.
    11        Q.  Okay.  So Henry Nickens was running the
    12   OLGA modeling for the shut-in wellhead pressure?
    13        A.  Correct.
```

Page 156:17 to 156:25

```
00156:17        Q.  Did you run any of that modeling
    18   personally?
    19        A.  No, I did not.
    20        Q.  Did you oversee Mr. Nickens' work for
    21   running OLGA for the shut-in wellhead pressure?
    22        A.  No, I did not.  I interacted -- interacted
    23   with Henry on -- on the -- on the OLGA model.
    24        Q.  Were you his primary contact at BP for the
    25   work he was doing on the Macondo project?
```

Page 157:02 to 157:03

```
00157:02        A.  I had contact with him, but I'm not sure
    03   if I'm -- I was the primary contact.
```

Page 157:07 to 157:16

```
00157:07        Q.  And then the top E-mail in the chain says:
    08   "Tony, here is update with 60 MBD."
    09             Did I read that right?
    10        A.  You did.
    11        Q.  Okay.  So Mr. Nickens ran three cases here
    12   to evaluate the Macondo shut-in pressures, the
    13   case where the well was flowing at 35,000 barrels
    14   a day; at 50,000 barrels a day; and at 60,000
    15   barrels a day.  Is that right?
    16        A.  Yes.
```

Page 159:09 to 159:20

```
00159:09        Q.  Is that the shut-in wellhead pressure memo
    10   there?
    11        A.  Yeah.
    12        Q.  What's the exhibit number on that?
    13        A.  9402.
    14        Q.  9402.  Does reviewing this document
    15   refresh your recollection as to the purpose of
    16   calculating the shut-in wellhead pressure?
    17        A.  Yeah.  The objective was addressed in this
    18   memo listed here as the question addressed in this
    19   technical note.  That's -- that's my understanding
    20   of the objective.
```

Page 160:01 to 161:04

```
00160:01      Q.  (BY MS. ENGEL)  Sure.
      02           Why don't you explain to me what your
      03 understanding is of the objective for calculating
      04 the shut-in wellhead pressure?
      05      A.  The -- my understanding of the shut-in of
      06 the wellhead pressure is to say what the wellhead
      07 pressure would be under different assumptions,
      08 different -- different scenarios after the well
      09 would be shut in.
      10      Q.  Okay.  And why would that be something
      11 that you would need to know?
      12      A.  That's a question I can't -- I cannot
      13 answer.
      14      Q.  Why not?
      15      A.  It's -- it's not my job to -- it's not my
      16 obligation.  It's not my responsibility to decide
      17 on what -- what estimate to make and how it is
      18 used.
      19      Q.  Didn't you say earlier that one of the
      20 reasons for evaluating shut-in wellhead pressure
      21 was to evaluate what needed to be done to close in
      22 the well or options for closing in the well?
      23      A.  No.  I remember saying that the -- to say
      24 the equipment that used -- if there will be --
      25 meet the requirement -- meet the pressure-specific
00161:01 requirement.
      02      Q.  That's what you recall testifying to this
      03 morning?
      04      A.  That's what I recall now.
```

Page 161:14 to 161:24

```
00161:14      Q.  (BY MS. ENGEL)  Okay.  Dr. Liao, we were
      15 talking about the objectives of the shut-in
      16 wellhead pressure calculations before we broke.
      17 I'm going to refer you to previously marked
      18 Exhibit 9325.  It's the larger one over there, the
      19 "Well Performance Modeling of the Macondo Well
      20 Report."
      21      A.  Okay.
      22      Q.  If you turn to Page 3 of the report ending
      23 8486 --
      24      A.  Page 3?
```

Page 162:19 to 162:21

```
00162:19      Q.  So is it a fair interpretation to say that
      20 these objectives related to the shut-in wellhead
      21 pressure work evaluated by your team?
```

Page 162:23 to 163:08

```
00162:23      A.  Let me read this one.
```

```
      24              "To assist the likely build-up
      25  pressure on the top of the well when it is shut
00163:01  in, including the impact of cross flow in the
      02  reservoir layers penetrated by the well."
      03              State your question again.
      04      Q.  (BY MS. ENGEL)  The shut-in wellhead
      05  pressure calculation work that your team did was a
      06  part of this bigger picture well modeling work
      07  described in this document, correct?
      08      A.  Correct.
```

Page 163:23 to 164:05

```
00163:23      Q.  (BY MS. ENGEL)  Would you go to
      24  Exhibit 11135, please, and flip to the first page
      25  titled "Situation B2.  Production From 7-Inch
00164:01  Float Shoe."
      02      A.  Situation -- Situation B2.
      03      Q.  "Production From 7-Inch Float Shoe," the
      04  first of the two pages with that title.
      05      A.  B1, B2.  Okay.
```

Page 164:09 to 165:10

```
00164:09  Under the -- in the chart -- the
      10  portion of this table titled "Calculations," there
      11  are values here for a number of -- of different
      12  things.  Are some of these inputs to the model and
      13  some of them outputs?
      14      A.  Take a look.
      15      Q.  I'm looking directly under "Calculations"
      16  and everything that's in that -- that table under
      17  the heading "Calculations."
      18      A.  Yes.  Some are the input and some are the
      19  output.  For example, the wellhead of flow-in
      20  pressure, that's FWHP.  That is definitely an
      21  input.
      22      Q.  Okay.  What other values are inputs?
      23      A.  The -- I'm not sure.  GOR -- GOR should be
      24  an input.  The choke diameter equivalent, choke
      25  diameter is an input.
00165:01      Q.  The GOR that you're referencing, you're
      02  talking about the one that's in the calculations
      03  table?
      04      A.  Yeah.  In the calculation table.
      05      Q.  Okay.  There's a GOR in the PVT data
      06  table, though, correct?
      07      A.  Yeah.  The GOR in the PVT table should be
      08  the input.
      09      Q.  So what would be the purpose of generating
      10  an output GOR with this model?
```

Page 165:12 to 165:16

00165:12        A.  At this time, I don't recall this -- this
      13 number, what it did -- what did -- how -- how it
      14 was there.  How you get there.
      15        Q.  (BY MS. ENGEL)  Are these standard outputs
      16 from PROSPER models?


Page 165:18 to 166:20

00165:18        A.  Oil rates, gas rates, the -- there appear
      19 across the choke bottomhole flow-in pressure,
      20 decrease face optimum of choke different losses,
      21 gravitational losses.
      22            FWHT, that stand for flow-in wellhead
      23 temperature, and other from -- the other from the
      24 PROSPER.
      25            The GOR, by looking at this, I'm not
00166:01 so sure.  It looks like it might be from taking
      02 the oil -- taking the gas, divided by the oil
      03 rates in these cases, in these situations.
      04        Q.  (BY MS. ENGEL)  So you mean, for instance,
      05 in that first column, dividing the value under
      06 "Oil Flow Rate" in barrels of oil per day of 5,408
      07 divided by the 14 value that's underneath it for
      08 the gas flow rate?
      09        A.  Did you say 14?
      10        Q.  Yes, I saw 14.
      11        A.  14.5.  Are we looking at the same page?
      12 Which page are you on?
      13        Q.  I'm on the first page titled "B2 --
      14 Situation B2.  Production From 7-Inch Flow Rate."
      15        A.  I'm sorry, I was looking at B1.
      16            So B2?
      17        Q.  Yes.
      18        A.  Okay.  Yeah, take the 14 GOR, divide it by
      19 5408.  That's my expected -- that's my suspicion
      20 and we could check it out.


Page 167:20 to 168:05

00167:20        Q.  All right.  We got you a calculator.
      21        A.  So you do the 14 million,
      22 14-zero-zero-zero.
      23        Q.  I'll let you do it.
      24        A.  14,000,000 divided by 5408 equal -- that's
      25 58 -- 258.875.  So looks like it.
00168:01        Q.  So the result you get is 25- --
      02        A.  -88.75.
      03        Q.  -- -88.75.  So that's close enough to the
      04 2589 GOR that you described as an output of the
      05 model?


Page 169:17 to 169:24

```
00169:17      Q.  So your only point is that the -- I just
      18  want to say it in a different way and make sure I
      19  have it correct.
      20          Your point is that, depending on the
      21  different configurations of the well or the
      22  different assumptions, the GOR may be different
      23  because of multiphase flow within the fluid?
      24      A.  Correct.
```

Page 171:24 to 172:04

```
00171:24      Q.  I see.  Okay.  The GORs above -- the
      25  output GORs under the three different cases
00172:01  evaluated there -- GOR of 2589 for Case 1, of 2632
      02  for Case 2, and of 2556 for Case 3 -- those
      03  numbers are all lower GORs than the PVT data GOR,
      04  correct?
```

Page 172:07 to 173:22

```
00172:07      A.  Yeah.  You said 2589, 26 -- 2632, 2556?
      08      Q.  (BY MS. ENGEL)  Uh-huh.
      09      A.  Yes.
      10      Q.  Yes, those numbers are all lower than the
      11  GOR provided in the PVT Data table?
      12      A.  Correct.
      13      Q.  And if you flip your page over and look at
      14  the second B2 table --
      15      A.  Second?
      16      Q.  Yeah.  The one that has the skin of
      17  088 foot open?
      18      A.  Okay.
      19      Q.  The flowing wellhead temperature here is
      20  190; is that right?
      21      A.  Yes.
      22      Q.  And that, again, is an output from the
      23  model?
      24      A.  That's the output from the model and,
      25  again, under the assumption on...
00173:01      Q.  Under the assumptions provided?
      02      A.  Yeah.
      03      Q.  Go to Tab 69, Exhibit 11144.
      04          (Marked Exhibit No. 11144.)
      05      Q.  (BY MS. ENGEL)  This is a PowerPoint
      06  presentation entitled Macondo Shut-in Wellhead
      07  Pressure presented on July 9th, 2010, updated on
      08  July 11th, 2010, presented by Mike Mason with key
      09  contributions from Tony Liao, Metin Gokdemir, and
      10  Tim Lockett.
      11          Did I read that correctly?
      12      A.  Yes.
      13      Q.  Do you recognize this PowerPoint
      14  presentation?
      15      A.  Yes, I do.
```

```
16        Q.  I'm going to ask you to look at the color
17   copy.  There's a black and white copy there at the
18   beginning, and then there's a color copy behind
19   it.
20        A.  Mine has a color copy, too?
21        Q.  Yeah.  It will be before that blue sheet.
22        A.  Okay.  Okay.
```

Page 174:05 to 176:02

```
00174:05        Q.  Sure.  Did you prepare this PowerPoint
06   presentation, Dr. Liao?
07        A.  I -- I don't recall, but I definitely
08   contributed to some of the work in this
09   calculation.
10        Q.  Which portions of the PowerPoint did you
11   contribute to?  Any particular slide?
12        A.  The calculation for the -- let's see.  The
13   calculation labeled "OLGA & Prosper" and the slide
14   on Page 3, slide on Page 4, and "Shut-in Wellhead
15   Pressure With Integrity (Prosper) and the shut-in
16   pressure (Prosper), the integrity (Prosper),
17   Macondo shut-in wellhead pressure (Prosper), oil
18   and gas -- Oil Density & Temperature Profile
19   Comparisons - Prosper with EoS."
20               I'm not sure about this slide
21   (indicating), and definitely not the -- the -- the
22   final one on Page 8.
23        Q.  Definitely not?
24        A.  Definitely not.
25        Q.  So just to summarize, you contributed to
00175:01   the slides on Pages 3 through 6; is that correct?
02        A.  Yes.  3, 4, 5, 6.
03        Q.  And did you prepare these slides?
04        A.  Did I prepare these slides?  I don't
05   recall.  It looks like it, but I don't recall at
06   this time.
07        Q.  The slide on Page 3 titled "Shut-in
08   Wellhead Pressure With Integrity - OLGA &
09   Prosper."
10               Do you see that?
11        A.  I do.
12        Q.  What's the words "with integrity" mean?
13        A.  I'm not sure at this time by looking at
14   this slide now; but at the time we were working on
15   this, it may mean something to me.  But at this
16   time, I can't recall.
17        Q.  You don't recall what "Shut-in Wellhead
18   Pressure With Integrity" refers to?
19        A.  No, not at this time.
20        Q.  You knew at the time you prepared this or
21   that you contributed to this slide?
22        A.  Yes.  It certainly would mean something to
23   me.
24        Q.  Does it mean that the burst disks had not
```

```
        25  failed?
00176:01       A.  That's possible.  That's possible.  Now
        02  you -- you remind me that.
```

Page 176:25 to 177:16

```
00176:25       Q.  (BY MS. ENGEL)  And does that refresh your
00177:01  recollection that the phrase "with integrity"
        02  refers to the scenario where the ruptured disks
        03  had not failed?
        04       A.  Correct.
        05       Q.  So if you flip to Slide 5, it's titled
        06  Macondo SI pressure -- SI pressure there is the
        07  same as?
        08       A.  Shut-in.
        09       Q.  Shut-in pressure is the same as shut-in
        10  wellhead pressure?
        11       A.  Yes.
        12       Q.  And so this says "Macondo SI pressure - no
        13  integrity (Prosper)."  And so, "no integrity"
        14  refers to the scenario where the burst disks had
        15  failed?
        16       A.  No integrity, the rupture disks fail, yes.
```

Page 178:06 to 180:11

```
00178:06       Q.  Okay.  I will try to use your term, then.
        07            So the Slide 3, "Shut-in Wellhead
        08  Pressure With Integrity - OLGA & Prosper," there
        09  are a number of curves on this graph.
        10            Is it -- the XX is the time?
        11       A.  The time, the hour of the well shut-in.
        12       Q.  And the Y axis is pressure?
        13       A.  Correct.
        14       Q.  And there's a blue line that's at the
        15  topmost here on the graph, and the key says that's
        16  for OLGA - 35 MBD case.
        17            Do you see that?
        18       A.  I do.
        19       Q.  And that curve starts at Time 0 at about
        20  7600 psia, correct?
        21       A.  Correct.
        22       Q.  And it goes up rather sharply within the
        23  first ten hours, correct?
        24       A.  Correct.
        25       Q.  See, about 7800 psia?
00179:01       A.  Correct.
        02       Q.  And then it rises more slowly over time to
        03  an ending pressure of about 7900, would you say --
        04       A.  Maybe.
        05       Q.  -- psia?
        06            Well, it's -- would you agree that
        07  it's about halfway between the 7800 and the 8,000
        08  mark on the --
```

```
09        A.  Yeah.  It is.
10        Q.  Okay.  And that's at Hour 50, correct?
11        A.  Or somewhere along there.  Maybe 48.
12        Q.  Okay.  And then the curve below that,
13   OLGA - 60,000 barrels per day -- I'm sorry.
14   That's not the curve directly below.
15            The curve for OLGA - 60,000 barrels
16   per day is the topmost pink line with the squares
17   on it.
18            Do you see that?
19        A.  I do.
20        Q.  And that starts at Time 0 at -- what would
21   you say the pressure is there?
22        A.  Slightly over 7,000.  Well, not quite 70
23   to 100.
24        Q.  So about 7050, say?
25        A.  Maybe.
00180:01  Q.  Okay.  And then it also moves up rather
02   quickly towards Hour 10 and reaches a point right
03   above 7200, right?
04        A.  Correct.
05        Q.  And then it follows the same general curve
06   as the first one we looked at and rises more
07   slowly over time to somewhere in the neighborhood
08   of 7400 psi at 48 hours?
09        A.  Correct.
10        Q.  Do you have Exhibit 11143 in front of you?
11        A.  11143.  Okay.
```

Page 180:17 to 180:25

```
00180:17  Q.  And this is the document we looked at a
18   short while ago where Henry Nickens was E-mailing
19   you with his results from running his OLGA model
20   for the 35, 50, and 60,000 barrel-per-day,
21   correct?
22        A.  Correct.
23        Q.  If you flip to the attachment, the second
24   slide?
25        A.  Okay.
```

Page 181:08 to 181:12

```
00181:08  Here Mr. Nickens -- I'll let you get
09   there, but I'm going to go back to that same
10   second slide where it says 35,000 barrels per day
11   shut-in pressures, burst disks open?
12        A.  Okay.
```

Page 182:15 to 183:09

```
00182:15  Q.  (BY MS. ENGEL)  Dr. Liao, before the last
16   break, we were talking about this Exhibit 9325,
```

```
17  the well performance modeling of the Macondo Well,
18  that big one there.  We were looking at the
19  objectives of this investigation on Page 3.
20       A.  Okay.
21       Q.  Do you recall reviewing these four bullets
22  just before the last break?
23       A.  We did.
24       Q.  And it seems you were a bit confused about
25  what your testimony might have been this morning,
```
```
00183:01  so we're just going to ask the court reporter to
02  read back that testimony from this morning.
03           MR. EHRLICH:  When this document was
04  being discussed and these bullets.
05           MS. ENGEL:  Right.  Right.  So we've
06  discussed this document twice, once early this
07  morning when we discussed these objectives and
08  once within the last hour.  And she's going to
09  read back the testimony from this morning.
```

Page 183:11 to 183:18

```
00183:11       Q.  (BY MS. ENGEL)  Dr. Liao, are you changing
12  your testimony from this morning, that you
13  understood these were the objectives of the work
14  that you were contributing to --
15       A.  No.
16       Q.  -- and that the two bottom bullets were
17  the most important objectives of your work?
18       A.  No, I'm not.
```

Page 184:07 to 184:11

```
00184:07       Q.  (BY MS. ENGEL)  Let me ask it this way:
08  Are you changing your testimony from this morning
09  with regard to the source of the PVT data in those
10  scenarios in Tab 11?
11       A.  No, I'm not.
```

Page 184:16 to 184:17

```
00184:16  MS. ENGEL:  And it's Exhibit 11135
17  for the record.
```

Page 184:25 to 185:10

```
00184:25       Q.  (BY MS. ENGEL)  But is that -- is that
00185:01  your recollection and your testimony from this
02  morning, that Dr. Yun Wang and the members of the
03  team that were working with him on the reservoir
04  fluids analysis provided that PVT data that is in
05  Exhibit 11135?
06       A.  111 --
07       Q.  Those flow scenario charts.
```

```
08      A.  11135?
09      Q.  Yes.
10      A.  Yes.
```

Page 185:23 to 186:11

```
00185:23     Q.  I'd like to turn now back to this Macondo
      24 shut-in wellhead pressure PowerPoint presentation.
      25     A.  The color version or black -- black and
00186:01 white?
      02     Q.  The color version.  It's Exhibit 11144.
      03 And looking back at this Slide 3 that we were
      04 looking at before the break, we had talked about
      05 the two OLGA lines for the 35,000 case and the
      06 60,000 case, right?
      07     A.  Yeah.
      08     Q.  Okay.  And then there are two lines here
      09 that represent PROSPER cases for 35 and 60; is
      10 that right?
      11     A.  Correct.
```

Page 186:14 to 186:19

```
00186:14 What is the source of this -- the
      15 PROSPER data that was incorporated here?
      16     A.  The source of the PROSPER data
      17 incorporated here, if I remember correctly, should
      18 come from some work that I was involved with, also
      19 Metin -- Metin Gokdemir.
```

Page 187:02 to 189:20

```
00187:02     Q.  (BY MS. ENGEL)  Okay.  So these were
      03 PROSPER runs that -- these represent PROSPER runs
      04 done by you or a member of your sort of core team
      05 that was doing those PROSPER analyses; is that
      06 right?
      07     A.  Correct.
      08     Q.  So the PROSPER line for 35,000 barrels a
      09 day is in black there with little triangles.  And
      10 starting at Time 0, the pressure is 7400 psia,
      11 right?
      12     A.  Triangle?
      13     Q.  The black line second from the top, and it
      14 has little triangles on it?
      15     A.  Yes.
      16     Q.  And that matches the PROSPER 35,000
      17 barrel-per-day line --
      18     A.  Correct.
      19     Q.  -- right?
      20           So it starts at Time 0, 7400 psia?
      21     A.  Correct.
      22     Q.  And it goes up over time to -- what we
```

```
23    were saying about 48 hours in --
24        A.  Yeah.
25        Q.  -- to just below 7600 psia; is that right?
00188:01   A.  Correct.
02        Q.  Okay.  And then the bottommost case here
03    on the chart is for a PROSPER analysis of 60,000
04    barrels per day, correct?
05        A.  Correct.
06        Q.  And that line starts at Time 0, 6800 psia
07    and goes up to the 48-hour mark and reaches --
08    what would you say, about 7100 psia?
09        A.  Yeah.
10        Q.  Okay.  And so we were talking also before
11    the break about this phrase "with integrity," and
12    I want to make sure that there wasn't any
13    confusion about what I meant or what you meant
14    when we were using that phrase.  So your
15    understanding of "with integrity" in this context
16    is at the time you were evaluating a range of
17    potential shut-in wellhead pressures before the
18    capping stack was locked down on July 15th, the --
19        A.  Correct.
20        Q.  -- the "with integrity" refers to whether
21    or not the burst disks or the ruptured disks had
22    failed?
23        A.  Correct.
24        Q.  And so when we spoke earlier before the
25    last break about with integrity -- the phrase
00189:01   "with integrity," that's what you were testifying
02    to, correct?
03        A.  Correct.
04        Q.  You were still involved in the Macondo
05    response work at the time the capping stack was
06    applied to the wellhead, correct, on or about
07    July 15th?
08        A.  Can you repeat your question again?
09        Q.  Sure.  You were still working on the
10    Macondo effort at the time the capping stack was
11    set on top of the -- the wellhead, correct?
12        A.  I'm not sure now.  By that time and my
13    work -- my involvement really tapered down near
14    the time that the well was capped.
15        Q.  Okay.  I have a document here that might
16    refresh your recollection on -- on the timing
17    when -- when your timing phased out or when your
18    work phased out.  It's previously marked 8690.
19    It's Tab 95.
20                MS. ENGEL:  I have a copy here for
```

Page 189:22 to 190:23

```
00189:22   Q.  (BY MS. ENGEL)  Oh, it's right here,
23    Dr. Liao.  This is an E-mail from you to Kurt Mix
24    on July 15th, 2010.  And it CC's several BP
25    individuals that you identified as part of the
```

```
00190:01  Macondo response team that you were working with,
      02  including Mike Mason, Trevor Hill, Bob Merrill,
      03  and Mike Levitan.
      04       A.  Correct.
      05       Q.  Do you see that?
      06       A.  Correct.
      07       Q.  All right.  Take a minute to flip through
      08  the E-mail and the attachments here and let me
      09  know if this refreshes your recollection about
      10  whether you were involved in the work after the
      11  capping stack was applied.
      12       A.  (Witness complies.)
      13       Q.  Do you recognize this chain of E-mails and
      14  the attachments?
      15       A.  Yes, I do.
      16       Q.  Does it refresh your recollection?
      17       A.  Yeah.
      18       Q.  I want to look at a couple of the specific
      19  E-mails here in this chain.  On Page -- on the
      20  second page of the E-mail ending 4054, there's an
      21  E-mail from Matt Gochnour to you and Oktay
      22  Gokdemir.
      23       A.  Okay.
```

Page 191:06 to 192:08

```
00191:06       Q.  Okay.  Who is Matt Gochnour?
      07       A.  Matt was a young engineer.  He was
      08  involved in Macondo.  And he -- direct
      09  involvement, I'm not quite sure.  But as far as
      10  I -- the part I know, that he was looking at
      11  the -- he has access to the -- the pressure -- the
      12  pressure reading, the data, the measurement of the
      13  pressure reading.
      14       Q.  The pressure reading from the capping
      15  stack?
      16       A.  Yeah.
      17       Q.  And also the pressure readings from the
      18  BOP pressure gauge?
      19       A.  I'm not sure exactly where, but he has
      20  access to -- to the pressure readings.
      21       Q.  To the pressure readings that were relied
      22  upon during the well shut-in on the 15th?
      23       A.  Yeah.
      24       Q.  And so there's an E-mail from -- that
      25  E-mail from Matt Gochnour to you on July 15th at
00192:01  3:18 p.m., it says:  "PT-B is presently reading
      02  around 7174.  The capping stack gauges are reading
      03  around 6550."
      04            Did I read that right?
      05       A.  You did.
      06       Q.  Now that number, 6550, is lower than any
      07  of the pressures that we looked at on that
      08  PowerPoint slide a few minutes ago, isn't it?
```

Page 192:10 to 196:08

