# United States' Phase Two Offer of Proof Exhibit 12
# Designations from Volume 1 of Deposition of Steven McArthur

Page 7:09 to 7:11

```
00007:09  STEVEN MCARTHUR
      10  was called as a witness by the United States and,
      11  being first duly sworn, testified as follows:
```

Page 10:14 to 11:18

```
00010:14      Q.  I'm going to show you an exhibit that we
      15  marked this morning with Dr. Shtepani.  It's
      16  10413, and this is the Deposition Notice that
      17  uni -- the U.S. served on Intertek.
      18          Have you seen this before?
      19      A.  I believe that I have.
      20      Q.  Okay.  Do you understand that you're here
      21  to testify about the three Topics on that second
      22  page of the Deposition Notice --
      23          MR. KENNEY:  (Indicating.)
      24      Q.  (By Ms. Engel) -- with respect to the
      25  work done by the non-Westport Intertek Labs?
00011:01      A.  Yes.
      02      Q.  Okay.  And those Labs include the Texas
      03  City Lab; is that correct?
      04      A.  Correct.  Correct.
      05      Q.  Saint Rose, New Orleans Lab?
      06      A.  Correct.
      07      Q.  Deer Park?
      08      A.  Correct.
      09      Q.  Are there any others?
      10      A.  Mobile, Alabama.
      11      Q.  Okay.  Okay.  Is that also Chickasaw or
      12  Chick --
      13      A.  It is.  It is.
      14      Q.  Okay.  Perfect.  And you understand that,
      15  according to this Notice, you're here to testify
      16  on behalf of the Company with respect to these
      17  Topics and the work done by those Labs?
      18      A.  (Nodding.)
```

Page 12:10 to 13:04

```
00012:10      Q.  Do you know why you were designated to be
      11  Intertek's 30(b)(6) Representative for the
      12  non-Westport work?
      13      A.  Probably because I had the most
      14  familiar -- familiarity from an overall
      15  perspective of -- of the work that was done,
      16  albeit after the fact, from a Project
      17  coordination standpoint, with some subsequent
      18  requests made by a -- a Representative of BP for
      19  some specialty reporting.  And so that brought me
      20  a little closer to the overall scope of work that
      21  was -- that was performed.
      22      Q.  The big picture?
```

```
        23      A.  Yeah.  Yeah.
        24      Q.  Okay.  You're a current Intertek
        25  employee; is that right?
00013:01      A.  I am.
        02      Q.  Okay.  Where do you work out of?
        03      A.  I work out of the Houston Operation
        04  Center in Pasadena, Texas.
```

## Page 13:10 to 13:12

```
00013:10      Q.  Okay.  Okay.  When did you begin working
        11  for Intertek?
        12      A.  1994.
```

## Page 13:15 to 14:11

```
00013:15      Q.  Okay.  What's your current position?
        16      A.  I'm a Laboratory Technical Services
        17  Representative.
        18      Q.  What does that mean?
        19      A.  I provide Technical Support to our
        20  operational facilities.  My specific area is
        21  related to crude oil, more with a specialty to
        22  crude oil distillation and assay.
        23      Q.  And how long have you held that position?
        24      A.  I've been in this capacity for six years.
        25      Q.  What did you do at Intertek prior to
00014:01  that?
        02      A.  I managed a Crude Assay Department within
        03  the Deer Park Technical Center.
        04      Q.  And when did you -- how long were you in
        05  that position?
        06      A.  I was in the Manager position for about
        07  five years.
        08      Q.  So that would take us back to about 2001.
        09  Am I doing my math correctly?
        10      A.  That's -- that's -- that's pretty close,
        11  yes.
```

## Page 14:14 to 15:04

```
00014:14      Q.  And prior to that, did you also work for
        15  Intertek?
        16      A.  I --
        17      Q.  You've said 1994?
        18      A.  I did.  Up until that point, I worked in
        19  the actual Crude Assay Department as a -- a Bench
        20  Technician, performing actual crude oil
        21  distillations.
        22      Q.  Okay.  So from 1994 when you started
        23  working at Intertek until about 2001, you were in
        24  that position, doing distillations for crude
        25  assay?
```

```
00015:01      A.  That's correct.  With the exception of
      02  the first six months of my employment with
      03  Intertek, and I was not assigned in that area.  I
      04  was in a Bunker Fuel Testing Program.
```

Page 15:07 to 15:09

```
00015:07      Q.  (By Ms. Engel) Is Intertek the first
      08  place you worked out of school?
      09      A.  No, it is not.
```

Page 15:12 to 15:16

```
00015:12      Q.  Do you have a -- a college degree?
      13      A.  I do not.
      14      Q.  Okay.  When did you graduate from high
      15  school?
      16      A.  1983.
```

Page 15:18 to 15:20

```
00015:18  And from there, what did you start doing?
      19      A.  From 1983 to 1986, I was in the Marine
      20  Corps.
```

Page 15:22 to 16:04

```
00015:22      A.  And then post the Marine Corps, I was in
      23  restaurant catering for two to three years.
      24          From there, I -- my father owned an air
      25  conditioning and heating company, and I -- I
00016:01  worked with -- with him for a few years.
      02          And then from there, into route delivery,
      03  and hotshot-type delivery.
      04          And then from there to Intertek.
```

Page 17:01 to 19:18

```
00017:01  Have you received any specialized
      02  training at Intertek related to the crude oil
      03  assay work that has comprised the large part of
      04  your career?
      05      A.  Initially, during the distillation phase,
      06  we -- we did contract some specialty -- a
      07  specialty organization to come in and train a
      08  group of -- of people within the Crude Assay
      09  Department as it was starting up at that time.
      10  And then, you know, the internal training
      11  programs that we have, along with some outside
      12  crude oil characterization courses that -- that
      13  I've taken offered by different organizations.
      14  But no formal college-type training in -- in that
```

```
15  area, no.
16      Q.  Okay.  You felt that the training that --
17  that Intertek offered, the outside courses and
18  the internal training, sufficiently prepared you
19  for the work you did in the crude oil -- oil
20  assay arena and up until now as -- as in this
21  Project Management posi -- position where you
22  still specialize in the crude oil assay?
23      A.  I think initially, but coupled with the
24  many years of experience and interaction with
25  industry experts, all -- also assisted in, you
00018:01  know, what I've been able to -- to obtain in
02  terms of knowledge --
03      Q.  Okay.
04      A.  -- helped immensely.
05      Q.  Okay.  Now, when did you -- you mentioned
06  when we first got started earlier, that you are
07  here representing Intertek because you have sort
08  of this big picture, overarching role with
09  respect to work that Intertek is doing for BP; is
10  that right?
11      A.  With -- with regards to the work
12  performed at -- that is relative to the DEEPWATER
13  HORIZON, so within this Division, the analytical
14  work, ye -- yes.  Famil -- familiarity with --
15  at -- to a certain level, i.e., the types of
16  tests that were performed on the majority of the
17  wor -- the majority of the jobs that had come in
18  to our facilities, yes.
19      Q.  Okay.
20      A.  But direct knowledge, i.e., direct
21  knowledge of -- of who performed what, or -- or
22  what was done with the data, or who partook in
23  formulating that data or any of that, not much
24  more than what is provided on raw data sheets.
25          So I had no direct involvement while this
00019:01  work was ongoing.  My involvement came after the
02  fact, and -- and, again, for the primary purpose
03  of reformatting these data that had already been
04  reported into a -- a spe -- specific format that
05  would -- had been defined within some data
06  deliverable specifications that were outside of
07  our customary, you know, standard terms and
08  agreement.
09          So it -- it -- it required me to ha -- to
10  be involved with the data that had been produced
11  thus far, so that I could, you know, compile it,
12  and then reformat it against that request, so --
13      Q.  Okay.  When did you take over those
14  responsibilities?
15      A.  In May of 2011.
16      Q.  Do you remember a specific date?
17      A.  I want to say May the 10th was the date I
18  was named.
```

Page 19:25 to 21:07

```
00019:25  Now, is that -- and that's what you're
00020:01  still doing today?  There's work ongoing for the
      02  DEEPWATER HORIZON that Intertek is doing, and
      03  that's still your position for Intertek?
      04      A.  To this point, that pro -- that -- that
      05  Project is complete.
      06      Q.  It's complete?  Okay.
      07      A.  That's -- that's correct.
      08      Q.  When was that Project completed?
      09      A.  The last report went out roughly a month
      10  ago.
      11      Q.  And when you say that "last report went
      12  out," who did it go to?
      13      A.  It went to Environmental Standards,
      14  Incorporated.
      15      Q.  And they're a BP contractor?
      16      A.  Yeah.  They were retained by BP in May of
      17  2010, for -- basically as Quality Assurance
      18  oversight and Data Management, and so they were
      19  my primary point of contact during this phase
      20  of -- of this work that was done for BP.
      21      Q.  Okay.  And your understanding is that
      22  this company, Environmental Standards,
      23  Incorporated, was retained specifically for -- to
      24  manage data related to the DEEPWATER HORIZON
      25  event for BP?
00021:01      A.  That's my understanding.
      02      Q.  Okay.  Okay.  Now, you referenced a
      03  couple of minutes ago, and I might not use the
      04  same terminology you did, but I think you said
      05  something like a Master Service Agreement, or
      06  something like that.  Is that the right term?
      07      A.  We do have a Master Service Agreement.
```

