# United States' Phase Two Offer of Proof Exhibit 13
# Designations from Volume 1 of Deposition of Robert Merrill

Page 10:01 to 10:09

```
00010:01  THE VIDEOGRAPHER:  This is the
      02  deposition of Bob Merrill in regard to the
      03  oil spill of the oil rig Deepwater Horizon in
      04  the Gulf of Mexico on April 20th, 2010.
      05  Today's date is January 15th, 2013.  The time
      06  is 8:35 a.m.  We are now on the record.
      07  ROBERT C. MERRILL JR.,
      08  having been first duly sworn, testified as
      09  follows:
```

Page 12:05 to 24:13

```
00012:05      Q.     And what's your educational
      06  background?
      07      A.     I have an undergraduate degree
      08  in chemical engineering from the University
      09  of Virginia.  I have Masters and Ph.D.
      10  degrees in chemical engineering from the
      11  University of Notre Dame in Notre Dame
      12  Indiana.  My dissertation subject in -- at
      13  Notre Dame was Liquid/Liquid Vapor Behavior
      14  and Cryogenic Natural Gas Systems and I'm not
      15  sure it counts as an education background,
      16  but I'm a licensed registered professional
      17  engineer in the state of Texas.
      18      Q.    Okay.  Any other educational
      19  background?
      20      A.     Relevant or in general?  Are you
      21  looking for high school or --
      22      Q.    No.  Did you -- did you go to
      23  seminary?
      24      A.     I -- I attended the Iona program
      25  for bi-vocational ministry in the Episcopal
00013:01  diocese of Texas, and I am an ordained
      02  Episcopal priest.
      03      Q.     What year did you get your
      04  doctorate?
      05      A.     1983.
      06      Q.     Okay.  And when did you first
      07  start working for BP?
      08      A.     1983.
      09      Q.     Okay.
      10      A.     Well, it was Sohio at the time.
      11      Q.     Okay.  So you've been working
      12  with B -- with BP or its predecessor from
      13  1983 to the present?
      14      A.     That is correct.
      15      Q.     Okay.  And what was your first
      16  position with BP or predecessor?  Let's just
      17  call it BP.
      18      A.     Yeah, well, we were 52 percent
      19  owned, I think, by BP at the time.  I was
      20  a -- I was a laboratory researcher in our
```

```
21   phase behavior laboratory in Warrensville,
22   Ohio, and it was my responsibility to -- to
23   take PVT measurements in the laboratory.
24        Q.    Okay.  And how long did you stay
25   in that position?
00014:01        A.    About a year, maybe a year and a
02   half.
03        Q.    Okay.  And then what was your
04   next position?
05        A.    I went to Alaska to -- to work
06   with the Prudhoe Bay unit.
07        Q.    And what was your role there?
08        A.    I was a reservoir engineer, and
09   I was primarily involved in phase behavior
10   calculations and reservoir simulation.
11        Q.    Were you using models at that
12   time?
13        A.    What sort of models are we
14   discussing?
15        Q.    Were you using software that had
16   particular abbreviated names?
17        A.    I was -- at the time, no,
18   actually.  At the time I don't remember the
19   name of the reservoir simulation software we
20   were using, but I was actually writing our
21   phase behavior code, because at the time
22   commercial packages weren't as commonplace as
23   they are nowadays.
24        Q.    Right.  Okay.  And how long did
25   you stay in Prudhoe Bay?
00015:01        A.    I was in Alaska for five years.
02        Q.    Okay.  And then what happened
03   after you left Alaska?  What was your next
04   position?
05        A.    In -- in 1990 I went to London
06   where I worked at the Sunbury laboratories in
07   the -- I can't, rightly, remember the name of
08   the team.  It was a team that was involved in
09   reservoir simulation, particularly
10   compositional reservoir simulation, although
11   most of my work in that team was still in the
12   area of phase behavior and in linking phase
13   behavior to reservoir simulation.
14        Q.    When you're talking about
15   "phase" do you mean -- do you mean liquid and
16   gas; is that what you're talking about?
17        A.    Liquid -- yeah, liquid, solid,
18   and vapor, phase behavior.
19        Q.    And how long were you in London?
20        A.    I believe I left London towards
21   the end of '94, early 1995.
22        Q.    Okay.  And what happened after
23   you -- what was your next position London
24   done?
25        A.    I went to Bogota, Colombia.
```

```
00016:01        Q.      Okay.  And what were you doing
      02  in Colombia?
      03        A.      In Bogota, Colombia I was the
      04  lead reservoir engineer for the Cusiana
      05  oilfield.
      06        Q.      Okay.  How long were you there
      07  for?
      08        A.      I was in Colombia five and a
      09  half years.
      10        Q.      So you -- okay.
      11        A.      Until about 2000.
      12        Q.      Until 2000.  So what happened --
      13  what was your next position?
      14        A.      After Colombia I went to Kuwait
      15  where I was secunded to the Kuwait Oil
      16  Company.
      17        Q.      Okay.  What does secunded mean?
      18        A.      Secunded meant that I was on
      19  loan to the Kuwait Oil Company and I worked
      20  with a Kuwaiti boss and took instruction from
      21  the Kuwaiti Oil Company.
      22        Q.      Okay.  And what was your role
      23  there?
      24        A.      I had a number of roles in
      25  Kuwait.  I -- I worked in their reservoir
00017:01  management branch in simulation and reservoir
      02  description.  I worked in the west -- what's
      03  called the west Kuwait projects where I
      04  supervised a team of engineers and
      05  geoscientists in development of the Jurassic
      06  fields.  And then I was asked to help them
      07  set up a research and technology division.
      08        Q.      Okay.  So that was from 2000 to
      09  when?
      10        A.      2004.
      11        Q.      2004, okay.  And then what
      12  happen -- what was your next position in --
      13  starting in 2004?
      14        A.      Well, it was 2000 -- I'm not
      15  real keen -- I'm not real sure on the date
      16  when I moved to Houston, but I moved to
      17  Houston in the role of team lead for
      18  reservoir management for the Thunder Horse
      19  field.
      20        Q.      So in 2000 -- approximately 2005
      21  you were in Houston, and you were a team lead
      22  reservoir management for which field?
      23        A.      Thunder Horse.
      24        Q.      And where is that located?
      25        A.      It's a Gulf of Mexico field.
00018:01        Q.      Oh, GoM?
      02        A.      GoM, yes.
      03        Q.      Okay.  And how long did you stay
      04  in that position?
      05        A.      I was in that position for only
```

06  about three years.
07          Q.      To about 2008?
08          A.      2008.
09          Q.      Okay.  What was your next
10  position?
11          A.      My next position was in our
12  pushing reservoir limits team where I was a
13  technical adviser for enhanced oil recovery.
14          Q.      That was still in Houston,
15  right?
16          A.      That was in Houston.
17          Q.      And how long were you in that
18  position?
19          A.      Only a couple of years, then I
20  moved to another team in the technology
21  organization that was -- that is concerned
22  with resource bookings and -- I don't know
23  how to describe it.  We were looking at new
24  opportunities and new projects we could be
25  involved in.
00019:01          Q.      What year do you think that was?
02          A.      That was from approximately late
03  2009, and I was in that role up until the end
04  of last year.  But it wasn't just about
05  resource bookings.  I ended up doing a lot of
06  as-needed work.  So I was involved in mergers
07  and acquisitions, doing calculations for
08  those.  I was involved in the response to the
09  Macondo incident.  I was involved in
10  technical reviews of some of our larger
11  projects.  And, basically, when I got asked
12  to look at how people were doing things, I
13  was sent to review them.
14          Q.      Okay.  And is that still your
15  position, or do you have a different
16  position?
17          A.      No.  Last year I was named
18  director of reservoir engineering for BP
19  Exploration.
20          Q.      Does that cover all BP
21  properties throughout the world?
22          A.      Yes, sir.
23          Q.      And what are your main duties as
24  director of reservoir engineering?
25          A.      My main duties are threefold.
00020:01  The first and most important is to ensure the
02  organizational capability of BP in terms of
03  staffing numbers and the quality of our staff
04  and the development of our staff.  The second
05  role which I am involved in is the setting of
06  standards for -- and guidelines and work
07  flows for our staff in reservoir engineering.
08          Q.      Guide -- standards, guidelines,
09  and work --
10          A.      Work flows.  Procedures that you

```
11   would use to -- to perform certain routine
12   calculations or -- or procedures.
13        Q.    Okay.
14        A.    And -- and the third aspect of
15   my role is to com- -- to coordinate with our
16   IT and that's our information technologies
17   organization as to the needs for computer
18   software packages in reservoir engineering.
19   And, of course, there are always odd jobs
20   that you'll also do at the behest of one's
21   boss.
22        Q.    Okay.  I want to direct your
23   attention to Tab 44, if I could.  What we'd
24   like to do is ask you to mark that as our
25   next exhibit.  What exhibit number would that
```
00021:01   be?
```
02        A.    This is Exhibit 10822.
03        Q.    10822.  And for any -- any
04   document that I'm showing you, I'm going to
05   try to keep them to a reasonable number, but
06   I'm not trying to rush you.  If you feel like
07   you need some time to -- to review something,
08   just please take your time to do that.  Can
09   you identify Exhibit 10822?
10        A.    Yes, sir.  This is my annual
11   individual performance assessment for the
12   year 2010.
13        Q.    Okay.  And on the last page --
14   or the second-to-the-last page, which is --
15   has the ending Bates number digits 6652550.
16   Is that -- is that your electronic signature
17   there?
18        A.    I don't think it's an electronic
19   signature.  I believe it's a photocopy of my
20   actual signature.
21        Q.    Okay.  Good.  Okay.  So I'd like
22   you to take a look at Page 3 of the
23   performance evaluation and -- and this is
24   focusing on -- this is Item 7.  It says,
25   "Incident Response and Post-Incident
```
00022:01   Support."  This is sort of a -- a summary of
```
02   the work that you did related to the Macondo
03   incident.  I'm going to ask you some
04   questions about that.  So on the -- the
05   left-hand column, it says "Milestones,
06   Macondo incident Support for the
07   Post-Incident Flow Rate Team," those are your
08   milestones.  And then you've got a column
09   that says "Base" and then you've got a column
10   that says "Continuous Improvement" and there
11   is some language in -- mostly in the
12   continuous improvement column.  Did you write
13   that language yourself?
14        A.    Yes, sir, I did.
15        Q.    Okay.  And so on the right-hand
```

16  column on your continuous improvement it
17  says, "Items in bold provided key input to
18  decisions made during the course of the
19  incident," and first -- there are a number of
20  bullets.  So the first one is "Developed a
21  method to create a cumulative probability
22  distribution to describe range of wellhead
23  shut-in pressure."
24          Could you be a little bit more
25  specific and explain sort of in layman's
00023:01  terms what that means?
02          A.    Okay.  The -- the -- there was
03  one issue during -- I believe this was late
04  May.  I'd have to see another document to
05  actually refresh my memory on this.  But in a
06  time period before the well inte- -- wellbore
07  integrity test, which was mostly in July
08  there were various -- there were various
09  attempts to -- to cease the flow of the well,
10  and there was a great deal of concern
11  throughout the incident about the condition
12  of the "burstic" -- the burst disks in the
13  wellbore.  And so the pressure that you would
14  bring the system to was of a concern to
15  the -- the incident management.
16          And one of the things which I
17  did was proposed a method to develop a
18  cumulative probability distribution.  You
19  want that in layman's terms.  Basically, to
20  estimate what the chances were that the
21  pressure within the wellbore would exceed a
22  certain value.  So you'd say, well, there is
23  a hundred percent chance that the -- the
24  pressure inside the wellbore would be more
25  than, say, 6,000 psi and a 20 percent chance
00024:01  it'd be more than 7,000 psi and -- actually,
02  I'm doing this wrong.  I'm going in reverse.
03  But you'd say there is a hundred percent
04  chance that it'd be above 6,000 psi,
05  80 percent chance of 7,000 psi, and then
06  finally a zero percent chance it's above the
07  original reservoir pressure because that's
08  obviously upper limit.
09          Q.    Right.  Okay.  And you say
10  within -- within that you led the team to
11  evaluate the wellhead shut-in pressure
12  pre top kill.
13          A.    Pre top kill.


Page 25:07 to 25:17

00025:07          Q.    What's that referring to?
08          A.    Well, it wasn't edited right.
09  There is an error in the editing here because
10  Rigel is repeated twice.  But one of our

```
11  options during the Macondo incident was if we
12  could not shut-in the well because of the
13  lack of integrity in the wellbore, we
14  would -- we would want to dispose the
15  hydrocarbons in a suitable hydrocarbon
16  formation to prevent escape to the
17  environment.
```

Page 26:15 to 27:07

```
00026:15       Q.      And then you say you "evaluated
      16  (and kept current) the envelope of pressure
      17  depletion in the reservoir" and the overly --
      18  and the overlying sands in support of well
      19  relief.  What did that involve?
      20       A.      I performed reservoir simulation
      21  using the VIP reservoir simulator to
      22  calculate the -- a number of scenarios, and a
      23  range of outcomes so that when the relief
      24  well were drilling through these overlying
      25  sediments, if any of them actually were
00027:01  flowing to the wellbore and also contributing
      02  flow, we would understand what the deviation
      03  from initial pressure it might be in those --
      04  in those sands so that the relief drilling
      05  team would actually be prepared for -- to --
      06  for their mud weights and their -- their
      07  drilling procedures.
```

Page 27:24 to 29:12

```
00027:24       Q.      Okay.  And you -- you selected
      25  and led a multidisciplinary team to
00028:01  characterize and simulate range of outcomes
      02  for Macondo depletion using TDRM.  What's
      03  TDRM?
      04       A.      TDRM is the BP proprietary -- a
      05  BP proprietary system for understanding
      06  uncertainty in reservoir outcomes, and it
      07  stands for top down reservoir management.
      08       Q.      Okay.  Now, when you said you
      09  selected and led a multidisciplinary team,
      10  who were the main members of that team?
      11       A.      For this aspect of it I was
      12  working with Dave Sparling and Karam Burn,
      13  K-a-r-a-m, and I believe Andy Austin also
      14  helped me on occasion.
      15       Q.      Okay.  And then you say,
      16  "Developed understanding of the relevant
      17  reservoir controls to flow and depletion and
      18  made recommendation to senior management
      19  (Dupree, Hayward, Inglis)."  Okay.  Now, when
      20  you say "developed understanding of the
      21  relevant reservoir controls to flow," what do
```

```
    22   you mean by that?
    23         A.    I do not know exactly what I
    24   meant at this time.  This bullet point, in my
    25   performance evaluation, which is bolded here,
00029:01   was meant to actually show that I was working
    02   with senior management in understanding the
    03   reservoir contributions, the effective
    04   permeability, for example, or viscosity of
    05   the fluid, of -- of the compressibility of
    06   the formation, the aquifer support of the
    07   formation in -- on the flow from the -- from
    08   the -- the -- the well.
    09         Q.    Okay.  Now, what kinds of
    10   recommendations -- okay.  Let me -- before I
    11   ask you that, what was Mr. Dupree's role with
    12   respect to the incident?
```

Page 29:14 to 29:25

```
00029:14         A.    I -- I'm not a hundred percent
    15   sure what his role was in respect to the
    16   response.  He was president of the Gulf of
    17   Mexico at the time, and so he was important.
    18         Q.    (BY MR. GLADSTEIN)  Okay.  So
    19   what kind of -- do you recall making any
    20   recommendations to Mr. Dupree?
    21         A.    On a number of occasions I spoke
    22   with Mr. Dupree.  There were meetings that I
    23   held with Mr. Dupree.  And in the course of
    24   all of these -- of these actions
    25   recommendations were made.
```

Page 30:11 to 30:14

```
00030:11         Q.    (BY MR. GLADSTEIN)  Okay, okay.
    12   How about the same question with respect to
    13   Mr. Hayward, what was -- what was his role?
    14         A.    Well --
```

Page 30:16 to 30:18

```
00030:16         A.    -- Tony was the -- was the CEO
    17   of the corporation, and he was also in some
    18   meetings that I attended.
```

Page 30:25 to 31:09

```
00030:25         Q.    Yeah.  So was your -- and who's
00031:01   Mr. Inglis?
    02         A.    Andy was the head of our
    03   upstream -- of our upstream organization at
    04   the time, and I knew Andy from London and
    05   Alaska.
```

```
06        Q.      So your point of contact above
07   you for purposes of the incident, was it
08   mainly Mr. Dupree?
09        A.      No --
```

Page 31:11 to 31:21

```
00031:11       A.     (Continuing)  No, sir.  My
    12   particular role in the incident in the
    13   reporting structure, I reported to Kate Baker
    14   and Paul Tooms.
    15        Q.     (BY MR. GLADSTEIN)  Right.  She
    16   was the head of the science team, Ms. Baker?
    17        A.      Yes, and I believe she reported
    18   to Mr. Tooms.
    19        Q.      What was Mr. Tooms' role?
    20        A.      He led the engineering effort,
    21   to the best of my knowledge.
```

Page 32:23 to 35:02

```
00032:23       Q.      Right.  And then it says you
    24   "Developed technique to use Pressure
    25   Transient Analysis as a means to monitor
00033:01   wellbore damage and prevent sub-sea
    02   blow-out."  What is referred to in that
    03   bullet?
    04        A.      One of the -- one of the
    05   issues -- or let's -- one thing we actually
    06   had the integrity of these burst disks.  And
    07   as -- you know, this was an unusual
    08   situation.
    09            For normal purposes, pressure
    10   transient analysis, as is used by the
    11   industry, assumes that you know the flow rate
    12   very well and you know the time from shut-in,
    13   and, you know, you then use that data and the
    14   shape and the character of the build -- of
    15   the pressure response to make assertions
    16   regarding the reservoir quality, the damage
    17   of -- of the well, the distance to reservoir
    18   baffles or barriers, the shape of the
    19   reservoir, the extent of the reservoir.
    20            Clearly in -- in this case we
    21   did not know the flow rate with -- we just
    22   did not know the flow rate.  And -- and since
    23   that was a starting point for pressure
    24   transient analysis, we considered various
    25   ways we could overcome that limitation, and I
00034:01   proposed that we would use the Horner plot
    02   which does not require rate to put it into
    03   superposition time, so that you can actually
    04   linearize the data.
    05                And once we had a way that you
```

```
06   could -- and engineers and scientists like to
07   work with linearized data because then
08   deviations from a straight line can be -- can
09   indicate deviations from ideal behavior, if
10   you -- if -- it's not quite ideal behavior,
11   but that's in layman's term what we're
12   talking about.  And those deviations could
13   indicate something that wasn't expected.
14               And in this particular case, we
15   were trying to -- to identify whether we
16   could identify crossflow, which would be the
17   flow from one subsurface interval to another
18   subsurface interval with very limited data
19   interrogation ability, in this case the gauge
20   at the top of the capping stack.
21        Q.    All right.  And then you say you
22   presented BP's reservoir understanding,
23   including the PTA technique, to the U.S.
24   government science team:  The U.S.G.S.,
25   U.S.C.G., DOE, NOAA and cabinet secretaries.
00035:01   Okay.  In what form did that presentation
02   take place?
```

**Page 35:04 to 36:20**

```
00035:04        A.    It wasn't a single presentation.
05   It was a number of presentations.  And when
06   we actually under -- were in the wellbore
07   integrity test, from I believe about July
08   15th onwards, we were meeting at first every
09   six hours, I think it was, and then they --
10   as we got better and better data --
11        Q.    (BY MR. GLADSTEIN)  Right.
12        A.    -- we lengthened the time
13   between presentations.  But primarily I -- I
14   would go and talk to the government
15   scientists from these organizations and --
16   and then make presentations during these --
17   these meetings to -- about the reservoir
18   behavior we were observing in these Horner
19   plots.
20        Q.    Okay.  And do you remember a
21   particular scientist that you interacted
22   with?
23        A.    I remember there were a number
24   of scientists I -- I -- I interacted with.
25   I'm -- I'm quite poor on names and faces.
00036:01        Q.    Okay.
02        A.    I do recognize that Paul Hseih,
03   one of these scientists, is in the room right
04   now.
05        Q.    Okay.  And anybody else come to
06   mind besides Mr. Hseih?
07        A.    There was a fellow named Art, I
08   believe.
```

```
       09        Q.      Uh-huh, Mr. Ratzel?
       10        A.       Mr. Ratzel.  And then I remember
       11  quite clearly a fellow named Dick who was on
       12  the phone, but it was when we were
       13  presenting.  But a lot of the names have
       14  escaped me.  It's been several years.
       15        Q.       Yeah.  Then you say in you --
       16  your next bullet, it says, Liaised With
       17  Science Team, and I -- and now you're
       18  referring to the government science team; is
       19  that right?
       20        A.      Yes, sir.
```

Page 38:21 to 38:24

```
00038:21        Q.      So you -- you had an interest
       22  in -- in making your predictions using the
       23  pressure transient analysis as accurate as
       24  possible; isn't that right?
```

Page 39:01 to 39:09

```
00039:01        A.      Well, in this situation -- one
       02  always strives for accuracy.  In this
       03  situation, without knowing the flow rate and
       04  given the large uncertainties on the other
       05  reservoir parameters, we -- we did our best
       06  to be accurate.
       07        Q.      (BY MR. GLADSTEIN)  Okay.
       08        A.      One always strives to be
       09  accurate.
```

Page 40:07 to 41:07

```
00040:07        Q.      Right.  Okay.  And then it says
       08  toward the bottom, you provided convincing
       09  evidence to senior government officials and
       10  science team which was instrumental in
       11  gaining permission to attempt the static
       12  kill.  Okay.
       13              What did you mean by that?  How
       14  is the -- the evidence that you provided, do
       15  you believe, instrumental in gaining
       16  permission to attempt the static kill?
       17        A.      I'm not exactly sure what I
       18  meant by this -- this -- this bullet point.
       19  Clearly it's the amount -- it refers to the
       20  preceding bullet points in terms of the data
       21  and the data analysis -- data analysis
       22  techniques which were being used to monitor
       23  the wellbore integrity.  And we were con- --
       24  you know, there was -- we really wanted to
       25  ensure that the wellbore had integrity
```

```
00041:01  because we did not want there to be a
      02  possibility of a -- of a subsea blowout, and
      03  so it was instrumental data to actually come
      04  to that conclusion.
      05       Q.     Now, what would have happened if
      06  the government team wasn't convinced that --
      07  that the well had integrity?
```

Page 41:10 to 41:24

```
00041:10       A.     I -- I can't say for sure what
      11  would have happened if they were not
      12  convinced of the integrity of the -- of
      13  the -- of the wellbore.  There was concern
      14  that we'd be asked to open the -- the well up
      15  again to flow into the environment.
      16       Q.     (BY MR. GLADSTEIN)  Right.  Was
      17  there concern that you'd have to wait until
      18  the relief well came in order to finally shut
      19  down the well?
      20       A.     I don't know if that's concern.
      21  I think that if the well was still flowing to
      22  the ocean, that is the ultimate -- you know,
      23  the ultimate way to kill the well would have
      24  been that.
```

Page 44:02 to 44:13

```
00044:02       Q.     (BY MS. GLADSTEIN)  Okay.  All
      03  right.  So -- so let's go to what you were
      04  looking at.  Let's look at the first sentence
      05  of -- of your year-end assessment.
      06            You say, "I am proud of the work
      07  which I performed for Paul Tooms' engineering
      08  team."
      09            You mentioned that Mr. Tooms was
      10  in -- was he in charge of the engineering,
      11  the GoM engineering group?
      12       A.     No, sir, he was in charge of the
      13  responses engineering group.
```

Page 45:12 to 45:19

```
00045:12       Q.     Okay.  Who do you remember
      13  working with from flow assurance?
      14       A.     I -- I worked with Farah Saidi
      15  and Trevor Hill.
      16       Q.     Okay.  Now, where was Ms. -- was
      17  Ms. Saidi -- she was also located in Houston,
      18  like you were, right?
      19       A.     That is correct.
```

Page 46:09 to 46:17

```
00046:09       Q.      Now, the incident command
       10  center, which building was that in?
       11       A.      Westlake Four.
       12       Q.      Westlake Four?
       13       A.      And that's where the engineering
       14  team's office was, in that center?
       15       Q.      Okay.  So were you often at
       16  Westlake Four during the incident?
       17       A.      Yes, sir.
```

## Page 47:23 to 50:15

```
00047:23       Q.      Okay.  Okay.  So then next
       24  paragraph, you say, a key contribution to the
       25  incident was my proposal to use Horner Plots
00048:01  and a mean -- as a means of monitoring the
       02  well's integrity.  Okay.
       03              And how did these Horner
       04  plots -- how were they able to monitor the
       05  well's integrity?
       06       A.      As I've been -- as I testified
       07  just before, a Horner plot is a means of
       08  linearizing a pressure transient test
       09  response.  And we were -- a Horner plot -- in
       10  Horner time -- I shouldn't indicate with my
       11  hands, so I won't.  I'll hold back.
       12       Q.      We'll see the Horner plots
       13  later.  You can talk to me conceptually.
       14       A.      Conceptually, in linear space
       15  versus this Horner time, there should be a
       16  straight line period of the plot, which is
       17  associated with the reservoir properties.
       18       Q.      The linear aspect?
       19       A.      Uh-huh.  And then when it
       20  deviates from a linear, it usually kicks up,
       21  that is indicative of reaching a reservoir
       22  boundary or limit.
       23       Q.      From a pressure standpoint?
       24       A.      From a pressure standpoint.  Or
       25  it actually is indicative that there is a
00049:01  boundary present a certain distance from the
       02  well.  And then it can kick up again or kick
       03  over, depending on whether it encounters more
       04  boundaries.
       05              But in the particular case that
       06  we're talking about here, if crossflow were
       07  occurring to a significant amount, the
       08  straight line portion of the Horner plot
       09  would have been abbreviated and instead of
       10  kicking up, it would have kicked down,
       11  indicating the suppression of the bottom-hole
       12  pressure by crossflow; and that would have
       13  been a clear warning that we could have had
       14  crossflow that might have indicated that
```

```
15  there was flow through the burst disks.
16      Q.      All right.  Okay.  It says,
17  Horner plots traditionally used -- next line.
18  "Horner plots, traditionally used for
19  pressure transient analysis, can be
20  constructed without recourse to a well's rate
21  history."
22              And I think that's what you had
23  referred to before, right?
24      A.      Yes, sir.
25      Q.      Okay.  "They have distinctive
00050:01  shapes (normally associated with reservoir
02  boundaries and flow properties)."  Okay.
03              And -- and what does it mean
04  when you say "normally associated with
05  reservoir boundaries and flow properties"?
06      A.      Well, as I've already described,
07  Horner plots are used in the industry as part
08  of normal pressure transient analysis to
09  identify reservoir properties such as the
10  KD's thickness --
11      Q.      Right.
12      A.      -- and --
13      Q.      Right.
14      A.      -- whether there are boundaries
15  near the well.
```

