# United States' Phase Two Offer of Proof Exhibit 14
# Designations from Both Depositions of Alan O'Donnell

Page 15:15 to 15:18

00015:15   ALAN O'DONNELL,
      16   after having been first duly sworn by the
      17   above-mentioned court reporter, did testify
      18   as follows:


Page 17:15 to 21:19

00017:15   Q.    Okay.  Mr. O'Donnell, do you
      16   have any college degrees?
      17        A.    I do.
      18        Q.    And what are those degrees in or
      19   that degree?
      20        A.    I have a degree in petroleum
      21   engineering from the University of
      22   Oklahoma, graduated in December of 1984.
      23        Q.    What's the degree?
      24        A.    Petroleum engineering.
      25        Q.    I'm sorry.  Is it a bachelor's
00018:01   degree?
      02        A.    Bachelor, yes.
      03        Q.    Okay.  Any other degrees?
      04        A.    No.
      05        Q.    Okay.  And what is the -- can
      06   you describe for us the field of petroleum
      07   engineering?
      08        A.    Yes.  Petroleum engineering
      09   is -- is a field that deals with evaluating
      10   oil and gas properties, locating deposits
      11   of oil and gas.  It can go from -- from I
      12   guess in the broadest sense, it can be from
      13   the drilling and design of the well to the
      14   end completion and production of the well.
      15   So it can go from the life cycle of the
      16   well from conception through production and
      17   abandonment of the well.  And the
      18   engineering aspects in between.
      19        Q.    Okay.  Do you have any
      20   professional -- in addition to the academic
      21   background, do you have any professional
      22   training or certification in petroleum
      23   engineering?
      24        A.    I do.  I have a professional
      25   certification in the State of Texas.
00019:01        Q.    Okay.  What is that
      02   certification?
      03        A.    It's a professional engineering
      04   degree -- or not degree.  Professional
      05   engineering certification, so I'm a
      06   registered professional engineer in the
      07   State of Texas.
      08        Q.    Okay.  Specific to petroleum
      09   engineering?
      10        A.    It's a general -- it's a general
      11   professional registration but, yes, it

```
12   is a -- I am a registered petroleum
13   engineer, yes.
14        Q.    Okay.  Do you have any specific
15   training in geology?
16        A.    I do have training in geology in
17   that we had training in school and I do
18   attend, periodically attend continuing
19   education classes in geology --
20        Q.    Okay.
21        A.    -- through -- through work or
22   some work sponsored class or an industry
23   class that has to do with my job.
24        Q.    Okay.  Do you have any specific
25   training -- strike that.
00020:01        Do you have any certifications
02   in geology?
03        A.    I do not.
04        Q.    Do you have any specific
05   training in -- in well drilling?
06        A.    Just a general overall education
07   that I got in my petroleum engineering
08   degree and practical knowledge that I
09   picked up along the way.
10        Q.    Okay.  Do you have any
11   certifications in drilling?
12        A.    I do not.
13        Q.    Okay.  Do you have any
14   professional training in accounting?
15        A.    I do not.
16        Q.    Do you have any professional
17   training in budget and finance?
18        A.    Professional training only in
19   the sense that I -- on-the-job training.  I
20   do work with capital budgets and I have
21   dealt with them for several years, so I
22   don't have any formal training in that
23   regard other than I did take classes
24   towards an MBA.  I got about halfway done
25   at the University of Houston.  That were --
00021:01   those were mainly basic classes, though,
02   they didn't specifically relate to my job,
03   the job that I have had on-the-job training
04   for years.
05        Q.    Okay.  Can you tell me what you
06   mean when you say capital budgets?
07        A.    Right.  Capital budget is -- is
08   a means of the company controlling how
09   their money is spent.  In any particular
10   year we'll have a -- an amount of money
11   that's dedicated towards capital projects.
12   That money will get allocated among various
13   groups, say, for instance, our Gulf of
14   Mexico group or one of our onshore groups.
15             They will be allocated a certain
16   amount of money to spend and then it's
17   their responsibility to go out and spend
18   that money as they represented the
```

```
        19   opportunities in that budget.
```

Page 21:25 to 25:20

```
00021:25  Are you today presently an
00022:01  employee of Anadarko Petroleum Corporation?
        02        A.    Yes.
        03        Q.    Okay.  And are you today an
        04  employee of any other Anadarko company?
        05        A.    No.
        06        Q.    Okay.  How long have you been an
        07  employee of Anadarko Petroleum Corporation?
        08        A.    I began work at Anadarko in
        09  December of 1984, towards the year of the
        10  year, so 26 years, 27 years.  I'm in my
        11  27th year.
        12        Q.    Okay.  Did you go to Anadarko
        13  right after you got your petroleum
        14  engineering degree?
        15        A.    Yes.
        16        Q.    Okay.  It's the only company
        17  that you worked for?
        18        A.    That's correct.
        19  Q.    And what was your -- what is
        20  your title today?
        21        A.    My title is asset manager for
        22  the eastern Gulf of Mexico.
        23        Q.    Is asset manager different than
        24  general manager?
        25        A.    No.  I -- I was a general
00023:01  manager in my previous job over our
        02  Carthage tight gas assets.  The -- the jobs
        03  are not interchangeable, but they call them
        04  asset managers offshore because there are
        05  five of them in an overall bigger asset,
        06  the Gulf of Mexico asset.  So they call it
        07  area -- area or asset managers there.
        08            So that it's general
        09  manager -- I also have been considered a
        10  general manager and have been a general
        11  manager for a while.  So the two are almost
        12  used interchangeably there.
        13        Q.    Okay.  For purposes of today's
        14  deposition, is it better to refer to you as
        15  the general manager for the eastern Gulf of
        16  Mexico or the asset manager for the eastern
        17  Gulf of Mexico?
        18        A.    I would say asset manager would
        19  probably be more accurate.
        20        Q.    Okay.  And how long you -- have
        21  you held that title?
        22        A.    I have been in this position
        23  about a year and a half.
        24        Q.    When did you first start in that
        25  position?
00024:01        A.    It was around October 1st of
```

02  2009.
03       Q.    And prior to that, what position
04  did you have with the company?
05       A.    I was general manager over
06  Carthage and north Louisiana assets.
07       Q.    And that was -- that was on
08  land?
09       A.    Correct.  It's Carthage, Texas.
10       Q.    And prior to that?
11       A.    Prior to that I was -- I was an
12  asset manager over our mid-continent area.
13       Q.    Mid-continent?
14       A.    Mid-continent.  Right.  West
15  Texas mid-continent.
16       Q.    Okay.  Mid-continent meaning in
17  this context where?
18       A.    Kansas.
19       Q.    Okay.  Okay.  And before that?
20       A.    Prior to that I was development
21  manager in the Rocky Mountains for
22  development properties, still living in
23  Houston, but covering the Rocky Mountain
24  area.
25       Q.    And before that?
00025:01       A.    Before that I was the production
02  manager over our Austin Chalk assets.
03  Austin Chalk basically covers a wide swath
04  of Texas.
05       Q.    Okay.  And before that?
06       A.    Before that I was production
07  manager over our Bossier assets in north
08  Louisiana, tight gas assets.
09       Q.    And before that?
10       A.    Before that I was the reservoir
11  engineering manager for the offshore shelf
12  properties.
13       Q.    And anything else before that?
14       A.    Yes.  I was production
15  manager -- not production manager.
16  Property engineer for shelf properties
17  offshore.  And prior to that I was
18  reservoir engineering -- reservoir engineer
19  for our shelf properties offshore.  And
20  nothing prior to that.


Page 26:03 to 27:20

00026:03  Q.    Okay.  At what point in your
04       Anadarko career did you start having any
05       responsibility for budget and finance?
06       A.    Started back when -- when I was
07       in the Gulf of Mexico first and the shelf
08       properties.  I became the reservoir
09       engineering supervisor and I had -- I mean,
10       I looked at the budget and we dealt with
11       the budget, did economics.  Didn't really

```
      12  have heavy budget responsibilities as far
      13  as going in and justifying the budget to
      14  management at that point in time.
      15      Q.   Okay.  At what point did you
      16  have that kind of responsibility?
      17      A.   It really started when I became
      18  a production engineering manager in our
      19  Bossier assets and north Louisiana assets.
      20  I had responsibility for operations and
      21  maintenance budget and some capital
      22  projects, like maintenance projects and
      23  facilities projects.
      24      Q.   Okay.  And what year was that?
      25      A.   That would have been probably
00027:01  1994, around that time frame.
      02      Q.   Okay.  And have you consistently
      03  had some responsibility for budget and
      04  finance since 1994?
      05      A.   In some capacity, yes.
      06      Q.   Okay.  Prior to becoming the
      07  asset manager for the eastern Gulf of
      08  Mexico had you had any responsibility for
      09  capital budgets?
      10      A.   Yes, in varying degrees.  We,
      11  like I mentioned, we had always dealt with
      12  a budget in one form or another in the
      13  production managing job and then as a asset
      14  manager for the -- for the Rockies I had
      15  budget responsibilities.  It wasn't really
      16  my responsibility to go out and execute the
      17  projects, but to identify them and
      18  recommend them to be done.  I have had
      19  responsibilities for -- since I have been
      20  in a management position.
```

Page 28:01 to 30:22

```
00028:01  Q.   So I think, make sure I got this
      02  straight, you assumed your responsibilities
      03  as asset manager for the eastern Gulf of
      04  Mexico in -- on October 1, 2009, correct?
      05      A.   Correct.
      06      Q.   Okay.  Have your job
      07  responsibilities been the same since
      08  October 1, 2009?
      09      A.   Yes.
      10      Q.   Okay.  Generally speaking, what
      11  are those responsibilities?
      12      A.   Well, in addition to identifying
      13  projects for the capital budget,
      14  recommending the capital budget, the
      15  responsibilities include managing the
      16  development assets in my area, which
      17  includes the Independence Hub.  We had
      18  several producing properties there.
      19          Also some non-operated
```

```
        20  properties, Blind Faith and Pompano
        21  platform.  And we also have another
        22  operated property, our Neptune asset.  So I
        23  look after the business dealings with those
        24  assets.
        25          I have a group of reservoir
00029:01  engineers, geologists and geophysicists
        02  that are in my group that we -- we look
        03  after -- going -- if there's additional
        04  opportunities for drilling on these assets,
        05  we look at that.  We do the -- the general
        06  yearly reserve maintenance, capital
        07  maintenance.  We -- we track all of the
        08  numbers, all of the business numbers
        09  dealing with these assets.  And if we have
        10  additional opportunities to identify, other
        11  exploitation wells or exploration wells,
        12  then we will identify those and either
        13  pursue those in our group or work on them
        14  in conjunction with other groups.
        15      Q.    When you use the phrase group or
        16  the word group, what are you referring to?
        17      A.    Well, my group is the eastern
        18  Gulf of Mexico asset team.  There are
        19  other -- other asset teams within the Gulf
        20  of Mexico that -- that deal with
        21  development properties, and then there are
        22  exploration teams that are under another
        23  vice-president that deal with exploration
        24  in various parts of the Gulf of Mexico.  So
        25  we work with those teams in -- in
00030:01  identifying opportunities and sharing
        02  knowledge.
        03      Q.    Okay.  Are you considered to be
        04  on the development side --
        05      A.    Yes.
        06      Q.    -- as opposed to the exploration
        07  side?
        08      A.    Correct.
        09      Q.    Okay.  And which is different
        10  from operations; is that correct?
        11      A.    That's correct.
        12      Q.    Okay.
        13      A.    We do, in my group we do have
        14  exploration potential that are smaller
        15  targets.  We periodically identify
        16  opportunities and their -- Independence Hub
        17  asset is a -- a pretty large gas field and
        18  there are drilling opportunities that --
        19  that really technically are exploration
        20  opportunities.  They are apart from other
        21  existing fields.  Those fall under my -- my
        22  area as well.
```

Page 31:16 to 31:23

```
00031:16  Q.    Okay.  In your job as asset
      17  manager for the eastern Gulf of Mexico, who
      18  did you report directly to?
      19       A.    Darrell Hollek is my boss right
      20  now.
      21       Q.    And was that true in 2009 and
      22  2010?
      23       A.    Yes.
```

Page 32:03 to 32:15

```
00032:03  Q.    Okay.  And what -- what are the
      04  nature of the jobs of the people who report
      05  directly to you?
      06       A.    Well, again, I have geologists,
      07  geophysicists, reservoir engineers and
      08  technical assistants that -- that are in my
      09  group.  So two geologists, two
      10  geophysicists, two reservoir engineers and
      11  a technical assistant.
      12       Q.    So, for example, yesterday we
      13  talked to Mr. Chandler.  Is he -- was he a
      14  direct report to you?
      15       A.    Yes.
```

Page 32:21 to 33:12

```
00032:21  Q.    Okay.  Were responsibilities
      22  that you just described generally as asset
      23  manager for the eastern Gulf of Mexico the
      24  same job responsibilities for the
      25  Mississippi Canyon 252 block or what we may
00033:01  refer to as Macondo?
      02       A.    Well, in -- in a sorts they
      03  were.  The prospect was evaluated,
      04  generated and evaluated within my shop in
      05  conjunction with the exploration team.  We
      06  did make the recommendation to drill that
      07  well.  So yes, and it -- it was similar to
      08  my responsibilities in other areas of the
      09  eastern Gulf.
      10       Q.    Okay.
      11       A.    It was pursuant to my overall
      12  responsibility in that area.
```

Page 34:24 to 35:12

```
00034:24  Q.    Okay.  Mr. O'Donnell, did you
      25  become aware at some time shortly after or
00035:01  at the time you became eastern -- asset
      02  manager for the eastern Gulf of Mexico,
      03  that Anadarko was considering whether to
      04  acquire an interest in the Macondo
      05  prospect?
      06       A.    Yes.
```

```
        07      Q.     Okay.  Is that something that
        08 you learned, that you knew about prior to
        09 taking the job or after you took the job?
        10      A.     I had no concept of this
        11 prospect before I took the job, until I
        12 learned of it after I got the job.
```

Page 35:19 to 36:25

```
00035:19 Q.     Okay.  Did you play any role in
        20 the decision by Anadarko on whether to
        21 acquire an interest in the Macondo
        22 prospect?
        23      A.     I played a role in that I -- my
        24 team recommended the prospect.  The work
        25 had been done prior to my arriving in the
00036:01 group towards evaluating the prospect, and
        02 just after we got in the group, my team
        03 recommended that we -- that we participate
        04 in it.  So I paid -- played a role, in a
        05 supervisory role over the group.
        06      Q.     Okay.  Did you play any role in
        07 designing the initial budget for -- for the
        08 project?
        09      A.     No.
        10 Q.     Did you play any initial role
        11 in -- in determining whether or not the
        12 Macondo prospect had commercial viability?
        13      A.     Yes.
        14      Q.     What role did you play?
        15      A.     Supervisory role.  Their -- a
        16 team within my group evaluated the geologic
        17 merits of it and economic merits of it and
        18 that's what -- the basis of our
        19 recommendation.
        20      Q.     Okay.  The geologic merits of it
        21 were primarily led by Paul Chandler?
        22      A.     Correct.
        23 Q.     And the economic aspects of it
        24 were led by who?
        25      A.     Dawn Peyton.
```

Page 47:02 to 47:18

```
00047:02 Q.     Okay.  Do you have an
        03 understanding of Anadarko's role as a
        04 non-operator with respect to the Macondo
        05 prospect?
        06      A.     Yes.
        07      Q.     Okay.  What is that
        08 understanding?
        09      A.     My understanding is that we
        10 agreed to participate with BP as the
        11 operator.  We were a non-operating partner
        12 in the well.  We invest in the well.  We
```

```
13  track the -- the progress of the well and
14  what we anticipate happens is we end up
15  with a usable discovery or we end up with a
16  dry hole, one or the other.  So we're
17  basically an investor in that -- in that
18  lease.
```

Page 47:21 to 48:19

```
00047:21  Did you have a role regarding
      22  Macondo from January to April 20, 2010?
      23       A.   I had a role as a non-operating
      24  partner, yes.
      25       Q.   Okay.  What was your role -- and
00048:01  right now I'm asking you specifically about
      02  yourself.
      03       A.   Okay.
      04       Q.   What was your specific role?
      05       A.   My role was to supervise my
      06  group who was tracking progress of the
      07  well.
      08       Q.   Okay.  And -- and what was the
      09  nature of that supervision?  In other
      10  words, what would you do to supervise them?
      11       A.   Well, as we track progress, we
      12  keep up with where the well was in the
      13  geologic section.  Our -- our interest was
      14  seeing that a prospective horizon's tested
      15  and try to understand where they are at any
      16  particular time geologically.  And in the
      17  end it was our responsibility to -- to make
      18  sure that we had tested the prospective
      19  section, geologic section.
```

Page 49:13 to 49:19

```
00049:13  Q.   Okay.  Did you participate in
      14  any way in any actual operations with
      15  respect to Macondo?
      16       A.   No.
      17       Q.   Okay.  Did you ever visit the
      18  DEEPWATER HORIZON yourself?
      19       A.   No.
```

