# United States' Phase Two Offer of Proof Exhibit 15
# Designations from Deposition of Deposition of Brian O'Neill

Page 7:08 to 7:10

00007:08  BRIAN O'NEILL,
     09  having been first duly sworn, testified as
     10  follows:


Page 8:25 to 11:01

00008:25       Q.     Great.  All right.  If we can
00009:01  turn to Tab 1 of your binder, this is -- the
     02  title of this document is the "Agreed
     03  30(b)(6) Deposition Notice Of Anadarko
     04  Defendants."  Did I read that correctly?  Did
     05  I read that correctly, the title?
     06       A.     Would you repeat it.
     07       Q.     Yes.  The title of this document
     08  is the "Agreed 30(b)(6) Deposition Notice Of
     09  Anadarko Defendants."  Did I read that
     10  correctly?
     11       A.     Yes.
     12       Q.     Have you seen this document
     13  before?
     14       A.     Yes, I believe I have, yes.
     15       Q.     If I can direct your attention
     16  to Page 6, Topic 16.  Could you read that,
     17  please?  You can read it to yourself.
     18       A.     Okay.
     19       Q.     And Topic 16 reads, "All efforts
     20  by Anadarko, Anadarko's contractors and/or
     21  any entity under the direction of Anadarko to
     22  predict, calculate, analyze, determine,
     23  estimate, model, simulate, and/or interpret
     24  (after January 1, 2009) the geophysical or
     25  geological characteristics, and (after
00010:01  April 1, 2010) the petrophysical
     02  characteristics, of the Macondo M56
     03  reservoir."  Did I read that correctly?
     04       A.     Yes.
     05       Q.     And, now, is it your
     06  understanding that you are here to testify on
     07  behalf of Anadarko with respect to the
     08  petrophysical characteristics of the Macondo
     09  M56 reservoir?
     10       A.     Yes.
     11       Q.     And we'll enter this document
     12  into the record as --
     13       MS. LAWRENCE:  8720.
     14       Q.     (BY MS. HARVEY)  And
     15  Mr. O'Neill, you're a petrophysicist; is that
     16  correct?
     17       A.     That is correct.
     18       Q.     What does the study of
     19  petrophysics involve?
     20       A.     It's the -- the study of rocks
     21  in determining petro- -- physical

```
        22  characteristics of rocks.
        23        Q.    And what will some of those
        24  characteristics be?
        25        A.    They could be such things as
00011:01  porosity, water saturation, composition.
```

Page 11:06 to 11:17

```
00011:06        Q.    Not for Macondo.  Just generally
        07  why do people do petrophysical analyses?
        08        A.    Oh, there is a wide variety of
        09  reasons for doing it.  The -- one of the main
        10  purposes is -- is to try to determine the --
        11  the volumetrics of a given reservoir, and
        12  that's usually described as formation
        13  evaluation or reservoir characterization.
        14  And so since we want to understand the
        15  volumes of a particular reservoir, so we need
        16  to establish certain parameters to come up
        17  with those volumes.
```

Page 11:23 to 12:05

```
00011:23        Q.    And where does the data come
        24  from that forms your analysis?
        25        A.    The data can come from a wide
00012:01  variety of sources.  It can come from a core.
        02  It can come from a variety of source data
        03  from the well.  It very often comes from
        04  wireline logs that we run, but it could come
        05  from a very wide variety of sources.
```

Page 12:09 to 12:14

```
00012:09        Q.    Do you look at other wells to?
        10  If you're -- if you're analyzing one well,
        11  would you look at other similar wells in
        12  your -- as part of your analysis?
        13        A.    If the well was adjacent to the
        14  well that I was reviewing, I might do that.
```

Page 12:20 to 13:02

```
00012:20        Q.    Do you ever use pressure
        21  volume -- and volume temperature data, PVT
        22  data?
        23        A.    I -- I have -- I've reviewed PVT
        24  data, yes.
        25        Q.    And what sort of qualifications
00013:01  or background does one doing a petrophysical
        02  analysis typically have?
```

Page 13:06 to 13:11

```
00013:06        A.     In general you have a college
     07  degree in a variety of areas, it's usually
     08  geoscience or engineering, and it can vary
     09  quite a bit.  And then you have generally
     10  experience that you've gained in the -- in
     11  the course of working for an oil company.
```

Page 13:21 to 13:23

```
00013:21        Q.     Okay.  Are there -- can you give
     22  me an example of another person from another
     23  discipline you might work -- work with?
```

Page 13:25 to 14:16

```
00013:25        A.     Okay.  Let's say I was doing a
00014:01  project whose objective was seismic
     02  interpretation, then I might work with a
     03  geophysicist to, you know, determine the
     04  scope and then to interact with them to see
     05  how they want to use either the sonic data
     06  or -- or whatever petrophysical analysis I
     07  was doing.  So I would talk with the
     08  geophysicist in that case.
     09        Q.     (BY MS. HARVEY)  Would you work
     10  with reservoir engineers?
     11        A.     Depending on the project and the
     12  scope of the project, I could.
     13        Q.     Would you work with geologists?
     14        A.     Yes, if -- once again, if the --
     15  the nature of the objectives were geological
     16  in nature, I would work with a geologist.
```

Page 14:20 to 14:22

```
00014:20        Q.     And about how long have you been
     21  working with Anadarko?
     22        A.     Approximately ten years.
```

Page 15:01 to 16:02

```
00015:01        Q.     When you first started there
     02  what was your title?
     03        A.     I don't remember my exact title.
     04  I think it was something like senior
     05  petrophysicist.
     06        Q.     Okay.  And what were your job
     07  responsibilities?
     08        A.     I was responsible for performing
     09  petrophysical analysis on kind of a wind --
     10  wide range of geographic areas, Gulf of
```

```
    11   Mexico, international.  At that time we --
    12   the way we were organized, we might work
    13   onshore, Gulf of Mexico, and international;
    14   but I was primarily working international and
    15   Gulf of Mexico at that time.
    16        Q.     Okay.  And with respect to this
    17   position how long did you -- did you have
    18   this position?
    19        A.     That particular position I
    20   worked, I think, for about three years.
    21        Q.     And what was your next position
    22   at Anadarko?
    23        A.     Well, next position I was
    24   specifically assigned to Gulf of Mexico, and
    25   so I was handling Gulf of Mexico exploration
00016:01   and Gulf of Mexico development for
    02   approximately two years.
```

Page 16:08 to 16:11

```
00016:08        Q.     Okay.  Can you estimate the --
    09   the date that you started that position or
    10   the -- the range of dates you were working in
    11   that position?
```

Page 16:13 to 18:20

```
00016:13        A.     2005 to 2008, but that's --
    14   that's a really rough estimate.
    15        Q.     (BY MS. HARVEY)  Okay.  And
    16   after that position where did you move?
    17        A.     I moved to Gulf of Mexico
    18   development, and I was working at that point
    19   strictly Gulf of Mexico development.
    20        Q.     Okay.  And how long did you hold
    21   that position?
    22        A.     Approximately a year.
    23        Q.     And what was your next position?
    24        A.     The next position I had was
    25   manager of Gulf of Mexico petrophysics.
00017:01        Q.     What were your responsibilities
    02   as manager of petrophysics?
    03        A.     I was responsible for performing
    04   petrophysical analysis for the deepwater Gulf
    05   of Mexico development group, and I was also
    06   responsible for supervising the work of three
    07   other petrophysicists working deepwater Gulf
    08   of Mexico.
    09        Q.     Okay.  And did you hold that
    10   position in 2010?
    11        A.     Yes, I did.
    12        Q.     And that's -- as manager did you
    13   have a supervisor who you reported to?
    14        A.     I reported to the director of
```

```
     15  petrophysics.
     16        Q.      And what was his or her name?
     17        A.      Her name is Thuy Rocque.
     18        Q.      And you mentioned you had three
     19  individuals who were working under you.  Who
     20  were those individuals?
     21        A.      Those three individuals were
     22  James Miller, Jose Olmos, and Juan Llinas.
     23        Q.      And how would the -- would those
     24  individuals be assigned a particular prospect
     25  to work on?
00018:01        A.      They were assigned a particular
     02  geographic area and business area.
     03        Q.      And do you supervise their work
     04  in that area?
     05        A.      Yes.
     06        Q.      What were your other
     07  responsibilities besides supervising them?
     08        A.      Well, I consider supervising
     09  kind of a way -- wide range of
     10  responsibilities of itself, so I'm not sure
     11  beyond supervising what -- what -- what you
     12  mean.
     13        Q.      Did you personally take part in
     14  doing geophysical -- or petrophysical
     15  analyses?
     16        A.      Yes.
     17        Q.      And at some point you began
     18  working on the Macondo prospect; is that
     19  correct?
     20        A.      That's correct.
```

Page 19:04 to 19:12

```
00019:04        Q.      How did you first learn about
     05  the Macondo prospect?
     06        A.      I first learned of the Macondo
     07  prospect in a conversation with Paul
     08  Chandler.
     09        Q.      Okay.  And do you remember when
     10  that was?
     11        A.      Only very roughly.  It was
     12  sometime January or February of 2010.
```

Page 19:19 to 20:13

```
00019:19        Q.      (BY MS. HARVEY)  Yeah.  Did
     20  you -- after you heard about the Macondo
     21  prospect was there a point in time when you
     22  were asked to -- to do an analysis of the
     23  prospect?
     24        A.      Well, I was asked to do
     25  particular petrophysical analysis or -- yes,
00020:01  I was asked to do a particular petrophysical
```

02  analysis for the Macondo reservoir target.
03      Q.      Okay.  Do you remember who asked
04  you to do that?
05      A.      Paul Chandler.
06      Q.      And who is Paul Chandler?
07      A.      Paul Chandler was the chief
08  scientist that was assigned for eastern Gulf
09  of Mexico, and I think he was responsible for
10  the geological evaluation of Macondo.
11      Q.      And do you remember when he
12  asked you to do work for the Macondo
13  prospect?


Page 20:15 to 20:23

00020:15      A.      Once again, it was in a
16  conversation I had with him between January
17  and February.
18      Q.      (BY MS. HARVEY)  Okay.
19      A.      It was an informal meeting.
20      Q.      Do you recall when you -- did
21  you receive data about the Macondo prospect
22  at some point?
23      A.      At some point, yes.


Page 21:08 to 21:14

00021:08      Q.      (BY MS. HARVEY)  Were you given
09  access to a program called WellSpace?
10      A.      Yes, I -- I had -- or I believe
11  I had access to that, yes.
12      Q.      Okay.  Do you recall what kind
13  of information was on WellSpace?
14      A.      No.


Page 21:19 to 22:02

00021:19      Q.      Did you receive logging
20  information about the Macondo well?
21      A.      I received log data for the
22  Macondo well.
23      Q.      What did that data consist of?
24      A.      The wireline data.
25      Q.      Any other data?
00022:01      A.      Well, eventually I -- I also
02  received mud log data.


