# United States' Phase Two Offer of Proof
# Exhibit 16
# Designations from Volume 1 of
# Deposition of
# Deposition of Dawn Peyton

```
Page 9:02 to 9:04

00009:02  September 8th, 2011.  This is the deposition
      03  of Dawn Peyton, in re the oil spill of the --
      04  of the Deepwater Horizon on April 20th, 2010.


Page 9:06 to 9:06

00009:06  DAWN PEYTON,


Page 9:14 to 9:15

00009:14  the record, would you state your name.
      15      A.    Dawn Peyton.


Page 9:24 to 14:07

00009:24  Where are you employed?
      25      A.    Anadarko.
00010:01      Q.    Okay.  And how long have you
      02  been there?
      03      A.    Seven years.
      04      Q.    And prior to that, where were
      05  you?
      06      A.    LSU.
      07      Q.    Okay.
      08      A.    I graduated in '04.
      09      Q.    Okay.  You -- and you have a
      10  degree from LSU?
      11      A.    Yes.
      12      Q.    In what?
      13      A.    Petroleum engineering.
      14      Q.    All right.  Go through your work
      15  history with me and Anadarko, if you would,
      16  beginning when you first were employed up to
      17  now.
      18      A.    Sure.  In 2004, I started in the
      19  production completions group onshore.  I
      20  worked East Texas for about two and a half
      21  years, and then I moved into our Rockies
      22  group as a production completion engineer,
      23  and I did that about six months.  Then I
      24  moved into our production group offshore, and
      25  I worked that for about two and a half years,
00011:01  and then I moved into the reservoir group
      02  offshore into the -- into my current role,
      03  and I've been there for about two years.
      04      Q.    How long?
      05      A.    About two years.
      06      Q.    All right.  What does a reserve
      07  engineer do?
      08      A.    In -- in my job, you know, I'm
      09  in charge of looking after currently
```

```
10    producing wells, and so maximizing recoveries
11    from reservoirs.  I do budgeting.  I do
12    reserve estimates, run economics, that type
13    stuff.
14          Q.    Okay.  What's involved in doing
15    reserve estimates?
16          A.    For me, what I would do is if
17    it's a currently producing reservoir, I would
18    look at either decline curves to kind of
19    estimate how long I think the reservoir would
20    last, reservoir simulation type work to
21    estimate recovery factors.  For -- for new
22    fields, I also look at recovery factors.  I
23    work with our asset team to -- to size the
24    reservoir.
25          Q.    Really?
00012:01    A.    Uh-huh.
02          Q.    How about a reservoir that's not
03    producing that's a new reservoir --
04          A.    Uh-huh.
05          Q.    -- an exploratory, in effect, a
06    well drilled in a exploratory fashion into a
07    reservoir, what -- how do you determine what
08    the size of a reservoir is that you
09    haven't -- that's unexplored?
10          A.    Well, the geophysicist would
11    look at whatever seismic data that they have,
12    and then he would work then with our
13    geologists to map out the -- the reservoir,
14    and so they would really be the ones that
15    would kind of determine area-wise and
16    thickness-wise how much pay is there.  And
17    then I would come in and determine what kind
18    of recovery factor we would get, like, how
19    much oil would we -- we actually recover from
20    the ground.
21          Q.    All right.
22          A.    And -- and I came up with that
23    using either reservoir simulator or just
24    general knowledge of fields of that type,
25    analogs.
00013:01    Q.    Okay.  How did you become
02    involved, if you did, in the Mississippi --
03    Mississippi Canyon prospect?
04          A.    I actually moved into this group
05    right after the initial meeting with BP, and
06    so it was just a project that I was given as
07    one of my areas.
08          Q.    Okay.  Was that the asset
09    development team?
10          A.    Yes.
11          Q.    And the asset development was
12    the Macondo well reservoir?
13          MS. WILMS:  Object to form.
14                And you can go ahead and answer
```

```
15  the question.
16        Q.      (BY MR. MATTHEWS)  If you know.
17        A.      Can you repeat the question?
18        Q.      I'm sorry?
19        A.      Can you repeat the question?
20        Q.      Sure.  The asset development --
21  the asset to be development -- developed was
22  the reservoir that was discovered by the
23  Macondo well -- or drilled into by the
24  Macondo well?
25        MS. WILMS:  Object to form.
00014:01        A.      Yes.
02        Q.      (BY MR. MATTHEWS)  Okay.  Did
03  you determine the size of that reservoir?
04        A.      I was one of the people that
05  helped determine the size of that reservoir.
06        Q.      Okay.  What was the size of the
07  reservoir?
```

## Page 14:09 to 14:23

```
00014:09        A.      You know, there is a range of
10  sizes.  We don't have just kind of one -- one
11  size.
12        Q.      (BY MR. MATHEWS)  I understand.
13  You will go from a -- from a low, a mean, and
14  a high, won't you?
15        A.      Uh-huh, yes.
16        Q.      Do you remember what the low,
17  mean, and high were?
18        A.      I remember the low being
19  somewhere in the 15-million-barrel range, and
20  the high being somewhere in the
21  couple-of-hundred-million-barrel range.
22        Q.      Okay.  Do you know if that
23  turned out to be accurate?
```

## Page 14:25 to 15:13

```
00014:25        A.      The pay count came in about what
00015:01  we thought it would.
02        Q.      (BY MR. MATTHEWS)  What did?
03        A.      The thickness of the reservoir
04  came in about what we thought it would.
05  So...
06        Q.      So the thickness was about what
07  you thought, but how about the volume?
08        A.      Yes.
09        Q.      Same thing?
10        A.      Yes, it came in pretty close to
11  what we thought.
12        Q.      Do you recall -- or did you help
13  compute the estimated return on the well?
```

Page 15:15 to 15:17

```
00015:15        A.     I was the one that did the
      16  economics for Macondo.
      17        Q.     (BY MR. MATTHEWS)  What was it?
```

Page 15:19 to 16:03

```
00015:19        A.     I don't recall what the exact
      20  number was.
      21        Q.     (BY MR. MATTHEWS)  Do you --
      22  well, it doesn't -- it doesn't have to be
      23  exact.  Do you recall?
      24        A.     We -- we ran several different
      25  cases of economics, and, you know, each
00016:01  different case had different assumptions for
      02  what we had at the time.  So I -- I don't
      03  recall what that return was.
```

Page 17:11 to 17:13

```
00017:11        Q.     Do you know how BP and Anadarko
      12  became involved with each other with respect
      13  to this prospect?
```

Page 17:15 to 17:19

```
00017:15        A.     No, I sure don't.  That was
      16  before I got into the group.
      17        Q.     (BY MR. MATTHEWS)  So you had
      18  nothing to do with it?
      19        A.     No.
```

Page 18:04 to 18:05

```
00018:04        Q.     Do you know what the agreement
      05  was between Anadarko and BP?
```

Page 18:07 to 18:08

```
00018:07        A.     I don't know the exact deal
      08  terms, no.
```

Page 19:11 to 19:13

```
00019:11        Q.     (BY MR. MATTHEWS)  Was Anadarko
      12  a partner with BP in that Anadarko was an
      13  operator --
```

Page 19:15 to 20:13

```
00019:15         Q.      (BY MR. MATTHEWS)  -- of the
      16  well?
      17         A.      I don't want to speak for
      18  Anadarko, but my understanding was that we
      19  were a non-op partner in the well.
      20         Q.      We were what kind of partner?
      21         A.      A non-operated partner.
      22         Q.      All right.  What does that mean?
      23         A.      To me, that means that we were
      24  just an investor in the well or an investor
      25  in the project.
00020:01         Q.      All right.  As a reservoir
      02  engineer, were you asked to read any of the
      03  seismic data, or are you capable of doing
      04  that?
      05         A.      No.
      06         Q.      Okay.  Do you know what kind of
      07  seismic data was acquired with respect to
      08  this reservoir?
      09         A.      No, I'm definitely not the one
      10  to answer that.
      11         Q.      Do you know who supplied the
      12  seismic data?
      13         A.      No.
```

