# United States' Phase Two Offer of Proof Exhibit 17
# Designations from Both Depositions of Robert Quitzau

```
Page 13:15 to 13:18

00013:15  ROBERT QUITZAU,
      16  after having been first duly sworn by the
      17  above-mentioned court reporter, did testify
      18  as follows:


Page 13:20 to 13:24

00013:20      Q.     Good morning, Mr. Quitzau.
      21      A.     Good morning.
      22      Q.     My name is Steve Fineman.  I'm
      23  here on behalf of the Plaintiffs' Steering
      24  Committee.  Have you ever had your


Page 15:16 to 16:21

00015:16      Q.     Mr. Quitzau, do you have any
      17  college degrees?
      18      A.     Yes, I do.
      19      Q.     What are those?
      20      A.     I have a BS in petroleum
      21  engineering and an MS in petroleum
      22  engineering, both from LSU.
      23      Q.     I'm sorry, the first 1 was a BS
      24  in petroleum engineering?
      25      A.     Yes.
00016:01      Q.     And what year was that?
      02      A.     '79.
      03      Q.     And I'm sorry, the second
      04  degree?
      05      A.     An MS in petroleum engineering.
      06      Q.     And what year was that?
      07      A.     1981.
      08      Q.     What is an MS?
      09      A.     Master's degree.
      10      Q.     And generally speaking, how
      11  would you describe the discipline of
      12  petroleum engineering?
      13      A.     Generally speaking, the
      14  discipline of petroleum engineering would
      15  involve various subgroups, including drilling
      16  which would be my specialty, reservoir
      17  engineering, production engineering and some
      18  others.
      19      Q.     Do you have any academic
      20  training in geology?
      21      A.     I do not.


Page 17:09 to 18:04

00017:09      Q.     Do you have any professional
      10  certifications?
```

```
11          A.      I'm a registered professional
12   engineer in the State of Louisiana.
13          Q.      And what does that mean?
14          A.      That means I passed the
15   professional engineering test and other
16   associated requirements.
17          Q.      When did you first become a
18   registered professional engineer in
19   Louisiana?
20          A.      I don't recall the date.  It was
21   probably back in the late 1980s.
22          Q.      Do you have to do something on
23   an annual or other periodic basis in order to
24   maintain that registration?
25          A.      I maintain training requirements
00018:01   per the Louisiana professional engineering
02   requirements.
03          Q.      And you're current?
04          A.      I'm current.
```

Page 18:08 to 20:09

```
00018:08          Q.      After -- after you left LSU, did
09   you go into the work force?
10          A.      Yes, I did.
11          Q.      And that would have been in or
12   about 1981?
13          A.      Yes.
14          Q.      And where did you go to work?
15          A.      I went to work for Mobil Oil.
16          Q.      And how long were you with
17   Mobil?
18          A.      Approximately 22 years.
19          Q.      So that would have been till
20   about 2002, 2003?
21          A.      Actually, I apologize, give or
22   take, '99 or 2000, I guess is when I left
23   Mobil Oil.  I don't remember the exact date.
24          Q.      And what did you do at Mobil
25   Oil?
00019:01          A.      I was a drilling engineer for
02   the most part.
03          Q.      Generally, what does a drilling
04   engineer do?
05          A.      A drilling engineer takes a
06   geological objective and designs a well to
07   reach that geological objective.
08          Q.      Where were you located
09   physically when you worked for Mobil Oil?
10          A.      At the Poydras Street office,
11   right next to the Superdome in New Orleans.
12          Q.      For the whole time you were with
13   Mobil Oil?
14          A.      No, I worked at various places
15   around the world.  I went to Dallas, Denver
```

```
16    and Jakarta, Indonesia.
17         Q.     When you were with Mobil, did
18    you work on any deepwater drilling projects?
19         A.     Yes, I did.
20         Q.     When were those?
21         A.     I worked on a deepwater project,
22    approximately in the early 1990s.
23         Q.     Any others?
24         A.     Not that I can recall.
25         Q.     Just the one.  Do you remember
00020:01    the name of that project?
02         A.     There were two wells offshore
03    North Sumatra, the names of the wells were
04    Intun Utara and Bayu Laut Dalam.
05         Q.     This is in Indonesia?
06         A.     That's correct.
07         Q.     Did you design those wells?
08         A.     I assisted in the planning for
09    those wells.
```

Page 20:18 to 23:22

```
00020:18   A.     The operator at that time was a
19    Japanese operator and Mobil had partnered
20    with them and we were very active.  We were
21    in their office basically helping them plan
22    the well.  So officially they designed the
23    well and we contributed to that design.
24         Q.     Okay.  And what was the Japanese
25    company?
00021:01   A.     Inpex.
02         Q.     Was that a successful project in
03    your view?
04         A.     It was a successful drilling
05    project, yes.
06         Q.     In that project, was Mobil an
07    operator or a nonoperator?
08         A.     A nonoperator.
09         Q.     That was your one experience,
10    during your time with Mobil, with the
11    deepwater drilling exercise?
12         A.     That's correct.
13         Q.     After you left Mobil in or about
14    2000, what did you do then?
15         A.     I became a drilling consultant.
16         Q.     And were you working for
17    yourself?
18         A.     I'm working for myself through
19    --
20         Q.     Okay.
21         A.     I'm working for myself through
22    an agent.
23         Q.     Let's go back to 2000.
24         A.     Okay.
25         Q.     To keep the time frame straight.
```

```
00022:01  In 2000 you become a drilling consultant.
     02   At that time, who were you working with?
     03        A.     For about one and a half years,
     04   I was completely on my own marketing some
     05   professional ideas that didn't pan out and
     06   so I began my consulting work approximately
     07   2001 or 2002.
     08        Q.     And when you went into
     09   consultancy, were you operating on your own
     10   or with other people?
     11        A.     I was working through an agent.
     12        Q.     What does that mean?
     13        A.     The agent markets my skills and
     14   arranges for me to have interviews and get
     15   employment to provide services for other
     16   operators.
     17        Q.     Okay.  And who was your agent
     18   then?
     19        A.     Argonauta Energy.
     20        Q.     Does Argonauta continue to be
     21   your agent to this day?
     22        A.     Yes.
     23        Q.     And since 2000, since you became
     24   a drilling consultant, has that been what
     25   you've done?
00023:01        A.     Yes.
     02        Q.     Since 2000, have you been the
     03   employee of any particular company?
     04        A.     No.
     05        Q.     Generally speaking, what
     06   services do you provide as a drilling
     07   consultant?
     08        A.     As a drilling consultant, I
     09   provide well planning services.
     10        Q.     And well planning services means
     11   the design of the well?
     12        A.     Yes.
     13        Q.     Does it mean anything else?
     14        A.     No.  So let me clarify.  Design
     15   of the well, then we would follow the
     16   drilling of the well for that operator to
     17   basically follow the design through until its
     18   conclusion.
     19        Q.     And did you provide services to
     20   operators and nonoperators or just to
     21   operators?
     22        A.     Just to operators.


Page 24:08 to 26:18

00024:08        Q.     Okay.  Fair enough.  Can you
     09   give me a list of the companies that you've
     10   provided consulting services for?
     11        A.     I began with Kerr-McGee in
     12   Houston.  When Kerr-McGee was combined with
```

```
13   Anadarko, I just continued my role on
14   through the merger and have continued with
15   Anadarko ever since.
16        Q.     Have you provided -- excuse me,
17   have you provided drilling consulting
18   services for any other companies?
19        A.     No, I have not.
20        Q.     Have you ever been an employee
21   of Anadarko Petroleum Corporation?
22        A.     I have not.
23        Q.     So when did you start providing
24   drilling consulting services for Anadarko,
25   about 2002?
00025:01   A.     Approximately 2002.
02        Q.     When I say Anadarko in that
03   context, it was Kerr-McGee followed by
04   Anadarko?
05        A.     Yes.
06        Q.     And since you started in 2003
07   with Kerr-McGee as a drilling consultant, has
08   your title always been drilling consultant?
09        A.     I believe my title is drilling
10   engineering consultant on my card.
11        Q.     A minute ago you told me that
12   your general responsibilities as a drilling
13   consultant are well planning services which
14   include well design and the following
15   drilling to conclusion, correct?
16        A.     Correct.
17        Q.     And are those the services that
18   you provided to Kerr-McGee and Anadarko.
19        A.     That's correct.
20        Q.     We'll get into the nuances of
21   Macondo in a second, but generally speaking
22   those are the services you're providing, is
23   that correct?
24        A.     That's correct.  There would
25   also be, you know, in this time of -- where
00026:01   the industry has stopped, I would participate
02   in projects that developed systems and
03   equipment for Anadarko within joint industry
04   projects.
05        Q.     I'm sorry, what does that mean,
06   joint industry projects?
07        A.     Specifically, the industry is
08   putting together well containment plans and
09   Anadarko is participating in that and I'm
10   representing Anadarko in that work.
11        Q.     And when did that start?
12        A.     Shortly -- that probably would
13   have started in approximately November of
14   last year or December of last year, 2010.
15        Q.     Okay.  And was this joint
16   industry project inspired by the events of
17   Macondo?
```

```
        18        A.     Yes.
```

Page 26:21 to 26:22

```
00026:21  THE WITNESS:
       22             Yes.
```

Page 26:24 to 27:06

```
00026:24        Q.     What's the purpose of this
       25  project?
00027:01        A.     To put together a containment
       02  system that would allow a well to be shut in
       03  if a blowout occurred or to capture fluids
       04  from a well that was blowing out.
       05        Q.     Did the industry have anything
       06  like that prior to Macondo?
```

Page 27:09 to 27:11

```
00027:09  THE WITNESS:
       10             I'm not aware of any systems like
       11  that prior to Macondo.
```

Page 27:13 to 28:11

```
00027:13        Q.     Who's heading up that project?
       14        A.     There were -- there are two
       15  industry groups, the Helix Group and the
       16  MWCC group.  Most of my work has been
       17  involved in the Helix Group which is a
       18  consortium of 24 different companies.
       19        Q.     Including Anadarko?
       20        A.     Including Anadarko.
       21        Q.     What's your specific role?
       22        A.     I've been the Anadarko
       23  representative on the technical steering
       24  committee.
       25        Q.     And what do you do as a member
00028:01  of that committee?
       02        A.     As a member of that committee,
       03  we -- I contribute Anadarko's input into the
       04  direction of the development of the capping
       05  stack and flowback systems.
       06        Q.     And is there a -- is there going
       07  to be a report produced by this effort?
       08        A.     There is a procedure, a set of
       09  procedures that have been approved and will
       10  continue to evolve, approved by BOEMRE, by
       11  the government.
```

Page 28:20 to 29:14

```
00028:20        Q.      Okay.  Going back to your
      21  general responsibilities at Anadarko, as a
      22  drilling consultant for Anadarko, you are
      23  paid directly by Anadarko Petroleum?
      24        A.      Anadarko pays Argonauta and
      25  Argonauta pays me.
00029:01        Q.      Generally, did you have someone
      02  you reported to?
      03        A.      Yes.
      04        Q.      Who is that?
      05        A.      Early on it was Mike Davis, and
      06  recently it's Mike Pfister.
      07        Q.      What is Mr. Pfister's title?
      08        A.      Drilling engineering manager,
      09  Deepwater Gulf of Mexico.
      10        Q.      In the 2009 time period,
      11  basically from March 2009 -- I'm sorry, March
      12  2010 to the end of 2010, was it Mr. Pfister
      13  you were reporting to?
      14        A.      Yes.
```

Page 29:21 to 30:18

```
00029:21        Q.      With respect to -- with respect
      22  to the Macondo well, what were your general
      23  responsibilities?
      24        A.      I had two general
      25  responsibilities, I was tasked to give
00030:01  approximately a 30-second update of the well
      02  operations to the Anadarko drilling group in
      03  their morning meetings, every morning,
      04  Monday through Friday.  And the second
      05  objective was to track the progress of the
      06  well towards reaching the geological
      07  objectives of the well.
      08        Q.      Prior to Macondo, had you
      09  provided drilling consulting services to
      10  Anadarko where Anadarko was a nonoperator?
      11        A.      No.
      12        Q.      This was the first time you had
      13  done so?
      14        A.      Yes.
      15        Q.      Did your job responsibilities
      16  differ because of Anadarko's status as a
      17  nonoperator on this project?
      18        A.      Yes.
```

Page 30:21 to 32:17

```
00030:21  THE WITNESS:
      22            Yes.
      23  EXAMINATION BY MR. FINEMAN:
      24        Q.      How did they differ?
```

```
         25          A.    The two objectives I described
00031:01 is what I did that involved no well planning
      02 at all, no design work at all.
      03          Q.    Coming back to the drilling
      04 group meetings, you said those were held
      05 daily?
      06          A.    Yes.
      07          Q.    And they were held in the
      08 morning?
      09          A.    Yes.
      10          Q.    And who led those meetings?
      11          A.    Typically they would be led by
      12 Mike Pfister.
      13          Q.    Who else attended those
      14 meetings?
      15          A.    The Deepwater Gulf of Mexico
      16 drilling group with some representatives of
      17 Operation Geology and sometimes the
      18 international drilling group members would
      19 attend.
      20          Q.    How many people in all?
      21          A.    Approximately 15 to 20.
      22          Q.    And how long did those meetings
      23 last?
      24          A.    Fifteen to 30 minutes.
      25          Q.    I'm sorry, your role in those
00032:01 meetings was to provide a short report?
      02          A.    A short update on what happened
      03 on the Macondo well.
      04          Q.    What happened on the Macondo
      05 well the previous day?
      06          A.    Yes.  The previous day or since
      07 the last morning meeting, like over
      08 weekends.
      09          Q.    Fair enough.  We're going to
      10 come back to this subject in a little bit,
      11 but where did you get the information you
      12 used for your presentation during the morning
      13 meetings?
      14          A.    Generally, I used -- accessed
      15 the WellSpace service and downloaded various
      16 reports to get an understanding of what they
      17 had done.
```

Page 32:21 to 33:24

```
00032:21          Q.    Are you aware, Mr. Quitzau, that
      22 you have been designated to testify on
      23 behalf of the company on a number of topics?
      24          A.    Yes, I am.
      25          Q.    The quickest way to do this, I'm
00033:01 going to give the witness what's previously
      02 marked as 1597, it's Tab 50.  Have you seen
      03 this document before?
      04          A.    Yes, I have.
```

```
05        Q.      Here's what I would like you to
06   do.  I would like you to turn to Page--
07   there's no page numbers, but I would like
08   you to turn to Item 15 to start.  This is a
09   little tedious, but you have been designated
10   for quite a number of topics here today.
11   What I'm going to ask you to do is to read
12   or review whatever you need to do, each of
13   the paragraphs identified for you.  And then
14   I'm going to ask you the question whether
15   you're prepared to testify on behalf of
16   Anadarko as to those -- the subject matter
17   covered by each of those paragraphs, okay?
18        A.      Okay.
19        Q.      So let's start with Paragraph
20   15.  Whatever you need to do, if you need to
21   -- whatever you need to do.
22        A.      (Reading) Okay.
23        Q.      Are you prepared to testify on
24   behalf of Anadarko on topic 15?
```

Page 34:08 to 35:08

```
00034:08       Q.      Paragraph 16?
       09       A.      Yes.
       10       Q.      Paragraph 17?
       11       A.      Yes.
       12       Q.      Paragraph 18?
       13       A.      Yes.
       14       Q.      Paragraph 19?
       15       A.      Yes.
       16       Q.      Paragraph 20?
       17       A.      Yes.
       18       Q.      Paragraph 21?
       19       A.      Yes.
       20       Q.      Paragraph 25?
       21       A.      Yes.
       22       Q.      Paragraph 26?
       23       A.      Yes.
       24       Q.      Paragraph 27?
       25       A.      Yes.
00035:01       Q.      Paragraph 28?
       02       A.      Yes.
       03       Q.      Paragraph 30, which I believe
       04   somebody else was also designated for.
       05       MS. WILMS:
       06          That's correct.
       07       THE WITNESS:
       08          Yes.
```

Page 40:08 to 40:12

```
00040:08       Q.      Are you aware at any point
       09   whether Anadarko expressed to BP that they
```

```
10  were not receiving -- that Anadarko was not
11  receiving all the information it had
12  requested?
```

Page 40:16 to 40:19

```
00040:16  I'm aware that there were
      17  occasions when reports came in a couple of
      18  days late and there may have been some
      19  expressions to BP on that.
```

Page 40:21 to 40:24

```
00040:21      Q.    Okay.  But are you aware of any
      22  instances where any type of report or
      23  information that Anadarko requested was not
      24  provided by BP?
```

Page 41:03 to 41:03

```
00041:03  I'm not aware of that.
```

Page 41:17 to 41:24

```
00041:17      Q.    Were there any regularly
      18  scheduled meetings between Anadarko personnel
      19  and BP to discuss what was going on at the
      20  well?
      21      A.    Not that I'm aware of.
      22      Q.    Were there any meetings between
      23  people at Anadarko and BP about what was
      24  going on at the well?
```

Page 42:03 to 42:04

```
00042:03  I'm not aware of those meetings,
      04  if they occurred.
```

Page 42:08 to 42:11

```
00042:08      A.    I'm not aware of any meetings.
      09      Q.    To your knowledge, was Anadarko
      10  allowed to make any decisions regarding
      11  operations at Macondo?
```

Page 42:14 to 42:15

```
00042:14  THE WITNESS:
      15          We did not make any decisions.
```

Page 42:17 to 42:20

```
00042:17        Q.     Was Anadarko permitted to make
     18  recommendations or to raise questions,
     19  disagreements, concerns or objections to BP
     20  regarding operations at the well?
```

Page 42:24 to 42:25

```
00042:24  We were allowed to communicate and
     25  track progress and ask questions.
```

Page 44:12 to 44:16

```
00044:12        Q.     Do you know whether Anadarko,
     13  other than you, the company, anybody else in
     14  the company, expressed any questions,
     15  disagreements, concerns or objections
     16  concerning operations of the well to BP?
```

Page 44:20 to 44:21

```
00044:20  I'm not aware of anybody
     21  expressing disagreements or concerns.
```

Page 45:13 to 45:15

```
00045:13        Q.     Are you aware of any situation
     14  where BP changed a practice or option
     15  because of input from Anadarko?
```

Page 45:17 to 45:21

```
00045:17        Q.     Now, you -- as I understand it,
     18  you took over from somebody named Josh
     19  Nichols on Macondo on or about March 18th,
     20  2010, is that correct?
     21        A.     That's correct.
```

Page 46:14 to 48:08

```
00046:14        Q.     At the time that you took over
     15  for Mr. Nichols on Macondo, had you any prior
     16  experience with deepwater drilling in the
     17  Gulf of Mexico?
     18        A.     Yes.
     19        Q.     What was your prior experience?
     20        A.     My experience began with
     21  Kerr-McGee, and I began deepwater drilling
     22  on a Viasco Knoll well in the early part of
     23  my involvement with Kerr-McGee.
     24        Q.     In 2003?
```

```
        25          A.      I'm sorry, I don't remember the
00047:01  exact year.   That's approximately when.
        02          Q.      What was the well called?
        03          A.      It was a Viasco Knoll.  I don't
        04  remember the numerical designation.
        05          Q.      That's okay, the name is fine,
        06  and what was your role on that well?
        07          A.      I worked as the drilling
        08  engineer for that well.
        09          Q.      Did you design that well?
        10          A.      Yes, I designed that well.
        11          Q.      Was that in the eastern or
        12  western Gulf of Mexico?
        13          A.      That's in the central eastern
        14  part of the Gulf of Mexico.
        15          Q.      Okay.  And was that a successful
        16  project?
        17          A.      The drilling was successful.
        18          Q.      Did you end up producing oil
        19  from that well?
        20          A.      I don't recall the productive
        21  experience from that well.
        22          Q.      How do you define successful?
        23          A.      We drilled the well per the plan
        24  and finished the well as we had planned.
        25          Q.      Do you generally play any role
00048:01  in the production aspect of the overall
        02  drilling exercise?
        03          A.      I design and monitor the
        04  drilling of the well and we -- as per the
        05  objectives that are set, and sometimes the
        06  production group has an input into the
        07  objectives, so in that sense, I try to meet
        08  their objectives.
```

Page 48:10 to 49:19

```
00048:10  Okay.  And after this first well
        11  for Kerr-McGee, did you have further
        12  experience with deepwater drilling in the
        13  Gulf?
        14          A.      Yes.
        15          Q.      What was your next experience?
        16          A.      I'm not going to get these in
        17  order, but I've drilled in various parts of
        18  the Gulf of Mexico, at Water Valley, Green
        19  Canyon, Garden Banks, and there may be some
        20  others.
        21          Q.      In those instances, were you
        22  always the Anadarko drilling engineer?
        23          A.      Yes.
        24          Q.      And you were always in the
        25  position of designing the well?
00049:01          A.      Yes, and on some occasions, I
        02  would relieve an engineer who had designed
```

```
03   the well and I would take over for them, for
04   short periods.
05        Q.     But is it fair to say that you
06   had experience in drilling in the Gulf of
07   Mexico?
08        A.     Yes.
09        Q.     Do you have any knowledge that
10   you were asked to take over the Macondo
11   because you had this experience, past
12   experience in drilling in the Gulf of Mexico?
13        A.     I was asked to take over because
14   I was a member of the Deepwater Group.
15        Q.     How many drilling engineers does
16   Anadarko use, does it have?
17        A.     Typically, deepwater drilling
18   engineers would be in the 5 to 7 over the
19   years.
```

Page 62:09 to 62:16

```
00062:09      Q.     After you took over and through
10   the April 20, 2010 date, who was your
11   contact at BP?
12        A.     My only contact at BP was Bobby
13   Bodek.
14        Q.     Had you worked with Mr. Bodek
15   before Macondo?
16        A.     No, I hadn't.
```

Page 63:02 to 63:04

```
00063:02      Q.     Did you find that he provided
03   you with accurate and timely information?
04        A.     He did.
```

Page 72:13 to 72:22

```
00072:13      Q.     Let's look at some documents.
14   Let's start with No. 2 -- actually, let's
15   start with No. 3.  You mentioned earlier in
16   testimony that -- I think the principal way
17   you got information about what was going on
18   at Macondo was through documents that were
19   downloaded from WellSpace, is that correct?
20        A.     That's correct.
21        (Exhibit No. 2623 marked for
22   identification.)
```

Page 72:24 to 74:17

```
00072:24      Q.     I'm going to give you what we're
25   marking as Exhibit 2623.  It's
00073:01   ANA-MDL-000000117 to 118.  It's Tab 3.  Do
```

```
02  you recall receiving this e-mail in or about
03  March 11, 2010?
04       A.    I don't recall exactly receiving
05  it, but I trust that I did.
06       Q.    And this is an e-mail to you
07  from Halliburton Central Data Hub, correct?
08       A.    Correct.
09       Q.    It's advising you that you've
10  been granted access to MC252 No. 1 Macondo
11  WellSpace?
12       A.    That's correct.
13       Q.    And is that consistent with your
14  memory that you obtained access to Macondo
15  WellSpace in or around March 11?
16       A.    Yes.
17       Q.    So I think earlier you testified
18  a little bit about the kinds of information
19  that Anadarko downloaded or could download
20  from WellSpace.  Can you tell me again the
21  kinds of documents that were available, at
22  least that Anadarko was looking at?
23       A.    Daily operating reports, mudlog
24  reports, pore pressure frac gradient
25  reports.  There were various forms of logs
00074:01  that people could download.
02       Q.    Wireline information?
03       A.    Wireline logs and LWD logs.
04       Q.    Geological reports?
05       A.    Geological reports.
06       Q.    Shallow hazard reports?
07       A.    Shallow hazard reports.
08       Q.    What is a pore pressure frac
09  report?
10       A.    BP posted, I guess they call it
11  pp/fg and there was something else behind
12  the title that summarizes their assessment
13  of the pore pressures and fracture gradients
14  that their various experts are monitoring
15  and tracking as they drill the well.
16       Q.    How did Anadarko use the
17  information that it obtained from WellSpace?
```

Page 75:04 to 75:10

```
00075:04       A.    Various members used it in all
05  different ways.  Predominantly, they would
06  use it to view the formation evaluation that
07  BP had contributed or to track the daily
08  operating steps, you know, what happened
09  during the drilling of the previous time
10  period.
```

Page 76:02 to 76:10

```
00076:02        Q.      Were specific Anadarko personnel
      03  tasked with downloading and reviewing
      04  specific types of information or reports?
      05        A.      Yes.
      06        Q.      Can you describe that for me?
      07        A.      Different members of different
      08  groups would download various reports for
      09  storage in their file systems, for their
      10  well file.
```

Page 79:20 to 80:18

```
00079:20        Q.      All right.  So sitting here
      21  right now as a 30(b)(6) witness for Anadarko,
      22  what can you tell me about the kinds of
      23  information that these people are
      24  downloading approximate to the event?
      25        A.      As I said, they would download
00080:01  various files, for example, a geological
      02  report could get loaded into a well file for
      03  a record.  One person was providing a status
      04  update report, so they downloaded some
      05  information to provide that report just on a
      06  one-time occurrence.  Some downloaded actual
      07  log data to conduct analysis on the
      08  productive zone.  Those were the ones that I
      09  can think of right now.
      10        Q.      What is a well file?
      11        A.      A well file would be an
      12  electronic folder in a common drive on the
      13  Anadarko network where a group would store
      14  files for the wells that they cover.
      15        Q.      And was that information shared
      16  within the company?
      17        A.      It's available to be shared
      18  within the company.
```

Page 84:23 to 85:08

```
00084:23        Q.      Was there a central location at
      24  Anadarko for storing or maintaining
      25  information downloaded from WellSpace?
00085:01        A.      There are well files, as I
      02  described, on the common drive that
      03  different groups would contribute
      04  information from WellSpace to.
      05        Q.      Those were individual files,
      06  right?  There wasn't a single source?
      07        A.      There's not a single source that
      08  I'm aware of.
```

Page 104:06 to 104:11

```
00104:06        Q.      Okay, go ahead.  I'm going to
      07 give you what we're marking as 2626.  It's
      08 ANA-MDL-000005061, 5078.  Do you recall this
      09 e-mail?
      10        A.      I don't recall this e-mail, but
      11 I have no doubt that I sent it.
```

Page 111:18 to 112:13

```
00111:18        Q.      Did you come to -- did you form
      19 any opinions at all about the use of rupture
      20 disks in the Macondo well design?
      21        A.      Are you talking about pre-event?
      22 Prior to April 20th?
      23        Q.      At any time, it could have been
      24 during your post-spill efforts, it could
      25 have been during -- at any time?
00112:01        A.      During the relief efforts, these
      02 were a major factor in putting together the
      03 plans for the various remedies for trying to
      04 get the well back under control.  So if
      05 there is an opinion, it would be that those
      06 factors should be factored in to the well
      07 design upfront and taken into account.  But
      08 I wouldn't call that a flaw.  That is a very
      09 complicated question that I'm not qualified
      10 to answer with regard to the whole well
      11 design.  The opinion was related to if they
      12 create difficulty in a blowout relief
      13 effort.
```

Page 140:14 to 141:08

```
00140:14        Q.      You are a 30(b)(6) witness on
      15 the subject of InSite Anywhere so I'm going
      16 to cover some questions about it right now
      17 with you.  Okay?
      18        A.      Okay.
      19        Q.      First of all, do you have any
      20 knowledge about the difference between
      21 what's referred to sometimes as the full
      22 version of InSite and InSite Anywhere?
      23        A.      I do not.
      24        Q.      What kind of information could
      25 Anadarko obtain and view on InSite Anywhere?
00141:01        A.      InSite Anywhere is capable of
      02 providing stored well data, it's also
      03 capable of providing realtime well data,
      04 including various drilling parameters and
      05 formation evaluation parameters.
      06        Q.      And how did Anadarko use
      07 realtime data obtained via InSite Anywhere
      08 for the Macondo well?
```

Page 141:12 to 141:19

00141:12   I used it simply to see an image
      13   of the pay sand on the wireline log, on the
      14   LWD logs.  I don't recall what the other
      15   members said they used that for.
      16       MS. WILMS:
      17          Once again, I want to note for the
      18   record that another gentleman was designated
      19   on this topic.

Page 142:01 to 143:12

00142:01       Q.    Let me back up here because
      02   right now I want to ask you -- I'm focusing
      03   on your role as a 30(b)(6) witness right now.
      04   I'm going to ask you in a minute about your
      05   personal use.
      06       A.    Okay.
      07       Q.    Right now I want to know how
      08   Anadarko used realtime data obtained via
      09   InSite Anywhere for the Macondo well site.
      10       A.    The explorationists would follow
      11   the progress while drilling through the zone
      12   to look at the pay properties.  I don't know
      13   exactly how they do that, but when they see
      14   the pay zone, they like to watch that.
      15       Q.    And that's something that's done
      16   by the -- you said the geologists?
      17       A.    Yes.
      18       Q.    How did drilling engineers use
      19   InSite Anywhere with respect to Macondo?
      20       A.    I used it simply to see images
      21   of the resistivity and the LWD logs to see
      22   what the pay looked like, and I didn't use it
      23   for realtime.
      24       Q.    Were there any policies or
      25   practices -- well, strike that.  Had you
00143:01   used InSite Anywhere before?
      02       A.    Yes, I have.
      03       Q.    With other projects?
      04       A.    With other projects.
      05       Q.    How did you use it in those
      06   instances?
      07       A.    I use all manner of aspects of
      08   it, mostly for looking at data that's already
      09   been gathered such as I just described for
      10   Macondo, looking at the formation properties
      11   from the LWD and occasionally I will use it
      12   to look at drilling parameters.

Page 144:17 to 145:14

```
00144:17        Q.    So in addition to realtime,
      18  there was other static information that was
      19  stored on InSite Anywhere, correct?
      20        A.    Yes, correct.
      21        Q.    And what kind of information was
      22  that?
      23        A.    They store what I call drilling
      24  data.  They store the log data and the
      25  drilling data.  The drilling data would be
00145:01  all of the parameters that are recorded in
      02  the mudlogging unit on the rig which would
      03  include pressures and pump rates and torque
      04  and various parameters that they normally
      05  track.
      06        Q.    Is that the -- did you -- with
      07  respect to Macondo, did you use the realtime
      08  at all?
      09        A.    I did not.  I don't recall using
      10  any realtime information.
      11        Q.    So to the extent you used InSite
      12  Anywhere for Macondo, it was for static
      13  information?
      14        A.    That's correct.
```

Page 158:04 to 158:16

```
00158:04        Q.    During your deposition
      05  preparation, did you learn any information
      06  about the InSite Anywhere practices of
      07  Mr. O'Neill or Mr. Folger?
      08        A.    Mr. O'Neill said that he as a
      09  petrophysicist, he downloaded -- I don't
      10  recall the exact times, but he would
      11  download various log properties to conduct
      12  his petrophysical analysis.
      13        Q.    Anything else about Mr.
      14  O'Neill's practices?
      15        A.    That's all I recall from
      16  Mr. O'Neill.
```

Page 159:05 to 159:20

```
00159:05        Q.    In your experience with InSite
      06  Anywhere, is it possible in looking at the
      07  realtime data to see an indication of or a
      08  possibility of hydrocarbons in a well?
      09        A.    Yes, it is.
      10        Q.    And what would the indicia or
      11  what would the information that you would see
      12  be that would suggest such a possibility?
      13        A.    To the extent that InSite
      14  Anywhere displays the logging while drilling
      15  information, that information often contains
      16  formation evaluation or formation fluid
```

```
17  property information, depending on the log
18  and I'm not a logging expert, but you can
19  see the resistivity, for example that would
20  possibly indicate pay or hydrocarbons.
```

Page 227:09 to 232:10

```
00227:09      Q.      Did Anadarko play any role in
      10  capping -- efforts to cap, control, contain,
      11  shut in or kill the Macondo well after
      12  April 20, 2010?
      13      A.      Yes.
      14      Q.      Can you describe those efforts
      15  by Anadarko?
      16      A.      There were at least three or
      17  four persons from Anadarko who went over to
      18  participate in the relief efforts, that
      19  would include myself -- you want me to give
      20  you names?
      21      Q.      Yep.
      22      A.      Myself, Steve Woelfel, Dennis
      23  McDaniel, Mark Lemker.
      24      Q.      I'm sorry, Lamker?
      25      A.      Lemker, I'm sorry.
00228:01      Q.      That's good enough for our
      02  purposes.
      03      A.      And Tim Dean.
      04      Q.      So Anadarko's role was to
      05  provide certain personnel to assist BP?
      06      A.      Anadarko was very committed to
      07  helping out any way they could on the relief
      08  efforts, so we were in there to help BP, you
      09  know, conduct the relief efforts.
      10      Q.      I appreciate that, but the --
      11  was the manner in which Anadarko contributed
      12  by contributing personnel to the effort?
      13      A.      Yes.
      14      Q.      And the personnel are the five
      15  people including yourself that you
      16  mentioned?
      17      A.      Yes.
      18      Q.      We're going to talk about your
      19  role in a minute.  What did Mr. Woelfel do?
      20      A.      Mr. Woelfel went for -- on the
      21  order of a week, very early in the relief
      22  efforts and he worked on the BOP review team
      23  and that might have been what they were
      24  officially called, but he was in there early
      25  trying to help out with understanding what
00229:01  was going on with the HORIZON BOP.
      02      Q.      And you said he was there early
      03  on, and just for a short period of time, a
      04  week?
      05      A.      On the order of a week, maybe up
      06  to two weeks.
```

```
07        Q.     And what's his job at Anadarko?
08        A.     At the time of the incident, he
09   was working, I believe, as an operation
10   superintendent in land drilling.
11   Previously, he had been in the deepwater
12   group and, in fact, was a former employee of
13   Transocean so he was familiar with the
14   HORIZON.
15        Q.     Are you aware of Mr. Woelfel
16   playing any other role than this early
17   short-term role with respect to the BOP?
18        A.     He said they did some
19   brainstorming on different options that
20   might be considered, but it was just very
21   short.  He didn't get descriptive.  He left
22   shortly thereafter.
23        Q.     He left --
24        A.     He left the relief efforts, back
25   to his regular job.
00230:01  Q.     Okay.  And what did Mr. McDaniel
02   do?
03        A.     Dennis McDaniel was involved in
04   assisting in planning for the flowback
05   operations with the top hat.
06        Q.     Do you know how much time he
07   devoted to relief efforts?
08        A.     I believe he was on the order of
09   two to three weeks.
10        Q.     Do you know what his job is with
11   Anadarko?
12        A.     He's a completion engineer.
13        Q.     And Mr. Lemker, what did he do?
14        A.     Mr. Lemker assisted in the
15   logistics working with Tim Dean on
16   preparation and shipping of the junk shot
17   manifold.
18        Q.     I'm sorry of the junk shop
19   manifold?
20        A.     Junk shot manifold.
21        Q.     I'm not sure I know what you
22   mean by manifold in this context.
23        A.     The junk shot manifold was a
24   system of piping that was placed on the
25   ocean bed and attached to the HORIZON BOP
00231:01  and contained junk shot.
02        Q.     Golf balls?
03        A.     Golf balls and other stuff.
04        Q.     Golf balls and other stuff,
05   right.  And how long was he on the project?
06        A.     I believe he was on the order of
07   two to four weeks.
08        MS. WILMS:
09            Tim or Mike --
10        THE WITNESS:
11            I'm sorry.
```

```
12    EXAMINATION BY MR. FINEMAN:
13         Q.    I'm talking about Lemker,
14    right --
15         A.    Lemker was about a week or less.
16    Sorry.
17         Q.    That's all right.  He was
18    working on the junk shot manifold?
19         A.    He was on the logistics of
20    helping to get it shipped.
21         Q.    To get it shipped.  All right.
22    And Tim Dean, what was his role?
23         A.    Tim Dean was involved in putting
24    together the plan to attach the junk shot
25    manifold to the HORIZON BOP.
00232:01        Q.    Anything else that he did?
02         A.    That's broadly what he did, yes.
03         Q.    And he was on for how long, on
04    the project for how long?
05         A.    He was probably on the order of
06    three weeks.
07         Q.    Aside from yourself, was there
08    anybody else from Anadarko who was engaged
09    in the relief efforts?
10         A.    I don't recall any others.
```

Page 233:03 to 233:11

```
00233:03        Q.    To the best of your knowledge,
04    was Anadarko's approval necessary for any
05    capping or killing action by BP?
06         A.    No, it was not.
07         Q.    We're going to talk a little bit
08    more about relief wells.  To the best of
09    your knowledge, was Anadarko's approval
10    necessary for the drilling of relief wells?
11         A.    It was not.
```

Page 233:21 to 235:03

```
00233:21        Q.    Okay.  To the best of your
22    knowledge, did anybody from Anadarko meet
23    with anybody from Transocean, Cameron or
24    Halliburton with respect to Anadarko's role
25    in the relief efforts?
00234:01        A.    There were meetings with those
02    people with regard to the relief efforts.
03    When you say Anadarko's role in the relief
04    efforts you mean our involvement in the
05    relief efforts?
06         Q.    Yes.
07         A.    Yes, there were some meetings or
08    discussions.
09         Q.    Were those discussions -- did
10    those discussions include people from BP?
```

```
11        A.      The discussions were within the
12   framework of the relief effort in the BP
13   building.  To the extent that BP individuals
14   were involved in the various teams, yes,
15   they were involved.
16        Q.      Was there -- to the best of your
17   knowledge, were there any sort of separate
18   meetings between Anadarko and Transocean or
19   Cameron or Halliburton with respect to
20   relief efforts?
21        A.      No, there were not.
22        Q.      I know that you played a role in
23   the relief efforts.  Can you describe for us
24   what role you played?
25        A.      I started in the BP office on
00235:01   May 2nd and started off in the -- I will
02   call it the relief well and dynamic concept
03   team.
```

Page 235:06 to 237:16

```
00235:06        Q.      That's okay.  You can have some
07   water.
08        A.      No.  I started off in the relief
09   well, what I call the concept team which
10   would basically be to -- a small team that
11   we put together, how the relief well would
12   be drilled and how a dynamic kill would be
13   conducted.
14            Then shortly after that, myself
15   and others transitioned in to a junk shot
16   top kill team and we put together plans for
17   conducting a top kill, you know, pumping the
18   junk shot and pumping a top kill.
19            That team moved into an
20   implementation mode and so then we developed
21   detail procedures and actually worked with
22   the field operations team to actually
23   conduct the junk shot and three top kill
24   efforts.
25            After that, I moved on to the
00236:01   relief well intercept team and followed the
02   progress of the relief wells and discussed
03   various aspects of how to intercept the
04   Macondo well, to conduct a dynamic kill with
05   the relief well.
06            And during that time, I also
07   participated or assisted in monitoring and
08   discussing the actual drilling operations of
09   the relief well so I would attend some of
10   the actual morning meetings with the relief
11   wells drilling team.  And I wasn't involved
12   in the capping stack installation, but after
13   it was installed, we then put together what
14   was called the hydrostatic kill team and
```

```
15  cementing team that actually finally pumped
16  the kill job and the final cement job for
17  the -- to plug the well.  I should say the
18  initial cement job to plug the well.  And
19  then after that, I remained around for a
20  while to see the BOP removed, a new BOP
21  installed and then attended some of the
22  meetings in the actual fishing operations
23  that were conducted inside the Macondo well
24  and shortly after that I left the relief
25  operations.
00237:01          Q.      When did you leave the relief
02  operations?
03          A.      I don't remember the exact date.
04  I believe it was in mid-September.
05          Q.      So from the beginning of May to
06  mid-September you were working on the relief
07  efforts?
08          A.      Yes.
09          Q.      How much of your time were you
10  spending on the relief efforts?
11          A.      100 percent.
12          Q.      So what, you basically came off
13  all your other tasks to work on the relief
14  effort?
15          A.      That's correct.
16          Q.      Who made that decision?
```

Page 237:20 to 237:20

```
00237:20  Todd Durkee.
```

Page 237:22 to 238:04

```
00237:22          Q.      Who is Todd Durkee?
23          A.      Todd Durkee is the Deepwater
24  Gulf of Mexico International Drilling
25  manager.
00238:01  He's Mike Pfister's boss.
02          Q.      Okay.  Do you know the thinking
03  behind having you spend 100 percent of your
04  time on this?
```

Page 238:07 to 240:22

```
00238:07  THE WITNESS:
08              Anadarko wanted to contribute to
09  the relief efforts.
10  EXAMINATION BY MR. FINEMAN:
11          Q.      And where were you working when
12  you were working relief efforts, at BP?
13          A.      At BP.
14          Q.      Did you have an office or
```

```
15   cubicle?
16        A.     There were -- kind of a room
17   like this with maybe twice as many people in
18   it.  And as different teams had different
19   sizes, so some of the offices were smaller,
20   so it was just a continuous evolution through
21   the process.
22        Q.     Was there somebody at BP that
23   you reported to?
24        A.     I would report to the team
25   leaders of the various teams that I
00239:01   participated on.
02        Q.     Were you ever a team leader
03   yourself?
04        A.     I was not.
05        Q.     So on the relief well concept
06   team, who did you report to?
07        A.     I believe that was John
08   Sharadin.
09        Q.     How about on the junk shot top
10   kill team?
11        A.     The junk shot top kill team was
12   also John Sharadin.
13        Q.     And he's a BP employee?
14        A.     BP employee, he was a BP
15   employee.
16        Q.     Okay.  How about on the relief
17   well intercept team?
18        A.     Kurt Mix, also a current BP
19   employee.
20        Q.     Kurt Mix.  How about on the -- I
21   realize, you may not have been on the
22   drilling of the relief well's team, but you
23   participated?
24        A.     I would attend some of the
25   meetings, yes.
00240:01        Q.     Who was running that team?
02        A.     I don't recall the leaders on
03   that.
04        Q.     Okay.  And then the hydrostatic
05   kill cementing team?
06        A.     The hydrostatic kill cementing
07   team, I believe that might have been Kurt
08   Mix also.
09        Q.     And the BOP removal?
10        A.     It's all a blur at that point,
11   the teams were going back and forth, I'm
12   sorry, I don't remember that.
13        Q.     That's all right.  Did -- as far
14   as you're concerned, was -- did you -- were
15   you able to obtain all the information from
16   BP that you needed to do your job?
17        A.     Yes.
18        Q.     In order for you to perform your
19   relief effort responsibilities, particularly
```

```
     20  with respect to your kill team exercise, did
     21  you need to know the flow rate of the well?
     22         A.    I did not.
```

Page 241:04 to 241:09

```
00241:04        Q.    And not knowing the flow rate,
     05  did not interfere with any of your efforts?
     06         A.    It did not.
     07         Q.    Did you ever conclude that the
     08  design of the Macondo well hindered any of
     09  the relief efforts?
```

Page 241:13 to 241:16

```
00241:13  As I described earlier, the
     14  presence of the burst disks presented great
     15  challenges in conducting any of the top
     16  kill.
```

Page 241:18 to 242:02

```
00241:18        Q.    Why was that?  Sorry for the
     19  interruption.
     20         A.    The burst disks were identified
     21  very early on as a potential point of
     22  failure, that if -- if it failed during a
     23  top kill could create some serious problems.
     24         Q.    When you were working on the top
     25  kill team, did you know that the burst disks
00242:01  were going to cause a problem in terms of
     02  accomplishing the goals of the top kill?
```

Page 242:07 to 242:16

```
00242:07  THE WITNESS:
     08         The burst disks actually never did
     09  cause a problem.  They were a concern that
     10  problems could occur if they were exposed to
     11  the kill -- the loads during a top kill.
     12  EXAMINATION BY MR. FINEMAN:
     13         Q.    Did you ever come to the
     14  conclusion that the presence of the pressure
     15  disks were a reason why the top kill --
     16  early top kill efforts failed?
```

Page 242:19 to 242:25

```
00242:19  THE WITNESS:
     20         The burst disks did not affect the
     21  success or failure of the first top kills.
     22  EXAMINATION BY MR. FINEMAN:
```

```
         23       Q.      Would you say that the top kill
         24  was made more difficult because of the
         25  presence of the pressure disks?
```

Page 243:03 to 243:07

```
00243:03  THE WITNESS:
         04            I would say the possibility that
         05  those disks could be exposed to loads was a
         06  big concern during all -- during the top
         07  kill operations.
```

Page 244:02 to 244:03

```
00244:02  (Exhibit No. 2640 marked for
         03  identification.)
```

Page 244:05 to 244:11

```
00244:05       Q.      That's all.  I'm going to give
         06  you a document that we're marking as 2640.
         07  It's ANA-MDL-00020671 through 240678.  It's
         08  Tab 48.  The first page of this exhibit is
         09  an e-mail from Bill Goetz at Argonauta to
         10  you, is that correct?
         11       A.      That's correct.
```

Page 247:06 to 247:11

```
00247:06       Q.      The attachment to this e-mail,
         07  the e-mail is Colin, that's Mr. Leach, is
         08  asking Goetz to forward the attached document
         09  to you for your input.
         10            Do you see that?
         11       A.      Yes.
```

Page 248:18 to 248:25

```
00248:18       Q.      If you turn to the first page of
         19  the document, first page of the attachment,
         20  under "Phase I Well Design."
         21            See that?
         22       A.      Yes.
         23       Q.      Mr. Leach wrote:  "The root
         24  cause of the Macondo disaster is most likely
         25  the well design."
```

Page 252:07 to 252:07

```
00252:07       Q.      Turn to the next page --
```

Page 252:09 to 253:09

```
00252:09        Q.     -- of the exhibit, it's Page 2
     10  of the document.  If you go down to where it
     11  says "For Macondo."
     12           Do you see that?
     13        A.     Yes, I do.
     14        Q.     He wrote:  "For Macondo, the top
     15  kill was made much more difficult because of
     16  the well design."
     17           Do you see that?
     18        A.     Yes.
     19        Q.     He goes on to say in particular
     20  for the 16-inch casing -- I'm sorry, in
     21  particular:  "The 16-inch casing was
     22  downgraded in weight/wall thickness," and
     23  then he's got the specifications there, "and
     24  run as a liner."
     25        A.     I see that.
00253:01        Q.     He says:  "The original design
     02  would have allowed for higher pressures
     03  during the top kill.  It would have allowed
     04  for a hard shut-in where the capability is
     05  available to take such an action."
     06           Okay?  So given that context, do
     07  you agree with his statement that the top
     08  kill was made much more difficult because of
     09  the well design?
```

Page 253:13 to 253:16

```
00253:13  I don't know that his statement
     14  that the casing wall thickness was reduced.
     15  I don't know if that's an accurate
     16  statement.
```

Page 254:05 to 254:06

```
00254:05        Q.     So your testimony is you're not
     06  agreeing or disagreeing?
```

Page 254:10 to 254:10

```
00254:10  I'm not agreeing or disagreeing.
```

Page 258:18 to 260:08

```
00258:18        Q.     So let's talk about -- you said
     19  you started with the relief well concept
     20  team.  That was basically how to drill and
     21  perform a dynamic kill, correct?
     22        A.     Correct.
     23        Q.     So what did you -- what was your
```

```
24   specific role with respect to that team?
25        A.    I was one of six or seven
00259:01   persons during the day who would work through
02   kind of a step-by-step sequence of how a
03   relief well might be drilled and how the
04   approach might be conducted and how the
05   dynamic kill-- you know, how the intercept
06   would be conducted and then how the dynamic
07   kill would be pumped.
08        Q.    And I've heard a number of
09   different words describe killing the well.
10   I've heard -- there's top kill and there's
11   momentum kill, I've heard dynamic kill.
12   What's dynamic kill, the way you're using
13   it?
14        A.    In this sense, the dynamic kill
15   would be conducted by intercepting the
16   Macondo well deep and then pumping mud into
17   the flowing oil stream and generating
18   friction by pumping at high rates to
19   overcome the pressure in the Macondo well
20   and thereby fill the well with kill mud and
21   kill it.
22        Q.    And this could only be
23   accomplished by -- through the relief wells,
24   what you just described?
25        A.    That would be a relief well
00260:01   dynamic kill, yes.
02        Q.    And the relief wells, one of the
03   issues of the relief well is the time it
04   takes to drill the wells, correct?
05        A.    Correct.
06        Q.    So that's why there were
07   multiple things happening at once in addition
08   to the relief wells?
```

Page 260:12 to 266:24

```
00260:12   Q.    Correct?
13   A.    Yes, that's correct.
14   Q.    So I think you testified that
15   you -- soon after starting on the relief
16   well concept team, you moved to the junk
17   shot top kill team?
18   A.    Correct.
19   Q.    And what was your specific role
20   on the junk shot top kill team?
21   A.    So first we had a smaller team
22   to deal with the concept of how that might be
23   conducted, so we kind of put together a
24   simplistic plan and then it became apparent
25   that there was a strong interest that we
00261:01   might actually do that, so then, we moved
02   into a larger, kind of an operations
03   planning team and there we worked through to
```

```
04   develop detailed plans for pump -- for
05   pumping the junk shot and doing the top
06   kill.
07        Q.     What was your part of that?
08        A.     On the concept team, again, I
09   was one of seven or eight people throwing
10   together ideas and trying different things
11   back and forth to see what might be the most
12   appropriate way to conduct that operation,
13   and then when we moved into the operation
14   planning team, I was -- there were four or
15   five different subgroups in the big room and
16   I was on the pumping or the hydraulic part
17   of that team.
18        Q.     And what did you do with respect
19   to the pumping and hydraulic parts of that
20   team?
21        A.     Again, we worked on more
22   detailed, refined step by step procedures and
23   looked at fluid densities that could be
24   pumped into the well from the top.  And
25   steadily built up detailed operating
00262:01   procedures.  So I was one of -- like I say,
02   somewhere between 30 and 45 people in the
03   room at any one time working to write these
04   procedures.
05        Q.     And Mr. Sharadin was the team
06   leader?
07        A.     That's correct.
08        Q.     And you were the only Anadarko
09   person on this project, right?
10        A.     In that sub team, I was the only
11   person from Anadarko.
12        Q.     Okay.  All right.  The -- if I
13   understand the chronology, the top kill
14   effort occurred at the end of May?
15        A.     I believe that's correct.
16        Q.     And it was determined that it
17   was not successful by the end of May and then
18   the beginning of June, you had moved on to
19   other parts of the relief effort.  Is that
20   true?
21        A.     That's correct.
22        Q.     And that's when you moved on to
23   the relief well intercept team?
24        A.     That's correct.
25        Q.     And what was your specific role
00263:01   with respect to the relief well intercept
02   team?
03        A.     The specific role, the relief
04   well intercept team was to work with the
05   smaller group that dealt with the wire --
06   that the range -- various ranging operations
07   and technologies that we'd use to determine
08   how close we were in the two different relief
```

09 wells to the Macondo well, so the different
10 tools and strategies for locating the
11 blowout well and then approaching it and
12 then finally drilling into it.
13        Q.    I'm sorry, ranging operations?
14        A.    The ranging technology is
15 technology that can send out information
16 into the rock and detect the steel and the
17 well that's blowing out.
18        Q.    And, again, what were you
19 specifically doing on that team?
20        A.    My specific -- I was more of a
21 drilling person as opposed to a surveying
22 and ranging technology person, so I would
23 provide comments and suggestions on the
24 directional drilling aspects of how to
25 approach the well and I would also interface
00264:01 with the pumping team in the other room who
02 were actually putting together detailed
03 operating plans for the actual top kill
04 and -- I'm sorry, for the dynamic kill and
05 so I would interface between the relief team
06 and the dynamic kill team to just make sure
07 there was consistency in all of our
08 assumptions and procedures.
09        Q.    You were able to use some of the
10 information you had gathered as working on
11 the pumping side of the top kill operation
12 to help with the project -- the dynamic kill
13 project?
14        A.    Yes.  I put forth ideas that we
15 came up with that should be considered in
16 the dynamic kill planning.
17        Q.    How many people were on the
18 relief well intercept team?
19        A.    That was a smaller group.  It
20 seemed like it was probably on the order of
21 10 or 15 or so.
22        Q.    And that was Kurt Mix who was
23 running that?
24        A.    That's correct.
25        Q.    Okay.  And then you said in
00265:01 conjunction with that effort, you were also
02 participating in the actual drilling of the
03 relief wells?
04        A.    Later in that process, I would
05 --
06 I won't say I was participating in the
07 process as much as I would attend their
08 morning meetings to observe what they were
09 doing and be aware of how they were
10 progressing.
11        Q.    Did you provide any input into
12 the actual drilling exercise?
13        A.    The actual drilling of the

```
        14  relief wells?
        15       Q.      Yeah.
        16       A.      Not -- no, I didn't.
        17       Q.      Then you said that you moved on
        18  to the hydrostatic kill cementing team which
        19  was like the final plugging of the well.
        20       A.      Yes.
        21       Q.      What was your specific role
        22  there?
        23       A.      The specific role there was,
        24  again, to write a detailed procedure for
        25  pumping the top kill job and I added
00266:01  comments to those different steps that were
        02  put in the procedure and helped look at
        03  discussions related to the fluid density
        04  that could be used during that top kill.
        05       Q.      Okay.  And then you said finally
        06  that you were around for the BOP removal and
        07  the new BOP installed?
        08       A.      Yes.
        09       Q.      When you're talking about the
        10  new BOP installed, are you talking about a
        11  BOP or are you talking about a capping stack?
        12       A.      At that time, there was a
        13  capping stack on top of the HORIZON BOP, so I
        14  observed the -- I didn't actually see it,
        15  but I was around when the capping stack was
        16  removed and then I saw the HORIZON BOP
        17  removed and then another BOP from one of the
        18  other rigs in the field was then installed
        19  on the Macondo wellhead.
        20       Q.      And did you play any role in
        21  that or you just observed it?
        22       A.      That was mostly observing.
        23            (Exhibit No. 2641 marked for
        24  identification.)
```

Page 267:01 to 267:04

```
00267:01       Q.      So let's look at some documents,
        02  we can go through them pretty quickly, I
        03  think.  Let's start with No. 30.  This is
        04  2641, ANA-MDL-000241068, 241069.
```

Page 267:10 to 267:19

```
00267:10       Q.      So this document has a couple of
        11  e-mails.  We're back to April 27, 2010.  The
        12  first one is an e-mail from you to Mark
        13  Hafle at BP, correct?
        14       A.      Correct.
        15       Q.      And do you recall sending this
        16  e-mail?
        17       A.      Yes, I do.
```

```
18        Q.     Do you recall the purpose of
19   this e-mail?
```

Page 267:22 to 268:02

```
00267:22   THE WITNESS:
       23          The purpose of the e-mail was to
       24   clarify -- attempt to clarify the rating of
       25   the burst disk and to offer support any way
00268:01   we could.  And to try to understand what was
       02   happening at that time on the well.
```

Page 268:10 to 269:12

```
00268:10        Q.     How did it come to be that you
       11   were on the phone with Mr. Hafle?
       12        A.     I recall somebody in our --
       13   probably some of the operation geologists
       14   communicated with BP that we would like to
       15   have a conversation to try to understand
       16   what was going on and offer our support, and
       17   I'm sorry, I don't recall who it was with BP
       18   or Anadarko, for that matter, but we
       19   arranged a conference call and several -- a
       20   group of us got in verbal contact with Mark
       21   Hafle to try to understand what was going
       22   on, so we had a short conversation and got
       23   updated as best we could under the
       24   circumstances.
       25        Q.     So in this e-mail, the first
00269:01   thing you ask him is if he could tell you the
       02   pressure differential rating on the 3 by
       03   16-inch burst disk subs that were run in the
       04   16-inch casing string.
       05          Do you see that?
       06        A.     Yes, I do.
       07        Q.     So this relates to those
       08   pressure disks that we've been talking about
       09   a little bit today, is that correct?
       10        A.     That's correct.
       11        Q.     Why were you asking him this
       12   question?
```

Page 269:15 to 270:04

```
00269:15   THE WITNESS:
       16          In our phone call discussion, he
       17   pointed out -- we were talking about the
       18   potential for top kill options, and he
       19   pointed out that there were burst disks in
       20   the 16-inch casing and I was actually not
       21   aware of it at that point, and so our --
       22   after our follow-up discussions, we tried to
```

```
     23  clarify the ratings on those disks so we
     24  could just get a feel for what risks there
     25  might be for further complications or
00270:01  further worsening of the situation.
     02  EXAMINATION BY MR. FINEMAN:
     03       Q.    You thought that those disks
     04  could pose a further problem?
```

Page 270:08 to 270:14

```
00270:08       Q.    Is that why you were asking?
     09       A.    We were concerned that if they
     10  were exposed they could make matters more
     11  complicated.
     12       Q.    Maybe further compromise the
     13  integrity of the well?
     14       A.    That's correct.
```

Page 271:05 to 272:15

```
00271:05       Q.    That's okay.  And then on No. 4
     06  you wrote:  "I heard BP would be forwarding
     07  us well plans for the two relief wells.  We
     08  look forward to getting that information
     09  when you're ready to send it."
     10            Do you see that?
     11       A.    Yes.
     12       Q.    Why did you know or why did you
     13  believe that BP was going to forward you
     14  well plan relief wells?
     15       A.    I don't recall where I heard
     16  that.
     17       Q.    Okay.  Now, did you get answers
     18  to any of these questions?
     19       A.    We got -- let's see --
     20       Q.    Let me try it another way, I'm
     21  not trying to be tricky.  The e-mail response
     22  you got from Hafle later that evening on the
     23  27th was that:  "There are very strict
     24  communication policies in place."
     25            Do you see that?
00272:01       A.    Yes, I do.
     02       Q.    And that "all questions and
     03  information needs to go through Darrell
     04  Hollek at Anadarko."
     05            Do you see that?
     06       A.    I see that.
     07       Q.    Do you recall getting that
     08  e-mail?
     09       A.    Yes, I do.
     10       Q.    Did you ever find out why they
     11  were controlling information that way?
     12       A.    I did not.
     13       Q.    And as far as you know, did
```

```
14  questions and information thereafter go
15  through Mr. Hollek?
```

Page 272:18 to 272:23

```
00272:18  THE WITNESS:
      19           Any questions I had after that --
      20  between this time and the time that I went
      21  in to BP's office, I tried to have all my
      22  communications, such as they were, go
      23  through Darrell Hollek.
```

Page 273:09 to 274:01

```
00273:09  (Exhibit No. 2642 marked for
      10  identification.)
      11  EXAMINATION BY MR. FINEMAN:
      12       Q.     Let's look at 31.  All right.
      13  This document is 2642, it's
      14  ANA-MDL-000244164 through 4179.  It's
      15  Tab 31.  This is a series of e-mails on
      16  May 15 -- May 14 and May 15, 2005 (sic).  By
      17  this point, mid-May, is it the case that you
      18  were working on the -- the top kill team?
      19       A.     Yes.
      20       Q.     Do these e-mail exchanges
      21  concern your and the group's efforts on the
      22  top kill effort?
      23       A.     Let me have --
      24       Q.     Sure, take your time.
      25       A.     Yes, these are related to
00274:01  limitations on the top kill.
```

Page 274:09 to 275:03

```
00274:09       Q.     I just asked you if this
      10  concerned your efforts on the top kill team?
      11       A.     Yes, it did.
      12       Q.     And the -- now let's talk about
      13  the attachment up here, we're referring to
      14  kill pressure limits?
      15       A.     Right.
      16       Q.     What does that mean?
      17       A.     So as we would pump heavy mud
      18  down the well, that mud would exert
      19  differential pressure on different parts of
      20  the wellbore and if that differential
      21  pressure exceeded the burst disk rating,
      22  assuming the fluid was going down the
      23  production casing annulus, the burst disk
      24  could fail if their rating is exceeded.
      25       Q.     Okay.  So this again, at least
00275:01  to some extent, is trying to account for the
```

```
02  burst disks or the pressure disks that were
03  part of the well design?
```

Page 275:08 to 275:19

```
00275:08  THE WITNESS:
      09          This is related to trying to not
      10  overpower or not overstress different
      11  components in the well that we're getting
      12  ready to kill, assuming that the fluid --
      13  the kill fluid was going down the production
      14  casing annulus.
      15  EXAMINATION BY MR. FINEMAN:
      16      Q.    But at least some of this
      17  analysis is taking into account the presence
      18  of the rupture disks; right?
      19      A.    That's correct.
```

Page 276:06 to 276:23

```
00276:06  (Exhibit No. 2643 marked for
      07  identification.)
      08  EXAMINATION BY MR. FINEMAN:
      09      Q.    Let's go to No. 33.  This is
      10  2643, ANA-MDL-000241168 to 69.  Tab 33.  So
      11  these e-mails are from May 17, 2010, correct?
      12      A.    I see one e-mail.
      13      Q.    There are two e-mails on this
      14  page, the first one at the bottom is from
      15  Mr. Mullen to you.
      16      A.    Yes, yes.
      17      Q.    Who was Mike Mullen?
      18      A.    Mike Mullen was one of the
      19  members on the team who was in charge of the
      20  actual drafting of the procedure.
      21      Q.    And we're talking about the top
      22  kill procedure, correct?
      23      A.    Let me look at it here.  Yes.
```

Page 277:13 to 280:01

```
00277:13      Q.    Let's start again.
      14          So the e-mail from Mr. Mullen to
      15  you is attaching this decision tree that is
      16  attached, is that correct?
      17      A.    Yes.
      18      Q.    And then it looks like what's
      19  happening here is you're forwarding it back
      20  to him -- well, let's just look -- can you
      21  tell me what the attachment is, "Macondo Top
      22  Kill Diagnostic Ingestion Flow Chart"?
      23      A.    This is not my flow chart.  What
      24  I recall is prior to conducting the top kill,
```

```
       25  there was to be a series of tests done
00278:01   across the BOP to diagnose which -- what the
       02  status of all the rams were so that when we
       03  conducted the pumping, we would know the
       04  best places to pump in and, you know, what
       05  our opportunities might be, and I was not
       06  involved in this part of the top kill
       07  procedure.
       08        Q.     So you had no role in preparing
       09  this?
       10        A.     I don't recall having any input
       11  into this.
       12           (Exhibit No. 2644 marked for
       13  identification.)
       14  EXAMINATION BY MR. FINEMAN:
       15        Q.     34.  All right.  So this
       16  document is 2644, it's ANA-MDL-000242505 to
       17  2506.  These e-mails are dated May 17 and May
       18  18, 2010.  Is that correct?
       19        A.     That's correct.
       20        Q.     And who was Stephen Wilson?
       21        A.     Steve Wilson was a BP borehole
       22  stability rock mechanic specialist.
       23        Q.     He was a member of the top kill
       24  team?
       25        A.     He was not on the team, but he
00279:01   came in to give us comments and advice.
       02        Q.     Can you explain what this e-mail
       03  is about, this e-mail exchange?
       04        A.     Steve Wilson was evaluating the
       05  fracture gradient in the hydrocarbon zone so
       06  that when we pumped kill mud into the well,
       07  we would know after all the heavy kill mud
       08  got in there, whether it would continue to
       09  fracture in that zone or not.
       10        Q.     What is your e-mail of the 18th
       11  to him explaining?
       12        A.     It's explaining that we should
       13  be able to put kill mud in the well assuming
       14  that -- it's not written in here -- but
       15  assuming that we had good integrity, good
       16  pressure drop across the BOP, however, in
       17  other words, we would be able to get the mud
       18  in and put it away, but we might have a
       19  problem by keeping the cement in there, is
       20  what it's explaining.
       21        Q.     Okay.  Did that end up being a
       22  problem?
       23        A.     We were never successful on the
       24  initial top kills.
       25        Q.     So you never got to the cement?
00280:01        A.     We never -- yeah.
```

Page 280:09 to 280:11

```
00280:09        Q.     Did you have a sense when you
       10  were at BP working on the relief efforts of
       11  who was in charge of the relief effort?
```

Page 280:15 to 280:17

```
00280:15  I was aware of who was in charge
       16  of our teams, but I was not aware of who was
       17  in charge of the overall relief efforts.
```

Page 282:08 to 283:17

```
00282:08        Q.     After the top kill effort did
       09  not succeed, was there a period of time where
       10  the team sort of did a recap of what they
       11  had done and discussed reasons why it didn't
       12  work?
       13        A.     Yes.
       14        Q.     And did that recap produce an
       15  opinion, a consensus on why it didn't
       16  happen -- I'm sorry, why it didn't work?
       17        A.     I don't recall the conclusions
       18  in that report and I don't know that I
       19  actually ever saw the report, though I
       20  contributed to it.
       21        Q.     What did you contribute to the
       22  report?
       23        A.     I contributed a factual recap of
       24  the pressure -- pressures that were seen
       25  during the three top kills -- the pressures
00283:01  that were seen at the surface and at the
       02  mudline, just a factual recap of a plot
       03  showing what happened.
       04        Q.     Okay.  As far as you know, was
       05  that report published?
       06        A.     That report was included in the
       07  report on the -- kind of the after study of
       08  the top kills, and as far as I know, that's
       09  in BP's system.
       10        Q.     But do you, sitting here today,
       11  have a memory of the conclusion of the
       12  report as to why the top kill did not work?
       13        A.     I do not.
       14        Q.     And, again, did you ever form an
       15  opinion of your own of why the top kill did
       16  not work?
       17        A.     I did not.
```

Page 283:24 to 284:07

```
00283:24  (Exhibit No. 2645 marked for
       25  identification.)
00284:01  EXAMINATION BY MR. FINEMAN:
```

```
02        Q.      I'm giving you what we're
03   marking as 2645.  It's ANA-MDL-000262012
04   through 2017.  This is an e-mail exchange
05   that includes people at Anadarko and it goes
06   back -- if you start on the bottom of the
07   second-to-last page of the exhibit.
```

Page 284:09 to 285:16

```
00284:09        Q.      There's an e-mail from you to
10   Mr. Hollek, Mr. Durkee and Mr. Pfister.  Do
11   you see that?
12        A.      Yes, I do.
13        Q.      And the subject -- it's dated
14   May 30, and the subject is ongoing
15   participation in Macondo relief efforts.
16           Do you see that?
17        A.      Yes.
18        Q.      And as I understand it, this is
19   basically about your participation in the
20   top kill team ending except for whatever
21   recap work you were going to do and about
22   what next -- what else Anadarko would be
23   doing on the relief efforts.  Is that true?
24        A.      That's correct.
25        Q.      And -- and then it looks like
00285:01   there's some e-mail back and forth about --
02   about next steps on the relief efforts and
03   what Anadarko might contribute.  Is that
04   correct?
05        A.      That's correct.
06        Q.      And the e-mail dated June 1,
07   from you to Mr. Hollek, Mr. Durkee and
08   Mr. Pfister, it says here you spoke with
09   Bill Kirton who is in charge of the top hat
10   team.  Do you see that?
11        A.      Yes.  Pardon me one second, I'm
12   hung up.  Okay.
13        Q.      And here, it looks like what
14   you're saying is that -- it looks like they
15   were looking for some help with that effort,
16   right?
```

Page 285:20 to 285:25

```
00285:20   Yes.
21   EXAMINATION BY MR. FINEMAN:
22        Q.      Is this where ultimately
23   Mr. McDaniel came in?  You testified a
24   little while ago that he helped with the top
25   hat team.
```

Page 286:04 to 286:04

00286:04  Yes.


Page 286:06 to 288:25

00286:06        Q.      And then it says here that you
      07  met with members of the relief well team and
      08  then you said you would try to position
      09  yourself to contribute to the relief well
      10  team.  Correct?
      11        A.      Yes.
      12        Q.      That's, in fact, what happened,
      13  right?
      14        A.      Yes.
      15        Q.      You went on to help.  Okay.  And
      16  then there's some e-mail communication later
      17  on June 1st with Mr. Dean.  Do you see that?
      18        A.      June 1st, yep.
      19        Q.      And I take it at this point that
      20  you're communicating with him because he's
      21  also -- you're looking for some additional
      22  assistance in other aspects of the project
      23  and he ultimately came on board to help out,
      24  right?
      25        A.      That's correct.
00287:01        (Exhibit No. 2646 marked for
      02  identification.)
      03  EXAMINATION BY MR. FINEMAN:
      04        Q.      Do you recall that -- let's look
      05  at the next document.  So this is 24 -- I'm
      06  sorry, 2646, ANA-MDLO00262036 to 2037, and
      07  the e-mail at the bottom is from you to
      08  Mr. Quitzau, Mr. Hollek and Mr. Durkee
      09  again, correct?
      10        A.      Yes.
      11        Q.      You wrote that you were hearing
      12  rumors that a top hat arrangement to contain
      13  oil above the riser kink is being considered
      14  in lieu of the option to install another
      15  BOP.
      16            And then you said:  "Apparently
      17  the debate between the two options is
      18  ongoing."
      19            Do you see that?
      20        A.      Yes, I do.
      21        Q.      Did you participate in that
      22  discussion or debate?
      23        A.      I did not.
      24        Q.      You're just reporting
      25  information that you had heard around BP's
00288:01  offices?
      02        A.      That's correct.
      03        Q.      And then the e-mail above, you
      04  were communicating with Mr. Mix that you
      05  would like to participate in the relief well

```
06  team?
07       A.     Yes.
08       Q.     And you were included in that
09  team?
10       A.     Yes.
11              (Exhibit No. 2647 marked for
12  identification.)
13  EXAMINATION BY MR. FINEMAN:
14       Q.     This is a thick document, I'm
15  only asking you about the first page, 2647,
16  ANA-MDL000258555 through 567.  It's Tab 39.
17  This is an e-mail from -- the one at the
18  bottom, anyhow, is from John Sharadin to a
19  distribution list that includes you.  Is
20  that correct?
21       A.     Yes, that's correct.
22       Q.     The subject line is post-job
23  reporting?
24       A.     Yes.
25       Q.     What does that mean?
```

Page 289:04 to 289:04

```
00289:04  Let me look at the document.
```

Page 289:24 to 291:15

```
00289:24       Q.     And is the Bob reference to you?
     25       A.     I don't recall this e-mail.
00290:01       Q.     Do you recall these tasks being
     02  assigned?
     03       A.     I don't.  I can speculate, but I
     04  would like to look in the document and see
     05  what might be going on here.  Okay.
     06       Q.     Go ahead.
     07       A.     These appear to just be
     08  guidelines on how to do -- sort of an example
     09  of how to do a post-well recap and he was
     10  setting a stage for us to do that post-recap,
     11  post-job recap and he's using words that I
     12  certainly wouldn't have used, but I can guess
     13  what he's talking about.
     14       Q.     Well, I guess all I really
     15  wanted to know was whether or not -- what
     16  this was and what role you're playing.
     17       A.     If this is related to the
     18  post-job report and the top kills, then we
     19  would divvy up the different key points that
     20  each person would write up and then we would
     21  contribute our section and some professional
     22  writer would combine them into one document.
     23  I contributed at least one and possibly two
     24  parts.
     25       Q.     What do you remember you
```

```
00291:01  contributed?
      02        A.     What I did contribute was what I
      03  described earlier, was the factual pressure
      04  recaps for the three top kill jobs.
      05        Q.     Okay.  But these other
      06  descriptions don't mean anything to you,
      07  friction analysis, oil return timing in
      08  kink?
      09        A.     Friction analysis would be what
      10  I just described.  And I did another recap,
      11  video recaps of the flow coming out of the
      12  riser kink through the course of the final
      13  kill job to try to determine when oil was
      14  coming out and oil was coming out.  That may
      15  be what he was talking about.
```

Page 291:21 to 294:20

```
00291:21  (Exhibit No. 2648 marked for
      22  identification.)
      23  EXAMINATION BY MR. FINEMAN:
      24        Q.     I'm giving you 2648.  It's
      25  ANA-MDL000258665 through 8671.  It's Tab 42.
00292:01  There are a number of e-mails in this
      02  exhibit.  The first go back to June 15th
      03  from you to different -- a number -- several
      04  people including somebody called William
      05  Burch.
      06        A.     Yes.
      07        Q.     Do you see that?
      08        A.     Yes.
      09        Q.     And the subject is "relief well
      10  decision trees, deep intercept."
      11               Do you see that?
      12        A.     Yes.
      13        Q.     And can you describe for me what
      14  this e-mail is about?
      15               It starts out:  "We will meet to
      16  discuss the topics below following
      17  yesterday's woodcutting meeting."
      18               And then it looks like you've
      19  identified a number of flow charts, and
      20  there are flow charts attached as an
      21  exhibit.
      22        A.     What I recall is we had a group
      23  of experts involved in our team and there
      24  were many different ways to approach the
      25  intercept, either shallow at the 9-7/8th
00293:01  casing shoe or deep and there were opinions
      02  everywhere and so we were trying to get
      03  people to put their ideas down so we could
      04  get them all together and compare.  This
      05  sequence of e-mails looks like an attempt to
      06  try to pull those together.
      07        Q.     Were you playing a leadership
```

```
08  role with respect to this group?
09        A.     No, I was one of these players,
10  and I was the one that got frustrated how
11  long things were taking, so I finally said,
12  look, let's get together, I don't know who
13  came up with the term "woodcutting," but it
14  was time to start -- stop talking and
15  getting ideas down and put -- summarize the
16  ideas so that the decision makers could make
17  decisions.
18            That is what this was about, was
19  moving in that direction.
20        Q.     Did you feel like things were
21  taking too long, decision making was taking
22  too long?
23        A.     This particular topic was a very
24  -- there were many alternatives, so we were
25  working through as fast as we could to come
00294:01  up, to evaluate the decisions and come
02  together with a consensus and put forward a
03  procedure for someone to decide on.
04        Q.     It says here on the front, the
05  first page of the exhibit, that you did a
06  walk around vote and updated the two flow
07  charts as attached.
08        A.     Yeah, so we had one meeting, and
09  we were good enough to get all the ideas
10  down and I wasn't optimistic that I could
11  get everybody together to have a vote in one
12  room for another meeting, so I just carried
13  it around and got the votes, and I don't
14  remember how that turned out, by the way,
15  but it was just a process to get things
16  going.
17        Q.     This is about how best to use,
18  how best to devise the relief well to
19  intercept the blowout well.  That's what this
20  is all about, right?
```

Page 294:24 to 295:11

```
00294:24  There were numerous decisions that
25  had to be made, whether it's shallow
00295:01  intercept, deep intercept, whether we mill
02  into the casing, punch through the casing,
03  drill down the side of the casing and
04  perforate, they were all over the place and
05  so that was the goal here was to try to pull
06  those ideas together and start making a
07  cohesive plan that someone could decide on.
08  EXAMINATION BY MR. FINEMAN:
09        Q.     And did that happen?
10        A.     Ultimately, we had a plan that
11  allowed us to intercept.
```

Page 295:22 to 296:15

```
00295:22        Q.     This is in mid-June.  The
      23 decision wasn't made in mid-June, correct?
      24        A.     Correct.  There's multiple
      25 decisions that we made within here, shallow
00296:01 intercept versus deep intercept, I don't
      02 recall the exact date that was made, but the
      03 final decision was to intercept shallow and
      04 that's what we actually did.
      05        Q.     All right.  Did you express to
      06 anybody at BP any frustration about how long
      07 the process was taking?
      08        A.     I was happy with this process,
      09 there's just so many diverse opinions on
      10 this particular idea.  It's understandable
      11 that you would have that many ideas.
      12        Q.     And did you express to anybody
      13 at Anadarko any frustration about how long
      14 this decision-making process was taking?
      15        A.     No, I didn't.
```

Page 296:20 to 296:25

```
00296:20 (Exhibit No. 2649 marked for
      21 identification.)
      22 EXAMINATION BY MR. FINEMAN:
      23        Q.     I'm going to give you
      24 Document 2649, ANA-MDL-000261855 through
      25 1862.
```

Page 297:02 to 299:18

```
00297:02        Q.     What you have here -- this is
      03 Tab 43.  What you have here is an e-mail
      04 dated June 28th, 2010 from Gary Wulf,
      05 W-U-L-F, to a distribution list, it's quite
      06 a large distribution list that includes you,
      07 correct?
      08        A.     Do I see my name in there?
      09        Q.     It is, just above the CC.
      10        A.     Correct.
      11        Q.     And do you remember who Gary
      12 Wulf was?
      13        A.     I do.
      14        Q.     Who was he?
      15        A.     I remember who he is, I'm not
      16 sure of his exact function.  He seemed to be
      17 some sort of an intermediary between the
      18 procedure teams and the decision makers.  So
      19 I would see him sometimes walk and talk and
      20 then leave and go into other rooms.  I don't
      21 know his exact role.
```

```
22        Q.      Okay.  This e-mail concerns a --
23   as I understand it, concerns a meeting
24   that's going to be held concerning relief
25   well integrated kill and cementing review.
00298:01   Is that your understanding?
02        A.      Let me review it real quickly.
03        Q.      Sure.
04        A.      Yes, I remember this meeting.
05        Q.      What was this meeting about?
06        A.      This meeting was an effort to
07   bring in experts from outside of the relief
08   well team from various companies around the
09   industry to get as many ideas as BP could to
10   help come up with the best plan possible.
11        Q.      Was this focused on the relief
12   wells, the title of the document is relief
13   well integrated kill and cementing review.
14   I can't tell if the subject matter was
15   beyond relief wells.
16        A.      Yes, that's correct.  Relief
17   well intercept and dynamic kill and
18   cementing.
19        Q.      That's what -- that was the
20   focus or the scope of this meeting?
21        A.      Yes.
22        Q.      Okay.  The -- the document
23   you're looking at there, it says under
24   context, it refers to the well intercept and
25   hydraulic well team.  Do you see that?
00299:01   A.      I don't.
02        Q.      Under context.
03        A.      Yes.
04        Q.      The well intercept and hydraulic
05   well kill team.  Is that the team that you
06   were on?
07        A.      Yes.  I was on the intercept
08   side of that team and interfaced with the
09   hydraulic side of the team.
10        Q.      Okay.  And it says:  "Has
11   developed plans and procedures to intercept,
12   hydraulically kill and cement the well."
13          Right?
14        A.      Yes.
15        Q.      So the earlier e-mail that we
16   looked at when you were running around
17   trying to get a vote, that was related to
18   the intercept part of this, is that correct?
```

Page 299:21 to 299:23

```
00299:21   THE WITNESS:
22            That's correct.  That was an early
23   iteration of plans.
```

Page 300:01 to 300:25

00300:01  participants," you will see a couple of
      02  Anadarko names there, Gerald Courville and
      03  Jim Kunning.  Do you see that?
      04        A.     Yes, I do.
      05        Q.     Do you know those gentleman?
      06        A.     Yes, I do.
      07        Q.     Do you recall whether they
      08  attended the meeting?
      09        A.     They did.
      10        Q.     And they were part of the
      11  contingent from outside of the relief effort
      12  teams?
      13        A.     Yes.
      14        Q.     Do you know what role they
      15  played?
      16        A.     They participated in the
      17  discussion and put forward any idea that
      18  they would come up with.
      19        Q.     Do you recall any particular
      20  ideas they came up with?
      21        A.     I know they came up with some
      22  ideas and I don't recall the exact nature of
      23  those ideas.  They would get their chance
      24  and they would speak out and so someone
      25  would document that.


Page 301:11 to 301:18

00301:11        Q.     Did you ever see any written
      12  summary that included comments by
      13  Mr. Courville or Kunning?
      14        A.     My recollection is that some of
      15  Gerald's comments got thrown into the mix in
      16  capturing the results of the meeting, and
      17  Jim's may have as well.  I just don't recall
      18  that.


Page 302:05 to 302:20

00302:05        Q.     Turn the page, you will see --
      06  it says "project team" and then it's got your
      07  name listed on there.
      08           Do you see that?
      09        A.     Yes.
      10        Q.     Do you know what is meant by
      11  project team here?
      12        A.     So that would be the relief well
      13  and hydraulic kill sides of this group, so,
      14  in other words, we put forward our plan and
      15  then all these experts commented on it and
      16  added ideas.
      17        Q.     Is it fair to say that the

```
18   project team is the well interception
19   hydraulic well kill team?
20        A.     That's my understanding.
```

Page 303:16 to 303:24

```
00303:16       Q.     Okay.  Did you speak at this
      17   meeting?
      18        A.     I don't recall specific
      19   comments.
      20   I probably did.  The main purpose of the
      21   meeting was to hear other people in the
      22   industry rather than have us talk.  So any
      23   comments I made would have been relatively
      24   minor.
```

Page 304:04 to 305:08

```
00304:04   (Exhibit No. 2650 marked for
      05   identification.)
      06   EXAMINATION BY MR. FINEMAN:
      07        Q.     I'm giving you what's been
      08   marked as 2650, ANA-MDL000258607 to 258608.
      09   It's Tab 44.
      10             The e-mail at the top of the page
      11   is from you to William Burch.  Do you see
      12   that?
      13        A.     Yes.
      14        Q.     It's dated July 8th, 2010,
      15   correct?
      16        A.     Yes.
      17        Q.     Do you know who Mr. Burch was?
      18        A.     Yes, I do.
      19        Q.     Who was he?
      20        A.     He was a well control engineer
      21   with the Wild Well Control Company.
      22        Q.     And do you remember what his
      23   role in this process was?
      24        A.     He was in a role similar to
      25   myself only working for Wild Well, his
00305:01   expertise was in the functions of Wild Well
      02   control which would be capping and well
      03   control.  So he contributed ideas just like I
      04   did.
      05        Q.     And the re: Line, the subject
      06   line is here:  "Dual relief well strategy."
      07             Correct?
      08        A.     Yes.
```

Page 306:03 to 307:04

```
00306:03       Q.     Okay, Mr. Quitzau, "dual relief
      04   well strategy."  What was that?
```

```
05        A.      I believe that there was a
06  suggestion or a comment from some of the
07  middle and upper managers that there might
08  be a case for waiting for both relief wells
09  to approach the Macondo well before starting
10  the kill, and Bill Burch had an opinion on
11  that, that we should proceed ahead as fast
12  as possible with the DD-III and take our
13  chances with one well doing the dynamic kill
14  while the second well continued drilling and
15  he was sending around his ideas, which I
16  can't see in this e-mail, but he was asking
17  for input from others to help sell his
18  position.
19        Q.      And your view was what?
20        A.      I supported him, that there are
21  several reasons for continuing to drill the
22  DD -- on the DDIII rig and continuing the
23  relief well, going as fast as possible and
24  let the second relief well catch up when it
25  was ready, but go for the kill as fast as
00307:01  possible.
02        Q.      That's ultimately what happened?
03        A.      That's ultimately what happened.
04        Q.      All right.
```

Page 307:09 to 307:17

```
00307:09  (Exhibit No. 2651 marked for
10  identification.)
11  EXAMINATION BY MR. FINEMAN:
12        Q.      I'm giving you what we're
13  marking as 2651, ANA-MDL-000240783 through
14  240789.  This is an e-mail to you from Peggy
15  Strautberg at Wilson & Associates.
16            Do you see that?
17        A.      I do.
```

Page 307:20 to 307:22

```
00307:20  Q.      Who was she?
21        A.      She was a technical writer
22  working for BP.
```

Page 309:06 to 309:24

```
00309:06  Q.      And what is this document?
07        A.      My understanding was that a
08  result of one of the HAZIDS, there were
09  numerous hazards that were conducted, a risk
10  was identified during a dynamic kill, the
11  extreme pressure draw downs in the drill
12  stream could result in a bottom hole
```

```
13  assembly component failure.
14          So to follow up on that identified
15  risk, they asked me to go in and talk to the
16  service companies and compile different
17  opinions about the strengths of the BHA
18  components and build it into a technical
19  file note, send it back to the BP system so
20  that they could log into their documentation
21  tracking and that they covered and
22  identified risk.
23      Q.    So it was basically for future
24  reference?
```

Page 310:03 to 310:06

```
00310:03  It was for documenting an
     04  identified hazard, to say that it was
     05  identified or evaluated.
     06  EXAMINATION BY MR. FINEMAN:
```

Page 310:11 to 310:15

```
00310:11      Q.    All right.  I want to go back to
     12  a document that we looked at earlier today,
     13  it's Exhibit 2629.  It's an April 5, 2010
     14  document.  It's the e-mail from you to
     15  Mr. Folger.  They're marked.  Do you see it?
```

Page 310:19 to 311:19

```
00310:19  THE WITNESS:
     20          All right.
     21  EXAMINATION BY MR. FINEMAN:
     22      Q.    Okay.  Earlier today I asked you
     23  about this document and I asked you about
     24  the statement in the second line there, you
     25  wrote that:  "The morning report says that
00311:01  they got a GeoTap. gradient of 12.58 ppg at
     02  18,089 feet MD."
     03          Is that correct?
     04      A.    Yes.
     05      Q.    I asked you about that, and you
     06  told me that you did not get an answer to
     07  that issue prior to April 20, but I think
     08  you testified that you did ultimately learn
     09  that it was correct.
     10          Do you remember that testimony?
     11      A.    Yes, I do.
     12      Q.    When did you find out that that
     13  information was correct?
     14      A.    I don't remember an exact date.
     15      Q.    Was it -- I'm sorry.
     16      A.    Go ahead.
```

```
17      Q.    Was it in the context of your
18  relief well efforts?
19      A.    Yes.
```

Page 367:01 to 367:05

```
00367:01  THE VIDEOGRAPHER:
     02                This is the continuation
     03     videotaped deposition of Robert Quitzau.
     04     Today's date is May the 26th, 2011.  We're
     05     now on the record.  It's 8:28.
```

Page 367:07 to 367:09

```
00367:07        Q.     Good morning, Mr. Quitzau.  I'm
     08     Geoffrey David.  I'm with the law firm of
     09     Kirkland & Ellis.
```

Page 390:24 to 391:13

```
00390:24        Q.     Would you look at wireline logs?
     25        A.     I don't recall looking at
00391:01     wireline logs to prepare for the morning
     02     meeting.
     03        Q.     Would you look at MWDs or LWDs?
     04        A.     As we drilled -- as BP drilled
     05     through the objective, I would and did look
     06     at formation evaluation LWD logs to see what
     07     the pay zones looked like.  And there might
     08     have been one or two meetings in there when I
     09     looked at that prior to the morning meeting.
     10        Q.     And why would you look at the --
     11     the pay zones?
     12        A.     Just to understand what we're
     13     drilling or what BP's drilling.
```

Page 444:06 to 444:19

```
00444:06        Q.     Mr. Quitzau, my questions are
     07     mainly going to be directed this morning to
     08     the efforts with regard to containing the
     09     flow, capping the well.
     10                The -- you would agree with me
     11     that the capping stack which was installed on
     12     the Macondo well, actually, was successful in
     13     stemming the flow of hydrocarbons into the
     14     Gulf of Mexico; correct?
     15        A.     That's correct.
     16        Q.     All right.  And all of the --
     17     you would also agree with me that all of the
     18     efforts that preceded that were not
     19     successful?
```

Page 444:23 to 445:03

```
00444:23        Q.     They did not ultimately stem the
     24     flow?  And by "stem the flow," I mean stop.
```

```
     25          A.     That's correct.
00445:01          Q.     And those -- those efforts
     02    commenced with the BOP intervention; correct?
     03    That was the initial intervention effort?
```

## Page 445:06 to 445:18

```
00445:06  THE WITNESS:
     07                Can you describe what you mean
     08    by that question?
     09    EXAMINATION BY MR. HEBERT:
     10          Q.     The ROVs and the action that
     11    they took with regard to trying to activate
     12    the BOP, just in general?
     13          A.     Yeah.  In general, I was not
     14    involved in any of the work in that area, but
     15    I understand that they were unsuccessful.
     16          Q.     Yeah.  And they preceded --
     17    those efforts preceded, for example, the
     18    cofferdam, which also didn't work; correct?
```

## Page 445:21 to 446:02

```
00445:21  THE WITNESS:
     22                I understand that that's
     23    correct.
     24    EXAMINATION BY MR. HEBERT:
     25          Q.     And they preceded the top kill,
00446:01    junk shot efforts, which didn't succeed as
     02    well; correct?
```

## Page 446:06 to 446:06

```
00446:06  That's correct.
```

## Page 446:23 to 447:01

```
00446:23          Q.     Okay.  What I want to know is
     24    how these efforts were prioritized in terms
     25    of which one would be implemented, from your
00447:01    perspective, what you knew about it?
```

## Page 447:04 to 447:11

```
00447:04  THE WITNESS:
     05                I was not involved in the
     06    prioritization.  The -- the one relevant
     07    message that came out early on is -- is that
     08    the methods that were under consideration
     09    had -- were given increased merit based on
     10    the idea that they wouldn't make the disaster
     11    worse.
```

Page 447:18 to 448:11

```
00447:18          Q.     All right.  Well, let's talk a
      19    little bit about the burst disk or ruptured
      20    disk.  Which are you more comfortable with,
      21    burst disk or rupture disk?
      22          A.     Burst disk.
      23          Q.     All right.  I've never seen one
      24    of these devices.  I heard your explanation
      25    yesterday about what their purpose is.
00448:01                 Can you describe it for me?
      02          A.     A burst disk can be placed
      03    within a casing string.  One application
      04    would be to mitigate annular pressure buildup
      05    during the well when it's put under
      06    production.  And so if an annulus, a drilling
      07    casing -- an annulus that includes a drilling
      08    casing were sealed, then pressure can build
      09    up, and these burst disks would allow that
      10    pressure to vent without destroying the
      11    integrity of the well.
```

Page 451:11 to 451:14

```
00451:11          Q.     Do you know whether or not the
      12    BOP intervention that was originally
      13    undertaken, if it had been successful, would
      14    have put into jeopardy those burst disks?
```

Page 451:17 to 451:19

```
00451:17  THE WITNESS:
      18                 Are you asking what I know now
      19    or what I knew then?
```

Page 452:07 to 452:20

```
00452:07          Q.     Let's start with what you knew
      08    then.
      09          A.     What we knew then --
      10          Q.     By "we," clarify the "we."
      11          A.     Okay.  Yeah.  On the relief --
      12    the relief team -- members of the relief
      13    team, during the early intervention process,
      14    there was speculation that the flow may have
      15    been coming up production casing annulus.
      16                 So that if the BOP were shut in,
      17    the burst disk could see some very high
      18    loads.  So if those loads were higher than
      19    the burst disk ratings, then there could have
      20    been some issues there.
```

Page 453:05 to 453:21

```
00453:05        Q.    But -- but from your explanation
      06   of what you knew then, if it had been
      07   successful, it would have tested those burst
      08   disks?
      09        A.    Loads would have been placed
      10   on -- loads would have been placed on the
      11   burst disks.
      12        Q.    All right.  Now, let's take the
      13   second part of your answer, what you know
      14   now.
      15        A.    What I -- what I -- what I've --
      16   understand now is that the well was not
      17   flowing on the production casing annulus;
      18   and, therefore, the burst disks never saw any
      19   loads.
      20        Q.    All right.
      21        A.    Loads related to blowout.
```

Page 455:15 to 456:14

```
00455:15        Q.    Sure.  What, if any, information
      16   during your entire involvement with the
      17   Macondo relief well efforts was gained about
      18   flow path?
      19        A.    Ultimately after the well was
      20   killed and cemented and at some point it --
      21   the 9 and 7/8ths casing was pulled and
      22   inspected, and I understand, from my
      23   discussions, that it was determined that
      24   there was no flow up behind the 9 and
      25   7/8th-inch casing.
00456:01             So that was -- I don't remember
      02   the exact month, maybe September or October.
      03        Q.    Okay.  Was any information
      04   learned about flow path prior to that period
      05   of time?
      06        A.    During the course of the relief
      07   efforts, there were many speculations and
      08   efforts to try to understand where the flow
      09   path was, but I never did see anything
      10   conclusive that would indicate the exact flow
      11   path.
      12        Q.    What information are we talking
      13   about that might have been suggested one way
      14   or the other?
```

Page 456:17 to 459:02

```
00456:17   THE WITNESS:
      18             It was all speculation.  We had
      19   pressure profiles on top kills, and we never
```

5

```
20    saw anything definitive that would clearly
21    identify where the flow path was.
22              The first -- and that was on the
23    top kills.  And the first positive indicator
24    that the flow was just up the casing was when
25    we did the final hydrostatic kill.  There
00457:01    were strong indications at that point that
02    the flow was not coming up outside the 9 and
03    7/8ths inch casing.  But that was still not
04    totally conclusive.
05    EXAMINATION BY MR. HEBERT:
06         Q.    All right.  But that proved to
07    being accurate?
08         A.    That ended up proving to be
09    accurate.
10         Q.    All right.  Well, the
11    information -- tell me what the basis for
12    that information was as a result of the top
13    kill efforts?  How did you glean that?
14         A.    It's not the top kill.  By the
15    words everybody was using, it's the
16    hydrostatic kill.
17         Q.    Okay.  I'm sorry.
18         A.    After the -- after the capping
19    stack was put on, there were predicted pump
20    pressure versus volume curves generated for
21    several different flow scenarios.  And the --
22    the actual pumping -- pump volume versus
23    pressure profile that was exhibited during
24    the kill, very closely matched the profile
25    that would suggest flow-up casing as opposed
00458:01    to outside the casing or as opposed to both
02    inside and outside.
03         Q.    And ultimately, when the casing
04    was pulled, that was more or less a
05    definitive conclusion?
06         A.    That's correct.
07         Q.    You said "as a result of
08    discussions when the casing was pulled."
09              Do you recall that earlier?
10         A.    Yes.
11         Q.    With whom were these
12    discussions?
13         A.    I had a phone call with Jon
14    Sprague with BP at one point, and he
15    indicated that they confirmed that the casing
16    hanger seal was intact and that the flow was
17    not at the outside.
18         Q.    Now, a couple of other just
19    general questions.
20              I understand that you were sort
21    of in one of these concept groups or various
22    concept groups during the relief well efforts
23    and that your group was not one of the
24    decision-making groups.  I heard your
```

```
        25     testimony yesterday.
00459:01               Who did you appreciate were in
        02     the decision-making group?
```

Page 459:08 to 460:14

```
00459:08       Q.     Just based on your experience
        09     and appreciation of being there.
        10       A.     Yeah.  I -- I don't know who the
        11     actual decision makers were.
        12       Q.     All right.  I'm not asking for
        13     names necessarily.  I'm asking for entities.
        14       A.     I know that at some point in the
        15     process, government involvement was in --
        16     various agencies in the government were
        17     involved in contributing to those decisions.
        18     And whether or not they were the actual
        19     decision maker, that was never clear to me.
        20     And then certainly at higher levels of BP
        21     were involved, and I wouldn't even know who
        22     to begin to name or what role would -- would
        23     have been making those decisions.
        24       Q.     But certainly with regard to
        25     entities making the ultimate decisions -- and
00460:01     when I'm talking about decisions, I'm
        02     including in there prioritizing what would be
        03     done when.  Do you understand?
        04       A.     Yes.
        05       Q.     Based upon what I just heard you
        06     say, or my appreciation of it, at least, the
        07     decision-making entities were, at least, BP
        08     and the government; correct?
        09       A.     My understanding is that those
        10     people were involved in setting the
        11     priorities.
        12       Q.     All right.  Well, was Anadarko
        13     given a vote in the go or no go?
        14       A.     No.
```

Page 460:23 to 461:05

```
00460:23       Q.     Okay.  Now, before the capping
        24     stack could be employed, we know a lot of
        25     other things were done, and we'll probably
00461:01     get into those with a little bit more
        02     specifics.
        03               But what had to be done, in your
        04     appreciation, prior to the installation of
        05     the capping stack to make that work?
```

Page 461:09 to 462:05

```
00461:09       Q.     Do you know?
```

```
        10        A.      I was not involved in that, but
        11   my understanding was, is that the debris had
        12   to be cleared off of the top of the -- of the
        13   well.
        14        Q.      The debris --
        15        A.      Debris --
        16        Q.      -- would that be the riser, the
        17   bent riser?
        18        A.      The bent riser; that's correct.
        19        Q.      Okay.  So the riser had to be
        20   cut and removed?
        21        A.      That's correct.
        22        Q.      Anything else?
        23        A.      Again, I was not involved in it,
        24   but that appeared to the -- the major piece
        25   that had to be removed.  There were some
00462:01   drill pipe pieces inside the riser that had
        02   to also be cut.
        03        Q.      Okay.  Do you know if that type
        04   of intervention would have made matters
        05   worse?
```

Page 462:08 to 462:17

```
00462:08   THE WITNESS:
        09            The understanding was, is that
        10   flow was going through the riser -- through
        11   the bent riser, through leaks in the riser,
        12   and out the end of the riser some distance.
        13   I don't remember the exact distance.  So by
        14   cutting the riser, the back pressure on the
        15   well would be reduced and -- and would
        16   there -- thereby impact the flow from the
        17   well.
```

Page 464:18 to 465:07

```
00464:18        Q.      We've already covered this, but
        19   we've -- we've established that the capping
        20   stack actually stopped the flow?
        21        A.      That's correct.
        22        Q.      And all efforts prior to that
        23   had been unsuccessful?
        24        A.      That's correct.
        25        Q.      And we've also established that
00465:01   the BOP, had it worked, may have put at risk
        02   those burst or ruptured disks that we talked
        03   about; correct?
        04        A.      I believe I stated that the
        05   loads -- high loads would have been placed --
        06   could have been placed on the ruptured disks,
        07   assuming that the flow were up the annulus.
```

Page 465:17 to 466:14

```
00465:17  EXAMINATION BY MR. HEBERT:
     18           Q.     All right.  And we've already
     19    established that for the capping stack to be
     20    employed, it had to involve the cutting of
     21    the riser which increased the flow; correct?
     22           Or had the potential for
     23    increasing the flow?
     24           A.     That's correct.
     25           Q.     But that it ultimately worked,
00466:01  we've established that, too; correct?
     02           A.     The capping stack ultimately
     03    worked.
     04           Q.     Yeah.  Well, my -- my question
     05    is that it seems to me that interventions
     06    were taken that put some things at jeopardy
     07    that did not work and then ultimately the
     08    intervention of the capping stack involved
     09    some risks and the only risk -- the specific
     10    risk that has been identified to me, and
     11    you've identified today, is the increasing of
     12    the flow, which it may have done, but it
     13    worked; correct?
     14           A.     (Nodding head affirmatively.)
```

Page 467:02 to 467:08

```
00467:02           Q.     Okay.  If you will, go to Tab 2,
     03    and it's a string of e-mails.  A lot of my
     04    questioning will be with respect to this
     05    e-mail string.
     06           The -- the first starts with an
     07    e-mail dated May 4, 2010, from you to Messrs.
     08    Watson, Durkee, and Pfister; correct?
```

Page 467:14 to 467:17

```
00467:14           A.     Okay.  May 4th, yes.
     15           Q.     And we'll mark these in globo as
     16    the next exhibit.  And if you don't mind,
     17    Mr. Quitzau --
```

Page 467:24 to 468:13

```
00467:24  MS. WILMS:
     25           Okay.  It's being marked as
00468:01  Exhibit 2657, and it's ANA-MDL-000276761
     02    through 276768.
     03           (Exhibit No. 2657 marked for
     04    identification.)
     05    EXAMINATION BY MR. HEBERT:
     06           Q.     This is a string of e-mails.  I
```

```
07   guess, to simplify it, which involves your
08   exchanges of communication with those at
09   Anadarko, identify; correct?
10        A.      Yes, that's correct.
11        Q.      Is that the -- is that the same
12   people as we have referred to earlier in your
13   deposition as the asset group?
```

Page 468:18 to 470:05

```
00468:18   EXAMINATION BY MR. HEBERT:
19        Q.      Okay.  So your reporting
20   requirements were different during the well
21   intervention than they had been during the
22   period of time pre-blowout?
23        A.      That's correct.
24        Q.      Okay.  I don't remember covering
25   this, so I'll spend a moment or two with
00469:01   respect to that.
02                Can you identify these gentlemen
03   for me?
04        A.      Steve --
05        Q.      And what their roles are at
06   Anadarko?
07        A.      Okay.  Steve Woelfel is a -- I
08   believe he's an operations superintendent in
09   the land group.  He was discussed yesterday.
10   He formerly was in the deepwater drilling
11   group of which I'm in.
12        Q.      Okay.
13        A.      And also a former Transocean
14   employee.
15        Q.      I remember.
16        A.      Tim Dean is a sub -- subsea
17   facilities specialist.  We talked about him
18   yesterday.  He's involved in attaching the
19   junk shot to the HORIZON BOP.
20                Pat Watson is operation manager
21   in the deepwater Gulf of Mexico group.
22                Todd Durkee is the general
23   manager or head manager of the deepwater Gulf
24   of Mexico group.
25                Mike Pfister is the drilling
00470:01   engineer manager for the deepwater Gulf of
02   Mexico group and my boss.
03        Q.      Okay.  And these were your
04   reporting group post-blowout with respect to
05   all of your activities?
```

Page 470:08 to 472:10

```
00470:08   THE WITNESS:
09                No.  This was an early e-mail,
10   and the group who received reporting updates
```

```
11    changed as the relief efforts went on.
12    EXAMINATION BY MR. HEBERT:
13         Q.    Okay.  In that first e-mail, it
14    indicates you worked with Halliburton.  Do
15    you remember who at Halliburton?
16              It says:  "Yesterday morning, I
17    worked with Halliburton, another consultant,
18    and the BP cementing expert, Erick
19    Cunningham, on a first pass design for
20    pumping cement from the relief into the
21    blowout well immediately after a dynamic
22    kill."
23              I read that right; correct?
24         A.    Yes.
25         Q.    All right.  Who was the
00471:01  Halliburton guy you worked with?
02         A.    I don't recall.
03         Q.    All right.  The next sentence is
04    the one I want to ask you about:  "I
05    emphasize the need for quality and told Erick
06    we would like to share our recent cementing
07    learnings."
08              There's -- there's two points I
09    want to ask you about that.
10              What did you mean when you --
11    when you said, "I emphasize the need for
12    quality"?
13         A.    The need for quality was
14    important in the case of a cementing job
15    through a dynamic kill, because there could
16    be only one chance to cement the well.  So it
17    had to be done properly was the vision that
18    we set forth for the relief well group.
19         Q.    Done properly is pretty general.
20         A.    It had --
21         Q.    Can you give me --
22         A.    -- to be -- yes.
23         Q.    -- some specifics?
24         A.    Sorry.  It had to be -- it had
25    to be successful.  It had to be in place and
00472:01  set up on one try, because that may be the
02    only chance that we get.
03         Q.    And so did -- that included the
04    type, the testing of it, and doing everything
05    to make sure it would work?
06         A.    Yes.
07         Q.    And all of that was, in fact,
08    done in terms of the relief well, even though
09    the well had been killed by that time;
10    correct?
```

Page 472:14 to 472:21

```
00472:14        Q.    Or do you know?
      15        A.    The relief well -- by the time
```

```
16      the relief well was finally killed, I had
17      started to phase out of the -- the detail
18      planning on the intercept and the actual
19      cementing job.  I understand that the job was
20      successful, but I wasn't involved in the
21      details by that time.
```

## Page 476:05 to 476:14

```
00476:05            Q.    Okay.  Then if you go to the
06      second page of that:  "On the May 4 e-mail,
07      it looks like you guys had to put your relief
08      well plans on the shelf, to use your words,
09      for a short period of time and write a
10      procedure for pumping a junk shot into the
11      blowing well, followed by a bullhead kill,
12      followed by bullhead cement job."
13                  I've read that correct; right?
14      A.    Yes.
```

## Page 476:17 to 477:09

```
00476:17  THE WITNESS:
18                  Yes.
19      EXAMINATION BY MR. HEBERT:
20            Q.    So your efforts then turned to
21      the junk shot efforts as of May 4th?
22      A.    That's correct.
23            Q.    The whole procedure -- junk
24      shot, top kill -- I've heard it referred to,
25      you know, as lots of different things.
00477:01            But just, in general, give me
02      your appreciation, as simply as you can for
03      us non-engineer types, about what was all
04      involved in that?
05            A.    The junk shot manifold --
06            Q.    Let me -- before you start.
07      Conceptionally first and then what actually
08      happened second.
09            A.    Okay.
```

## Page 477:18 to 479:12

```
00477:18            Q.    All right.  Let's start with the
19      concept first.
20            A.    The concept is, is that the junk
21      shot would be pumped -- the junk shot would
22      be pumped into the choke and/or kill lines of
23      the HORIZON BOP, and this junk shot material
24      would, hopefully, have some effect to plug
25      the various leaks in the riser kink and
00478:01      perhaps cavities and void space in the BOP
02      and thereby allow us to create more back
```

```
03    pressure in the well and reduce the amount of
04    fluid exiting at the riser.  That back
05    pressure would then allow us to pump mud down
06    into the well, displace the hydrocarbons back
07    into the rocks.
08         Q.    And that would be the top kill
09    part of the junk --
10         A.    Yes, that would be the top kill
11    part of it.
12         Q.    All right.  So you got junk shot
13    first, where you're throwing the junk in, and
14    then the top kill is pumping?
15         A.    Correct.
16         Q.    All right.  Now, I've heard you
17    testify earlier about leaks, and I thought I
18    heard you say -- you've already mentioned
19    leaks in the riser; correct?
20         A.    Yes.
21         Q.    And let's make sure we have
22    those.  Do you know or did you gain an
23    appreciation for where the leaks in the riser
24    were occurring?
25         A.    The leaks in the riser kink is
00479:01    where the -- where the riser was bent over
02    just above the top of the LMRP or the BOP --
03    the HORIZON BOP, that could be seen.  There
04    were multiple leaks in there where -- where
05    the fluid was jetting out.
06         Q.    Was the majority of it coming
07    out there?
08         A.    I have no estimate of the flow
09    rates.  Some of the flow was coming out
10    there, and some of the flow was going through
11    the riser that was on the mud line and out
12    the end of the riser.
```

Page 479:23 to 480:08

```
00479:23         Q.    Well, and the flow coming out of
24    the end of the riser, where was that in --
25         A.    I don't know the details of the
00480:01    debris -- riser debris, drill pipe debris on
02    the right -- on the ocean floor, but clearly,
03    we were focused on the riser kinks.
04              And we knew that at some point
05    at the end of the riser, a lot of flow was
06    coming out at that point as well.  And this
07    drill pipe piece, I'm still not clear on
08    where -- how that was tied into everything.
```

Page 482:01 to 482:14

```
00482:01         Q.    Yes.
02         A.    Okay.  Okay.  So I'll -- I know
```

```
03    what you're asking.  The -- the leaks would
04    be in the riser kink.  There is -- there
05    could have been a flow path through the
06    cavities in the BOP, and the junk shot would
07    have a chance to bridge off in those
08    cavities.  Though, I don't know that I would
09    classify those as leaks.  They're cavities
10    that exist in the BOP.  Wherever the flow is
11    going, the junk shot was supposed to try to
12    bridge off those paths and, thereby, allow us
13    to pump down into the well rather than out
14    into the Gulf.  So I do not call those leaks.
```

Page 485:24 to 486:13

```
00485:24  EXAMINATION BY MR. HEBERT:
      25          Q.     All right.  Okay.  Continuing
00486:01  with this e-mail string, take a look at yours
      02    of May 8th to the group that we have
      03    mentioned earlier.
      04               "We know that the junk shot
      05    didn't work."  You say:  "After reaching an
      06    end point on the high-level junk shot
      07    procedure, you transitioned to the pumping
      08    team," so on, and so forth.
      09               I want to go to the junk shot
      10    and talk about it.
      11               I heard your testimony yesterday
      12    that you indicated you really didn't have an
      13    opinion as to why it failed; is that correct?
```

Page 486:16 to 487:03

```
00486:16  THE WITNESS:
      17               I don't recall my exact
      18    testimony.
      19    EXAMINATION BY MR. HEBERT:
      20          Q.     Well, let's just --
      21          A.     Sorry.  As to why what failed?
      22          Q.     The -- well, let's take -- let's
      23    take it -- we've already established that it
      24    occurred in two segments.
      25               First, the throwing of the junk
00487:01  in there, and you obviously were successful
      02    in throwing the junk in there, but it didn't
      03    stem the flow; did it?
```

Page 487:06 to 487:15

```
00487:06  THE WITNESS:
      07               When you say "stem the flow,"
      08    what do you mean by that?
      09    EXAMINATION BY MR. HEBERT:
```

```
10          Q.     Did it reduced the flow.
11          A.     I don't know if it reduced the
12    flow at any point during that process.
13          Q.     All right.  Well, you were a
14    part of it, did you have any observations on
15    what you were seeing?
```

Page 487:18 to 487:24

```
00487:18  THE WITNESS:
19                 There was speculation that there
20    could have been some pressure variations
21    during the pumping of the junk shot that may
22    indeed have slowed the flow down for short
23    periods, but then it seemed to return to its
24    original level.
```

Page 488:01 to 488:03

```
00488:01        Q.     That's the second half of it.
02    When you put the junk in -- did y'all use up
03    all the junk you had?
```

Page 488:06 to 488:19

```
00488:06  THE WITNESS:
07                 My understanding is that by the
08    end of all the operations, we pumped all of
09    the junk shot.
10    EXAMINATION BY MR. HEBERT:
11          Q.     All right.  Now, I've seen some
12    exchanges of correspondence that led me to
13    believe or conclude that while some progress
14    was made during the pumping stage with
15    respect to the junk shot, there wasn't enough
16    mud available to go on, at least for that
17    period of time, and that additional mud and
18    heavier mud was needed to get on site.
19                 Is that true?
```

Page 488:22 to 489:05

```
00488:22  THE WITNESS:
23                 You made several statements in
24    there and --
25    EXAMINATION BY MR. HEBERT:
00489:01        Q.     Some of which may be and some
02    not?
03          A.     Yes.
04          Q.     Go ahead and explain.
05          A.     The word --
```

Page 489:08 to 490:11

```
00489:08  THE WITNESS:
      09                The word "progress," there was
      10     perceptions of possible progress.  But in my
      11     mind, that -- that is still uncertain.  So
      12     when you say "progress," I don't know if we
      13     made progress or not.
      14     EXAMINATION BY MR. HEBERT:
      15         Q.      Well, was -- who was
      16     coordinating, responsible for making sure
      17     that all of the logistics were in place and
      18     the material that was needed for the junk
      19     shot would be there?  Was it -- was it a BP
      20     employee?
      21         A.      The junk shot?
      22         Q.      Yes.
      23         A.      Yeah.  Ultimately, BP was
      24     responsible for mobilizing the junk shot, and
      25     there were -- there were numerous people
00490:01     involved in preparing for that.
      02         Q.      And the pumping part of it?
      03         A.      The pumping part of it, again,
      04     BP --
      05         Q.      Same thing, BP?
      06         A.      Yes, and different vendors
      07     involved in the preparation for that.
      08         Q.      Well, I asked about limitations
      09     during those efforts with respect to the
      10     pumping related to there not being enough
      11     mud.  Do you remember that?
```

Page 490:18 to 490:23

```
00490:18  THE WITNESS:
      19                Do I remember you asking the
      20     that question?
      21     EXAMINATION BY MR. HEBERT:
      22         Q.      Yes.  And I don't think I got a
      23     response to that.
```

Page 491:01 to 491:18

```
00491:01  THE WITNESS:
      02                My recollection is that we
      03     mobilized a very sizeable amount of mud to
      04     the job, and we pumped it as planned.  And we
      05     tried to use what we learned on that job for
      06     future -- for future attempts.
      07     EXAMINATION BY MR. HEBERT:
      08         Q.      I'm going to move on quickly
      09     based on time constraints.
      10                But go back -- go now to that
      11     same e-mail string of May 11, yours to the
```

```
12   group, and it says:  "We are now getting
13   stack pressures 36 to 3800 psi, depending
14   upon who you listen to."
15                Where were you -- how were you
16   getting the stack pressures?  Where were they
17   coming from, and what were y'all using to get
18   those numbers?
```

Page 491:21 to 492:10

```
00491:21   THE WITNESS:
      22                We would hear -- the kill team
      23   would hear updates from another group as to
      24   what pressures were being recorded and
      25   observed.
00492:01   EXAMINATION BY MR. HEBERT:
      02        Q.    Where were they coming from?
      03        A.    There were various places on the
      04   BOP, and I don't recall the exact places.
      05   There was one below the BOP, one up in either
      06   the choke and/or the kill line, and I don't
      07   recall the exact placement of all those
      08   gauges.
      09        Q.    Okay.  Now, normally would there
      10   be differences of as much as 200 psi?
```

Page 492:13 to 493:03

```
00492:13   EXAMINATION BY MR. HEBERT:
      14        Q.    From 36 to 38, your e-mail says,
      15   hundred?
      16        A.    That refers to the pressures
      17   that were being observed, over time -- would
      18   vary over time.  And so when someone would
      19   bring you an update, you know, one day it
      20   might be one pressure and another day it
      21   might be something else.
      22        Q.    All right.  The next e-mail --
      23   I'm going to move through these rapidly -- it
      24   says the latest Gantt chart.  I have no idea
      25   what that is.  Can you tell me what the Gantt
00493:01   chart is?
      02        A.    Can you tell me --
      03        Q.    Yeah.  Go to your e-mail of --
```

Page 493:07 to 493:07

```
00493:07        Q.    -- May 12th.
```

Page 493:11 to 495:22

```
00493:11        Q.    Just go up.
      12        A.    Yeah.  A Gantt chart, is -- I
```

13    guess, a term that I've used in the past and
14    others have used, is just a scheduled
15    breakdown of different planned steps and how
16    long each one steps in a -- kind of a chart
17    format.
18         Q.    That e-mail says:  "The team is
19    focusing on the pressure limits during
20    pumping."
21              What were the pressure limits or
22    what constraints were involved with respect
23    to that?
24         A.    So as -- let me make sure I
25    understand what this is about here.
00494:01  So as fluids could be pumped
02    into the well, the pressures up and down the
03    well would change as the -- as the fluid goes
04    downhole.  And each of the components in the
05    wellbore had a pressure limit, and we wanted
06    to make sure that when the -- when pumping
07    was initiated, because there was a potential
08    for very high rates, that none of the
09    components in the well, you know, would be --
10    any pressure integrity would be exceeded.  So
11    we focused on --
12         Q.    Now, did that also involve the
13    burst disk issue?
14         A.    That did --
15         Q.    I'm sorry.  I didn't mean to
16    interrupt you?
17         A.    That involved burst disk, liner
18    hanger tops, and the casing itself.
19         Q.    Can you go down to the last
20    sentence in that.  I asked you where those
21    leaks were with respect to the riser, and you
22    referred to the largest riser leak.  Do you
23    see that in the last sentence of that e-mail?
24              Does that refresh your
25    recollection, possibly, as to where those
00495:01  leaks were?
02         A.    I was just -- I wasn't involved
03    in the cofferdam, but that was what I had
04    heard, that they were -- they might use it to
05    cover up one of the big leaks.  I didn't know
06    where -- which one they were talking about.
07    Just giving an update on what I heard.
08         Q.    But it was riser as opposed to
09    BOP?
10         A.    It says riser leak.  That's what
11    I heard.
12         Q.    Fine.  Your next e-mail of
13    May 15th confuses me.  It says that:  "BP
14    made a major decision yesterday evening.
15    They decided to go straight to a diversion
16    rate, a momentum top kill, rather than pump
17    the junk shot or other sealing agents into

```
18    the well."
19              I read it correctly?
20    A.    Yes.
21    Q.    But that's not correct, because
22    they did pump the junk shot; correct?
```

Page 496:01 to 496:22

```
00496:01  You know, there were three
02    different top kill attempts, and the junk
03    shots were pumped at -- in different --
04    different stages in the different jobs.  And
05    at one time, there was an understanding that
06    we were not going to use junk shots, and
07    then -- and I don't remember the details of
08    the job.  But there were some realtime
09    decisions made to pump junk shots based on
10    observations made, and I don't recall
11    which -- which kill attempt that was.
12    EXAMINATION BY MR. HEBERT:
13    Q.    Well, is the diversion rate or a
14    momentum top kill a reference to pumping that
15    was done after the junk shot?
16    A.    The diversion rate or top kill
17    was -- is reference to the procedure of
18    pumping at such high rates that the friction
19    through the leaks would create back
20    pressure -- the riser kinks leaks would
21    create back pressure that would allow us to
22    kill the well.
```

Page 497:05 to 498:01

```
00497:05  Q.    All right.  Go to the next
06    e-mail, very quickly, 5/16, and it says:  "A
07    new development is that the pressure below
08    the BOP appears to be dropping plus or minus
09    3100 psi, while the pressure above the BOP is
10    holding plus or minus 2800 psi."
11              Do you see where it says that?
12    A.    I do.
13    Q.    All right.  Explain to me the
14    significance of that.
15    A.    There was a pressure gauge above
16    the BOP, and there was a pressure gauge below
17    the BOP, and the difference in pressure is an
18    indication of the amount of back pressure
19    that we might be able to generate across the
20    BOP and thereby force mud down the hole.
21              So the higher that differential
22    is, the better chance of pumping mud down the
23    hole.  And what I'm pointing out there is
24    that that difference is decreasing, and
25    thereby that -- that could make things more
```

```
00498:01    difficult to conduct the momentum kill.
```

Page 498:06 to 498:16

```
00498:06         Q.    All right.  Remember when I
      07    asked you about the chain of command and the
      08    entities involved.  Look at that last
      09    sentence of about e-mail, and it says:  "We
      10    have several big meetings today, and the goal
      11    is to have a final procedure to go to MMS by
      12    6 p.m. tonight."
      13             MMS, the -- being the precursor
      14    of BOEMRE, does that suggest that the
      15    government was calling the shots -- the final
      16    shots?
```

Page 498:19 to 499:02

```
00498:19  THE WITNESS:
      20             The procedure, the final --
      21    quote, final procedure would be reviewed and
      22    approved by some layer of BP decision-makers,
      23    and somewhere in there, MMS had to also sign
      24    off on the procedure.  And whether it had to
      25    go above MMS, I don't know.  But they were on
00499:01    the signature sign-off track before the
      02    procedure could be put in place.
```

Page 500:02 to 500:06

```
00500:02         Q.    Sounds like a silly question.
      03    But you've repeatedly referred to rumors as
      04    being the source of your information.  I want
      05    to know how the information was being
      06    disseminated back to you.
```

Page 500:09 to 500:18

```
00500:09  THE WITNESS:
      10             So there are multiple teams with
      11    many, many people involved, and each team
      12    would be getting updates from -- from the
      13    hierarchy of decision-makers.  And so as the
      14    teams would interface on the working level,
      15    we would hear comments back and forth about
      16    things that were being considered or might be
      17    considered.  And so you'd hear that, and
      18    those would be the rumors.
```

Page 500:20 to 501:05

```
00500:20         Q.    Early on when I was asking you
```

```
     21    some questions, we didn't establish an exact
     22    chronology, but we talked about interventions
     23    initiating with the BOP all the way through
     24    the capping stack which was successful.  Do
     25    you recall that?
00501:01        A.    Yes.
     02         Q.    All right.  We know the junk
     03    shot top kill didn't work.  How about the
     04    cofferdam?  It didn't work either; right?
     05    That was in between that period of time.
```

## Page 501:08 to 501:13

```
00501:08  THE WITNESS:
     09               I wasn't involved in any way in
     10    the cofferdam process, but -- but I
     11    understand that it didn't work.
     12    EXAMINATION BY MR. HEBERT:
     13         Q.    Do you know why it didn't work?
```

## Page 501:16 to 501:21

```
00501:16  THE WITNESS:
     17               My understanding from listening
     18    to the news is that it had hydrate issues.
     19    EXAMINATION BY MR. HEBERT:
     20         Q.    Hydrates are nothing new in
     21    terms of deepwater exploration; are they?
```

## Page 501:24 to 502:03

```
00501:24  THE WITNESS:
     25               Hydrates are known for
00502:01    operations in deepwater.
     02    EXAMINATION BY MR. HEBERT:
     03         Q.    How about the top hat?
```

## Page 502:06 to 502:11

```
00502:06  THE WITNESS:
     07               I'm sorry.  What's the question?
     08    EXAMINATION BY MR. HEBERT:
     09         Q.    Well, was it employed?
     10         A.    I believe the top hat was
     11    employed for a short period of time.
```

## Page 502:20 to 502:20

```
00502:20        Q.    It didn't work; did it?
```

## Page 502:24 to 502:24

```
00502:24           Q.    Or did it work?
```

Page 503:03 to 503:09

```
00503:03           Q.    Go ahead, you can answer.
      04                 We do these things to each
      05     other.
      06           A.    My understanding was that the
      07     top hat worked at least partially.
      08           Q.    But it didn't completely stem
      09     the flow; did it?
```

Page 503:12 to 503:15

```
00503:12   THE WITNESS:
      13                 I understand that it could
      14     produce only part of the volume that was
      15     coming out the well.
```

Page 504:06 to 504:07

```
00504:06           Q.    But it didn't stop the flow; did
      07     it?
```

Page 504:10 to 504:11

```
00504:10   THE WITNESS:
      11                 It did not stop the flow.
```

Page 555:14 to 555:15

```
00555:14           Q.    Good afternoon, Mr. Quitzau.  My
      15     name Floyd Hartley.  I represent Halliburton.
```

Page 555:19 to 555:24

```
00555:19           Q.    Okay.  I'm going to start off
      20     handing you a copy of what's been previously
      21     marked Exhibit 1597.  That's the amended --
      22     or agreed deposition notice of Anadarko that
      23     you went over a little bit yesterday morning
      24     with Mr. Fineman.
```

Page 556:02 to 556:11

```
00556:02           Q.    I want to start off directing
      03     your attention to topic No. 15.  The pages
      04     aren't numbered, but I believe it's the third
      05     one in.  Are you there?
      06           A.    Yes, I'm there.
      07           Q.    Now, my understanding is you're
```

```
08    designated on behalf of Anadarko Petroleum
09    Company, at least in part, to testify on
10    topic 15; is that right?
11           A.    That's correct.
```

Page 556:16 to 556:19

```
00556:16         Q.    Okay.  In terms of topic 15,
     17    what can you tell me about the use of InSite
     18    Anywhere by any Anadarko employee other than
     19    you?
```

Page 557:01 to 557:11

```
00557:01 THE WITNESS:
     02                I can recall that Brian O'Neill,
     03    Anadarko petrophysicist, has downloaded data
     04    to help in his petrophysical analysis of the
     05    productive interval.
     06                I believe John Kamm has, at
     07    times, looked at the LWD data.
     08                I believe that Paul Chandler has
     09    looked at the LWD data to watch the progress
     10    drilling -- and look at the LWD data for the
     11    productive interval.
```

Page 557:13 to 557:15

```
00557:13         Q.    That's from a geological
     14    perspective?
     15           A.    From a geological perspective.
```

Page 557:18 to 557:23

```
00557:18         Q.    Okay.  Do you know whether Dawn
     19    Peyton had access to InSite Anywhere?
     20           A.    I don't recall if she did.
     21           Q.    Do you recall whether Forrest
     22    Burton had access to InSite Anywhere?
     23           A.    My recollection is that he did.
```

Page 558:02 to 558:03

```
00558:02         Q.    Did Derek Folger have access?
     03           A.    My recollection is that he did.
```

Page 558:11 to 559:14

```
00558:11         Q.    Now, it's my understanding, and
     12    correct me if I'm wrong, that you and others
     13    with Anadarko had access to both WellSpace
     14    and InSite Anywhere for various periods
```

```
15     during the Macondo well?
16          A.    That's correct.
17          Q.    I believe we looked at an e-mail
18     yesterday, that you gained access on or about
19     April 5th --
20          A.    That sounds correct.
21          Q.    -- to InSite Anywhere?
22          A.    To InSite Anywhere, that's
23     correct.
24          Q.    And you had access to WellSpace
25     as of about March 18th?
00559:01          A.    That sounds correct.
02          Q.    Now, I think I -- you testified
03     yesterday that you did not actually access
04     the realtime data transmission through InSite
05     Anywhere?
06          A.    I forget the exact words of my
07     testimony.  But I accessed InSite Anywhere
08     to -- not with the realtime intent, but to
09     simply look at the LWD data across the
10     formation in the productive interval that was
11     drilled.  So when that's pulled up, depending
12     on what the operation is, it could be
13     realtime.  But, for example, if it's -- if
14     they're not drilling, it's not realtime.
```

Page 560:01 to 560:02

```
00560:01          Q.    Okay.  Do you suspect that
02     individuals may have?
```

Page 560:07 to 560:10

```
00560:07  I suspect that the geologists
08     very were interested in the pay sand and may
09     have been watching the zone as they
10     drilled -- as BP drilled through it.
```

Page 561:05 to 561:08

```
00561:05          Q.    So it's my understanding that BP
06     indicated Anadarko could have six or seven
07     employees have access to InSite Anywhere.
08     Does that sound familiar?
```

Page 561:12 to 561:12

```
00561:12  I don't recall exact numbers.
```

Page 561:22 to 562:03

```
00561:22          Q.    Once those individuals were
```

```
        23   approved and had access to InSite Anywhere,
        24   are you aware of any restrictions on the data
        25   to which they could access through that
00562:01   program?
        02        A.   I'm not aware of any
        03   restrictions.
```

Page 563:08 to 563:13

```
00563:08        Q.   Similarly, with respect to
        09   WellSpace, I understand that the difference
        10   between the two is WellSpace is strictly a
        11   static drop box?  Is that a fair
        12   characterization?
        13        A.   That's my understanding.
```

Page 564:03 to 564:11

```
00564:03        Q.   Are you familiar with any
        04   restrictions placed on the access of other
        05   Anadarko employees who had access to
        06   WellSpace?
        07        A.   I'm not.
        08        Q.   Are you aware of any
        09   restrictions on the type of data Anadarko
        10   employees could review with respect to the
        11   Macondo well through WellSpace?
```

Page 564:15 to 564:15

```
00564:15  I'm not aware.
```

Page 569:04 to 569:07

```
00569:04        Q.   The company, are they -- I think
        05   we looked at some of the daily operations
        06   report yesterday that were prepared by BP; is
        07   that right?
```

Page 569:11 to 569:11

```
00569:11  Yes, we did.
```

Page 569:17 to 569:20

```
00569:17        Q.   Right.  I'm getting there.  BP
        18   prepared the daily operations report that you
        19   reviewed on WellSpace?
        20        A.   That's correct.
```

Page 569:24 to 569:25

```
00569:24          Q.     Did BP also prepare those mud
      25     log reports you're looking for?
```

Page 570:04 to 570:05

```
00570:04  My understanding is they did
      05     not.
```

Page 570:12 to 570:14

```
00570:12          Q.     Are those mud log reports you're
      13     referring to Sperry daily operations reports?
      14          A.     That's my understanding.
```

Page 572:19 to 574:14

```
00572:19          Q.     Turning your attention back to
      20     Exhibit 1597 in front of you, looking at the
      21     topic 18 for a moment.
      22          A.     (Complying.)
      23          Q.     Are you familiar with any
      24     discussions between Anadarko and Halliburton
      25     regarding potential costs, risks, benefits,
00573:01     and other analyses or evaluations of
      02     potential methods to cap, control, contain,
      03     shut in, and/or kill the Macondo well after
      04     April 20th, 2010?
      05          A.     Yes, I am.
      06          Q.     What conversations -- well, who
      07     was involved in those conversations?
      08          A.     I'm referring to -- during the
      09     relief efforts, I interacted with numerous
      10     different Halliburton personnel, nothing to
      11     do with costs, but more -- more related to
      12     top kills, cement jobs, and things like that.
      13          Q.     Did you have any conversations
      14     or interact with Halliburton employees other
      15     than to discuss cementing-related operations
      16     for the relief well?
      17          A.     The top kill, and we talked
      18     about dynamic kills, pumping, pumping dynamic
      19     kills, bottom hole assembly, loads during
      20     dynamic kills.
      21          Q.     Do you recall who you had those
      22     conversations with or with whom you
      23     interacted?
      24          A.     I interacted with Richard Vargo,
      25     Hank Porter.  There were many more.  I'm -- I
00574:01     can't think of any other names now.
      02          Q.     In terms of those interactions
      03     with Mr. Vargo and Mr. Porter and others with
      04     Halliburton, were they in a leadership role
      05     on these various teams upon which you served
```

```
06   in the relief efforts?
07        A.    Can you define "leadership
08   role"?
09        Q.    Were they the decision makers?
10        A.    They were not decision makers.
11        Q.    Were they the ones deciding what
12   potential methods to employ to cap, control,
13   contain, shut in, or kill the Macondo well?
14        A.    They were not.
```

Page 581:15 to 581:18

```
00581:15       Q.    In Exhibit 613 in front of you,
     16   if you would, turn to the page with the
     17   numbers in the upper right-hand corner that
     18   end in 574.
```

Page 581:22 to 582:07

```
00581:22       Q.    The top three entries on this
     23   page that ends 574 indicate that Dawn Peyton
     24   accessed WellSpace on April 19th, 2010,
     25   shortly after 9 a.m.  Do you see that?
00582:01       A.    Yes, I do.
     02        Q.    Looks like she downloaded
     03   several files.  Do you see that?
     04        A.    Yes, I do.
     05        Q.    Do you have any idea the purpose
     06   to which Ms. Peyton was accessing WellSpace
     07   and downloading these files?
```

Page 582:11 to 582:11

```
00582:11  I do not.
```

Page 582:13 to 582:17

```
00582:13       Q.    I believe you said that she was
     14   in the Anadarko's reservoir analysis group?
     15        A.    Reservoir engineering group --
     16        Q.    Reservoir engineering.
     17        A.    -- is my understanding.
```

Page 588:14 to 588:16

```
00588:14       Q.    Was the asset team separate and
     15   apart from you monitoring the well through
     16   InSite Anywhere?
```

Page 588:20 to 588:21

```
00588:20  I don't know that for sure, but
```

```
        21    I assume that they were.
```

Page 588:23 to 589:17

```
00588:23          Q.     Why do you make that assumption?
        24          A.     They -- they follow the logs.
        25    The -- the geologists like to follow the
00589:01    logs.
        02          Q.     By logs, what are you referring
        03    to?
        04          A.     The LWD -- the LWD logs that
        05    show the resistivity and the gamma ray that
        06    can show sands and shales so they can track
        07    their correlations.
        08          Q.     And when you say the geologists
        09    were interested in following the logs, what
        10    geologists are you referring to within
        11    Anadarko?
        12          A.     Paul Chandler and -- that's the
        13    one I dealt with, and you see some of these
        14    other names.  I know that they're -- some of
        15    them were in the exploration group as well,
        16    and I don't know their individual practices.
        17    But that's what they do.
```

Page 624:15 to 625:16

```
00624:15          Q.     I'm going to hand you what I've
        16    marked as Exhibit 2665.  It's in Tab 128.
        17              (Exhibit No. 2665 marked for
        18    identification.)
        19    EXAMINATION BY MR. HARTLEY:
        20              This is a series of e-mails on
        21    June 1st of 2010 between you and Vic Estes.
        22              Do you see that?
        23          A.     I do.
        24          Q.     I had to ask because -- in the
        25    bottom e-mail, Mr. Estes sends you a
00625:01    question:  "Why isn't the next step to put
        02    another BOP on top of the current BOP?"
        03              Do you see that?
        04          A.     I do.
        05          Q.     And your response on June 1st in
        06    the middle of that page:  "I've not been
        07    involved in those discussions, though I heard
        08    there was a lot of debate on it.  I better
        09    not speculate on the reasons, since all
        10    documents will be subject to public
        11    scrutiny."
        12              Did I read that correctly?
        13          A.     You did.
        14          Q.     What was the debate you heard
        15    about putting another BOP on top of the
        16    current BOP?
```

```
Page 625:19 to 625:24
```

```
00625:19  THE WITNESS:
       20                I just know that there were --
       21  there were other alternatives being
       22  considered.  There were whole other teams on
       23  the two floors there at Anadarko working on
       24  various options.
```

```
Page 626:01 to 626:09
```

```
00626:01  BP.
       02  THE WITNESS:
       03                I'm sorry.  At BP.
       04                During the relief efforts, there
       05  were many different options being
       06  concerned -- considered, and I heard bits and
       07  pieces of it, and I know there was a lot of
       08  discussions on which one to -- which ones
       09  could be used.
```

1

Page 13:05 to 13:08

```
00013:05  Today is November 1st, 2012.  This is the
      06  deposition of Robert Quitzau -- "Quit-saw" --
      07  regarding the oil spill of the Oil Rig DEEPWATER
      08  HORIZON on April 20th, 2010.  The time is
```

Page 13:10 to 13:12

```
00013:10  ROBERT QUITZAU
      11  was called as a witness by the United States and,
      12  being first duly sworn, testified as follows:
```

Page 13:15 to 13:17

```
00013:15      Q.  Okay.  Hi, Mr. Quitzau.  My name is Matt
      16  Leopold.  We met off the record.  I'm
      17  representing the United States today.
```

Page 13:21 to 13:24

```
00013:21      Q.  I understood this is your second
      22  deposition in the BP oil spill case; is that
      23  right?
      24      A.  That's correct.
```

Page 14:08 to 16:14

```
00014:08      Q.  Okay.  And bas -- based on your prior
      09  transcript, I understand you have a -- a
      10  Bachelor's of Science and Master's of Science in
      11  Drilling Engineering, right?
      12      A.  In Petroleum Engineering, yes.
      13      Q.  Petroleum Engineering.
      14          And you -- you started in the oil
      15  industry in '82; is that right?
      16      A.  Is it December '81?
      17      Q.  '81?
      18      A.  Yes.
      19      Q.  And you -- you've been working in -- in
      20  that field since that time; is that right?
      21      A.  That's correct, yes.
      22      Q.  Okay.  And first with Mobil; is that
      23  right?
      24      A.  That is correct.
      25      Q.  And then you started consulting around
00015:01  2001.  Is --
      02      A.  I've --
      03      Q.  -- that right?
      04      A.  -- I've been consulting for just over
      05  eight years, so that sounds right.
      06      Q.  And have you been with the same company
      07  consulting for that time?
```

```
08        A.  Yes, I have.
09        Q.  And what's the name of that company?
10        A.  Argonauta.
11        Q.  Okay.  And are you -- you're still
12   employed with Argonauta?
13        A.  I -- I -- I work through Argonauta, yes.
14        Q.  Okay.  What -- can you explain your
15   relationship with Argonauta?
16        A.  Argonauta is a -- a consulting firm, or
17   my agent, if you will, and they market my
18   services to oil companies.  And so, for example,
19   for Anadarko, I -- I work at Anadarko, and they
20   pay Arga -- Argonauta, and Argonauta pays me.
21        Q.  Okay.  Do you work for any other oil
22   companies?  Do you -- do you consult for other
23   oil companies besides Anadarko?
24        A.  I do not.
25        Q.  So they're your -- they're your sole
00016:01   client at --
02        A.  They're --
03        Q.  -- this time?
04        A.  -- they're my sole client at this time.
05        Q.  And how long has that been the case?
06        A.  I started first with Kerr-McGee, again,
07   just over eight years ago, and when Kerr-McGee
08   was acquired by Anadarko, I continued on with
09   Anadarko.  And I -- I believe that was two or
10   three years ago when that happened.
11        Q.  Okay.  And for that entire time, you've
12   been -- your sole client has been either
13   Kerr-McGee or Anadarko?
14        A.  That's correct.
```

Page 17:13 to 18:08

```
00017:13        Q.  Okay.  Now, in your consulting
14   relationship with Anadarko, do you -- are you --
15   are you given the latitude to make decisions on
16   Anadarko's behalf?
17        A.  I make decisions with regard to plans
18   that are put together, but generally, the
19   operating decisions are Anadarko's decisions.
20        Q.  Okay.  Do -- do you make -- so you -- do
21   the decisions that you make with regard to plans,
22   can you describe what types of decisions this --
23   those are?
24        A.  I plan the drilling.  I'm a Drilling
25   Engineer, so I plan the drilling of a well.  So
00018:01   the decisions and planning might be a selection
02   of bits, and the casing sizes and strengths and
03   directional plans and -- and other things like
04   that, related directly to how the well would be
05   drilled.
06        Q.  And with respect to Macondo Well, you --
07   were you making those types of decisions?
```

```
        08        A.  No.

Page 18:12 to 18:18

00018:12        Q.  (By Mr. Leopold) Okay.  Were -- with
      13    respect to the Macondo Well, after -- after the
      14    incident occurred, and by "the incident," I mean
      15    the explosion and blowout on April 20th, 2010 --
      16        A.  M-h'm.
      17        Q.  -- were you making decisions on behalf of
      18    BP or Anadarko?

Page 18:20 to 18:20

00018:20        A.  I was not.

Page 18:23 to 20:13

00018:23        Q.  (By Mr. Leopold) Can you -- can you
      24    briefly summarize your -- your role in the
      25    post-incident response to the BP oil spill?
00019:01        A.  I -- I arrived at the BP office on May
      02    2nd, and I started work on a Relief Well Dynamic
      03    Kill Concept Team.  Then I rolled into a Top Kill
      04    Concept Team.  Then I moved into the Top Kill
      05    Procedure Writing Team, and followed that through
      06    the top kill attempts.  And then I moved into the
      07    Relief Well Intercept Team, and stayed on that
      08    through the intercept of the Macondo Well.
      09            Concurrently, during that period, I also
      10    assisted or -- or participated on the Team that
      11    did the hydrostatic kill.  And that pretty much
      12    sums up.
      13            And we -- I mean -- and then we -- I -- I
      14    participated a little bit in the fishing attempts
      15    after the well was cemented.
      16        Q.  So I counted six things that you listed
      17    there.  Was the first -- the first was Dynamic
      18    Kill Concept Team, right?
      19        A.  Yes.
      20        Q.  Okay.  Top Kill Concepts, right?
      21        A.  Yes.
      22        Q.  Top Kill Procedures?
      23        A.  (Nodding.)
      24        Q.  Intercept Planning?
      25        A.  Yes.
00020:01        Q.  And then Hydrostatic Kill?
      02        A.  Yes.
      03        Q.  And then fishing, right?
      04        A.  Correct.
      05        Q.  Okay.  Any -- anything else that you
      06    recall?
      07        A.  That's all I recall.
```

```
08        Q.  You said the hydrostatic kill was taking
09   place concurrently with other responsibilities
10   that you had?
11        A.  That's correct.  The relief well was
12   drilling while the hydrostatic kill was
13   conducted.
```

Page 21:07 to 21:14

```
00021:07        Q.  (By Mr. Leopold) Okay.  And I placed in
08   front of you a document with a BP Bates number
09   ending in 1177099.  It's entitled:  "Top Kill HOS
10   Centerline Team."
11              You see that, Mr. Quitzau?
12        A.  I do.
13        Q.  Can you mark that as our first exhibit?
14        A.  9930?
```

Page 21:18 to 21:18

```
00021:18   (Exhibit No. 9930 marked.)
```

Page 21:24 to 22:10

```
00021:24        Q.  Okay.  Do you know -- have you ever seen
25   this document before?
00022:01        A.  I don't recall seeing this document.
02        Q.  Okay.  Do you know what the Top Kill HOS
03   Centerline Team is?
04        A.  It looks like a -- an org chart for the
05   personnel involved with the -- one of the boats
06   that were involved with the kill.
07        Q.  Okay.  If you would turn -- the -- this
08   document has also been produced in native format,
09   so if you'd turn three pages, and then you'll
10   see --
```

Page 22:15 to 24:05

```
00022:15        Q.  (By Mr. Leopold) And then turn two more
16   pages.
17        A.  M-h'm.
18        Q.  And to -- to the page that says:  "Top
19   Kill Houston Onshore Team."
20              Do you see that?
21        A.  Yes.
22        Q.  And then I note that you'll find your
23   name listed on the Chart.  Do you see that?
24        A.  I do, yes.
25        Q.  And you're with a person named Jerry
00023:01   Shursen; is that --
02        A.  Yes --
03        Q.  -- right?
```

```
04        A.  -- yes.
05        Q.  And is it -- are you -- is -- is the
06   reporting structure showing you reporting to Wild
07   Well Control, J. Dean Thompson, Bill Bursh --
08   Burch, and Chris Murphy?
09        A.  I -- our name -- my name is under that
10   box, which is not to say that I was reporting to
11   them.  I think this was -- I recall that this was
12   just kind of a -- an organization of how we would
13   be seated and organized during the kill.
14        Q.  Okay.  What was the Houston Onshore Team?
15        A.  The -- when the kills were conducted, the
16   kill attempts were conducted, we would organize
17   in a big room at -- at tables, and -- and where
18   we would sit together to moni -- look at screens
19   while the -- while the different operations were
20   being conducted.
21        Q.  Okay.  And what -- what role did the
22   Onshore Team play in the top kill planning?
23        A.  Observing the progress of the attempt,
24   the kill attempts, and just noting our
25   observations as -- as the work continued.
00024:01        Q.  So you -- or is -- is it your testimony
02   that this -- this org chart is referring to just
03   a group of BP individuals that observed the top
04   kill only, or did they actually help plan the top
05   kill?
```

Page 24:07 to 24:11

```
00024:07        A.  This appears to be an org chart related
08   to the actual conducting of the -- one of the
09   kill attempts, but many of us were also -- had
10   participated in the planning and procedure
11   writing leading up to that point.
```

Page 24:18 to 25:24

```
00024:18        Q.  (By Mr. Leopold) Sure.  Well, you tell
19   me.  You -- you -- you identified six portions of
20   your work, right?
21        A.  Right.
22        Q.  Which portion did this organizational
23   chart relate to?
24        A.  So the Procedure Writing Team worked all
25   together to put the plans together, and then when
00025:01   it came time to actually conduct the operations,
02   we were structured like this to observe the
03   operations.  So this is just a -- a real short
04   duration observation of the job after the plans
05   that were -- were put together.
06        Q.  Okay.  So during the job ob --
07   observations, who did you report to within BP?
08        A.  I continued to report to our Team Leader
```

```
09   at that time, and it -- who was a B -- who were
10   BP employees.  There was a night and a day shift.
11       Q.   And who were those individuals?
12       A.   I recall for top kill, I believe Mike
13   Fowler was one, and I -- I don't recall the other
14   one.
15       Q.   Okay.  I don't see Mike Fowler listed
16   here -- well, strike that.
17           I do see Mike Fowler list -- listed to
18   the left of where you're listed, and he's on the
19   Pumping Team with John Sharadin.  Do you see
20   that, Mr. Quitzau?
21       A.   I do, yes.
22       Q.   And -- and you were on the Pumping Team,
23   as well; is that correct?
24       A.   That's correct, yes.
```

Page 26:18 to 26:23

```
00026:18       Q.   Okay.  And so you were grouped with Wild
19   Well Control; is that right?
20       A.   We're -- we're listed with Wild Well
21   Control on this page here.
22       Q.   Okay.  But who were you actually grouped
23   with, using your term?
```

Page 26:25 to 28:20

```
00026:25       A.   You're talking about during the --
00027:01       Q.   (By Mr. Leopold) During --
02       A.   -- during the top --
03       Q.   Yeah.
04       A.   -- kill --
05       Q.   Right.
06       A.   -- observation?
07       Q.   During top kill observation, that's
08   right.
09       A.   I recall sitting -- sitting at a table.
10   There were -- cor -- first of all, there were
11   three top kills, so I don't recall which one this
12   was.  But we would sit at tables with our -- with
13   our computers up.  We'd be logged into data
14   acquisition screens, and we would all sit and
15   watch, watch the -- the kill as it progressed and
16   make our observations.  And those near us, we
17   could -- we could chat with just to share ideas.
18       Q.   So who were you sitting with and chatting
19   with during the top kill observation?
20       A.   There were three of them and -- and
21   another -- one time I was near some of the
22   pumping kill members from -- from Halliburton and
23   BJ, I believe, and on another kill attempt, I
24   might have been sitting next to Jerry Shursen.  I
25   just don't remember all those details.
```

```
00028:01      Q.  And who is Jerry Shursen?
      02      A.  Jerry "Ser" -- Sherson is a Well Control
      03  Consultant.
      04      Q.  With what company, do you know?
      05      A.  I don't know his company.
      06      Q.  Okay.  Were you -- were you interacting
      07  with Wild Well Control during the top kill
      08  observation?
      09      A.  During the top kill, at times we would --
      10  different individuals in the -- in the room would
      11  talk to each other, and there were times when I
      12  had conversations with Wild Well personnel.
      13      Q.  Okay.  Who specifically did you have
      14  conversations with?
      15      A.  I recall having a discussion at one
      16  point, and I don't remember which kill, but with
      17  Bill Burch, for example.
      18      Q.  Did you interact with Mr. Burch a good
      19  bit throughout your response efforts?
      20      A.  I periodic --
```

Page 28:22 to 29:14

```
00028:22      A.  I periodically interacted with Bill
      23  Burch.
      24      Q.  (By Mr. Leopold) How often would you say
      25  that was?
00029:01      A.  I don't have a -- an estimate on that.
      02      Q.  What did you understand Mr. Burch was --
      03  what was his role in the BP response effort?
      04      A.  Bill Burch, as a Wild Well Control
      05  employee, was -- I would describe him as more of
      06  a Drilling Engineer as opposed to an operational
      07  kill expert.  His role had to do with concepts
      08  and relief well planning, dynamic kill design,
      09  and -- and other top kill-type strategies, and
      10  so, yeah, that -- that would summarize what his
      11  role was.
      12      Q.  And what types of interactions did you
      13  have with him in re -- in respect to your role in
      14  the BP response?
```

Page 29:16 to 30:11

```
00029:16      A.  There were various discussions.  I think
      17  we had dis -- discussions on -- what was that?
      18  He put forward a recommendation related to
      19  drilling one of the relief wells without
      20  stopping, and we discussed that, and I gave him
      21  comments on that.
      22      He did work on the dynamic kill that he
      23  would talk to me about and -- so I would share
      24  ideas with him, what I -- you know, observations
      25  that I had, with him.  And generally throughout,
```

```
00030:01    you know, anything that was going on, you know,
      02    we would feel free to talk to each other and --
      03    and share ideas.
      04         Q.  (By Mr. Leopold)  Okay.  And -- and just
      05    for the record, we're -- we're using terms that
      06    haven't been defined yet clearly in this
      07    deposition.
      08             Is it fair to say you -- you participated
      09    in two attempts to stop the flow of oil from the
      10    Macondo Well, the top kill and the dynamic kill?
      11    Is that fair?
```

## Page 30:14 to 32:09

```
00030:14         A.  There was not an attempt -- well, there
      15    was not an attempt made to stop the well with the
      16    dynamic kill.  I was involved in the three top
      17    kills and the hydrostatic kill.
      18         Q.  (By Mr. Leopold)  Can you --
      19         A.  But -- but the flow wa -- had already
      20    been stopped at the hydrostatic kill.
      21         Q.  Okay.  Now, let -- let me start with the
      22    top kill.  Can you state for the record what you
      23    understood the top kill effort to be?
      24         A.  The top kill effort was three attempts to
      25    pump mud from the surface, from the -- down into
00031:01    the BOP, in hopes that the mud would go down into
      02    the well, you know, the blowing-out well.
      03         Q.  And at what timeframe did those attempts
      04    take place?
      05         A.  They were near the end of May, maybe
      06    the -- May 26th through 28th, give or take.
      07         Q.  Of 2010, correct?
      08         A.  Of 2010.
      09         Q.  Right.  And so -- and you -- you were --
      10    you were involved in that top kill effort
      11    personally, correct?
      12         A.  I was involved with the Procedure Writing
      13    Team for the top kill effort.
      14         Q.  All right.  What specific aspects of the
      15    procedure writing were you tasked with?
      16         A.  I worked in the -- on the Pumping Team,
      17    and so -- so we put together different aspects
      18    of -- of how the well -- well kill operations
      19    would proceed.  And, specifically, I focused on
      20    the -- what I would call stabilization of the
      21    well after the kill had been conducted and then
      22    all the factors that might have been used if the
      23    well had been cemented.  And those two areas, the
      24    presumption there is that the well would have
      25    been already killed.
00032:01         Q.  Okay.  And -- okay.  Now, the second
      02    thing that I mentioned earlier was dynamic kill.
      03    Do you recall that, Mr. Quitzau?
      04         A.  Yes.
```

```
    05        Q.  And is it fair to say that you were
    06   personally involved in planning for the dynamic
    07   kill of the Macondo Well, which was intended to
    08   take place at the bottom of the well once it was
    09   intercepted?
```

Page 32:11 to 33:03

```
00032:11        A.  I participated in the Relief Well Dynamic
    12   Kill Concept Team, and I wouldn't quite call that
    13   a full procedure.
    14             That lasted for a couple of days, and
    15   we -- we basically fleshed out -- mainly --
    16   mainly working with Wild Well Control and Boots &
    17   Coots, we -- the -- the Group fleshed out how the
    18   Dynamic Relief Well Team -- kill would be
    19   conducted, if needed.  And then that was just for
    20   a couple of days, and then I moved on to the Top
    21   Kill Team.  And as far as any further involvement
    22   in the procedure writing or planning of the -- of
    23   the rel -- of dynamic kill, I -- I don't recall
    24   that I was involved in any -- in any great detail
    25   in the actual planning.
00033:01        Q.  (By Mr. Leopold) Okay.  Can you state for
    02   the record what is the dynamic kill that you're
    03   referring to?
```

Page 33:05 to 34:02

```
00033:05        A.  The dynamic kill I just referred to would
    06   be the kill that would take place if the relief
    07   well drilled into the well while it was -- the
    08   Macondo Well while it was blowing out.  So once
    09   the intercept was made, then the dynamic kill
    10   would be conducted immediately if -- if the well
    11   were blowing out.
    12        Q.  (By Mr. Leopold) And do I understand
    13   correctly that never occurred, right?
    14        A.  That never occurred.  And -- and I -- I
    15   would like to also clarify -- I forget your exact
    16   ques -- question earlier, but I -- I had no
    17   involvement in the dynamic kill planning, but I
    18   was involved in the relief well intercept
    19   planning, just to be clear about that.
    20        Q.  Okay.  We'll -- we'll take that one next.
    21             But the -- the -- the planning and -- you
    22   know, we -- we've been talking about planning in
    23   general.
    24             Were -- when you were talking about the
    25   planning, you're referring to BP's planning for
00034:01   top kill and dynamic kill, correct?
    02        A.  That is correct.
```

Page 34:04 to 34:14

00034:04        Q.  (By Mr. Leopold) And you were a part of
     05  that Team that was doing the planning, correct?
     06        A.  That's correct.
     07        Q.  Okay.  And so the planning for the
     08  dynamic kill that -- strike that.
     09            If BP had initially conceived that the
     10  intercept relief well would -- sorry about that.
     11  Let me -- let me rephrase.
     12            The -- the initial plan was for the
     13  relief well to intercept the Macondo Well near
     14  the bottomhole; is that correct?

Page 34:16 to 34:22

00034:16        A.  The initial plan was to intercept near
     17  the nine and seven-eighths casing shoe in the
     18  Macondo Well.
     19        Q.  (By Mr. Leopold) And when you were
     20  initially planning the dynamic kill as you just
     21  described, it -- it was believed that the well
     22  would still be blowing out at that time, correct?

Page 34:24 to 36:01

00034:24        A.  The premise of the plans were that if the
     25  well were blowing out, we would have a -- a
00035:01  concept for -- to enable BP to kill the well.
     02        Q.  (By Mr. Leopold) Okay.  Thank you for
     03  that.
     04            But, in fact, the well was capped on July
     05  15th; is that right?
     06        A.  I don't recall the exact date, but the
     07  well was capped.
     08        Q.  Okay.  So the -- the initial plans for
     09  dynamic kill that you just described were not
     10  needed after the capping of the well; is that
     11  correct?
     12        A.  That's correct.
     13        Q.  But there was -- there was still a later
     14  plan to kill the well through something called
     15  the "hydrostatic kill."  Is that right?
     16        A.  That's correct.
     17        Q.  And can you describe what the hydrostatic
     18  kill was?
     19        A.  The hydrostatic kill basically involved
     20  pumping mud below the closed capping stack that
     21  had been installed and displacing the
     22  hydrocarbons down -- down the well with the mud,
     23  back into the formation.
     24        Q.  And do I understand correctly the
     25  hydrostatic kill was to take place through the
00036:01  relief well?  Is that right?

Page 36:03 to 36:09

```
00036:03      A.  No, that's not right.  The hydrostatic
     04  kill took place through the top of the Macondo
     05  Well.
     06      Q.  (By Mr. Leopold) Okay.  And -- but there
     07  was -- there was still plans to intercept the
     08  Macondo Well with the relief well; is that
     09  correct?
```

Page 36:13 to 36:18

```
00036:13      A.  That is correct.
     14      Q.  (By Mr. Leopold) And you worked on the
     15  Intercept Team, as well, correct?
     16      A.  That's correct.
     17      Q.  And what kind of planning were you doing
     18  for the Well Intercept Team?
```

Page 36:20 to 37:04

```
00036:20      A.  The Intercept Team was mainly involved
     21  with the surveying efforts required to intercept
     22  the well, so that -- that basically describes
     23  what we -- what we did -- how the -- how the well
     24  would drill, survey, drill, survey, to make sure
     25  that it would drill into the -- the Macondo Well.
00037:01      Q.  (By Mr. Leopold) So that -- that never
     02  occurred, the intercept of the Macondo Well with
     03  the relief well?
     04      A.  It did occur.
```

Page 37:16 to 37:18

```
00037:16      Q.  Correct.  All right.  Now, when the --
     17  when the Intercept Team reached the Macondo Well,
     18  what actions occurred after intercept?
```

Page 37:20 to 38:08

```
00037:20      A.  Can you clarify when -- what you mean by
     21  "actions"?
     22      Q.  (By Mr. Leopold) Well, when the -- when
     23  the well was intercepted, the hydrostatic kill
     24  had already occurred?  Is that right?
     25      A.  That's correct.
00038:01      Q.  So the well was dead at intercept; is
     02  that right?
     03      A.  The well was dead down the flow path that
     04  we pumped, but there was still some concern that
     05  there could be other flow paths or paths that
```

```
      06    might have hydrocarbons in them.  So -- so we --
      07    when the Team intercepted, the Team was ready to
      08    begin pumping, if needed.
```

Page 38:15 to 39:17

```
00038:15        Q.  (By Mr. Leopold) I guess I'm referring to
      16    your -- your planning.  I wasn't limiting it to
      17    any particular part of your work.  But can you
      18    describe what flow scenarios --
      19        A.  H'm, h'm.
      20        Q.  -- at the Macondo Well you were
      21    considering in your planning?
      22        A.  So for the top kills and for the
      23    hydrostatic kills, there were flow path scenarios
      24    down the casing, down the outside of the casing,
      25    or possibly down both.  So those three scenarios
00039:01    were considered for the three top kill attempts
      02    and the hydrostatic kill.
      03        Q.  Okay.  And then what about for the
      04    intercept?
      05        A.  The intercept, the original concept
      06    pri -- prior to the intercept was to be ready for
      07    annulus flow and/or flow up just the casing, and
      08    then when -- when the, you know, actual intercept
      09    was conducted after the top kill, the main
      10    scenario there was a -- a potential flow path --
      11    not a flow path, per se, but a -- a path of
      12    communication, hydraulic communication, up the
      13    annulus.
      14        Q.  So is -- is it fair to say you were --
      15    you still had concern there was hydrostatic
      16    pressure in the annulus when you intercepted the
      17    Macondo Well?
```

Page 39:20 to 40:05

```
00039:20        A.  The concern was, was that there would be
      21    a hydraulic path on -- in the annulus that --
      22    that could still be open when we intercepted.
      23        Q.  (By Mr. Leopold) And were you observing
      24    the operations when they did, in fact, intercept
      25    the Macondo Well?
00040:01        A.  I was in a room in the BP office,
      02    observing a screen, a -- a data screen, when the
      03    intercept was conducted.
      04        Q.  And did they find that the annulus had
      05    hydrostatic pressure?
```

Page 40:07 to 41:02

```
00040:07        A.  There was no catastrophic event, but I
      08    seem to recall that there were some minor
```

```
09    pressure fluctuations that indicated that there
10    might be some -- some form of communication, but
11    it was of -- you know, nothing that anybody
12    thought was severe.
13        Q.  (By Mr. Leopold) Okay.  So then after
14    intercept, what operations took place after that?
15        A.  At that time, I may have phased out, so I
16    don't recall the exact sequence of events that
17    occurred after that.
18        Q.  Well, was the well cemented through the
19    relief well -- let -- let me rephrase.
20            Was the Macondo Well that had been
21    blowing out cemented through the relief well that
22    had intercepted?
23        A.  I know a cement job was pumped in the
24    relief well, but I was not involved in the -- the
25    planning nor the -- the conducting of that
00041:01    operation; so I don't know that it was really
02    pumped into the -- the Macondo Well.
```

Page 41:10 to 42:08

```
00041:10        Q.  So when did your involvement in the
11    Macondo response end?
12        A.  I recall that I turned in my badge at the
13    end of September, and then following that, there
14    were some continued -- one or two visits after
15    that to the BP office, and then there was some
16    correspondence, I think, going into October.  I
17    corresponded with some of the people at BP
18    regarding their ongoing efforts.
19        Q.  Okay.  You turned in your badge at the
20    end of September.  Does that mean that you were
21    working with BP until the end of September?
22        A.  Yes.
23        Q.  And what were you doing in the month of
24    September?
25        A.  I don't remember the exact sequence of
00042:01    operations, but I was following the fishing
02    operations, is what I -- that's what I recall.
03        Q.  Can you define "fishing operations" for
04    the record?
05        A.  Fishing operations was -- was the efforts
06    to try to remove remaining pieces of drill pipe
07    that were in the Macondo BOP and down in the --
08    in the well.
```

Page 43:19 to 44:18

```
00043:19  MR. LEOPOLD:  And let's mark this as
20    the next exhibit.
21            (Exhibit No. 9931 marked.)
22        A.  Okay.
23        Q.  (By Mr. Leopold) It's a -- it's a BP
```

```
        24    document, Bates number ending in 1187769.  And at
        25    the top, it says "MC 252 Top Kill Pumping Team."
00044:01          Do you see that, Mr. Quitzau?
        02    A.  Yes, I do.
        03    Q.  And if you turn in the next page, that's
        04    the native version of the document that BP's
        05    produced.
        06          Do you see your name in this org chart,
        07    Mr. Quitzau?  And I'll just -- I'll direct your
        08    attention --
        09    A.  Yes, I see it.
        10    Q.  Okay.
        11    A.  I found it.
        12    Q.  All right.  And it says "Bob Quitzau
        13    Intervention Pumping Engineering Anadarko,"
        14    correct?
        15    A.  Yes.
        16    Q.  And you're in the supervisory chain led
        17    by Mike Fowler and John Sharadin?
        18    A.  That's correct.
```

Page 44:20 to 44:22

```
00044:20    Q.  (By Mr. Leopold) And does -- does that
        21    org chart acc -- accurately reflect your memory
        22    of what the leadership was of the Pumping Team?
```

Page 44:25 to 44:25

```
00044:25    A.  Yes, it does.
```

Page 45:21 to 46:02

```
00045:21    Q.  (By Mr. Leopold) You -- you interacted
        22    with most of the people on the Pumping Team; is
        23    that correct?
        24    A.  That's correct.
        25    Q.  And the -- the Pumping Team, they -- they
00046:01    relied on input from you for their planning
        02    operations.  Isn't that fair?
```

Page 46:05 to 46:09

```
00046:05    A.  I participated in the planning process
        06    and -- and the discussions and BP's process to
        07    put the plans together.
        08    Q.  (By Mr. Leopold) Did they rely on the
        09    work that you performed?
```

Page 46:12 to 46:24

```
00046:12    A.  I participated in the pro -- in the -- in
```

```
13    the process, and at some times, they -- they used
14    some of my input.
15         Q.  (By Mr. Leopold) So they used your input.
16    That's --
17         A.  In the procedure writing.
18         Q.  Okay.  In the -- let's -- let's just
19    summarize that.
20            So your testimony is that they -- "they,"
21    meaning the BP Pumping Team, led by Mike Fowler
22    and John Sharadin -- used your input for the
23    procedure writing for pumping.  Is that fair?
24         A.  My --
```

Page 47:02 to 47:05

```
00047:02      A.  My input contributed to the con --
03    procedure writing process.
04         Q.  (By Mr. Leopold) Okay.  And was your
05    input relied upon by the Team?
```

Page 47:08 to 47:12

```
00047:08      A.  They -- in some cases, they used my input
09    in the procedure writing.
10         Q.  (By Mr. Leopold) And was that -- the --
11    the -- the input that you contributed, was that
12    used in a finalized BP procedure?
```

Page 47:15 to 47:19

```
00047:15      A.  The finalized procedures contained
16    elements of the -- that were put forth by the
17    teams -- the subteams that I was involved with.
18         Q.  (By Mr. Leopold) And you wrote some of
19    it.  Is that fair?
```

Page 47:21 to 48:01

```
00047:21      A.  I don't recall actually writing the
22    procedure itself.  There were some concept steps
23    that I may have written, but ultimately, the --
24    the final procedure draft that -- that the Team
25    worked on was managed through either a BP
00048:01    employee or a -- a BP consultant.
```

Page 55:07 to 55:10

```
00055:07      Q.  (By Mr. Leopold) Okay.  One -- we're done
08    with that exhibit.  Let's turn to one more,
09    Tab 101.
10            (Exhibit No. 9932 marked.)
```

Page 55:14 to 57:03

```
00055:14      Q.  Okay.  What exhibit is that, Mr. Quitzau?
      15      A.  9932.
      16      Q.  Thank you.  And I placed in front of you
      17  an E-mail from Robert Sanders to David Sims,
      18  dated July 26th, 2010.  And attached to -- to
      19  this E-mail is a document with -- with some
      20  additional org charts.  And I'd like you to turn
      21  to Bates Page 859118.
      22      A.  Okay.
      23      Q.  And it's a slide that says "Systems
      24  Engineering."  Do you see that?
      25      A.  Yes, I do.
00056:01      Q.  Okay.  And down to the right, I see your
      02  name listed in "Kill Pumping Operations."  Is
      03  that right?
      04      A.  Yes.
      05      Q.  Have you ever seen this document before?
      06      A.  I have not.
      07      Q.  Do you know what this org chart is
      08  representing?
      09      A.  It looks like an organization under Jon
      10  Sprague.
      11      Q.  Okay.  And the -- the sub organization
      12  where you're listed is "Relief Well Kill,
      13  Operations, Engineering Support, Kurt Mix."  Do
      14  you see that?
      15      A.  Yes, I do.
      16      Q.  And then there's five different Teams
      17  being supervised by Kurt Mix in this slide:
      18  "Cementing Operations, Telecommunications, Well
      19  Control" modering -- "Modeling, Kill Pumping
      20  Operations," and "Well Intercept."  Do you see
      21  that?
      22      A.  Yes, I do.
      23      Q.  Does that accurately reflect -- or --
      24  reflect your recollection of how the relief well
      25  kill operations were organized?
00057:01      A.  I don't recall this organization.
      02      Q.  Did you ever give BP authorization to
      03  list your name on their org chart?
```

Page 57:05 to 57:05

```
00057:05      A.  I did not.
```

Page 57:16 to 57:21

```
00057:16      Q.  (By Mr. Leopold) For -- for the box where
      17  you're listed "Kill Pumping Operations," it says:
      18  "Jerry Sherson, Bob Quitzau," and Kick "Pearcy"?
      19      A.  Rick Pearcy.
      20      Q.  "Rick Pearcy."  Did -- did you work on a
```

```
         21   Team with those folks?


Page 57:23 to 57:24

00057:23        A.  I worked with both of those persons at
         24   various times.


Page 58:10 to 60:18

00058:10        Q.  (By Mr. Leopold) Okay.  And I draw your
         11   attention to the box above that, it says:  "Well
         12   Control Modeling."  Do you see that one?
         13        A.  I do.
         14        Q.  It says:  "Ole Rygg, Bill Burch, and
         15   Thomas Selbekk."  Is that right?
         16        A.  Yes.
         17        Q.  Did you -- do you know those people?
         18        A.  Yes, I do.
         19        Q.  And who are they?
         20        A.  Ole Rygg, Tom Selbekk were with -- or are
         21   with ADD, and Bill Burch is with Wild Well
         22   Control.
         23        Q.  Let's talk about ADD.  Is that also known
         24   as Add Energy?
         25        A.  Yes.
00059:01        Q.  Did you interact with Add Energy in your
         02   work on the response?
         03        A.  I had some interactions with Add Energy.
         04        Q.  Can you describe, generally, what those
         05   interactions were?
         06        A.  Generally, for the top kill, I did some
         07   work with -- or I asked Tom Selbekk to do some
         08   work with regard to a step-down test that I was
         09   involved in -- in putting together.
         10        Q.  And what's a step-down test?
         11        A.  The step-down test was a -- a process
         12   that we hoped would allow the Team to
         13   determine -- this would be after the top kill,
         14   it -- it would allow the Team to determine
         15   whether the well was stable enough to cement.
         16   Assuming that the well had already been killed.
         17        Q.  Okay.  But the well wasn't killed with
         18   the top kill, so that procedure never went
         19   forward; is that fair?
         20        A.  That's correct.
         21        Q.  Okay.  Any other interactions with
         22   Mr. Selbekk that you recall?
         23        A.  I don't recall any other interactions
         24   with Selbekk.
         25        Q.  What about with Mr. Ole Rygg?
00060:01        A.  Later in the relief process, I had some
         02   interactions with Ole Rygg, that's correct.
         03        Q.  Do you recall the nature of those
         04   interactions?
```

```
05        A.  We were sitting in the same room, and so
06   we would have frequent discussions about various
07   things related to the relief well intercept.
08        Q.  Do you know what Mr. Rygg's function was
09   in the response effort?
10        A.  He -- my understanding was, is that Ole
11   Rygg did well kill simulations and other
12   hydraulic modeling.
13        Q.  What's hydraulic modeling?
14        A.  Hydraulic modeling is the flow of various
15   fluids through different well paths or flow paths
16   in a well.
17        Q.  So is it fair to say he was modeling the
18   flow rate for the Macondo blowout?
```

Page 60:21 to 61:01

```
00060:21        A.  He was modeling well kill simulations,
      22   and that may have included reference to flow
      23   rates.
      24        Q.  (By Mr. Leopold) Is knowing how much oil
      25   coming -- is coming out of the well important for
00061:01   well kill simulations?
```

Page 61:04 to 61:07

```
00061:04        A.  I'm not an expert in well kill
      05   simulations, but my understanding is that the
      06   flow rate can have a -- be a factor in -- in
      07   that.
```

Page 62:14 to 63:11

```
00062:14        Q.  (By Mr. Leopold) Let me ask you about the
      15   other Anadarko personnel who were involved in the
      16   response.  Do you recall a role played by Mike
      17   Beattie?
      18        A.  Yes, I do.
      19        Q.  Who's Mike Beattie?
      20        A.  Mike Beattie is -- is a Manager in
      21   Anadarko related to facilities and Subsea
      22   Systems.
      23        Q.  M-h'm.  And to your recollection, what
      24   role is Mike playing in the BP response effort?
      25        A.  In my discussions with Mike Beattie, he
00063:01   indicated that he helped -- at BP's request
      02   helped to identify some flow-back systems and
      03   subsea flow lines.  I'm not an expert in this
      04   area, but he indicated that he prepared some --
      05   three alternatives for BP to consider to have
      06   materials to flow from the Macondo Well to
      07   another field nearby, and have some way of
      08   producing or injecting the Macondo fluids if BP
```

```
09   so chose to -- to do that.
10       Q.  Was that the Reisel Field?
11       A.  I believe that's correct.
```

Page 64:01 to 64:08

```
00064:01      Q.  (By Mr. Leopold) Okay.  What about Tim
      02   Dean?
      03       A.  Tim Dean was involve -- involved early on
      04   in the Macondo process in May in helping BP to
      05   put the junk shot manifold together.  And then
      06   later in June he returned to participate for a
      07   couple of weeks in some of the Top Hat flow-back
      08   hookups that BP was conducting.
```

Page 64:12 to 64:20

```
00064:12      Q.  Okay.  What about Mike Lemkar?
      13       A.  Mike Lemkar was involved with assisting
      14   Tim Dean in preparing the junk shot manifold.
      15   Mike was on site at the -- at the facility
      16   that -- where the manifold was being built, and
      17   he was observing and making comments on welding
      18   procedures.  And then later in June, I believe,
      19   he worked with Mike Beattie on the flow line
      20   efforts that I described earlier.
```

Page 65:07 to 65:13

```
00065:07      Q.  Okay.  What about Dennis McDaniel?
      08       A.  Dennis McDaniel was involved in the June
      09   timeframe in the top kill -- I'm sorry, the Top
      10   Hat flow back.  He -- he -- he helped on the
      11   burner systems and water curtains and things like
      12   that, that BP was putting together to allow for,
      13   you know, flow from the Top Hat.
```

Page 66:05 to 66:08

```
00066:05      Q.  (By Mr. Leopold) Sure.  I think we've
      06   identified three general categories that you
      07   worked on, top kill, the dynamic kill, and the
      08   static kill; is that fair?
```

Page 66:10 to 66:16

```
00066:10      A.  Top kill, dynamic kill -- correct.
      11       Q.  (By Mr. Leopold) Okay.  And for any of
      12   those efforts, were the amount of hydrocarbons
      13   being collected from the Macondo Well through the
      14   Top Hat, or other methods, relevant?
      15       A.  I -- I didn't hear any of those numbers
```

```
         16   at that time.
```

Page 69:22 to 70:11

```
00069:22      Q.  Okay.  And what were the nature of the
      23   conversations that you had with those folks?
      24      A.  The nature of the conversations is pretty
      25   much what I described earlier.  We did not talk
00070:01   about Steve Woelfel.  Steve Woelfel's
      02   involvement -- the discussions were related to
      03   their direct involvement in the BP relief
      04   efforts.
      05      Q.  M-h'm.  And so what was Steve Woelfel's
      06   involvement?
      07      A.  Steve Woelfel is -- was involved very
      08   early in the response, to observe BP's efforts to
      09   try to close the -- the HORIZON BOP, and then he
      10   also did some brainstorming with BP on possible
      11   other remedial operations.
```

Page 70:17 to 70:19

```
00070:17      Q.  Okay.  And you -- you were actually
      18   starting to get involved right after the blowout;
      19   is that fair?
```

Page 70:21 to 70:25

```
00070:21      A.  I -- my first day in the BP office was
      22   May 2nd.
      23      Q.  (By Mr. Leopold) Were you doing anything
      24   for Anadarko prior to joining the BP response
      25   effort?
```

Page 71:02 to 71:06

```
00071:02      A.  I was doing Drilling Engineering work for
      03   my -- for my -- my wells.
      04      Q.  (By Mr. Leopold) Were you requesting
      05   information about the -- the blowout and the
      06   incident?
```

Page 71:08 to 71:16

```
00071:08      A.  We -- we gathered information that we
      09   had.  We -- we -- we arranged for your -- the
      10   answer is "Yes."  Yes, I was.
      11      Q.  (By Mr. Leopold) What was the purpose of
      12   gathering that information?
      13      A.  To understand what was going on.
      14      Q.  Okay.  And -- and who made the decision
      15   to allow you to go work for BP during this
```

```
    16   period?
```

Page 71:18 to 72:03

```
00071:18       A.  I was asked to go to BP by Todd Durkee.
     19        Q.  (By Mr. Leopold) And who is Mr. Durkee?
     20        A.  Todd Durkee is the Drilling Manager for
     21   Deepwater Gulf of Mexico for Anadarko and also
     22   ov -- he's over Inter -- International
     23   Operations, as well.
     24        Q.  Okay.  Is he someone you'd interacted
     25   with before the -- the Macondo incident?
00072:01       A.  He -- as a Drilling Manager, I worked
     02   under his organization.
     03        Q.  Okay.
```

Page 72:14 to 72:14

```
00072:14  (Exhibit No. 9933 marked.)
```

Page 72:25 to 73:14

```
00072:25       Q.  Okay.  All right.  Now, I've placed in
00073:01   front of you an E-mail chain, actually, with --
     02   with several E-mails on it, but I want to direct
     03   your attention to the one at the bottom of the
     04   first page.
     05            This is Anadarko Bates number ending in
     06   123457, and it's an E-mail from Steve Woelfel to
     07   you and others at Anadarko, dated May 2nd.
     08            Do you see that, Mr. Quitzau?
     09        A.  Yes, I do.
     10        Q.  Okay.  And do you recall seeing this
     11   E-mail previously?
     12        A.  Yes, I do.
     13        Q.  Okay.  And what -- what is it?  What --
     14   do you know what it is?
```

Page 73:16 to 74:23

```
00073:16       A.  The E-mail is from Steve Woelfel, and
     17   he's describing his activities at BP.
     18        Q.  (By Mr. Leopold) Okay.  And in -- in --
     19   he has several numbered items here, and I'd like
     20   to turn your attention to No. 2).  Take -- you
     21   can take a minute to look at that paragraph.  And
     22   he's talk -- he's talking about an idea that
     23   Transocean had come up with, and then midway
     24   through the paragraph, it says:  "Cameron and"
     25   Oceanengineering "put together pig-tail and
00074:01   assy/procedures headed to field to access P/T
     02   probe, which if successful would allow us to
     03   determine pressure in stack" and to "get a handle
```

```
04    on differentials which should allow better
05    estimation of flow rates, AOF's, etc."
06         You see that?
07    A.  Yes, I do.
08    Q.  Were -- were you aware of this effort
09    that Cameron and Oceaneering were -- were putting
10    together?
11    A.  Insomuch as it's in this E-mail, at -- at
12    the time, I -- I may not have absorbed that
13    detail.  But, I mean, here it is.  They were
14    trying to hook up the pressure/temperature gauge.
15    Q.  Okay.  Do you know if that successfully
16    occurred?
17    A.  I -- I believe they were successful at
18    hooking up the pressure and temperature gauge.
19    Q.  At the BOP?
20    A.  Yes.
21    Q.  Okay.  And did it, in fact, help BP or --
22    and the Team that Mr. Woelfel was working on,
23    estimate flow rates?
```

Page 74:25 to 74:25

```
00074:25    A.  I don't know.
```

Page 75:04 to 75:06

```
00075:04    Q.  Okay.  Were -- did you work with the
05    pressure temperature probe that was inserted by
06    Cameron and Oceanengine -- Oceaneering?
```

Page 75:09 to 75:14

```
00075:09    A.  I did not work directly with it, but
10    pressure was -- was information that -- that was
11    readily available to everybody.
12    Q.  (By Mr. Leopold) And where did that
13    pressure information come from that you used?
14    A.  From the BOP stack.
```

Page 75:17 to 76:08

```
00075:17    Q.  Were there multiple gauges on the BOP
18    stack?
19    A.  There were multiple gauges on the BOP
20    stack and -- and choke and kill lines.
21    Q.  Okay.  Was pressure information from
22    those gauges important for the work that you did?
23    A.  I don't know that I used the pressure
24    directly, but the procedures that I put together
25    were tied to those pressure gauges.
00076:01    Q.  Were -- were they inputs into the
02    procedures that you did?
```

```
03        A.  They would -- they were one of the pieces
04   of data that would be monitored if the procedures
05   were conducted.
06        Q.  Okay.  And just -- can you refresh my
07   memory which procedures that you worked on
08   actually went forward?
```

Page 76:10 to 76:19

```
00076:10        A.  The step-down test for the -- following
11   the hydrostatic kill was implemented, if
12   partially, and that referred to the pressure
13   gauges.
14        Q.  (By Mr. Leopold) What about the top kill
15   modeling?
16        A.  The step-down test for the top kill was
17   not conducted because the well wasn't killed.
18        Q.  You were also involved in pumping
19   planning for top kill, right?
```

Page 76:21 to 78:05

```
00076:21        A.  I was on the Procedure Team, but my focus
22   was more on the stabilization of the well and
23   then the cementing efforts -- all of that
24   assuming that the well had already been killed.
25        Q.  (By Mr. Leopold) Okay.  So are -- so are
00077:01   you saying you didn't actually help develop the
02   pumping rate at which -- that BP would use to
03   perform top kill?
04        A.  I did not.
05        Q.  Okay.  Did you -- in any of your work,
06   did you help develop pumping rates?
07        A.  The -- the -- both step-down tests that I
08   worked on had pumping rates involved.
09        Q.  Okay.  Did you help develop those rates?
10        A.  The step-down test, by its nature, is --
11   "step down" means -- "step down" or "step up"
12   means that you pump at one rate for some period
13   of time, and then you step up to another rate,
14   and you -- you pump at different rates and
15   measure the pressures.
16        Q.  Okay.
17        A.  So, yes, rates were involved in --
18   pump -- mud pump rates were involved in that.
19        Q.  In the step down?
20        A.  In the step-down tests.
21        Q.  Okay.  All right.  Let's keep going.
22        If -- if you look on the next page, Bates
23   Page 123459, in No. 5), where Mr. Woelfel is
24   reporting, it says in -- in the second sentence:
25   "Reports are that while cutting the drill pipe
00078:01   the blade looked like it was significantly
02   impeding flow - so there might not be much
```

```
03    pressure exerted at this leak point.  This
04    procedure should be accomplished over the next 24
05    HOURS."
```

Page 78:13 to 78:21

```
00078:13    Q.  (By Mr. Leopold) Yeah.  Was Mr. Woelfel
     14  reporting on obstructions within the BOP, to
     15  fl -- flow?
     16    A.  He was not.
     17    Q.  What was he doing there?
     18    A.  He was reporting on -- I -- I recall that
     19  there was a piece of drill pipe sticking out of
     20  the riser somewhere, and he was reporting on flow
     21  from that.
```

Page 79:14 to 79:24

```
00079:14    Q.  (By Mr. Leopold) Okay.  So you -- you
     15  wrote reports back to the people at Anadarko who
     16  were managing you; isn't that correct?
     17    A.  I reported back to several people at
     18  Anadarko, yes.
     19    Q.  Okay.  Do -- can you state for the record
     20  who those people were?
     21    A.  Todd Durkee, Pat Watson, Mike Pfister,
     22  and Darrell Hollek.  And it -- at different
     23  times, that list got shifted around a little,
     24  but -- little bit.  Those were the key per --
```

Page 80:01 to 80:01

```
00080:01    A.  -- persons.
```

Page 83:06 to 83:08

```
00083:06    Q.  (By Mr. Leopold) Okay.  Let's go to
     07  Tab 2.  All right.  This -- this exhibit's
     08  already marked, so it's --
```

Page 83:10 to 83:11

```
00083:10    Q.  -- 9141-- so we don't -- we don't need to
     11  mark it again.  That's fine.
```

Page 83:16 to 84:04

```
00083:16  MR. CHAVEZ:  9241.
     17    Q.  (By Mr. Leopold) 9241.  Yeah.  I'm sorry
     18  if I -- if I misspoke.  All right.  This is an
     19  E-mail from Ole Rygg to William Burch
     20  @wildwell.com, dated May 10th, 2010.  Do you see
```

```
    21    that, Mr. Quitzau?
    22        A.  Yes, I do.
    23        Q.  Okay.  And it says:  "Updated
    24    presentation of blowout and dynamic kill results"
    25    he's -- is the "Subject:"
00084:01            Do you see that?
    02        A.  Yes.
    03        Q.  Have -- have you ever seen this E-mail
    04    before?
```

Page 84:09 to 84:14

```
00084:09        A.  (Reviewing document.) I don't -- I don't
    10    recall seeing the E-mail, and I don't recall for
    11    sure that I've seen the attachment.
    12        Q.  Okay.  Have you seen any analysis that
    13    looks like the attachment that Mr. Rygg has
    14    included in this E-mail?
```

Page 84:16 to 84:18

```
00084:16        A.  I've seen -- in my deposition
    17    preparation, I have seen Presentations from ADD
    18    that could be similar to what I'm seeing here --
```

Page 84:20 to 84:23

```
00084:20        A.  -- although I haven't really looked
    21    through this --
    22        Q.  Okay.
    23        A.  -- in detail.
```

Page 85:20 to 87:06

```
00085:20        Q.  (By Mr. Leopold) So were you aware --
    21    you -- you mentioned earlier, your knowledge of
    22    Mister -- what Mr. Rygg was doing.  And he -- one
    23    of the things you said he was modeling -- let --
    24    let me rephrase.
    25            Mr. Rygg, I believe you testified, was
00086:01    doing hydraulic modeling for top kill.  Is that
    02    right?
    03        A.  He was doing well kill modeling is my
    04    understanding.
    05        Q.  And -- and that's well kill modeling not
    06    for top kill, or -- for another purpose?
    07        A.  For the top kill.
    08        Q.  For the top kill.
    09            And he -- he was also doing well kill
    10    modeling for static kill later or dynamic kill,
    11    right?
    12        A.  I know he did some for the hydrostatic
    13    kill, and I believe he did some for the -- he may
```

```
14      have done some for the dynamic kill.
15          Q.  Okay.  And how were you made aware of the
16      modeling that Mr. Rygg was doing?
17          A.  The modeling for the hydrostatic kill was
18      up in front of everybody during the kill.  The
19      modeling for the dynamic kill, I became aware of
20      in preparation for this deposition.
21          Q.  And what about the modeling for the top
22      kill?
23          A.  Also in preparation for this deposition.
24          Q.  Okay.  So I -- I note that the E-mail is
25      dated May 10th, but you're saying you don't
00087:01    recall seeing any analysis like this around May
02      10th; is that right?
03          A.  I -- I -- I do not.
04          Q.  Do you recall when the first time you
05      were made aware of the hydraulic modeling that
06      Mr. Rygg was doing?
```

Page 87:12 to 87:13

```
00087:12        A.  -- I re -- I recall being aware of his
13      work for the hydrostatic kill.
```

Page 87:17 to 88:01

```
00087:17        Q.  Were you made aware of it through a
18      Presentation to the Team that you were working
19      on?
20          A.  I don't recall the specifics.  What I
21      know is we had predicted pressure versus volume
22      pumped that we all followed as the kill
23      progressed.  So when -- when that was received by
24      those involved, I -- I don't recall that detail.
25          Q.  Okay.  How did Mr. Rygg's modeling relate
00088:01    to pressure versus volume pumped?
```

Page 88:03 to 88:08

```
00088:03        A.  Mr. Rygg's model was a -- a prediction of
04      pressure versus volume pumped.
05          Q.  (By Mr. Leopold) Okay.  If you would take
06      a look, again, at this attachment to this E-mail
07      of May 10th, is that, in fact, what this analysis
08      is looking at?
```

Page 88:10 to 88:14

```
00088:10        A.  (Reviewing document.)  It looks like it's
11      looking at a lot of different things.
12          Q.  (By Mr. Leopold) Was pressure versus
13      volume -- volume pumped relevant for this
14      analysis, that you can tell?
```

Page 88:16 to 88:17

00088:16        A.  Yeah, I'm not -- I'm not familiar with
      17    this -- this document.

Page 89:02 to 89:09

00089:02        Q.  And at the top it says:  "Riser Margin -
      03    required static kill mud density."
      04          Do you see that?
      05        A.  Yes.
      06        Q.  All right.  Now, mud density used in the
      07    top kill and the -- the dynamic kill planning,
      08    and even the static kill, was important in the
      09    work that you did, wasn't it?

Page 89:12 to 89:18

00089:12        A.  It was important for my work in the
      13    stabilization and cementing, but I don't know how
      14    important it was for the actual kill itself.
      15        Q.  (By Mr. Leopold) Well, you -- mud density
      16    wasn't important -- an important number to know
      17    in determining what -- what fluid would be pumped
      18    down during the top kill?

Page 89:21 to 90:18

00089:21        A.  Yeah.  It was -- it was important to know
      22    what well -- what mud density would be in the
      23    well at the end of the kill, that -- and so
      24    that's what I was focusing on after the well was
      25    killed.  The mud density was very important from
00090:01    the standpoint of the stability of the well and
      02    then whether or not the well could be cementing.
      03    Whether or not the mud density is -- how -- how
      04    important the mud density is for the kill itself,
      05    that's outside my area of expertise.
      06          So to the extent that the mud that ends
      07    up being used in the kill affects my part of it,
      08    it -- the mud weight was important.
      09        Q.  (By Mr. Leopold) Okay.
      10        A.  And I say "my part of it," I'm talking
      11    about the -- the Team of Cementers and, you know,
      12    BP experts that were involved in determining
      13    whether the well could be cemented or not.
      14        Q.  Okay.  So you're saying you had no
      15    overlap with the decision about the mud weight to
      16    use for top kill or the -- the rate at which that
      17    mud that they chose should be pumped for top
      18    kill.  Is that what you're saying?

Page 90:20 to 91:06

```
00090:20       A.  No, that's not what I'm saying.  I had no
      21   input on the rates for the top kills.  But the --
      22   mud density that would be in the well after
      23   the top kill was important to the Team that
      24   was -- the Teams that were focusing on the
      25   stabilization of the well and the cementing,
00091:01   assuming that the well were kill -- was killed.
      02       Q.  (By Mr. Leopold) What about the basic
      03   question of how much mud and at what weight we
      04   need to kill the well?  Isn't that a basic
      05   problem that they have to figure out before
      06   performing top kill?
```

Page 91:09 to 91:21

```
00091:09       A.  How much mud is -- is related to those
      10   who are planning the -- the kill itself.  And the
      11   density, as -- as I just described, was important
      12   to us, focusing on whether the well would be
      13   stable or not after the kill, and then whether or
      14   not the well could be cemented.
      15       Q.  (By Mr. Leopold) Okay.  All right.  I
      16   want to turn you to the next page, which is Page
      17   7 of the PowerPoint.  And you see, Mr. Rygg,
      18   has -- has a slide here that says:  "Oil Inflow -
      19   300 millidarcies at 86 ft NP"?
      20          Do you understand what that means,
      21   Mr. Quitzau?
```

Page 92:08 to 92:17

```
00092:08       A.  I'm not an expert in this, but it looks
      09   like a -- an IPR curve.
      10       Q.  (By Mr. Leopold) Okay.  What's an "IPR
      11   curve"?
      12       A.  It has to do with the inflow from a
      13   reservoir.  Again, I don't ever use this in any
      14   Drilling Engineering work.
      15       Q.  Were you around discussions about what
      16   the inflow from the reservoir at Macondo would be
      17   for calculating purposes of the kill efforts?
```

Page 92:19 to 92:19

```
00092:19       A.  I was not.
```

Page 93:04 to 93:07

```
00093:04       Q.  Okay.  Turning to the next page in the
      05   Presentation, and so Page 8, 9, and 10 of this
```

```
          06    PowerPoint presents three scenarios for flow that
          07    have been modeled.  Do you see that, Mr. Quitzau?
```

Page 93:10 to 93:15

```
00093:10          A.  I see Pages 8, 9, and 10.
          11          Q.  (By Mr. Leopold) Okay.  Do they -- do
          12    they correspond with flow scenarios -- the three
          13    flow scenarios that you testified about earlier
          14    about inside the -- the casing, outside the
          15    casing, or both inside and outside the casing?
```

Page 93:17 to 94:10

```
00093:17          A.  My previous comments related to pumping
          18    mud down those -- mud and/or cement down those
          19    different flow paths.
          20          Q.  (By Mr. Leopold) So in the work that you
          21    did on BP response, were there three flow
          22    scenarios that were being considered and modeled,
          23    to your knowledge?
          24          A.  I would call them "flow path scenarios,"
          25    and as far -- you talking about being modeled
00094:01    for --
          02          Q.  You -- you tell me.  I mean --
          03          A.  The -- yeah.  There were three potential
          04    flow paths, and my only involvement had to do
          05    with the pumping of mud and/or cement down those
          06    as it related to stabilizing the well and whether
          07    or not the well could be cemented.
          08          Q.  Okay.  So you didn't do any work to
          09    determine what the flow paths at -- in the
          10    Macondo Well were?
```

Page 94:12 to 95:06

```
00094:12          A.  The step-down tests, the -- the second
          13    step-down test for the hydrostatic kill was an
          14    attempt to provide some secondary diagnosis for
          15    the -- the possible flow path.
          16          Q.  (By Mr. Leopold) Okay.  And what about
          17    the first step-down test that you were planning
          18    post top kill, had it succeeded?
          19          A.  The first step-down test was not related
          20    to flow path.
          21          Q.  Okay.
          22          A.  Well, my -- my establishing or -- or
          23    working with the Team to come up with the concept
          24    started off just down the annulus.  And then when
          25    the -- when the expert flow modelers got
00095:01    involved, they may have considered multiple flow
          02    paths.  But the key objective of the first
          03    step-down test was to determine how much fluid
```

```
04    was going down the well versus how much was going
05    out into the Gulf, that -- that fluid being that
06    pumped from the surface.
```

Page 95:13 to 96:12

```
00095:13  (Exhibit No. 9934 marked.)
      14       A.  9934?
      15       Q.  (By Mr. Leopold) And I placed in front of
      16  you an E-mail from Darrell Loya at Mullen Energy,
      17  dated 5/18/2010 to a group of folks including
      18  you.  You see that, Mr. Quitzau?
      19       A.  Yes, I do.
      20       Q.  Okay.  And the "Subject" is "Diagnostic
      21  Pumping and Momentum Kill Graphs/Charts,"
      22  correct?
      23       A.  Yes.
      24       Q.  All right.  Who's Darrell Loya?
      25       A.  Darrell Loya was one of the Members of
00096:01  the -- the top kill Pumping Team.
      02       Q.  Okay.  Did you interact with Mr. Loya?
      03       A.  I had some interactions with Mr. Loya.
      04       Q.  Do you know what aspect of the pumping he
      05  was working on?
      06       A.  He worked in various aspects, and I
      07  recall that he was going to go out in the field
      08  to help conduct the -- the actual top kill.
      09       Q.  So let -- and I don't know if we've
      10  established this, but all your work was done in
      11  the BP Houston Headquarters; isn't that right?
      12       A.  That's correct.
```

Page 96:25 to 97:16

```
00096:25       Q.  In the "To" line, take a look at the --
00097:01  who this E-mail is to, for a second.
      02       A.  Yes.
      03       Q.  This group of people, were they a
      04  particular Team?
      05       A.  These look like Members of the Pumping
      06  Team.
      07       Q.  The Pumping Team for Top Kill, right?
      08       A.  Yes.
      09       Q.  Okay.  Of which you were a Member, right?
      10       A.  Yes.
      11       Q.  Okay.  And do you -- do you recall
      12  getting this E-mail?
      13       A.  I don't recall getting this E-mail.
      14       Q.  Have you seen it in your preparation for
      15  today?
      16       A.  I have.
```

Page 98:08 to 100:12

```
00098:08        Q.  (By Mr. Leopold) Do you -- what's this
     09   E-mail about?
     10        A.  Let me read it again.  (Reviewing
     11   document.)
     12            He looks like he's trying to gain some
     13   consensus on some diagnostics to be used during
     14   the pumping of the job.
     15        Q.  Okay.  I'm just going to go ahead and
     16   read a portion of the E-mail into the record.  It
     17   says:  "I'm pretty sure that WWC" --
     18            That's Wild Well Control, right,
     19   Mr. Quitzau?  Is that --
     20        A.  Yes.
     21        Q.  -- WWC?  Okay.
     22            Continuing on:  "...WWC has done a lot of
     23   work on this issue as well.  However, as far as I
     24   can tell, they have never talked to anyone on"
     25   this -- "this team about their preparation or
00099:01   plans.
     02            "I find it hard to get motivated to
     03   generate a plan for diagnostics based on the fact
     04   that the guys who will be doing the pumping and
     05   decision making (WWC and Mazzella) have never had
     06   any input (nor do they seem to care) about our
     07   procedures or" planning processes -- "planning
     08   process."  Excuse me.  "As far as I can tell, our
     09   group has been a smoke screen to allow folks to
     10   check the box that our procedures were vetted
     11   through a HAZID process.
     12            "If I were in charge of the process WWC
     13   would sit down with Ole, Mix, Patillo, Melvan,
     14   and the rest of the pumping team and hash out
     15   some good charts and" expect -- "expected
     16   pressure and rate scenarios.  Instead of the tail
     17   (us) wagging the dog (WWC and Mazzella), the dog
     18   should be leading this process.
     19            "To be honest, I'm not sure the dog is
     20   aware that it has a tail.  In fact, I'm not sure
     21   the dog is aware that we are generating
     22   procedures through a HAZID process."
     23            Did I read that correctly, Mr. Quitzau?
     24        A.  You did.
     25        Q.  Okay.  Does that refresh your
00100:01   recollection about the expected pressure and rate
     02   scenarios that were being modeled by Mr. Loya?
     03        A.  I did not have an awareness of this at
     04   that time.
     05        Q.  Well, you were copied on the E-mail,
     06   right?
     07        A.  I was.
     08        Q.  Do you -- why were you copied on this
     09   Group?  Do you know?
     10        A.  I was on the Pumping Team, so I -- I
     11   don't know why he copied me, but I was on the
     12   Pumping Team.
```

Page 100:19 to 101:04

```
00100:19     Q.  (By Mr. Leopold)  Who's Mazzella?  Do you
     20  know?
     21     A.  I recall that Mark Mazzella was one of
     22  B -- was the BP Operation Leader for the kill,
     23  on -- on site.
     24     Q.  Okay.  So I want you to take a -- take a
     25  look at the attachment to this E-mail.
00101:01     A.  Okay.
     02     Q.  Is this -- is this some of the same
     03  slides that we saw earlier from Mr. Rygg's E-mail
     04  that Add Energy had been putting together?
```

Page 101:06 to 101:17

```
00101:06     A.  They both look like they're from ADD, but
     07  I -- I can't draw a direct comparison between the
     08  two.
     09     Q.  (By Mr. Leopold)  Okay.  So this is May
     10  18th, which was eight days after the prior E-mail
     11  that I showed you.  And you were, in fact, copied
     12  on this modeling work that was being done,
     13  correct?
     14     A.  Correct.
     15     Q.  Okay.  So you were made -- you were made
     16  aware that hydraulic modeling for flow in the
     17  Macondo Well was taking place; isn't that right?
```

Page 101:20 to 102:19

```
00101:20     A.  He sent the E-mail, but I don't recall
     21  being aware at the time.
     22     Q.  (By Mr. Leopold)  Okay.  So turn -- turn
     23  with me to Bates Page 257853.
     24     A.  257853.
     25     Q.  That's -- at the top.  It says:
00102:01  "Scenario A - Flow inside 7 inch liner."  Do you
     02  see that?
     03     A.  Got it.
     04     Q.  Okay.  All right.  And again, this --
     05  this refers to the scenarios that we were talking
     06  about earlier, and this one is "Flow inside 7
     07  inch liner," and on the right-hand side it says
     08  "Oil Rate."  Do you see that?
     09     A.  I see.
     10     Q.  And it says "63,000 bopd" --
     11     Which stands for barrels per day.  Isn't
     12  that right?
     13     A.  Yes.
     14     Q.  Okay.  And "(2244 psi)(No restrictions.)"
     15  Do you see that?
```

```
        16       A.  I do.
        17       Q.  Okay.  So do you recall oil rate for this
        18   flow scenario being discussed by the Pumping Team
        19   that you were a Member of?
```

Page 102:22 to 102:25

```
00102:22       A.  I -- I do not recall that.
        23       Q.  (By Mr. Leopold) Okay.  Well, why -- why
        24   was -- why was Mr. Loya sending this E-mail to
        25   the Pumping Team for the top kill?
```

Page 103:02 to 103:07

```
00103:02       A.  As I said, it appears that he's trying to
        03   gain consensus on some -- some diagnostic
        04   indicators, but I -- I wasn't involved in this
        05   part of the top kill operation.
        06       Q.  (By Mr. Leopold) But you were made aware
        07   of it, fair?
```

Page 103:09 to 103:14

```
00103:09       A.  I -- it appears that I sent -- I received
        10   the E-mail, but I -- I don't recall being aware
        11   of the -- all this information.
        12       Q.  (By Mr. Leopold) Were you aware of
        13   estimated flow rates from the Macondo Well as
        14   part of your Pumping Team activities?
```

Page 103:16 to 103:20

```
00103:16       A.  I was not.
        17       Q.  (By Mr. Leopold) So was the flow rate
        18   coming out of the Macondo a relevant factor in
        19   determining how much mud should be pumped and the
        20   mud weight?
```

Page 103:22 to 104:16

```
00103:22       A.  I -- I don't know the answer to that.
        23   I'm not a flow rate modeler, nor a Well Control
        24   Expert.
        25       Q.  (By Mr. Leopold) Okay.  Well, I don't
00104:01   think you have to be an expert to know the answer
        02   to that question.  I'm asking for your
        03   recollection based on the work that you did with
        04   the Pumping Team.
        05       A.  Yeah, I had nothing to do with the -- the
        06   actual kill process.  I was focusing my efforts
        07   in conjunction with the BP experts and -- and BP
        08   vendor experts to identify risks surrounding
```

```
09    stabilizing the well, and then whether or not
10    cement could be pumped, all of that assuming that
11    the well had already been killed.
12         Q.  Okay.
13         A.  So that's where I focused all my efforts.
14         Q.  Okay.  And that's -- and that's limit --
15    that's for the top kill.  Any -- any different
16    response with respect to static kill?
```

## Page 104:18 to 105:04

```
00104:18      A.  The static kill was quite a bit
19    different.  I was involved with work on the
20    cementing process.  Again, that's all post-kill,
21    so -- so my focus with BP's Cementing Experts was
22    around how the well might be cemented.
23         Q.  (By Mr. Leopold) Okay.  Now, what -- what
24    about with respect to the planned dynamic kill
25    that never occurred?
00105:01      A.  I had nothing to do with flow rates or
02    kill modeling for the dynamic kill.
03         Q.  Okay.  Were you made aware of flow rates
04    in -- in dynamic modeling that was occurring?
```

## Page 105:06 to 105:15

```
00105:06      A.  I -- I don't recall being aware of the --
07    the dynamic kill flow modeling.
08         Q.  (By Mr. Leopold) Okay.  So you never
09    heard anybody say what the flow rate -- let me
10    back up.
11              With respect to top kill, you never heard
12    anybody say what the flow rate might be coming
13    out of the well for the top kill effort?
14         A.  I don't recall hearing anything related
15    to flow rate on the top kill.
```

## Page 106:11 to 107:03

```
00106:11      Q.  Who was responsible for determining mud
12    weights and pump rates on the Pumping Team?
13         A.  The -- for the top kill, as I said, there
14    were two different parts to that.  There was
15    the -- the -- the people who were actually
16    planning the kill itself, and then the other
17    group of BP persons and vendors relating to
18    stabilizing the well, and whether or not the well
19    could be cemented, so there were two -- two
20    different processes there, mud weight was
21    important for -- very important for the
22    stabilization Team and the Cementing Team, and
23    then at the end of the day, the mud weight that
24    was chosen had to meet the objectives of both
```

```
        25   Teams, and so the -- the Team that -- the Teams
00107:01   that I was working with put forward many
        02   considerations that helped in BP's final
        03   selection of mud weights for the top kill.
```

Page 108:10 to 108:12

```
00108:10       Q.  Okay.  But you've -- you've calculated
        11   mud weights many times over the course of your
        12   career.  Is that fair?
```

Page 108:14 to 108:15

```
00108:14       A.  I've calculated mud weights for normal
        15   drilling operations.
```

Page 108:25 to 109:02

```
00108:25       Q.  So you can't tell me today whether seven
00109:01   pound mud weight would be adequate to kill a
        02   blown out -- a well that's blowing out?
```

Page 109:04 to 109:20

```
00109:04       A.  I -- I can't -- I can't comment on
        05   anything related to a dynamic kill because
        06   there's so many factors that go into it, that --
        07   what I know is that -- what I've heard is that
        08   they use all manner of mud densities in these --
        09   these operations not --
        10       Q.  (By Mr. Leopold) What mud weights --
        11   sorry to interrupt you.  I didn't mean that.
        12       A.  It's all outside my area of expertise.
        13       Q.  Okay.
        14       A.  It -- it requires flow modeling and --
        15   and that's what their -- you know, you've got to
        16   get the experts involved to determine those
        17   densities.
        18       Q.  And the -- the experts were involved for
        19   flow modeling here with the Pumping Team,
        20   correct?
```

Page 109:22 to 109:23

```
00109:22       A.  It appears that Wild Well and Add were
        23   involved.
```

Page 110:08 to 110:14

```
00110:08       Q.  (By Mr. Leopold) Is this -- is this
        09   exhibit that I've placed in front of you --
        10   what's the exhibit number again?
```

```
     11     A.   9934.
     12     Q.   9934.
     13          -- is this an example of flow modeling
     14     that was done in anticipation of the top kill?
```

Page 110:17 to 110:21

```
00110:17     A.  It appears that there are some modeling
     18     in here, but I -- but I haven't -- I'm not aware
     19     of, you know, what went into this exact document.
     20     Q.  (By Mr. Leopold) Okay.  But you were
     21     aware modeling was taking place.  Is that fair?
```

Page 110:24 to 111:07

```
00110:24     A.  I knew Add and Wild Well were involved,
     25     but I don't know the extent that they were
00111:01     modeling.
     02     Q.  (By Mr. Leopold) Okay.  Well, in
     03     preparing for this deposition, you reviewed this
     04     exhibit, correct?
     05     A.  Yes.
     06     Q.  So you became aware?
     07     A.  That's correct.
```

Page 111:13 to 111:17

```
00111:13     Q.  (By Mr. Leopold) Okay.  Would -- would
     14     the people -- well, let me ask you this:  What
     15     mud weights were chosen for the top kill?  Do you
     16     recall that?
     17     A.  I believe --
```

Page 111:19 to 112:10

```
00111:19     A.  -- 16.4 pound per gallon water-based mud
     20     was finally chosen.
     21     Q.  (By Mr. Leopold) Okay.  And was there a
     22     second mud weight, too, that was used?
     23     A.  I don't believe a -- a second mud weight
     24     was used --
     25     Q.  Okay.
00112:01     A.  -- for the -- for the first top kill.
     02     Q.  What were the parameters that you gave
     03     the Pumping Team that you needed for the -- the
     04     equivalent mud weights post-top kill -- that's a
     05     bad question.  Let me -- let me start over.
     06          Did you give the Pumping Team certain mud
     07     weight parameters that would have been required
     08     for the cementing had the top kill been
     09     successful?
     10     A.  Yeah.
```

Page 112:13 to 112:23

```
00112:13        A.  I didn't give the mud weights, but the
      14   Team that I was working on, which consisted of
      15   the BP experts and vendor experts, put forward
      16   the recommendation to -- to use a heavier fluid,
      17   being a 16.4 pound per gallon.  That would be
      18   advantageous for stabilizing the well and then
      19   allowing -- giving -- giving the best chance for
      20   possibly being able to cement the well.
      21        Q.  (By Mr. Leopold) Okay.  And you concurred
      22   in the -- the recommendation to use a heavier mud
      23   weight; is that right?
```

Page 113:01 to 113:10

```
00113:01        A.  I did.
      02        Q.  (By Mr. Leopold) What were your reasons
      03   for agreeing with that recommendation?
      04        A.  The heavier mud weight would create a
      05   situation where the mud would always be going
      06   down into the formation and, thereby, give a
      07   chance to pump cement in, so that -- in a manner
      08   such that the cement would go down into the well,
      09   as opposed to out through the openings in the BOP
      10   and into the Gulf of Mexico.
```

Page 113:17 to 113:21

```
00113:17        Q.  (By Mr. Leopold) Is the mud weight -- is
      18   the -- the flow rate relevant to the process that
      19   you've just described, about getting the mud down
      20   to the formation in the Macondo Well?
      21        A.  You're --
```

Page 113:24 to 114:12

```
00113:24        A.  You're describing the -- getting the mud
      25   down to the formation is the -- is the kill
00114:01   itself, so I -- that's not what I was involved
      02   in.  What I was involved in is, after assuming
      03   that the well was killed, at that point forward,
      04   would the well be in a state that would allow it
      05   to be stable -- in other words, no oil ever
      06   coming back out -- or -- and whether or not the
      07   well could be cemented.
      08        So everything the Teams I was on focused
      09   on was assuming that the well was already killed.
      10        Q.  (By Mr. Leopold) Okay.  So were you more
      11   worried about frac pressure of the formation?
      12   Was that something that you were focused on?
```

Page 114:14 to 114:17

```
00114:14        A.  I wasn't worried about it, but the frac
     15    pressure was a factor in establishing the -- the
     16    boundaries for which the well would be stable,
     17    and whether or not the well could be cemented.
```

Page 115:16 to 115:17

```
00115:16        Q.  Is reservoir depletion relevant to
     17    fracture gradient within the reservoir?
```

Page 115:19 to 116:07

```
00115:19        A.  Reservoir depletion can affect the
     20    fracture gradient in a rock.
     21        Q.  (By Mr. Leopold) Okay.  So you -- did
     22    reservoir depletion become a factor in the work
     23    that you were doing related to what the fracture
     24    gradient might be in the Macondo reservoir?
     25        A.  For the top kill, our understanding --
00116:01    the premise that was given to us by BP was don't
     02    count on frac -- on depletion at that point in --
     03    in the relief efforts.
     04        Q.  Okay.  You -- so no one ever told you
     05    that after the -- the well had been blowing out
     06    for X number of days, there might be a depletion
     07    in the reservoir?
```

Page 116:11 to 116:20

```
00116:11        A.  So what I just said was related to the
     12    top kill and prior.  And there -- there was
     13    discussion that the well might have been seeing
     14    some depletion much later in the relief process.
     15        Q.  (By Mr. Leopold) Okay.
     16        A.  I was not directly involved in those
     17    discussions.
     18        Q.  Okay.  But you were made aware of them,
     19    fair?
     20        A.  Yes.
```

Page 117:02 to 117:07

```
00117:02        Q.  (By Mr. Leopold) What -- can you remind
     03    me what your role was in the dynamic kill?
     04        A.  I was on the Intercept Team, and -- and
     05    my only real involvement in dynamic kill was in
     06    the very first couple of days on the relief well,
     07    a Dynamic Kill Concept Team.
```

Page 117:10 to 118:14

```
00117:10   (Exhibit No. 9935 marked.)
      11       A.  9935.
      12       Q.  (By Mr. Leopold) Thank you.
      13           This is an E-mail placed in front of you,
      14   dated May 5th, 2010, Anadarko Bates page ending
      15   in 241075.  It's an E-mail from John Sharadin to
      16   a couple of folks, including you.
      17           Do you see that, Mr. Quitzau?
      18       A.  I do.
      19       Q.  Subject matter, "DO NOT DISTRIBUTE."
      20   Okay?  And attachment is
      21   "BP_MC252_Intercept_Kill_Operations."
      22           Do you see that?
      23       A.  I do.
      24       Q.  Okay.  Do you recall seeing this E-mail?
      25       A.  (Reviewing document.)
00118:01           I don't recall seeing this E-mail other
      02   than in my preparation for this deposition.
      03       Q.  Okay.  Let me ask you this:  Do -- the
      04   normal method of communications with the BP Team
      05   you were working with was through E-mail; is that
      06   right?
      07       A.  That was one of the means of
      08   communicating.
      09       Q.  What were the other means of
      10   communication?
      11       A.  Verbal.
      12       Q.  Okay.  But the -- the Pumping Team
      13   routinely did business by sending E-mails to you
      14   and others; is that right?
```

Page 118:16 to 119:02

```
00118:16       A.  There were many communications by E-mail.
      17       Q.  (By Mr. Leopold) Okay.  So it was common
      18   to get -- to communicate via E-mail; is that
      19   right?
      20       A.  Yes.
      21       Q.  Okay.  So you -- you don't re -- recall
      22   getting this E-mail or -- or seeing the document
      23   that's attached, "INTERCEPT & KILL OPERATIONS
      24   PLAN"?
      25       A.  I do not.
00119:01       Q.  Okay.  Do you know what it is?  Did you
      02   ever hear anyone discuss it?
```

Page 119:04 to 120:04

```
00119:04       A.  (Reviewing document.)
      05           It looks like some sort of scoping
      06   procedures for -- you know, for the intercept and
      07   kill operation.
      08       Q.  (By Mr. Leopold) Okay.  Let -- let me
```

```
09      turn your attention to Page 2 of 16 in the
10      document, Bates Page 241077.
11          A.  Okay.
12          Q.  And -- and the second part, "Dynamic Kill
13      Modeling," it reads:  "Modeling has been done to
14      determine the estimated blowout flow assuming
15      various flow paths.  These estimated flow rates
16      have been used to determine the necessary pump
17      rates and fluid properties" requiring to --
18      "required to implement a dynamic kill of the MC
19      252 #1...modeling was done using SPT Group's OLGA
20      Advanced Blowout Control model which is a
21      transient, multiphase dynamic kill model."  And
22      we'll stop there.
23              Did I read that correctly
24          A.  You did.
25          Q.  Okay.  Is that -- were you -- is that
00120:01  consistent with your recollection of the modeling
02      that was taking place for the dynamic kill?
03          A.  I don't recall being aware of any
04      modeling at that time.
```

Page 120:13 to 120:16

```
00120:13      Q.  (By Mr. Leopold) Okay.  But you
14      acknowledge receiving communications about
15      dynamic kill modeling, correct?
16          A.  I received communications, it appears.
```

Page 120:25 to 121:02

```
00120:25      Q.  (By Mr. Leopold) Where -- did -- did the
00121:01  flow path scenarios affect the work that you did
02      in any way, shape, or form?
```

Page 121:04 to 121:05

```
00121:04      A.  The flow path scenarios did affect
05      anything to do with cementing.
```

Page 121:09 to 121:19

```
00121:09      Q.  And how - how -- you -- can you describe
10      how the different flow path scenarios affected
11      your cement planning?
12          A.  It would be BP's cementing plan.  But
13      the -- the volumes to fill up the -- the space in
14      the different flow paths would be quite a bit
15      different between the three different options
16      that were being considered.  So it -- it may have
17      been important for BP to place the cement
18      properly to understand that flow path, you know,
19      which one was actually there.
```

Page 122:03 to 122:13

```
00122:03      Q.  (By Mr. Leopold) Okay.  Were there any
     04   conclusions ever made by your Team about what
     05   plo -- flow path scenario was most probable?
     06      A.  Are you referring to while we were doing
     07   the planning?
     08      Q.  Or -- or post-pumping the job.
     09      A.  Yeah.  The -- the -- the only significant
     10   indication that I was aware of was during the
     11   hydrostatic kill job, there were strong
     12   indications that the flow path was down the
     13   casing, at least through most of the well.
```

Page 122:16 to 122:17

```
00122:16      Q.  (By Mr. Leopold) Was that the consensus
     17   of the Pumping Team that you were working on?
```

Page 122:19 to 122:20

```
00122:19      A.  That was the consensus of -- of everybody
     20   I was involved with.
```

Page 123:09 to 123:14

```
00123:09      Q.  (By Mr. Leopold) Okay.  Mr. Quitzau,
     10   continue -- we were talking about Tab 29, which
     11   has been marked as Exhibit --
     12              THE COURT REPORTER:  -- 9935.
     13   (Indicating.)
     14              MR. LEOPOLD:  9935, thank you.
```

Page 124:01 to 124:06

```
00124:01      Q.  Okay.  And I -- I think I pointed out,
     02   in -- in the previous hour, that Table 1.0 on
     03   Bates Page 24 --
     04      A.  M-h'm.
     05      Q.  -- 1078 is -- is modeling flow rate
     06   scenarios, yes?
```

Page 124:08 to 124:16

```
00124:08      A.  So it appears there are different
     09   scenarios identified there.
     10      Q.  (By Mr. Leopold) Okay.  Including oil
     11   rates of 146,000 barrels per day, 77,000 barrels
     12   per day, and 69,500 barrels per day.  Do you see
     13   that?
     14      A.  I see that.
```

```
      15      Q.  Depending on which flow scenario might
      16  actually be occurring, right?
```

Page 124:19 to 124:19

```
00124:19      A.  I see these scenarios.
```

Page 124:25 to 125:03

```
00124:25      Q.  (By Mr. Leopold) And you were planning
00125:01  for intercept kill operations, yes?
      02      A.  This was -- yes.  Yes.  This was the
      03  Relief Well Concept Team work, I believe --
```

Page 125:05 to 125:08

```
00125:05      A.  -- at that time.
      06      Q.  And the Relief Well Concept Team, were
      07  they considering flow rates in the blown out
      08  Macondo Well?
```

Page 125:10 to 125:16

```
00125:10      A.  I don't know.  At that time, I wasn't
      11  aware that the blowout rates were a
      12  consideration.  What I recall is that Wild Well
      13  Control was on the Team, and they were managing
      14  the kill side, and I was more on the drilling
      15  side, if you will, as far as the relief well
      16  would go.
```

Page 129:08 to 131:05

```
00129:08      Q.  Okay.  All right.  Let's -- let's go to
      09  Tab 33.
      10          (Exhibit No. 9936 marked.)
      11      A.  It's 9936.
      12      Q.  (By Mr. Leopold) Thank you.  All right.
      13  I put in front of you an E-mail, Anadarko Bates
      14  Page 244201.  It's from Jace Larrison to you and
      15  others.  Do you see that, Mr. Quitzau?
      16      A.  Yes, I do.
      17      Q.  Okay.  And the -- the title is:
      18  "Pressure limits from patillo and miller."
      19          You see that?
      20      A.  I do.
      21      Q.  Who -- who are Patillo and Miller?
      22      A.  Those are BP Casing Design Experts.
      23      Q.  Do you -- did you interface with those
      24  two individuals in your response work?
      25      A.  I did.
00130:01      Q.  And what was your interaction with them?
```

02          A.  My first interaction with them was as
03     part of the Relief Well Concept Team, the Team
04     identified early on that, in any pumping
05     operation, that there would have to be concern
06     placed on well components that might fail.  And
07     so as part of the Relief Well Concept Team, that
08     Team engaged the expertise of Patillo and Miller
09     to help identify the -- as closely as they could,
10     the strengths of the different well components
11     that were -- you know, that were in the well that
12     could be exposed to the pumping loads.
13          Q.  Okay.  So the strength -- the strength of
14     the well components was a factor in determining
15     how -- the pump rate for the top kill; is that
16     right?
17          A.  The strength of the components was
18     identified as a factor in designing any of the
19     kill operations, and that -- that those limits,
20     those strengths, had to be taken into account so
21     that mitigations could be put in place to avoid
22     failing any of the components.
23          Q.  Okay.  And so this -- there's an
24     attachment to this E-mail.  It says:  "MC 252 #1
25     Bullhead Well Kill.xls."  And in -- in the
00131:01   E-mail, Jace Larrison says to you:  "Bob, I have
02     attached the spreadsheet as requested.  Let me
03     know if more is needed."
04          Do you see that?
05          A.  Yes, I do.


Page 131:15 to 133:20

00131:15        Q.  (By Mr. Leopold) Okay.  All right.  So
16     you requested this information, right?
17          A.  Yes.
18          Q.  What -- what was the purpose of you
19     needing this information?
20          A.  Let me -- let me glance at this real
21     quick and see --
22          Q.  Okay.
23          A.  -- what he's got here.  (Reviewing
24     document.)
25          What I recall was that Jace was a BP
00132:01   Engineer, and he was trying to take the well
02     component casing, burst disks, liner hanger
03     ratings that Patillo and Miller were providing,
04     and building a -- a pressure limit versus mud
05     volume pumped, kind of a mitigation or a limit
06     curve that would provide some Guidelines for the
07     Pumping Teams so that they could avoid loads that
08     would exceed the ratings of the well components,
09     based on observing the BOP pressure.
10          So Jace was working on taking Miller's
11     and Patillo's information, and he -- he -- Jace's
12     side had to do with the pump, the mud volumes and

```
         13   pumps, and the mud volumes and mud densities, and
         14   determining at what point in the job would be the
         15   limiting pump BOP pressure that would cause the
         16   well component to fail.
         17        Q.  Okay.  You mentioned that they were using
         18   BOP pressures as one of the inputs in that,
         19   right?
         20        A.  One of the monitoring parameters, yes.
         21        Q.  Okay.  Was there any -- ever any concern
         22   expressed that the BOP pressures being measured
         23   were not accurate?
         24        A.  At some point, one of the gauges was
         25   determined to be inaccurate.  And so that was
00133:01   identified, I don't remember who or when, but
         02   that was pointed out, and that there was another
         03   gauge that was thought to be more accurate, so
         04   that was the gauge that -- that people tended to
         05   follow.
         06        Q.  Did you ever hear anything about
         07   fluctuations in the pressure gauge history?
         08        A.  Yes.  We would -- the Team would hear
         09   regular updates, particularly in the mornings,
         10   and one of the normal things that they would
         11   report had to do with what the BOP pressure was
         12   doing, so, yes, there were some variations noted
         13   in those pressures.
         14        Q.  Did that cause concern about relying on
         15   those pressures that were being measured by -- at
         16   the BOP?
         17        A.  No.
         18        Q.  So as far as the work that you were
         19   involved in, you rou -- you routinely relied on
         20   the BOP pressures that were being measured?
```

Page 133:22 to 134:16

```
00133:22        A.  We -- the procedures that we put in place
         23   planned to use available BOP pressures to help
         24   put our mitigations -- put the mitigations in
         25   place, you know, that the Team had identified.
00134:01        Q.  (By Mr. Leopold) Okay.  Now, back to this
         02   exhibit.  If you would, tell -- look down at the
         03   bottom of the page, where it says:  "Pumping
         04   Schedules."  Do you see that?
         05        A.  Yes.
         06        Q.  And then there's three different
         07   schedules listed:  "Annular Flow From The
         08   Formation."  Case -- "Casing by" a "Drill String
         09   Flow From" the "Formation - Option 1."  And then
         10   "Casing by" a "Drill String Flow From Formation -
         11   Option 2."
         12            Do you see that?
         13        A.  I do.
         14        Q.  Are those, again, the -- the three
         15   scenarios that were being modeled for top kill
```

```
        16    and dynamic kill?
```

Page 134:18 to 135:10

```
00134:18        A.  I don't know for sure what scenarios were
      19    being used for the top kill, kill modeling.
      20    These three scenarios are different than the --
      21    or one of these scenarios is different from the
      22    scenarios I described before for the cementing
      23    plan, so I don't --
      24        Q.  (By Mr. Leopold) Which one is -- is that?
      25        A.  This does not have the casing and annulus
00135:01    flow, it -- it appears.  The -- the one
      02    distinguishing case here is that there is a
      03    casing case with drill pipe and without.
      04        Q.  (By Mr. Leopold) Okay.  And so can -- can
      05    you explain what these Charts are on the bottom?
      06    Like take "Annular" -- "Annular Flow From The
      07    Formation," and then the first column is "Volume"
      08    on the left.  Do you see that?
      09        A.  Yes.
      10        Q.  And what -- what does that represent?
```

Page 135:12 to 135:14

```
00135:12        A.  I'm not familiar with the details of the
      13    spreadsheet, but the volume appears to be the --
      14    the volume of mud pumped into the well.
```

Page 136:09 to 136:11

```
00136:09        Q.  Okay.  Was that the sole purpose of this,
      10    was for determining limit curves?
      11        A.  That's correct.  That's --
```

Page 140:12 to 140:16

```
00140:12        Q.  (By Mr. Leopold) So do I understand
      13    correctly, for -- for the pumping schedule, that
      14    the more barrels of mud pumped, the -- the
      15    pressure in the BOP would -- would be anticipated
      16    to go down; is that right?
```

Page 140:18 to 140:25

```
00140:18        A.  That would be expected.
      19        Q.  (By Mr. Leopold) Okay.  Is that what you
      20    were interested in?
      21        A.  I was interested in the pressures -- I
      22    say "I."  The Team was interested in pressures
      23    that would cause the loads at different
      24    components in the well to almost approach the --
```

```
         25   the ratings of those components.
```

Page 141:10 to 141:11

```
00141:10   (Exhibit No. 9937 marked.)
       11                THE WITNESS:  9937.
```

Page 141:17 to 141:24

```
00141:17        Q.  (By Mr. Leopold) This is Anadarko Bates
       18   Page 244461.  It's an E-mail from Mike Fowler to
       19   a group of people, including you, dated May 8th,
       20   2010.  Do you see that?
       21        A.  Yes.
       22        Q.  Okay.  And the subject is "Pumping Team -
       23   detailed update - PM."  Do you see that?
       24        A.  Yes.
```

Page 142:10 to 142:15

```
00142:10        Q.  Okay.  Well, I mean, I guess what I'm
       11   trying to establish is:  Were there daily Pumping
       12   Team up -- reports or updates that were being
       13   circulated?
       14        A.  I do not recall daily updates
       15   circulated --
```

Page 142:18 to 142:19

```
00142:18        Q.  Was there -- were there weekly updates or
       19   were there updates on -- on any given schedule?
```

Page 142:22 to 142:23

```
00142:22        A.  I don't recall regular updates in E-mail
       23   form like this.
```

Page 143:13 to 143:18

```
00143:13        Q.  Okay.  Did you have to report to the
       14   Pumping Team on your activities that were
       15   ongoing?
       16        A.  No formal reporting, but there was lots
       17   of regular communication, since we were all right
       18   next to each other.
```

Page 143:23 to 145:20

```
00143:23        Q.  Who was in charge?  Who did -- who did
       24   you look to?
       25        A.  Mike Fowler, as I -- I recall, was in
```

```
00144:01    charge, and Sharadin might -- might have been his
      02    count -- counterpoint for the top kill.
      03        Q.  Okay.  So if you had comments and
      04    suggestions, are those the people that you would
      05    offer them to?
      06        A.  Yes.
      07        Q.  Okay.  Now, one -- one of the things
      08    mentioned in this Pumping Team Update, I'll call
      09    it, is that there was a Kill the Well on Paper
      10    event.  Do you recall something called "Kill the
      11    Well on Paper"?
      12        A.  I recall Kill the Well on Paper
      13    exercises, yes.  And -- and whether I recall this
      14    specific one, if -- if it is in here, I don't --
      15    I don't actually see that, but -- but they're --
      16        Q.  Well --
      17        A.  -- BP had those.
      18        Q.  Well, let's just talk about your
      19    recollection.
      20            Were you aware of -- of Kill the Well on
      21    Paper ex -- exercises that BP initiated?
      22        A.  I know that BP initiated some, yes.
      23        Q.  Were you personally involved in any of
      24    the Kill the Well on Paper exercises?
      25        A.  I believe I was.
00145:01        Q.  Which ones were those?
      02        A.  I don't recall which ones.
      03        Q.  What was -- okay.
      04            How many were you involved in?  Do you
      05    recall that?
      06        A.  BP had many, many HAZIDs, Kill the Well
      07    on Papers, walkthroughs just over and over and
      08    over again throughout the relief process.  And I
      09    attended many of them, and I can't remember
      10    specific ones.
      11        Q.  Okay.  Did you play a particular role in
      12    the Kill the Well on Paper events?
      13        A.  What I recall of Kill the Well on Paper
      14    events is -- is it would be kind of a -- a
      15    walkthrough of the kill process, and -- and --
      16    and everybody in the room would participate and
      17    throw out ideas, and -- and I would participate
      18    in that.
      19        Q.  Okay.  So in -- in those exercises, was
      20    flow rate discussed?


Page 145:22 to 145:25

00145:22        A.  I don't recall.
      23        Q.  (By Mr. Leopold) So of all -- you
      24    participated in multiple exercises.  Is that
      25    fair?


Page 146:02 to 146:15
```

```
00146:02       A.  Yes.
      03       Q.  (By Mr. Leopold)  Okay.  And what -- the
      04   purpose of these exercises, the Kill the Well on
      05   Paper, was to -- can you -- can you -- let me
      06   ask -- put it this way:  What was the purpose of
      07   these exercises, to your understanding?
      08       A.  These processes were part of BP's
      09   structured procedure writing process, and they
      10   were intended -- they appeared to me to be
      11   intended to identify risks and mitigations for
      12   those risks and procedure steps that should be
      13   included by -- by opening up the plans to a wide
      14   range of audience who -- who might be able to
      15   contribute.
```

Page 147:20 to 147:22

```
00147:20  not modeling the kill.  So with that
      21  understanding, did you hear and observe that mud
      22  weight was an important factor for kill modeling?
```

Page 147:24 to 147:24

```
00147:24       A.  I did not -- I don't recall hearing that.
```

Page 148:17 to 149:06

```
00148:17       Q.  And, you know, I -- I would think it's --
      18   it's pretty simple that mud weight is an
      19   important factor in the procedure for top kill.
      20   Do you agree with that?
      21       A.  Yes, mud weight is important in the
      22   procedure.
      23       Q.  Okay.  What about pumping rate?
      24       A.  Yeah.  My understanding, though I'm not
      25   an expert, is that pumping rate can be important.
00149:01   But, again, that's outside my area of expertise.
      02       Q.  Okay.  Well, I'm not asking you as an
      03   expert.  I'm asking you as a factual witness
      04   based on what you saw and heard, participated in,
      05   in the BP response effort.  Was pump rate an
      06   important factor for planning the top kill?
```

Page 149:08 to 149:09

```
00149:08       A.  I believe that pump rate was a -- a
      09   factor for planning the top kill.
```

Page 149:17 to 149:20

```
00149:17       Q.  (By Mr. Leopold) I'm not asking you
```

```
        18    for -- for an expert opinion, Mr. Quitzau.  I'm
        19    just asking you if you heard why pump -- pumping
        20    rate was important for the top kill effort?
```

Page 149:22 to 150:03

```
00149:22       A.  Pumping rate -- what I heard was that
        23    pump rate could have been important for the
        24    top -- for one or more of the top kills and that
        25    that may have helped generate pressure across the
00150:01    BOP, which could help the kill process.  But,
        02    again, the -- the level of how that all works,
        03    outside my area of expertise.
```

Page 150:06 to 151:24

```
00150:06    MR. LEOPOLD:  Let's mark this as the
        07    next exhibit.
        08            (Exhibit No. 9938 marked.)
        09       A.  9938.
        10       Q.  (By Mr. Leopold) Okay.  And this is a --
        11    an E-mail chain with mult -- multiple E-mails.
        12    It's Anadarko.  The first page is Bates
        13    Page 1057.
        14            And the -- I'm -- I'm going to direct
        15    your attention to the third E-mail, which starts
        16    on Page 1058, at the bottom, and it's from you,
        17    dated May 9th, 2010, to Mike Mason, Mike Mullen,
        18    Mike Fowler, Pat Wildt, Kurt Mix, and cc David
        19    Strickland.
        20            Do you see that?
        21       A.  I do.
        22       Q.  Do you -- do you recall this E-mail?
        23       A.  Let me glance at it real quick.
        24            (Reviewing document.)
        25            I generally recall it.
00151:01       Q.  Okay.  And -- and what was the purpose of
        02    you sending this E-mail?
        03       A.  I recall that the Team was trying to
        04    clarify what the measured pressures were in the
        05    bottom of the well, what -- what BP had already
        06    measured as far as the zones exposed in the
        07    Macondo Well.
        08       Q.  Okay.  Does -- and is -- by "the zones,"
        09    do you mean the Macondo Reservoir?  Is that what
        10    you're talking about?
        11       A.  Any exposed zones in which they had
        12    already measured pressures.
        13       Q.  Okay.  Do you know which zones they
        14    thought were exposed?
        15       A.  There were zones -- the hydrocarbon
        16    zones, and then there were zones right above it.
        17    I -- I don't know recall the zone names or depths
        18    or anything.
```

```
19        Q.  Okay.  Did you ever look at well logs to
20   determine what those were?
21        A.  I -- I mainly looked at -- I'm sure I saw
22   some well logs in there somewhere, but mainly we
23   were focused on these pressure readings that BP
24   had already taken.
```

Page 152:07 to 154:01

```
00152:07        Q.  Okay.  All right.  Well -- but you
     08   explain the purpose of your E-mail, so let's talk
     09   about that.
     10            And let's -- I'll -- I'll just start at
     11   the beginning, and I'm going to read a couple of
     12   paragraphs here.  It says:  "All,
     13            "Here is a review that has recently been
     14   conducted on the highest exposed pressures below
     15   the 9-7/8" shoe.  It looks like one critical zone
     16   in question is the 13,014 psi water zone @ 17705'
     17   MD that is just shallower than the 12,038' gas
     18   zone @ 17870' MD.  We would like to understand
     19   the validity of the pressure in this water sand."
     20            Okay.  And then the next paragraph says:
     21   "We didn't talk about this water zone in the
     22   discussion this morning with Mike Mason's group
     23   since we were only discussing flowing
     24   hydrocarbons.  We did however learn that the
     25   latest thoughts on the maximum shut in pressure
00153:01   from the hydrocarbon zones and the potential
     02   build up rate when shut in.  This was very
     03   helpful."
     04            Did I read that correctly?
     05        A.  You did.
     06        Q.  Okay.  And what I want to focus on, is
     07   your discussion with Mike Mason's Group about
     08   flowing hardro -- hydrocarbons.  Do you recall
     09   that?
     10        A.  I don't recall the specific use of that
     11   term, but I recall the -- the meeting and -- and
     12   the -- let's see what the date was on this.
     13   Again, this -- this would be early top kill
     14   planning, the Team met with -- I forgot his name
     15   already -- Mike Mason, to get BP's feeling on
     16   whether or not there could have been any
     17   depletion from the flowing zones to see if the
     18   pressure might be declining with time.
     19        Q.  And what was BP's feeling on that?
     20        A.  The feedback we got from that meeting
     21   was, is that at least in the short-term we should
     22   not plan on there being any depletion.
     23        Q.  Okay.
     24        A.  And so that the shut-in pressures would
     25   remain -- you know, the shut-in pressures would
00154:01   remain constant.
```

Page 155:01 to 155:06

```
00155:01       Q.  (By Mr. Leopold) Okay.  I understand they
      02  told you to operate on that basis, but did they
      03  also offer you an opinion on whether there was
      04  depletion?
      05       A.  They -- they would not offer us any hope
      06  that there would be any depletion.
```

Page 156:09 to 157:10

```
00156:09       Q.  (By Mr. Leopold) Okay.  Well, you also
      10  say:  "...we" learned "the latest thoughts
      11  on...maximum shut in pressure from the
      12  hydrocarbon zones and the potential build up rate
      13  when shut in."
      14           So they apparently talked about that,
      15  too, yes?
      16       A.  Yes.
      17       Q.  What did they tell you about that?
      18       A.  The maximum shut-in pressure basically
      19  relates to what we've already talked about.  In
      20  other words, it wasn't going to change and -- and
      21  they did talk about the time for the pressure to
      22  build up, as well.
      23       Q.  Okay.
      24       A.  And -- and that it would be relatively
      25  short, and I -- I don't remember the exact time
00157:01  that -- that they said.
      02       Q.  How was this very helpful for the work
      03  that you were doing?
      04       A.  Knowing that there was no depletion,
      05  or -- or knowing that BP was saying there was no
      06  depletion, helped to put bounds on the parameters
      07  that the people I was -- the Team I was working
      08  on was using to determine how to stabilize the
      09  well, and then to determine whether or not the
      10  well could be cemented.
```

Page 157:25 to 158:06

```
00157:25       Q.  Okay.  But do you use reservoir models or
00158:01  their predictions in your work?
      02       A.  I rely on the Reservoir Engineers to tell
      03  me what pressures are at different points in a
      04  drilling operation, so how they come up with
      05  those numbers, I -- I -- that I can't say for
      06  sure.
```

Page 163:04 to 163:25

```
00163:04  (Exhibit No. 9939 marked.)
      05       Q.  (By Mr. Leopold) I'd like to mark this as
```

```
06    the next exhibit.
07        A.  9939.
08        Q.  All right.  I put in front of you an
09    E-mail from Steve Willson, to you and John
10    Sharadin, dated 5/15/2010.
11        A.  Okay.
12        Q.  Do you see that?
13        A.  Yes.
14        Q.  Okay.  Do you recall receiving this
15    E-mail?
16        A.  I do.
17        Q.  Okay.  And you said that you interacted
18    with Steve Willson in your response activities,
19    yes?
20        A.  I did.
21        Q.  Who is Steve Willson?
22        A.  Steve Willson was BP's Fracture Mechanics
23    Borehole Stability Expert.
24        Q.  Okay.  And what -- what was the reason
25    that you were interacting with Mr. Willson?
```

Page 164:03 to 164:11

```
00164:03        A.  Generally -- generally, he provided
04    background on the fracture gradient in the
05    exposed zones.  He provided insight on whether
06    the -- the fractures would be ballooning, and,
07    ultimately, later, I believe, he provided some
08    support to Patillo and Miller about what the
09    fracture gradients behind different well
10    components might be, although I wasn't directly
11    involved with that.
```

Page 164:25 to 166:03

```
00164:25        Q.  Okay.  So let's -- let's read a little
00165:01    bit of this E-mail.
02        A.  Okay.
03        Q.  The first sentence says -- well, first:
04    "Dear John & Bob:
05            "This note summarizes my discussion"
06    earlier with Bob -- "earlier today with Bob" --
07    excuse me -- "regarding the possible formation
08    and wellhead pressure responses that might be
09    expected during a rate diversion kill."
10            Okay.  And then jumping down to the next
11    paragraph, Mr. Willson says:  "In simple terms,
12    during the rate diversion kill, 16.4 ppg WBM" --
13            Which is water-based mud, yes?
14        A.  Yes.
15        Q.  -- "is to be pumped down the annulus
16    between the 16 inch casing and" the "9-7/8 inch"
17    and "7 inch casing string.  This is to be pumped
18    at high rate (ca. 40" barrels per minute) "in
```

```
        19    order to first stop the flow of hydrocarbons in
        20    the annulus and then bullhead the annular volume
        21    of hydrocarbons back into the formation in order
        22    to kill the well.  Once killed, the mud will be
        23    followed by cement to more permanently prevent
        24    the flow from recurring."
        25         Okay.  So, I mean, he -- he's talking to
00166:01    you about the pumping rate that's necessary to
        02    stop the flow of hydrocarbons.  Do you agree with
        03    that?
```

Page 166:05 to 166:13

```
00166:05        A.  I don't know that he's saying that it's
        06    necessary to -- to stop the flow of hydrocarbons.
        07        Q.  (By Mr. Leopold) Well, he says:  "This is
        08    to be pumped at" a "high rate," 40 barrels per
        09    minute, "in order to first stop the flow of
        10    hydrocarbons..."  Right?
        11        A.  He's saying that he understands that the
        12    pump rate will be 40 barrels a minute as part of
        13    the kill process, is the way I read that.
```

Page 167:22 to 168:04

```
00167:22        Q.  And then -- then in the next paragraph,
        23    in the second sentence, he says:  "The current
        24    estimated rate of hydrocarbon flow (5000 barrels
        25    per day) is equivalent to ca. 3.5 bpm."  What's
00168:01    "ca."?
        02        A.  I'm not sure.  I believe that means
        03    "approximately," but I'm not sure of that.  I'm
        04    not familiar with that -- that ac --
```

Page 168:06 to 168:06

```
00168:06        A.  -- that abbreviation.
```

Page 168:16 to 168:19

```
00168:16        Q.  (By Mr. Leopold) So would you agree with
        17    me this -- this is an example of you giv -- being
        18    given information about flow rate in the Macondo
        19    Well?
```

Page 168:21 to 168:23

```
00168:21        A.  Yes.  He's -- he's referenced flow rate
        22    in here, but I -- I wasn't aware of that at the
        23    time.
```

Page 170:05 to 171:11

```
00170:05      Q.  Okay.  M-h'm.  Right.  Let's keep going.
      06      Tab -- hold on.  All right.  Tab 42,
      07  please.  Let's mark this as the next exhibit.
      08      (Exhibit No. 9940 marked.)
      09      A.  9940.
      10      Q.  (By Mr. Leopold) Okay.  This is an E-mail
      11  from John Sharadin, dated 5/14/2010, to a group
      12  of recipients, including you; isn't that right,
      13  Mr. Quitzau?
      14      A.  Yes.
      15      Q.  Okay.  Do you recall receiving this
      16  E-mail?
      17      A.  I do not recall receiving this E-mail.
      18      Q.  Did you review it in anticipation of your
      19  deposition?
      20      A.  Let me look at it real quick.  (Reviewing
      21  document.)
      22      Yes, I do.
      23      Q.  Okay.  And the -- the recipients on this
      24  E-mail, were they members of the Pumping Team, as
      25  best you can tell?
00171:01      A.  It appears so.
      02      Q.  All right.  And the attachment to this
      03  E-mail is "ExecSummary TopKill Revision 3
      04  PowerPoint."  Do you see that?
      05      A.  Yes.
      06      Q.  Did you read -- do -- do you know what
      07  this document is?
      08      A.  I'm not sure what -- what all is -- is --
      09  is in this document.
      10      Q.  Do you know why Mr. Sharadin was sending
      11  it to you?
```

Page 171:13 to 172:14

```
00171:13      A.  I don't recall specifically, but it looks
      14  like he was trying to get a -- a procedure
      15  started for the top kill.
      16      Q.  (By Mr. Leopold) Okay.  For the ac -- the
      17  actual top kill planning --
      18      A.  Correct.
      19      Q.  -- as opposed to cementing, correct?
      20      A.  Correct.
      21      Q.  Okay.  And you're included on the
      22  group -- that group of people who was doing that,
      23  yes?
      24      A.  Who was --
      25      Q.  Well, you're included on this E-mail
00172:01  which -- and you're saying that was the purpose
      02  of this document, yes?
      03      A.  I -- I was on the -- the Top Kill Team
      04  and part of the Team that was writing the
      05  procedures, yes.
```

```
06        Q.  Okay.  And -- so if you turn with me to
07   the attachment, Anadarko Bates Page 244632, at
08   the top it says "System Review Reservoir Build
09   Up - Best Case."  Do you see that?
10        A.  Page 32.  Yes.
11        Q.  Okay.  And it's -- it -- th -- this slide
12   is talking about flow rates that may be
13   potentially encountered in top kill.  Isn't that
14   fair?
```

Page 172:17 to 172:23

```
00172:17        A.  I see references to flow rate.
18        Q.  (By Mr. Leopold) What references do you
19   see?
20        A.  5,000.  25,000.
21        Q.  Okay.  Were those potential flow rates
22   that were discussed in the Pumping Team for top
23   kill planning?
```

Page 172:25 to 173:06

```
00172:25        A.  I don't recall any discussions on
00173:01   specific flow rates.
02        Q.  (By Mr. Leopold) Who came up with those
03   numbers, do you know?
04        A.  I -- I don't know.
05        Q.  Why were those numbers being circulated
06   as part of this Executive Summary for top kill?
```

Page 173:08 to 173:08

```
00173:08        A.  I don't know.
```

Page 174:05 to 174:06

```
00174:05   All right.  All right.  Let me go to
06   Tab 8.
```

Page 174:12 to 175:11

```
00174:12        Q.  Okay.  So this is previously marked
13   Exhibit 9132.  I put in front of you -- this is
14   an E-mail from Kate Baker to a group of people.
15   You're -- you're not included on this E-mail.
16        A.  M-h'm.
17        Q.  But the subject -- at the -- first of
18   all, the E-mail is dated May 18th, 2010, and the
19   "Subject" is "Draft for your comments; summary
20   points from the KWOP discussion."
21            Do you understand "KWOP" to mean Kill the
22   Well on Paper?
```

```
        23      A.  Yes.
        24      Q.  Okay.  Which you participated in Kill the
        25  Well on Paper exercises, yes?
00175:01        A.  I participated in some.  Whether I did on
        02  this specific one, I -- I can't recall.
        03      Q.  Did you interact with Kate Baker at all
        04  in your response work on the BP oil spill?
        05      A.  I'm sorry, I don't recall that name.
        06      Q.  Take a look at the names on this E-mail
        07  and tell me if you interacted with any of those
        08  folks.
        09      A.  (Reviewing document.)  Yes, I did.
        10      Q.  Which ones?
        11      A.  Bill Kirton, Jon Sprague.
```

Page 175:14 to 175:14

```
00175:14      A.  Ole Rygg --
```

Page 175:18 to 175:18

```
00175:18      A.  Ku -- Kurt Mix.
```

Page 175:20 to 175:20

```
00175:20      A.  That's all.
```

Page 176:10 to 177:22

```
00176:10        Q.  Who -- who lead the discussion in the
        11  ones that you participated in?
        12      A.  Typically BP had facilitators who would
        13  lead discussions, and whether that's true for
        14  Kill the Well on Paper, I -- I can't recall.
        15      Q.  Okay.  All right.  So let's look at the
        16  attachment, which is the next page of Ms. Baker's
        17  E-mail.  There's a list of -- of people at the
        18  top who were present for the review.  Your name
        19  doesn't appear on this one, but -- so in the
        20  second bullet, she says:  "Modeling indicates
        21  that a...dynamic kill can be achieved for a well
        22  flowing oil at a rate of 5,000 stock tank barrels
        23  per day if the pressure in" -- "in most of the
        24  flowing wellbore is above the bubble
        25  point."  Did I read that correctly?
00177:01        A.  You did.
        02      Q.  And then the next bullet:  "Modeling
        03  indicates that a dynamic kill cannot be
        04  successfully executed if the oil flow rate is
        05  15,000 stock tank barrels per day," correct?
        06      A.  You --
        07      Q.  Did I read that correctly?
        08      A.  You read that correctly.
```

```
09        Q.  Okay.  Did you ever hear either of those
10   statements mentioned in the Kill the Well on
11   Paper events that you participated in?
12        A.  I did not.
13        Q.  Okay.  So flow rate -- anticipated flow
14   rate that could be controlled through top kill
15   was never mentioned in -- in the exercises that
16   you participated in for top kill?
17        A.  I don't recall them ever being mentioned.
18        Q.  Okay.  No -- no one ever told you that
19   "If flow exceeds a certain threshold, we're not
20   going to be able to kill the well through the top
21   kill procedure"?
22        A.  They did not.
```

Page 178:15 to 179:06

```
00178:15        Q.  (By Mr. Leopold) She -- on -- on -- in
16   the -- in the third paragraph down, about midway,
17   she -- Ms. Baker says:  "A successful dynamic
18   kill relies on being able to create enough
19   frictional pressure drop (or backpressure) by the
20   combined flow of hydrocarbons and kill fluid
21   across a choke in the well" and "the kill" --
22   "that the kill fluid can" be -- "begin to flow
23   upstream away from that point in the flow path
24   and toward the influx source."
25        Did I read that correctly?
00179:01        A.  Yes.
02        Q.  Do you agree with her statement?
03        A.  I don't have an opinion on that.
04        Q.  So you were on the Pumping Team, and you
05   don't know if you needed to create fri -- a
06   frictional pressure drop, or backpressure?
```

Page 179:09 to 179:14

```
00179:09        A.  Let me read it again here.  (Reviewing
10   document.)
11        Generally what I know is that higher pump
12   rates generates more friction.  But this comment
13   about the hydrocarbons and mud, I -- that's where
14   I -- I -- I don't have --
```

Page 179:16 to 179:18

```
00179:16        A.  -- an opinion on that.
17        Q.  Were you involved in planning the junk
18   shot, too, right?
```

Page 179:20 to 179:24

```
00179:20        A.  The junk shot was part of the top kill --
```

```
     21        Q.  (By Mr. Leopold) Right.
     22        A.  -- efforts.
     23        Q.  What was the purpose of the junk shot?
     24        A.  The --
```

Page 180:01 to 180:07

```
00180:01        A.  I'm not an expert in junk shot planning,
     02   but li -- listening to the Wild Well Control
     03   Mem -- Team Members, the purpose of the junk shot
     04   was to try to provide some bridging in the
     05   openings in the BOP and riser kink.
     06        Q.  (By Mr. Leopold) Why did they want to
     07   create bridging in the -- in the BOP and riser?
```

Page 180:09 to 180:13

```
00180:09        A.  Again, I'm not an expert in well kill,
     10   but my understanding was that that would help
     11   create more backpressure.
     12        Q.  (By Mr. Leopold) Why is backpressure
     13   important to the top kill effort?
```

Page 180:15 to 180:19

```
00180:15        A.  Backpressure is important to help make
     16   the mud go down the hole.
     17        Q.  (By Mr. Leopold) Okay.  Does mud going
     18   down the hole stop hydrocarbons from coming up
     19   the hole?
```

Page 180:21 to 180:25

```
00180:21        A.  Mud going down the hole could be required
     22   to help stop the flow of hydrocarbons.
     23        Q.  (By Mr. Leopold) It -- it -- isn't it
     24   definitely required to stop hydrocarbons from
     25   flowing up in -- in a top kill scenario?
```

Page 181:03 to 181:08

```
00181:03        A.  I can't say definitely.
     04        Q.  (By Mr. Leopold) Don't you have to
     05   overbalance the flowing hydrocarbon?  Isn't that
     06   how drilling works?  You have a column of mud
     07   weight that pushes backpressure into the
     08   reservoir, Mr. Quitzau?
```

Page 181:11 to 181:15

```
00181:11        A.  That's one way to stop flow of
     12   hydrocarbons.
```

```
        13       Q.  (By Mr. Leopold) And was that the way
        14   that they were trying to achieve in the top kill
        15   effort?
```

Page 181:17 to 181:25

```
00181:17       A.  That's correct.
        18       Q.  (By Mr. Leopold) Okay.  And, you know,
        19   drilling -- in the drilling that you performed --
        20   you've performed throughout your career, it's
        21   typical to have a column of mud holding
        22   backpressure in the reservoir, yes?
        23       A.  That's correct.
        24       Q.  And when the well is blowing out, there's
        25   no column of mud doing that, right?
```

Page 182:02 to 182:06

```
00182:02       A.  That's correct.
        03       Q.  (By Mr. Leopold) And so top kill is an
        04   effort to create that column of mud that will --
        05   that will push pressure back into the reservoir,
        06   yes?
```

Page 182:09 to 182:17

```
00182:09       A.  That's correct.
        10       Q.  (By Mr. Leopold) And static kill is -- is
        11   a similar effort but from -- from the -- or,
        12   excuse me, dynamic kill was a similar planning
        13   effort to -- except you inject the mud at the
        14   bottom and let it flow up and fill up the
        15   wellbore.  Isn't that fair?
        16       A.  I believe it's much more complicated for
        17   a dynamic kill.
```

Page 183:07 to 187:20

```
00183:07       Q.  (By Mr. Leopold) Okay.  Mr. Quitzau, or
        08   "saw, Quit-saw," excuse me.  If you would, turn
        09   with me to Tab 43.
        10          (Exhibit No. 9941 marked.)
        11       Q.  (By Mr. Leopold) And let's mark this as
        12   the next exhibit.
        13       A.  9941.
        14       Q.  This is Anadarko Bates page 257772.  It's
        15   an E-mail from you to Bob Sharad -- or, excuse
        16   me, John Sharadin, dated 5/15/201.  Do you see
        17   that?
        18       A.  I do.
        19       Q.  And there's an attachment, "Rate
        20   Diversion Kill Procedure Initial Draft" Revision
        21   "0a.doc."  Do you see that?
```

```
22        A.  I do.
23        Q.  Okay.  Do you recall sending this E-mail?
24        A.  I do.
25        Q.  Okay.  And what was the reason you were
00184:01  sending this to Mr. Sharadin?
02        A.  This was a -- a starting point for the
03  whole top kill procedure-writing process.  I -- I
04  recall John wanted to get something down on paper
05  for people to start looking at and critiquing and
06  building on, so I blasted this down, just as a
07  starting point for the Team procedure-writing
08  process.
09        Q.  Okay.  All right.  And if you look at the
10  attachment with me, this document's entitled
11  "RATE DIVERSION KILL PROCEDURE," yes?
12        A.  Yes.
13        Q.  And did you draft the entirety of this
14  document?
15        A.  I did.
16        Q.  Okay.  And I'll note, under the -- the
17  section that says, "RATE DIVERSION KILL
18  PROCEDURE," No. 1 reads:  "Begin pumping 16.4"
19  pounds per gallon "mud ramping up quickly to 40"
20  barrels per minute.  [Confirm with" Wild Well
21  Control, "Bill Burch and Bob Grace]."
22            Did I read that right?
23        A.  You did.
24        Q.  Okay.  So it looks like you made a
25  recommendation for mud weight for the top kill
00185:01  procedure.  Is that fair?
02        A.  This -- that's not fair.  This -- this is
03  simply representing what I had heard the plan
04  was.  Of course, the 16.4, as I already
05  testified, was worked by the Team that was
06  related to stabilizing the well and cementing the
07  well, but this was not a recommendation, this was
08  simply capturing what I understood the -- the top
09  kill modelers were -- you know, I -- I understood
10  this to be their plan, so I just inserted this as
11  a procedure, and then I referenced that they --
12  that the kill modelers and -- you know, the Kill
13  Team, the guys who were doing the kill modeling,
14  should be consulted to confirm that.
15        Q.  And the -- those people were Wild Well
16  Control, who Mr. Burch worked for, yes?
17        A.  Yes.
18        Q.  And who's Bob Grace?
19        A.  Bob Grace was a Well Control Consultant.
20        Q.  Do you know who he was with?
21        A.  I don't know his affiliation.
22        Q.  Okay.  How did you gather info --
23  information that 40 barrels per minute pump rate
24  was supposed to be used?
25        A.  I probably heard it.  I -- I don't know
00186:01  where I got that from, but I know I didn't
```

```
02   recommend it or come up with that.
03        Q.  Did you assess that?
04        A.  I did not.
05        Q.  So let me ask you this:  Were there
06   any -- did you exercise any Engineering judgment
07   in putting this document together?
08        A.  From Steps 2 through 9.  Let's see.  I
09   believe those steps mostly reflect the subgroups
10   that I was working on -- the -- the work that --
11   that those Teams were working on, which, again,
12   is related to stabilizing the well, and -- and
13   whether or not the well should be cemented and
14   how the well should be cemented, all -- all
15   assuming that the well had already been killed,
16   which in simplistic terms would be Step 1 is --
17   is "Kill the Well" there, and the rest are the --
18   the -- my observations from the Team -- the Teams
19   that were working on those steps.
20        Q.  Okay.  And you were part of those Teams
21   coming up with the step recommendations --
22        A.  That's correct.
23        Q.  -- yes?
24           And let's look at 2 d).  It says:  "If
25   during the kill, it becomes apparent that burst
00187:01   disks have failed and...underground blowout has
02   occurred (based on observation of.....), be
03   prepared to begin pumping" 4.2 "ppg mud into the
04   well for an extended period.  This will keep" oil
05   flowing -- "oil from flowing from the wellhead."
06   MS. WILMS:  Just as clarification, I
07   believe it's 14.2 ppg mud.  You said 4.
08        Q.  (By Mr. Leopold) Okay.  Excuse me.  Thank
09   you.  So you came up with that -- did -- did you
10   come up with that recommendation?
11        A.  I did not come up with that
12   recommendation, but that came out of some of the
13   HAZID processes that -- that simply -- this was a
14   mitigation that simply acknowledged that -- that
15   if there was some way of determining that the
16   burst disks failed, that there would be a case
17   for continuing to pump mud into the well.  And I
18   don't remember who or how that came up with,
19   but -- but I captured that and -- and put that in
20   the -- in the procedure.
```

Page 188:01 to 188:04

```
00188:01        Q.  How was it determined that 14.2 ppg mud
02   would keep oil from flowing from the wellhead?
03        A.  I don't -- I don't know the answer to
04   that.
```

Page 188:10 to 188:25

```
00188:10      Q.  (By Mr. Leopold) Well, let me ask you
      11  this:  The mud weight you identified, 16.4 ppg,
      12  was, in fact, the mud weight used in the kill, in
      13  the top kill procedure, correct?
      14      A.  That's correct.
      15      Q.  And did they also pump 14.2 ppg mud?
      16      A.  I don't believe they did.  On the top
      17  kill 1.
      18      Q.  For any of the top kill efforts?
      19      A.  Yeah, I don't recall.
      20      Q.  Okay.  Did they stage 14.2 ppg mud on
      21  boats ready to be pumped?
      22      A.  Yes.
      23      Q.  So these were, in fact, the two mud
      24  weights that were expected to be used for top
      25  kill, yes?
```

Page 189:02 to 189:20

```
00189:02      A.  They were available for use on the top
      03  kill.
      04      Q.  (By Mr. Leopold) And 16.4 ppg was, in
      05  fact, used, yes?
      06      A.  Yes.
      07      Q.  Okay.  And you knew enough to put them in
      08  this skeleton procedure, as you call it, yes?
      09      A.  That's correct.
      10      Q.  And were you involved in discussions
      11  about how those mud weights were determined?
      12      A.  As I discussed earlier, the -- the 16.4
      13  was recommended by the Teams looking at
      14  stabilizing and cementing the well, and then the
      15  well kill side of the equation apparently were
      16  okay with that.  So that -- we -- the -- the
      17  Stabilization and Cementing Teams really needed
      18  to have this 16.4, and that number was acceptable
      19  to the kill people, and so that -- that's what
      20  ended up being pumped.
```

Page 190:06 to 190:11

```
00190:06      Q.  (By Mr. Leopold) Okay.  But it was
      07  proposed by the Cementing and Stabilization Team,
      08  the Team that you worked on, yes?
      09      A.  That was the mud weight that the
      10  stabiliz -- Stabilization and Cementing Team felt
      11  that was necessary to have the well stabilized.
```

Page 192:18 to 192:24

```
00192:18  (Exhibit No. 9942 marked.)
      19      A.  9942.
      20      Q.  (By Mr. Leopold) Thank you.  This
```

```
     21    Anadarko Bates Page 99182.
     22              MS. WILMS:  Well, just for the
     23    record, I don't know if this is an Anadarko
     24    document that we --
```

Page 193:15 to 193:17

```
00193:15  MR. LEOPOLD:  Okay.  Well, I -- so
     16    we won't state for the record, you know, whose
     17    document this is.
```

Page 193:19 to 194:23

```
00193:19  MR. LEOPOLD:  But I note that it --
     20    it's Bates Page 99182 ending it.  But it is an
     21    E-mail where Mr. Quitzau was copied on May 21st,
     22    2010.
     23         Q.  (By Mr. Leopold) Is that right,
     24    Mr. Quitzau?
     25         A.  Yes.
00194:01       Q.  It's from William Burch, yes?
     02         A.  Yes.
     03         Q.  And he's with Wild Well Control?
     04         A.  Yes.
     05         Q.  Okay.  In -- in this one, it -- it's --
     06    the "Subject" is "Houston Top Kill
     07    Support...Meeting (5/22)."  Right?
     08         A.  Yes.
     09         Q.  And it says:  "John Sharadin has
     10    requested a 'meeting of the minds' tomorrow
     11    morning around 8:00am," and then some stuff in
     12    parentheses, "...to work through several issues
     13    with the top kill plan regarding the following:
     14              "Determining fluid volume leaving at"
     15    the "surface; diagnostics/stage down ideas."
     16    Stop there.
     17              Were you at this meeting?
     18         A.  I don't recall being at this meeting.
     19         Q.  Do you -- do you know why you were copied
     20    on this from Mr. Burch?
     21         A.  I don't know for sure, but it looks like
     22    Topics that I've described earlier, that -- that
     23    these two Subteams were working on.
```

Page 196:20 to 197:20

```
00196:20       Q.  (By Mr. Leopold) Okay.  All right.  Let's
     21    go to -- to the next Tab, 48.  We'll mark this as
     22    the next exhibit.
     23              (Exhibit No. 9943 marked.)
     24         A.  9943.
     25         Q.  (By Mr. Leopold) All right.  And it's an
00197:01    E-mail from Mike Mullen to your Group, including
```

```
02    you, and it looks like the Pumping Team again,
03    yes?
04         A.  (Reviewing document.)  Yes.
05         Q.  And the -- it's dated 5/22/2010?
06         A.  Okay.
07         Q.  "Subject:  "Kill Plot & plan,"
08    PowerPoint.  And in the -- in the first
09    paragraph, Mr. Mullen says:  "I have updated this
10    powerpoint...with the planned 16.4 ppg mud (500
11    barrels) followed by 14.2 ppg mud.  Once again
12    the planned pumped rate is 50 barrels per minute
13    for 5 minutes then 40 barrels per minute until
14    finished pumping, flow rate out" of "the BOP is
15    assumed at 10,000 stock tank barrels per day."
16         Did I read that right?
17         A.  You did.
18         Q.  So would you agree with me this is
19    another example of you being informed of what
20    the -- the estimated flow rate was?
```

Page 197:23 to 197:24

```
00197:23      A.  It appears that the E-mail includes a
     24    reference to flow rate.
```

Page 199:25 to 200:06

```
00199:25      Q.  (By Mr. Leopold) You -- is it fair to say
00200:01   you knew and worked with Members of the kill side
     02    of the Pumping Team?
     03         A.  I worked with the Kill Team --
     04         Q.  Okay.
     05         A.  -- which included Members of the -- the
     06    kill side.
```

Page 200:13 to 200:15

```
00200:13      Q.  (By Mr. Leopold) I -- but my question was
     14    simple:  Is it -- was the flow rate important for
     15    the Kill Team?
```

Page 200:17 to 200:21

```
00200:17      A.  My understanding, not being an Expert, is
     18    that is a -- it is a factor, and how important it
     19    is, I -- I can't say.
     20         Q.  (By Mr. Leopold) Okay.  Would you agree
     21    with me it's important?
```

Page 200:24 to 201:08

```
00200:24      A.  I can -- I -- I don't have enough
```

```
      25    information to -- or I -- I don't have the
00201:01    expertise to comment on that.
      02         Q.  (By Mr. Leopold) So you -- from your
      03    perspective, based on your years of experience,
      04    it doesn't matter whether a well is blowing out
      05    at 10,000 barrels per day or 200,000 barrels per
      06    day, you -- you can't comment on -- on either of
      07    those flow rates for purposes of a top kill
      08    effort?
```

Page 201:14 to 201:16

```
00201:14         A.  Generally speaking, flow rate's a factor,
      15    but how much impact it has, that's left for the
      16    experts to determine.
```

Page 202:07 to 202:09

```
00202:07         Q.  Did you -- in your calculations, did you
      08    have an assumed fracture gradient from the
      09    reservoir?
```

Page 202:11 to 202:13

```
00202:11         A.  The -- the Team approached the BP expert
      12    to -- to obtain the best estimate of the fracture
      13    gradient for our work.
```

Page 203:04 to 203:07

```
00203:04         Q.  Okay.  But fracture gradient was
      05    important for that work, wasn't it?
      06         A.  For -- for the stabilization and
      07    cementing, yes.
```

Page 203:17 to 206:01

```
00203:17         Q.  (By Mr. Leopold) Okay.  So were --
      18    your -- your plan was actually is to force mud
      19    into the formation and -- and then cement after
      20    that.  Is that fair?
      21         A.  The -- the Team's plan was to have the
      22    mud going into the formation, and then if -- if
      23    the step-down test and other indicators suggested
      24    that the well -- that there was a good
      25    understanding of the well, then the well would be
00204:01    ready for cementing if BP chose to -- to go down
      02    that path.
      03         Q.  Okay.  So was -- was it okay to exceed
      04    the fracture gradient, then, for purposes of your
      05    calculations?
      06         A.  The -- the premise is that we would be
```

```
07    exceeding -- that BP would be exceeding the
08    fracture gradient prior to cementing.
09        Q.  Okay.  Okay.  Turn with me to Tab 9.
10    This is a previously marked exhibit, 2657.
11        A.  Okay.
12        Q.  Okay.  And I'd like you to turn the page
13    to the -- well, turn to the second page and look
14    at fourth E-mail, which is from you to Pat
15    Watson, Mike Pfister, and Todd Durkee, dated May
16    20th, 2010.
17            Do you see that?
18        A.  I do.
19        Q.  Is this an example of you reporting back
20    to Anadarko about the operations you were
21    involved in?
22            MS. WILMS:  Object to form.
23        A.  This is an update -- a regular update
24    that I provided to Anadarko based on ongoing
25    activities.
00205:01  Q.  (By Mr. Leopold) Was that a -- a daily
02    occurrence?
03        A.  Not necessarily daily, no, but regular.
04        Q.  Okay.  And -- so you're -- if you look in
05    the -- the third paragraph, you're talking about
06    what we've just been discussing, which is "The
07    current plan for the kill" is to -- "is 500
08    barrels 16.4 ppg mud followed by 14.2 ppg mud
09    (heavy weight first to reduce the load at the
10    burst disk pressure before the pressure can build
11    up and light weight at the end to minimize
12    frac'ing in the shale).  This will be followed
13    immediately by 16.4 ppg cement and 16.4 ppg mud
14    and 14.2 ppg mud" for "mudline to surface."
15            Did I read that correctly?
16        A.  You did.
17            MS. WILMS:  I think there was a
18    little bit of a misread in there, but the
19    document will speak for itself.
20            MR. LEOPOLD:  Okay.
21        Q.  (By Mr. Leopold) So these -- these --
22    what you're reporting, the -- the volume of mud
23    and the mud weights and -- that are to be used in
24    the top kill effort, you're saying you had no
25    involvement in coming up with those numbers; is
00206:01  that right?
```

Page 206:03 to 206:12

```
00206:03  A.  I believe I'm reporting on what the plan
04    was at that point, and that these numbers
05    actually ended up changing later on, based on the
06    involvement of the groups that I was working on
07    for stabilizing and cementing.
08        Q.  (By Mr. Leopold) Okay.  And I thought we
09    established that 16.4 ppg and 14.2 were the --
```

```
     10    were the muds that were made available for the
     11    top kill effort?
     12        A.  That is correct.
```

Page 206:14 to 207:19

```
00206:14        Q.  (By Mr. Leopold) Okay.  So what -- what
      15    change -- what changed?  What change are you
      16    talking about?
      17        A.  My recollection is that the job was
      18    conducted with 16.4 pound per gallon mud and not
      19    the 14.2.
      20        Q.  Okay.  Right.  And do you -- and why
      21    wasn't the 14.2 used, do you know that?
      22        A.  The -- the -- the Teams that I was
      23    working on for stabilizing and cementing
      24    identified that -- that the 14.2 might be too
      25    light to allow the formation to frac and then
00207:01    place cement in the well.
      02        Q.  Okay.  When was the decision made not to
      03    use the 14.2?
      04        A.  I don't recall the exact date, but I do
      05    recall that draft plans were on the table, and --
      06    and the Teams that I was involved with evaluated
      07    these risks and mitigations right out very close
      08    to the actual conducting of the top kill.
      09        Q.  Okay.  I think -- I think you
      10    testified -- and correct me if I'm wrong -- but
      11    that 14.2 ppg mud was mobilized on a boat for the
      12    top kill?
      13        A.  I did.
      14        Q.  So was the decision not to use it made
      15    during top kill?
      16        A.  I believe the decision was made prior to
      17    Top Kill 1 for -- for the Top Kill 1.
      18        Q.  Do you know why it was mi -- the mud was
      19    mixed and put on a boat to be used?
```

Page 207:21 to 208:11

```
00207:21        A.  What I recall is there were multiple
      22    contingencies put in place and that the plan was
      23    to have multiple options ready for use.  So, for
      24    example, we recently ascribed the idea of if the
      25    burst disk failed, about continuously pumping the
00208:01    lighter mud into the well, so that was one of the
      02    contingencies.  So the goal of the overall Team,
      03    the overall Kill Team, was to have multiple
      04    options available.
      05        Q.  (By Mr. Leopold) Did -- do you see any
      06    indication during top kill that the burst disks
      07    had failed?
      08        A.  No.
      09        Q.  So was that -- was that the reason the
```

```
         10    14.2 mud -- excuse me, the 14.2 ppg mud was never
         11    utilized?
```

Page 208:13 to 209:01

```
00208:13         A.  The Top Kill 1, I understand -- again,
         14    this was not my decision -- but that it was
         15    terminated because it appeared that it wasn't
         16    working, so there was never a chance to even
         17    consider other mud weights.
         18         Q.  (By Mr. Leopold) Okay.  What about Top
         19    Kill 2 and 3?
         20         A.  I don't recall the details.  I think 3
         21    was just all 16.4.  And 2 was all about junk
         22    shots, and I don't recall the mud weights that
         23    were used on that.
         24         Q.  I mean, is it -- is it fair to say they
         25    never got to the lighter mud weight because top
00209:01    kill was failing?
```

Page 209:03 to 209:10

```
00209:03         A.  I don't know -- I don't know that the
         04    final plan ever contemplated pumping 14.2, other
         05    than that contingency that I referenced earlier.
         06         Q.  (By Mr. Leopold) Whi -- and the
         07    contingency was if the burst disks --
         08         A.  Correct.
         09         Q.  -- failed?
         10         A.  Correct.
```

Page 209:20 to 209:25

```
00209:20         Q.  Okay.  All right.  Let me tur -- do one
         21    more exhibit, and then we'll break for lunch
         22    here.
         23              Turn to Tab 10.  This is previously
         24    marked, Exhibit 8547.  This is an E-mail from
         25    Richard Vargo to you.
```

Page 210:24 to 211:02

```
00210:24         Q.  (By Mr. Leopold) It's an E-mail, as I
         25    said, from Mr. Vargo to you, dated May 24th, and
00211:01    this was a couple of days before the first top
         02    kill effort, yes?
```

Page 211:04 to 211:14

```
00211:04         A.  Yes.
         05         Q.  (By Mr. Leopold) Which -- which -- do you
         06    want to state for the record your recollection of
```

```
07   when top kill began?
08       A.  My recollection is May 26th.
09       Q.  Okay.  So this is a -- the "Subject" is
10   "Temperature Analysis."  Do you recall receiving
11   this from Mr. Vargo?
12       A.  I don't recall receiving it, but we
13   reviewed it in preparation for this deposition.
14       Q.  Okay.  And do you recall why Mr. --
```

Page 211:16 to 211:16

```
00211:16     Q.  -- Vargo sent you this --
```

Page 211:18 to 213:15

```
00211:18     Q.  -- E-mail and attachment?
19       A.  What I recall is in preparing to cement,
20   the -- the cementing experts were very concerned
21   about the temperatures downhole to -- so that
22   they could blend their cement additives correctly
23   to -- to have the cement set up at the right
24   time.  And so there was a lot of discussion about
25   what the temperature profile in the well would
00212:01 be.  And at some point, I believe I heard that
02   Richard Vargo was -- and Halliburton were
03   conducting cement simulations, and so -- so I was
04   interested in that, so I asked him to send it to
05   me.
06       Q.  Okay.  Did this affect any of your work?
07       A.  I don't know that this temperature
08   simulation was directly applicable to the actual
09   cementing simulations that were being conducted
10   by BP, but the fact that it was any temperature
11   simulation was of -- of minor interest.  And so I
12   don't know that BP actually ever used this data
13   in their final plan to design the cement
14   slurries, but the --
15       Q.  Okay.
16       A.  -- fact that it was conducted seemed
17   interesting to me.
18       Q.  Okay.  And for clarification, what
19   temperature -- what -- what temperature profile
20   is being measured here by Mr. Vargo, do you know,
21   at what depth in the well?
22       A.  Temperatures aren't being measured here.
23   They're being --
24       Q.  Or --
25       A.  -- predicted.
00213:01     Q.  Right.  Thank you.
02       A.  And there's an undisturbed profile of
03   temperature.  I don't know where he got that
04   data.
05       Q.  M-h'm.
06       A.  And then there's production temperatures.
```

```
07      Q.  M-h'm.
08      A.  And I don't -- I don't know where -- what
09  that means or where he got that data, either, but
10  it's a -- a profile of pressure never --
11  temperature versus depth.
12      Q.  Okay.  And do you recall -- so for
13  your -- for your planning purposes for the
14  dynamic kill, where were you -- at what depth
15  were you planning to intercept the Macondo Well?
```

Page 213:17 to 213:19

```
00213:17      A.  The Intercept Team was planning to
18  intercept just below 9-7/8 casing shoe in the
19  Macondo Well.
```

Page 213:21 to 213:21

```
00213:21      A.  I don't remember the exact depth.
```

Page 214:04 to 214:13

```
00214:04      Q.  Okay.  Can you just explain for me what
05  temperature information was relevant for the --
06  the work that you were doing?  For -- at -- what
07  depth in the well were you looking at?
08      A.  So -- so for the top kill -- again, I was
09  not doing this.  This were the Cementing Experts.
10  This is really getting into the actual cement
11  slurries itself.  It's very important for them to
12  understand the temperatures that that cement will
13  see as it's pumped into the well.
```

Page 214:22 to 215:03

```
00214:22      Q.  Okay.  And temperatures were measured
23  while the Macondo was being drilled, though,
24  right?
25      A.  I don't know that.
00215:01      Q.  You don't know.  Okay.
02          Is it typical that you measure
03  temperature as you're drilling a well?
```

Page 215:05 to 215:12

```
00215:05      A.  Various temperatures are measured during
06  drilling, typically, and whether they're
07  applicable to cementing is another question, but,
08  yes.
09      Q.  (By Mr. Leopold) But when a -- when a
10  well is flowing, temperature -- the temperature
11  profile would be different than when it was being
```

            12    drilled.  Is that fair?


Page 215:14 to 215:15

00215:14        A.  The temperature profiles would be
      15    different.


Page 216:11 to 219:10

00216:11        Q.  Okay?
      12          Now, before -- in -- in your previous
      13    testimony this morning, you mentioned that one of
      14    the activities you were involved in was the --
      15    with step-down plots, planning for the top kill,
      16    right?
      17        A.  Step-down tests, yes.
      18        Q.  Okay.  Now, you may have already
      19    explained this, but just quickly, can you explain
      20    what the step-down test was and what you were
      21    intending to do with it.
      22        A.  The step-down test was a -- a procedure
      23    that was identified by the -- the Team that was
      24    focusing on stabilizing and cementing the well,
      25    that was hoped that would allow BP to determine
00217:01    whether or not the well was stable enough to
      02    cement, assuming that the well had already been
      03    killed.
      04        Q.  Okay.  And what does this step-down test
      05    entail?
      06        A.  The step-down test entailed pumping mud
      07    at different rates into the well and measuring
      08    the BOP pressures and trying to -- you know,
      09    developing a set of curves that would match --
      10    you know, have the actual pump data match the
      11    predicted pump data to allow us to determine
      12    whether -- how much of the mud was going down the
      13    well, versus out the BOP and into the Gulf.
      14        Q.  Okay.  And who did you work with to
      15    develop the step-down test procedure?
      16        A.  The step-down test was -- was developed
      17    by the Team for -- for stabilizing and cementing,
      18    and various persons and -- and companies were
      19    involved with it.  Jace Larrison -- no, no, that
      20    was -- that was just for the kill itself.
      21          But we started with an Excel spreadsheet,
      22    simple model, and then we went to Add, Tom
      23    Selbekk, to do a detailed more accurate model
      24    to -- to develop our curves.  And then we may
      25    have also had Halliburton conduct some similar
00218:01    simulations using their much more accurate flow
      02    modeler for -- not flow models but hydraulic
      03    models, compared to what was done with the
      04    spreadsheet.
      05        Q.  So do you know specifically what

```
06   Mr. Selbekk did?
07        A.  Mr. Selbekk set up the simulation to --
08   to model the amount of mud going down the hole
09   versus through the BOP.  We -- we -- we set up
10   a -- kind of a template on a spreadsheet, and we
11   showed that to Selbekk, and -- and he was able to
12   duplicate the process in his more accurate model.
13        Q.  Do you know what model he was using?
14        A.  I assumed it was his OLGA model.
15        Q.  How -- were you familiar with the OL --
16   OLGA model?
17        A.  Not very familiar, no.
18        Q.  Were you aware that Add Energy was using
19   OLGA, the OLGA model?
20        A.  Yes.
21        Q.  And was -- was the rate of flow from the
22   Macondo Well an input into the model that
23   Mr. Selbekk created?
24        A.  No, not for this step-down test.
25        Q.  Was it an output of the model he created?
00219:01        A.  No.
02        Q.  So the rate of flow hadn't -- is it --
03   let me ask -- let me ask -- I'm not going to ask
04   you a leading question.  But did the rate of flow
05   have any impact on the step-down test modeling
06   that you performed?
07        A.  It did not.
08        Q.  Okay.  How -- how does it predict mud
09   coming out of the BOP without an understanding of
10   how much oil is also coming from the BOP?
```

Page 219:12 to 219:14

```
00219:12        A.  The premise behind the step-down test is
13   that the well had already been killed, so there
14   would be no oil in the well.
```

Page 219:20 to 220:15

```
00219:20   (Exhibit No. 9944 marked.)
21        A.  9944.
22        Q.  (By Mr. Leopold) Okay.  This is a -- a BP
23   Bates stamp ending in 723581.  It's an E-mail
24   from you to Darrell Loya, Pat Wildt, and Erick
25   Cunningham, among others.  And the subject is
00220:01   Step Down Test -- excuse me, "Step Down Testing
02   Type Curves."  Correct?
03        A.  Yes.
04        Q.  Okay.  Do you recall sending this E-mail?
05        A.  I do.
06        Q.  And what was the purpose of this E-mail?
07        A.  The purpose -- as I recall, Darrell was
08   out in -- in the field ready to do the actual
09   pumping, and -- so I forwarded this to him, so
```

```
10   that he could take this into account in his
11   forward plans; should they -- should they get to
12   the point -- should they get the well killed and
13   then be ready to consider cementing, he would
14   have something, something to look at for further
15   discussions.
```

Page 220:20 to 222:13

```
00220:20        Q.  Let's read your E-mail.  It says:
21   "Darrell, Pat, Erick,
22           "I'm not sure who out there will be
23   monitoring/evaluating the step-down test at the
24   end of the kill procedure.  Here are some type
25   curves that I finished last night that could shed
00221:01   some qualitative light on the effective leak size
02   at the BOP and on the formation fracture strength
03   assuming we can get the well full of 16.4 ppg
04   kill weight mud."  Correct?
05        A.  Correct.
06        Q.  And what did you mean by "effective leak
07   size at the BOP"?
08        A.  There was obviously a -- a flow path
09   through the BOP, and in a simplistic sense, that
10   flow -- that very complicated flow path could
11   be -- could correspond to an effective single
12   orifice size.  And a single orifice size is very
13   easy to calc -- do simple pressure drop
14   calculations through.  So a giant BOP could
15   possibly be condensed down to an effective
16   orifice size, so that's what that meant.
17        Q.  What -- what leak from the BOP are you
18   referring to?
19        A.  This is a -- the flow through the BOP, in
20   other words --
21        Q.  The flow pre-kill or post-kill?
22        A.  Post-kill.
23        Q.  So post-kill, the expectation was that
24   the well would still be flowing; is that right?
25        A.  Post-kill, the -- the -- there would
00222:01   still be a, quote, leak in the BOP; so any mud
02   pumped from the surface, even -- even though the
03   well is full of mud, any more mud pumped from the
04   surface would -- some would flow down the well,
05   and some would still continue to flow out that --
06   the -- the -- the flow path in the BOP.
07        Q.  So was it anticipated that even if the
08   kill had worked, BP would have to continue
09   pumping mud down the well?
10        A.  That is possible, yes.
11        Q.  And -- so this analysis was going to help
12   shed light on what the mud leakage would be
13   post-kill; is that right?
```

Page 222:17 to 226:09

```
00222:17       A.  That was -- yes, that was the intent, or
      18  it could have shown -- shed light.
      19       Q.  (By Mr. Leopold) Okay.  But it was never
      20  relied upon by anyone, because top kill failed,
      21  correct?
      22       A.  The top kill wasn't done, so this plan
      23  was not put in place.
      24       Q.  Okay.
      25       A.  Or the top kill did not succeed.
00223:01       Q.  Okay.  Were -- at -- at some point, were
      02  you given a task to review ROV footage -- and
      03  "ROV" stands for remotely operated vehicle -- of
      04  mud coming out of the riser kink during top kill?
      05       A.  I was not given that task, but I did that
      06  work.
      07       Q.  Okay.  Can you explain?  I don't
      08  understand.
      09       A.  After the kill -- I don't remember
      10  which -- which kill -- the question was whether
      11  or not we could discern from the ROV feed, you
      12  know, the videos, whether the fluid coming out of
      13  the well was oil or kill mud.  So I did -- I got
      14  the ROV feed tapes, and I did screen dumps to try
      15  to demonstrate that there was a -- a color
      16  difference between oil flowing from the well and
      17  mud flowing from the -- from the well.
      18       Q.  And what did you conclude about that?
      19       A.  I don't know that it was totally
      20  conclusive, but it appeared that there was a
      21  slight color difference, the difference between
      22  oil and mud.
      23  I presented that as factual observations,
      24  but I -- I did not conclude for sure that --
      25  that, you know, a -- a clear, distinct
00224:01  determination between oil and mud could have been
      02  determined.
      03       Q.  Okay.  Did -- did anyone task you with --
      04  with doing that work?
      05       A.  Not directly, no.  The -- the question
      06  came up over and over again, as "Well, what's
      07  coming out of the well?"  You know, all -- all of
      08  us -- all the different people who were watching
      09  the -- the kill, "Is that oil or is that mud?"
      10           And so as a result of that uncertainty, I
      11  captured those -- those video pictures and -- and
      12  put that forward for people to consider.
      13       Q.  Okay.  Did you know if -- if the Team
      14  came to any conclusion about whether it was mud
      15  or oil coming out?
      16       A.  I do not.
      17       Q.  Was there any relationship with whether
      18  the top kill succeeded, whether that would be mud
      19  or oil coming out of the well?
```

```
20        A.  If the top kill succeeded, the fluid
21   coming out of the well would be mud, but that --
22   none of that was discernible from the video
23   captures that I put forward.
24        Q.  Okay.  So I guess I just -- I don't
25   understand the purpose of -- of looking at the
00225:01   footage.
02   First of all, when -- do you know
03   precisely when you looked at the footage?
04        A.  I don't recall the exact time.
05        Q.  Was it post-top kill effort?
06        A.  I don't know that it was after the final
07   top kill or not.  I don't -- I just don't recall.
08        Q.  Were -- were you doing it in -- in like
09   realtime to try to offer --
10        A.  No, no.
11        Q.  -- insight?
12        A.  This -- this was after.  One of the top
13   kills was done, I -- I got the -- the stored
14   video files and -- and -- with -- with the idea
15   that there might possibly be more top kills.  By
16   looking at that, the hope was is that there would
17   be some method of determining that the fluid
18   coming out was either oil or -- or kill mud.
19        Q.  Okay.  Now, did you participate in an
20   effort to try to understand why top kill failed?
21        A.  I did not.
22        Q.  Did you work on something called a
23   "Recap" of the effort?
24        A.  I did.
25        Q.  And what's -- what -- what do you mean by
00226:01   "Recap"?
02        A.  The -- the Top Kill Recap was a -- an
03   attempt to factually capture all the observations
04   that occurred during the different top kills that
05   the -- that the pump Team and Top Kill Team
06   worked on, put that into a report, and pass that
07   on to BP, so that they could further consider
08   what happened.
09        Q.  Okay.  Let's look at Tab 14.
```

Page 226:14 to 226:20

```
00226:14        Q.  -- this is already marked Exhibit 2645,
15   and it's a -- it's a long E-mail chain.  I want
16   to turn your attention to the last -- or -- or
17   excuse me, the first E-mail in the chain, which
18   is from you, on May 30th, 2010 --
19        A.  H'm.
20        Q.  -- which was after the -- it's --
```

Page 226:24 to 226:25

```
00226:24        Q.  (By Mr. Leopold) -- at the very end.
```

```
        25      A.  Okay.


Page 227:03 to 228:12

00227:03   And this is an E-mail again from you to
     04    Darrell Loya, Todd Durkee, and Mike Pfister,
     05    right?
     06         A.  Yes.
     07         Q.  Okay.  Do you recall this E-mail?
     08         A.  Let me look at it.
     09             (Reviewing document.)
     10             Yes.
     11         Q.  Okay.  And this was after the last top
     12    kill effort, correct?
     13         A.  Yes.
     14         Q.  Okay.  And at the -- at the bottom of the
     15    E-mail, the last paragraph, you say:  "I will
     16    check in with BP by email Monday evening.  I plan
     17    to go into BP's office Tuesday morning to
     18    participate" in the post -- in -- "in the
     19    important post-job recap for the top kill team.
     20    This will take one or two days."  Okay?
     21         A.  Okay.
     22         Q.  Do you see that?
     23         A.  Yes.
     24         Q.  Okay.  So tell -- tell me about what --
     25    what you did in the post-job recap.
00228:01        A.  What I did in the post-job recap was to
     02    look at the -- the data acquired during the three
     03    top kills, plot them up, and make observations
     04    about what was shown on the -- on the data plots,
     05    which would mainly be pressure versus time,
     06    volume rates, pump versus time, and -- and other
     07    parameters, and BOP pressures versus time.
     08         Q.  Okay.  And who asked you to perform that
     09    work?
     10         A.  John Sharadin.
     11         Q.  And what -- what were those analyses used
     12    for in -- in the Top Kill Team?


Page 228:16 to 230:15

00228:16        A.  They were not analyses, they were factual
     17    recaps with some observations on what was seen in
     18    that data.
     19         Q.  (By Mr. Leopold) Okay.  What observations
     20    did you make?
     21         A.  In looking at the pressure versus time
     22    plots, there were various anomalies in the pump
     23    pressure -- in the BOP pressure data, so I
     24    flagged those and highlighted them and put that
     25    into the Report.
00229:01        Q.  Anomalies in the BOP pressure, does that
     02    mean the pressure gauges were fluctuating, or --
```

```
03  or what does that mean?
04      A.  The pressure was changing, of course,
05  quite a bit throughout the job, and so there were
06  trends and pressures, declining pressures, rising
07  pressures, that might have been indicative of
08  something, and so I flagged those, and -- and I
09  quantified the pressure decline rates in -- in
10  one case, and just factually placed them in that
11  data Report, and -- and that -- they became part
12  of the -- the -- the recap, and my -- the only
13  part of that that became part of the recap, was
14  my review of top kill No. 3, and come to find out
15  someone else had done a -- a similar effort for
16  top kills' 1 and 2, so those -- 1 and 2 plots
17  came from someone else that went in the Final
18  Report, and then my -- my recap of the top kill 3
19  went into the Report.
20      Q.  Okay.  Did you draw any conclusions about
21  why top kill failed based on that work?
22      A.  I did not.
23      Q.  Did you -- did the Recap Team discuss top
24  kill failure and the reasons for it?
25      A.  The top kill job was discussed, but we --
00230:01  there were no conclusions drawn on -- on the
02  failure.
03      Q.  Well, I just -- first of all, let's take
04  it one step at a time.  Was there a discussion
05  about potential reasons that it failed?
06      A.  I don't recall any discussions on that.
07      Q.  What was the purpose of the recap, to
08  your knowledge?
09      A.  The purpose was to capture observations
10  of the people that were directly involved in
11  the -- in observing the kills, attempts, as they
12  happened, capture those -- capture those
13  observations, summarize them, and present them
14  back to BP, so that they could further consider,
15  you know, what was going on, in the well.
```

Page 230:19 to 231:03

```
00230:19  (Exhibit No. 9945 marked.)
20      A.  9945.
21      Q.  (By Mr. Leopold) And this is an E-mail
22  from you to Jim Fairbairn, dated May 29th, 2010.
23      A.  Okay.
24      Q.  Do you see that?
25      A.  I do.
00231:01  Q.  Do you recall this E-mail?
02      A.  (Reviewing document.)  I do not recall
03  this E-mail.
```

Page 231:07 to 232:17

```
00231:07       Q.  Do you know what it is?
     08       A.  (Reviewing document.)  It appears to be
     09   a -- a job plot for -- for one of the top kill
     10   efforts.
     11       Q.  What's a "job plot"?
     12       A.  This would be a plot of time versus the
     13   various pumping job parameters, which it's not
     14   quite clear to me what these -- which ones are --
     15   I see -- I see them on the top there, but I can't
     16   correspond the --
     17       Q.  Do you recall putting these plots
     18   together?
     19       A.  I don't.
     20       Q.  So was this not part of your work in the
     21   recap?
     22       A.  This is the type of work that I did in
     23   the recap.
     24       Q.  Okay.  But not these exact plots?
     25       A.  I -- I don't recall this exact plot.
00232:01       Q.  All right.  And how -- how did you -- how
     02   did you go about putting these plots together?
     03       A.  The plots that I used came from data
     04   acquired by the pumping company, in this case,
     05   BJ, and I believe Halliburton also had some
     06   pumping data.  So they were -- they had the
     07   pumps, and they had data acquisition systems, so
     08   after the job, I was able to get data, and then
     09   this actually appears to be a screen dump from
     10   their actual data presentation software.
     11       Q.  Okay.
     12       A.  So we could bring the -- you know, the
     13   people on the Kill Team could bring up -- they
     14   could log into the -- the BJ data system, and you
     15   literally watched the job as it progressed, and
     16   then do screen captures for -- for any recaps
     17   that would be desired.


Page 234:02 to 234:12

00234:02       Q.  Okay.  Let's turn to Tab 15.  We'll mark
     03   this as the next exhibit.
     04           (Exhibit No. 9946 marked.)
     05       A.  Okay.
     06       Q.  (By Mr. Leopold) Okay.  And this is a --
     07   a document produced from Wild Well Control, Bates
     08   page ending in 2352.  Take a moment to look at
     09   it, Mr. Quitzau.
     10       A.  (Reviewing document.)
     11       Q.  Do you recognize this document?
     12       A.  I do not.


Page 234:16 to 235:15

00234:16       Q.  Okay.  Do you know the people in the "To"
```

```
17    and the "From" line, Mark Mazzella, Mark
18    Patteson, and D. Barnett?
19         A.  I know Mazzella and Barnett.
20         Q.  And what about the folks in the "CC"
21    line?
22         A.  I know -- know Murphy and Burch, and
23    that's all.
24         Q.  Okay.  And you interacted with them in
25    your work on the Pumping Team, yeah?
00235:01        A.  I interacted with -- yes, I did.
02         Q.  And were they -- were they also on the
03    top kill recap --
04         A.  I don't believe --
05         Q.  -- effort?
06         A.  -- they were.
07         Q.  Did you -- were you aware -- and this --
08    the title of this document is:  "Summary &
09    Conclusions From Top Kill Efforts 26" through "28
10    May 2010," right?
11         A.  Correct.
12         Q.  Were you aware that there was an effort,
13    like the one represented here, to draw
14    conclusions from top kill efforts?
15         A.  I was not.
```

Page 235:19 to 235:20

```
00235:19        Q.  Mr. Burch never told you the reasons he
20    thought there was a failure of the top kill?
```

Page 235:22 to 237:23

```
00235:22        A.  He did not.
23         Q.  (By Mr. Leopold) Okay.  And he -- and
24    he -- he never -- of the people listed on this
25    memo, was Mr. Burch the one you interacted with
00236:01    the most?
02         A.  Yes.
03         Q.  Okay.  And did you discuss the top kill
04    effort with him?
05         A.  Yes, I did.
06         Q.  What was the nature of those discussions?
07         A.  The -- the nature of the discussions with
08    Bill Burch had to do with the pressure anomalies
09    that were -- that were displayed during the
10    different kill attempts.  So he and I looked at
11    those and -- and tried to guess what those might
12    be, but we never did come up with definitive
13    conclusions --
14         Q.  Did you --
15         A.  -- at least during our discussions.
16         Q.  Did you have theories about what those
17    pressure anomalies meant?
18         A.  We had speculation.
```

```
     19        Q.  And what was that?
     20        A.  The speculation was that some of the
     21   pressure decline -- declining pressures might
     22   have been indicative of heavy mud going down the
     23   hole.  Some of the sudden pressure rises might
     24   have been due to mud going down the hole and
     25   hitting restrictions in the wellbore.  That's as
00237:01   far as we got with our -- our speculation.
     02        Q.  Is it -- it was expected that if mud had
     03   gone down the wellbore in the top kill, that
     04   pressures at the BOP would start to decline.  Is
     05   that right?
     06        A.  That's correct.
     07        Q.  Okay.  H'm.  Okay.  Let me -- turn --
     08   turn to the second page of this document, and I
     09   want to ask you about the second paragraph, where
     10   it says:  "Several attempts were made to subdue
     11   the well by pumping over 28,000" barrels "of 16.4
     12   ppg inhibited WBM at rates up to 78" barrels per
     13   minute "and pump pressures in excess of 10,500
     14   psi."
     15            Did I read that right?
     16        A.  You did.
     17        Q.  Does that -- is that -- based on your
     18   recollection, is -- is that acc -- an accurate
     19   description of the top kill effort?
     20        A.  I recall the 16.4 pound per gallon and
     21   the 78 barrels per minute.  I don't exactly
     22   recall the 28,000 barrels, nor the 10,500 psi
     23   number.
```

Page 238:06 to 238:09

```
00238:06        Q.  (By Mr. Leopold) So -- but you were
     07   familiar that -- that a pump rate of 78 barrels
     08   per minute was achieved during top kill, correct?
     09        A.  Yes.
```

Page 241:02 to 241:19

```
00241:02        Q.  (By Mr. Leopold) Okay.  Okay.  Now --
     03   now, post top kill and post top kill effort, you
     04   continued on with BP, right?
     05        A.  Yes, I continued working on the relief
     06   efforts.
     07        Q.  Okay.  And you actually asked Kurt Mix if
     08   you could continue working on the effort; isn't
     09   that right?
     10        A.  I believe I asked Kurt if I -- if -- if
     11   he was interested in having me participate on the
     12   Relief Well Team.
     13        Q.  Okay.  And -- and is -- what -- what was
     14   the reason you made that request?
     15        A.  Anadarko wanted to continue to help in
```

```
    16    the relief efforts.
    17        Q.  Okay.  And had -- you'd gained knowledge
    18    about the potential dynamic kill in your prior
    19    work, right?
```

Page 241:21 to 243:06

```
00241:21        A.  The knowledge that I gained was during
    22    the concept planning phase for those couple of
    23    days in the early part of May.
    24        Q.  (By Mr. Leopold) Okay.  And had you
    25    gained any knowledge through your work on top
00242:01  kill that would have been relevant?
    02        A.  For the relief well dynamic kill?
    03        Q.  Right.
    04        A.  All of the discussion about the flow
    05    paths and the -- the pumping -- the pumping data
    06    that I described earlier, there were several
    07    observations that might have had an impact or
    08    might have been relevant to the relief well and
    09    dynamic kill planning.
    10        Q.  Okay.  Now, what aspects of -- of dynamic
    11    kill were you specifically working on post top
    12    kill effort?
    13        A.  I was not working on dynamic kill post
    14    top kill.  I was working on the Intercept Team.
    15    The -- are you -- you -- well, let me -- you can
    16    go ahead and ask your question if that doesn't
    17    answer it.
    18        Q.  So you were working on the Intercept
    19    Team.  What aspects of the Intercept Team were
    20    you working on?
    21        A.  The Intercept Team, for -- for my
    22    standpoint, had to do with the drilling
    23    practices, as opposed to all the surveying
    24    practices.  So I focused on things like shale
    25    stability near -- near the blowout well and the
00243:01  angle of intercept and just general drilling
    02    practices and bottom hole assemblies and things
    03    that I would deal with in my regular work.
    04        Q.  Okay.  Did you have any participation in
    05    planning for once the relief well intercepted the
    06    blowing-out well?
```

Page 243:08 to 243:24

```
00243:08        A.  So there wa -- there was a -- an -- an
    09    interface there.  There -- there was the re --
    10    intercept -- the -- yeah, the Intercept Team and
    11    the Hydraulic Kill Team.  And so as -- as the
    12    Intercept Team intercepted the well, all of the
    13    planning and bottomhole assemblies and drill
    14    strings had to be ready to move directly into
    15    the -- the kill side.
```

```
16          So as soon as the well penetrated -- the
17    relief well penetrated the Macondo Well, the Kill
18    Team would be out there ready to start pumping.
19    So things like the -- the drill string and the
20    bottomhole assembly and the PWD components in the
21    bottomhole assembly that was going to be used by
22    the dynamic kill, we had some crossover there
23    between the Pumping Team and -- and what the
24    Intercept Team was working on.
```

Page 244:03 to 245:14

```
00244:03  (Exhibit No. 9947 marked.)
04          Q.  (By Mr. Leopold) Okay.  This is Anadarko
05    Bates Page 244564.  This is an E-mail from you to
06    William Burch at Wild Well, dated June 18th,
07    2010, right?
08          A.  Yes.
09          Q.  And the "Subject" is "M56E Post-Blowout
10    Fracture" Press -- "Pressure Question," right?
11          A.  Yes.
12          Q.  Okay.  Do you recall this E-mail
13    exchange?
14          A.  Yes, I do.
15          Q.  And -- and what was the purpose of it?
16          A.  Bill Burch was working on his dynamic
17    kill plan, and he discussed it some with me, and
18    then he went out and was able to solve some of
19    his questions, working through the BP experts,
20    related to his -- his desire to understand the
21    fracture pressure in the well, in the -- in the
22    Macondo Well.
23          Q.  What -- what was it that he discussed
24    with you about this?
25          A.  I think he was aware that I had
00245:01  previously been working on the Teams I described
02    before, with the BP Fracture Mechanics Expert,
03    and we had looked at the -- you know, the -- the
04    fracture mech -- Steve Willson had looked at the
05    fracture pressures.  He was doing something
06    similar, so he -- he was discussing it with me.
07          Q.  Okay.  And what did you tell him about
08    fracture pressures in the Macondo Well?
09          A.  I don't recall exactly, but basically
10    I -- I told him that we work with Steve Willson
11    and rely on the BP expert.
12          Q.  Uh-huh.  Did you understand that fracture
13    pressure in the Macondo Well was an important
14    factor for dynamic kill?
```

Page 245:16 to 248:12

```
00245:16        A.  I recall Bill Burch saying that it was.
17          Q.  (By Mr. Leopold) Okay.  Did -- did he say
```

```
18    why it was important for him?
19        A.  In working with them on the Intercept
20    Team, it -- it was important that they monitor
21    the pressures to the -- monitor the -- the
22    dynamic kill pressures -- and I'm not an expert
23    in this, so I'm -- I'm repeating back what they
24    fed me, you know, be -- me being on the Intercept
25    Team.
00246:01            But they wanted to know the pressures.
02    They wanted to know that the pressures were
03    greater than the pore pressure in the -- in the
04    flowing zones and less than the fracture
05    gradient.  So that's part of his dynamic kill
06    process, and that's all I recall on it.
07        Q.  Okay.
08        A.  I didn't get into a lot of detail on --
09    or understanding on how or why he needed that.
10        Q.  All right.  So let's -- let's look at a
11    previous E-mail in the chain.  Turn -- it's on
12    the third page of this exhibit, Bates Page
13    244566.  And it's an E-mail from Robert Merrill,
14    dated June 17th, 2010, to William Burch and
15    Pinky -- and Graham Vincent.
16            You see -- do you see that E-mail --
17        A.  I do.
18        Q.  -- Mr. Quitzau?
19        A.  (Nodding.)
20        Q.  Now, as -- as you've just testified, Bob
21    Merrill -- which, by the way, do you -- do --
22    had -- did you interact with Bob Merrill in your
23    work?
24        A.  I did not.
25        Q.  Do you know who he is?
00247:01        A.  I do not.
02        Q.  Okay.  All right.  And he says:
03            "Bill:
04            "I've cc'd Steve Willson on this, as he'd
05    be the one who can speak authoritatively
06    regarding geomechanics.
07            "I have performed reservoir depletion
08    calculations for flowrates between 20,000 barrels
09    per day and 80,000 barrels per day.  I was
10    looking for consistency with the pressure
11    measurements at the BOP.  The observed depletion
12    at the wellhead is 8 - 13 psi per day.  If we
13    assume that the flowpath within the wellbore
14    isn't changing (no burst disks, etc), this is
15    consistent with flowrates between 24 and 70,000
16    barrels per day."
17            Do you see that?
18        A.  I do.
19        Q.  Okay.  And do you -- do you recall
20    getting this E-mail, as you testified?
21        A.  I recall getting the E-mail, yes.
22        Q.  So earlier, I mean, you testified that
```

```
23    the -- the reservoir modelers had said, "Don't
24    take depletion into account for top kill
25    operating procedures."  Isn't that right?
00248:01    A.  That's correct.
02    Q.  Okay.  Now, do you -- do you re -- I
03    think we saw an E-mail that Bob Merrill was part
04    of that Group.  Do you recall that?
05    A.  I don't recall Bob Merrill.  I believe I
06    was corresponding with Mason.
07    Q.  Mike Mason?
08    A.  Yeah.
09    Q.  Okay.  All right.  So -- but it appears
10    here, by June 17th, that depletion calculations
11    for flow rate was a factor for dy -- dynamic kill
12    planning, right?
```

Page 248:15 to 248:15

```
00248:15    A.  It appears that's what Merrill is saying.
```

Page 249:09 to 249:12

```
00249:09    Q.  (By Mr. Leopold) Okay.  And so when
10    you -- when you got this E-mail, did you -- did
11    the fact that BP was calculating these flow rates
12    have any impact on the work you were doing?
```

Page 249:14 to 249:20

```
00249:14    A.  I don't recall being aware of any of the
15    flow rate discussion when this E-mail came
16    through.
17    Q.  (By Mr. Leopold) Okay.  What -- what
18    about depletion rates of the Macondo Reservoir,
19    did that have any impact on the Intercept Team's
20    work that you were doing?
```

Page 249:22 to 249:23

```
00249:22    A.  I don't recall any impact on -- on the
23    work we were doing on the Relief Well Team --
```

Page 249:25 to 251:12

```
00249:25    A.  -- on the Intercept Team.
00250:01    Q.  Now, the Intercept Team planned to
02    intercept the Macondo Well above the reservoir;
03    isn't that right?
04    A.  That's correct.
05    Q.  Was -- were other intercept paths con --
06    contemplated?
07    A.  At various points, yes.
```

```
08        Q.  Can you describe what you recall of the
09   different intercept paths that were discussed?
10        A.   One approach would be to intercept the
11   well at the reservoir that was flowing.  Other
12   alternative plans would be to possibly intercept
13   shallow, above the 9-7/8 casing shoe, and these
14   were options that were considered by the -- the
15   experts, Wild Well Control and Boots & Coots.
16        Q.  Okay.  And do you know why they made a
17   decision to intercept if it was below the 9-7/8
18   inch casing shoe but above the reservoir?
19        A.   I know they were doing their kill
20   analyses.  And going back to what we described
21   where Bill Burch wanted to be within the fracture
22   gradient and the pressure of the reservoir, they
23   determined that that was the optimal place to go,
24   would be to go at that shoe there.
25        Q.  Okay.
00251:01        A.  And I -- that's all way above my head,
02   but -- but I recall hearing those discussions.
03   They went back and forth on that, and they
04   arrived at that conclusion.
05        Q.  Do you recall why they rejected the plan
06   to intercept at reservoir depth?
07        A.   I recall that there was a lot of
08   discussion and debate among the experts, of which
09   I was not one, and the feeling -- one -- one of
10   the opinions that I heard was that it
11   historically was not a -- a very successful
12   method, and I -- I don't know any more than that.
```

Page 252:12 to 253:03

```
00252:12        Q.  (By Mr. Leopold) Sure.  First of all, let
13   me establish:  Was the fracture gradient, as you
14   approached the blowing-out Macondo Well with the
15   intercept, a factor that you considered in your
16   planning?
17        A.  I did not consider that in my planning,
18   no.
19        Q.  Were you aware of others that were
20   considering the fracture gradient for intercept?
21        A.  Only to the extent that it impacted the
22   dynamic kill.  That's all that I heard about.
23   But as far as intercepting, the Intercept Team
24   wasn't worried about the fracture gradient in the
25   reservoir.
00253:01        Q.  Okay.  So was it -- were you planning on
02   being part of the dynamic kill once intercept had
03   been achieved?
```

Page 253:05 to 253:05

```
00253:05        A.  I was not planning on that, no.
```

Page 253:09 to 253:11

00253:09        Q.  Okay.  But you -- you were pro -- being
      10   provided some information about the dynamic kill
      11   planning at that point, right?


Page 253:13 to 254:06

00253:13        A.  To the extent that the Relief Well
      14   Intercept Team had to transition into the Dynamic
      15   Kill Team, yes, we were interfacing with Wild
      16   Well and some -- and some of the Pumping Team
      17   Members.
      18        Q.  (By Mr. Leopold) Okay.  Did you ever hear
      19   what pumping rates might be needed to perform the
      20   dynamic kill once they intercepted?
      21        A.  I know there were lots of discussions on
      22   pump rates, from the dynamic -- for the dynamic
      23   kill, but I don't recall any details on that.
      24        Q.  Okay.  And, again, at this -- at this
      25   point still, you -- you weren't -- you -- were
00254:01   you privy to any discussions about flow rate at
      02   the point of the interception with the Macondo
      03   Well?
      04        A.  I was not.
      05        Q.  Okay.  Were you also interfacing with Ole
      06   Rygg and Add Energy about the dynamic kill?


Page 254:08 to 254:12

00254:08        A.  Ole was in the room that -- that -- that
      09   the Relief Intercept was -- Team was working on,
      10   so I interfaced with him all the time, but I
      11   don't recall specific interactions on the -- the
      12   dynamic kill.


Page 254:22 to 255:05

00254:22        Q.  (By Mr. Leopold) Okay.  Do you know what
      23   he was -- he -- do you know what Ole Rygg was
      24   doing for dynamic kill?
      25        A.  Generally, I know he was modeling
00255:01   different kill scenarios, but I don't know
      02   specifics about the -- you know, the -- the
      03   dynamic kill plans.
      04        Q.  Okay.  Wa -- was he modeling flow rate
      05   for those kill sce -- scenarios?


Page 255:07 to 255:16

00255:07        A.  At the time, I was not aware of any of

```
08    that, but in prep -- preparing for this
09    deposition, it appears that he considered flow
10    rate in his -- in his presentations on the
11    dynamic kill.
12        Q.  (By Mr. Leopold) And you did receive
13    E-mails from him showing flow rate analysis,
14    correct?
15        A.  It appears that I received E-mails that
16    reference flow rate.
```

Page 255:25 to 256:02

```
00255:25        Q.  Okay.  But there were flow rate numbers
00256:01    listed for the Macondo Well, correct?
     02        A.  Correct.
```

Page 256:05 to 257:10

```
00256:05    (Exhibit No. 9948 marked.)
     06        Q.  (By Mr. Leopold) Let's mark this as the
     07    next exhibit.  Okay.  What number is that?
     08        A.  9948.
     09        Q.  And this is an E-mail from Bill Burch
     10    again, dated 7/8/2010, to you and other
     11    recipients.  Do you see that?
     12        A.  I do.
     13        Q.  Okay.  And Ole Rygg is of those
     14    recipients, yes?  It's in the first line.
     15        A.  Yep.
     16        Q.  Okay.  Do -- what -- do you know what
     17    this E-mail list represents?  Members of the --
     18    was it Members of a Team?
     19        A.  (Reviewing document.)  It appears to be
     20    people related to the -- the various Members --
     21    Kill Team components.
     22        Q.  Dynamic kill for well intercept; is that
     23    right?
     24        A.  Yes.
     25        Q.  Okay.  Do you -- do you recall this
00257:01    E-mail?
     02        A.  Yes, I do.
     03        Q.  Okay.  And The "Subject" is "Dual Relief
     04    Well Strategy (Due by Noon)."
     05            Do you see that?
     06        A.  Yes.
     07        Q.  All right.  And can -- what were the
     08    circumstances of -- of Mr. Burch sending this
     09    well kill timing document that's attached to this
     10    E-mail?
```

Page 258:06 to 258:16

```
00258:06    Well, first of all, tell -- did -- have
```

```
07   you ever seen this document which is the
08   attachment to this E-mail?
09        A.  Yeah, I -- I don't recall looking at this
10   document at the time of my involvement, but we --
11   I did review this to prepare for this deposition.
12        Q.  And you made comments on this document,
13   didn't you?
14        A.  I made comments to Bill Burch.
15        Q.  Okay.  What aspect of the document did
16   you comment on?
```

Page 258:18 to 260:02

```
00258:18      A.  I don't know that I commented on the
19   document itself.  I recall Bill Burch discussing
20   his Proposal, or his desire or his
21   recommendation, I should say.  He discussed it
22   with me, and I remember agreeing with him, and I
23   offered some reasons that would support his
24   argument.
25        Q.  (By Mr. Leopold) Okay.  Well, I -- we're
00259:01  going to look at another exhibit, but for -- for
02   now, would you go ahead and read that first
03   highlighted paragraph into the record.
04        A.  The entire --
05        Q.  Well --
06        A.  -- entire --
07        Q.  If you could actually --
08        A.  -- paragraph?
09        Q.  -- read -- read the title of the
10   document.
11        A.  "Well" -- the title is:  "Well Kill
12   Timing."
13        Q.  Okay.  And then read the -- the first
14   highlighted paragraph there.
15        A.  The entire paragraph or just the
16   highlight?
17        Q.  Just the highlight.
18        A.  "And the delay does not come cheaply
19   either.  It will be at the expense of the
20   environment.  Without 100 percent containment,
21   there may be as much as 40,000 BOPD currently
22   bypassing the Top Hat No. 4 or another 1,200,000
23   BOPD to the GoM."
24        Q.  Okay.  Would -- would you characterize
25   this as another instance of you receiving
00260:01  information about the flow rate from Macondo
02   Well?
```

Page 260:06 to 260:09

```
00260:06      A.  -- it appears that flow rate is
07   referenced in this document.
08        Q.  (By Mr. Leopold) And you reviewed this
```

```
      09    document, right?
```

Page 260:11 to 260:13

```
00260:11        A.  I don't recall reviewing this document.
      12        Q.  (By Mr. Leopold) Well, you made comments
      13    on it to Bill Burch, right?
```

Page 260:15 to 261:02

```
00260:15        A.  I gave comments to Bill, but that nec --
      16    weren't necessarily comments on this document.
      17        Q.  (By Mr. Leopold) Did you read it?
      18        A.  I don't recall reading this document.
      19        Q.  Okay.  Do you recall being in a
      20    discussion where Mr. Burch said, "There's an
      21    estimated 40,000 barrels per day of flow into the
      22    Gulf of Mexico"?
      23        A.  I do not.
      24        Q.  And do you -- do you recall him saying
      25    anything about depletion -- calculating depletion
00261:01    based on the 40,000 barrels per day?
      02        A.  I do not.
```

Page 261:11 to 261:19

```
00261:11        Q.  (By Mr. Leopold) Go ahead and turn to
      12    Tab 25.
      13        A.  Okay.
      14        Q.  And this has previously been marked 2650,
      15    right?
      16        A.  Yes.
      17        Q.  And this is an -- an E-mail in response
      18    to Mr. Burch's E-mail we just looked at, right?
      19        A.  Yes.
```

Page 261:21 to 263:25

```
00261:21        Q.  (By Mr. Leopold) And it's -- it's your --
      22    your response to Bill dated July 8th, 2010?
      23        A.  Yes.
      24        Q.  Okay.  Are these your comments that you
      25    made to Bill that you were referencing earlier?
00262:01        A.  Yes.
      02        Q.  Okay.  And -- and what -- why did you
      03    make the comments to -- to him?
      04        A.  I agree with his recommendation, and --
      05    and he asked me -- he solicited the -- my input
      06    in the E-mail, and I was able to respond just
      07    because I already knew -- I already had totally
      08    agreed with what he said.
      09        Q.  What was the issue that Bill Burch was
      10    raising in the --
```

```
11        A.  I believe he wanted to continue to drill
12   the -- he wanted BP to continue to drill the
13   relief well as fast as possible, without waiting
14   on the -- on the other relief well.  And I --
15        Q.  Did you agree with that recommendation?
16        A.  I did agree with that recommendation.
17        Q.  What were your reasons for agreeing with
18   it?
19        A.  The reasons stated here.  One was it was
20   a chance to learn about the shale stability at
21   intercept, so that if there were shale stability
22   problems on the -- on the first intercept, then
23   the second relief well could be adjusted on the
24   intercept point to account -- account for those
25   problems.  So that looked to me, as an intercept
00263:01   person, was a -- a good lesson to learn.
02        The other point was that there -- if
03   there were still a live annulus, and the first
04   relief well drilled into it, then that relief
05   well would take time to control the -- the live
06   annulus.  And then the second relief well could
07   then be adjusted to possibly intercept the inside
08   of the -- the flowing well.
09        Q.  Okay.  Did -- did you ever consider the
10   amount of hydrocarbon flowing into the Gulf of
11   Mexico and its impact on the environment as a
12   factor?
13        A.  Let me -- let me read what I say here.
14   (Reviewing document.)
15        In a general sense, getting the -- the
16   relief well drilled as fast as possible would be
17   favorable as far as reducing the oil coming out
18   of -- out of the well.
19        Q.  Okay.  So you thought it would be the
20   quickest way to kill the well?
21        A.  That's -- that's the big reason, yeah.
22        Q.  Right.  But, again, the -- the flow rate
23   estimates that Mr. Burch is making had no impact
24   for the work that you were doing; is that right?
25        A.  That's correct.
```

Page 264:14 to 265:11

```
00264:14        Q.  All right.  Let's go to Tab 26.  This is
15   previously marked 2651.  It's -- it's from Peggy
16   Stautberg to you, dated July 8th, 2010.  And
17   it's -- it says:  "Updated signature page."  And
18   is it's got an attachment:  "...Evaluation of
19   Bottomhole Assembly Component Failure Risk Due to
20   Hydraulic Load Encountered During Mud Losses at
21   Target Well Intercept MC252#3 Rev
22   0-signatures.doc," right?
23        A.  Yes.
24        Q.  Okay.  So take a look at the next page,
25   which is the attachment to this E-mail.  Do you
```

```
00265:01    recall participating in developing this document?
      02        A.  Yes, I do.
      03        Q.  Okay.  It has your name as a Reviewer on
      04    the third -- the second page of it, right?
      05        A.  Sorry, where is that?
      06        Q.  Where it says:  "Document Sign Off"?
      07        A.  "Document Sign Off."  Yes.
      08        Q.  Okay.  And well -- now, I think you
      09    referenced this earlier, that you had -- you'd
      10    been tasked by someone to evaluate the hydraulics
      11    of the bottomhole assembly.  Is that right?
```

Page 265:13 to 265:17

```
00265:13        A.  Yeah.  More specifically one of the
      14    HAZID -- one of the Action Items identity --
      15    identified in one of the HAZIDs was to evaluate
      16    the risk of failure of the bottomhole assembly
      17    component resulting from this intercept.
```

Page 265:20 to 267:16

```
00265:20        Q.  So in -- in layman's terms, can -- can
      21    you -- can you explain that, what that means in
      22    layman's terms?
      23        A.  In layman's terms, if -- if the relief
      24    well drills into the well that's blowing, and the
      25    pressure in the relief well is very low, there
00266:01    could be a very large loss of fluid from the
      02    drilling relief well that could -- that would
      03    speculate in the HAZID, could create pressure
      04    surges or differentials across this -- this
      05    bottomhole assembly component.  And so because
      06    the dynamic kill people wanted to have that PWD
      07    tool in there and working, it was my job to
      08    follow up on the HAZID Action Item and talk to
      09    the vendors, and -- and gather their input to see
      10    what the loads and stresses on that downhole tool
      11    could be during the -- an intercept.
      12        Q.  Okay.  And do I understand it was
      13    anticipated that the -- the blowing out well
      14    pressure would be much lower than the -- the
      15    relief well; is that right?
      16        A.  If it were much lower, it's -- it -- it
      17    was -- it's assumed that it could be, and in that
      18    circumstance, the -- these loads might hurt this
      19    tool, so --
      20        Q.  Okay.  What was that assumption based on?
      21        A.  It's -- it's just a po -- a possibility
      22    that -- that -- that the loads would be low -- or
      23    that the pressures would be lower than -- than
      24    the heavy mud that would be used in the relief
      25    well.
00267:01        Q.  Okay.  I want to turn your attention to
```

```
02    the next page, No. 2, "Operating Assumptions."
03         A.  Okay.
04         Q.  It says:  "The bit drills into the
05    flowing well at plus or minus 17,150 feet TVD."
06         A.  Okay.
07         Q.  "The flowing well pressure at the
08    intercept (for annulus flow) is plus or minus
09    26,000 psi lower than the equivalent circulating
10    density...at the bit.  Thus, rapid lost" or --
11    "circulation occurs at intercept."
12             Do you see that?
13         A.  Yes, I do.
14         Q.  My question is:  How -- how was it
15    determined that flowing well pressure would be
16    2600 psi lower than the ECD of the relief well?
```

Page 267:18 to 267:19

```
00267:18     A.  I don't recall where that number came
     19    from.
```

Page 268:12 to 268:16

```
00268:12     Q.  Wasn't knowing what the flowing well
     13    pressure that would be encountered when you
     14    intercepted the Macondo an important piece of
     15    information for whether or not these drill string
     16    components would fail when you intercepted?
```

Page 268:18 to 268:25

```
00268:18     A.  Yeah, I don't recall where the pressure
     19    came from.  But knowing that -- that the
     20    pressures would be low and that the shock loads
     21    could occur, it was the key area of focus.
     22         Q.  (By Mr. Leopold) Okay.  But I mean, at
     23    some -- somebody somewhere decided it was going
     24    to be significantly lower than the relief well,
     25    right?
```

Page 269:03 to 269:13

```
00269:03     A.  Yeah.  The -- the premise is, is that
     04    there would be a lower pressure in -- in a
     05    flowing well full of hydrocarbons versus a -- a
     06    well full of whatever heav -- heavy mud.  Exactly
     07    how much the pressure differential is, I don't --
     08    I don't recall how that number was come up with
     09    or -- or whether there was a real accurate
     10    assessment as to what that number could be.
     11         Q.  (By Mr. Leopold) Well, I mean, they put
     12    a -- a number on the psi, didn't they, in this
     13    document?
```

Page 269:15 to 269:19

```
00269:15      A.  There's a number in here that -- that
      16  relates to psi.
      17      Q.  (By Mr. Leopold) Do you -- is that
      18  unreasonable based on the fact that you helped
      19  draft this?
```

Page 269:21 to 270:01

```
00269:21      A.  Yeah, I don't know if it's unreasonable
      22  or not.
      23      Q.  (By Mr. Leopold) So you have no way of
      24  assessing whether 2600 psi pressure differential
      25  between the relief well and the flowing well
00270:01  was -- was reasonable?
```

Page 270:03 to 270:06

```
00270:03      A.  I don't recall where that number came
      04  from.
      05      Q.  (By Mr. Leopold) Would it have come from
      06  the flow rate modelers?
```

Page 270:08 to 270:10

```
00270:08      A.  I -- I can't speculate on that.
      09      Q.  (By Mr. Leopold) Wild Well Control?
      10      A.  I can't --
```

Page 270:12 to 270:12

```
00270:12      A.  -- speculate on that.
```

Page 271:05 to 271:21

```
00271:05      Q.  (By Mr. Leopold) Okay.  And, finally,
      06  Paragraph 4, "Mitigation of Risks."  Do you see
      07  that?
      08      A.  Yes, I do.
      09      Q.  And the last para -- paragraph says:
      10  "The risk of realizing worst case differential
      11  pressures at the bottomhole assembly can be
      12  mitigated by maintaining continuous pumping down
      13  both drill string and annulus when intercept with
      14  the target well occurs.  The current operational
      15  plans are set up to do this."
      16          Did you write that paragraph?
      17      A.  I don't recall exactly what I wrote in
      18  here.
      19      Q.  Okay.  Did you help come up with that
```

```
    20    mitigation plan?
    21        A.  Yes.
```

Page 272:24 to 273:04

```
00272:24        Q.  Okay.  I'm Andrew Lemmon on behalf of the
      25    PSC, and it's my turn to ask questions.
00273:01            When you started on the relief efforts on
      02    May 2nd, what information did you have about what
      03    the options were?
      04        A.  "Options," can --
```

Page 273:06 to 273:13

```
00273:06        Q.  (By Mr. Lemmon) The response options.
      07        A.  At that time, we had heard from BP,
      08    generally, that they had relief well plans going
      09    and top -- were considering top kill plans.
      10        Q.  So at that point, to your knowledge, the
      11    only options under consideration were relief
      12    well, and they were be -- beginning to consider
      13    top kill?
```

Page 273:15 to 275:20

```
00273:15        A.  The -- the fee -- the feedback we got was
      16    relief wells, and they were considering top kill
      17    options.
      18        Q.  (By Mr. Lemmon) And what was the source
      19    of your information?
      20        A.  There was a con -- there were two
      21    conference calls with BP Representatives prior to
      22    my arriving at the BP office.
      23        Q.  Who were those people?
      24        A.  The BP personnel was Mark Hafle.
      25        Q.  And who else was on the conference calls?
00274:01        A.  On the Anadarko side -- I don't -- I
      02    don't know if there were any other.  There --
      03    there appeared to be no other than him on the BP
      04    side, and on the Anadarko side, there were six or
      05    seven different people in the room listening.  I
      06    don't recall all the names.
      07        Q.  Okay.  And what did Mark Hafle tell you?
      08        A.  He gave us an update on -- on what they
      09    were -- what they -- what he thought was
      10    happening.
      11            And in response to your other question,
      12    he mentioned -- he talked about the relief well
      13    plans being started, and then he also clarified
      14    that they were also conducting top kill, or
      15    preparing or considering top kill options.
      16        Q.  Did you have an appreciation for whether
      17    or not they were considering any other options?
```

```
       18       A.  At that point?
       19       Q.  Correct.
       20       A.  No.
       21       Q.  "No," you didn't --
       22       A.  No.  No, I --
       23       Q.  -- have an appreciation or "No," they
       24  weren't?
       25       A.  I -- I didn't hear any consideration for
00275:01  other options, other than what I just told you.
       02       Q.  When was the first time that you heard of
       03  other options being considered?
       04       A.  I don't remember exact dates, but at --
       05  at some point -- some point in May, there was
       06  a -- a Town Hall Meeting where some capping stack
       07  options were presented to the Top Kill Team, just
       08  as a -- as a passing on information that these
       09  are some of the other options that -- that BP was
       10  considering.
       11       Q.  Okay.  And was that information passed on
       12  to you, also, by Mark Hafle?
       13       A.  No.
       14       Q.  Who passed that information to you?
       15       A.  It was a BP -- they called it a Town Hall
       16  Meeting.  I don't remember who came in to make
       17  the presentation, but the -- the Top Kill Team
       18  was in the room, and -- and someone walked
       19  through the different options that were being
       20  considered.
```

Page 276:16 to 276:20

```
00276:16       Q.  I know you mentioned earlier that there
       17  were a couple of sources of information would
       18  have been E-mails and telephone conversations.
       19  Were you aware of a strict communication policy
       20  at BP --
```

Page 276:22 to 277:18

```
00276:22       Q.  (By Mr. Lemmon) -- or within -- within
       23  BP?
       24       A.  The only restriction that I can recall
       25  was before I -- I got there.  I think Mark Hafle,
00277:01  in our E-mail exchange, there was -- there was a
       02  very early reference stating that any
       03  correspondence from Anadarko would have to go
       04  through a certain BP person, but that was all
       05  before I even arrived at BP's office.
       06       Q.  Okay.  And I'll ask you to turn to Tab 1.
       07            MR. LEMMON:  And we'll mark that as
       08  whatever the next exhibit number is.
       09            THE WITNESS:  9949.
       10            (Exhibit No. 9949 marked.)
       11       Q.  (By Mr. Lemmon) And is -- is this the
```

```
      12    E-mail you're --
      13         A.  Yes, it is.
      14         Q.  -- thinking of?
      15         A.  Yes, it is.
      16         Q.  And so once you arrived at BP, there was
      17    less stringent of a communication policy, as far
      18    as you were concerned?
```

Page 277:20 to 277:24

```
00277:20         A.  I don't recall any communication policy.
      21         Q.  (By Mr. Lemmon) So this is the only
      22    restriction to communication that you're aware
      23    of, was prior to your arrival on May the 2nd?
      24         A.  That's the only one I recall, yes.
```

Page 278:19 to 279:03

```
00278:19         Q.  Be -- before we go beyond that, was there
      20    any discussion early on that the burst disk had
      21    ruptured already?
      22         A.  No.
      23         Q.  And as far as you know -- and there's a
      24    number of documents that we've looked at today
      25    already where you talked about the burst diks --
00279:01    disk rupturing as a possible consequence of the
      02    top kill, right?
      03         A.  Yes.
```

Page 279:19 to 280:07

```
00279:19    MR. LEMMON:
      20          (Requested portion was displayed and read
      21    back by Mr. Lemmon from the realtime screen as
      22    follows:
      23          "QUESTION:  And as far as you know -- and
      24    there are a number of documents that we've looked
      25    at today already where you talked about the burst
00280:01    disk rupturing as a possible -- possible
      02    consequence of the top kill?
      03          "And so as far as you're concerned, you
      04    have always been of the understanding that the
      05    burst disk did not rupture either prior to or
      06    during the top kill?")
      07         A.  And so --
```

Page 280:10 to 280:22

```
00280:10         A.  Okay.  Yeah.  So I was -- I did not know
      11    for sure that the burst disk had not ruptured
      12    during that -- during that time period.
      13         Q.  (By Mr. Lemmon) Were you operating under
      14    an assumption that they had not?
```

```
15      A.  Many of the plans assumed that they had
16  not, but it was acknowledged that it's possible
17  that they -- that they might have already failed.
18      Q.  Would -- wouldn't that have been
19  something that you would have wanted to -- or BP
20  would have wanted to look into further prior to
21  advancing the plans?
22      A.  But BP --
```

Page 280:24 to 281:03

```
00280:24      A.  BP was the one that brought that up to
     25  me.
00281:01      Q.  (By Mr. Lemmon) Brought what up to you?
     02      A.  The -- the possibility that the burst
     03  disks had already failed.
```

Page 281:07 to 281:15

```
00281:07      Q.  When would they have -- I asked that
     08  question poorly.
     09          When were they suggesting to you that
     10  they had failed, not the time that they made
     11  the --
     12      A.  Oh, yes.
     13      Q.  -- suggestion, but when would they have
     14  failed?
     15      A.  Possibly during the initial blowout.
```

Page 281:21 to 281:24

```
00281:21      Q.  (By Mr. Lemmon) What did BP do to make a
     22  determination of whether or not the disk had
     23  failed during the blowout?
     24      A.  I --
```

Page 282:01 to 283:05

```
00282:01      A.  I don't know how they determined it, but
     02  I heard it from their casing expert.
     03      Q.  (By Mr. Lemmon) You heard what from their
     04  casing expert?
     05      A.  That -- that -- that he -- he said that
     06  it was possible that the burst disk may have
     07  already failed.
     08      Q.  Turn to Tab 25, and mark that as the next
     09  exhibit, please.
     10          (Exhibit No. 9950 marked.)
     11      A.  9950.
     12      Q.  (By Mr. Lemmon) On the -- on the second
     13  page of that document, on the second-to-last
     14  paragraph, will you read that paragraph out loud.
     15      A.  "Burst disks are still a worry, but they
```

```
16    have done some more testing and determined a
17    higher rating than first thought" -- excuse me --
18    "The RIT will be disengaged when we begin
19    diagnostic pumping into the BOP and riser."
20         Q.  So what did -- this is an E-mail that you
21    wrote, correct?
22         A.  That's correct.
23         Q.  And what do you mean in -- in saying that
24    the "burst disks are still a worry"?
25         A.  The burst disks -- again, from very early
00283:01  on -- were identified by Mark Hafle as a
02    potential risk and --
03         Q.  This is them blowing out during top kill
04    is what you're saying, correct?  I'm sorry to
05    interrupt you.
```

Page 283:07 to 283:24

```
00283:07       A.  Yeah.  So the burst disks were
08    initially -- in one of our first phone calls
09    before I got there, Mark Hafle identified that
10    they were in there and that need -- they needed
11    to be thought of.  So I think the -- the burst
12    disks were identified as a risk during the cop --
13    during all of the top kill planning.
14            So that's what this means.
15         Q.  So as of May 20th, you're -- it seems
16    that you're operating under an assumption that
17    the burst deal -- disks were still intact at that
18    point?
19         A.  The idea here is, is that it -- that if
20    they are intact, we still need to worry about
21    them during the top kill, but we -- but it's not
22    for sure that they're still intact.
23         Q.  And if they were not still intact, how
24    would that affect top kill?
```

Page 284:01 to 284:08

```
00284:01       A.  I believe some of the top kill plans, you
02    know, whether -- whether the disks were failed
03    before or after the top kill, some of the top
04    kill plans contemplated that they might fail, and
05    that continuous mud pumping could be conducted
06    to -- to mitigate any problems with the disks,
07    assuming that the well were -- were killed on the
08    top kill.
```

Page 285:10 to 286:10

```
00285:10       Q.  (By Mr. Lemmon) Have you seen any
11    documentation saying that the burst -- strike
12    that.
```

```
        13          In your prior testimony, Mr. Fineman was
        14   asking you about the burst disk, and you said
        15   that "...the presence of the burst disks" --
        16   disk -- "presented great challenges in conducting
        17   any of the top kill."
        18          And his question then was:  "Why was
        19   that?  Sorry for the interruption.
        20          ANSWER:  "The burst disks were identified
        21   very early on as a potential point of failure,
        22   that if...it failed during a top kill, could
        23   create some serious problems."
        24          And my question is:  What serious
        25   problems are you talking about?
00286:01       A.  The serious problems are that the -- if
        02   the well were flowing on the annulus, then the
        03   well could then flow out through the burst disks,
        04   the flow could go out through the burst disk
        05   causing a shallow underground blowout, and then
        06   possibly broach to the mud line, and create a --
        07   a -- make the problem worse.
        08       Q.  So how was this serious problem
        09   incorporated into the thinking if the burst disk
        10   had already burst?
```

Page 286:12 to 286:18

```
00286:12       A.  All of the planning that -- that we put
        13   together, that the Team put together was built on
        14   the premise that the burst disks had not failed,
        15   so that we were -- the Team was not going to --
        16   the Team would have mitigations in place to avoid
        17   putting loads on those burst disks, assuming that
        18   they had not already failed.
```

Page 287:05 to 287:16

```
00287:05       Q.  Do you recall that being something that
        06   was considered?
        07       A.  Again, to say -- the -- the idea that if
        08   the burst disks failed during the -- after the
        09   kill, there was a contingency to continue pumping
        10   mud in the well to make sure that mud was going
        11   down and out the burst disks.  So that was
        12   contemplated.
        13          But I think if you're asking if the burst
        14   disks had already failed prior to the top kill, I
        15   don't recall that being identified as a --
        16   something that contingencies were built for.
```

Page 288:07 to 288:15

```
00288:07       Q.  I'll ask you to take a look at Tab 19 and
        08   mark it as the next exhibit.
```

```
09            (Exhibit No. 9951 marked.)
10        A.  9951.
11        Q.  (By Mr. Lemmon) And is -- do you recall
12    this E-mail exchange with Vic Estes?
13        A.  I do.
14        Q.  Can you describe for us what exactly this
15    is about?
```

Page 288:17 to 288:19

```
00288:17        A.  Let me read it.  (Reviewing document.)
18    Vic is asking:  "Why isn't the next step to put
19    another BOP on top of the current BOP?"
```

Page 288:24 to 289:11

```
00288:24        Q.  (By Mr. Lemmon) The next step after what?
25    He says, "Why isn't the next step..."
00289:01            "The next step after what" is my
02    question?
03        A.  I -- I don't know what he meant by that.
04        Q.  What were the -- what were the dates of
05    the top kill?
06        A.  May 26th through 28th or 29th.
07        Q.  And so this E-mail is on June 1st?
08        A.  Yes.
09        Q.  Does that refresh your recollection that
10    he may have been talking the next step after the
11    attempted top kill?
```

Page 289:13 to 289:22

```
00289:13        A.  I -- I -- I can't speculate on what his
14    exact meaning was.
15        Q.  (By Mr. Lemmon) Okay.  Well, you
16    responded:  "I have" -- "I have not been involved
17    in those discussions, though I heard there was a
18    lot of debate on it.  I better not speculate on
19    the reasons since all documents will be subject
20    to public scrutiny."
21            Did I read that correctly?
22        A.  You did.
```

Page 290:01 to 290:13

```
00290:01        Q.  (By Mr. Lemmon) And what was there a lot
02    of debate on, and -- and among who?
03        A.  I -- I don't know among who.  In general,
04    this means the debate about whether -- whether to
05    put the B -- the BOP on early versus trying the
06    top kill type approach.
07        Q.  Okay.  And so now by this time the top
08    kill has already failed.  Was there consideration
```

```
09    at this point in -- June 1st of 2010 to try top
10    kill again?
11        A.  I don't recall when the exact date of
12    when the top kill was exact -- was totally
13    finished, I don't recall the exact date.
```

Page 290:25 to 291:04

```
00290:25      Q.  And what was the debate, not the subject
00291:01  matter, but what was the debate -- what was the
02    substance of the debate back and forth as to
03    whether or not to put the BOP-on-BOP prior to top
04    kill?
```

Page 291:06 to 292:01

```
00291:06      A.  I don't know the details of the debate.
07    I know there were capping stack options, as I
08    testified earlier, and BOP options, and -- and
09    I -- I heard people were considering it, but I --
10    I don't recall.  I wasn't exposed to any of the
11    details.
12        Q.  (By Mr. Lemmon) Was there -- was the
13    capping stack -- stack option that you talked
14    about earlier at or around this June 1st
15    timeframe?
16        A.  My limited exposure to the capping stack
17    options, there were three of them, and all three
18    were still being developed at the Town -- as of
19    the Town Hall Meeting, and I don't -- I don't
20    know at what point those options were ever
21    finalized and finally ready for deployment.
22        Q.  Prior to the Town Hall Meeting, they had
23    not been developed, correct?
24        A.  My understanding -- they were being
25    developed, but not -- not ready, was my
00292:01  understanding from the meeting.
```

Page 292:14 to 292:25

```
00292:14      Q.  (By Mr. Lemmon) And can you think of
15    times that they didn't provide you with the
16    information you asked for?
17        A.  At one point, I asked to gain or to look
18    at the pumping pressure data for the hydrostatic
19    kill, and BP declined to give me that data.
20        Q.  Did they give you a reason?
21        A.  I don't recall a reason.
22        Q.  All right.  Do you recall whether they
23    gave you a reason?
24        A.  I -- I don't recall that they even gave
25    me a reason.
```

Page 293:25 to 293:25

00293:25  (Exhibit No. 9952 marked.)

Page 297:01 to 297:21

00297:01       Q.  Look at Tab 13.
      02            (Exhibit No. 9953 marked.)
      03       A.  9953.
      04       Q.  (By Mr. Lemmon) On the last page of that
      05  exhibit, which is listed as Page 6 of 5.
      06            (Laughter.)
      07       Q.  (By Mr. Lemmon) On the bottom it says:
      08  "Burst Disk" rupture as one of the Risks.  Well,
      09  first off, I guess you should tell me what this
      10  document is.
      11       A.  M-h'm.  This is a -- a Technical File
      12  Note that was put together by its -- a Team that
      13  I was on related to identifying risks of
      14  cementing after the top kill, assuming that the
      15  well had already been killed.
      16       Q.  And it -- it lists the probability of a
      17  burst disk rupture as being there -- as being
      18  low?
      19       A.  It's got "L."
      20       Q.  You know what "L" stands for?
      21       A.  Which could mean "low."

Page 298:16 to 298:16

00298:16  (Exhibit No. 9954 marked.)

Page 301:24 to 301:24

00301:24  (Exhibit No. 9955 marked.)

Page 306:21 to 306:24

00306:21       Q.  Okay.  Well, we'll get into actually what
      22  it is.  It's actually the Web site for Helix Well
      23  Containment Group.  Can you explain what the
      24  Helix Well Containment Group is?

Page 307:03 to 307:07

00307:03       A.  The Helix Well Containment Group is a
      04  consortium of 24, plus or minus, companies that
      05  have put together well containment plans that
      06  will met BSEE requirements to be able to contain
      07  a well if -- if a blowout event were to occur.

Page 310:13 to 312:09

```
00310:13        Q.  (By Mr. Maze) Mr. Quitzau, when --
      14   Quitzau, when did you first meet with the Helix
      15   Group, or how did you become involved with the
      16   Helix Group?
      17        A.  Anadarko and some other Operators saw the
      18   need to have containment equipment prepared; so
      19   Anadarko and some of the other companies, such as
      20   Noble, began talking about working with a rig
      21   contractor to build a capping stack.  And that --
      22   that effort grew, and then gradually there was
      23   a -- I understand that Anadarko and others got
      24   other Operators involved, and eventually it -- it
      25   grew into the Helix Well Containment Group.
00311:01        Q.  Now, when did those dis -- those talks
      02   start talk about the need?
      03        A.  There were talks about revamping all
      04   practices when I re -- by the time I had returned
      05   from -- from BP -- you know, kind of like
      06   October, December time frame -- those talks were
      07   underway.
      08        Q.  And who was the rig contractor that
      09   ultimately built the capping stack?
      10        A.  The rig contractor that I mentioned ended
      11   up not using -- we -- we did not -- or the Helix
      12   Group did not use that capping stack.  That --
      13   that effort fell through.
      14             The -- there were actually two capping
      15   stacks.  There was one that was going to be
      16   provided by Helix Company, and then the -- the
      17   Ensco rig contractor was building a -- another,
      18   more sophisticated capping stack, but that fell
      19   through.  And then ultimately the Helix -- the
      20   HWCG had a capping stack built by Trendsetter.
      21        Q.  Trendsetter.  Okay.
      22             And am I correct in saying that the Helix
      23   Group actually has two capping stacks available
      24   now?
      25        A.  That is correct.
00312:01        Q.  And both were built by Trendsetter?
      02        A.  The -- the second stack I referenced was
      03   built by Trendsetter, and the first one was an
      04   existing Hel -- existing Helix equipment that was
      05   built into a capping stack.
      06        Q.  And that "existing," do you mean by
      07   existing like preMacondo existing?
      08        A.  I don't know when the components were
      09   manufactured.
```

Page 312:14 to 313:01

```
00312:14        Q.  Sure.  Do you know how much the
      15   Trendsetting -- or the Trendsetter capping stack
      16   cost?
```

```
17        A.  I don't know the exact amount.
18        Q.  Can you give an estimate?
19        A.  Plus or minus $15 million.
20        Q.  Who paid for it?
21        A.  The Consortium paid for it.
22        Q.  So how many members are in the
23   Consortium?
24        A.  I don't know the current number, but the
25   number was 24 for some time there, and it may
00313:01   still be that.
```

Page 313:05 to 314:02

```
00313:05        Q.  Now, the picture I showed you earlier,
06   the best I could tell was that was taken on March
07   31, 2011, at what the -- the well -- the website
08   called a -- let's see if I can remember -- well,
09   just strike that.
10            Has the Helix Group ever had sort of
11   working group meetings, sort of implementing the
12   plan?
13        A.  There have been many meetings to help put
14   the whole system together.
15        Q.  Well, describe to me what you were doing
16   in that meeting that we saw with the picture of
17   you in it.
18        A.  That wasn't a meeting, per se.  I recall
19   that that was a drill, whereby the Helix members
20   all came together to simulate a response and work
21   through all of the processes in a response.
22        Q.  And how did that go?
23            MS. WILMS:  Object to form.
24        A.  It -- it seemed like it went well.
25        Q.  (By Mr. Maze) Do you think if a blowout
00314:01   were to happen today, the Helix Group would be
02   able to respond to it?
```

Page 314:04 to 314:19

```
00314:04        A.  Yes, I do.
05        Q.  (By Mr. Maze) Do you know if BP is a
06   Member of the Helix Group?
07        A.  I understand that they're not.
08        Q.  Okay.  Do you -- so strike that.
09            Do you agree that the Helix Well
10   Containment Plan will work up to 10,000 feet
11   underwater?
12        A.  I believe that's correct.
13        Q.  And up to 15,000 psi for pressure?
14        A.  One of the stacks can go up to 15,000
15   psi.
16        Q.  And the plan also allows for the
17   containment of 55,000 barrels per day?
18        A.  I don't know the exact number, but that
```

```
     19    sounds close.
```

Page 314:21 to 314:21

```
00314:21  Explain to me how the Helix Plan works.
```

Page 314:23 to 315:11

```
00314:23       A.  The Helix Plan has an inventory of
       24    equipment that can be used in containment, and it
       25    also has a -- a set of procedures that can be
00315:01    referenced and are approved by BSEE, the
       02    Government -- you know, the Government body that
       03    approves our well permits.
       04         So if an incident were to occur, the
       05    Helix Group would mobilize the required equipment
       06    and -- as well as Human Resources from the
       07    various contributing companies would come
       08    together to assist in conducting relief
       09    operations.
       10       Q.  (By Mr. Maze) Have you actually simulated
       11    one of these operations yet in the Helix Group?
```

Page 315:13 to 315:23

```
00315:13       A.  There have been several drills from the
       14    from the -- from the various Helix Member Group
       15    companies.
       16       Q.  (By Mr. Maze) And the equipment that you
       17    were discussing earlier, does it stand ready to
       18    be deployed at any time?
       19       A.  My understanding is that it is ready to
       20    be deployed.
       21       Q.  So this equipment is dedicated for relief
       22    efforts -- or excuse me, for Source Control
       23    efforts?
```

Page 315:25 to 316:03

```
00315:25       A.  That's correct.
00316:01       Q.  (By Mr. Maze) So if a spill were to
       02    happen, Helix would get a call at some point
       03    during that first day and would go into action?
```

Page 316:05 to 316:06

```
00316:05       A.  If the spill were by one of the Member
       06    companies, that's correct.
```

Page 316:25 to 318:02

```
00316:25       Q.  What other costs would there be?  For
```

```
00317:01    example, what other equipment would have to be
      02    purchased?
      03         A.  There are quite a bit of other equipment
      04    components.  There are connectors and various
      05    hoses and -- and connection points.  It's much
      06    more than just a capping stack.  There are flow
      07    back systems, vessels that can process the
      08    oil that -- that could be taken up, Top Hats.  So
      09    it's quite a -- quite a long list of different
      10    equipment besides just the -- the capping stack.
      11         Q.  My understanding is, is that the Q4000
      12    would be used to take the capping stack out to
      13    the well; is that right?
      14         A.  The capping stack deployment plans, the
      15    primary plan would be to take the capping stack
      16    out and deploy it off of a -- a workboat, or
      17    an --
      18         Q.  M-h'm.
      19         A.  -- anchor handler, or some sort -- sort
      20    of multiservice vessel.
      21         Q.  Do you --
      22         A.  It could -- it could be also deployed by
      23    the Q4000.
      24         Q.  Okay.  Do you have any estimate, or does
      25    the Helix have an estimate, as to how long it
00318:01    would take to get the capping stack to a well
      02    site?
```

Page 318:04 to 318:18

```
00318:04         A.  There -- there are timelines, and I -- I
      05    don't have the exact number on the top of my
      06    head.
      07         Q.  (By Mr. Maze) Can you give me an
      08    estimate?
      09         A.  21 to 28 days.
      10         Q.  Okay.  And that's for -- to actually get
      11    the cap on -- from -- from shore to actually
      12    being on the floor --
      13         A.  Full --
      14         Q.  -- bolted in?
      15         A.  Yeah.  Full process, those are the --
      16    that's the range of days, you know, from -- from
      17    the notification to the time the cap would be
      18    deployed, that's correct.
```

Page 318:21 to 319:10

```
00318:21         Q.  (By Mr. Maze) And this is -- Helix Group
      22    is solely for the Gulf of Mexico; is that right?
      23         A.  That's correct.
      24         Q.  Anadarko is also a Member of something
      25    called the Marine Well Containment Group -- or
00319:01    at -- Marine Well Containment, and I forget what
```

```
02    the other C is, but it's MWCC.  Is that right?
03        A.  Correct.
04        Q.  Do you know what the actual acronym
05    stands for?
06        A.  Marine Well Containment Company.
07        Q.  Okay.  And both Anadarko and BP are
08    Members of that?
09        A.  That's correct.
10        Q.  Explain the differences between the two.
```

Page 319:12 to 319:16

```
00319:12      A.  They seem quite similar to me.  There are
13    some slight differences in the way the plans are
14    put together, but fundamentally, both -- both
15    provide procedures and capping stacks and
16    associated equipment.
```

Page 319:18 to 319:21

```
00319:18      A.  I -- I would say the MWCC Group has a --
19    a wider range of surface drilling rigs or MODUs
20    that could handle processing, compared to the
21    Helix Group.
```

Page 320:04 to 320:08

```
00320:04      Q.  (By Mr. Maze) And I assume MWCC also has
05    pre-fabricated capping stacks ready to debloy --
06    deploy?
07        A.  They have at least one ready to deploy,
08    and others being prepared.
```

Page 321:04 to 321:09

```
00321:04      Q.  Tab 31 was previously introduced as
05    Exhibit 9573.  And it's a -- a short PowerPoint
06    Presentation by the Department of Homeland
07    Security and the Coast Guard.  If you want to
08    take about a minute just to flip through it real
09    quick, it's pretty short.
```

Page 321:12 to 321:20

```
00321:12      A.  Okay.
13        Q.  (By Mr. Maze) Does this refresh your
14    recollection as to -- to the drill that was
15    conducted by the MWCC?
16        A.  I recall the drill.  When you -- when you
17    asked did I attend, I -- I didn't know what you
18    meant by that.
19        Q.  Okay.
```

```
          20       A.  But I'm aware of the drill.
```

Page 322:22 to 323:05

```
00322:22       Q.  (By Mr. Maze) And the deployment was
      23  successful in the drill, correct?
      24       A.  Yes, it was.
      25       Q.  And it happened, according to the
00323:01  PowerPoint, within seven days; is that right?
      02       A.  You talking about the time of
      03  notification to the time of deployment?
      04       Q.  Right.
      05       A.  That's correct.
```

Page 323:18 to 324:12

```
00323:18       Q.  (By Mr. Maze) Okay.  Well, we'll go
      19  through that.  The -- the -- the slide that
      20  Counsel just pointed to you, and I'm going to
      21  read it.  It says: "Drill Details.  Mobilized
      22  SRCS to Walker Ridge 536 site
      23            "-Parking Pile.
      24            "-7,000 feet of water
      25            "-111 miles offshore
00324:01            "Estimated 10-14 days
      02            "Actual well capped at 4.77 days
      03            "Perfect weather
      04            "SRCS testing real-time."
      05       Did I read that correctly?
      06       A.  You did.
      07       Q.  So, according to the slide, it took a
      08  little over four days to actually cap the well?
      09       A.  Correct.
      10       Q.  Okay.  Does M -- MWCC have an estimate of
      11  how long it would take them to cap a well in an
      12  actual scenario?
```

Page 324:14 to 325:10

```
00324:14       A.  They have sort of generic timelines for
      15  various capping operations, and I -- I've seen
      16  those before, but I don't recall exact numbers of
      17  days that are in there.
      18       Q.  (By Mr. Maze) Do you have an estimate?
      19       A.  Similar to what Helix was, on the order
      20  of, you know, three to four weeks.
      21       Q.  Okay.  If you'll turn to the next page,
      22  I'm going to read the very last line.  The -- the
      23  title of the slide is "Lessons Learned."  The
      24  last bullet point is:  "Cap and Flow would take
      25  21" to 28 "days
00325:01            "Dependent on well bore integrity."
      02            Did I read that correctly?
```

```
03      A.  Yes.
04      Q.  And that's in line with your
05 understanding of what MWCC would believe would be
06 a normal response?
07      A.  This indicates the cap and flow case,
08 which would be different than what I just
09 described.  What I just described would be the
10 cap only case.
```

Page 326:17 to 326:20

```
00326:17      Q.  (By Mr. Maze) Can you think of anything
18 that would have prevented a capping stack like
19 the one that Trendsetter built from being built
20 before 2010?
```

Page 326:23 to 326:25

```
00326:23      A.  I can't think of anything.
24      Q.  (By Mr. Maze) Capping stacks have been
25 used for years in Source Control, haven't they?
```

Page 327:03 to 327:06

```
00327:03      A.  BOPs have, but to -- to say that -- that
04 a purpose built capping stack has been used for
05 years, I -- I don't know the answer to that
06 question.
```

Page 328:20 to 329:02

```
00328:20      Q.  (By Mr. Maze) All right.  If you can turn
21 to Tab 32 just real quick.  This has been
22 previously labeled as Exhibit 9574, and it's a
23 PowerPoint actually done by the MWCC, and it's
24 titled "MCWW Overview and Demonstration Results."
25 If you want to take two or three minutes just to
00329:01 look through the slides real quick, that's fine.
02      A.  (Reviewing document.)  Okay.
```

Page 329:12 to 329:13

```
00329:12      Q.  Okay.  Did you see anything in this
13 presentation that you would disagree with?
```

Page 329:24 to 329:25

```
00329:24      A.  I don't see anything that I would
25 disagree with.
```

Page 332:24 to 334:02

```
00332:24        Q.  Thank you, sir.
      25            I'm going to be -- try -- try to be very
00333:01   brief, not go over anything that's been
      02   previously asked of you, and hopefully we'll have
      03   you out of here quickly, at least with my
      04   questions.
      05            You began in the source control efforts
      06   at BP.  Did you -- did you go to Houston on May
      07   2nd?  Is that correct?
      08        A.  That's correct.  I live in Houston, and I
      09   went to the BP office --
      10        Q.  And that's Westlake 3, is that where it
      11   was?
      12        A.  Westlake 4 or 3.
      13        Q.  Okay.
      14        A.  I don't remember the exact number.
      15        Q.  When you arrived there on May 2nd, did BP
      16   provide you with any finished, complete procedure
      17   for any source control-related method?
      18        A.  No, they did not.
      19        Q.  Did they provide you with a completed
      20   procedure related to the riser insertion tube
      21   tool --
      22        A.  They --
      23        Q.  -- otherwise known as the RITT?
      24        A.  They did not.
      25        Q.  At that point in time, had they -- had
00334:01   that method of source control even been
      02   contemplated?
```

Page 334:04 to 334:07

```
00334:04        A.  I don't know.
      05        Q.  (By Mr. Kraus) Okay.  Did they provide
      06   you -- or did they have a completed procedure for
      07   the top hat?
```

Page 334:13 to 334:15

```
00334:13        A.  They did not.
      14        Q.  (By Mr. Kraus) Did they have a completed
      15   procedure related to the junk shot?
```

Page 334:17 to 334:20

```
00334:17        A.  They did not.
      18        Q.  (By Mr. Kraus) Did they have a completed
      19   procedure related to the cofferdam?
      20        A.  I don't know --
```

Page 334:22 to 335:19

```
00334:22      A.  -- the answer to that.
     23      Q.  (By Mr. Kraus) Were you involved in any
     24  way with the cofferdam?
     25      A.  I was not.
00335:01      Q.  Was anybody with Anadarko involved in any
     02  way with the cofferdam?
     03      A.  I don't know anyone in -- from Anadarko
     04  who was involved with the cofferdam.
     05      Q.  And as Anadarko's 30(b)(6) witness
     06  related to Area of Inquiry No. 1, Subtopics e, f,
     07  and g, would you be the best witness from
     08  Anadarko to ask questions had Anadarko been
     09  involved with the cofferdam?
     10      A.  Yes.
     11      Q.  And you're not aware of anybody from
     12  Anadarko being involved with the cofferdam?
     13      A.  I'm not aware of anybody from Anadarko
     14  being involved with the cofferdam.
     15      Q.  Did BP have a finished procedure in place
     16  related to the capping stack when you became
     17  involved in the source control efforts on May 2,
     18  2010?
     19      A.  They did --
```

Page 335:21 to 335:25

```
00335:21      A.  They did not.
     22      Q.  (By Mr. Kraus) Did BP have a finished
     23  proposal related to BOP on top of -- BOP-on-BOP
     24  Strategies when you became involved in the source
     25  control efforts on May 2, 2010?
```

Page 336:03 to 336:06

```
00336:03      A.  I don't know.
     04      Q.  (By Mr. Kraus) Were you presented with
     05  any procedure or proposal related to BOP-on-BOP
     06  Strategies on May 2, 2010?
```

Page 336:08 to 336:08

```
00336:08      A.  I was not.
```

Page 337:10 to 338:07

```
00337:10      Q.  Okay.  So I wanted to start off by asking
     11  you a few questions about the collaboration you
     12  may have had with Transocean.  So at the very
     13  beginning of the day, you testified that your
     14  work on the relief efforts placed you on six
     15  different Teams; is that correct?
     16      A.  That's correct.
     17      Q.  And the Teams were the Relief Well
```

```
        18    Dynamic Kill Concept Team, the Top Kill Concept
        19    Team, the Top Kill Procedure Team, the Relief
        20    Well Intercept Team, the Hydrostatic Kill Team,
        21    and a Team on fishing attempts after cementing.
        22    Is that correct?
        23         A.  That's correct.
        24         Q.  So I'm going to go through each of these
        25    Teams and talk briefly about how they were
00338:01    structured.
        02            Did you work with anyone from Transocean
        03    on the Relief Well Dynamic Kill Concept Team?
        04         A.  I did not.
        05         Q.  And was BP in charge of the relief well
        06    Dynamic Kill Concept Team?
        07         A.  They were.
```

Page 338:09 to 338:13

```
00338:09         Q.  (By Mr. Seilie) Did you work with anyone
        10    from Transocean on the Top Kill Concept Team?
        11         A.  I did not.
        12         Q.  And was BP in charge of the Top Kill
        13    Concept Team?
```

Page 338:15 to 338:20

```
00338:15         A.  They were.
        16         Q.  (By Mr. Seilie) Did you work with anyone
        17    from Transocean on the Top Kill Procedures Team?
        18         A.  I did not.
        19         Q.  And did -- was BP in charge of the Top
        20    Kill Procedures Team?
```

Page 338:22 to 339:02

```
00338:22         A.  They were.
        23         Q.  (By Mr. Seilie) Did you work with anybody
        24    from Transocean on the Hydrostatic Kill Team?
        25         A.  I did not.
00339:01         Q.  And was BP in charge of the Hydrostatic
        02    Kill Team?
```

Page 339:04 to 339:09

```
00339:04         A.  They were.
        05         Q.  (By Mr. Seilie) Finally, did you work
        06    with anyone from Transocean on fishing -- make --
        07    on drafting fishing attempts after cementing?
        08         A.  I did not.
        09         Q.  And was BP in charge of that Team?
```

Page 339:11 to 340:10

```
00339:11       A.  They were.
      12       Q.  (By Mr. Seilie) All right.  How did you
      13   become a Member of these Teams?
      14       A.  I first arrived on May 2nd.  I met with
      15   Jon Sprague, per prearranged agreement with Todd
      16   Durkee, and Jon Sprague assigned me to the Relief
      17   Well Concept Team.  And then through the course
      18   of working through that Team, Members of that
      19   Team were asked by John Sharadin to roll into the
      20   Top Kill Team.  And then once that Team was
      21   started, it basically stayed together into the
      22   Procedure Team, through the -- the top kill
      23   efforts.
      24            Following the top kill efforts, I
      25   approached, you know, Anadarko, wanting to
00340:01   continue to provide assistance as needed.  We
      02   approached BP, and BP asked me to participate on
      03   the Relief Well Intercept Team.
      04       Q.  Okay.  So is it -- so can you say that BP
      05   was in charge of determining who was on these
      06   various Teams relating to source control?
      07       A.  Yes.
      08       Q.  BP made the final call on every Member
      09   who participated in these Teams.  Is that
      10   accurate?
```

Page 340:13 to 341:04

```
00340:13       A.  I can't say that they made the call on
      14   every last person, but I -- I know they were in
      15   charge.
      16       Q.  (By Mr. Seilie) But at least for you,
      17   they made all of the decisions relating to
      18   whether you would participate on a particular
      19   Team or not?
      20       A.  Yes.
      21       Q.  Thank you.  Could you please turn to
      22   Tab 9?  I'm not sure if this was already
      23   introduced as an exhibit, but if it wasn't, could
      24   we mark it, please?
      25       A.  9956.
00341:01            (Exhibit No. 9956 marked.)
      02       Q.  (By Mr. Seilie) So this is an E-mail
      03   chain that's full of updates written by you.  Is
      04   that a correct assessment?
```

Page 341:06 to 342:06

```
00341:06       A.  There are numerous updates written by me.
      07       Q.  (By Mr. Seilie) What was the purpose of
      08   these updates?
      09       A.  The updates were to inform Anadarko of
      10   the ongoing activities in the relief efforts.
```

```
11        Q.  And how frequently did you send these
12   updates?
13        A.  There wasn't a set frequency, but
14   typically every day or every other day, give or
15   take.
16        Q.  And these updates generally contained
17   information regarding what you'd been doing in
18   the relief efforts for the Macondo Well; is that
19   correct?
20        A.  That's correct.
21        Q.  Did you ever communicate with Transocean
22   regarding these day-to-day activities on the
23   relief efforts?
24        A.  I did not.
25        Q.  Did any of the information that you
00342:01   included in these updates come from Transocean?
02        A.  I don't recall any information from
03   Transocean that made it into my updates.
04        Q.  And in general, did Transocean and
05   Anadarko ever communicate about source control
06   decision-making?
```

Page 342:08 to 342:10

```
00342:08        A.  Anadarko was not involved in
09   decision-making.  We -- we didn't communicate
10   about such deci -- any decision-making.
```

Page 343:11 to 344:12

```
00343:11        Q.  (By Mr. Seilie) Can you please turn to --
12   I think it's the second page on that -- in the
13   same Tab.  So this is -- at the bottom half of
14   that page, there's an E-mail dated May 15th,
15   2010, from you to several Anadarko employees.  Is
16   that correct?
17        A.  Yes.
18        Q.  Do you remember writing this E-mail?
19        A.  I remember sending this E-mail.
20        Q.  And do you -- the E-mail begins with the
21   sentence:  "BP made a major decision yesterday
22   evening."  Is that correct?
23        A.  That's correct.
24        Q.  And do you remember -- and -- and the
25   E-mail goes on to explain that BP "...decided to
00344:01   go straight to a 'diversion rate' or momentum top
02   kill" instead of pumping the junk shot or other
03   sealing agents into the well.  Is that correct?
04        A.  That's correct.
05        Q.  So would it be accurate to say that this
06   E-mail reflects the fact that, on May 15th, 2010,
07   BP decided not to pump the junk shot and go
08   straight to the rest of the top kill procedure?
09        A.  Straight to the --
```

```
10      Q.  Well, the dynamic kill portion of the top
11  kill procedure.
12      A.  Yeah.
```

Page 344:15 to 344:25

```
00344:15      A.  I would -- I wouldn't call it a "dynamic
16  kill," but they elected to go straight into
17  the -- what they called the "momentum kill," or
18  "top kill."
19      Q.  (By Mr. Seilie)  Okay.  Why did you think
20  this was a major decision?
21      A.  There were lots of preparations put into
22  the junk shot, and that was all prepared and in
23  place, and so -- so this appeared to be a major
24  decision to me.
25      Q.  Did you think it was a good decision?
```

Page 345:02 to 345:13

```
00345:02      A.  May I read the E-mail?
03      Q.  (By Mr. Seilie) Go ahead.  Sure.
04      A.  (Reviewing document.)  So I believe the
05  way I stated in the -- in the E-mail, is that I
06  agreed that the decision to avoid creating an
07  undergrown -- underground blowout was a -- a good
08  decision.
09      Q.  So the reason that BP decided to forego
10  the junk shot is that they believed that it would
11  increase the risk that the operation would exceed
12  the burst disk ratings and cause them to rupture;
13  is that correct?
```

Page 345:16 to 345:23

```
00345:16      A.  I don't know that they expressed that
17  reason.
18      Q.  (By Mr. Seilie) But it says here that the
19  reason you agreed with that decision is because
20  it reduced the risk of rupturing the burst disks.
21  Is that accurate?
22      A.  That's what it says.
23      Q.  Do you believe that that's correct?
```

Page 346:01 to 346:05

```
00346:01      A.  I believe that's correct.
02      Q.  (By Mr. Seilie) So do you believe that,
03  had BP opted to go with the junk shot procedure,
04  it would have increased the risk that the burst
05  disks would have ruptured?
```

Page 346:07 to 346:17

```
00346:07        A.  On the -- on the first kill attempt, that
     08    appeared to be correct.
     09        Q.  (By Mr. Seilie) What about on the second
     10    and third kill attempts?
     11        A.  On the second or third kill attempt, I
     12    don't have an opinion on that, because as the
     13    kill attempts progressed, BP gained more
     14    information that I didn't have.  And so they
     15    evaluated the conditions in the well and -- to
     16    determine whether or not the junk shots could be
     17    pumped.
```

Page 347:15 to 347:19

```
00347:15        Q.  (By Mr. Seilie) Well, within your
     16    experience in the response to the Macondo
     17    blowout, was BP the one responsible for making
     18    major decisions about source control?
     19        A.  Yes.
```

Page 348:01 to 349:05

```
00348:01        Q.  (By Mr. Seilie) Okay.  Could you turn to
     02    Tab 13, please.
     03        (Exhibit No. 9957 marked.)
     04        A.  9957.
     05        Q.  (By Mr. Seilie) Yes.  Thank you.
     06        Do you recognize this E-mail?
     07        A.  (Reviewing document.)
     08        Yes, I do.
     09        Q.  This is an -- an E-mail that you sent on
     10    May 29th, 2010, to Darrell Hollek and Todd
     11    Durkee; is that correct?
     12        A.  That's correct.
     13        Q.  And both of them are Anadarko employees;
     14    is that correct?
     15        A.  That's correct.
     16        Q.  Why did you write this E-mail?
     17        A.  This is another update.
     18        Q.  And in the E-mail, you mentioned that the
     19    day before:  "...we tried another momentum kill
     20    and it did not work."  Who does the "we" refer
     21    to?
     22        A.  The "we" refers to BP and the -- the
     23    Teams -- the top Kill Teams of which I was
     24    participating in.
     25        Q.  And in the E-mail, you also mention that:
00349:01    "BP is now debating whether or not to pump one
     02    more top kill attempt today."
     03        Is that an accurate reading?
     04        A.  May I -- may I read that and see --
     05        Q.  Sure.
```

Page 349:08 to 349:17

```
00349:08     Q.  (By Mr. Seilie) I think it's the third --
     09     A.  Okay.  Yes.
     10     Q.  -- paragraph.
     11     A.  Yes.
     12         (Reviewing document.)
     13         Yes.
     14     Q.  Was it Anadarko's understanding that BP
     15 would make the final call on whether to continue
     16 or abandon the top kill strategy after each
     17 unsuccessful attempt?
```

Page 349:19 to 349:23

```
00349:19     A.  Anadarko understood that BP was making
     20 all the decisions.
     21     Q.  (By Mr. Seilie) Was this because Anadarko
     22 understood that BP was the Operator of the
     23 Macondo Well?
```

Page 350:01 to 350:09

```
00350:01     A.  Yes.
     02     Q.  (By Mr. Seilie) So you end the E-mail
     03 with the sentence:  "If we don't pump the top
     04 kill it may be time to move to another well
     05 control alternative."  Is that correct?
     06     A.  That's correct.
     07     Q.  So if BP chose not to pump another top
     08 kill, it would be BP who decided what source
     09 control option to use next; is that correct?
```

Page 350:11 to 350:11

```
00350:11     A.  That's correct.
```

Page 350:23 to 351:08

```
00350:23     Q.  (By Mr. Seilie) Did anyone from Anadarko
     24 talk with Transo -- Transocean about source
     25 control alternatives?
00351:01     A.  No.
     02     Q.  So I want to go back to some of your
     03 earlier testimony.
     04         Mr. Leopold, the Government attorney,
     05 asked you a number of questions about whether you
     06 needed to know about the estimated flow rate when
     07 you were doing the work you did for BP; is that
     08 correct?
```

Page 351:10 to 351:14

```
00351:10        A.  Yes, I recall that.
      11        Q.  (By Mr. Seilie) And you testified that
      12   flow rate estimates were never relevant to the
      13   work you did on the top kill.  Is that an
      14   accurate summary of your testimony?
```

Page 351:16 to 351:22

```
00351:16        A.  That's correct.
      17        Q.  (By Mr. Seilie) In fact, you even
      18   testified, for a number of E-mails, that you
      19   didn't remember reading sections of those E-mails
      20   that you read the rest of, because those sections
      21   mentioned flow rate estimates.  Do you remember
      22   testifying to that?
```

Page 351:25 to 352:05

```
00351:25        A.  Those were not the exact words I used.
00352:01        Q.  (By Mr. Seilie) Could you -- but there
      02   were at least some E-mails where you didn't
      03   recall -- where you recalled reading the E-mail,
      04   but you didn't recall reading the sections
      05   discussing flow rate.  Do you remember that?
```

Page 352:08 to 352:08

```
00352:08        A.  That's correct.
```

Page 353:21 to 353:25

```
00353:21        Q.  (By Mr. Seilie) Okay.  So in your
      22   participation on the Top Kill Team, do you
      23   remember whether accurate flow rate information
      24   was relevant to the various factors that you
      25   needed to consider when executing the top kill?
```

Page 354:03 to 354:10

```
00354:03        A.  I didn't execute the top kill.  I did not
      04   need flow rate information for the parts of the
      05   top kill procedures that I was working on.
      06        Q.  (By Mr. Seilie) But do you know whether
      07   the Top Kill Team, in general, needed to have
      08   accurate flow rate estimates when deciding --
      09   when determining or -- and planning the various
      10   parts of the operation?
```

Page 354:13 to 354:18

00354:13      A.  I -- I -- I can't answer that.  I don't
      14  know.  I'm not a well -- well kill expert.
      15      Q.  (By Mr. Seilie) Do you know in general
      16  whether flow rate estimates that are accurate are
      17  important to the execution of the top kill, as a
      18  generic matter?

Page 354:21 to 355:03

00354:21      A.  In a general sense, I understand that
      22  flow rates can be a factor in -- in well kills,
      23  but -- but I'm not an expert to say how much that
      24  impact would be.
      25      Q.  (By Mr. Seilie) So you have no -- so you
00355:01  have a sense that it's important to have an
      02  accurate flow rate when trying to kill a well; is
      03  that correct?

Page 355:06 to 355:10

00355:06      A.  That's not what I said.  I said that flow
      07  rates can be a factor in conducting a -- a -- a
      08  blowout kill, but I -- but the level of
      09  importance or the level of impact of that flow
      10  rate estimate is beyond my expertise.

Page 355:25 to 356:02

00355:25      Q.  (By Mr. Seilie) So -- and, again, B --
00356:01  remind me, BP selected you to be on a team to
      02  help plan a well kill; is that correct?

Page 356:05 to 356:14

00356:05      A.  They selected me to be on the -- the
      06  re -- initially on the Relief Well Concept Team.
      07      Q.  (By Mr. Seilie) But they eventually
      08  decided to place you on a team to help plan the
      09  top kill.  Is that accurate?
      10      A.  That's correct.
      11      Q.  And is your position that you don't know
      12  whether an accurate flow rate estimate is
      13  important in the execution and planning of a top
      14  kill?  Is that correct?

Page 356:17 to 356:21

00356:17      A.  That's correct.
      18      Q.  (By Mr. Seilie) And back then, you did
      19  not know whether an accurate flow rate estimate
      20  was important to a well kill.  Is that -- is that
      21  accurate?

```
Page 356:23 to 356:23

00356:23      A.  That's correct.


Page 357:01 to 357:01

00357:01  (Exhibit No. 9958 marked.)


Page 358:25 to 359:10

00358:25      Q.  Okay.  Thank you.
00359:01          Was Anadarko involved in planning or
     02   implementing the junk shot procedure?
     03       A.  Anadarko was involved in helping BP to
     04   build the junk shot manifold, and I was on the
     05   Procedure Team.
     06       Q.  Okay.  When you're planning a procedure
     07   like the junk shot or the top kill, in general,
     08   the Team has to take certain variables or inputs
     09   and use them to produce outputs, right, that
     10   you --


Page 359:12 to 359:13

00359:12      Q.  (By Mr. Seilie) -- then take into
     13   consideration when planning the procedure?


Page 359:16 to 359:16

00359:16      A.  They consider alternatives.


Page 366:06 to 366:07

00366:06  MR. SEILIE:  Okay.  We found it.
     07   Let's go back on the record.


Page 366:11 to 367:05

00366:11      Q.  (By Mr. Seilie) All right.  Mr. Quitzau,
     12   you saw this document earlier today, correct?
     13       A.  Correct.
     14       Q.  And I believe it was marked as Exhibit
     15   8547.  Is that correct?
     16       A.  Correct.
     17       Q.  And this is an E-mail from Richard Vargo
     18   to you dated May 24th, 2010; is that correct?
     19       A.  Correct.
     20       Q.  Remind us again, who is Mr. Vargo?
     21       A.  Mr. Vargo works for Halliburton.
     22       Q.  And in what capacity did you work with
```

```
23   him?
24        A.  He was -- participated in the -- one of
25   the top kills, and we sat next to each other
00367:01   during the pumping of the top kill.
02        Q.  And this document that he's sending you
03   is a document that relates to temperature
04   modeling; is that correct?
05        A.  That's correct.
```

Page 367:13 to 368:07

```
00367:13        Q.  Did Mis -- did you -- did Mr. Vargo send
14   you this document after you requested it from
15   him?
16        A.  Yes.
17        Q.  Why did you request this document?
18        A.  I don't recall exactly why, but -- but
19   my -- my recollection was -- is that the
20   Cementing Team that I was participating on was
21   interested in temperature, and I may have heard
22   that Richard had these simulations, so anything
23   related to temperature, I was interested in
24   seeing.
25        Q.  So -- and Mr. Vargo testified -- so
00368:01   Mr. Vargo testified at his deposition that BP
02   needed you to conduct temperature modeling for
03   the purposes of cementing the -- the well, and it
04   was in the context of that conversation that you
05   asked him for this document.  Is -- is that an
06   accurate --
07        A.  Okay.  That sounds good.
```

Page 368:09 to 368:10

```
00368:09        Q.  (By Mr. Seilie) Do you know how this
10   temperature data was calculated?
```

Page 368:12 to 368:24

```
00368:12        A.  I do not.
13        Q.  (By Mr. Seilie) Do you know what WellCat
14   modeling is?
15        A.  I've heard of WellCat modeling.
16        Q.  And what do you know WellCat modeling to
17   be?
18        A.  WellCat modeling can predict temperatures
19   up and down the length of the wellbore, for
20   various operation -- during various operations
21   that are conducted on the wellbore.
22        Q.  Would it surprise you to learn that
23   WellCat mod -- that this graph required some sort
24   of input about flow rate?
```

Page 369:01 to 369:06

```
00369:01      A.  It would not.
      02      Q.  (By Mr. Seilie) And Mr. Vargo testified,
      03  that in preparing this data with the WellCat
      04  Program, he used a flow rate of 30,000 barrels a
      05  day.  Is there any reason you believe that that
      06  would be in -- incorrect?
```

Page 369:09 to 369:10

```
00369:09      A.  I don't have an opinion on what the flow
      10  rate was.
```

Page 369:15 to 369:19

```
00369:15      Q.  You did not.  So when -- so you have no
      16  opinion -- do you have any reason to believe that
      17  Mr. Vargo was saying something incorrect when he
      18  stated in his deposition that the data assumed a
      19  flow rate of 30,000 barrels per day?
```

Page 369:23 to 370:03

```
00369:23      A.  I have -- I have no reason to think one
      24  way or the other about whether he -- what he
      25  stated was correct.
00370:01      Q.  (By Mr. Seilie) But you have no reason to
      02  believe that he was making up facts, or otherwise
      03  lying?
```

Page 370:06 to 370:06

```
00370:06      A.  I have no reason to believe that.
```

Page 371:11 to 371:25

```
00371:11  (Exhibit No. 9959 marked.)
      12      Q.  (By Mr. Seilie) All right.  You probably
      13  haven't seen this E-mail before, have you?
      14      A.  I have not.
      15      Q.  Okay.  And -- but you did testify earlier
      16  that you participated in a number of Kill the
      17  Well on Paper exercises; is that accurate?
      18      A.  I participated in Kill the Well on Paper
      19  exercises, and other HAZIDs.  I -- I participated
      20  in many BP Standard evaluation processes.
      21      Q.  Okay.  In this document, Mr. Rygg tells
      22  Mr. Mix that with a 15,000 barrel per day flow
      23  rate, you can't kill the well with -- with 50
      24  barrels per minute.  Is that an accurate
      25  representation of what that E-mail says?
```

Page 372:02 to 372:02

00372:02      A.  Yes.

Page 372:19 to 373:05

00372:19      Q.  (By Mr. Seilie) Could you describe to me
      20   what the top kill operation was, in a very -- in
      21   very basic terms?
      22      A.  In very general terms, the top kill
      23   involves pumping mud from the surface, down into
      24   the BOP, in hopes that the mud -- some -- some or
      25   most of the mud would go downhole, while some of
00373:01   the mud would be going out the holes in the
      02   BOP -- in -- in the BOP and riser.
      03      Q.  And the point of pumping that mud in was
      04   to counteract the flow of -- of hydrocarbons out
      05   of the BOP.  Is that accurate?

Page 373:07 to 373:12

00373:07      A.  That's not how I would characterize it.
      08      Q.  (By Mr. Seilie) How would you
      09   characterize it?
      10      A.  The -- the point of pumping the mud in
      11   was to provide hydrostatic head that would exceed
      12   the formation pressure.

Page 373:22 to 373:25

00373:22      Q.  (By Mr. Seilie) What would happen if the
      23   reverse was true; where the hydrostatic -- where
      24   the formation pressure exceeded the hydrostatic
      25   head?

Page 374:02 to 374:10

00374:02      A.  The well would be flowing.
      03      Q.  (By Mr. Seilie) So you want to try to
      04   stop the flow of the well.  Is that correct?
      05      A.  You -- you want to exceed the pressures
      06   in the -- in the reservoir.
      07      Q.  So in order to be sure that the
      08   hydrostatic head exceeded the formation pressure,
      09   you would need to know what the formation
      10   pressure was.  Is that accurate?

Page 374:12 to 375:04

00374:12      A.  When you say "need to know," you wouldn't
      13   need to exactly know.

```
14        Q.  (By Mr. Seilie) Excuse me.  Could you --
15   did you say you "would" or "would not" need to
16   exactly know?
17        A.  Are you -- are -- is -- is your question
18   imply that -- that the exact formation pressure
19   would need to be known?
20        Q.  I'm asking you whether you would need to
21   know what the formation pressure was, yes, to
22   some reasonable degree of certainty.
23        A.  You would need to know some maximum
24   possible level.
25        Q.  Okay.  So because what you're trying to
00375:01   do is create a hydrostatic head there -- where
02   the pressure exceeds the formation pressure; is
03   that correct?
04        A.  Correct.
```

Page 375:22 to 376:07

```
00375:22        Q.  (By Mr. Seilie) Well, I -- I -- I'm
23   asking you in -- in -- in logical steps here.
24   You're saying that -- you've testified that, in
25   order to successfully execute a top kill, the
00376:01   wellhead -- the hydrostatic head -- the pressure
02   from the hydrostatic head has to exceed the
03   formation pressure; is that accurate?
04        A.  That's correct.
05        Q.  Now, does the flow rate have anything to
06   do with the calculation of the pressure from the
07   hydrostatic head?
```

Page 376:09 to 376:19

```
00376:09        A.  That I don't know.  I know that flow rate
10   can be a factor, but the -- but, again, as I
11   testified earlier, the level of impact in such a
12   complicated kill process is -- is beyond my
13   expertise.
14        Q.  (By Mr. Seilie) Well, to put it in simple
15   terms, if you're trying to -- if you're just
16   trying to come up with an equation, as complex as
17   the equation might be, would -- would flow rate
18   be a variable in that equation, when trying to
19   calculate --
```

Page 376:21 to 377:05

```
00376:21        A.  I -- I --
22        Q.  (By Mr. Seilie) -- what --
23        A.  -- I understand that flow rate is a
24   factor.  But, again, I -- I just don't know.
25   That -- that's for the Well Control Experts to
00377:01   determine.
```

```
02        Q.  So your -- you understand that it is a
03   variable that is considered in executing a well
04   kill operation?
05        A.  They may --
```

Page 377:07 to 377:07

```
00377:07        A.  -- they may consider that.
```

```
Page 390:07 to 390:09

00390:07  ROBERT QUITZAU
      08  having been previously duly sworn, continued to
      09  testify upon his oath as follows:


Page 391:01 to 391:20

00391:01  So this is a -- this is the E-mail from
      02  Richard Vargo from Halliburton to you.  And you
      03  testified yesterday that you did not know what
      04  flow rate was assumed for this temperature data;
      05  is that correct?
      06      A.  That's correct.
      07      Q.  Did Mr. Vargo ever tell you that this
      08  data was based on a 30,000 barrel per day flow
      09  rate assumption?
      10      A.  He did not.
      11      Q.  And while you were assisting with the
      12  planning of the top kill operation, did anybody
      13  mention a 30,000 barrel per day flow rate
      14  assumption?
      15      A.  I never heard that assumption.
      16      Q.  And in your capacity as Anadarko's
      17  30(b)(6) witness, is it your testimony, that on
      18  behalf of Anadarko, that Anadarko was never aware
      19  of a 30,000 barrel per day flow rate estimate?
      20      A.  Yes, it is.


Page 392:03 to 392:03

00392:03      A.  It's 8547.


Page 392:06 to 392:17

00392:06  So you testified yesterday that you were
      07  part of a Team called the Top Kill Procedures
      08  Team; is that correct?
      09      A.  That's correct.
      10      Q.  And you also said that you were part of
      11  the Top Kill Concept Team; is that correct?
      12      A.  That's correct.
      13      Q.  So when you referred to your membership
      14  on this Team, are you only referring to your
      15  involvement in the planning of the step-down
      16  test, both from the Concept Team and in the
      17  Procedures Team?


Page 392:19 to 393:19

00392:19      A.  No, I'm not.
      20      Q.  (By Mr. Seilie) In what other capacity
      21  were you involved in this -- on these Teams?
```

```
22      A.  The Concept Team was a generalized small
23  Group that dealt with the overall concept of how
24  the junk shot might be pumped, and the top kill
25  followed, and -- and the cement might follow
00393:01  that.  So it was just kind of scoping out the --
02  the plan in a small group of people.
03          And then moving into the Procedures Team,
04  as I testified, I -- I focused largely on matters
05  related to stabilizing the well after the kill
06  and conducting the cement job, if the well was
07  stable.
08          So those -- those parts of the procedure,
09  I contributed through the groups I was working
10  on, and -- and some of that input made it into
11  the procedure.
12      Q.  Okay.  And what -- in your capacity or in
13  your -- during your membership on the Top Kill
14  Concept Team, did you ever discuss whether or not
15  it was important to know what the flow rate was
16  out of the well before you implemented a
17  procedure?
18      A.  I don't recall any discussions on flow
19  rate.
```

Page 393:25 to 394:25

```
00393:25      Q.  (By Mr. Seilie) So if you never heard a
00394:01  discussion about the relevance of flow rate to
02  the top kill operation, is it safe to say that
03  the top kill operation, as a whole, never
04  discussed the importance of flow rate to the top
05  kill operation?
06      A.  I can't say that.
07      Q.  So there were conversations among the
08  Members of the Top Kill Concept Team that you
09  were not privy to?
10      A.  There was a -- a Day Team and a Night
11  Team, and then, at various points during the
12  process, even the Day Team, there -- there could
13  be separate groups that would function and come
14  back together.
15      Q.  Did the Day Team and Night Team
16  communicate with each other about the basic
17  process?
18      A.  Usually there would be some interface as
19  we changed shifts and -- and brief discussions
20  on -- on what the other Group had done.
21      Q.  So throughout your membership on this Top
22  Kill -- Top Kill Concept Team, you never
23  discussed the relationship of flow rate to the
24  ability to kill the well; is that correct?
25      A.  I did not.
```

Page 395:05 to 395:09

```
00395:05      Q.  Okay.  So let's actually turn to a
      06 document you've already seen.  I don't have it in
      07 your binder, but I do have a copy here.  It's
      08 Exhibit 9132, and it was Tab 8 of the DOJ binder,
      09 but I'll -- I'll just give you a hard copy --
```

Page 395:12 to 395:12

```
00395:12      Q.  (By Mr. Seilie) -- if that's okay.
```

Page 395:25 to 396:05

```
00395:25      Q.  This is a set of notes from a Kill the
00396:01 Well on Paper exercise dated May 18th, 2010; is
      02 that correct?
      03      A.  Let me refresh my memory. (Reviewing
      04 document.)
      05          Yes.
```

Page 396:10 to 396:15

```
00396:10      Q.  (By Mr. Seilie) But you said you had
      11 participated in a number of Kill the Well on
      12 Paper exercises; is that correct?
      13      A.  That's correct.
      14      Q.  So you have some familiarity with what
      15 types of Topics they discussed at this meeting?
```

Page 396:17 to 397:06

```
00396:17      A.  I -- I can't recall this specific
      18 meeting, but I generally know the process for
      19 Kill the Well on Paper.
      20      Q.  (By Mr. Seilie) All right.  And if you'll
      21 look at the third bullet point on the first page
      22 of the attachment, and I think you went over this
      23 language before, but it says that:  "Modeling
      24 indicates that a dynamic kill cannot be
      25 successfully executed if the oil flow rate is
00397:01 15000" barrels per day.
      02          Is that correct?
      03      A.  That's what it says.
      04      Q.  Did you participate in the det -- any
      05 determination of whether a dynamic kill would
      06 work if the flow rate was 15,000 barrels per day?
```

Page 397:09 to 397:12

```
00397:09      A.  I did not.
      10      Q.  (By Mr. Seilie) Did anybody ever tell you
      11 that a dynamic kill would not have worked if the
```

```
     12  flow rate was 15,000 barrels per day?
```

Page 397:14 to 397:19

```
00397:14    A.  I don't -- I don't recall anybody telling
     15  me that.
     16    Q.  (By Mr. Seilie) Did you ever hear anyone
     17  mention that a dynamic kill would not have worked
     18  if -- if the flow rate was 15,000 barrels per
     19  day?
```

Page 397:21 to 398:01

```
00397:21    A.  I don't recall hearing anybody mention
     22  that.
     23    Q.  (By Mr. Seilie) Do you think somebody
     24  would have told you if the flow rate -- if a
     25  dynamic kill would not succeed at a flow rate of
00398:01  15,000 barrels per day?
```

Page 398:04 to 398:23

```
00398:04    A.  I don't know whether they would have or
     05  not.
     06    Q.  (By Mr. Seilie) You're aware today that
     07  you're testifying as a 30(b)(6) witness on behalf
     08  of Anadarko; is that correct?
     09    A.  That's correct.
     10    Q.  Did Counsel show you the 30(b)(6)
     11  Deposition Notice for Anadarko during your
     12  preparation for the deposition?
     13    A.  I saw the 30(b)(6) Topics, if that's what
     14  you're referring to.
     15    Q.  H'm.  And did Counsel inform you that you
     16  were responsible for answering questions on
     17  Topics 1.e., 1.f., and 1.g. on behalf of
     18  Anadarko?
     19    A.  Yes.
     20    Q.  And just to refresh your memory, I
     21  actually have a copy of the Deposition Notice.  I
     22  don't know -- I don't think we need to mark that
     23  as an exhibit, right, so --
```

Page 399:13 to 399:16

```
00399:13  MR. SEILIE:  Oh, actually, first,
     14  could we mark the exhibit?  We'll mark it as an
     15  exhibit.  I'm sorry, I wasn't able to get copies
     16  for everybody, but this is a --
```

Page 399:20 to 399:21

```
00399:20   MR. LEMMON:  -- the Notice and the
      21   Answer.
```

Page 399:25 to 401:04

```
00399:25      A.  9960.
00400:01      Q.  (By Mr. Seilie) All right.
      02          (Exhibit No. 9960 marked.)
      03      Q.  (By Mr. Seilie) So could you read
      04   deposition Topic 1.f.?
      05      A.  "An explanation of and timeline for the
      06   steps involved in planning and/or implementing
      07   each attempt and/or Method, including both the
      08   design of any equipment and the steps involved in
      09   the Method..."
      10      Q.  And looking quickly at the heading of
      11   Topic 1, Top Kill -- the top kill procedure is
      12   one of those methods; is that correct?
      13      A.  (Reviewing document.)  Yes.
      14      Q.  Now, Topic 1.f. doesn't say anything
      15   about Anadarko's involvement in each method; is
      16   that correct?
      17      A.  Topic 1.f.?
      18      Q.  Yes.
      19      A.  I -- I don't see Anadarko mentioned.
      20      Q.  So you were noticed to testify about:
      21   "An explanation of" a "timeline for the steps
      22   involved in planning and/or implementing each
      23   attempt and/or Method" -- including the top
      24   kill -- "including both the design of any
      25   equipment and the steps involved in the
00401:01   Method..."
      02          Correct?
      03      A.  I -- I -- I understand that we're
      04   supposed to do what it says in the 1.f. here.
```

Page 404:05 to 404:05

```
00404:05   (Exhibit No. 9961 marked.)
```

Page 404:11 to 404:23

```
00404:11      Q.  Okay.  I'll just ask you a few questions
      12   about it.  This is an E-mail from David Barnett
      13   to several recipients, correct?
      14      A.  Correct.
      15      Q.  Who's David Barnett?
      16      A.  David Barnett is with Wild Well Control.
      17      Q.  And what was his involvement in the
      18   relief efforts?
      19      A.  He was one of the -- the Lead Engineers
      20   or Operations persons from Wild Well, and he was
      21   also involved in the Concept Team Relief Well,
```

```
            22   Dynamic Kill Concept Team, and the Junk Shot Top
            23   Kill Concept Team.
```

## Page 405:16 to 405:25

```
00405:16        Q.  Attached to the E-mail is a document by
      17   Wild Well Control.  Is that correct?
      18        A.  There is a Wild Well Control title on it,
      19   yes.
      20        Q.  And the document is May 6th, 2010?
      21        A.  That's correct.
      22        Q.  And it's titled:  "Planning Procedure for
      23   Junk shot, Bullhead, and Momentum Top Kills
      24   Horizon BOP."  Is that correct?
      25        A.  That's correct.
```

## Page 406:04 to 406:12

```
00406:04        Q.  Did you participate in the planning
      05   process for the junk shot procedure?
      06        A.  In the sense that the junk shot procedure
      07   includes all the operations from killing --
      08   pumping junk shot, killing the well, stabilizing
      09   the well, and cementing, yes, I was involved in
      10   the last two that I just mentioned.
      11        Q.  And just to get it on the record, what is
      12   the junk shot procedure?
```

## Page 406:14 to 407:06

```
00406:14        A.  The junk shot procedure is -- is outside
      15   my area of expertise, but as I understand it from
      16   listening to Wild Well Control, that is -- would
      17   be a procedure whereby a junk shot -- while --
      18   while pumping mud from the surface, junk shot
      19   would be released into that mud stream to go into
      20   the -- to the well and the BOP.
      21        Q.  And what do you mean by "junk shot," in
      22   that?
      23        A.  Junk shot is a term that Wild Well used
      24   and consisted of various manners -- manners of
      25   plugging agents.  And that's the extent of my
00407:01   knowledge of junk shot.
      02        Q.  Do you know what those plugging agents
      03   consisted of?
      04        A.  The discussions were golf balls and
      05   various pieces of rubber and other -- other
      06   elements that I don't recall.
```

## Page 408:04 to 408:19

```
00408:04        Q.  (By Mr. Seilie) What's a bullhead top
      05   kill?
```

```
06      A.  A bullhead or top kill, it -- my
07  understanding is that it would simply be pumping
08  mud into a well from the top of the well.
09      Q.  Oh, so the bullhead kill is -- is
10  synonymous with the top kill, as we understand
11  it?
12      A.  That's my understanding.
13      Q.  And what's a momentum top kill?
14      A.  I actually don't fully understand the
15  concept of a momentum kill.  That was a term that
16  Wild Well threw out, and in my simplistic terms,
17  it's all a -- a top head -- top kill or bullhead
18  kill, so I -- I -- I can't comment on what
19  momentum kill means.
```

## Page 410:02 to 410:17

```
00410:02      Q.  (By Mr. Seilie) Well, that's what the
03  title of the document is.  It says:  "Planning
04  Procedure for Junk shot, Bullhead, and Momentum
05  Top Kills..."  Were you involved in developing
06  the planning procedures for either of those op --
07  any --
08      A.  I --
09      Q.  -- of those operations?
10      A.  -- I don't recall direct involvement in
11  the -- in the preparation of this procedure right
12  here, with the exception that I see that there
13  may be some -- some of these graphs in the back
14  may have been early drafts of our -- our -- our
15  Risk Mitigation or -- or pumping limits.  These
16  may be my plots, but I don't recall actually
17  contributing them to -- to Dave Barnett.
```

## Page 412:24 to 412:24

```
00412:24  (Exhibit No. 9962 marked.)
```

## Page 414:08 to 414:11

```
00414:08      Q.  The "Subject" line there says the
09  "Deepwater Horizon Response Update -- June 1,
10  2010."  Correct?
11      A.  Correct.
```

## Page 415:07 to 415:13

```
00415:07      Q.  (By Mr. Seilie) And I -- I asked in the
08  first paragraph of the E-mail, Mr. Hackett's
09  explaining that the top kill operation
10  temporarily stopped flow from the well, but
11  wasn't able to completely stop the flow from the
12  well and kill the well; is that correct?
```

```
        13      A.  That's cor --
```

Page 415:15 to 415:18

```
00415:15      A.  That's correct.
      16      Q.  (By Mr. Seilie) Again, do you know what
      17  Mr. Hackett's involvement in the top kill
      18  operation was?
```

Page 415:21 to 415:23

```
00415:21      A.  To -- it was clear to me that he wasn't
      22  involved on -- on the procedure writing level,
      23  but beyond that, I don't know what his role was.
```

Page 419:16 to 419:17

```
00419:16  MR. SEILIE:  No.  He found it.  It's
      17  9951.
```

Page 420:08 to 420:12

```
00420:08      Q.  And as you testified earlier in this
      09  E-mail, Mr. Estes is asking you why the next
      10  containment strategy is not the BOP-on-BOP
      11  strategy; is that correct?
      12      A.  I don't recall --
```

Page 420:14 to 420:24

```
00420:14      A.  -- exactly, but he's asking is it the
      15  next step to put another BOP on top of the
      16  current BOP.
      17      Q.  (By Mr. Seilie) Well, he's asking you why
      18  it isn't the next step; is that correct?
      19      A.  That's correct.
      20      Q.  And in your response, you say:  "I better
      21  not speculate on the reasons since all documents
      22  will be subject to public scrutiny."  Is that
      23  correct?
      24      A.  That's correct.
```

Page 424:19 to 424:19

```
00424:19  (Exhibit No. 9963 marked.)
```

Page 425:05 to 425:14

```
00425:05      Q.  It's a BP document titled "MC252-1 Top
      06  Kill Evaluation."  Is that correct?
      07      A.  Yes.
```

```
08      Q.  And it's dated May 14th, 2010; is that
09 correct?
10      A.  Yes.
11      Q.  So if you look at the table at the bottom
12 of the first page it's labeled "Revision A."  Is
13 that correct?
14      A.  Yes.
```

Page 425:24 to 426:08

```
00425:24      Q.  (By Mr. Seilie) Okay.  Can you please
25 turn to the fourth page of the documents.  I'm
00426:01 looking at the heading "3 Principal Conclusions."
02 So the third paragraph under that heading says:
03 "The option of installing the DDII stack on top
04 of the Horizon stack should be prioritized above
05 the Q4000 operation for executing the kill
06 operation."
07           Did I read that correctly?
08      A.  You did.
```

Page 426:12 to 426:15

```
00426:12      Q.  (By Mr. Seilie) Could -- is it possible
13 that it means that the option of placing a BOP on
14 top of the BOP stack should be prioritized over
15 the top kill operation?
```

Page 426:17 to 427:02

```
00426:17      A.  I'm not sure what they meant when they
18 made that statement.
19      Q.  (By Mr. Seilie) At the time -- on the
20 date of this document, May 14th, 2010, you were
21 already a Member of the Top Kill Team; is that
22 correct?
23      A.  That's correct.
24      Q.  And at the time, did you -- were you
25 aware that there were other -- that BP was
00427:01 exploring other options for capping the well
02 except for the top kill operation?
```

Page 427:05 to 427:08

```
00427:05      A.  I was not.
06      Q.  (By Mr. Seilie) So you thought that BP's
07 only strategy for ending the blowout was the top
08 kill operation?
```

Page 427:11 to 427:21

```
00427:11      A.  I was generally aware that there were
```

```
12  other -- many other Teams working on many other
13  options, and I didn't -- I don't know all the
14  specifics of those options, until I testified
15  yesterday there was a Town Hall Meeting where
16  capping operations were -- were presented to us,
17  capping stack operations.  And I don't recall the
18  date of that Town Hall Meeting.
19      Q.  (By Mr. Seilie) So you did know, though,
20  at the time, that there were other options being
21  explored by BP?
```

Page 427:23 to 428:05

```
00427:23      A.  At the time of this E-mail?
      24      Q.  (By Mr. Seilie) Yes.
      25      A.  At the time of the Town Hall Meeting,
00428:01  that's when I recall learning about the other
      02  options.
      03      Q.  But did you know in a very vague sense
      04  that there were other options being considered
      05  before then?
```

Page 428:08 to 428:14

```
00428:08      A.  I knew -- I knew there were many other
      09  groups in rooms with people running all over
      10  working on various things, so I knew BP was
      11  focusing on other areas.  What, I couldn't say.
      12      Q.  (By Mr. Seilie) Would you have expected
      13  BP to tell you if the top kill operation was the
      14  utmost priority over other options?
```

Page 428:17 to 428:20

```
00428:17      A.  I would not expect that.
      18      Q.  (By Mr. Seilie) Did BP tend to be
      19  transparent in the information it was giving you
      20  about what strategies it was pursuing?
```

Page 428:23 to 429:02

```
00428:23      A.  I'm not sure what you meant by
      24  "transparent."
      25      Q.  (By Mr. Seilie) Did BP generally give you
00429:01  updates on what strategies they were pursuing and
      02  what Strategies they were prioritizing?
```

Page 429:05 to 429:05

```
00429:05      A.  No.
```

Page 430:03 to 430:03

00430:03  (Exhibit No. 9964 marked.)


Page 430:20 to 430:22

00430:20     Q.  (By Mr. Seilie) The cover page indicates
      21  that this is "Revision C."  Is that correct?
      22     A.  That's correct.


Page 431:02 to 431:14

00431:02     Q.  (By Mr. Seilie) The draft -- or Revision
      03  C, rather, is dated May 14th, 2012 (sic),
      04  correct?
      05     A.  Yes.
      06     Q.  And that's the same date as the draft we
      07  just looked at.  Is that correct?
      08     A.  That's correct.
      09     Q.  Can you turn again to the fourth page of
      10  the document under the same heading "Principal
      11  Conclusions," and just flip the page real quick
      12  to confirm that that section doesn't bleed over
      13  to the next page?
      14     A.  Yes.


Page 431:20 to 431:25

00431:20     Q.  (By Mr. Seilie) So the -- this version of
      21  the document under "Principal Conclusions" it no
      22  longer says that a capping stack option is a
      23  priority -- priority or relative to the top kill;
      24  is that correct?
      25     A.  I do not see that in here.


Page 432:14 to 433:06

00432:14     Q.  (By Mr. Seilie) And this document appears
      15  to be a document that assesses a rec -- a
      16  recommended procedure for implementing the top
      17  kill; is that correct?
      18     A.  I didn't digest it enough to make a
      19  comment on that.  (Reviewing document.)  I would
      20  have to sit and read to -- to comment on that.
      21     Q.  Based on the initial objectives,
      22  recommendations, and -- and outline of the
      23  objectives, I mean, I just --
      24     A.  I -- I didn't look at that.  Let me --
      25  I've never seen this document, so I'll -- let me
00433:01  look at that real quick (reviewing document).
      02     Q.  Okay.
      03     A.  So the objective says it's a "...sequence
      04  of events to intervene...using the Top Kill/Junk

```
05  Shot spread..."
06       Q.  What do you understand that to mean?
```

Page 433:08 to 433:10

```
00433:08      A.  It looks like -- it looks like a
      09  recommenda -- recommendation of some events to
      10  conduct the top kill junk shot.
```

Page 436:20 to 436:24

```
00436:20      Q.  So yesterday I believe you testified that
      21  when BP decided not to implement the junk shot
      22  procedure and, instead, go straight to the
      23  momentum top kill, you considered that a major
      24  decision.  Do you recall that testimony?
```

Page 437:01 to 437:05

```
00437:01      A.  I recall the E-mail.
      02       Q.  (By Mr. Seilie) And you explained that it
      03  was a major decision because it -- BP had been
      04  extensively planning the junk shot procedure, and
      05  then it changed its mind; is that correct?
```

Page 437:08 to 437:18

```
00437:08      A.  I don't -- I don't believe I stated that
      09  they changed their mind, but I believe -- or
      10  call -- recall stating that -- that the plans
      11  were in place to do the junk shot, so the plans
      12  were ready, and then the decision was made not to
      13  pump it, which does not mean that they changed
      14  their minds.
      15       Q.  So if BP was initially planning to
      16  prioritize using the capping stack and then
      17  changed its mind and decided to prioritize the
      18  top kill, would you call that a major decision?
```

Page 437:21 to 437:21

```
00437:21      A.  I would consider that a major decision.
```

Page 438:25 to 438:25

```
00438:25  (Exhibit No. 9965 marked.)
```

Page 439:02 to 439:05

```
00439:02      Q.  (By Mr. Seilie) All right.  This is a --
      03  an E-mail dated July 1st, 2010, from Wilson
```

```
         04   Arabie to you; is that correct?
         05       A.  That's correct.
```

Page 439:10 to 439:10

```
00439:10       Q.  Okay.  What is -- what's the E-mail?
```

Page 439:12 to 441:05

```
00439:12       A.  The E-mail has pictures -- schematics of
         13   a capping stack.
         14       Q.  (By Mr. Seilie) Okay.  And who is Wilson
         15   Arabie?
         16       A.  Wilson Arabie was a BP Consultant
         17   Group -- he wa -- he was a Member of the
         18   Consulting Group working for BP to help
         19   facilitate and coordinate all the efforts among
         20   the Teams.
         21       Q.  And the E-mail sent you several diagrams
         22   of the capping stack; is that correct?
         23       A.  That's correct.
         24       Q.  Why did you receive several diagrams of
         25   the capping stack?
00440:01       A.  He sent them to me.  I -- and I don't
         02   recall why he sent them to me.
         03       Q.  On July 1st, 2010, were you involved at
         04   all in the planning for the cap -- for any
         05   capping stack operations?
         06       A.  I was not.
         07       Q.  Did you request that these drawings were
         08   sent to you -- be sent to you?
         09       A.  I don't recall requesting them.
         10       Q.  But you're the only recipient of this
         11   E-mail; is that correct?
         12       A.  That's correct.
         13       Q.  And you have no idea why Mr. Arabie
         14   decided that you should receive these capping
         15   stack diagrams?
         16       A.  I don't recall.
         17       Q.  The E-mail says:  "As discussed.
         18   Thanks."  Is that correct?
         19       A.  It does.
         20       Q.  So do you recall a discussion between
         21   yourself and Mr. Arabie where the capping stack
         22   was raised as an issue?
         23       A.  I do not.
         24       Q.  But does this E-mail suggest that you had
         25   such a conversation with Mr. Arabie?
00441:01       A.  It's possible that we had a discussion.
         02       Q.  Can you think of any other explanation
         03   for why Mr. Arabie would send you these capping
         04   stack drawings in an E-mail with the -- with the
         05   body text "As discussed"?
```

Page 441:07 to 441:18

```
00441:07      A.  I'm not going to speculate on other
      08  reasons.
      09      Q.  (By Mr. Seilie) Had you seen these
      10  diagrams before July 1st, 2010?
      11      A.  I don't recall seeing these exact
      12  diagrams before this date.  However, again, as --
      13  there was a Presentation at the Town Hall Meeting
      14  that -- that had various pictures and diagrams,
      15  and I just don't remember the date of those.  So
      16  to the extent that any of these were presented in
      17  that meeting, it's possible that I saw these
      18  before.
```

Page 441:24 to 442:11

```
00441:24      Q.  Do you recall what was discussed at the
      25  Town Hall Meeting?
00442:01      A.  I recall that three capping stack options
      02  were presented, that these were under
      03  development, and that -- that the Kill Team --
      04  that -- that plans were being considered that
      05  these might impact the dynamic kill from the
      06  relief well.  And -- and so they were just
      07  throwing out ideas to keep people aware of
      08  what -- what other groups were working on.
      09      Q.  Is it possible that it was at this Town
      10  Hall Meeting when you had a discussion with
      11  Mr. Arabie about the capping stack?
```

Page 442:14 to 442:14

```
00442:14      A.  It's possible.
```

Page 444:07 to 444:07

```
00444:07  (Exhibit No. 9966 marked.)
```

Page 444:21 to 445:14

```
00444:21      Q.  This is an E-mail dated July 9th, 2010
      22  that you sent to William Allen, Kenneth Allen,
      23  and Kurt Mix, all of BP; is that correct?
      24      A.  That's correct.
      25      Q.  Who's William Allen?
00445:01      A.  Bill Allen was one of the Members of the
      02  Intercept Team from BP.
      03      Q.  And who's Kenneth Allen?
      04      A.  Also a -- a Member of the Intercept Team
      05  for BP.
      06      Q.  What was the Intercept Team?
```

```
07     A.  The Intercept Team planned the trajectory
08 and actual intercept points of the relief well
09 into the Macondo Well.
10     Q.  So if you look at the attachment, this is
11 a spreadsheet that describes the advantages and
12 disadvantages of using the DEVELOPMENTAL DRILLER
13 II to intercept hydrocarbon flow at the casing
14 string instead of the reservoir; is that correct?
```

Page 445:17 to 446:07

```
00445:17     A.  It's comparing two different intercept
     18 points.
     19     Q.  (By Mr. Seilie) And what are the two
     20 intercept points?
     21     A.  Nine and five-eighths -- nine -- it's
     22 nine and seven-eighths casing intercept a hundred
     23 to 200 feet above the target well shoe, versus a
     24 reservoir intercept.
     25     Q.  And where -- what was Anadarko's role in
00446:01 planning and executing the intercept process?
     02     A.  Anadarko was not involved in the
     03 executing.  I was on the Intercept Planning Team,
     04 and -- and my role was primarily surrounding my
     05 Drilling Engineering experience, which would be
     06 related to shale collapse risks, bottomhole
     07 assemblies, general drilling practices.
```

Page 447:13 to 447:18

```
00447:13     Q.  (By Mr. Seilie) You testified yesterday
     14 that Anadarko understood BP to be the Operator of
     15 the Macondo Well; is that correct?
     16     A.  That's correct.
     17     Q.  Did Anadarko ever consider Transocean to
     18 be an Operator of the Macondo Well?
```

Page 447:21 to 447:24

```
00447:21     A.  Anadarko did not.
     22     Q.  (By Mr. Seilie) Did you or anyone from
     23 Anadarko ever have reason to be critical of
     24 Transocean's role in the relief efforts?
```

Page 448:01 to 448:05

```
00448:01     A.  I did not, and Anadarko did not.
     02     Q.  (By Mr. Seilie) And did you ever hear
     03 anyone else criticizing Transocean's role in the
     04 relief efforts?
     05     A.  I did not.
```

Page 453:09 to 456:17

```
00453:09      Q.  In the course of your work on behalf of
      10  Anadarko and the relief well operations, did you
      11  actually work with Mr. Vargo in any of the six
      12  Teams, or was that merely a conversation because
      13  you were sitting next to each other?
      14      A.  Mr. Vargo was involved on the Top Kill
      15  Team.  As I recall, we sat next to each other
      16  during one or more of the actual top kills, and I
      17  believe he was involved in some of the risk
      18  identification processes for the Teams that were
      19  looking at stabilizing the well and conducting
      20  the cement job, assuming the well was killed.
      21      Q.  Was that all with respect to the top kill
      22  operations?
      23      A.  Yes.
      24      Q.  Okay.  Did you work with anybody from
      25  Halliburton, other than Mr. Vargo, in any of the
00454:01  six Teams on which you participated?
      02      A.  Yes.
      03      Q.  Which Teams were those?
      04      A.  There were many Halliburton personnel
      05  there.  I -- I -- there were many on the top kill
      06  effort, and I'm pretty sure that I worked with
      07  some of them -- I definitely worked with some of
      08  them on the relief well planning, the Relief --
      09  Relief Well Intercept Team, and I probably recall
      10  working with some of them on the hydrostatic
      11  kill.
      12      Q.  Do you recall the names of the other
      13  Halliburton employees you worked with, other than
      14  Mr. Vargo?
      15      A.  I recall some of them:  Hank Porter,
      16  Nicky Pellerin, Chip LaCombe.  There's probably
      17  more.
      18      Q.  In what capacity were those Halliburton
      19  employees assisting with the relief well
      20  operations?
      21      A.  Hank Porter, as I recall, was involved
      22  with pumping operations and -- and data -- he --
      23  he -- he was plugged into the Halliburton data
      24  acquisition for the pumping job.  So he assisted
      25  in getting me hooked up to data that was coming
00455:01  in from the pumping job.  I believe he helped
      02  conduct some hydraulic modeling for the -- some
      03  of the step-down test work.  Chip LaCombe and
      04  Nicky Pellerin were -- assisted in identification
      05  of risks and miti -- mitigations for potential
      06  BHA component failures during the intercept for
      07  the relief well and -- did I mention another name
      08  besides those?
      09      Q.  Those are the only ones I got, yeah.
      10      A.  Okay.  That -- that's what I recall.
      11      Q.  Okay.  In the course of your work with
```

```
12   either the Dynamic Kill Concept Team, the Top
13   Kill Concept Team, the Top Kill Procedure Writing
14   Team, the Relief Well Intercept Planning Team,
15   Hydrostatic Kill Team, or the Teams during the
16   fishing attempts, was Halliburton involved in the
17   decision-making on the course to pursue any of
18   those operations?
19        A.  No, they were not.
20        Q.  Was Halliburton providing input to those
21   making the decisions?
22        A.  I'm not aware of any input from
23   Halliburton to the decision-makers.
24        Q.  In the course of your participation on
25   any of these Teams for the relief well
00456:01   operations, did you hear any criticism of the
02   work performed by Halliburton to assist with
03   those efforts?
04        A.  I did not.
05        Q.  Are you personally aware of any
06   deficiencies in the work or services provided by
07   Halliburton in any of those relief well
08   operations?
09        A.  I am not.
10        Q.  Did you have any opinion as to the work
11   performed by Mr. Vargo, Mr. Pellerin,
12   Mr. LaCombe, or Mr. Porter?
13        A.  They were all supportive and helpful and
14   good to work with.
15        Q.  Okay.  Did you hear any criticism from
16   anybody else about any of those individuals?
17        A.  I did not.
```

Page 456:20 to 456:20

```
00456:20  (Exhibit No. 9967 marked.)
```

Page 457:09 to 457:16

```
00457:09       Q.  The top E-mail appears to be an E-mail
10   from Todd Durkee to Darrell Hollek.  Do you see
11   that?
12        A.  Yes, I do.
13        Q.  And that's forwarding to Mr. Hollek an
14   E-mail you wrote to Steve Woelfel and Tim Dean on
15   May 3rd, 2010; is that right?
16        A.  Yes.
```

Page 458:01 to 458:11

```
00458:01       Q.  Okay.  I want to turn your attention to
02   the second page of Exhibit 9967, the last
03   paragraph on that page in your E-mail that starts
04   "I will also..."  Do you see that paragraph?
```

```
05      A.  I do.
06      Q.  Could you read that for me, please?
07      A.  "I will also be interested to get Steve's
08 thoughts on what will happen when the dynamic
09 kill mud hits the partially closed BOP at high
10 rates.  This may create a hammer effect that
11 could blow the burst disks."
```

Page 458:18 to 459:12

```
00458:18      Q.  What was the concern you were expressing
19 in this paragraph?
20      A.  I don't know that I can say it any better
21 than the way it's written.  In the dynamic kill
22 process, my understanding from listening to the
23 Wild Well Control experts is that the kill
24 rates -- the kill mud pumping rates could be very
25 high, and there was some discussion about what
00459:01 would happen when that mud hit the BOP in the
02 Macondo Well; in other words, going down the
03 relief well, up the Macondo Well, and when it got
04 to the BOP, would there be any pressure shock
05 that would affect the well components.
06      Q.  Pressure shock on the BOP components
07 themselves?
08      A.  The -- the -- when the mud hit the BOP,
09 where there was some -- appeared to be some level
10 of restriction, would that -- would that cause a
11 pressure shock that would affect the components
12 below the BOP.
```

Page 463:06 to 463:06

```
00463:06  (Exhibit No. 9968 marked.)
```

Page 464:03 to 464:04

```
00464:03      Q.  Mr. Quitzau, Matt Leopold again with the
04 United States.
```

Page 464:06 to 464:13

```
00464:06 I want to clarify the record about an exhibit
07 that I introduced yesterday, and it ha -- it was
08 an incomplete copy in your binder.  And we --
09 while we were off the record, we switched out the
10 exhibit and -- so to be sure that it had an
11 attachment to the E-mail.  It was this July 8th
12 E-mail from William Burch.  You want to take a
13 look at that exhibit there.
```

Page 464:24 to 465:11

```
00464:24      A.  9948.
      25      Q.  (By Mr. Leopold) Okay.  So 9948.  And can
00465:01 you look to see that it's now a complete E-mail
      02 with an attachment?
      03      A.  (Reviewing document.)
      04          Yes.
      05      Q.  Okay.  And the attachment says "Well Kill
      06 Timing."  Is that right?
      07      A.  Yes.
      08      Q.  And this was the document that I put in
      09 front of you yesterday and asked questions about,
      10 right?
      11      A.  Yes.
```

Page 466:03 to 466:06

```
00466:03      Q.  But you did provide comments to William
      04 Burch about the Well Kill Timing E-mail that was
      05 sent you, correct?
      06      A.  I believe that's correct --
```

Page 466:08 to 466:18

```
00466:08      A.  -- yes.
      09      Q.  (By Mr. Leopold) And you -- you testified
      10 yesterday you agreed with his assessment about
      11 timing, correct?
      12      A.  I did.
      13      Q.  Okay.
      14      A.  I -- I -- I agreed with his
      15 recommendation.
      16      Q.  So does that refresh your recollection
      17 about whether or not you responded to E-mails
      18 from Wild Well Control?
```

Page 466:20 to 466:20

```
00466:20      A.  Yes, it does.
```

Page 468:12 to 468:15

```
00468:12      Q.  (By Mr. Leopold) Okay.  Do you have
      13 nine -- Exhibit 9968 in front of you,
      14 Mr. Quitzau?
      15      A.  I do.
```

Page 468:19 to 468:22

```
00468:19      Q.  It's an -- it's an E-mail from you to
      20 Darrell Hollek, dated May 29, 2010; is that
      21 right?
```

```
         22      A.  Yes.
```

Page 469:09 to 469:19

```
00469:09      Q.  Okay.  And then in the first paragraph,
       10  on page Bates -- Anadarko Bates Page 276741, do
       11  you see the last sentence in that paragraph, it
       12  says:  "Also their next possible move, installing
       13  another BOP won't be ready until June 4-7."
       14          Do you see that?
       15      A.  (Reviewing document.)
       16          Yes.
       17      Q.  Okay.  Does that refresh your
       18  recollection about the discussions you heard
       19  about the BOP-on-BOP procedure?
```

Page 469:21 to 470:02

```
00469:21      A.  Are you -- you referring to the
       22  discussions from the Vic Estes' E-mail?
       23      Q.  (By Mr. Leopold) Yes.
       24      A.  This does not, no.
       25      Q.  Okay.  Well, what -- obviously, you heard
00470:01  some status updates about when the second BOP
       02  would be ready, didn't you?
```

Page 470:04 to 471:11

```
00470:04      A.  It appears that I did.
       05      Q.  (By Mr. Leopold) Okay.  And what do you
       06  recall about that?
       07      A.  What's the date on this?  I don't recall
       08  specific dates, but -- but I recall Harry
       09  Thierens making the comment that "I'm ready to
       10  put -- to stop and put a BOP on -- on the -- on
       11  the well," but I don't recall where I got that
       12  date.
       13      Q.  Do you recall that the BOP wouldn't be
       14  ready until after the top kill?
       15      A.  I do not recall that.
       16      Q.  Well, isn't that what your E-mail says
       17  here?
       18      A.  That is what the E-mail says here.
       19      Q.  And that -- do you believe that to be
       20  accurate?
       21      A.  It appears to be accurate.
       22      Q.  And -- and just for clarifying the
       23  record, over the course of the last two days,
       24  you've -- you've testified you don't recall
       25  certain E-mails.  But if -- if you wrote
00471:01  something in an E-mail, do you presume that that
       02  was your writing and it's accurate?
       03  MS. WILMS:  Object to form.
```

```
04      A.  You're talking about generally or --
05      Q.  (By Mr. Leopold) If -- if -- if the
06  E-mail says from Robert Quitzau, can we presume
07  that's your writing?
08      A.  Yes.
09      Q.  Okay.  And whether you recall it today or
10  not, it's -- it was an accurate ref -- reflection
11  of your thoughts at the time, correct?
```

Page 471:13 to 471:14

```
00471:13      A.  Yes.
14      Q.  (By Mr. Leopold) Okay.  Thank you.
```

Page 471:25 to 472:12

```
00471:25      Q.  (By Mr. Leopold) All right.  I'd like to
00472:01  turn in Binder 1 to Tab 21.  And let's mark this
02  as the next exhibit.
03          (Exhibit No. 9969 marked.)
04      A.  9969.
05      Q.  (By Mr. Leopold) And it's an E-mail chain
06  with the top E-mail from Pat Wilson -- or, excuse
07  me, Pat Watson to you, dated 6/24/2010.
08          Do you see that?
09      A.  I do.
10      Q.  And it's -- it's an Anadarko Bates page
11  ending in 54886.  Can you take a moment to look
12  at this E-mail?
```

Page 472:20 to 472:25

```
00472:20      Q.  So -- so my first question:  Is -- is
21  this -- is it fair to say this is an E-mail
22  update that you're providing to personnel at
23  Anadarko?
24      A.  There are some updates and there are some
25  questions from Watson and a reply to Watson.
```

Page 473:06 to 473:11

```
00473:06      Q.  Okay.  So I'd -- I'd like to start at the
07  beginning, which is the -- the first E-mail on
08  the chain, dated June 14th, from you to Todd
09  Durkee, Pat Watson, and Mike Pfister.
10          Do you see that one?
11      A.  Yes.
```

Page 474:06 to 474:12

```
00474:06      Q.  (By Mr. Leopold) So were you involved in
07  the decision or -- or let's strike that.
```

```
08          Were you involved in the planning process
09     with BP regarding whether or not to mill into
10     these 7-inch casing for intercepting the Macondo
11     Well or setting a 7-inch liner in the relief well
12     and perforating the target casing?
```

Page 474:14 to 475:22

```
00474:14     A.  These options described here were -- were
     15     part of the Intercept Team planning, yes.
     16          Q.  (By Mr. Leopold) Which -- of which you
     17     were a part, correct?
     18          A.  Yes.
     19          Q.  Okay.  What role did you play in the
     20     discussion about the two methods described here?
     21          A.  These methods are highly operational
     22     and -- and specific to the Well Control Experts,
     23     so my role was to -- to capture what they were
     24     doing and help facilitate discussions to end up
     25     coming up with -- for the Team to come up with
00475:01     the final plan.
     02          Q.  So when you say the "Well Control
     03     Experts," are you talking about Wild Well
     04     Control?
     05          A.  Wild Well, John Wright, who may -- who
     06     may have been with Boots & Coots at the time, and
     07     there -- and Bob Grace, and there were several
     08     experts, many experts floating around.
     09          Q.  Okay.  What about Add Energy, Ole Rygg,
     10     and others?
     11          A.  I don't recall that Ole and/or Add would
     12     have been involved in that particular discussion.
     13          Q.  Was -- was Ole involved in the dynamic
     14     kill planning?
     15          A.  Ole was involved in the dynamic kill
     16     planning.
     17          Q.  Did you interact with Ole about the
     18     dynamic kill planning?
     19          A.  To the extent that the intercept BHA and
     20     PWD had to function in a way that allowed him to
     21     calibrate how the co-process was going, yes, I
     22     interacted with him.
```

Page 477:22 to 478:10

```
00477:22     Q.  Okay.  Did -- what -- when the -- when
     23     the Macondo Well was, in fact, intercepted, do
     24     you know which method they used?
     25          A.  We -- the -- the -- the relief well
00478:01     intercepted, and my recollection is that it -- it
     02     actually touched the casing and drilled off and
     03     drilled around it was the way I would interpret
     04     it.  And there were -- there were no -- no major
     05     lost circulation, and -- and no apparent flow, so
```

```
06  neither of these options really was involved.
07      Q.  Okay.  And then did the relief well then
08  cement -- how did -- how did the in -- the -- the
09  actual intercept occur?  In -- into the open
10  wellbore?  Is that --
```

Page 478:17 to 479:07

```
00478:17    A.  So the -- the -- the drill bit basically
18  hit near where the Team had planted -- planned
19  it, and -- and there was some indicators that --
20  that we hit, some real brief mud losses and
21  pressures fluctuations, and then a few more feet
22  was drilled, and -- and that was over.  And
23  the -- the -- I recall that the -- subsequently,
24  that the vector magnetic and surveying people
25  confirmed that we were very close, so that's what
00479:01  I recall of the intercept.
02      Q.  And that -- that was the end of -- of
03  your participation in the Intercept Team?
04      A.  Pretty much.
05      Q.  And did you stick around for cementing?
06      A.  I don't recall being involved in -- in
07  any cementing operations after that.
```

Page 481:09 to 482:10

```
00481:09    Q.  Okay.  All right.  Now, let's stick with
10  this exhibit.  I want you to turn back to Bates
11  Page 54887.
12      A.  Okay.
13      Q.  And on it there's an E-mail from you to
14  yourself, Todd Durkee, Pat Watson, Mike Pfister,
15  dated June 24.  Do you see that?
16      A.  Yes.
17      Q.  And in the fourth -- actually, yeah, the
18  fourth paragraph, it reads:  "The intercept,
19  kill" -- excuse me.  Let me start over:
20          "The intercept, kill, cementing procedure
21  is finished.  Now the teams are addressing
22  outstanding issues.
23          "There is data to support a significant
24  amount of depletion from the flowing zone.  Based
25  on this the final mud weights and cement
00482:01  densities are being adjusted," through "the
02  dynamic kill mud is still 14.1 ppg surface mud"
03  weight.
04          Did I read that right?
05      A.  "...though the dynamic kill mud is still
06  14.1..."
07      Q.  Okay.  Thanks.  Now, do you recall
08  sending this E-mail?
09      A.  I do not.
10      Q.  Okay.  What was the purpose of it?
```

```
Page 482:12 to 482:16

00482:12      A.  This E-mail is an update.
      13      Q.  (By Mr. Leopold) M-h'm.  So you -- you
      14  say there was a significant amount of depletion
      15  from the flowing zone.  Do you see that?
      16      A.  I do.


Page 482:19 to 482:22

00482:19      Q.  You don't know the channels on -- on the
      20  Teams that you were working on with dynamic kill
      21  that would have made that information available
      22  to you?


Page 482:24 to 483:01

00482:24      A.  The -- the -- the one obvious piece of
      25  information would have been the BOP pressures,
00483:01  and I don't recall what those were, specifically.


Page 483:03 to 483:05

00483:03  for specifics.  I -- you obviously learned that
      04  there's depletion from the flowing zone.  What
      05  did you mean by that?


Page 483:07 to 483:17

00483:07      A.  What I suggest here is that there's data
      08  to support that.
      09      Q.  (By Mr. Leopold) What -- what data are
      10  you talking about?
      11      A.  What I just said would be one possible
      12  source of data.
      13      Q.  Okay.  Did you look at modeling about
      14  reservoir depletion?
      15      A.  I did not.
      16      Q.  Okay.  Who -- who told you there's a
      17  significant amount of depletion?


Page 483:19 to 483:19

00483:19      A.  I don't recall.


Page 485:09 to 485:12

00485:09      Q.  (By Mr. Leopold) Okay.  So you don't
      10  know, if a well flows for a hundred days, that
      11  that affects the amount of hydrocarbon in the
```

```
     12  reservoir?
```

Page 485:15 to 485:20

```
00485:15      A.  I believe that if a well flows
      16  hydrocarbons for a hundred days, there will be
      17  less hydrocarbons in the reservoir.
      18      Q.  (By Mr. Leopold) So you agree with me
      19  flow -- flow rate does have an impact on the
      20  amount of hydrocarbons in the reservoir, right?
```

Page 485:22 to 485:24

```
00485:22      A.  That, I agree with, yes.
      23      Q.  (By Mr. Leopold) And you knew that at the
      24  time, correct?
```

Page 486:01 to 486:01

```
00486:01      A.  That's a generally true statement.
```

Page 486:23 to 489:07

```
00486:23      Q.  (By Mr. Leopold) Okay.  Well, let's keep
      24  going in this E-mail.
      25          I want you to turn to the first page of
00487:01  this exhibit, Bates Page 54886.  And it's an
      02  E-mail from you, again, to Pat Watson, Todd
      03  Durkee, and Mike Pfister, June 24th, 2010.
      04      A.  Okay.
      05      Q.  And in the -- the last paragraph on this
      06  page, it says:  "If we determine that the 14.1
      07  ppg mud kills the well, we will consider placing
      08  a heavier mud in the well."
      09          Do you see that?
      10      A.  I do.
      11      Q.  Okay.  Were you involved in the
      12  discussions about what mud weight would kill the
      13  well for dynamic kill?
      14      A.  (Reviewing document.)  I don't recall
      15  being involved in those discussions.
      16      Q.  Okay.  How did you learn about the mud
      17  weight that you are discussing here in your
      18  E-mail?
      19      A.  (Reviewing document.)  I don't recall the
      20  exact source, but, again, with the idea of
      21  focusing on stabilizing and cementing the well,
      22  Step 1 would be to hear, you know, what the
      23  dynamic kill modelers are coming up with to kill
      24  the well, and then the -- the follow-on to that
      25  would be what happened -- what needs to happen in
00488:01  the well to -- to put together the -- the
      02  stabilization and cementing process.
```

```
03        Q.  So were you communicating with the
04   dynamic kill modelers?
05        A.  It's safe to say, at this point, as I've
06   testified earlier, that -- that there was
07   interaction between the kill modelers and the
08   Intercept Team --
09        Q.  M-h'm.
10        A.  -- with regard to the -- the BHA
11   components, how they monitor pressure.  And then
12   the Hydraulic Pumping Team would also be working
13   on stabilizing the well and cementing the well.
14        Q.  And -- and then in the second sentence
15   here, it says:  "This mud weight could be 15.4
16   ppg up to 15.8 ppg depending on the expected
17   level of depletion and corresponding fracture
18   gradient."
19            Right?
20        A.  That's correct.
21        Q.  Okay.  So, again, you mis -- you mention
22   the expected level of depletion, yes?
23        A.  Yes.
24        Q.  So that was a factor in dynamic kill,
25   correct?
00489:01        A.  I believe that the fracture gradient was
02   a factor in the dynamic kill is what I was
03   hearing from the Wild Well Control people.
04        Q.  And you stated that here, yes?
05        A.  Right.
06        Q.  But you also stated the expected level of
07   depletion was a factor for dynamic kill, yes?
```

Page 489:09 to 489:10

```
00489:09        A.  (Reviewing document.)  That's what it
10   says.
```

Page 490:14 to 490:17

```
00490:14        Q.  (By Mr. Leopold) That's o -- that's okay.
15   I -- I -- I asked:  Did the expected level of
16   depletion impact the fracture gradient in the
17   Macondo Well?
```

Page 490:19 to 490:20

```
00490:19        A.  In general, depletion can affect the
20   fracture gradient.
```

Page 492:03 to 492:07

```
00492:03        Q.  Do you know whether there was significant
04   depletion at the Macondo reservoir?
05            A.  My E-mails indicate that I was hearing
```

```
     06  that there was some ev -- there was some data to
     07  support depletion.
```

Page 492:25 to 493:21

```
00492:25     Q.  (By Mr. Leopold) All right.  Let's go to
00493:01  an -- another E-mail up the chain a little bit,
     02  and it's from you, again, to Pat Watson, Todd
     03  Durkee, and Mike Pfister on June 24th, 2010.
     04  It's the second E-mail in the chain, and I want
     05  to focus your attention --
     06     A.  Yes.
     07     Q.  -- on the second paragraph --
     08     A.  Okay.
     09     Q.  -- which reads:  "There is a Norwegian
     10  company, ADD Wellflow AS, who are running the
     11  OLGA multiphase simulator to predict the dynamic
     12  kill loads.  With this model, they can
     13  demonstrate expected pressure vs time plots for
     14  different flow paths to help diagnose the
     15  circumstances and what the mud lift pressures
     16  should be."
     17         Do you see that?
     18     A.  I do.
     19     Q.  Were you working with ADD on the --
     20  the -- the work that you've described here in
     21  this paragraph?
```

Page 493:23 to 494:24

```
00493:23     A.  I was not working with them to conduct
     24  the simulations.
     25     Q.  (By Mr. Leopold) Okay.  Were you working
00494:01  with them at all?
     02     A.  As I testified earlier, the Intercept
     03  Team, our job was to have a sensor, a pressure
     04  sensor in the bottomhole assembly, that would
     05  allow Ole, ADD, to -- to calibrate the kill
     06  process as it was going on by direct measurements
     07  from the -- the pressure setup that was in our
     08  bottomhole assembly.
     09     Q.  Okay.
     10     A.  So -- so we interfaced and talked to them
     11  so -- to make sure we could do the best we could
     12  to have that sub in there funct -- working and
     13  functional, so that they could do whatever it is
     14  they were going to do with it.
     15     Q.  So did -- did Ole Rygg provide you with
     16  modeling information about what the expected
     17  pressure in -- in the Macondo Well would be?
     18     A.  I -- I don't recall specific modeling.
     19  What I recall is he wanted to keep pump pressures
     20  within a range, and the details of that was
     21  outside the scope of what I was working on.
```

```
        22        But our -- our job on the Intercept Team
        23   was simply to provide him the tools that would
        24   allow him to do whatever it is he wanted to do.
```

Page 495:06 to 495:10

```
00495:06        Q.  -- I've showed you E-mails where you're
        07   copied on modeling that he's done, yes?
        08        A.  Yes.
        09        Q.  Okay.  And that modeling including flow
        10   rate -- flow rate in the Macondo Well, correct?
```

Page 495:13 to 495:14

```
00495:13        A.  I recall that some of the reports
        14   referenced flow rate.
```

Page 496:05 to 496:09

```
00496:05   QUESTION:  "So what specifically did
        06   Mr. Rygg provide you to determine the
        07   differential across components in the bottomhole
        08   of the relief well as lost circulation would be
        09   expected to occur?")
```

Page 496:11 to 496:12

```
00496:11        A.  I don't recall whether he provided me
        12   anything or not.
```

Page 496:17 to 497:14

```
00496:17   (Exhibit No. 9970 marked.)
        18        A.  9970.
        19        Q.  (By Mr. Leopold) Okay.  And I put in
        20   front of you an E-mail from you to Chip LaCombe
        21   and others.  The "Subject" matter is:  "what do
        22   you think," dated June 24, 2010.
        23             Do you see that, Mr. Quitzau?
        24        A.  I do.
        25        Q.  Okay.  And you -- this is your E-mail,
00497:01   and you say:  "I'm working with Ole Rygg to
        02   understand the potential for differential across
        03   the components as the lost circulation first
        04   occurs and the dynamic kill starts."
        05             Do you see that?
        06        A.  I do.
        07        Q.  Okay.  What -- what work were you doing,
        08   and what did Ole Rygg provide to you?
        09        A.  It appears that this is related to what I
        10   just described, our efforts to provide a pressure
        11   while drilling tool that would allow calibration
```

```
12   of the kill progress, and it appears that I was
13   working with Ole to help quantify that
14   differential, but I don't recall the interaction.
```

Page 500:11 to 501:02

```
00500:11      Q.  Okay.  All right.  Let's go to Tab 92.
      12   I'd like to mark this as the next exhibit.
      13          (Exhibit No. 9971 marked.)
      14      A.  9971.
      15      Q.  (By Mr. Leopold) So I've placed in front
      16   of you an E-mail chain, with the top E-mail from
      17   Emelie Jester to you and Jim Kunning, dated
      18   6/28/2010.  Do you see that?
      19      A.  I do.
      20      Q.  Okay.  Do you recall getting this E-mail?
      21      A.  I don't specifically recall getting this
      22   E-mail.
      23      Q.  Do you know what the -- what this E-mail
      24   is about?
      25      A.  (Reviewing document.)  This looks like a
00501:01   package for people to consider who were going to
      02   attend a -- a -- a Relief Well Review Meeting.
```

Page 501:06 to 501:16

```
00501:06      Q.  Okay.  Who's Jim Kunning?
      07      A.  Jim Kunning is a colleague Drilling
      08   Engineer at Anadarko.
      09      Q.  Was he working with you on the Intercept
      10   Team?
      11      A.  He was not.
      12      Q.  Was he participating in -- in the Relief
      13   Well Review that took place?
      14      A.  I believe he attended this meeting that
      15   was a couple of hours long.  It was an
      16   Industry -- an Industry Review Meeting.
```

Page 502:11 to 502:24

```
00502:11      Q.  Okay.  Now, this -- this is -- am -- am I
      12   correct that you were sent pre read materials for
      13   a Relief Well Review Meeting?  Is that right?
      14      A.  That's correct.
      15      Q.  Okay.  Do you re -- take a look at the
      16   attachments to this E-mail, if you would.
      17      A.  (Complying.)  Okay.
      18      Q.  All right.  And do you -- do -- do you
      19   recall reading any of these documents in advance
      20   of this meeting?
      21      A.  I do not.
      22      Q.  Okay.  And if you would turn with me to
      23   Bates page -- Anadarko Bates page ending in
```

24  123683 --

Page 503:01 to 503:23

00503:01      Q.  -- is this a Presentation by Add Energy
      02  that was attached to the E-mail?
      03      A.  It appears to be a Presen --
      04  Presentation or a -- a page from Add Energy.
      05      Q.  Okay.  Now, in the first slide on that
      06  page, what is the title of that slide?
      07      A.  "Blowout rates and dynamic kill."
      08      Q.  And then in the chart, the first chart in
      09  that slide, can you read the headings and the
      10  numbers indicated in that chart, please?
      11      A.  "Flow path," "FBHP.psi," "FBHP.ppg," "Oil
      12  rate.bopd," "Gas rate.mmscfd," "Production
      13  casing," "10,570," "11.3," "63,000," "180."
      14      Q.  So what -- what is the column about that
      15  says "Oil rate.bopd"?
      16      A.  It appears to be 63,000 barrel -- bopd.
      17      Q.  What does that column mean?
      18      A.  That appears to mean 63,000 barrels per
      19  day.
      20      Q.  Of what?
      21      A.  Of oil.
      22      Q.  Of oil where?  Wha -- what is -- what is
      23  this chart about?

Page 504:01 to 504:05

00504:01      A.  I don't know.
      02      Q.  (By Mr. Leopold) You -- so you don't know
      03  whether that means there was a 63,000 barrel per
      04  day modeled flow rate coming out of the Macondo
      05  Well?

Page 504:08 to 504:17

00504:08      A.  I don't know if this is a modeled flow
      09  rate.
      10      Q.  (By Mr. Leopold) It says "Blowout rates"
      11  on -- right on the title, doesn't it?
      12      A.  It says "Blowout rates."
      13      Q.  And you were sent this in -- in a -- in
      14  preparation for a Relief Well Meeting, yes?
      15      A.  Yes.
      16      Q.  Was this another example of you receiving
      17  information about flow rate?

Page 504:20 to 504:23

00504:20      A.  It appears that flow rate -- reference to
      21  flow rate is included in this document.

```
     22     Q.  (By Mr. Leopold) Okay.  And you received
     23  it, yes?
```

Page 505:01 to 505:03

```
00505:01     A.  It appears I received it.
     02     Q.  (By Mr. Leopold) And it's -- is it
     03  modeling done by Add Energy?
```

Page 505:06 to 505:06

```
00505:06     A.  I don't know if this is modeling.
```

Page 506:21 to 506:24

```
00506:21     Q.  (By Mr. Leopold) Okay.  But all -- all
     22  I'm trying to establish is that you were aware
     23  Add Energy was doing flow rate modeling for the
     24  dynamic kill.  Is that fair?
```

Page 507:02 to 507:03

```
00507:02     A.  My understanding is they were modeling
     03  the kill process.
```

Page 509:22 to 510:13

```
00509:22     Q.  All right.  Okay.  Turn to Tab 97,
     23  please.  Let's mark this as the next exhibit.
     24         (Exhibit No. 9972 marked.)
     25     A.  9972.
00510:01     Q.  (By Mr. Leopold) And it's an E-mail from
     02  William Burch to a -- a group of people,
     03  including you, dated 7/8/2010.  Do you see that,
     04  Mr. Quitzau?
     05     A.  I do.
     06     Q.  Okay.  Do you have an understanding of
     07  the group of people in this -- in the "To" line
     08  on this E-mail?
     09     A.  (Reviewing document.)  It's a wide range
     10  of different people who appear to have been
     11  involved in either the dynamic kill process,
     12  planning process, or in the actual relief well
     13  drilling.
```

Page 512:14 to 513:11

```
00512:14     Q.  Right.  Before we went off the record,
     15  you were looking at Exhibit number --
     16     A.  -- 9972.
     17     Q.  And my question was:  Did you receive
     18  this in connection with your work on the
```

```
      19  Intercept Team?
      20      A.  Yes.  I -- it appears that I received it
      21  in relation to the work on the Intercept Team.
      22      Q.  Okay.  And it's from Bill Burch at Wild
      23  Well Control, yes?
      24      A.  Correct.
      25      Q.  Okay.  And in -- in the -- in the first
00513:01  paragraph in the E-mail, it says:  "Just to
      02  clarify, the depletion information is based on
      03  the intersect happening August1st" -- and then in
      04  parentheses -- "(103 days of production at an
      05  average of 40,000 barrels per day.)"
      06          Is that right?
      07      A.  Yes.
      08      Q.  Okay.  And is this a -- another example
      09  of you receiving information about the flow rate
      10  from the Macondo Well?
      11      A.  It appears that flow rate --
```

Page 513:13 to 514:13

```
00513:13      A.  It appears that flow rate is referenced
      14  in this E-mail.
      15      Q.  (By Mr. Leopold) Right.  And, as well --
      16  as well as the mentioned depletion information,
      17  yes?
      18      A.  I see depletion referenced, yes.
      19      Q.  Okay.  Was -- was that knowledge
      20  important for you as -- on the work that you were
      21  doing for the well intercept?
      22      A.  This relates, again, to what I had
      23  described earlier.  I recall it appears that my
      24  involvement is -- in this, he may have copied me
      25  on this because it relates to the actual drilling
00514:01  into the -- this is where the -- the Relief --
      02  the Intercept Team inter -- interfaces with the
      03  Dynamic Kill Team, and it appears that Bill Burch
      04  is getting very specific about his dynamic kill
      05  plan, and the intercept side of it was simply to
      06  provide the -- the PWD information in the
      07  bottomhole assembly that would allow him to
      08  calibrate the window that -- that he wants to
      09  operate in, between the frac gradient and the --
      10  and the pore pressure.
      11      Q.  Was the plan, that once the -- the well
      12  was intercepted, the -- the Dynamic Kill Team
      13  would take over all operations?
```

Page 514:15 to 514:17

```
00514:15      A.  The -- the Dynamic Kill Team on location
      16  was ready to go into action if there was an
      17  indication of a -- a flow event.
```

Page 514:24 to 515:04

```
00514:24      Q.  Okay.  So you were planning on following
      25  the progress realtime, from Houston.  Is that
00515:01  fair?
      02      A.  If -- if possible.
      03      Q.  Did you, in fact, do that?
      04      A.  Yes.
```

Page 515:11 to 515:17

```
00515:11      Q.  (By Mr. Leopold) Let me go to Tab 98.
      12  Let's mark this as the next exhibit.
      13          (Exhibit No. 9973 marked.)
      14      Q.  (By Mr. Leopold) And this is Anadarko
      15  Bates page ending in 130952, E-mail from you to
      16  Ole Rygg, dated July 14th.
      17      A.  9973.
```

Page 515:22 to 516:02

```
00515:22      Q.  Okay.  And The "Subject" is "WEATHERFORD
      23  6-5/8" DRILL PIPE SPECS."  Right?
      24      A.  Yes.
      25      Q.  Why did you send this E-mail to Mr. Rygg?
00516:01      A.  I don't recall the reason that I sent it
      02  to him.
```

Page 516:15 to 516:16

```
00516:15      Q.  I think we've established that Mr. Rygg
      16  was doing some modeling for a dynamic kill.  Yes?
```

Page 516:18 to 516:21

```
00516:18      A.  Yes.
      19      Q.  (By Mr. Leopold) Okay.  And do you know
      20  if the drill pipe specs for the relief well were
      21  important to his modeling?
```

Page 516:23 to 517:03

```
00516:23      A.  I know that the modelers take all the
      24  hole geometry into account, but beyond that --
      25  "hole geometry" meaning all the different pipe
00517:01  sizes into account, but -- but the details of how
      02  they use that is above my head and outside my
      03  area of expertise.
```

Page 517:21 to 518:02

```
00517:21     Q.  Did you work with Ole, also, on
      22 compressibility volumes in the Macondo Well?
      23     A.  I recall later discussions with Ole on
      24 his use of fluid compressibility to diagnose
      25 trapped volumes in the wellbore.  I -- I wouldn't
00518:01 say I worked with him.  I would say I inquired of
      02 what he was doing.
```

Page 518:06 to 518:14

```
00518:06     Q.  Why were you interested in
      07 compressibility volumes?
      08     A.  It was kind of a professional curiosity
      09 that he was able to add some evidence to diagnose
      10 flow paths strictly from the compressibility of
      11 the fluid.
      12     Q.  Okay.  And you were also working on a
      13 proposed step-down test for post-dynamic kill,
      14 yes?
```

Page 518:17 to 518:18

```
00518:17     Q.  (By Mr. Leopold) Post-hydrostatic kill?
      18     A.  Correct.
```

Page 519:01 to 520:05

```
00519:01     Q.  (By Mr. Leopold) Can you turn to Tab 102.
      02 Go ahead and mark it as the next exhibit.
      03         (Exhibit No. 9974 marked.)
      04     A.  9974.
      05     Q.  (By Mr. Leopold) Okay.  And I put in
      06 front of you an E -- it's an E-mail from you to
      07 Kurt Mix, Bruce Rogers.  Are those BP employees?
      08     A.  They are.
      09     Q.  And it's dated July 31st, 2010.  Right?
      10     A.  That's correct.
      11     Q.  Okay.
      12     A.  And -- and they were.
      13     Q.  Okay.  And this -- is this the
      14 Hydrostatic Control Step Rate Diagnostic
      15 Procedure you were working on?
      16     A.  I have to look at it.  (Reviewing
      17 document.)  Yes, it is.
      18     Q.  Okay.  And then I -- I note, at the
      19 bottom of this E-mail, before your signature, it
      20 says:  "Ole has not had a chance to look at this,
      21 but his comments and others are welcome."  Right?
      22     A.  That's correct.
      23     Q.  So you were interfacing with Ole for
      24 your -- your step-down test procedure?
      25     A.  It -- it suggests that I would welcome
00520:01 his comments and -- and to review that.
```

```
02     Q.  Did he, in fact, review it?
03     A.  I don't recall if he did or not.
04     Q.  Okay.  What -- why were you welcoming
05  Ole's comments on your procedure?
```

Page 520:07 to 520:17

```
00520:07     A.  He -- he was a hydraulic modeler, and the
08  step-down test, the -- the results that I -- or
09  not results, but the plots that I show here were
10  based on very, very simple Excel spreadsheet
11  models.  Again, this is all related to after the
12  hydrocarbons were out of the well, so the key --
13  I demonstrated the concept with the Excel
14  spreadsheet and would look for more accurate flow
15  models to -- to try to replicate my approach to
16  where -- to where the -- the curves would be more
17  accurate.
```

Page 521:03 to 521:18

```
00521:03     Q.  (By Mr. Leopold) Okay.  Let's turn to one
04  more exhibit, Tab 110.  Go ahead and mark it.
05         (Exhibit No. 9975 marked.)
06     Q.  (By Mr. Leopold) And it's a -- an E-mail
07  from Keith Powell to some -- a group of folks.
08  And I understand you're not on the E-mail.  It's
09  dated August 13th, 2010.  Do you see -- do you
10  see that at the top of the E-mail, Mr. Quitzau?
11     A.  I do.
12     Q.  But you're referenced in the E-mail by
13  Mr. Powell, and he says: "Bob Quitzau (Anadarko
14  Drilling Engineer) has been seconded to the IMT
15  operations since the beginning of the event, and
16  has been a key member of the engineering team for
17  Top Kill, Static Kill and the Relief Wells."
18         Do you agree with that assessment?
```

Page 521:20 to 522:02

```
00521:20     A.  (Reviewing document.) Yes, I do.
21     Q.  (By Mr. Leopold) Okay.  And then the next
22  sentence says:  "Last week, Bob asked for a copy
23  of the Static Kill & Cement job data so he could
24  analyze the data and support the decision making
25  process."
00522:01         Do you recall making that request?
02     A.  I do.
```

Page 522:04 to 523:03

```
00522:04     Q.  (By Mr. Leopold) Okay.  And were you ever
05  provided with that data?
```

```
06        A.  I was not.
07        Q.  And did you -- was it explained to you
08  why you weren't being provided that data?
09        A.  I don't recall an explanation.  There
10  might have been --
11        Q.  Were you told --
12        A.  Sorry.
13        Q.  Sorry.  Were you told that you were not
14  going to receive it?
15        A.  I believe I was told that I was not going
16  to receive it.
17        Q.  Why were you interested in it?
18        A.  I was interested in plotting the data in
19  a sim -- in a manner that was similar to the
20  approach that I took in the post top kill recap,
21  to see if there might be any similarities between
22  the jobs.  If I were to identify any
23  similarities, I would then be in a position to
24  provide that data to the decision-makers for any
25  possible further clarification of flow paths or
00523:01  any ongoing or further operations.
02        Q.  Was Mr. Powell the one who told you
03  you wouldn't be receiving the data?
```

Page 523:05 to 523:09

```
00523:05      A.  He may have been the one that relayed
06  that to me.
07        Q.  (By Mr. Leopold) Do you know if -- that
08  BP was closely holding information at this time,
09  when you made the request?
```

Page 523:12 to 523:13

```
00523:12      A.  I -- I can't make a general statement
13  like that.
```

Page 524:02 to 524:10

```
00524:02      Q.  (By Mr. Leopold) Okay.  Had you been
03  provided this type of information earlier for the
04  Top Kill Analysis that you were doing?
05        A.  Yes, I stated earlier that I received
06  data actually directly from the vendors, in that
07  case, as opposed to from -- from BP.  But, yes, I
08  did receive similar data for the top kill's
09  efforts.
10        Q.  Okay.
```