```
00192:10      Q.  (BY MS. ENGEL)  It's Exhibit 11143,
      11  looking at Slide 3.
      12      A.  655 -- yeah.  Compared to this graph, yes.
      13  The graph below has a different scale.  I cannot
      14  say.
      15          MR. EHRLICH:  And the first graph you
      16  were pointing to is titled what?
      17          THE WITNESS:  Titled "Shut-in
      18  Wellhead Pressure" with Integrity, OLGA and the
      19  PROSPER.
      20      Q.  (BY MS. ENGEL)  And that's on Page 3,
      21  correct?
      22      A.  Page 3.
      23      Q.  Okay.  All right.  And then there's an
      24  E-mail right above that from you to -- I'm sorry
      25  to make you flip between those documents, but keep
00193:01  them both out because we might do that a bit
      02  more -- from you to Matt Gochnour and Metin, and
      03  it's also on July 15th.  It's shortly after the
      04  E-mail he sent to you.  And you say:  "Thanks a
      05  million.  This sounds very good news for the
      06  moment."
      07          What were you referring to there when
      08  you say, "This sounds like very good news for the
      09  moment"?
      10      A.  At that time when I was writing the
      11  E-mail, definitely mean something.  And at this
      12  moment, I don't remember exactly what I meant.
      13      Q.  The only information he provided you in
      14  the prior E-mail were pressure measurements,
      15  right?
      16      A.  That's correct.
      17      Q.  Okay.  So can you infer from that that
      18  "This sounds like very good news for the moment"
      19  refers to the pressure measurements?
      20      A.  From the -- from the measurement?  No.  At
      21  this time, I can't -- I can't make that in- --
      22  inference.
      23      Q.  Okay.  Well, let's go to the second E-mail
      24  on the first page there.  Flip back to the first
      25  page of the document.
00194:01      A.  Okay.
      02      Q.  Yep.  And it's another E-mail from Matt
      03  Gochnour to you about six minutes after the E-mail
      04  that you sent, or ten minutes after that E-mail
      05  that you sent.  It says:  "The well is now shut
      06  in.  We are monitoring for pressure build.  The
      07  gauge in the three RAM stack is reading 6609.38.
      08  The first choke turned today was at 12:28."
      09          Did I read that correctly?
      10      A.  Yes.
      11      Q.  And then the top E-mail in the chain is
      12  from you to Kurt Mix, and you say:  "Kurt, you
```

13    must have seen the data and the plot from Matt.
14    Both of you please refer to our latest calculation
15    of the shut-in wellhead pressure which, including
16    the ramping downtime, about three hours.  The
17    pressure on our plot is the PT-B on Matt's plot.
18    Our interpretation is that we are in a good place.
19    The pressure buildup between Matt's E-mails makes
20    sense to us, too.  Cheers, Tony Liao."
21              Did I read that correctly?
22         A.  You did.
23         Q.  What do you mean when you say "the
24    pressure build-up between Matt's E-mails makes
25    sense to us too"?
00195:01         A.  That's something again -- by the time I
02    was writing it, it may mean something to me.  At
03    the moment, I can't recall that.
04         Q.  Okay.  The difference between the first
05    measurement that Matt Gochnour sent you on
06    Thursday, July 15th of 6550, and the second
07    measurement of 6609, is that a pressure build-up?
08         A.  The cap stack gauges are reading -- second
09    one -- the gauge in the RAM stack is reading -- by
10    reading -- by reading this E-mail, it seems like
11    that he is referring to the same thing, referring
12    to the pressure at the same location, the pressure
13    is building up, what is building up.
14         Q.  And you say in your E-mail:  "Please refer
15    to our latest calculation of the shut-in wellhead
16    pressure, which included the ramping-down time
17    about three hours."
18              Can you flip to the document
19    that's -- or the page that ends 4058 in the E-mail
20    and it's a graph entitled "Shut-in Wellhead
21    Pressure With Integrity -- With Well Integrity."
22              "Shut-in is completed in three
23    hours."
24              Did I read that right?
25         A.  Right.
00196:01         Q.  Is that the chart you're referring to in
02    the cover E-mail?
03         A.  I believe you refer to the -- to -- our
04    latest calculation of the shut-in wellhead
05    pressure which included ramping-down --
06    ramping-down time.
07              By looking at the E-mail and looking
08    at the graph, it appears so.


Page 197:20 to 198:14

00197:20         Q.  For what purpose were you exchanging
21    E-mails with Matt Gochnour on July 15th?
22         A.  The -- after the well was shut in, this is
23    really just to satisfy my engineering curiosity.
24    I would like to say -- since we worked so hard, we
25    would like to say that the well had been shut in

```
00198:01   and that remained shut in.  And that's the -- the
      02   real reason for me to have this interaction --
      03   exchange.
      04       Q.  So the exclamation points that I haven't
      05   seen in any of your other E-mails show your
      06   excitement that the well was finally shut in?
      07       A.  That's -- that's correct.
      08       Q.  And so the pressure measurements that Matt
      09   Gochnour was referring to you in the 6600-or-so
      10   psi range, if you look at the slide on Page
      11   4058 --
      12       A.  Okay.
      13       Q.  -- those match pretty well with the 60,000
      14   barrel per day lines on the graph, don't they?
```

Page 198:16 to 199:08

```
00198:16       A.  From the graph?
      17       Q.  (BY MS. ENGEL)  Uh-huh.
      18       A.  From the graph, you can say that, but
      19   without knowing the underlining assumptions, I
      20   cannot make that call.
      21       Q.  What call can't you make?
      22       A.  I don't know what the underlying
      23   assumption about the -- for example, size, what
      24   parameter they used to generate this OLGA -- OLGA
      25   plot.
00199:01       Q.  I'm not asking you to interpret the plot
      02   and tell me, you know, what assumptions went into
      03   the analyses that generated these lines.  All I'm
      04   asking is whether the pressure measurements that
      05   Matt Gochnour reported to you match more closely
      06   with -- with the 60,000 barrel per day lines on
      07   this graph than they do with the 35,000 barrel per
      08   day lines on this graph?
```

Page 199:10 to 199:13

```
00199:10       A.  The -- the -- match the --
      11           MR. EHRLICH:  Just the numbers.  Do
      12   the numbers match?
      13           THE WITNESS:  Yes.
```

Page 199:16 to 200:04

```
00199:16       A.  Let me check the number.  That's what I
      17   was about to do.  6609.  They started 60,000.
      18   6609, but these numbers are about 7,000 and these
      19   numbers are -- are higher than the numbers on
      20   Matt's reported 66 -- 66 -- 6609.  So the 6609,
      21   this curve over here we're reading 7,000.  This
      22   line.  So these numbers on the graph are higher
      23   than the number Matt reported.
```

```
    24        Q.  (BY MS. ENGEL)  The -- the expected
    25   shut-in wellhead pressure with well integrity,
00200:01   according to this graph, was higher at the 60,000
    02   barrel per day rate than what you actually saw at
    03   shut-in based on the pressure readings provided by
    04   Matt Gochnour; is that what you're saying?
```

Page 200:06 to 200:10

```
00200:06        A.  Correct.  6609 -- over here, this 7,000
    07   some.
    08        Q.  (BY MS. ENGEL)  And you don't have any
    09   reason to doubt the accuracy of this graph
    10   presented at Page 4058, do you?
```

Page 200:12 to 200:17

```
00200:12        A.  I'm not sure.  Do I have reason to doubt?
    13   Can you repeat your question?
    14        Q.  (BY MS. ENGEL)  You don't have any reason
    15   to doubt the accuracy of the lines presented on
    16   this graph, "Shut-in Wellhead Pressure With Well
    17   Integrity," do you?
```

Page 200:19 to 200:21

```
00200:19        A.  These are the model results only and so
    20   the underlining assumptions and without these
    21   underlining assumptions, I don't know.
```

Page 200:23 to 201:02

```
00200:23   But given whatever the underlying
    24   assumptions are, you don't have any reason to
    25   doubt the accuracy of the results that are in the
00201:01   chart?
    02              THE WITNESS:  No.  No, I don't.
```

Page 201:04 to 201:17

```
00201:04        Q.  (BY MS. ENGEL)  Did you testify earlier
    05   that -- a few minutes ago that you don't recall
    06   whether you -- that this graph was prepared by
    07   you, the graph at 4058?
    08        A.  I don't recall.
    09        Q.  You don't recall whether this was prepared
    10   by you?
    11        A.  That's right.  I don't recall if I
    12   prepared this graph.
    13        Q.  Whether it was prepared by you or another
    14   BP employee, that person would have wanted to
    15   present the best data they had available at that
```

```
16  point, correct?
17      A.  Correct.
```

Page 201:19 to 203:11

```
00201:19      Q.  (BY MS. ENGEL)  Okay.  You can put that
20  document away.  I'm going to show you something
21  different.  It's Tab 154, Exhibit 11145.
22              (Marked Exhibit No. 11145.)
23      Q.  (BY MS. ENGEL)  Dr. Liao, this is an
24  E-mail from you to Michael Levitan.  Am I
25  pronouncing his last name correctly?
00202:01      A.  Okay.
02      Q.  More or less?
03      A.  More or less.
04      Q.  June 24th, 2010.  The subject is "Pressure
05  Losses For Mike Levitan (Flow Inside Casing) With
06  BHPs."
07              BHPs, is that bottom hole pressures?
08      A.  Correct.
09      Q.  Do you recall does this E-mail and the
10  attachment look familiar to you?
11      A.  Let me take a look.
12      Q.  Sure.
13      A.  Yes.
14      Q.  Do you recall sending this data to Mike
15  Levitan?
16      A.  To Mike Levitan, yes.
17      Q.  Did you prepare these spreadsheets that
18  are attached?
19      A.  Yes, I did.
20      Q.  Did you run the calculations underlying
21  the -- the spreadsheets?
22      A.  Yes, I did.
23      Q.  Do you recall what software you used?
24      A.  PROSPER.
25      Q.  PROSPER.
00203:01              What was the purpose of these
02  calculations?
03      A.  The purpose of this calculation is to get
04  the pressure dropped in the -- in the -- in the
05  casing, in this case, and so Mike Levitan can use
06  those -- those data in his work.
07      Q.  Do you know what purpose he was using that
08  data for?
09      A.  In the -- in the largest sense, I know it
10  is for his PIE -- for his PIE analysis, pressure
11  build-up analysis.
```

Page 204:04 to 204:05

```
00204:04      Q.  And so is PIE a -- a well simulation
05  software?
```

Page 204:07 to 204:07

00204:07      A.  Yes.


Page 204:13 to 204:24

00204:13      Q.  (BY MS. ENGEL)  So you said Mike Levitan
       14  was using this data to evaluate pressure build-up;
       15  is that right?
       16      A.  Yeah.
       17      Q.  Is that -- that related to the shut-in of
       18  the well?
       19      A.  Yes.  That is my understanding.
       20      Q.  It related to the evaluation of shut-in
       21  wellhead pressure?
       22      A.  Or related to the time -- the time it
       23  takes the -- the reservoir pressure to build up
       24  after shut-in.


Page 206:01 to 206:07

00206:01      Q.  Okay.  Okay.  Could you turn to the Mike
       02  Levitan exchange and flip to the first table of
       03  the Excel spreadsheet?
       04      A.  Okay.
       05      Q.  It has some green highlighting there on
       06  the page.  Are you there?
       07      A.  Yes.


Page 206:25 to 207:17

00206:25  That first column, it says:  "Ql(Stb)
00207:01  per day."  Is that right?
       02      A.  Correct.
       03      Q.  And "Ql," is that liquid flow rate?
       04      A.  Yes, or assumed liquid flow rate.
       05      Q.  Assumed liquid flow rate?
       06      A.  Correct.
       07      Q.  Okay.  So what you're saying is, in the
       08  evaluations you did here, flow rate was an input
       09  to the model --
       10      A.  Correct.
       11      Q.  -- and not an output?
       12          And the "Stb" indicates stock tank
       13  barrels per day, right?
       14      A.  Yeah, stock tank barrel.
       15      Q.  Okay.  Looking at the second column, the
       16  heading there Pbhf with psi in parens, what does
       17  Pbhf mean?


Page 207:23 to 208:04

```
00207:23     Q.  (BY MS. ENGEL)  It says Pbhf with psi in
      24 parens?
      25     A.  That's the pressure, bottomhole flowing.
00208:01     Q.  Flowing bottomhole pressure?
      02     A.  Flowing bottomhole pressure.
      03     Q.  And is that an input or an output?
      04     A.  That's the output.
```

Page 208:20 to 209:25

```
00208:20     Q.  I see.  The P8969 feet?
      21     A.  8969 are the input.
      22     Q.  What was an input provided by Mike
      23 Levitan?
      24     A.  Should be.
      25     Q.  What does that number represent?
00209:01     A.  That number represents a point on the --
      02 in the -- in the -- in the stream.  Now, Mike was
      03 interested in that point; and so he asked me to
      04 generate a pressure for that -- I mean to output
      05 the pressure in that point for him as well.
      06     Q.  It demonstrates a height in the wellbore?
      07 Is that another way to say it?
      08     A.  Yeah.
      09         MR. EHRLICH:  But the numbers below
      10 are output values?
      11         THE WITNESS:  Huh?
      12         MR. EHRLICH:  The numbers below on
      13 the column are output values, not inputs?
      14         THE WITNESS:  Yeah.  Yeah.
      15     Q.  (BY MS. ENGEL)  So was the -- the first
      16 column, the flowing bottomhole pressure, how is
      17 that calculated?
      18     A.  That was calculated, used assumed, um,
      19 liquid rates and -- now, this is testing my
      20 memory -- from fixing the bottomhole pressure, not
      21 the regular pressure, and I assumed the rates and
      22 given the -- assumed the flow path, back calculate
      23 the -- then the wellhead pressure -- I'm sorry.  I
      24 didn't -- I need to look at exactly how -- how --
      25 how this calculation was -- was performed.
```

Page 210:08 to 210:13

```
00210:08     Q.  We also have it here.  I don't know if
      09 this would help you in any way, but we have an
      10 electronic version here.  So it actually has
      11 the -- what you titled the tabs in the Excel file.
      12 I don't know if that would be helpful to you in
      13 any way.
```

Page 210:25 to 212:13

```
00210:25  (Marked Exhibit No. 11145B.)
00211:01       Q.  (BY MS. ENGEL)  Does having that
     02  electronic version in front of you help, Dr. Liao?
     03       A.  It -- it certainly helps some, but not
     04  too -- not of such a long time -- for some of the
     05  detail work, exactly how to do -- how did I do it.
     06       Q.  Okay.  Let's look at the column on that
     07  summary table -- you can keep looking at the
     08  electronic document, if you want -- the column on
     09  that summary table, which is the first slide.  The
     10  header Pwh(psi), is Pwh wellhead pressure?
     11       A.  Yeah.
     12       Q.  Okay.  And so that would be pressure at
     13  the -- at the blowout preventer, right?
     14       A.  Yes.
     15       Q.  And that's an output to the model, not an
     16  input, you said?
     17       A.  Not what I'm -- I'm -- I was trying to
     18  figure out.
     19       Q.  Okay.
     20       A.  D 15, D 105.  Okay.  That would be an
     21  output.
     22       Q.  That's an output, okay.  And so, for
     23  example, the line that assumes, as an input,
     24  50,000 stock tank barrels per day for the liquid
     25  flow, that corresponds to a wellhead pressure of
00212:01  4293?  Did I read that right?
     02       A.  For the 50,000 barrels per day
     03  corresponding to wellhead pressure of 4293, right.
     04       Q.  And I think you said that the other
     05  assumptions that went into the model, the other
     06  inputs were the ones in that sort of title there
     07  including a height of 88 feet; is that right?
     08       A.  Right.
     09       Q.  Okay.  And that also assumes a skin of 0?
     10       A.  Yes.
     11       Q.  And it assumes a depletion for 2.5 months
     12  at 50,000 barrels a day?
     13       A.  Yeah.  That's an assumption.


Page 223:09 to 223:15

00223:09       Q.  (BY MS. ENGEL)  Earlier today, I think we
     10  looked at a document or two where someone named
     11  Farah Saidi was also named on the documents?
     12       A.  Yes.
     13       Q.  And you said you worked with her on the
     14  Macondo response, correct?
     15       A.  Correct.


Page 224:22 to 232:10

00224:22       A.  I don't recall.
     23       Q.  Did you discuss flow rate with Farah
```

```
24  Saidi?
25      A.  In some E-mail, we talk about -- yes.
00225:01    Q.  Did you discuss particular flow rates from
02  the Macondo well with Farah Saidi?
03      A.  I don't remember the details, but I do
04  remember she asked me for some, like, productivity
05  index.
06      Q.  For -- to use as inputs to her models?
07      A.  Yeah.
08      Q.  Do you know what modeling she was doing
09  specifically?
10      A.  I am not so sure and she might be using
11  Pipe- PipeFit -- PIPESIM -- yeah, PIPESIM.  But
12  I'm not sure.
13      Q.  Your understanding is that she was doing
14  well modeling, though, right?
15      A.  Correct.
16      Q.  I want to go to Tab 14.  It's a previously
17  marked exhibit, 9328.  And this is an E-mail chain
18  and the top E-mail is from you to someone named
19  Bruce Friesen?
20      A.  Yes.
21      Q.  It's dated April 30, 2010.  The subject is
22  "Follow-Up:  Tubing ID For Sub Pump Option.  Offer
23  of OLGA Modeling Assistance."
24          Do you see that?
25      A.  Yes, I do.
00226:01    Q.  Do you recognize this E-mail chain?
02      A.  I do.
03      Q.  Who is Bruce Friesen?
04      A.  Bruce was a senior engineer.  He was in
05  the response team.  When I was brought to the --
06  to the response team I was introduced to Bruce and
07  asked me to assist -- assist -- assist Bruce in
08  the -- whatever evaluation he needs -- he needs to
09  carve out.
10      Q.  To assist him in the reservoir evaluation,
11  you said?
12      A.  No.  To evaluate using different
13  artificial lift methodology to take the fluid out
14  from the -- from above the plume to the surface.
15      Q.  Okay.  The top E-mail here -- well, let's
16  go to the bottom first.  There's an E-mail from
17  Farah Saidi from April 29th, 2010, to Tim Lockett,
18  Norm McMullen, Bruce Friesen, you, Theresa
19  Elizondo and Frank Sweeney.
20          And who is Norm McMullen?
21      A.  Norm McMullen was a BP employee.  He
22  retired sometime back, and during the Macondo
23  response, he came back to help.
24      Q.  So he was a contractor to BP during the
25  Macondo response?
00227:01    A.  Should be, but I'm not -- I'm not sure
02  exactly what his capacity he was -- he was when he
03  came back.
```

```
04        Q.  So regardless of whether he was an
05   employee or a contractor or something else, he
06   left BP.  He was a BP employee.  He left prior to
07   the Macondo blowout and he came back to assist
08   with the response effort?
09        A.  Correct.
10        Q.  So this E-mail says -- is from Farah
11   Saidi.  It says:  "Norm and Tim, I've done PipeSim
12   simulation with the following input parameters" --
13   and she lists a few different inputs here.
14             And it says:  "The total liquid
15   rate" -- it looks like there are a couple of typos
16   in here.
17             It says, "Total liquid rate that was
18   calculated under these assumptions is 15,437 STB
19   per day."
20             Did I read that right?
21        A.  You did.
22        Q.  Okay.  And then the top E-mail here in the
23   chain is from you to Bruce Friesen; and it says:
24   "Hi, Bruce.  It would be great if you can have a
25   conversation with Farah to offer her the rationale
00228:01   for not" -- in caps -- "to maximize" -- in caps --
02   "rate from this well (riser).  It is
03   understandable, as she wouldn't know this."
04             Did I read that correctly?
05        A.  You did.
06        Q.  What did you mean when you wrote that
07   sentence?
08        A.  Okay.  This was the -- the mechanism that
09   would -- we would -- we would put above the --
10   above the plume, trying to take the fluid away
11   from the plume.  And the -- Farah's model, she
12   referred to that as the "riser" and the riser ID
13   3.84.  That means about 4 and a half-inch riser.
14             The mechanism we were looking at
15   during that early response was to get the fluid
16   away from the -- from the plume using whatever
17   artificial lift.  We talked about this morning,
18   gas lift, into jatting, ESP, so on and so forth.
19             The -- during the discussion, during
20   the work with Bruce, I recall the -- the
21   discussion with Bruce that this is a mechanism we
22   use to get the fluid away from the plume.  We do
23   not need to maximize the rate because -- a few
24   reasons for -- for that.  One is using ESP.
25             Remember, we talk about using ESP as
00229:01   an option?
02        Q.  Uh-huh.
03        A.  ESP stand for electronic submersible pump.
04             When we put ESP over there if we pull
05   the fluid too hard, we could create a negative
06   pressure could create a vacuum in the pump.  It
07   could damage the pump.  That's one of the concern.
08             The other concern is, since this is a
```

```
09   relatively small riser, 4 and a half-inch, if we
10   try to flow a lot of fluid -- in this case, like
11   15,000 barrels -- with associated gas, that's a
12   lot of fluid.  When a lot of fluid flows from this
13   little riser, it could create tremendous pressure
14   drop.  With this tremendous pressure drop, it
15   could have associated temperature drop.  When the
16   temperature drop be- -- drop below some level, the
17   hydrate in that gas could come -- could form.  So
18   these are the type of -- the discussion I had -- I
19   had with Bruce.
20          The reason I send this E-mail to only
21   Bruce is because, one, I'm a responsible to him.
22   I reported to him in that period of time.  My
23   role -- my job is to help him.
24          And two, he has this experience with
25   post pump and especially ESP pump.  He has had a
00230:01   lot of years ESP pump when he was in Russia.  And
02   I did not try to broadcast this message to
03   everybody.  This is a reason- -- reasonable -- I
04   mean, polite way for me to ask Bruce to have this
05   conversation with Farah Saidi.
06       Q.  So you didn't want to criticize her in
07   front of a larger group of people or you didn't
08   want it to be taken as a criticism of her in a
09   larger group of people; is that right?
10       A.  Oh, not -- not say, oh, I don't want to
11   assume that she may not know this thing in front
12   of everybody.
13       Q.  The 15,437 stock tank barrels per day,
14   that's just oil, correct?
15       A.  Yeah.  That's just the -- the -- well, she
16   did not say -- the liquid -- well, she did show
17   temperature in the water, so that has oil and --
18   would have oil and the water.
19       Q.  Okay.  You said a few minutes ago that
20   there would have been gas --
21       A.  Yes.
22       Q.  -- as well, right?
23       A.  Yes.
24       Q.  And so, there would have been gas on top
25   of the 15 -- or in addition to the 15437 number
00231:01   that she set forth here, right?
02       A.  Correct.
03       Q.  Okay.
04       A.  That gas could be tremendous amount.
05       Q.  Do you know if Farah Saidi was aware of
06   any of the potential issues with hydrates at the
07   well?
08       A.  I'm not sure.  That's why I didn't want to
09   publicize.
10   Just -- sorry -- one more
11   clarification on this E-mail.  You notice
12   this well has, as I said, a bracket riser.  We're
13   really talking about the riser, the mechanism
```

```
14    above -- above the plume to take the fluid away
15    from the -- from the plume.  It's not the well
16    itself.
17         Q.  Okay.  So you're talking about the riser
18    when it was still laying -- the long riser was
19    laying on the ocean floor?
20         A.  No, no, no, no.  Sorry.  This is a new
21    riser that they were proposing to put in this
22    3- 1/2 -- or 4 and a half inch with the ID 3.9 --
23    94 basically just to put some pipe over there to
24    try to lift that fluid from the plume.
25         Q.  So the plume that was coming out of the
00232:01   wellhead --
02         A.  Yes.
03         Q.  -- they were proposing to float a riser
04    over the top of it and collect --
05         A.  Correct.
06         Q.  -- up through that riser?
07         A.  Correct.
08         Q.  Okay.  Did you -- did BP end up
09    implementing any artificial lift technologies at
10    the Macondo Well?
```

Page 232:12 to 233:14

```
00232:12        A.  I don't -- I don't know.  And especially
13    after the initial phase of this work, I move away
14    from the -- this building.  Exactly what was done
15    in the operation, I was already moved.
16         Q.  (BY MS. ENGEL)  Why did you move from
17    working on the artificial lift analysis to working
18    on some of the other well modeling that we've
19    discussed today?
20         A.  I was directed -- I was instructed to do
21    so.
22         Q.  By whom?
23         A.  By Mike Mason.
24         Q.  By Mike Mason, okay.  Do you know why Mike
25    Mason wanted you to work with him?
00233:01        A.  Why Mike Mason wanted me to work with him?
02         Q.  Uh-huh.
03         A.  He -- he know -- he knows me from my --
04    from my work.  He knows me from the -- some
05    meetings in some -- in some other -- in some --
06    since he's the -- he -- he was the -- on the
07    management role, so he -- he likes my ability.
08         Q.  He was in the management role, and what
09    was the last thing you said?
10         A.  He would know what I can do.
11         Q.  Your abilities?
12         A.  How can I help.
13         Q.  Was Frank Sweeney already working with
14    Mike Mason at that point?
```

Page 233:16 to 233:20