Page 21:11 to 22:21

```
00021:11  This was marked as Exhibit 10425 earlier
      12  this morning.  I can give you the copy that has
      13  the actual exhibit number on it there, if you
      14  would like.  And the -- the first page says
      15  "BRIDGING AGREEMENT HOU-WL4-0131."  And if you
      16  flip to the fourth page of this, the -- it's
      17  double-sided, I think, so I mean -- yeah.  There
      18  you go.
      19      A.  Right.
      20      Q.  Page 4, double-sided.
      21      A.  Right.
      22      Q.  It says:  "Master Service Contract
      23  between BP America Production Company and
      24  Intertek Caleb Brett Contract No. BPM-05-01657."
      25      Is this the Service Contract you were
00022:01  referring to earlier?
      02      A.  This --
```

```
03      Q.  Feel free to take a look at the document.
04      A.  Yes.  No, no.  This -- this is the Master
05 Service Contract for which this Bridging
06 Agreement is aligned with.  The -- the Bridging
07 Agreement was there to incorporate the scope of
08 services for which I was involved that were not
09 included in this Agreement at the time of its --
10 that it was -- that Intertek agreed to it.
11      Q.  So this -- the Master Service Contract --
12      A.  Yes.
13      Q.  -- that starts on Page 4 --
14      A.  M-h'm.
15      Q.  -- is a document that was prepared prior
16 to May 2010?
17      A.  Absolutely.
18      Q.  Okay.  And then this Bridging Agreement,
19 that's on the first three pages of the
20 document --
21      A.  Right.
```

Page 22:25 to 23:16

```
00022:25     Q.  But it's dated June 14th, 2011, if you
00023:01 flip to the --
02      A.  That's correct.
03      Q.  -- where the signatures are.
04      A.  That's correct.
05      Q.  So this is a Bridging Agreement that was
06 done specifically for the DEEPWATER HORIZON work
07 that Intertek was doing?
08      A.  For only the specialty reporting and
09 sample move event phases of that work, so -- so
10 meaning the work that I specifically was involved
11 in, this provided a mechanism for us to then
12 invoice against those services.
13      Q.  Okay.  So the project that you were
14 leading, this is the Bridging Agreement that
15 relates to that?
16      A.  That's correct.
```

Page 23:19 to 24:06

```
00023:19     Q.  All right.  I have a couple of other -- I
20 guess these are titled "WORK RELEASE...Under
21 BRIDGING AGREEMENT..."?
22      A.  Right.
23      Q.  And let me hand those two.  And can you
24 read the -- on the top of the first one?
25      A.  Yes.
00024:01     Q.  Can you read what the title is, please?
02      A.  "WORK RELEASE...HOU-WL4-0131-001."
03      Q.  Okay.
04           MS. ENGEL:  And we're going to mark
05 that Exhibit 10428.
```

```
        06              (Exhibit No. 10428 marked.)
```

Page 24:12 to 24:15

```
00024:12      Q.  (By Ms. Engel) And then the second one,
       13  can you read the title, please?
       14      A.  Sure.  "WORK RELEASE No.
       15  HOU-WL4-0131-002."
```

Page 24:17 to 24:19

```
00024:17  MS. ENGEL:  And this is
       18  Exhibit 10429.
       19              (Exhibit No. 10429 marked.)
```

Page 25:10 to 29:13

```
00025:10      Q.  (By Ms. Engel) Okay.  So looking at the
       11  document that you just marked, 10428, that ends
       12  in 001 --
       13      A.  Yes.
       14      Q.  -- the Work Release that ends in 001 --
       15      A.  Okay.
       16      Q.  -- can you take a look at this and tell
       17  me what this Work Release relates to?
       18      A.  Yes.  This -- this relates to gathering
       19  all of the identifying records across the four
       20  laboratories that were previously named that
       21  actually held samples in -- in retain from the
       22  original testing beginning in 2010.
       23          And -- and then the Phase II of that was
       24  for the employee-related efforts that were --
       25  where we gathered all of those samples together
00026:01  at each site along with Representatives of ESI
       02  and BP for transfer to a long-term storage
       03  facility of their choosing.
       04      Q.  Okay.  And the Bridging Agreement that's
       05  referenced in the title of this document, that's
       06  the Bridging Agreement that we were just looking
       07  at --
       08      A.  Right.
       09      Q.  -- that's attached to the Master Service
       10  Agreement?
       11      A.  Right.
       12      Q.  Okay.  And then Work Release ending in
       13  002, Exhibit 10429 --
       14      A.  Yes.
       15      Q.  -- can you explain to me what this refers
       16  to?
       17      A.  Yes.  Work Release 001 provided for
       18  the -- the scope of services as we understood
       19  them to be at the time that it was written.  As
       20  this thing moved forward, additional services had
```

```
21   been requested, and so we did not have a
22   mechanism to invoice for those services.
23        And through some misunderstandings with
24   their Contracts people and change of emp --
25   employees to different positions, this document,
00027:01   then, 00 -- the 10429 actually supersedes the 28
02   document so to include some additional work,
03   and -- and give us one mechanism so to minimize
04   confusion.
05        Q.  Okay.  So when we're talking through
06   this, if I need to refer to one, I should refer
07   to the 10429 document?
08        A.  Yes, yes.
09        Q.  Okay.  What -- what were the additional
10   services that were incorporated in this later
11   Work Release?
12        A.  An -- an assessment of what it would take
13   from an investment perspective where Intertek was
14   concerned to produce the Reports that were
15   outsti -- outside of our standard terms in an
16   agreement, because we had never, you know, taken
17   on something such as that before; so we had to --
18   to understand what did that mean.
19        And then also to -- you know, during that
20   phase -- in that interim, BP had approached us to
21   provide some additional testing services on two
22   new samples, for which we used as a model for
23   that specialty reporting, because at that time,
24   we were then aware that these reporting
25   requirements were -- were -- were going to be
00028:01   required, unlike pre -- data previous to that.
02   And so we decided that we were going to use this
03   as a test case and try to understand what it was
04   going to take from a manpower perspective to --
05   to do what they had come to us previously and
06   asked us to do, and -- and then be able to
07   provide them with some general idea and -- and
08   manhours against the rates that you had seen
09   before and give them some general idea of, hey,
10   we -- we think that -- while we may not be able
11   to -- to meet all of the Specifications, because
12   they -- those were generally derived from, for
13   lack of a better term, the EPA CLP for -- for
14   contract labs, so those requirements were far up
15   and above what our General Terms and Agreements
16   were.
17        But so after reviewing those
18   Specifications, we basically said, "Look, you
19   know, a lot of this is outside of the scope in
20   terms of the services that we provide.  However,
21   we're willing to give you what we have and --
22   and -- and format it in such a way that -- that
23   it closely replicates what has been defined in
24   this Specification."  And so it included that
25   assessment period, the charges, the analytical
```

```
00029:01  charges for this new work, and then the
      02  preparation of those specialty reports for that
      03  new work.
      04        And then beyond that, it also includes
      05  a -- a general amount of money in Section 2.5,
      06  where based on discussions that, again, have been
      07  held in the interim about some projected work
      08  that they anticipated that they were going to
      09  send us that never did materialize.
      10        So it was -- it was one -- one Work
      11  Release and Pay Key that allowed us to -- within
      12  the scope of those services to submit invoices on
      13  an at-will basis when the work came through.
```

Page 29:21 to 29:23

```
00029:21  These two new samples you referred to,
      22  which -- which lab received those samples?
      23       A.  Those were the Deer Park Laboratory.
```

Page 30:17 to 32:05

```
00030:17       Q.  Can you identify the jobs, as you sit
      18  here right now --
      19       A.  Yes.
      20       Q.  -- or did you -- okay.
      21       A.  Yes.
      22       Q.  Sure.  Go ahead.  What are they?
      23       A.  2011-DRPK-007096.
      24       Q.  7096 you said?
      25       A.  And then the -- the -- the second is all
00031:01  of the same prefixes --
      02       Q.  M-h'm.
      03       A.  -- dash 007097.
      04        And those were both received end of May,
      05  first of June 2011.
      06       Q.  Has Intertek received any samples since
      07  these -- these two came in in May or June of
      08  2011?
      09       A.  No.  To my knowledge, no.
      10       Q.  And I'm just referring to --
      11       A.  And --
      12       Q.  -- samples related to the DEEPWATER
      13  HORIZON.
      14       A.  Correct.  To my knowledge, no.
      15       Q.  Okay.  Were there other samples provided
      16  in earlier 2011 to Intertek?
      17       A.  There were -- there were samples.  I
      18  don't know that they were received in 2011, but
      19  the reports weren't actually generated until
      20  2011.  So I don't -- I don't believe that they
      21  were received in 2011.  I believe what actually
      22  happened on those particular jobs, the -- the two
      23  that -- that -- that I recall from the New
```

```
        24  Orleans facility, were reported as late as
        25  January of 2011 as a result of ongoing requests
00032:01  made by BP or their Representative for additional
        02  testing beyond the initial report of analysis,
        03  because I -- I seem to recall that.
        04          But I don't know of any received in 2011
        05  that I recall.
```

Page 33:10 to 34:24

```
00033:10      Q.  The first area that I want to touch on is
        11  samples taken from the ENTERPRISE ship.  Are you
        12  familiar with -- with the ENTERPRISE?
        13      A.  Only as late as three minutes before
        14  walking in the door.
        15      Q.  Okay.  Okay.  What do you -- what do you
        16  understand about the ENTERPRISE?  What do you
        17  know?  What have you learned in the last three
        18  minutes?
        19      A.  That -- that Intertek provided surveyors
        20  or in -- operations inspection-type personnel to
        21  gather samples and bring them to a testing
        22  facility that originated from the Barge
        23  ENTERPRISE.  That's --
        24      Q.  And --
        25      A.  -- about the extent of it.
00034:01      Q.  Okay.  And it was the New Orleans
        02  facility that ran tests on those samples from the
        03  ENTERPRISE?
        04      A.  As I was told.
        05      Q.  Okay.  Why don't we turn to Tab 58 that's
        06  in the binder in front of you, which is Exhibit
        07  10430.
        08          (Exhibit No. 10430 marked.)
        09      Q.  (By Ms. Engel) And this is a stand-alone
        10  document, entitled:  "Report of Analysis" for
        11  "Client:  BP Products North America, Inc."  It
        12  have -- has a Reference No. US320-0033100, and it
        13  says the job location is New Orleans, Louisiana.
        14          Did I read that correctly?
        15      A.  Yes.
        16      Q.  Is the US320 prefix associated only with
        17  work done out of the New Orleans facility?
        18      A.  The 320 is.  The "US" denotes United
        19  States.
        20      Q.  The country?
        21      A.  Right.  Yeah.
        22          So -- so those first three digits
        23  designate a given site within the United States,
        24  and that is -- yes.
```