Page 50:24 to 51:01

```
00050:24      Q.      (BY MR. GLADSTEIN)  And then
25  your dimensions of your -- of your reservoir
00051:01  are an output; is that right?
```

Page 51:03 to 52:19

```
00051:03      A.      Pressure transient analysis as
04  undertaken normally in the industry makes
05  assumptions or -- or uses measured data as
06  input parameters.
07      Q.      (BY MR. GLADSTEIN)  Right.
08      A.      Parameters such as the fluid
09  viscosity.
10      Q.      That's what I'm talking about.
11      A.      The thickness of the reservoir.
12      Q.      Right.
13      A.      The initial -- you know, your
14  estimate for permeability, the porosity of
15  the reservoir.
16      Q.      Right.
17      A.      The -- the rock compressibility.
18      Q.      Right.
19      A.      The fluid compressibility.
20      Q.      Right.
21      A.      The water's compressibility.
```

```
       22              I'm probably missing a few, but
       23    there are a number of these input parameters
       24    that you use.  You then match the -- the
       25    shape of the Horner plot against the pressure
00052:01    data that you've measured, so -- and you
       02    change some of these input parameters to fit
       03    and to -- to -- to match the -- the Horner
       04    plot distance from the boundary.
       05         Q.    Yeah.
       06         A.    The traditional -- the
       07    traditional output from a pressure transient
       08    analysis --
       09         Q.    Right.
       10         A.    -- is KH over Mu or KH, the
       11    reservoir permeability times thickness
       12    product.  And the skin or damage in the near
       13    wellbore area.  The location of the gauge in
       14    the Macondo incident meant that the con- --
       15    the -- the analysis was significantly more
       16    complicated than -- than in standard industry
       17    practice.
       18         Q.    Okay.  The gauge being near the
       19    BOP?
```

Page 52:21 to 53:05

```
00052:21         Q.    (BY MR. GLADSTEIN)  Is that what
       22    you're talking about?
       23         A.    The gauge was on the capping
       24    stack, and normal -- in normal industry
       25    practice, one would use a subsurface gauge
00053:01    that was close to the perforations.
       02         Q.    Right.
       03         A.    And you'd also have
       04    well-established perforation thicknesses as
       05    well, and this well was not perforated.
```

Page 56:07 to 56:15

```
00056:07         Q.    Okay.  Then you say, "The
       08    Government gave permission for the well to be
       09    shut-in for two days using the capping stack;
       10    after that the government wanted the well
       11    re-opened to avoid the possibility of a
       12    subsurface blow-out due to an integrity
       13    failure."
       14              Is that what you've been
       15    describing?
```

Page 56:18 to 58:05

```
00056:18         A.    I've been describing a number of
       19    things, but what --
```

```
         20        Q.      What is this last sentence
         21  referring to?
         22        A.      Okay.  This last sentence --
         23  and, again, this was written for my
         24  performance appraisal to my boss who was
         25  not -- was -- is based in London, was based
00057:01  in London, and was unfamiliar with what was
         02  actually going on in the incident.
         03        Q.      Right.
         04        A.      What we were saying here is
         05  that, you know, it was my understanding at
         06  the time --
         07        Q.      Yeah.
         08        A.      -- and I was in the meetings
         09  that --
         10        Q.      Yeah.
         11        A.      -- they would say, okay, you can
         12  shut-in for two days --
         13        Q.      Yeah.
         14        A.      -- and if we can't tell whether
         15  this is not leaking out in the well -- out of
         16  the well, then we're going to have to open it
         17  up again.
         18        Q.      Yeah.
         19        A.      And -- and then they let us --
         20  the government permitted us to keep it in
         21  shut-in for a couple more days as we did a
         22  number of different monitoring techniques to
         23  see if there was any evidence for -- for a
         24  lack of well integrity, and that -- that
         25  monitoring, most of which was outside my area
00058:01  of expertise, but included things like
         02  seismic --
         03        Q.      Right.
         04        A.      -- and -- and other -- other --
         05  other things that were being looked at.


Page 58:16 to 59:05

00058:16        Q.      (BY MR. GLADSTEIN)  Okay.  So
         17  after a brief break we're -- we're back.
         18  Mr. Merrill, we're going to continue with
         19  your performance evaluation, then we're going
         20  to move on.  I think we were -- the next
         21  sentence we were looking at is a sentence
         22  that says, "In large part to the evidence
         23  from the daily interpretation of the Horner
         24  plot, the government extended permission to
         25  keep the well closed and ultimately permitted
00059:01  BP to use the 'static kill' rather than wait
         02  for the relief well to finish."  So is it
         03  your belief that it was the Horner plot that
         04  was the -- in large part the reason why the
         05  government allowed the well to remain closed?
```

Page 59:07 to 59:22

```
00059:07      A.      This is my performance
     08 appraisal.
     09      Q.      (BY MR. GLADSTEIN)  Right.
     10      A.      And so I'm telling my boss of
     11 all the great things I've done during the
     12 year.
     13      Q.      Right, right.
     14      A.      And I do believe the Horner plot
     15 played a role to -- to the decision to permit
     16 the well to be -- for the success of the
     17 wellbore integrity test.
     18      Q.      Yeah.  And you -- now, you --
     19 you are, you know, talking to your boss.  But
     20 I assume you're -- you're not going to be
     21 telling things to -- to your boss that you
     22 believe are not correct, right?
```

Page 59:24 to 60:22

```
00059:24      A.      No, I -- I always tell the truth
     25 to people I deal with, including my boss.
00060:01      Q.      (BY MR. GLADSTEIN)  Right.  And
     02 then the last line says, "Given that fines
     03 under the Clean Water Act run" 1,100's
     04 barrels -- bbl, what do you mean by bbl?
     05      A.      Barrel.
     06      Q.      Okay.  Per barrel?
     07      A.      Per barrel.
     08      Q.      "This effort," in bold, "saved
     09 the company additional fines, between"
     10 660 million and 2.75 billion "(even if
     11 criminal negligence is not determined)."
     12 What did you mean by that phrase "even if
     13 criminal negligence is not determined"?
     14      A.      I don't actually recall what I
     15 meant by that phrase.  My understanding,
     16 however, that criminal negligence, whatever
     17 that is -- actually, I don't think that's the
     18 right term -- but that the fines could go up.
     19 And I do not recall the basis for this
     20 calculation.  So please don't ask me that
     21 because I do not remember the basis of that
     22 calculation.
```

Page 66:20 to 66:22

```
00066:20      Q.      And we can mark Tab 53 as your
     21 next exhibit.
     22      A.      10823.
```

Page 76:20 to 76:21

00076:20       Q.     Okay.  You're an expert within
      21  BP on reservoir modeling; is that correct?


Page 76:23 to 78:14

00076:23       A.     Would you be more specific about
      24  "modeling."
      25       Q.     (BY MR. GLADSTEIN)  Okay.
00077:01  What -- what does the term "reservoir
      02  modeling" mean to you?
      03       A.     Reservoir modeling can
      04  "encorpus" -- encompass a wide range of
      05  activities.  At one end -- at the simplest
      06  end, just doing a hand calculation invokes a
      07  mental model of the reservoir.
      08       Q.     Okay, right.
      09       A.     More commonly, more colloquially
      10  when we say "reservoir modeling" we are
      11  usually referring to either reservoir
      12  simulation or -- or other computer-aided
      13  models of the reservoir flow system.
      14       Q.     So what are the main software
      15  packages that you work with for reservoir
      16  modeling?
      17       A.     Could you be more specific as to
      18  time frame that we're interested in here?
      19       Q.     During the incident period.
      20       A.     During the incident I -- I know
      21  that I used a package called MBAL by
      22  Petroleum Experts, which is for material
      23  balance modeling; I used a package called
      24  PROSPER, which is for wellbore model -- flow
      25  modeling; I used the reservoir simulation
00078:01  package called VIP, which we've already
      02  described as being a product of Landmark
      03  Graphics; I used a package called REVEAL,
      04  which was also a reservoir simulation
      05  package, but I was not very adept at using it
      06  and I discontinued its use.  I don't think
      07  any results or conclusions were made from
      08  that usage.  And I used the PIE, pressure
      09  transient modeling package as well; and I
      10  also believe that I used the RACE pressure
      11  transient modeling package, which is a BP
      12  extension of the PIE code.  There may be
      13  additional modeling packages which I used but
      14  I cannot immediately think of.


Page 82:08 to 82:17

00082:08       Q.     Now, BP also uses models to
      09  estimate or predict flow of fluids through

```
10   wellbores, right?
11        A.     Yes, sir.
12        Q.     And that's a different kind of
13   modeling than the reservoir modeling that --
14   that you do; is that right?  I mean, you're
15   modeling the reservoir; whereas, there are
16   other people who model what's happening in --
17   in the wellbore; is that correct?
```

Page 82:19 to 82:20

```
00082:19       A.     Are we talking about the time
20   period of the incident --
```

Page 83:10 to 83:20

```
00083:10       Q.     Yeah, let's confine ourselves to
11   the incident.
12        A.     -- we were -- we were -- I was
13   dealing primarily with just the flow in the
14   reservoir; although, as I already said, I was
15   using the Prosper models that had been
16   developed by other people for various things
17   at various points during the -- the incident.
18        Q.     Okay.  Do -- so what were the
19   main wellbore models that were used during
20   the incident?
```

Page 83:22 to 84:14

```
00083:22       A.     I don't know what you mean by
23   "main wellbore models."  The models that I'm
24   aware were used --
25        Q.     (BY MR. GLADSTEIN)  Okay,
00084:01   let's --
02        A.     -- are PROSPER and -- and GAP as
03   well, which is a -- a network simulator that
04   goes with PROSPER, and I know we also used
05   PIPESIM, although I -- I don't know how to
06   use PIPESIM.  That's a -- I didn't know how
07   to use PIPESIM and I still don't know really
08   how to use it, which is another product to do
09   hydraulic calculations.  And I believe we
10   also used OLGA as well, which is a transient
11   hydraulic pipeline flow simulator.  And those
12   are the ones I'm aware of.  I don't know the
13   rank of each of these -- these simulators in
14   use during the -- during the incident.
```

Page 85:15 to 85:17

```
00085:15       Q.     So I ask you to direct your
16   attention to Tab 4.  So during the incident,
```

```
        17  you prepared --
```

Page 85:20 to 88:09

```
00085:20  MR. GLADSTEIN:  Yes, I apologize.  Yes.
      21  So let's have that marked as the next
      22  exhibit.
      23         THE WITNESS:  01826.  Okay.  Let me
      24  take a look at this, please.
      25         Q.     (BY MR. GLADSTEIN)  Okay.  Now,
00086:01  I think -- is it -- is it 101826?
      02         A.     10826 is what it says.
      03         Q.     Okay, good.  Okay.  Yeah.  So,
      04  yeah, please take a look at that.
      05         A.     Yes, sir, I've made myself
      06  familiar with this tab.
      07         Q.     Okay.  Can you identify the
      08  document?
      09         A.     It is a document that was
      10  prepared prior to the top kill in May.
      11         Q.     Okay.
      12         A.     And the purpose of the document
      13  was to discuss the likely range of shut-in
      14  pressures that would have been obtained if
      15  you -- if the top kill had been successful.
      16         Q.     Okay.  And are you the author of
      17  the document?
      18         A.     It was issued by me.  We had a
      19  number of contributors, but I -- I held the
      20  pen for the drafting of the note.
      21         Q.     Okay.  So you -- this is called
      22  a "Macondo Technical Note"; is that right?
      23         A.     Yes, sir.
      24         Q.     And in the course of my review,
      25  and you'll see today, that you were listed as
00087:01  the issuer of several Macondo notes.  Do you
      02  recall issuing several Macondo notes during
      03  the incident?
      04         A.     I rec- -- I issued several notes
      05  and revisions to those notes.
      06         Q.     Yes.
      07         A.     This draft is -- is this the
      08  last version of this document, to your
      09  knowledge?
      10         Q.     I -- I am not sure because I
      11  have seen a number of -- of drafts myself.
      12  But this is the one I'm asking you about.
      13         A.     Okay.
      14         Q.     So when -- what I'm trying to
      15  establish for purposes of this technical note
      16  and others that we'll see is what your
      17  role -- and I guess your role may change from
      18  technical note to technical note, and you may
      19  not remember specifically what your role is,
      20  but I'm just trying to get a general sense.
```

```
     21  When it says "issued by," does that mean that
     22  you -- that you penned it, that you wrote it,
     23  or did somebody else write it and you signed
     24  off on it?  I mean, how does that work?
     25       A.    I wrote this note.
00088:01       Q.    Okay.
     02       A.    I wrote this note.
     03       Q.    Okay.
     04       A.    With -- but the contributors all
     05  reviewed it and were in agreement with the
     06  conclusions.
     07       Q.    Now, I -- I'd like you to turn
     08  to Tab 3.
     09       A.    3?
```

Page 88:12 to 88:25

```
00088:12       Q.    Which -- which already has an
     13  exhibit number on it.  Because it already has
     14  an exhibit number, we're not going to put
     15  exhibit numbers on.  This is Exhibit
     16  No. 9325.  And I'd like you to review this
     17  exhibit, which is called "Well Performance
     18  Modeling of the Macondo Well April/May/June
     19  2010 EPT/GoM Exploration Teams," and it lists
     20  a number of people, including yourself.  Is
     21  there a relationship between Tab 3 and Tab 4?
     22       A.    All right, let me review Tab 3.
     23       Q.    Right.
     24       A.    I do not believe I've seen this
     25  document before.
```

Page 89:05 to 89:07

```
00089:05       Q.    (BY MR. GLADSTEIN)  Is there a
     06  relationship between Exhibit 9325, which is
     07  Tab 3, and Exhibit 10826, which is Tab 4?
```

Page 89:10 to 89:15

```
00089:10       A.    I don't recall the document in
     11  Tab 3.  I -- I did not have a hand -- but my
     12  name is on the cover.  I may have provided
     13  data that was input to the results and -- and
     14  the modeling work, but I do not recall this
     15  document.
```

Page 89:19 to 91:15

```
00089:19       Q.    Okay.  So looking at Tab 4,
     20  Exhibit 10826, it says, "Question Addressed
     21  in This Technical Note:  As BP is currently
     22  evaluating kill options for the Macondo well,
```

```
         23  this technical report addresses the following
         24  questions:  What is the likely range of
         25  shut-in pressures at the well head (SWIHP)?"
00090:01              And then the second bullet is,
         02  "What probability of occurrence can be
         03  assigned to each of the calculation methods?"
         04              Now, when it's talking about
         05  each of the calculation methods, what is it
         06  referring to there?  Is that what you're
         07  referring -- is that from Page 5 where it
         08  says "Model Results of Shut-In Pressure For
         09  Macondo Well"?
         10         A.     If you --
         11         MR. RIDGE:  Object to the form.
         12         A.     (Continuing)  If you refer to
         13  Exhibit 99018 -- or it's not an exhibit; it's
         14  the document number -- it's an Excel
         15  spreadsheet, and you'll note that under the
         16  first column, it describes the sand pressure
         17  that was modeled and what that -- on the
         18  basis of that modeling what the shut-in
         19  wellhead pressure would be.  The tool used to
         20  estimate that shut-in wellhead pressure, the
         21  sort of PVT data that was used -- under
         22  correlation, for example, equation of state
         23  or tables -- and the type of grading that was
         24  present in the well at the calculation.  And
         25  you'll note that there are a number of tools
00091:01  here used:  PIPESIM; PROSPER; Excel, which is
         02  the spreadsheet; OLGA; and GAP.
         03         Q.     (BY MS. GLADSTEIN)  So that's
         04  what you were referring to when -- on your
         05  second bullet there when you say "each of the
         06  calculation methods"?
         07         A.     The purpose of this note was to
         08  establish the range -- the expected range of
         09  what the likely shut-in wellhead pressure
         10  would be at this point in time --
         11         Q.     Okay.
         12         A.     -- late May or middle of May.
         13  When exactly?  Middle of May when -- when we
         14  were asked to estimate what the shut-in
         15  wellhead pressure would be.
```

Page 91:21 to 91:22

```
00091:21         Q.     Okay.  Okay.  Look at -- let's
         22  look at Tab 5, please, and --
```

Page 91:25 to 93:01

```
00091:25         A.     Sure, 10827.
00092:01         Q.     Okay.  And this is a different
         02  technical note titled "Gas Flow and Gradient"
```

```
03   issued by you May 25, an A - DRAFT.  What --
04   what was at issue here?
05          A.     Let me familiarize myself with
06   the document here.
07                 Throughout the incident, as
08   we've discussed already, the integrity, the
09   state of the burst disks were of primary
10   concern because we didn't want to
11   overpressure the burst disks if they -- they
12   were intact to actually cause them to -- to
13   burst and permit fluid to leave the well.
14                 And the -- the burst disks had a
15   certain rating, and we were working to ensure
16   that whatever we did to the top of the -- of
17   the reservoir to shut-in the well, we would
18   not exceed that rating, and so this was
19   calculating the pressures that would exist at
20   the -- at the burst disks, given a -- a
21   scenario in which gas sands were open to flow
22   in the well.
23          Q.     All right.  All right.  Looking
24   at the next exhibit, Tab 6, let's mark that
25   next exhibit number.
00093:01         MR. RIDGE:  It's 10828.
```

Page 94:06 to 94:14

```
00094:06         Q.     Okay.  So it's from Mason and he
07   says, "Andy
08                 "My team have done most of the
09   Prosper modelling for Maconda.  Bob Merrill
10   has led the key work associated with the
11   SIWHP calculations - a critical aspect of
12   this operation."
13                 Do you believe that's a correct
14   characterization of -- of your role there --
```

Page 94:16 to 95:09

```
00094:16         Q.     (BY MR. GLADSTEIN)  -- as of
17   May 26th?
18          A.     I know that I led a team that
19   investigated that -- that aspect of the
20   Macondo -- of the Macondo incident at this
21   time.  I'm happy to see that Mike considered
22   it was key.
23          Q.     Okay.  All right.  So let's look
24   now at Tab 7, which we're not going to have
25   to mark because it's already marked as
00095:01  Exhibit 9314.
02                 Now, this is an e-mail from
03   yourself, dated June 15; subject:  Depletion
04   Rates; to -- to Kate, and I believe that's
05   Kate Baker.  And, Ms. Baker, I think we
```

```
06   already discussed, she was the head of the BP
07   science team; is that a correct
08   characterization for purposes of the
09   incident?
```

Page 95:12 to 95:15

```
00095:12        A.      Kate led the liaison efforts
      13   with the government science team.  I don't
      14   think she was head of the team in a strict
      15   sense.
```

Page 96:20 to 99:04

```
00096:20        Q.      (BY MR. GLADSTEIN)  No, no, no.
      21   What was -- what was the -- what were you
      22   trying to convey to Ms. Baker with your --
      23   your e-mail, in substance?
      24        A.      The e-mail or the attached note?
      25        Q.      No, let's first talk about the
00097:01   e-mail, and then we're going to talk about
      02   the note.
      03        A.      Okay.  I was -- this was a cover
      04   to the attached note.
      05        Q.      Yes.
      06        A.      And throughout the incident, I
      07   never actually attempted to calculate how
      08   much the well was flowing.  You can run
      09   reservoir simulations in a fashion that you
      10   specify the flow rate.
      11        Q.      Exactly.
      12        A.      And so I would specify the flow
      13   rate in the reservoir simulator --
      14        Q.      Right.
      15        A.      -- and let it calculate all
      16   the -- you know, the --
      17        Q.      Yeah.
      18        A.      -- the -- the other parameters,
      19   and this was done in large part because we
      20   did not have a full understanding of the
      21   system to actually have much faith in our
      22   flow rate estimates that -- at that time.
      23              And what I meant in this note
      24   here is that I was actually asked to increase
      25   the rate, because I had run it at certain
00098:01   lower rates --
      02        Q.      Yeah.
      03        A.      -- that were specified to me.
      04        Q.      Yes.
      05        A.      And someone said, well, what if
      06   the rate's higher?
      07              I said, well, I'll put it in the
      08   simulator and I'll run at higher rates as
      09   well.
```

```
      10      Q.     Yeah.
      11      A.     So I did, at 1680.
      12      Q.     Yeah.
      13      A.     However, the note here about
      14  equivalent diameter is that I did have a
      15  tubing string in the -- in the well, in
      16  simulation, and in order to -- it's not
      17  because I knew what the flow path was.  It
      18  was just because I wanted to be able to
      19  reference things to what was being observed
      20  on the surface.
      21             And in order to get the proper
      22  pressure drop -- because pressure drop is
      23  a -- a function of the diameter of the tubing
      24  in the string, is I believe I had to make the
      25  diameter of the string quite large to lessen
00099:01  the frictional pressure drop going up the
      02  wellbore at these rates of 60 and 80 mbd, so
      03  that it had to be larger than what we thought
      04  was in the -- in the well.
```

Page 99:20 to 100:17

```
00099:20      Q.     (BY MR. GLADSTEIN)  Okay.
      21  Mr. Merrill, we were looking at Tab 7,
      22  Exhibit 9314.  We looked at the e-mail.  Now
      23  we're going to start to look at the "Macondo
      24  Technical Note," titled "Depletion Rates"
      25  issued by yourself, June 15, 2010, draft A.
00100:01  What was the purpose of this -- of this
      02  technical note?
      03      A.     The purpose of this technical
      04  note was to determine the upper bound of rate
      05  and not see reservoir depletion effects at
      06  the BOP.  The -- the context for this note
      07  was that the existing instrumentation on the
      08  well that had been in place during the
      09  incident itself wasn't giving readings that
      10  anybody believed or they weren't sure whether
      11  they could believe it.
      12      Q.     This is the gauge that was below
      13  the BOP?
      14      A.     I'm not exactly sure where it
      15  was on the -- on the structure.
      16      Q.     But associated, near the BOP?
      17      A.     Yes.
```

Page 100:19 to 103:03

```
00100:19      Q.     (BY MR. GLADSTEIN)  Okay.  I'm
      20  sorry, I interrupted you.
      21      A.     It was somewhere in the flow
      22  stream.
      23      Q.     Yeah.
```

```
24        A.     I'm not exactly sure where.
25        Q.     Okay.  And when you say that the
00101:01 purpose was to determine the upper bound of
02  rate, of flow rate, when you say "rate"
03  you're talking about flow rate, right?
04        A.     Yes, sir.
05        Q.     Yeah.  The upper bound of flow
06  rate and not see reservoir depletion effects.
07  What do you mean by reservoir depletion
08  effects?
09        A.     The -- well, reservoir depletion
10  effects is once the pressure wave in a
11  reservoir because of production reaches the
12  outer boundaries of the reservoir, the system
13  goes into what's called pseudo steady state.
14  And then for each psi of drop in the
15  reservoir you also should see a -- a psi drop
16  in the bottom hole flowing pressure.  And
17  although the fluid friction and everything in
18  the wellbore can confuse things somewhat, you
19  should also start seeing depletion up at the
20  wellhead as well.  And the -- as stated here
21  in the third paragraph, the report,
22  "pressures at the BOP were uncertain."
23        Q.     Okay.  Where do you see that?
24        A.     Right below the big D in draft
25  for discussion, the next paragraph.  The
00102:01 reported pressures at the BOP are
02  uncertain --
03        Q.     Right.
04        A.     -- and subject to further
05  correction.
06        Q.     Okay.  And then you say, "Cecil
07  has considered the issue and reports that the
08  depletion rate at the BOP is between 8 and
09  13 psi per day."  Okay.  And do you -- do you
10  have any way of assessing the reliability of
11  that range?
12        A.     No, sir, I did not, directly
13  assess the reliability of the pressure
14  measurements at the BOP.
15        Q.     Okay.  He -- he gave you that
16  information, and then what did you do with
17  the information?
18        A.     I then took the -- the -- a
19  range of flow rates from 20,000 to 80,000
20  barrels a day, and I don't recall the exact
21  spacing of the flow rates.  So we could
22  deduce it from the graph.  And using a
23  hydraulic table from this PROSPER model and
24  looking at various aquifers and reservoir
25  skin, damage -- near wellbore damage around
00103:01 the well, calculated what one would expect to
02  see at the wellhead at a given depletion
03  rate, at a give -- at a given flow rate.
```

Page 104:17 to 105:12

```
00104:17        Q.      You used flow rate as an input?
      18        A.      As an input.
      19        Q.      Okay.  And so where did you get
      20  this range of 20 to 80?
      21        A.      It was provided to me.
      22        Q.      Okay.  Do you know who gave it
      23  to you?
      24        A.      It would have been Kate Baker.
      25        Q.      Okay.  So -- so she said to you
00105:01  something to the effect of I'd like you to --
      02  to run the simulation for a range of, you
      03  know, 20,000 to 80,000 stb per day?
      04        A.      Yes, sir.
      05        Q.      And then -- then you -- then you
      06  had some conclusions here, which was, at the
      07  top, "The key conclusion is that the observed
      08  depletion rate is consistent with flowrates
      09  between" 20 stb per day and 40 stb per day;
      10  is that right?
      11        A.      Yes, sir, that's what I wrote
      12  here.
```