Page 50:20 to 52:05

```
00050:20  Q.   Okay.  Since April 20, 2010,
      21  have you had any role -- you specifically
      22  any role with respect to Macondo?
      23       A.   Yes.  The -- the prospect still
      24  lies in -- in my group.  So we have had an
      25  interest in -- in, along with the tragedy
00051:01  and everything that happened, we had an
      02  interest in -- in understanding what was
      03  going on there, but we also have an
```

```
04  interest in the pay section that we did
05  find.  So in the end, it will be in my
06  group or in a group like mine that will try
07  to figure out what we're going to do with
08  that in the future.
09      Q.    And when you are talking about
10  what we may do with it in the future, you
11  are talking about whether you will drill to
12  the same area again?
13      A.    Correct.
14      Q.    Okay.  Does Anadarko presently
15  have a plan for doing that?
16      A.    No.
17      Q.    Okay.  Has -- have you had any
18  conversations with people at BP about doing
19  that?
20      A.    No.
21      Q.    Okay.  Have you participated in
22  any meetings at Anadarko about a new
23  drilling project at Macondo?
24      A.    We have had meetings on it just
25  in an effort to try to figure out what, if
00052:01  anything, we can do.
02      Q.    Okay.  Do you recall when the
03  last of those meetings occurred?
04      A.    Seems like we had one here
05  recently, maybe a couple of weeks ago.
```

Page 52:20 to 53:01

```
00052:20  Q.    Okay.  To your knowledge are
21  there any -- have any documents been
22  generated analyzing the feasibility of a
23  new drilling project in Macondo?
24      A.    I think we do have documents,
25  but again, that's -- that's normal course
00053:01  of business for us.
```

Page 53:20 to 54:25

```
00053:20  Q.    Yeah, I'm going to put in front
21  of you -- I don't need this.  I'm going to
22  put in front of you -- give it to him.
23  What's been previously marked as Exhibit
24  1597.  It is an agreed 30(b)(6) deposition
25  notice of Anadarko filed on April 4, 2011.
00054:01      Mr. O'Donnell, have you seen
02  this before, the document, that is?
03      A.    Yes.
04      Q.    Okay.  Your lawyer showed it to
05  you at some point?
06      A.    Yes.
07      Q.    Can you look -- the pages aren't
08  numbered, but if you look at items 10, 11,
09  12 and 13, and if you would just take a
```

```
10   moment to review those, bearing this
11   question in mind.  I'd like -- I'm going to
12   ask you if you read it whether or not you
13   are prepared today to speak on behalf of
14   Anadarko on those subjects.
15       A.    Okay.  Okay.  Did you say 10
16   through 12?
17       Q.    10 through 13.
18       A.    Okay.
19       Q.    Mr. O'Donnell, you have read
20   items 10 through 13; is that correct?
21       A.    Yes.
22       Q.    Okay.  And are you prepared to
23   speak on behalf of Anadarko Petroleum
24   Corporation on those four items?
25       A.    Yes.
```

Page 73:21 to 74:14

```
00073:21   Q.    Okay.  And have you forecast
22   what the potential revenue would be from
23   drilling that, drilling Macondo?
24       A.    It would have been part of the
25   economics, yes.
00074:01   Q.    Okay.  And that -- those figures
02   would be -- would have changed from back
03   in -- in late 2009?
04       A.    It's possible it would have
05   changed.  I mean, we would have had better
06   idea of what the reserves would be,
07   although we still don't have complete
08   information obviously.  We would have had a
09   better idea of what the flow rate would be,
10   the oil to gas ratio, things that as I
11   mentioned before, when we have a prospect,
12   as we learn more, we'll update the -- the
13   unknowns in that analysis and -- and we
14   have done that since April 20th.
```

Page 79:07 to 79:08

```
00079:07   (Exhibit 1914 was marked
08   for identification.)
```

Page 85:14 to 86:17

```
00085:14   Q.    Okay.  If you turn to the
15   next -- well, 4 -- 41079.  I just have a
16   couple of questions on this page.  Do you
17   know what the phrase reserve range means?
18       A.    Yes.
19       Q.    What does that mean?
20       A.    That's the range of potential
21   recovery; if we find hydrocarbons, it will
22   be within that range.
```

```
        23        Q.    Okay.  And what does this tell
        24   us about the reserve range?
        25        A.    Pardon me?
00086:01        Q.    This says, after reserve range
        02   it says 8. -- 8.8 MMBOE to 150 MMBOE, means
        03   60 MMBOE, correct?
        04        A.    Okay.
        05        Q.    What does that mean?
        06        A.    That -- that is the
        07   range -- that means that there -- there's
        08   a -- if we find hydrocarbons.  That will be
        09   the range, 8.8 to 150 million barrels in
        10   size.
        11        Q.    Okay.
        12        A.    And it has a mean of 60 million
        13   barrels.  So this is from a reserve
        14   distribution.  I'm not sure if that's a P10
        15   or P90 spread, but typically it is.  So
        16   it's 10 percent chance of finding one or
        17   the other.
```

Page 156:06 to 156:20

```
00156:06   can I have number 29, please.  This is
        07   1925, ANA-MDL 00008871 through 8872.
        08                (Exhibit 1925 was marked
        09   for identification.)
        10            Those zeros are starting to blur
        11   together.
        12            Okay.  This is a series of
        13   e-mails from April 8, 2010.  Most of it has
        14   been redacted.  But the e-mail in the
        15   middle of the page is from you to Dawn
        16   Peyton, correct?
        17        A.    Correct.
        18        Q.    And in that e-mail you say,
        19   Looks like plenty of room for two wells.
        20        A.    Right.
```

Page 156:25 to 157:01

```
00156:25   Q.    Okay.  Can you explain to me
00157:01   what this e-mail exchange is about?
```

Page 157:04 to 157:18

```
00157:04   THE WITNESS:
        05            Well, our -- the question
        06   was:  Does Pompano have enough spare
        07   capacity to process gas from Macondo?  If
        08   it turned out to be a discovery and a
        09   development, would it have enough
        10   processing capacity to process the liquids.
        11   And Dawn's question to the BP person, Lisa
        12   Wills was one of, you know, let me know
```

```
     13  what the capacity of the Pompano is or what
     14  it will be at that time.
     15           Then my comment to Dawn is,
     16  Looks like there's plenty of room for two
     17  wells.  If we tied back two wells, we would
     18  have plenty of room to process the oil.
```

Page 158:09 to 158:13

```
00158:09  Q.    Okay.  And then she responds to
     10  you by saying, BP is expecting 40,000 BOPD.
     11  You see that?
     12       A.    Yes.
     13       Q.    What does that mean?
```

Page 158:16 to 158:20

```
00158:16  THE WITNESS:
     17                   They are expecting a flow
     18  rate of 40,000 barrels a day from
     19  whatever -- however many wells were drilled
     20  at Macondo.
```

Page 158:22 to 158:25

```
00158:22  Q.    Okay.  Does that mean that they
     23  were expecting 40,000 barrels per day from
     24  their -- from -- based on the discovery
     25  or -- or --
```

Page 159:03 to 159:06

```
00159:03  THE WITNESS:
     04                   No.  At this point in time
     05  we're just asking if they had capacity for
     06  a tie-back in case of a discovery.
```

Page 159:25 to 160:03

```
00159:25  Q.    Mr. O'Donnell, I'm giving you
00160:01  1926.  It's ANA-MDL 000263338 through 3345.
     02                   (Exhibit 1926 was marked
     03  for identification.)
```

Page 160:08 to 162:16

```
00160:08  Q.    37.  Have you had a chance to
     09  look at the document?
     10       A.    Yes.
     11       Q.    Do you recall this document?
     12       A.    Yes.
     13       Q.    What is this document?
     14       A.    Well, it's a -- it's a post
```

```
15  drill evaluation document, just summarizing
16  what we think we found in the well.
17      Q.   Okay.  And is this a document
18  that's prepared by Anadarko?
19      A.   The PowerPoint presentation
20  itself is an Anadarko document, but it's
21  utilizing some -- some maps from BP's
22  presentation.  So it's just basically a
23  compilation of what we understand about the
24  prospect at this time.
25      Q.   Okay.  On the front page it's
00161:01  called Macondo Post Drill Utilizing BP
02  Amplitude Extraction dated April 20, 2010,
03  correct?
04      A.   Yes.
05  Q.   What does amplitude extraction
06  mean?
07      A.   Well, I'm not a geophysicist,
08  but I just in -- kind of in laymen's terms,
09  that it's a -- it's a geophysical method of
10  pulling out an area for a prospect or a
11  field.
12  Q.   Okay.  On the bottom left corner
13  of this document there's some handwriting.
14  Do you see that?
15      A.   Yes.
16      Q.   Is that your handwriting?
17      A.   Looks like my handwriting.
18      Q.   Can you read what it says?
19      A.   Amp extraction, TVT thickness,
20  redo net sand.  Can't tell what that says.
21  Net pay, then net pay.  Yeah, it's my
22  handwriting.  I can't read it.
23      Q.   Do you have any idea what that
24  meant, that last note?
25      A.   Yes, redo the net sand map based
00162:01  on what was found, actually found in the
02  well.
03  Q.   Okay.  If you look at the last
04  page of this exhibit.  It's called -- this
05  is called a Net Pay Isopach Map.  You see
06  that?
07      A.   Correct.
08  Q.   What does this reflect?  What
09  does this show us?
10      A.   This reflects geologically what
11  that sand might look like and what we
12  consider pay, which would be hydrocarbon
13  bearing zone.
14      Q.   Okay.  Is there -- what is
15  the -- is there any economic significance
16  to this map for your purposes?
```

Page 162:19 to 163:05

00162:19  THE WITNESS:

```
        20              Yes.  This would be -- this
        21  map would be a representation of how big
        22  the reservoir could be.
        23  BY MR. FINEMAN:
        24      Q.    When you say how -- how big the
        25  reservoir could be, it's -- it's based on
00163:01  the data as of or about this time?
        02      A.    Correct.
        03      Q.    Okay.  And how big do the -- how
        04  large is the reservoir according to this
        05  mapping?
```

Page 163:08 to 163:15

```
00163:08  THE WITNESS:
        09              Well, I -- I can read on
        10  here the acre feet, 279,692 acre feet.
        11  BY MR. FINEMAN:
        12      Q.    Okay.  And -- and what does --
        13  what does that rest of the description --
        14  it says 251 and what are -- what do those
        15  initials mean?
```

Page 163:18 to 163:22

```
00163:18  THE WITNESS:
        19              251 barrels per acre foot.
        20  That's a -- that's a recovery factor,
        21  potential recovery factor that equals 70,
        22  70.2 million barrels.
```

Page 163:24 to 164:01

```
00163:24  Q.    Okay.  So that reflects what was
        25  thought to be in the reservoir as of
00164:01  this -- the preparation of this report?
```

Page 164:04 to 164:17

```
00164:04  THE WITNESS:
        05              Not necessarily.  I mean,
        06  this is a snapshot in time and our
        07  estimates evolve over time.  So as we learn
        08  more and understand the net pay more, you
        09  know, we evolve this into something that --
        10  that hopefully will narrow that -- that
        11  band of uncertainty down for what it could
        12  be.
        13  BY MR. FINEMAN:
        14      Q.    I appreciate that.  But my only
        15  question is:  As of the time that this was
        16  prepared, this is -- this is what was
        17  thought to be there; is that correct?
```

Page 164:20 to 164:23

00164:20  THE WITNESS:
     21                Based on this specific map
     22  which doesn't necessary mean it's -- it's
     23  our only opinion on how big this should be.


Page 165:01 to 165:03

00165:01  To the best of your knowledge,
     02  is there a -- a more recent version of this
     03  particular analysis?


Page 165:06 to 165:19

00165:06  THE WITNESS:
     07                We have more recent maps
     08  that we have made.  And again, we -- we
     09  continue to refine our thoughts on -- as
     10  the pay number refines and as our -- as our
     11  seismic interpretation over this area
     12  refines, we will alter these maps.  So this
     13  is a snapshot in time, and it doesn't look
     14  like it's unreasonable for what we would be
     15  thinking at that time.
     16  BY MR. FINEMAN:
     17     Q.   Okay.  And have your thoughts
     18  about the size of the reservoir changed
     19  from -- from the time this was prepared?


Page 165:22 to 166:25

00165:22  THE WITNESS:
     23                It's still -- would still
     24  be in that range.  We really don't know
     25  much more than what we had at this point in
00166:01  time.  So our range of uncertainty is still
     02  pretty high.  And this -- this is still
     03  a -- kind of a mean representation of that
     04  range of possibilities.
     05  BY MR. FINEMAN:
     06     Q.   Okay.  And then below the
     07  description we just read there's
     08  a -- there's -- it says recovery factor.
     09  251 BBLS/AC --
     10     A.   Yes.
     11     Q.   -- dash FT, not adjusted for
     12  high GOR.  Do you know what that means,
     13  that notation?
     14     A.    Yes.  This recovery factor was
     15  calculated based on our assumptions prior
     16  to drilling through the interval.  And
     17  from -- from samples, MDT samples, it looks
     18  like the GOR could be higher than what
     19  would be represented in the pre-drill

```
20  economics.  So what she's saying is we're
21  using the same oil recovery factor in these
22  estimates because we haven't --we don't
23  have good data to refine it at this point.
24       Q.   And what does GOR stand for?
25       A.   That's gas oil ratio.
```

Page 185:21 to 186:01

```
00185:21  Turning to -- fast forwarding to
      22  March, you testified earlier about
      23  additional economic analyses that were
      24  prepared at that -- at that time.  What new
      25  information did you have regarding the
00186:01  economic viability of the well?
```

Page 186:05 to 186:16

```
00186:05  I can't recall specifically
      06  at that point in time whether there would
      07  have been any new well information, but
      08  possibly the cost, the AFE cost, you know,
      09  had been revised and that -- that would
      10  have been probably the only change we would
      11  have had up until that point in time.
      12  BY MS. HARVEY:
      13       Q.   Okay.  The -- any new
      14  information that you received about the
      15  geology of the well, where would that have
      16  come from?
```

Page 186:21 to 187:08

```
00186:21  THE WITNESS:
      22                  Well, as we're drilling and
      23  we log the well, we formulate our own
      24  opinions on where we are in the geologic
      25  section.
00187:01  BY MS. HARVEY:
      02       Q.   Uh-huh.
      03       A.   That -- that would have been the
      04  main information that would be coming in at
      05  that time.
      06       Q.   And where was that
      07  information -- where did you receive that
      08  information?
```

Page 187:11 to 187:16

```
00187:11  THE WITNESS:
      12                  From well logs.  As they
      13  would log the well, we would get the well
      14  logs and analyze them.  And Paul Chandler,
      15  the geologist in my group, would keep track
```

```
16  of where we are in the geologic section.
```

Page 213:01 to 214:16

```
00213:01  Q.    I would like to go back actually
      02  to the second supplemental AFE, which for
      03  your information is tab 3, previously
      04  introduced into the record.  And on the
      05  third page after the cover letters in the
      06  description, if you could read the first
      07  and second sentence.
      08      A.    Which page are you on?
      09      Q.    I'm on page or Bates number
      10  000030690.
      11      A.    690.  Okay.  I'm sorry.  Could
      12  you state your question again?
      13      Q.    It's the box labeled project
      14  description/comments.
      15      A.    Okay.  You want me to read --
      16      Q.    Read out loud.
      17      A.    -- BP's AFE?
      18      Q.    Yes, please.
      19      A.    Okay.  I'll do my best here.
      20  "This second supplemental AFE includes
      21  additional funds to finish drilling
      22  evaluation and abandonment of the Macondo
      23  exploration well as provided in the
      24  original AFE number -- I can't read that.
      25      Q.    That's fine.
00214:01      A.    "Dated August 28th, 2009 and
      02  first supplemental AFE dated January 27th
      03  2010.  The first supplemental AFE was
      04  exceeded due to unexpected lost circulation
      05  and well control events resulting in
      06  earlier than planned setting of the 16 inch
      07  and 13 and 5/8ths inch casing strings.  The
      08  well will now require both the risk
      09  contingencies liner and 11 and 7/8ths and
      10  one contingency liner 9 and 7/8ths to reach
      11  planned TD.  Anticipated completion date is
      12  May 1, 2010."
      13  Q.    Do you know what they are
      14  referring to when they talk about
      15  unexpected lost circulation and well
      16  control events?
```

Page 214:19 to 214:24

```
00214:19  THE WITNESS:
      20          Not really.  They -- they are
      21  the operators and they were taking care of
      22  the drilling issues.  This was a
      23  supplemental AFE that we were approving the
      24  cost on.  So, no.
```

Page 229:14 to 229:20

```
00229:14  Q.    Strike it.  Fine.  Let's go to
      15  tab number ANA-MDL-000008225, Exhibit 1933,
      16  which is titled -- it's an e-mail titled
      17  evaluation complete at Macondo, and it's
      18  dated April 15th 2010.
      19                (Exhibit 1933 was marked
      20  for identification.)
```

Page 232:22 to 233:12

```
00232:22  Q.    And was any data added after the
      23  Macondo incident?
      24       A.    I don't know specifically.
      25       Q.    Do you know if there was any
00233:01  information that you received from BP on
      02  the rate of flow from the Macondo well
      03  after April 20th?
      04       A.    After the incident?
      05       Q.    Yes, after the incident.
      06       A.    We get all our information from
      07  public sources, so any information we
      08  received would have been press release data
      09  or updates from the Coast Guard.
      10       Q.    Did you do any of your own
      11  analyses of flow rate?
      12       A.    We did, yes.
```

Page 233:20 to 233:21

```
00233:20  Q.    When you do that analysis of
      21  flow rate?
```