Page 22:09 to 23:03

00022:09      Q.      (BY MS. HARVEY)  Okay.  Let's
10  refer to Tab 13 and this is
11  ANA-MDL-000008225, and we'll mark this
12  Exhibit 8721.  Mr. O'Neill, do you recognize

```
13  this e-mail?
14          A.      No, I don't recognize this.
15          Q.      Okay.  This e-mail has the
16  subject "Evaluation complete at Macondo"; is
17  that correct?
18          A.      Yes, that is correct.
19          Q.      Okay.  And it's an e-mail to
20  Alan O'Donnell, Brian O'Neill, Dawn Peyton,
21  Glenn Raney; is that correct?
22          A.      That's correct.
23          Q.      And it's from Paul Chandler?
24          A.      That is correct.
25          Q.      Okay.  And this e-mail appears
00023:01  to be a forward from Robert Bodek; is that
02  correct?
03          A.      That's correct.
```

Page 23:22 to 24:14

```
00023:22        Q.      Okay.  After it talks about the
23  core data that was recovered about midway
24  through the e-mail Mr. Bodek writes, Other
25  data including the MWD/LWD logs, mud logs,
00024:01  and wireline logs have been posted in
02  WellSpace.  Wireline -- Wireline logs are in
03  the 'wireline info' folder and include the
04  graphic, digital, and DLIS files (when
05  applicable) for the triple combo, CWMR, ECS,
06  OBMI, MDT, VSP, and CSS.  Did I read that
07  correctly?
08          A.      Yes.
09          MS. WILMS:  Just for clarification, in
10  one respect you said CWMR, and I think the
11  document reads CMR.
12          MS. HARVEY:  It does, thank you.
13          Q.      (BY MS. HARVEY)  Are you
14  familiar with MWD/LWD logs?
```

Page 24:16 to 24:17

```
00024:16        A.      Am I familiar with MWD and LWD,
17  yes.
```

Page 24:24 to 25:08

```
00024:24        Q.      Okay.  What -- in general what
25  are they capable of measuring?
00025:01        A.      A very wide variety of -- of
02  measurements, in some respects the similar
03  measurements to wireline logs, but not
04  exactly the same, but if -- you know, MWD I
05  believe stands for measurement while drilling
06  and LWD stands for logging while drilling.
```

```
          07  So they're logs that are acquired while
          08  drilling as opposed to wireline --
```

Page 25:10 to 25:11

```
00025:10        A.      -- which is acquired after
          11  drilling.
```

Page 25:21 to 26:06

```
00025:21        Q.      The wireline logs refer to the
          22  triple combo, CMR, ECS, OBMI, MDT, VSP, and
          23  CSS.  Do you know what the triple combo log
          24  is?
          25        A.      Yes.
00026:01        Q.      What is it?
          02        A.      It is a combination of logs that
          03  would include gamma ray, resistivity, and
          04  porosity logs, among other things.
          05        Q.      Would you incorporate any of
          06  that data into a petrophysical analysis?
```

Page 26:08 to 26:18

```
00026:08        A.      I would use the triple combo
          09  data to perform a volumetric analysis of a
          10  particular interval.
          11        Q.      (BY MS. HARVEY)  And what's a
          12  volumetric analysis?
          13        A.      It includes evaluation of such
          14  things as porosity and water saturation and
          15  thickness of the reservoir.
          16        Q.      Okay.  Now, in the triple combo
          17  logs are they taking, then, an actual sample
          18  of the rock?  Is that what it is?
```

Page 26:20 to 27:01

```
00026:20        A.      No.
          21        Q.      (BY MS. HARVEY)  Okay.  How are
          22  you determining the porosity, then, from the
          23  triple combo?
          24        A.      Well, we are relating -- using
          25  relationships with the density log to
00027:01  determine the porosity.
```

Page 27:08 to 28:06

```
00027:08        Q.      Okay.  When we were talking
          09  about how you determine porosity I believe
          10  you said it was a function of the density
          11  logs; is that correct?
```

```
12        A.      That is correct.
13        Q.      Brand new -- are you actually
14 looking at a sample of what is in the well to
15 determine rock property?
16        MS. WILMS:  So is Mr. O'Neill actually
17 looking at a sample?
18        MS. HARVEY:  Yes.
19        MS. WILMS:  Okay.
20        Q.      (BY MS. HARVEY)  Or is there a
21 reported number for something like porosity?
22        MS. WILMS:  Object to form.
23        A.      In which particular log are we
24 referring to here?
25        Q.      (BY MS. HARVEY)  In either the
00028:01 CMR log, ECS log, OBMI, MDT, VSP, or CSS?
02        A.      So to clarify, you're asking me
03 if those particular logs, if any of those
04 report porosity?
05        Q.      Right.
06        A.      Yes.
```

Page 29:13 to 31:08

```
00029:13        Q.      Do you recall looking at the
14 final Pencor field fluids report?
15        A.      I recall seeing a preliminary
16 Pencor field report.  I don't think it was
17 called final, but -- but I don't really
18 recall whether they called it preliminary or
19 final.
20        Q.      Okay.  Do you recall reviewing
21 the Schlumberger MDT summaries spreadsheet?
22        A.      I recall using a spreadsheet of
23 MDT pressures.  I don't know what the
24 terminology "final" Schlumberger infers.
25        Q.      But you did look at a
00030:01 spreadsheet that had MDT values?
02        A.      Yes, indeed.
03        Q.      And can you tell me what MDT
04 stands for?
05        A.      It is modular dynamic testing
06 tool, I believe.
07        Q.      And what does it measure?
08        A.      It's -- measures formation
09 pressures on a -- it is a wireline tool that
10 measures formation pressures or pressures.
11        Q.      Thanks.  You mentioned
12 receiving -- or, excuse me.  You mentioned
13 reviewing the -- a Pencor field fluids
14 report.  Was it only one report that you
15 recall reviewing?
16        A.      I don't recall how many reports
17 I reviewed with that name.  I re- -- I recall
18 reviewing -- and I don't remember the
19 specific circumstances, but I know I reviewed
```

```
20   the -- the Pencor preliminary field report.
21        Q.    Do you recall what kind of
22   information was in that report?
23        A.    I recall some of the
24   information, yes.
25        Q.    Can you tell me some of that
00031:01   information?
02        A.    Yes, they had, basically, a list
03   of samples that they recovered in the MDT
04   operation.  They reported a API gravity for
05   the samples.  I believe they reported a
06   degree of invasion.  And then they also
07   reported the GOR of the -- of the oils -- of
08   the samples, I should say.
```

Page 32:15 to 33:21

```
00032:15        Q.    If you can turn to Tab No. 7 in
16   your binder.  Tab No. 7 is ANA-MDL-000057396,
17   and we'll mark it as Exhibit 8722.
18             Mr. O'Neill, do you recognize
19   this e-mail?
20        A.    Sorry, I'm reading right now.
21             Yes, this looks very familiar.
22        Q.    Okay.  Can you tell me what this
23   is?
24        A.    This is an update to Paul
25   letting him know that we performed a -- a
00033:01   quick petrophysical evaluation of the
02   wireline data for the objective interval.
03        Q.    And if you can turn to the page
04   with the Bates No. Ending 000057397.
05        A.    Yes.
06        Q.    And does that represent your
07   eval- -- quick evaluation of the Macondo
08   well?
09        A.    Yes, that represents our
10   preliminary evaluation.
11        Q.    And you did this within the
12   scope of your responsibilities at Anadarko?
13        A.    Well, I did this according to
14   the objectives of the project, yes.
15        Q.    And the -- who informed you of
16   the objectives of the project?
17        A.    Paul Chandler.
18        Q.    And you mentioned this
19   evaluation was put together with the wireline
20   data?
21        A.    That is correct.
```

Page 35:02 to 35:10

```
00035:02        Q.    And does that -- do you recall
03   calculating 93 feet of total pay?  Does that
```

```
04  number sound familiar?
05       A.    That number sounds familiar,
06  yes.
07       Q.    Did that number change after any
08  further analysis, to the best of your
09  recollection?
10       A.    I don't recall it changing.
```

Page 38:21 to 39:06

```
00038:21     Q.    (BY MS. HARVEY)  Okay.  In your
22  cover e-mail to this, you mention that there
23  is 93 feet of net pay.  How do you tell that
24  from the information in this diagram?  How do
25  you calculate that?
00039:01     A.    Well, I'm not doing this by any
02  kind of visual means, which this log plot is,
03  but we calculated the water saturation, the
04  clay volume, and the porosity, and we use
05  that as a criteria to discriminate pay from
06  not pay.
```

Page 40:25 to 42:04

```
00040:25  But just one question about
00041:01  the -- you mentioned that the permeability
02  was a derived number; is that correct?
03       A.    Yes, it was derived -- well, I
04  better -- which permeability are you asking
05  about?
06       Q.    The CMR.
07       A.    Yes, the CMR derives its perms
08  from certain measurements acquired from the
09  CMR log.
10       Q.    And the KMO log?
11       A.    The KMO log is a permeability
12  estimate from logs interpreted from the
13  triple combo log.
14       Q.    And did you do that
15  interpretation?
16       A.    Yes, I did.
17       Q.    And how did you do that
18  interpretation?
19       A.    I used an algorithm that related
20  in the -- this is a proprietary algorithm to
21  Anadarko, but the algorithm itself, it uses
22  two of the interpreted curves from the
23  volumetric analysis.
24       Q.    And where are the interpreted
25  curves coming from?
00042:01     A.    The evaluation of the triple
02  combo data.
03       Q.    And is that your evaluation?
04       A.    That is correct.
```

Page 45:13 to 45:19

00045:13        Q.      Let's turn to Tab 10, and it's
      14  ANA-MDL-00052171, and we'll mark this
      15  Exhibit 8723.
      16                Mr. O'Neill, do you recognize
      17  this document?
      18        A.      Yes, this looks familiar.
      19        Q.      And can you tell me what it is?

Page 45:21 to 46:08

00045:21        A.      Well, it looks like -- oh, back
      22  here.  It looks like a chain of e-mail
      23  messages.
      24        Q.      (BY MS. HARVEY)  Okay.  And the
      25  subject reads, "Macondo MDT pressures"; is
00046:01  that correct?  For the top e-mail, the
      02  subject reads, "Macondo MDT pressures"; is
      03  that correct?
      04        A.      Yes, the top e-mail has a
      05  subject line "Macondo MDT pressures."
      06        Q.      Okay.  And the second e-mail in
      07  the chain is an e-mail from you to Paul
      08  Chandler; is that correct?

Page 46:15 to 46:24

00046:15        A.      Okay.  Yes, it appears to be an
      16  e-mail from Paul to myself.  Wait a minute.
      17  No, to Paul from myself.  I'm sorry.
      18        Q.      Okay.  And -- and you note, I
      19  had the chance -- a chance to plot the
      20  Macondo MDT pressures; is that correct?
      21        A.      Yes, that is how it reads.
      22        Q.      And do you recall making a plot
      23  of the Macondo MDT pressures?
      24        A.      I know that I did.

Page 47:03 to 47:19

00047:03        Q.      (BY MS. HARVEY)  Did anyone tell
      04  you to make a plot of the MDT pressures?
      05        A.      To make the actual plot?  I
      06  wasn't -- there was no direct instruction for
      07  me to do that from anyone.  The plot is
      08  useful for me to evaluate the pressures, but
      09  I wasn't given direct instruction to make
      10  this particular plot.
      11        Q.      You said the plot is useful to
      12  you?
      13        A.      Yes, it is.

```
14        Q.      How is it useful to you?
15        A.      It allows me to compare the
16   pressures versus the depth.
17        Q.      And what does comparing the
18   pressures to the -- to the depth help you to
19   do?
```

Page 47:21 to 48:01

```
00047:21     A.      Well, what I'm attempting to do
22   is gen- -- use the formation pressures to
23   establish a pressure gradient, which is
24   pressure divided by the depth.
25        Q.      (BY MS. HARVEY)  What -- can you
00048:01  determine anything from a pressure gradient?
```

Page 48:03 to 48:10

```
00048:03     A.      If you calculate a pressure
04   gradient for a given interval, you could
05   relate that pressure gradient to density of
06   the fluid within that interval that you
07   measured the formation pressures.
08        Q.      (BY MS. HARVEY)  So you could --
09   let's actually turn to ANA-MDL-000052173.
10   It's behind the blue.
```