Page 20:22 to 20:25

```
00020:22         Q.      (BY MR. MATTHEWS)  Was one of
      23  your jobs to monitor the progress of the
      24  drilling of the Macondo well?
      25         A.      It was not my job to do that.
```

Page 25:11 to 25:15

```
00025:11         Q.      So you were not involved, as far
      12  as you're aware, with respect to BP offering
      13  an interest in the well to Anadarko and
      14  subsequently Anadarko entering into an
      15  agreement?
```

Page 25:17 to 25:23

```
00025:17         A.      I mean, I -- I was involved in
      18  that.  I evaluated the economic decision.
      19         Q.      (BY MR. MATTHEWS)  I mean, what
      20  you did was evaluate the reservoir?
      21         A.      Right.
      22         Q.      And that's it?
      23         A.      That's it.
```

Page 26:19 to 27:01

```
00026:19  there for you.  This is labeled as
      20  Exhibit 1579.  And look at Bates No. 444.
      21  Bates numbers are these numbers at the bottom
      22  of the right-hand corner of the page.
      23       A.     Yeah.
      24       Q.     Bates No. 444.
      25       A.     I have a 44 --
00027:01       Q.     Keep on going.
```

Page 27:04 to 27:09

```
00027:04       Q.     (BY MR. MATTHEWS)  And this says
      05  "Macondo Prospect (MC 252)," that's
      06  Mississippi Canyon, "Summary."
      07              Have you seen this?
      08       A.     I actually don't recall seeing
      09  this.
```

Page 29:18 to 30:08

```
00029:18  MS. MARTIN:  What exhibit number is on
      19  there?
      20       MS. WILMS:  It's 4987.
      21       Q.     (BY MR. MATTHEWS)  All right.
      22  Look at tab 3.  That's to you from Josh
      23  Nikhil.  And what does it relate to?
      24       A.     Let me just take a minute to
      25  read it.
00030:01       Q.     What does that relate to?
      02       A.     This just relates to me trying
      03  to get an estimate of flow rates.
      04       Q.     Estimate of what?
      05       A.     Of flow rates, like, what were
      06  the potential flow rates for the well.
      07       Q.     And what was the potential flow
      08  rate?
```

Page 30:10 to 30:18

```
00030:10       Q.     (BY MR. MATTHEWS)  If you
      11  recall.
      12       A.     I -- I don't recall.  I don't
      13  recall what they were.
      14       Q.     We may have something.  Do you
      15  recall at one time that you estimated a flow
      16  rate of 35,000 barrels per day after the
      17  blowout?
      18       A.     I --
```

Page 30:20 to 30:22

```
00030:20       A.     (Continuing)  I do recall that.
      21       Q.     (BY MR. MATTHEWS)  Do you recall
```

```
        22   what the actual flow rate was?
```

Page 30:24 to 31:12

```
00030:24        A.    No.
        25        Q.    (BY MR. MATTHEWS)   Do you know
00031:01   if it was higher than 35,000?
        02        A.    I -- no.
        03        Q.    Have you ever seen any modeling,
        04   say, April the 22nd or April the 29th, after
        05   the explosion that shows the flow rates at
        06   above a hundred thousand barrels a day?
        07        A.    No.
        08        Q.    Have you ever seen the Woods
        09   Hole Institute report that shows the flow
        10   rate based on acoustic modeling at 57,000
        11   barrels a day?
        12        A.    No.
```

Page 31:18 to 31:22

```
00031:18        Q.    (BY MR. MATHEWS)   Were you asked
        19   to provide a flow rate prior to Anadarko
        20   entering into the agreement with BP on this
        21   prospect?
        22        A.    No.
```

Page 32:20 to 33:06

```
00032:20        Q.    Okay.  What is -- this is a
        21   Chandler Exhibit 1580, tab 7, but if you look
        22   at the second page, what does that illustrate
        23   or tell us?
        24        A.    What I was trying to do here was
        25   to determine how BP came up with their
00033:01   reserve range.  Their reserve range was just
        02   slightly different than ours, and so I was
        03   trying to figure out how they came up with
        04   theirs.  And so this is, basically, a -- a
        05   crystal ball run that shows how I think they
        06   came up with their reserve distribution.
```

Page 36:24 to 37:01

```
00036:24        Q.    (BY MR. MATTHEWS)   Were you
        25   familiar with the history of the geological
00037:01   formation of the Mississippi Canyon?
```

Page 37:03 to 37:03

```
00037:03        A.    No.
```

Page 39:08 to 39:15

```
00039:08      Q.     And the exhibit number is?
      09      A.     4989.
      10      Q.     4989.  What is this?
      11      A.     That is my Microsoft Excel
      12  Genius, and I'm trying to make a tornado
      13  chart out of these economics, and so I was
      14  having trouble with that, so I e-mailed him
      15  and asked him for help.
```

Page 42:01 to 42:04

```
00042:01      Q.     Good.  Why don't you mark that
      02  as an exhibit.
      03      MS. WILMS:  This is going to be --
      04      THE WITNESS:  4990.
```

Page 43:09 to 43:10

```
00043:09  MS. WILMS:  This last exhibit is
      10  No. 4991.
```

Page 43:12 to 43:12

```
00043:12  MS. WILMS:  This one is 4992.
```

Page 48:10 to 48:10

```
00048:10      A.     No.  It'll be 4993.
```

Page 48:13 to 48:18

```
00048:13      Q.     All right.  And then let's mark
      14  tab 49.
      15      A.     It's 4994.
      16      Q.     Did you see this?  Or have you
      17  seen this?
      18      A.     I have not seen this.
```

Page 49:14 to 49:24

```
00049:14      Q.     (BY MR. MATTHEWS)  What is that?
      15      A.     Here we're just discussing the
      16  flow assurance aspects of the tieback.
      17      Q.     Shows what?
      18      A.     Here we're talking about, like,
      19  the flow assurance aspects, like, what --
      20  what pressure and temperature would be at the
      21  platform if you had a tieback.
      22      Q.     All right.  Let's -- let's mark
      23  that.
```

```
     24         MS. WILMS:  4995.
```

Page 51:06 to 51:21

```
00051:06        Q.    (BY MR. MATTHEWS)  Were you
     07  involved in the -- in any way in the --
     08  helping BP with respect to the blowout or the
     09  containment issues?
     10        A.    No.
     11        MS. WILMS:  Object to form.
     12        Q.    (BY MR. MATTHEWS)  Were you
     13  involved in any way in helping Anadarko
     14  choose people that may have been on the
     15  containment team?
     16        A.    No.
     17        Q.    Were you involved in way -- in
     18  way deciding what happened with respect to
     19  the well?
     20        MS. WILMS:  Object to form.
     21        A.    No.
```

Page 52:19 to 52:25

```
00052:19        Q.    (BY MR. MATTHEWS)  All right.
     20  I'm going to mark this -- this is a document
     21  that's previously -- the first page is an
     22  O'Donnell Exhibit 1934, but the second page
     23  wasn't marked as an exhibit, so I'll hand it
     24  across to you and ask you, if you would mark
     25  it.
```

Page 53:03 to 53:04

```
00053:03        Q.    (BY MR. MATTHEWS)  It's Bates
     04  numbered ANA-MDL-000261741.
```

Page 53:07 to 53:14

```
00053:07        Q.    (BY MR. MATTHEWS)  And what
     08  exhibit?
     09        A.    4996.
     10        Q.    And do you recall this document?
     11        A.    Yes.
     12        Q.    This is after the explosion,
     13  right?
     14        A.    It was.
```