```
00233:16        A.  I don't recall the detail.
      17        Q.  (BY MS. ENGEL)  Okay.  Frank Sweeney was
      18  your direct manager at the time of this event,
      19  however, right?
      20        A.  Correct.
```

Page 244:13 to 245:05

```
00244:13      Q.  I want to turn back first this morning to
     14  a document we were looking at yesterday that I
     15  believe you already have in front of you.  It is
     16  Tab 154.  The exhibit was marked 11145 yesterday.
     17           MS. ENGEL:  And just for the record,
     18  before we start looking at the document, for the
     19  record, we brought in this morning just a copy of
     20  the electronic.  We had marked yesterday a hard
     21  copy of the E-mail and the attachments behind it,
     22  and we're marking for the record this morning a
     23  copy of the electronic version of just the Excel
     24  spreadsheet, and that's going to be Exhibit
     25  11145B.  And that's what Dr. Liao has in front of
00245:01  him right now.
     02      Q.  (BY MS. ENGEL)  So I want to turn back to
     03  that first tab there, if you can look at it in the
     04  Excel file.  I think it's called Summary Table.
     05      A.  Yes.
```

Page 245:11 to 245:24

```
00245:11  So I want to look at the -- the
     12  column titled "Flowing Bottomhole Pressure."  It's
     13  "Pbhf(psi)."
     14           Do you see that?
     15      A.  Correct.
     16      Q.  It's the second column in -- in the
     17  summary tables.  And looking -- we talked
     18  yesterday about how these numbers were generated
     19  and whether they were inputs or outputs to the
     20  file.  And I want you to look at the very top row
     21  there, the one that has as a flow rate .1.
     22      A.  Uh-huh.
     23      Q.  Now, is that -- what was the purpose of
     24  using .1 as a flow rate here in this chart?
```

Page 246:01 to 246:05

```
00246:01      A.  I'm not so sure about this now.  And the
     02  computer was down quite some -- quite sometime
     03  back.  If I were to wage a guess, that is to
     04  establish a lower bound of the -- of the
     05  calculation.
```

Page 247:01 to 247:18

```
00247:01      Q.  (BY MS. ENGEL)  Okay.  But sitting here
     02  now, your interpretation of this is that was the
     03  purpose of this first line in the chart, was to
     04  establish a lower bound?
     05      A.  Correct.
```

```
06        Q.  Okay.  So then the number there under
07   flowing bottomhole pressure of 9837, that was
08   calculated external to the modeling that we see
09   here, right?
10        A.  That -- that is -- from my recollection
11   now, by looking at the spreadsheet, because I saw
12   that number in the underlying tab, in the second
13   tab, for example, it --
14        Q.  And the second tab is named what?
15        A.  It is "0_BOPD."
16        Q.  Okay.  That -- so that would be for the --
17   what you're calling the lower bound flow rate?
18        A.  Yeah.  Yeah.
```

Page 248:07 to 248:08

```
00248:07      Q.  Okay.  So that 9837 number is an input?
     08       A.  Correct.
```

Page 248:25 to 249:10

```
00248:25      Q.  They're all inputs or -- my question was
00249:01   just with regard to that first line there in the
     02    second chart.  So looking back at the summary
     03    table in the first tab in the -- in the Excel
     04    file, there -- the two charts there, the one
     05    that's -- the one that is on the bottom, the first
     06    column is for a flow rate -- the first row is for
     07    a flow rate of zero, and the flowing bottomhole
     08    pressure is listed as 10256.
     09              So my question is whether that number
     10    there is an input to the model?
```

Page 249:20 to 250:09

```
00249:20      Q.  If you look at that tab, though, the
     21    0k_BOPD1, the top -- if you look at the blue box
     22    that's on the very top of that tab --
     23       A.  Uh-huh.
     24       Q.  -- the flowing bottomhole pressure is
     25    10256, right?
00250:01      A.  Correct.  That is -- that is also the same
     02    as the first node pressure, again reflect what I
     03    said earlier.  The first node pressure is always
     04    the input.
     05       Q.  So then, this spreadsheet within the Excel
     06    file -- this sheet within the Excel file does
     07    correspond to that first row of the lower chart on
     08    the summary table tab, right?
     09       A.  Correct.
```

Page 250:14 to 251:22

```
00250:14  The third column -- again, looking
      15  back at the summary table tab, the third column is
      16  headed "dPfl"?
      17       A.  Correct.
      18       Q.  And what does that signify, "dPfl"?
      19       A.  "dPfl," again, that is from my memory now.
      20  It should stand for the pressure drop due to the
      21  friction loss.  The friction loss.
      22       Q.  Okay.  So is that also called "frictional
      23  and pressure drop"?  Is that another way to refer
      24  to it?
      25       A.  Yes.
00251:01       Q.  So what are -- I don't -- I don't see here
      02  a unit of measurement for that frictional pressure
      03  loss column.  Do you know what that unit of
      04  measurement is?
      05       A.  Should be psi.  We can -- we can examine
      06  that.
      07       Q.  Do you -- if you look at another tab in
      08  here, you can --
      09       A.  Yes.  If I look at another tab -- do you
      10  want me to do that?
      11       Q.  Yes.  Please do.
      12       A.  Okay.
      13       Q.  And let us know what tab you're looking
      14  at?
      15       A.  I'm looking at the tab called 10k_BOPD.
      16       Q.  Okay.
      17       A.  Yes.  On this spreadsheet, if you look at
      18  the Column M --
      19       Q.  Okay.
      20       A.  -- it says pressure -- pressure --
      21  "Friction Pressure Loss" in the unit of psi.
      22       Q.  Okay.
```

Page 252:03 to 252:11

```
00252:03       Q.  I see that the -- if you look back at the
      04  10k_BOPD tab that you were looking at a moment
      05  ago --
      06       A.  Uh-huh.
      07       Q.  -- the very first column there lists --
      08       A.  Oh, 45 -- 44.5.  44.51.
      09       Q.  And where are you looking when you see
      10  that?
      11       A.  Okay.  I --
```

Page 252:13 to 252:13

```
00252:13       A.  Okay.  Column I.  Column I.
```

Page 253:02 to 254:17

```
00253:02       Q.  You're at very top of the spreadsheet, not
      03  in the series of numbers below?
      04       A.  Correct.
      05       Q.  Okay.
      06       A.  So this shows so much was done -- by
      07  looking at this again now, the memory start to
      08  come back a little bit more.  This pDf1 [sic]
      09  actually corresponding to the pressure loss and
      10  the tab's not indicated on the Row 82, which is
      11  89 -- 8969.  Remember, yesterday we talk about
      12  this 8969 to be a -- to be an input point.
      13  This -- everything -- this is a point that the
      14  request is interested in.  He was -- he was
      15  interested in getting the pressure at that point.
      16  That's why this spreadsheet did go ahead, provide
      17  him that information.
      18       Q.  Okay.  So the -- you're looking at the Tab
      19  10k_BOPD?
      20       A.  Correct.
      21       Q.  And in the -- on the electronic version,
      22  the row that is 82, the first column says 9 and
      23  7/8 inch casing, and then the second column is a
      24  depth of 8969 within the well; is that right?
      25       A.  Correct.
00254:01       Q.  And that's a -- that's a depth that Mike
      02  Levitan, who asked you to run this modeling,
      03  requested you to use as an input, right?
      04       A.  Correct.  On that exact event, I'm not so
      05  sure.  I don't remember now.  But looking from
      06  the -- the -- looking -- looking on the work
      07  product from the -- the file generated here, it
      08  indicated so.
      09       Q.  Okay.  Okay.  So looking back at the
      10  summary table tab again, the fourth column there
      11  is "dPgl," right?
      12       A.  Correct.
      13       Q.  What does that stand for?
      14       A.  Again, that's from my memory.  It should
      15  stand for pressure loss due to gravitational -- or
      16  gravitational pressure loss.  Gravitational
      17  pressure loss.


Page 254:25 to 255:17


00254:25       Q.  Okay.  And if we look back at that same
00255:01  tab we were looking at a moment ago, the 10k_BOPD,
      02  do you see a value on that tab that corresponds to
      03  the 2211 gravitational pressure loss number that's
      04  in the summary table?
      05       A.  Let's exam.
      06            N82 -- if you can get to that there,
      07  N82.  Again, the Row 82 corresponding to this 8969
      08  is indeed on the Column N82, a pressure reading
      09  2210.91.
      10       Q.  Okay.  So, again, in that same row that
```

```
11   has the depth of 8969 within the well --
12       A.  Correct.
13       Q.  -- within the -- under the Column N, which
14   is the column that addresses the gravitational
15   pressure loss, you see a value of approximately
16   2211?
17       A.  Correct.
```

Page 258:24 to 260:14

```
00258:24       Q.  Okay.  So we're looking at Row 7 -- we're
      25   looking at Row 7, Column J in this "Summary
00259:01   Table" --
      02       A.  Uh-huh.
      03       Q.  -- sheet, right?
      04       A.  Yeah.
      05       Q.  And when you highlight that cell, which
      06   has a numerical value of 5, you get a formula in
      07   the -- in the Excel spreadsheet again, right?
      08       A.  Correct.
      09       Q.  And what that is formula?
      10       A.  That is G7 minus D7.  In G7, it's 50; in
      11   D7, it's 45.  So my interpretation -- now, again,
      12   this is my interpretation based on the data, not
      13   again from memory of the detail work a long time
      14   ago.  My interpretation is:  This PF -- pDfu (sic)
      15   is the total pressure loss of 50 psi on the whole
      16   stream minus the pressure loss from the top to
      17   Tab -- whatever that tab we looked at, 89- -- 8969
      18   feet.  So the friction loss from the top to that
      19   tab is 45.  So the remaining pressure -- friction
      20   pressure loss is the remaining 5 psi is the
      21   difference between the two.
      22       Q.  Okay.  So the -- the frictional pressure
      23   loss from the top of the well down to the height
      24   of 8969 is 45 psi?
      25       A.  Correct.
00260:01       Q.  Which leaves a frictional pressure at that
      02   depth of 8969 of 5 psi; is that what you said?
      03       A.  No.
      04       Q.  Okay.
      05       A.  Now, the -- the pressure loss from 8969 to
      06   the bottom of the well is 5 psi.
      07       Q.  Okay.  Thank you.
      08           The very last column, Column K, dPgu,
      09   is that -- what does that stand for?
      10       A.  Now, by looking at this Excel, looking at
      11   the file, looking at the data, looking at the
      12   numbers, by inference, it should be very similar
      13   to the friction loss but this is just a gravity
      14   pressure loss.
```

Page 261:15 to 262:21

```
00261:15  Column G is DPF_all; is that right?
      16        A.  Correct.
      17        Q.  And what does that represent?
      18        A.  From my interpretation, by looking at the
      19  spreadsheet now, it should be the friction
      20  pressure loss from the top to the bottom of the --
      21  of the well.
      22        Q.  The entire wellbore?
      23        A.  The entire wellbore.
      24        Q.  Okay.  And then Column H is what?
      25        A.  That Column H similarly is the entire
00262:01  gravity pressure loss over the entire wellbore
      02  from the top to the bottom.
      03        Q.  Okay.  Okay.  And I think maybe we plowed
      04  this ground a little bit yesterday as well, but I
      05  just want to confirm with you again that this
      06  first column -- which is Column B on the "Summary
      07  Table" spreadsheet -- are flow rate values,
      08  correct?
      09        A.  Correct.
      10        Q.  And they were used as -- they were
      11  prescribed flow rate values that were used as
      12  inputs to this PROSPER model, right?
      13        A.  Correct.
      14        Q.  Okay.  And the other inputs to this model
      15  are the assumptions that are above that, the table
      16  there on the "Summary Table" tab.  So a height of
      17  88 feet, a skin of 0, and a depletion for 2.5
      18  months at 50,000 barrels per day for that top
      19  chart, correct?
      20        A.  By reading -- by looking at the chart,
      21  yes.
```

Page 266:01 to 266:18

```
00266:01        Q.  You said 4989 and you believe -- you
      02  believe that represents what?
      03        A.  The -- that's -- this is wellhead.
      04        Q.  The wellhead depth?
      05        A.  Yeah.
      06        Q.  Okay.
      07        A.  By the way, I mentioned yesterday this is
      08  calculated backward.
      09        Q.  Right.
      10        A.  So it is actually depth going backward
      11  from --
      12        Q.  From the bottom of the well to the top?
      13        A.  -- from the bottom.
      14            Okay.  Now -- thank you for point to
      15  for this.
      16            Now, I can say here:  This is 104.
      17  It is DP drill pipe small ID, and then this is
      18  assumed the drill pipe is inside that casing.
```

Page 267:18 to 267:21

```
00267:18      Q.  Okay.  So there's a vertical -- vertical
     19  hole with the drill pipe between that depth of
     20  4989 to a depth of 8136, right?
     21      A.  .4.  Correct.
```

Page 268:04 to 268:13

```
00268:04      Q.  Okay.  So 8969 -- the depth of 8969 that
     05  we've been discussing is representative of the
     06  highest depth for the 9 and 7/8-inch casing,
     07  right?
     08      A.  Correct.  Perfect.
     09      Q.  Do you -- would you still like to look at
     10  a diagram of the wellbore or do you think --
     11      A.  No, I don't think so.  I think, by this
     12  joint exercise, we identified this 8969 to be the
     13  end of the 18-inch shoe.
```

Page 268:24 to 269:08

```
00268:24      Q.  (BY MS. ENGEL)  Based on the values in
     25  Column A of this sheet that we've been looking at,
00269:01  10k_BOPD, is there any indication to you that
     02  there was flow in the annular space outside of the
     03  production casing?
     04      A.  No.  This is not the case.  This -- from
     05  the data we examined, it indicate a case of casing
     06  flow with -- with different variation with the
     07  evaluation of some -- some drill pipe being
     08  somewhere with the configuration.
```

Page 271:12 to 271:16

```
00271:12      Q.  Okay.  Did you have to incorporate fluid
     13  values into this PROSPER modeling in order to
     14  generate the results that we've been looking at
     15  this morning?
     16      A.  Yes.
```

Page 271:21 to 271:25

```
00271:21      Q.  If you were using -- if you were
     22  evaluating the behavior within the wellbore
     23  according to Mike Levitan's request for the
     24  Macondo project, would it have made sense for you
     25  to use black oil tables for the Macondo fluid?
```

Page 272:02 to 272:06

```
00272:02      A.  Yes.
```

```
03      Q.  (BY MS. ENGEL)  So you have no reason to
04 think that you would have used fluid values for a
05 fluid other than the Macondo fluid in this
06 modeling?
```

Page 272:08 to 272:08

```
00272:08    A.  Correct.
```

Page 272:15 to 272:21

```
00272:15    Q.  Do you see a value for Total GOR in
16 Row 18?
17      A.  I'm sorry.  Which column are you looking
18 at, again?
19      Q.  Column -- the value is in Column B --
20      A.  Column B, okay.
21      Q.  -- Row 18.
```

Page 273:05 to 273:16

```
00273:05    Q.  (BY MS. ENGEL)  Do you see a value of
06 2600.2 for Total GOR listed there?
07      A.  Yes, I do.
08      Q.  Was that value an input to this PROSPER
09 modeling?
10      A.  That should be the input.
11      Q.  Is that a value that would have been
12 provided to you by someone else working on the
13 Macondo effort?
14      A.  Correct.
15      Q.  Looking a little higher up in that same
16 Column B --
```

Page 273:21 to 274:09

```
00273:21 -- I'm looking at Row 11, Column B.
22          Do you see that?
23      A.  Yes.
24      Q.  It says "Beggs and Brill."
25          Do you see that?
00274:01    A.  Uh-huh.
02      Q.  What is Beggs and Brill as it's used here
03 in this spreadsheet?
04      A.  Beggs and Brill stand for a pressure --
05 pressure gradient calculation correlation.  It's a
06 correlation that is -- that is used to calculate a
07 pressure drop, pressure loss, in -- over a pipe.
08 And they -- it says:  Surface equipment
09 correlation used Beggs and Brill.
```

Page 274:19 to 274:25

```
00274:19        Q.  (BY MS. ENGEL)  Is that a -- is that a
      20   correlation that you use for two-phase flow?
      21        A.  Yes.  It is one of the many correlations
      22   that is used for -- during the two-phase flow
      23   calculation.
      24        Q.  And Beggs and Brill is an industry
      25   standard, two-phase flow correlation?
```

Page 275:02 to 275:02

```
00275:02        A.  One of many.
```

Page 276:23 to 278:01

```
00276:23        Q.  Could you look at Column H on that same
      24   spreadsheet, 30k_BOPD.  Let me know when you're
      25   there.
00277:01        A.  Column H?
      02        Q.  H, as in Henry.
      03        A.  Yes.
      04        Q.  And that's titled "Regime"?
      05        A.  Yes.
      06        Q.  What does the term "Bubble" mean under the
      07   column Regime?
      08        A.  Very well.  Regime means the flow regime.
      09   On the -- in the multiphase flow, they have
      10   different flow regime.  The flow regime also
      11   refers to the flow pattern such as bubble flow
      12   over here indicate that gas and this under --
      13   these conditions indicated by -- by -- by
      14   the flow, for example, those 30 -- 30A, the gas
      15   present in the bubble format.  Gas of the bubble
      16   flow up with the -- with -- with liquid.
      17             If you scroll down, you will see
      18   something like a "slug."  This slug, it means the
      19   liquid and a gas in some different segment,
      20   different section like the slug, and one segment
      21   of the gas, one section of the -- of the liquid
      22   and something bottom.  That's how -- what -- what
      23   they are.
      24        Q.  So you see -- oh, I'm sorry.  Go ahead and
      25   finish.
00278:01        A.  Other flow regime.
```

Page 278:08 to 278:11

```
00278:08        Q.  And so the Bubble Regime referenced in
      09   Column H begins at a depth of 7165.3, according to
      10   this chart?
      11        A.  Correct.
```

Page 280:02 to 281:13

```
00280:02      Q.  Okay.  Let's go -- I have just a few more
      03  questions on this.  Let's go to the Tab 50k_BOPD
      04  in this same Excel file --
      05      A.  Okay.  I'm there.
      06      Q.  -- and take a second to look at this so
      07  you can understand what it is.
      08              Now, does this sheet have
      09  calculations like the ones we just discussed on
      10  the 30k_BOPD tab except the flow rate here is
      11  50,000 barrels per day, not 30,000?
      12      A.  By looking at the numbers, the indication
      13  is yes.
      14      Q.  Let's go to that column we were looking at
      15  a moment ago titled Regime.
      16      A.  G?
      17      Q.  Regime, the --
      18      A.  Oh, Regime.  Okay.
      19      Q.  Regime.
      20      A.  Okay.  H?
      21      Q.  Yes, Column H on this 50k_BOPD tab.  And
      22  the values there, the topmost values in that
      23  Regime column are bubble, correct?
      24      A.  Correct.
      25      Q.  And can you scroll down and tell me at
00281:01  what depth the transition from bubble to slug
      02  occurs?
      03      A.  The transition in this case occurred on
      04  the much deeper depths that is somewhere in
      05  between 12,129.8 and 11,899.4, the row 66 and the
      06  row 67.
      07      Q.  So the transition in this calculation that
      08  assumed a 50,000 barrel-per-day flow rate,
      09  the transition from bubble to slug happens at a lower
      10  depth than in the 30,000 barrel-per-day case
      11  right?
      12      A.  By cross-examining the numbers from this
      13  workbook, yes.


Page 282:02 to 282:15

00282:02      Q.  I'm going to hand you a document that is
      03  marked as 11146.
      04              (Marked Exhibit No. 11146.)
      05      A.  Okay.
      06      Q.  (BY MS. ENGEL)  It's Tab 142.  Do you
      07  recognize these handwritten notes?
      08      A.  Yes.  Those are mine.
      09      Q.  This is your handwriting?
      10      A.  Those -- those are.
      11      Q.  If you want to take a second to flip
      12  through these quickly and just confirm for me that
      13  these are your handwritten notes from the work you
      14  did on the Macondo effort, please.
      15      A.  Yes.
```

Page 282:17 to 283:23

```
00282:17   And these notes were taken as you
      18   performed work on the Macondo effort; is that
      19   right?
      20        A.  Correct.
      21        Q.  And so they were taken close in time to
      22   whatever -- for instance, if there is -- if you
      23   turn to the page ending 4213, do you see the
      24   numbers in the lower right-hand corner?
      25        A.  4213?
00283:01        Q.  Yes.  Are you there?
      02        A.  Yeah.  4213.
      03        Q.  There's a date on the top of this page, "3
      04   May 2010"?
      05        A.  Correct.
      06        Q.  Do you see that?
      07        A.  Yeah.
      08        Q.  So these notes would have been taken on or
      09   about May 3rd, 2010?
      10        A.  Correct.
      11        Q.  There's a name on the top of the page here
      12   Rich Stoisits?  I may be butchering that.
      13        A.  Stoisits.
      14        Q.  Okay.  And it says next to that, "Exxon,"
      15   right?
      16        A.  Correct.
      17        Q.  Do you recall a meeting on or about
      18   May 3rd of 2010 with a representative from Exxon?
      19        A.  I recall a meeting -- okay.  The next one
      20   says:  "4 May 2010.  Meeting with Richard...of
      21   Exxon."
      22        Q.  Do you recall that meeting?
      23        A.  Yeah.
```

Page 284:05 to 284:24

```
00284:05   Okay.  So right below that on the --
      06   on that same page that we're looking at, there's a
      07   date of "4 May 2010," and it says next to that,
      08   "Meeting with Richard Stoisits of Exxon"?
      09        A.  Correct.
      10        Q.  So were these notes taken during the
      11   meeting?
      12        A.  Let me scan quickly.
      13             Yes.
      14        Q.  So you took these notes -- you had
      15   knowledge of what was being discussed at the
      16   meeting when these notes were taken, correct?
      17        A.  Correct.
      18        Q.  Okay.  I'm going to ask you to flip ahead
      19   again to the page ending 4237.  Let me know when
      20   you're there.
```

```
      21      A.  Okay.
      22      Q.  And the top of this page says "18 May
      23  2010," correct?
      24      A.  Correct.
```

Page 285:09 to 287:19

```
00285:09      Q.  Okay.  Lower down on that page then, it
      10  says -- I'm looking -- it's three lines up from
      11  the bottom.  It says:  "Ron's calculation for FBHP
      12  and Tony's agree pretty well."
      13              Do you see that?
      14      A.  Can you point to me?
      15      Q.  Sure.  That same page towards the
      16  bottom --
      17      A.  Okay.
      18      Q.  -- three lines up.
      19      A.  Okay.
      20      Q.  It starts, "Ron's calculation"?
      21      A.  Yeah.
      22      Q.  Do you see that?
      23      A.  Yeah.
      24      Q.  And it reads:  "Ron's calculation for FBHP
      25  and Tony's agree pretty well."
00286:01      A.  Yes.
      02      Q.  Did I read that right?
      03      A.  You did.
      04      Q.  Is the "Tony" referred to here you?
      05      A.  Correct.
      06      Q.  Okay.  And the "Ron" referred to here, who
      07  is that; do you know?
      08      A.  One of the national -- national lab
      09  scientists.
      10      Q.  Ron Dikeheusen?
      11      A.  Sounds familiar.
      12      Q.  Okay.  Do you know which modeling this is
      13  referencing on or about May 18th, 2010?
      14      A.  He or I?
      15      Q.  Well, you first.
      16      A.  Me first.  I use PROSPER to calculate the
      17  bottomhole flowing pressure.  Without looking at
      18  detail, again that's based on a bunch of these
      19  assumptions, some of the different cases listed
      20  here on this draft table.
      21      Q.  So that note, "Ron's calculation for FBHP
      22  and Tony's agree pretty well," indicates to you
      23  that the PROSPER modelling you did to generate a
      24  flowing bottomhole pressure matched fairly well
      25  with the calculation done by Ron Dikeheusen for
00287:01  flowing bottomhole pressure; is that right?
      02      A.  Correct.  If you look a few columns -- if
      03  you look at the few above, it says, "Tony's model
      04  calculate in the -- FBHP 6696; Ron's FBHP, 6560.
      05  And the column next to it says 5954.  You look at
      06  that one below, 5740.
```

```
07              So within a few hundred psi.  That's,
08  you know -- without knowing what approach he's
09  taking and from engineering judgment call, that's
10  really good.
11       Q.  Okay.  And so --
12       A.  -- per the agreement.
13       Q.  -- the numbers you were reading is from
14  the column in the handwritten chart headed "A1(for
15  Case 2)," correct?
16       A.  Correct.
17       Q.  Does that A1 reference one of the flow
18  scenarios that we were discussing yesterday?
19       A.  Yes.
```

Page 288:15 to 289:03