Page 35:07 to 36:13

```
00035:07  So there's -- this job reference number
```

```
08  that we just looked at, there's a sample ID
09  number below that, which is 2010-NOLA-003366-006.
10     A.  Yes.
11     Q.  It says:  "Sample Designated As:
12  CRUDE" --
13     A.  M-h'm.
14     Q.  -- "Vessel/Location:  NOLA
15     "Representing:  DEN TK-2 TOP/MIDDLE
16  COMP."
17        Did I read all of that correctly?
18     A.  Yes.
19     Q.  Okay.  This "Representing" line -- just
20  generally speaking, what does this "Representing"
21  line refer to as it's used on an Intertek Report
22  of Analysis?
23     A.  It's generally a concatenation of
24  information that had been input into our
25  Laboratory Information Management System that was
00036:01  derived or taken directly from a sample tag that
02  has generally been filled out by a Surveyor or
03  Inspector or submitter of that sample.
04        In this case, I -- I don't -- I'm not --
05  I don't know what "DEN" stands for.  I'm assu --
06  I'm assuming by the -- the next two letters,
07  tank -- so for "TK-2 TOP/MIDDLE," so a sample
08  that was taken in two parts, at the top of the
09  tank and the middle of the tank, and then
10  composited for the purpose of analysis.
11     Q.  Okay.  And "composited" means mixed
12  together?
13     A.  Correct.
```

Page 36:20 to 39:07

```
00036:20  But until we find that, let's -- let's
21  look back at this document again that's at Tab 58
22  in your binder.  It's -- it says the "Date Taken"
23  is May 29th, 2010, and the "Date Submitted" is
24  the same.  The "Date Tested" is June 2nd, 2010.
25        Did I read that correctly?
00037:01     A.  That's correct, yes.
02     Q.  So the "Date Taken" is the date that the
03  sample was taken from wherever it was lo -- from
04  wherever it was taken; is that right?
05     A.  Yes.
06     Q.  And it was submitted to Intertek on the
07  same date?
08     A.  Based on this, yes.
09     Q.  Right.
10     A.  Yes.
11     Q.  Do you have any reason to believe that
12  the information on here isn't accurate?
13     A.  No.
14     Q.  And "Drawn By: Client," so that would be
15  BP here?
```

```
16        A.  Correct.
17        Q.  Okay.  On the left-hand side of this
18   page, there's a column titled "Method"?
19        A.  Yes.
20        Q.  And it has a bunch of what, I assume, are
21   method numbers.
22        A.  Sure.
23        Q.  Or method references.
24        A.  (Nodding.)
25        Q.  "ASTM DV5002" --
00038:01   A.  Yes.
02        Q.  -- is the first one on the list.
03        A.  Yes.
04        Q.  Do you know what that test number
05   represents?
06        A.  So -- so the "ASTM" is -- is a
07   designation for the American Society for Testing
08   and Materials.  "D5002" is the -- a unique
09   identification for density and relative density
10   of -- of crude oil, and that --
11        Q.  Okay.  And then looking a little farther
12   down on the page, it's the second -- it's
13   actually the last one that starts "ASTM," and it
14   says "D7059."
15        A.  Yes.
16        Q.  What does that test --
17        A.  Yes.
18        Q.  -- what does that test refer to?
19        A.  Methanol and crude oil by
20   multidimensional gas chromatography.
21        Q.  And what is multidimensional gas
22   chromatography?
23        A.  It's a gas chromatograph that -- that is
24   used to either -- to -- generally to quantitate
25   an amount of -- of material within a given scope
00039:01   based on how a method is defined within that
02   instrument, to be able to -- to make a
03   determination of -- it can be used either way
04   within a chromatograph, as qualitative or
05   quantitative, in this case to -- to determine how
06   much methanol was identified within that
07   particular samples; in this case, 2170 ppm.


Page 39:19 to 40:01

00039:19        Q.  (By Ms. Engel) Okay.  So the -- the
20   density here, looking back at the top line, and
21   it says:  "Density and Relative Density of Crude
22   Oils Average API Gravity," and it has the results
23   listed as 36.7, and the units is API.
24        A.  Right.
25        Q.  Did I read that correctly?
00040:01        A.  You did.
```

Page 40:14 to 40:25

```
00040:14  So what does this 36.7 API tell you about
      15  the crude?
      16      A.  Specifically it -- that's in degrees API,
      17  but it -- it's indicative of a fairly light
      18  crude, in my opinion.  But in order to -- you
      19  would have to -- to back calculate it in order to
      20  determine its -- its density or --
      21      Q.  Okay.  Now, I'm going to refer you to a
      22  document that's not in the binder that's right in
      23  front of you.  It's the one we used with
      24  Dr. Shtepani this morning, and it's Tab 17 in
      25  that binder.
```

Page 41:02 to 41:03

```
00041:02      Q.  It's an exhibit previously marked as
      03  9734.
```

Page 41:06 to 41:14

```
00041:06      Q.  (By Ms. Engel) And I'm going to take a
      07  look and flip through this.  We talked to
      08  Dr. Shtepani about it for a while this morning,
      09  but this is the final test provided by Intertek
      10  Westport to BP presenting the results from the
      11  sing -- single-stage flash and multi-stage
      12  separator tests performed by the Intertek -- by
      13  the Intertek Westport Labs.
      14      A.  Okay.
```

Page 42:03 to 42:05

```
00042:03      Q.  (By Ms. Engel) Yeah.  It's -- so the top
      04  of the page says "MULTI-STAGE SEPARATOR TEST."
      05      A.  Yes.
```

Page 42:18 to 43:20

```
00042:18      Q.  (By Ms. Engel) So in the second table
      19  here, which is headed "MULTI-STAGE SEPARATOR
      20  TEST," the very last line in that table is a
      21  report for "API Gravity."
      22      A.  M-h'm.
      23      Q.  Do you see that?
      24      A.  I do.
      25      Q.  And it's reported at 37.4.  Did I --
00043:01      A.  I see that.
      02      Q.  -- read that right?
      03      A.  Yes.
      04      Q.  And then directly underneath, there is a
      05  table that refers -- that presents results from
```

```
06    the "SINGLE-STAGE SEPARATOR TEST," and, again,
07    the last line in that table is for "API Gravity,"
08    and the number's 35.6.  Did I read that right?
09        A.  Yes.
10        Q.  Okay.  So if I'm doing my math
11    correctly -- and I may not be -- it looks like
12    the -- the API number we were just looking at in
13    this document that's fift -- Tab 58 in your
14    binder --
15        A.  M-h'm.  Right.
16        Q.  -- the API gravity of 36.7 --
17        A.  Right.
18        Q.  -- that's closer to the API gravity
19    reported for the multi-stage separator test,
20    right?
```

Page 43:22 to 43:22

```
00043:22      A.  Numerically, yes, it's closer.
```

Page 44:03 to 44:03

```
00044:03      Q.  -- but I want to look again at Tab 58.
```

Page 44:08 to 45:19

```
00044:08      Q.  (By Ms. Engel) And I want to talk about
09    the -- this methanol figure that's here --
10        A.  Okay.
11        Q.  -- 2170 ppm.
12            Is -- is methanol naturally occurring
13    in -- in crude?
14        A.  No.  It's used to -- as -- as a -- as a
15    dehydrator and -- but -- but it's -- it's
16    important to -- to understand, you know, how much
17    is in there.  I mean, it generally can go out in
18    wastewater streams and different things like
19    that, and it's harmful for effluents and
20    microbials and different things like that.
21            So it's important to understand, you
22    know, if -- if it's in there and in -- in what
23    concentration.
24        Q.  So on the -- on the production side, you
25    mean it's important to understand?
00045:01      A.  Sure.
02        Q.  Okay.
03        A.  And -- and even on the downstream side.
04    I mean, it's important around -- all the way
05    around to understand whether or not you have
06    methanol in that crude so that you can account
07    for it, how to treat for it, and how to handle
08    it.
09        Q.  Okay.  Now, is 2170 a -- in your
```

```
10  experience looking at all these crude oil assays
11  over the last 20 years or so, is 2170 a
12  relatively high number?
13      A.  You know, I -- I -- I would -- you know,
14  it varies.  It varies.  There's -- I wouldn't say
15  that there's a standard -- a standard value that
16  you could say is or is not in crude oil.
17      Q.  Okay.  So this number wouldn't surprise
18  you if you saw it?
19      A.  No.
```

Page 45:23 to 45:25

```
00045:23  Is there a location from which a sample
24  would be taken where you would be more or less
25  surprised to see a high methanol content?
```

Page 46:02 to 46:11

```
00046:02      A.  Yeah, I don't know that -- that there --
03  that there -- I don't know that I would be
04  surprised by any value obtained as to the
05  performance of a task.  I -- I mean, we don't
06  have any prior knowledge to any of the -- any of
07  that, the values that are going to be obtained.
08  And so, you know, it's -- I -- we don't have any
09  preconceived notion about what is or isn't going
10  to be a characteristic or -- or not associated
11  with a sample that's received.  So --
```