Page 107:17 to 109:07

```
00107:17        Q.      So now let's go to what we'll
      18  mark as Tab 12 what -- no, I'm sorry.  Wait a
      19  minute.  Let's just go to Tab 12.  Let's mark
      20  12 as our next exhibit number.
      21        MR. RIDGE:  10829.
      22        A.      10829.
      23        Q.      (BY MR. GLADSTEIN)  Thank you.
      24  All right.  So -- so this appears to be
      25  "Macondo Technical Note" titled "Depletion
00108:01  Rates" issued by "Bob Merrill, June 15, 2010,
      02  Version:  A-DRAFT," which is the same title
      03  as the last document.  That one's from Tab 7;
      04  is that correct?
      05        A.      Tab 7.  It looks odd to me, yes.
      06  It has exactly the same title, yes, sir.
      07        Q.      Okay.  Now, turn to the second
      08  page of Exhibit 10829.  And look at -- under
      09  "Key Conclusions" it says, The conclusion is
      10  that the observed depletion rate is
      11  consistent with flowrates between 24,000 stb
      12  per day and 70,000 stb per day, and compare
      13  that to the first sentence of the key
      14  conclusions under -- under Tab 7, which said
      15  between 20,000 stb per day and 40,000 stb per
      16  day.  Do you see that?
      17        A.      Yes, sir.
      18        Q.      Do you -- do you know why the
      19  numbers are changed from the Tab 7 version
```

```
     20   and the Tab 12 version?
     21        A.    I recall that when I issued the
     22   previous note for review we had a discussion
     23   and it came out in the discussion that I
     24   really ought to have been using a different
     25   input parameter.  I'd have to look at the two
00109:01   sets of input parameters.
     02        Q.    Okay.
     03        A.    And so I revised the study to
     04   change that parameter, but I don't recall
     05   which parameter it was.
     06        Q.    Could --
     07        A.    I wasn't --
```

Page 110:18 to 111:08

```
00110:18       Q.    (BY MR. GLADSTEIN)  Okay.  All
     19   right.  So then just to complete the loop on
     20   this, if we go to Tab 8, we --
     21        A.    8.  I'm sorry.
     22        Q.    Yeah, Tab 8.  Let's mark that as
     23   an exhibit there.
     24        A.    10830.
     25        Q.    Tab 8 is the "Macondo Technical
00111:01   Note" titled "Depletion Rates" issued by Bob
     02   Merrill, date June 15.  This is draft B.
     03        A.    Uh-huh.
     04        Q.    And if you go to the second page
     05   under "Key Conclusions," you're still
     06   concluding with an adjusted flow rate of
     07   something between 24,000 and 70,000 stb per
     08   day; is that right?
```

Page 111:10 to 111:17

```
00111:10       A.    Would you repeat the question.
     11        Q.    (BY MR. GLADSTEIN)  Okay.  If
     12   you go to the second page under "Key
     13   Conclusions," you are still concluding with
     14   an adjusted flow rate, in other words, I mean
     15   adjusted from 20 to 40, up to this flow rate
     16   of something between 24,000 and 70,000 stb
     17   per day, correct?
```

Page 111:19 to 112:06

```
00111:19       A.    The conclusion states that given
     20   the input parameters of this model and the --
     21   the hydraulic configuration and all of the
     22   parameters that went into this model, the
     23   observed depletion at the gauge -- well,
     24   the -- the observed depletion in the model
     25   could be consistent with what the gauge was
```

```
00112:01  indicating between these two flow rates.
      02          Q.     (BY MR. GLADSTEIN)  Of 74,000 --
      03          A.     No, 24 and 70.
      04          Q.     Yes, correct, I'm sorry.  24,000
      05  and 70,000, right?
      06          A.     That is what I concluded.
```

Page 112:12 to 112:16

```
00112:12          Q.     (BY MR. GLADSTEIN)  So on your
      13  initial draft the -- the depletion rate
      14  equalled negative 3.043, et cetera, and on
      15  this one it equals negative 2.275, et cetera;
      16  is that -- is that right?
```

Page 112:18 to 115:25

```
00112:18          A.     The -- these squares fit for
      19  the -- for the line changed.  It's the same
      20  as in Tab 12.
      21          Q.     (BY MR. GLADSTEIN)  Yes.
      22          A.     And presumably due to the change
      23  in input parameters that we previously
      24  discussed.
      25          Q.     Right.
00113:01          A.     I don't know exactly -- I can't
      02  say why it changed except that the some of
      03  the input parameters changed or the range of
      04  cases changed or --
      05          Q.     Okay.
      06          A.     -- something changed between the
      07  very first draft --
      08          Q.     Yeah.
      09          A.     -- and then these later drafts.
      10          Q.     Okay, good.  All right.  Let's
      11  go to Tab 9.  Let's mark this as our next
      12  exhibit.
      13          A.     Oh, I'm sorry.  10831.
      14          Q.     Thank you.  Do you know who
      15  Mr. Burch is?
      16          A.     Bill Burch was a -- someone
      17  working with one of the well control
      18  companies.  I don't exactly remember which
      19  well control company he was working with.  He
      20  was drilling the -- he was -- I know he was
      21  on the team drilling the relief well.  Ah, on
      22  the back here it says "Wild Well Control,"
      23  so...
      24          Q.     Why don't we look at this in
      25  conjunction with the next tab, which is
00114:01  Tab 10, and let -- let's mark that as our
      02  next exhibit, 10832.
      03          A.     10832.
      04          Q.     So on Tab 10, 10832, do -- do
```

```
05  you see your e-mail June 17, 2 -- responding
06  to Mr. Burch's e-mail below; that is, Tab 9?
07      A.    Yes, sir.
08      Q.    So Mr. -- Mr. Burch says back in
09  Tab 9, "I appreciate your time so if you're
10  busy with other project, this isn't
11  important.  But my curiosity has me thinking
12  (which can be quite dangerous...)  If we
13  assume that the M56 sand package is the main
14  flow source and depending on the flow path:
15  Production casing annulus to the seafloor,
16  the OLGA simulations are suggesting
17  approximately 43,000 barrels per day to"
18  the -- to "the seafloor.  Production casing
19  only through a failed flow 63,000 barrels per
20  day and, Both production casing and annulus,
21  87,000 barrels per day."
22          Let -- let's see how you respond
23  to that.  You -- you -- on Tab 10 you say,
24  "Bill:  I've cc'd Steve Willson on this, as
25  he'd be the one who can speak authoritatively
00115:01  regarding geomechanics.  I have performed
02  reservoir depletion calculations for
03  flowrates" from 80,000 -- from 20,000 to
04  80,000 barrels per day.
05          So do you believe that's
06  referring back to the depletion memo that we
07  were just talking about, in your technical
08  note?
09      A.    Yes, sir, I do.
10      Q.    Okay.  I was looking for
11  consistency with pressure measurements at the
12  BOP.  And that's what we discussed, correct?
13      A.    Yes, sir.
14      Q.    Okay.  "The observed depletion
15  at the wellhead is 8 - 13 psi per day."  If
16  we assume that the flowpath within the
17  wellbore isn't changing (no burst disks),
18  this is consistent with flowrates between 24
19  and 70,000 barrels per day.  Do you -- do you
20  believe that that's what you thought at the
21  time?  Is this --
22      A.    That -- those were the results
23  of the simulations which I had performed at
24  Kate's request, and I'm reporting them to
25  Bill -- Bill here.
```

Page 116:17 to 117:02

```
00116:17     Q.    (BY MR. GLADSTEIN)  I'm trying
18  to get at -- maybe I'm not asking the
19  question well.  So what do you think -- is
20  that sentence here says the wide range -- and
21  this is from you, is due to uncertainty
22  regarding the size and strength of the
```

```
23  aquifer.  So my question is - that --  are
24  you saying here that you believe that the
25  wide range in flow rates between 24 and 70
00117:01  is -- is due to uncertainty related to the
02  size and strength of the aquifer?
```

Page 117:05 to 118:13

```
00117:05      A.      What I'm saying here is that
06  based on the input model parameters and the
07  sensitivities that were run, the sensitivity,
08  the wide range in where the flow rate
09  would -- you know, was consistent with the
10  data, with the -- with the observations at
11  the -- at the wellhead where the -- where
12  the -- okay.
13              With the input parameters that
14  were used in this model the key parameters
15  that were being changed were flow rate and
16  aquifer size.
17      Q.      (BY MR. GLADSTEIN)  Right.
18      A.      So the -- the range
19  inconsistency on flow rates, you know, the
20  reason that a high rate would be consistent
21  as well as a low flow rate would be
22  consistent with what we believed were the
23  observations at the -- what were the
24  observations at the wellhead at the time was
25  because of how much aquifer I was adding to
00118:01  the system --
02      Q.      Right, okay.
03      A.      -- in the reservoir simulation
04  model.
05      Q.      Yes.
06      A.      I'm not actually opining on
07  whether that is the reason for a wide range
08  of flow rates.
09      Q.      But based upon the model runs,
10  that would account for --
11      A.      Based upon the results, this is
12  how I was changing the reservoir model as
13  a -- as a function of these runs.
```

Page 118:25 to 119:03

```
00118:25      Q.      The -- the size and the strength
00119:01  of the aquifer was the main variable that
02  impacted on the -- the range of the rate,
03  based upon the model results?
```

Page 119:05 to 120:21

```
00119:05          A.      The aquifer and the rates were
```

```
06  the only changes that were made to the model.
07        Q.     (BY MR. GLADSTEIN)  Yeah.
08        A.     And therefore the -- the results
09  are in response to those changes in aquifer
10  that were made as part of the simulation
11  effort.
12        Q.     Okay, thank you.  Let's take a
13  look at Tab 11, if we could, which is already
14  marked as Exhibit 6200.
15        A.     Okay.
16        Q.     So the -- the subject line of
17  the -- of the first e-mail is -- the top
18  e-mail is "RE:  Disposal well for MC252."
19  It's from Henry Nickens (Contractor) to
20  Robert Merrill and some other individuals.
21  And Mr. Nickens says, "Attached is the
22  predicted injection rates from Macondo to
23  MC296#1 based on the injectivty indices and
24  reservoir pressure provided by Bob.
25              "I assumed two Macondo
00120:01  productivities (Macondo 35 MBD and 60 MBD
02  cases from study of Top Kill 3) and a 10,000
03  feet 8-inch flowline connecting the wells."
04  Calculation of injection rates were done for
05  three cases for each Macondo
06  productivity-min, max and best estimate.
07  "These are maximum rates-from Bob's note,
08  erosion could be a problem for the Upper
09  Sand, and flow choke will be required."
10              And then -- and then below that
11  you have a note to Hugh, it says, I enclosed
12  the draft note on the suitability of the
13  MC206#1 for oil disposal.  "The volumes will
14  depend on the arrival pressure, but the
15  well's completion will limit injection if we
16  wish to avoid erosion."  For an arrival
17  pressure of approximately 2,000 psi, one
18  could inject about 10,000 barrels per day.
19              What's happening here when we're
20  talking about injection?  What was that
21  referring to?
```

Page 120:25 to 121:21

```
00120:25      Q.     (BY MR. GLADSTEIN)  Go ahead.
00121:01      A.     Okay.  I think I already
02  mentioned that we had discussed injecting
03  hydrocarbons from Macondo into a suitable
04  nearby well by laying a pipeline between the
05  two -- the two wellheads and injecting.  And
06  296 No. 1 -- and I don't recall if this was
07  17 HANDS or Rigel or one of the other ones
08  that was mentioned, I don't remember which
09  one, what is actually configured as a -- as a
10  production well, and it had certain wellbore
```

```
11  fittings in it that would limit its
12  suitability as an injection well.  And that's
13  the erosion that's -- that's referred to in
14  my note which talks about how the flow path
15  would be in the wellbore because the way it's
16  set up -- the way it was set up, if you
17  reversed the flow, you'd actually have liquid
18  impinging against the side of the well and
19  that could lead to a loss of integrity,
20  because you usually want flow to be parallel
21  to the flow path.
```

Page 122:15 to 122:19

```
00122:15       Q.     All right.  Do you see un- --
      16  under the 35 mbd Macondo and under the 60 mbd
      17  Macondo, there is the abbreviation "PI"?
      18       A.     Yes, sir.
      19       Q.     Do you know what "PI" refers to?
```

Page 122:21 to 123:11

```
00122:21       A.     Commonly, and it appears in this
      22  context that PI would refer to productivity
      23  index.
      24       Q.     (BY MR. GLADSTEIN)  Okay.  What
      25  does that term mean to you?
00123:01       A.     The productivity index is an
      02  assumption and a simplification that is used
      03  in reservoir engineering to -- to model flow
      04  from wells in pseudo steady state flow.  It
      05  is defined as the flow rate in stock tank
      06  barrels per day or barrels per day, it has
      07  various definitions, divided by the drawdown
      08  of the well.
      09       Q.     So does -- is PI defined
      10  differently in different -- in different
      11  models?
```

Page 123:13 to 123:16

```
00123:13       A.     If -- if -- if -- if all -- if
      14  all the users of the term PI and PI is also
      15  used in a -- in a VIP model, is it used to
      16  represent the same information?
```

Page 123:19 to 125:23

```
00123:19       A.     I don't know -- I'm not familiar
      20  with OLGA, first of all, so I really couldn't
      21  answer your specific question.  But in my
      22  note outside the incident --
      23       Q.     (BY MR. GLADSTEIN)  Yeah.
```

```
        24        A.      -- I've seen PI actually defined
        25  a number of ways.
00124:01        Q.      Right, yeah.  But for your
        02  purposes, that's your definition of PI, flow
        03  rate divided by drawdown of the well?
        04        A.      That's normally what you see in
        05  petroleum engineering texts for pseudo steady
        06  state.
        07        Q.      Okay.  How about for a transient
        08  state?
        09        A.      Transient, the PI is going to
        10  change.
        11        Q.      You mean change over time?
        12        A.      Uh-huh.
        13        Q.      Yeah.
        14        MR. RIDGE:  You have to say "yes" or
        15  "no."
        16        THE WITNESS:  Oh, I'm sorry.
        17        A.      (Continuing)  Yes, for transient
        18  flow, the PI is a changing value.
        19        Q.      (BY MR. GLADSTEIN)  And OLGA is
        20  designed to model transient flow, isn't it?
        21        A.      You have to be very careful when
        22  you talk about what these packages are
        23  designed to model.  OLGA is designed to model
        24  transient flow in a hydraulic system of
        25  pipes, tubing, risers, and other engineered
00125:01  materials.  As opposed to, say, a reservoir
        02  simulation package, which is designed to
        03  model transient flow in a rock, in a --
        04        Q.      Oh, right.
        05        A.      -- in a physical reser- -- in a
        06  reservoir.
        07        Q.      Sure, yeah.
        08        A.      And it is important, because
        09  some of the packages mix techniques at
        10  different points.
        11        Q.      Uh-huh, yeah.
        12        A.      And I know that OLGA that was
        13  being used at this time did not model
        14  transient flow in the reservoir.
        15        Q.      Right.
        16        A.      But it did model transient flow
        17  in the pipelines and the -- and the -- the
        18  tubing.  And if you looked at my earlier --
        19  my earlier discussion of hydraulics tables,
        20  those are modeling transient flow in the
        21  reservoir, but were using steady state flow
        22  in the hydraulic tables.  So there is a
        23  mismatch.
```

Page 137:11 to 138:04

```
00137:11        Q.      Yes, thank you.  Okay.  Let's
        12  take a look at Tab 17, which has already been
```

```
13   marked as Exhibit 9322.  This is a document
14   from Mr. Mason, dated June 25, 2010, to Gary
15   Wulf, cc to a number of individuals,
16   including yourself, subject, "Well Shut-In
17   Protocol."
18         A.     Yes, sir.  May I look at it?
19         Q.     Please.
20         A.     Okay.  I have reviewed the
21   document.
22         Q.     Looking at the -- the third --
23   third page, there is a table, Question No. 1,
24   it says, "What is the range of BOP pressures
25   expected for successful shut-in?"
00138:01          And then it says who.  It says,
02   Mike Levitan, Bob Merrill, Tony Liao,
03   National Lab Team, TFN, by June 30.  Do you
04   know what the TFN stands for?
```

Page 138:06 to 138:07

```
00138:06         A.     I believe TFN was shorthand for
07   technical file note.
```

Page 138:11 to 138:17

```
00138:11         Q.     Okay.  "Will develop a family of
12   P vs Q flows for different assumptions."
13   What does that mean?
14         A.     In the context of the question
15   that's asked here, we were being asked to
16   develop a -- a range of expected pressures
17   during the wellbore integrity test.
```

Page 139:11 to 140:03

```
00139:11  What is meant by single phase
12   here?
13         A.     What this means is that the
14   reservoir was above its bubble point.
15         Q.     So when you say above the -- the
16   bubble point, is that referring to pressure?
17         A.     The reservoir pressure in the
18   scenarios that were considered was always
19   expected to be above the bubble point of the
20   fluid.
21         Q.     Right.
22         A.     And, therefore, the -- the
23   hydrocarbon fluid in the reservoir would have
24   been a single phase.
25         Q.     Which is oil as opposed to gas?
00140:01         A.     The hydrocarbon fluid in the
02   reservoir was a single phase.
03         Q.     And what was the phase?
```

Page 140:05 to 140:07

```
00140:05      A.     The PVT reports and the -- the
      06  GOR indicates that this fluid is what we
      07  would call near critical.
```

Page 140:14 to 140:14

```
00140:14      Q.     And what was the phase?
```

Page 140:16 to 140:18

```
00140:16      A.     Hydrocarbon fluid.
      17      Q.     (BY MR. GLADSTEIN)  As opposed
      18  to hydrocarbon gas, right?
```

Page 140:20 to 141:10

```
00140:20      A.     I don't understand the intent of
      21  the question, and, therefore, it's hard for
      22  me to give you a technical answer to your
      23  question.
      24           Reservoir fluids are -- are
      25  characterized in a number of ways, from black
00141:01  oils, which are quite -- very little gas-oil
      02  ratio in them, to dry gases, which have very
      03  little liquid products in them.
      04           And this particular fluid is
      05  near critical fluid, which has a lot of gas
      06  and a lot of oil in it.
      07      Q.     (BY MR. GLADSTEIN)  So why is it
      08  called single phase, then, if it's got gas
      09  and oil in it?
      10      A.     Because --
```

Page 141:12 to 141:19

```
00141:12      A.     (Continuing)  It is called a
      13  single phase because under the reservoir
      14  conditions of pressure and temperature, it is
      15  a single phase, i.e., there would be no -- if
      16  you were to take the fluid out of the ground,
      17  put it into an experimental sight, a glass
      18  with a sight in it, there would be no
      19  interphase between gas and oil.
```

Page 144:19 to 145:01

```
00144:19      Q.     We were looking at Exhibit 17,
      20  which is -- I'm sorry, Tab 17, which is
      21  Exhibit 9322.  We talked about multiphase and
```

```
22  single phase, and then we were moving on.
23  The next entry there is -- on -- on the third
24  page of this exhibit, "Closed compartment,
25  110 MM STB in place."  What does that refer
00145:01  to?
```

Page 145:03 to 145:09

```
00145:03      A.      Closed compartment at
04  110 million stock tank barrels in place
05  refers to the modeling assumptions that were
06  being used at this point?
07      Q.      (BY MR. GLADSTEIN)  Okay.  Do
08  you -- do you know where the 110 million
09  stock tank barrels in place came from?
```

Page 145:11 to 145:24

```
00145:11      A.      I was given the -- the value
12  110 million stock tank barrels in place from
13  the exploration team that had worked on the
14  well before it was drilled and it's in -- it
15  was their estimate and I don't know how to
16  characterize an estimate, but that was their
17  midpoint estimate for the amount of oil in
18  place in the res- -- the whole reservoir
19  system that they were looking at.
20      Q.      (BY MR. GLADSTEIN)  Okay.  And
21  what team gave this to you?
22      A.      The -- the exploration team.  I
23  believe that the person I actually got it
24  from was Kelly McAughan.
```

Page 150:25 to 151:01

```
00150:25      Q.      And what do you believe that
00151:01  they came up with post drilling on that well?
```

Page 151:03 to 152:03

```
00151:03      Q.      (BY MR. GLADSTEIN)  For the --
04  for the -- for the FVF/GEF?
05      A.      The formation volume factor that
06  we were using in the calculations during the
07  incident --
08      Q.      Yeah.
09      A.      -- were based on experimental
10  data --
11      Q.      Yeah.
12      A.      -- that had been collected and
13  interpreted by Yun Wang, and the formation
14  volume factor was 2.3 some -- I don't
15  remember the exact number, but 2.3 something.
```

```
16        Q.     Okay.  All right.  So you think
17   that the 110 million stock tank barrels is a
18   more reasonable estimate of the stock tank
19   barrels in place than the -- than the 185?
20        MR. BEFFA:  Object to the form.
21        MR. RIDGE:  Object to the form.
22        A.     The values here in this document
23   are not based on measured data.  The 110 is
24   based on an additional measure -- at least
25   one additional measurement.  I don't know
00152:01   exactly the prominence of 110, but it is
02   consistent with a higher formation volume
03   factor and these numbers are not.
```

Page 152:09 to 152:16

```
00152:09       Q.     Oh, I'm sorry.  Going back to
10   Tab 17, Exhibit 9322.
11        A.     Yes, sir.
12        Q.     Okay.  It's -- then after the
13   "Closed compartment, 110 MM STB in place"
14   there is a statement, "aquifer support will
15   drive pressures higher."  What is that
16   referring to?
```

Page 152:18 to 153:03

```
00152:18       A.     Okay.  Reservoir depletion,
19   which -- which is -- will determine the
20   shut-in pressure at the wellhead, depends on
21   a number of factors, including how much is
22   withdrawn from the reservoir, the physical
23   properties of the reservoir, and the fluid
24   system, the compressibility, the extent of
25   the compartment that contains the oil, and
00153:01   whether that compartment is open to aquifer
02   support.  If it's open to aquifer support,
03   the pressures would be higher.
```

Page 160:08 to 160:24

```
00160:08       Q.     (BY MR. GLADSTEIN)  Okay.  Let's
09   go to Tab 20, if we could.  This has also
10   been entered as an exhibit already.  It's
11   9317.  Looking at these -- this chain, at
12   the -- at the last e-mail is from Robert
13   Merrill to Kate Baker, June 15.  I believe
14   you've already seen this one before,
15   Mr. Merrill.  In the second -- you say, "I
16   enclose a rough draft which describes the
17   simulations used to compare the pressures
18   observed at the BOP with reservoir depletion
19   rates."  I increased the rate to 60,000 to
```

```
        20  80,000 barrels per day (which required a
        21  larger 'equivalent diameter' in the tubing).
        22  "At these rates the depletion at the well
        23  head exceeds the observed values."  Do you
        24  recall that we discussed this earlier?
```

Page 161:01 to 161:02

```
00161:01        A.    This -- this is the ones we
        02  discussed earlier.
```

Page 162:16 to 163:01

```
00162:16        Q.    (BY MR. GLADSTEIN)  All right.
        17  So then Kate Baker writes back to you,
        18  June 28, "RE:  Completion Rates, Bob what is
        19  our current view of depletion?"  Best guess
        20  is -- best guess, still in range 7 to 10 psi
        21  per day or -- and -- and you write back on
        22  the 28th to her and you say, "In the absence
        23  of more analysis, yes."
        24            So was it your understanding
        25  that at the end of June the daily depletion's
00163:01  rate was in the range of 7 to 10 psi?
```

Page 163:04 to 163:22

```
00163:04        A.    No.  What I specifically say in
        05  this note is that in the absence of more
        06  analysis there is nothing to -- no reason for
        07  us to change that estimate.  However, because
        08  I was convinced that we should be in pseudo
        09  steady state, which means that there should
        10  be a depletion of pressure in the wellbore
        11  equivalent to the depletion of reservoir in
        12  the res- -- depletion of pressure in the
        13  reservoir, it wasn't -- it -- the -- the
        14  steadiness that we were seeing at the
        15  wellhead brought that into question, and so I
        16  was questioning the validity of the data at
        17  this point.
        18        Q.    (BY MR. GLADSTEIN)  And -- and
        19  at that point we're talking about the
        20  pressure gauge at -- at the bottom of the BOP
        21  is giving you the -- the measured data,
        22  correct?
```

Page 163:25 to 164:17

```
00163:25        A.    I was talking about the pressure
00164:01  gauge on which that original data that
        02  Chris --
        03        Q.    (BY MR. GLADSTEIN)  Yeah.
```

```
04      A.      -- rec- -- we referred to in an
05 earlier discussion.
06      Q.      Yeah.
07      A.      I did not know where -- you
08 know, I don't know exactly where that data
09 came from.
10      Q.      Okay.  If you could look at
11 Tab 19.  Going to the first e-mail in this
12 chain -- oh, this is identified as
13 Exhibit 9339, Mr. Merrill.  And if you could
14 go to the first e-mail in that chain, is that
15 from Tony Liao to Mike Mason, "Simulation of
16 Rupture Disks"; do you see that?
17      A.      Yes, sir.
```

Page 170:21 to 171:14

```
00170:21      Q.      (BY MR. GLADSTEIN)  Yes.  Okay.
22 Could we look at Tab 18, please, and let's
23 mark that as an exhibit.  What exhibit number
24 would that be?
25      A.      It's Exhibit 10836.
00171:01      Q.      Okay.  Thank you.  And this is
02 entitled "Team Working 'Range of BOP
03 Pressures,'" and it's got Mike Levitan, Tony
04 Liao, and Bob Merrill.  And then you got
05 support listed here, Steve Willson, Kelly
06 McAughan, which is M-c-A-u-g-h-n, and Mike
07 Mason.
08              And the questions being
09 answered:  "What is the range of BOP
10 pressures expected at shut-in?  What would be
11 the pressure signature of the integrity
12 failure case?"
13              Okay.  What -- what does that
14 mean to you, that question?
```