Page 233:24 to 236:03

```
00233:24  THE WITNESS:
      25            We did -- we did some analysis
00234:01  trying to come up with an idea of what the
      02  well could be flowing, just to have an
      03  opinion for our management in case they
      04  were looking for it.  And again, it would
      05  have been using data that we had, based on
      06  data we early -- assumed early on and fine
      07  tuned as we got additional information.
      08  BY MS. HARVEY:
      09       Q.    And I would like to turn to tab
      10  40, which is an e-mail from Dawn Peyton to
      11  you dated April 23rd, 2010.  The subject is
      12  titled Macondo flow rates.
      13       A.    Okay.
      14       Q.    And can you read -- can you read
      15  the e-mail in its entirety please into the
      16  record?
      17       A.    Sure.  "I'm calculating an AOF
```

```
        18  of 45,000 barrel a day.  This is what I
        19  think the Macondo was flowing when the
        20  riser was connected and the fire was
        21  burning.  With the rise disconnected and
        22  with seawater gradient to the mudline, I
        23  calculate 35,000 barrels a day.  In reality
        24  it is probably more because I think Brian's
        25  average perm of 107 is low.
00235:01        Q.     And can -- do you know what AOF
        02  means?
        03        A.     Absolute open flow.
        04        Q.     Then the e-mail in the last
        05  sentence refers to a Brian.  Do you know
        06  who that is?
        07        A.     I think that Brian is referring
        08  to a petro physicist in the Gulf of Mexico
        09  or was in the Gulf of Mexico group at the
        10  time who was doing -- helping us with log
        11  calculations and estimates.
        12        Q.     Do you know Brian's last name?
        13        A.     Brian O'Neill.
        14        Q.     Brian O'Neill.  Okay.  And do
        15  you know what the term average perm of
        16  107md means?
        17        A.     Yes, I know the term average
        18  perm is the ability of the rock -- it's the
        19  measure of the ability of the rock to flow
        20  fluids through it.
        21        Q.     And md is --
        22        A.     That's millidarcy.  It's a --
        23  the units of measure in permeability are in
        24  darcys and this 107 millidarcys.  It's just
        25  a measure of the ability of the rock to
00236:01  flow.
        02        Q.     And how did -- do you know how
        03  Brian came up with that estimate?
```

Page 236:06 to 236:11

```
00236:06  THE WITNESS:
        07            Specifically I don't.
        08  BY MS. HARVEY:
        09        Q.     Do you know if subsequent
        10  analysis were done to come up with another
        11  estimate of flow rate?
```

Page 236:14 to 236:17

```
00236:14  THE WITNESS:
        15            I don't know, but at this point
        16  in time we were trying to have a running
        17  estimate in case we were asked.
```

Page 236:19 to 237:06

```
00236:19  Q.    Were you ever asked?
      20        A.    I don't recall if we were or
      21  not.
      22        Q.    Did you have any involvement in
      23  the response to the Macondo spill incident?
      24        A.    Personally?
      25        Q.    Yes.
00237:01        A.    No, except for my group trying
      02  to be prepared to answer reservoir
      03  questions and geologic questions.
      04        Q.    And to your knowledge your group
      05  was not asked to provide that information
      06  to your management?
```

Page 237:09 to 237:10

```
00237:09  THE WITNESS:
      10              Not specifically that I recall.
```

Page 237:12 to 237:19

```
00237:12  Q.    Did you have discussions with BP
      13  over the flow rate?
      14        A.    Not that I recall.
      15  Q.    That's exhibit 1934, e-mail
      16  dated 4/23/2010, subject Macondo flow
      17  rates.
      18              (Exhibit 1934 was marked
      19  for identification.)
```

Page 238:12 to 239:09

```
00238:12  Q.    And it's Bates number
      13  ANA-MDL-00002028.  I might have missed a
      14  zero in there.
      15              And this e-mail, the subject of
      16  this e-mail is Pompano/Wattenberg plant
      17  discussion with BP.  If you could read into
      18  the record -- actually, if you could read
      19  it first and then summarize what this
      20  e-mail was about.
      21        A.    Okay.  You want me to summarize
      22  the Susan Holley -- from Susan Holley part?
      23        Q.    Yes.
      24        A.    Well, this -- there had been
      25  some discussion, apparently prior to
00239:01  drilling this well, there had been some
      02  discussion of this Wattenberg plant that I
      03  think Anadarko was interested in acquiring
      04  an interest in.  And apparently there was
      05  some high level discussions of a possible
      06  trade of value.  And that's really the
      07  extent of my knowledge of it.
      08        Q.    So the potential trade of the
      09  Wattenberg plant for the Macondo prospect?
```

Page 239:12 to 239:18

00239:12  THE WITNESS:
     13          Both of them are mentioned in
     14  this, and they are talking about a trade,
     15  but a trade could take many different forms
     16  in the end.  So I don't know -- I don't
     17  know the specifics of what they are talking
     18  about here.

Page 240:16 to 241:06

00240:16  Q.   This is the e-mail from Darrell
     17  Hollek where he responding to Susan
     18  Holley's e-mail about a potential trade of
     19  the Wattenberg plant and it says, "Very
     20  interesting.  We did not know the results
     21  of Macondo until this past weekend.  It
     22  sounds like they started the conversation
     23  before they knew Macondo was worth
     24  anything.  Now based on what I see, our
     25  share of Macondo could be worth a lot.  We
00241:01  will need to look back at our expected case
     02  economics."
     03          Do you know what Mr. Hollek was
     04  referring to when he says, "Now based on
     05  what I see our share of Macondo could be
     06  worth a lot."?

Page 241:09 to 241:24

00241:09  THE WITNESS:
     10          Well, April 7th we would
     11  have -- we would have seen the pay section
     12  in the open hole logs.  So that reduces the
     13  uncertainty, the range of reserves.  So,
     14  you know, at this point in time we were
     15  thinking that Macondo could be an economic
     16  opportunity for us to go forward with.  And
     17  certainly prior to drilling, where you
     18  haven't drilled that section before, now
     19  you think we'll have a log across it, there
     20  is some value to it.  So he was -- he was
     21  thinking that it may be something that we
     22  could potentially trade or work in a trade
     23  with Wattenberg plant -- or for the
     24  Wattenberg plant.

Page 242:25 to 243:02

00242:25  Q.   Thanks.  Marked exhibit 1935.
00243:01            (Exhibit 1935 was marked
     02  for identification.)

Page 244:06 to 244:11

00244:06   Q.    It's my understanding you are
      07  not here testifying on behalf of Anadarko
      08  E&P Company LP; is that correct?
      09       A.    My understanding is I am
      10  testifying for Anadarko Petroleum
      11  Corporation.


Page 294:09 to 294:11

00294:09   Q.    Did Anadarko appoint anybody to
      10  contact BP to further discuss about calling
      11  TD or drilling deeper?


Page 294:14 to 294:24

00294:14   THE WITNESS:
      15            I don't recall if -- if it was
      16  this point in time or not, but I know we
      17  sent them an e-mail that said we would
      18  support you if you wanted to drill deeper,
      19  but we basically agree with you setting
      20  pipe right here.
      21  BY MR. HARTLEY:
      22       Q.    So at that point Anadarko is
      23  willing because of the well control issues
      24  to not explore that lower section?


Page 295:02 to 295:07

00295:02   THE WITNESS:
      03            Well, we -- we relayed to BP
      04  that if they were willing to drill deeper,
      05  we would support that.  So we wanted to see
      06  additional prospective section.  BP being
      07  the operator made that call.


Page 299:01 to 299:17

00299:01   Q.    I have handed you what's been
      02  marked previously Exhibit 1256.  The bottom
      03  e-mail is from Mr. Beiren to Mr. Huch and
      04  Naoki Ishii.  You were not copied on either
      05  of these e-mails.
      06            Have you seen them at any time
      07  before today?
      08       A.    Yes, I believe I did.
      09       Q.    And I think a few minutes ago
      10  you were testifying about BP formally
      11  calling TD at 18360 and Anadarko agreeing
      12  with that.  Do you recall that testimony?
      13       A.    Yes.

```
14      Q.     Are these a series of e-mails
15 you were referring to in that formal
16 calling of TD?
17      A.     Yes.
```

Page 300:25 to 301:07

```
00300:25 Q.    In this bottom e-mail from
00301:01 Mr. Beiren, the first sentence reads, "Due
      02 to safety concerns and wellbore integrity
      03 issues, BP as operator has deemed the
      04 Macondo exploratory well as achieving
      05 objective depth at 18360 md.  Did I read
      06 that correctly?
      07      A.     Yes.
```

Page 304:02 to 304:04

```
00304:02 Q.    Are you familiar with what
      03 Mr. Quitzau's role or responsibilities were
      04 with respect to the Macondo well?
```

Page 304:07 to 304:08

```
00304:07 THE WITNESS:
      08               Yes.
```

Page 304:21 to 304:24

```
00304:21 Q.    If he became aware of wellbore
      22 integrity issues or safety concerns, would
      23 you expect him to convey that to your
      24 group?
```

Page 305:02 to 305:18

```
00305:02 THE WITNESS:
      03               No, not necessarily.
      04 BY MR. HARTLEY:
      05      Q.     Why is that?  Is that not
      06 something that the asset group would be
      07 interested in?
      08      A.     Well, we're not the operator of
      09 the well.
      10      Q.     Right.
      11      A.     BP operates the well.  They are
      12 --  they are responsible for the integrity
      13 of the well and the safety of the well and
      14 we are as a none -- non-operating partner
      15 are investors in the well and we're
      16 monitoring progress of the well.  So we
      17 don't have any input into that, the
      18 drilling issues like that.
```

Page 313:17 to 314:01

```
00313:17  Q.    Do you know whether Anadarko has
      18  a practice of logging in to track that sort
      19  of progress in terms of an operational
      20  side, negative pressure tests?
      21        A.    No.  As a non-operator,
      22  that's -- that's up to operator to track
      23  that, those issues and evaluate those
      24  problems or whatever -- whatever is going
      25  on with the well.  Bob Quitzau's job would
00314:01  be just report to my group the progress.
```

Page 316:03 to 317:09

```
00316:03  Q.    To your knowledge did Transocean
      04  have any input into your review of the
      05  economic criteria you discussed this
      06  morning?
      07        A.    Not to my knowledge.
      08        Q.    Did they participate in any way
      09  in the return on investment analysis that
      10  Anadarko performed --
      11        A.    Not to my knowledge.
      12        Q.    -- to your knowledge?  To your
      13  knowledge, did they participate in any sort
      14  of analysis regarding profitability of the
      15  well?
      16        A.    Not to my knowledge.
      17        Q.    Did they participate in
      18  developing any sorts of rates of return or
      19  revenue projections?
      20        A.    Not to my knowledge.
      21        Q.    Did they participate in any
      22  sorts of estimations of the amount oil in
      23  the reservoir or the expected production
      24  from the well?
      25        A.    Not to my knowledge.
00317:01        Q.    Did they participate in any way
      02  in determining the commercial viability of
      03  the well?
      04        A.    Not to my knowledge.
      05        Q.    Did they participate in any
      06  discussions with you or anyone that you're
      07  aware of at Anadarko with respect to
      08  tracking budgets for the project?
      09        A.    Not to my knowledge.
```

Page 8:09 to 8:11

00008:09  ALAN O'DONNELL,
     10  having been first duly sworn, testified as
     11  follows:


Page 10:09 to 11:12

00010:09      Q.    All right.  This is previously
     10  introduced exhibit 8720, the agreed-upon
     11  30(b)(6) deposition notice of the Anadarko
     12  defendants.
     13              Have you seen this document
     14  before?
     15      A.    Yes, I have.
     16      Q.    Okay.  And it's my understanding
     17  here that you're to testify on behalf of
     18  Anadarko as to topic number 4A, which relates
     19  to the discharge from the Macondo well; is
     20  that correct?
     21      A.    Correct.
     22      Q.    Okay.  And, also, that you're here
     23  to testify on behalf of Anadarko with respect
     24  to topic number 6, which relates to pressure
     25  depletion from the Macondo well?
00011:01      A.    Correct.
     02      Q.    Okay.  And also with respect to
     03  topic number 7, specifically with regards to
     04  the reservoir pressure of the Macondo well?
     05      A.    Correct.
     06      Q.    Okay.  And, also, topic number 16,
     07  with respect to the geophysical or geological
     08  characteristics of the Macondo well?
     09      A.    That's right.
     10      Q.    All right.  Great.
     11              MS. WILMS:  Just a caveat on that
     12  one, for post-incident, post April 20th.


Page 11:14 to 11:14

00011:14  MS. WILMS:  2010.


Page 11:16 to 11:22

00011:16      Q.    All right.  Mr. O'Donnell, what's
     17  your current position at Anadarko?
     18      A.    I'm a general manager, or asset
     19  manager, for eastern Gulf of Mexico.
     20      Q.    Okay.  And how long have you held
     21  that position?
     22      A.    Almost three years.


Page 12:01 to 12:09

```
00012:01        Q.     And what position did you hold?
      02        A.     Prior to that position, I was a
      03   general manager for Carthage North Louisiana
      04   area.
      05        Q.     Okay.  Was that an onshore?
      06        A.     Yes, it was.
      07        Q.     Okay.  And prior to that position,
      08   were you also at Anadarko, or --
      09        A.     Yes, I was.  I was a --
```

Page 12:12 to 15:10

```
00012:12        A.     I was an asset manager for West
      13   Texas Mid-Continent Properties.
      14        Q.     And prior to that, did you have
      15   a -- were you working?
      16        A.     Yes, I was.  Prior to that, I was
      17   Rockies asset manager for our Rockies
      18   conventional exploration.
      19        Q.     Okay.  Al- -- that was also
      20   onshore?
      21        A.     Uh-huh.
      22        Q.     Okay.  And prior to that?
      23        A.     Austin Chalk, production manager.
      24        Q.     And what is a production manager?
      25        A.     Production manager manages daily
00013:01   production operations in the field, actually
      02   working with issues of the producing wells.
      03        Q.     Okay.  And what is your
      04   educational background?
      05        A.     I have a BS from University of
      06   Oklahoma.
      07        Q.     Okay.  And was it in a particular
      08   area that you studied?
      09        A.     Uh-huh, petroleum engineering.
      10        Q.     Petroleum engineering.
      11               And do you have any other
      12   advanced degrees after your BA [sic]?
      13        A.     I do not.
      14        Q.     Okay.  Any other professional
      15   training?
      16        A.     I have professional training
      17   throughout my entire career, consisting of day
      18   courses, week courses, and just on-the-job
      19   training.
      20        Q.     Okay.  The training you had, is it
      21   in a particular area?
      22        A.     It really covers all aspects of my
      23   job, whether it be engineering aspects,
      24   economic, reserves.
      25        Q.     Do you have any advanced training
00014:01   in geology?
      02        A.     I don't have any advanced -- any
      03   kind of degree in geology, but I do have -- I
```

```
04   do have training.  I've taken courses in
05   geology, and I have -- basically, that's what
06   we do every day in my group.
07        Q.     Okay.  Any training in geophysical
08   aspects of --
09        A.    No formal training.
10        Q.     Okay.  Any training on the job?
11        A.     Uh-huh.  Yes.  I have
12   geophysicists in my group.  That's -- that's
13   what we do every day.
14        Q.     Okay.  And reservoir engineering,
15   any training in that?
16        A.     Same.  I have -- I have taken
17   courses in reservoir engineering.  I have
18   reservoir engineers in my group, and we do
19   reservoir engineering every day.
20        Q.     Okay.  And at Anadarko -- you
21   refer to your group.
22                Can you describe the people
23   in your group and what positions they have?
24        A.     Yes.  I have an asset team, one of
25   five asset teams for the Gulf of Mexico.  I
00015:01   have a -- two geologists, a couple of
02   geophysicists, a couple of reservoir
03   engineers, and an engineering technical
04   assistant.
05        Q.      Okay.  And the reservoir engineer,
06   could you tell me his or her name?
07        A.     Dawn Peyton is one reservoir
08   engineer -- or -- excuse me -- not anymore.
09   I'm sorry.  Dan Oral is the new reservoir --
10   Dawn has moved on to a new -- new role.
```

Page 15:18 to 17:13

```
00015:18        A.     And then Leah Frye is another
19   reservoir engineer in my group.
20        Q.      Okay.  And you also mentioned
21   geologists.
22                Can you tell me who those
23   people or person is?
24        A.     Yes.  Paul Chandler is still in my
25   group.  And then a young lady named Cadara
00016:01   Singh is a geologist in my group.
02        Q.     Okay.  And geophysicists?
03        A.     Glenn Raney is a geophysicist, and
04   Sunday Amoito is a geophysicist in my group.
05        Q.      Okay.  And is there anybody else
06   who we haven't talked about?
07        A.     Shirley Casassa is an engineering
08   technician in my group.
09        Q.      Okay.  And at some point, you
10   began working on the Macondo prospect; is that
11   correct?
12        A.     Correct.
```

```
13       Q.     And about when was that, if you
14  remember?
15       A.     I began working on that very early
16  when I came into the group, so it was about
17  three years ago.
18       Q.     Okay.  So 2009?
19       A.     It was in 2009.  Actually, my
20  group was working on it before I came in the
21  group.
22       Q.     Okay.
23       A.     Or they had seen the prospect
24  before.
25       Q.     Okay.  And were you assigned by a
00017:01  particular person to work on that Macondo
02  prospect?
03       A.     Well, it was in my asset team
04  area, so it was understood that my group would
05  work on it.
06       Q.     And by area, do you mean a
07  geographical area?
08       A.     Yes.
09       Q.     Okay.
10       A.     Yes.
11       Q.     And that -- that covers the
12  Eastern Gulf of Mexico?
13       A.     We call it the Eastern Gulf, yes.
```

Page 19:12 to 20:10

```
00019:12       Q.     So your initial responsibilities
13  with respect to Macondo, could you describe
14  them, please?
15       A.     We evaluated the prospect and made
16  a recommendation to participate in the
17  prospect.
18       Q.     Okay.  And that was a positive
19  recommendation to participate in the prospect?
20       A.     Yes.
21       Q.     Okay.  And at some point later,
22  there was determined that oil was discovered
23  on the prospect; is that correct?
24            MS. WILMS:  Object to form.
25       A.     Yes.
00020:01       Q.     Okay.  And was that in about April
02  of 2010?
03       A.     Yes.
04       Q.     And once it was determined that
05  oil had been discovered, did you have any
06  different responsibilities with respect to the
07  prospect?
08       A.     No, our responsibilities stayed
09  the same.  We were basically to evaluate the
10  business aspects of -- of the discovery.
```