Page 48:21 to 50:16

```
00048:21     Q.      And this is the pressure plot
22   that you sent to Paul Chandler on April 13th,
23   2010?
24        A.      I have no reason to believe
25   otherwise.  It looks like a plot that I would
00049:01  have sent at that time, yes.
02        Q.      Okay.  And there is a notation
03   on the attachment that reads, Making some
04   quick calculations for hypothetical oil with
05   density 0.55 g per cc would approximate 38
06   API oil with GOR in excess of 2700.
07               Did I read that correctly?
08        A.      Yes.
09        Q.      And do you recall deriving the
10   38 API oil and GOR in excess of 2700?
11        A.      I don't believe I derived those
12   numbers.
13        Q.      Was there a correlation that you
14   used to come up with those numbers?
15        A.      A correlation, no.
16        Q.      Did the numbers come from a
17   report?
18        A.      No.
19        Q.      Do you recall where the numbers
```

```
20    came from, the 38 API oil number?  Do you
21    recall where that came from?
22         A.     Well, I'm -- I'm speculating
23    here, correct, and so since I'm speculating,
24    I am providing the numbers.
25         Q.     Why is this a speculative
00050:01 number?
02         A.     Because these are true variables
03    and they're treated independently here, and
04    the only measurement that I've really made is
05    a measurement of the gradient of .239 psi per
06    foot.
07              And so making the single
08    measurement of a pressure gradient, it
09    becomes speculative to try to solve two
10    variables from one pressure gradient that is
11    not directly re- -- not necessarily directly
12    related to either of the two numbers.
13         Q.     On the right-hand side, there is
14    a box that says, "Oil Properties Calculator";
15    is that correct?
16         A.     That's correct.
```

Page 50:20 to 51:13

```
00050:20        Q.     Okay.  And there are certain
21    numbers listed as input numbers; is that
22    correct?
23         A.     That's correct.
24         Q.     So these are numbers that you
25    put in to come up with the computed
00051:01 properties listed at the bottom of the table;
02    is that correct?
03         A.     Those are the inputs that I used
04    to calculate the -- the computed properties,
05    yes.
06         Q.     And it includes a temperature
07    input; is that correct?
08         A.     That's correct.
09         Q.     And where did that number come
10    from?
11         A.     I believe it came from the
12    MDT -- raw MDT spreadsheet that was sent to
13    me.
```

Page 52:06 to 52:10

```
00052:06        Q.     And the pressure number of
07    11,860 psi is -- falls somewhere along the
08    line?
09         A.     That's right, the -- that
10    pressure would transect the line.
```

Page 52:21 to 53:10

```
00052:21          Q.     And another input is the 38 API
     22 number; is that correct?
     23          A.     Yes, that's correct.
     24          Q.     Where does that number come
     25 from?
00053:01          A.     Well, I'm -- in the message you
     02 might see that I'm using the term "back
     03 calculating," which is a form of speculating,
     04 and so this is just an exercise in -- in
     05 speculating.
     06                 So I enter in a particular API
     07 in GOR, I make a calculation, and I try to
     08 see if that calculation gives me density that
     09 is similar to the density that I'm equating
     10 from the pressure gradient.
```

Page 53:24 to 54:03

```
00053:24          Q.     (BY MS. HARVEY)  Mr. O'Neill,
     25 before the break we were talking about
00054:01 Exhibit 8723, which is the e-mail with the
     02 subject "Macondo MDT pressures"; is that
     03 right?
```

Page 54:06 to 54:24

```
00054:06          A.     Oh.  Okay, yes.
     07          Q.     And in your e-mail that you
     08 wrote to Mr. Chandler you -- you read, I
     09 tried to back calculate what kind of oil this
     10 would be -- could be (which is dangerous),
     11 and come up with a 38 API oil and a 27 GOR.
     12          A.     Uh-huh.
     13          MS. WILMS:  Just to clarify, it says
     14 2700.
     15          Q.     (BY MS. HARVEY)  2700 GOR.  Why
     16 is it dangerous to back-calculate this kind
     17 of oil?
     18          A.     Okay.  What I meant there wasn't
     19 physically dangerous or could cause harm.  I
     20 mean that this is speculation and it's
     21 sometimes not good to speculate.
     22          Q.     Is there a particular reason why
     23 it's not good to speculate in this
     24 circumstance?
```

Page 55:01 to 55:06

```
00055:01          A.     Well, it's dangerous to
     02 speculate because there is a range of numbers
     03 that could be calculated, and so I'm trying
```

04   to emphasize that I'm speculating here, so be
05   careful in your use of these numbers because
06   it is speculation.

Page 60:01 to 63:19

00060:01   You mentioned that you first
02   heard about the Macondo prospect in 2000 --
03   in February or January of 2010; is that
04   correct?
05           A.    Yes, roughly in that time
06   period.
07           Q.    Okay.  And that you had learned
08   about it from Mr. Chandler; is that correct?
09           A.    That's correct.
10           Q.    And do you recall what
11   Mr. Chandler told you about the Macondo well?
12           A.    I don't -- just only in very
13   general terms.
14           Q.    And what did he tell you?
15           A.    He described the -- the general
16   depth at -- of the reservoir.  He described
17   some general characteristics of the
18   reservoir.  I should say reservoir target,
19   okay.  And then he discussed the type of data
20   that they planned to acquire, and then he
21   described the specific objectives that he
22   desired from the petrophysical data.
23           Q.    Okay.  And do you recall what
24   those objectives were?
25           A.    Yes, in general terms, yes.
00061:01           Q.    Can you please tell me?
02           A.    That he wanted to have a
03   volumetric interpretation based on the
04   wireline log data and that he would like to
05   have the pressures from the MDT characterized
06   and that he was also interested in
07   characterization of seismic amplitude based
08   on the wireline log data.
09           Q.    Okay.  And so can we go to the
10   first objective which dealt with the
11   volumetric interpretation; is that right?
12           A.    Yes.
13           Q.    And can you tell me what that
14   is?
15           A.    The volumetric interpretation is
16   an attempt to characterize the porosity, the
17   water saturation, and the thickness of the
18   reservoir.
19           Q.    And then, also, that he -- you
20   mentioned he would like to have the pressures
21   from the MDT characterized; is that correct?
22           A.    That -- that's correct.
23           Q.    And is that what this document
24   Exhibit 8723 is with your pressure plot?

```
     25        A.     Yes, that's an attempt to
00062:01 characterize those pressures.
     02        Q.     Do you recall doing any other
     03 characterizations of these pressures
     04 subsequently?
     05        A.     Of the pressures themself?  No.
     06        Q.     And the -- the additional
     07 objective you mentioned had to do with the
     08 seis- -- seismic interpretation?
     09        A.     That's correct.
     10        Q.     And can you explain what was
     11 involved in that?
     12        A.     Yes.  What he was interested in
     13 was understanding changes in acoustic
     14 impedance and acoustic reflectivity of the --
     15 based the fluid content of the reservoir, and
     16 he was also interested in how the amplitude
     17 response, the reflection coefficient would
     18 vary if, let's say, the reservoir was filled
     19 with oil and now I replaced it with a brine
     20 or I replaced it with a gas.  And so it's an
     21 attempt to understand how certain wireline
     22 log data would change based on -- under
     23 different fluid conditions.
     24        Q.     And did he ask you to do -- or
     25 were there any other components to the
00063:01 petrophysical analysis he asked you to do?
     02        A.     Beyond those three?
     03        Q.     Yes.
     04        A.     No, I don't recall.
     05        Q.     And did you complete all those
     06 three analyses?
     07        A.     Yes.
     08        Q.     Were you working with others at
     09 Anadarko on -- on those three analyses?
     10        A.     The only other person that I was
     11 involved with was in the course of doing this
     12 I was -- we had a new petrophysicist, and I
     13 was letting him observe and training him on
     14 how we would perform a volumetric
     15 interpretation based on the triple combo
     16 data.
     17        Q.     Okay.  And who was that
     18 individual?
     19        A.     James Moon.
```

Page 65:09 to 65:11

```
00065:09        Q.     (BY MS. HARVEY)  Do you recall
     10 doing the volumetric analysis for other wells
     11 at which Anadarko was a nonoperator?
```

Page 65:13 to 65:17

```
00065:13        A.      Oh, I'm sure I have performed a
      14  petrophysical analysis on non-operated wells.
      15  I'm -- you know, right now I'm struggling to
      16  think of the -- of a particular well, but I
      17  know that I have.
```

Page 66:18 to 66:22

```
00066:18        Q.      (BY MS. HARVEY)  Well, did the
      19  work that you do -- that you did as part of
      20  the petrophysical analysis, is that something
      21  that informs how productive a reservoir might
      22  be?
```

Page 66:24 to 67:04

```
00066:24        A.      Could it be used in that
      25  fashion?
00067:01        Q.      (BY MS. HARVEY)  Uh-huh.
      02        A.      Yes.
      03        Q.      And do you know why Mr. Chandler
      04  asked you to do these petrophysical analyses?
```

Page 67:06 to 67:13

```
00067:06        A.      Because he wanted a volumetric
      07  characterization of the reservoir, he wanted
      08  to characterize the seismic amplitudes, and
      09  he wanted to relate the pressures that they
      10  acquired in the MDT to a density of a fluid.
      11        Q.      (BY MS. HARVEY)  And what is the
      12  value to Anadarko of determining the
      13  volumetric -- volumetric description?
```

Page 68:01 to 68:03

```
00068:01        Q.      (BY MS. HARVEY)  Right, what is
      02  the -- what is the value of that information
      03  to Anadarko?
```

Page 68:05 to 68:09

```
00068:05        A.      It could be used for someone
      06  desiring to calculate the volume of the
      07  reservoir.
      08        Q.      (BY MS. HARVEY)  And why is that
      09  information useful?
```

Page 68:11 to 68:13

```
00068:11        A.      It could be useful for
      12  calculating the amount of oil in place for a
```

```
        13  defined area.


Page 70:15 to 72:02

00070:15        Q.      (BY MS. HARVEY)  Back to the
        16  Macondo well.  After your initial
        17  conversation with Mr. Chandler you began
        18  your -- when did you start your petrophysical
        19  analysis of the Macondo well?
        20        A.      I believe I began the
        21  petrophysical analysis on Monday, April 11th,
        22  I'm guessing on that date.  I hope it's not
        23  the 12th.  But it was the Monday of that week
        24  in mid April.
        25        Q.      And do you know why you began it
00071:01  at that date?
        02        A.      That appears to be the time in
        03  which I received the wireline data that I
        04  required to perform the analysis.
        05        Q.      And after -- so you did the
        06  initial evaluation around April 11th or 12th?
        07        A.      No, it's April -- April 12th,
        08  Monday, April 12th.
        09        Q.      Okay, April 12th.  And then you
        10  plotted the Macondo MDT pressures after that;
        11  is that correct?
        12        A.      Yes.  In other words -- let me
        13  make sure I understand what you're saying.  I
        14  began performing the analysis, correct, and
        15  then you're asking me did I subsequently
        16  interpret the MDT pressures, yes.
        17        Q.      Okay.  And after you interpreted
        18  the MDT pressures was there another part of
        19  a -- the petrophysical analysis that you did?
        20        A.      Yes.
        21        Q.      And what was that?
        22        A.      That would be the -- the
        23  amplitude characterization, seismic
        24  characterization based on the dipole sonic
        25  and the density log.
00072:01        Q.      And what does that
        02  interpretation tell you?


Page 72:04 to 72:20

00072:04        A.      The -- there were specific
        05  objectives of that interpretation, and as I
        06  mentioned before, those objectives were to
        07  use the well data, to characterize the
        08  seismic impedance, and the reflectivity under
        09  in situ conditions and then to perform fluid
        10  substitutions for other fluids that -- that
        11  may be in the reservoir.  Or that's not
        12  exactly correct.  For two other reservoirs
```

```
13    that -- of two other fluids that could be in
14    the reservoir.
15         Q.     (BY MS. HARVEY)  And do you --
16    this was one of the objectives that
17    Mr. Chandler told you to do?
18         A.     That's correct.
19         Q.     And do you know why he asked you
20    to do that?
```

Page 72:22 to 73:04

```
00072:22        A.     Not specifically, no.  In
23    general I know.
24         Q.     (BY MS. HARVEY)  Okay.  In
25    general do you know why he asked you to do
00073:01    that analysis?
02         A.     To better understand the seismic
03    reflectivity that he's using in his
04    geological analysis.
```