Page 54:03 to 56:19

```
00054:03        Q.    (BY MR. MATTHEWS)  All right.
     04  Did you prepare this document on -- by April
     05  23rd?
```

```
06        A.      This is an e-mail that I sent,
07 yes.
08        Q.      And it's to your boss, right?
09        A.      It is.
10        Q.      All right.  And what does it
11 relate to?
12        A.      This relates to, you know, what
13 I thought the well was flowing -- or could
14 have been flowing after the blowout, but, you
15 know, this was made up with a ton of
16 assumptions that, you know, I didn't have any
17 access to any kind of real data.  This is
18 just kind of my back of the envelope
19 calculation.
20        Q.      Okay.  And it's based upon
21 information that you knew or used common
22 sense, but basically information that you
23 knew or along the way had been provided by
24 BP, right?
25        MS. WILMS:  Object to form.
00055:01        MR. BEFFA:  Objection; form.
02        A.      There is way too many
03 assumptions in this for -- for me to have a
04 good answer.  Like, this is just my
05 two-minute calculation, and I definitely did
06 not have enough information to make any kind
07 of an accurate determination of flow rate.
08        Q.      (BY MR. MATTHEWS)  All right.
09 Well, like it or not, it's here.  And it
10 says, I'm calculating an ACF, what is that?
11        A.      That's an AOF, absolute open
12 flow.
13        Q.      Of 45,000 barrels of oil per
14 day, right?
15        A.      That's what this says.
16        Q.      Then it says, "with the riser
17 disconnected."  Do you know if the riser was
18 disconnected?
19        A.      I had no idea.
20        Q.      That was one assumption?
21        A.      Yes.
22        Q.      Do you know if, in fact, that
23 the riser wasn't disconnected?
24        A.      I don't know.
25        Q.      Okay.  What's the second page?
00056:01        A.      This is just an output from the
02 nodal analysis program that I use to make
03 these flow rate calculations.
04        Q.      Okay.  Well, you're showing
05 45,000 barrels a day at zero pressure?
06        A.      Right.  And that's kind of the
07 definition of absolute open flow.  I just
08 assume zero pressure at the same phase, which
09 really can't happen in real life.
10        Q.      Okay.  It can't?
```

```
11       A.     No.
12       Q.     It can't, can it?
13       A.     No.
14       Q.     Okay.  Do you know what the
15  pressure in this reservoir was?
16       MS. WILMS:  Object to form.
17       A.     I -- I know what the initial
18  pressure was.
19       Q.     (BY MS. MATTHEWS)  All right.
```

Page 58:23 to 59:02

```
00058:23     Q.     Have you ever seen flow rates by
     24  BP or estimated flow rates by BP after April
     25  the 20th that illustrate or attempt to show
00059:01  that the well was flowing 5,000 barrels per
     02  day?
```

Page 59:04 to 59:04

```
00059:04     A.     No.
```

Page 60:11 to 60:12

```
00060:11     Q.     Was there anyone at Anadarko
     12  concerned with well control?
```

Page 60:14 to 60:14

```
00060:14     A.     Not that I'm aware of.
```

Page 63:07 to 63:22

```
00063:07     Q.     (BY MR. MATTHEWS)  Look at
     08  tab 125.  Do you have it?
     09       A.     Yeah.
     10       Q.     Have you seen this document?
     11       A.     I -- I can't say that I have.
     12       Q.     It's an Anadarko document; is it
     13  not?
     14       A.     It looks that way, just base --
     15  just because it says Anadarko on it, but I
     16  don't -- I don't recognize this document.
     17       Q.     Look at Page 288.  Page 288
     18  shows 90 feet -- 90 plus net feet of oil pay,
     19  right?
     20       A.     That's what it says, yeah.
     21       Q.     Do you know if that's accurate,
     22  insofar as you're aware of?
```

Page 63:24 to 64:03

```
00063:24        A.      That seems to be in the ballpark
      25 of what I remember.
00064:01        Q.      (BY MR. MATTHEWS)  All right.
      02 Let's mark this tab 125 as exhibit what?
      03        MS. WILMS:  Looks like 4997.
```

Page 79:10 to 79:16

```
00079:10 MS. WILMS:  That's going to be marked
      11 as Exhibit --
      12        THE WITNESS:  4998.
      13        Q.      (BY MS. MARTIN)  Okay.  So I
      14 want to go to tab 5, and you can mark that as
      15 well.  4999?  Do you see it?
      16        A.      Yeah, it's 4999.
```

Page 85:19 to 85:20

```
00085:19 MS. WILMS:  Okay.  Then this is exhibit
      20 5013.
```

Page 94:23 to 94:25

```
00094:23        Q.      Okay.  Have you been updating
      24 your estimates of the size and -- and
      25 substance of the reservoir?
```

Page 95:02 to 95:02

```
00095:02        A.      Yes, we have.
```

Page 95:09 to 95:09

```
00095:09 MS. WILMS:  It's to be Exhibit 5014.
```

Page 95:12 to 96:01

```
00095:12        Q.      (BY MS. MARTIN)  Do you
      13 recognize this document?
      14        A.      Yes, I do.
      15        Q.      Can you tell me what it is?
      16        A.      This is a -- this is one sheet
      17 of what we call our MMRA that shows the
      18 numbers used to calculate the hydrocarbon
      19 recovery.
      20        Q.      Okay.  And at the top it says,
      21 "Analysis run data, 10th May 2010.  Do you
      22 see?
      23        A.      I do.
      24        Q.      Does that refresh your
      25 recollection about when you may have updated
00096:01 your reservoir analyses for Macondo?
```

Page 96:03 to 96:05

```
00096:03        A.      I know that we've done at least
      04  one update post drill.
      05        Q.      (BY MS. MARTIN)  Okay.
```

Page 96:23 to 97:04

```
00096:23        Q.      (BY MS. MARTIN)  Sure.  What I'm
      24  trying to figure out is you said that you
      25  have -- that Anadarko has updated their
00097:01  reservoir analysis in terms of the size of
      02  the reservoir post drill, and so I want to
      03  know if there is any change in the -- in the
      04  results of the analysis.
```

Page 97:06 to 97:21

```
00097:06        A.      And -- and what I'd say to that,
      07  again, is that we -- you know, we look at the
      08  size of the reservoir at a range and it's a
      09  big range.  And so for me between the post
      10  drill and pre-drill, it's within that ran- --
      11  you know, it's similar.
      12        Q.      (BY MS. MARTIN)  Okay.  So you
      13  haven't had any changes to -- I mean, it's --
      14  it's still a range, I understand, but is
      15  the -- did the range narrow in any way or
      16  move a little towards the high end or a
      17  little towards the low end?  And I understand
      18  it's a range on top of -- you know, compared
      19  to a range, but they weren't exactly the
      20  same.  So can you give me an idea what the
      21  movement was?
```

Page 97:23 to 98:05

```
00097:23        A.      I would say it was pretty
      24  similar.
      25        Q.      (BY MS. MARTIN)  Okay.  And as
00098:01  far as the oil or the hydrocarbons themselves
      02  and their properties, have -- have there been
      03  any changes since -- from the pre-drill to
      04  the post drill?
      05        A.      Yes.
```

Page 98:08 to 98:18

```
00098:08        Q.      (BY MS. MARTIN)  Okay.  Can you
      09  tell me about those two?
      10        A.      You know, predrill we were
```

```
11  thinking that the oil would be more of a
12  black oil that's kind of a type -- a fluid
13  type with a GOR in the 800 range.  And after
14  we drilled it we realized that wasn't the
15  case.  It was kind of more of what we call a
16  volatile oil, which is just another fluid
17  type, and it had a GOR of, you know, 3,000.
18  So the fluid type, it was different.
```