```
00288:15     Q.  The flowing bottomhole pressure that you
16  calculated for B -- Scenario B2 for Case 4 is
17  6670, correct?
18       A.  Yeah.  On one of the sub case, uh-huh.
19       Q.  And if you go to the very last row in that
20  chart, Ron's flowing bottomhole pressure for
21  Scenario B2 for Case 4 is 6560, correct?
22       A.  Yeah.  One of the sub case, correct.
23       Q.  Would you say that those two flowing
24  bottomhole calculations agree pretty well?
25       A.  Yes.  By looking at the numbers, they do.
00289:01     Q.  Could you turn to the page in your notes
02  that ends 4262, please?
03       A.  4262?
```

Page 289:20 to 291:14

```
00289:20     Q.  (BY MS. ENGEL)  At the very top there, it
21  says "Shut-in Protocol"?
22       A.  Okay.
23       Q.  And right below that, it says:  "OBJ
24  determine the integrity of the well and whether it
25  can remain SI."
00290:01             Did I read that right?
02       A.  Yes.
03       Q.  So does that translate to "Objective:
04  Determine the integrity of the well and whether it
05  can remain shut in"?
06       A.  Correct.
07       Q.  Okay.  A little ways down on that page,
08  there's a line that says, "Mike's assumption, 50K
09  for two months."
10             Do you see that?
11       A.  Okay.
12       Q.  Did I read that correctly?
13       A.  You did.
14       Q.  Is that -- does that refer to Mike Mason?
15       A.  I am not sure.  It shouldn't.  If I were
```

```
16    to wager a guess, I would say that's Michael
17    Levitan.
18        Q.  Okay.
19        A.  But that's just from my memory.
20        Q.  Okay.  Were there any other "Mikes" that
21    worked on the Macondo project with you?
22        A.  No.
23        Q.  Under -- two rows under that, it says:
24    "Skin 0" -- and there's a squiggly line -- "20,"
25    and in parens, it says:  (Typical range).
00291:01              Can you interpret those notes for me?
02    What does the "skin 0, squiggly 20" mean?
03        A.  Okay.  That is the skin from 0 to 20.
04        Q.  Okay.  And "typical range," what did you
05    mean when you wrote that?
06        A.  I don't recall.  I don't recall if it is
07    something I heard in a meeting, I take it down.
08        Q.  Okay.
09        A.  I don't recall now.
10        Q.  So that -- those notes could either refer
11    to something that you were thinking at the time
12    and wrote down here, or they could refer to
13    something that someone else said in a meeting; is
14    that right?
```

Page 291:16 to 291:18

```
00291:16       A.  Correct.
17              The real -- the true answer to that
18    is:  I really don't know now.
```

Page 291:24 to 292:04

```
00291:24       Q.  (BY MS. ENGEL)  But it wouldn't be
25    something either than those two alternatives,
00292:01  either something that you were thinking at the
02    time or something that someone else said and you
03    took note of, correct?
04        A.  Correct.
```

Page 293:14 to 294:19

```
00293:14       Q.  (BY MS. ENGEL)  Could you turn to the page
15    that ends 4267, please.  Are you there?
16        A.  Yes.
17        Q.  A little more than halfway down the --
18    well, let's look at this first.  The -- about a
19    third of the way down the page, there's a date:
20    30 May.
21              Do you see that?
22        A.  30 May, okay.
23        Q.  Okay.  And then a little bit below that,
24    there's an arrow and then it says "Bob."
```

```
    25          Do you see where I am?
00294:01    A.  "Bob"?
    02    Q.  Yep.  Are you there?
    03    A.  Yeah, Bob, uh-huh.
    04    Q.  And right below, that it says:  "No. 1
    05 casing flow only (alone).  QO equals 26,000 DP
    06 plus 28,243 CSG equals 54,243 BOPD."
    07          Did I read that right?
    08    A.  You did.
    09    Q.  Okay.  And the "DP" there refers to drill
    10 pipe, right?
    11    A.  Yes.
    12    Q.  And the CSG refers to casing?
    13    A.  Correct.
    14    Q.  Okay.  So this line that starts "QO"
    15 represents the oil flow up the casing and the
    16 drill pipe; is that right?
    17    A.  Correct.  Under the underlying
    18 assumptions, which I don't remember what they are
    19 now.
```

Page 295:08 to 295:14

```
00295:08    Q.  (BY MS. ENGEL)  Okay.  But it would have
    09 been someone on the Macondo team calculating the
    10 flow rate of oil up the drill pipe and the
    11 production casing on or about May 30th; is that
    12 right?
    13    A.  With the underlying assumptions, which are
    14 not shown here.
```

Page 297:10 to 298:22

```
00297:10    Q.  (BY MS. ENGEL)  Dr. Liao, looking at the
    11 page in -- in your notes here that ends 4266,
    12 there's the date on the top of the page, "28 June,
    13 2010; Big Teleconference."
    14          Do you see that?
    15    A.  I do.
    16    Q.  And the page that follows that we were
    17 looking at that has the reference to Bob and a
    18 casing flow rate calculation, are these -- is that
    19 reference part of the same set of notes from the
    20 June 28th, 2010, teleconference?
    21    A.  If the order of these page are correct,
    22 that can be the inference.  But, unfortunately,
    23 this page and 4267 didn't have a date -- doesn't
    24 have a date to indicate so.
    25    Q.  Okay.  But if it follows in order and the
00298:01 order of the pages is the order -- the original
    02 order of your notes, your interpretation is that
    03 the notes on Page 4267 are from on or about June
    04 28, 2010?
    05    A.  Correct.
```

```
06        Q.  Could you turn to the page that ends 4280
07  in your notes, please.  Let me know when you're
08  there.
09              Are you on that page, Dr. Liao?
10        A.  42 --
11        Q.  4280?
12        A.  Yes.
13        Q.  At the bottom of the page, it reads:
14  "Confirmed with Tim Lockett:  No. 1 EOS table
15  (latest) used in model."
16              Did I read that correctly?
17        A.  You did.
18        Q.  Is your interpretation of that that you
19  confirmed with Tim Lockett that he used the latest
20  EOS table in his model?
21        A.  From the note, yes.  But, again, not from
22  my memory, no.
```

Page 298:25 to 299:25

```
00298:25  Could you turn to the page that ends
00299:01  4285, please.
02              Are you there?
03        A.  Yes.
04        Q.  Halfway down the page, there is an entry
05  for 27 July, 2010.
06              Do you see that?
07        A.  Is that -- is that a clear 2?
08        Q.  Well, at the top of the page, there is an
09  entry for 26 July 2010?
10        A.  Okay.  That sounds logical, doesn't it?
11        Q.  So that was my interpretation, is that the
12  next entry is for 27 July 2010.  Would you agree
13  with that?
14        A.  Yes.
15        Q.  And below that, it reads:  "CNN News, BP
16  COO Doug Suttles estimated the flow from the well
17  at 53,000 barrels of oil per day in a June 6th CNN
18  interview."
19              Did I read that correctly?
20        A.  You did.
21        Q.  Okay.  Let's turn back to earlier in your
22  notes, Page 4213.
23        A.  4213?
24        Q.  13.  It's the notes from the May 4th
25  meeting with the Exxon representative.
```

Page 300:04 to 300:24

```
00300:04        Q.  And I'm going to show you another document
05  at the same time, and it's Tab 116.
06              And could you read the exhibit number
07  at the bottom there for me, Dr. Liao?
08        A.  9306.
```

```
         09              MS. ENGEL:  Previously marked
         10  Exhibit 9306.
         11       Q.  (BY MS. ENGEL)  And this Exhibit 9306 is
         12  titled Meeting Summary Notes, 4th May 2010; is
         13  that right?
         14       A.  Correct.
         15       Q.  Okay.  And you see here under "Meeting
         16  with Exxon" that name that we were looking at in
         17  your handwritten notes, Richard Stoisits from
         18  Exxon?
         19       A.  Correct.
         20       Q.  And below that, it lists BP attendees
         21  including Mike Mason, Frank Sweeney, Chris Cecil,
         22  you, Farah Saidi (Partial) and Simon Bishop.
         23              Did I read that correctly?
         24       A.  You did.
```

Page 301:09 to 301:17

```
00301:09       Q.  So towards the top of that first page, it
         10  says: " What we presented to Exxon (Rich):
         11              Context of problem; Potential flow
         12  paths; Showed photos/diagrams of subsea leaks;
         13  Reviewed assumptions used in BP's modeling
         14  (Prosper mainly), but discussed OLGA and PIPESIM
         15  results."
         16              Did I read that correctly?
         17       A.  You did.
```

Page 304:07 to 304:24

```
00304:07       Q.  And it's the page that ends 4213.  Towards
         08  the bottom of that page, it says:  "Model Farah
         09  did gave him good assurance."
         10              Did I read that right?
         11       A.  "Model Farah did gave him good assurance,"
         12  yeah.
         13       Q.  Six lines up from the bottom on that
         14  Page 4213?
         15       A.  Yeah, I saw it.
         16       Q.  And below that, it says:  "If they don't
         17  have well test data, they would use OLGAS 2P.  PE2
         18  is very well widely used, too."
         19              Did I read that right?
         20       A.  Correct.
         21       Q.  So those -- those notes that I just read
         22  correspond pretty closely to the notes from
         23  Exhibit 9306 of the Exxon meeting, right?
         24       A.  Correct.
```

Page 305:21 to 305:24

```
00305:21  Are you aware of BP doing any
```

```
       22   modeling of a source control method, of any source
       23   control method for a blown-out deepwater well
       24   prior to April 20, 2010?
```

Page 306:01 to 306:07

```
00306:01      A.  I'm not sure.
       02      Q.  (BY MR. KRAUS)  You're not aware of any?
       03      A.  No.
       04      Q.  Okay.  Are you aware of BP or anybody on
       05   its behalf performing any modeling of Top Kill
       06   efforts for a blown-out deepwater well prior to
       07   April 20, 2010?
```

Page 306:09 to 306:11

```
00306:09      A.  No.
       10      Q.  (BY MR. KRAUS)  How about -- same question
       11   for junk shot?
```

Page 306:13 to 306:15

```
00306:13      A.  No.
       14      Q.  (BY MR. KRAUS)  Same question for a
       15   capping stack?
```

Page 306:17 to 306:20

```
00306:17      A.  I don't know.
       18      Q.  (BY MR. KRAUS)  Same question for a BOP on
       19   BOP?
       20      A.  I don't know.
```

Page 307:21 to 307:24

```
00307:21   Are you aware of BP performing any
       22   modeling for implementation of the Top Hat as a
       23   source control method for Macondo prior to
       24   April 20, 2010?
```

Page 308:01 to 308:06

```
00308:01      A.  I don't know.
       02      Q.  (BY MR. KRAUS)  Okay.  Did BP have any
       03   procedures or best practices related to
       04   implementation of a source control method that was
       05   implemented at Macondo that was prepared prior to
       06   April 20, 2010?
```

Page 308:08 to 308:12

```
00308:08      A.  Don't know.
     09      Q.  (BY MR. KRAUS)  Are you aware of any
     10  procedure that BP had for implementation of junk
     11  shots as a source control method that was prepared
     12  prior to April 20, 2010?
```

Page 308:14 to 308:17

```
00308:14      A.  I do not know.
     15      Q.  (BY MR. KRAUS)  Are you aware of BP having
     16  a procedure for implementation of a capping stack
     17  that was prepared prior to April 20, 2010?
```

Page 308:19 to 308:23

```
00308:19      A.  I'm not.
     20      Q.  (BY MR. KRAUS)  Are you aware of BP having
     21  a procedure or best practice that was prepared
     22  prior to April 20, 2010, for implementation of a
     23  BOP on BOP as a source control method?
```

Page 308:25 to 308:25

```
00308:25      A.  I'm not.
```

Page 309:12 to 309:13

```
00309:12      Q.  Okay.  Who was BP's source control expert
     13  on April 20, 2010?
```

Page 309:15 to 309:18

```
00309:15      A.  I don't know.
     16      Q.  (BY MR. KRAUS)  Okay.  Who was BP's expert
     17  related to implementation of junk shot on
     18  April 20, 2010?
```

Page 309:20 to 309:23

```
00309:20      A.  I do not know.
     21      Q.  (BY MR. KRAUS)  Who was BP's expert
     22  related to implementation of a capping stack as a
     23  source control method on April 20, 2010?
```

Page 309:25 to 310:03

```
00309:25      A.  I do not know.
00310:01      Q.  (BY MR. KRAUS)  Who was BP's expert
     02  related to Top Kill as a source control method for
     03  a blown-out deepwater well on April 20, 2010?
```

Page 310:05 to 310:07

00310:05      A.  I do not know.
      06      Q.  (BY MR. KRAUS)  Did BP have any experts on
      07  source control on April 20, 2010?


Page 310:09 to 310:09

00310:09      A.  I do not know.


Page 314:19 to 317:05

00314:19      Q.  All right.  We're done with that document.
      20  Could you turn to Tab 4, which has been previously
      21  introduced as Exhibit 9328.  You were shown this
      22  E-mail previously by the attorneys for the United
      23  States.  Excuse me.  Do you recall seeing this
      24  E-mail yesterday?
      25      A.  I do.
00315:01      Q.  Okay.  And you write -- this is your
      02  E-mail to Bruce Friesen.  Is that how you
      03  pronounce it?
      04      A.  I think.  Roughly.
      05      Q.  Okay.  Roughly works for me.
      06          Your E-mail of April 30, 2010, to
      07  Mr. Friesen, and you write:  "Hi, Bruce, it would
      08  be great if we could have a con-" -- "if you can
      09  have a conversation with Farah to offer her the
      10  rationale, not to maximize rate from this well,
      11  (riser).  It is understandable as she wouldn't
      12  know this.  Sorry that I was unable to work with
      13  you in the last two days due to my other
      14  engage-" -- "engagement."
      15          Did I read that correctly?
      16      A.  You did.
      17      Q.  Okay.  What's the rationale that you're
      18  referring to?
      19      A.  Yesterday, we discussed it in detail.  And
      20  should we repeat all -- all that again, or should
      21  we refer to the discussing of this --
      22      Q.  Well, my question is slightly different.
      23  I want to know what specifically you're referring
      24  to as "the rationale."
      25      A.  Okay.  The rationale here referred to is
00316:01  the potential damage if we use ESP.  The potential
      02  to -- to cause the hydrate formation if we have
      03  excessive pressure drop, then leading to the --
      04  actually have higher temperature drops so that the
      05  entry -- entry fluid would have a low
      06  temperature -- L-O-W -- and that's -- no
      07  temperature would result high temp formation in
      08  the -- in the -- this is the riser that was -- was
      09  a mechanism to take the fluid away, and it's not

```
10   the riser that was broken.  It's not the well --
11   the Macondo Well itself.  This refers to the
12   mechanism or mechanisms that were in discussion to
13   put on top of the plume to take the fluid away.
14        Q.  Okay.  Why do you note that it's
15   understandable that Ms. Saidi would not know about
16   this?
17        A.  The discussion that I had with -- with
18   Bruce during the -- during the work time in this
19   place that I worked with him, we were discussing
20   Farah Saidi did not participate in the meeting.
21   So that's the assumption.  She may not know.
22        Q.  Do you know what Mr. Friesen did, if
23   anything, in response to your E-mail?
24        A.  I do not know.
25        Q.  You don't know he ever had a conversation
00317:01   with Ms. Saidi?
02        A.  I do not no.
03        Q.  Did you ever talk to Ms. Saidi regarding
04   this E-mail?
05        A.  I did not.
```

Page 322:24 to 323:17

```
00322:24        Q.  All right.  Can you turn to Tab No. 9,
25   which we will mark as Exhibit 11151.
00323:01             (Marked Exhibit No. 11151.)
02        Q.  (BY MR. KRAUS)  And this is an E-mail from
03   Mike Mason to a group of recipients, including
04   yourself, Debbie Kercho, Chris Cecil, Simon
05   Bishop, and Kelly McAughan; is that correct?
06        A.  Correct.
07        Q.  Okay.  And it's dated May 16, 2010.  And
08   Mr. Mason writes:  "I sent this pack to Jasper
09   yesterday.  It is based on a new BOP" -- "a new
10   BOP pressure of 3100 versus 3800.  We took the
11   5,000 bopd case at 3800 and have tried to describe
12   how we can get to 3100 psi at this starting rate
13   (5mbd) by changing skin, height, water cut, a
14   change in the completion.  He is on board with
15   what we have shown."
16             Did I read that correctly?
17        A.  You did.
```

Page 323:21 to 324:01

```
00323:21        Q.  It appears to me that Mr. Mason is
22   attempting to change the assumptions in this
23   model, including skin, height, and water cut, and
24   a change in the completion to reconcile new
25   pressures in the BOP.  Is -- is that your
00324:01   understanding of what's happening here?
```

Page 324:03 to 324:07

```
00324:03      A.  I'm not sure what exactly he -- he was --
      04 he was referring to.
      05      Q.  (BY MR. KRAUS)  Did you recall receiving
      06 this E-mail?
      07      A.  Vaguely, I do.
```

Page 325:01 to 325:03

```
00325:01      Q.  Yes.  It reads -- it reads:  "5 MBD Case
      02 Base plotsa."  Is that correct?
      03      A.  Correct.
```

Page 325:19 to 326:23

```
00325:19      Q.  Okay.  Well, then I'll go ahead and mark
      20 it as Exhibit 11152.
      21          (Marked Exhibit No. 11152.)
      22      Q.  (BY MR. KRAUS)  And it's an E-mail from
      23 you to Chris Cecil, dated May 17, 2010; is that
      24 correct?
      25      A.  Correct.
00326:01      Q.  Do you recall sending that E-mail?
      02      A.  I do.
      03      Q.  Okay.  And in the E-mail below, that is
      04 one from you to Mike Mason, dated May 16, 2010.
      05 And the E-mail before that is from Mike Mason to
      06 you, dated May 15, 2010; is that correct?
      07      A.  Correct.
      08      Q.  And Mr. Mason writes:  "Tony, run an
      09 700 psi case on MBAL" -- that's mass balance?
      10      A.  Correct.
      11      Q.  -- "and calculate the rate required to
      12 deliver that sort of pressure depletion."
      13          Is that correct?
      14      A.  Correct.
      15      Q.  Okay.  And you run that pursuant to
      16 Mr. Mason's request, correct?
      17      A.  Correct.
      18      Q.  In using that -- the -- the case that
      19 Mr. Mason requested you run, you came up with a
      20 rate required as 86,600 B/D, correct?
      21      A.  Correct.
      22      Q.  And what does "B/D" stand for?
      23      A.  Barrel per day.
```

Page 327:03 to 327:11

```
00327:03      Q.  Okay.  If you go back to Tab 9, you'll
      04 note, that this is dated May 16, 2010, and it
      05 refers to a new BOP pressure of 3100 versus 3800,
      06 correct?
```

```
07      A.  Correct.
08      Q.  And that's -- is that where the 700 psi
09  case that Mr. Mason is referring to in
10  Exhibit 11152 is coming from?
11      A.  Appears so.
```

Page 329:02 to 329:13

```
00329:02  Do you recall receiving this E-mail?
03      A.  I don't recall now.
04      Q.  Okay.  Do you -- you're listed as a
05  recipient; is that correct?
06      A.  Correct.
07      Q.  Do you have any reason to believe that you
08  did not receive the E-mail?
09      A.  No, I do not.
10      Q.  And you would have received it related to
11  your work on the response efforts of Macondo,
12  correct?
13      A.  Correct.
```

Page 329:24 to 330:04

```
00329:24     Q.  Were you working with Mr. Mason on or
25  about May 20th, 2010, related to the response
00330:01  efforts?
02      A.  Yes.
03      Q.  Okay.  Where were you working with him?
04      A.  At this time, might be in West Lake 1.
```

Page 330:10 to 330:14

```
00330:10     Q.  (BY MR. KRAUS)  Okay.  Do you know -- do
11  you have any understanding as to why Mr. Mason
12  requests that no more E-mails be prepared on this
13  subject?
14      A.  I did not know.
```

Page 332:25 to 333:04

```
00332:25     Q.  (BY MR. KRAUS)  Just as a matter of
00333:01  bookkeeping, I'm going to mark Tab 11 which is the
02  Mike Mason E-mail of May 20, 2010, as Exhibit No.
03  11154.
04              (Marked Exhibit No. 11154.)
```

Page 342:13 to 342:22

```
00342:13     Q.  Okay.  Did you have any involvement in the
14  planning for the Top Kill?
15      A.  No, I don't -- I don't -- I did not.
16      Q.  Okay.  Did you have any involvement in the
```

```
17   execution of the Top Kill attempt in and around
18   May 26th of 2010?
19        A.  I did not.
20        Q.  Did anybody from BP seek your advice on
21   the viability of using Top Kill to stop the flow
22   of oil from the well?
```

Page 342:24 to 343:10

```
00342:24        A.  I don't -- I don't recall so.
     25        Q.  (BY MS. GREENWALD)  Okay.  As to the junk
00343:01   shot attempt, did you have any involvement in the
     02   planning of the junk shot attempt to stop the flow
     03   of oil from the well in and around May 26th, 2010?
     04        A.  I did not.
     05        Q.  Did you have any involvement in the
     06   execution of the junk shot attempt in May of 2010?
     07        A.  I did not.
     08        Q.  Did anyone from BP seek your advice about
     09   the viability of the junk shot attempt to either
     10   stop or reduce the flow of oil from the well?
```

Page 343:12 to 343:12

```
00343:12        A.  I don't recall.
```

Page 345:04 to 345:07

```
00345:04   What was your title at BP at the time
     05   in the summer of 2010?
     06        A.  Okay.  At the time, I was a senior
     07   petroleum engineer.
```

Page 347:03 to 348:02

```
00347:03        Q.  So let's move to the capping stack, which
     04   was installed between July 10th and July 12th of
     05   2010.  Do you recall that?
     06        A.  Capping stack.  My memory of the capping
     07   stack at this moment is minimum, very vague.
     08        Q.  So was your -- was your role in the
     09   response effort really focused on trying to shut
     10   in the well once the capping stack was
     11   successfully placed on the well?
     12        A.  No.  My role in the response was to
     13   support the -- the engineering calculation or
     14   estimation that was requested by the response
     15   team.
     16        Q.  Okay.  So when you would get those
     17   requests from the response team, did the response
     18   team tell you what control measure they needed
     19   that information for?
     20        A.  No.  I -- I don't have direct
```

```
    21   communication with the -- the -- what team?
    22              MR. EHRLICH:  Control.
    23        A.  -- control team.  And the request would
    24   normally come from Mike Mason.
    25        Q.  (BY MS. GREENWALD)  So was Mr. Mason the
00348:01   interface between the assignments that you were
    02   given and whatever the response team was needing?
```

Page 348:04 to 348:22

```
00348:04        A.  Yes.
    05        Q.  (BY MS. GREENWALD)  Okay.  So you yourself
    06   didn't have a direct line of communication with
    07   anyone on the response team that was actually
    08   deciding on what control measures to attempt --
    09        A.  No, I did --
    10        Q.  -- is that correct?
    11        A.  You are correct.
    12        Q.  So with respect to the capping stack, am I
    13   correct that you did not participate in the
    14   planning to use the capping stack for stopping the
    15   flow of oil from the well; is that correct?
    16        A.  Correct.
    17        Q.  And is the same thing correct that you did
    18   not participate in the implementation, the actual
    19   execution of placing the capping stack --
    20        A.  No, I --
    21        Q.  -- on the well to stop the flow of oil?
    22        A.  You're right.  I didn't.
```

Page 348:25 to 351:06

```
00348:25   Okay.  Were you ever part of any
00349:01   discussions within BP early on following the --
    02   the explosion and the flow of oil but prior to the
    03   capping stack of using a BOP on BOP to stop the
    04   flow of oil from the well?
    05        A.  No, not at all.  Not at all.  I don't
    06   remember any of that.
    07        Q.  Okay.  If you could please turn to Tab 1
    08   in your book.  And we'll mark that as 11156.
    09              (Marked Exhibit No. 11156.)
    10        Q.  (BY MS. GREENWALD)  It's an annual
    11   individual performance assessment.  This one is
    12   2009, by the way, which is why I'm marking it.  We
    13   just went over 2010 yesterday.  It's Bates stamped
    14   BP, the usual numbers, and then the Bates stamp
    15   numbers, 5626539 through -- this is just for the
    16   record.
    17        A.  Okay.
    18        Q.  Sorry.
    19              -- through 5626548.  And it's titled
    20   "Annual Individual Performance Assessment For
    21   Dr. Liao," period reviewed is 2009.  And I'll mark
```