Page 47:01 to 49:22

```
00047:01      Q.  (By Ms. Engel) Which is Exhibit 10431.
02          (Exhibit No. 10431 marked.)
03      Q.  (By Ms. Engel) Are you there?  It starts
04  the -- the first page of it --
05      A.  Right.
06      Q.  -- is an E-mail --
07      A.  Right, right.
08      Q.  -- from someone whose name I will butcher
09  if I try to say it.  Do you recognize that name?
10      A.  I do.
11      Q.  Can you pronounce it for me?
12      A.  Lorelei Roussel.
13      Q.  Okay.  Thank you.  To a -- a couple folks
14  at Intertek whose names I can pronounce,
15  Matthew -- or I'll try to pronounce -- Matthew
16  Wahden and Bruce Williams.  And then there's a
17  James Robinson from BP also listed here.  Do you
18  know who James Robinson at BP is?
19      A.  I do not.
20      Q.  Okay.  How about the two Intertek folks?
21      A.  I do.
```

```
22        Q.  And who are they?
23        A.  Matthew Wahden is a -- I believe his
24   current position is a -- a Shift Supervisor.  As
25   is, obviously, Lorelei.  Bruce Williams is also a
00048:01  Laboratory Technical Representative, with a --
02   with a specialty in refining operations as a
03   Chemical Engineer by degree.
04        Q.  And this E-mail has a date of August
05   13th, 2010, and The "Subject" is "MC-252 FROM
06   ENTERPRISE."  I'm thinking this is the ENTERPRISE
07   we were talking about earlier.
08        A.  Okay.
09        Q.  And is MC252 -- you understand that
10   that's associated with the DEEPWATER HORIZON
11   Project?
12        A.  I do.
13        Q.  I'm going to ask you to flip to the
14   numbers in the bottom right-hand corner of these
15   documents.  I'm going to ask you to flip to the
16   one that ends 277.
17        A.  Okay.
18        Q.  And actually, before we look specifically
19   at that page, this document is -- is longer than
20   the cover E-mail I was just referring you to, and
21   the -- the specific page, I -- I sent you to.  Is
22   this a -- could you describe for me what this
23   document is, as a whole?
24        A.  "Report of Analysis"?
25        Q.  (Nodding.)
00049:01  A.  This one?
02        Q.  Not just --
03        A.  277?
04        Q.  -- the page 277, but this whole document
05   that's here behind Tab 80.
06        A.  (Reviewing document.)  So it appears to
07   be an Interim Report of Analysis along with some
08   substantiating raw data that was provided to the
09   customer.  And, you know, following, again front
10   and back, it appears that, again, there's
11   another -- another E-mail here.  It appears -- so
12   on the back of the first one, let's see.  It
13   looks like there's -- so, yeah, when -- when I --
14   when I reference the attachment by ID 2631-116
15   pdf.
16        Q.  M-h'm.
17        A.  And on the backside of that page, is also
18   referenced in the description line of that
19   Interim Report of Analysis by that same job
20   identification number, there is a --
21        Q.  That 2631 number?
22        A.  Yes.
```

Page 50:01 to 50:10

```
00050:01     A.  That would be -- so 273 and 274 appear
```

```
02  to -- to go together.  And it appears that there
03  was an additional flash that had been performed
04  on that date that was then provided to the client
05  in the form of an E-mail.
06       Q.  And so --
07       A.  That's what that appears to be.
08       Q.  Okay.  So all of these pages were
09  produced to us together as one document by
10  Intertek.  So --
```

Page 50:12 to 51:20

```
00050:12       Q.  -- is this -- if I were to take a stab at
    13  it, is this like a Projects folder that you keep
    14  for a particular Project?
    15       A.  I would -- I don't know that that's where
    16  these came from.  But that's -- in -- in a
    17  general way, how things are collected and
    18  archived at the Laboratory level in a specific
    19  Project folder.  So, yeah, I -- I would say
    20  that -- I think that that's a fair assessment.
    21       Q.  Okay.  And are these the types of
    22  documents that are typically found in -- in
    23  Project folders so --
    24       A.  Yes.
    25       Q.  -- transmittal E-mail --
00051:01       A.  Sure, yes.
    02       Q.  -- Report of Analysis?
    03       A.  Yes.
    04       Q.  And it looks like there are individual
    05  sample references here --
    06       A.  Right.
    07       Q.  -- with Lab designations and so on.
    08       A.  Yes.
    09       Q.  Okay.  So let's turn, then, back to this
    10  page that ends 277.
    11       A.  Okay.
    12       Q.  It's an Intertek Interim Report of
    13  Analysis.  And by the way, I've noticed a lot of
    14  these say:  "INTERIM Report of Analysis"?
    15       A.  Sure.
    16       Q.  Is there a -- typically a Final Report of
    17  Analysis --
    18       A.  There is.
    19       Q.  -- that's sent to a client?
    20       A.  There is.
```

Page 52:07 to 53:24

```
00052:07       Q.  So I see again here the two same analyses
    08  that we were talking about with respect to the
    09  earlier Report of Analysis, the one behind
    10  Tab 58.  And so there's a -- an API Gravity
    11  reported here, and it says:  "API Gravity @60
```

```
12  degrees F."  And the results is reported as 37.9
13  API.
14       A.  Which --
15       Q.  Do you see that?
16       A.  Which page is that on?
17       Q.  I'm sorry.  I'm on 277.
18       A.  So you're still on 277.
19       Q.  Yes.
20       A.  Okay.  So, yes, 37.9.
21       Q.  Yes.
22       A.  M-h'm.
23       Q.  And then above that, there's a -- a
24  density -- a density figure.  And it says -- it
25  looks like it says:  ".8345 g per ml"?
```
00053:01       A.  Right.
```
02       Q.  "g per ml," what does that stand for?
03       A.  Grams per milliliter --
04       Q.  Okay.
05       A.  -- or grams per centimeter cubed.
06       Q.  So is this density figure we were talking
07  earlier, when we were looking at the other
08  document that had just the API gravity number --
09       A.  Right.
10       Q.  -- reported, you --
11       A.  Right.
12       Q.  -- mentioned that you could back
13  calculate --
14       A.  Right.
15       Q.  -- from API to a density figure?
16       A.  Sure.
17       Q.  Is that what -- what we're seeing here?
18       A.  Yeah.  There -- there was a density value
19  associated with the API that was previously
20  referenced.  For reasons unbeknownst to me, it
21  was just omitted from that particular Report.
22  I -- I don't know why.  But -- and in this case,
23  it -- it -- you know, it appears to have been
24  included.
```

Page 54:12 to 55:18

00054:12       Q.  All right.  This is an Intertek reference
```
13  number underneath it, though, US320-0032648,
14  right?
15       A.  Yes, right.
16       Q.  And Sample ID is 2010-NOLO-002631-116?
17       A.  Correct.
18       Q.  And is that -- sample number is the same
19  one that is --
20       A.  M-h'm.
21       Q.  -- referenced on this cover E-mail --
22       A.  Yes.
23       Q.  -- that we were -- that's at the
24  beginning of this exhibit --
25       A.  Yes.
```

```
00055:01      Q.  -- ending 273?
      02      A.  Yes.
      03      Q.  Okay.  And it says:  "Sample Designated
      04 As:  CRUDE OIL"?
      05      A.  Yes.
      06      Q.  Okay.  "Representing:  MC-252 FROM
      07 ENTERPRISE (1) GALLON."
      08          So that one's easier to interpret than
      09 the cryptic last one --
      10      A.  Sure.
      11      Q.  -- I think.
      12      A.  Sure.
      13      Q.  So this looks like it's from the -- from
      14 the ENTERPRISE barge.  Date Taken, May 20th,
      15 2010.  Date Submitted, May 20th, 2010.  Date
      16 Tested, May 21st, 2010.  And this one was
      17 actually Drawn By: Intertek?
      18      A.  Right.
```

Page 55:22 to 56:03

```
00055:22      Q.  Okay.  Was Intertek -- does Intertek
      23 typically draw samples on behalf of -- of
      24 clients?  Is that something that is part of
      25 your --
00056:01      A.  It's a normal --
      02      Q.  -- general practice?
      03      A.  -- course of our business, yes.
```

Page 56:15 to 56:18

```
00056:15      Q.  And flip back to Tab 58 in your binder,
      16 which is Exhibit 10430.  And the API gravity from
      17 that first Report of Analysis, we looked at,
      18 10430, is 36.7?
```

Page 56:20 to 56:21

```
00056:20      Q.  And the one we're looking at now,
      21 10431 --
```

Page 56:23 to 57:04

```
00056:23      Q.  -- is 37.9 --
      24      A.  Correct.
      25      Q.  -- right?
00057:01          So does that indicate to you that the
      02 crude that was tested in this second Report of
      03 Analysis is a lighter crude?
      04      A.  It is.
```

Page 57:09 to 58:01

```
00057:09      Q.  Which is to look back at this document
      10   that is behind Tab 17 there.  And I want to look
      11   again at that API gravity number that was
      12   reported.
      13      A.  With the multi-stage separator test?
      14      Q.  Right.
      15      A.  Yeah.
      16      Q.  And that's 37.4 correct?
      17      A.  Correct.
      18      Q.  And we're looking at 37.9 in Exhibit
      19   10431, right?
      20      A.  Correct.
      21      Q.  So this is actually even higher than that
      22   API gravity number reported from the multi-stage
      23   separator test, right?
      24      A.  That's correct.
      25      Q.  Is higher the best way to reference it?
00058:01      A.  It's lighter --
```

Page 58:14 to 58:21

```
00058:14      Q.  And then the API gravity for the
      15   single-stage separator test here in this document
      16   behind Tab 17 is again 35.6.
      17      A.  That's correct.
      18      Q.  Which is also lower.
      19      A.  That's correct.
      20      Q.  Than the 37.9.
      21      A.  (Nodding.)
```

Page 59:12 to 59:14

```
00059:12      Q.  (By Ms. Engel) So I want to look at the
      13   methanol numbers that are reported in Exhibit
      14   10431.  And it says:  "Methanol Content" --
```