Page 171:16 to 171:23

```
00171:16      A.      That question was could we
17 identify whether we had a lack of well
18 integrity.
19      Q.      (BY MR. GLADSTEIN)  Based upon a
20 particular --
21      A.      Based on the pressure
22 measurements alone at the top of the -- at
23 the top of the well.
```

Page 172:20 to 173:19

```
00172:20      Q.      Liao was going to -- was
21 responsible for PROSPER, Mbalance, and GAP.
22 That's the nodal analysis.  Classical
```

```
     23   reservoir engineering software.  Now, how
     24   does Nodal analysis differ from the pressure
     25   transient analysis?
00173:01           A.      Pressure transient analysis --
     02   pressure transient analysis looks at the
     03   pressure response to a change in flow in the
     04   reservoir.  So you shut off the well, you
     05   measure the pressure -- or you turn on the
     06   well and measure the pressure response.
     07           Q.      Yeah.
     08           A.      Nodal analysis refers to the
     09   calculation technique of doing hydraulic
     10   calculations.
     11           Q.      That's between the wellbore and
     12   the wellhead?
     13           A.      Yes, sir.
     14           Q.      Okay.  And then "Merrill, VIP
     15   [reservoir simulation with simplified
     16   structure]."
     17                   So what is -- what is meant
     18   there?
     19           A.      I was using the V --
```

## Page 173:21 to 174:07

```
00173:21           A.      (Continuing)  I was using the
     22   VIP simulation software to -- to do similar
     23   calculations, but the structure, I -- I
     24   didn't put in a reservoir structure including
     25   a map.  I was modeling these based on a -- a
00174:01   simplified realization of the reservoir.
     02           Q.      (BY MR. GLADSTEIN)  Okay.  And
     03   Givens:  Reservoir description per McAughan,
     04   MC252 1, reservoir description.  You've got
     05   the OI -- OOIP equals 111 mmstb.  Is this
     06   where you were saying earlier you believe
     07   that you got that number from Kelly?
```

## Page 174:09 to 174:14

```
00174:09           A.      I had gotten that number at some
     10   point in the future.  It's not related to
     11   this memo in particular or memo -- I'm not
     12   actually sure what this is.  But it was
     13   actually just that we were all agreed we were
     14   using these numbers in our cases.
```

## Page 175:25 to 176:07

```
00175:25           Q.      (BY MR. GLADSTEIN)  So I don't
00176:01   know whether you wrote it or not.  Do you --
     02   do you have any idea?
     03           A.      I -- I wasn't taking ownership
```

```
04  of writing it.
05        Q.      Yeah.
06        A.      I was talking about what the
07  data is talking to me on this page.
```

Page 176:19 to 176:25

```
00176:19       Q.    (BY MR. GLADSTEIN)  Do you have
     20  any recollection of seeing this?
     21        A.      I've seen this document before,
     22  so -- and I just don't remember how we put it
     23  together.  My recollection of -- this was
     24  developed so that we were all working off the
     25  same set of numbers.
```

Page 178:20 to 179:02

```
00178:20       Q.    (BY MR. GLADSTEIN)  Yeah.  But
     21  was this -- was this -- what -- were you
     22  saying here that -- that Levitan, Liao, and
     23  yourself, using the different software, we're
     24  going to use certain common inputs in the --
     25  in the modeling include -- and for skin
00179:01  purposes, you were going to model using these
     02  four different possibilities, at a minimum?
```

Page 179:07 to 179:09

```
00179:07       Q.    (BY MR. GLADSTEIN)  Okay.  I'm
     08  not assuming that you are writing the
     09  document.
```

Page 179:12 to 180:01

```
00179:12       Q.    (BY MR. GLADSTEIN)  I'm just
     13  asking for your knowledge.
     14        A.      The purpose of this document
     15  appears to be that we were agreeing on a
     16  number of scenarios that would be run.
     17        Q.      Yeah.
     18        A.      I do not remember who gave us
     19  these numbers.
     20        Q.      Right.
     21        A.      I'm sure we didn't sit amongst
     22  ourselves and make them up.
     23        Q.      Right.
     24        A.      But these were being done at
     25  direction or under discussion with other
00180:01  people.
```

Page 181:05 to 182:20

```
00181:05        Q.      (BY MR. GLADSTEIN)  Okay.  I ask
      06  you to turn to Tab 21, please.  We'll mark
      07  that as an exhibit.
      08        A.      Yes, sir.  This is
      09  Exhibit 10837.
      10        Q.      Okay.  So, Mr. Merrill, I'd ask
      11  you to turn to the second page of the
      12  exhibit.  And at the end it says this is from
      13  Mike Mason, P.E., and then there is -- above
      14  that there is a -- there is an agenda.
      15              It says, Macondo Wells Test &
      16  Shut-in Protocol Agenda, Thursday, July 1,
      17  2010.  Meeting location, Westlake 1, 11th
      18  floor.  Meeting time, 9:00 a.m. to noon.
      19              And "A" is listed here:
      20  Consequences of broach of seabed (Kate Baker
      21  and Mike Mason).
      22              And then if you go down to "D,"
      23  it says, Shut-in Well Head Pressure (Bob
      24  Merrill and Mike Levitan), and then you got
      25  three possibilities:  With integrity, without
00182:01  integrity, pressure time response at zero
      02  flow.
      03              Do you -- do you have a -- I
      04  know you told me that there were a series of
      05  meetings in July.  Do you have any
      06  recollection of this -- this meeting on
      07  July 1?
      08        A.      I don't have a distinct
      09  recollection of this meeting on July 1.  I
      10  know we had this shut-in the well on paper
      11  exercise and this protocol exercise, but I --
      12  all the meetings have blurred into somewhat
      13  indistinct individual events.
      14        Q.      Okay.  And this agenda, does
      15  this seem consistent with your
      16  responsibilities at the time, shut -- shut-in
      17  wellhead pressure, you know, Bob Merrill, is
      18  this an issue you were presenting on?
      19        A.      Yes, sir, I was presenting on
      20  shut-in the wellhead pressure.


Page 183:13 to 183:18

00183:13        Q.      (BY MR. GLADSTEIN)  Okay.  So
      14  then let -- let's go to -- let's go to
      15  Exhibit 22 -- I'm sorry, Tab 22 and mark that
      16  as an exhibit, if we could.
      17        A.      I have marked it as
      18  Exhibit 10838.


Page 185:08 to 186:22

00185:08        Q.      Okay.  So you had a chance to
```

```
09  review the e-mail?
10      A.      Yes, sir.
11      Q.      Thank you.  So now I'm going to
12  ask you about the -- the third line.  It
13  says, Regarding your inquiry, my best
14  estimates/explanation would be, and there are
15  three bullet points:  Uncertainty caused by a
16  rate uncertainty of 30,000 barrels per day,
17  (e.g. rate between 30,000 mbd and 70,000
18  mbd), colon, 600 psia.
19              So what did you mean by that?
20      A.      On the basis of the models that
21  were being run at this time, the simulation
22  models that were being run at this time,
23  changing the rate between those two values,
24  holding all other parameters constant, led to
25  a, you know, difference of about 600 psi in
00186:01  the -- in the results.
02      Q.      Okay.
03      A.      Similarly, changing the aquifer
04  size from whatever range I was using, zero to
05  four times, led to about a difference in --
06  in pressure by a thousand psi.  And then the
07  uncertainty caused by whether you had
08  partitioning in the wellbore between gas and
09  liquid, because the well could have been
10  below the bubble point in the wellbore --
11      Q.      Yeah.
12      A.      -- led to an additional 500 psi,
13  but I wasn't real -- but I didn't think that
14  the OLGA modeling was -- was actually
15  realistic on that point.
16      Q.      Okay.  Now, and this is just
17  maybe a math question here.  When -- when we
18  have -- you say, e.g. rate between 30 mbd and
19  70 mbd, it -- why did you say uncertainty of
20  30,000 mbd?
21      A.      Probably is a typo.  I cannot
22  think of any other answer.
```

Page 187:16 to 188:23

```
00187:16      Q.      (BY MR. GLADSTEIN)  Mr. Merrill,
17  we were starting to look at Exhibit
18  No. 10839, which is Tab 23.  This is an
19  e-mail from yourself to Kate Baker, dated
20  Monday, July 5th, attaching
21  Modeling_Presentation dated July 6th.  You
22  say here, Kate:
23              As promised, I enclose a set of
24  slides for tomorrow's discussions.  I will be
25  there early (6:30ish), so if you see anything
00188:01  that needs clarification, let me know and I
02  will do my best to fix it before the meeting.
03  Okay.
```

```
04        A.      Yes, sir.
05        Q.      Then you've got what's called
06  here "Preliminary Reservoir Model MC252"
07  July 6th, 2010.  Is this -- when -- when it
08  says you enclosed a set of slides, did you
09  create these slides?
10        A.      Yes, sir, I created these
11  slides; however, I used some figures and
12  other things from other people --
13        Q.      Okay.
14        A.      -- in the creation of these
15  slides.
16        Q.      So on the third page, last digit
17  4804767, it says, "Outline," you've got a
18  number of bullet points here.  "Modeling
19  approach and purpose, Input Data and Model,"
20  and then you've got "Rock and Fluid
21  Properties, Layering, and Aquifer Supports."
22  So these were your categories of -- of inputs
23  to the data; is that right?
```

Page 188:25 to 189:09

```
00188:25       A.      In the course of this
00189:01  presentation I wanted to ensure that we
02  covered these -- these various points, and I
03  was going -- prepared to speak to these
04  particular points in this presentation.
05        Q.      (BY MR. GLADSTEIN)  Okay.  Now,
06  was this a presentation that was just
07  internal to BP, or did this also involve
08  interaction with the government science team?
09        A.      No, this was internal to BP.
```

Page 189:20 to 192:22

```
00189:20       Q.      Yeah, okay.  Then "Model
21  Approach and Purpose," next page.  "Model
22  constructed to address impact of crossflow of
23  M57B and M56A gas sands during 'top kill'."
24  Now, what did you -- what were you referring
25  to there?
00190:01       A.      This was a -- an evolution of
02  the model that we were discussing earlier,
03  in -- created towards the middle -- towards
04  the end of May in support of the top kill
05  effort, and I had been using variations of
06  the same model throughout the incident
07  response period.
08        Q.      Now, does -- was this -- were
09  you using transient pressure analysis?
10        A.      This is not -- the model that's
11  reflected here does not refer to a pressure
12  transient simulation model, although I've
```

```
13  looked through the slides and there are a
14  couple of figures in here that actually were
15  developed from a pressure transient model.
16  But in general we were talking about the VIP
17  simulation.
18        Q.     VIP.  There -- the approach and
19  purpose was also to request to investigate
20  whether depletion is consistent with known
21  pressures below the BOP, that was another
22  reason why you were developing this model; is
23  that correct?
24        A.     This model in this presentation
25  was being used for -- that was one of the
00191:01  questions that we were addressing, yes, sir.
02        Q.     Okay.  Then what is the third
03  bullet point saying?
04        A.     I believe -- and it's
05  unfortunate that the draft covers it, but I
06  believe it says that I was requested to avoid
07  making assumptions regarding the lake --
08  likely -- likely rate because there was a
09  separate team doing that.
10        Q.     Okay.  And below that it says,
11  "Role of flowrate investigation team"?
12        A.     That's what I'm saying, the --
13  the -- the rate assumptions were coming from
14  somewhere else, and this model was not used
15  for calculating rate.
16        Q.     Right.  You -- you got the
17  assumptions and you plugged them in?
18        A.     We ran it at fixed rates.
19        Q.     Yeah.  So input data.
20        A.     We're looking at the next slide.
21        Q.     Yeah, next slide.  You've got
22  various permeabilities listed.  You also have
23  various compressibilities listed; is that
24  right?
25        A.     Yes, sir.
00192:01        Q.     Okay.  Now, what does C -- Cr
02  stand for?
03        A.     Cr in this slide stands for the
04  rock -- or pore volume compressibility, which
05  was given as 6 microsips.
06        Q.     6 microsips.  Okay.  And what
07  does Cw stand for?
08        A.     The compressibility of water
09  given as 3 microsips.
10        Q.     Okay.  And what does Cf stand
11  for?
12        A.     The fluid compressibility.
13  That's referring to the hydrocarbon fluid,
14  and here it's 13 microsips.
15        Q.     And on the next page you were
16  listing -- for your stock tank oil in place
17  you're listing 110 million barrels; is that
```

```
18  right?
19      A.      Yes, sir.
20      Q.      And that was that same number
21  you had drawn on before.  And the 258 MMRB,
22  correct?
```

## Page 192:24 to 195:07

```
00192:24      A.      And that 110 million stock tank
25  barrels was associated with a reservoir
00193:01  volume of 258 million reservoir barrels.
02      Q.      (BY MR. GLADSTEIN)  Okay.  And
03  then you -- you look at three different
04  aquifer sizes in this same table; is that --
05  is that right?
06      A.      I'm having trouble actually
07  reading what those sizes are, but, yes, there
08  are a number -- there are at least three
09  aquifer assumptions there.
10      Q.      Okay.  Then on the next slide
11  you've got "Depletion At Various Offtake
12  Rates" and then you've got a graph and you've
13  got various flow rates listed from 25, 35,
14  50, 60, and 70.  What does that refer to?
15      A.      For the input parameters, the
16  rock properties, the permeabilities, the
17  porosities, the fluid, the saturations that
18  were all input into the -- the model, when I
19  ran them at each of these rates the pressure
20  response in the reservoir and this is the
21  average reservoir pressure in the sand, I
22  believe.  It's hard to -- to read it.  Let me
23  look, see if I can read -- it's not actually
24  that much more distinct with -- with the
25  magnifying glass.  But this is the pressure
00194:01  response that would have been predicted or is
02  predicted for the reservoir with those input
03  parameters up to a point where it reaches a
04  minimum pressure, and that would be the
05  pressure where we would then shut-in the
06  well.  And then the pressure builds up.  So
07  this can't be the average reservoir pressure.
08  This has to be the pressure somewhere close
09  to the well, because the average -- oh, no,
10  take it back.  This very well could be the
11  average reservoir pressure and with a
12  particular aquifer size the -- the pressure
13  increase would then increase the pressure
14  because of aquifer influx into the -- into
15  the model.  So it's pressure versus time.
16      Q.      Now, the next slide you've got
17  "Impact of Aquifer Size," you got no aquifer,
18  and then you've got 35,000 barrel per day
19  case; is that right?
20      A.      This slide just shows that for
```

```
      21   this particular case there -- there was some
      22   question of how is -- why is the average
      23   reservoir pressure going up.  There is always
      24   that question, as I just had it myself.  You
      25   know, the average reservoir pressure doesn't
00195:01   go up if you don't have an aquifer because
      02   there is no influx to the reservoir.
      03        Q.     Yeah.  Yeah.
      04        A.     And this was just a
      05   demonstration of that.
      06        Q.     Yeah.  Now -- now, here, this is
      07   preshut-in, right?
```

Page 195:09 to 195:09

```
00195:09        A.     These are all predictions, sir.
```

Page 195:11 to 195:15

```
00195:11        A.     These are all predictions.
      12        Q.     Yeah.  So we're saying if the
      13   pressure goes up, then what's it going to be
      14   indicative of?
      15        A.     No, sir.
```

Page 195:17 to 196:16

```
00195:17        Q.     (BY MR. GLADSTEIN)  Okay.
      18        A.     No, sir.  That's why I'm trying
      19   to be very precise about what I'm talking
      20   about in terms of average reservoir pressure
      21   versus what you would actually observe.  In
      22   no way can one actually observe directly the
      23   average reservoir pressure.  However, in the
      24   simulation model you can interrogate the
      25   model and just interrogate it for what the
00196:01   average reservoir pressure is.
      02        Q.     Right.
      03        A.     So these are interrogations of
      04   the model.
      05        Q.     Right.
      06        A.     They could not be directly
      07   measured in --
      08        Q.     Right.
      09        A.     -- in actual fact, and they
      10   would not reflect directly in any measurement
      11   you would make at surface.
      12        Q.     Right.  So what -- what does
      13   the -- going back to the slide -- the
      14   previous slide where you got a range of flow
      15   rate from 25 to 70, what's causing the
      16   variation there?
```

Page 196:18 to 197:06

```
00196:18      A.      Vari- -- which variation, sir.
     19      Q.      (BY MR. GLADSTEIN)  Of -- of
     20  mbd.  Why do you have one that says 25 and
     21  another that says 70?  What's -- what --
     22      A.      These are the flow rates which
     23  were chosen before we en- -- we did the
     24  actual calculations.  Because of the
     25  uncertainty in the flow rate, we wanted to
00197:01  cover a range of flow rates.
     02      Q.      Okay.  So --
     03      A.      And --
     04      Q.      Yeah.
     05      A.      So this is the range of flow
     06  rates that we chose to investigate.
```

Page 199:06 to 200:02

```
00199:06      Q.      Okay.  Now, you say -- in the
     07  third bullet point it says, "Lack of observed
     08  depletion could be due to fixed seafloor
     09  pressure and large orifice."  What does that
     10  mean?
     11      A.      We were concerned that the --
     12  the pressure gauge that we were monitoring
     13  wasn't showing any depletion, and so we were
     14  hypothesizing ways in which that would not be
     15  showing -- not be showing depletion, and so
     16  we were looking at hydraulic runs here,
     17  setting up a -- I believe this is a hydraulic
     18  run.  I'm not entirely sure.  But we were
     19  considering what would happen if the pressure
     20  gauge up here was actually responding as much
     21  or more to the fairly constant pressure at
     22  the seafloor as opposed to the reservoir
     23  pressure.
     24      Q.      And the -- the -- the gauge that
     25  you're talking about is the one that is near
00200:01  the BOP, right?
     02      A.      It --
```

Page 200:04 to 200:06

```
00200:04      A.      (Continuing)  It is the gauge
     05  from which we were getting these estimates
     06  from.  I'm not --
```

Page 200:08 to 200:25

```
00200:08      A.      As previously testified, I'm not
     09  exactly sure --
     10      Q.      Right.
```

```
11          A.      -- where that gauge is or where
12   it's set up in the dot device, in the -- in
13   the package.
14          Q.      And then you got a graph that's
15   to the right on this -- on this page that
16   says, "Possible Impact of Seafloor Orifice."
17   What -- what -- what does this plot show you?
18          A.      What I was trying to express in
19   this plot is how you could actually have a --
20   a large pressure drop in the bottom-hole
21   pressure that would be masked by the
22   overwhelming constant -- constant sea food --
23   seafloor pressure of 2270 psi, and so you
24   wouldn't -- you'd mask the depletion that was
25   occurring in the reservoir.
```

Page 205:14 to 205:16

```
00205:14          Q.      Okay.  So one of the questions
     15   was why were we seeing this -- what you just
     16   called fairly low depletion; is that right?
```

Page 205:19 to 206:03

```
00205:19          A.      One of the questions was whether
     20   we could use that gauge in any quantitative
     21   sense.
     22          Q.      (BY MR. GLADSTEIN)  When you say
     23   "gauge" are you talking about the actual
     24   measurement device?
     25          A.      The readings from that gauge.
00206:01          Q.      Yeah.  Okay.  Whether they had
     02   any value at all?
     03          A.      We --
```

Page 206:05 to 206:24

```
00206:05          A.      (Continuing)  I don't know if
     06   they had any value at all.  There was not a
     07   whole lot of data available during the --
     08   the -- the whole incident.
     09          Q.      (BY MR. GLADSTEIN)  Right.
     10          A.      I mean, lots of things were
     11   measured --
     12          Q.      Right.
     13          A.      -- but very little would give
     14   you insight to the -- to the condition of the
     15   well.
     16          Q.      Right.
     17          A.      And so -- and in general because
     18   data is so valuable, you rarely want to throw
     19   data away --
     20          Q.      Right.
```

```
21        A.      -- when you're interrogating it.
22        Q.      Yeah.  Now after the well was
23  shut-in you got actual pressure data,
24  correct?
```

Page 207:01 to 207:11

```
00207:01        A.      The readings from this gauge
     02  were pressure readings.
     03        Q.      (BY MR. GLADSTEIN)  Yeah.
     04        A.      I -- I honestly don't know the
     05  status of that gauge.
     06        Q.      Yeah.
     07        A.      I honestly don't.
     08        Q.      Did -- did you consider the
     09  pressure readings after shut-in more reliable
     10  than -- than the pressure readings from this
     11  gauge pre-shut-in.  We had --
```

Page 207:13 to 207:21

```
00207:13        A.      We had installed on the capping
     14  stack another pressure gauge, and that is the
     15  pressure gauge which we used for our pressure
     16  buildup analysis.
     17        Q.      (BY MR. GLADSTEIN)  Right.  And
     18  did you consider those readings more reliable
     19  than the readings that were coming from
     20  the -- the -- the prior gauge?
     21        A.      I'm not sure --
```

Page 207:23 to 208:06

```
00207:23        A.      (Continuing)  I'm not sure that
     24  I gave it any thought.  Those are the
     25  pressures that we were using to do the
00208:01  buildup analysis, and everybody was using
     02  those pressures, to my knowledge.
     03        Q.      (BY MR. GLADSTEIN)  Okay.
     04  Would -- would -- would you have used them
     05  if -- if you didn't consider them to be
     06  accurate?
```

Page 208:09 to 209:23

```
00208:09        A.      Do you mean accurate or precise?
     10        Q.      (BY MR. GLADSTEIN)  Well, let's
     11  take both of them.  Okay.  Say -- let's say
     12  precise.
     13        A.      Well, we know the gauge had a
     14  precision of about 5 psi --
     15        Q.      Okay.
     16        A.      -- because we could actually see
```

```
17    that the -- the gauge went up in 5 psi steps.
18    Normally that sort of precision is not
19    acceptable for pressure transient analysis,
20    but this was the type of case they couldn't
21    stall under the circumstances and so we used
22    it.
23         Q.    So you believed that it was
24    accurate within 5 psi?
25         A.    I believed it was precise to
00209:01    within 5 psi.
02         Q.    Thank you.
03         A.    I believe it was calibrated
04    before they actually installed it --
05         Q.    Okay.
06         A.    -- and that would speak to
07    accuracy, but I was not involved in the
08    calibration of the gauge.
09         Q.    Okay.  Okay.  Let's go to
10    Tab 52, if we could.
11         A.    Okay.
12         Q.    Now, we also -- okay.  And let's
13    mark this.
14         A.    10841.
15         Q.    We also have a -- a native
16    production of -- of this same document, so
17    it's going to be easier to read.  So this is
18    Reservoir Pressure Response, July 8, 2010, a
19    BP logo.  Did -- did you have a role in the
20    creation of this document?
21         A.    Yes, sir, I did.
22         Q.    And what was your role?
23         A.    I believe I wrote this document.
```

Page 211:07 to 211:15

```
00211:07    Q.    So the next entry there says,
08    "PIE used to cross-check."  What did you mean
09    by that?
10         A.    PIE is the pressure transient
11    analysis software, and you can run PIE in a
12    predictive mode, so we were just using it to
13    make sure that we got the same answers or
14    similar answers using two different
15    independent flow -- flow simulations.
```

Page 212:09 to 215:03

```
00212:09    Q.    Yeah.  That -- yeah.  Now, on
10    the other hand, there are some sensitivity
11    parameters, and what I take it from here is
12    these -- these were inputs that were varied;
13    is that right?
14         A.    Yes, sir.
15         Q.    Okay.  So you got the aquifer,
```

16  we had already talked about that.  We got
17  some different possible aquifer sizes, right?
18          A.      Yes, sir.
19          Q.      And then you got the -- the Cr,
20  and that's the rock compressibility, right?
21          A.      Yes, sir.
22          Q.      Okay.  And then you've got three
23  entries there, 6, 12 in bold, and
24  18 microsips; is that correct?
25          A.      Yes, sir, that is correct.
00213:01        Q.      And then on the aquifer size,
02  you got 3.8 times X in bold.  Why did you
03  bold the -- the 3.8 and the 12?
04          A.      The bold values were going to be
05  used as a reference case so that all the
06  sensitivities would be referenced to that
07  case.
08          Q.      Okay.  What does a reference
09  case mean?
10          A.      Case against which you reference
11  the sensitivities.
12          Q.      Uh-huh.  Okay.  Does -- now --
13  now, 12 is midway between 6 and 18; is that
14  right?
15          A.      That is correct.
16          Q.      Did you talk with anybody -- I
17  mean, you didn't come up with these rock
18  compressibilities on your own, right?
19          A.      No, sir, I did not.
20          Q.      Okay.  So who gave you these
21  numbers?
22          A.      The value 6, which is the value
23  that I used for all of the reservoir modeling
24  previous to this point, was given to me by I
25  think it was Steve Willson, who was our
00214:01  geomechanical expert.  It might have been
02  Kelly McAughan.  It was someone familiar with
03  the -- the rock mechanic reports from the --
04  from the -- from the cores that had been
05  taken in the -- in the -- in the -- in the
06  course of the -- of the coring of the -- of
07  the well prior to the incident.
08                12 and 18, I recall, were values
09  that were -- we were asked to evaluate
10  because we wanted to be sure that we captured
11  the highest possible pressures that you would
12  actually possibly see in this buildup, and
13  the reason we were concerned about the
14  highest pressures that you might see is
15  because there was this concern about the
16  burst disks.  And with a higher pressure,
17  either you could put the burst disks at risk
18  or with a higher pressure you would also have
19  a higher -- a larger driving force for this
20  flow into a shallower horizon.

```
      21            But the experimental
      22  measurements upon the -- from the well were
      23  actually 6 microsips.
      24      Q.    Okay.  But why -- why would the
      25  rock compressibility have a bearing on how
00215:01  it -- the rock compressibility have a bearing
      02  on the pressure?
      03      A.    Rock --
```

Page 215:05 to 215:05

```
00215:05      A.    (Continuing)  Well --
```

Page 215:07 to 216:06

```
00215:07      A.    (Continuing)  Rock
      08  compressibility -- okay.  We've been talking
      09  a lot about reservoir depletion.  Reservoir
      10  depletion is a function of lots of things.
      11  One is how much you take out of the
      12  reservoir.  Another factor is how much is in
      13  the reservoir to start with.  Another factor
      14  is how compressible or springy the fluid is
      15  in the reservoir and how big the aquifer is
      16  that supports the reservoir.
      17            And another parameter that --
      18  that has to do with the springiness of the
      19  reservoir is the rock compressibility, or,
      20  more formally -- we call it the rock
      21  compressibility, but more formally it's the
      22  compressibility of the pore volumes.  Because
      23  the pore volume, as you relieve pressure in
      24  the reservoir, acts as a force against that
      25  to -- to -- to maintain pressure as the -- as
00216:01  you withdraw from the reservoir, the rock
      02  pore volume compresses.
      03      Q.    (BY MR. GLADSTEIN)  So the
      04  tighter the -- the tighter the
      05  compressibility, the more or the less the
      06  pressure --
```

Page 216:08 to 216:09

```
00216:08      Q.    (BY MR. GLADSTEIN)  -- all other
      09  things being equal?
```

Page 216:11 to 217:13

```
00216:11      A.    The compressibility, per se, has
      12  nothing to do with the pressure.  However,
      13  the compressibility is a parameter, a
      14  variable, if you will, that does impact the
      15  pressure response to withdrawal, and I think
```

16   that's what you were trying to ask.
17                  So if you withdraw from the --
18   from a reservoir a -- a certain amount of oil
19   or fluid, you -- you -- you withdraw the same
20   amount, and everything else is equal, a
21   larger compressibility will give you a
22   smaller depletion, and a smaller depletion
23   will be a higher reservoir pressure.
24        Q.      (BY MR. GLADSTEIN)  Right,
25   right.
00217:01        A.      And since we were concerned with
02   a -- what we might see as an upper end
03   because of this crossflow consideration --
04        Q.      Yeah.
05        A.      -- we -- I was advised to use 12
06   as the reference case.
07        Q.      Okay.  Okay.  So -- so
08   continuing, on the next page you've got
09   depletion and you've got several inputs here.
10   You've got aquifer im- -- impact, paren,
11   referenced as 4 -- 4X aquifer, 6 microsips
12   and -- at 35,000 barrels per day, right?
13        A.      Yes, sir.