Page 20:19 to 21:17

```
00020:19     Q.    Okay.  And you mentioned
      20 evaluations of the prospect.
      21                 Can you talk about some of
      22 those evaluations?
      23     A.    Specifically the technical
      24 evaluations?
      25     Q.    Yes.
00021:01     A.    Economic?
      02     Q.    Tech- -- let's start with the
      03 technical evaluations.
      04     A.    Okay.  The first evaluation that
      05 we did was geophysical, where we -- we
      06 actually did not map the prospect ourselves.
      07 We used BP's maps initially to get into the
      08 prospect.
      09                 So we evaluated -- evaluated
      10 those maps.  And then we utilized -- we made
      11 our own maps eventually, and then we did our
      12 own reservoir engineering, reserve analysis,
      13 and then we did an economic analysis of that.
      14     Q.     And with respect to the
      15 geophysical analysis, when did you do your --
      16 when did Anadarko do its -- its mapping of the
      17 prospect?
```

Page 21:19 to 22:07

```
00021:19     A.    We started mapping some time
      20 before the incident happened.  It was -- I
      21 can't remember exactly when they started
      22 mapping, but I know we had a set of maps
      23 around the time the incident occurred.  And
      24 it's -- the -- the mapping effort is an
      25 ongoing thing.  I mean, there's always some
00022:01 iteration or involvement in a map.  So it --
      02 basically, we started some time after the
      03 first of the year, first of 2010, and -- and
      04 before the incident occurred.
      05     Q.    Okay.  And can you tell me in
      06 broad terms how a map is generated of a
      07 prospect?
```

Page 22:09 to 23:25

```
00022:09     A.    Sure.  Geophysicists will take a
      10 look at the geophysical data and try to come
      11 up with a -- a subsea structure that
      12 represents the reservoir track, kind of an
      13 underground picture of what that reservoir
      14 looks like.  And then the -- the geologists
      15 will take that and build that into a reservoir
      16 model to try to represent a volume of the
```

```
17    reservoir.  And then the res- -- the reservoir
18    engineer will take that and come up with a
19    reserve estimate and calculation.
20         Q.    Okay.  And when you talk about
21    volume, are you talking about the kind of
22    total area of the -- of the reservoir?
23         A.    I'm talking about volume.
24         Q.    So the -- so the -- what -- what
25    would fit inside a reservoir, the amount of --
00023:01   A.    Right.  Right.  And we'd come up
02    with a range --
03         Q.    Okay.
04         A.    -- of possibilities.  It'd be a
05    low side and high side range.  So we didn't --
06    there's no one right interpretation of it.
07         Q.    Okay.  And in terms of reserves,
08    are you talking about hydrocarbon reserves?
09         A.    Yes.  At that point, they're, of
10    course, potential reserves, or just supposing
11    there's something down there at that point.
12         Q.    Okay.  And when you had determined
13    in April that Macondo was a discovery, what
14    additional evaluation of the reserves was done
15    at that point?
16         A.    Well, at that point in time,
17    instead of just a supposed volume, you have a
18    data point.  You have a well.  You have a net
19    thickness.  You have a porosity, permeability.
20    So that's one data point in a very large,
21    potentially large, area that -- you take that,
22    you integrate that data into your preexisting
23    model and modify that model if you need to.
24         Q.    Okay.  And the data points, where
25    do those come from?
```

Page 24:02 to 24:12

```
00024:02   Q.    With respect to the net thickness,
03    start with that.
04         A.    From well logs.
05         Q.    Okay.  And the data points on the
06    porosity?
07         A.    Well logs.
08         Q.    Okay.  You mentioned specific data
09    points that you received from well logs.
10                   Is there -- do you ever look
11    at other wells that are nearby to help in
12    forming your analysis?
```

Page 24:14 to 24:21

```
00024:14   A.    Before we drill the well, we do
15    come up with analogs.
16         Q.    And do you recall what the analogs
```

```
17  were here with respect to Macondo?
18       A.    The specific wells?
19       Q.    Yes.
20       A.    I think we had Blind Faith, Santa
21  Cruz, Isabella.
```

Page 25:15 to 25:17

```
00025:15       Q.    And what features of an analog
16  well may tell you how productive Macondo might
17  be?
```

Page 25:21 to 26:12

```
00025:21       A.    Porosity, log characteristics,
22  flow characteristics.  These wells are set up
23  for production.  They have mechanical
24  constraints that are going to be realistic
25  in -- in modeling flow for our prospect.
00026:01                 Working pressures.  If we
02  don't know anything about the fluids, then
03  we'll come up with fluid analogs to see how a
04  particular fluid may behave, either flowing
05  miles to a tieback to an existing facility, or
06  if there's enough reserves to set a separate
07  facility over and around the prospect, around
08  the discovery.
09                 So it can be an analog for
10  anything to try to fill in data that you would
11  need that could help you in your pre-drill
12  evaluation.
```

Page 27:08 to 27:16

```
00027:08  All right.  This is
09  ANA-MDL 2-000063952, and we'll mark that
10  exhibit 8900.
11                 (Exhibit Number 8900 marked.)
12       Q.    And this is an e-mail from
13  Mr. Chandler to Ms. Peyton dated the 19th of
14  April 2010.
15                 Do you recognize this e-mail?
16       A.    Yes.
```

Page 27:23 to 28:03

```
00027:23       Q.    Okay.  And do you know how he --
24  what information he used to generate this map?
25       A.    What map are you talking about?
00028:01       Q.    Oh, sorry.  There's an attachment
02  to the e-mail.
03       A.    Okay.  Sorry.
```

Page 28:08 to 28:10

00028:08        Q.     And if you turn to the next page,
     09  we have the map in data form, which is in
     10  color.


Page 29:01 to 29:08

00029:01        Q.     Based on the date that it was
     02  sent, on the 19th of April, do you know if at
     03  that time, Anadarko had -- had generated its
     04  own map?
     05        A.     Yeah, I think so.  I think so.
     06  And it looks like there's a -- looks like
     07  there's a data point there, so that would have
     08  been after the -- after the well was down.


Page 29:10 to 29:11

00029:10        A.     So it likely would have been
     11  generated by Paul.


Page 29:22 to 29:23

00029:22        Q.     Okay.  And what is that 86 number?
     23        A.     That's net pay.


Page 30:07 to 30:11

00030:07        Q.     And on the map, there's also a
     08  number in a -- in a box that says, near the
     09  bottom of the table, total thickness volume,
     10  and then gives a number, 279692; is that
     11  correct?


Page 30:13 to 30:14

00030:13        Q.     Okay.  And can you tell me what
     14  that number is?


Page 30:16 to 30:18

00030:16        A.     That would be the volume
     17  calculated of this reservoir based on this
     18  interpretation of the map.


Page 30:23 to 31:02

00030:23        Q.     Okay.  And alongside the circular
     24  part of the map in the center, there are two

```
      25   red, on either side, kind of rectangles.
00031:01                   Can you tell me what those
      02   are?
```

## Page 31:04 to 33:07

```
00031:04        A.    Those are either -- those are some
      05   kind of boundaries that Paul and Glenn would
      06   have identified in the data, whether they be
      07   faults or some kind of no-flow boundary.
      08        Q.    And what's a no-flow boundary?
      09        A.    It's just a boundary that no flow
      10   goes across.
      11        Q.    Okay.  And do you know if Anadarko
      12   generated net pay maps after this?
      13        A.    Yes.
      14        Q.    Do you know approximately how
      15   many?
      16        A.    Well, mapping is an iterative
      17   process, so I don't know how many final
      18   versions.  I mean, there -- there would have
      19   been work up to a point, and he would have
      20   stopped, and he would handed it over to Dawn.
      21   She would have done some kind of reserve
      22   economic calculation, possibly.
      23                   And if we get new information
      24   or new interpretation, then he may change the
      25   maps, so I'm not sure how many iterations
00032:01   there were in that, but there would have been
      02   at least one other point where he would have
      03   kind of pulled together his thoughts and --
      04   and updated the maps.
      05        Q.    At least one would -- do you have
      06   any idea, would -- would it be more than five
      07   additional times?
      08        A.    No, no.  It would be one or two.
      09        Q.    Okay.  And if you could turn to
      10   tab number 19 in your binder, please.  And
      11   this is ANA-MDL-000205607, and we'll mark this
      12   exhibit 8901.
      13                   (Exhibit Number 8901 marked.)
      14        Q.    And the subject of this e-mail is
      15   Macondo BOD Montage, sent May 4th, 2010.
      16                   Mr. O'Donnell, do you
      17   recognize this e-mail?
      18        A.    I do.
      19        Q.    Can you tell me what it is?
      20        A.    Glenn is just transmitting some
      21   information to Debbie Decker, who is
      22   assembling information for a board of
      23   directors meeting.
      24        Q.    And is this information about the
      25   Macondo prospect?
00033:01        A.    It looks like it, yes.
      02        Q.    Okay.  And do you know why this
```

```
03  was generated?
04       A.   Well, it was a discovery.  Despite
05  the tragedy, it's still a discovery, and we
06  need to show our management what we had found
07  in the well.
```

Page 33:13 to 33:24

```
00033:13      Q.    Okay.  And if you turn to the last
     14  page, this appears to be the attachment in
     15  native form.
     16                 And does this -- does this
     17  look familiar to you?
     18       A.   Yes.
     19       Q.    And this is the montage that was
     20  prepared for the board of directors?
     21       A.   It looks like it.
     22       Q.    Okay.  And starting on the upper
     23  left-hand corner, there's -- is this a -- a
     24  summary of aspects of the Macondo prospect?
```

Page 34:01 to 34:01

```
00034:01      A.   Yes.
```

Page 34:14 to 34:22

```
00034:14      Q.    Okay.  The next reads:  Thick
     15  sands with excellent reservoir quality; is
     16  that correct?
     17       A.   Correct.
     18       Q.    Can you tell me what is meant by
     19  excellent reservoir quality, if you know?
     20       A.   Sufficient porosity to flow.
     21       Q.    And is there a magic number with
     22  respect to what would be sufficient porosity?
```

Page 34:24 to 35:24

```
00034:24      A.   No magic number.
     25       Q.    Okay.
00035:01      A.   And there's a -- there's a range
     02  that you like to be in, but there's so many
     03  factors that go into flow that you can't
     04  really say there's one number, really.
     05       Q.    Okay.  But porosity is one factor?
     06       A.   Correct.
     07       Q.    And can you tell me some of the
     08  other factors?
     09       A.   Permeability.  Are you -- are you
     10  talking about constrained flow like we
     11  normally calculate into a production facility?
     12       Q.    Yes.
```

```
13       A.    Okay.  So constrained flow, the
14  reservoir factors, porosity, permeability,
15  your fluid proprieties.  It will also be your
16  wellbore configuration, how the completion is
17  set up, the size of tubing, length of flowline
18  back into the facility, the constraints of the
19  facility, what pressures do they operate.
20  There are lots of constraints on -- on -- on a
21  controlled flow calculation.
22       Q.    Okay.
23       A.    So this is just -- really, the
24  reservoir aspects is just one aspect of that.
```

Page 36:25 to 37:04

```
00036:25       Q.    Okay.  And in red towards the
00037:01  bottom of this on the left-hand side, there
02  are a series of numbers, AV por, AV perm,
03  AVSW; is that correct?  I know there's some of
04  the -- is -- is por porosity?
```

Page 37:06 to 38:05

```
00037:06       A.    Average porosity.
07       Q.     Average porosity?
08       A.    Right.
09       Q.     And then AV perm, is that average
10  permeability?
11       A.    Yes.
12       Q.     And then average SW?
13       A.    Water saturation.
14       Q.     And the 19 percent for the
15  porosity, was that, then, the number generated
16  from the wireline?
17       A.    Yes.
18       Q.     Okay.
19       A.    That's the average.
20       Q.     Okay.  And the average
21  permeability of 107 MD, that's also generated
22  from the wireline?
23       A.    Yes.
24       Q.     And the average water saturation
25  of 16 percent is also generated from the
00038:01  wireline?
02       A.    Correct.
03       Q.     Okay.  At that point in time, had
04  there been other efforts undertaken to
05  determine what the porosity might be?
```

Page 38:11 to 39:04

```
00038:11       A.    No.  There is no other way to
12  determine porosity but through the wireline.
```

```
13       Q.     Okay.  And same with permeability?
14       A.     Well, at this point in time, yes.
15       Q.     Okay.  And later in time, would
16  there be a way to make another estimate of
17  permeability?
18       A.     Well, in a production scenario
19  when you're producing the well into a
20  facility, we sometimes do pressure transient
21  analysis, which is letting the pressure build
22  up, and then you can do some mathematical
23  analysis on that data to determine a
24  permeability at that point.
25               So this is really the only
00039:01  permeability estimate that we have early on.
02  But once you get into the production scenario,
03  then there are other ways that you can
04  calculate the permeability.
```

Page 39:19 to 40:20

```
00039:19       Q.     Okay.  Okay.  If we can turn to
20  tab number 36 in your binder.  And this is
21  previously marked exhibit 1926, Bates number
22  ANA-MDL-000263338.
23               And this is -- do you
24  recognize this document, Mr. O'Donnell?
25       A.     Yes, I do.
00040:01       Q.     Can you tell me what it is?
02       A.     This is a post-drill evaluation
03  utilizing BP's maps, but it integrated the
04  data from -- or the net thickness from the
05  Macondo well.  So this would have been an
06  early integration of the actual data from the
07  well.
08       Q.     Okay.  And it has a date on it of
09  4-20-2010.
10               Do you understand that this
11  document was created at that time?
12       A.     If it says on the date, then I
13  assume it was.
14       Q.     Okay.  And this is a document
15  prepared by Anadarko?
16       A.     Yes.
17       Q.     And why was it prepared?
18       A.     It's just to show the -- the
19  actual data and how it fell into our pre-drill
20  interpretation.
```

Page 41:19 to 43:23

```
00041:19       Q.     And if you could turn to the last
20  page in the document.  It's -- it actually
21  doesn't have a page number on it, but it's
22  ANA-MDL-000263345.
```

```
23      A.    Okay.
24      Q.     Do you recognize this map?
25      A.    Yes.
00042:01      Q.     Is this the same map that we
02 looked at earlier at exhibit 8900?
03      A.    It appears to be the same.  I'd
04 have to compare them to see if it's exactly
05 the same, but it's showing the same
06 information --
07      Q.    Okay.
08      A.    -- as the isomap.
09      Q.    Okay.  So this is a map prepared
10 by Anadarko?
11      A.    Yes.
12      Q.     Now, at the -- on the left-hand
13 side near the bottom, there's writing that
14 says, recovery factor 251 BBLS/AC-FT, not
15 adjusted for high GOR.
16               Do you see that?
17      A.    I do.
18      Q.     And what's a recovery factor?
19      A.    A recovery factor is an estimate
20 of the amount of oil that you will recover
21 through a producing facility per acre foot.
22 An acre foot is a measurement of volume in the
23 reservoir.  So it's the amount of oil that you
24 expect to recover in a producing facility per
25 acre foot.
00043:01      Q.    Okay.  So just above that when it
02 has the 279,692 acre feet, that's -- that's
03 the -- is that the estimate for the entire
04 reservoir?
05      A.    It appears to be, yes.
06      Q.    Okay.  And the 251 BBLS acre feet,
07 that's the recovery factor; is that correct?
08      A.    Correct.
09      Q.    Okay.  And so then you arrive at a
10 number of 70.2 MMBOE?
11      A.    Correct.
12      Q.     And what is that 70.2 number?
13      A.    That is a single point estimation
14 of what reserves are potentially recoverable
15 in a production scenario.
16      Q.    Okay.  And after notation on the
17 recovery factor, it -- it goes on to say, not
18 adjusted for high GOR.
19               Can you tell me what GOR is?
20      A.    It's gas/oil ratio.
21      Q.     Okay.  And at this point in time,
22 what would -- what would be -- sorry.
23               What would be a high GOR?
```

Page 43:25 to 44:03

```
00043:25      A.    It's all relative.
```

```
00044:01      Q.     And here, when this map was
      02   generated, did Anadarko have information about
      03   what the GOR might be?
```

Page 44:05 to 44:07

```
00044:05      A.    I don't think so.
      06      Q.     Is there a reason, then, why it
      07   says high GOR here?
```

Page 44:09 to 44:24

```
00044:09      A.    Well, we had assumed a GOR going
      10   into the analysis.  And the field estimates of
      11   the GOR were higher than that.  And we -- we
      12   didn't feel comfortable enough with the
      13   results of those estimates to change anything
      14   at this point in time because they were field
      15   estimates.
      16      Q.     And by field estimates, do you
      17   mean estimates from samples collected on the
      18   rig?
      19      A.    Correct.
      20      Q.     Okay.  And when -- so when it says
      21   high, is it then fair to say that it -- you're
      22   referring to it being higher than your initial
      23   estimate?
      24      A.    Correct.
```

Page 45:01 to 45:06

```
00045:01      Q.     And do you recall what the initial
      02   estimate of the GOR was?
      03      A.    I think we had a thousand -- a
      04   thousand GOR.
      05      Q.     And do you recall what the rig
      06   estimate was?
```