Page 73:21 to 75:12

```
00073:21        Q.     This is -- Mr. O'Neill, this is
22    a document with the Bates
23    No. ANA-MDL-000061023, and we'll mark it
24    Exhibit 8724 for the record.
25         A.     I'm having a -- just a pause to
00074:01    find this document.
02         MS. WILMS:  Oh, I'm sorry.  It's
03    Tab 16.
04         MS. HARVEY:  Tab 16.
05         THE WITNESS:  Okay.
06         Q.     (BY MS. HARVEY)  And,
07    Mr. O'Neill, this is an e-mail from you to
08    Bert Allbritton and cc'd to Dawn Peyton and
09    the subject matter is "Macondo (MC252 #1)
10    information" and it has an attachment which
11    if you flip to the end is ANA-MDL-000061025.
12    Mr. O'Neill, do you recognize the attachment?
13         A.     Yes, I do.
14         Q.     And what is it?
15         A.     It is a graphical plot of the
16    wireline data as well as interpreted wireline
17    data or data interpreted from the wireline.
18         Q.     And --
19         A.     And there is a table at the
20    bottom that appear -- well, it is an estimate
21    of net pay and some arithmetic averages for
22    the net pay calculated over the interval
23    specified in the table.
24         Q.     And is this a document that you
25    prepared?
00075:01        A.     Yes, I believe it is.
02         Q.     And was this document one of the
```

```
03   objectives that Mr. Chandler had asked you to
04   do?
05         A.    He didn't specifically ask for
06   this format, but, in essence, this -- it does
07   document the information that he desired from
08   the interpretation.
09         Q.    And at the bottom of the e-mail
10   you mention that there is a summary, and it
11   includes net pay and some other factors.
12         A.    Yes.
```

Page 75:17 to 75:25

```
00075:17       Q.    Let's start with the -- there
      18   are two numbers, the "Net Pay Int" with
      19   parentheses "MD."
      20       A.    Okay.
      21       Q.    And what is "MD"?
      22       A.    Measured depth.
      23       Q.    Okay.  And the number reported
      24   there is 92; is that correct?
      25       A.    That is correct.
```

Page 76:04 to 76:11

```
00076:04       Q.    (BY MS. HARVEY)  What does that
      05   number represent?
      06       A.    That represents -- based on
      07   cutoffs that were used in this volumetric
      08   interpretation, that represents how much feet
      09   of that interval met the cutoffs that were
      10   used.  In this case we're using those cutoffs
      11   to define pay.
```

Page 78:20 to 79:03

```
00078:20       Q.    (BY MS. HARVEY)  And then next
      21   number is "Avg Phi" and then in parentheses
      22   "Pay."  Can you tell me what that is?
      23       A.    Yes.  For over that 92-foot
      24   interval, the arithmetic average of porosity
      25   is .0192.
00079:01       MS. WILMS:  You mean 0.192?
      02       A.    (Continuing)  Yeah, 0.192.
      03       THE WITNESS:  Thank you.
```

Page 79:22 to 80:05

```
00079:22       A.    Yes, that was one of the cutoff
      23   criteria for pay, was water saturation --
      24       Q.    Okay.
      25       A.    -- of below 70 percent.
00080:01       Q.    Okay.  And here it's 0.163, so
```

```
02  that -- is that an average of around
03  16.3 percent?
04        A.    Yes, if you would express it
05  that way, it's 16.3 percent.
```

Page 81:04 to 81:23

```
00081:04        Q.    And the last column in the table
    05  says "PERM" with a value of 107.261; is that
    06  correct?
    07        A.    Yes.
    08        Q.    And how was this number -- well,
    09  what does this number represent?
    10        A.    That represents the -- over that
    11  92-foot interval, that is the arithmetic
    12  average of the perm curve as represented by
    13  the perm with designation KMO in the -- the
    14  final column to the right.
    15        Q.    Did you ever update this
    16  analysis to incorporate a different
    17  permeability number, to your knowledge?
    18        A.    You'd have to define what you
    19  mean by "analysis."
    20        Q.    Did you receive additional data
    21  that made you either -- made you reconsider
    22  this perm number?
    23        A.    Not that I recall, no.
```

Page 82:13 to 82:23

```
00082:13        Q.    (BY MS. HARVEY)  With respect to
    14  the net pay number, the MD number of 92, did
    15  you ever change that number in a subsequent
    16  analysis?
    17        A.    I don't -- I don't know.  I
    18  don't recall -- let's be careful here.  This
    19  is a -- a table that is coming from a larger
    20  table, and so -- but, no, I don't recall ever
    21  changing the -- the net pay calculation for
    22  this reservoir -- for this volumetric
    23  interpretation.
```

Page 85:16 to 86:05

```
00085:16        Q.    Okay.  If you can turn to
    17  Tab 15, and this document is ANA-MDL-0000 --
    18  oh, sorry, excuse me.  ANA-MDL-000011498, and
    19  we'll mark this Exhibit 8725.
    20              And this appears to be an e-mail
    21  to Thuy Rocque from you, dated April 19th,
    22  2010; is that correct?
    23        A.    Is the date correct, yes.
    24        Q.    Is this -- do you recall sending
```

```
     25  this e-mail?
00086:01         A.     I don't recall sending it.  This
     02  e-mail message looks very familiar to me.
     03         Q.     And Thuy was the director of
     04  petrophysics; is that correct?
     05         A.     That's correct.
```

Page 86:18 to 87:11

```
00086:18         Q.     (BY MS. HARVEY)  Okay.  Does
     19  this e-mail contain an update about your
     20  petrophysical analysis of the -- the Macondo
     21  well?
     22         A.     It -- it is updating her on
     23  specific aspects of my evaluation, so, yes.
     24         Q.     And you write:  I evalu- -- I
     25  evaluated the mdt pressure gradient and the
00087:01  initial pvt.  We made a pipe setting decision
     02  on Thursday.  My concern with Macondo is that
     03  the reservoir fluid may be close to the
     04  critical point, a lot will depend on the
     05  detailed pvt.
     06         Q.     Did I read that correctly?
     07         A.     That is correct.
     08         Q.     Okay.  And the MDT pressure
     09  gradient evaluation, that is the plot that we
     10  were discussing earlier; is that correct?
     11         A.     That is correct.
```

Page 88:04 to 88:20

```
00088:04         Q.     Okay.  It -- the e-mail goes on,
     05  "We made a pipe setting decision on
     06  thursday."
     07             Can you tell me what that refers
     08  to?
     09         A.     Well, that's just a general term
     10  for a meeting where we're trying to determine
     11  or help our -- our manager make a
     12  recommendation or a decision whether it would
     13  be appropriate to -- to prepare the well
     14  either for permanent abandonment or if the
     15  well should be prepared for eventual
     16  development.
     17         Q.     Did your petrophysical analysis
     18  inform that pipe setting decision?
     19         A.     It was presented in order to
     20  help him make that decision.
```

Page 89:03 to 89:05

```
00089:03         Q.     (BY MS. HARVEY)  Okay.  Do you
     04  know why you were asked to present at that
```

```
05  meeting?
```

Page 89:08 to 89:12

```
00089:08        A.      To provide a volumetric
      09  interpretation of wireline data --
      10        Q.      And do you know how --
      11        A.      -- and, also, to provide the MDT
      12  pressure characterization.
```

Page 89:16 to 89:18

```
00089:16  Do you know if a volumetric
      17  interpretation is important to making a pipe
      18  setting determination?
```

Page 89:20 to 89:25

```
00089:20        A.      Well, I assume that it could be
      21  used to characterize the volume of the
      22  reservoir.
      23        Q.      (BY MS. HARVEY)  And do you know
      24  why that interpretation will be useful in
      25  determining whether to abandon the well --
```

Page 90:02 to 90:07

```
00090:02        Q.      (BY MS. HARVEY)  -- or continue
      03  to develop the well?
      04        A.      Well, if the reservoir was so
      05  small, it may not be -- it may not have
      06  commercial value if the reservoir volume was
      07  insufficient.
```

Page 91:04 to 91:06

```
00091:04        Q.      (BY MS. HARVEY)  And why is
      05  characterizing the fluid important -- or how
      06  does that inform whether or not to set pipe?
```

Page 91:08 to 91:15

```
00091:08        A.      Well, since we're -- our goal is
      09  to produce hydrocarbons, we would like to
      10  know that there's hydrocarbons present in the
      11  reservoir.
      12        Q.      (BY MS. HARVEY)  And what do the
      13  particular fluid properties tell you about
      14  how that might impact the production of the
      15  well?
```

Page 91:17 to 91:25

```
00091:17        A.     I can't answer that.  All I've
      18  calculated here is the -- the pressure
      19  gradient, and I've computed the density of
      20  that fluid.  So it's not really speaking to
      21  the production.  It's just speaking to what's
      22  there.
      23        Q.     (BY MS. HARVEY)  Well, do
      24  you know -- do you know why you were invited
      25  to participate in the pipe setting decision?
```

Page 92:02 to 92:10

```
00092:02        A.     I believe I -- I don't know what
      03  their specific motivation.  I could guess
      04  that I was there to present my volumetric
      05  interpretation of the wireline data.
      06        Q.     (BY MS. HARVEY)  And the
      07  volumetric interpretation, does that help
      08  determine how large a reservoir might be?
      09        A.     You could use it to help
      10  quantify the size of the reservoir.
```

Page 93:19 to 94:21

```
00093:19        Q.     (BY MS. HARVEY)  Okay.  You go
      20  on to say, "My concern with macondo is that
      21  the reservoir fluid may be close to the
      22  critical point, a lot will depend on the
      23  detailed pvt."
      24                Did I read that correctly?
      25        A.     Yes, you did.
00094:01        Q.     Okay.  And what did you mean by
      02  "the reservoir fluid may be close to the
      03  critical point"?
      04        A.     Well, I guess I'd start by
      05  defining what a critical point is.  I felt
      06  that there were some initial indications that
      07  we had -- that we could classify this oil as
      08  either a nonvolatile oil or as a volatile
      09  oil, and if it is a volatile oil as
      10  classified on a PVT phase diagram, there is a
      11  point on the phase diagram where all the
      12  curves converge and where all the points --
      13  points for the bubble point, the phase
      14  envelope, the dew point, and all the isovols
      15  on the phase diagram would converge at that
      16  point.  And so I was -- at this point I was
      17  concerned that the fluid that we might have
      18  might be close to, basically, the phase
      19  envelope.
      20        Q.     And what is -- why did you want
      21  to know what the critical point was?
```

Page 94:23 to 95:18

```
00094:23        A.      I -- I didn't want to know what
       24  the critical point was.
       25        Q.      (BY MS. HARVEY)  Why did you
00095:01  refer to it here?
       02        A.      I want to know -- I'm not really
       03  saying I want to know.  I'm saying my concern
       04  is, is that the reservoir fluid may be close
       05  to the critical point.
       06        Q.      And why is that a concern?
       07        A.      My concern is that if it was
       08  close to the critical point, that it may
       09  not -- it may not be ideal for controlled
       10  production.
       11        Q.      And why is that?
       12        A.      Because, ideally, you would want
       13  to be flowing a single phase during
       14  production.
       15        Q.      And did you ever receive any
       16  additional information that addressed that
       17  concern?
       18        A.      No, I don't recall.
```

Page 97:20 to 98:03

```
00097:20        Q.      (BY MS. HARVEY)  Mr. O'Neill, if
       21  you would turn to Tab 25 in your binder.
       22  This is a document with a Bates No.
       23  ANA-MDL2-000054950, and we will mark it
       24  Exhibit 8726.  There is actually two
       25  documents in the binder that the document was
00098:01  also produced in native form, which has the
       02  color.  And --
       03        A.      Am I in the right section?
```