Page 98:25 to 99:22

```
00098:25      Q.     (BY MS. MARTIN)  And GOR is?
00099:01      A.     Gas/oil ratio.
02       Q.     Okay.  And what -- can you tell
03  me the significance of that difference?
04       MS. WILMS:  Object to form.
05       A.     To me that has an impact on how
06  much recovery you're going to get from the
07  reservoir.
08       Q.     (BY MS. MARTIN)  Okay.  In what
09  way?
10       A.     Meaning that depending on its
11  other properties, it could be higher or lower
12  than what we had assumed before.  I mean,
13  it's just -- it's going to be different than
14  what we assumed before.
15       Q.     Okay.  So just that one number
16  of this is a significant difference?
17       A.     The GOR makes a big difference,
18  oil formation, volume factors is different,
19  you know.
20       MS. MARTIN:  Okay.  Let's just change
21  the tape.  I have a couple more questions,
22  then:
```

Page 100:04 to 101:09

```
00100:04      Q.     (BY MS. MARTIN)  Before we broke
05  to change the tape you were telling me about
06  how some of the fluid properties of the
07  Macondo reservoir had changed in your post
08  drill analysis from your predrill analysis.
09  Do you recall that?
10       A.     Yes.
11       Q.     Okay.  You were telling me about
12  the difference between the GOR from 800 to
13  3,000.  Was there any -- were there any other
14  changes in the fluid properties that you
15  recall?
16       A.     Yes.  I mean, I think I said
17  this before.  The formation volume factor was
18  different.  You know, before we were thinking
19  it was more 1.5ish, and now we knew it was
20  kind of 2.
```

```
       21       Q.      Okay.  What -- can you explain
       22  the formation factor?
       23       A.      Sure.  You know, one -- one
       24  reservoir barrel doesn't equal one surface
       25  barrel, and so that's the factor at which
00101:01  there are two reservoir barrels to one
       02  surface barrel.
       03       Q.      Okay.  So that had changed,
       04  anything else?
       05       A.      And just the fluid type overall
       06  had changed.
       07       Q.      And that's that -- that now it
       08  was more volatile than black?
       09       A.      Right, right.
```

Page 101:16 to 101:16

```
00101:16       Q.      Exhibit 5014.
```

Page 101:23 to 102:18

```
00101:23       Q.      (BY MS. MARTIN) You see that
       24  there is a number that's circled?
       25       A.      Yes.
00102:01       Q.      And it's the mean of the primary
       02  recovery efficiency percentage?  Did I read
       03  that correctly?
       04       A.      Uh-huh that's correct.
       05       Q.      Can you explain to me what that
       06  is?
       07       A.      That's the -- what I call the
       08  recovery factor.  So that's the percentage of
       09  the oil that we think we're going to recover.
       10       Q.      Okay.  And is that a change from
       11  the predrill analysis?
       12       A.      Yes.
       13       Q.      Okay.  Do you recall what the
       14  predrill analysis said?
       15       A.      It was around 30 or -- 30 or 35.
       16  I can't recall.
       17       Q.      Okay.  And now it looks like
       18  it's 43?
```

Page 102:20 to 102:24

```
00102:20       A.      It went up.
       21       Q.      (BY MS. MARTIN)  It went up,
       22  okay.  So that -- can you explain how that's
       23  different from 33 to 30 -- I'm sorry, I got
       24  the numbers -- explain how it's different?
```

Page 103:01 to 103:08

```
00103:01        A.      That to me, this is different
     02   solely because that is different fluid type.
     03   And so, you know, your -- your compress
     04   abilities are higher with a volatile oil.  So
     05   you're -- I would expect the recovery factor
     06   above your bubble point to be higher in a
     07   volatile oil than a black oil that we were
     08   expecting predrill.
```

Page 104:17 to 105:02

```
00104:17        Q.      No.  Did -- were you aware
     18   that -- well, do you know Bob Quitzau at
     19   Anadarko?
     20        A.      I do know Bob Quitzau.
     21        Q.      Okay.  And were you aware that
     22   he worked on the post spill relief efforts?
     23        A.      No.
     24        Q.      Okay.  So you never had any
     25   conversations with him about flow rates at
00105:01   Macondo?
     02        A.      No.
```

Page 105:13 to 105:13

```
00105:13        Q.      Good morning, Ms. Peyton.  My
```

Page 105:16 to 106:04

```
00105:16   I wanted to ask you a few questions that I'm
     17   going to start by turning back to a document
     18   that you looked at earlier.
     19             If you'll turn to -- actually,
     20   it's -- it's in my -- this one's in my
     21   binder -- tab 25 in your binder, and this
     22   document was previously marked as
     23   Exhibit 4996 during Mr. Matthews'
     24   questioning.
     25             And as you discussed with
00106:01   Mr. Matthews, these were some -- I believe
     02   you described them as back-of-the-envelope
     03   flow rate calculations that you performed on
     04   April 23rd; is that correct?
```

Page 106:06 to 107:06

```
00106:06        A.      That's correct.
     07        Q.      (BY MR. CERNICH)  And can you --
     08   can you describe the -- actually, can you
     09   tell me why you performed these calculations?
     10        A.      I think I was just curious.
     11        Q.      Did -- did anyone ask you to
     12   perform these?
```

```
13          A.      Not that I recall.
14          Q.      But you sent these to
15  Mr. O'Donnell; is that correct?
16          A.      That's correct.
17          Q.      And did Mr. O'Donnell respond to
18  you when you sent him these calculations?
19          A.      No.
20          Q.      Did you ever discuss these
21  calculations with Mr. O'Donnell?
22          A.      No.
23          Q.      So you sent these to
24  Mr. O'Donnell, and --
25          A.      That was it.
00107:01          Q.      -- there was silence, no further
02  conversations about these whatsoever?
03          A.      That's correct.
04          Q.      Did you perform any -- any
05  calculations after you performed these
06  calculations?
```

Page 107:08 to 108:10

```
00107:08          A.      No, not on --
09          Q.      (BY MR. CERNICH)  Any flow rate
10  calculations?  I'm sorry.
11          A.      No, no flow rate calculations,
12  no.
13          Q.      Okay.  And you mentioned that
14  you had used a -- a nodal analysis program;
15  is that correct?
16          A.      That's correct.
17          Q.      And -- and which -- which
18  program did you use?
19          A.      I used PROSPER.
20          Q.      Okay.  Is that the -- is that
21  the model that you normally use in your
22  reservoir engineering work?
23          A.      Yes.  I mean, that's -- that's
24  the nodal analysis program that I normally
25  use.
00108:01          Q.      Are there any others that you
02  use?
03          A.      I use a whole range of software,
04  reservoir simulators.  You know, this is just
05  kind of our nodal -- nodal program.
06          Q.      And what reservoir simulators do
07  you use?
08          A.      I use Nexus.
09          Q.      Okay.  Any others?
10          A.      No.
```

Page 108:14 to 109:11

```
00108:14          Q.      (BY MR. CERNICH)  And you say,
```

```
        15  "With the" -- in the -- your e-mail to
        16  Mr. O'Donnell, you say, "With the riser
        17  disconnected and with a seawater gradient to
        18  the mudline, I calculate 35,000 barrels of
        19  oil per day.  In reality it's probably more
        20  because I think Brian's average perm" -- and
        21  "perm" stands for permeability; is that
        22  correct?
        23      A.    That's correct.
        24      Q.    -- "of 107md" -- and that's
        25  millidarcies; is that correct?
00109:01    A.    That's correct.
        02      Q.    -- "is low."
        03            Is Brian, Brian O'Neil?
        04      A.    Yes.
        05      Q.    And Mr. O'Neil is a
        06  petrophysicist; is that right?
        07      A.    He is.
        08      Q.    Okay.  Do you recall ever
        09  determining what the -- what the correct
        10  permeability was for the -- for the
        11  reservoir?
```

Page 109:13 to 109:18

```
00109:13    A.    No.  This is -- this is just
        14  Brian's perm that he calculated based on log
        15  data that we had.
        16      Q.    (BY MR. CERNICH)  Did BP ever
        17  provide you or -- or Mr. O'Neil with the
        18  permeability?
```

Page 109:20 to 110:01

```
00109:20    A.    Not post drill, no.
        21      Q.    (BY MR. CERNICH)  On other wells
        22  where -- where Anadarko -- that -- that
        23  you've worked on where Anadarko has been a --
        24  a partner on a well, would they normally
        25  receive permeability information from the
00110:01  operator --
```

Page 110:03 to 110:03

```
00110:03    Q.    (BY MR. CERNICH)  -- post drill?
```

Page 110:05 to 110:08

```
00110:05    A.    You know, this is my first
        06  drilling well that I've been a partner on.
        07  So I -- I can't speak to Anadarko.  It would
        08  be my assumption that we would get that data.
```

Page 114:04 to 114:05

00114:04        Q.      (BY MR. CERNICH)   And how would
      05  you determine a skin?