```
22   that as 11156.
23       A.  I didn't know it was this long.
24       Q.  Have you seen this document before?
25       A.  Yes.
00350:01  Q.  Okay.  I just want to ask you a couple of
02   questions about what some terms mean.  On the
03   first page --
04              I have to put my glasses on.  Sorry.
05          The first -- the first page, No. 1,
06   "The Carry Out IAM Tech Service Work."  And IAM,
07   if I recall from yesterday, is the -- I wrote it
08   down.  Give me a second.  That, I did write down.
09              -- Integrated Asset Management,
10   correct?
11       A.  No.  Integrated Asset Modeling.
12       Q.  Modeling.  Sorry.  I apologize.
13          Okay.  So the first bullet point
14   says:  "Being proactive and respond as BU's
15   requests, provide tech service support to various
16   SPUs, typically Alaska, DW GoM, NAG, Trinidad."
17              What's "BU" stand for?
18       A.  BU -- okay.  Business unit.
19       Q.  Okay.  Thank you.
20              And am I correct that the "DW GoM"
21   means deepwater Gulf of Mexico?
22       A.  Correct.
23       Q.  So your focus when you're talking about
24   your tech service work of being proactive and
25   responding to the business unit's requests relates
00351:01  to deepwater Gulf of Mexico work; is that right?
02       A.  Correct.
03       Q.  Did anyone from the business unit ever ask
04   you or anyone on your team to evaluate potential
05   source control measures in the event of a
06   deepwater blowout?
```

Page 351:08 to 351:12

```
00351:08  A.  No.
09       Q.  (BY MS. GREENWALD)  Did anyone from the
10   business unit ever talk to you about the -- you or
11   anyone on your team about the possibility of a
12   deepwater blowout in the Gulf of Mexico?
```

Page 351:14 to 351:24

```
00351:14  A.  I don't recall.
15       Q.  (BY MS. GREENWALD)  Did you ever
16   participate in any discussions or -- any
17   discussions at BP about the possibility -- again,
18   before April 20, 2010 -- about the possibility of
19   a deepwater blowout in -- in a deepwater well
20   situation, a drilling well situation?
21       A.  No.
```

```
          22      Q.  Okay.  So that was never part of your
          23 proactive or response work for the business unit;
          24 is that correct?  Again, prior to April 20, 2010.
```

Page 352:01 to 352:01

```
00352:01      A.  Correct.
```

Page 353:09 to 353:14

```
00353:09 Okay.  And then it says:  "And
          10 setting the directions of using IAM models for
          11 business objectives."
          12              What -- what are or were the business
          13 objectives of BP in the period being reviewed
          14 here, 2009?
```

Page 353:16 to 354:10

```
00353:16      A.  In general, the objective is to maximize
          17 oil production, reduce the -- the risk, put --
          18 produce the wells or the assets most effectively.
          19      Q.  (BY MS. GREENWALD)  When you say "reduce
          20 risk," what does that entail or include?
          21      A.  For example, if some way to produce can
          22 get us higher rate, that may cause long-term
          23 damage in the formation or could cause -- cause
          24 some -- cause some issue in the well, we would
          25 say, Don't go there.  Don't do that.
00354:01      Q.  Cause some what in the --
          02      A.  Some damage or some issue.
          03      Q.  Issue.  Okay.  Thank you.  Sorry.  Okay.
          04              Any other business objectives besides
          05 the three you mentioned:  Maximize oil production;
          06 reduce risk, as you just described it; and produce
          07 asset most effectively?  Any other big picture
          08 aspects to business objectives?
          09      A.  That's the general description about --
          10 about the objectives.
```

Page 355:01 to 355:06

```
00355:01      Q.  Okay.  What is Field of the Future Team?
          02      A.  Field of the Future Team is a team in
          03 the -- in BP that developed new technology and the
          04 new way to optimize the oil and the production.
          05 So, in short, that's what it is.  It's a team in
          06 BP.
```

Page 355:12 to 356:05

```
00355:12 When it talks about you showing
```

```
13  support and leadership in supporting the team,
14  what is it that you did in connection with
15  supporting the Field of the Future Team that's
16  referenced in Mr. Sweeney's comments?
17      A.  The short answer is the SIAM, S-I-A-M.
18  That stand for Sustaining Integrated Asset
19  Modeling.  And, again, that's a -- that's a
20  tool -- that's a process, a system in BP using the
21  integrated asset model along with the realtime
22  data.
23          The objective of using those is to
24  understand where it -- in or near the realtime and
25  then with the opportunity -- or look for the
00356:01  opportunity to optimize production.
02      Q.  Okay.  So, again, the focus here is on
03  optimizing production of the well.  Is that fair
04  to say?
05      A.  Correct.
```

Page 356:07 to 356:10

```
00356:07      Q.  (BY MS. GREENWALD)  Okay.  And this work
08  did not include -- am I correct? -- considering
09  risk management in the event of a deepwater
10  blowout; is that correct?
```

Page 356:12 to 356:14

```
00356:12      A.  No.  The -- this work emphasized, again,
13  the optimization and reduce the risk in the
14  producing wells and the producing asset.
```

Page 356:23 to 357:15

```
00356:23      Q.  (BY MS. GREENWALD)  Okay.  I was just
24  asking about your line of work.  Thank you.
25          Okay.  I don't need any more on that
00357:01  document.
02          Okay.  I want to show you what
03  Ms. Engel marked yesterday as 11132, which
04  attached to that is a copy of your risumi.  So I
05  just ask you to turn to the risumi part of that,
06  which I don't know if you have the same Bates
07  number.  I have my own copy.
08          Is that 49 -- yeah, it's a
09  different -- it's a different version.  So I'm
10  going to have different Bates numbers on my copy,
11  but that's okay.
12          If you could, look at the first page
13  of your risumi under "Experience."
14          Do you see that?
15      A.  Yes.
```

Page 358:22 to 359:01

```
00358:22       Q.  (BY MS. GREENWALD) So now I'm going to
      23  show you what was marked yesterday as 11142, which
      24  is a cover E-mail and then attached to that is a
      25  copy of your annual individual performance
00359:01  assessment for 2010.  Okay?  Thank you.
```

Page 359:14 to 361:19

```
00359:14       Q.  So you needn't not worry about that.
      15          In that paragraph under "Macondo
      16  Incident Response," the last sentence before the
      17  break for the next paragraph says:  "More often
      18  than not, suitable models and tools didn't exist
      19  for the solutions to the unique problems in the
      20  response effort."
      21          Do you know who wrote that?
      22       A.  It looks, from just the contact, it should
      23  be me.  That's -- that's my writing.
      24       Q.  Okay.  And then it says:  "Tony has coined
      25  solutions by pushing the limits of the available
00360:01  tools.  Sometime, the answer would be the
      02  integrated approach for many different disciplines
      03  in an interactive process."
      04          Do you see that?
      05       A.  Yes.
      06       Q.  So that whole sentence -- those two
      07  sentences would have been written by you?
      08       A.  Yes.
      09       Q.  Okay.  So do you agree with the statement
      10  that "more often than not, suitable models and
      11  tools didn't exist" as of April 20th, 2010, "for
      12  the solutions to the unique problems in the
      13  response effort"?
      14       A.  Yes.
      15       Q.  Now you -- the second sentence says:
      16  "Sometime, the answer would be the integrated
      17  approach from many different disciplines in an
      18  iterative process."
      19          What do you mean by "the integrated
      20  approach from many different disciplines in an
      21  iterative process"?
      22       A.  Give you an example like the way we spent
      23  sometime in -- in detail talk -- examine the Excel
      24  spreadsheet.
      25       Q.  Yes.
00361:01       A.  That is like the integration with other
      02  discipline.  For example, Mike Levitan, he's in
      03  the well test and -- and the well test team and --
      04  so, you know, that -- that gives us an example of
      05  the integration, integrative, and iterative
      06  process.  Mike -- Mike Levitan would come to ask
      07  me some -- some -- some information and I would
      08  ask him what he did and then come out with the
```

```
09  best way to provide what he needed, examples like
10  that.
11       Q.  Okay.  And am I correct that that's in
12  connection with the modeling efforts, this
13  interactive process that you're referring to?
14       A.  Correct.
15       Q.  But it didn't include, am I correct,
16  working with the -- as you testified about a few
17  minutes ago, it did not include interface between
18  the modeling team and the response team; is that
19  right?
```

Page 361:21 to 362:05

```
00361:21       A.  That's correct.
22       Q.  (BY MS. GREENWALD)  Were you tasked
23  following your work -- have you been tasked
24  following your work on the Macondo oil spill to
25  develop company solutions or company models in the
00362:01  event of another deepwater blowout?
02       A.  No, I wasn't.
03       Q.  Do you know if anyone on your team has
04  been?
05       A.  I do not know.
```

Page 363:21 to 364:24

```
00363:21       Q.  (BY MS. GREENWALD)  When you were doing
22  the work on the Macondo Well modeling, did you --
23  did you distinguish your work between work that
24  was for purposes of stopping the flow of oil
25  versus work that was designed to capture some of
00364:01  the oil flowing from the well but not actually
02  stopping the flow all together?
03       A.  It was in two phase, on two -- two stage.
04  The first stage that was my involvement, and the
05  work was more -- more direct to the taking --
06  taking the fluid away from the plume.  And later
07  on, after I -- I was -- I moved to -- to the other
08  building, and then my shift has been to work on
09  the -- work on the models and the top -- topics,
10  subjects we have been talking yesterday and today.
11       Q.  So is it fair to say that when you were
12  asked to do various modeling, you didn't know at
13  the time you were being asked that whether it was
14  for purposes of an effort to stop the flow of oil
15  all together or to do containment of oil that was
16  flowing from the well?  Is that -- is that true?
17       A.  That's true.  That's -- in general, that's
18  true.
19       Q.  What are exceptions to that?
20       A.  The exception is, like, for example,
21  the -- the containment system or the -- the
22  connection work vessel and these things, we would
```

```
    23  heard -- heard of those from time to time in
    24  conversation or in the news.
```

Page 375:17 to 375:19

```
00375:17  What tools did not exist pre the
    18  Macondo Well incident that exist as a result of
    19  your work?
```

Page 375:21 to 376:04

```
00375:21        A.  I remember there was no tool that would
    22  model the flow up the casing, the annulus, and
    23  come down between the annulus and then get up to
    24  the -- through the drill pipe, the situation at
    25  least.  And there wasn't any tool in the industry
00376:01  that could do that directly.
    02        Q.  (BY MS. GREENWALD)  well, there wasn't any
    03  tools within BP to do that kind of work?
    04        A.  No.
```

Page 376:11 to 376:14

```
00376:11        Q.  (BY MS. GREENWALD)  Right.  Okay.
    12             But certainly those tools didn't
    13  exist within BP?
    14        A.  Correct.
```

Page 378:04 to 381:07

```
00378:04  Amelia Sargent, and I represent TransOcean in this
    05  litigation.  I'm going to be covering some topics
    06  that we touched on already yesterday and this
    07  morning.  And my goal isn't to be sort of
    08  repetitious or tiring, but just to make sure that
    09  some things are clear in the transcript and -- in
    10  fact, it's not working.
    11             Just so that down the road when we
    12  revisit everything, we can make sure that we
    13  understand everything and have very concise
    14  answers.  So if -- if -- I may ask you questions
    15  that seem obvious or like we've covered the
    16  material before, but what I'm really trying to do,
    17  my goal is again not to be annoying or -- but just
    18  to get a -- a clear -- a clear transcript.
    19        A.  Okay.
    20        Q.  So I'd like to start with a few general
    21  questions about your modeling work during --
    22  during the Macondo response.  You worked with a
    23  team of people; is that correct?
    24        A.  Yes.
    25        Q.  And can you list for me, please, who you
00379:01  considered the core team of people that you worked
```

```
02    with during the Macondo response?
03              MR. CRAMER:  Object to form.
04        A.  From the model perspective?
05        Q.  (BY MS. SARGENT)  Yes.
06        A.  From the modeling perspective, that would
07    include, of course, myself; Simon Bishop; Yun
08    Wang; Chris Cecil, to a certain degree; Frank
09    Sweeney; the people from Metin -- Metin Gokde- --
10    Gokdemir, Ashish Chitale, Debbie Kercho from Gulf
11    of Mexico, to some extent; Kelly McAughan --
12    however you pronounce her last name; Bob -- Bob
13    Merrill, Mike Levitan.
14        Q.  And was Mike Mason a part of that group?
15        A.  Mike Mason was.
16        Q.  And is there anyone else that you can
17    think of at the moment that was part of that
18    group?
19        A.  No.
20        Q.  And is it fair to say that you would
21    provide modeling work based on requests from
22    others?
23        A.  Correct.
24        Q.  So someone would request that some
25    modeling be performed and you would carry that out
00380:01   in response to their request?
02        A.  Correct.  Back to your earlier question,
03    who else --
04        Q.  Uh-huh.
05        A.  -- I forgot to list Henry Nickens.
06        Q.  Okay.
07        A.  And Farah Saidi, she work -- did work with
08    us earlier on some, but then on, she wasn't really
09    communicating with us much.
10        Q.  Okay.  Thank you very much for that.
11              You testified yesterday and this
12    morning, I believe, that you didn't know
13    necessarily why certain modeling was requested; is
14    that correct?
15        A.  Correct.
16        Q.  But you knew generally that it was in
17    supportive efforts to cap or contain the Macondo
18    Well?
19        A.  Correct.
20        Q.  Did you ever perform modeling that was not
21    in response to a request?
22        A.  Not re- -- response to a -- to a request?
23    Possible.  For example, use the -- you could use
24    the full equation of the stim model, use PROSPER
25    and GAP, and just check to see how -- how they
00381:01   perform.
02        Q.  So you would run through validation models
03    or -- or models to check work that you had
04    previously done.  That's something that -- an
05    example of -- of something you would do not in
06    response to a request?
```

```
       07        A.  That's right.
```

Page 381:22 to 382:05

```
00381:22        Q.  (BY MS. SARGENT)  Okay.  And you said
      23  earlier that you primarily received requests for
      24  modeling from Mike Mason; is that right?
      25        A.  That's right.
00382:01        Q.  Is it your understanding that Mike Mason
      02  would get requests from other people and then
      03  transmit them to you or other members of your
      04  team?
      05        A.  That's my understanding.
```

Page 382:18 to 383:11

```
00382:18        Q.  So you performed some calculations based
      19  on pressure and temperature over the riser?
      20        A.  Some calculation for the pressure and
      21  temperature based on different configuration of
      22  the -- well, I would say different rate, assume
      23  the rate, that again, one's for taking the fluid
      24  away from the plume.  During that period of
      25  time --
00383:01        Q.  I see.
      02        A.  -- in the early -- in my early
      03  involvement.
      04        Q.  So in the -- late May or -- I'm sorry --
      05  late April or early May 2010 time frame,
      06  approximately?
      07        A.  Sounds right.
      08        Q.  And when you performed your modeling and
      09  then had a set of results, would you report those
      10  results directly back to the person that you
      11  received the request from, ordinarily Mike Mason?
```

Page 383:13 to 383:14

```
00383:13        A.  Yeah, that -- in general, that's -- that's
      14  true.
```

Page 383:19 to 384:13

```
00383:19        Q.  Okay.  So I'd like to turn to Tab 40,
      20  which we'll mark as Exhibit 11159.
      21             (Marked Exhibit No. 11159.)
      22        Q.  (BY MS. SARGENT)  The first page of this
      23  is an exhibit -- is an E-mail from you to Mike
      24  Mason, dated July 12th, 2010, called "Overview of
      25  Macondo Well Modeling, 12 July 2010.PPT -
00384:01  updated."  And it attaches a PowerPoint
      02  presentation.  This was produced natively; but the
      03  Bates number in the file name is BP-HZN-2179-MDL
```

```
04   04923839.  And, I'm sorry, we don't have a slip
05   sheet for it with the Bates numbers, but that's --
06        A.  You said "839"?
07        Q.  Right.  838 -- on the cover E-mail.
08        A.  Okay.
09        Q.  And then the attachment, which does not
10   have a Bates number.  I have the file name --
11        A.  Okay.
12        Q.  -- as the Bates number, that ends in 839?
13        A.  Okay.
```

## Page 385:10 to 387:10

```
00385:10   Now, do you recognize this E-mail and
11   the attachments?
12        A.  I do.
13        Q.  And in the first line of this E-mail, you
14   say:  "Hi, Mike, please refer to the updated
15   version of the slides I prepared."
16             Did you, in fact, prepare the slides
17   that are the attachment to this?
18        A.  I did.
19        Q.  So let's look at the first slide of the
20   second attachment, which I think is a little
21   easier to read.
22        A.  Okay.  Found it.
23        Q.  This first slide is titled "Approaches to
24   Challenges in Macondo Well Modeling."  And it
25   says, "Presented on July 14th, 2010."
00386:01             Do you recall why you prepared these
02   slides?
03        A.  I did.
04        Q.  Can you elaborate why?
05        A.  Oh, why?
06        Q.  Yes.
07        A.  I made this presentation to the extended
08   leadership team, consist of a few BP's --
09   different discipline, and a few manager or
10   director from -- again different discipline from
11   BP.
12        Q.  Do you remember the names of any of the
13   attendees of this presentation?
14        A.  There should be some known name, and I
15   definitely don't remember all of them.  And I know
16   Mike Mason was.  And Geneva Cavanaugh.
17        Q.  Geneva Cavanaugh?
18        A.  Uh-huh.  Myers, Scott Moore, and -- no, I
19   can't -- from the top of my -- y -- my head, I
20   cannot -- I cannot remember their names.
21        Q.  That's fine.  I'd like to look at the
22   first slide called "Approaches to Challenges."
23   And there are four bullet points here.  And we did
24   go over them yesterday in other documents, so
25   they -- they may look familiar.  And one of them
00387:01   is the change in relative flow rate with the
```

```
02  removal of the riser.  And I think yesterday, you
03  testified that was one of the primary objectives.
04  But just quickly and for the record, I'd like
05  to -- to just walk through these and tick them
06  off.
07       A.  Okay.
08       Q.  So first of all, what does this list of
09  labeled approaches to challenges represent?  What
10  is the list?
```

Page 387:12 to 388:05

```
00387:12      A.  What -- what is the list?
13       Q.  (BY MS. SARGENT)  Yes.
14       A.  Okay.  The list is what it says, the
15  approaches we take to the challenges that we faced
16  during the modeling work for supporting Macondo
17  well control -- well control.
18       Q.  So one objective of the modeling that your
19  group performed was to understand the complicated
20  fluid behavior, correct?
21       A.  Correct.
22       Q.  And another objective of your group's
23  modeling was to understand the fluid flow paths,
24  correct?
25       A.  One -- to better understand the -- it's
00388:01  really assumed -- was to get all possibilities --
02  all possibilities -- different possi -- different
03  possibility or represent -- representative of the
04  possible flow paths.  Because we do not know
05  exactly where the fluid was flowing.
```

Page 388:11 to 388:18

```
00388:11      Q.  Another objective of your group's modeling
12  was to investigate all possibilities of the flow
13  paths of the Macondo Well, correct?
14       A.  Based on the writing here, it is -- it is.
15  And again, the approach taking really assumes
16  all -- different possibilities that we could think
17  about.  Or we can brainstorm, think about at the
18  time.
```

Page 388:22 to 388:25

```
00388:22  So an objective of your group's
23  modeling was to investigate possible fluid flow
24  paths and investigate the different possibilities
25  of those flow paths?
```

Page 389:04 to 389:15

```
00389:04      A.  Again, the flow paths -- the flow path
```

```
05    is -- and we did not know the -- where the fluid
06    was flowing.  We assumed all sort of
07    possibilities.  And like yesterday, we saw from
08    the A1, A2 --
09         Q.  (BY MS. SARGENT)  Right.
10         A.  -- so on and so forth, B1, B2, so forth --
11    so on and so forth.  And since we don't know the
12    amount of them, we -- we, you know, assumed them
13    and then carry out the calculations for these
14    possible -- or for these flow -- a flow path that
15    we can think about.
```

Page 390:04 to 391:01

```
00390:04      Q.  So if -- if it is accurate -- if I could
05    just try that one more time -- that one objective
06    of your group was to investigate the possibilities
07    of the flow path of the Macondo Well; is that
08    right?
09         A.  Again, there was no way -- we didn't know
10    where the fluid was flowing.
11         Q.  I understand that.
12         A.  We didn't have way to -- really to
13    investigate that.  And to say you're -- some
14    methodology to help us identify where the fluid
15    was -- fluid was flowing.  Because again, we just
16    didn't have the way.
17            The -- for this -- for this --
18    presentation for this -- for this labeling --
19         Q.  Uh-huh.
20         A.  -- it may not be -- accurately reflect
21    what we -- what we did.  And we -- actually what
22    we did.  As I -- I mentioned before was since we
23    didn't know this flow paths, we assumed -- well, a
24    puncture -- a series -- series of leaks, and then
25    we investigate the rates -- or we estimate the
00391:01   rates under different assumed flow paths.
```

Page 391:10 to 392:06

```
00391:10      Q.  (BY MS. SARGENT)  Okay.  So let me just
11    repeat that.  And really, I'm just looking for --
12    so that when I revisit this later, it's possible
13    to just really focus in on -- on -- on the answer
14    here.  So I'm just going to try to restate my
15    question.
16            One objective of your group's
17    modeling was to estimate ranges of oil rates based
18    on possible range of reservoir parameters and
19    fluid flow paths?
20         A.  Correct.  And assumed fluid -- fluid flow
21    paths, correct.
22         Q.  Okay.  Thank you.
23            And, finally, one objective was to
```

```
       24  model how the well flow rate would change with and
       25  without the damaged riser; is that right?
00392:01      A.  Correct.
       02      Q.  Now, the -- the estimate ranges of oil
       03  rates that you modeled, did you use pressure
       04  measurements in the Macondo Well -- pressure
       05  measurements from the Macondo Well in those
       06  models?
```

Page 392:08 to 392:11

```
00392:08      A.  The pressure measurement, the -- the 3800
       09  psi, that is -- that was a measurement.  The exact
       10  location of the measurement, I was not sure; but
       11  somewhere in the -- in the -- above the wellhead.
```

Page 393:05 to 393:08

```
00393:05      Q.  (BY MS. SARGENT)  In your modeling for the
       06  Macondo response, did you also use bottom- --
       07  bottomhole pressure or reservoir pressure in your
       08  work?
```

Page 393:10 to 393:15

```
00393:10      A.  Reservoir pressure, yes.
       11      Q.  (BY MS. SARGENT)  So just to sum up:  In
       12  your modeling work to estimate rates of -- rates
       13  from the Macondo Well, you used both the reservoir
       14  pressure and a pressure measured from -- from
       15  above in the wellhead; is that correct?
```

Page 393:17 to 394:05

```
00393:17      A.  Yes.  But under different assumptions,
       18  under different assumed flow passes and different
       19  assumed reservoir parameters.  Reservoir
       20  parameters.
       21      Q.  (BY MS. SARGENT)  Thank you.
       22          Did you use temperature measurements
       23  in your modeling work for the Macondo Well?
       24      A.  No.  Because we did not have
       25  temperature -- we did not have the temperature
00394:01  measurement in the wellhead.
       02  MR. EHRLICH:  Tony, just to be clear,
       03  you're talking about with respect to this modeling
       04  or any modeling?
       05              THE WITNESS:  This modeling.
```

Page 394:13 to 395:18

```
00394:13  (Marked Exhibit No. 11160.)
```

```
14       Q.  (BY MS. SARGENT)  And I'm going to mark
15  this 11160.  And this is an E-mail from Mike Mason
16  to Frank Sweeney, Chris Cecil, and yourself, Tony
17  Liao, dated May 1st, 2010.  And the subject is
18  "LiaoCases(3).xls."
19       A.  Yes.
20       Q.  And there should be an attachment there.
21  And this again was a -- a native production but
22  I'll just state for the record that the Bates
23  number of the attachment is one consecutive to the
24  E-mail.  So it's BP-HZN 2179 MDL 04834266.
25              So just to follow up on my question
00395:01  about temperature, this is some different modeling
02  than what's represented in this PowerPoint.
03  First, do you recognize this -- this attachment?
04       A.  Yes, I do.
05       Q.  And did you create this modeling or
06  produce this modelling?
07       A.  I create some model and not necessarily
08  all of them but I create -- I believe I create
09  some of the models.
10       Q.  So you were involved in the creation of
11  this model and -- with your team?
12       A.  Correct.
13       Q.  And on the first page of the attachment
14  the -- it has the chart in the middle labeled
15  "FWHT Upstream of BOP Versus Oil Rate."
16              Does FWHT stand for "flowing wellhead
17  temperature"?
18       A.  Correct.
```

Page 395:25 to 396:13

```
00395:25     Q.  (BY MS. SARGENT)  Okay.  What does this
00396:01  model represent?
02       A.  This model has the oil rates and the
03  flowing wellhead temperatures are the output of
04  the different cases and under different
05  assumptions with the different assumptions of the
06  reservoir parameters.  And most importantly,
07  relevant to your question -- questions is the
08  overall heat transfer coefficient and assumption
09  of those.
10       Q.  Okay.  So both the -- the temperature and
11  the oil rate are outputs of this model?
12       A.  Based on all those assumptions, yes, it
13  is.
```

Page 397:02 to 399:20