Page 59:25 to 59:25

```
00059:25 MS. ENGEL:  Ending 277.  Yeah.
```

Page 60:04 to 60:05

```
00060:04      Q.  Okay.  The methanol content is listed
      05   there about halfway down the page, as --
```

Page 60:07 to 60:24

```
00060:07      Q.  -- 49291 ppm.  Did I read that correctly?
      08      A.  Yes.
      09      Q.  And then right below that, there's
      10   another methanol content number that's listed as
```

```
11  4.9291, and then the Unit is Wt %.  Is that
12  weight percentage?
13      A.  That is weight percentage.
14      Q.  Okay.  And so there's a direct
15  correlation, then, between the ppm figure that's
16  reported and a weight percentage --
17      A.  Sure.
18      Q.  -- number that's reported?
19      A.  Yes.
20      Q.  Does that mean that 4.9291 percent of the
21  fluid sample that was tested here was methanol?
22      A.  In -- in the sample that was -- in the
23  sample that was tested, 4.921 percent of that by
24  mass showed to be methanol.
```

Page 61:09 to 61:11

```
00061:09      Q.  (By Ms. Engel) And so I just -- I asked
     10  you before whether the methanol content in the --
     11  in Exhibit 10430, behind Tab 58 --
```

Page 61:13 to 61:13

```
00061:13      Q.  -- which is 2170 ppm --
```

Page 61:15 to 61:15

```
00061:15      Q.  -- I asked you if --
```

Page 61:17 to 61:22

```
00061:17      Q.  -- you thought that was high?
     18      A.  Right.
     19      Q.  And you said, "No, not particularly."  Do
     20  you think this number, 49291 ppm that's in
     21  Exhibit 10431 is high?
     22      A.  I do.
```

Page 61:24 to 62:04

```
00061:24      A.  Yes.
     25      Q.  (By Ms. Engel) Okay.  Have you ever seen
00062:01  a number like that before in a -- a methanol
     02  content percent or methanol content ppm in a
     03  crude oil sample?
     04      A.  Pers --
```

Page 62:06 to 62:16

```
00062:06      A.  -- personally, I have not.
     07      Q.  (By Ms. Engel) Ballpark, what's the
     08  highest number you've ever seen before?
```

```
09      A.  Ah, whew.  You know, and I don't even
10  recall.  It's -- I haven't tested for methanol in
11  probably seven or eight years.  And so I -- I --
12  I don't recall.  I don't -- I don't -- I couldn't
13  even give you a ballpark.
14      Q.  Have you seen something in the tens of
15  thousands before?
16      A.  I have not.
```

Page 63:08 to 63:13

```
00063:08     Q.  (By Ms. Engel) Okay.  Mr. McArthur, right
09  before we took a break, I was going to -- or I
10  may have already suggested that you turn to the
11  document behind Tab 66 in that binder, which is
12  Exhibit 10432.
13          (Exhibit No. 10432 marked.)
```

Page 63:16 to 63:18

```
00063:16     Q.  This is an E-mail chain and a couple
17  attachments, and the E-mail chain, the top one is
18  from someone named Charles Holt --
```

Page 63:20 to 64:03

```
00063:20     Q.  -- to someone named Jayne Gates.
21      A.  Right.
22      Q.  It's dated June 11th, 2010, the "Subject"
23  is "Cargo Inspectors for DEN/MASS offtake."
24      A.  Okay.
25      Q.  And it has -- the attachments are titled
00064:01  "Discoverer Enterprise" and "Discoverer" -- oh,
02  they're both titled "Discoverer Enterprise."
03      A.  Okay.
```

Page 64:14 to 64:17

```
00064:14     Q.  Okay.  I'm going to direct your attention
15  to the last E-mail in the chain, which is on
16  Page 2.  You're looking at the attachments I
17  think, so it's --
```

Page 64:25 to 65:12

```
00064:25     Q.  From someone named William Crabbs to Wynn
00065:01  Ullman, Glen Barrett, Neil Cramond, Dan Stoltz,
02  and it -- it's from June 9th, 2010, again, titled
03  "Cargo Inspectors for DEN/MASS offtake."  And it
04  says:  "Wynn and Glen,
05          "Thanks for your help with this
06  situation.
```

```
07          "As I explained, it was decided that some
08   independent oversight of the crude transfer would
09   help us provide clarity around crude oil volumes
10   being lifted from DISCOVERER ENTERPRISE (DEN)."
11          Did I read that right?
12     A.  Yes.
```

**Page 65:19 to 67:19**

```
00065:19   And then the bottom paragraph here says:
      20   "Knowing that we will be starting too late in the
      21   offtake process to measure cargo, the inspection
      22   company from their attendance can provide advice
      23   on the best procedure to provide assurance around
      24   quantities lifted for the next operations.  This
      25   may be measuring the arriving vessels at their
00066:01   discharge ports."
      02          Did I read that correctly?
      03     A.  Yes.
      04     Q.  Okay.  So then if you look at the first
      05   attachment here -- and actually -- sorry.  Before
      06   you flip there, let me just show you one more
      07   E-mail in this chain.  It's on the first page,
      08   from William Crabbs to Charles Holt, June 10th,
      09   2010.
      10     A.  Yes.
      11     Q.  And it says:  "Charlie,
      12          "Here are the reports from the Caleb
      13   Brett/INTERTEK attendance on DEN today.  They are
      14   as we assumed."
      15          Did I read that correctly?
      16     A.  You did.
      17     Q.  Okay.  Now, you can flip to the -- the
      18   first attachment here which reads at the top,
      19   "Vessel Orders."
      20          Do you see that?
      21     A.  Yes, I do.
      22     Q.  And then on the upper right-hand corner,
      23   it says "Our Reference US320-0000011."
      24          Do you see that?
      25     A.  I do.
00067:01     Q.  Okay.  So that "US320" is an New -- an
      02   Intertek New Orleans reference number, correct?
      03     A.  Yes.
      04     Q.  Okay.  And then I want to have you take a
      05   look at the -- the section of this Vessel Order
      06   titled "Remarks."
      07          Do you see that?
      08     A.  I do.
      09     Q.  It says:  "Vessel is a not intended to
      10   quantify Bbls being discharged vessel is equiped
      11   with 3 main cargo tanks that are all being used
      12   to either load and are discharge at the same
      13   time.  Max capacity is being reached in tanks to
      14   quickly" -- "to quickly to maintain an accurate
```

```
15  Bbl figure.  The barge being lightered to would
16  give more precise figures on the amount of oil
17  being transfered."
18           Did I read that correctly?
19      A.  Yes.
```

Page 69:08 to 69:13

```
00069:08     Q.  (By Ms. Engel) Sure.  The inverse of the
       09  earlier question, which is, is it a fair reading
       10  of this document that Daniel Lefebvre is a Vessel
       11  Inspector for Intertek?
       12      A.  To me, it does not indicate that he is or
       13  is not.
```

Page 69:16 to 70:15

```
00069:16     Q.  (By Ms. Engel) I'll ask you to flip to
       17  the second attachment here.  It's just the next
       18  page --
       19      A.  Okay.
       20      Q.  -- also titled "Vessel Orders," with that
       21  same reference number up in the right-hand
       22  corner, US320-0000011.
       23      A.  Yes.
       24      Q.  The date is June 10th, 2010.
       25      A.  Yes.
00070:01     Q.  And the left-hand -- upper left-hand
       02  corner, it says the "Vessel" is "Discoverer
       03  Enterprise."
       04           Did I read all of that correctly?
       05      A.  Yes.
       06      Q.  Okay.  I'm going to ask you to look to
       07  the "Remarks" section again here.  And it reads:
       08  "Vessel tank layout with loading and discharging
       09  at the same time very noisy environment is
       10  difficult to hear" MMS "beeps list and trim
       11  conditions that must be maintained makes it very
       12  difficult to get accurate readings from the
       13  Discoverer Enterprise.  All gauging procedures
       14  were up to API Standards but was very difficult
       15  to obtain due to noise and location of tanks.
```

Page 70:18 to 71:06

```
00070:18     Q.  (By Ms. Engel) "Barge discharge at
       19  disport as much better conditions for accurate
       20  gauging and quantifying."
       21           Did I read that correctly?
       22           MR. BEFFA:  You said "MMS."  The
       23  document reads "MMC."
       24      A.  Yeah, "MMC."
       25      Q.  (By Ms. Engel) Okay.  Thank you.  With
```

```
00071:01  that correction, did I read that correctly?
      02       A.  Yes.
      03       Q.  Okay.  And then do you see Daniel
      04  Lefebvre's name in the lower right-hand corner
      05  again?
      06       A.  I do.
```

Page 71:10 to 71:17

```
00071:10       Q.  And also turn to Tab 82 in that same
      11  binder, which is Exhibit 10433.
      12           (Exhibit No. 10433 marked.)
      13       Q.  (By Ms. Engel) And the first page in this
      14  document says "Intertek Caleb Brett PROCESS
      15  CONTROL and CONTACT LOG."
      16           Did I read that correctly?
      17       A.  Yes.
```

Page 71:22 to 72:02

```
00071:22       Q.  And this is a copy of an E-mail from Wynn
      23  Ullman, and actually that says Wynn Ullman is
      24  from BP, which is good, new, helpful information,
      25  and it's to "Irv Naquin Intertek."  Do you know
00072:01  who Irv Naquin is?
      02       A.  I do not.
```

Page 72:05 to 72:20

```
00072:05  And it says "Subject:...Mississippi
      06  Canyon Samples," and it's dated June 9th, 2010.
      07           And looking down at the bottom of this
      08  page, it's an E-mail from Irv Naquin to Wynn
      09  Ullman, and it says:  "Hi Wynn,
      10           "Here's the new Inspector.
      11           "Daniel Lefebvre.
      12           "American
      13           "200" pounds, and a driver's license
      14  number.
      15       A.  Right.
      16       Q.  Did I read that right?
      17       A.  You did.
      18       Q.  Okay.  So based on that E-mail, do you
      19  think Daniel Lefebvre is a Vessel Inspector for
      20  Intertek?
```