Page 218:03 to 219:06

00218:03        Q.      Yeah.  And then under
04   compressibility, if you're using 12 microsips
05   as opposed to 6 microsips, you're going to be
06   plus 200 psi, all other things being equal?
07        A.      All other things being equal in
08   the reference -- in the simulation model.
09        Q.      And same thing with the 18
10   microsips, all other things being equal under
11   this particular simulation, you'd have plus
12   300 psi?
13        A.      Referenced to a 6 microsip case.
14   All of our calculations up to this point had
15   been done at 6 microsips, which was the
16   measured data.
17        Q.      Okay.  But -- but now you were
18   telling me before that here 12 became the
19   referenced --
20        A.      I said reference --
21        Q.      Right.
22        A.      But this next chart we're
23   looking at where it says "depletion" --
24        Q.      Yeah.
25        A.      -- it's all actually referenced
00219:01   against a 6 microsip case.
02        Q.      I see.  Okay.  Okay.
03        A.      And that's why the bottom line
04   in here says recommend new, quote, most
05   likely 3.8 aquifer, 12 microsips, 35 mbd.
06        Q.      Okay.  So what does that mean?

Page 219:08 to 219:12

00219:08        Q.      (BY MR. GLADSTEIN)   So does that
      09   mean that -- that we're now thinking that
      10   the -- that the most likely case is an
      11   aquifer that's 3.8X, 12 mi- -- with
      12   12 microsips and 35,000 barrels a day?


Page 219:14 to 220:12

00219:14        A.      No, sir.  That's why "most
      15   likely" is in little --
      16        Q.      (BY MR. GLADSTEIN)   Okay.
      17        A.      -- apostrophe.
      18        Q.      Okay.
      19        A.      Brackets.  It's -- we normally
      20   think of things or very often you think of a
      21   low case, a mid case, and then -- and a --
      22   and a high side case.  And in the sloppiness
      23   of everyday discourse, you often call it a
      24   minimum, a maximum, and a most likely.
      25        Q.      Yeah.
00220:01        A.      And so this is a recourse to
      02   that sort of discussion where we're calling
      03   the middle case the reference case that we're
      04   going to be using for future calculations to
      05   be 3.8, 12 microsips, and 35 mbd.
      06        Q.      Okay.
      07        A.      I wasn't actually judging the
      08   validity of any of those --
      09        Q.      But that's going to be a
      10   reference case?
      11        A.      That's going to be the reference
      12   case for these predictions.


Page 222:17 to 223:03

00222:17        Q.      Yes.  So I would suggest we go
      18   to Tab 26, which has already been identified
      19   as Exhibit 9324.  It's dated July 10, 2010,
      20   from Kate Baker to Marjorie Tatro at the
      21   Sandia National Labs and some other
      22   government people and cc to Paul Tooms and
      23   Mr. Dupree regarding today's presentation,
      24   and then there is an attachment to it, which
      25   is the next page.
00223:01                It says, "Shut the Well in on
      02   Paper Benefits and Risks."  Do -- do you
      03   remember this document?  Take a look at it.


Page 223:08 to 223:20

```
00223:08      A.     It's colored pictures.  It's
      09  colored slides.
      10      Q.     (BY MR. GLADSTEIN)  Yes.
      11      A.     I -- let me have a moment to
      12  look through it.
      13      Q.     Please, please.  Take your time.
      14      A.     I do not recognize a lot of this
      15  material.
      16      Q.     Okay.
      17      A.     I do recognize there is a
      18  section in here that has my name on it.
      19      Q.     Okay.
      20      A.     And I do recognize that section.
```

Page 224:07 to 224:21

```
00224:07      Q.     Yeah.  Okay.  So let's just take
      08  a look -- take a look at the part of the
      09  document that is entitled Reservoir
      10  Depletion, Bob Merrill, July 9, 2010.
      11      A.     Yes, sir.
      12      Q.     And please just take a look at
      13  these -- it looks like it's just two pages
      14  here.  Did -- did you supply this part of the
      15  document?
      16      A.     Yes, sir.
      17      Q.     Okay.  And then it -- the page
      18  after the title says, "Characteristics of
      19  Reservoir Depletion/Build Up."  Would this be
      20  part of a presentation that you gave?
      21      A.     Yes, sir.
```

Page 225:25 to 229:02

```
00225:25      Q.     Okay.  So you -- you -- you've
00226:01  got here, key parameters, "Cr" refers to rock
      02  compressibility, correct?
      03      A.     Yes, sir.
      04      Q.     Then you got aquifer, and you
      05  got "Qo."  What does "Qo" refer to?
      06      A.     Okay.  Aquifer would refer to
      07  aquifer size.
      08      Q.     Yes.
      09      A.     And Qo would refer to the flow
      10  rate, including any leakage, if any.  So
      11  that's talking about the flow rate of the
      12  well system both from the -- from the
      13  reservoir layers and any crossflow, plus any
      14  release from the -- the wellhead.
      15      Q.     Yes.  Okay.  And so assumptions,
      16  you've got "Cr," your rock compressibility,
      17  you've got 12 microsips; is that correct?
      18      A.     Yes, sir.
      19      Q.     Okay.  And aquifer, you've got
```

```
20  3.8 times the reservoir oil volume; is that
21  right?
22        A.     Yes, sir.
23        Q.     And then for your Qo, you got
24  35,000 barrels a day; is that correct?
25        A.     Yes, sir.
00227:01      Q.     And then you got sensitivities
02  here.  And on your sensitivities, on rock
03  compressibility, you've got a 6 case and an
04  18 case; is that right?
05        A.     Yes, sir.  These -- these are
06  being referenced, of course, to the -- the
07  reference case, which is the assumptions in
08  red here.
09        Q.     Yeah.  So what does that mean
10  they're being referenced to?  It means you
11  can do some runs at 6 and you can do some
12  runs at 18?
13        A.     Well, that's what -- exactly
14  what it does mean.  We ran cases where all of
15  the input parameters would be 6, 3.8 times
16  aquifer, and 35 mbd; and then we would make a
17  run where the input values would be
18  12 microsips, an aquifer volume of 3.8, and a
19  flow rate of 60 mbd.  So we were making a
20  number of runs.
21        Q.     Yeah.
22        A.     And when we were giving the
23  sensitivity volumes, we referenced them to a
24  case which had a rock compressibility of
25  12 microsips, an aquifer volume of 3 times
00228:01  the -- 3.8 times the reservoir volume, and an
02  oil rate of 35 mbd.
03        Q.     Right.  And then on aquifer
04  sensitivity, you've got anything from none
05  to -- to 14X, right?
06        A.     Yes, sir.
07        Q.     And then on -- on the Qo, you've
08  got 60,000 barrels per day.  What do you mean
09  there?
10        A.     The -- the rate had increased
11  from 35 mbd to 60 mbd.
12        Q.     So that was one of the inputs
13  that you included?
14        A.     That was one of the
15  sensitivities.
16        Q.     Yeah.
17        A.     Each one of these cases --
18        Q.     Yeah.
19        A.     -- was run independently.
20        Q.     Right.
21        A.     You run an independent case --
22        Q.     Yeah.
23        A.     -- and you get an answer, a
24  result.
```

```
      25        Q.      And the purpose was to observe
00229:01  the change in pressure over time; is that
      02  correct?
```

Page 229:05 to 229:13

```
00229:05        A.      The purpose of the simulations
      06  was to predict the range of pressures that we
      07  might see in the course of the well integrity
      08  test.
      09        Q.      (BY MR. GLADSTEIN)  Right.
      10        A.      And we were especially concerned
      11  about making sure that we captured the high
      12  side of that because of the concern about
      13  crossflow and burst disk integrity.
```

Page 237:23 to 238:06

```
00237:23        Q.      (BY MR. GLADSTEIN)  Okay.  I
      24  think we were looking at Tab 28,
      25  Exhibit 9320, the first page is an e-mail
00238:01  from Tony Liao to Kurt Mix, cc'd to several
      02  other people, including Robert Merrill, with
      03  "Attachment:  Pressure Measurement Network
      04  Architecture," dated July 15, 2010, an SIWHP
      05  Chart.
      06        A.      Yes, sir.
```

Page 246:15 to 248:11

```
00246:15        Q.      Yeah, let's mark this as our
      16  next exhibit.
      17        A.      Marked as 10843.
      18        Q.      Okay.  So this is an e-mail
      19  dated July 17 from Farah Saidi to Trevor
      20  Hill, "Estimated rate technical note, Macondo
      21  Flow Rate Estimate Based on Well Test Data."
      22  She says, "Trevor,
      23              "Please find attached the note
      24  explaining the methodology in calculating the
      25  total rate along with the spread sheet.
00247:01  Please review and let me know if you have any
      02  comments.
      03              "I will be at home on Sunday.
      04  If you need me to come in for any reason
      05  please let me know.  Otherwise I will see you
      06  on Monday."
      07              And let's look at the -- the --
      08        A.      I have no attachment, sir.
      09        Q.      So that would be at Tab 30.
      10  Let's mark Tab 30 as Exhibit 10843.  And can
      11  you please --
      12              THE REPORTER:  Is that the correct
```

```
13  number?
14       THE WITNESS:  10844.
15       MR. GLADSTEIN:  I'm sorry, 10844.
16  Sorry about that.
17       Q.    (BY MR. GLADSTEIN)  Can you
18  please review this document?
19       A.    This is the first time I have
20  seen this document.
21       Q.    Okay.
22       A.    And...
23       I -- I've read the note.  I'm
24  not sure I follow all the details or
25  reasoning behind the --
00248:01    Q.    Okay.
02       A.    -- calculation.
03       Q.    Okay.  And do you see the last
04  bullet, she says, "Therefore the estimated
05  rate thru the choke is 51,500 stock tank
06  barrels per day," correct?
07       A.    That is what is written there.
08       Q.    Did you have any communication
09  with Ms. Saidi around this date regarding her
10  estimate?
11       A.    No, sir, I did not.
```

Page 248:13 to 250:12

```
00248:13    A.    (Continuing)  This is the first
14  I've seen this document, to the best of my
15  knowledge.
16       Q.    (BY MR. GLADSTEIN)  Okay.  Now,
17  you -- you had communications prior to
18  July 17 with Ms. Saidi, correct?
19       A.    Yes, sir.
20       Q.    And you had communications after
21  July 17 with Ms. Saidi, correct?
22       A.    Yes, sir.
23       Q.    All right.  Let's go to Tab 56,
24  please.
25       A.    Okay.  Should I mark this as an
00249:01  exhibit?
02       Q.    Yes, please.
03       A.    10845.
04       Q.    Okay.  And this is -- document
05  is entitled "Well Integrity Test Data
06  Review," dated 1400 hour, July 16, 2010.
07  Could you -- could you review this document,
08  please?
09       A.    Yes, sir, I've reviewed it.
10       Q.    Okay.  Did you have any role in
11  the creation of this document?
12       A.    Yes, sir, I created some of the
13  slides in this document.
14       Q.    Okay.  Could you identify the
15  slides that you created?
```

```
16        A.     I believe that I created the
17   slide which has the number in the lower
18   right-hand corner of 6639, which is "Data,"
19   Pressure from the Kill line pressure
20   transmitter (from full closure of choke at
21   1442).
22        Q.     Yeah.
23        A.     And I believe that I created
24   Slide 10, which has the numbers 6644 in the
25   lower right-hand corner.
00250:01        Q.     Slide 10, okay, 6644.  Okay.
02        A.     And Slide 11, 6645.  And I do
03   not recall whether I had any hand in 12 I
04   just -- the picture doesn't -- I don't
05   remember the picture.
06        Q.     Okay.
07        A.     Which is 6646.
08        Q.     So that's maybe?
09        A.     That's a maybe.
10        Q.     Okay.
11        A.     I think those are all the slides
12   that I created in this presentation.
```

Page 251:10 to 251:15

```
00251:10        Q.     -- it's a legal phrase.  What it
11   talks about is whether this was part of your
12   responsibility given your -- your -- the work
13   that you were doing on the incident to create
14   these slides.  Was this part of your work on
15   the incident?
```

Page 251:18 to 251:20

```
00251:18        A.     Yeah, this was part of the work
19   that I was doing in to supporting the well
20   integrity test.
```

Page 251:23 to 252:05

```
00251:23   So let's look at the well
24   test -- the well -- the third -- okay.  Let's
25   start with the second page, "Agenda."
00252:01   Operational update.  Next bullet, data
02   review, interpretation & discussion,
03   recommendations, and plan forward are the
04   bullet points.  What was the -- the purpose
05   of this well integrity test data review?
```

Page 252:07 to 252:13

```
00252:07        A.     I can't speak to all the
08   purposes of the -- of the reason for the well
```

```
09  integrity review.  It was my understanding at
10  the time that we were reviewing the data that
11  was being collected as part of the well
12  integrity test to see if the well indeed had
13  integrity.
```

Page 265:04 to 266:02

```
00265:04      Q.    We may see it in these
     05  documents.  Okay.  Now, let -- let's take a
     06  look at Page 10, please.
     07      A.    Of the same --
     08      Q.    Yeah, same one, and it's -- the
     09  digits are 6644.
     10      A.    Yes, sir.
     11      Q.    Okay.  "Interpretation," this is
     12  a slide you said you created, correct?
     13      A.    Yes, sir.
     14      Q.    Okay.  "Single Phase Model of
     15  Well," and then you got bullet points on --
     16  on your right as well as a Horner plot.
     17          The first bullet point is,
     18  "Model uses radial composite model."  What is
     19  a radial composite model?
     20      A.    A radial composite model is a
     21  type of pressure transient analytical model
     22  which models the reservoir as a series of
     23  concentric circles with different properties
     24  in each circle.
     25      Q.    Yeah.  Now, ultimately did you
00266:01  conclude that the radial composite model was
     02  correct for this reservoir?
```

Page 266:05 to 266:10

```
00266:05      A.    During the wellbore integrity
     06  test, we tried a number of models to model
     07  the -- the reservoir pressure response, and I
     08  do not believe we ended up with a radial
     09  composite model.  We ended up with something
     10  more rectangular and elongated.
```

Page 271:05 to 271:18

```
00271:05      Q.    Okay.  And it says,
     06  "Interpretation."  "Demonstrates that
     07  observed pressures are in line with
     08  reasonable cases modeled."  What does that
     09  mean?
     10      A.    We -- before we did the wellbore
     11  integrity test, we had run a number of
     12  scenarios, and we had stated that that
     13  defined a range of where we would expect the
```

```
14  pressure to -- the shut-in pressure would --
15  would lie when we shut-in the well.  And what
16  this is -- statement says is that the
17  pressures that were being observed are in
18  that range.
```

Page 272:23 to 273:01

```
00272:23       Q.     Okay.  And so this -- this
      24  presentation is dated July 16 at 1400 hours.
      25  That's about one day after shut-in, correct?
00273:01  Looking at the first page, the cover page.
```

Page 273:03 to 273:08

```
00273:03       A.     The date here is 1400 hours on
      04  the 16th of July.  So that's about 24 hours
      05  into the wellbore integrity test.
      06       Q.     (BY MR. GLADSTEIN)  Yeah.  And
      07  you gave this presentation about a day after
      08  shut-in, correct?
```

Page 273:10 to 273:18

```
00273:10       A.     I did not give this entire
      11  presentation.  I may have spoken to my
      12  slides.
      13       Q.     (BY MR. GLADSTEIN)  Okay.  So do
      14  you -- do you believe that you did speak to
      15  your slides?
      16       A.     I'm fairly sure I spoke to my
      17  slides.  I just do not remember.  There were
      18  so many of these meetings.
```

Page 281:18 to 282:09

```
00281:18       Q.     (BY MR. GLADSTEIN)  Okay.
      19  Mr. Merrill, I think we're going to try to go
      20  one more tape, and I think that'll be it for
      21  today.  Could you turn to what -- what we --
      22  Tab 32, please?
      23       A.     Should I mark this?
      24       Q.     Yes, please.
      25  THE REPORTER:  10846.
00282:01  THE WITNESS:  Yes, ma'am, 10846.
      02       Q.     (BY MR. GLADSTEIN)  Okay.  So
      03  10846.  We may not spend very much time with
      04  this.  This is entitled "WIT Reservoir
      05  Depletion/Flow Analysis Discussions," and
      06  it's got for the U.S. agencies with their
      07  insignias on the bottom of that first page.
      08  Is this a document that you had anything to
      09  do with?  Take a look at it.
```

Page 282:11 to 282:12

```
00282:11        A.     I provided the government with
      12 some of the figures in this presentation.
```

Page 282:15 to 283:19

```
00282:15        Q.     All right.  So could you
      16 identify what figures you provided the
      17 government within this presentation?  This is
      18 July 18.
      19        A.     When I say "figures," I -- I
      20 provided the -- the actual underlying Excel
      21 plots.  I can't speak for the words around
      22 the Excel plots.
      23        Q.     Okay.  So are we talking about
      24 Page 3?
      25        A.     Page 3 and Page 4 and Page 5, 6,
00283:01 7 all appear to be Excel plots which I
      02 created at some point during the -- the time
      03 leading up to the -- the well integrity test.
      04        Q.     Okay.  And --
      05        A.     And perhaps during the well
      06 integrity test as well, yes.
      07        Q.     Okay.  And how about at --
      08 any -- any other contributions to this
      09 document after that?
      10        A.     Well, I see my name is -- I
      11 think I'm the Bob in question on Page 28, but
      12 I'm not a hundred percent sure.  And I know I
      13 was discussing issues surrounding the
      14 wellhead integrity test -- wellbore integrity
      15 test with the government on an almost
      16 continuous basis, and I might have
      17 presented -- prevent -- provided other
      18 figures in here, but I don't honestly
      19 remember.
```

Page 286:07 to 287:13

```
00286:07        Q.     Okay.  So on the -- on the --
      08 you've got four -- four charts that are shown
      09 on Page 3.  The first one is characterized
      10 by -- it says "Rapid early rise in pressure
      11 in model (red) reflects finite unit volume
      12 (20 x 20 ft) surrounding borehole."  Did you
      13 provide that, or is that the government
      14 interpretation?
      15        A.     I believe that's somebody else's
      16 interpretation.  I can't be a hundred percent
      17 sure.
      18        Q.     Okay.  And then on top it says,
```

```
        19   Comparison of -- of Match to Data.  It says,
        20   run 1140:  Skin 10, Aquifer equals 0.27, AqK
        21   equals .22, K equals, looks like zero -- is
        22   that 86 or 96?
        23        A.     I think it says 86.
        24        Q.     And then it's got a -- a Cr of
        25   looks like 6 -- 6.8; is that right?
00287:01        A.     It looks like the C is 6.8.
        02        Q.     And then it's got a Q of 40.
        03   That would be a barrels per day of 40; is
        04   that correct?
        05        A.     Yes.  The -- it's my belief that
        06   those .27, .22, and .86 are multipliers.  So
        07   I wasn't actually using a permeability
        08   of .86.  I was using whatever .86 times the
        09   base case permeability was or the -- the --
        10   the permeability that I had, you know, been
        11   using up to that point was.  Same for the
        12   aquifer permeability and the aquifer pore
        13   volume.
```

Page 289:06 to 289:09

```
00289:06        Q.     And with these parameters it
        07   looks like you're showing reasonably good
        08   fits between the modeled data and the
        09   observed data?
```

Page 289:11 to 289:12

```
00289:11        Q.     (BY MR. GLADSTEIN)  Is that a
        12   correct characterization?
```

Page 289:14 to 289:20

```
00289:14        A.     Reasonably good, I'm not sure
        15   that I'd characterize this as reasonably
        16   good.  VIP is a reservoir simulation
        17   package --
        18        Q.     (BY MS. GLADSTEIN)  Right.
        19        A.     -- not a pressure transient
        20   analysis package.
```

Page 305:25 to 308:13

```
00305:25        Q.     You're on 38.  Let's mark Tab 37
00306:01   as Exhibit 10848.
        02        A.     Okay.  Tab 37 is so marked.
        03        Q.     Thank you.  This is an e-mail
        04   from Anne Chavez for July 20 at 18:28 to a
        05   number of -- of persons, including yourself;
        06   "REMINDER:  WIT BP Science Call - TONIGHT,
        07   July 20, 7:00pm Central."
```

```
         08                  All, the next WIT BP Science
         09  Call will begin tonight, July 20, 7:00 p.m.
         10  Topics of discussion is determined in the
         11  July 20 11:00 a.m. call.
         12                  There are three items listed,
         13  and the second one is Reservoir and Flow Team
         14  Summary - Paul Hsieh, Bob Merrill, and Tina
         15  Behr-Andres.  That's got the same title as
         16  Page 13 of --
         17        A.    That is correct, it has the same
         18  title, but that doesn't change the fact that
         19  although my name appears on that title slide,
         20  I don't have any recollection.  In fact, I --
         21  I don't believe I had any input to that part
         22  of this presentation.  If I recall the
         23  meeting --
         24        Q.    Okay.
         25        A.    You know, these meetings are
00307:01  hard to recall because they blur.  I probably
         02  had my own slide pack that I presented.
         03        Q.    Okay.
         04        A.    We worked closely with the
         05  government throughout the --
         06        Q.    Yeah.
         07        A.    -- this period.
         08        Q.    Yes.  In trying to determine
         09  whether or not the well had integrity,
         10  correct?
         11        A.    That -- well, many things, but
         12  that was the aspect that I was concerned with
         13  at this period, was the integrity of the
         14  well.
         15        Q.    All right.  Now, let's go to
         16  Tab 35 and mark that as our next --
         17        A.    I'm going to need more stickies
         18  after this.  This is my last sticky.
         19        THE REPORTER:  I have more.
         20        THE WITNESS:  Okay.  The exhibit
         21  sticky.  I just wanted to give you a
         22  heads-up, in case you had to go off and make
         23  some.
         24        Q.    (BY MR. GLADSTEIN)  So --
         25        A.    10849.  This is Tab 35, right?
00308:01        Q.    Yes, this is Tab 35.  And,
         02  actually, in time it looks like it was before
         03  the Exhibit 10848, but it's also July 20, but
         04  this is at 14:56, and it's from Kate Baker
         05  to -- to Robert Merrill, Mike Levitan;
         06  subject:  Horner; July 20, 1100.  And this is
         07  from Kate.
         08                  She says, "Thanks, Mike and Bob
         09  for these interactions.  Here is what I
         10  believe Paul is planning to show."
         11                  Do you believe that's referring
         12  to Paul Hsieh?
```

```
    13        A.      Yes, I do.
```

Page 309:24 to 310:09

```
00309:24        Q.      Okay.  Now we got another --
      25  what comes next.  "If the reservoir area has
00310:01  an aspect ratio of 1:8.24 (channel of
      02  3,400 feet wide and 28,000 feet long), then
      03  the Horner plot shows:"
      04              Bullets, "Increase of slope
      05  after the straight line segment."
      06              Bullet, "Flattening occurs at
      07  about 1,000 hours (42 days) after shut in."
      08              What -- what is she saying
      09  there?
```