Page 45:08 to 46:06

```
00045:08      A.    Not exactly, but it was
      09   something -- something quite a bit higher than
      10   this --
      11      Q.     Okay.
      12      A.    -- or something quite a bit higher
      13   than a thousand.
      14      Q.     And does a GOR affect what you're
      15   recovery factor number is?
      16      A.    It can.
      17      Q.     And how -- how -- can you tell me
      18   how it might?
      19      A.    Well, a high GOR oil above a
      20   bubble point has a lot of gas in it,
```

```
21  obviously.  So if that gas expands, it can
22  carry more oil out, but it also can be a
23  detriment.  If you have gas breaking out in
24  formation, it can -- it can occlude your
25  permeability into oil.
00046:01  So a higher GOR doesn't mean
02  that you're going to necessarily get a higher
03  rate.  It means -- there -- there's a whole
04  myriad of issues that come into play, but it
05  doesn't necessarily translate -- translate
06  into a higher rate.
```

## Page 47:06 to 48:22

```
00047:06       Q.     Okay.  All right.  If we could go
07  to tab number 14 in your binder, please.  And
08  this is previously marked exhibit 5031.  And
09  this is an e-mail dated 4-21-2010, with the
10  subject line Preliminary Numbers on Macondo.
11                  Mr. O'Donnell, do you
12  recognize this document?
13       A.     Yes.
14       Q.     Okay.  Can you tell me what it is?
15       A.     Let me read it real quick, please.
16                  It looks like Dawn is just
17  sending Paul a range of potential recoveries.
18       Q.     Okay.  And do you know how these
19  potential recoveries were generated?
20       A.     I know the whole process.  What
21  specific part are you talking about?  Are you
22  talking about the mapping or reserve
23  calculation?
24       Q.     Well, let's go through the -- the
25  numbers here.  In the second sentence, it
00048:01  reads, Cum Recoverable Oil is 51 MMBO; is that
02  right?
03       A.     Correct.
04       Q.     And is that her estimate -- what
05  is that an estimate of?
06       A.     Recoverable oil, based on her set
07  of assumptions, into a producing facility.
08       Q.     And it's 51 -- what does the MMBO
09  stand for?
10       A.     Million barrels of oil.
11       Q.     Okay.  And she goes on to say, If
12  you assume a constant 3,000 GOR, that would be
13  76 MMBOE recoverable; is that correct?
14       A.     Yes.
15       Q.     Okay.  So in terms of her -- the
16  76 MMBOE, she's assuming a gas/oil ratio of
17  3,000?
18       A.     Correct.
19       Q.     And do you know what that
20  assumption is based on?
21       A.     I assume that was based on the
```

```
         22  field estimates of GOR, PVT.
```

Page 50:14 to 50:18

```
00050:14        Q.    Okay.  So at this point, you don't
       15  think that Anadarko had the PVT analysis?
       16        A.    Not -- not to my knowledge.  We
       17  had field estimates, but I don't think that
       18  there was a bubble-point estimate in that.
```

Page 51:08 to 51:10

```
00051:08        Q.    Okay.  But in general, what is the
       09  simulator trying to -- what do you use a
       10  simulator to do?
```

Page 51:12 to 51:24

```
00051:12        A.    The simulator ultimately is to
       13  calculate recovery factor and reserves.  So
       14  it -- it simulates a controlled flow
       15  environment into kind of a hypothetical
       16  production facility.  And it's how we
       17  determine the amount of recoverable reserves,
       18  how we get a good estimate of recoverable
       19  reserves.
       20                  So it basically simulates the
       21  flow, or the controlled flow, into a
       22  production facility with all of the associated
       23  constraints that you might see in a
       24  hypothetical development scenario.
```

Page 56:20 to 58:08

```
00056:20        Q.    Okay.  If you could turn to tab
       21  number 6, please, in your binder.  And this is
       22  previously marked exhibit 1925, an e-mail
       23  dated 4-8-2010 with the subject Pompano
       24  capacity.
       25                  Do you recognize this
00057:01  document, Mr. O'Donnell?
       02        A.    Yes, I do.
       03        Q.    Okay.  And can you tell me what
       04  Pompano capacity refers to?
       05        A.    Yes.  That's the potential
       06  additional capacity that Pompano may be able
       07  to accommodate beyond what is -- what it's
       08  producing or what it was currently producing
       09  at the time.  So basically, the -- the
       10  amount -- the potential overage of the
       11  platform.
       12        Q.    And was it anticipated that the --
       13  any oil produced from Macondo would go to
```

```
      14   Pompano for processing?
      15        A.   It was discussed.  That was our
      16   thinking about the ultimate development, that
      17   we would go back to Pompano.
      18        Q.    And the e-mail -- the top e-mail
      19   says BP is expecting 40,000 BOPD, 35 MMCFD,
      20   peak rate from Macondo.
      21             Did I read that correctly?
      22        A.   Yes.
      23        Q.    And was this e-mail written in
      24   response to something that you had asked
      25   Ms. Peyton?
00058:01        A.   Yes.  We were interested in
      02   knowing the potential capacity of Pompano, and
      03   then Dawn is making a statement here, BP is
      04   expecting 40,000 barrels a day from multiple
      05   wells.  So it's not just from one well, but
      06   it's multiple wells flowing, as I mentioned
      07   before, in a controlled way back to the
      08   platform and into the production facility.
```

Page 58:17 to 58:18

```
00058:17        Q.    Okay.  And do you know what the
      18   40,000 BOPD was based on?
```

Page 58:20 to 58:23

```
00058:20        A.   The open capacity at Pompano.  And
      21   the -- that -- that's about the rate, the
      22   maximum rate from a couple of production wells
      23   that they had talked about.
```

Page 59:03 to 59:05

```
00059:03        Q.    Was this a number that BP had told
      04   Ms. Peyton?
      05        A.   Uh-huh.
```

Page 59:07 to 59:12

```
00059:07        Q.    So it wasn't based on her own
      08   analysis of what the reservoir -- or what
      09   would be --
      10        A.    Just reading, BP is expecting
      11   40,000 barrels a day.  So she's telling me
      12   that's what they're expecting.
```

Page 60:12 to 61:05

```
00060:12        Q.    Mr. O'Donnell, we're looking at
      13   exhibit number 5025, and the document appears
```

```
14   to contain two different e-mails.  And the
15   second e-mail is from Paul Chandler to Dawn
16   Peyton and Glenn Raney with the subject,
17   Macondo Pay Log Section.
18                Do you recognize this
19   document?
20        A.   Yes.
21        Q.   Okay.  And Mr. Chandler writes,
22   I've attached a copy of an annotated log
23   section through the M56 pay interval for your
24   files.
25                Is that right?  Did I read
00061:01   that correctly?
02        A.   Yes.
03        Q.    And if you flip to the next page,
04   is that the annotated log section that
05   Mr. Chandler refers to in his e-mail?
```

Page 61:07 to 61:10

```
00061:07        A.   Yes.
08        Q.    And what is the M56 pay interval?
09        A.   That's the prospective HORIZON
10   that we were drilling for.
```

Page 62:08 to 62:22

```
00062:08   And if you could turn to tab
09   number 37 in your binder.  It's previously
10   marked exhibit 8726.
11                And, Mr. O'Donnell, do you
12   recognize this document?
13        A.   Yes, I do.
14        Q.   Okay.  And can you tell me what it
15   is?
16        A.   It's a post-drill analysis of our
17   interpretation at this point in time.
18        Q.   Do you know about when it was
19   created?
20        A.   Not without looking at it.  Not --
21   not exactly.  Obviously, post-drill, but
22   specifically, no, I don't know.
```

Page 63:02 to 63:07

```
00063:02        Q.   Okay.  Do you know who generated
03   the document?
04        A.   It would have been my team.  It
05   looks like it has information -- some
06   information from my team and from Brian
07   O'Neill.
```

Page 66:18 to 66:22

```
00066:18      Q.     Okay.  And the page before with
     19  the header reading Simulation Settings, Mode:
     20  Exploration Prospect, I think you referred to
     21  that earlier as the MMRA; is that correct?
     22      A.    Correct.
```

Page 67:03 to 67:12

```
00067:03      Q.     And can you tell me what an MMRA
     04  is?
     05      A.    Multimode recovery analysis.  It's
     06  a -- it's a means of risking reserves.  You
     07  know, we don't know exactly what the
     08  reserves -- what the formation looks like in
     09  the reservoir, so we -- we give it a range, a
     10  range of possibilities.  And this software
     11  helps us quantify a range of -- of
     12  possibilities.
```

Page 68:22 to 69:01

```
00068:22      Q.     And what's the estimated recovery
     23  range?
     24      A.    Well, it ranges from a P90 of
     25  24 million barrels to a P10 of 137.81 million
00069:01  barrels.
```

Page 69:18 to 69:23

```
00069:18      Q.     Okay.  So that 24 to 137 range
     19  does incorporate some post-drill information?
     20      A.    It does.
     21      Q.     Okay.  And do you know what
     22  post-drill information?
     23      A.    That's in this presentation.
```

Page 70:01 to 70:11

```
00070:01  tab 20 -- I'm sorry -- 38 in your binder.  And
     02  this is previously marked exhibit 8727.
     03                And, Mr. O'Donnell, do you
     04  recognize this document?
     05      A.    Do you have a color version?
     06      Q.     I don't have a color version of
     07  this, unfortunately.
     08      A.    I do recognize the information in
     09  here.
     10      Q.     Can you tell me why this document
     11  was prepared, if you know?
```

Page 70:13 to 71:13

```
00070:13        A.    This document would have been
     14  prepared to compare the pre-drill estimates
     15  with our understanding at this point in time
     16  on how it affected the maps, revised maps.
     17        Q.    Okay.  And do you know when it was
     18  created?
     19        A.    No.  Based on the -- some of the
     20  displays in here, I know it was sometime after
     21  the incident, well after the incident.
     22        Q.    Do you know if it was after the
     23  well was capped?
     24        A.    I don't know.
     25        Q.    Was this used in any sort of
00071:01  presentation, to your knowledge?
     02        A.    No, I don't recall whether this --
     03  this particular file was used in a
     04  presentation, but some of this information
     05  would have been presented in some form, yes.
     06        Q.    Okay.  And do you know why this
     07  document was -- was put together?
     08        A.    Well, again, it was to compare our
     09  pre-drill estimates with what we found after
     10  drilling the well.
     11        Q.    And members of your team
     12  contributed to this document, you said?
     13        A.    Yes.
```

Page 73:08 to 74:08

```
00073:08        Q.    Okay.  And you received -- did you
     09  receive subsequent -- a subsequent PVT
     10  analysis?
     11        A.    Subsequent to this?
     12        Q.    No, no.
     13        A.    Subsequent to the on-site?
     14        Q.    The on-site -- subsequent to the
     15  on-site.
     16        A.    Yes.
     17        Q.    Okay.  And do you know when you
     18  received that?
     19        A.    It was early August, I believe.
     20        Q.    Okay.  And if you could turn to
     21  page -- or, sorry -- tab number 20 in your
     22  binder.  And this is previously marked
     23  exhibit 8732.  And it is an e-mail, and then
     24  behind it is a -- an attachment.
     25        A.    Okay.
00074:01        Q.    Do you recognize the e-mail?
     02        A.    Yes.
     03        Q.    Okay.  And it references a request
     04  from Dawn Peyton with Anadarko; is that
     05  correct?
     06        A.    Correct.
     07        Q.    And do you know what she was
```

```
        08   requesting?
```

Page 74:10 to 74:12

```
00074:10      A.    A final fluids report.
      11      Q.    Okay.  Is that also known as a PVT
      12  report?
```

Page 74:14 to 74:21

```
00074:14      A.    I assume that's what she's asking
      15  for, yes.
      16      Q.    Okay.  And so I guess what I'm
      17  trying to figure out, if the information in
      18  the PVT Summary that we referred to in the
      19  PowerPoint comes from information in this
      20  report, which is -- is this the second report
      21  that you received from BP regarding PVT?
```

Page 74:23 to 75:05

```
00074:23      A.    I don't know specifically whether
      24  this is the second one or not.
      25      Q.    Okay.
00075:01      A.    But we had an initial PVT
      02  analysis, a field estimate.
      03      Q.    Uh-huh.
      04      A.    And this, likely, is the final
      05  field estimate.
```

Page 77:06 to 77:14

```
00077:06      Q.    Okay.  So the oil viscosity number
      07  referred to in the PVT Summary may have come
      08  from the final PVT report received in August?
      09      A.    It could have, yes.
      10      Q.    Okay.  And have you seen the final
      11  PVT report that came in in August?
      12      A.    No, I never -- I never saw it, but
      13  I did get it.  My boss gave me a CD with it,
      14  and I handed it over to Dawn.
```

Page 77:22 to 78:06

```
00077:22      Q.    Okay.  And when you gave it to
      23  Dawn, did you give her any instructions when
      24  you gave her the CD?
      25      A.    I didn't give her any explicit
00078:01  instructions, but she knew that she was going
      02  to take it and going to pull data out of it --
      03      Q.    Okay.
      04      A.    -- to use.  I mean, that would
```

```
05  have been the best estimate at that point in
06  time of the reservoir -- or fluid properties.
```

Page 78:14 to 80:18

```
00078:14      Q.     Okay.  And why was she looking at
     15  the fluid properties at that point in time?
     16      A.     Just to update her data and the
     17  reservoir simulation.
     18      Q.     And did you ask her to update that
     19  information?
     20      A.     I don't remember explicitly asking
     21  her, but it's implied in her job, when she has
     22  new data in, and she's going to take that and
     23  she's going to integrate it into the -- the
     24  reservoir model.
     25      Q.     Okay.  And at that point in time,
00079:01  why was Anadarko -- do you know why Anadarko
     02  was doing reservoir modeling of the Macondo
     03  prospect?
     04      A.     That's our job.
     05      Q.     Let's get back to the presentation
     06  at tab 38, exhibit 8727.  Let's go to page 10
     07  of the document.  It's the Bates number at the
     08  bottom with page ending 56146.
     09              And the top of the document
     10  reads, Predicted Flow Rate; is that right?
     11      A.     Yes.
     12      Q.     Do you recognize this page?
     13      A.     Yes, I do.
     14      Q.     Okay.  And what -- what is it --
     15  can you give a summary of what this page is
     16  conveying?
     17      A.     This is a drill scoping
     18  spreadsheet that Brian O'Neill does when he
     19  does a petrophysical evaluation.  He'll put
     20  the numbers into the spreadsheet to kind of
     21  see if they make sense based on the other data
     22  that he's seen on the well logs.  So it's --
     23  it's real rough.  It has a lot of empirical
     24  correlations in it, so it's really kind of
     25  a -- an early indication on whether the data
00080:01  that he is seeing in the well logs makes sense
     02  with what this could be, coming on an
     03  empirical basis.
     04      Q.     Okay.  Does it contain -- and it
     05  says predicted flow rate.
     06              Can you tell me where that
     07  rate is represented?
     08      A.     Well, there's a graft with barrels
     09  of oil per day on it versus time.
     10      Q.     And do you know if this document
     11  represents conditions -- controlled conditions
     12  of a producing well?
     13      A.     This -- yes, this would have
```

14  represented his approximation really early, a
15  quick and dirty approximation of a controlled
16  flow rate through a product facility, the same
17  as my group would have been doing in more
18  detail and really in much more depth later on.


Page 81:02 to 81:20

00081:02  Do you recognize either of
03  these charts?
04      A.    Yes, I do.
05      Q.    Okay.  And can you tell me what
06  they are, starting with the pre-drill?
07      A.    Just an estimate of the range of
08  possible productive areas, pre-drill and
09  post-drill.
10      Q.    And what's a productive area?
11      A.    It's a reservoir size, reservoir
12  area, or aerial extent of the reservoir.
13      Q.    And at the bottom of the page, it
14  says, area went up; is that right?
15      A.    Uh-huh.
16      Q.    And can you tell me what that
17  means?
18      A.    It means their post-drill
19  evaluation of the area is greater than their
20  pre-drill evaluation of the area.


Page 83:14 to 84:03

00083:14      A.    Would have been someone in my
15  team.  Maybe Paul Chandler, with the help of
16  Dawn Peyton and Glenn Raney.
17      Q.    Okay.  And did you ask
18  Mr. Chandler to do this?
19      A.    Not specifically, but this is the
20  normal course of business of what Paul does
21  and what my team does.
22      Q.    Okay.  And does this document then
23  incorporate post-drill information?
24      A.    Yes.
25          MS. HARVEY:  Okay.  And just for
00084:01  the record, let's label this document,
02  exhibit 8902.  We'll do the -- the e-mail
03  included.


Page 84:07 to 84:23

00084:07  (Exhibit Number 8902 marked.)
08      Q.    Okay.  If you turn to -- I
09  guess -- you mentioned that this document was
10  created in the normal course of your group's
11  business.

```
12                Why are these -- are these
13 types of analyses useful to Anadarko?
14        A.    Well, it's a way of expressing a
15 range of uncertainty.  Since we don't know
16 exactly what is two miles underneath the
17 ground, we have to express our estimates in
18 a -- a range of possibilities.
19        Q.    And if you turn to page number --
20 the sixth page in the colored version with the
21 header, Net Rock Volume, and it appears to
22 show a range of net rock volumes in acre feet;
23 is that correct?
```

Page 85:11 to 85:15

```
00085:11 MS. HARVEY:  There's actually no
12 Bates number on this 'cause it's the native
13 form.  The Bates number -- or the -- the file
14 number is the first Bates page, so it doesn't
15 actually show a Bates number.
```

Page 85:17 to 85:23

```
00085:17 MS. HARVEY:  But it's the page
18 beginning, net rock volume.
19        A.    With you.
20        Q.    Okay.  And how is the net -- or do
21 you know who generated the net rock volume
22 range?
23        A.    Would have been the same people.
```

Page 91:04 to 91:23

```
00091:04 If you can turn to tab
05 number 39 in your binder, please.  And this is
06 previously marked exhibit 8731.  And the first
07 page reads, Macondo prospect offset
08 evaluation, MC252/253/208.
09                Do you recognize this
10 document, Mr. O'Donnell?
11        A.    Yes, I do.
12        Q.    And can you tell me what it is?
13        A.    This is an evaluation of a
14 potential development of this area.  So
15 basically, my team is -- is just looking at
16 reserves and how that could impact a potential
17 development out here.
18        Q.    Okay.  And there is a -- a date
19 listed on here of October 13th, 2010.
20                Is that a date that seems
21 reasonable as to when this document was
22 created?
23        A.    Yes.
```

Page 92:03 to 92:14

00092:03        Q.      Do you know whether aspects of it
      04  were used in a presentation?
      05        A.      Could have been.  Probably.  Looks
      06  like -- it looks like a presentation document.
      07        Q.      But you don't know -- you can't
      08  recall a presentation that this might have
      09  been used in?
      10        A.      Not specifically, no.
      11        Q.      Okay.  Do you have a -- a general
      12  idea of presentations that were done to
      13  discuss development options at the Macondo
      14  prospect?