Page 98:12 to 100:01

```
00098:12        Q.      (BY MS. HARVEY)  So this is
       13  Exhibit 8726, and the title of the document
       14  is "Macondo Post Drill" is that correct?
       15        A.      Yes, it is.
       16        Q.      Do you recognize this document?
       17        A.      I recognize certain portions of
       18  the document.
       19        Q.      Which portions do you recognize?
       20        A.      I recognize the pressure plot,
       21  in other words, the -- is it -- I'm going to
       22  get the page number for you.  Page 4 --
       23        Q.      Okay.
       24        A.      -- Page 5, and Page 6 I
       25  recognize.
```

```
00099:01        Q.      Okay.  And Page 4, is that the
      02  pressure plot you developed -- that you
      03  developed?
      04        A.      Yes, this is the pressure plot
      05  that I developed, yes.
      06        Q.      Okay.  And do you know when this
      07  document, the pressure plot was created?
      08        A.      Approximately.
      09        Q.      Okay.  When was that?
      10        A.      It would have been between --
      11  somewhere between April 12th and April 14th.
      12        Q.      And is this the -- appear to be
      13  the same pressure plot that we were
      14  discussing earlier in the deposition?
      15        A.      It's slightly different.
      16        Q.      How is that?
      17        A.      I believe in the original plot
      18  that we were looking at all of the points
      19  were the same color.  I could be mistaken
      20  about that.  But here, looking at a color
      21  plot, I've got some colored blue and some
      22  colored magenta.
      23        Q.      Aside from the color of the
      24  document, does anything look different to
      25  you?
00100:01        A.      No.
```

## Page 100:20 to 102:06

```
00100:20        Q.      (BY MS. HARVEY)  Let's go to
      21  Page -- let's go to Page 4.  Okay.  And this
      22  document on the right-hand side has a
      23  different boxes labeled "Oil Properties
      24  Calculator"; is that correct?
      25        A.      That's -- that's correct.
00101:01        Q.      Okay.  And it's -- does this
      02  represent your work?
      03        A.      Yes, that represents my work.
      04        Q.      And at the bottom of the first
      05  one there is the words written, Hypothetical
      06  oil density .55 G/cc would approximate a 38
      07  API oil with GOR of 2700.  Such oil would be
      08  highly saturated with reservoir pressure only
      09  about 500 psi above the bubble point.  Did I
      10  read that correctly?
      11        A.      Yes, you did.
      12        Q.      And the 38 API oil, that number
      13  is the same as the number in the document we
      14  discussed previously about -- with the --
      15  with the pressure plot data?
      16        A.      It looks like it is.
      17        Q.      And how -- and did you write --
      18  did you write this?
      19        A.      I believe I did, but I don't
      20  recall writing it, but that -- that -- that
```

```
21  does look like something I would have
22  written, yes.
23       Q.    Okay.  And it talks about highly
24  saturated oil with a reservoir pressure only
25  about 500 psi above the bubble point; is that
00102:01  right?
02       A.    Yes.
03       Q.    And what does it mean to you for
04  oil to be highly saturated?
05       A.    That it contains a significant
06  proportion of gas in solution.
```

Page 103:08 to 103:18

```
00103:08       Q.    Okay.  And did somebody ask you
09  to determine whether or not the oil was
10  highly saturated?
11       A.    I don't recall anyone asking me
12  to do that.
13       Q.    Why did you do it?
14       A.    To show that based on the
15  density calculated from that pressure plot
16  there could be -- and since I'm speculating
17  here, you could calculate two different types
18  of oil with somewhat different properties.
```

Page 103:24 to 104:24

```
00103:24       Q.    So you have -- the property is
25  in the first box, like we mentioned, at 38
00104:01  API oil with a GOR of 27; is that right?
02       MS. WILMS:  2700.
03       Q.    (BY MS. HARVEY)  2700; is that
04  right?
05       A.    Yeah, in other words, for this
06  hypothetical case I chose 38 API and 2700
07  GOR.
08       Q.    Okay.  And why did you choose
09  the 38 API?
10       A.    Oh, because, you know, I'm
11  back-calculating here, correct.
12       Q.    Okay.
13       A.    And when I initially -- I might
14  have used a, you know, whole series of
15  numbers.  And since I'm back-calculating -- I
16  could have used a number that was absurd and
17  if I did that, the density that would
18  calculate would be inappropriate, so I'm very
19  likely to be using this program here to
20  speculate on an API and a GOR and see what
21  kind of density I would get from that.
22       Q.    So you weren't using a GOR that
23  had been -- that was from a report?
24       A.    I don't believe so, no.
```

Page 106:16 to 108:22

```
00106:16        Q.     (BY MS. HARVEY)  Okay.  So -- so
      17  here you write in the -- in the second --
      18  after the second table what you have is,
      19  Hypothetical oil with density of.5 g per cc
      20  would approximate a 40 API oil with GOR of
      21  2500.  For this scenario reservoir pressure
      22  is about 1800 psi above the bubble point.
      23  Did I read that correctly?
      24        A.     That's correct.
      25        Q.     Okay.  Why does it -- so are you
00107:01  comparing here what the reservoir pressure is
      02  to what the bubble point pressure is?
      03        A.     If I'm saying the -- in this
      04  scenario the reservoir pressure is 1800 psi
      05  above the bubble point, yes, I am -- I'm
      06  explaining that differential, yes.
      07        Q.     And why is the differential --
      08  why are you explaining the differential in
      09  pressures here?
      10        A.     I'm trying to point out that --
      11  that you could arrive -- using two
      12  independent variables, you could arrive at a
      13  similar density, but you would have oil with
      14  two different physical properties.
      15        Q.     And what would be those two
      16  different physical properties?
      17        A.     Well, two of them are the API
      18  gravity, the GOR and then we are also
      19  calculating the bubble point and so the oil
      20  has in these two different hypotheticals two
      21  different saturation pressures.
      22        Q.     Okay.  Let's go to the next
      23  page, Page 5.  Can you tell me what this
      24  document is.
      25        A.     That looks like a -- a graphical
00108:01  plot of my volumetric interpretation of the
      02  wireline log data.
      03        Q.     And is this -- this is an
      04  interpretation that you sent in an e-mail on
      05  April 19th?
      06        A.     It looks very similar.
      07        Q.     Do you know if it incorporates
      08  any different data than the analysis from
      09  April 19th?
      10        A.     Incorporated in the
      11  interpretation or incorporated in the plot?
      12        Q.     Let's begin with the plot.
      13        A.     It may have some curves that
      14  were not present in the individual -- in the
      15  in- -- the original plot that I made,
      16  depending on what time I received some of the
      17  data.
```

```
18       Q.    Do you know if this is a
19  document that was created after the
20  April 19th document?
21       A.    No.  This was created before
22  April 19th.
```

Page 109:22 to 114:14

```
00109:22      Q.    And at the bottom of the log
23  information there is a summary chart; is that
24  right?
25       A.    That's correct.
00110:01      Q.    Okay.  Do any of these numbers
02  reflect different information than the
03  summary included in the April 19th e-mail?
04       A.    They appear to be identical.
05       Q.    Okay.  Do you know if the
06  information in this summary was updated at a
07  later date?
08       A.    I don't -- I don't recall ever
09  updating this information beyond the
10  information that's presented here.
11       Q.    Would anybody else at Anadarko
12  have updated this information?
13       A.    No.
14       Q.    Okay.  Let's go to the next
15  page.
16       A.    Okay.
17       Q.    And this document title reads
18  "Predicted Flow Rate."  Do you recognize this
19  document?
20       A.    I -- yes, I -- I recognize the
21  two plots.  The heading, I don't recognize,
22  but I do recognize the table and the plot
23  itself.
24       Q.    Okay.  And the table reads
25  "Skin-corrected Prediction-FracPac PRODUCTION
00111:01  SYSTEM FLOW CALCULATIONS Macondo"; is that
02  right?
03       A.    That's the title of the table.
04       Q.    Do you know who created this
05  table?
06       A.    Yes.
07       Q.    Who is that?
08       A.    I created it.
09       Q.    Okay.  And did you use a program
10  to create this document?
11       A.    I used a spreadsheet.
12       Q.    Spreadsheet.  And this is the
13  spreadsheet that you used?
14       A.    Yes.
15       Q.    Is it an Excel spreadsheet?
16       A.    It's a Lotus 123 spreadsheet.
17       Q.    And do you know when you created
18  this table?
```

```
19          A.      Yes.
20          Q.      And when is that?
21          A.      At the same time that I
22  performed the volumetric interpretation or
23  shortly thereafter.
24          Q.      Okay.  So the volumetric
25  information is in the previous page at Table
00112:01  5?
02          A.      That's correct.
03          Q.      Okay.  And who asked you -- did
04  anyone ask you to create this table?
05          A.      No.
06          Q.      Was it within the objectives
07  that Paul Chandler set forth at the beginning
08  of your conversation?
09          A.      It was not specifically
10  requested.  It is a part of -- a very small
11  and limited part of my volumetric
12  interpretation, but like many of the plots,
13  they don't specifically -- no one
14  specifically asked for this plot.
15          Q.      Okay.  And what is the -- what
16  can you learn from this plot?
17          A.      Well, it's providing a range of
18  hypothetical flow scenarios, a rather broad
19  range, and that's what the -- the table is
20  showing.
21          Q.      And what's in a flow scenario?
22          A.      This is a hypothetical flow from
23  the formation, a controlled flow, like a
24  controlled completion.
25          Q.      And what -- what information did
00113:01  you use to create this table?
02          A.      I used the information from the
03  volumetric interpretation, and I used the
04  information from the MDT pressure analysis,
05  the -- the gradient that I calculated from
06  the MDT.
07          Q.      Okay.  And the first column
08  in -- that's on the left-hand side reads,
09  "Oil STB/D."  Can you tell me what that
10  column is?
11          A.      That's oil and stock tank
12  barrels per day.
13          Q.      So that would be under different
14  scenarios the -- would that be the amount of
15  oil that would come out under the controlled
16  production?
17          A.      Right.  In other words, each
18  line is a -- at least for this particular
19  table is changing as a function of the delta
20  P bottom-hole pressure, which I am -- in this
21  hypothetical since I don't know at which
22  bottom hole delta P they would actually flow
23  in a real production scenario, I'm providing
```

```
24   a range.
25        Q.      And how did you come up with the
00114:01   numbers for that range?
02        A.      I just chose numbers that I
03   thought went from very small to that I
04   thought would be relatively large bottom
05   hole.  I didn't -- I simply wanted to provide
06   a reasonable range because I'm using this
07   as -- as a limited test on the
08   characterization of the interval being pay.
09        Q.      Okay.
10        A.      And so these are -- you know,
11   the information in here is -- is -- is
12   hypothetical, and it includes some data that
13   was derived from the petrophysical
14   interpretation.
```

Page 115:10 to 117:06

```
00115:10        Q.      So the controlled flow situation
11   would include both oil and gas under your
12   scenarios?
13        A.      Well, yes, I mean, we have -- we
14   would produce both oil and gas based on the
15   GOR and the -- my assumption about the bubble
16   point pressure for this particular
17   hypothetical case.
18        Q.      And is the GOR you're using in
19   column one, two -- the sixth column from the
20   left, and that number is 2,815; is that
21   correct?
22        A.      That's correct.
23        Q.      And where did you get that
24   number?
25        A.      Well, I -- I came up with it or,
00116:01   in other words, I -- based on the scenarios
02   on the previous plot I thought 2800 would be
03   a reasonable estimate, because I'm not trying
04   to get -- calculate, like, exact gas
05   production.  I -- I'm really trying to get,
06   you know, really ballpark estimates of flow
07   because I'm -- I'm really doing kind of a
08   binary test here.  Will it flow?  You know,
09   given my input parameters from the
10   volumetrics and what I've described as pay,
11   are we in, like, the commercial ballpark, or
12   are we in something that is clearly
13   noncommercial?  So I'm not that particular
14   about the precision of the input parameters.
15   I would like to use input parameters that are
16   within the ballpark of the very limited data
17   that I have, and so 2815 is reasonable based
18   on these hypothetical scenarios that I was
19   playing with back here.
20        Q.      Because those hypothetical
```

```
      21   scenarios approximated the --
      22         A.     The density --
      23         Q.     The density.
      24         A.     -- of the fluid calculated from
      25   the pressure gradient.
00117:01         Q.     And how much -- you know, you
      02   discussed being within the ballpark of the
      03   GOR.  How much further would you go -- go up?
      04   I mean, what remains within the ballpark?
      05   2815 you say is in the ballpark.  Would 3,000
      06   also be in the ballpark?
```