Page 114:07 to 114:17

00114:07        A.      Normally I would determine a
      08  skin by looking at a pressure buildup.  So it
      09  would be after -- after the well has
      10  produced, you would just shut it in and
      11  watch -- watch the buildup, and then you
      12  could calculate -- or try to calculate the
      13  skin from there.
      14        Q.      (BY MR. CERNICH)  Okay.  And
      15  how -- what would you use to -- to calculate
      16  that -- the skin in the -- the method -- in
      17  the manner you described?


Page 114:19 to 115:05

00114:19        A.      I would use a -- a software,
      20  piece of software.  I think the one that we
      21  use is called Sapphire.
      22        Q.      (BY MR. CERNICH)  Did you
      23  ever -- at any time did you ever attempt to
      24  calculate a skin for the Macondo well?
      25        A.      No, I don't have any information
00115:01  to -- to calculate that.
      02        Q.      Did you ever receive or look at
      03  any of the -- the shut-in wellhead pressure
      04  data from the Macondo well?
      05        A.      I haven't seen that.


Page 116:25 to 117:12

00116:25        Q.      And did you ever -- did you ever
00117:01  perform a reservoir depletion analysis for
      02  the Macondo well?
      03        A.      Only on a larger scale, and I
      04  don't have any information on what that
      05  depletion would look like, and so I've run
      06  cases that assume no aquifer, infinite
      07  aquifer, and everything in between.
      08        Q.      Okay.  Do you know whether -- do
      09  you -- do you know with regard to the Macondo
      10  well whether there was -- was an aquifer?
      11        A.      I don't know that, but I would
      12  love to know that.


Page 118:09 to 119:03

```
00118:09        Q.      (BY MR. CERNICH)  Okay.  Do you
     10   know a gentleman by the name of Bob Merrill?
     11        A.      No.
     12        Q.      Do you know Cindy Yeilding?
     13        A.      Nope.
     14        Q.      Do you know Kelly McGowen?
     15        A.      No.
     16        Q.      I believe Ms. McGowen was a
     17   reservoir engineer at BP.  Do you recall ever
     18   interacting with Ms. McGowen?
     19        A.      No, I don't recall her name.
     20        Q.      Chris Cecil?
     21        A.      No.
     22        Q.      Mike Mason?
     23        A.      Huh-uh.
     24        Q.      I mentioned earlier a well
     25   integrity test that was performed on the
00119:01   Macondo well follow -- following a well
     02   shut-in.  Did you or anyone at Anadarko
     03   monitor that test in any way?
```

Page 119:05 to 119:10

```
00119:05        A.      Not that I'm aware of.
     06        Q.      (BY MR. CERNICH)  Did you speak
     07   with anyone from BP at any time after
     08   July 15th 2010, to the best of your
     09   recollection?
     10        A.      Not about Macondo, no.
```

Page 119:17 to 119:25

```
00119:17        Q.      Okay.  Now, I believe there --
     18   you spoke a little bit earlier today and --
     19   and it's -- it's my understanding that in
     20   anal- -- analyzing a prospect, you would look
     21   at analog wells, and you would use that
     22   information to attempt to -- to predict what
     23   you might find or how productive or
     24   particular a prospect would be; is that
     25   correct?  Do I understand that correctly?
```

Page 120:02 to 120:19

```
00120:02        A.      I would say that the num- --
     03   that's generally correct.
     04        Q.      (BY MR. CERNICH)  Okay.  And --
     05   well, can you better explain to me how you
     06   would use an analog well?
     07        A.      For example, if, you know, at
     08   predrill we really didn't know what
     09   permeability we were going to get or what
     10   kind of rock we were going to get from this
```

```
11  particular well, and so in that case we
12  looked at Blind Faith, Isabela, Santa Cruz's
13  kind of analogs as to what -- what we might
14  expect.
15          So just using that kind of
16  permeability data, thickness data, you know,
17  we kind of generated what we thought a
18  predrill estimate would be in terms of flow
19  rate.
```

Page 121:19 to 121:22

```
00121:19        Q.    (BY MR. CERNICH)  Would the
20  analog well production data tell you anything
21  post drill about what you would expect to see
22  production wise from the new well?
```

Page 121:24 to 122:04

```
00121:24        A.    It could long term.  You know,
25  if -- if you have an analog that may be
00122:01  geologically similar to your field and you're
02  questioning whether it may or may not have an
03  aquifer, you could infer, or you could look
04  at an analog to see what that had.
```

Page 122:08 to 123:03

```
00122:08        Q.    This -- at the top, this is an
09  e-mail from Brian O'Neil to Bert Allbritton,
10  copied to yourself, dated April 19th, 2010,
11  with the subject "Maconco" -- obviously
12  misspelled -- "(MC 252 #1) information," and
13  there appears to be an attachment entitled
14  "MC252 1 BP01 Macondo PAY.pdf."
15          Do you -- do you recall
16  receiving this e-mail?
17        A.    I don't recall receiving it, but
18  it looks like I did.
19        Q.    Okay.  And in this e-mail, Brian
20  writes to Bert, "The following plot
21  represents our current petrophysical
22  evaluation; there is a pay summary at the
23  bottom of the plot, Brian."
24          And then if I could ask you,
25  please, to turn to the attachment to this
00123:01  e-mail, which is behind the -- the blue
02  sheet.  And can you tell me what this -- can
03  you tell me what this attachment is?
```

Page 123:05 to 123:18

```
00123:05        A.    This -- this looks to be Brian
```

```
06   O'Neil's petrophysical evaluation.
07        Q.     (BY MR. CERNICH)  And at the
08   bottom of this -- at the bottom of this
09   attachment, it appears that a summary table
10   has been redacted; is that correct?
11        A.     That's what it looks like to me.
12        Q.     Do you have any idea why this
13   was redacted?
14        A.     I don't have a clue.
15        Q.     Do you have any knowledge that
16   this -- this chart or this information was
17   prepared at the request of counsel?
18        A.     I don't know.
```

Page 124:07 to 124:10

```
00124:07  MR. CERNICH:  I know.  It says there is
08   a pay summary at the bottom of the plot, and
09   there is no pay summary at the bottom of the
10   plot, so...
```

Page 124:12 to 124:13

```
00124:12  tab 20.  I'm going to mark this as
13   Exhibit 5015.
```

Page 124:15 to 125:04

```
00124:15  not in the binder.  I'm going to mark this as
16   Exhibit 5016.  Could I ask you to put the
17   sticker on yours?
18        THE WITNESS:  Sure.
19        MR. CERNICH:  Thank you.
20        Q.     (BY MR. CERNICH)  This is a
21   document -- it's a document with BP's logo on
22   it, titled "Gulf of Mexico SPU Technical
23   Memorandum," and the title is "Post-Well
24   Subsurface Description of Macondo well
25   (MC 252)."
00125:01          I -- I imagine you haven't seen
02   this document before, but I'll ask you, have
03   you ever seen this document before?
04        A.     No.
```

Page 125:14 to 125:18

```
00125:14        Q.     And it says, "90 feet."  And I
15   believe earlier today you testified that
16   Anadarko's understanding was that the
17   reservoir thickness here was approximately 86
18   feet; is that correct?
```

Page 125:20 to 125:20

00125:20      A.      That's correct.