```
00397:02     Q.  (BY MS. SARGENT)  No, I'm sorry.  Let
03  me -- let me rephrase.
04              Was it your understanding that
05  estimates of ranges of oil flow rates from the
```

06 Macondo Well were being used by others to inform
07 source control decision-making?
08      A.   The -- not the oil rate.  And if you look
09 at the -- the other point on the -- on the slide
10 you were looking over there, the PowerPoint
11 slide -- no, the -- the other one, the
12 presentation.  Yes.
13      Q.   Yes.  This?
14      A.   Uh-huh.
15           The objective of rate change was
16 removal of damaged riser, models the rate -- one
17 rate with and without the damaged riser.  And we
18 do all this calculation in support this effort.
19 Again, without knowing the flow paths, without
20 knowing the reservoir parameters, we assumed all
21 these -- these and the estimated rates.  Under
22 this condition, where is the -- the current -- the
23 current measurement in the wellhead, somewhere on
24 the wellhead.  And then we use those as the
25 base -- B-A-S-E -- the base to -- for these cases
00398:01 and then we -- we estimate if we make the change
02 on the -- if we remove the riser, what percentage
03 of the oil rate would change underneath --
04 following the assumed cases, we assumed the
05 parameters, so on and so forth.  The reason for
06 that is to understand again what could be the
07 change.
08      Q.   Okay.
09      A.   Triple?  Double?  Quadruple?
10      Q.   That's very helpful.  Thank you.
11           In fact, let's --
12           I'm sorry.  For the record, Dr. Liao
13 was indicating the chart on Exhibit 11159, the --
14 the presentation that he helped prepare.
15           And, in fact, let's -- let's go to
16 Tab 10 in the binder, which has been previously
17 marked as Exhibit 9156 and I think this should
18 look familiar to you, Dr. Liao.
19      A.   Give me a second.
20      Q.   Yes.  I'll just state for the record is
21 the an E-mail from Mike Mason to Cindy Yielding,
22 Debbie Kercho, Kelly McAughan, Tony Liao, Simon
23 Bishop, and Chris Cecil dated May 11, 2010, with
24 the subject "Meeting Presentation May 11, 2010
25 (3).ppt" and it attaches a PowerPoint
00399:01 presentation.
02           First, Dr. Liao, do you recognize
03 this presentation?
04      A.   I do.
05      Q.   And did you help prepare this
06 presentation?
07      A.   Did I help prepare this PowerPoint
08 presentation?
09      Q.   Yes.
10      A.   I don't think so.  Not the -- not the

```
11  PowerPoint itself.
12      Q.  Did your modeling work -- was your
13  modelling work incorporated into this PowerPoint
14  presentation?
15      A.  I was involved -- I was involved in the
16  modelling work to support this PowerPoint
17  presentation.
18      Q.  Do you know who created this PowerPoint
19  presentation?
20      A.  I do not know.  I don't recall.
```

Page 400:06 to 400:11

```
00400:06  MS. SARGENT:  Yes, let me try that
07  again.
08      Q.  (BY MS. SARGENT)  Does this presentation
09  summarize the results of modeling to estimate the
10  change in the flow rate that would result from
11  removal of the damaged riser of the Macondo Well?
```

Page 400:13 to 401:11

```
00400:13      A.  Under different assumptions and diff- --
14  different assumed flow cases, so on and so forth.
15      Q.  (BY MS. SARGENT)  Okay.  Thank you.
16          And I'd just like to walk through a
17  few of these slides just to, again, kind of walk
18  through specifics of the slides for the record.
19          Could you please turn to the slide
20  ending in Bates No. 8641, Slide No. 4.  And this
21  is labeled "Maximum Reservoir Exposed, High K."
22          K is permeability, correct?
23      A.  Correct.
24      Q.  And the top half of the slide outlines
25  cases for a scenario with 88 feet of the reservoir
00401:01  exposed, a 300-millidarcy permeability, and 3800
02  psi at the wellhead, correct?
03      A.  Correct.
04      Q.  And the results in the chart here to the
05  right of that little box labeled "Scenario" shows
06  results that vary by flow path and by skin value;
07  is that correct?
08      A.  Correct.
09      Q.  Now, I have another silly question but
10  just to make it clear for the record:  Are the
11  numbers in the boxes here in thousands?
```

Page 401:13 to 402:02

```
00401:13      A.  Thousands --
14      Q.  (BY MS. SARGENT)  So where it says "24,"
15  is that 24,000?
16      A.  24,000.  24,000 of stock tank barrel.
```

```
17      Q.  Stock tank barrels.  Thank you for that.
18      A.  Per day.
19      Q.  Per day.
20          Okay.  So the results in the chart
21  shown in -- again in the top half of the slide are
22  that, depending on the skin and the flow path,
23  possible oil flow rates for the maximum reservoir
24  exposed and a high permeability range from 21,000
25  stock tank barrels of oil per day to 82,000 stock
00402:01  tank barrels of oil per day; is that correct?
02      A.  Correct.
```

Page 402:04 to 402:10

```
00402:04      Q.  (BY MS. SARGENT)  Okay.  And could you now
05  turn to the next slide, please, ending in 8642.
06  And I'd just like to walk through this in the same
07  way.  It's labeled "Minimum Reservoir Exposed, Low
08  K."  And that's -- again, K is permeability; is
09  that right?
10      A.  Correct.
```

Page 402:15 to 403:06

```
00402:15  MS. SARGENT:  I'm sorry, let me go
16  back.
17          It's labeled "Partial Reservoir
18  Exposed, Low Permeability."  You're right.  Thank
19  you for that.  I had it in my notes wrong.
20      Q.  (BY MS. SARGENT)  So the top half of the
21  slide again outlines cases for a scenario with a
22  44-foot reservoir exposed, 170 millidarcies of
23  permeability, and 3800 psi at the wellhead; is
24  that right?
25      A.  Correct.
00403:01      Q.  And the results of the chart are that,
02  depending on skin value and flow path, oil flow
03  rates for a partial reservoir exposed and low
04  permeability would range from 14,000 stock tank
05  barrels of oil per day to 53,000 stock tank
06  barrels of oil per day; is that correct?
```

Page 403:08 to 403:12

```
00403:08      A.  Correct.
09      Q.  (BY MS. SARGENT)  Did you have any way of
10  knowing which of these numbers represented in
11  these two charts we just looked at was the most
12  likely flow rate?
```

Page 403:14 to 404:20

```
00403:14      A.  No.
```

```
15        Q.  (BY MS. SARGENT)  So you had no way of
16   knowing what the skin value was, for example?
17        A.  Absolutely not.
18        Q.  And you had no way of knowing what the
19   height of the reservoir was?
20        A.  Absolutely not.
21             MR. EHRLICH:  Do you mean height of
22   the reservoir exposed to flow?
23             MS. SARGENT:  Yes, exposed to flow.
24        A.  Okay.
25        Q.  (BY MS. SARGENT)  You were not aware of
00404:01   any evidence that the height of the reservoir
02   exposed to flow was 10 feet or less, were you?
03        A.  I wouldn't.  I don't.
04        Q.  Okay.  And you had no way of knowing
05   whether the permeability was 170 millidarcies or
06   300 millidarcies; is that correct?
07        A.  Or any other numbers.
08        Q.  Did you personally ever come to the
09   conclusion, based on your modeling, that 5,000
10   barrels of oil per day was the most likely flow
11   rate?
12        A.  I -- no.
13        Q.  And as far as you know, did anyone on your
14   team ever come to the conclusion that 5,000
15   barrels of oil per day was the most likely flow
16   rate?
17        A.  I'm not sure.
18        Q.  Okay.  And by "I'm not sure," do you just
19   mean you're not aware?
20        A.  I don't know.
```

Page 404:22 to 405:06

```
00404:22        A.  Can I make a clarification about your
23   questioning?
24        Q.  Of course.
25        A.  And these are just some of the calculation
00405:01   we made and represented in the -- in the
02   presentation.  There may be other calculation
03   we've done with other assumptions, of different --
04   different reservoir interval open to flow,
05   different skin, different permeability, so on and
06   so forth.  Just want you to be aware of that.
```

Page 405:09 to 405:21

```
00405:09   I'd like to turn in this presentation
10   to the slide ending in 8644.
11        A.  Okay.
12        Q.  And this is entitled "The Case For 5,000
13   Barrels Per Day at 3800 psi," and this would be, I
14   think, an example of what you were just saying?
15        A.  That's right.
```

```
16        Q.  Did you do the modeling for this case,
17   5,000 barrel per day case?
18        A.  I don't recall.
19        Q.  Okay.  Do you know where the 5,000 barrel
20   per day number came from?
21        A.  I do not.
```

Page 406:05 to 406:08

```
00406:05        Q.  (BY MS. SARGENT)  Okay.  Let me -- let me
     06   come at it from another direction.
     07             In PROSPER, is -- is flow rate an
     08   input or an output?
```

Page 406:10 to 406:22

```
00406:10        A.  Depending on your objective of your
     11   calculation.
     12        Q.  (BY MS. SARGENT) Okay.
     13        A.  And if your objective is to estimate a
     14   flow rate and now you would input the parameters
     15   that would lead to the flow rate; or if your
     16   calculation objective is to -- like we saw this
     17   morning, you can bottomhole flow pressure or
     18   wellhead pressure, you would use your flow rate as
     19   an input.  So it depends.
     20        Q.  Okay.  So can you tell from this slide
     21   whether 5,000 barrels of oil per day was an input
     22   or an output of the PROSPER model?
```

Page 406:24 to 407:14

```
00406:24        A.  Without looking -- looking at the model, I
     25   wouldn't -- I wouldn't know.  But just looking,
00407:01   the -- the parameters look like this did, they
     02   assume the flow -- flow path, assume the failure
     03   case and the -- drill pipe and so on and so forth,
     04   assume the permeability, assume the reservoir
     05   parameter -- the section that opened to flow,
     06   assume the skin.
     07             By having this parameter, my
     08   interpretation is this is the output of the model.
     09        Q.  (BY MS. SARGENT)  Thank you.  And just
     10   based on the -- the cases that we've looked at in
     11   this presentation, is it fair to say that this is
     12   the lowest flow rate represented in this
     13   presentation?
     14        A.  In this presentation --
```

Page 407:16 to 407:16

```
00407:16        A.  -- yes.
```

Page 407:25 to 409:21

```
00407:25      Q.  Yeah.  And I'd like to -- I'd like to turn
00408:01  back to Tab 40, which we marked as Exhibit 11159.
      02  That's the presentation, summary presentation.
      03  And I'd like to look at the second slide that's
      04  labeled "Approaches to Challenges."  So Slide 3 of
      05  the presentation.  Okay.
      06           And at the -- the first bullet point
      07  says:  "Top Kill operations investigated well
      08  behaviors using additional data collected during
      09  Top Kill operations."  And then it says:  "Added
      10  BP proprietary drilling mud model in GAP via
      11  OpenServer."
      12           And I think yesterday we looked at
      13  some of the modeling involved in this, and you
      14  said that you didn't quite recall specifically the
      15  details of the model.  So I'd like to also bring
      16  in exhibit -- I'm sorry, Tab 41, which I'd like to
      17  mark as Exhibit -- what are we up to? -- 11161.
      18           (Marked Exhibit No. 11161.)
      19      Q.  (BY MS. SARGENT)  This document is labeled
      20  "Presentation Notes," and I believe it may be your
      21  notes from the presentation that we've labeled
      22  Exhibit 11159.
      23      A.  Correct.
      24      Q.  If you can take a minute -- oh, thank you.
      25  Glad it's so clear.
00409:01           Do you recognize this document?
      02      A.  I do.
      03      Q.  And are these, in fact, presentation notes
      04  that accompany Exhibit 11159, the presentation in
      05  front of you?
      06      A.  Yes.
      07      Q.  So if you could flip to the page that ends
      08  in Bates No. 4589, at the top of that page, it
      09  says:  "Page 3, Item 1:  Top Kill Operation."
      10           And in the second paragraph, you say:
      11  "Some members in our team investigated well
      12  behaviors using the additional data collected
      13  during Top Kill operations.  In order to do this,
      14  they had to add BP proprietary drilling mud codes
      15  in the software."
      16           Does this -- does this sound familiar
      17  to you?
      18      A.  Yes.
      19      Q.  Okay.  I'd like you to please pull the
      20  exhibit from yesterday that's Exhibit 11141.  It's
      21  in the stack.
```

Page 410:19 to 411:03

```
00410:19      Q.  (BY MS. SARGENT)  Looking at the
      20  presentation notes --
```

```
     21        A.  I got it.
     22        Q.  You said that "Some members in our team
     23   investigated well behaviors using the additional
     24   data collected during Top Kill operations."
     25             Is that modeling represented in
00411:01   Exhibit 11141 that you have in front of you?
     02        A.  Yes.
     03        Q.  Thank you.
```

Page 411:07 to 411:16

```
00411:07        Q.  You describe the results of the modeling
     08   under Item 2.  So it's the fourth paragraph down.
     09   You say:  "The models for Top Kill operations
     10   supported casing flow.  In addition, these models
     11   estimated 38- to 40,000 MBD post kill and pre
     12   riser cut rate."
     13             So, as you say here, is this correct
     14   that the modeling done by the members of your team
     15   supported a casing flow and also narrowed the
     16   range of potential oil flow rates?
```

Page 411:18 to 412:05

```
00411:18        A.  Other people did -- did the model and
     19   I'm -- I'm -- I might have just incorporated
     20   them -- the -- from -- from their presentation
     21   into this one.
     22        Q.  (BY MS. SARGENT)  Okay.  But -- and what
     23   you incorporated was that their results showed
     24   that the model supported a casing flow, correct?
     25        A.  That's from their conclusion, in their
00412:01   model and their work.
     02        Q.  Okay.  And their modeling also concluded
     03   that the flow rate after the Top Kill and before
     04   the riser was cut was 38- to 40,000 barrels of oil
     05   per day; is that correct?
```

Page 412:07 to 412:14

```
00412:07        A.  From the statement on the -- on this -- on
     08   this note, yes.
     09        Q.  (BY MS. SARGENT)  Now, both your notes and
     10   the presentations say that a BP proprietary
     11   drilling mud code was used in this model.  Was
     12   that BP proprietary drilling mud code developed
     13   during the Macondo response?
     14        A.  No.
```

Page 412:16 to 414:07

```
00412:16        Q.  (BY MS. SARGENT)  So it's fair to say that
     17   it was available prior to the Macondo incident?
```

```
18        A.  Correct.
19        Q.  Do you know when that was created, just
20   offhand?
21        A.  I don't know.  That should be a long time
22   ago created by Henry Nickens and while he -- while
23   he was working with Amoco, actually.
24        Q.  Okay.  As far as you know, were there any
25   other aspects of -- strike that.
00413:01              For the record, I'm actually just
02   going to introduce a slightly earlier version of
03   the modeling.  It's at Tab 36, and this has been
04   previously introduced as Exhibit 9455.
05        A.  9455.
06        Q.  Okay.  Let me hand you a copy.
07        A.  Okay.
08        Q.  And this -- the front page is an E-mail
09   from Ashish Chitale to you, Tony Liao; Trevor
10   Hill; and Mike Mason, with a cc line to Oktay -- I
11   think it's Metin --
12        A.  Yeah.
13        Q.  -- Gokdemir.
14        A.  Gokdemir.
15        Q.  And the subject is "Top Kill Modeling
16   summary," and the first line of the E-mail reads:
17   "Here are the findings of our work on the
18   modeling."
19              Do you recall receiving this E-mail?
20        A.  Yes.
21        Q.  And from your interpretation of the
22   E-mail -- I'm sorry -- of -- of the presentation
23   attached to this E-mail, it uses additional data
24   from the Top Kill in a model to come to certain
25   conclusions or observations about the flow path;
00414:01   is that correct?
02        A.  From -- yeah, from the -- from the
03   conclusion of the model, yes.
04        Q.  And as far as you know, aside from the
05   data from the Top Kill, was there any additional
06   data incorporated into this modeling that did not
07   exist prior to the Top Kill?
```

Page 414:09 to 414:17

```
00414:09        A.  I do not -- I do not know.
10        Q.  (BY MS. SARGENT)  Do you know how much
11   time it took for your teammates to perform this
12   modelling?
13        A.  I do not know that, either.
14        Q.  Do you know how long it would take to
15   perform a model similar to this from the time that
16   they would have received the request until it was
17   finished?
```

Page 414:19 to 414:23

```
00414:19     A.  I do not know.
      20     Q.  (BY MS. SARGENT)  Do you have any evidence
      21 that would indicate that this modeling could not
      22 have been done earlier in time if they had been
      23 requested to do it?
```

Page 414:25 to 414:25

```
00414:25     A.  I don't -- I don't know.
```

Page 415:04 to 415:09

```
00415:04 The -- the date on the -- the date on
      05 the E-mail transmitting this is June 29th, 2010;
      06 is that correct?
      07     A.  June -- yes.
      08     Q.  And it incorporates data from the Top
      09 Kill; is that right?
```

Page 415:11 to 415:11

```
00415:11     A.  From the -- from the presentation, yes.
```

Page 415:24 to 416:10

```
00415:24     Q.  (BY MS. SARGENT)  Okay.  So if you'll
      25 assume for a moment that the Top Kill took place
00416:01 between May 26th and May 29th --
      02     A.  May, you said.
      03     Q.  May 26th and May 29th, that's correct.
      04     A.  Okay.
      05     Q.  If you'll assume that for me -- for me for
      06 a moment.
      07     A.  Okay.
      08     Q.  Are you aware of any reason why this
      09 modeling could not have been done sooner than one
      10 month after the Top Kill?
```

Page 416:12 to 416:12

```
00416:12     A.  I do not know.
```

Page 416:17 to 416:19

```
00416:17     Q.  (BY MS. SARGENT)  Do you know when this
      18 analysis was started?
      19     A.  I do not know that, either.
```

Page 417:05 to 418:15

```
00417:05  (Marked Exhibit No. 11162.)
      06       Q.  (BY MS. SARGENT)  Okay.  This is Tab 35 in
      07  my binder, and I've marked it as Exhibit 11162
      08  just to continue on the theme that we were on
      09  before.  And this is an E-mail from Trevor Hill to
      10  Ashish Chitale; yourself, Tony Liao; and Mike
      11  Mason, from June 29th, 2010.  Do you recognize
      12  this E-mail?  Do you remember receiving this
      13  E-mail?
      14       A.  To be honest, not really by its face.
      15       Q.  This E-mail appears to be Trevor Hill's
      16  response to receiving the Top Kill modeling that
      17  we were just looking at in the prior exhibit.
      18  And -- and Trevor Hill writes:  "Given that we
      19  currently have more than 25 mbd being collected,
      20  then if I read it correctly, this work would" --
      21  could indicate that having casing hanger failed
      22  and bursting discs failed is much less
      23  likely...this would be significant so we should
      24  hold back on presenting this today until I have a
      25  chance to review with you in detail" and then
00418:01  parenthesis, "(sorry that I couldn't get to you at
      02  2:00 p.m.)," close parenthesis, "and then
      03  communicated within BP first."
      04            Do you remember Trevor Hill's -- do
      05  you remember Trevor Hill's -- does this refresh
      06  your recollection as to Trevor Hill's reaction to
      07  the Top Kill modeling?
      08       A.  No, ma'am, it does not.
      09       Q.  Would this conclusion -- Trevor Hill's
      10  conclusion that the work could indicate that
      11  having a casing hanger failed and bursting disks
      12  failed, it's much less likely -- given your work
      13  and your -- your modelling work on the Macondo
      14  response, is it your understanding that this would
      15  make it safer, to cap the well?
```

Page 418:17 to 418:21

```
00418:17       A.  No, I don't -- I don't -- I don't know.  I
      18  don't know the answer to that question.
      19       Q.  (BY MS. SARGENT) Okay.  So you don't have
      20  an opinion one way or the other?
      21       A.  No.
```

Page 418:23 to 418:25

```
00418:23  Switching gears a little bit, was
      24  your and your team's modeling for the Macondo
      25  response confidential?
```

Page 419:02 to 419:02

```
00419:02       A.  I don't think so.
```

Page 419:05 to 420:04

```
00419:05  Did you ever share your -- the
      06  results of your modeling outside of BP?
      07       A.  Did you ever share my modeling results
      08  outside BP?
      09       Q.  Outside of those working on your core
      10  team, BP or BP contractors.
      11       A.  First, it's not my responsibility to
      12  communicate with them -- with others, either in BP
      13  or outside BP.  But to answer your question, even
      14  though you didn't ask, I did enter -- I did -- I
      15  do recall that prepare some data for national lab
      16  scientists.  And also this morning, you saw that,
      17  I -- we examined some of the work I did from my
      18  notebook, comparing my model results with national
      19  lab scientists.
      20            And now I'm on the line, I remember
      21  another occasion that I was requested to make a
      22  presentation of my model over that meeting of the
      23  Internet meeting to a large group of national
      24  scientists.  I believe, if I heard -- I remember
      25  correctly, there were a large number of national
00420:01  scientists, maybe in the order of 30, 40, signed
      02  in for that discussion with the -- with the models
      03  and the range of the models, assumptions of the
      04  models, and the range of the rates we look at.
```

Page 420:20 to 421:17

```
00420:20       Q.  And you said in your answer that you were
      21  requested to make this presentation.  Were the
      22  other times that you communicated with a national
      23  lab scientist pursuant to a request from Mike
      24  Mason or from someone else?
      25       A.  In general, that's -- that's the case.
00421:01  The -- the communication with national lab
      02  scientists, for example, were a BP mechanism and
      03  Chris Cecil.  I would say more from Chris Cecil.
      04       Q.  Okay.  So Chris Cecil would direct you to
      05  provide certain data to the national lab
      06  scientists?
      07       A.  That's right.  And, of course, I remember
      08  Kate -- Kate Baker.
      09       Q.  Kate Baker.  Was there anyone else that
      10  you can remember right now who requested that you
      11  communicate with the national lab scientists?
      12       A.  I don't recall at the moment.
      13       Q.  Okay.  And sorry, going back to what
      14  you -- what you specifically presented at that
      15  meeting.  You don't remember specifically what
      16  rates you presented at that meeting?
```

```
    17      A.  No, I do not.
```

Page 423:03 to 424:09

```
00423:03      Q.  I'd like to -- again switching gears.  I'm
      04  just doing some final questioning here.  I'd like
      05  to go to Tab 17.  This has been previously marked
      06  as Exhibit 3220.  And if you look at the very
      07  bottom E-mail, this is an E-mail from Mike Mason
      08  to Andy Inglis, and it was sent May 15th, 2010,
      09  with the subject "Macondo Oil Rate."  And I'm just
      10  going to read it quickly since the print is small:
      11  "I just read an article in CNN (May 14, 2010 1:00
      12  p.m.) stating that a researcher at Purdue believes
      13  that the Macondo Well is leaking up to 70,000
      14  barrels of oil per day and that a BP stands by a
      15  5,000 barrel" -- "barrel of oil per day figure.
      16  With the data and knowledge we currently have
      17  available, we cannot definitively state the oil
      18  rate from this well.  We should be very cautious
      19  standing behind a 5,000 BOPD figure, as our
      20  modeling shows that this well could be making
      21  anything up to about 100,000 BOPD depending on a
      22  number of unknown variables, such as:  flow path
      23  either through the annulus behind the production
      24  casing or through the production casing float shoe
      25  the height of reservoir exposed (if drill pipe is
00424:01  suspended in the BOP and sealed by VBR rams,
      02  reservoir skin damage, choking effects and etc..
      03  we can make the case for 5,000 BOPD only based on
      04  certain assumptions and in the absence of other
      05  information, such as a well test."
      06              I'm not going to ask if I read that
      07  correctly because I may not have.  But are Mike
      08  Mason's comments here consistent with what you
      09  found in your modeling?
```

Page 424:11 to 424:15

```
00424:11      A.  I do not know.  This is a long comment
      12  and...
      13      Q.  (BY MS. SARGENT)  Did you ever have any
      14  discussions with Mike Mason along these lines
      15  about a 5,000 barrel a day flow rate?
```

Page 424:17 to 424:17

```
00424:17      A.  I don't recall.  I don't know.
```

Page 425:19 to 425:24

```
00425:19      Q.  Okay.  And I just have a few more
      20  questions for you now.  Going back to that meeting
```

```
21  that you described with the national lab
22  scientists, you said that you thought it might
23  have taken place in late May.  Is it possible that
24  this meeting was not until June?
```

Page 426:01 to 426:08

```
00426:01      A.  I -- I do not -- I do not know.
     02      Q.  (BY MS. SARGENT)  So you just don't
     03  remember --
     04      A.  No.
     05      Q.  -- one way or the other?
     06          You don't recall whether the meeting
     07  took place before or after the Top Kill, for
     08  example?
```

Page 426:10 to 426:13

```
00426:10      A.  I do not know.
     11      Q.  (BY MS. SARGENT)  Was anyone from Unified
     12  Area Command present at that meeting?
     13      A.  Who?
```

Page 426:15 to 427:11

```
00426:15      Q.  (BY MS. SARGENT)  Was anyone from -- do
     16  you recall Admiral Landry, the federal on-seen
     17  coordinator being present at the meeting?
     18      A.  I don't recall.  I don't know.
     19      Q.  So you -- okay.  Do you recall Admiral
     20  Allen being present at that meeting?
     21      A.  I do not know.
     22      Q.  Do you recall Lars Herbst from the MMS
     23  being at that meeting?
     24      A.  I do not know.
     25      Q.  Do you recall Tom Hunter being at that
00427:01  meeting?
     02      A.  I do not know.
     03      Q.  Do you recall Marsha McNutt being at that
     04  meeting?
     05      A.  I do not know.
     06      Q.  And at that meeting, did you share all of
     07  the modeling you had performed up to that point or
     08  only specific models?
     09      A.  I don't think it's all the model, but I
     10  don't know what -- how many model and what model I
     11  presented.  But I remember presenting models.
```

Page 427:22 to 429:10

```
00427:22      Q.  Good afternoon, Dr. Liao.  My name is Sean
     23  Fleming.  I represent the company Halliburton.
     24          How are you doing this afternoon?
```

```
      25        A.  Good afternoon.
00428:01        Q.  Dr. Liao, before we start talking about
      02  some of the substantive issues, I just want to
      03  clear up a couple of things.
      04            First of all, as I mentioned, I
      05  represent the company Halliburton.  Did you have
      06  any dealings with Halliburton during any of the
      07  work that you did for the modeling in connection
      08  with the Macondo blowout?
      09        A.  Not as I recall.
      10        Q.  Okay.  Did you talk with anyone in the
      11  course of your bodily efforts who had spoken with
      12  anyone from Halliburton?
      13        A.  I don't re- -- I don't recall.
      14        Q.  Okay.  Do you personally have any
      15  knowledge about anything that Halliburton did in
      16  connection with the relief efforts for the Macondo
      17  Well?
      18        A.  Relief effort?
      19        Q.  Right.
      20        A.  I do not.
      21        Q.  Okay.  Are you personally aware of any
      22  criticism that anyone that you were working with
      23  levied against Halliburton in connection to the
      24  relief efforts?
      25        A.  I do not re- -- I do not re- -- I do not
00429:01  know.
      02        Q.  Okay.  When you say you do not know, does
      03  that mean you don't remember that or you just
      04  don't think that that happened?
      05        A.  I -- I don't remember that.
      06        Q.  Okay.  And I assume you personally don't
      07  have any criticism about anything that Halliburton
      08  did in connection with the relief efforts,
      09  correct?
      10        A.  No, I -- I -- I did not.