Page 72:22 to 73:05

```
00072:22       A.  It appears that he is, based on, you
      23  know, what I have to look at, the -- the
      24  spelling.  So, yeah, and -- and the fact that
      25  that came from an Intertek employee.
00073:01       Q.  (By Ms. Engel) Okay.  M-h'm.  And also if
```

```
02  you see -- and I'm sorry for making you do the --
03  this flip game, and I wish the tabs were closer
04  together in the binder -- but if you flip back to
05  Tab 66, which is Exhibit 10432 --
```

Page 73:12 to 73:13

```
00073:12     Q.  So looking at the cover E-mail and on the
      13  second page there --
```

Page 73:15 to 73:18

```
00073:15     Q.  -- yeah, the date of that E-mail --
      16          MR. KENNEY:  What's the Bates stamp
      17  on the E-mail if that's in --
      18          MS. ENGEL:  Sure.  It ends in 8715.
```

Page 73:20 to 74:04

```
00073:20     Q.  (By Ms. Engel) And the date of that
      21  E-mail from William Crabbs to Wynn Ullman, and
      22  Glen Barrett, Neal Cramond, Dan Stoltz is
      23  June 9th, 2010, correct?
      24     A.  Yes.
      25     Q.  And it's requesting carbo -- Cargo
00074:01  Inspectors for the DEN/MASS off-take?
      02     A.  Yes.
      03     Q.  And "DEN" means DISCOVERY ENTERPRISE,
      04  right?
```

Page 74:06 to 74:08

```
00074:06     Q.  (By Ms. Engel) I'm just reading from the
      07  second paragraph below in that same E-mail.
      08     A.  Based on that, yes.
```

Page 79:01 to 80:23

```
00079:01     Q.  (By Ms. Engel) Mr. McArthur, I want to
      02  ask you about something I intended to cover
      03  before we got started here this afternoon.  And
      04  that's to ask you how you prepared for your
      05  deposition today.  Did you review documents?
      06     A.  As a -- as a refresher, I went back
      07  through some E-mails to try to refresh sequence
      08  of events and -- and things of -- of -- of that
      09  type.  But in terms of any formal review, outside
      10  of just a quick -- just for timeline, not much --
      11  not much more than that.
      12     Q.  Okay.  So you reviewed E-mails yourself,
      13  just sort of flipping through what you had on
      14  your computer?
```

```
        15        A.  Sure.  Sure.
        16        Q.  Okay.  Did you review any of the, for --
        17   for example, Reports of analyses generated by
        18   various Labs?
        19        A.  No.
        20        Q.  Okay.  Did you review any other testing
        21   data?
        22        A.  No.
        23        Q.  Did you review anything related to the
        24   Projects that you were specifically working on
        25   relating to the DEEPWATER HORIZON --
00080:01        A.  No.
        02        Q.  -- the --
        03        A.  No.
        04        Q.  Okay.  You didn't review lists of -- of
        05   samples or anything like that?
        06        A.  Yeah.  I may have looked at the actual
        07   job numbers to -- to refr -- refresh my memory of
        08   a total job count that -- that I, you know, had
        09   in my document, but not in any great detail.
        10   It's just a quick review, nothing too extensive.
        11        Q.  Okay.  Other than Mr. Kenney and any
        12   other Intertek Counsel, did you speak with any --
        13   any Intertek employees to prepare for your
        14   deposition today?
        15        A.  No.
        16        Q.  Okay.  I want to talk a little bit about
        17   this Project that you were brought in to work on
        18   on the DEEPWATER HORIZON.
        19        A.  Okay.
        20        Q.  Or I think these documents relate to
        21   that.  Can you turn to Tab 97, please, which is
        22   Exhibit 10434.
        23            (Exhibit No. 10434 marked.)
```

Page 81:01 to 81:06

```
00081:01        Q.  (By Ms. Engel) And this is an E-mail from
        02   you to someone named Mike Green at BP.
        03        A.  Right.
        04        Q.  Copied to Michelle Shea at Intertek,
        05   Chris Burkhalter at Intertek.
        06        A.  Yes.
```

Page 81:09 to 81:12

```
00081:09        Q.  Okay.  Who is Mike Green at BP?
        10        A.  He's the Project Manager for the Gulf
        11   Coast Restoration Organization for Samples and
        12   Data Management.
```

Page 81:16 to 81:25

```
00081:16      A.  It's the Group pulled together by BP
      17  to -- to head up efforts with, you know,
      18  Restoration.  I gue -- I'm assuming based on the
      19  damage assessments, but I don't --
      20      Q.  Related to the --
      21      A.  -- know to --
      22      Q.  -- DEEPWATER --
      23      A.  Yeah.
      24      Q.  -- HORIZON, though?
      25      A.  Absolutely.  Absolutely.
```

Page 82:02 to 82:17

```
00082:02  Looking at this first E-mail here in the
      03  chain from you to Mike Green, it says:  "Good
      04  Morning Mike,
      05      "In light of the recent progress made
      06  with the issuance of Work Release
      07  HOU-WL4-0131-002, I wanted to follow up with a
      08  reminder and advise that Intertek will need a
      09  response to our the previous inquiries on the
      10  above referenced in order to proceed with
      11  analytical testing on future sample submissions
      12  associated with the" projects.
      13      Did I read that correctly?
      14      A.  Yes.
      15      Q.  Okay.  And this Work Release that's
      16  referenced here is the one that we earlier marked
      17  as an exhibit.
```

Page 82:23 to 82:23

```
00082:23      A.  10429.
```

Page 83:04 to 84:13

```
00083:04  Is that the Work Release that's
      05  referenced here?
      06      A.  Yes.
      07      Q.  Okay.  Now, turning to the fourth page in
      08  the E-mail chain, it ends in 835, the bottom
      09  right.
      10      A.  Okay.
      11      Q.  There's also an E-mail from you to an
      12  E-mail address "MC252_labcoordinator," and it's
      13  from July 26, 2011.
      14      A.  Right.
      15      Q.  And it reads, in part:  "In addition I
      16  would advise that to this point Intertek's
      17  understanding of sample retention requirements
      18  was specific to the remaining post analytic" --
      19  oh, you're going to have to help me with this
      20  word -- "the remaining post analytical aliquots"?
```

```
        21      A.  Correct.
        22      Q.  All right.
        23          -- "of the submitted sample and that
        24  retention of mixtures and / or extracts is
        25  outside of standard industry procedures and as
00084:01  such in all probability no longer exist for
        02  previous work submissions to include ASR 54 and
        03  ASR 55."
        04      A.  Correct.
        05      Q.  What are these "ASR" numbers you
        06  reference?
        07      A.  Those refer directly -- those are the
        08  customer identification references for the two
        09  job numbers that I gave you at the beginning of
        10  this for Deer Park, 2011-7096 and 97.  So 54 is
        11  relative to seven -- to 96, and 55 to 97.
        12      Q.  Okay.  And so this -- the -- the text
        13  that I just read --
```

Page 84:15 to 84:16

```
00084:15      Q.  -- kind of goes to that issue you -- you
        16  raised at -- at the very beginning of our --
```

Page 84:18 to 86:02

```
00084:18      Q.  -- discussion today, which was the need
        19  for a -- a Supplemental Work Release, because the
        20  scope of work was broader than initially
        21  anticipated related to the DEEPWATER HORIZON
        22  work?
        23      A.  Well, it -- yeah, it makes -- yes, it
        24  makes reference to information outlined in the
        25  "Sample Testing Court Order" in terms of what the
00085:01  analytical laberty -- Analytical Laboratory
        02  should do with -- with aliquots, and/or matrix
        03  spikes and spike dupes, all of those types of --
        04  of additional samples that may be produced as --
        05  as a result of testing procedures in terms of
        06  special handling, long-term storage, refrigerated
        07  conditions, all of those types of things, which
        08  are all subsequent to our accepting work, new
        09  work.
        10          And so what we were trying to -- to
        11  determine is, in reading the Court Order, this
        12  was, again, well up and beyond what we had agreed
        13  to, even post, quote, "new work," and so we
        14  needed to -- we needed to advise them that, "Hey,
        15  before you submit anything else, you need to
        16  understand that we don't have the capacity or
        17  resources to -- to do this.  So before you
        18  submit, we're telling you don't until -- until
        19  we -- until we can ascertain how -- how are we
        20  going to address this in accordance with the
```

```
     21  Court Order."
     22        So that's what this whole E-mail's about.
     23     Q.  Okay.  So this July 25th, 2011 E-mail
     24  from Kristin May to you, "Cc" a bunch of other
     25  people, including Mike Green at BP, was this the
00086:01  first you had heard about sample retention
     02  obligations that --
```

Page 86:04 to 86:06

```
00086:04     Q.  -- went above and beyond your standard
     05  practice?
     06     A.  Yes.  Yes.
```

Page 87:07 to 87:09

```
00087:07     Q.  Okay.  Let's look at the document behind
     08  Tab 88, which is Exhibit 10435.
     09        (Exhibit No. 10435 marked.)
```