Page 310:11 to 310:19

```
00310:11        A.      She's hypothesizing what Paul
      12  will present.  What she's making reference to
      13  here is that you'll recall that we said that
      14  Horner plots are used to diagnose reservoir
      15  properties and conditions.  A reservoir like
      16  this, a square, has a different pressure
      17  response to a reservoir that is a long,
      18  narrow rectangle; and that response is
      19  reflected in the shape of the Horner plot.
```

Page 311:04 to 312:07

```
00311:04        Q.      And -- and then she says at the
      05  end there, "So, consistent views."
      06              And then under that, the e-mail
      07  is from you to Kate Baker, also July 20,
      08  looks like a couple of earlier -- a little
      09  bit earlier -- well, maybe a lot earlier in
      10  the day -- 9:48 -- 9:49, you say, "Kate,
      11  Paul:
      12              "The enclosed slide has been
      13  reviewed and agreed with Paul Hsieh.  He is
      14  creating a similar slide for the government
      15  slide pack.
      16              "Please include this in the
      17  slidepack for the 11:00 meeting."
      18              Now, when -- when you say here,
      19  "agreed with Paul Hsieh," what do you mean by
      20  that?
      21        A.      I don't know.  Do you have the
      22  slide?
      23        Q.      Maybe.  We'll have to see.
      24  There is a lot of documents here.  We may.
      25        A.      As I previously mentioned, Paul
00312:01  and I were working together, and we were
```

```
02  sharing information and our assumptions.  We
03  didn't always use the same assumptions.
04      Q.      Right.  How did it come that you
05  concluded that the -- the dimensions of the
06  reservoir were more like a channel as opposed
07  to radial?
```

Page 312:09 to 312:22

```
00312:09      A.      The pressure transient signature
10  of the Horner plot indicated -- I do not
11  remember the number of days afterwards, but
12  at some point in the buildup, it deviated
13  from a straight line going upwards, and that
14  was indicative that the pressure wave, the
15  pressure interfered, hit a boundary, and then
16  it changed slope again, and each time it does
17  these -- these changes in character, you can
18  infer things from the reservoir.  You can't
19  be quantitative without flow rates, but you
20  can say that it looks like it's hitting a
21  boundary.  It's difficult -- it's impossible
22  to be quantitative without flow rate.
```

Page 313:25 to 314:10

```
00313:25      A.      Okay.  We'll mark it as
00314:01  No. 10850.
02      Q.      Okay.  So this document is
03  entitled "Well Integrity/Shut-In Discussion,"
04  July 20, 2010, at 11:00 a.m.  Topics for
05  discussion at the 11:00 a.m. meeting -- it
06  looks like this is what that e-mail that we
07  just looked at was referring to.  No. 3,
08  Horner Plot Resolution - Paul Hsieh and Bob
09  Merrill.
10                And you go back --
```

Page 314:13 to 314:18

```
00314:13      A.      This does not look like what we
14  just -- well, it looks like perhaps what the
15  government presented at that meeting, it does
16  not look like what I presented at this
17  meeting because it's got government stickies,
18  symbols on the front page.
```

Page 315:15 to 315:20

```
00315:15      Q.      Okay.  And then we've got No. 3
16  here is Horner plot resolution, Bob Merrill
17  and Paul Hsieh.  You -- you, I believe, based
18  on the prior e-mail, presented some slides at
```

```
        19   this meeting that don't appear to be
        20   reflected here, correct?
```

Page 315:22 to 316:07

```
00315:22        A.     Well, I don't know.  I have not
        23   reviewed this -- I have not reviewed this
        24   document yet.
        25        Q.     (BY MR. GLADSTEIN)  Okay.
00316:01        A.     May I?
        02        Q.     Please.
        03        A.     There is a plot in here -- or a
        04   slide, rather, it's numbered 11, the whatever
        05   the heck number on the lower right-hand
        06   corner, 95067.  That appears to be a slide
        07   which I produced in -- for this presentation.
```

Page 323:05 to 324:02

```
00323:05        Q.     (BY MR. GLADSTEIN)  I see.
        06   Okay.  Yeah.  All right.  And then on -- on
        07   the last page, which is -- has the last four
        08   digits 50 -- 5068, you've got "Interpretation
        09   of Horner Plot - Paul Hsieh."
        10              It says --
        11        A.     I don't have this.  I believe
        12   these are Paul's.
        13        Q.     Yes, I -- I know.  I just want
        14   to see if this is consistent with your
        15   understanding.
        16              Discussions were carried out on
        17   interpretation of Horner plot, using a common
        18   set of assumed reservoir properties --
        19   reservoir total volume and flow rate, is
        20   that -- is that correct, at this time?
        21        A.     For the purposes of constructing
        22   that Horner plot, yes, we -- we -- we had a
        23   common set of assumed reservoir properties,
        24   reservoir total volume.  And the flow rate
        25   was determined for -- was just agreed for the
00324:01   purposes of constructing the graph.  Paul
        02   needed a -- a flow rate for his model.
```

Page 338:18 to 339:10

```
00338:18      Q.    Okay.  Tab 39, please.  Can we
     19  mark that as our next exhibit?
     20      A.    10852.
     21      Q.    Okay.  This is a series of
     22  e-mails.  I'm going to ask you about the top
     23  e-mail since that's the one from -- from
     24  yourself.  This is from yourself, dated
     25  July 21 at 16:23.  So this appears to be
00339:01  about five hours before the e-mail of -- that
     02  is Exhibit 10851.  And there is -- you're
     03  writing to Paul Tooms, and the concern -- the
     04  subject is "Update on the evaluation of the
     05  possibility of erosion of the bursting disc
     06  holder."  Do you want to review that top
     07  e-mail, please?
     08      A.    I need to actually understand
     09  the -- the context of this, if you please let
     10  me --
```

Page 339:14 to 340:14

```
00339:14      Q.    Yes.  Have you -- have you
     15  reviewed the e-mail that you sent to
     16  Mr. Tooms?
     17      A.    Yes, sir.
     18      Q.    Okay.  In the second bullet you
     19  mentioned to him, "The combined crossflow
     20  rate (shallow and deep) is what is
     21  important -  which makes me even more
     22  confident that we have integrity."
     23          What were you trying to
     24  communicate to Mr Tooms with this e-mail?
     25      A.    At this point there was still a
00340:01  concern whether the well had integrity or
     02  not, and the -- the team was hypothesizing
     03  different routes that the fluid could escape
     04  from the wellbore, and I was requested to --
     05  to respond to Paul on whether there was any
     06  evidence from the pressure buildup data that
     07  would indicate that there was such outflow
     08  from the well, and in particular this -- this
     09  second point, is saying that, you know, we --
     10  we are --you know, there -- it's basically
     11  saying there is no evidence for any flow out
     12  of the well from the pressure buildup data.
     13  I perhaps could have stated it more
     14  elegantly, but that's the point of the note.
```

Page 341:03 to 341:22

```
00341:03      Q.    Yeah, so we made an exhibit of
     04  this earlier.  This is 10825.  And let's
```

```
05  first look at the e-mail.  This is an e-mail
06  from yourself -- the bottom e-mail, this is
07  an e-mail from yourself, dated Sunday,
08  July 25 at 8:30 p.m. to Michael Levitan,
09  "Subject:  Please Review"; "Importance:
10  High."  You say, "Mike:
11              "Please review the enclosed
12  presentation for errors or mis-statements."
13  It reflects my (feeble) efforts to become a
14  PIE-meister.
15              Okay.  And then if you could
16  review, before I ask you a question, the
17  enclosed presentation which follows this.
18  Okay.  After the e-mail there is the -- the
19  presentation.  There is the Bates number
20  version and then there is a native version
21  that's easier to read.
22          A.      Yes, sir.
```

## Page 347:05 to 347:09

```
00347:05        Q.      And now I'm going to get to that
     06  formulaic question I asked you a couple times
     07  yesterday.  Did -- did you prepare these
     08  plots in the normal course of your work for
     09  BP?
```

## Page 347:11 to 347:20

```
00347:11        A.      I prepared these for
     12  presentation at the direction of the -- the
     13  supervisor at BP I was working with.
     14        Q.      (BY MR. GLADSTEIN)  Yes, thank
     15  you.
     16        A.      Nothing was normal about the
     17  incident.
     18        Q.      Right.  In the course of your
     19  work on the incident?
     20        A.      Yes, yes, sir.
```

## Page 347:25 to 348:01

```
00347:25        Q.      Yes, this is already an exhibit,
00348:01  9318.  This is an e-mail from yourself to
```

## Page 367:03 to 367:22

```
00367:03        Q.      Okay, thank you.  And the title
     04  of Exhibit 10853 is Well Integrity Test
     05  Review Data, and it's dated at 1100 hours,
     06  July 26th, 2010.  I'd like you to review this
     07  document, please.  There is two versions of
     08  it.  One is the Bates numbered version, and
```

```
09  then behind it is a native format version
10  that is easier to read.
11         A.    Yes, sir.
12         Q.    Okay.  And let's -- let's review
13  your draft PIE matches of 25 July, which is
14  part of Exhibit 10853.  Can you turn to --
15  to -- to that -- that page, the page that's
16  entitled "Draft:  PIE matches of 25-July"?
17         A.    Would this be the page number --
18  well, there's no page number on that titled
19  slide, but the following page number is 18.
20         Q.    Yes.  Yes.  Okay.  And that --
21         A.    Rectangular model, no aquifer,
22  45 mbd.
```

Page 370:05 to 371:06

```
00370:05        Q.    (BY MR. GLADSTEIN)  Okay.  So --
06  so going back to the first page of -- of
07  Exhibit 10853, that's entitled "Well
08  Integrity Test Data Review," 1100 hours,
09  July 26, 2010, is it your understanding
10  that -- that the information contained in
11  this data review was -- was presented to --
12  to the government science team?
13         A.    That is my understanding.
14  Actually, I'm not sure -- I'm not entirely
15  sure if this is solely the work of BP or a
16  joint effort.  So it might be incorrect to
17  say it was presented to the government
18  science team, but it was -- I believe it was
19  certainly presented at a meeting or discussed
20  at a meeting.
21         Q.    Okay.  And you believe that this
22  was the meeting that was the July 26th?
23         A.    I couldn't state a date.  I
24  will --
25         Q.    Okay.
00371:01        A.    I'll admit the dates as
02  July 26th, but there were lots of meetings.
03         Q.    Okay.  All right.  So I'd ask
04  you to take a look at Page 3 of -- of the
05  Exhibit 10853.  What is Page 3?
06         A.    Page --
```

Page 371:08 to 372:08

```
00371:08        A.    (Continuing)  Page 3 has a
09  figure on it with a title that says Horner
10  Plot - Data to 5:58, 26 of July, and on this
11  Horner plot, there is a slope drawn in to
12  show the linear portion of the Horner plot.
13  There is a -- the data shows clear deviation
14  above this line after a certain time.  There
```

```
15  is a P star annotation, which is the
16  intersection of that line to the Y axis, and
17  then there are two annotations to this slot,
18  to this figure, which says the pressure
19  increases approximately 9 to 14 psi in
20  24 hours and that the behavior of the Horner
21  plot is consistent with reservoir boundaries.
22       Q.    (BY MR. GLADSTEIN)  Okay.  And
23  did you have anything to do with the
24  presentation of this slide?
25       A.    I probably made this Horner plot
00372:01  and this slide.  Again, I can't be a hundred
02  percent sure that I actually made the Horner
03  plot because I had people assisting me.  But
04  if this is the 26th of July, it was most
05  likely my own efforts.
06       Q.    Okay.  And this was in the
07  course of your work on the incident, correct?
08       A.    Yes, sir.
```

Page 377:22 to 378:04

```
00377:22       Q.    (BY MR. GLADSTEIN)  Okay.  So
23  Tab 55, 10853.  Okay.  The segment of the
24  exhibit called draft pie matches of 25 July.
25  And your understanding, Dr. Merrill, is this
00378:01  information, these scenarios, these three
02  different scenarios were presented to the
03  government team on July 26th; is that
04  correct?
```

Page 378:07 to 378:16

```
00378:07       A.    These -- these -- this portion
08  of the presentation was presented, I'm not
09  exactly sure the day because it's a blur, but
10  the 26th of July is when they were date --
11  well, they're dated the 25th of July, but I
12  believe they were actually presented the
13  following day.
14       Q.    (BY MR. GLADSTEIN)  Yes.  And
15  did you do these -- this presentation
16  yourself?
```

Page 378:18 to 378:19

```
00378:18       A.    I believe that I was presenting
19  the material.
```

Page 379:01 to 379:05

```
00379:01       Q.    Okay.  Now, looking at the --
02  the page -- Page 18 of the exhibit with the
```

```
        03   title Rectangular Model - No Aquifer, 45,000
        04   barrels a day.  The -- the 45,000 mbd, that's
        05   an input to the model; is that correct?
```

Page 379:07 to 379:10

```
00379:07          A.     For the purpose of this modeling
        08   we -- in each of these cases we input a flow
        09   rate assumption.  We also input other
        10   physical parameter assumptions as well.
```

Page 380:11 to 381:08

```
00380:11          Q.     (BY MR. GLADSTEIN)  Okay.  And
        12   you are aware in -- in this period of
        13   July 25-July 26 that there were members of
        14   the BP flow assurance team who were
        15   calculating the flow rate, correct?
        16          A.     No, I was not actually aware of
        17   that.  I was being given -- I -- it never
        18   occurred to me.  It wasn't within my -- my --
        19   my -- my area.  I'm unaware of ever being
        20   aware of that at that time.
        21          Q.     Now, you -- you interacted with
        22   Ms. Saidi --
        23          A.     I did.
        24          Q.     -- often on a daily basis,
        25   right?
00381:01          A.     I did.
        02          Q.     And did you have any idea of the
        03   kind of work that she was doing related to
        04   the incident?
        05          A.     I did not have a complete
        06   knowledge of that work.
        07          Q.     Okay.  What was your incomplete
        08   knowledge?
```

Page 381:10 to 381:22

```
00381:10          A.     Incomplete knowledge, it was
        11   various.  We spoke.  We talked about the
        12   possible configuration of the wellbore flow
        13   path.  I am unaware of any documents passing
        14   my -- through my -- you know, my possession
        15   at the time of the incident which referred to
        16   calculating flow rate.
        17          Q.     (BY MR. GLADSTEIN)  Okay.  Do
        18   you believe that you could have had more
        19   accurate information if you had had a
        20   calculated flow rate as opposed to an assumed
        21   flow rate for purposes of -- of these three
        22   scenarios?
```

Page 381:25 to 382:16

```
00381:25        A.      For the purposes of these three
00382:01  scenarios, which was in the context of the
      02  well integrity test, the purpose of the
      03  scenario was to show for a variety of flow
      04  rate assumptions and for input parameters
      05  it's possible to come up with very reasonable
      06  matches.
      07        Q.      (BY MR. GLADSTEIN)  Okay.  So
      08  you're saying that --
      09        A.      All of these matches are
      10  reasonable.
      11        Q.      Right.
      12        A.      And none of them need to invoke
      13  a integrity failure in the well.
      14        Q.      So -- so -- so a scenario with a
      15  45 mbd was reasonable as far as you were
      16  concerned?
```

Page 382:19 to 383:04

```
00382:19        A.      These three scenarios show that
      20  depending on your choice of other parameters
      21  the -- the -- the -- you can match the
      22  pressure transient -- the pressure data
      23  collected with a number of flow rate and rock
      24  assumptions.
      25        Q.      (BY MR. GLADSTEIN)  So you
00383:01  believe that -- the first scenario that you
      02  presented here, "Rectangular Model - No
      03  Aquifer; 45 mbd" was a reasonable scenario;
      04  is that correct?
```

Page 383:06 to 383:13

```
00383:06        A.      I made no judgment as to the
      07  reasonableness of the flow rates.  I was able
      08  to match 30,000 barrels a day and 45,000
      09  barrels a day using the experimentally
      10  measured compressibility, fluid properties,
      11  and -- and so on.
      12        Q.      (BY MR. GLADSTEIN)  And 50,000
      13  barrels a day also matched, correct?
```

Page 383:15 to 383:20

```
00383:15        A.      When I used the USDS parameters
      16  a match was obtained using their parameters.
      17  They were using different subsurface
      18  parameters than we were at this point.
      19        Q.      (BY MR. GLADSTEIN)  So all three
      20  scenarios matched the data; is that correct?
```

Page 383:23 to 384:21

00383:23        A.      No, sir, that's not what I said.
      24  I said with the choice -- because "data" is a
      25  broad term.  With the -- with the -- with
00384:01  the -- with the degree of -- let me think of
      02  what I want to say.
      03             Given these input parameters,
      04  the models that were presented matched the
      05  pressure transient data, but each model has
      06  to make changes to other things or different
      07  things are changed in order to -- in order to
      08  achieve that match.
      09        Q.      (BY MR. GLADSTEIN)   Okay.
      10        A.      For example, the -- you've drawn
      11  attention to the original oil in place
      12  numbers here.
      13        Q.      Yes.
      14        A.      Okay.  The original oil in place
      15  numbers here, well, that's an unknown.
      16  It's -- it's not a number which we have a lot
      17  of certainty in, and so we changed it.  You
      18  know, you need a different oil in place for a
      19  30 mbd rate -- flow rate as opposed to a
      20  45 mbd flow rate as opposed to a 50 mbd flow
      21  rate.


Page 385:22 to 386:04

00385:22        Q.      So given that on your -- on your
      23  45 mbd that -- the scenario that you got
      24  out -- that you have output of original oil
      25  in place of 137, do you -- do you -- but the
00386:01  company had been using 110 MM STB as the
      02  original oil in place, do you believe that --
      03  that this is an accurate -- that these inputs
      04  are -- are reasonable?


Page 386:07 to 387:03

00386:07        A.      The pressure transient data that
      08  was being collected indicated that the --
      09  indicates a certain level of reservoir
      10  energy.  We discussed this yesterday.  There
      11  are a number of ways in which energy is
      12  reflected in reservoirs:  rock
      13  compressibility, initial oil in place,
      14  aquifer support --
      15        Q.      (BY MR. GLADSTEIN)   Yeah.
      16        A.      -- withdraw from the reservoir
      17  actual, which is the flow rate all impact on
      18  the reservoir energy.  The data indicated a
      19  certain amount of reservoir energy, and

```
20   then the -- the role of a reservoir engineer
21   is to honor the data that -- that is
22   available and try and ferret out the --
23   the -- or lessen the uncertainty ranges on
24   the other amounts of data that aren't as well
25   known.  So we tend to use laboratory data,
00387:01   you know, as givens and the pressure data, of
02   course, as a given because we tend to have
03   lower uncertainties associated with them.
```

## Page 389:25 to 390:16

```
00389:25        Q.    On the first -- the first
00390:01   scenario, "Rectangular Model - No Aquifer;
02   45 mbd," I believe that as an input
03   6 microsips is used for rock compressibility;
04   is that right?
05        A.    Yes, sir.
06        Q.    And then on the second scenario,
07   "Rectangular Model - No Aquifer; 30 mbd,"
08   also 6 microsips is used for rock
09   compressibility, isn't it?
10        A.    Yes, sir.
11        Q.    And then on the third scenario,
12   "USGS Parameters - Increased Cr, 50 mbd,"
13   14 microsips is used for rock
14   compressibility, correct?
15        A.    Yes, that's where -- what's
16   here.  Yes.
```

## Page 392:12 to 392:16

```
00392:12        Q.    All right.  So you see here on
13   this page that it says data for Qo equals
14   35 mbd, Cr equals 12 microsips, aquifer 3.8X.
15   Do you know why a rock compressibility of 12
16   is being used?
```

## Page 392:18 to 393:07

```
00392:18        A.    During the time leading up to
19   the shut-in of the well we were concerned
20   about the upper level -- much more concerned
21   about the upper level to which the pressure
22   would build up in the well, because the burst
23   disks, than we were about the lower level.
24   We wanted to get a range of pressure, but we
25   were more concerned about the upper limit.
00393:01             Using a rock compressibility of
02   12 was suggested at some point prior to the
03   well integrity test as a -- as a -- as a --
04   the -- the parameter that we would use for a
05   reference case for the well integrity test to
```

```
06   capture the -- the higher pressure in the
07   wellbore.
```

Page 396:03 to 397:02

```
00396:03      Q.     (BY MR. GLADSTEIN)  As a re- --
04   what you said was as a result of a BP
05   internal meeting, there was a discussion
06   about whether sidewall cores might be -- give
07   different results than a full core.  Okay.
08   What do you mean by a sidewall core?
09      A.     The two technologies, sidewall
10   versus whole core, refers to how rock is
11   recovered from a reservoir.
12      Q.     Okay.  And was the 6 based upon
13   either a sidewall core or a -- or a full
14   core?
15      A.     I believe the 6 value -- the
16   experimentally measured values from this well
17   are based upon sidewall core data.
18      Q.     Okay.  And was there any full --
19   full wall core data available?
20      A.     I do not know.
21      Q.     Okay.
22      A.     I do not know.  The...
23      Q.     Oh, I see.  So there is a
24   discussion about whether a sidewall core
25   might give a different result than a full
00397:01   wall core, right?
02      A.     Might.
```

Page 403:07 to 406:01

```
00403:07      Q.     Okay, great.  Okay.  All right.
08   So this is just this last line of questions.
09             I'd like to refer you to Tab 51,
10   please.
11      A.     Yes, sir.  I thought I'd seen
12   this before.  It doesn't have a exhibit
13   number.
14      Q.     Okay.  Well, maybe that's one of
15   the ones you reviewed.  There's so many
16   documents.
17      A.     I will put an exhibit number on
18   this.
19      Q.     Okay.
20      A.     10854.
21      Q.     So this is -- there are several
22   e-mails here.  You're at -- at the bottom of
23   the page.  It's from yourself, Robert
24   Merrill, Kate Baker, Tony Liao, and I guess
25   we probably ought to look to the e-mail that
00404:01   comes before that on -- on the second page.
02   It's from Maria Nass to you, "Information on
```

```
03   MC-252 well."
04              "Rob, Do you have any
05   information on Macondo about actual reservoir
06   pressure and maybe the PI?  We are trying to
07   model the dP across the BOP stack and I need
08   information on the MC-252 reservoir and BH
09   conditions even if they are just a rough
10   approximation.
11              "Maria."
12              You write back to her -- who was
13   Maria Nass?
14        A.    I'm not entirely sure.
15        Q.    Okay.
16        A.    I believe she was working for
17   Hugh in the team that was looking at disposal
18   options.
19        Q.    All right.  And this is in the
20   end of June, June 28, 2010.
21              And you say, "We aren't sure.
22   The initial reservoir pressure in the M56
23   (main oil sand) was 11850 psia.  The current
24   reservoir pressure will be dependent on
25   cumulative offtake, and the presence (or not)
00405:01   of an aquifer.
02              "If we had a PI" -- and PI there
03   is referring to productivity index, right?
04        A.    I believe so in the context of
05   this note.
06        Q.    -- "we could estimate the
07   flowrate.  But it's hard to do that without
08   knowing what is flowing and from where."
09              And then above that, there is
10   from Tony Liao to you and Maria Nass -- and
11   this is a little bit peculiar because it's
12   dated June 27 and yours is dated June 28, but
13   it's above it.
14        A.    Yeah.
15        Q.    It's from Tony -- Tony Liao to
16   Maria, and Tony Liao says, If a rough -- "If
17   a rough estimate may need" -- need your need,
18   or maybe meet your need, "you could assume a
19   simple PI about 45.  As Bob pointed out,
20   please note the uncertainty in estimating
21   well performance without all the relevant
22   direct measurements."
23              Do you have a basis one way or
24   another of agreeing or disagreeing with that
25   PI?
00406:01        A.    I don't know --
```

Page 406:04 to 407:03

```
00406:04        A.    (Continuing)  I do not know how
05   Tony calculated it, so I cannot actually
06   comment on that.  I don't know what
```

```
07  assumptions went into his calculations.
08       Q.     (BY MR. GLADSTEIN)   Okay.
09       A.     If it was based on a
10  calculation.  I do not know the providence of
11  that.
12       Q.     And then -- and then looking
13  relatively quickly at a couple of other
14  examples, so Tab 48 let's mark as
15  Exhibit 10855.  It's an -- it's an April 21,
16  2010 e-mail from Walt Bozeman to --
17       A.     This is 855.
18       Q.     Okay, yeah, 8 -- Kurt Mix.
19              He says, from Walt to Bobby, "I
20  know you are the contact for sub-surface
21  information but Kurt needs to check his model
22  with some information from this morning.
23  This is the Prosper run we shared with Dave
24  Rainey this morning.  We are calculating a PI
25  of 50 bbl/psi.  Hope this helps.  Happy to
00407:01  discuss."
02              Do you have an opinion one way
03  or another whether this is the correct PI?
```

Page 407:06 to 407:20

```
00407:06       A.     I do not know the assumptions
07  that Walt used to calculate or determine this
08  PI.  If you recall the previous exhibit, I
09  say that there is a lot of uncertainty in
10  this number.
11       Q.     (BY MR. GLADSTEIN)  Uh-huh.  And
12  then looking again, next -- next exhibit,
13  10855, which would be Tab 49, if you could
14  mark that, please.
15       A.     No, 49 -- 855 was Tab 48.
16       Q.     Yes.  Could we please change to
17  Tab 49?
18       A.     And mark it 856?
19       Q.     Yes, please.
20       A.     10856.
```

Page 407:25 to 408:05

```
00407:25  Can we go to Tab 50, please?
00408:01       A.     Should I mark this as an
02  exhibit?
03       Q.     Yes, please.  That would be
04  10857; is that right?
05       A.     10857, yes, sir.
```