Page 92:16 to 92:20

00092:16        A.      I can't remember specific --
      17  specific meetings, but we put together a
      18  couple of presentations, this and maybe one
      19  other one, just for a hypothetical development
      20  scenario.

Page 97:14 to 98:23

00097:14        Q.      Okay.  Now, if you can turn to
      15  page -- a couple pages later to the Bates
      16  ending in 1257.  And the -- the title at the
      17  top reads, Boundary Comparisons.  And it seems
      18  to refer to the same boundary 1, boundary 2,
      19  and boundary 3 notations that were -- we
      20  looked at earlier.
      21              Is that -- what --
      22  boundary 1, is that referring to the map
      23  earlier in the presentation at the Bates
      24  number 1249?
      25        A.      It appears to be.
00098:01        Q.      Okay.  And same with boundary 2,
      02  it corresponds to the map at 1250?
      03        A.      That appears correct, yes.
      04        Q.      And boundary 3 at 1251.
      05              And can you tell me -- there
      06  are numbers -- so after each of the
      07  boundaries, there is a column that reads, 252
      08  location, oil recovery MMBO, correct?
      09        A.      Yes.
      10        Q.      Okay.  And for boundary 1, there
      11  is a number after the boundary, one aqui- --
      12  aquifer that reads 81.7; is that right?
      13        A.      Yes.
      14        Q.      And can you tell me what that
      15  number represents?
      16        A.      It looks like that number is a

```
17  recovery with a strong water drive versus the
18  line below it.  That's the recovery with just
19  a depletion drive with no aquifer support.
20            So they're doing a comparison
21  of those two numbers, which would represent,
22  probably, two end points, P-10 and P-90 of a
23  range.
```

Page 99:25 to 100:06

```
00099:25    Q.    Okay.  And do you know if the
00100:01  numbers that are represented in the column,
02  the oil recovery column at the 252 location,
03  the barrels of oil numbers, does that
04  incorporate any estimates of what oil might
05  have been depleted from the reservoir during
06  the incident?
```

Page 100:08 to 101:06

```
00100:08    A.    No, I don't think we would have
09  made an estimate and backed that out of these.
10  We're just looking at -- we're just looking at
11  an economic evaluation, or for the purposes of
12  an economic evaluation, going forward.  So we
13  wouldn't have taken that into account here.
14            Q.    So this number doesn't represent
15  any amount of oil that was estimated to have
16  been lost --
17            A.    No.  This is an economic
18  evaluation of -- a hypothetical development
19  scenario.  This has nothing to do with any
20  kind of oil spill or discharge into the Gulf.
21            Q.    Okay.  And did Anadarko do an
22  analysis, then, of -- of oil that -- the total
23  amount of oil that it estimated to have been
24  depleted from the well as a result of the
25  incident?
00101:01    A.    Not that I know of.
02            Q.    If it had -- if such an analysis
03  had been done, would somebody on your team
04  have done it?  Would that have been within the
05  scope of your team's responsibilities?
06            A.    Yes.
```

Page 101:08 to 101:17

```
00101:08    A.    I think so.  But no one asked us
09  to do that.
10            Q.    Okay.  And under each of these
11  boundary maps, there's the aquifer scenario
12  with, as you said, the water gravity support
13  and the depletion scenario with no aquifer
```

```
14  support.
15                      Did Anadarko do any analyses
16  after this to determine which of these two
17  scenarios was more likely?
```

Page 101:19 to 101:20

```
00101:19      A.    No, we had no data to do anything
      20  like that.  The answer's no, we -- we didn't.
```

Page 103:13 to 104:02

```
00103:13      Q.    Okay.  But the reserve estimate
      14  didn't account for hydrocarbons that may have
      15  already been depleted from the well; is that
      16  right?
      17      A.    No.  But that -- that wasn't --
      18  that's really not what we intended to do.  I
      19  mean, we didn't -- our group was charged with
      20  determining the reserves after drilling that
      21  well that could have been in that reservoir.
      22  So at that point in time, we weren't -- there
      23  was no reason for us to focus on that part of
      24  it.  I mean, other people were focusing on
      25  those aspects.
00104:01      Q.    Okay.  And other people at
      02  Anadarko were focusing on those aspects?
```

Page 104:04 to 106:05

```
00104:04      A.    No.  I don't know.  I assume there
      05  were other people, whether Anadarko, BP, or
      06  whoever.  I mean, we weren't -- our group was
      07  focused on looking at a development scenario
      08  based on the well log data that we had and
      09  coming up with a reserve estimate for what
      10  potentially could be in place at that point in
      11  time.
      12      Q.    You don't know of anyone else at
      13  Anadarko that was analyzing how many
      14  hydrocarbons -- the amount of hydrocarbons
      15  that may have been depleted from the well?
      16      A.    That's correct.
      17      Q.    Okay.  If you could turn to tab
      18  number 18 in your binder, please.  And this
      19  document is previously marked exhibit 4996, an
      20  e-mail dated April 23rd, 2010.
      21                      It appears to be from Dawn
      22  Peyton to you; is that right?
      23      A.    Correct.
      24      Q.    Do you recognize this document?
      25      A.    Yes, I do.
00105:01      Q.    Okay.  And can you tell me what it
```

```
02  is?
03       A.    This is her two-minute estimate of
04  what that well could be flowing.
05       Q.    Okay.  And this estimate says, I'm
06  calculating an AOF of 45,000 on BOPD; is that
07  right?
08       A.    Yes.
09       Q.    And can you tell me what AOF
10  means?
11       A.    That's absolute open flow.  So
12  that's like an unrestrained flow.
13       Q.    What are examples of things that
14  might restrain that flow?
15       A.    Well, my -- my group normally does
16  calculations based on constrained flow, so
17  it's producing into a production facility.  So
18  you have constraints like your wellbore
19  configuration, tubing, your completion.  I
20  think I went through these before.
21            But reservoir properties,
22  porosity, permeability, skin, all those can be
23  factors in -- in constraining flow, which is
24  typically what we do in reservoir simulation,
25  look at constrained flow.
00106:01  Q.    And you mentioned a wellbore, a
02  diagram.
03            Do you know if this
04  45,000 barrels per day incorporates a wellbore
05  diagram?
```

Page 106:07 to 107:03

```
00106:07  Q.    You mentioned that was a
08  constraint to flow?
09       A.    Well, this -- this is a really
10  quick estimate on unconstrained flow.  And
11  constrained flow, we would use the actual
12  wellbore configuration.  But she didn't have
13  that when she did that.  She didn't know what
14  was in the wellbore or what could or could not
15  have been constraining flow.
16       Q.    Okay.  And she says with respect
17  to the 45,000 barrels per day, this is what I
18  think Macondo was flowing when the riser was
19  connected and the fire was burning; is that
20  right?  Did I read that right?
21       A.    Yes.
22       Q.    She goes on, with the riser
23  disconnected and with the seawater gradient to
24  the mud line, I calculate 35,000 BOPD; is that
25  right?
00107:01  A.    Yes.
02       Q.    And do you know why that estimate
03  is lower than the 45,000?
```

Page 107:05 to 107:11

00107:05      A.     Well, I expect that it's because
      06  there's a seawater gradient to the mud line in
      07  this second -- implicit in the second
      08  scenario.
      09      Q.     How does that impact what your
      10  flow rate is, the seawater gradient to the mud
      11  line?


Page 107:13 to 108:04

00107:13      A.     It would put more back pressure on
      14  the well.
      15      Q.     And then she goes on, in reality,
      16  it's probably more because I think Brian's avg
      17  perm of 107 MD is low; is that right?
      18      A.     Yes.
      19      Q.     And does Brian refer to Brian
      20  O'Neill?
      21      A.     Yes.
      22      Q.     And the average perm is
      23  permeability?
      24      A.     Correct.
      25      Q.     Of one -- and the 107 number, is
00108:01  that from his analysis of the logs?
      02      A.     I believe it is, yes.
      03      Q.     Okay.  And do you know why she
      04  thought that this number was low?


Page 108:06 to 108:12

00108:06      A.     Just her opinion.
      07      Q.     Do you know what that opinion
      08  might be based on, like what she would be
      09  looking at to determine perm?
      10      A.     Perhaps analog fields.
      11      Q.     And here, do you know what analog
      12  fields she was looking at?


Page 108:14 to 108:25

00108:14      A.     Same logs.
      15      Q.     So it's Blind Faith?
      16      A.     Isabella, Santa Cruz.
      17      Q.     And did you discuss with Dawn
      18  Peyton this estimate that she's conveying
      19  here?
      20      A.     I don't think I did.  I think she
      21  just sent it to me.
      22      Q.     And did you -- did she do any
      23  additional analysis of what the flow rate for
      24  Macondo was in that uncontrolled setting?

```
    25      A.    No.


Page 109:03 to 109:22

00109:03      Q.    Did anybody in your group do any
    04  analysis of what the flow rate was of the
    05  Macondo well after the incident?
    06      A.    No.
    07      Q.    And during the time period that
    08  you were designated for in the deposition
    09  notice, which is April 20th to July 15th, did
    10  anyone at Anadarko do an analysis of the rate
    11  of flow from the Macondo well?
    12      A.    Well, talking about constrained
    13  flow or unconstrained flow?
    14      Q.    Well, let's start with
    15  unconstrained flow.
    16      A.    Okay.  Not to my knowledge.
    17      Q.    And just so we're clear,
    18  unconstrained flow would be a model of how the
    19  well was in the -- in the blowout scenario; is
    20  that right?
    21      A.    That'd be flowing into -- into the
    22  Gulf, yes.


Page 111:22 to 112:04

00111:22      Q.    There was some little bit of
    23  confusion, maybe, on the transcript earlier
    24  and when we were talking about potential
    25  unconstrained flow analysis that was done for
00112:01  Macondo post-April 20th.
    02               Would that unconstrained flow
    03  analysis, would that have been done by your
    04  group?


Page 112:06 to 112:12

00112:06      A.    Yes.
    07      Q.    Thanks.
    08      A.    This is it.
    09      Q.    This is the only document that
    10  represents Anadarko's work modeling the
    11  unconstrained flow that occurred after
    12  April 20th?


Page 112:15 to 112:15

00112:15      A.    Yes, that's it.


Page 112:17 to 113:07
```

```
00112:17    tab 24, please.  And this is a document with
      18    the Bates number ANA-MDL 2-000111398.  And
      19    we'll mark this exhibit 8903.
      20             (Exhibit Number 8903 marked.)
      21    Q.       And this is an e-mail with the
      22    date August 20th -- or sorry -- August 10th,
      23    2010, from Dawn Peyton to Richard Beecher.
      24             Do you recognize this
      25    document, Mr. O'Donnell?
00113:01    A.    Yes, I do.
      02    Q.       And can you tell me who
      03    Mr. Beecher is?
      04    A.       Richard is a reservoir engineer
      05    advisor in the Gulf of Mexico group, and he
      06    acts as a -- an advisor/mentor to Dawn at
      07    times.
```

Page 116:17 to 116:22

```
00116:17    Q.       And then it goes on, now I'm
      18    getting 61 percent, which is 104 MMBO.  And
      19    then in parenthesis, a thousand GOR.
      20             The 61 percent, it doesn't
      21    say, but is that 61 percent recovery factor?
      22    A.    I believe so, yes.
```

Page 117:06 to 117:10

```
00117:06    Q.       Okay.  And the -- the 3,000 GOR
      07    number, do you know where that number came
      08    from?
      09    A.       I assume that came from the new
      10    PVT analysis.
```

Page 118:17 to 118:22

```
00118:17    Q.       Okay.  And she goes on to say,
      18    these numbers make sense, but they just seem
      19    very high; is that right?
      20    A.    Yes.
      21    Q.       Do you know what she meant by very
      22    high, or why she thought they were high?
```

Page 118:24 to 119:03

```
00118:24    A.    She thought the recovery just
      25    looked high.
00119:01    Q.    Okay.
      02    A.       A recovery factor of 61 percent is
      03    really high.  That seems to be high.
```

Page 122:16 to 122:23

```
00122:16        Q.     Okay.  If we could go actually
      17  back to that earlier document at tab 39,
      18  exhibit 8731, and if you could turn to
      19  page 1253.  And I think you mentioned earlier
      20  that this document was generated in October --
      21  or to your knowledge, in October of 2010; is
      22  that right?
      23        A.     Correct.
```

Page 125:17 to 126:02

```
00125:17        Q.     Okay.  The next document -- or,
      18  sorry, the next bullet refers to ETE, or
      19  exploration thickness estimator analysis.
      20  Then there are several bullets underneath
      21  that.  Can you explain to me what ETE is?
      22        A.     That's a methodology for
      23  estimating the thickness of the reservoir.
      24  The idea there would be to get -- estimate
      25  thickness variation away from the wellbore.
00126:01        Q.     And thickness of estimated pay, or
      02  thickness of what?
```

Page 126:04 to 126:12

```
00126:04        A.     Thickness of potential hydro- --
      05  hydrocarbon volume.
      06        Q.     Okay.  And do you recall whether
      07  the ETE analysis was done?
      08        A.     I believe it was done.
      09        Q.     Okay.  And as a result of the ETE
      10  analysis, did Anadarko come to a different
      11  understanding of how thick the potential
      12  hydrocarbon range was?
```

Page 126:15 to 127:14

```
00126:15        A.     I don't recall that anything
      16  changed after that.  So I know he was talking
      17  about doing it.  But typically at that point
      18  it's like micro metering a brick, you know.
      19  It's getting down to fine tuning numbers and
      20  things don't change much at that point in
      21  time.
      22        Q.     And then the last bullet under
      23  geophysical analysis is the seismic attributes
      24  and RGB frequency blending to help
      25  evaluate/image the dispositional model channel
00127:01  and/or edge detecting.  And it, in
      02  parentheses, says pending; is that right?
      03        A.     Right.
      04        Q.     And do you recall whether this
      05  analysis was completed?
```

```
06      A.    Yes, he did do the RGB blending.
07      Q.     Okay.  And what does that, the RGB
08 blending, tell you?
09      A.    They're trying to see variation in
10 reservoir continuity.  So they put color codes
11 to frequency spectra and it helps you
12 visualize whether the -- the reservoir has
13 continuity.  So you've seen the channels,
14 picture of the channels and the boundaries.
```

Page 129:17 to 130:18

```
00129:17    Q.    Do you know --
18      A.    Yes.
19      Q.     -- what the reservoir interval
20 velocity is?
21      A.    That's the actual velocity that a
22 sound wave travels through the interval.
23      Q.     And how is that information
24 collected?
25      A.    Well, they -- normally you get it
00130:01 from the VSP, which we never received from BP.
02 That's kind of the -- an actual measurement of
03 that interval velocity.
04      Q.     Is that data collected during the
05 logging of the well?
06      A.    Wireline logs, yes.
07      Q.     Okay.  And -- so then this -- the
08 sentence goes on, final log, sidewall core
09 analysis and VSP would help confirm rock
10 properties.  And then in -- in parentheses,
11 waiting on BP.  Is that right?
12      A.    Correct.
13      Q.     So the -- the VSPs that you never
14 received, did you receive any final logs from
15 BP?
16      A.    I don't recall if we received the
17 final logs.  Again, I would not have received
18 those.  This would have come to Brian O'Neill.
```

Page 132:07 to 132:09

```
00132:07 When you received that e-mail
08 that discussed the 45,000 barrels of oil per
09 day, what did you think?
```

Page 132:11 to 132:15

```
00132:11    A.    I didn't really have an opinion on
12 it, to be honest with you.
13      Q.     Well, you got the information, you
14 must -- it must have created some ideas in
15 your mind, and I'm asking you what those were.
```

Page 132:17 to 133:03

```
00132:17      A.    You know, it wasn't out of the
      18  range of possibility that I would have
      19  expected.  It wouldn't -- it didn't really
      20  surprise me.
      21      Q.    What did you do with the
      22  information?
      23      A.    I just filed it away in my e-mail
      24  folder.
      25      Q.    You never looked at it again?
00133:01      A.    Never looked at it again.
      02      Q.    Did you send it to someone?
      03      A.    Not that I recall.
```

Page 133:22 to 134:07

```
00133:22      Q.    I'm calculating an AOF of 45,000
      23  BOPD.  This is what I think Macondo was
      24  flowing when the riser was connected and fire
      25  was burning.  Period.  That one.
00134:01      A.    So her calculation, why did she do
      02  it?
      03      Q.    Yes.
      04      A.    I think she was just curious what
      05  she could come up.
      06      Q.    But she works for Anadarko?
      07      A.    She does.
```

Page 135:01 to 135:03

```
00135:01      Q.    So this is consistent with what
      02  she does for a living?
      03      A.    No.
```