Page 117:08 to 117:22

```
00117:08         A.     I'm not sure -- you know,
      09   because I'm not trying to calculate specific
      10   ratios of oil and gas.  I'm just trying to
      11   get -- once again, I'm trying to see over a
      12   wide range of delta Ps can I -- can I
      13   determine rates -- for completely
      14   hypothetical completion can I get rates that
      15   would be considered or could be viewed as
      16   reasonably commercial or decidedly not
      17   commercial.  So I'm really trying to just --
      18   just really clarify the definition of pay
      19   that I'm using in the volumetric
      20   interpretation, and so it was not that
      21   particularly critical for me to precisely
      22   know or use the GOR.  So...
```

Page 118:21 to 121:11

```
00118:21         Q.     The -- the bubble point -- none
      22   of the columns here in this table are a
      23   measure of bubble point?
      24         A.     No.  Not in the table, no.
      25         Q.     Not in the table.  And the
00119:01   Figure 6 below, its bubble point, can it be
      02   determined?
      03         A.     I put in a line that indicates
      04   the bubble point pressure as a dashed line.
      05         Q.     Okay.  And what -- where is that
      06   line?  Oh.
      07         A.     It looks like it was around
      08   10,500.
      09         Q.     And how did you come up with
      10   that 10,500 number?
      11         A.     Well, once again, you know,
      12   since the particular bubble point that I'm
      13   choosing does not necessarily influence
      14   initial production in a controlled scenario,
      15   I just wanted to use one that was consistent
      16   with some of the -- you know, the
      17   hypothetical iterations that it was doing
```

```
        18   previously, and so I noticed that -- you
        19   know, that the bubble point pressures and the
        20   hypotheticals were ranging, you know, from
        21   11,500 to 10,000, so it looks like I chose a
        22   number that was reasonably in that interval,
        23   and that would be satisfactory for this
        24   hypothetical controlled production.  Initial
        25   production, I should emphasize.
00120:01        Q.    Okay.  I'm going back to the
        02   table, the very last one is "PI STB-D-psi";
        03   is that right?
        04        A.    Yes.
        05        Q.    And can you tell me what that
        06   is?
        07        A.    That is a productivity index.
        08        Q.    And how is that generated?
        09        A.    That is, I believe, taking
        10   the -- the oil flow rate and it is looking at
        11   that -- or we are essentially dividing by the
        12   bottom-hole pressure.  So it's an index where
        13   if you take the oil rate divided by the
        14   bottom-hole pressure, you will arrive at the
        15   productivity index.
        16        Q.    Okay.  And did you ever do any
        17   additional analysis of the productivity
        18   index?
        19        A.    No.  On this project?
        20        Q.    Yes.
        21        A.    No.
        22        Q.    And next to the bottom hole
        23   column, there is the delta P wellhead number;
        24   is that right?
        25        A.    Yes.
00121:01        Q.    And where do those numbers come
        02   from?
        03        A.    I guess what -- what they're
        04   determining there is that's slightly
        05   different between the pressure at the bottom
        06   hole conditions as compared to the pressure
        07   as measured on the wellhead.
        08        Q.    And do these represent actual
        09   measured pressures?
        10        A.    No.  These -- everything in this
        11   table is hypothetical.
```

Page 127:25 to 128:02

```
00127:25        Q.    Did you form any conclusion
00128:01   based on this analysis of whether or not the
        02   well was commercial?
```

Page 128:04 to 128:19

```
00128:04        A.    Well, my conclusion is, is that
```

```
05    it provides a range of production, and some
06    of those ranges give commercial rates that
07    seem to be or might be considered to be
08    commercial.
09        Q.    (BY MS. HARVEY)  And I note --
10        A.    But I don't -- I don't
11    specifically know, you know, what the
12    threshold or what the actual limit would be
13    required here because I'm just running a
14    hypothetical and that's why I'm providing
15    this series of ranges.
16        Q.    Are there certain numbers that
17    you've calculated here with respect to the
18    flow that indicate that the well will be
19    commercial?
```

Page 128:21 to 129:15

```
00128:21       A.    I'm -- I'm really testing the
22    validity of the pay calculation.  I'm not
23    predicting whether the well will be
24    commercial or not.  I've provided a range of
25    production flow rates, and some of them -- it
00129:01    really would depend on someone's definition
02    of commerciality at this location.
03              But alternatively if the -- you
04    know, if -- if those flow rates were
05    obviously low, by anyone's standard, then it
06    might indicate that even though we're
07    calculating a significant thickness of pay,
08    the pay that we're calculating is an
09    impractical value.
10              Whereas, here, these are a
11    reasonable range of rates, and so it does
12    appear that for this hypothetical situation
13    in this limited test of our -- of the
14    credibility of our definition of pay seems to
15    be reasonable, seems to have passed the test.
```

Page 133:24 to 134:20

```
00133:24       Q.    If you can turn to Tab No. 29,
25    and this is Bates No. starting with
00134:01    ANA-MDL2-00056137, and we'll mark it 8727 as
02    an exhibit.
03              Mr. O'Neill, do you recognize
04    this document?
05        A.    I recognize portions of the
06    document.
07        Q.    And the title of the document on
08    the first page reads, Anadarko -- or, sorry,
09    "Macondo Post Drill"; is that correct?
10        A.    That's correct.
11        Q.    And it has the Anadarko label
```

```
12   logo at the top right-hand corner; is that
13   correct?
14       A.     That's correct.
15       Q.     Is this a document that Anadarko
16   created, to your knowledge?
17       A.     I don't know.  I mean, it -- I
18   don't know who created the document, but
19   given all the logo and everything else, I
20   assume someone at Anadarko created it.
```

Page 135:02 to 135:04

```
00135:02    Q.     (BY MS. HARVEY)  Does it
03   represent an analysis of the Macondo prospect
04   after drilling?
```

Page 135:06 to 137:15

```
00135:06    A.     Yeah, I guess if you're asking
07   me what this document is intended to
08   represent, I guess I would have to answer I
09   don't know.  I'm not really familiar with
10   this document.  So I don't know why it was
11   created.
12       Q.     (BY MS. HARVEY)  But you said
13   this document contains pages that you are
14   familiar with; is that right?
15       A.     Not pages, but there are figures
16   in here that appear to have been extracted
17   from some of my work.
18       Q.     Okay.  And can you tell me what
19   pages?
20       A.     On this document it would be
21   56144 --
22       Q.     Okay.
23       A.     -- and 56145 includes some
24   information that I have shown in previous
25   PowerPoints.  It also has information that --
00136:01   that I've never seen before.
02       Q.     Do you mean these specific pages
03   or the document in its entirety?
04       A.     No, there is information on this
05   page that I don't recall having seen.
06       Q.     And "this page," are you
07   referring to the document ending at 0005 --
08   00056145?
09       A.     That's correct.
10       Q.     Okay.  Page 9 of the document?
11       A.     I don't know what number it
12   comes into, but it is with the last number
13   56144.
14       Q.     Oh, oh, okay.  So you're --
15   okay.
16       A.     Oh, it's Page 8, if that is the
```

```
17    notation that you're referring to on -- below
18    the little bar there.
19         Q.    So we're discussing Page 8 of
20    the document, right?
21         A.    I believe so, yes.
22         Q.    Okay.  And on the left-hand
23    side, there is a pressure V depth plot; is
24    that correct?
25         A.    That's correct.
00137:01   Q.    And that was generated by you?
02         A.    Uh-huh.  I'm sorry, yes, it was.
03         Q.    And the information on the
04    right-hand side says, "PVT Summary"; is that
05    correct?
06         A.    That's what it says.
07         Q.    And have you seen this
08    information before?
09         A.    It does not look familiar to me.
10         Q.    Okay.  There is a GOR number of
11    2550 scp per BBl; is that correct?
12         A.    That's correct.
13         Q.    And so that's a GOR number of
14    2550, right?
15         A.    It is gas-oil ratio of 2550.
```

Page 137:20 to 138:02

```
00137:20   Q.    (BY MS. HARVEY)  The next number
21    is "FVF"; is that right?
22         A.    That's correct.
23         Q.    And what is that number?
24         A.    It appears to represent a
25    formation volume factor.
00138:01   Q.    And what does that number tell
02    you about the reservoir?
```

Page 138:04 to 138:14

```
00138:04   A.    It doesn't tell me anything
05    about the reservoir itself.
06         Q.    (BY MS. HARVEY)  What does it
07    tell you?
08         A.    It refers to the fluid that
09    they've evaluated here, and so they're
10    relating the volume of that fluid in the
11    reservoir relative to the volume of that
12    fluid -- or the oil in a stock tank barrel.
13         Q.    Would this number be a -- a
14    number from a fluid sample in the well?
```

Page 138:16 to 139:01

```
00138:16   A.    I don't know where this PVT data
```

```
17  or this summary came from.
18      Q.    (BY MS. HARVEY)  So you don't
19  know where the oil viscosity number came
20  from?
21      A.    No, I don't.
22      Q.    Or the API gravity number?
23      A.    No.
24      Q.    Or the bubble point?
25      A.    No.  I don't know if that was
00139:01  measured or calculated or where it came from.
```

Page 140:10 to 141:04

```
00140:10  MS. WILMS:  You're now referring to
11  Exhibit --
12      MS. HARVEY:  To -- this is Exhibit --
13      MR. CHAVEZ:  8727.
14      MS. HARVEY:  -- 8727.
15      A.    Oh, this document in its
16  entirety?
17      Q.    (BY MS. HARVEY)  Yes.
18      A.    No, I don't know when it was
19  created or who created it.
20      Q.    Okay.  Let's go to the next
21  page, please.  This is Page 10, and it reads,
22  "Predicted Flow Rate" at the top; is that
23  correct?
24      A.    That's correct.
25      Q.    Have you seen this document
00141:01  before?
02      A.    No.
03      Q.    Do you know who might have
04  created this document?
```

Page 141:06 to 141:10

```
00141:06      A.    I don't know who created this,
07  no.
08      Q.    (BY MS. HARVEY)  Do you know if
09  there is a particular group within Anadarko
10  that would have generated this kind of table?
```

Page 141:12 to 141:18

```
00141:12      A.    I don't know if a particular
13  group -- you know, that is defined to do this
14  analysis.
15      Q.    (BY MS. HARVEY)  Do you know if
16  any of the numbers that are contained in this
17  report came from any of your petrophysical
18  analysis?
```

Page 141:20 to 141:21

```
00141:20       A.    I don't know where the numbers
      21  that are used in this analysis came from.
```

Page 143:20 to 143:20

```
00143:20  WITNESS:  Oh, I'm sorry, Exhibit 8726.
```

Page 144:02 to 144:25

```
00144:02       Q.    (BY MS. HARVEY)  And Page 5
      03  includes your volumetric interpretation; is
      04  that correct?
      05       A.    It does appear to be the
      06  volumetric interpretation, yes.
      07       Q.    Okay.  And Page 4 of the
      08  document, that contains your analysis of the
      09  MDT pressures; is that correct?
      10       A.    Yes, that is correct.
      11       Q.    And that was another area that
      12  Mr. Chandler had asked you to look into; is
      13  that correct?
      14       A.    That is correct.
      15       Q.    And I believe you mentioned a
      16  third area that Mr. Chandler had asked you to
      17  look into, and that had to do with the
      18  seismic amplitude?
      19       A.    That is correct.
      20       Q.    And can you explain a little bit
      21  about what that is?
      22       A.    Well, that is where he wanted me
      23  to take the dipole sonic data and the density
      24  data to evaluate the impedance contrast or
      25  the reflectivity at the target interval.
```

Page 145:07 to 145:19

```
00145:07       Q.    Could that be -- okay.  Let's
      08  turn to Tab 24 in your binder.
      09       A.    Okay.
      10       Q.    And that's the document
      11  beginning ANA-MDL2-000054626, and we'll mark
      12  that Exhibit 8728?
      13       A.    Okay, yes.
      14       Q.    And if you turn past the blue
      15  page, you'll see the native file in color.
      16       A.    Okay, very good.
      17       Q.    And is the seismic
      18  interpretation in this document?
      19       A.    Yes, it is.
```