Page 133:24 to 134:20

00133:24      Q.      I'm going to mark this as
      25  Exhibit 5017.  And this appears to be an
00134:01  e-mail to yourself from Scott Mowery, dated
      02  April 19th, 2010, subject, "Macondo Analogs."
      03  Do you recall receiving this e-mail from
      04  Mr. Mowery?
      05      A.      This is -- yes, I do.
      06      Q.      Okay.  And the -- the e-mail
      07  below it in the string, the earlier e-mail,
      08  is from yourself to Mr. Mowery, and it says,
      09  "Scott, Alan mentioned that you knew of some
      10  fields that are analogous to Macondo with a
      11  3000 GOR and 35 degree API.  Can you send me
      12  the field names?  Thanks."
      13          And it appears that Mr. Mowery
      14  replied, "Talk with Brad Browning about," and
      15  then it's redacted, "He worked those in great
      16  detail in the early days."
      17          So was Mr. Browning responding
      18  to you and telling you about fields that were
      19  analogous to the Macondo with the 3,000 GOR
      20  and 35-degree API?


Page 134:22 to 135:06

00134:22      A.      You know, if I recall, there --
      23  we didn't really ever find a great analog to
      24  Macondo.  We ended up -- you know, I'm trying
      25  to get a feel for what the recovery factor is
00135:01  here, and I haven't worked a field with that
      02  kind of fluid.  So that's the analogy that
      03  I'm looking for, and I don't recall ever
      04  finding a great analogy.  And we ended up
      05  building kind of a reservoir simulation to
      06  come up with a recovery factor.


Page 137:13 to 138:08

00137:13  This was previously marked as Exhibit 4988,
      14  and you discussed this e-mail -- or this --
      15  this exhibit briefly with Mr. Matthews
      16  earlier, and it's from Mr. Joshi to yourself,
      17  at least the top e-mail, and it's dated
      18  Thursday, August 6th, 2009, with the subject
      19  "This look right to you?"  And Mr. Joshi is
      20  writing to you.
      21              It says, "Are you sure the net

```
        22  pay thickness is approximately 80 to
        23  140 feet?  The 25 feet sounds reasonable from
        24  all the fields we have seen yet.  The PI for
        25  most GoM wells that we have are in the range
00138:01  of 2 to 15.  We need a better limit bounds on
        02  perm and thickness.
        03         "Please advise when you want to
        04  discuss.  Thanks."
        05         Do you recall discussing this
        06  e-mail with Mr. Joshi after he sent it to
        07  you?
        08     A.    I don't recall, no.
```

## Page 145:17 to 146:03

```
00145:17     Q.    And in doing post drill analyses
        18  of the Macondo reservoir, did you come to any
        19  conclusions as to whether that 3,000 GOR
        20  increase -- increased or decreased the
        21  recovery factor?
        22     A.    I don't think we've come to any
        23  conclusions, but my understanding is that
        24  fluid type would have increased the recovery
        25  factor that we used predrill.
00146:01     Q.    And can you describe the
        02  mechanism for how it would have increased the
        03  recovery factor?
```

## Page 146:05 to 146:22

```
00146:05     A.    It's just my understanding that,
        06  you know, when you have that -- that kind of
        07  fluid that's kind of more compressible with a
        08  lower bubble point, you typically have a
        09  higher recovery factor.
        10     Q.    (BY MR. CERNICH)  Did you ever
        11  hear from anyone at Anadarko that -- that
        12  individuals at Anadarko were -- were
        13  dissatisfied or dissatisfied that BP -- at
        14  the depth at which BP called TD, total depth?
        15     MS. WILMS:  Object to form.
        16     A.    I don't -- I don't recall that.
        17     Q.    (BY MR. CERNICH)  But I'm
        18  correct in understanding that -- that the
        19  desire on your part and other -- other
        20  Anadarko personnel would have been to get a
        21  fuller picture of the -- the reservoir; is
        22  that correct?
```

## Page 146:24 to 147:06

```
00146:24     A.    You know, I think I said before
        25  that, you know, Anadarko wanted to drill
```

```
00147:01   deeper, but what I really meant to say was,
     02   like, you know, from a geologic point of
     03   view, the asset team would have liked to have
     04   seen the fuller picture of the reservoir.
     05        Q.    (BY MR. CERNICH)  And what did
     06   they -- what did they want to see?
```

Page 147:08 to 147:12

```
00147:08        A.    We would have wanted to see
     09   whether there were multiple sands or not.
     10        Q.    (BY MR. CERNICH)  And those --
     11   those multiple sands, do you mean sands that
     12   were deeper in the well?
```

Page 147:14 to 147:19

```
00147:14        A.    Yes.
     15        Q.    (BY MR. CERNICH)  Did you ever
     16   analyze whether the -- the sands that were
     17   deeper in the well are -- are hydraulically
     18   connected to the -- to the sands above those
     19   deeper sands --
```

Page 147:21 to 147:22

```
00147:21        Q.    (BY MR. CERNICH)  -- the M56
     22   sands?
```

Page 147:24 to 147:25

```
00147:24        A.    I haven't done any kind of
     25   hydraulic work.
```

Page 150:09 to 150:10

```
00150:09        Q.    (BY MR. CERNICH)  Mark that
     10   tab 7 as Exhibit 5018.
```

Page 150:14 to 151:11

```
00150:14        Q.    I'm going to mark this as
     15   Exhibit 5019.  It's a string of e-mails.  If
     16   I could direct you to the second page of
     17   the -- the e-mails.  If you'll turn the page.
     18   There is an e-mail there from Robert Quitzau
     19   sent April 5th, 2010 to Paul Chandler, Derek
     20   Folger, Alan O'Donnell, and yourself,
     21   subject, Macondo up day.  Do you recall
     22   this -- receiving this e-mail?
     23        A.    Let me -- just give me a second,
     24   and I'll read it really quick.
```

```
        25        Q.       Certainly.
00151:01        A.       I don't recall specifically
        02  receiving this e-mail, but, I mean, obviously
        03  I did receive it.
        04        Q.       If I could direct you to the
        05  second-to-last paragraph.  The last sentence
        06  in that paragraph says, "The big question of
        07  whether or not we are through the M55 is for
        08  you to answer."
        09             Do you know who Mr. Quitzau was
        10  directing that -- that to, who was supposed
        11  to answer?
```

Page 151:13 to 152:05

```
00151:13        A.       I don't know who Bob Quitzau
        14  meant.  I have my opinion of who I think he
        15  meant.
        16        Q.       (BY MR. CERNICH)  Who do you
        17  think he meant?
        18        A.       I mean, I think he probably
        19  meant Paul Chandler, but I'm -- I can't be
        20  sure.
        21        Q.       And why would you -- why would
        22  you think that he meant Paul Chandler?
        23        A.       Because he's the geologist.
        24        Q.       Did -- did you provide any
        25  response to Mr. Quitzau regarding this
00152:01  e-mail?
        02        A.       Not that I can recall.
        03        Q.       And did you ever -- are you
        04  aware of whether anyone determined whether --
        05  whether or not we were through the M55?
```