Page 430:06 to 430:17

00430:06        Q.  (BY MR. FLEMING)  Let me clarify the
      07  question, see if I can cure the objection.
      08            Did anyone give you any information
      09  concerning the M110 zone in connection with your
      10  modeling efforts?
      11        A.  That's an area I'm not -- I'm not sure.  I
      12  don't remember.
      13        Q.  Okay.  Let me ask you just generally.  How
      14  did you get the information that you needed to run
      15  your models in connection with the -- the PROSPER
      16  modeling that you did?  For the Macondo Well, of
      17  course.


Page 430:19 to 431:02
```

```
00430:19      A.  The data came from different sources.  The
      20  first, as I mentioned yesterday, like some of the
      21  basic fundamental and the wellbore schematic --
      22  schematic and so -- so on and so forth, the
      23  initial data came from the original base model
      24  from -- from people working in Macondo.  And
      25  then -- later on, the fluid property come --
00431:01  Dr. Wang provide -- Dr. Yun Wang provided some of
      02  the fluid property.
```

Page 431:08 to 431:24

```
00431:08      Q.  Okay.
      09      A.  And for the formation, for the information
      10  associated with reservoir, we would get from the
      11  people in the reservoir team that were working on
      12  Macondo.  Specifically, it would be some people
      13  like Debbie Kercho, Kelly -- Kelly McAughan, and
      14  people like those.
      15      Q.  Okay.  Let me ask you a -- a very specific
      16  question concerning the information that you
      17  received.  Did you have a single person that you
      18  would go to and ask for data?
      19      A.  No.  I don't think so.
      20      Q.  Okay.  So different people from different
      21  groups would provide you with data; is that
      22  correct?
      23      A.  Or -- or rather we would -- we would ask
      24  the data from different people.
```

Page 432:06 to 432:11

```
00432:06      Q.  Okay.  My question is:  When getting this
      07  information that you needed to do run your models,
      08  did you go out and seek the information yourself?
      09  Or did other people come to you and provide that
      10  information to you without you asking?  That's all
      11  I'm trying to figure out.
```

Page 432:13 to 433:04

```
00432:13      A.  I don't recall the detail.  But the --
      14  usual channel could be that I make the request for
      15  what I need.
      16      Q.  (BY MR. FLEMING)  Okay.
      17      A.  And then looking for -- looking for people
      18  who might be able to help me with those data.
      19      Q.  Okay.  Were there circumstances, to your
      20  knowledge, that you recall, in which you did not
      21  receive enough data, that you had to go back to
      22  someone else and ask for additional data?
      23      A.  Yes.  For example, some of the pipe --
      24  pipe description and things -- this is a really
```

```
     25  unusual well --
00433:01        Q.  Uh-huh.
     02        A.  -- and the -- for example, the casing
     03  roughness, the roughness of the outside of the
     04  casing --
```

Page 433:08 to 433:15

```
00433:08        Q.  (BY MR. FLEMING)  Roughness.  Gotcha.
     09        A.  For those type of information, there's no
     10  way we can get them the original way.  We just
     11  have to ask.
     12        Q.  And for example, the roughness, is that
     13  one of those circumstances where you do recall
     14  going out and asking someone?
     15        A.  Yes.
```

Page 433:19 to 436:21

```
00433:19        Q.  Okay.  What about permeability, did you
     20  have to ask for anything regarding permeability?
     21        A.  Permeability was in the -- in the base
     22  model --
     23        Q.  Uh-huh.
     24        A.  -- and in the -- in the course of
     25  evaluation, different range of the different
00434:01  values of permeability were assumed as a -- in
     02  the -- sensitivity or look at different assumed
     03  cases.
     04        Q.  Were all of the numbers that you used for
     05  permeability based on assumptions as opposed to
     06  data gathered from core samples?
     07        A.  The original permeability data in the
     08  model, I'm not sure.
     09        Q.  Okay.
     10        A.  And the -- our subsequent calculations or
     11  estimations were done in such a way.
     12        Q.  With the core data?
     13        A.  No, with the assumption.
     14        Q.  With the assumptions?
     15        A.  Yeah.
     16        Q.  Okay.  Did you ever do any modeling in
     17  which you used the actual permeability figures
     18  gathered from core samples?
     19        A.  I think I understand your question but I
     20  want you to state it one more time.
     21        Q.  Okay.  I'll give it my best.
     22              Did you at any point do any modeling
     23  in which you were able to incorporate actual
     24  permeability numbers gathered from core samples?
     25        A.  Since I didn't know the core sample -- I
00435:01  didn't deal with the core sample -- again, the
     02  permeability data that we used -- short answer to
     03  your question is -- was -- is not really.
```

```
04        Q.  Okay.  If you could, I see that you have
05   Exhibit 9402, which was introduced to you
06   yesterday by the lawyer from the Department of
07   Justice.  Could you take a look at that, please?
08        A.  Okay.
09        Q.  And just for the record, this is the
10   May 26th, 2010, draft of the BP technical note,
11   correct?
12        A.  Correct.
13        Q.  Okay.  And I'm not trying to put words in
14   your mouth, but you testified about this document
15   yesterday, correct?  Do you recall that?
16        A.  Yes, I do.
17        Q.  And I believe you testified that you did
18   not prepare this document; is that correct?
19        A.  Correct.
20        Q.  But I believe you also testified that some
21   of the data and some of the modeling that you did
22   found its way into this report.  Is that a fair
23   statement?
24        A.  Yes.
25        Q.  Okay.  Let me ask you a couple of
00436:01   questions about a couple of statements here.
02             First of all, if you could turn with
03   me to Page 3?
04        A.  Okay.
05        Q.  You see that?
06        A.  I do.
07        Q.  Down at the bottom of the page, it says:
08   "Gas was represented as nearly pure methane with
09   gas gravity of 0.554."
10             You see that?
11        A.  I do.
12        Q.  Dr. Liao, do you know where the basis for
13   that statement would have come from?
14        A.  I do not know.
15        Q.  Okay.  Did anyone ever tell you in any of
16   the modeling efforts that you were running that
17   they believed the gas was methane?
18        A.  I do not know.
19        Q.  Do you need to know what type of gas it is
20   in order to perform a PROSPER model?
21        A.  Yes, I do.
```

Page 436:23 to 437:06

```
00436:23        A.  The gas  -- I need to know some basic
24   property for the gas, such as the specific rarity.
25        Q.  (BY MR. FLEMING)  Okay.  What assumptions
00437:01   did you use -- just to clarify, you ran PROSPER
02   models, correct?
03        A.  Correct.
04        Q.  For the PROSPER models you ran, what
05   assumptions did you use concerning the gas in
06   those models?
```

Page 437:08 to 437:18

```
00437:08     A.   That we need to look it up from the --
      09  from the PROSPER of -- from some of the model and
      10  as an input.  Again, the original data could come
      11  from the base model that was available from the
      12  asset team.
      13     Q.   (BY MR. FLEMING)  Okay.  So that was my
      14  question.
      15          So the -- the only thing I'm really
      16  interested in is where you got the information
      17  concerning the gas.  Would that have come from the
      18  asset team?
```

Page 437:20 to 438:23

```
00437:20     A.   Yes.
      21     Q.   (BY MR. FLEMING)  Okay.  If you could turn
      22  with me to the table on Page 4.  Do you see that?
      23     A.   Okay.
      24     Q.   Now, I understand this may be a little
      25  hard to read, but about halfway down, there are --
00438:01  in the gray zone, there are two -- in the
      02  left-hand column, it says:  "Lower Oil Sand Plus
      03  Gas Zone."
      04          Do you see that?
      05     A.   Wait.
      06     Q.   It's about halfway through -- it's about
      07  halfway down the column.  And the SI wellhead
      08  pressure is 8503 and 8605.  Do you see where I'm
      09  referring to?
      10     A.   Okay.  I -- I -- I did.
      11     Q.   Okay.  If you look over to the "Tool," it
      12  says "PROSPER" under that.  Do you see that?
      13     A.   Yes, I do.
      14     Q.   So for these two models that we're talking
      15  about here, were -- did you run these yourself?
      16     A.   I'm not sure.
      17     Q.   Okay.  Who else would have done that?
      18     A.   Who else?  I'm not sure who else could
      19  be -- could have done this in the -- in the
      20  response team.
      21     Q.   Okay.  But here's what I'm curious -- okay
      22  the "lower oil sand plus gas zone," what does that
      23  mean?
```

Page 438:25 to 439:11

```
00438:25     A.   The --
00439:01     Q.   (BY MR. FLEMING)  Let me rephrase the
      02  question:  What -- do you know what that means?
      03          A.   By only looking -- by only looking at
```

```
04  the -- the statement, the words, that means oil --
05  oil sand and the gas known.
06      Q.  It says:  "All five sand open."
07          Do you know what that means?
08      A.  "All five sand open."
09      Q.  Uh-huh.
10      A.  That means all the five sand were flowing
11  to the well.
```

Page 439:17 to 440:12

```
00439:17      Q.  (BY MR. FLEMING)  Okay.  What I'm curious
18  about with this, Dr. Liao -- let's go -- well,
19  before we go down to that, let's go down to
20  another one at the bottom of the page.  It's the
21  fourth line up from the bottom.  It says:  "M56A
22  plus M57B gas."
23          Do you see that?
24      A.  I do.
25      Q.  And the shut-in wellhead pressure is
00440:01  10,797.  Do you see that?
02      A.  I do.
03      Q.  And, again, that was run by PROSPER?
04      A.  Correct.
05      Q.  And the one underneath that is M57B gas
06  with the shut-in wellhead pressure of 11,184 also
07  done by PROSPER, correct?
08      A.  Correct.
09      Q.  Do you recall running these models?
10      A.  I don't recall.
11      Q.  Do you know -- do you recall anything at
12  all about modeling gas sands under PROSPER?
```

Page 440:14 to 440:19

```
00440:14      A.  I don't recall specifically.
15      Q.  (BY MR. FLEMING)  Okay.  Did anyone inform
16  you about why they wanted gas sands modelled?
17      A.  I don't recall.
18      Q.  Okay.  Do you know who would have told you
19  to model M57B as a gas zone?
```

Page 440:21 to 440:21

```
00440:21      A.  I don't know.
```

Page 441:12 to 441:14

```
00441:12      Q.  Who -- what are the names of the people
13  who would give you these assignments in terms of
14  which zones they wanted you to model?
```

Page 441:16 to 441:16

00441:16     A.  Which zone?

Page 441:18 to 442:05

00441:18     A.  Specific to which zone?
      19     Q.  Uh-huh.
      20     A.  I don't know.
      21     Q.  Okay.  I guess I'm a little confused.
      22          Who told you to do your work, is all
      23 I'm asking you.
      24     A.  Oh, okay.  Who -- who told me to do my
      25 work?
00442:01     Q.  Correct.
      02     A.  And that -- that can be Mike Mason; that
      03 can be Frank Sweeney, my manager; and Chris Cecil,
      04 the person who requested me to, for example,
      05 prepare table for the National Scientist Lab.

Page 442:21 to 443:03

00442:21     Q.  Just in general, for any specific model,
      22 do you recall Mike Mason giving you any specific
      23 modeling assignments pertaining to any specific
      24 zones?
      25     A.  I don't remember the specific zone, but I
00443:01 can say for certainty -- certainty -- with
      02 certainty that Mike Mason would give me the
      03 assignments.

Page 444:18 to 444:24

00444:18     Q.  Okay.  All I'm asking -- and, again, it's
      19 not specific to M56A and M57B.
      20          All I'm trying to understand is:  If
      21 someone has asked you to model two different
      22 zones, M56A and M57B, does it necessarily follow
      23 that those zones are interconnected or talking to
      24 each other for purposes of the model?

Page 445:01 to 445:18

00445:01     A.  Okay.  Let's remove the name of the M56A,
      02 M56B for a moment.
      03     Q.  (BY MR. FLEMING)  Okay.  Fair enough.
      04     A.  In general -- in general, if there are two
      05 models -- two layers --
      06     Q.  Uh-huh?
      07     A.  -- if we would model them, matching the
      08 model -- that's what we call -- or use
      09 the other -- other way to model it use marking
      10 lateral -- lateral is one line.  Marking lateral

```
11    means top -- use the marking lateral models, the
12    interaction between these layers would,
13    depending -- in general, depending on many things.
14    Depending on the reservoir parameters, the
15    distance between them in the -- for example, key
16    operation for properties, so on and so forth.  So
17    in general, I cannot give you a definite answer to
18    that.
```

## Page 446:23 to 448:14

```
00446:23        Q.  Do you recall being asked questions by
24    the -- the Department of Justice lawyer yesterday
25    and this morning regarding what was marked as
00447:01    Exhibit 11145.  And I'll hand you a copy of that.
02    And then another electronic native version of this
03    document was marked this morning as Exhibit
04    11145B?
05        A.  Yes.  I do.
06        Q.  And do you have in front of you a computer
07    that has Exhibit 11145B on it?
08        A.  Yes.
09        Q.  Now, do you recall discussing the meaning
10    of Columns J and K on the Summary Table tab of
11    Exhibit 11145B this morning?
12        A.  I do.
13        Q.  And was your description of the meanings
14    of those columns accurate?
15        A.  I'm not sure; and for the record, I would
16    like to clarify and -- so make sure we get it
17    correct.
18        Q.  What does Column J represent?
19        A.  It represent a pressure drop due to the --
20    due to the friction and the -- the later U could
21    mean upper.  Upper could mean the friction from
22    the wellhead to 8969 feet.
23        Q.  And when you say "8969 feet," that's the
24    measured depth?
25        A.  Yeah.  That's the measured depth from the
00448:01    wellhead to that point.
02        Q.  And what does Column K represent?
03        A.  Column K represents the gravitational
04    pressure loss on the same -- on the same section.
05        Q.  When you say "the same section," you're
06    referring to the -- the section between the
07    wellhead and the measured depth of 8969 feet?
08        A.  Correct.
09        Q.  Can I just -- for clarification, did you
10    say it could mean; or is it your best recollection
11    that it -- best recollection now that it does
12    mean?
13            THE WITNESS:  To my best
14    recollection, it does mean.
```

Page 448:19 to 449:12

```
00448:19        Q.  (BY MR. CRAMER)  I'm going to hand you now
     20  what was previously marked as Exhibit 8690, and
     21  take a look at that.  My first question is whether
     22  you recall being asked some questions about this
     23  document in the last two days?
     24        A.  Yes, I -- I was.
     25        Q.  I'll have you turn to the fifth page of
00449:01  Exhibit 8690.
     02        A.  Fifth page, you said?
     03        Q.  Yeah.
     04        A.  Okay.
     05        Q.  That's the large version of the chart that
     06  has the heading SIWHP with Well Integrity (Shut-in
     07  is completed in three hours).
     08        A.  I see it.
     09        Q.  And now, this chart or the values that are
     10  plotted on this chart are pressure values,
     11  correct?
     12        A.  Correct.
```

Page 449:17 to 449:25

```
00449:17        Q.  (BY MR. CRAMER)  What -- what do the
     18  curves that are represented in this chart
     19  represent?
     20        A.  That represent shut-in wellhead pressure
     21  after well shut-in.
     22        Q.  And the Y axis of this chart has numbers
     23  starting at the bottom of 3,000 going up to 8,000.
     24  Do you see that?
     25        A.  I do.
```

Page 450:05 to 450:21

```
00450:05        Q.  What do those numbers represent?
     06        A.  On the other -- on the heading, it says
     07  "WHP."  That stand -- stand for wellhead pressure.
     08        Q.  And are the -- what do the curves
     09  represent on this chart?
     10        A.  The curve represented the shut-in wellhead
     11  pressure with the well integrity, with the
     12  different assumptions of the flow rate and the
     13  associated reservoir assumptions; and one of the
     14  curve is for 35,000 barrels per day and these
     15  other, the dash line, the solid line represent the
     16  case for 6,000 -- 60,000 barrels per day.
     17        Q.  And in each of those cases, the 35,000
     18  barrels per day cases and the 60,000 barrels per
     19  day cases are plotted at -- the plots are showing
     20  pressures, correct?
     21        A.  Yes.
```

Page 450:23 to 451:17

```
00450:23      Q.  (BY MR. CRAMER)  What are those pressures
      24 plotted at?
      25      A.  These pressure should be plotted at the
00451:01 wellhead since it is for the shut-in wellhead
      02 pressure.  That should be a wellhead.
      03      Q.  It should be at the wellhead, or they are
      04 at the wellhead?  Do you know?
      05      A.  The calculated values are on the wellhead.
      06      Q.  Are there any curves on this chart that
      07 show plots of pressures at the capping stack
      08 pressure?
      09      A.  No, not from this -- not from this graph.
      10 Nowhere indicate capping stack pressure.
      11      Q.  Okay.  Keep Exhibit 8690 close by, but I'm
      12 going to have you look at Exhibit 11144, which I'm
      13 handing to you now.  And I'll have you turn to the
      14 attachment, which is the PowerPoint presentation
      15 titled Macondo SIWHP and look at the third page of
      16 that, which I've flagged to make things go a
      17 little bit quicker here.
```

Page 451:24 to 452:13

```
00451:24      Q.  And do you know what pressures are noted
      25 in the plots on this chart?
00452:01      A.  The shut-in wellhead pressure estimated by
      02 OLGA model and the PROSPER model.
      03      Q.  And on the Y axis, do you see the numbers
      04 that -- from the bottom start at 6,000 and at the
      05 top go up to 8,000?
      06      A.  I do.
      07      Q.  Are those pressure value numbers?
      08      A.  These are the pressure value.
      09      Q.  And are they at -- are they pressures at
      10 the wellhead or some other place?
      11      A.  At the wellhead.
      12      Q.  Not the capping stack?
      13      A.  No.
```

Page 452:19 to 452:22

```
00452:19      Q.  But if you look back at Exhibit 8690 --
      20      A.  Okay.
      21      Q.  -- turn to the second page of
      22 Exhibit 8690.
```

Page 453:03 to 454:18

```
00453:03      Q.  And you see the E-mail second from the
      04 bottom on that second page?
      05      A.  Yes, I do.
```

```
06        Q.  And this is an E-mail from Matt Gochnour
07   to you dated July 15, 2010, at 2:18 p.m.
08               Do you see that?
09        A.  I see it.
10        Q.  And Mr. Gochnour writes to you:  "PT-B is
11   presently reading around 7174."
12               Do you see that?
13        A.  I do.
14        Q.  And he goes on and says:  "The capping
15   stack gauges are reading around 6550."
16               Do you see that?
17        A.  I do.
18        Q.  Do you know what the PT-B is?
19        A.  I don't know exactly location, but my
20   interpretation is it is the pressure on the
21   well -- on the -- on the blowout preventer,
22   somewhere on the blowout preventer.
23        Q.  Okay.  And where is the blowout preventer
24   in relationship to the wellhead?
25        A.  BOP should be above the wellhead.  BOP was
00454:01   above the wellhead.
02        Q.  And where is the capping stack or where
03   was the capping stack in relationship to the BOP
04   after the capping stack was put in place?
05        A.  Capping stack was above the BOP.
06        Q.  And do you see -- the capping stack
07   pressure being reported by Mr. Gochnour to you on
08   July 15th, 2010, at 2:18 is 6,550?
09        A.  Correct.  I see.
10        Q.  And reading from the PT-B that
11   Mr. Gochnour is reporting to you is at 717- --
12   7,174.  Do you see that?
13        A.  Correct.
14        Q.  Is that consistent with what you would
15   expect in terms of -- well, strike that.
16               Would you expect the pressure at the
17   capping stack to be higher or lower than the
18   pressure at the blowout preventer?
```

Page 454:20 to 455:06

```
00454:20        A.  I don't know exact the value, the numbers;
21   but I do expect that the pressure and the blowout
22   preventer to be higher -- to be lower than the
23   stack pressure, the capping stack pressure.
24        Q.  (BY MR. CRAMER)  Wait.  Take a look at
25   that.
00455:01        A.  Okay.
02        Q.  Let me -- let me ask a fresh question.
03   Would you expect the pressure at the
04   capping stack to be higher or lower than the
05   pressure at the BOP?
06        A.  I would expect --
```

Page 455:08 to 455:19

```
00455:08       A.  -- the pressure in the capping stack to be
      09  lower than the pressure on the blowout prevent- --
      10  BOP.
      11       Q.  (BY MR. CRAMER)  Why is that?
      12       A.  One is the capping stack was higher than
      13  the BOP; and, two, there were -- there were
      14  mechanisms in between and those mechanisms could
      15  result in the pressure -- additional pressure
      16  loss.
      17       Q.  Now, would you expect the pressure in the
      18  BOP to be higher or lower than pressure at the
      19  wellhead?
```

Page 455:22 to 455:24

```
00455:22       Q.  (BY MR. CRAMER)  Would you expect the
      23  pressure at the BOP to be higher or lower than the
      24  pressure at the wellhead?
```

Page 456:01 to 456:25

```
00456:01       A.  I expect the pressure in the BOP to be
      02  lower than the pressure at the wellhead.
      03       Q.  (BY MR. CRAMER)  Why is that?
      04       A.  Again, the -- the BOP was above the
      05  wellhead and, again, there were mechanisms that
      06  could result in some pressure loss.
      07       Q.  Now, if you look back at the -- stay with
      08  that same exhibit, Exhibit 8690, and flip back to
      09  the shut-in wellhead pressure with the well
      10  integrity chart that we were looking at a moment
      11  ago.
      12       A.  Okay.
      13       Q.  And you can look at that side by side with
      14  the shut-in wellhead pressure chart we were
      15  looking at on Exhibit 11144.
      16       A.  All right.
      17       Q.  Do you have those in front of you?
      18       A.  I do.
      19       Q.  If I were to tell you the actual wellhead
      20  pressure from the Macondo Well, if I knew that and
      21  I told you what the measured pressure was from the
      22  wellhead at the Macondo Well, would you be able to
      23  tell what the flow rate was from the Macondo Well
      24  by looking at either of these charts?
      25       A.  No, I cannot.
```

Page 457:02 to 457:24