Page 91:03 to 92:17

```
00091:03     Q.  It's Exhibit 10436.
     04        (Exhibit No. 10436 marked.)
     05     Q.  (By Ms. Engel) There's a cover E-mail and
     06  then an Excel spreadsheet -- oh, well, it looks
     07  like an Excel spreadsheet.  It looks like it's a
     08  pdf of an Excel spreadsheet directly behind it
     09  with a cover E-mail that's from you to someone
     10  called Shaun Gilday @envstd.
     11     A.  Yes.
     12     Q.  Is that that Environmental Standards
     13  company you were referring to earlier?
     14     A.  It is.  He is an employee of
     15  Environmental Standards.
     16     Q.  Okay.  And this is from May 20th, 2011.
     17     A.  Yes.
     18     Q.  And it attaches a list of BP MC252
     19  samples, one that lists samples with no testing
     20  and one that lists samples with analyses; is that
     21  correct?
     22     A.  That's correct.
     23     Q.  Okay.  Are these comprehensive lists of
     24  all of the samples that Intertek had received
     25  related to the DEEPWATER HORIZON Project as of
00092:01  May 20th, 2011?
     02     A.  Yes, to the -- yes, to our knowledge,
     03  that's -- that -- that's what this represents
     04  and -- and was generated specifically for us to
     05  use as a checklist, moving from site to site,
     06  identifying whether or not that that particular
     07  sample had then been accounted for for transfer
     08  to their facility.
```

```
09      Q.  Okay.  So let's flip to the first page of
10 that first attachment.  It ends in 9053.  Are you
11 there with me?
12      A.  Yes.
13      Q.  And it's titled "BP MC252 LIMS Samples"
14 with "by Job Report" --
15      A.  Yes.
16      Q.  -- "Samples Without Testing/Analyses
17 Listing."
```

Page 92:23 to 93:10

```
00092:23 So there are a bunch of columns listed
     24 here, and one is -- the left-most one is called
     25 the "PEOPLESOFT NUMBER."  It looks to me like
00093:01 those are the Project IDs that we've been
     02 referring to as we were talking this afternoon,
     03 correct?
     04      A.  Tha -- that is correct.
     05      Q.  Okay.  And it looks -- if you flip
     06 through the pages, it looks like there are job
     07 numbers listed for Deer Park, for New Orleans,
     08 for Texas City, and from Mobile, I believe,
     09 correct?
     10      A.  That's correct.
```

Page 94:14 to 95:20

```
00094:14      Q.  Okay.  And the "REPRESENTING" field here
     15 correlates to the "REPRESENTING" fields that we
     16 saw in those Reports of Analyses we were looking
     17 at earlier?
     18      A.  It -- it should, yes.
     19      Q.  Okay.  And the right-most column is
     20 titled "DISPOSED ON" --
     21      A.  Yes.
     22      Q.  -- do you see that?
     23      A.  Yes.
     24      Q.  Okay.  And there are a lot of fields that
     25 are blank here.
00095:01      A.  Yes.
     02      Q.  There are some that are filled in.
     03      A.  Yes.
     04      Q.  For example, towards the bottom of that
     05 first page.
     06      A.  Yes.
     07      Q.  It shows that some samples were
     08 disposed --
     09      A.  Yes.
     10      Q.  -- on July 5th, 2010.
     11          And then if you flip to the page in here
     12 that ends 9062.
     13      A.  Okay.
     14      Q.  I think this is a job number that we were
```

```
15  looking at earlier, if you look on the -- in the
16  left-most column, US320-0032648.  Do you recall
17  that job number from one of the Reports of
18  Analyses we were looking at earlier?
19       A.  I thought it was -- no, I thought it was
20  a different job number that we were looking at.
```

Page 95:25 to 96:03

```
00095:25       A.  So -- so, yeah.  So -- so, yeah.  So,
00096:01  yeah, that -- that references the LIMS number
      02  that I was thinking about, the 2631 number; so,
      03  yes.
```

Page 96:06 to 96:15

```
00096:06       Q.  And the 2631 number is --
      07       A.  It's a laboratory number, a laboratory
      08  information.
      09           Again, that was the one that I -- and
      10  typi -- I typically tend to look at when looking
      11  at those Reports; so, yeah, this -- but it is the
      12  same cross-reference.
      13       Q.  Okay.  And -- so for a number of these
      14  samples under that LIMS number and that job
      15  number --
```

Page 96:17 to 96:17

```
00096:17       Q.  -- that we were discussing --
```

Page 96:19 to 97:04

```
00096:19       Q.  -- it shows that they were disposed --
      20  some were disposed in -- like, if we look at the
      21  first one on this line -- are you with me?
      22       A.  Yeah, I see it.  M-h'm.
      23       Q.  -- it's disposed of in May -- May 7th,
      24  2010?
      25       A.  Correct.
00097:01       Q.  And then there's some directly below that
      02  that were disposed of in -- on March 7th, 2011.
      03  Did I read that correctly?
      04       A.  Yes.
```

Page 97:07 to 97:14

```
00097:07       Q.  (By Ms. Engel) Okay.  And in there -- I
      08  won't make you go through all of those with me
      09  here, but -- so these were disposed of -- were
      10  these disposed of by Intertek prior to receiving
      11  instruction from BP that there was a -- that
```

```
        12  there needed to be a sample retention practice
        13  broader than what is Intertek's standard
        14  practice?
```

Page 97:17 to 98:06

```
00097:17      A.  I -- I would say "Yes."  I would say
        18  "Yes."  I'm not aware that there had been any --
        19  any retention period that had been defined,
        20  again, as the jobs were originally taken within
        21  our Standard Terms and Agreements.
        22          And -- and, again, you know, why these
        23  samples were disposed, you know, that leaves a
        24  lot to be desired, that retain location.
        25  Disposed, what, for example -- and I -- I can't
00098:01  speak specifically to any sample, but what that
        02  may mean, for example, is that that sample was
        03  exhausted, meaning it was completely used up, and
        04  so the bottle was empty.  And -- and there's no
        05  sense taking up re -- retained storage space for
        06  an empty bottle.
```

Page 98:17 to 98:21

```
00098:17      Q.  (By Ms. Engel) The second disposed sample
        18  here, the first one that's listed as disposed of
        19  on March 7th, 2011.
        20      A.  Yes.
        21      Q.  Are you with me?
```

Page 99:03 to 99:03

```
00099:03      A.  Right.  I see it.
```

Page 99:05 to 99:10

```
00099:05      Q.  (By Ms. Engel) So that's a -- that's a
        06  quart container, correct, if you look at the
        07  column that's titled "CONTAINER SIZE."  It says
        08  "QT AMBER."
        09      A.  Yes.  Yeah, yeah, it is.  Yes.  Quart
        10  amber, yeah.
```

Page 99:15 to 99:22

```
00099:15      Q.  Let's see.  Let's pick one.  There's some
        16  that say "GAL PLASTIC."
        17      A.  Yes.
        18      Q.  "GAL" is gallon?
        19      A.  Yes.
        20      Q.  And so there's some samples here that
        21  were gallon size samples that were disposed of,
```

```
       22  correct?
```

Page 100:07 to 100:07

```
00100:07     A.  Yes.
```

Page 101:04 to 103:24

```
00101:04     Q.  (By Mr. Williams) Can you give us just
       05  a -- a brief description of the work that
       06  Intertek performed, other than at Westport,
       07  related to the Macondo Well or any fluids from
       08  the Macondo Well?
       09     A.  I would describe them as -- as basic
       10  analytical techniques related to the commercial
       11  aspect, the custody transfer, typical
       12  quality-related analytical techniques used to
       13  characterize not only oils, but finished
       14  products, as well.
       15     Q.  Are you referring to testing performed by
       16  Intertek Labs?
       17     A.  I was, yes, correct.
       18     Q.  Okay.  And you referenced four Labs
       19  earlier, Texas City, Saint Rose, Deer Park, and
       20  Chickasaw; is that correct?
       21     A.  That's correct.
       22     Q.  So each of those four Intertek Labs
       23  performed some testing with respect to fluids
       24  from the Macondo Well?
       25     A.  Well, with the exception of the Texas
00102:01  City facility, I -- as I recall, they did not
       02  perform any analysis on -- or analyses on -- I
       03  believe there were two jobs associated with that
       04  facility.  I -- I believe that all that they did
       05  was bring samples in and then retain them.  There
       06  was no analytical test performed at that site, as
       07  I recall.
       08     Q.  Okay.  How did any of those Labs receive
       09  samples of hydrocarbons from the Macondo Well?
       10     A.  As -- what I recall reading back or
       11  reviewing documents, it -- it appeared that, you
       12  know, some were -- were brought in, again, as a
       13  result of Inspections, you know, performed by --
       14  by our surveyors and -- but it -- it appeared,
       15  again -- and I didn't look at all the jobs, but
       16  it appeared that the majority of these were what
       17  we call "direct submissions," meaning a -- a
       18  client or their representative brought the --
       19  physically brought them to -- to the laboratory.
       20     Q.  Okay.  And what type of -- what -- what
       21  do you mean when you say "quality-related
       22  analytical techniques"?
       23     A.  So -- so tests that have an impact on a
       24  product from a -- a commercial perspective; for
```

```
    25  example, we generally represent either a buyer or
00103:01  a seller, if you will, and -- and things are
    02  typically bought and sold on a set of
    03  expectations called "Specifications," if you
    04  will.
    05       And so at the time that a custody
    06  transfer takes place, we represent one party or
    07  the other and perform analyses, such as
    08  viscosity, flash point, a host of tests, to -- to
    09  make sure that the -- the material that -- that
    10  was submitted to our Lab actually adheres to
    11  those Agreements and Specifications that were
    12  made at the time of the buy-sell transfer.
    13      Q.  That's the type of information that you
    14  might find in a Crude Oil Assay?
    15      A.  That's exactly correct.
    16      Q.  Okay -- and --
    17      A.  That's exactly correct.
    18      Q.  -- and a -- a refiner or someone that's
    19  going to transport the crude oil would want to
    20  know the characteristics of that oil so they
    21  could know how to handle it?
    22      A.  How to handle it, how to process it, how
    23  to optimize their refinery, that's exactly
    24  correct.
```