Page 409:23 to 410:20

```
00409:23       Q.     Good morning, Dr. Merrill.  My
```

```
         24   name is Paul Thibodeaux, and this is Mary K.
         25   Klinefelter.  We represent Transocean.  I
00410:01   want to go into a little more specifics about
         02   your initial involvement in the Macondo
         03   incident.  Do you recall the exact date when
         04   you started working on the incident?
         05        A.    It would be hard to give an
         06   exact date because when the incident occurred
         07   I was on holiday and I didn't return back to
         08   the United States until the first week in May
         09   and I recall that I was teaching or in a
         10   class the following week and I was called
         11   over to the incident center for some
         12   consultation, but it was minor.  It was,
         13   like, a five-minute question, and I didn't
         14   write anything at that point.  And then
         15   throughout May there were only one or two
         16   questions.  I worked on the same floor as
         17   Mike Mason, and so we'd run into each other
         18   and talk about things.  But I formally
         19   started doing things towards the middle or
         20   the end of May.
```

Page 411:22 to 411:25

```
00411:22        Q.    (BY MR. THIBODEAUX)  Okay.  When
         23   you were formally brought in to the incident,
         24   who formally brought you in?
         25        A.    Kate Baker.
```

Page 413:23 to 414:23

```
00413:23        Q.    Did you do any work specifically
         24   in May in preparation for the top kill
         25   effort?
00414:01        A.    Yes, I did.
         02        Q.    Okay.  What did you do?
         03        A.    I led a little team to come up
         04   with a probability distribution of what the
         05   likely -- what -- what the probability of the
         06   pressure at the surface exceeding a certain
         07   value would be.
         08        Q.    In doing that work, did you
         09   utilize -- utilize flow rates as in- -- as
         10   inputs into that work or that analysis?
         11        A.    I don't believe I did at the
         12   time.  What -- the way we were doing that
         13   work is we were collecting estimates of what
         14   the initial pressure -- what the pressure
         15   that would have occurred had the -- the well
         16   been successfully shut-in at the time would
         17   be, and in the course -- and so people were
         18   bringing their values to me and we were
         19   discussing them and how they were created,
```

```
20  but I wasn't working with flow rates, per se,
21  at the time.  So I don't believe so.
22       Q.    Okay.  What were the inputs or
23  values that you were using?
```

Page 414:25 to 415:22

```
00414:25       A.    I remember distinctly we asked
00415:01  people to calculate what they thought the
02  shut-in pressure would be and there were some
03  assumptions and I don't recall all the
04  assumptions.  There is a document, a
05  technical file note in here somewhere or in
06  the records somewhere that gives those --
07  those -- those assumptions.  And, you know,
08  so some people used PROSPER, other people
09  used PIPESIM, I believe we had OLGA runs, I
10  did a back-of-the-envelope calculation, if
11  you will, using a static head; and we put
12  them together and said, well, the range of
13  the pressure is likely between this and that.
14  But I couldn't speak to how each person came
15  up with that value for what the shut-in
16  pressure would be without reviewing the
17  documents.
18       Q.    (BY MR. THIBODEAUX)  And it's
19  your testimony that flow rates were not a
20  part of the inputs into the PROSPER, OLGA, or
21  other models that were used in that analysis?
22       A.    No --
```

Page 415:24 to 416:19

```
00415:24       A.    (Continuing)  No, that's not my
25  testimony.  My testimony is I do not know how
00416:01  flow rates, if they were used, were used in
02  that analysis.
03       Q.    (BY MR. THIBODEAUX)  So you were
04  taking, then, the PROSPER -- PROSPER or OLGA
05  models, the outputs for those models, not
06  necessarily knowing if flow rates were part
07  of the inputs that got to those outputs; is
08  that correct?
09       A.    During the discussion, because
10  we were meeting together around a table,
11  people might have mentioned what the
12  assumptions were; but I do not recall what
13  they were at this time and flow rate wasn't
14  figuring as a -- as a major issue in -- for
15  the purposes of the technical note I put
16  together.
17       Q.    Did you do any work on the top
18  kill effort with respect to the pressures or
19  the flows needed to actually kill the well?
```

Page 416:22 to 417:04

```
00416:22        A.      I don't recall doing any
      23  calculations regarding that.  I may have been
      24  in some discussions where they -- where the
      25  subject came up, but I do not recall.  Do you
00417:01  have a document you could help me with to
      02  refresh my memory?  Because I -- that was
      03  towards the beginning of when I was involved
      04  in the incident.
```

Page 417:12 to 417:21

```
00417:12        Q.      (BY MR. THIBODEAUX)  Did you
      13  ever give any presentations to Doug Suttles
      14  regarding your work on Macondo?
      15        A.      I do not recall if he was in the
      16  room.  I did address management on a number
      17  of occasions.  I don't remember if he was a
      18  member of manag- -- of the management team
      19  there.
      20        Q.      How many times did you address
      21  management?
```

Page 417:23 to 418:15

```
00417:23        A.      I do not recall an exact number.
      24  More than once.
      25        Q.      (BY MR. THIBODEAUX)  Who --
00418:01  who -- who do you consider -- who -- when you
      02  addressed management, who was in the room?
      03        A.      I remember a meeting in which
      04  Mr. Hayward was present, and there was one
      05  which Mr. Inglis was present.  I'm not sure
      06  that was the same meeting.  And Mr. Dupree
      07  was present for most of the meetings that I
      08  would present to management, but he was also
      09  present at most of the meetings of the well
      10  integrity test as well that we were having,
      11  so I might be getting a little confused here.
      12  And I do remember meeting Mr. Dudley for the
      13  first time in the course of this -- of this
      14  incident, but I -- I don't remember when I
      15  actually presented to him or not.
```

Page 419:14 to 419:17

```
00419:14        Q.      Were you ever asked to do any
      15  work to support a flow rate of 5,000 barrels
      16  per day?
      17        A.      No, sir.
```

Page 419:19 to 419:24

```
00419:19        Q.      (BY MR. THIBODEAUX)   Did you do
      20  any work to determine the well -- the
      21  potential -- sorry, strike that.
      22              Did you do any work to assess
      23  the flow rate at which the top kill would not
      24  be successful?
```

Page 420:01 to 420:10

```
00420:01        A.      No, sir, I have no recollection
      02  of doing so.
      03        Q.      (BY MR. THIBODEAUX)   Do you know
      04  of anybody on the BP team that was performing
      05  that analysis?
      06        A.      No, sir, I do not.
      07        Q.      When you were first formally
      08  brought in on the Macondo team, you said late
      09  May, what was the best estimate for the flow
      10  rate of the well?
```

Page 420:12 to 420:15

```
00420:12        A.      I -- I don't recall.
      13        Q.      (BY MR. THIBODEAUX)   Was there
      14  one that was used by the BP team at that
      15  point?
```

Page 420:17 to 421:04

```
00420:17        A.      I wouldn't say there was one
      18  used by the team.  And when I was brought in
      19  in May the -- we weren't discussing flow
      20  rates in that first technical note that I
      21  created regarding pressure, so I do not
      22  recall, you know, it coming up as there being
      23  a flow rate that we were using.
      24        Q.      (BY MR. THIBODEAUX)   Was there a
      25  range of flow rates that was used by the team
00421:01  at that time --
      02        A.      I don't.
      03        Q.      -- that was considered to be
      04  reasonable?
```

Page 421:06 to 421:14

```
00421:06        A.      I don't recall.  I recall when
      07  Kate brought me in she asked me not to
      08  calculate the flow rates, but to use a set
      09  range of flow rates.
      10        Q.      (BY MR. THIBODEAUX)   And what
```

```
11  was that range of flow rates?
12        A.    It dependent on the application.
13        Q.    Okay.  What applications and
14  what were the ranges?
```

Page 421:16 to 422:02

```
00421:16        A.    I would have to check --  you
17  know, I would have to check -- I can't be
18  definitive, because most of the work was done
19  for the -- the relief well planning with the
20  simulation model and with the -- for the
21  wellbore integrity test and not anything to
22  do with top kill.
23        Q.    (BY MR. THIBODEAUX)  Well, let's
24  focus on the application when you first came
25  on at the end of May.  What were the
00422:01  applications and what were the ranges that
02  Kate Baker told you about?
```

Page 422:04 to 422:16

```
00422:04        A.    I put together a VIP simulation
05  model, which is a industry standard simulator
06  by Landmark Corporation, and I do not recall
07  the flow rate that I was using at that time.
08  It would -- I just don't remember.
09        Q.    (BY MR. THIBODEAUX)  Was the
10  flow rate that you were using in that VIP
11  simulation model the -- the range that Kate
12  Baker told you to use?
13        A.    Yes.  Or Paul Tooms.
14        Q.    Did you do anything personally
15  to verify that flow rate range?
16        A.    I did --
```

Page 422:18 to 423:02

```
00422:18        A.    (Continuing)  I did not.
19        Q.    (BY MR. THIBODEAUX)  Do you have
20  an understanding of where Kate Baker or Paul
21  Tooms got that range from?
22        A.    I do not.
23        Q.    Okay.  Other than your
24  probability of distribution regarding shut-in
25  pressure for the top kill, did you have any
00423:01  other role in the planning of the top kill?
02        A.    I --
```

Page 423:04 to 423:09

```
00423:04        A.    (Continuing)  Could you say that
05  again?  Please repeat your question.
```

```
     06        Q.      (BY MR. THIBODEAUX)   Sure.
     07   Other than the probability of distribution
     08   regarding shut-in pressure for top kill, did
     09   you have any other role in top kill?
```

Page 423:11 to 424:08

```
00423:11        A.      I do not recall any other
     12   interaction with top kill.
     13        Q.      (BY MR. THIBODEAUX)   When you
     14   worked on the top kill who were the other BP
     15   team members that you worked with?
     16        A.      That would be at the top of my
     17   note.  I cannot remember the entire range of
     18   the team.  I can name a few of them who I can
     19   remember.  Would you like me to do that?
     20        Q.      Yes, please.
     21        A.      But it will not be an exhaustive
     22   list.
     23        Q.      Fine.
     24        A.      There was Mike Levitan and
     25   Debbie Kercho and -- Mike Levitan and Debbie
00424:01   Kercho.  Tony Liao was a member, I believe.
     02   And I think Farah Saidi was part of that
     03   group as well.  And there were -- was a
     04   fellow who was running the OLGA model, and I
     05   don't remember his name.  And so there were a
     06   couple other people, too, including
     07   geologists or two that were part of this
     08   team.
```

Page 424:22 to 425:13

```
00424:22        Q.      Okay.  Okay.  After the top kill
     23   was performed did you play any role in -- in
     24   analyzing top kill results?
     25        A.      I remember coming in to
00425:01   posses- -- possession of pump rates or
     02   something along those lines during the top
     03   kill.  It was in particular with regard to
     04   the pressure that -- that was observed during
     05   the top kill and whether there was an effect
     06   on the burst disks, but I don't recall the
     07   details of what I did with those numbers at
     08   this point.
     09        Q.      Okay.  Did you do any analysis
     10   of why the top kill failed?
     11        A.      No, I did no failure analysis
     12   with top kill.  What I did was strictly about
     13   pressures.
```

Page 425:17 to 426:11

```
00425:17        Q.      And let's mark that as whatever
      18  the next exhibit number is.  If you don't
      19  mind, just say what that is, please.
      20        A.      Okay.  May I take a moment to
      21  review this?
      22        Q.      Sure.  What -- what --
      23        A.      This is No. 10858.
      24                Yes, sir.
      25        Q.      Okay.  And this technical note
00426:01  is something you prepared, correct?
      02        A.      That is correct.
      03        Q.      Does this refresh your
      04  recollection on the work that you did post
      05  top kill?
      06        A.      This is post top kill, yes.
      07        Q.      Okay.  And is this the only work
      08  that you did with respect to analyzing
      09  post -- post top kill?
      10        A.      Actually, this is not the work
      11  that I remember.
```

## Page 426:14 to 427:10

```
00426:14        Q.      Well, what is this work, then?
      15        A.      This work -- wanted to this work
      16  considered the -- the possibility that we
      17  might have initiated fractures through the
      18  pumping of the mud during the -- the top
      19  kill -- the top kill process, and so we
      20  performed a reservoir simulation using the
      21  REVEAL reservoir simulator to -- to -- to do
      22  these calculations.
      23        Q.      If you look down on the first
      24  page of the "Key Conclusions," No. 1 of the
      25  key conclusions, there is a reference to the
00427:01  REVEAL reservoir simulations.  Is that what
      02  you're referring to?
      03        A.      That is correct.  I was new to
      04  REVEAL.  It was not a tool I was very
      05  familiar with, and that was one that refers
      06  to --
      07        Q.      Was there somebody on the team
      08  that was more familiar with REVEAL that
      09  actually performed the REVEAL simulation?
      10        A.      No, sir.
```

## Page 427:12 to 427:24

```
00427:12        A.      (Continuing)  I do not know of
      13  anyone who was more familiar with REVEAL on
      14  the team.
      15        Q.      (BY MR. THIBODEAUX)  If you look
      16  at the first sentence of that key conclusion,
      17  No. 1, The results of the reservoir
```

```
18   simulations, performed with REVEAL -- REVEAL,
19   are sensitive to the input parameters.  These
20   parameters are not well understood for the
21   Macondo well, hence, the simulation results
22   are not quantitative.
23               What are the input parameters
24   that were not well understood for REVEAL?
```

Page 428:01 to 428:17

```
00428:01        A.    I don't know exactly which
02   parameters I was referring to in this -- in
03   this note.
04        Q.    (BY MR. THIBODEAUX)  Okay.
05        A.    The -- you know, there are
06   additional parameters used with REVEAL that
07   aren't used in VIP because of the
08   geomechanical nature of the REVEAL simulator.
09        Q.    And what are those?
10        A.    They are in the -- in the table
11   at the end of this note where it says, "Model
12   Geomechanical Parameters," which I received
13   from Steve Willson.  And it's my
14   understanding that it is these parameters
15   that are not -- in particular are not well
16   understood.  In fact, you'll see there is a
17   footnote to the table here.
```

Page 430:18 to 431:17

```
00430:18        Q.    In -- in mid May prior to the
19   top kill, what were you using for your
20   pressure inputs in evaluating pressure
21   depletion?
22        A.    Would you repeat the question.
23        Q.    Yeah, you refer to -- I think
24   you were referring to maybe the BOP pressure
25   gauge that you had access to some information
00431:01   from.  What other pressure inputs or pressure
02   data were you receiving in performing your
03   pressure depletion calculations?
04        A.    I don't recall.  I mean, we --
05   we knew the initial reservoir pressure and
06   the material balance discussion would have
07   been talking about depletion as a function of
08   flow rate, but I don't recall those in any
09   detail.
10        Q.    In your -- in your material
11   balance calculations, what were you -- what
12   would you be using as inputs?
13        A.    They were not my material
14   balance calculations.  I believe they were
15   Debbie's.
16        Q.    Okay.  And what were the inputs
```

```
    17  for those?
```

Page 431:19 to 432:08

```
00431:19      A.    We're talking about mid May?
      20      Q.    (BY MR. THIBODEAUX)  In May
      21  prior to the top kill.
      22      A.    I do not recall where those
      23  inputs came from.
      24      Q.    Let's take a look at Tab 4 in
      25  your binder, please.  This is previously
00432:01  marked as Exhibit 9314.
      02      A.    Okay.  May I read this?
      03      Q.    Sure, you can take a look at it.
      04      A.    Yes, sir, I reviewed this
      05  document.
      06      Q.    Okay.  Exhibit 9314 starts with
      07  an e-mail from you on June 15th, right?
      08      A.    Yes.
```

Page 432:10 to 434:07

```
00432:10      Q.    (BY MR. THIBODEAUX)  And there
      11  is an attachment that is a Macondo technical
      12  note, June 15th, that you prepared?
      13      A.    Is this the last draft of this
      14  note, to your knowledge?
      15      Q.    I'm not sure.
      16      A.    Okay.
      17      Q.    But you did prepare whatever
      18  draft this is, correct?
      19      A.    I did prepare this draft.
      20      Q.    Okay.  Let's take a look at --
      21  at the -- the e-mail on the first page.  You
      22  write out -- you write to Kate Baker, "I
      23  enclose a rough draft which describes the
      24  simulations used to compare the pressures
      25  observed at the BOP with reservoir depletion
00433:01  rates."
      02            Okay.  When you say "the
      03  pressures observed at the BOP," what are you
      04  talking about there and when were those
      05  pressures observed?
      06      A.    Those are the pressures that had
      07  been given to me by Chris Cecil, as noted in
      08  the footnote in the technical note.  I do not
      09  recall exactly the -- the notes in this
      10  technical note.
      11            You'll see it says "pressures at
      12  the BOP are uncertain and subject to further
      13  correction.  Cecil has considered this issue
      14  and reports that the depletion rate at the
      15  BOP is between 8 and 13 psi per day," and
      16  then that's a footnote to a -- a note of him
```

```
17  to me, because that's where I received the
18  pressures as well.
19      Q.    Okay.  Do you know when
20  Mr. Cecil determined that the depletion rates
21  at the BOP was between 8 and 13 psi per day?
22      A.    I don't know exactly.  It would
23  have had to been before June 14th when he
24  sent me the note.
25      Q.    All right.  Going back to the
00434:01  e-mail on the first page, the second
02  sentence, you write, "I increased the rate to
03  60 mbd and 80 mbd (which required a larger
04  'equivalent diameter' in the tubing)."
05           How did you -- or what -- what
06  was -- what was your basis for increasing the
07  lower bound of the rate to 60 mbd?
```

Page 434:09 to 434:13

```
00434:09      A.    I do not believe 60 mbd was the
10  lower bound of the rate.  I think I had been
11  instructed to increase the upper range of my
12  rate from what I had been previously
13  instructed to do to 80.
```

Page 434:25 to 435:02

```
00434:25      Q.    Okay.  And explain why you
00435:01  excluded the 20,000 lower bound and went to a
02  60,000?
```

Page 435:04 to 436:15

```
00435:04      A.    I did not exclude a 20,000 lower
05  bound.  20,000 -- flow rates of 20,000
06  barrels a day are shown in the attached
07  technical report.
08      Q.    (BY MR. THIBODEAUX)  Okay.
09  Where is that?
10      A.    On Page 2 of 5 with the
11  No. 84251.  There are data points at 20,000
12  barrels a day as well as data points at
13  80,000 barrels a day and at intermediate
14  points.  I did not exclude any pressures --
15  or, excuse me, I did not exclude any flow
16  rates in that range.
17      Q.    Okay.  Well, then going back to
18  the e-mail, explain to me what you mean,
19  then, by increased the rate to 60 mbd and
20  80 mbd.
21      A.    I had been asked to increase the
22  rates at which I ran the simulation.  I ran
23  originally at flow rates -- oh, I am -- I am
```

```
        24    making an inference here from the document
        25    and from the graph on No. 84251 which shows
00436:01    that there are results at 20,000, 30,000,
        02    40,000, 60,000, and 80,000 stock tank barrels
        03    a day.
        04             And my inference from looking at
        05    this graph is that I had completed the work
        06    with the -- the first lower flow rates,
        07    talked to Kate.  Kate said, oh, run at a
        08    higher flow rate of 60 and 80.  I did so and
        09    then responded back to her in this e-mail.
        10             I will note, however, on
        11    No. 884253 that there is a table, a tabular
        12    summary of all the cases presented, and the
        13    flow rates in this table, if I'm reading it
        14    correctly, run from 10,000 barrels a day to
        15    80,000 barrels a day.
```

Page 437:03 to 437:20

```
00437:03       Q.    Let's take a look at Tab 6,
        04    please.
        05       A.    We're going to make this
        06    Exhibit 859, 10859.
        07       Q.    This has a Bates range of
        08    BP-HZN-2179MDL07066668 to 69.
        09       A.    To 69?  No, it's 6668.  Oh, I'm
        10    sorry, the next page is --
        11       Q.    Right, right.  Are you familiar
        12    with this technical note, Dr. Merrill?
        13       A.    Yes, I am familiar with this
        14    technical note, but I need a moment to
        15    re-familiarize myself with this note.
        16       Q.    Sure, go ahead.
        17       A.    Yes, sir.
        18       Q.    Okay.  Did you prepare this
        19    note?
        20       A.    I believe I did.
```

Page 440:21 to 441:14

```
00440:21       Q.    Let's take a look at Tab 7,
        22    please.
        23       A.    This will be No.  10860.
        24       Q.    This is a document with BP --
        25    that is, BP-HZN-2179MDL04843794 through 96.
00441:01       A.    Let me read this, please.
        02       Q.    Sure.
        03       A.    Yes, sir.
        04       Q.    It is a Macondo technical note
        05    titled "Depletion Pressure For Relief Well
        06    Planning."  Did you write this note,
        07    Dr. Merrill?
        08       A.    Yes, sir.
```

```
09        Q.      If you look in key -- in the
10  "Key Conclusions" in the first paragraph, the
11  last sentence of that paragraph states, "This
12  range is due to the uncertainty in aquifer
13  support and flow rate."
14        A.      Yes, sir.
```

Page 442:15 to 442:17

```
00442:15        Q.      (BY MR. THIBODEAUX)  At any
16  point did you find answers to those
17  uncertainties?
```

Page 442:19 to 443:03

```
00442:19        A.      During the course of the well
20  integrity test which was held after this,
21  there was an indication that the reservoir
22  system could be described with a -- with a
23  model that excluded an aquifer.  That doesn't
24  mean there wasn't an aquifer, but you did not
25  mean to invoke an aquifer.  So I don't know
00443:01  if you can say that you've cleared up the
02  uncertainty.  You've merely changed the
03  probability of it being there.
```

Page 443:16 to 444:12

```
00443:16        Q.      Turn to Page 2 of 3 of the note,
17  please.  In the first bullet point, you
18  write, "The depletion is directly
19  proportional to the flowrate."
20              Can you please explain that
21  comment?
22        A.      If you assume a fixed reservoir
23  size, which is what this reservoir simulation
24  did, the more -- the more fluid which is
25  withdrawn from the oil -- excuse me, let me
00444:01  rephrase that.
02              If you assume the -- the
03  reservoir has a fixed amount of oil in place
04  initially, the final deleted pressure is a
05  function of how much you've withdrawn from
06  the reservoir.
07        Q.      Yesterday you testified some
08  about the burst disk issue and potential
09  broaching.  When were you satisfied that the
10  burst disks in the casing had not been
11  affected by anything that had occurred with
12  respect to the blowout --
```

Page 444:15 to 444:17

```
00444:15      Q.      (BY MR. THIBODEAUX) -- or the
      16  top kill efforts or any of the other things
      17  post incident?
```

Page 444:21 to 445:09

```
00444:21      A.      I did not actually make that
      22  determination.
      23      Q.      (BY MR. THIBODEAUX)  Did anyone
      24  within BP, to your knowledge, make that
      25  determination?
00445:01      A.      To my knowledge, what the well
      02  integrity test showed was that we saw no
      03  evidence that the burst disks were ruptured
      04  or that we had flow from the wellbore into
      05  another reservoir or horizon, which isn't
      06  quite the same thing as your question.
      07      Q.      Right.  Anything prior to the
      08  well integrity tests that gave you confidence
      09  that the burst disks were not affected?
```

Page 445:11 to 445:21

```
00445:11      A.      I don't recall anything.  As I
      12  said, I did actually do a calculation with
      13  some pressures regarding the top kill
      14  pressures that were recorded, but I don't
      15  remember that they were definitive in any
      16  way, which is why the uncertainty was still
      17  there.
      18      Q.      (BY MR. THIBODEAUX)  Was there
      19  anything about the top kill that you learned
      20  that gave you confidence that the burst disks
      21  weren't affected?
```

Page 445:23 to 446:03

```
00445:23      A.      Personally, I -- I have no
      24  recollection of anything that was collected
      25  during top kill that -- with the exception of
00446:01  those calculations which I do not remember
      02  the details for, that were related to the
      03  burst disks.
```

Page 447:11 to 449:18

```
00447:11      Q.      Okay.  Well, let's go ahead and
      12  mark Tab 8, then, as the next exhibit.
      13      A.      As 10861.
      14      Q.      Now, this is a Macondo technical
      15  note titled "Gas Flow and Gradient," and
      16  you're listed as a contributor, correct?
      17      A.      Yes, sir.
```

```
18        Q.      What was your contribution to
19  this note?
20        A.      We were looking at what the --
21  well, mine as well as the others, we were
22  discussing the best way to calculate what the
23  pressure would be at the burst disks during
24  the -- during the top kill operation, and
25  it -- we were actually discussing what would
00448:01  happen if the -- if there was a gas gradient
02  in the well, because the -- the pressures in
03  the well would be different under a gas
04  gradient.
05        Q.      In the key conclusions section,
06  there is a bullet point that states, "Oil
07  rates were below 200 bpd."  What does that
08  mean?
09        A.      This was a -- there was concern
10  about the integrity of the burst disks, and
11  it was a concern that -- there was a concern
12  that if the well had pressure that was too
13  high, then the pressure tra- -- would
14  transmit to the burst disk would be too high.
15              And we calculated if you had
16  opened the reservoir, the well, assuming that
17  you could throttle the well open and closed,
18  if you actually throttled it in such a way
19  that you were maintaining the pressure at the
20  burst disks below their -- their rating, the
21  oil rates would be about 200 bpd, barrels
22  per -- of oil per day.
23        Q.      All right.  In any of the work
24  that you did on Macondo after April 20th,
25  2010, did you interact with anyone from
00449:01  Transocean?
02        A.      I don't recall having any direct
03  interaction, but that doesn't mean I didn't.
04  They may have been present at some of the
05  meetings I had with the relief well group.
06        Q.      Do you specifically recall
07  anyone from Transocean being pregnant --
08  present at any of those meetings?
09        A.      I do not.
10        Q.      Earlier we were talking about
11  oil rate ranges, and I believe you made the
12  comment that Ms. Kate Baker instructed you
13  not to calculate flow rates.  Do you recall
14  that?
15        A.      I do recall that.
16        Q.      Do you have an understanding as
17  to why you were instructed not to calculate
18  flow rates?
```

Page 449:20 to 449:22

```
00449:20        A.      I do not have any recollection
```

```
      21  why she said, oh, don't do this because...
      22  That was not part of the conversation.
```