Page 135:06 to 135:16

```
00135:06      A.    She -- she calculates constrained
      07  flow calculations, as I explained earlier.
      08  That's typically what she does.  This is an
      09  unconstrained cal- -- flow calculation.  She's
      10  not an expert on that, but she took a shot at
      11  it.
      12      Q.    And this was her shot?
      13      A.    Uh-huh.
      14      Q.    Yes?
      15            You have to answer yes --
      16      A.    I did.
```

Page 135:19 to 136:12

```
00135:19  Who else did she send this
```

```
        20   information to?
        21        A.    As far as I know, it was just me.
        22        Q.    Are you her supervisor?
        23        A.    I was at that time, yes.
        24        Q.    Did she work with anyone coming up
        25   with this calculation?
00136:01        A.    Not that I know of.
        02        Q.    Is she a good employee?
        03        A.    Great employee.
        04        Q.    Competent?
        05        A.    Yes.
        06        Q.    Skilled?
        07        A.    Yes.
        08        Q.    Educated?
        09        A.    Yes.
        10        Q.    You relied on her when she was
        11   your employee?
        12        A.    I did.
```

Page 143:06 to 143:11

```
00143:06        Q.    I think you were discussing the --
        07   the numbers of the flow rate with respect to
        08   that closed modeling that you had done.
        09        A.    Correct.
        10        Q.    And that was -- was that under
        11   your department?
```

Page 143:13 to 143:14

```
00143:13        Q.    Who was the principal person who
        14   did this calculation?
```

Page 143:16 to 144:02

```
00143:16        A.    That would have been Dawn Peyton.
        17        Q.    Same individual that wrote the
        18   e-mail that we were discussing before?
        19        A.    Yes.
        20        Q.    To your knowledge, did anybody at
        21   Anadarko do any flow-rate calculations of the
        22   flow from the spill that occurred after April
        23   the 20th?
        24        A.    Not to my knowledge.
        25        Q.    And would you be someone that
00144:01   would know if that had been done?
        02        A.    Yes.
```

Page 146:03 to 146:16

```
00146:03        Q.    Okay.  And I think you
        04   distinguished earlier this morning between
        05   constrained flow and unconstrained flow.
```

```
06                    And you would -- you would
07 characterize the daily amount of discharge for
08 Macondo after April 20th as unconstrained
09 flow; is that right?
10      A.    Yes.
11      Q.    Okay.  Did anyone at Anadarko
12 instruct you not to make those calculations?
13      A.    No.
14      Q.    Okay.  Now, you said that Dawn
15 Peyton made an estimate of the flow rate of
16 45,000 barrels a day, right?
```

Page 146:19 to 147:12

```
00146:19      A.    I said that -- well, I saw the
20 e-mail.
21      Q.     You saw the e-mail --
22      A.    She did the calculation, yeah.
23      Q.     -- that she did that?
24                    Do you know the methodology
25 by which she made that calculation?
00147:01      A.    I believe she used a nodal
02 analysis software package called Prosper.
03      Q.    What's it called?
04      A.    Prosper.
05      Q.    Prosper?  Okay.
06                    And what is the purpose of
07 that software?  What does it do?
08      A.    It models flow from a reservoir
09 through tubing, and we use it frequently to
10 model constrained flow into a production
11 facility.  And that's normally what it's used
12 for.
```

Page 149:24 to 150:08

```
00149:24      Q.    I believe Dawn had sent an earlier
25 e-mail saying that when you all were
00150:01 discussing the possibility of two wells on the
02 reservoir, Dawn had mentioned that BP had
03 estimated a 40,000 barrel per day flow.
04                    Do you recall that?
05      A.    Yes.
06      Q.    Does that lead you somehow to
07 believe that her unconstrained 45,000 barrel
08 flow was fairly accurate?
```

Page 150:11 to 150:21

```
00150:11      A.    No, I can't speak to the accuracy
12 of that number.  I can speak to her
13 methodology for coming up with that kind of an
14 analysis.  But the number she came up with was
```

```
15  literally a two-minute number that she threw
16  in what little data she had, she put it in
17  Prosper, and -- and came up with that number.
18  I mean, she had to make huge assumptions on
19  skin.  And she had no idea what kind of
20  constraints were in the wellbore at the time,
21  either.
```

Page 152:01 to 152:14

```
00152:01       Q.    And -- and the -- I guess the
      02  calculation of the volume of hydrocarbons in a
      03  reservoir would be the acre feet times the
      04  thickness of the sand?  Is that essentially
      05  how you do it?
      06       A.    Acre feet already has the
      07  thickness of the sands.
      08       Q.    Oh, it does?
      09       A.    Well, acre feet is acreage times
      10  thickness.
      11       Q.    Times a foot?
      12       A.    So that's how you get the acre
      13  feet.  And then you apply a recovery factor to
      14  that volume, that reservoir volume.
```

Page 153:15 to 153:17

```
00153:15       Q.    So you would not dispute the
      16  calculation of GOR at 2550 based on the lab
      17  analysis?
```

Page 153:19 to 154:15

```
00153:19       A.    Well, I'm not -- certainly not an
      20  expert on PVT analysis.  That's a whole other
      21  discipline.  But we did take that final
      22  analysis and utilized it in our reserve
      23  calculations.
      24       Q.    All right.  You don't have any
      25  evidence to dispute those calculations, do
00154:01  you?
      02       A.    No.
      03       Q.    Okay.  Other than Dawn Peyton's
      04  e-mail with that single calculation of flow
      05  rate, are you aware of any other calculations
      06  made at Anadarko of the flow rate, daily flow
      07  rate, of the Macondo well?
      08       A.    Unconstrained flow?
      09       Q.    Unconstrained flow, yes, sir.
      10       A.    I'm not aware of anything else.
      11       Q.    All right.  What was the purpose
      12  or reason behind Anadarko making constrained
      13  flow calculations after April 20th of 2010?
```

```
14      A.    To estimate reserves and recovery
15  factor.
```

Page 155:04 to 155:07

```
00155:04      Q.    The reason you make constrained
     05  flow estimates or calculations is to, I guess,
     06  estimate the amount of oil left in the ground
     07  after production starts, correct?
```

Page 155:09 to 155:12

```
00155:09      A.    We didn't do that.  We used
     10  constrained flow calculations in our VIP
     11  simulations to come up with an estimate of the
     12  reserves that are in place.
```

Page 156:10 to 156:12

```
00156:10      Q.    Was your group getting any new
     11  data after April 20th that would lead you to
     12  redo those calculations of constrained flow?
```

Page 156:14 to 156:19

```
00156:14      A.    We did get the final PVT analysis.
     15  Let's see.  We never got the VSP.  We never
     16  got the sidewall cores.  I don't think that
     17  the wireline data changed much.  The reservoir
     18  pressure didn't change, so that may have been
     19  it.
```

Page 158:07 to 158:11

```
00158:07  Was anyone at Anadarko
     08  charged with the task of measuring or
     09  characterizing or estimating pressure
     10  depletion at the Macondo well at any time
     11  after April 20th of 2010?
```

Page 158:16 to 158:24

```
00158:16      A.    No one charged us with doing
     17  pressure depletion calculations.  But pressure
     18  depletion is implicit in the VIP or the
     19  reservoir simulation work.  That is part of
     20  the process.  They go through pressure --
     21  pressure steps over time.  So that's kind of
     22  an integral part to the reservoir simulation,
     23  that we never try to calculate any kind of
     24  pressure depletion as in and of itself.
```

Page 162:02 to 162:14

```
00162:02       Q.     How many times was the VIP
      03 software run after April 20th of 2010?
      04       A.    I don't know.  Probably five to
      05 ten times.
      06       Q.     Okay.  Was there any event that
      07 triggered the -- the running of this model
      08 each time?
      09       A.    Well, when we get the new -- the
      10 PVT pressure data in, then that would have
      11 represented the -- she would have represented
      12 that GOR change in the new model.  So that
      13 would have been the main change that would
      14 have caused her to run it again.
```

Page 163:06 to 163:10

```
00163:06 Was anybody at Anadarko
      07 tasked with the job of calculating reservoir
      08 pressure after April 20th of 2010?
      09       A.    No.  We had an initial reservoir
      10 pressure, and that estimate never changed.
```

Page 166:14 to 166:18

```
00166:14       Q.     Do you know either as a general
      15 matter or specifically with respect to this
      16 document at tab 24 what factors Anadarko was
      17 using in order to translate those reservoir
      18 barrels to surface conditions?
```

Page 166:20 to 166:25

```
00166:20       A.    I don't know the exact numbers but
      21 they would have come from the PVT analysis.
      22 This was August the 10th, so we would have
      23 the -- the final PVT analysis and we would
      24 have taken the formation volume factors from
      25 that and used them in this analysis.
```

Page 167:04 to 167:09

```
00167:04       Q.     Do you recall whether there's a
      05 formation volume factor that is in the new PVT
      06 analysis, or is there any additional
      07 calculations that Anadarko makes in order to
      08 translate reservoir barrels to surface
      09 barrels?
```

Page 167:11 to 167:16

```
00167:11        A.    I don't know the answer to that.
      12   I didn't look at the new PVT analysis so I
      13   don't know whether they had formation volume
      14   factors on there or not.  But typically I
      15   think a laboratory PVT analysis will have a
      16   Bo, oil formation volume factor.
```

Page 170:14 to 172:01

```
00170:14   If you could open this
      15   binder, please, to tab 1.  This is Bates
      16   number ANA-MDL-000002758.  I would like to
      17   mark this as Exhibit 8904.
      18               (Exhibit Number 8904 marked.)
      19        Q.    Do you recognize this document?
      20        A.    Yes.
      21        Q.    And what is it?
      22        A.    It's an e-mail from Dawn Peyton to
      23   me.  Talking about OLGA, OLGA output.
      24        Q.    And there were a series of figures
      25   that Dawn said were assumed.  Do you see that?
00171:01        A.    Where particularly?
      02        Q.    In the -- below -- or in the first
      03   line of the e-mail in the second sentence.  We
      04   assumed a BHP of 13,000 psi, PI of 10 DBL/psi,
      05   28 degrees API oil and 685 GOR.
      06               Did I read that correctly?
      07        A.    Yes.
      08        Q.    Where did Anadarko get these
      09   figures from?
      10        A.    They were assumed.
      11        Q.    Based on what?
      12        A.    I'd say they're probably assumed
      13   based on the analogs.  That's all we would
      14   have had at that point in time.
      15        Q.    So this is before you had the
      16   final fluid report that would have given you
      17   different numbers?
      18        A.    Correct.
      19        Q.    Okay.  Did you ask Dawn where she
      20   got these figures?
      21        A.    Specifically I guess I did not.  I
      22   don't see myself asking her on here, but I
      23   know she would have gotten them from analog
      24   fields that she looked at.
      25        Q.    And those analogs would have been
00172:01   analyzed by Anadarko?
```

Page 172:03 to 172:17

```
00172:03        A.    Analyzed by Anadarko?  In what
      04   fashion are you talking?
      05        Q.    Would the figures that she came up
```

```
06  with based on the analogs be figures that
07  Anadarko realized itself, or figures that it
08  obtain from someone else?
09       A.    I'd say probably a combination.
10  We would have observed them in other fields,
11  either us having an interest or just having
12  seen published numbers on them.
13       Q.    Did Anadarko share these figures
14  with Transocean?
15       A.    Not to my knowledge.
16       Q.    Is this information considered
17  proprietary?
```

Page 172:19 to 172:19

```
00172:19      A.    Not to my knowledge.
```

Page 172:23 to 174:06

```
00172:23      Q.    Who is Nikhil Joshi?
24       A.    Nikhil is an consultant that does
25  a lot of work for us on flow assurance.
00173:01      Q.    Is he part of your group?
02       A.    He's not part of my group.  He
03  works in the Gulf of Mexico group overall so
04  he -- he works for several asset teams.  Does
05  work for several asset teams, including my
06  group.
07       Q.    Okay.  So it looks like Dawn
08  forwarded to you an e-mail that she received
09  from Nikhil, right?
10       A.    Correct.
11       Q.    In the e-mail from Nikhil to Dawn,
12  Nikhil writes that he ran pressure drop
13  profiles for small and normal sized tubing at
14  13,500 barrels per day and 20,000 barrels per
15  day; is that correct?
16       A.    Can I read that real quick?
17       Q.    Sure.  Okay.
18       A.    Okay.
19       Q.    What do the figures 13,500 barrels
20  per day and 20,000 barrels per day represent?
21       A.    Flow rates.
22       Q.    Are those flow rates in an
23  unconstrained or constrained scenario?
24       A.    That would be constrained.
25       Q.    So a production scenario?
00174:01      A.    It could be.  That's -- a
02  production scenario is what Nikhil would be
03  helping us out with, yes.  So I would assume
04  that would be a production scenario.
05       Q.    Why did Anadarko use those flow
06  rates?
```

Page 174:08 to 174:19

```
00174:08      A.    Well, I don't know that we used
      09  those flow rates for anything.  I think we
      10  were looking to see if the well would flow
      11  under this hypothetical production scenario.
      12  So I don't know that -- that we used those for
      13  anything.
      14      Q.    Do you know where those numbers
      15  came from?
      16      A.    I assume that they're numbers that
      17  Nikhil generated using OLGA.
      18      Q.    How would he generate those
      19  numbers?
```

Page 174:21 to 175:13

```
00174:21      A.    He would have done something
      22  similar to -- to a Prosper run, only modeling
      23  a horizontal flow and apply it to a production
      24  facility.  So I'm not an OLGA expert so I
      25  don't know exactly what goes into it, but it's
00175:01  going to be similar to a Prosper nodal
      02  analysis run.
      03      Q.    Were those figures shared with BP?
      04      A.    Not to my knowledge.
      05      Q.    Were they shared with Transocean?
      06      A.    Not to my knowledge.
      07      Q.    If you could turn now to tab 14,
      08  please.  Actually, I believe this was
      09  introduced by the government earlier.  It's
      10  the PowerPoint that I'm going to refer to so
      11  maybe we can go back to the government -- the
      12  U.S. tab 37 in their binder, which should be
      13  exhibit 8726.
```

Page 175:17 to 175:23

```
00175:17      Q.    And if you could turn to the last
      18  page of that PowerPoint?
      19      A.    Okay.
      20      Q.    It says predicted flow rate at the
      21  top?
      22      A.    Yes.
      23      Q.    What is represented on this page?
```

Page 175:25 to 176:18

```
00175:25      A.    It looks like a range of potential
00176:01  flow rate numbers.
      02      Q.    Is this the potential flow rate
      03  numbers in a constrained or unconstrained
      04  scenario?
```

```
05        A.    This would definitely be
06   constrained.  We don't do unconstrained flow
07   rate estimates.
08        Q.     And what is the highest flow rate
09   estimation that you see in this table?
10        A.    17,172 barrels per day and
11   48,340,000 cf a day.
12        Q.     That represents 48 million, did
13   you say?
14        A.    48 million cubic feet.
15   48.3 million cubic feet per day.
16        Q.     Okay.  So the first number you
17   read 17,172, what is that?
18        A.    Stock tanked barrels of oil a day.
```

Page 176:23 to 176:24

```
00176:23     Q.     So do you combine those two
     24   numbers to get the flow rate?
```

Page 177:01 to 177:13

```
00177:01     A.    If you want to express it in terms
     02   of an energy equivalent you would do that,
     03   yes.
     04     Q.     Is it correct that the 17,000
     05   number represents only an oil flow rate?
     06     A.    That's my understanding from
     07   looking at this table.
     08     Q.     Have you seen this table before?
     09     A.    I believe I have seen the table
     10   before, yes.
     11     Q.     So would you add together the oil
     12   and gas numbers, which would be 17,172 and
     13   48,340 to obtain a flow rate?
```

Page 177:16 to 178:02

```
00177:16     A.    Well, again, if you wanted to
     17   express it in terms of the barrel of oil
     18   equivalent you can do that, yes.
     19     Q.     So you were testifying before that
     20   there was MMBO and MMBOE.  If you combined
     21   them, that would represent MMBOE?
     22     A.    Correct.
     23     Q.     What does the number zero
     24   represent in the last row of the table in the
     25   oil column?
00178:01     A.    No flow.
     02     Q.     Is that a predicted flow rate?
```

Page 178:04 to 178:10

```
00178:04        A.    Is that a predicted flow rate?
      05   No.  That's no flow rate.
      06        Q.    But that's listed in this
      07   predicted flow rate table, correct?
      08        A.    It is there, yes.
      09        Q.    Why would zero be a possible flow
      10   rate, according to this table?
```

Page 178:16 to 178:18

```
00178:16        A.    It could be a zero flow rate, yes.
      17        Q.    Is this Anadarko's own flow rate
      18   modeling?
```

Page 178:20 to 179:18

```
00178:20        A.    Yeah.  Let me look at the whole
      21   document here again.  I assume it's part of
      22   our presentation.  I assume it is Anadarko's
      23   flow rate projection.
      24        Q.    And Anadarko did this flow rate
      25   production before the incident, correct?
00179:01        A.    Yes.  This would have been part of
      02   Brian O'Neill's work that he did, wireline log
      03   evaluation.
      04        Q.    This is a production scenario flow
      05   rate?
      06        A.    This would be his -- his quick
      07   estimate of what a production flow rate
      08   scenario would be, that's correct.
      09        Q.    Would Mr. O'Neill's flow rate
      10   prediction be different from Anadarko's?
      11        A.    Anadarko's constrained flow rate
      12   projection would have been done with Prosper
      13   or with the reservoir simulation.  So this --
      14   this does not represent our flow rate
      15   projections that we did post-incident on the
      16   normal basis on our simulation run.  This was
      17   just his quick estimate after the wireline
      18   logs were run.
```