Page 145:22 to 150:23

```
00145:22        Q.      What page?
      23        A.      Oh, it is the -- I'm sorry.  It
      24 is the second page of this document.
      25        Q.      Okay.  And is that the document
00146:01 that has two plots on it and writing
      02 underneath beginning "Zoeppritz reflectivity
      03 plot?"
      04        A.      Yes, it is.
      05        Q.      And can you tell me what the
      06 Zoeppritz reflectivity plot is?
      07        A.      Okay.  It would be more proper
      08 to call this simply a reflectivity plot.
      09        Q.      Okay.
      10        A.      And so what we're trying to do
      11 is -- is compare the reflectivity between two
      12 lithologies, the overlying shale and the
      13 underlying sand reservoir.  And -- and so
      14 we're characterizing it at what we would call
      15 zero offset and at a progression of higher
      16 angle offsets.
      17        Q.      Okay.  And why did you perform
      18 this analysis?
      19        A.      Paul thought it would be helpful
      20 for him to interpret the seismic reflectivity
      21 data that he had.
      22        Q.      And it says, "Suggesting Class
      23 II behavior."  Can you tell me what that
      24 means?
      25        A.      Yes.  Depending on the character
00147:01 of the reflectivity as it is either shown
      02 under the reflectivity plot or it can be
      03 portrayed in different plots, depending on
      04 its relative intercept and its gradient on
      05 those plots, that has been -- been subdivided
      06 in different classes.  It's a classification,
      07 basically.  So there can be Class 1 behavior,
      08 2, 3, 4, and sometimes 2 subdivided into 2P
      09 and 2.
      10        Q.      And the document goes on to say,
      11 "Green represents in situ case (presumably
      12 volatile oil)." How did you -- did you come
      13 to the conclusion that the oil was volatile?
      14        A.      I -- in this particular case by
      15 assuming a GOR and an API gravity on a phase
      16 diagram, I'm assuming that it fits the
      17 criteria on a phase diagram as a volatile
      18 oil, a definition of volatile oil.
      19        Q.      And the GOR No. is that the
      20 number reflected on the next page, Page 3,
      21 which says, Preliminary quicklook PVT
      22 indicates 35 API and 29 GOR, which is
      23 consistent with this fluid pressure gradient?
      24        A.      Well, I can't say exactly what
      25 numbers I used on this plot, but it is very
00148:01 likely I would have used those numbers, but I
```

```
02  can't say with certainty the exact numbers.
03      Q.      Okay.  And the -- the
04  preliminary quicklook PVT, is that the
05  on-site Pencor report that you referred to
06  earlier?
07      A.      Oh, I see.  That's the
08  quicklook.  Yeah, I see what you're referring
09  to, the yellow.  So -- so I did update this
10  slide to reflect the data that we acquired
11  from the well site PVT we -- you know, that
12  we acquired, yes.
13      Q.      Okay.  And we talked a bit about
14  the Pencor report, but if you turn to Tab 18,
15  and this is a document beginning
16  ANA-MDL2-000063955.
17      A.      Yes.
18      Q.      And we'll mark this
19  Exhibit 8729.  And is there -- there is an
20  attachment to this document; is that right?
21      A.      I don't know.  If you tell me
22  this is the attachment, I'll assume that's
23  correct.
24      Q.      Okay.  We can go to the first
25  page, then, which is the e-mail.
00149:01     A.      Yes.
02      Q.      And it include -- it's an e-mail
03  from Rebecca Isbell to Paul Chandler, dated
04  10/18/2010 with the subject "Macondo Data."
05  And does it appear that there are attachments
06  to this e-mail?
07      A.      I mean, I'm not sure how I would
08  determine there are attachments to the
09  e-mail.
10      Q.      Well, let's look at the --
11      A.      Oh, in other words --
12      Q.      Yes, in the --
13      A.      It could reflect it there's
14  attachments.  All there is is a text
15  underline, so I don't know if that really
16  means there is an attachment or not.
17  Presumably there is.
18      Q.      Okay.  And one of the -- where
19  it says underlined, "BP Macondo Pencor
20  Preliminary Field Report.xls"; is that
21  correct?
22      A.      That's correct.
23      Q.      Let's go back to the page
24  beginning ANA-MDL2-000063957.
25      A.      Yes.
00150:01     Q.      Do you recognize this document?
02      A.      It looks very similar to the --
03  the document that we received during the
04  initial week of the wireline evaluations.  So
05  I'm presuming it's the very same report that
06  we would have received, you know, roughly in
```

```
07   the middle of April.  So it -- it looks very
08   similar.
09        Q.    Okay.  And --
10        A.    I haven't made a one-to-one
11   comparison, but it looks similar.
12        Q.    And there is a date listed on
13   the first page of April 14th, 2010.  Do you
14   see that?
15        A.    Oh, April 14th, 2010, yes, I do
16   see that.
17        Q.    Does that comport with your
18   understanding of when you received a Pencor
19   preliminary report?
20        A.    Well, I can't say exactly when I
21   received it, but that seems to be in the
22   general ballpark of the time I would have
23   received it.
```

Page 151:03 to 152:03

```
00151:03        Q.    And, Mr. O'Neill, other than the
04   volumetric interpretation that we discussed
05   and the pressure characterization that we
06   discussed and the seismic plot, the
07   reflectivity plot, do you recall whether
08   there -- whether there were any other
09   petrophysical analysis that Anadarko did?
10        A.    No, I don't recall any other.
11        Q.    And all of those analyses
12   occurred around April; is that -- April 2010;
13   is that right?
14        A.    Yes, within approximately, you
15   know, five days of, you know, over the course
16   of the entire logging operation.  Five or six
17   days.
18        Q.    And af- -- after April 2010 do
19   you recall any updates made to any of those
20   analyses?
21        A.    I'm sorry, after April --
22        Q.    After -- sorry.  After the end
23   of April, beginning in May 2010 do you recall
24   any updates made to any of those analyses?
25        A.    Of the original petrophysical
00152:01   analyses?
02        Q.    Right.
03        A.    No.
```

Page 152:08 to 152:20

```
00152:08   The analyses that you did in
09   April, specifically the -- at Tab 25, the
10   "Macondo Post Drill" document, the last page
11   is the predicted flow rate calculations.
12        A.    Okay.  And we're looking at the
```

```
13  color version of this.
14       MS. WILMS:  Oh, I'm sorry.  You're
15  right.
16       A.     (Continuing)  All right.
17       Q.     (BY MS. HARVEY)  And this
18  document you said before were hypothetical
19  estimates of production under a controlled
20  situation; is that correct?
```

Page 152:22 to 152:25

```
00152:22      Q.     (BY MS. HARVEY)  That they were
23  assuming that the oil being produced was in a
24  controlled environment; is that correct?
25       A.     Not "they."
```

Page 153:02 to 153:10

```
00153:02      A.     (Continuing)  This is a
03  hypothetical that I am applying for -- this
04  is a completely closed system, controlled
05  flow, yes.
06       Q.     (BY MS. HARVEY)  Okay.  Did --
07  are you aware that events occurred later in
08  April, that the well was in an uncontrolled
09  state in a -- or in a blowout state?  Are you
10  aware of that?
```

Page 153:12 to 153:17

```
00153:12      A.     Yes, I was aware of that
13  eventually.
14       Q.     (BY MS. HARVEY)  Okay.  Do you
15  know if Anadarko did any analyses of what the
16  flow rate would be in the -- after the
17  blowout occurred?
```

Page 153:19 to 153:24

```
00153:19      A.     I'm not aware of any
20  calculations of that.
21       Q.     (BY MS. HARVEY)  If we can turn
22  to Tab No. 33.  Okay.  And this is the
23  document -- actually, this is a previously
24  marked Exhibit 4996.
```

Page 154:01 to 154:14

```
00154:01      Q.     And this is an e-mail from Dawn
02  Peyton to Alan O'Donnell dated Friday,
03  April 23rd, 2010 with the subject "Macondo
04  Flow Rates"; is that correct?
```

```
05        A.        That's correct.
06        Q.        Have you seen this document
07 before?
08        A.        Before today?
09        Q.        Yes.
10        A.        No.
11        Q.        And who is Dawn Peyton?
12        A.        Dawn Peyton is a reservoir
13 engineer with -- at that time she was, I
14 believe, with the EGoM team.
```

Page 155:15 to 156:11

```
00155:15        Q.        In her e-mail she writes, "I'm
      16 calculating an AOF of 45,000 BOPD."  Do you
      17 know what AOF means?
      18        A.        No.
      19        Q.        Do you know what BOPD means?
      20        A.        Presumably that's barrels of oil
      21 per day.
      22        Q.        And she continues, "This is what
      23 I think Macondo was flowing when the riser
      24 was connected and fire was burning."  Did I
      25 read that correctly?
00156:01        A.        Yes, you've read that correctly.
      02        Q.        Okay.  And she goes on, With the
      03 riser disconnected and with a seawater
      04 gradient to the mudline, I calculate 35,000
      05 BOPD.  In reality it's probably more because
      06 I think Brian's average perm of 107md is low.
      07 Did I read that correctly?
      08        A.        Yes, you did.
      09        Q.        And do you know what she's
      10 referring to when she says "Brian's avg
      11 perm"?
```

Page 156:13 to 156:14

```
00156:13        A.        I'm not sure why she thinks my
      14 permeability calculation is low.
```

Page 173:15 to 174:04

```
00173:15        Q.        In the course of this
      16 deposition, we have looked at a number of
      17 e-mails that you were either sent or that you
      18 had sent; is that correct?
      19        A.        You've shown me a number of
      20 e-mails, that is correct.
      21        Q.        And do you have any reason to
      22 doubt the authenticity of those e-mails?
      23        A.        The ones that you've shown me so
      24 far?
```

```
        25      Q.      Yes.
00174:01        A.      I don't have any doubt.
        02      Q.      And did you use e-mail to
        03  transmit to others at Anadarko the results of
        04  your petrophysical analyses?
```

Page 174:06 to 174:08

```
00174:06        A.      There are instances where I used
        07  e-mail to provide a subset of the analyses or
        08  the results of the analyses that I performed.
```

Page 175:03 to 175:06

```
00175:03  If you could go to Tab --
        04  Tab No. 15, which is Exhibit 8725, please.
        05        A.      I'm not familiar with that
        06  numbering.  Is it with the numbers 11498?
```

Page 175:09 to 175:24

```
00175:09        Q.      (BY MR. DIAZ)  But you are
        10  correct, it is 11498.
        11        A.      Okay.
        12        Q.      And you had described earlier,
        13  as reflected in this e-mail, that the
        14  reservoir fluid may be close to the critical
        15  point.  Can you describe for me, as a general
        16  matter, what you mean by the reservoir fluid
        17  being close to a critical point?
        18        A.      In that context I'm referring to
        19  a pressure-temperature cross-plot in which we
        20  are considering the phases of -- or the
        21  condition or the properties of the fluid at
        22  reservoir conditions and -- and how those
        23  properties -- and how those phases may change
        24  with changes in pressure and temperature.
```

Page 177:01 to 177:04

```
00177:01  well.  Were -- what indications were you
        02  relying on or taking into consideration of --
        03  of whether this res- -- reservoir was a near
        04  critical reservoir or not?
```

Page 177:06 to 178:05

```
00177:06        A.      I was simply using the density
        07  that was calculated from the pressure, MDT
        08  pressure data in -- as we mentioned in the
        09  previous discussions where I was -- I was
        10  working through hypothetical examples of, you
```

```
11  know, different combinations of GOR and API
12  gravity.
13          And if I would choose one of
14  those combinations, it would meet some of the
15  criteria for a volatile oil, and some of them
16  actually met the criteria of a nonvolatile
17  oil.
18          So by the terms of a phase
19  diagram, the volatile oil is relatively close
20  to the critical point in that context.
21      Q.    (BY MR. DIAZ)  I understand you
22  did -- did no further analysis with respect
23  to the reservoir characteristics beyond what
24  you have described to us today, but if in
25  theory you wanted to have a more precise
00178:01  understanding of the PVT characteristics of
02  this or any other reservoir, would you then
03  look to the analysis of in situ reservoir
04  samples in order to gather that greater
05  understanding?
```