Page 152:07 to 152:11

```
00152:07        A.       I do not recall if we ever came
        08  to the final conclusion on that.
        09        Q.       (BY MR. CERNICH)  To this day
        10  you don't know whether you've come to a final
        11  conclusion on that?
```

Page 152:13 to 152:15

```
00152:13        A.       That's correct.
        14        Q.       (BY MR. CERNICH)  So it's still
        15  an open question?
```

Page 152:17 to 152:21

```
00152:17        A.       In my opinion, yes.
        18        Q.       (BY MR. CERNICH)  And then the
        19  last sentence there say, "Based on our good
```

```
20  correlation with offset wells, do we expect a
21  big pressure ramp below the M55?"
```

Page 155:23 to 159:07

```
00155:23  tab 22 in your binder, please.  I'm going to
      24  mark this as Exhibit 5021.  This is another
      25  string of e-mails.
00156:01              If I could ask you to turn the
      02  page and go to the bottom or first e-mail in
      03  this chain and starting at the bottom of the
      04  second-to-the-last page here.  It's from
      05  yourself to Brad Simpson dated Wednesday
      06  April 21st, 2010, subject, Macondo.  And you
      07  write, "Brad, I'm sure this is the last thing
      08  on your mind given the situation at Macondo,
      09  but can you send me the oil composition from
      10  the Macondo, if you have it?  Also, please
      11  send me the dead oil viscosity measurements.
      12  Thanks."
      13              Do you recall sending this
      14  e-mail to Mr. Simpson?
      15       A.    Yes.
      16       Q.    Can you tell me who Mr. Simpson
      17  is?
      18       A.    He -- I recall him being a
      19  reservoir engineer at BP.
      20       Q.    And why were you e-mailing
      21  Mr. Simpson?
      22       A.    Brad was my counterpart at
      23  Pompano, and so I just knew him.
      24       Q.    Had you ever had any contact
      25  with Mr. Simpson prior to this regarding the
00157:01  Macondo well?
      02       A.    No, not regarding Macondo.
      03       Q.    So you were looking for -- you
      04  were looking for oil composition from the
      05  Macondo, and you just e-mailed Mr. Simpson?
      06       A.    Actually, I think I had
      07  e-mailed -- I can't remember if it was before
      08  this.  I think it was before this about
      09  tubing sizes.  It was one other e-mail to
      10  Brad about tubing size.
      11       Q.    And so did you have some
      12  understanding that Mr. Simpson was involved
      13  with the Macondo well?
      14       A.    That's probably how I knew that
      15  he was, is because of that tubing e-mail.
      16       Q.    And then if we move up through
      17  the chain, Mr. Simpson e-mailed you back on
      18  April 21st, 2010.  Since this is an
      19  exploration well, the official title, I'll
      20  have to defer to more official routes to
      21  route that information.
      22              And then eventually, it looks
```

```
      23  like, if we move up to the top, you received
      24  a response from Kelly McAughan, is that
      25  correct, in an e-mail dated Wednesday,
00158:01  April 21st, 2010?
      02      A.     This looks like, yes, from
      03  Kelly.
      04      Q.     Okay.  And do you know Ms.
      05  McAughan?
      06      A.     No, I don't.
      07      Q.     Was this the first contact you'd
      08  ever had with Ms. McAughan?
      09      A.     Yes.
      10      Q.     The subject of the e-mail is,
      11  "Macondo fluid."  And she writes, Dawn, the
      12  offshore analysis report will be final
      13  tomorrow, and I will get you that.  We've not
      14  started the full PVT work yet.  The samples
      15  are just getting done with restoration.  In
      16  the future please contact our ops geologists,
      17  Bobby Bodek or Jonathan Bellow to request
      18  information on Macondo.  Thank you.  Kelly.
      19           Ms. McAughan refers to an
      20  offshore analysis report.  Did you ever
      21  receive that offshore analysis report?
      22      A.     Yes, we did.  That --
      23      Q.     Did --
      24      A.     Sorry, go ahead.
      25      Q.     No.
00159:01      A.     I understand that to be the
      02  offshore PVT report.
      03      Q.     So that would have been a report
      04  of the analysis they performed on those fluid
      05  samples on the rig as they were brought to
      06  the -- right after they were brought to the
      07  surface?
```

Page 159:09 to 159:14

```
00159:09      A.     That would be my assumption,
      10  yeah.  That's the way I understand it.
      11      Q.     (BY MR. CERNICH)  And then did
      12  you also eventually receive the -- the full
      13  PVT work referred to in this e-mail?
      14      A.     Yes, we did.
```

Page 159:23 to 160:06

```
00159:23      Q.     I'd ask you to turn to tab 29,
      24  please.  I'm going to mark this as
      25  Exhibit 5022.  These are some handwritten
00160:01  notes that were produced in the litigation.
      02  Is this your handwriting?
      03      A.     No.
      04      Q.     Do you know whose handwriting
```

```
05  this is?
06        A.    No.
```

Page 168:15 to 168:23

```
00168:15      Q.    I'm going to mark this as
      16  Exhibit 5023.  And you're not, obviously, on
      17  any of the -- the e-mails, but if you could
      18  turn to the attachment here.  This is a
      19  document entitled "Drilling And Geologic
      20  Distribution Requirements BP Macondo
      21  Prospect."  Have you ever seen this document
      22  before?
      23        A.    No.
```

Page 181:01 to 181:03

```
00181:01      Q.    But the -- you did this
      02  calculation of flow rate on April 23rd, and
      03  nobody asked you to do it?
```

Page 181:05 to 181:14

```
00181:05      A.    I don't recall anybody asking me
      06  to do that.
      07        Q.    (BY MS. KRAUS)  Did anyone tell
      08  you not to do any more after you ran this --
      09  this calculation on April 23rd?
      10        A.    No.
      11        Q.    And you never spoke to
      12  Mr. O'Donnell about the -- the calculation
      13  you performed?
      14        A.    No.
```

Page 182:16 to 182:18

```
00182:16      Q.    Okay.  I know you mentioned that
      17  you continued to do work on estimates of the
      18  reservoir size; is that correct?
```

Page 182:20 to 182:24

```
00182:20      A.    We've done a post drill
      21  evaluation on that.
      22        Q.    (BY MR. KRAUS)  What is the
      23  purpose for continuing to do that?  What is
      24  your purpose for continuing to do that?
```

Page 183:01 to 183:11

```
00183:01      A.    You know, that to -- that's just
      02  my understanding of my job.
```

```
03        Q.     (BY MR. KRAUS)  Okay.
04        A.     Is that as we get data, I would
05   update what -- you know, our evaluation.
06        Q.     Would knowing the amount of flow
07   rate that escaped the well from April 20th
08   until the day it was capped or until the day
09   that flow stopped from the well be accurate
10   in what be -- I'm sorry, be relevant in your
11   attempts to estimate the reservoir size?
```

Page 183:13 to 183:16

```
00183:13       A.     Not really, no.  We -- we have a
14   range of uncertainty of -- which is -- you
15   know, to me, that number is probably not
16   going to be relevant.
```

Page 193:19 to 193:22

```
00193:19       Q.     (BY MR. BEFFA)  You spoke
20   earlier about one of your main jobs was to
21   assess the objective sand in the Macondo
22   well; is that right?
```

Page 193:24 to 194:05

```
00193:24       A.     What do you mean by "assess"?  I
25   mean, my job was to determine recovery
00194:01   factors and figure -- you know, work with the
02   team to figure out how much oil is
03   recoverable and then determine flow rates
04   from there and then come up with an economic
05   decision.
```

Page 194:22 to 194:25

```
00194:22       Q.     (BY MR. BEFFA)  You said earlier
23   that you were interested in potentially
24   drilling deeper in order to see if there were
25   sands in the M55 layer.
```