```
00457:02       Q.  (BY MR. CRAMER)  Why not?
      03       A.  One, I don't know the -- the assumptions
```

04  underlying these assumptions and the -- the rates,
05  the assumptions for the rates, the reservoir --
06  reservoir property that would support that rate.
07        Q.  And why is that important?
08        A.  It is very important because, for example,
09  the size of the reservoir could have some -- could
10  have a big influence on the shut-in wellhead
11  pressure after the well flows for certain time and
12  when it is shut in because the res- -- if the size
13  of the reservoir different, the starting point of
14  the reservoir pressure and the shut-in point could
15  be different.
16        Q.  So I know you just testified you don't
17  know what the assumptions are for any of the
18  models that are -- have the results plotted on the
19  two charts in front of you from Exhibits 8690 and
20  11144; but if you were to keep all of the
21  assumptions underlying each of these charts the
22  same but changed the size of the reservoir, how
23  would that affect the results of the curves on
24  these charts?


Page 458:01 to 458:12

00458:01        A.  Without doing the actual calculation, I
02  cannot know; but I can say in the
03  directional-wise, these curves could shift up or
04  down depending on the size of the reservoir
05  because, again, that will have the impact for
06  the -- during the time of the flow out, the amount
07  of the fluid that flow out of the reservoir and
08  then that the pressure, the reservoir pressure at
09  the time when the well was capped and then that
10  pressure will be one of the key factors that could
11  lead into different curves of the shut-in wellhead
12  pressure after the well is charted.


Page 458:22 to 459:20

00458:22        Q.  Does BP have any -- does BP make the tools
23  that you use to do the kind of modeling that you
24  do and that you did during the response?
25        A.  No.  BP didn't, except only the Top Kill
00459:01  model that the drilling fluid -- drilling fluid
02  property called was -- was BP proprietary.  That's
03  another word.
04        Q.  Where did BP get the software tools that
05  you used for your work during the response to the
06  Macondo blowout?
07        A.  The software and the tools we get is from
08  third parties; and they're like Petex PROSPER,
09  GAP, MBAL software were from the Petroleum Expert
10  and PVTsim, Dr. Wang used, come from some other
11  company who provided it; and OLGA from the -- the

```
        12  company who provided OLGA.
        13      Q.  You testified earlier that you were in a
        14  number of meeting with the national scientists.
        15  Do you recall that?
        16      A.  I do.
        17      Q.  In any of your meetings with national
        18  scientists, do -- were they made aware of the
        19  software tools that you were using?
        20      A.  They were.
```

Page 459:22 to 460:01

```
00459:22      Q.  (BY MR. CRAMER)  In any of the meetings
       23  that you had with national scientists, did anyone
       24  identify any additional software tools that they
       25  thought you should use in addition to or instead
00460:01  of the tools that you were using?
```

Page 460:03 to 460:03

```
00460:03      A.  I don't recall.
```

Page 460:06 to 460:17

```
00460:06      Q.  In -- you testified earlier that you were
       07  in at least one meeting with a representative from
       08  Exxon Mobil.  Do you recall that?
       09      A.  I do.
       10      Q.  During your meeting with Exxon Mobil, was
       11  the Exxon Mobil representative made aware of the
       12  software tools that you were using in your work?
       13      A.  He was.
       14      Q.  In that meeting, did he identify any
       15  additional tools that you should be using in
       16  addition to or instead of the tools that you used?
       17      A.  No.
```

Page 461:09 to 462:04

```
00461:09      Q.  The first thing I would like to discuss is
       10  Tab 62, and it's Exhibit 11163.  And this is an
       11  E-mail chain among a few different people at BP.
       12  And you are not on every E-mail on this chain, but
       13  you are on a couple of them.
       14          Do you recognize this document?
       15      A.  Give me a second.
       16          (Marked Exhibit No. 11163.)
       17      Q.  (BY MS. ENGEL)  Sure.
       18      A.  Okay.
       19      Q.  Okay.  And I'm actually going to ask you
       20  to turn your attention to the last E-mail in the
       21  chain.  So flip to the second page there.  And
       22  it's an E-mail from Maria Nass to Bob Merrill,
```

```
        23   dated June 27, 2010, the subject is "Information
        24   on MC252 Well."
        25              Do you see that?
00462:01        A.  I do.
        02        Q.  Is the MC252 well the same as the Macondo
        03   Well?
        04        A.  Correct.
```

## Page 462:10 to 463:09

```
00462:10        Q.  Okay.  Reading from the text of the E-mail
        11   from Maria Nass to Bob Merrill, it says:  "Rob, do
        12   you have any information on Macondo about the
        13   actual reservoir pressure and maybe the PI?  We
        14   are trying to model the dP across the BOP stack
        15   and I need information on the MC252 reservoir and
        16   BH conditions even if they are just a rough
        17   approximation."
        18              Did I read that correctly?
        19        A.  You did.
        20        Q.  Okay.  Do you see below that there's a
        21   signature for Maria Nass, Maria A. Nass, and it
        22   says, "Flow Assurance-GoM"?
        23        A.  Yes.
        24        Q.  Does that indicate to you that Maria Nass
        25   is a BP employee?
00463:01        A.  Yes.
        02        Q.  Or was at the time this E-mail was
        03   written?
        04        A.  Correct.
        05        Q.  And just so we get a few of the terms that
        06   were in the text of that E-mail, "PI" is
        07   productivity index?
        08        A.  Correct.
        09        Q.  And "dP," is that pressure drop?
```

## Page 463:11 to 463:13

```
00463:11        A.  Correct.
        12        Q.  (BY MS. ENGEL)  And "BH conditions," is
        13   that bottomhole conditions?
```

## Page 463:15 to 464:09

```
00463:15        A.  Yes.
        16        Q.  (BY MS. ENGEL)  So then turn back to the
        17   first page there of that document.  And there's an
        18   E-mail where Bob Merrill responds to Maria Nass
        19   and cc's you and Kate Baker and then a generic
        20   E-mail address.  So Bob Merrill is bringing you
        21   into the conversation at this point, correct?
        22        A.  Correct.
        23        Q.  And then you respond at the E-mail above
```

```
         24    that.  It's an E-mail from you to Bob Merrill,
         25    Maria Nass, Kate Baker, in that same E-mail
00464:01    retention -- E-mail address.  And this is dated
         02    June 27th, 2010.
         03              And you say:  "Hi, Maria, If a
         04    rough" -- excuse me -- "If a rough estimate may
         05    need [sic] your need, you could assume a simple PI
         06    about 45."
         07              Did I read that right?
         08       A.  Yes.  I have too many "needs" in that
         09    sentence.
```

Page 464:15 to 465:14

```
00464:15       Q.  I stumbled over it, too.  So you provided
         16    Maria Nass a simple PI about 45, correct?
         17       A.  Correct.
         18       Q.  What was the basis of that PI; do you
         19    recall?
         20       A.  I don't recall now and -- I really don't
         21    recall what -- what the basis of that number
         22    and -- but I can tell you where I might get it.
         23    Might be from one of my PROSPER model.  I assumed
         24    a bunch of reservoir that's open to flow,
         25    permeability, skin, so on and so forth.  And there
00465:01    was a general influx performance curve for me.  On
         02    that curve, if I remember correctly, the reservoir
         03    would indicate a number of PI, now may be the
         04    place I got this PI.  But looking at this -- just
         05    looking at this P I on 45, I do not know what -- I
         06    do not recall what assumptions I made to derive
         07    this number.
         08       Q.  Okay.  You can put that document aside.
         09    And I'm actually going to show you a document or
         10    two that Ms. Sargent showed you earlier, and so
         11    it's on the TransOcean CD for folks who are
         12    looking at documents.  It's Exhibit 9156.  It was
         13    Tab 10 on the TO CD.  9156.  Do you have that in
         14    the stack in front of you?
```

Page 465:24 to 466:10

```
00465:24       Q.  And so this is an E-mail with an
         25    attachment.  And the cover E-mail is from Mike
00466:01    Mason to several people at BP, including you.  And
         02    the subject is "Meeting Presentation May 11,
         03    2010," correct?
         04       A.  Correct.
         05       Q.  And the text of that top E-mail from Mike
         06    Mason says:  "All, Jasper's feedback after
         07    reviewing with Andy Inglis is very positive.  He
         08    will let us know if anything else is require."
         09              Did I read that right?
         10       A.  You did.
```

Page 466:24 to 467:22

```
00466:24  Okay.  There's a -- the first -- the
      25  first paragraph on that slide titled "Key
00467:01  Messages" says that -- says:  "Expected case, in
      02  the current state, a wellhead pressure decrease
      03  from 3800 psi to 2270 psi pressure sea floor
      04  results in a flow rate increase" -- "increase
      05  ranging from 15 percent to 30 percent."
      06              Did I read that right?
      07      A.  You did.
      08      Q.  Okay.  And then there's a note at the
      09  bottom of the page that says:  "If BOP and
      10  wellhead are removed and if we have incorrectly
      11  modeled the restrictions, the rate could be as
      12  high as approximately 100,000 barrels per day up
      13  the casing or 5,000 barrels per day at the
      14  annulus, low probability worst cases."
      15              Did I read that right?
      16      A.  You did.
      17      Q.  Okay.  So the 15 to 30 percent flow rate
      18  increase listed in the -- in the top paragraph
      19  there, that refers to the scenario when both the
      20  BOP and the wellhead are removed -- both the BOP
      21  and the riser are removed above the wellhead,
      22  correct?
```

Page 467:24 to 468:06

```
00467:24      A.  I don't know exactly what would be
      25  removed, but I know for -- for certain this is
00468:01  the -- evaluated for the riser.  Broken riser
      02  would be removed.
      03      Q.  (BY MS. ENGEL)  Given the -- the way the
      04  well and the BOP and the riser are structured,
      05  would it be possible to remove the BOP without
      06  also removing that broken riser?
```

Page 468:08 to 468:17

```
00468:08      A.  I -- I don't know.  This is more on the
      09  operational side, which I wasn't involved, so I do
      10  not have an answer to that.
      11      Q.  (BY MS. ENGEL)  Okay.  The pressure number
      12  in that first sentence, 2270 psi for the sea floor
      13  pressure --
      14      A.  Correct.
      15      Q.  -- is that the -- also known as the
      16  ambient pressure?
      17      A.  Correct.
```

Page 469:02 to 469:09

```
00469:02   Oh, before we move on, I meant to ask
      03   you:  Andy Inglis, who was named on the cover
      04   E-mail to that document, do you know what his
      05   position was during the response?
      06        A.  I do not know, but I know he was high up.
      07   That's all I know.
      08        Q.  Okay.  Is he still with BP?
      09        A.  I do not know.
```

Page 469:16 to 469:23

```
00469:16        Q.  (BY MS. ENGEL)  Okay.  Dr. Liao, do you
      17   have in front of you Exhibit 11134?
      18        A.  I do.
      19        Q.  Okay.  We looked at it yesterday.  It's
      20   Tab 126 in the United States' binders.  And this
      21   is the list of files related to your Macondo work
      22   from the C drive of your computer, correct?
      23        A.  Correct.
```

Page 471:22 to 472:23

```
00471:22   We talked about how this is a list of
      23   the documents that you had on your C drive related
      24   to your Macondo work, at least through the date of
      25   June 17th, 2010, correct?
00472:01        A.  Documents and the files.
      02        Q.  Documents and files?
      03        A.  Yes, for the models.
      04        Q.  For the modeling work that was done in the
      05   Macondo effort?
      06        A.  Correct.
      07        Q.  And so, my question is:  Were you asked by
      08   anyone at BP or any of your counsel to provide
      09   copies of these documents to be produced in this
      10   litigation?
      11        A.  Two answers to your questions, two part of
      12   your question.  The first part was asked by
      13   anybody in BP, yes.  My computer was, my
      14   handwritten notes and everything was asked by BP
      15   in the document retention and all the -- the -- my
      16   computer image, my E-mail, my files, everything
      17   and the handwritten document and all that.  So
      18   that's the answer to the first part of the
      19   question.
      20             The second part of the question, I
      21   was requested by BP counsel to provide the
      22   work directory that I used to render the Macondo
      23   response.  What happened to that, I do not know.
```

Page 474:20 to 475:25

```
00474:20        Q.  Could you then turn to page -- the page
```

```
    21   ending 4018?
    22        A.  Sorry, 401 --
    23        Q.  4018.  Sorry.  I was talking to my paper.
    24   Let me know when you get there.
    25        A.  Okay.
00475:01        Q.  And do you see towards the bottom of the
    02   page again there's a directory line that ends
    03   17 June 2010, "PVT data for Bob Merrill and
    04   Timeline"?
    05        A.  "PVT data for Bob Merrill and Timeline."
    06   Okay.
    07        Q.  Do you see that?
    08        A.  I do.
    09        Q.  Okay.  The second entry below there is
    10   from 6-17-2010 at 11:22 a.m., and the title of the
    11   file is "An Inconvenient Truth.doc."
    12             Do you see that?
    13        A.  Yes.
    14        Q.  Do you recall what that document relates
    15   to?
    16        A.  An Inconvenient Truth, I don't recall.
    17        Q.  Okay.  Since it's -- it's under the folder
    18   that relates to "PVT data for Bob Merrill and
    19   Timeline," right?
    20        A.  Yeah.  Sorry.  Say your question again.
    21        Q.  It's -- this document titled "An
    22   Inconvenient Truth.doc" is organized in your
    23   directory under the subfolder "PVT data for Bob
    24   Merrill and Timeline."  Is that correct?
    25        A.  Correct.
```

Page 476:10 to 478:06

```
00476:10   You can put that to the side,
    11   Dr. Liao.  I don't have any more questions on
    12   that.  Let's look at Tab 25 in our binders, which
    13   is Exhibit 11164.
    14             (Marked Exhibit No. 11164.)
    15        Q.  (BY MS. ENGEL)  You don't have it there
    16   yet in front of you.  We're going to hand it to
    17   you.
    18             Dr. Liao, do you recognize this
    19   document?
    20        A.  Let me take a look.
    21        Q.  Sure.
    22        A.  Yes, I do.
    23        Q.  Okay.  And it's titled "Effect of Oil
    24   Formation Volume Factor (FVF)," correct?
    25        A.  Correct.
00477:01        Q.  And the date below that is 10 May 2010 and
    02   your name, Tony Liao?
    03        A.  Correct.
    04        Q.  Do you see that?
    05             Did you prepare this document?
    06        A.  From the look of this document, it -- it
```

```
07  appears so.
08        Q.  Do you recall preparing this document?
09        A.  Vaguely.
10        Q.  Okay.  And I'm just going to read from
11  some of this.  It says:  "In the well model up to
12  date, oil formation volume factor (FVF) of 2.77
13  from correlation was used as the lab data of FVF
14  was not yet available.
15              "On 10 May 2010, the preliminary
16  result of FVF from Pencore was available.  The
17  value was 2.367.
18              "Oil production calculated using this
19  new value in the PVT model is compatible with that
20  calculated using the old value.
21              "Oil production is 53,963.5 STB per
22  day using FVF of 2.367 while it was 5 -- 53,286.1
23  STB per day using FVF of 2.77."
24              Did I read that correctly?
25        A.  You did.
00478:01      Q.  Okay.  And then you say below:  "From this
02  check, it is recommended the FVF not to be updated
03  yet, the value of 2.77 is continued to be used
04  until the full PVT report becomes available."
05              Did I read that part correct?
06        A.  You did.
```

Page 478:09 to 480:01

```
00478:09  I'm going to Tab 145, which is
10  Exhibit 11165.
11              (Marked Exhibit No. 11165.)
12        Q.  (BY MS. ENGEL)  We'll hand this to you in
13  a moment.
14        A.  Can I make a quick clarification on this?
15        Q.  Sure.  Please do.  That's -- "this" refers
16  to that FVF memo we were just looking at a moment
17  ago?
18        A.  Correct.
19        Q.  What's the exhibit number on the bottom
20  there, or top?
21        A.  11164.
22        Q.  Okay.  Thank you.
23        A.  On the -- on the paragraph about oil --
24  oil production is such and such, in this document,
25  it did not list all the assumptions that was
00479:01  assumed for the flow paths, for the fluid proper-
02  -- well, for the reservoir segment open to flow,
03  skin value, so on and so forth.
04        Q.  So your point is that you don't know what
05  the other assumptions were that reached those flow
06  rate values.  The only thing that you know from
07  this document is that when you varied FVF, that
08  the flow rate changed from 53,963.5 STB per day to
09  53,286.1 STB per day?
10        A.  Yes.  Let's assume the case with all the
```

```
11  assumptions that the estimate of oil production.
12       Q.  Thank you for that clarification.
13            Okay.  This is Exhibit 11165.  Again,
14  it's Tab 145 in our binder.  And it's an E-mail
15  with an attached Excel file, and it's an E-mail
16  from you to Mike Mason and Oktay Gokdemir.  The
17  Subject is "Updated Plot for Well Performance with
18  BOP Pressure for 3500 Case; and it's dated May
19  28th, 2010."
20            Do you see all of that?
21       A.  Yes.
22       Q.  Do you recognize this E-mail?  And feel
23  free to look at the attachment as well.
24       A.  Yes, I do.  I do recall this one of the
25  most complicated work.  I don't -- I don't think I
00480:01  can recall exactly how I did it.
```

Page 480:04 to 480:13

```
00480:04  I want to focus on the cover E-mail
05  which says:  "Mike, attached is the updated plot
06  with all the legend added.  For the case we ran
07  today for the well without the 3 1/5-inch drill
08  pipe, the BOP pressure would be around 2600 psi to
09  2900 psi for the rate around 15,000 barrels per
10  day.  This should dismiss the assumption that the
11  3 1/2-inch drill pipe dropped."
12            Did I read that correctly?
13       A.  You did.
```

Page 480:18 to 481:24

```
00480:18       Q.  I'm going to go to Tab 128.  It's
19  Exhibit 11166.
20            (Marked Exhibit No. 11166.)
21       Q.  (BY MS. ENGEL)  Do you recognize this
22  document, Dr. Liao?
23       A.  Wait.
24            I do.
25       Q.  And this is your handwriting here; is that
00481:01  right?
02       A.  Some are.
03       Q.  Some of it is, and some is not?
04       A.  I can say the "1st step" looks like mine.
05       Q.  When you say the "1st step," what part of
06  the document are you referring to?
07       A.  The words in the middle here (indicating).
08       Q.  The -- oh, the -- okay.  So under this
09  Case A, where it says -- there's an A with a
10  circle around it and it lists some pressure
11  numbers and then to the right of that, it says
12  "1st step" and it's underlined, is that what
13  you're referring to?
14       A.  Correct.
```

```
15        Q.  Okay.  And you recognize that as your
16   handwriting?
17        A.  Yeah.  I recognize that's my handwriting.
18        Q.  Do you not recognize the rest of the text
19   here as your own handwriting?
20        A.  The flows -- "flows a lot" and the -- not
21   the -- looks like mine, too.
22        Q.  The text that says "flows a lot" looks
23   like your handwriting as well?
24        A.  Correct.
```

Page 482:22 to 483:04

```
00482:22       Q.  Okay.  So the -- the pressure numbers here
      23   plus the 80 barrels per minute plus the 16.2 with
      24   the reference to mud directly after it indicates
      25   to you that this is a document that relates to the
00483:01   Top Kill effort?
      02        A.  That's my inference from the numbers --
      03        Q.  Okay.  Do you --
      04        A.  -- and the nomenclatures.
```

Page 483:08 to 484:10

```
00483:08       Q.  Okay.  Dr. Liao, do you recall that we
      09   talked yesterday or perhaps this morning, because
      10   my days are starting to run together, that we
      11   talked about how you provide training internally
      12   at BP on matters related to integrated asset
      13   modeling?
      14        A.  Yes.
      15        Q.  Can you describe a little bit more the
      16   kind of training that you provide?
      17        A.  Just those training are -- are in field
      18   format.  One for -- one form of this training
      19   including hands-on, teaching the engineers --
      20   teaching them how to build an Integrate Asset
      21   model; and another, they will involve consult --
      22   consulting.
      23              They can build -- they build a model.
      24   They have questions and -- technical questions
      25   or -- and questions related to model or a certain
00484:01   way to do certain thing in the model, they can ask
      02   me for -- for advice.  I provide that advice.
      03              And then another format is some
      04   training class my colleague -- colleagues and I
      05   jointly offer to the engineers in different
      06   locations, different business units.
      07        Q.  And when you offer it, do you also offer
      08   training on how to use models like PROSPER and GAP
      09   and MBAL?
      10        A.  Correct.  Yes, I do.  I did.
```

Page 485:08 to 485:23

```
00485:08      Q.  So on and off for the past 15 years or so,
     09  you've provided training to other engineers at BP?
     10      A.  Correct.
     11      Q.  Is it fair to say, then, that your
     12  management or other individuals at BP looked to
     13  you to provide that training to newer folks coming
     14  into -- to the organization because of your
     15  expertise in this area?
     16      A.  Experience, yes.
     17      Q.  Your experience.  And would you also say
     18  expertise?  Would you also say expertise?
     19      A.  Yes.
     20      Q.  Okay.  Now you -- you said yesterday that
     21  you're current -- you currently live in
     22  Azerbaijan; is that right?
     23      A.  Correct.
```

Page 486:09 to 486:16

```
00486:09      Q.  When did you prepare for your deposition
     10  with Counsel?  I'm not interested in any of the
     11  conversations that you had.  I'm just wondering
     12  when you were prepared for your deposition.
     13      A.  For my -- in the last few weeks.
     14      Q.  Within the last few weeks?
     15      A.  Yes.
     16      Q.  And where did that preparation take place?
```

Page 486:22 to 486:23

```
00486:22      A.  The place.  One in Los Angeles.  One in --
     23  here, London.
```

Page 487:02 to 487:05

```
00487:02      Q.  And when did the preparation in Los
     03  Angeles occur?
     04      A.  About two or three weeks ago.  Yeah.
     05  About two or three -- two or three weeks ago.
```

Page 488:05 to 488:08

```
00488:05      Q.  (BY MS. ENGEL)  Okay.  Dr. Liao, I have
     06  just a few more questions for you about a document
     07  we looked at a couple of minutes ago.  It's
     08  Exhibit 11165.
```

Page 488:11 to 488:20

```
00488:11      Q.  (BY MS. ENGEL)  It's Tab 145 and it's an
```

12   E-mail from you to Mike Mason and it has one
13   attachment.  Do you have it there in front of you?
14        A.  Okay.
15        Q.  One of the numbers here in the -- in the
16   text that we discussed earlier is a rate of 15,000
17   barrels per day.  Do you see that?
18        A.  I do.
19        Q.  Okay.  Why were -- why was BP focused on a
20   rate of 15,000 barrels per day at this point?


Page 488:22 to 489:14

00488:22        A.  I do not know.
      23        Q.  (BY MS. ENGEL)  Do you know why you
      24   evaluated the 15,000 barrel-per-day number in this
      25   context?
00489:01             And I guess I could ask it this way,
      02   which might make it a little bit easier:  Was
      03   15,000 barrels per day an input to your modeling?
      04        A.  No, it -- it is not.
      05        Q.  It's not an input?  So is it an output
      06   from the modeling?
      07        A.  Yeah.  It -- it is an operative number,
      08   where the company got processed data.  I don't
      09   have any idea now how that works, all these arrows
      10   and this -- on this one chart.
      11        Q.  Okay.  So in -- you're saying in the
      12   attachment here, what you did was vary some
      13   certain parameters, certain inputs to generate a
      14   rate of 15,000 barrels per day?


Page 489:16 to 490:05

00489:16        Q.  (BY MS. ENGEL)  Or the other way around
      17   where 15,000 was the value that was held constant
      18   as an input?
      19        A.  No, no.
      20        Q.  And --
      21        A.  The first way.
      22        Q.  The first, okay.
      23             Why were you running this modeling
      24   to -- that generated this rate of 15,000 barrels
      25   per day?
00490:01        A.  This is following the request from Mike --
      02   Mike -- Mike Mason.
      03        Q.  Mike Mason requested that you run -- is it
      04   a PROSPER model?
      05        A.  Yes.


Page 491:08 to 491:18

00491:08        Q.  (BY MS. ENGEL)  Sure.  I will try.  I told
      09   you I'm getting tired.

```
10              The PROSPER modeling that you ran
11 here that's being discussed in the E-mail and in
12 the attachments, the 15,000 barrel per day was an
13 output of this modeling, correct?
14      A.  Correct.
15      Q.  Okay.  And Mike Mason is the individual
16 that asked you to run this modeling; is that
17 right?
18      A.  Correct.
```