Page 104:21 to 105:05

```
00104:21      Q.  (By Mr. Williams) Okay.  So none of these
    22  four laboratories performed any analysis other
    23  than the typical commercial Crude Oil Assay-type
    24  analysis, correct?
    25      A.  For the -- for the job folders that I
00105:01  reviewed in the -- in the pairing of all of the
    02  tests against all of the samples from all -- I
    03  didn't see anything that was uncharacteristic of
    04  what would typically be performed on -- on a
    05  crude oil.
```

Page 106:05 to 107:08

```
00106:05      Q.  Okay.  Do you know our client,
    06  Transocean?
    07      A.  I've heard of it.  I -- I don't know that
    08  I've -- I mean, I haven't had any direct
    09  involvement with you guys.
    10      Q.  Sure.  And they're not a customer of
    11  Intertek, to your knowledge?
    12      A.  I -- I don't know that.
    13      Q.  Okay.  They weren't involved in any way
    14  in the analysis performed by Texas City, Saint
    15  Rose, Deer Park, or Chickasaw with respect to
    16  Macondo crude oil, correct?
    17      A.  I do not know whether or not
```

18   Representatives from Transocean submitted or
19   partook in any of the gathering.  I -- I just
20   don't know that answer.
21        Q.  Sure.  And you didn't see anything in
22   your preparation that would indicate that
23   Transocean was involved, correct?
24        A.  I -- I don't recall seeing Transocean in
25   any of the information that I had an opportunity
00107:01   to look at.
02        Q.  Okay.  Now, in addition to the analysis
03   that you've described --
04        A.  (Nodding.)
05        Q.  -- I'm just trying to understand:  Was
06   there a -- a bigger Project that BP retained
07   Intertek for in terms of gathering and moving
08   samples of Macondo crude oil?


Page 107:10 to 111:13

00107:10        A.  To my knowledge, no.
11        Q.  (By Mr. Williams) The Work Orders we
12   looked at --
13        A.  Right.
14        Q.  -- earlier where there was a Phase I and
15   a Phase II --
16        A.  Right.
17        Q.  -- was that new work in addition to what
18   Intertek typically performs for BP?
19        A.  Yes.  And it was delineated that way
20   in -- for the simple fact that originally, as --
21   as I became involved, the scope was very narrow,
22   very limited, "We want you to do this."
23             And then over the course of conversation,
24   be -- be it by telephone or E-mail, "Oh, by the
25   way, we would like this," "Oh, by the way, we
00108:01   would like this."
02             And it -- so it was a way to -- to track
03   and then record, again, our efforts, so that we
04   could delineate and say "Okay, we have resource
05   investment for this time period.  It's going" --
06   you know, "we need to invoice for this," so that
07   we didn't lose track of it, so --
08        Q.  How would you describe the initial scope,
09   just, you know, briefly?
10        A.  The initial scope was to -- for -- for
11   the work that had been performed beginning in
12   2010, up to my involvement, or just prior to my
13   involvement in May, was to provide the analytical
14   data that had previously been reported to BP in a
15   different format, one, for all intent and
16   purpose, that, again, aligned with EPA reporting
17   protocols, in -- in sum.
18             So meaning the -- the Analytical Reports
19   that you see here are -- are substandard relative
20   to those Specifications and requirements, that

```
        21  they then came back to us and said, "We want much
        22  more, case narratives, supporting documentation,
        23  instrument tuning summaries," additional things
        24  that we, just as a general course of events,
        25  don't re -- don't provide.
00109:01      Q.  Okay.  So one new Project was to reformat
        02  your reporting to meet the requirements that BP
        03  relayed to you?
        04      A.  That's correct.
        05      Q.  And those came from BP, right?  They were
        06  the ones that gave you the --
        07      A.  They came from ESI.  They were in the
        08  form of a -- a BP written specification document,
        09  a BP simple data deliverable specification
        10  document, Appendix C.
        11      Q.  And Intertek was paid for this work,
        12  right?
        13      A.  We -- we have invoiced for it.  We have
        14  not been paid as of yet.
        15      Q.  Okay.  You invoiced the --
        16          (Laughter.)
        17      Q.  (By Mr. Williams) You can take that up
        18  with Counsel for BP.
        19      A.  Okay.
        20      Q.  I -- I assume you invoiced BP, is what
        21  I'm getting at.
        22      A.  That is correct.
        23      Q.  Okay.  And is ESI typically involved in
        24  your testing that you performed for BP?
        25      A.  No.
00110:01      Q.  That was unique to Macondo?
        02      A.  To my knowledge, yes.
        03      Q.  You understood that they were working on
        04  behalf of BP, though?
        05      A.  That's correct.
        06      Q.  Okay.  Now we talked about the initial
        07  scope.
        08      A.  Yes.
        09      Q.  Could you give us sort of the same brief
        10  description of the broader scope?
        11      A.  So -- so beyond -- beyond that initial
        12  scope, again, there was a desire then to
        13  sequester or gather all of the samples that we
        14  had and retained and transfer them to a storage
        15  facility that met the -- their holding
        16  requirements, security requirements around those
        17  samples.
        18          And then beyond that, it -- it evolved
        19  into some additional testing in -- in mid-May of
        20  2011, mid-May to June 2011.  For all intent and
        21  purpose, it was the -- the same slate of
        22  analytical testing as was performed historically.
        23          However, at that point, these new
        24  reporting protocols were defined, and so we were
        25  going to be held to those Specifications for
```

00111:01   this, quote, "new work."
      02           Out and beyond that, there was suggestion
      03   that there may be additional work beyond that.
      04   It just never materialized.  Work on the same
      05   order, additional samples that were going to be
      06   supplied from this long-term res -- retention
      07   facility to our facility in Deer Park.  Again,
      08   same -- same testing magnitude and scope, and --
      09   but just more, more samples.
      10           Q.  Would you characterize the additional
      11   analysis as still being within that general
      12   commercial testing realm?
      13           A.  I would.


Page 111:16 to 114:18

00111:16           A.  In fact, what I had seen was the exact
      17   same Analytical Service Request, the same tests.
      18   Some had been reordered, some had been moved,
      19   because there were multiple Service Requests, and
      20   so what they did is they filtered through those
      21   half a dozen and I -- and picked the ones that
      22   they wanted to -- to represent new testing moving
      23   forward.
      24           Q.  Where is the storage facility to which
      25   the samples were transferred?
00112:01           A.  I want to say it's in Fort Collins.  It's
      02   in Colorado, for sure.
      03           Q.  Is it an Intertek facility?
      04           A.  It is not.
      05           Q.  Do you know if it's a BP facility?
      06           A.  I don't know that it's BP by name.  I --
      07   what I have re -- the name has been referenced in
      08   some of these E-mails in here.  I just don't
      09   re -- recall what that -- because at that point,
      10   beyond the -- the -- we transferred the samples
      11   to ESI proper, and those guys then picked up and
      12   handled all the logistics in coordination with
      13   that facility back and forth.  We had no real
      14   direct contact with that facility at all.
      15           Q.  All of the samples that the four Labs
      16   dealt with that are now at this long-term
      17   facility --
      18           A.  Yeah.
      19           Q.  -- they were originally given to Intertek
      20   by BP or a BP Representative?
      21           A.  Yes.
      22           Q.  They weren't collected from other
      23   laboratories?  In other words, you weren't acting
      24   as a clearinghouse for collecting all the Macondo
      25   samples --
00113:01           A.  No.  Not --
      02           Q.  -- to your knowledge?
      03           A.  Not to my knowledge, no.
      04           Q.  This was just samples that Intertek had

```
05  worked on?
06      A.  That -- that's correct.
07      Q.  Okay.  And -- and other than BP being a
08  regular client of yours, was there any reason
09  that you're aware of why they chose Intertek to
10  sample Macondo crude oil?
11      A.  I --
12      Q.  Excuse me.  To test the Macondo crude
13  oil.
14      A.  No, no.  No specific reason, other than,
15  again, we had Agreements.  We have Agreements in
16  place, and it's a -- a -- you know, typical work
17  that we generally perform for them.
18      Q.  And when you performed your analysis, you
19  sent those results to BP or to ESI?
20      A.  The new work that -- post-May of 2011,
21  was sent directly to ESI.
22      Q.  Okay.
23      A.  Yes.
24      Q.  Prior to that, you sent the analysis to
25  BP?
00114:01      A.  As a general rule, we would have
02  submitted it to the organization that submitted
03  the work to us.
04      Q.  And in this case, that was BP?
05      A.  Not necessarily.  If you look referenced
06  on some of these jobs, they may have had a
07  different client name, and so those would have
08  been reported to that particular representative
09  under a BP Contract number.
10      Q.  So you would have submitted your results
11  of your analysis to either BP or the BP
12  Representative who provided you the samples?
13      A.  That's right.
14      Q.  Okay.
15      A.  And in some cases, both, depending on --
16  depending on the correspondence that had taken
17  place back and forth, how did they want that
18  handled.
```

Page 115:16 to 116:15

```
00115:16      Q.  Do you have any knowledge about the
17  conduct on the part of Halliburton between
18  April 22nd, 2010 and September 19th, 2000 --
19  2010, related to the -- any attempts to stop the
20  flow of oil from the Macondo Well?
21      A.  I do not.
22      Q.  Have you heard of anyone having any
23  criticism about Halliburton's conduct related to
24  any of the relief efforts?
25      A.  I have -- I have not.
00116:01      Q.  Okay.  Based on the documents you -- you
02  have reviewed, and based upon your knowledge
03  through your participation in the Project related
```

```
04  to the Macondo Well, do you know whether anyone
05  from Halliburton gave your company directions
06  about how to proceed related to testing,
07  sampling, or analytical services provided by
08  Intertek?
09       A.  I do not.
10       Q.  And, again, based on the documents
11  reviewed, and based upon your personal knowledge,
12  do you know whether any -- whether Intertek
13  provided any analytical data or testing results
14  to Halliburton?
15       A.  I do not.
```