Page 450:07 to 450:09

```
00450:07       Q.     (BY MR. THIBODEAUX)  Well, did
      08  you find it odd that Ms. Baker instructed you
      09  not to calculate a flow rate?
```

Page 450:11 to 450:16

```
00450:11       A.     Did I find it odd?  I -- I don't
      12  think I found it odd.
      13       Q.     (BY MR. THIBODEAUX)  Was there
      14  some technical reason why you were instructed
      15  not to calculate a flow rate?
      16       A.     I am un- --
```

Page 450:18 to 450:21

```
00450:18       A.     (Continuing)  I am unaware of
      19  any technical reason why.  I don't know why.
      20       Q.     (BY MR. THIBODEAUX)  At that
      21  time could you have calculated the flow rate?
```

Page 450:24 to 451:02

```
00450:24       A.     What do you mean by "calculated
      25  the flow rate"?
00451:01       Q.     (BY MR. THIBODEAUX)  Could you
      02  calculate the flow rate at the time?
```

Page 451:04 to 452:03

```
00451:04       A.     I don't think the question has
      05  ever been whether people could calculate flow
      06  rates.  I think the question has always been
      07  could I calculate an accurate or precise flow
      08  rate, and I don't think -- I don't think one
      09  could calculate an accurate or precise flow
      10  rate.
      11       Q.     (BY MR. THIBODEAUX)  And why is
      12  that?
      13       A.     Because of the uncertainties
      14  both in -- at the time of -- we weren't sure
      15  when the -- where the flow path was in the --
      16  in the -- in either the reservoir or the --
      17  the well.  We weren't sure of any pressure
      18  restri- -- pressure restrictions, if any.  We
      19  weren't sure the size of the reservoir, still
      20  aren't.  I mean, there are a lot of
      21  uncertainties out there that there is -- that
```

```
    22  I think that, you know, saying can you
    23  calculate the flow rate.  You can certainly
    24  put parameters into the flow rate equation
    25  and calculate a flow rate, but that's not the
00452:01  same as calculating an accurate flow rate.
    02         Q.     Well, as an engineer, you manage
    03  uncertainties all the time, don't you?
```

Page 452:05 to 452:11

```
00452:05         A.     In the normal course of -- of
    06  doing reservoir engineering, yes, one deals
    07  with uncertainties.
    08         Q.     (BY MR. THIBODEAUX)  And you
    09  deal with those uncertainties by -- or one
    10  way to deal with them is by determining
    11  ranges of things that are probable, correct?
```

Page 452:13 to 452:22

```
00452:13         A.     One way of dealing with
    14  uncertainty is by doing calculations for a
    15  range of parameters.  Actually assigning
    16  probability to each of the parameters is much
    17  more difficult, although it is often done.
    18         Q.     (BY MR. THIBODEAUX)  Well, at
    19  that time when Ms. Baker was instructing you
    20  not to calculate a flow rate, you could have
    21  calculated a flow rate range that would have
    22  been more reasonable than not, correct?
```

Page 452:25 to 453:05

```
00452:25         A.     I do not know what you mean by
00453:01  "more reasonable," because it's relative to
    02  what -- relative to what?
    03         Q.     (BY MR. THIBODEAUX)  Well, there
    04  is some range that you could have honed in on
    05  that was likely, correct?
```

Page 453:08 to 453:20

```
00453:08         Q.     (BY MR. GLADSTEIN)  Based on the
    09  information that you already -- that you did
    10  know?
    11         A.     No, I'm not sure that one could.
    12  The range that we were using, which varied,
    13  but as we've seen in the notes that you
    14  presented me today, were running from 10 to
    15  80,000 barrels a day, spanned the uncertainty
    16  range that -- that I was working with.  I
    17  can't comment about an absolute uncertainty
    18  range that is the actual uncertainty range.
```

```
        19  That's the uncertainty range that I
        20  considered, per instructions.


Page 457:12 to 458:08

00457:12        Q.     (BY MR. THIBODEAUX)  Take a look
        13  at Tab 14 in your binder, please.
        14        A.     14.
        15        Q.     This is a exhibit that was
        16  previously marked as 11134.  Flip to Page 7
        17  of the document, please.
        18        A.     Can you give me a Bates number
        19  for that?
        20        Q.     Yes, all right.  Ends in 018.
        21        A.     018, yes, sir.
        22        Q.     If you go down almost to the
        23  bottom of the page, you'll see your name, Bob
        24  Merrill and time line.  Do you see that to
        25  the far right?
00458:01        A.     I do.
        02        Q.     Two lines below that, there is a
        03  reference to a document that's titled "An
        04  Inconvenient Truth."  Do you know what that
        05  is?
        06        A.     I have no idea.  It sounds like
        07  the Vice President -- the former Vice
        08  President's rant on global warming.


Page 458:24 to 459:10

00458:24  Yesterday the United States
        25  started off by looking at your 2010 personal
00459:01  assessment; do you recall that?
        02        A.     I recall that.
        03        Q.     Okay.  The audience for that
        04  document was actually your employer and
        05  supervisor, correct?
        06        A.     That is correct.
        07        Q.     Okay.  The statements, whether
        08  accurate or not, were not made with the
        09  expectation that they'd be relied upon by the
        10  scientific community; is that correct?


Page 459:14 to 459:20

00459:14        A.     No, I made those statements to
        15  convey to my supervisor what an important
        16  employee I was and why he should rate me
        17  highly in my performance appraisal.
        18        Q.     (BY MR. JOHANNS)  So, really,
        19  they were general presentations on your value
        20  brought to the company, correct?
```

Page 459:22 to 459:22

00459:22       A.     That is correct.

Page 460:16 to 460:21

00460:16       Q.     Okay.  And I brought my own
      17  exhibits, but it seems like the USA covered
      18  most of the exhibits I was going to use, so
      19  I'm just going to use theirs.  If you could
      20  look at Exhibit 10826.  It was USA Tab 4.
      21       A.     Okay.  Yes, sir.

Page 461:03 to 461:14

00461:03       Q.     That's correct.  Under "Key
      04  Conclusions," the, I guess, fourth bullet
      05  point under No. 1, it reads, "The lower
      06  pressures occur when the gas zones are not
      07  really extensive.  This is the geologists'
      08  interpretation.  Although initially at a high
      09  pressure, they deplete quickly, establishing
      10  crossflow from the oil zones when the well is
      11  shut-in which lowers the wellhead pressure."
      12              Did I read that correctly?
      13       A.     Aerially extensive, but
      14  otherwise correct.

Page 461:25 to 462:01

00461:25       Q.     (BY MR. JOHANNS)  What does that
00462:01  mean in that paragraph?

Page 462:06 to 462:07

00462:06       A.     Okay.  The key conclusions --
      07  the purpose of this document --

Page 462:09 to 462:11

00462:09       A.     -- was to establish a range and
      10  a probability function for encountering a
      11  particular shut-in wellhead pressure.

Page 462:13 to 462:16

00462:13       A.     And so we modeled a number of
      14  scenarios.  Some of those scenarios assumed
      15  that the shallower gas zones in the well were
      16  flowing into the wellbore.

Page 462:18 to 463:02

00462:18        A.      And under those -- under --
      19 under that set of assumptions, the -- those
      20 zones would deplete quickly through crossflow
      21 and establish equilibrium, hydrostatic
      22 equilibrium of the oil zones and contribute
      23 to the lower pressure that would be observed
      24 at the wellhead.
      25        Q.      Okay.  And so each of the gas
00463:01 sands flowed at a, I guess, different
      02 pressure?


Page 463:04 to 463:13

00463:04        A.      I don't know what you mean by
      05 each of them flowed.
      06        Q.      (BY MR. JOHANNS)  Okay.
      07        A.      I don't know whether we
      08 established whether they were open to flow or
      09 not.  I know that was one of the scenarios
      10 that we were considering.
      11        Q.      Okay.  Each of the gas sands
      12 exerted independent pressure, though; is that
      13 correct?


Page 463:15 to 463:17

00463:15        A.      I don't know what you mean by
      16 "independent pressure."  And I'm sorry if I'm
      17 trying to be precise but...


Page 463:20 to 463:25

00463:20        A.      But some of the reservoirs
      21 were actually what we call -- they weren't on
      22 the same hydrostatic gradient as the nor- --
      23 what's called the normal gradient of the
      24 system.  And -- and so, yes, their pressures
      25 were independent of everything else.


Page 464:02 to 464:08

00464:02        A.      But whether they were flowing
      03 and that pressure was exerting itself on the
      04 wellbore, I don't think was ever determined.
      05        Q.      Okay.  If we could look at
      06 Exhibit 9314, and I think that's USA Tab 7.
      07        A.      9314, an e-mail from myself to
      08 Kate on June 15th.


Page 464:13 to 465:06

```
00464:13        Q.      When you talk about flow rates
      14  from 20,000 standard barrels per day to
      15  80,000 standard barrels per day, in this note
      16  that was an assumption you were given,
      17  correct?
      18        A.      That is correct.
      19        Q.      Okay.  What do you mean by "plus
      20  associated gas" on that line?
      21        A.      Well, oil in -- oil exists in
      22  the reservoir with gas dissolved within it.
      23        Q.      Okay.
      24        A.      And the gas that exolves from
      25  the oil is called associated gas.
00465:01        Q.      Okay.  Now, if we turn to the
      02  Page 3 of that technical memorandum, you talk
      03  about, I guess, it's the fourth paragraph, 15
      04  layers for the eight sands and the
      05  intervening shales.
      06        A.      Yes, sir.
```

Page 465:09 to 465:12

```
00465:09        Q.      When we talk about the
      10  reservoir, are we talking about the
      11  combination of those 15 layers or are we
      12  talking primarily about the M56 oil sand?
```

Page 465:14 to 465:15

```
00465:14        A.      I believe we used both
      15  terminologies.
```

Page 466:01 to 466:03

```
00466:01        Q.      (BY MR. JOHANNS)  Were you
      02  primarily interested in the M57 oil sand or
      03  the interaction of the eight sands together?
```

Page 466:06 to 466:07

```
00466:06        A.      I don't think that I could say I
      07  was primarily interested in one or the other.
```

Page 466:09 to 466:12

```
00466:09        A.      (Continuing)  I'm not sure I
      10  could say whether I was primarily interested,
      11  the first or the second option which you
      12  presented me.
```

Page 466:14 to 467:11

```
00466:14         A.    It depended on the technical
     15  question which I was being asked.
     16         Q.    Okay.  If we could turn to USA
     17  Tab 23, it was Exhibit 10839.
     18         A.    The note from myself to Kate
     19  Baker on July the 5th.
     20         Q.    That's correct.  And I'm
     21  interested in the presentation attached.
     22         A.    Yes, sir.
     23         Q.    And look at -- this is entitled
     24  "Preliminary Reservoir Model MC252,
     25  6-July-2010."  Did you draft this
00467:01  presentation?
     02         A.    Yes, sir.
     03         Q.    Okay.  If we go to the page
     04  ending in Bates No. 4768.
     05         A.    4768, yes, sir.
     06         Q.    The first line says, "Model
     07  constructed to address impact of crossflow of
     08  M57B & M56A gas sands during top kill."
     09               Does it matter for your purposes
     10  if M57B is a gas sand or simply the pressure
     11  coming out of M57B?
```

Page 467:13 to 467:14

```
00467:13         A.    I don't think I actually
     14  understand your question --
```

Page 467:16 to 467:22

```
00467:16         A.    -- because I -- I don't think I
     17  understand your question.  The degree to
     18  which pressure could come out, as you phrased
     19  it, of the M57 sand or M57B sand, is
     20  dependent on the viscosity of the fluid.
     21         Q.    Okay.  So it's important that
     22  it's a gas sand?
```

Page 467:24 to 468:04

```
00467:24         A.    I don't know if it's important
     25  that it's a gas sand.  I believe that's how
00468:01  we actually modeled it in this model.
     02         Q.    (BY MR. JOHANNS)  Okay.  Was it
     03  your understanding on July 6, 2010, that it
     04  was a gas sand?
```

Page 468:07 to 468:11

```
00468:07         A.    My understanding was governed by
     08  the table of reservoir properties which was
```

```
      09   provided to me by Kelly McAughan, which
      10   listed sands as whether they were oil or gas
      11   or indeterminant.
```

Page 468:13 to 470:03

```
00468:13        A.     And I think in the cases of
      14   indeterminant sands, I often -- well, I made
      15   some assumptions about flow when I put them
      16   into the model.
      17              If they didn't have a
      18   permeability, I gave them a nominally small
      19   permeability.  If we didn't know what the
      20   properties of the gas were, if it were a gas
      21   sand, if it was identified as such, I would
      22   have assigned nominal gas properties.
      23        Q.     Okay.  Do you know if you did
      24   that for M57B?
      25        A.     I don't recall.  I'd have to
00469:01   look in the documents.  Certainly, if I did,
      02   it would be in the documents what I used, at
      03   some point.
      04        Q.     Okay.  If we could turn to the
      05   page Bates numbered ending 4774.
      06        A.     4774.  Yes, sir.
      07        Q.     And here you're discussing
      08   crossflow, and I'm not sure I understand
      09   exactly how crossflow occurs.  Can you tell
      10   me what it is that you mean when you say
      11   "crossflow"?
      12        A.     Okay.  Crossflow is the flow of
      13   fluid from one reservoir horizon to another
      14   reservoir -- actually, reservoir is the wrong
      15   term -- from a porous horizon to another
      16   horizon of porous stone and -- or permeable
      17   stone, and it's caused by the fact that
      18   the -- in a production situation, the sands
      19   flow into the wellbore based on their initial
      20   pressure and the pressure in the wellbore at
      21   that point, and then if you shut-in the well,
      22   the -- the pressure in the wellbore changes
      23   due to the shut-in of the well, and the
      24   hydrostatic equilibrium readjusts, and that
      25   could lead to flow of one fluid from one
00470:01   horizon to another horizon.
      02        Q.     Okay.  So crossflow is along the
      03   wellbore?
```

Page 470:05 to 470:06

```
00470:05        A.     Crossflow can be inside the
      06   wellbore.
```

```
Page 470:08 to 470:12

00470:08        A.     It can also be outside the
     09  wellbore in the annulus in some cases.
     10        Q.     Okay.  Okay.  And the last
     11  document, U.S. Tab 39, Exhibit 10852.
     12        A.     39, you said?


Page 470:18 to 471:03

00470:18        Q.     And I'm interested in the second
     19  bullet point.  But you recognize this e-mail
     20  as one that you wrote on July 21st, correct?
     21        A.     Yes, sir.
     22        Q.     Okay.  On the second bullet
     23  point, you write, "The combined crossflow
     24  rate (shallow and deep) is what is
     25  important - which makes me even more
00471:01  confident that we have integrity."
     02               How does crossflow rate ensure
     03  integrity?


Page 471:05 to 471:06

00471:05        A.     Crossflow rate doesn't ensure
     06  integrity.


Page 471:08 to 471:21

00471:08        A.     However, in situations when you
     09  have significantly large crossflow, and in
     10  this case as it's noted here, you might have
     11  both shallow crossflow and deep crossflow,
     12  crossflow actually will depress the
     13  apparent -- well, the true pressure in the
     14  wellbore because you've got this -- this
     15  inflow effect, and that's what was being
     16  measured as part of the wellbore integrity
     17  test.
     18        Q.     Okay.  And so you saw that as an
     19  indication of the well having integrity?
     20        A.     The fact that the Horner
     21  plots -- if you recall the Horner plots?


Page 471:23 to 473:06

00471:23        A.     -- did not dip back down, which
     24  would have been indicative of a continuing
     25  depletion, and crossflow was the indication
00472:01  that made me write this statement.
     02        Q.     Okay.  Very good.  You began
     03  working with the Macondo well, you said,
     04  around mid May 2010; is that correct?
```

```
05        A.      It -- that's when I formally
06  began working for the Macon- -- you know, for
07  the incident.  I was asked a couple of
08  questions before that, just by -- by various
09  people.
10        Q.      Okay.  Prior to or after the
11  Macondo incident on April 20th?
12        A.      About Macondo?
13        Q.      Yeah, did you receive those
14  questions?
15        A.      No, they were after the
16  incident.
17        Q.      Okay.  Okay.  After the
18  incident, did you have any interaction with
19  Halliburton employees?
20        A.      I do not recall any direct
21  discussions with Halliburton employees, but
22  if they were involved in the relief well
23  planning, they very well may have been in
24  meetings in which I participated and
25  presented.
00473:01        Q.      Okay.  To the best of your
02  knowledge, though, you received no particular
03  information from a Halliburton employee?
04        A.      I don't recall any.  I remember
05  one calculation I did at one point that had
06  to do with mud expansion.
```

Page 473:08 to 473:14

```
00473:08        A.      And so I don't know, but I can't
09  remember who asked me to do that calculation.
10        Q.      Okay.  Were you ever directed to
11  do any calculations by anyone at Halliburton?
12        A.      With the exception of that mud
13  expansion, no, I don't believe so; and even
14  that probably came through the normal chain.
```

Page 475:08 to 479:07

```
00475:08        Q.      (BY MR. BEFFA)  You recall
09  yesterday testifying about the precision of a
10  single particular gauge being plus or minus
11  5 psi?
12        A.      I was -- I was referring to the
13  gauge on which we were basing our pressure
14  transient analysis.
15        Q.      Do you recall which gauge that
16  was?
17        A.      It was one of the gauges on the
18  top of the capping stack, but I do not recall
19  what -- what electronic feed it was.
20        Q.      And so you consider it possible
21  to do pressure transient analysis on a gauge
```

22   with a precision of plus or -- plus or minus
23   5 psi?
24        A.    Yes.
25        Q.    Do you consider yourself an
00476:01   expert on pressure transient analysis
02   techniques?
03        A.    I am not an expert on pressure
04   transient analysis techniques.
05        Q.    Is there someone at BP who you
06   would go to that you do consider to have
07   expertise in the field of pressure transient
08   analysis?
09        A.    Yes.
10        Q.    And who is that?
11        A.    I always ask Michael Levitan
12   when I have questions about pressure
13   transient analysis.  But there are a
14   number -- a number of other people I ask, but
15   if Mike's around, I ask him first.
16        Q.    Now, shifting gears a little
17   bit.  You've been asked questions over the
18   last couple of days about your use of pore
19   volume compressibility in your modeling
20   efforts during the Macondo incident; do you
21   recall that?
22        A.    Yes, sir.
23        Q.    And between April and June what
24   value were you using for the pore volume
25   compressibility in your modeling efforts
00477:01   related to the Macondo well?
02        A.    As far as I recall, I was using
03   a -- a value of 6 microsips.
04        Q.    And why did you use 6 microsips
05   as the pore volume compressibility in those
06   modeling efforts?
07        A.    I had been told that that was
08   the -- the compressibility of the reservoir.
09        Q.    Who told you that?
10        A.    It was either Kelly McAughan or
11   Steve Willson.
12        Q.    Did they tell you where that
13   number came from?
14        A.    They told me it was based on
15   core data.
16        Q.    All right.  Did you eventually
17   come to use a different value of pore volume
18   compressibility in your modeling exercises?
19        A.    In the period leading up to the
20   well integrity test we moved our reference
21   case from a value of 6 microsips to
22   12 microsips.
23        Q.    And when you say "in the period
24   leading up to the well integrity test," do
25   you recall roughly what dates that involved?
00478:01        A.    Not exactly, but it was early

```
02  July, the first week in July.
03          Q.      Leading up to --
04          A.      The wellhead -- the well
05  integrity test, which actually occurred on
06  July 15th when the well was shut-in with the
07  capping stack.
08          Q.      Thank you.  And why did you
09  increase your reference case from 6 microsips
10  to 12 microsips in the lead-up to the well --
11  wellbore integrity test?
12          A.      There was a review held, an
13  internal BP review of my reservoir modeling
14  efforts and in this review there were a
15  number of reservoir engineers present and
16  there was a discussion about the value of
17  6 microsips and anecdotal evidence had --
18  was -- was presented which suggested that
19  sidewalls may give a lower compressibility
20  number than full bore cores.
21          Q.      Do you recall the nature of that
22  anecdotal evidence?
23          A.      I -- I don't remember the exact
24  details of it.  I do remember it was Dave,
25  Dave Schott, and he was making reference to
00479:01  one of our other fields in the Gulf of Mexico
02  for which there was data on a number of
03  wells.
04          Q.      During the incident did you ever
05  analyze whether that anecdotal evidence was
06  accurate or not?
07          A.      No, I did not.
```

Page 479:15 to 479:19

```
00479:15        Q.      (BY MR. BEFFA)  Sure.  During
16  the incident did you reach any conclusions
17  about whether the measured pore volume
18  compressibility was an accurate
19  representation of the Macondo reservoir?
```

Page 479:21 to 481:13

```
00479:21        A.      I don't believe I came to a
22  conclusion.  I'd never used 12 after the
23  lead-up to the -- the wellbore integrity test
24  because it wasn't necessary to match the data
25  that was being -- being collected during the
00480:01  well integrity test.
02          Q.      (BY MR. BEFFA)  What was your
03  primary concern in the lead-up to the
04  wellbore integrity test?
05          A.      We had many concerns.  It's hard
06  to say one was primary or not.  But we were
07  concerned that we captured the -- the -- both
```

08   the low side of the pressure range that we
09   would expect and the high -- and -- but, more
10   particularly, we were very concerned that we
11   would shut-in the well and might cause damage
12   to the burst disks or cause crossflow into
13   the shallower reservoir.  And so we were --
14   so we were concerned about the higher
15   pressure was of more immediate concern to us
16   than the -- the lower pressures.
17         Q.    And in your modeling efforts is
18   it a higher or lower pore volume
19   compressibility that would lead to a model
20   prediction of a higher wellbore pressure?
21         A.    For the same fluid withdrawal
22   rate the higher pore volume compressibility
23   would give a higher reservoir pressure and
24   therefore less completion.
25         Q.    And so by using 12 microsips in
00481:01   your modeling efforts leading up to the
02   wellbore integrity test, you were ensuring
03   you were looking at the higher end of the
04   pressures that may be seen during the
05   wellbore integrity test in the wellbore?
06         A.    I'm not sure I completely
07   understand your question.  We used -- we --
08   we -- in the buildup to the well integrity
09   test we used 6, 12, and 18 as our range of
10   compressibilities, and we did that to try and
11   capture the -- the highest possible pressures
12   that we would see in the test as well as the
13   pressures on the other side, on the low side.


Page 482:06 to 485:06

00482:06         Q.    From July 15th forward did you
07   use -- did you continue to use a pore volume
08   compressibility of 12 in your modeling
09   efforts during the response to the incident?
10         A.    I don't recall using 12 after
11   that time.
12         Q.    What number did you use after
13   that time?
14         A.    I used -- generally used 6.
15         Q.    And why --
16         A.    There were a number of runs that
17   we looked at yesterday as part of the
18   government's questioning where a range of
19   compressibilities was considered in the
20   simulation, but generally when I was doing
21   depletion calculations for relief well
22   planning or analyzing the pressure transient
23   analysis in PIE we used -- we used -- we used
24   6.
25         Q.    And why is it that you changed
00483:01   the pore volume compressibility input in your

```
02  model back to 6 after July 15th?
03       A.    Which model?  I didn't change it
04  in some of the models because in some of the
05  models I had never changed it from 6.
06       Q.    Did you use 6 as -- is it fair
07  to consider 6 your reference case after
08  July 15th?
09       A.    I'm not sure we did the
10  case-to-case comparisons that a reference
11  case would have been applicable.
12       Q.    So to the extent you -- you did
13  use 12 microsips in some of your modeling
14  efforts, why did you make the change back to
15  6 microsips after the well was shut-in?
16       A.    The reservoir did not display
17  the energy that we expect -- you know, the --
18  when we shut-in the well the observed
19  pressures which was the low side of the range
20  that we had predicted and therefore were more
21  consistent with a lower rock compressibility,
22  lower aquifer support, lower energy system.
23       Q.    Now, you mentioned, I think, two
24  efforts that you were involved in after
25  July 15th, and one of them was relief well
00484:01  planning; is that right?
02       A.    Yes, sir.
03       Q.    And you also mentioned that you
04  were doing some pressure transient analysis;
05  is that right?
06       A.    Yes, sir.
07       Q.    Were there any other efforts
08  that you were involved in after the well was
09  shut-in before mid August of 2010?
10       A.    I don't recall any other
11  efforts.
12       Q.    Were you also creating Horner
13  plots to --
14       A.    I consider that part of the
15  pressure transient analysis work.
16       Q.    Fair enough.  In those two
17  efforts, then, the relief well planning and
18  your pressure transient analysis, was it a
19  concern -- was a high pressure in the
20  wellbore a concern that you were actively
21  interested in?
22       A.    Repeat the question.
23       Q.    Sure.  During the two efforts
24  that you were involved in between July 15th,
25  2010 and mid August 2010 was a potential high
00485:01  wellbore pressure, did that continue to be a
02  concern in your modeling efforts?
03       A.    No, none.  I don't recall it
04  being of particular concern.  The pressure
05  was low, you know, the pressure was below the
06  burst disks' rating.
```

Page 485:15 to 486:07

```
00485:15        Q.      (BY MR. BEFFA)  Sure.  You said
      16  that the pressure was low, the pressure was
      17  below the burst disks rating.  Do you
      18  remember saying that?
      19        A.      Yes.
      20        Q.      And I'm -- I guess what I'm
      21  trying to understand is what is that pressure
      22  that you're referring to?
      23        A.      The -- the shut-in wellhead
      24  pressure and the additional pressure at
      25  the -- at the burst disks' location due to
00486:01  the head that would -- was in the well.
      02        Q.      And I guess specifically I'm
      03  interested in whether you were talking about
      04  a modeled pressure or an observed pressure
      05  from a gauge.
      06        A.      I was referring to the observed
      07  pressure in the gauge.
```