Page 185:16 to 187:05

```
00185:16        Q.    Did Anadarko receive models from
      17   BP representing uncontrolled blowout flow rate
      18   for Macondo prior to the incident?
      19        A.    No.
      20        Q.    Can you turn to tab 18, please.
      21   This is ANA MDL 000037846.  I'd like to mark
      22   this as Exhibit 8905.
      23              (Exhibit Number 8905 marked.)
      24        Q.    This appears to be an e-mail
      25   chain, correct?
```

```
00186:01      A.    Correct.
      02      Q.    And the subject line at the top is
      03 re Macondo AFE and well plan, correct?
      04      A.    Correct.
      05      Q.    What is AFE?
      06      A.    Authorization for expenditure.
      07      Q.    Do you see the e-mail from you to
      08 Darrell Hollek?
      09      A.    Yes.
      10      Q.    And you testified earlier that
      11 Darrell Hollek is your boss, correct?
      12      A.    Correct.
      13      Q.    And you write, Dawn contacted him
      14 this morning.  Do you know who him is?
      15      A.    No, I don't recall.  It may be in
      16 here.
      17      Q.    Could that be referring to Mike
      18 Bidi, who Dawn has written to in the e-mail
      19 below?
      20      A.    Let me -- let me read through the
      21 whole thing.
      22      Q.    Sure.
      23      A.    I would say yes, it's probably
      24 referring to Mike Bidi.
      25      Q.    Okay.  In the e-mail from Dawn to
00187:01 Mike Bidi, she lists a 40,000 BOP -- BOPD max
      02 rate.  Do you see that?
      03      A.    Yes.
      04      Q.    And what does that number
      05 represent?
```

Page 187:11 to 187:15

```
00187:11      A.    Okay.  That -- that is a
      12 hypothetical production scenario for two wells
      13 flowing to the Pompano production facility.
      14      Q.    And do you know where Dawn got
      15 that number from?
```

Page 187:17 to 187:25

```
00187:17      A.    I'd say likely she got that from
      18 BP.
      19      Q.    Why do you think that?
      20      A.    Well, at the time we were looking
      21 at getting into this prospect, we -- really,
      22 all the data that we had on this prospect came
      23 from BP.  So their assumptions on facility
      24 costs, flow rates, geologic assumptions really
      25 came from BP at this time frame.
```

Page 188:08 to 188:11

```
00188:08      Q.      Who does Mike Bidi work for?
      09      A.      Darrell Hollek.
      10      Q.      So he's an Anadarko employee?
      11      A.      Yes, he is.
```

Page 188:14 to 190:11

```
00188:14      Q.      Did Anadarko share the information
      15  in Dawn's e-mail with anyone else?
      16      A.      Not to my knowledge.
      17      Q.      You testified earlier that
      18  Anadarko used geophysical evaluations to
      19  evaluate the business aspects of Macondo,
      20  correct?
      21      A.      Correct.
      22      Q.      You testified that one thing
      23  Anadarko used was BP's maps of the Macondo
      24  prospect, correct?
      25      A.      Initially, yes.
00189:01      Q.      Did you share those maps with
      02  Transocean?
      03      A.      Not to my knowledge.
      04      Q.      You testified that Anadarko also
      05  made its own maps of the Macondo prospect,
      06  correct?
      07      A.      Correct.
      08      Q.      Did you share those maps with
      09  Transocean?
      10      A.      Not to my knowledge.
      11      Q.      How about with BP?
      12      A.      Not to my knowledge.
      13      Q.      You testified that you also used a
      14  reservoir engineering analysis to evaluate the
      15  Macondo prospect, correct?
      16      A.      We -- yes.  We used reservoir
      17  engineering to evaluate the prospect, if
      18  that's what you want to do.
      19      Q.      Did you share that analysis with
      20  Transocean?
      21      A.      Not to my knowledge.
      22      Q.      You also testified earlier about a
      23  reserve analysis, or possibly more than one;
      24  is that right?
      25      A.      Correct.
00190:01      Q.      Did you share any reserve analysis
      02  with Transocean?
      03      A.      Not to my knowledge.
      04      Q.      You testified about well logs.
      05  Did you share well logs with Transocean?
      06      A.      Not to my knowledge.
      07      Q.      You testified about the analogs
      08  that Anadarko looked to to help determine
      09  porosity, flow characteristics and fluid
      10  properties, correct?
      11      A.      Correct.
```

Page 190:13 to 192:06

```
00190:13          Q.     Did Anadarko communicate with
      14   Transocean about those analogs?
      15          A.     Not that I know of.
      16          Q.     You testified about Macondo Net
      17   Pay maps; is that right?
      18          A.     Correct.
      19          Q.     Did you share Net Pay maps with
      20   Transocean?
      21          A.     Not that I know of.
      22          Q.     And you testified about a montage
      23   that was presented to the board of directors
      24   that was marked as exhibit 8901 this morning.
      25   Did you share a montage with Transocean, or
00191:01   that montage?
      02          A.     Not that I know of.
      03          Q.     You've testified a significant
      04   amount about the wireline data that you
      05   reviewed for Macondo.  Did you share that data
      06   with Transocean?
      07          A.     Not that I know of.
      08          Q.     And you testified about maps
      09   showing potential aquifer support for their
      10   Macondo reservoir.  Did you share those maps
      11   with Transocean?
      12          A.     Not that I know of.
      13          Q.     You also testified about a
      14   multi-method or mode recovery analysis that
      15   was generated by your team.  Was that shared
      16   with Transocean?
      17          A.     No.
      18          Q.     Did you share your PVT analyses
      19   with Transocean?
      20          A.     Anadarko did not share that with
      21   Transocean, but BP may have.  Not --
      22          Q.     Do you know whether BP did or not?
      23          A.     I do not know.
      24          Q.     You testified about the final
      25   fields fluid report, correct?
00192:01          A.     Correct.
      02          Q.     Did Anadarko share that with
      03   Transocean?
      04          A.     Not that I know of.
      05          Q.     Before the blowout, did Anadarko
      06   produce daily drilling reports on Macondo?
```

Page 192:08 to 192:21

```
00192:08          A.     Not that I know of.
      09          Q.     Did Anadarko receive daily
      10   drilling reports on Macondo?
      11          A.     We did receive BP reports on
```

```
12  Macondo.
13       Q.     Did you share those reports with
14  Transocean?
15       A.    Not that I know of.
16       Q.     Before the blowout, did Anadarko
17  produce geologic reports on Macondo?
18       A.    Did we produce reports or maps?
19       Q.     Either.  We can start with the
20  reports.
21       A.    Okay.
```

Page 193:02 to 193:11

```
00193:02      A.    Not that I know of.
03       Q.     But you -- did you produce
04  geologic maps?
05       A.    Yes.
06       Q.     And did you share those with
07  Transocean?
08       A.    No.
09       Q.     Was there any geologic data that
10  Anadarko shared with Transocean?
11       A.     Not that I know of.
```

Page 193:15 to 195:03

```
00193:15      Q.    Was there any geologic data that
16  Anadarko shared with BP?
17       A.    No.
18       Q.     Did Anadarko ever ask BP for
19  geologic information that BP refused to
20  provide?
21       A.     There was data, VSP data, and
22  wireline, sidewall core data.  And it's not
23  that they refused to provide, they just didn't
24  provide it.  They may not have had it.
25       Q.     But Anadarko asked for it?
00194:01  A.    Correct.
02       Q.     And never received it?
03       A.     Correct.
04       Q.     Is there any other data you can
05  think of that Anadarko requested from BP but
06  never received?
07       A.    No.
08       Q.     Did Anadarko ever ask BP for
09  information related to Macondo well pressure
10  that BP refused to provide?
11       A.    Not that I'm aware of.
12       Q.     Okay.  Can we turn to tab 3, which
13  I think you've seen a lot today.
14       A.    Yes.
15       Q.     Did you share Dawn's e-mail with
16  Transocean?
17       A.    No.
```

```
         18      Q.     Did you share these calculations
         19  with anyone else?
         20      A.    No.
         21      Q.     Did you ask Dawn why she thought
         22  Brian's average permeability was low?
         23      A.    No.
         24      Q.     Did you bring that up with Brian?
         25      A.    No.
00195:01         Q.     You testified earlier that you
         02  thought this calculation was not out of the
         03  range of possibilities; is that correct?
```

Page 195:05 to 195:13

```
00195:05         A.     I don't know that I said exactly
         06  that.  What I -- what I meant to say was that
         07  her methodology was reasonable and her
         08  methodology looked like that that was a good
         09  approach based on the scant data that she had.
         10  And the fact that she -- that BP had data and
         11  the fact that we're not experts in this, this
         12  is a reasonable approach for her coming up
         13  with an estimate.
```

Page 195:17 to 196:02

```
00195:17         Q.     Does an estimate of controlled or
         18  constrained flow give you any indication of
         19  what uncontrolled or unconstrained flow would
         20  be?
         21      A.     Well, if you look at the graph on
         22  the next page there is a -- this is a scenario
         23  of constrained flow.  So it also has an
         24  unconstrained flow, the AOF.  We never have
         25  any reason to use that AOF in a constrained
00196:01  flow scenario.  So this -- this kind of gives
         02  a range of what is constrained through an AOF.
```

Page 197:06 to 198:12

```
00197:06         Q.     Okay.  Mr. O'Donnell, we were
         07  talking about this IPR plot that was sent to
         08  you by Dawn Peyton and is marked as part of
         09  exhibit 4996.
         10              So we discussed before, you
         11  said that this chart actually represents
         12  constrained flow; is that correct?
         13      A.    We use it for constrained flow.
         14      Q.     But is the plot a plot of
         15  unconstrained or constrained flow?
         16      A.     Well, it's at a range of pressure
         17  drawdowns so the AOF would be the point of
         18  unconstrained flow.  Everything else on this
```

```
19    chart would have some kind of pressure
20    constraint on it.
21         Q.    Okay.
22         A.    But we never used this.  This was
23    her -- this was her two-minute estimate
24    with --
25         Q.    Do you know --
00198:01        A.    -- broad assumptions.
02         Q.    -- that it took her two minutes?
03         A.    She said it did.
04         Q.    Oh, so you talked to her about it
05    after?
06         A.    Well, I talked to her in the
07    course of preparing for this deposition.
08         Q.    What did you ask her?
09         A.    Just asked her how long it took
10    her to do the -- the estimate.
11         Q.    What did she say?
12         A.    Two minutes.
```

Page 200:09 to 200:16

```
00200:09        Q.    So it says skin five, you think
10    that's a ballpark estimate?
11         A.    Yes.
12         Q.    And what is that based on?
13         A.    Just her experience.
14         Q.    Her experience with what?
15         A.    In understanding skin from
16    reservoirs like this from analogs.
```

Page 203:13 to 205:15

```
00203:13        Q.    Can you turn -- you testified
14    earlier that you would know if someone else at
15    Anadarko modeled the uncontrolled flow rate
16    after the incident, correct?
17         A.    Correct.
18         Q.    And you testified that no one
19    other than Dawn did, correct?
20         A.    To my knowledge, yes.
21         Q.    And you said you would know?
22         A.    I would know, yes.
23         Q.    Can you turn to tab 13?
24              Do you know who Calvin Yau
25    is?
00204:01        A.    I know who he is now, yes.
02         Q.    Who is he?
03         A.    He was a gentleman that worked for
04    a short time in our technology group.
05         Q.    Did he report to you?
06         A.    No, he did not.
07         Q.    Who did he report to?
08         A.    I believe he reported to a man
```

```
09  named P.K. Pande.
10       Q.     Is that someone in your group?
11       A.     No.
12       Q.      What group is he in?
13       A.     He's in the technology group.
14       Q.      At the top of this e-mail it says,
15  FYI, when BP announced 5,000 BOPD, I built my
16  own model which had predicted the well rates
17  between 20,000 and 40,000 BOPD.
18                    Did I read that correctly?
19       A.     Yes.
20       Q.     Did you know about Mr. Yau's
21  model?
22       A.     I cannot see any evidence that he
23  ever created a model.  There's no -- he never
24  showed anybody this model.  All he did was
25  make a claim that he had this broad range of
00205:01  reserve estimates.  And, basically, I think
02  that he was saying that he had a model, but
03  there -- we've never found any evidence of a
04  model.
05       Q.      You've looked for such evidence?
06       A.     We have.  And I've asked P.K.
07  Pande, his boss.  His boss said he never found
08  any evidence of a model.
09       Q.      Did you know about Mr. Yau's flow
10  rate prediction of 20,000 to 40,000 BOPD?
11       A.     Just in preparation for this
12  deposition.
13       Q.      Then why didn't you name that as a
14  potential flow rate that was calculated by an
15  Anadarko employee when I asked that question?
```

Page 205:17 to 205:22

```
00205:17       A.     Because there was no model.
18  There's no substantiation.  And by all
19  impressions I had, he just -- he just made
20  this up and there was no model behind it.
21       Q.      But he is an Anadarko employee?
22       A.     No.  He's --
```

Page 205:24 to 206:04

```
00205:24       A.     He's not anymore.
25       Q.      He was?
00206:01       A.     He was -- he was at the time that
02  he sent this e-mail.
03       Q.       And this was a predicted flow
04  rate; is that correct?
```

Page 206:07 to 206:10

```
00206:07     A.    This is a stated range that I
      08  don't think any -- had any mathematics behind
      09  it, so I didn't give it credit for being any
      10  kind of a projected flow rate.
```

Page 206:13 to 206:20

```
00206:13     Q.    And what did the other employees
      14  in the technology group tell you about this
      15  number?
      16     A.    They didn't say anything about the
      17  number.  They just told me that -- that he --
      18  they never found any evidence that he created
      19  a model.  And as far as we know, he just made
      20  up that range.
```

Page 207:25 to 208:02

```
00207:25     Q.    Did anyone else at Anadarko claim
00208:01  to have calculated flow rate?
      02     A.    Not that I know of.
```

Page 208:12 to 209:07

```
00208:12     Q.    Good afternoon, Mr. O'Donnell.  My
      13  name is Gwen Richard and I represent
      14  Halliburton here today, together with my
      15  colleague Pia Das.
      16                I just have a few questions
      17  for you here today.  Do you have any knowledge
      18  of -- about any conduct on the part of
      19  Halliburton that occurred between April 22nd
      20  and September 19th, 2010, related to the
      21  attempt to stop the flow of the oil from
      22  Macondo?
      23     A.    No.
      24     Q.    Do you have any information or
      25  knowledge about Halliburton's involvement in
00209:01  the relief efforts?
      02     A.    No.
      03     Q.    Do you personally have any
      04  criticism about Halliburton or about any of
      05  Halliburton's conduct relating to any of the
      06  relief efforts?
      07     A.    No.
```

Page 210:10 to 210:17

```
00210:10     Q.    With regard to the time frame
      11  between April 22nd and September 19th,
      12  specifically the relief efforts that were
      13  conducted by Halliburton or participated in by
      14  Halliburton, have you ever heard of anyone
```

```
15  having any criticism about any such conduct by
16  Halliburton?
17      A.    No.
```

Page 211:03 to 211:07

```
00211:03     Q.    Okay.  And are you aware of any
     04  Halliburton representative that was involved
     05  in any decision-making process during the
     06  relief efforts related to the Macondo well?
     07      A.    No.
```

Page 212:08 to 212:18

```
00212:08  of you.  Is it fair to say that Anadarko had
     09  access to the OLGA model before the blowout
     10  happened?
     11      A.    Yes.
     12      Q.    And also access to the OLGA model
     13  after the blowout happened?
     14      A.    Yes.
     15      Q.    All right.  Was Dawn Peyton
     16  familiar with the OLGA model and how to use
     17  it?
     18      A.    No.
```

Page 214:09 to 215:07

```
00214:09     Q.    The Macondo M56 reservoir was a
     10  hydrocarbon-bearing zone, correct?
     11      A.    It appears to be, yes.
     12      Q.    How do you know that?
     13      A.    Well logs.
     14      Q.    Okay.  Describe what data Anadarko
     15  looked at to analyze the Macondo M56 reservoir
     16  to come to that conclusion.
     17      A.    Well, the well logs would give you
     18  an indication of a hydrocarbon-bearing zone.
     19  Water saturation calculated that it had
     20  something other than water in it, which we
     21  presumed was hydrocarbons.
     22      Q.    All right.
     23      A.    We had MDT samples that had sample
     24  the hydrocarbons.
     25      Q.    Any other data?
00215:01     A.    No.
     02      Q.    Okay.  In the well logs, did
     03  you -- was a triple combo log something that
     04  you-all or your group looked at to determine
     05  and analyze whether Macondo M56 reservoir was
     06  a hydrocarbon-bearing zone?
     07      A.    Yes.
```

Page 216:21 to 217:02

```
00216:21      Q.    Okay.  Well, let me ask it this
      22  way, then, to break it up for the next
      23  question, which is:  What documents would you
      24  have received relating to the Macondo M56
      25  hydrocarbon reservoir from the operator in
00217:01  that time frame, again, from April 20th
      02  through July 15th of 2010?
```

Page 217:10 to 217:17

```
00217:10      A.    That I personally received?  I
      11  didn't personally receive any of it but I know
      12  we would have had a final field estimate, PVT
      13  estimate.  We probably would have had the
      14  final wireline log data.
      15      Q.    Okay.
      16      A.    We did receive the final PVT
      17  estimate, the lab data.
```

Page 219:10 to 219:15

```
00219:10      Q.    And you mentioned talking with
      11  Mr. Quitzau in preparation for the deposition.
      12  Did you discuss with him any data related to
      13  the reservoir pressure, that any pressure data
      14  that was taken after the blowout?
      15      A.    No.
```

Page 219:25 to 220:06

```
00219:25      Q.    Okay.  Did he mention receiving
00220:01  any flow rate analysis from BP?
      02      A.    No.
      03      Q.    Did you ask him whether or not he
      04  had received any flow rate information from
      05  BP?
      06      A.    No.
```