Page 178:07 to 178:19

```
00178:07        A.    Let me make sure I understand
08  your question.  Are you asking me would I
09  want to take reservoir samples of the fluid
10  and have them analyzed to get further
11  information to define the PVT properties?
12      Q.    (BY MR. DIAZ)  Correct.
13      A.    Yes, that would -- would be more
14  robust information to characterize the fluid
15  as -- to classify the fluid, yes.
16      Q.    And that type -- is that the
17  type of information that you would then use
18  to come up with more precise estimations of
19  the gas-oil ratio of any given reservoir?
```

Page 178:21 to 178:25

```
00178:21        A.    Well, since you're in the course
22  of doing that, you are making a measurement
23  of the GOR.  So I certainly would take a
24  measurement of a GOR over -- over a
25  correlation, yes.
```

Page 180:05 to 181:09

```
00180:05        Q.    If you could now turn to, I
06  believe it is Tab 25, and the exhibit number
07  is 8726.  And I'd like you to go to the last
08  page, please.
09      A.    I'm sorry.  Yes, okay.
10      Q.    And it is entitled "Predicted
```

```
11  Flow Rate," and you've described in your
12  previous testimony the various components of
13  this spreadsheet.  What I'd like you to do is
14  to focus on what appears to be the lightest
15  column for which there is oil in the stock
16  tank barrel condition of 77.06.  Do you see
17  that line item?
18       A.    Yes, that is correct.
19       Q.    Why is that line item a lighter
20  color than others in the spreadsheet?
21       A.    Because it's simply in the
22  middle of the distribution bottom-hole
23  pressures that I used, you know, so I -- I
24  think there are five values above, and there
25  is, not counting zero values, five values
00181:01  below.  So I just -- it's just kind of the
02  middle of the distribution of hypothetical
03  cases.
04       Q.    And those hypothet- --
05  hypothetical cases range at least from an oil
06  in stock tank barrel conditions from zero up
07  to 17,172 barrels, correct?
08       A.    Yes, for this hypothetical case,
09  that's correct.
```

Page 182:18 to 182:25

```
00182:18       Q.    (BY MR. DIAZ)  And correct me if
19  I'm wrong, but I believe you had described
20  earlier that these type of figures that are
21  displayed on this spreadsheet play into a
22  very rough determination of whether a well or
23  a reservoir is potentially commercial as
24  opposed to being one that would not pay in
25  commercial quantities, correct?
```

Page 183:02 to 183:06

```
00183:02       A.    Yes, I'm -- I'm trying to
03  discriminate between a -- a interval that
04  really has obviously low oil production
05  versus one that has respectable flow rate or
06  appreciable flow rate.
```

Page 184:20 to 185:02

```
00184:20       Q.    If as a general matter based on
21  samples of the reservoir the gas-oil ratio
22  was closer to 3,000 rather than 2815 --
23       A.    Uh-huh.
24       Q.    -- would the resulting impact
25  on -- on this spreadsheet be that the oil
00185:01  rates would go down and the gas rates would
```

```
     02  go up?
```

Page 185:04 to 185:09

```
00185:04       A.    I don't think that -- I mean,
     05  I've not run it in that fashion, but -- but
     06  I -- I would think, yeah, there may be a
     07  subtle change in the oil flow rate and the
     08  gas flow rate, but I'm -- you know, I'm --
     09  I'm guessing here.
```

Page 185:11 to 185:13

```
00185:11       A.    Because we're talking about a
     12  subtle difference, right?  You're talking
     13  about 200 GOR.
```

Page 200:20 to 200:23

```
00200:20       Q.    (BY MR. ORR)  This is
     21  ANA-MDL-000020765, which is a cover e-mail
     22  dated May 10th, 2010, attaching a final field
     23  fluids report.
```

Page 201:03 to 201:19

```
00201:03       Q.    Are you familiar with the
     04  attached report dated April 22, 2010, from
     05  Pencor?
     06       A.    Dated April 22?
     07       Q.    The cover letter is dated
     08  April 22, 2010.
     09       A.    No, I'm not particular with this
     10  particular version of this report.
     11       Q.    Okay.
     12       A.    I mean, when I tab through it,
     13  it looks very similar to the report that I
     14  had seen previously to April 22nd.
     15       Q.    Okay.  You don't know if you saw
     16  this particular version of it, though?
     17       A.    I don't -- I don't recall.  I
     18  mean, it looks so similar, but I -- I don't
     19  know.
```

Page 202:10 to 202:12

```
00202:10       Q.    Okay.  The cover e-mail says,
     11  "Attached is a report that Anadarko requested
     12  a few times."
```

Page 202:24 to 203:01

```
00202:24        Q.    Do you know why Anadarko
      25 requested this report?
00203:01        A.    No.
```

Page 203:03 to 203:06

```
00203:03        Q.    (BY MR. ORR)  Do you know what
      04 Anadarko did with the information in this
      05 report after receiving it around May 10th,
      06 2010?
```

Page 203:08 to 203:08

```
00203:08        A.    No, I don't.
```

Page 205:01 to 205:07

```
00205:01 Love.  Just briefly, I'd like to ask you a
      02 few questions here today.  Do you have any
      03 knowledge about any conduct on the part of
      04 Halliburton occurring between April 22nd,
      05 2010 up until September 19th of 2010 relating
      06 to the attempt to stop the flow of oil from
      07 the Macondo well?
```

Page 205:11 to 205:18

```
00205:11        A.    The conduct of individuals or
      12 Halliburton as a whole.
      13        Q.    (BY MS. RICHARD)  Either.
      14        A.    No.
      15        Q.    Do you have any -- personally
      16 have any criticism about any of Halliburton's
      17 conduct relating to any of the relief
      18 efforts?
```

Page 205:20 to 205:23

```
00205:20        A.    I'm not in a position to
      21 criticize, so I -- I haven't really evaluated
      22 it to -- or have the -- the experience to
      23 have a critical opinion.
```

Page 206:11 to 206:14

```
00206:11        Q.    -- a good clarification.  Are
      12 you answering that question both from your
      13 personal knowledge and as a representative of
      14 Anadarko?
```

Page 206:21 to 207:02

```
00206:21        A.     I believe my answer was I didn't
      22  have an authoritative opinion on this matter.
      23  So whether it was personal or professional, I
      24  don't have a strong opinion.
      25        Q.     (BY MS. RICHARD)   Okay.   Whether
00207:01  it's a strong opinion or not, do you have any
      02  opinion one way or another?
```

Page 207:04 to 207:09

```
00207:04        A.     No, I don't have an opinion.
      05        Q.     (BY MS. RICHARD)   Okay.   Did you
      06  ever hear of anyone else having any criticism
      07  about any of Halliburton's conduct relating
      08  to any of the relief efforts re- -- related
      09  to the Macondo well?
```

Page 207:11 to 207:15

```
00207:11        A.     I don't recall any specific
      12  criticism of Halliburton by any individual.
      13        Q.     (BY MS. RICHARD)   Are you aware
      14  of any Halliburton representative being a
      15  member of the unified area command team?
```

Page 207:19 to 207:24

```
00207:19        A.     Yeah, I guess I'm not familiar
      20  with the membership of that team.
      21        Q.     (BY MS. RICHARD)   Okay.   Are you
      22  aware of any Halliburton representative being
      23  involved in any decision-making process
      24  related to the relief activities?
```

Page 208:01 to 208:09

```
00208:01        A.     No, I'm unaware of -- of any
      02  decision on Halliburton's part.
      03        Q.     (BY MS. RICHARD)   To your
      04  knowledge -- and I'm asking you for your
      05  personal knowledge -- did anyone from
      06  Halliburton give you or Anadarko any
      07  suggestions regarding how to proceed relating
      08  to any relief activities related to the
      09  Macondo well?
```

Page 208:11 to 208:18

```
00208:11        A.     I wouldn't know that because I'm
      12  not directly involved with any aspect of the
      13  relief efforts.   So I don't know.
```

```
          14        Q.     (BY MS. RICHARD)  Okay.  So, to
          15  your knowledge, Halliburton didn't give any
          16  directives to anyone at Anadarko, is that
          17  correct, related to the Macondo well relief
          18  efforts?
```

Page 208:20 to 208:25

```
00208:20        A.     I really don't have an opinion
          21  because I'm -- I wasn't any part of -- of
          22  those activities that you're speaking about.
          23        Q.     (BY MS. RICHARD)  Okay.  Was the
          24  Macondo M56 reservoir a hydrocarbon-bearing
          25  zone?
```

Page 209:02 to 209:11

```
00209:02        A.     Okay.  In what context?  Are --
          03  are you talking about in terms of my
          04  petrophysical analysis?
          05        Q.     (BY MS. RICHARD)  Absolutely,
          06  yes, sir.
          07        A.     And would I regard it as
          08  potentially having hydrocarbons?
          09        Q.     Yes, sir.
          10        A.     Yes, I think that would be
          11  reasonable.
```

Page 209:18 to 209:20

```
00209:18  distinction.  Let's break that down into two
          19  questions.  In general how do you determine
          20  that?
```

Page 209:22 to 211:09

```
00209:22        A.     Yeah, I don't -- I don't believe
          23  I have, like, a generalized way to determine
          24  that.  I might provide a series of parameters
          25  that could be used to characterize the
00210:01  presence of hydrocarbon.
          02        Q.     (BY MS. RICHARD)  And could you
          03  enumerate those for us today, please?
          04        A.     Yes, you could use the -- you
          05  could infer that there is hydrocarbon based
          06  on the water saturation calculation.  You
          07  could infer there is hydrocarbon based on the
          08  MDT, negative pressure gradient analysis.
          09  And then you collected hydrocarbon samples
          10  during the MDT operation itself.  There may
          11  be others, but those are the main ones I can
          12  think of.
          13        Q.     And did you -- did -- did you
```

```
14    apply those general principles to the Macondo
15    M56 reservoir in this case?
16         A.    I'm not sure what you mean did I
17    applied those principles.  Those were
18    specific pieces of evidence that I said that
19    you could use to characterize it as
20    hydrocarbon bearing.
21         Q.    And did you use those
22    specific -- I'm sorry, did you apply those
23    specific pieces of evidence that -- in order
24    to characterize the Macondo M56 reservoir as
25    hydrocarbon bearing?
00211:01       A.    I provided the calculation of
02    water saturation and the calculation of fluid
03    density based on MDT that could be used for
04    someone to come to the conclusion that it's
05    hydrocarbon bearing.
06         Q.    Okay.  Maybe it would be better
07    if I just asked you specifically how did you
08    determine then that the Macondo M56 reservoir
09    was a hydrocarbon-bearing zone?
```

Page 211:11 to 211:14

```
00211:11       A.    Well, based on those three
12    pieces that -- of evidence it -- it seems
13    that it's reasonable to assume that it's a
14    hydrocarbon-bearing reservoir.
```

Page 212:07 to 212:20

```
00212:07       Q.    (BY MS. RICHARD)  Sir, I just
08    have -- if you'll look at Page -- at
09    Tab No. 19, please, in your folder.
10         A.    Oh, 19, okay.
11         Q.    Yes, there is -- we're going to
12    look at another document --
13         A.    Okay.
14         Q.    -- before we talk about that
15    other --
16         A.    Okay.
17         Q.    -- the other document.  And I'll
18    just ask you, did you have any involvement
19    with assessing the flow path in the Macondo
20    well?
```

Page 212:24 to 213:06

```
00212:24       A.    I'm -- I'm going to let you
25    explain to me what you mean by "flow path,"
00213:01  but go ahead.  The flow path --
02         Q.    (BY MS. RICHARD)  Is that a
03    document -- is that a term that you're
```

```
04  familiar with, flow path?
05       A.    No.
06       Q.    All right.
```