Page 195:02 to 195:08

```
00195:02       A.     Yeah, it's -- I don't recall
03   whether it was M55 or M56.  It was just a
04   lower sand.
05        Q.     (BY MR. BEFFA)  And so there was
06   a lower sand that you thought might exist
07   if -- and could be found if the Macondo well
08   were drilled deeper?
```

Page 195:10 to 195:13

```
00195:10        A.      Potentially.
     11         Q.      (BY MR. BEFFA)  And so you were
     12 interested in determining whether there was a
     13 sand there, correct?
```

Page 195:15 to 195:21

```
00195:15        A.      I was interested in -- yes.
     16         Q.      (BY MR. BEFFA)  So I'm trying to
     17 square that with your testimony that you were
     18 only interested in the objective sand.
     19         A.      That -- if there were two sands,
     20 both of them would have been an objective
     21 sand.
```

Page 196:07 to 196:08

```
00196:07        Q.      I'm going to mark the next
     08 exhibit as Exhibit 5025.  It is Bates-stamped
```

Page 210:12 to 210:14

```
00210:12        Q.      Have you ever suggested to
     13 anyone that BP was grossly negligent in its
     14 operation of the Macondo well?
```

Page 210:16 to 210:16

```
00210:16        A.      No.
```

Page 210:25 to 211:02

```
00210:25        Q.      (BY MR. BEFFA)  Have you ever
00211:01 suggested to anyone that BP did anything
     02 wrong with the Macondo well?
```

Page 211:04 to 211:04

```
00211:04        A.      Not that I can recall.
```

Page 221:11 to 221:17

```
00221:11        Q.      I'm going to hand you --
     12 actually, let me quickly -- quickly ask you
     13 some questions about the flow rate analysis
     14 that you discussed earlier today.  When you
     15 prepared your flow rate analysis, did you
     16 consider whether there were any flow
     17 restrictions?
```

Page 221:19 to 221:22

00221:19        A.     I did not consider that.
      20        Q.     (BY MR. BEFFA)  Did you have a
      21 reason to think that there were no flow
      22 restrictions?

Page 221:24 to 221:24

00221:24        A.     I wouldn't have known.

Page 222:01 to 222:01

00222:01  another exhibit.  We'll mark this one 5031.

Page 228:20 to 228:25

00228:20        Q.     I want to talk a little bit
      21 about your job as it related to the Macondo
      22 well, and if I got it down correctly, your
      23 job was to determine recovery factors and
      24 figure out how much oil was recoverable and
      25 the flow rates for it?

Page 229:02 to 229:15

00229:02        A.     That's -- that's correct.
      03        Q.     (BY MR. HARTLEY)  Okay.  And how
      04 would you go about doing your job?
      05        A.     For recovery factors, we
      06 pre-drill -- pretty much used the ones that
      07 BP gave us.  Post drill, our reservoir
      08 simulation was built to -- to model that.
      09 And then in terms of -- of flow rate, we just
      10 used the fluid properties and -- and what
      11 data we had gathered from the well to -- to
      12 estimate those.
      13        Q.     How do you get the data about
      14 fluid properties, the depth of the sands, the
      15 composition, that sort of thing?

Page 229:17 to 229:21

00229:17        A.     Where do I get that information?
      18        Q.     (BY MR. HARTLEY)  Yes.
      19        A.     We get that information from BP.
      20        Q.     And specifically what documents,
      21 reports, logs convey that information to you?

Page 229:23 to 230:08

```
00229:23        A.      The PVT report was one that
     24  conveyed PVT information.  And then the --
     25  the logging data went through kind of Brian
00230:01  O'Neil, and from there he gave me kind of
     02  rock parameters to use in a simulation.
     03        Q.      (BY MR. HARTLEY)  What do you
     04  mean by "rock parameters"?
     05        A.      Porosity, perms, water
     06  saturation.
     07        Q.      The water composition, thickness
     08  of sands?
```

Page 230:10 to 230:18

```
00230:10        A.      I didn't have water composition,
     11  but thickness of sand, like, pay count would
     12  have been something that came from him.
     13        Q.      (BY MR. HARTLEY)  To conduct
     14  your sort of reservoir analysis, to determine
     15  how much you're going to be able to recover
     16  from the well, it's important to understand
     17  the sort of petrophysics or geophysics of the
     18  pay zones you're targeting?
```

Page 230:20 to 231:11

```
00230:20        A.      It's important for me to have
     21  average values.
     22        Q.      (BY MR. HARTLEY)  Okay.  And
     23  what are the -- sort of the key attributes of
     24  the formation that you would want to have
     25  average values for?
00231:01        A.      Porosity, permeability, water
     02  saturation, you know, I'd want to know
     03  pressure, temperature.
     04        Q.      Thickness of the sands?
     05        A.      Thickness.
     06        Q.      Anything else come to mind right
     07  now?
     08        A.      No.
     09        Q.      Did you rely on Brian O'Neil to
     10  provide those seven parameters to you, at
     11  least in terms of an average value?
```

Page 231:13 to 231:21

```
00231:13        A.      He did not -- he provided all of
     14  those except for pressure and temperature.  I
     15  believe I got that off an MDT report and a
     16  PVT report.
     17        Q.      (BY MR. HARTLEY)  In terms of
     18  assessing these seven characteristics of the
     19  formation, was that something you only did
```

```
        20  pre and post drill, or was it an ongoing
        21  process during the drilling of the well?
```

Page 231:23 to 231:23

```
00231:23     A.    It was more pre and post drill.
```

Page 275:25 to 276:01

```
00275:25     Q.    Let me hand you what's marked as
00276:01 Exhibit 1933.  This is tab 27.  The top
```

Page 277:22 to 277:25

```
00277:22     Q.    What sort of information is
        23  conveyed on the NDT summary that relates to
        24  your work as a reservoir engineer?
        25     A.    Pressure and temperature.
```

Page 285:09 to 286:13

```
00285:09     Q.    (BY MR. HARTLEY)  Right.  When
        10  you accessed INSITE Anywhere did you look at
        11  any density neutron crossover information?
        12     A.    Not that I can recall.
        13     Q.    When you accessed WellSpace and
        14  downloaded those four reports the morning of
        15  April 19th did you access any information
        16  relating to density neutron crossover?
        17     A.    Not that I can recall.
        18     Q.    Did you review or access any
        19  information relating to porosity of various
        20  sand levels?
        21     A.    Not that I recall.
        22     Q.    Did you review or evaluate any
        23  information relating to permeability of
        24  sands?
        25     A.    No.
00286:01     Q.    Did you review any information
        02  based on or relating to the water saturation
        03  of the sands?
        04     A.    No.
        05     Q.    Did you review or evaluate any
        06  information relating to pressure or
        07  temperature at various depths of the sand?
        08     A.    Only in the target depth.
        09     Q.    And that is something you
        10  specifically did with respect to those mud
        11  logs you downloaded on April 19th, or was
        12  this when you accessed information on INSITE
        13  Anywhere?
```

Page 286:15 to 286:25

```
00286:15        A.      This is when I was evaluating
      16  all of this post drill.  I can't remember
      17  where I -- where I got the data from.
      18        Q.      (BY MR. HARTLEY)  Okay.
      19  Limiting the time frame to, say, April 1 to
      20  April 19th, 2010, either through WellSpace or
      21  INSITE Anywhere, did you access information
      22  relating to the seven factors we discussed to
      23  your reservoir analysis, those being
      24  porosity, permeability, water saturation,
      25  pressure, temperature, or thickness?
```

Page 287:02 to 287:09

```
00287:02        A.      Not that I recall.
      03        Q.      (BY MR. HARTLEY)  That's all
      04  information you received in that table with
      05  the final values?
      06        A.      That's my understanding, yes.
      07        Q.      That's not information you went
      08  out to get from someplace?
      09        A.      No.
```