# United States' Phase Two Offer of Proof
# Exhibit 18
# Designations from Volumes 1-2 of
# Deposition of Trevor Smith

Page 16:01 to 16:09

```
00016:01   VIDEOGRAPHER:  Today is
      02   October 25th, 2012.  This is the deposition of
      03   Trevor Smith regarding the oil spill of the
      04   oil rig DEEPWATER HORIZON on April 20th, 2010.
      05   The time is 8:30 a.m., and we are now on the
      06   record.
      07              TREVOR SMITH,
      08   having been first duly sworn, testified as
      09   follows:
```

Page 16:12 to 16:18

```
00016:12      Q.    Good morning, Mr. Smith.  My name
      13   is Scott Cernich, and I represent the United
      14   States, and this is my colleague, Sharon
      15   Shutler, also representing the United States.
      16              Do you have a doctorate
      17   degree?
      18      A.    No.
```

Page 18:23 to 26:23

```
00018:23      Q.    I'm going to provide you with a --
      24   a document here that's previously been marked
      25   exhibit 8664, and this is the agreed 30(b)(6)
00019:01   deposition notice for BP defendants.
      02              Have you seen this document
      03   before, Mr. Smith?
      04      A.    Yes.
      05      Q.    Did you review this document in
      06   preparing for your deposition today?
      07      A.    Yes, I did.
      08      Q.    Okay.  If we could look at the
      09   second page of that notice, topic 1.  And
      10   you'll see that this says, for any and all
      11   attempts after April 20th, 2010, to cap,
      12   control, contain, shut in, limit flow from,
      13   and/or kill the Macondo Well by each of the
      14   following methods unless otherwise specified.
      15              And it lists a number of
      16   source control techniques or methods there,
      17   and one of those is -- is capping stack.
      18              And do you understand that
      19   you're here to testify with regard to the
      20   topic 1 as far as the capping stack goes?
      21      A.    I do.
      22      Q.    Okay.  And that includes testimony
      23   regarding items -- sub-items A through F on
      24   that topic 1, correct?
      25      A.    Correct.
00020:01      Q.    Okay.  And then if I could ask you
      02   to turn to page 5 of the notice.  And at the
```

03    bottom of the page, there is number 12 there.
04    And it says, the use of any analysis,
05    calculations, assumptions or modeling of the
06    flow rate of hydrocarbons from the Macondo
07    MC252 well undertaken by or on behalf of BP or
08    the Unified Command in connection with the
09    analysis, consideration, or execution of any
10    method, as that term is defined in topic 1.
11              And do you understand that
12    you are here to testify regarding topic 12 as
13    it pertains to the capping stack?
14        A.    I do.
15        Q.    Okay.  And then if I could ask you
16    to turn to page 6, and we're going to go to
17    topic 18 there near the bottom of the page.
18    And it reads, the configuration of the capping
19    stack (including ram position at all times)
20    and all pressure measurements (including
21    calibration measurements) and temperature
22    measurements taken from the capping stack from
23    July 12th, 2010 and July -- and August 3rd,
24    2010.
25              Do you understand that you're
00021:01    here to testify with regard to the
02    configuration of the capping stack, including
03    ram positions at all times, from the time
04    period July 12th, 2010 to August 3rd, 2010?
05        A.    I do.
06        Q.    Now, before we -- before we start
07    with any specific questions about the capping
08    stack, I'd like to get a little information
09    regarding your -- your background.
10              Could you provide me with a
11    brief summary of your educational experience?
12        A.    I was educated in Ireland.  I went
13    through primary school, secondary school
14    education.  My university degree was in
15    Ireland in engineering science and mathematics
16    at Trinity College Dublin.  I graduated in
17    1978.  And that's my formal education.
18        Q.    And then when you graduated from
19    Trinity College in 1978, what did you do after
20    that?
21        A.    I joined BP in London.
22        Q.    And what did you do with BP when
23    you joined in 1978?
24        A.    I joined the pipelines and
25    terminals division, working in -- on global
00022:01    pipeline design projects.  After about -- as
02    part of my professional development, I spent a
03    year in the chemical works in Hull in East
04    England, back to London.
05              In early -- in 19 -- early
06    1984, I went to Aberdeen.  I worked in subsea
07    pipeline -- subsea and structures pipeline

08    inspection and maintenance in the North Sea
09    and then moved into projects in BP where I was
10    working in Aberdeen until '99, early 2000.
11    And I came to the U.S. in 2000, to Houston, to
12    work on the projects here in the Gulf of
13    Mexico.
14              One year in Paris in 2004 or
15    '05, and I've been back to Houston since that
16    time, working on early stages of projects and
17    other activities here in the Gulf of Mexico.
18        Q.    When you mentioned that you moved
19    into -- working in projects, I believe that
20    was still when you were in the UK, correct?
21        A.    In the UK, yes.
22        Q.    And what did -- what did that
23    mean?
24        A.    I worked on -- I was -- I worked
25    on a project in -- in the North Sea, the early
00023:01    stages before it was approved for development.
02    I moved to -- in about '97, '98, I became
03    subsea team leader on the Schiehallion
04    Project, west of Schiehallion.  And I worked
05    with that project from essentially the very
06    start until it -- a year after it produced its
07    first oil.
08        Q.    Would it be fair to say that the
09    majority of your experience is with subsea
10    pipelines?
11        A.    Subsea systems in general,
12    flowlines, pipelines, effectively, and subsea
13    trees and manifolds and subsea production
14    equipment and the risers that connect them
15    back to floating production structures.
16        Q.    Now, on -- on April 20th, 2010
17    when the Macondo well blew out, what were you
18    doing at that point in time for BP?
19        A.    I was working on a project called
20    Tubular Bells, again, in its pre-approval,
21    pre-sanctioned stage.  I was -- and I was
22    about to go on vacation, actually.  I went on
23    vacation.  And I was on vacation soon after
24    April the 20th.  And as I came off vacation on
25    April 29th, I was asked to go to the Houston
00024:01    Westlake Center to take part in the response.
02        Q.    And when you were asked to go to
03    the Houston Westlake Center, what were you
04    specifically asked to do with regard to the
05    response?
06        A.    I was asked to work in the group
07    headed by Gordon Birrell and Paul Tooms.  They
08    were working -- they were working on issues to
09    do with intervention on the downed -- the --
10    the riser from the HORIZON that had been
11    kinked at the BOP.
12              And the team I was in was

```
13  called the swing valve team.  It had two
14  functions.  One was finalize arrangements to
15  be ready to cut the riser, if needed.  And
16  then we were looking at a concept of making a
17  connection to the top of the LMRP at the
18  flexjoint, to put a capping device on there of
19  some sort.
20       Q.     Okay.  And you-all considered a
21  BOP on BOP as a potential capping device; is
22  that right?
23       A.     That was not part of my team's --
24  our team's scope.
25       Q.     Okay.  And so can you describe for
00025:01  me your team's scope?
02       A.     It was -- it was, be prepared to
03  cut the riser to remove -- to allow the -- to
04  cut the riser at the BOP, to provide access to
05  the flange that would be at the bottom of the
06  drilling riser that would have been left
07  bolted to the top of the flexjoint.
08              And, also, we had to scope
09  for general -- if there was any need for
10  general intervention around the top of the
11  riser.  At that -- it was an evolving scope,
12  but the day I arrived, it was those two things
13  as far as I was -- I was assigned to work on
14  with the team.  I was -- my role was broadly
15  project managing those personnel working on
16  those activities.
17       Q.     Okay.  And who were your immediate
18  subordinates?
19       A.     Mike Vandenbossche, Les Owen, Tim
20  Biere.  There were a number of people.  I
21  can't remember them all, but the key -- and
22  Gary Harrison.  There were a number of other
23  personnel, but those were some of the key
24  players.
25       Q.     Thank you.
00026:01              So was there a particular BP
02  individual who was responsible for managing
03  the triple ram stack project?
04       A.     There was a -- not part of that
05  immediate team, but there was another group
06  working at the time on building another type
07  of capping device.  And at that time, it was
08  a -- a double ram BOP capping device.  And
09  that was Jim Wellings.
10       Q.     And did Mr. Wellings eventually
11  become the project lead, or -- if I'm using a
12  term that you're not familiar with, please
13  correct me -- eventually come to be in charge
14  of the -- the triple ram stack project?
15       A.     Yes.  He had a few different
16  roles, but ultimately led the building of the
17  capping stack.
```

```
18        Q.     And did you speak to Mr. Wellings
19   in preparation for your deposition today?
20        A.     I did.
21        Q.     Okay.  And on that -- on that
22   topic, can you tell me what you did to prepare
23   for your deposition today?
```

Page 27:03 to 29:01

```
00027:03        A.     I spoke with Mr. Wellings.  I
     04   spoke with Richard Lynch and Mykel Edwards
     05   about different -- to inform myself to prepare
     06   for today.  And I reviewed a number of
     07   documents to -- to either familiarize myself
     08   or refamiliarize myself in preparation for
     09   today.
     10        Q.     Okay.  So you spoke with
     11   Mr. Wellings, Mr. Lynch, and Ms.  Edwards?
     12        A.     Correct.
     13        Q.     You reviewed documents, but you
     14   didn't meet with counsel, correct?
     15        A.     Say again?
     16        Q.     You didn't meet with counsel?
     17        A.     I did meet with counsel, yes.
     18        Q.     Did you speak with anyone on
     19   the -- the telephone to prepare for your
     20   deposition today besides Mr. Wellings,
     21   Mr. Lynch and Ms.  Edwards?
     22        A.     Nobody else, no.
     23        Q.     Did you speak with any employees
     24   of any -- of the other parties in this case or
     25   any BP contractors, Cameron, Transocean, Wild
00028:01   Well Control, any -- any other companies to
     02   prepare for your deposition today?
     03        A.     No, I didn't.
     04        Q.     Did you speak with Farah Saidi --
     05        A.     No.
     06        Q.     -- to prepare for your deposition
     07   today?
     08        A.     No.
     09        Q.     Trevor Hill?
     10        A.     No.
     11        Q.     Tim Lockett?
     12        A.     No.
     13        Q.     Bob Merrill?
     14        A.     No.
     15        Q.     Mike Cargol?
     16        A.     No.
     17        Q.     You know Mr. Cargol, correct?
     18        A.     Mr. Cargol, yes, I do.
     19        Q.     And who is Mr. Cargol?
     20        A.     Mr. Cargol was at the time, and I
     21   think he's again, an employee of Wild Well
     22   Control.
     23        Q.     Okay.  You said employee again.
```

```
      24                    Do -- are you aware of some
      25  period when he was not an employee of Wild
00029:01  Well Control?
```

Page 29:13 to 29:20

```
00029:13  Were you aware of any flow
      14  modeling that Ms. Saidi did in support of the
      15  capping stack effort?
      16      A.    Yes, I was aware at the time of
      17  the response, Farah Saidi was providing flow
      18  assurance support to the efforts.
      19  Specifically what she did in terms of flow
      20  modeling, I do not know.
```

Page 30:02 to 30:13

```
00030:02      Q.    Okay.  And so are you aware that
      03  Ms. Saidi was calculating pressures inside the
      04  capping stack during closure of the capping
      05  stack choke valve?
      06      A.    I was not specifically aware of
      07  that, no.
      08      Q.    Okay.  And you didn't review any
      09  calculations or modeling regarding the
      10  pressures in the capping stack during the
      11  closing of the capping stack choke valve in
      12  preparation for your deposition today?
      13      A.    I did not.
```

Page 31:06 to 35:05

```
00031:06      Q.    Did you examine the capping stack
      07  or any of the related equipment in preparation
      08  for your deposition today?
      09      A.    I did not.
      10      Q.    Did you examine any replicas or --
      11  replicas or pieces of equipment similar to the
      12  equipment used in the capping stack in
      13  preparation for your deposition?
      14      A.    No.
      15      Q.    Did you take any measurements of
      16  any equipment to prepare for your deposition?
      17      A.    No.
      18      Q.    Did you review any drawings of the
      19  capping stack to prepare for your deposition?
      20      A.    Some of the documents had drawings
      21  in there.  I'm reasonably familiar with its
      22  configuration, so I wasn't specifically
      23  reviewing those drawings.
      24      Q.    Okay.  And -- and do you recall
      25  which documents in particular had -- had
00032:01  drawings of the capping stack components?
```

02      A.      Various presentations developed in
03  the course of the response, various procedure
04  documents.
05      Q.      Okay.  In preparing for your
06  deposition today, did you review the technical
07  assurance report for the three-ram stack?
08      A.      I -- I briefly reviewed it.  I
09  brought it with me today in this binder in
10  case there's -- there's a need to refer to it
11  specifically.  I -- I remember reading it at
12  the time.  I didn't -- I know broadly its
13  contents.
14      Q.      Okay.  Great.  Thank you.  I have
15  a copy, as well, so we'll probably get to
16  that.
17              Can you describe for me --
18  going back a little bit, can you describe for
19  me your personal involvement in the capping
20  stack project?
21      A.      I was aware of its evolution from
22  a two-ram stack to a three-ram stack during
23  May.  In early June, first week of June, I was
24  briefly told I was accountable for the capping
25  stack, and during that week, I personally --
00033:01  that's where I had particular influence.  I
02  arranged for the two-side outlet valves on
03  each side of the capping stack to be -- to be
04  configured in a fail open mode from there,
05  then fail close mode.  It's a personal
06  influence.
07              The other influence I had
08  directly on the capping stack was around the
09  physical -- the fitting on -- of a electronic
10  pressure transmitter to the capping stack and
11  its replacement by a second pressure
12  transducer when the first one was damaged.
13      Q.      Okay.  And that would be PT3 K1
14  and PT3 K2 that ultimately were installed on
15  the stack?
16      A.      I'm not familiar with the specific
17  terminology there, but, yes, they read two --
18  from the kill side, read two re-pressure
19  readings.
20      Q.      Okay.  From the -- the kill side?
21      A.      I believe it was the -- the K, I
22  think, referred -- referred to the fact it was
23  on the panel on the kill side.
24      Q.      Understood.
25      A.      It was reading off, I believe, one
00034:01  of the rams.
02      Q.      Thank you.
03              And the -- the valves you
04  referred to, are those the dual gate valves
05  that were manufactured by -- I believe it's
06  World Oil Field Machines?

```
07        A.     World Valves, yes.
08        Q.       Okay.  And why did you arrange for
09   those to be configured in a fail open mode?
10        A.     Because my understanding at that
11   time was, the -- the cap was considered to be
12   a flow containment collection device.  And if
13   we had had to abandon the field for a
14   hurricane, and if any of the hydraulics
15   keeping the valve -- operating the actuators
16   leaked, I wanted the valves to stay in their
17   open position rather than close and shut in
18   the well potentially accidentally.
19        Q.       Okay.  And -- and one of the
20   reasons that you wanted to be able to have
21   those -- those open was to relieve pressure
22   from the well and the capping stack, correct?
23        A.     Yes, effectively keep the well
24   flowing and not lock it in, not lock the
25   pressure into the well.
00035:01        Q.     If -- I'm going to go ahead and
02   move to a document now.  We're going to go
03   ahead and take a look at the technical
04   assurance report.  I have a copy of that for
05   you there.
```

Page 35:08 to 35:08

```
00035:08  (Exhibit Number 9575 marked.)
```

Page 35:20 to 37:03

```
00035:20        Q.      And the document I've just handed
21   you, Mr. Smith, is a document entitled GoM
22   Drilling, Completions and Interventions,
23   Technical Assurance Report Well Cap With
24   Triple-Ram Stack.
25                    Do you see that?
00036:01        A.    Correct.  Yes.
02        Q.      And have you seen this document
03   before?
04        A.     Yes.  The one I actually reviewed
05   before coming here was Revision 1.  I'm not --
06   I don't know specifically -- can't remember
07   what kind of changes were made to revision --
08   to make it Revision 2, but we'll find out,
09   perhaps.
10        Q.      Okay.  So Revision 1, which
11   according to this document, was dated 14
12   July 2010; is that right?
13        A.     Correct.
14        Q.      And then if we turn to the next
15   page, I think we can probably clarify that.
16                    There's an amendment
17   record --
```

```
18        A.    Okay.
19        Q.     -- which shows the 16th of
20   July 2010 revision number 2, and it says
21   revised figure 16.
22                 Do you see that?
23        A.    I do, yes.
24        Q.    And so do you have any reason to
25   believe that there's any difference between
00037:01   the one you reviewed and this one, aside from
02   the revision to figure 16?
03        A.    No, nothing other than that.
```

## Page 37:12 to 40:03

```
00037:12        Q.    And I'm looking at the executive
13   summary there.  And the second paragraph says,
14   the desired capability of the final assembly
15   is to be able to shut in the well (if
16   possible), produce from the well to the CDP1/2
17   manifolds and the Nakika tie-back (future),
18   and maintain back pressure to assist in
19   killing the well.
20                 Did I read that correctly?
21        A.    Yes, you read that correctly.
22        Q.    And is that BP's understanding as
23   to the purpose of the triple-ram stack?
24        A.    That was the final purpose of the
25   capping stack, yes.
00038:01        Q.    Okay.  You said final purpose.
02                 Was there another purpose for
03   which the -- the capping stack was intended?
04        A.    Those three items, yes, evolved.
05   And are we referring to -- when we refer to
06   capping stack, are we referring to it in its
07   final configuration, three-ram capping stack?
08        Q.    Yeah.  Well, let's -- let's stick
09   with that for now.
10        A.    Okay.  Sorry.  Yeah, because --
11   yeah.  Okay.  Yeah, good.  Okay.  That
12   clarifies it.
13        Q.    Because you had some other
14   potential?
15        A.    Yeah.  The two-ram stack was,
16   close in the well.  That was the only -- its
17   only capability.
18        Q.    Okay.
19        A.    Okay.  So, yes, these -- these
20   three -- three capabilities were the final
21   objectives for the -- for the capping stack.
22                 Containment and support to
23   relief well were the primary ones for a long
24   time.  The ability to use it to -- as a means
25   of shutting in the well, if possible, emerged
00039:01   later.
02        Q.    Okay.  And as far as the relief
```

```
03   well, the -- as I understand it, the -- its
04   use there would be to choke back on the well
05   potentially -- potentially to assist with
06   the -- with the relief well kill operation?
07        A.    Yes.
08        Q.    Is that correct?
09        A.    Yes.  And, also, it could provide
10   a route from the top of the cap to a second
11   rig -- drill rig connected by riser to -- at
12   the surface above the well to create a U-tube
13   during the relief well operation.
14        Q.    And why would you want to have
15   that U-tube during the relief well operation?
16        A.    I'm not a well-control expert.  I
17   understood from documents I reviewed, that it
18   was a desirable feature in the relief well,
19   but know nothing more to specifics.
20        Q.    Okay.
21        A.    Can I just correct one thing I
22   said?  The capping stack, it was to allow it
23   as a -- as a tool for well shut-in with a well
24   integrity test, was kind of really the
25   terminology we were using at the time.  There
00040:01   was a -- a potential we would have to open the
02   well back up again quickly, and that was the
03   key part of the capping stack.
```

Page 40:07 to 40:11

```
00040:07        Q.    And that's because BP was
08   concerned potentially the -- the burst discs
09   in -- in the casing had ruptured at some point
10   prior to shutting in the well; is that right?
11        A.    I think it was --
```

Page 40:13 to 40:23

```
00040:13        A.    It was not just BP.  Unified Area
14   Command combined resources looking at the well
15   had concerns about potential downhole
16   integrity.  And, yes, burst disc integrity, my
17   understanding, is -- and, again, it's not
18   specifically my area of expert -- expertise --
19   could have led to more severe problems,
20   like -- such as a broach.
21        Q.    But BP told the Unified Command
22   that it had concerns about whether the burst
23   discs had -- had ruptured; is that correct?
```

Page 40:25 to 41:02

```
00040:25        A.    I don't know specifically what
00041:01   communication went on in that area.  It was
```

```
         02    outside my scope.


Page 41:11 to 44:07

00041:11         Q.    The knowledge of Unified Command
         12   with regard to the reasons for concerns over
         13   well integrity, for example, the -- the
         14   potential for the burst discs to have -- have
         15   ruptured, that's also outside of the scope of
         16   your testimony, isn't it?
         17         A.    That is correct.
         18         Q.    If I could ask you to turn to
         19   page 10 of the document, this section 2,
         20   entitled Scope of Work.
         21             Do you see that?
         22         A.    Yes.
         23         Q.    And there is a diagram of that
         24   page of the Triple Ram Stack, Transition Spool
         25   Flexjoint HORIZON LMRP, HORIZON BOP and
00042:01   Wellhead Casing.
         02             Do you see that?
         03         A.    I do.
         04         Q.    Do you know that to be an accurate
         05   representation of the -- of the -- the BOP and
         06   the equipment above the wellhead on the
         07   DEEPWATER HORIZON well?
         08         A.    Broadly, yes.
         09         Q.    Okay.  And then if I could ask you
         10   to look at the next page, page 11.
         11         A.    Uh-huh.
         12         Q.    There's a list of components there
         13   in the middle of the page in table 1.  It
         14   says, Component Analysis Responsibilities.
         15             Do you see that?
         16         A.    Yes.
         17         Q.    And component 1, the description
         18   says Triple-Ram Stack, correct?
         19         A.    Yes.
         20         Q.    And it say designed by Transocean?
         21         A.    Yes.
         22         Q.    And it says Report Section.
         23   Triple Ram.
         24             Is that -- did I read that
         25   correctly?
00043:01         A.    You did read that correctly.
         02         Q.    Okay.  And then if we could go to
         03   the next page, this is section 2.2 of your
         04   report.  And it says Basis of Design.
         05             Do you see that?
         06         A.    I do.
         07         Q.    Can you explain to me what a basis
         08   of design is?
         09         A.    A base of design would be the --
         10   the -- some of the key facts governing the
         11   design of -- of the stack and the objectives
```

```
12    to be achieved by the system.  So it would
13    specify that it's -- the system is currently
14    at two degrees, for example, that need to be
15    taken account of in structural loading.  And
16    it set certain pressure design values to be
17    achieved, or targets to be achieved, by the
18    design.
19         Q.     And if I look at the section there
20    on temperatures, do you see that?
21         A.     Yes.
22         Q.     And it says Maximum Flowing Oil
23    Temperature?
24         A.     Yes.
25         Q.     Value -- and the value is
00044:01   220 degrees Fahrenheit; is that right?
02         A.     Correct.  That's the value listed.
03         Q.     So if the temperature of the
04    flowing oil was higher than 220 degrees
05    Fahrenheit, BP would have had to have
06    redesigned the triple-ram stack; is that
07    right?
```

Page 44:09 to 44:23

```
00044:09        A.     It would -- or if -- it would not
10    necessarily redesign, but to pay more critical
11    attention to the specific components that
12    could be affected by higher temperatures than
13    220 to determine more exactly what their
14    limits were.
15         Q.     So if BP's technical assurance
16    work was based on the maximum flowing
17    temperature of 220 degrees Fahrenheit, BP
18    would have had to have gone back and
19    reconsidered whether or not the triple-ram
20    stack, as designed in this technical assurance
21    report, was actually suitable for -- for the
22    purpose laid out in this report; is that
23    right?
```

Page 44:25 to 45:08

```
00044:25        A.     If -- if higher temperatures were
00045:01   measured, that would have triggered a
02    reconsideration.  I'm not aware of specific
03    temperature measurements being taken to change
04    the -- the assumptions, the assumed design
05    value.
06         Q.     Then how did BP know that the
07    temperature was not more than 220 degrees
08    Fahrenheit?
```

Page 45:10 to 45:13

```
00045:10        A.    I don't know.
      11        Q.    You're not aware of any
      12   temperature measurements of the -- of the
      13   flowing oil from the Macondo well?
```

Page 45:20 to 46:22

```
00045:20        A.    I seem to relect -- recollect ROVs
      21   placing sensors into the plume during the
      22   response.  Whether those were temperature
      23   measurements, I can't recall, and whether they
      24   would have been -- how accurate they would
      25   have been, I don't know, either.
00046:01              So there may have been -- I
      02   might have seen the temperature measurement
      03   being taken, but I'm not aware of a particular
      04   result -- a result being generated.
      05        Q.    Do you recall a time frame when
      06   those temperature measurements may have been
      07   taken?
      08        A.    I think those were taken early
      09   in -- during May at the kink at the top of the
      10   riser.  So it would be early May, I suspect,
      11   before the riser was removed.
      12        Q.    And you're not aware of any such
      13   temperature measurements being taken after the
      14   triple-ram stack was installed?
      15        A.    I'm not aware of temperature
      16   measurements after the triple-ram was
      17   installed.
      18        Q.    And are you aware of any
      19   temperature measurements from the plume any
      20   time from the -- between the time in May that
      21   you -- that you mentioned a moment ago and the
      22   time the triple-ram stack was installed?
```

Page 46:24 to 48:15

```
00046:24        A.    There were -- I do recall that
      25   once the top hat was operating again, there
00047:01   were attempts made to measure pressure.  There
      02   may have been attempts to measure temperature.
      03   I don't know.
      04        Q.    And if there were any efforts made
      05   to measure temperature, you're not aware of
      06   what the actual temperatures measured were?
      07        A.    I am not.
      08        Q.    Okay.  If I can ask you to please
      09   turn to page 32 of this technical assurance
      10   report.  And this is section 4, titled Triple
      11   Ram.
      12              Do you see that?
      13        A.    I do.
```

```
14        Q.     And it says section 4.1,
15    Description.
16              And it goes on to say, the
17    Triple-Ram stack comprises a Cameron HC collar
18    connector, a Hydril single-ram BOP, a Hydril
19    dual-ram BOP, 2 subsea double block gate
20    valves, 2 Cameron mini-connector hubs, a Vetco
21    mandrel and a valve support frame (refer to
22    Figure 11 and Appendix D).  With the exception
23    of the valve support frame, these components
24    are industry standard components normally used
25    for blowout prevention and bleed-off.
```
```
00048:01              Did I read that correctly?
02        A.     You read that correctly.
03        Q.     And do you agree with the
04    statement there that, with the exception of
05    the valve support frame, these components are
06    industry standard components normally used for
07    blowout prevention and bleed-off?
08        A.     I do, yes.
09        Q.     And does -- is it BP's position
10    that these are the -- the components listed
11    here in the technical assurance report in
12    section 4.1 are the actual components that
13    comprise the triple-ram stack that was
14    installed on the DEEPWATER HORIZON LMRP on
15    July 12th, 2010?
```

Page 48:17 to 50:24

```
00048:17        A.     These are components that are part
18    of the stack.  There are other components,
19    also, on the stack, ROV panels, that aren't
20    listed here.
21        Q.     Okay.  Are there any other
22    components that were in the flow path that are
23    not listed here in section 4.1 of the
24    technical assurance report?
25        A.     That are part of the triple-ram
00049:01    cap -- capping stack?
02        Q.     Correct.  Thank you.
03        A.     No.  These seem -- these appear to
04    be the -- the key -- the components that form
05    part of the flow path.
06        Q.     And are there any other components
07    that form part of the flow path through the
08    triple-ram stack?
09        A.     There was a choke that was on
10    the -- that was -- that was added to the
11    triple-ram stack to perform the well integrity
12    test.
13        Q.     And the choke that was ultimately
14    used was the Cameron CC40 choke; is that
15    right?
16        A.     That is correct.
```

```
17        Q.      And prior to the Cameron CC40
18   choke being installed, there was a DR30 choke
19   that was installed; is that correct?
20        A.      That is correct.  And -- and
21   before -- while landing the triple-ram stack,
22   there was a -- there was a -- there was a
23   roll -- running string of equipment with a
24   perforated riser joint that also had flow
25   through it.
```

```
00050:01        Q.      And that fit on top of the capping
02   stack and was used to place the capping stack
03   on top of the HORIZON LMRP, correct?
04        A.      That's correct.
05        Q.      And it was then removed?
06        A.      It was then removed.
07        Q.      Okay.  And the Vetco mandrel
08   that's mentioned here in this first paragraph,
09   that is the mandrel that was on top of the --
10   the triple-ram stack, correct?
11        A.      Correct.
12        Q.      Okay.  And then if I go down to
13   the bottom of that page, it -- there's a
14   paragraph that begins, the stack design as
15   configured is capable of holding back pressure
16   to shut in the well.  Additionally, the system
17   design must also meet the following
18   requirements, and there's a number of bullet
19   points there.
20                    Do you -- excuse me.
21                    Was it -- is it BP's position
22   that the triple-ram stack needed to meet
23   these -- these three bullet point requirements
24   here in the technical assurance report?
```

Page 51:03 to 53:02

```
00051:03        A.      These systems must meet the
04   following requirements.
05                    These were features that
06   were -- would -- were necessary to be examined
07   to confirm those -- the capabilities were
08   included.
09                    The second bullet refers to,
10   flowline loads are supported adequately for
11   all operating conditions.  Some preliminary
12   analysis of flowline loads were performed.
13   They were going to be revisited when more
14   specific information was available.  And the
15   capping stack had the capability it had.  We
16   would have had to adjust the flowline loads to
17   fit within the as-built condition of the
18   capping stack.
19        Q.      Thank you.
20                    And then if we move on below
21   those bullet points, the report reads, a
```

```
      22   design assurance report has been generated and
      23   submitted by Transocean to address the design
      24   integrity of the system as well as the
      25   functioning and pressure testing of the
00052:01   assembly at Cameron's Berwick facility.  This
      02   report is presented as Appendix D.  Key
      03   conclusions include -- and I'll read those --
      04   the triple stack is capable of meeting the
      05   functional requirements of well shut-in,
      06   production and assisting with well kill.  The
      07   probability -- it says, their probability,
      08   I --
      09        A.    Yeah.
      10        Q.    -- believe it says.  The -- it
      11   should read, the probability of ductile burst,
      12   structural collapse, or loss of pressure
      13   containment is low.
      14              Localized erosion in the
      15   capping stack is a possibility, but unlikely
      16   to result in a leak for the limited duration
      17   when producing.
      18              Fatigue resulting from FIV is
      19   considered unlikely due to the overall
      20   structural stiffness, including the valve
      21   support frame.
      22              Did I read that correctly?
      23        A.    Yes, you did.
      24        Q.    And is it correct that BP would
      25   not have deployed the capping stack if the --
00053:01   or the triple-ram stack if it was not capable
      02   of meeting these functional requirements?
```

Page 53:04 to 53:16

```
00053:04        A.    Again, if there was a -- if there
      05   was a deficiency in fully meeting a
      06   requirement, it might have -- a scenario might
      07   have been looked at to see what could be
      08   accommodated.  But since the capping stack
      09   broadly met these requirements, it was
      10   proceeded with in -- in installation.
      11        Q.    Okay.  Now, if I could ask you to
      12   please turn back to what is Appendix D, and
      13   there are Bates numbers at the bottom of your
      14   pages, the ones that begin BP-HZN.  And this
      15   one ends in 2512.
      16        A.    2512.  Okay.
```

Page 53:18 to 54:21

```
00053:18        Q.    And this is a document that's an
      19   appendix to the techni -- technical assurance
      20   report titled Cap Stack Design Report.
      21              Do you see that?
```

```
22        A.    I do, yes.
23        Q.      And its author is Rob Turlack.
24              Do you understand Mr. Turlack
25    to be a Transocean employee?
00054:01  A.    I do.
02        Q.      And this says Revision 1,
03    June 27th, 2010; is that right?
04        A.    That's correct.
05        Q.      And this is the capping stack
06    design report that was included in the
07    July 16th, 2010 technical assurance report,
08    well cap with triple-ram stack, correct?
09        A.    Yes.  Revision 2, yes.
10        Q.      Okay.  And if I could ask you to
11    please turn to the next -- the third page of
12    that report, which ends in 2514 at the bottom.
13        A.    Yeah.
14        Q.      And on that page, there is a
15    figure showing the triple-ram stack.
16              Do you see that?
17        A.    Yes.
18        Q.      And does that appear to be, to
19    your knowledge, an accurate depiction of the
20    triple-ram stack as designed and deployed on
21    the DEEPWATER HORIZON LMRP?
```

Page 54:23 to 55:10

```
00054:23      A.    It doesn't show the ROV panels,
24    and it -- I believe there's some other
25    structure or peripheral attachments that are
00055:01  not shown on this diagram, as well.
02        Q.      Okay.  Aside from the choke valves
03    that were installed on -- on top of the
04    Cameron mini connector mandrels --
05        A.    Uh-huh.
06        Q.      -- on this -- on this diagram, are
07    you aware of any other components that would
08    have been in the flow path within the
09    triple-ram stack after it was installed on the
10    DEEPWATER HORIZON LMRP on July 12th, 2010?
```

Page 55:12 to 56:03

```
00055:12      A.    No.  These appear to be the key --
13    these are the flow path, main flow path,
14    elements.
15        Q.      And under 2.0, scope, do you see
16    that on the page there?
17        A.    Yes.
18        Q.      And it says, design information is
19    being provided on the following.  And there's
20    a list of bullet points that appears to list
21    the -- the pieces of equipment that were
```

```
     22    included in the triple ram stack.
     23              Do you see that?
     24    A.    I do.
     25    Q.    And to your -- to BP's
00056:01    understanding, are those the pieces of
     02    equipment that were part of the triple ram
     03    stack?
```

Page 56:05 to 56:19

```
00056:05    A.    The -- the list also lists,
     06    bending loads, for example, are not equipment.
     07    And loads from the imposed loads of the choke
     08    and burst discs are -- they're not equipment,
     09    per se, but this is the broad equipment.
     10    There are ROV panels peripheral to the stack
     11    that are not shown, some minor detailing that
     12    are not absolutely correct.
     13    Q.    But the minor detailing are not
     14    things that are in the -- the flow path of
     15    hydrocarbons through the triple ram stack
     16    aside from the -- the choke valves that were
     17    installed on the mini connector mandrels,
     18    correct?
     19    A.    That's correct.
```

Page 57:01 to 58:01

```
00057:01    (Exhibit Number 9576 marked.)
     02    Q.    This is an e-mail dated July 27th,
     03    2010, from Farah Saidi of BP to Arthur Ratzel
     04    and S. Girrens, who is Steve Girrens from Los
     05    Alamos, with a copy to Trevor Hill.
     06              Have you seen this e-mail
     07    before, Mr. Smith?
     08    A.    I don't believe so.
     09    Q.    Okay.  Do you know Ms. Saidi?
     10    A.    Yes, I do.
     11    Q.    And who is Ms. Saidi?
     12    A.    She's a BP employee, currently a
     13    flow assurance technical authority.
     14    Q.    And do you know Mr. Hill?
     15    A.    I do.
     16    Q.    And who is Mr. Hill?
     17    A.    He's a BP employee.  I believe
     18    he's currently segment engineering technical
     19    authority for flow assurance.
     20    Q.    And you understand that Ms. Saidi
     21    and Mr. Hill was both working on the response
     22    effort to the Macondo well; is that right?
     23    A.    They both worked on the response,
     24    yes.
     25    Q.    And at times, they worked with you
00058:01    on the response effort, correct?
```

Page 58:03 to 58:03

00058:03      A.    We communicated occasionally.


Page 58:07 to 58:16

00058:07  Do you know Dr. Ratzel or
      08  Dr. Girrens?
      09      A.    I don't believe I do.
      10      Q.    Okay.  And, now, if we look at the
      11  attachment to this document, the first
      12  attachment, this is an attachment, three-ram
      13  stack with choke and kill schematic.
      14                  Have you seen this document
      15  before?
      16      A.    No.


Page 59:01 to 59:05

00059:01  I'm asking whether you have
      02  any knowledge that this is the geometry of the
      03  triple ram stack that BP communicated to
      04  Dr. Ratzel and Dr. Girrens of the National
      05  Labs on July 27th, 2010.


Page 59:07 to 59:09

00059:07      A.    Other than seeing this e-mail and
      08  its attachment, this is the first time I'm
      09  seeing this information.


Page 59:18 to 61:18

00059:18      Q.    Okay.  If I could ask you to turn
      19  to the next attachment, to Ms. Saidi's e-mail.
      20  And this is an e-mail dated July 26th from
      21  Alex -- can you help me with the
      22  pronunciation? --
      23      A.    Strachan.
      24      Q.    -- Strachan to Mike Cargol and
      25  Farah Saidi.
00060:01                  Do you see that there?
      02      A.    Yes.
      03      Q.    Okay.  And the subject is,
      04  dimensions of side outlets, correct?
      05      A.    Yes.
      06      Q.    And it lists attachments.  Flow
      07  path.pdf and CC40HP assembly SK-171594-13.pdf;
      08  is that right?
      09      A.    Yes.
      10      Q.    Okay.  And if we look at the

```
11    attachments to -- to that e-mail, there would
12    appear to be some engineering drawings from
13    Transocean.
14              Do you see that?
15    A.    Yes.  Yes.
16    Q.    Okay.  Have you seen these
17    drawings before?
18    A.    Yes, I believe I've seen these
19    drawings.
20    Q.    Okay.  And this drawing is -- has
21    a title down in the bottom right-hand corner,
22    outlet flow path.
23              Do you see that?
24    A.    Yes.
25    Q.    And so do you understand that this
00061:01    drawing represents the outlet flow path
02    through the triple ram stack -- or the -- this
03    set of drawings represents the outlet flow
04    path through the triple ram stack as it was
05    installed on the DEEPWATER HORIZON LMRP on
06    July 12th, 2010?
07    A.    Okay.  Let me examine the other
08    drawings.
09    Q.    Certainly.
10    A.    So, yes, I understand that these
11    form part of the flow path of components in
12    the triple ram stack.
13    Q.    Okay.  And what -- what parts do
14    they --
15    A.    It appears to be a drawing of the
16    side outlets, which appear to be correct.  And
17    I see the double ram assembly shown.  I don't
18    see a single ram assembly.
```

Page 61:25 to 62:01

```
00061:25  THE WITNESS:  Ending in 4180
00062:01  through 4182.
```

Page 62:03 to 63:12

```
00062:03    Q.    And so what's -- what's missing
04    from here is the -- the single ram; is that
05    correct?
06    A.    The single ram and the
07    HC connector at the bottom that form part of
08    the stack.
09    Q.    And those would be below this
10    double ram stack; is that correct?
11    A.    Correct.
12    Q.    Okay.  And if I could direct you
13    to the page ending in 4180, the first of
14    those -- those drawings.
15    A.    Yes.
```

```
16      Q.      And I know the -- the print is a
17 little fuzzy, but this is the way they were
18 produced.
19               Can I ask you to look at the
20 indications of the -- the diameters of the
21 bores there?
22      A.      Uh-huh.
23      Q.      And I'm looking in particular at
24 the -- at the WOM valve there on the right
25 side of the stack.
00063:01               Do you see that?
02      A.      I do.
03      Q.       And it lists a 3 and 1/16th-inch
04 bore; is that correct?
05      A.      That's correct.
06      Q.       And if I could ask you to flip
07 back to the attachment, the earlier attachment
08 which was the sort of rough sketch of the
09 diameter.
10                 That same bore on the right
11 side here is indicated here to have a
12 three-inch inner diameter; is that right?
```

Page 63:14 to 63:16

```
00063:14      A.      That appears to be correct.
15      Q.       Instead of a 3 and 16th-inch inner
16 diameter, correct?
```

Page 63:18 to 63:25

```
00063:18      A.      That appears to be, correct, yes.
19      Q.       And so that the inner diameter
20 indicated on the page ending in Bates
21 number 4177 is actually different from what is
22 indicated on the engineering drawings provided
23 by Transocean.  In particular, I'm referring
24 to the document ending in Bates number 4180.
25                 Is that right?
```

Page 64:02 to 64:05

```
00064:02      A.      Yes, there are two different
03 numbers.
04      Q.       And they're off by 1/16 of an
05 inch?
```

Page 64:07 to 65:01

```
00064:07      A.      They are -- correct.  I'm not sure
08 whether the first document ending in 177 is --
09 are intended to be nominal dimensions as
10 opposed to the -- because we would refer to,
```

```
    11    technically, the valves being -- it could be
    12    referred to as nominally three-inch diameter.
    13    So this could be intended to be a nominal as
    14    opposed to an exact dimensional arrangement.
    15         Q.    And what do you mean by nominal?
    16         A.    It's for easy reference.  We talk
    17    about pipe sizes being nominally eight-inch
    18    when the exact dimensions would be fractions
    19    above or below that.
    20         Q.    But as far as you understand it,
    21    the -- the design of these -- the bore for
    22    these particular dual gate valves provided by
    23    WOM, that they were -- the design
    24    specifications were 3 and 16ths inches?
    25         A.    Yeah.
00065:01     Q.    Is that right?
```

Page 65:03 to 65:11

```
00065:03     A.    Yeah.  And, again, there would be
    04    an actual machine tolerance around these
    05    numbers, as well, in reality.
    06         Q.    Do you know what that machine
    07    tolerance is?
    08         A.    I do not, no.
    09         Q.    Did you discuss with WOM at any
    10    point what the machine tolerance would be?
    11         A.    I did not.
```

Page 66:02 to 66:17

```
00066:02     Q.    Okay.  You testified earlier that
    03    you -- you were involved in ensuring that
    04    these dual gate valves from WOM were set to a
    05    fail open mode; is that correct?
    06         A.    That's correct.
    07         Q.    And with whom did you discuss the
    08    fact that you wanted these dual gate valves to
    09    be arranged in a fail open mode?
    10         A.    If I recall correctly, it was with
    11    Jeff Boughton of Transocean was the key person
    12    I can remember.  Others may have come into the
    13    conversation, but he's the person I asked to
    14    get it configured.
    15         Q.    But you never had any discussions
    16    with anyone from -- from WOM regarding that?
    17         A.    Correct.
```

Page 67:04 to 67:15

```
00067:04    During the break, counsel for BP provided us
    05     with a document that you had used to -- that I
    06     understand that you had used to prepare for
```

```
07   your deposition today.
08              Do you recognize the -- the
09   document that's up on the screen?  This
10   document starts with Bates number
11   BP-HZN-2179MDL04549798.
12   A.    Yes, I do.
13         MR. CERNICH:  Okay.  And we're
14   going to mark this document as exhibit 9577.
15         (Exhibit Number 9577 marked.)
```

Page 67:18 to 68:04

```
00067:18   Q.    And can you tell me what this
19   document is, Mr. Smith?
20   A.    This document is a log of certain
21   events during the well integrity test prior
22   to, leading up to, and during the well
23   integrity test on the well.
24   Q.    And is it BP's position that this
25   document represents an accurate -- an accurate
00068:01   record of the configuration of the triple-ram
02   stack at all times from July 13th at 13,
03   14 hours through July -- basically, through
04   the end of July 15th, 2010?
```

Page 68:06 to 68:06

```
00068:06   A.    Yes.
```

Page 68:14 to 68:23

```
00068:14   Q.    Okay.  Is this -- is this BP's
15   position as to the configuration of the
16   triple-ram stack from July 13th, 2010 at 13,
17   14 until the end of the day on July 15th,
18   2010?
19   A.    Yes.  It represents the positions
20   of the valves and rams in the stack during
21   that period.
22   Q.    Is there anything that it does not
23   represent?
```

Page 68:25 to 69:03

```
00068:25   A.    I understood in your question you
00069:01   said the position of the stack.  I was
02   clarifying that it represents the position of
03   the valves and rams.
```

Page 69:05 to 70:23

```
00069:05  And then just -- just to walk
```

```
06    through a few items here to make sure that
07    we're -- we're on the same page.  As -- as I
08    explained to counsel, I had a -- I think an
09    identical version of this spreadsheet in -- in
10    my binder, and just -- just to walk through
11    these to make sure we're -- we're on the same
12    page.
13                    I'm looking at July 14th --
14    A.    Uh-huh.
15    Q.    -- at 16:26.
16                    Do you see that?
17    A.    Yes, I do.
18    Q.    And that says, opening the
19    isolation valves on either side of the
20    C&K valves.
21                    Do you see that?
22    A.    I do.
23    Q.    And does that mean that the choke
24    and kill side dual gate valves had been opened
25    at that point?
```

```
00070:01    A.    Yes, it does.
02    Q.    Okay.  And then if I look at
03    16:56 -- do you see that?
04    A.    I do.
05    Q.    And that says, bypass on the
06    subsea manifold closed (Shut the middle ram) -
07    return flow through choke.
08                    So does that mean at 16:56,
09    the middle ram on the triple-ram -- ram stack
10    was closed?
11    A.    Yes, it does.
12    Q.    Okay.  And then if I go to
13    17:00 hours -- do you see that?
14    A.    Yes.
15    Q.    It says, leak below the flange at
16    the choke assembly - moving ROVs to see.
17                    Does that mean that there
18    had -- a leak had been observed on the DR30
19    choke assembly that had been installed on the
20    capping stack?
21    A.    Yes.  There was a leak between the
22    DR30 choke assembly and the mandrel that it
23    had been connected to.
```

Page 70:25 to 71:25

```
00070:25    And if I look at 17:48, it
00071:01    says, confirm closure of outer wing valve on
02    the choke side - Prevent Washout.
03                    And does that mean that the
04    outer wing valve on the dual gate valve on
05    which the DR30 choke had been installed was
06    closed at 17:48?
07    A.    It does, yes.
08    Q.    Okay.  And I see some pressure
```

```
09   readings there, what I -- what I understand to
10   be pressure readings in the columns to the
11   right of that.
12               Do you see that?
13   A.   I do.
14   Q.   Okay.  And the -- the first column
15   of pressure readings at the top of the page is
16   K1/K2, correct?
17   A.   Correct.
18   Q.   And that says Skandi Pressure, and
19   then it says blue and green; is that right?
20   A.   Yes.
21   Q.   And those -- that K1 and K2, that
22   is the -- those are the pressure readings from
23   the PT3 K1 and PT3 K2 dual pressure
24   transmitter that had been installed in the
25   triple-ram stack, correct?
```

Page 72:02 to 72:19

```
00072:02   A.   Yeah.  I didn't specifically
03   validate that in my preparation.  It's my
04   understanding that that's the case.
05   Q.   But you do understand the --
06   generally, the instrumentation that went into
07   the capping stack, correct?
08   A.   Generally, yes.
09   Q.   And you know that -- and I know I
10   talked to Mr. Gochnour at length about this,
11   but -- but you did have some responsibility
12   for ensuring that a dual-pressure transmitter
13   was installed on the triple-ram stack before
14   it was deployed, correct?
15   A.   I did.  I worked with Mr. Gochnour
16   to ensure that we had a pressure transducer.
17   And the one that was deployed had two pressure
18   outputs.  Speaking personally, I -- I think
19   that is correct, what you said.
```

Page 72:21 to 73:01

```
00072:21   A.   I did not validate it myself in my
22   preparation.
23   Q.   When you say validate, do you mean
24   validate the -- the pressure readings?
25   A.   Validate the content of what that
00073:01   column was.
```

Page 73:03 to 73:04

```
00073:03   A.   I didn't ask Ms. Edwards what
04   exactly was in that column.
```

```
Page 73:06 to 74:06

00073:06  And you discuss -- so you
     07  discussed this -- this document with
     08  Ms. Edwards?
     09        A.    Yes.  This is what we reviewed to
     10  ensure that I understood what was represented
     11  here.
     12        Q.    And Ms. Edwards, did she prepare
     13  this document?
     14        A.    She -- yes.  She entered -- she
     15  was -- she was working on a 24-hour shift with
     16  somebody else, but during the day shift, she
     17  entered this information.
     18        Q.    And if I understand correctly,
     19  you, Mr. Smith, were responsible for the
     20  monitoring of the triple-ram stack during the
     21  well integrity test; is that correct?
     22        A.    Monitoring in terms of
     23  physically -- we had prepared a procedure for
     24  the ROVs to visually observe the capping stack
     25  during -- during the well integrity test.
00074:01  And -- and occasionally, I -- and that
     02  procedure was followed.  And on one occasion,
     03  I remember ask -- not during the well
     04  integrity test, but at -- so, yes, I had
     05  prepared the procedure to be followed during
     06  that operation and -- and afterwards.


Page 74:18 to 74:23

00074:18        Q.    And so if we -- if we go back to
     19  the document and we go over it, there's a
     20  column next to the one we were talking about,
     21  the K1/K2, that says choke.
     22                    And do you understand that to
     23  be the PT3C pressure gauge?


Page 75:01 to 75:08

00075:01        A.    Yeah.  Again, speaking personally,
     02  yes.  That -- that is my understanding, yes.
     03        Q.    And then in the next column, it
     04  says, BOP, Pressure, BOP Black.
     05                    Do you understand that to be
     06  the pressure readings from PTB, the pressure
     07  gauge that was at the bottom of the HORIZON
     08  BOP?


Page 75:10 to 76:04

00075:10        A.    Yes.  Although, I was less
     11  familiar with that, so that's -- I am more
```

```
12    familiar with the measurement points on the
13    capping stack.  I'm aware there was one at the
14    bottom, so I think you're -- I think that
15    statement is correct, but I'm not absolutely
16    certain.
17        Q.     Then if we can walk through the --
18    the timeline a bit more, and if we go to -- to
19    2230 there on July 14th --
20        A.    July 14th, 2230, yes.
21        Q.    22:30, yes.  And that says, HP1
22    starts containment, correct?
23        A.    Correct.
24        Q.    And so it's BP's position that at
25    22:30 on July 14th, 2010, the HP1 -- which is
00076:01    the Helix producer, correct? --
02        A.    HP1 was referring to the Helix
03    producer, correct.
04        Q.    -- started containment?
```

Page 76:06 to 76:12

```
00076:06    A.    Yes.  This -- this wasn't part of
07    the -- the stack.  I haven't paid detailed
08    attention to this, so I can't give you a BP
09    position.
10        Q.    Understood.
11                But -- but no one -- in your
12    preparation for your deposition today --
```

Page 76:15 to 76:21

```
00076:15    Q.    -- no one told you that any of the
16    other items in this list that might not
17    specifically revolve -- relate to the
18    actuation or the configuration of the stack
19    was -- was inac -- inaccurate, correct?
20        A.    Nobody told me that.  Generally, I
21    believe it's accurate.
```

Page 76:23 to 79:11

```
00076:23  And then if we can move on to
24    two pages forward and the page ending in 9798.
25                Do you see that?
00077:01    A.    I do.
02        Q.    Okay.  And this is a list of
03    events on July 15th; is that right?
04        A.    That's correct.
05        Q.    Okay.  And then if we could go to
06    10:28.
07        A.    Yes.
08        Q.    And at 10:28, it says, altering
09    flow to the capping stack and monitoring
```

```
10    outlet pressure.
11              Did I read that correctly?
12    A.    Yes, I see that.
13    Q.    And what do you understand that to
14    mean?
15    A.    I don't know.  I'd have to just
16    read some of the lines ahead of that.
17    Q.    Okay.
18    A.    And it's -- it's -- I don't feel
19    this is -- speaking personally, interpreting
20    this, it may have been shutting down one of
21    the off-take points from the capping stack.
22    Q.    Okay.  When you say off-take
23    points --
24    A.    The flow was at this point, if I
25    understand, flowing to HP1 and the Q4000.
00078:01   Q.    Okay.
02    A.    This may have been closing in one
03    of those vessels.
04    Q.     But you're not certain as to what
05    that means?
06    A.    I am not certain.  I see at 10:51,
07    Q4000 shut down.  It may have been preparation
08    for that activity, or it may have been the HP1
09    getting closed in, possibly.
10    Q.    Okay.  And at 10:28, it also says,
11    close outer kill valve.
12              Did I read that correctly?
13    A.    Yes, you did.
14    Q.    Okay.  And so does that mean the
15    outer gate valve on the dual gate valve on the
16    kill side of the triple-ram stack was closed
17    at that point?
18    A.    It does.
19    Q.    And so at that point, all of the
20    flow that's going through the triple-ram stack
21    would be going through the -- the choke line
22    on the triple-ram stack, correct?
23    A.    That is correct.  The choke valve
24    had been reopened earlier.
25    Q.    And since we -- you mentioned
00079:01   earlier you had noted that at 10:51, it said
02    the Q4000 shut down.  And then if I go to
03    11:24 -- do you see that? -- it says,
04    confirmed helix is shut down.
05    A.    11:24, yes.
06    Q.    Okay.  And so that would mean that
07    from 10:28 to approximately 11:24, there was
08    flow through the triple-ram stack, through the
09    choke line on the triple-ram stack, and until
10    11:24, there was still production to the Q4000
11    in the HP1?
```

Page 79:14 to 79:21

```
00079:14      A.    Yes, speaking personally, that
     15  appears to be correct.
     16      Q.    Okay.  And then if we can move
     17  through this -- this -- this document a bit
     18  farther, there's a page ending in Bates
     19  number 9798.
     20                 Do you see that?
     21      A.    Yes.
```

Page 79:25 to 80:17

```
00079:25  MR. CERNICH:  Oh, page 6 of 13.
00080:01  Page 6 of 13.  Thank you.
     02      A.    Page 6 of 13, yes.
     03      Q.    And this is a page labeled General
     04  Preparation.
     05                 Do you see that?
     06      A.    I do.
     07      Q.    And what do you understand this
     08  page to represent?
     09      A.    Okay.  I'll need to review it for
     10  a moment.  These seem to be key preparation
     11  steps to be -- ensure that they were ready and
     12  prepared before -- I'm assuming, before the
     13  well integrity test proceeded.  It refers to
     14  an activity and a procedure section and
     15  procedure 4464.  I'm not sure where that
     16  procedure is.  It may be the well integrity
     17  test procedure.
```

Page 80:19 to 81:11

```
00080:19  And then if we go to the --
     20  the next page, which would be page 7 of 13 --
     21      A.    Yes.
     22      Q.    And this page is titled 3 Ram
     23  Stack preparation.
     24                 Do you see that?
     25      A.    Yes.
00081:01      Q.    It says, (SPA Trevor Hill).
     02      A.    Uh-huh.
     03      Q.    And remind me what SPA stands for,
     04  please.
     05      A.    I think that would mean single
     06  point of accountability.
     07      Q.    Thank you.
     08                 And so that means that
     09  Mr. Hill was the single point of
     10  accountability for the three-ram stack
     11  preparation?
```

Page 81:13 to 81:18

```
00081:13      A.    My understanding personally is
      14  that Trevor Hill would give the instructions
      15  for each of these steps to occur.
      16      Q.    And that would include the turns
      17  of the -- the choke valve when the well was
      18  ultimately shut in?
```

Page 81:20 to 82:23

```
00081:20      A.    That's correct.
      21      Q.    Okay.  And then if we go to page 8
      22  of 13, do you see that?
      23      A.    Yes.
      24      Q.    Okay.  And this sheet is titled
      25  Closing Choke.
00082:01                 Do you see that?
      02      A.    I do.
      03      Q.    And this sheet demonstrates the
      04  turns of the closing of the choke valve on the
      05  triple-ram stack on July 15th, 2010, correct?
      06      A.    I haven't reviewed this in -- in
      07  detail.  Number of turns flow.
      08      Q.    Well, it has -- do you see where
      09  it says number of turns at the top there?
      10      A.    I do.
      11      Q.    And choke movement?
      12      A.    Yes.
      13      Q.    And then there are times written
      14  into those boxes.
      15                 Do you see that?
      16      A.    I do.
      17      Q.    So would -- without spending a lot
      18  of time trying to -- to go back and forth,
      19  would you assume that whoever was recording
      20  these would have recorded the same times as we
      21  looked at in the earlier sheets on July 15th,
      22  which also documented the -- the choke closure
      23  on July 15th?
```

Page 82:25 to 85:02

```
00082:25      A.    We didn't look through the sheet
00083:01  to -- for each of the choke turns, if I
      02  remember earlier, step by step.  But I notice
      03  the first time on the table that you directed
      04  me to 12:29 is the same that occurred when the
      05  first choke was closed on page 3 of 13.
      06      Q.    Okay.  If we go to page 3 of 13,
      07  and at the bottom of the page there, you'll
      08  see at 12:26, I believe, it says, ready to
      09  start choke.
      10                 Do you see that?
      11      A.    I do.
      12      Q.    Okay.  And then after that is a
```

```
13    list of times which also correspond to turns
14    or half turns of the choke valve.
15                Do you see that?
16    A.    I do.
17    Q.      And do you believe these to
18    represent BP's position as to the actual times
19    of the turns and half turns of the choke valve
20    that was used to shut in the well during the
21    well integrity test on July 15th, 2010?
22    A.    I do.
23    Q.      Okay.  If we would -- if we go
24    back to page 9 of -- actually, page 8 of 13,
25    the yellow checkerboard sheet --
00084:01    A.    Yes.  Uh-huh.
02    Q.      And I'm not asking for your
03    testimony as to the -- the accuracy or
04    anything like that.  But just for the record,
05    there's -- in the first column there, there's
06    also -- it says number of -- number of turns,
07    correct?  Is that the first --
08    A.    Yes.
09    Q.      -- the first row in that column?
10    A.    Yes.
11    Q.      And then it says, full; is that
12    right?
13    A.    Correct.
14    Q.      And then it says, half?
15    A.    Yes.
16    Q.      And then the next one says,
17    pressure, psi, bottom BOP?
18    A.    Yes.
19    Q.      And then the next one says,
20    pressure, psi, Skandi-kill-green.
21                Did I read that correctly?
22    A.    You read that correctly.
23    Q.      Okay.  And then it appears that
24    what has been inputted into that row across
25    corresponding to the various turns and half
00085:01    turns of the choke valve are pressure readings
02    in psi; is that right?
```

Page 85:05 to 86:17

```
00085:05    A.    The -- the -- the columns indicate
06    pressure readings, yes, psi readings -- or the
07    rows, rather, do.  The bottom two rows are
08    pressure readings.
09    Q.      And down at the bottom of that
10    page, it says, note.
11                Do you see that?
12    A.    Yes.
13    Q.      And it says, turns.  First five
14    turns have no affect to flow.
15                Did I read that correctly?
16    A.    You read that correctly.
```

```
17      Q.     Okay.  And then it says, pressure.
18  Pause when pressure in three-ram stack reaches
19  5500 psi for stack integrity check.
20      A.    Yes.
21      Q.     Did I read that correctly?
22      A.     You read that correctly.
23      Q.     Okay.  And did BP, in fact, pause
24  when the pressure in the three-ram stack
25  reached 5500 psi for a stack integrity check?
00086:01    A.    I believe so.  I thought I saw it
02  recorded in the events.
03      Q.     Okay.  And what was the stack
04  integrity check?
05      A.     That was the ROV to visually
06  observe the stack and the BOP below it to
07  confirm no leaks, to see if there was anything
08  untoward.
09      Q.     Okay.  And is there anything that
10  would be untoward besides a leak?
11      A.     Our potential inclination
12  increasing of the stack.
13      Q.     So the three-ram stack tilting
14  over?
15      A.     Or the overall BOP and three-ram
16  stack system tilting over was the primary
17  things we were looking for.
```

Page 86:19 to 86:21

```
00086:19    A.    Also, the position of the
20  flexjoint jacks holding the flexjoint rigid to
21  make sure those restraints hadn't moved.
```

Page 87:22 to 89:21

```
00087:22    Q.     So as you understand, you're the
23  30(b)(6) witness for the configuration of the
24  capping stack from July 12th, 2010 to
25  August 3rd, 2010.
00088:01             So from the time the choke
02  valve was closed in on July 15th, 2010 until
03  the end of the day on August 3rd, 2010, were
04  there any other changes to the configuration
05  of the three-ram stack?
06      A.     Yes.  We closed the inner valves
07  on the side outlets during that period, and we
08  added a second -- and added the second choke
09  to the kill -- to the kill outlet and closed
10  that as a means of providing additional
11  barriers to flow.
12      Q.     Do you recall when the inner gates
13  on the dual gate valves were closed?
14      A.     I don't recall.  It -- there's
15  a -- I have an ROV log that might help me
```

```
16    narrow those times down.
17         Q.     But if I look at that -- that ROV
18    log -- and we'll get the Bates number from
19    counsel -- that would be BP's position as to
20    the timing of the closure of those gate
21    valves?
22         A.     Yes.
23         Q.     And would those ROV logs also be
24    BP's position as to when that additional choke
25    was installed?
00089:01   A.     Yes.
02         Q.     And was that additional choke that
03    was installed -- was that choke ever opened?
04         A.     It was installed, I think, in the
05    open position and closed, but it would have
06    not had any significant flow through it.  We
07    observed a small leak at the outlet, and
08    that's why we put the choke and closed the
09    extra valves.
10         Q.     Okay.  Leak at which out- --
11    outlet are you referring to when you say you
12    observed a leak?
13         A.     On the -- I think it was at the
14    kill side.  I saw some bubbles of gas
15    emanating, and I wanted to try and isolate
16    those.
17         Q.     From the dual gate valve?
18         A.     Yes.
19         Q.     From the mini connector?
20         A.     Yes.  From the outlet of the --
21    the mandrel.
```

Page 90:02 to 90:02

```
00090:02  (Exhibit Number 9578 marked.)
```

Page 90:05 to 90:08

```
00090:05        Q.     And this is an e-mail dated
06    Tuesday, October 19th, 2010 from Mike Cargol
07    to Farah Saidi, copied to yourself, Trevor
08    Smith.
```

Page 90:12 to 90:25

```
00090:12        A.     73.  Okay.  From Mike Cargol to
13    Farah Saidi, copying me, yes.
14         Q.     Okay.  With subject, capping stack
15    data?
16         A.     Yes.
17         Q.     And it says, Farah, in
18    conversation with Geoff this afternoon, he
19    informed me that the capping stack has been
```

```
20   disassembled and that the wings have been
21   removed from the capping stack and are on the
22   ground at Michoud.  If it is possible for us
23   to request access to just one of the wings, it
24   would make the simulation that much more
25   accurate.
```

Page 91:14 to 92:01

```
00091:14      Q.    Did I read that correctly?
      15      A.    The capping stack data summary?
      16      Q.    Yeah.  The -- the e-mail that I
      17   just read, did I read that correctly?
      18      A.    Oh, correct.  Yes.  You -- the
      19   text of Mike Cargol's words --
      20      Q.    Okay.
      21      A.    -- yes.
      22      Q.    And do you know what simulation
      23   Mr. Cargol is referring to?
      24           MR. DRAKE:  Counsel, there, I will
      25   interpose an objection and instruct the
00092:01   witness not to answer.
```

Page 92:11 to 93:05

```
00092:11      Q.    Okay.  Then can we move to the --
      12   to the drawings?
      13      A.    Yes.
      14      Q.    And this is a -- the first
      15   attachment here is a drawing that says
      16   DEEPWATER HORIZON Incident Cap Stack Team, Cap
      17   Stack Cross-Section For Flow Path
      18   Clarification.
      19           Did I read that correctly?
      20      A.    Yes.  It's -- the number is 42159;
      21   is that --
      22      Q.    That's correct.  Yes, that's the
      23   one I'm referring to.
      24           And do you understand this to
      25   be an -- a drawing of the -- of the -- the
00093:01   triple-ram stack?
      02      A.    Yes, I do.
      03      Q.    And is this an accurate depiction
      04   of the -- of the flow path through the
      05   triple-ram capping stack?
```

Page 93:07 to 94:04

```
00093:07      A.    It -- it shows the -- the
      08   configuration of the bore, the outlets.  It --
      09   I don't see the mandrels showing, for example,
      10   but it -- it shows the main components that
      11   would form part of the flow path, yes.
```

```
12        Q.      Okay.  And then if we could turn
13   to the next attachment.  This is an -- this is
14   a drawing with -- ending in Bates
15   number 42160.
16        A.      Uh-huh.
17        Q.      Says Outlet Flow Path on the
18   bottom corner of the document.
19                     Do you see that?
20        A.      I do.
21        Q.      And -- and does this appear to
22   be -- this set of drawings, if you'll flip
23   through these, there are three drawings here.
24        A.      Uh-huh.
25        Q.      And do these appear to be
00094:01   identical to the drawings we looked at
02   earlier -- earlier today in exhibit 9576?
03                     And we can provide you with a
04   copy of 9576 --
```

Page 94:06 to 94:24

```
00094:06        Q.      -- to compare.  I believe it's
07   sitting right next to you right there,
08   Mr. Smith, on top of that binder.
09        A.      9576.  Let me have a quick look.
10                     Yes, they appear to be the
11   same drawings.
12        Q.      And these drawings were sent to
13   you by Mr. Cargol on October 19th, 2010; is
14   that right?
15        A.      Let me confirm.  If these are the
16   draw -- documents referred to in the PDFs
17   about --
18        Q.      Yes.  Those are the attachments to
19   that e-mail.
20        A.      Yes, that appears to be correct.
21        Q.      Okay.  Did Transocean or any other
22   party ever tell BP that BP could not rely on
23   the drawings of the capping stack flow path
24   that Transocean provided?
```

Page 95:01 to 95:07

```
00095:01        A.      I am not aware of that any
02   attestations by Transocean one way or the
03   other.  They provided the drawings.
04        Q.      On -- and did BP ever tell
05   Transocean that BP believed that the flow path
06   dimensions in the drawings that Transocean
07   provided to BP were incorrect?
```

Page 95:09 to 96:04

```
00095:09      A.   I don't know.
      10      Q.    If I could ask you -- but
      11   you're -- you're not aware, as BP's 30(b)(6)
      12   witness, on the capping stack of any
      13   communications between Transocean -- from
      14   Transocean to BP that the drawings Transocean
      15   provided were -- were incorrect or inaccurate,
      16   are you?
      17      A.    I really -- I'm not aware of
      18   communication relating to flow paths, no.
      19      Q.    And -- and you're not aware, as
      20   BP's 30(b)(6) witness, regarding the
      21   configuration of the capping stack from
      22   July 12th, 2010 to August 3rd, 2010 of any
      23   communications from BP to Transocean
      24   communicating that the flow path dimensions in
      25   the drawings that Transocean provided to BP
00096:01   regarding the capping stack were incorrect,
      02   are you?
      03      A.    I'm not aware of any communication
      04   like that.
```

## Page 96:10 to 97:17

```
00096:10   (Exhibit Number 9579 marked.)
      11      Q.    And this is an e-mail dated
      12   July 15th, 2010 from Ray Fleming to a number
      13   of BP employees, including yourself.
      14            If -- I'll direct you down
      15   to -- if I could direct you down to the fourth
      16   line there, you'll see somewhere near the
      17   middle, your name, Trevor Smith.
      18            Do you see that?
      19      A.   Yes.
      20      Q.    Okay.  And this an e-mail that
      21   Mr. Fleming sent to you on July 15th, 2010; is
      22   that right?
      23      A.   Yes.
      24      Q.    And the subject is 0300
      25   Engineering Update, correct?
00097:01      A.   Correct.
      02      Q.    And this e-mail says, if I look
      03   down at the -- actually, I'll just read the
      04   e-mail:  John Boyle received clarification
      05   from Cameron in Longford that the Choke
      06   Number 2 (CC40) has 8.5 turns from fully open
      07   to fully closed.
      08            So is this e-mail
      09   communicating that it -- on July 15th, BP
      10   received clarification from Cameron that the
      11   CC40 choke had eight and a half turns from
      12   fully open to fully closed?
      13      A.    It appears to do that, yes.
      14      Q.    Okay.  And so up until this point,
      15   BP did not have confirmation that the CC40
```

```
16    choke had eight and a half turns from fully
17    open to fully closed; is that right?
```

Page 97:19 to 98:02

```
00097:19       A.    I'm not sure what information BP
      20    had on the turns.  I can't recollect what
      21    information we had on turns at that point up
      22    until this point.
      23       Q.    So as BP's 30(b)(6) designee with
      24    regard to the capping stack, you don't know
      25    what information BP had on July 15th regarding
00098:01    how many turns the CC40 choke took to go from
      02    fully open to fully closed?
```

Page 98:04 to 98:11

```
00098:04       A.    I'd have to review records to try
      05    and see what we did know.  It says -- it
      06    refers to clarification.  I don't know if that
      07    means confirmation of an existing number or a
      08    change to an existing number.
      09       Q.    Okay.  But you didn't review any
      10    documentation preparing for your deposition
      11    that would allow you to -- to confirm that?
```

Page 98:13 to 98:13

```
00098:13       A.    Correct, I didn't.
```

Page 99:07 to 100:14

```
00099:07       Q.    And do you understand, as BP's
      08    30(b)(6) representative, regarding the -- the
      09    capping stack, that BP had to install a
      10    modified gasket into the -- the mini connector
      11    on the choke side of the capping stack in
      12    order to install the CC40 choke properly?
      13       A.    Yes, I do.
      14       Q.    And do you know the dimensions of
      15    that -- that gasket that was installed on the
      16    mini connector?
      17       A.    I don't recall the dimensions.  I
      18    have seen a Cameron drawing that may indicate
      19    dimensions, but I -- I -- I know the type of
      20    gasket referred to, but I just don't know its
      21    dimensions.
      22       Q.    Okay.  And what type of gasket is
      23    that?
      24       A.    It was the standard Cameron
      25    gasket, but there was a tubular sleeve welded
00100:01    inside it that projected below the gasket, and
      02    that allowed it to be placed on the mandrel
```

```
03    before we landed the choke over it.
04         Q.      And do you know when that gasket
05    was -- was fabricated?
06         A.    I don't.
07         Q.      Do you know if it was fabricated
08    before July 15th?
09         A.    I -- I -- I believe it was.  And I
10    think the type of gasket originated to assist
11    in aid -- to aid in the connection of
12    flexibles for the CDB project.  I think it
13    came out of that experience.  So I believe it
14    was previously fabricated, yes.
```

Page 100:24 to 101:02

```
00100:24      Q.      Does -- does BP have any records
      25    that indicate which gasket was, in fact,
00101:01    installed on the mini connector on the -- on
      02    the capping stack on July 15th?
```

Page 101:04 to 102:08

```
00101:04      A.      If it's down to a specific serial
      05    number, no.  I think I -- my understanding is,
      06    it was a -- it was a modified design developed
      07    during the response because of issues to help
      08    to assist in making these connections.  My
      09    understanding is that a number of these
      10    gaskets were manufactured by Cameron
      11    specifically for the response.  But which
      12    specific item -- and they would have been --
      13    well, my expectation is, they would have all
      14    been similar.  But the exact doc -- one, no.
      15         Q.      And so you're not aware of any --
      16         A.    I'm not aware of --
      17         Q.      -- such records?
      18              MR. CERNICH:  What was the
      19    objection to -- to scope, Stuart?
      20              MR. DRAKE:  I don't -- Counsel, I
      21    don't believe that this witness is being
      22    offered to trace records of manufacturing
      23    particular components used in the response.
      24              MR. CERNICH:  Objection's noted,
      25    but my question went to the -- he is here to
00102:01    testify regarding the configuration of the --
      02    the capping stack, and this gasket was part of
      03    the configuration of the capping stack.  And
      04    I'm just trying to know which gasket actually
      05    was installed on the -- the capping stack.
      06              MR. DRAKE:  We're happy to try to
      07    find that out for you with assistance from
      08    other parties, if we can.
```

Page 102:14 to 103:04

```
00102:14   (Exhibit Number 9580 marked.)
      15        Q.    This is a document entitled
      16   Macondo MC252-1 Well Integrity Test.  It has a
      17   date on the bottom of July 11th, 2010.
      18                    Do you see that, Mr. Smith?
      19        A.    I do.
      20        Q.    Okay.  If you're -- you're -- have
      21   you seen this document before?
      22        A.    Yes, I believe I have.
      23        Q.    Okay.  We pulled this particular
      24   version of it from your custodial files.  And
      25   based on the signatures on the first page here
00103:01   that include, as you can see, U.S. Coast Guard
      02   approval, BOE approval, do you understand this
      03   to be a -- a final approved version of the
      04   well integrity test as of July 11th, 2010?
```

Page 103:07 to 104:20

```
00103:07        Q.    In your personal capacity?
      08        A.    I don't know if updates were
      09   created to this, so it -- it may be, but I'm
      10   not sure.
      11        Q.    Okay.
      12        A.    I don't know.
      13        Q.    But if we go to the second page of
      14   this document, you'll see an amendment record
      15   there?
      16        A.    Yes.
      17        Q.    And this indicates that it was
      18   issued for use on July 11th, 2010; is that
      19   right?
      20        A.    It does.
      21        Q.    Okay.  If I could ask you to turn
      22   to page 7 of this document.
      23        A.    Yes.
      24        Q.    And if you see there near the top
      25   of the page, 1.5, Key Risk, do you see that?
00104:01        A.    Yes.
      02        Q.    And number 1 is HORIZON Stack
      03   Integrity, Capping stack additional weight and
      04   higher HORIZON BOP pressures.
      05                    Did I read that correctly?
      06        A.    Yes, you did.
      07        Q.    And then 2 is, sea four -- Sea
      08   floor breach due to uncontained flow beyond
      09   the 18-inch shoe; 3, Choke and kill valve and
      10   associated choke functions; 4, SIMOPS of the
      11   ROV vessels; 5, Visibility for the ROV
      12   operations; 6, Battery life of the HORIZON BOP
      13   stack 3 RAM CS gauges; 7, Increased VOCs/LELs
      14   during capping stack operation; and 8, CS
      15   middle RAM washout during RAM closure portion
```

```
16   of Well Integrity Test procedure.
17               Do you know, Mr. Smith,
18   whether any of these events, these risks that
19   are described in this document, actually
20   occurred during the well integrity test?
```

Page 104:22 to 105:25

```
00104:22    A.   So from personal knowledge, the --
23   item 6, I believe during the test, around the
24   time we changed the choke, that we also
25   attempted to -- we were replacing an
00105:01   instrument on the capping stack that may have
02   been associated with battery life.  I cannot
03   rec- -- recall.  But other -- the other ones,
04   no, I do not believe there were issues.
05    Q.    Thank you.
06               If I could ask you to turn to
07   page 13 of this document.  And if you see the
08   last item there, it says 4.2, Total Flow
09   Measurement.
10               Do you see that?
11    A.   I do.
12    Q.    And that says, if HP1
13   commissioning is completed and parallel with
14   3 Ram Capping Stack installation, or in the
15   event of any difficulties with completing that
16   installation, it may be possible to measure
17   the total flow rate with HP1, Q4000, and
18   Enterprise prior to completing the well
19   integrity test.
20               Did I read that correctly?
21    A.   You did.
22    Q.    Was the total flow rate of the
23   Macondo well ever measured with HP1 Q4000 and
24   Enterprise prior to completing the well
25   integrity test?
```

Page 106:03 to 106:05

```
00106:03    A.   I don't know.
04    Q.    But this document says that it may
05   have been possible to do that; is that right?
```

Page 106:08 to 107:10

```
00106:08    A.   The statement says it may be
09   possible in the document.
10    Q.    If we could go back to page 10 of
11   this document.
12               Do you see where --
13   section 2.3.3, Activity Record Logging and
14   Timekeeping?
```

```
        15      A.    I do.
        16      Q.    And it says, throughout the
        17   duration of the well integrity test, an
        18   engineer will be positioned within the ROV
        19   room to maintain a comprehensive log and time
        20   history of the operation.  The objective will
        21   be to record all actions, observations, times,
        22   and parties with each step of the test
        23   procedure.  Principal information elements
        24   will include.
        25              Did I read that correctly?
00107:01      A.    Yes.
        02      Q.    And if we move down three bullet
        03   points, that says Valve Status, correct?
        04      A.    Correct.
        05      Q.    And then two more bullet points
        06   down, it says Report/Information from Capping
        07   Stack and BOP Monitoring; is that right?
        08      A.    Correct.
        09      Q.    Do you know who is responsible for
        10   activity record logging for those two items?
```

Page 107:12 to 107:22

```
00107:12      A.    My understanding is that Mykel
        13   Edwards on the spreadsheet recorded the
        14   information on -- on valve status.  And that
        15   included certain information on the BOP
        16   capping stack monitoring.
        17      Q.    And so is it your testimony that
        18   all of the valve status information that is
        19   included on the document that we looked at
        20   earlier today, the -- the record that is
        21   exhibit 9577 -- it's currently projected on
        22   the screen here.
```

Page 107:24 to 108:01

```
00107:24      A.    Specifically relating to the --
        25   the flow outlet, the rams and the side
00108:01   outlets, yes.
```

Page 108:08 to 110:02

```
00108:08 MR. CERNICH:  I'm going to mark
        09   this as exhibit 9581.
        10              (Exhibit Number 9581 marked.)
        11      Q.    This is an e-mail dated July 15th,
        12   2010, from Roberta Wilson to a number of BP
        13   employees and contractors, it appears,
        14   including yourself.  Your name is at the end
        15   of the fourth line there in the To portion.
        16              Do you see that?
```

```
17        A.    I do.
18        Q.      Okay.  And Ms. Wilson was
19   Mr. Birrell's assistant; is that correct?
20        A.    That's correct.
21        Q.      And the subject is Well Integrity
22   Test Contacts List.
23                    Do you see that?
24        A.    I do.
25        Q.      And you received this e-mail from
00109:01   Ms. Wilson on July 15th, 2010?
02        A.    Yes.
03        Q.      Okay.  And the attachment to this
04   appears to be -- in fact, it's titled Well
05   Integrity Test Execution Contacts List.
06                    Do you see that?
07        A.    I do.
08        Q.      Okay.  And if you look down
09   towards the -- the bottom there, it says --
10   your name appears, Trevor Smith.
11                    Do you see that?
12        A.    I do.
13        Q.      And then your role, according to
14   this, is 3 ram stack monitoring; is that
15   right?
16        A.    That's correct.
17        Q.      And you testified earlier today, I
18   believe, regarding what that -- what that
19   meant, but I just want to be clear.
20                    The three-ram stack
21   monitoring, you, Mr. Smith, was responsible
22   for was -- was it limited to observing the
23   outside of the capping stack during the well
24   integrity test for leaks or -- or leaning
25   or -- or those sorts of things, or did you
00110:01   have any other responsibilities as far as
02   monitoring the -- the capping stack?
```

Page 110:04 to 110:12

```
00110:04        A.    It was broadly that, what you've
05   described there, yes.  It -- activities
06   performed on the stack may have been recorded,
07   as well, but it was broadly the integrity
08   aspects.
09        Q.      But were you responsible for the
10   activities performed on the stack, as well,
11   for monitoring those?
12        A.    For --
```

Page 110:14 to 111:15

```
00110:14        A.    We -- I had two engineers that
15   they listed here, Chase Breidenthal and
16   Alistair, and they were logging what was done
```

```
17    with the stack from the point of view of
18    knowing its current condition and monitoring
19    its integrity, to preserve its integrity.
20        Q.    And -- and those engineers were?
21        A.    Chase Breidenthal and Alistair
22    Johnston.
23        Q.    Okay.  And who was
24    Mr. Breidenthal?
25        A.    He's a BP employee, worked in --
00111:01   worked for me in the -- in the response team.
02        Q.    Okay.  And what did he do for you
03    on the response team?
04        A.    Due -- his role changed over time.
05    Early on, he was responsible for testing the
06    transition spool, what the -- doing tests to
07    see how it might be landed over debris at the
08    flexjoint, and then loading certain tooling to
09    operate -- to enable the removal of the -- the
10    flange at the flexjoint.
11                    At -- at this point in time,
12    those activities being completed, we used him
13    to assist with monitoring the stack to ensure
14    we knew what activities were recorded, what
15    activities were going on with it.
```

Page 111:20 to 111:20

```
00111:20  (Exhibit Number 9582 marked.)
```

Page 111:23 to 113:04

```
00111:23      Q.    This is an e-mail dated July 15th,
24    2010, from Mr. Breidenthal to yourself,
25    Mr. Johnston, whom we were just discussing,
00112:01   with a copy to Trevor Hill.
02                    Do you see that?
03        A.    Yes, I do.
04        Q.    And its subject is Well Integrity
05    Test Stack Monitoring, correct?
06        A.    Yes.
07        Q.    And you received this e-mail from
08    Mr. Breidenthal on July 15th, 2010?
09        A.    Yes.
10        Q.    And this e-mail says, I created
11    the subject folder to the Shared Documents in
12    the BOP Connections and Capping Team
13    SharePoint.  I added scanned copies of
14    Alistair's and my valve operation logs, as
15    well as the annotated CC40 choke chart used
16    during cap activities.
17                    I'm sorry.  I misread that.
18                    Cap valve operations for the
19    integrity test.  This folder may be used to
20    capture records related to the stack
```

```
     21    monitoring activities, if there is no other
     22    dedicated repository.
     23              Did I read that correctly?
     24    A.   You read that correctly.
     25    Q.    Did you review these valve
00113:01  operation logs and the annotated CC40 choke
     02   chart in preparation for your deposition
     03   today?
     04    A.   I did not.
```

Page 113:06 to 113:15

```
00113:06       A.   And -- and I just add that
     07   Ms. Edwards, in her -- in my discussions,
     08   basically stated that she was ded- -- tasked
     09   by Trevor Hill to be the person recording the
     10   valve positions.  So I relied on her records.
     11    Q.    Okay.  So she was tasked by
     12   Mr. Hill --
     13    A.   Yes.
     14    Q.    -- to do that?
     15    A.   Correct.
```

Page 114:08 to 115:11

```
00114:08  (Exhibit Number 9583 marked.)
     09    Q.    And this is a document.  It's an
     10   Excel file, and it has tabs Valve Operation
     11   Register.
     12              Do you see that there?
     13    A.   I do.
     14    Q.    It says -- and it has CC40 CV
     15   Turns.
     16              Do you see that?
     17    A.   This is looking at the screen, to
     18   clarify it?
     19    Q.    Yes.
     20    A.   Yes.
     21    Q.    These tabs don't show up when we
     22   print the -- print the spreadsheet, so I
     23   brought a native file.
     24              And there's another one that
     25   says CV Chart Turns.
00115:01              Do you see that?
     02    A.   I do.
     03    Q.    And there's another one that
     04   says -- another tab that says CV chart LED?
     05              Do you see that?
     06    A.   I do.
     07    Q.    Have you ever seen these documents
     08   before?  I'm scanning down through the -- the
     09   valve operation register for you now.
     10    A.   Yes.  I recollect that I may have
     11   seen this document before.
```

Page 117:12 to 117:16

00117:12  Does this document in front
      13  of you, this valve operation register, appear
      14  to record the opening and closing and valve
      15  operations of the valves on the capping stack
      16  from July 13th to July 15th, 2010?


Page 117:18 to 117:21

00117:18       A.    It appears to -- this printout I
      19  brought here, there's no other information
      20  with it, but it appears to be a record of that
      21  type.


Page 118:11 to 120:21

00118:11       Q.     This is a document that's
      12  previously been marked as exhibit 9453.  And
      13  this is an e-mail from Farah Saidi to Trevor
      14  Hill, dated July 17th, 2010, subject,
      15  estimated rate technical note.
      16                 Do you see that?
      17       A.    Yes.
      18       Q.     Have you seen this document
      19  before?
      20       A.    No.
      21       Q.     Okay.  It says, Trevor, please
      22  find the attached note explaining the
      23  methodology in calculating the total rate,
      24  along with the spreadsheet.  Please review and
      25  let me know if you have any comments.
00119:01                 Did I read that correctly?
      02       A.    Yes, you did.
      03       Q.     And then if we look at the
      04  attachment to this document, it says, Macondo
      05  flow rate estimate based on well test data.
      06                 Do you see that?
      07       A.    Yes.
      08       Q.     In your capacity as BP's 30(b)(6)
      09  designee regarding the configuration of the
      10  capping stack, do you know whether the -- the
      11  configuration of the capping stack that was
      12  used from Ms. Saidi's calculations is the
      13  correct configuration of the capping stack?
      14       A.    I need to review this to see.
      15                 I cannot say if it's
      16  dimensionally or -- it seems broadly
      17  appropriate.  Just a specific glance, I cannot
      18  verify if they're correct or not.
      19       Q.     Okay.  And if I look -- if I take
      20  you to -- to three paragraphs down, the system

```
21    geometry used in this calculation is comprised
22    of, do you see that?
23         A.    Say again, I'm sorry.
24         Q.    The third paragraph down.
25         A.    The total pressure drop?
00120:01   Q.    And it says, the system geometry
02    used in this calculation --
03         A.    Yes.
04         Q.    -- do you see that? -- is
05    comprised of.
06                   And if I go to the second
07    bullet point, that says 18.75 inches by
08    3.0625-inch cross.
09                   Did I read that correctly?
10         A.    Yes, you read it correctly.
11         Q.    And 3.0625-inch cross, that would
12    be 3 and 16ths inches, wouldn't it?
13         A.    I need to do a calculation, but it
14    looks about right.
15         Q.    It's not three inches, is it?
16         A.    It's not three inches.  I'm not
17    sure where on the geometry that 18.75-inch by
18    three-inch cross is.  It might represent an
19    outlet from a ram cavity.  I don't think it
20    was a -- strictly a cross, which would be a
21    machine block.
```

Page 120:23 to 121:18

```
00120:23   A.    The choke reference, four-inch,
24    I'm not sure the -- if that's referring to an
25    orifice size.  I don't recall the orifice size
00121:01   of the choke.
02         Q.    So sitting here today, you don't
03    know the orifice size of the -- of the CC40
04    choke?
05         A.    No.  I'd have to look at some
06    records.
07         Q.    Did you review any records in
08    preparation for your deposition today that
09    would tell you the size of that choke?
10         A.    I think it would be generally
11    relating to the -- I think the key information
12    would be the CV value, I think, in flow
13    assurance.  But, again, I -- that's outside of
14    my scope.  I didn't get into the details of
15    that.
16         Q.    And did you, Mr. Smith, perform
17    any flow rate calculations regarding the
18    Macondo well at any point?
```

Page 121:20 to 122:05

```
00121:20   A.    No.
```

```
21        Q.      Do you ever perform flow
22   calculations in the context of your employment
23   at BP?
24        A.      I do not.
25        Q.      It's outside of your -- your scope
00122:01  of employment at BP?
02        A.      It's outside of my expertise.
03        Q.      Okay.  So you're not a flow
04   assurance engineer?
05        A.      I am not.
```

## Page 122:10 to 123:25

```
00122:10       Q.      And this is a document from --
11   this is an e-mail from a John Hellums, dated
12   July 11th, 2010, to yourself.
13                  Do you see that?
14        A.      I do.
15        Q.      Did you receive this e-mail from
16   Mr. Hellums?
17        A.      Yes.
18        Q.      And the subject is Re:  Query DR30
19   choke and CC40 choke, maximum recommended flow
20   rate limit.
21                  Did I read that correctly?
22        A.      Yes.
23        Q.      Okay.  And if you move down to
24   the -- the next e-mail in that string, the
25   earlier e-mail, that's from yourself?
00123:01       A.      Yes.
02        Q.      To John Hellums, dated July 11,
03   2010.  You write, John, thanks for the CV
04   data.  We had this already, but it's good to
05   reconfirm.  The key question is regarding flow
06   limits.  This is very important re our
07   imminent well-capping activity offshore.  Can
08   you please provide an answer on this by
09   2:00 p.m. today?  Apologies for the urgency.
10                  Did I read that correctly?
11        A.      Yes, you did.
12        Q.      And so on July 11th, 2010, you
13   were requesting from Mr. Hellums information
14   regarding the -- the flow limits for the --
15   for the choke valves for the capping stack; is
16   that right?
17        A.      That term is in the e-mail.  I'd
18   have to read the e-mail chain to understand
19   the exact context.
20        Q.      Okay.  Well, if we move back down
21   the e-mail chain on July 10th, 2010, there's
22   an e-mail from yourself to Trevor Smith.  It's
23   on the third page.  Do you see that?  It's
24   Bates number 5805 at the bottom of the page,
25   sir.
```

Page 124:03 to 124:18

```
00124:03      A.    E-mailed to Trevor Smith.
      04      Q.    I'm sorry.  From Trevor Smith,
      05   July 10th, 2010, to John Hellums at the top of
      06   that page?
      07      A.    Yes.
      08      Q.    John, can you please provide --
      09   can you please advise of any maximum
      10   recommended flow rate limits for the DR30 and
      11   CC40 chokes?
      12               So you're asking Mr. Hellums
      13   for maximum recommended flow rate limits for
      14   the DR30 and CC40 chokes, correct?
      15      A.    That's correct.
      16      Q.    So at this point on July 10th, you
      17   didn't have that information, and you needed
      18   that information, correct?
```

Page 124:20 to 125:04

```
00124:20      A.    I'm looking here.  I'm assuming
      21   somebody had asked me to try and find this
      22   information, and I was relaying the question
      23   as a point of contact.  And I personally
      24   didn't have any direct interest in the -- in
      25   the flow rate.
00125:01      Q.    And why -- why would they ask
      02   you -- why would someone ask you to obtain
      03   that information?
      04      A.    Because I was --
```

Page 125:07 to 125:17

```
00125:07      A.    I was communicating with Cameron
      08   to get technical information on the -- on the
      09   choke.
      10      Q.    And why were you communicating
      11   with Cameron to get technical information on
      12   the choke?
      13      A.    To ensure we had procedures that
      14   correctly told us how to operate the choke.
      15      Q.    Okay.  I'm going to mark that as
      16   exhibit 9584.
      17               (Exhibit Number 9584 marked.)
```

Page 125:20 to 126:03

```
00125:20      A.    Could I just add to my previous
      21   statement?  I was also in charge of getting
      22   the chokes built, these extra chokes built.
      23   So that was the communication chain we had.
      24      Q.    Okay.  Thank you.
```

```
        25                     And did -- so -- and -- and
00126:01  Cameron built -- when you say getting the
        02  chokes built, you mean getting the -- the
        03  choke piping apparatus?
```

Page 127:05 to 127:17

```
00127:05       Q.    And did you review any drawings of
        06  the actual CC40 choke assembly that was
        07  installed on the DEEPWATER HORIZON capping
        08  stack in preparation for your deposition
        09  today?
        10       A.    No, I worked from memory.
        11       Q.     Do you know whether any of -- do
        12  you know whether a drawing exists of the final
        13  CC40 choke assembly that was installed on the
        14  capping stack?
        15       A.    I imagine, yes, one was created to
        16  go in the procedure for deploying it, yes.
        17  I'm fairly sure one exists somewhere.
```

Page 128:09 to 130:15

```
00128:09  (Exhibit Number 9585 marked.)
        10       Q.     And you see the top e-mail here is
        11  an e-mail from John Hellums, dated July 11th,
        12  2010, to yourself; is that right?
        13       A.    Yes.
        14       Q.     And the subject, again, is, Re:
        15  Query DR30 choke and CC40 choke, maximum
        16  recommended flow rate limit.
        17                     Did you receive this e-mail
        18  from Mr. Hellums?
        19       A.    I believe so, yes.
        20       Q.     And Mr. Hellums writes, Trevor,
        21  please see attached e-mail from Stephen
        22  Chambers.  Is this sufficient?
        23                     Did I read that correctly?
        24       A.    Yes.
        25       Q.     Okay.  And then if we flip back
00129:01  through -- you're going to have to flip back
        02  through a few of these blue sheets 'cause the
        03  Cameron e-mail came with a lot of pictures of
        04  the Cameron logo there.
        05       A.    Yeah.
        06       Q.     You'll see an e-mail from Stephen
        07  Chambers, dated July 11, 2010, to John Hellums
        08  and David Simpson.
        09                     Do you see that?
        10       A.    I do.
        11       Q.     Subject, Re:  Are you available
        12  for a call?
        13                     Did I read that correctly?
        14       A.    Yes.
```

```
15       Q.     And it says, John, I just tried to
16  look at e-mails on my laptop but can't get VPN
17  to work at the moment.  I've not read the
18  other e-mails, but based on your telephone
19  call, here is something to go on.
20            You mentioned that you
21  thought that DP -- and DP, you would
22  understand that to mean the pressure drop; is
23  that right? --
24       A.     DP, yes, the pressure drop.  Yes.
25       Q.      -- was in the region of 3800 psi.
00130:01           Did I read that correctly?
02       A.     Yes.
03       Q.     Did you communicate to Mr. Hellums
04  that the pressure drop was in the region of
05  3800 psi?
06       A.     I can't recall.  I don't recall
07  doing so.
08       Q.     Okay.  Do you recall having a
09  telephone conversation with Mr. Hellums
10  regarding the maximum flow rate for the DR30
11  or CC40 choke?
12       A.     I remember having phone calls.
13  Predominantly, those were around building the
14  device.  There may have been a phone call on
15  the subject.  I cannot recall.
```

Page 130:23 to 131:08

```
00130:23      Q.     Okay.  And here, Mr. Chambers goes
24  on to write, I don't think the CC40 choke (CV
25  equals 256) should have a problem.  I did a
00131:01  calculation with the following assumptions.
02            And did I read that
03  correctly?
04       A.     Yes, you read that correctly.
05       Q.     And Mr. Chambers writes, oil flow
06  equals 60,000 barrels per day.
07            Is that right?
08       A.     That's correct.
```

Page 131:13 to 131:21

```
00131:13  (Exhibit Number 9586 marked.)
14       A.     Correct.
15       Q.     Dated June 21st, 2010, to
16  yourself, subject, capping stack pressure
17  control; is that right?
18       A.     Correct.
19       Q.     And so you received this e-mail
20  from Mr. Strachan on June 21st, 2010?
21       A.     Correct.
```

Page 135:12 to 135:13

00135:12        Q.     Did you ever answer Mr. Strachan's
      13  questions?


Page 135:15 to 139:06

00135:15        A.     Mr. Strachan reported in to me, so
      16  he was creating a document to help structure a
      17  way forward.
      18              No, I did not specifically, I
      19  think, answer relating to flow.  I think, if I
      20  recall, what we concluded was, since the pipe
      21  size was nominally a 3-inch bore, we needed
      22  ruptured discs that would exceed that
      23  cross-sectional area, and it would be not
      24  constraining whatever flow that was going
      25  through the pipe.
00136:01              So it was a simple, make sure
      02  the way out of the pipe was bigger than the
      03  way into the pipe analysis, which is basically
      04  what he's summarizing there about the CDP.
      05        Q.     Okay.  So did you ever tell
      06  Mr. Strachan what flow rate the ruptured disc
      07  needed to accommodate?
      08        A.     No.
      09        Q.     Could I ask you to go to tab 42,
      10  please.  And this is an e-mail dated July 4th,
      11  2010, from Mr. Stan Bond to yourself; is that
      12  right?
      13        A.     That's correct.
      14        Q.     And it says, Subject:  Procedure?
      15        A.     Correct.
      16        Q.     And it attaches a plan for
      17  transition from an open to a closed collection
      18  system; is that right?
      19        A.     That's correct.
      20        Q.     Okay.  And if we could look at the
      21  attachment, please.
      22              This is a -- this is a draft
      23  of a plan for transition from an open to a
      24  potentially closed collection system; is that
      25  right?
00137:01        A.     That's what the document's title
      02  is.
      03        Q.     Okay.  And its sector ID is T2,
      04  correct?
      05        A.     Correct.
      06        Q.     Discipline ID, DO?
      07        A.     Yes.
      08        Q.     Document class, PR?
      09        A.     Yes.
      10        Q.     Sequence number, 4464?
      11        A.     Correct.
      12        Q.     And organization ID, 2200?

```
        13      A.    Yes.
        14      Q.    Okay.  And then if -- and this is
        15  a draft that you received on, as we mentioned,
        16  July 4th, 2010, correct?
        17      A.    Yes, that's correct.
        18      Q.    Okay.  And if we could go to
        19  section 2.1 of that document, do you see --
        20  well, section 2 is background?
        21      A.    Yes.
        22      Q.    And do you see section 2.1 is
        23  transition to pressure-containing collection
        24  system, correct?
        25      A.    Yes.
00138:01      Q.    And the third paragraph there --
        02      A.    Uh-huh.
        03      Q.    -- it says, the transition from an
        04  open to a closed system offers several
        05  significant data collection opportunities that
        06  will inform future decisions concerning
        07  procedure details, well integrity, operating
        08  procedures, collection capacity/option
        09  selection, and well kill.
        10              Did I read that correctly?
        11      A.    You read that correctly.
        12      Q.    And then if I go to page 6 of
        13  22 -- do you see section 2.6 there?
        14      A.    I do.
        15      Q.    And this says, this high-level
        16  procedure will provide a measurement of flow
        17  rate up to a maximum of 50 MBD using the
        18  combined collection capacities of Helix
        19  Producer, Q4000, and Enterprise.  This
        20  information will be used in the selection of
        21  which future collection capacity options are
        22  connected.
        23              Did I read that correctly?
        24      A.    You did.
        25      Q.    And then 2.7, well kill, it says,
00139:01  information on flow rate and well integrity
        02  that is generated through execution of these
        03  procedures will be used in the refinement of
        04  well kill procedures.
        05              Did I read that correctly?
        06      A.    You did.
```

Page 139:10 to 139:10

```
00139:10  (Exhibit Number 9587 marked.)
```

Page 139:13 to 140:23

```
00139:13  (Exhibit Number 9588 marked.)
        14      Q.    This is an e-mail from Trevor Hill
        15  to yourself, dated July 8th, 2010, Subject:
```

```
16    3-ram stack installation.
17                   Do you see that?
18    A.    I do.
19    Q.    And you received this e-mail from
20  Mr. Hill?
21    A.    Yes.
22    Q.    And Mr. Hill writes, Trevor, Stan,
23  may I ask for a brief hold point in the
24  overall 3-ram stack installation procedure,
25  please, to get a fluid temperature measurement
00140:01  as close to the BOP as possible.  The timing
02  would be immediately after the Enterprise
03  takes the top hat off and before the
04  transition spool goes on, allowing a few
05  minutes for an ROV to hold the temperature
06  probe in the flowing stream in two locations.
07  We do have a draft of a brief procedure to
08  follow and have had discussions re:  ROV and
09  probe via Matt.  May we include this as an ops
10  note in your installation procedure as a
11  holding point, please?
12                   Did I read that correctly?
13    A.    You read that correctly.
14    Q.    Okay.  Did you include this
15  temperature measurement in your installation
16  procedure for the three-ram stack?
17    A.    I don't recall if it was included.
18  The -- I don't recall.
19    Q.    Okay.  And you have no
20  recollection whether an ROV held the
21  temperature probe -- or you have no knowledge
22  whether an ROV held a temperature probe in the
23  flowing stream in two locations?
```

Page 141:02 to 141:10

```
00141:02  A.    I have no specific knowledge of
03  it.  I do -- I can remember, as I said
04  earlier, ROVs putting -- trying to do some
05  measurements at different stages.  But
06  specifically when it might have -- did it
07  happen and when it happened, I don't know.
08    Q.    And -- and -- but do you know why
09  Mr. Hill is asking you to include this in your
10  procedure?
```

Page 141:13 to 141:18

```
00141:13  A.    I was -- I was preparing -- my
14  team was preparing the procedures to move the
15  transition spool -- many of the activities,
16  basically.  They were part of the capping --
17  overall capping process.  So that's probably
18  why he contacted myself and Stan.
```

```
Page 142:08 to 142:22

00142:08  (Exhibit Number 9589 marked.)
      09       Q.     And the top e-mail in this e-mail
      10  chain is from Eric Jacobsen to yourself.  It's
      11  dated July 11th, 2010, and it's addressed to
      12  you and some other BP employees, including
      13  Paul Tooms, Trevor Hill, and then a BP
      14  contractor, Kate Baker; is that right?
      15       A.     It is.
      16       Q.     And the subject is Macondo MC252
      17  sand production risk and management; is that
      18  right?
      19       A.     Yes.
      20       Q.     And did you receive this e-mail
      21  from Mr. Jacobsen?
      22       A.     I presume I did.


Page 143:01 to 143:02

00143:01       Q.     Okay.  And do you know why he was
      02  sending you this e-mail?


Page 143:09 to 143:18

00143:09       A.     I -- I'm reading the next e-mail
      10  down, Neal McCaslin to -- so I don't think I
      11  was the particular -- I would have been -- the
      12  most appropriate person on the list probably
      13  is the flow rate people.  I'm not really -- I
      14  don't know why I was included on that e-mail.
      15       Q.     So you mentioned flow rate people.
      16              So did you understand
      17  Mr. Hill, Ms. Baker, and Mr. Tooms to be flow
      18  rate people?


Page 143:20 to 143:22

00143:20       A.     I understood them to be flow
      21  assurance people concerned with the output of
      22  the well.


Page 144:04 to 144:06

00144:04       Q.     Okay.  Do you know who -- do you
      05  know who is a member of BP's privileged flow
      06  rate team?


Page 144:09 to 144:13

00144:09       A.     I didn't know there was a
```

```
       10    privileged flow rate team, so I don't know
       11    anything about it.
       12         Q.    So you have no knowledge regarding
       13    an internal BP flow rate assessment team?
```

Page 144:16 to 144:17

```
00144:16         A.    I understand there are people
       17    working on flow, but that's about it.
```

Page 146:16 to 147:03

```
00146:16    (Exhibit Number 9590 marked.)
       17         Q.    And this is an e-mail from Cheryl
       18    Grounds, dated July 8th, 2010, to yourself,
       19    Subject:  Forward:  Shut in and Integrity
       20    Evaluation Procedure.
       21                   Do you see that?
       22         A.    I do.
       23         Q.    And did you receive this e-mail
       24    from Ms. Grounds?
       25         A.    I presume I did.
00147:01         Q.    Okay.  And who is Ms. Grounds?
       02         A.    She's a BP employee.  I believe
       03    she's technical authority for process safety.
```

Page 147:25 to 148:05

```
00147:25         Q.    Okay.  And if I could ask you to
00148:01    turn to section 3.2.2 of that document.
       02         A.    3.2.2, yes.
       03         Q.    Do you see Horizon BOP stack ram
       04    differential pressure measurement?
       05         A.    Yes.
```

Page 148:12 to 148:19

```
00148:12         Q.    Well, take a moment to -- to read
       13    it.  That'll be fine.
       14         A.    BOP -- I mean, without educating
       15    myself on this -- myself on this document,
       16    I -- I can't recall any activities or interest
       17    in -- in this particular topic of differential
       18    measurement.  I'm not sure I read this
       19    document at the time in any detail.
```

Page 148:24 to 150:05

```
00148:24    (Exhibit Number 9591 marked.)
       25         Q.    This is an e-mail from Kevin
00149:01    Devers, dated July 4th, 2010, to a number of
       02    individuals, including yourself.
```

```
03                    Do you see that?
04         A.    I do.
05         Q.    Okay.  And so you received this
06  e-mail from Mr. Devers on July 4th, 2010?
07         A.    Yes, I believe so.
08         Q.    And the subject is, Slides from
09  '03 July meeting on 3-ram stack versus valve
10  stack manifold; is that right?
11         A.    Yes.
12         Q.    Okay.  And if we go down to the
13  earlier e-mail on that chain from
14  Mr. Devers --
15         A.    Uh-huh.
16         Q.    -- July 4th, 2010 at 4:29, the
17  second sentence, he writes, the conclusion
18  from the meeting is that the ram -- 3-ram
19  stack is preferred over the valve stack
20  manifold for a well kill operation, and
21  therefore the plan is to run the 3-ram stack
22  with the valve stack manifold as a backup
23  system.
24                    Did I read that correctly?
25         A.    You read that correctly.
00150:01   Q.    Okay.  And so does this indicate
02  that on July -- as of July 4th -- I'm sorry --
03  as of July 3rd, BP had not made a decision as
04  to whether they were going to run the
05  three-ram stack or the valve stack manifold?
```

Page 150:07 to 150:14

```
00150:07      A.    We -- we were pursuing two
08  options.  And this indicates that the
09  preferred one to proceed with was the
10  three-ram stack.
11         Q.    And prior to July 3rd, there
12  hadn't been a decision made regarding the
13  preferred -- the preferred option; is that
14  right?
```

Page 150:16 to 151:04

```
00150:16      A.    I don't know.  This appears to
17  indicate that a selection was made in this
18  meeting, maybe different preferences by
19  different people, but I'm not aware of a
20  specific decision.
21         Q.    But you're the BP 30(b)(6) witness
22  regarding the -- the capping stack, and that
23  means the triple-ram stack, correct?
24         A.    Correct.
25         Q.    Okay.  And so as -- as BP's
00151:01  30(b)(6) witness on the -- on the capping
02  stack, is it your testimony that as of
```

```
        03   July 3rd, 2010, BP had not made a decision as
        04   to run the three-ram stack or the valve stack
```

Page 151:08 to 152:13

```
00151:08        A.    The selection of the -- it appears
        09   that this was a point where we made --
        10   declared a preference, and both options were
        11   being kept alive in parallel.  The three-ram
        12   stack -- sorry -- the single valve manifold
        13   continued to be pursued in parallel with the
        14   three-ram.  And the three-ram was offered as
        15   the preferred one to go forward with.
        16        Q.    So even after the July 3rd
        17   meeting, the valve stack manifold is still on
        18   the table?
        19        A.    Yes.
        20        Q.    Can you tell me who Mr. Devers is?
        21        A.    Yeah.  Kevin Devers, he's a BP
        22   employee.  And at the time, he worked on the
        23   same team as me, reporting into Stan Bond.
        24        Q.    Okay.  And -- and what was -- what
        25   was his -- what were his responsibilities with
00152:01   regard to the -- to the capping stack?
        02        A.    He had no responsibilities for the
        03   three-ram capping stack.  He was progressing
        04   the design build of the single valve manifold
        05   stack and a device called the latch cap, an
        06   alternative way of connecting to the
        07   flexjoint.
        08        Q.    Okay.  And did Mr. Devers report
        09   to -- to you?
        10        A.    No, he reported to Mr. Stan Bond.
        11        Q.    Okay.  Did Mr. Bond report to you?
        12        A.    Mr. Bond report -- no.  I reported
        13   to Mr. Bond.
```

Page 152:18 to 154:23

```
00152:18   (Exhibit Number 9592 marked.)
        19        Q.    And the first e-mail in this
        20   e-mail chain is an e-mail from
        21   MkCyvas@technip.com, dated July 9th, 2010, to
        22   yourself and Ali Barkatally from -- from
        23   Cameron; is that right?
        24        A.    That's correct.
        25        Q.    And the subject is, URGENT:
00153:01   Single Valve Manifold DR30 Choke TORQUED TOO
        02   HIGH.
        03             Did I read that correctly?
        04        A.    You did.
        05        Q.    And can you tell me who -- and it
        06   appears that M.K. Cyvas is Matt?  I'm sorry.
        07             And who is Matt Cyvas?
```

```
08        A.    Matt Cyvas?  I actually can't
09   recall who he is.
10        Q.    And do you know what Technip was
11   doing with regard to the -- with regard to the
12   single valve manifold or the DR30 choke?
13        A.    We had individuals from a number
14   of different companies working in teams.  And
15   I'm looking at this here, and I'm assuming --
16   it looks like Matt was part of that single
17   valve manifold team.
18        Q.    Okay.  And if we could go over to
19   the next page, there's an earlier e-mail in
20   the string at the bottom of that page from
21   yourself to Paul Gulgowski, July 9th, 2010, at
22   12:06 p.m.
23              Do you see that?
24        A.    Yes.
25        Q.    Who is Paul Gulgowski?
00154:01  A.    Paul Gulgowski is a BP employee.
02   At the time, he was in the CDP project,
03   looking after the build of subsea equipment.
04        Q.    Okay.  And you wrote this e-mail
05   on July 9th, 2010 to Mr. Gulgowski, correct?
06        A.    Correct.
07        Q.    And in the e-mail, you write,
08   Paul, the choke retrieved from the CDP
09   manifold a couple of weeks ago is offshore now
10   ready to be run with our capping stack.  It is
11   fitted with a T-handle for ROV operation.  The
12   info below is indicating that the torque
13   required to operate the choke is somewhat
14   beyond what can be achieved with an ROV
15   manipulator.
16              Did your team do any work to
17   confirm the ability of the choke for ROV use?
18              Did I read that correctly?
19        A.    You read that correctly.
20        Q.    And so on July 9th, 2010, you did
21   not know whether the torque required to
22   operate the DR30 choke could be achieved with
23   an ROV manipulator, correct?
```

Page 154:25 to 155:08

```
00154:25   A.    I'd have to refer back earlier in
00155:01   the e-mail chain to understand where this
02   came -- this concern came from.
03        Q.    Okay.  Did I read this e-mail
04   correctly?
05        A.    You read the -- the sentences
06   correctly.
07        Q.    Okay.  Could I ask you to go to
08   tab 57, please.
```

Page 155:11 to 156:16

00155:11  (Exhibit Number 9593 marked.)
      12      Q.     This is an e-mail dated July 11th,
      13  2010 from Eric Jacobsen to a number of BP
      14  employees.
      15               Do you see that?
      16      A.    I do.
      17      Q.     And to yourself.  You're the first
      18  person on the To line?
      19      A.    I do see that.
      20      Q.     And the subject is Capping Stack
      21  Choke - Clarification, correct?
      22      A.    Yes.
      23      Q.     Okay.  And Mr. -- and remind me,
      24  who is Mr. Jacobsen, again?
      25      A.    I can't recall who Mr. Jacobsen
00156:01  is.
      02      Q.     Okay.  Well, Mr. Jacobsen writes,
      03  Trevor, per our earlier discussion, I am
      04  seeking engineering and/or HAZOP documentation
      05  covering the single choke decision from well
      06  integrity control and operability
      07  perspectives.  Following a group conversation
      08  this morning, Paul Tooms requested that
      09  something be document -- documented to explain
      10  the single choke versus dual choke decision
      11  and the rationale behind it.  The well
      12  integrity test HAZID today also raises issues
      13  around the single choke option, which will
      14  need to be addressed and documented.
      15               Did I read that correctly?
      16      A.    You did.


Page 157:04 to 157:08

00157:04      Q.     As BP's 30(b)(6) witness regarding
      05  the -- the capping stack, do you have any
      06  knowledge whatsoever regarding a consideration
      07  of a single choke versus a dual choke plan for
      08  the -- the capping stack?


Page 157:10 to 157:14

00157:10      A.    I don't believe I -- I don't -- I
      11  don't, no.  I can't recall anything specific.
      12  I see the topic referenced here.
      13               We built multiple chokes, but
      14  the procedure called for putting one on, yeah.


Page 157:21 to 157:24

00157:21      Q.     Okay.  And you didn't -- you

```
22    didn't talk to Mr. Tooms in preparation for
23    your deposition today?
24         A.    I did not.
```

Page 158:09 to 159:07

```
00158:09  (Exhibit Number 9594 marked.)
    10         Q.      And this is a -- an e-mail from
    11    David Brookes, dated July 15th, 2010 to a
    12    number of BP employees and contractors,
    13    including yourself; is that correct?
    14         A.    Correct.
    15         Q.    Okay.  And the subject is 10PM
    16    Update; is that right?
    17         A.    Correct.
    18         Q.      And this e-mail says, update on
    19    the new choke (Cameron Willis CC40).  This is
    20    a hydraulically-operated choke with a
    21    mechanical ROV-operated override.  As of 10pm,
    22    while we have CV v travel data, we have no
    23    definitive data on number of turns full open
    24    to full shut.  We are perusing -- I'm sorry --
    25    pursuing two routes for the data and will
00159:01  include an in situ check open to close with an
    02    ROV.  Dave B.
    03                   Did I read that correctly?
    04         A.    You did.
    05         Q.      And you received this e-mail from
    06    Mr. Brookes on July 15th, 2010?
    07         A.    I guess so, yes.
```

Page 159:12 to 160:11

```
00159:12  (Exhibit Number 9595 marked.)
    13         Q.      And this is an e-mail from David
    14    Brookes, dated July 15th, 2010, to a number of
    15    BP employees, including yourself; is that
    16    right?
    17         A.    Yes.
    18         Q.      And you received this e-mail from
    19    Mr. Brookes, correct?
    20         A.    Yes.
    21         Q.      And the subject is Midnight
    22    Engineering Update, correct?
    23         A.    Correct.
    24         Q.      And it says, as the existing DR30
    25    choke is being removed, we are working to
00160:01  confirm the operating action and
    02    characteristics of the new CC40 choke valve.
    03                   Did I read that correctly?
    04         A.    Yes.
    05         Q.      And then if we go down a little
    06    bit further in the e-mail, it says, Farah
    07    Saidi is recalculating the CV v turns
```

```
        08  relationship to feed into the revised
        09  predictions of pressure increase.
        10                  Did I read that correctly?
        11      A.    You did.
```

Page 160:23 to 161:01

```
00160:23      Q.    In shutting in the -- the capping
      24  stack, did you consider increases of pressure
      25  in the capping stack and the effects those
00161:01  would have of shutting in the capping stack?
```

Page 161:04 to 161:19

```
00161:04      A.    The projected shut-in pressure was
      05  within the pressure capabilities of the
      06  capping stack.  Other than that, the
      07  progression of pressure increase, no.  It's
      08  not -- I didn't review or consider.
      09      Q.    And what was the -- what was the
      10  pressure capability of the capping stack?
      11      A.    It had been pressure-tested
      12  onshore, I believe, to 11,000 psi.  The --
      13  many of the components were 15,000 psi.  And
      14  it was -- the basis of design was an 8,000 psi
      15  shut-in pressure.  So it had cap- --
      16  capability well beyond the originally estimate
      17  well shut-in pressure.
      18      Q.    Okay.  And what was the originally
      19  estimated well shut-in pressure?
```

Page 161:22 to 162:04

```
00161:22      A.    I believe it was in that basis of
      23  design earlier on that we looked at.
      24      Q.    Okay.  So I could look to that
      25  document --
00162:01      A.    That would be --
      02      Q.    -- to find that?
      03      A.    -- what was understood at the
      04  time.
```

Page 162:23 to 163:10

```
00162:23  (Exhibit Number 9596 marked.)
      24      Q.    If I could ask you to turn to
      25  page 9 of that presentation.  There's a --
00163:01  there's a slide entitled Organization.
      02                  Do you see that?
      03      A.    Yes.
      04      Q.    And it has you indicated as the
      05  BOB connection -- as in charge of BOP
      06  connection delivery.
```

```
07                    Do you see that?
08        A.    Yes.
09        Q.    And did you understand that to be
10   your -- your role?
```

Page 163:12 to 163:12

```
00163:12    Q.    As of June 7th, 2010?
```

Page 163:14 to 164:03

```
00163:14    A.    Yes.  Yes.  This is while I was --
15   I think this was while I was in the CDP
16   project briefly.
17        Q.    And the CDP project was the
18   containment disposal project?
19        A.    Correct.  Yes.
20        Q.    Okay.  And what was the CDP
21   project briefly?
22        A.    It was a project to install two
23   longer-term risers with flow containment back
24   to two floating production vessels, the HELIX
25   PRODUCER and TOISA PISCES.
00164:01    Q.    Okay.  And -- and as the BOP
02   connection delivery team leader, what were
03   your responsibilities?
```

Page 164:07 to 164:22

```
00164:07    A.    We were -- it was to -- to find a
08   way to connect onto -- to make a mechanical
09   connection to the flexjoint at the top of the
10   LMRP.  We were pursuing two main options, the
11   flexjoint overshot at that time, and -- and
12   two variations of sealing system and a -- the
13   transition spool device.
14        Q.    And those connections would have
15   included connections to connect -- eventually
16   connect a capping stack or a manifold cap,
17   correct?
18        A.    That's correct.  It would have had
19   a hub connection at the top to allow a -- an
20   HC-type connector to connect a cap.
21        Q.    Okay.  And -- and when was this
22   team formed --
```

Page 164:24 to 165:10

```
00164:24    Q.    -- the BOP collection delivery
25   team?
00165:01    A.    It -- the -- I was transferred
02   from the C -- from the initial response
03   efforts over to join the CDP project around
```

```
    04   May 30th and stayed there about a week.  It
    05   should be -- this was probably the last day
    06   probably shown here, before I came back to
    07   Westlake 4 to report to Stan Bond as, then
    08   called, BOP connection team.  So it was a
    09   week -- one-week period, probably reflected
    10   here.
```

Page 166:14 to 166:20

```
00166:14  And what -- did you
    15   frequently interact with other contractors in
    16   your work here?  I see that there are some
    17   listed here, Intecsea, Oil States, Cameron,
    18   Transocean.
    19               Were these parties or
    20   contractors considered part of the team?
```

Page 166:22 to 167:15

```
00166:22       A.   They were part of the wider team.
    23   The company shown in the white boxes, several
    24   of them had offsite offices or locations.  So
    25   they were not part of the -- the primary BP
00167:01  team, but they were -- we were relying on
    02   their input to -- and work to progress our
    03   scope.
    04       Q.    Did you have any involvement
    05   with -- with the team that was working on the
    06   BOP-on-BOP option?
    07       A.   I had no involvement with that
    08   scope.  I -- Jim Wellings, who I was
    09   communicating with early on in the May period
    10   building the two-ram capping stack, I think,
    11   had some roles in that organization, as well,
    12   potentially.
    13       Q.    Okay.  But you didn't have any?
    14       A.   I didn't have any role in that
    15   organization.
```

Page 167:17 to 167:20

```
00167:17       A.   Or scope or activity.
    18       Q.    Do you know, in your personal
    19   knowledge, why BP didn't proceed with the
    20   BOP-on-BOP option?
```

Page 167:22 to 168:01

```
00167:22       A.   Personal knowledge, I believe the
    23   risks lifting the LMRP outweighed the -- were
    24   considered too sig- -- too great to proceed
    25   with that option.
```

```
00168:01      Q.      And what were those risks --
```

Page 168:03 to 168:19

```
00168:03      Q.      -- as you understood them?
      04      A.      I think it included the ability to
      05   separate the hubs sufficiently to cut drill
      06   pipe that might be exposed, the inability,
      07   potentially, to -- if that situation arose, to
      08   actually reengage the latch, to put the
      09   latch -- to put the LMRP back on.  So it might
      10   have ended up with leaks -- longer-term leaks
      11   there from an exposed connection, causing
      12   erosion of that connection.
      13           And -- and, also, if the --
      14   if the L -- if the LMRP was lifted off, that
      15   the debris inside might be so complicated as
      16   to stop or limit the ability to land a BOP on
      17   top of that connection.
      18      Q.      Okay.  And -- and what debris were
      19   you referring to?
```

Page 168:21 to 169:05

```
00168:21      A.      The -- they -- it could be drill
      22   pipe or parts of drill pipe.  It -- I don't
      23   know specifically what was in there, but
      24   the -- there was -- there was concern that
      25   there was at last one section of drill pipe
00169:01   inside there.
      02      Q.      Okay.  Looking at this tab 1 in
      03   your binder, which we've marked exhibit 9596,
      04   this is a PowerPoint presentation titled
      05   flexjoint Connections Update; is that right?
```

Page 169:16 to 171:06

```
00169:16      Q.      This is a PowerPoint titled
      17   flexjoint Connections Update, correct?
      18      A.      Right.  I heard 9596.  Sorry.  Is
      19   that --
      20      Q.      Oh, that's just the exhibit
      21   number, not the -- not the Bates number.
      22           So this is a PowerPoint
      23   titled flexjoint Connections Update, correct?
      24      A.      Yes.
      25      Q.      Dated June 7th, 2010?
00170:01      A.      Yes.
      02      Q.      And do you recognize this
      03   document?
      04      A.      Yes, it looks like a document I
      05   probably created as a -- as a briefing
      06   document.  It may not have been actually
```

```
07   presented.
08                   Looking at it here, it's got
09   a lot of material.  So it may have been in a
10   draft state.
11        Q.     Okay.  And just -- just for your
12   understanding and for the record, we included
13   the full colored copy, as well.  Sometimes
14   it's easier to work with, but we needed the
15   Bates-numbered copy.
16                   And as of June 7th, 2010,
17   was -- was this a -- a summary of the status
18   of the flexjoint connection possibilities for
19   the DEEPWATER HORIZON BOP or LMRP?
20        A.     As I say, I'm not sure if this was
21   a -- an actually presented document or a
22   working copy, but it would have been
23   approximately a good representation of where
24   we were.
25        Q.     Okay.  And on page 2, that
00171:01   title -- that slide says Summary of flexjoint
02   Connection Options.
03                   Do you see that?
04        A.     Yes.
05        Q.     And there are four different
06   options listed there, correct?
```

Page 171:08 to 171:09

```
00171:08        A.     There are four different options
09   there, yes.
```

Page 172:03 to 172:12

```
00172:03   And these connection options
04   were all different ways to connect a capping
05   mechanism to the DEEPWATER HORIZON BOP or
06   LMRP, correct?
07        A.     Specifically to connect at the top
08   of the LMRP, yes.
09        Q.     And to your understanding as of
10   June 7th, the well-capping mechanisms that
11   were being considered by BP were the three-ram
12   stack and the manifold valve stack?
```

Page 172:14 to 173:01

```
00172:14        A.     Certainly, the cap- -- the
15   three-ram stack.  Again, Kevin Devers was more
16   running with that three-ram -- I'm sorry --
17   single valve manifold device.  So its exact
18   timing of starting off, I'm not sure.
19        Q.     Now, the flexjoint overshot was
20   intended to -- to somehow envelope the entire
```

```
        21   flexjoint; is that right?
        22       A.   Yes, it was designed -- two
        23   versions of it, depending on how it gripped
        24   on.  But it was to go over the upper part of
        25   the flexjoint and the grip and seal to the
00173:01   bottom part of the flexjoint.
```

Page 173:06 to 174:06

```
00173:06   (Exhibit Number 9597 marked.)
        07       Q.    All right.  And this is an e-mail.
        08   The top e-mail in the string is from Kevin
        09   Lanan, and it's dated June 7th, 2010, to Greg
        10   Cruse.
        11            Do you see that?
        12       A.   I do.
        13       Q.    And you're copied on this e-mail,
        14   as well, correct?
        15       A.   Yes.
        16       Q.    And the subject is Evaluation of
        17   flexjoint For Flanged Connection.
        18            And you received this e-mail
        19   from -- from Mr. Lanan on June 7th, 2010,
        20   correct?
        21       A.   Correct.
        22       Q.    And who is Mr. Lanan?
        23       A.   He was a member -- an engineer, BP
        24   employee, a member of our team working on the
        25   BOP connection options.
00174:01   Q.    Okay.  And Mr. Cruse?
        02       A.   I can't recall Mr. Cruse.  I
        03   notice in the second e-mail down, he works for
        04   Oil States.  I'll have to read a little bit
        05   more to understand which part of Oil States he
        06   works for.
```

Page 174:09 to 174:24

```
00174:09   In the e-mail at the top,
        10   item 2 reads, there is a possibility that due
        11   to the weight of the three-ram BOP stack and
        12   the angle of inclination of the original BOP,
        13   we may bottom the flexjoint out again.
        14   Depending on angles, there could be in excess
        15   of 870 kip feet of moment -- I think that
        16   should be movement -- applied to the flexjoint
        17   by the three-ram BOP.
        18            Did I read that correctly?
        19       A.   Yes.  It should read moment.  It
        20   refers to bending moment.
        21       Q.    Oh, thank you.  I appreciate that.
        22            And so at this point, BP
        23   didn't want to bottom out the flexjoint again;
        24   is that right?
```

Page 175:01 to 175:06

```
00175:01      A.    It was -- it would be subject to
      02    the evaluation of whether the flexjoint and
      03    the other parts of the -- the load pass could
      04    take the loads generated.
      05      Q.    But BP didn't want to bottom out
      06    the flexjoint, correct?
```

Page 175:08 to 175:15

```
00175:08      A.    We didn't want the -- the weight
      09    of the capping stack applied to the flexjoint.
      10    Bottoming it out would have exerted large
      11    bending moments, which would be undesirable.
      12    So we had to evaluate whether it was -- the
      13    loads could be accommodated or not.  We
      14    determined we need -- it wouldn't be
      15    appropriate to bottom it out.
```

Page 175:20 to 176:20

```
00175:20  (Exhibit Number 9598 marked.)
      21      Q.    And this is an e-mail from David
      22    Sinsabaugh? --
      23      A.    Sinsabaugh.
      24      Q.    -- to -- to yourself and a number
      25    of other BP employees and contractors.
00176:01             And it's dated June 12th,
      02    2010; is that right?
      03      A.    That's correct.
      04      Q.    And the subject is BOP connections
      05    team flexjoint schedules, 6-12-10 p.m.,
      06    correct?
      07      A.    Yes.
      08      Q.    And do you recognize this
      09    document?
      10      A.    The e-mail has no attachment.
      11      Q.    Yeah, but do you recognize the
      12    e-mail?
      13      A.    Yeah, just reading it.
      14      Q.    Okay.
      15      A.    Yeah.  It's referring to a draft,
      16    a schedule, a progress schedule, yes.
      17      Q.    All right.
      18      A.    I recognize it.
      19      Q.    And this is a daily update of the
      20    BOP connections team; is that right?
```

Page 177:01 to 178:11

```
00177:01      A.    I -- I can't remember if we got
```

```
02    the reports every day.  I suspect we did.
03    But, yes, David was a planner working with us.
04         Q.    Okay.  And did you ask David to
05    provide these updates?
06         A.    These were -- these updates were
07    feeding into a larger plan that was requested
08    from the -- Richard Lynch's team.  So we were
09    meeting that demand.
10         Q.    Okay.  Do you recall whether
11    you -- whether it was you or someone else who
12    may have asked Mr. Sinsabaugh to provide these
13    updates?
14         A.    I think these -- I think David was
15    assigned to us by the central planning team to
16    reflect our team's progress and forecasts.
17         Q.    Okay.  So the central planning
18    team was asking for these updates, then?
19         A.    Yes.
20         Q.    Okay.
21         A.    And we used it for the team, as
22    well.
23         Q.    Okay.  And were these updates
24    intended to summarize the status of activities
25    related to the BOP connections team?
00178:01      A.    The text, not necessarily.  The
02    schedule would be the thing that reflected the
03    current forecast we were giving internally.
04    And the -- the commentary would be best
05    understood by David.
06         Q.    Okay.  But -- so -- but you
07    understood David was trying to chronicle --
08    chronicle what was going on with the BOP
09    connections team and provide these updates to
10    the central operations as well as the rest of
11    the BOP connections team?
```

Page 178:13 to 178:19

```
00178:13      A.    Yes.  Its intent was to produce a
14    schedule and summarize his understanding as
15    per these kind of notes.
16         Q.    Did you ever correct any of the --
17    any of these updates that Mr. Sinsabaugh
18    provided?
19         A.    I can't recall doing so.
```

Page 178:23 to 179:18

```
00178:23 (Exhibit Number 9800 marked.)
24         Q.    This is an e-mail from yourself,
25    dated June 12, 2010, to a number of BP
00179:01  employees and contractors, subject, 2010-06-10
02    flexjoint overshot review, REV0 PowerPoint.
03                      Is that right?
```

```
04      A.   Yes.
05      Q.    And you sent this e-mail with an
06 attached PowerPoint presentation on June 12th;
07 is that right?
08      A.   That's correct.  Yes.
09      Q.    And did you prepare the attached
10 PowerPoint presentation?
11      A.   Yes.
12      Q.   Okay.  And this PowerPoint
13 presentation is titled flexjoint Connections
14 Design Review, 10 June 2010, correct?
15      A.   Yes.
16      Q.   Okay.  Was it part of your role in
17 working on the response to prepare these types
18 of -- of presentations?
```

## Page 179:20 to 181:14

```
00179:20      A.   As necessary to communicate to the
21 relevant parties, we needed to have -- get
22 briefings to, or -- or prepare debriefings
23 to -- yes, it was -- it was a kind of -- yes,
24 it was part of my role to do that.  Sorry.
25      Q.    And if we go to the third page of
00180:01 this presentation -- I'm sorry -- if we go to
02 the second page --
03      A.   Uh-huh.
04      Q.    -- ending in Bates number 876.
05                You see a slide entitled
06 Agenda?
07      A.   Yes.
08      Q.    And the first number 1 on that
09 agenda is Context Overview, Trevor Smith; is
10 that right?
11      A.   Yes.
12      Q.    And does that indicate that you
13 provided a context overview during a meeting
14 related to the flexjoint connections design
15 review?
16      A.   Yes, I provided that context as
17 part of that meeting.
18      Q.   Okay.  And then on page -- on the
19 next page ending in Bates number 877, do you
20 see that slide?
21      A.   I do.
22      Q.   Okay.  And if we move down midway
23 through the page, it says, these new systems
24 require new connections to the HORIZON BOP via
25 three options:  Flange connection spool and
00181:01 capping stack, flexjoint overshot and capping
02 stack, and latch cap on flexjoint riser stub
03 and flow tree.
04                Do you see that?
05      A.   I do.
06      Q.   Okay.  And item 4 says, potential
```

```
07    to pull LMRP and install capping stack also
08    remains in play.
09              Did I read that correctly?
10    A.    You did.
11    Q.    Okay.  And we discussed, a few
12    moments ago, I believe, some of the concerns
13    that BP had regarding removal of the LMRP; is
14    that right?
```

Page 181:16 to 182:03

```
00181:16    A.    I believe those concerns were
17    also -- were shared and -- with the Unified
18    Area Command, that the decision to leave the
19    LMRP in place was one that was approved by the
20    Unified Command.
21    Q.    Okay.  But I -- I'm not sure if
22    that was really the question I asked.  I just
23    asked whether we had discussed some of those
24    concerns earlier in the deposition?
25    A.    I think you referred to -- I heard
00182:01    it as reflecting there was only a BP-related
02    decision, and I was clarifying that it was a
03    wider group making that call.
```

Page 182:12 to 184:04

```
00182:12    (Exhibit Number 9801 marked.)
13    Q.    This is a June 13th e-mail from
14    Mr. Kevin Devers, June 13th, 2010 e-mail from
15    Mr. Devers to yourself and Stan Bond; is that
16    right?
17    A.    That's correct.
18    Q.    And it has an attachment, BOP
19    connection options 2010-06-13 R1.ppt; is that
20    right?
21    A.    Let me just read it.
22              Yes.
23    Q.    Okay.  And the attachment, if we
24    turn to the attachment, it's a slide
25    presentation.
00183:01              Do you recognize this
02    document?
03    A.    May I have a quick look?
04              Probably, yes.
05    Q.    Do you -- did Mr. Devers prepare
06    this PowerPoint presentation?
07    A.    With input from -- yes, he did,
08    with input from myself.  I'm just not clear if
09    this was an actual presentation that was
10    actually made, or a working draft.
11    Q.    Understood.
12              But Mr. Devers did send you
13    this presentation on June 13th, 2010, correct?
```

```
        14          A.    Yes.
        15          Q.      And if we go to page 3 of that
        16  PowerPoint presentation.
        17          A.    3, yes.
        18          Q.      And you see a slide titled
        19  Options?
        20          A.    Yes.
        21          Q.      And it lists flexjoint overshot,
        22  flange connection spool and latch cap,
        23  correct?
        24          A.    Yes.
        25          Q.      And so as of the date of this
00184:01  presentation, BP was still evaluating these
     02  options for attaching a capping stack or a
     03  manifold to the top of the LMRP or the BOP,
     04  correct?
```

Page 184:06 to 184:09

```
00184:06          A.    Yes.
     07          Q.      Okay.  And the flange connection
     08  spool is still on the table at this time,
     09  correct?
```

Page 184:11 to 184:11

```
00184:11          A.    Yes.
```

Page 184:17 to 186:18

```
00184:17  (Exhibit Number 9802 marked.)
     18          Q.      This is an e-mail dated June 13th,
     19  2010 from a Vassilis Gkaras?
     20          A.    Yes.
     21          Q.      Am I pronouncing that correctly?
     22          A.    Yes.
     23          Q.      To himself, or is it himself or
     24  herself?
     25          A.    It's a him.
00185:01          Q.      Himself.  Copied to you, subject,
     02  flexjoint overshot, triple-ram drawings; is
     03  that right?
     04          A.    Yes.
     05          Q.      And so on June 13th, 2010, you
     06  received this e-mail from Mr. Gkaras?
     07          A.    Yes.
     08          Q.      And is he a BP employee?
     09          A.    He is.
     10          Q.      And what was his role in the
     11  response effort?
     12          A.    He was a project engineer working
     13  in our team.
     14          Q.      Okay.  And was he -- so he was
```

15   working specifically with regard to the
16   flexjoint overshot?
17        A.    He worked in a number of areas.  I
18   cannot remember which role he was on at this
19   particular time.
20        Q.    And Mr. McMullen was a contractor
21   to BP; is that right?
22        A.    That's correct.
23        Q.    And did he have a flow assurance
24   specialty?
25        A.    That's correct.
00186:01      Q.    Okay.  And Ms. Saidi, as well, had
02   a flow assurance specialty, correct?
03        A.    That's correct.
04        Q.    And Mr. Gkaras writes, I've been
05   informed that the FJO option is being put on
06   hold.  Let's meet tomorrow at 7:15 a.m.,
07   though, if possible, to discuss the flow
08   assurance issues with the flanged connection
09   triple-ram stack.
10              Did I read that correctly?
11        A.    You read that correctly, yes.
12        Q.    Okay.  He states that the FJO,
13   which is the flexjoint overshot option, right?
14   --
15        A.    That's correct.
16        Q.    -- is on hold.
17              Do you know why it was on
18   hold?


Page 186:20 to 187:13

00186:20      A.    Around middle of June, we did a
21   risk review of the different options and
22   determined that there were significant
23   installation risks with the flexjoint
24   overshot, as well as its pressure capability
25   was not going to be able to make -- meet well
00187:01   shut-in -- anticipated well shut-in pressure.
02              So somewhere around the
03   middle of June, we made a determination and
04   reviewed it with Secretary Chu's team why that
05   option wouldn't be pursued any further.
06              So I can't recall the exact
07   timing.  It might be in my binder.  He may
08   have been a little bit ahead of the game here,
09   sort of thinking a decision had been made, or
10   maybe it was made that day.  I have to look at
11   the records.
12        Q.    Do you know what the anticipated
13   shut-in pressure was as of June 13th, 2010?


Page 187:16 to 187:22

```
00187:16        A.     Personally speaking, I was still
      17  carrying at that time, 87 -- whatever was in
      18  the triple-ram assurance report.  The 8700 psi
      19  absolute was the nominal number.
      20        Q.     And there was concern that you
      21  wouldn't be able to meet that shut-in pressure
      22  at this time with the flexjoint overshot?
```

Page 187:24 to 188:06

```
00187:24        A.     The flexjoint overshot, we were --
      25  by around this stage, we -- in fact, I'm not
00188:01  sure if it's in the prior presentation that
      02  identified, A, we might not be able to install
      03  it successfully, it might jam in place during
      04  installation, and, B, its structural -- its
      05  pressure-retaining capacity was around 4700
      06  psi, which was a lot less than the desired.
```

Page 188:11 to 189:06

```
00188:11  (Exhibit Number 9803 marked.)
      12        Q.     And this is an e-mail from
      13  yourself, dated June 15th, 2010, to a number
      14  of BP employees and contractors, correct?
      15        A.     That's correct.
      16        Q.     Subject, flange splitter-mule
      17  shoe; is that right?
      18        A.     That's correct.
      19        Q.     And so you sent this e-mail on
      20  June 15th, 2010, correct?
      21        A.     Yes.  Yes.
      22        Q.     Who's Fred Smith?
      23        A.     He was a member of our team.  He's
      24  an agency contractor working in our team,
      25  working on tooling for the transition spool
00189:01  installation.
      02        Q.     Okay.  The first part of this --
      03  this e-mail chain, if you could take a look at
      04  that e-mail from yourself to Fred John -- Fred
      05  and John.
      06        A.     Uh-huh.
```

Page 189:10 to 190:03

```
00189:10        Q.     This e-mail addresses progress on
      11  the flange splitter, correct?
      12        A.     The flange splitter, but also the
      13  transition spool and the process of making up.
      14  So it was not just the flange splitter, it was
      15  other topics on that e-mail.
      16        Q.     Okay.  And the other topics were
      17  the?
```

```
18       A.    I think the flanges or seals are
19  referring to the actual transition spool
20  itself.  And the bolt makeup is a process of
21  making up with the flanges misaligned, as
22  being referred to.  That's bolting the flange
23  transition spool to the flexjoint flange.
24       Q.    So this flange splitter was a tool
25  that BP -- BP fabricated in order to -- in
00190:01  order to split the flange so that they could
02  connect to the DEEPWATER HORIZON LMRP; is that
03  right?
```

Page 190:05 to 190:24

```
00190:05       A.    BP -- one of the things -- it was
06  one of the tools we built with that --
07  designed for that option.  It was -- after the
08  flange was unbolted, we needed a way to grip
09  the flange and lift it off and recover it to
10  clear away -- to leave the existing flange on
11  the flexjoint available for a new connection
12  to be made.
13                So we worked on two flange
14  splitters and another tool to -- as options to
15  lift that flange off.
16       Q.    And BP also worked on tools that
17  they needed to -- to break the bolts; is that
18  correct?
19       A.    We selected -- we did trials to
20  select the most appropriate torque tool to
21  unwind the bolts, and we had options to cut
22  the bolts if needed.  So there was several
23  types of tooling prepared to deal with various
24  contingencies.
```

Page 191:03 to 191:03

```
00191:03       Q.    BP ultimately torqued the bolts?
```

Page 191:05 to 191:06

```
00191:05       A.    During the capping operation, the
06  ROV untorqued the bolts using a torque tool.
```

Page 191:11 to 192:10

```
00191:11  (Exhibit Number 9804 marked.)
12       Q.    And if I could direct you to the
13  e-mail, actually, at the bottom of that page.
14  It's an e-mail from Mark Nichols to a number
15  of individuals.  BP and contractors are copied
16  to yourself, dated June 16th, 2010, subject,
17  technical assessment plan.
```

```
          18                   Do you see that?
          19      A.    Yes.
          20      Q.    Okay.  So this is an e-mail that
          21  you received on June 16th from Mr. Nichols?
          22      A.    Correct.
          23      Q.     And who is Mr. Nichols?
          24      A.    Mr. Nichols is a BP employee.
          25  Currently, he's, I believe, a chief engineer.
00192:01  At the time, he reported to Stan Bond, looking
          02  after engineering assurance.
          03      Q.     And he worked on the flexjoint
          04  integrity analysis; is that right?
          05      A.    Mark was the overall owner/author
          06  of the technical assurance report, including
          07  all the subjects in that report.
          08      Q.    Okay.  The report we looked at
          09  earlier today?
          10      A.    Yes.
```

Page 192:12 to 193:07

```
00192:12  And in the e-mail,
          13  Mr. Nichols writes, as we did with the
          14  original swing/isolation valve assembly (seems
          15  like so many weeks ago), we will need to
          16  provide and document our technical assurance
          17  on the design option we eventually deploy to
          18  connect to the BOP and cap the well, whether
          19  we produce or shut in the well.  With the FJO
          20  on hold, I believe we are down to three
          21  options which define the scope of work.
          22                    And then it goes on to list
          23  three bullet points:  Flange connection with
          24  the triple-ram capping stack, flange
          25  connection with the X-over manifold (later),
00193:01  and then latch cap with the X-over manifold
          02  (later).
          03                    Did I read that correctly?
          04      A.    Yes.
          05      Q.    Okay.  And X-over means crossover?
          06      A.    Crossover.  The single valve
          07  manifold would be that device.
```

Page 193:25 to 194:20

```
00193:25  (Exhibit Number 9805 marked.)
00194:01      Q.     This is an e-mail from Mark
          02  Nichols, dated June 17th, 2010, to a number of
          03  BP employees, including yourself, subject,
          04  capping options, correct?
          05      A.    Correct.
          06      Q.    Okay.  And this has an attachment
          07  to it, capping design options PowerPoint
          08  presentation; is that right?
```

```
09      A.    Yes.
10      Q.     Okay.  And Mr. Nichols writes,
11  guys, I'm not sure what this is worth at this
12  point.  It may give us a -- some focus on the
13  tradeoffs and a way to communicate.
14              Did I read that correctly?
15      A.    You did.
16      Q.     Okay.  And so Mr. Nichols was
17  sending to you and Mr. Bond and Mr. Devers and
18  Mr. Wellings a document that would assist in
19  focusing on the tradeoffs of these capping
20  design options, correct?
```

Page 194:22 to 194:24

```
00194:22      A.    Mr. Nichols was proposing one way
23  of portraying the advantages, et cetera,
24  different options.
```

Page 195:05 to 195:07

```
00195:05  This is a document from yourself, an e-mail
06   from yourself, dated June 18th, 2010, to Stan
07   Bond.
```

Page 195:10 to 196:19

```
00195:10  (Exhibit Number 9806 marked.)
11      Q.     The subject is draft agenda for
12  9 a.m., call June 18th; action, need answers
13  for Secretary Chu's questions.
14              Did you write this e-mail,
15  Mr. Smith?
16      A.    Yes.  I compiled it probably based
17  on some input from others.
18      Q.    Okay.
19      A.    The items with the numbers are, I
20  believe, Secretary Chu's questions.
21      Q.     Okay.  And did you write these
22  responses to the questions that are underneath
23  what you described as Secretary Chu's
24  questions?
25      A.    Let me -- let me read it to be
00196:01  sure that's -- some I may have obtained from
02  others and entered into the e-mail.
03      Q.    Okay.
04      A.    It looks like I compiled the
05  e-mail.  I may have had input for the larger
06  text size response items from somebody else.
07  I cannot recall who.
08      Q.    Thank you.
09              And there's an attachment to
10  this e-mail.  It's a PowerPoint presentation
```

```
11    titled Well-Capping workshop, and it's dated
12    June 17th, 2010; is that right?
13        A.    Yes.
14        Q.       And was this a presentation you
15    made to the -- to the science team?
16        A.     It looks like it.  Let me see if I
17    refer to that in the text.  Just trying to get
18    my -- to confirm the actual dates.  Let me
19    see.  Yes.  Yes.
```

Page 196:23 to 197:23

```
00196:23  (Exhibit Number 9807 marked.)
      24        Q.       And this is an e-mail from Leon
      25    Dominick to yourself and a number of other BP
00197:01    employees and contractors, dated June 19th,
      02    2010; is that right?
      03        A.    That's correct.
      04        Q.       And the subject is BOP connections
      05    team flexjoint schedule 6-19, 10:00 p.m.; is
      06    that right?
      07        A.    That's correct.
      08        Q.       And so Mr. Dominick was sending a
      09    similar type of update here to the one we
      10    looked at from Mr. Sinsabaugh earlier; is that
      11    right?
      12        A.    That's correct.
      13        Q.       And who was Mr. Dominick?
      14        A.     He fulfilled a similar role to
      15    Mr. Sinsabaugh.  He was an agency employee
      16    working for BP as a planner, scheduler.
      17        Q.       And I know as with the other one,
      18    the attachment's not here, but he was sending
      19    around these -- these updates like
      20    Mr. Sinsabaugh that would go to both the --
      21    the BOP connections team as well as to the
      22    more centralized management team; is that
      23    right?
```

Page 197:25 to 198:24

```
00197:25        A.    He would -- yes, these e-mails
00198:01    went to the circulation as shown up there.
      02        Q.       Okay.  If we could go to tab 14,
      03    please.  And this is an e-mail from
      04    Mr. Devers, dated June 22nd, 2010, to a number
      05    of BP employees and contractors, including
      06    yourself, correct?
      07        A.    That's correct.
      08        Q.       And the subject is pro/cons of
      09    three-ram stack versus manifold valve stack,
      10    correct?
      11        A.    That's correct.
      12        Q.       Okay.  And the first sentence of
```

```
13    that e-mail says, as you heard from Stan's
14    briefing this morning, we need to work up a
15    pros/cons of running either the 3-ram stack or
16    manifold stack -- I'm sorry; I misread that --
17    manifold valve stack for the flange spool
18    connection.
19                   Did I read that correctly?
20    A.    Yes.
21    Q.     So as of June 22nd, 2010, BP was
22    still evaluating the pros and cons of running
23    either the three-ram stack or the manifold
24    valve stack, correct?
```

Page 199:01 to 199:03

```
00199:01    A.    Both of these options were in
02    play, and we were still evaluating which would
03    be preferred.
```

Page 199:07 to 200:11

```
00199:07  (Exhibit Number 9808 marked.)
08    Q.     If we could turn to tab 15,
09    please.  This is a PowerPoint presentation
10    dated June 23rd, 2010.  The title is MC252 BOP
11    Connection Update For Science Team.
12                   Is that -- did I read that
13    correctly, Mr. Smith?
14    A.    You did.
15    Q.     And are you the author of this
16    presentation?
17    A.    Let me have a quick look.  It's
18    got my name on the front.  Yes, I am.
19    Q.     Okay.  And did you present this to
20    the DOE science team?
21    A.    Yes.  The only hesitation I have
22    is whether, again, this is a working draft or
23    a final.  But it looks -- it looks close to
24    whatever I recollect the final document was.
25                   Yes, I presented it to the
00200:01  science team.
02    Q.     Okay.  Do you recall who from the
03    science team participated in that
04    presentation?
05    A.     I made a number of presentations,
06    so I'm not necessarily exact here.  I believe
07    this might have been done with some of
08    Secretary Chu's advisors and Secretary Chu
09    himself dialing in and other members of the
10    labs team sitting in the room in Houston.
11    Q.     In Houston?  Okay.
```

Page 200:14 to 200:23

```
00200:14  MR. CERNICH:  I'm going to mark
      15  this -- oh, I didn't mark that last one, did
      16  I?
      17            THE WITNESS:  No.
      18            MS. SHUTLER:  That long string one
      19  is 9809.
      20            (Exhibit Number 9809 marked.)
      21            MR. CERNICH:  Okay.  Well, I
      22  marked that last exhibit, the PowerPoint for
      23  the science team, 9809.
```

Page 201:04 to 201:25

```
00201:04  (Exhibit Number 9810 marked.)
      05        Q.      This is an e-mail dated June 24th,
      06  2010, from Kevin Devers to a number of BP
      07  employees and contractors, including yourself;
      08  is that right?
      09        A.      Correct.
      10        Q.      And the subject is, Pro/Cons of
      11  3-Ram Stack Versus Manifold, correct?
      12        A.      Running -- pros and cons of
      13  running flange spool with the capping stack or
      14  a manifold, yes.
      15        Q.      Are we on tab 17?
      16        A.      Yes.
      17        Q.      Okay.  And so you received this
      18  e-mail on June 24th, 2010 from Mr. Devers?
      19        A.      Yes.
      20        Q.      And this e-mail indicates that BP
      21  is discussing the pros and cons of running the
      22  flange spool with the capping stack or the
      23  flange spool with the manifold, correct?
      24        A.      That's one of the purposes of the
      25  meeting, yes.
```

Page 202:06 to 203:17

```
00202:06  (Exhibit Number 9811 marked.)
      07        Q.      And this is an e-mail from
      08  Mr. Sinsabaugh, again, to yourself and a
      09  number of BP contractors and employees, dated
      10  July 9th, 2010, subject BOP Connections Team -
      11  flexjoint Schedules, 7-09-10 PM.
      12            Do you see that?
      13        A.      Yes.
      14        Q.      And so you received this e-mail
      15  from Mr. Sinsabaugh on July 9th, 2010?
      16        A.      Yes.
      17        Q.      Okay.  And this e-mail, in the
      18  second paragraph, it starts out, four shims
      19  remain to be installed.
      20            Did I read that correctly?
```

```
21      A.   You did.
22      Q.    And -- and can you tell me what
23 that refers to?
24      A.   Yes.  We had determined that we
25 needed to straighten the flexjoint to make it
00203:01 colinear with the rest of the BOP system and
02 to restrain it in place, and the devices, once
03 it was centralized.  And the shims were those
04 restraint devices to stop the flexjoint from
05 rotating under load.
06      Q.    So these shims are being installed
07 subsea on the -- the flexjoint?
08      A.   Yeah.  They were installed on
09 the -- in the middle of the flexjoint to stop
10 the upper part of the flexjoint from rotating.
11 So they were being done by ROV while we were
12 still -- the top hat from Enterprise was still
13 attached.
14      Q.    And those shims needed to be
15 installed before you can install the -- the
16 capping stack; is that right?
17      A.   That is correct.
```

## Page 203:22 to 204:12

```
00203:22 (Exhibit Number 9812 marked.)
23      Q.    And this is an e-mail from
24 Mr. Sinsabaugh, again, dated July 11th, 2010,
25 to yourself and a number of other BP employees
00204:01 and contractors, correct?
02      A.   That's correct.
03      Q.    And again, subject is the BOP
04 Connections Team, correct?
05      A.   Subject -- yes.  Flexjoint
06 schedules.
07      Q.    Great.  For -- for July 11th,
08 2010?
09      A.   Yeah.
10      Q.    And this is the -- the p.m.
11 update, I guess?
12      A.   Yes.
```

## Page 204:15 to 204:23

```
00204:15      Q.    Okay.  And if I look at the second
16 paragraph there, it says, one shim remains to
17 be installed.
18              Do you see that?
19      A.   Yes.
20      Q.    And so on -- on July 11th, 2010,
21 there was still one shim on the flexjoint to
22 be installed; is that right?
23      A.   That's correct.
```

Page 206:06 to 206:12

```
00206:06     Q.    Okay.  And just going back to the
      07    30(b)(6) notice that was previously marked as
      08    8664.
      09                I think I may have a -- do we
      10    have another copy of the 30(b)(6) notice here?
      11    Just... oh, there.  Right here.  Sorry about
      12    that.  All I have is the letter.
```

Page 206:17 to 206:17

```
00206:17     Q.    If we can go to topic 12, please.
```

Page 206:23 to 208:01

```
00206:23  (Exhibit Number 9813 marked.)
      24    Q.    This is a letter dated
      25    September 27, 2010, from Mr. Robert Gasaway to
00207:01  Judge Shushan, essentially laying out which BP
      02    witnesses are going to testify as to which
      03    30(b)(6) topics.
      04                And if we could go to
      05    topic 12 in that letter, please?  Topic 12 is
      06    the use of any analysis, calculations,
      07    assumptions or modeling of the flow rate of
      08    hydrocarbons from the Macondo MC252 well
      09    undertaken by or on behalf of BP or the
      10    Unified Command in connection with the
      11    analysis, consideration or execution of any
      12    method as that term is defined in topic 1.
      13                And topic 1, as we discussed
      14    earlier, refers to a number of source control
      15    methods, including the -- the capping stack.
      16                And you, Mr. Smith, as we
      17    discussed, are BP's witness with regard to
      18    topic 1 on the capping stack, correct?
      19    A.    Correct.
      20    Q.    Okay.  And I just want to clarify
      21    and make sure I understand whether you are
      22    B -- BP's 30(b)(6) witness with regard to
      23    topic 12 on the capping stack for any shut-in
      24    wellhead pressure estimates or any flow rate
      25    estimates that may relate to shut-in wellhead
00208:01  pressure?
```

Page 208:23 to 210:18

```
00208:23     Q.    Well, then, Mr. Smith, can you
      24    tell me how analysis, calculations, assumption
      25    or modeling of flow rate of hydrocarbons from
00209:01  the MC252 well affected BP's analysis or
      02    consideration or execution of the capping
```

```
03   stack?
04        A.     Okay.   In terms of the sizing of
05   the capping stack, I'm not aware of it having
06   any influence on the -- the components.
07                  I'm aware of the potential
08   forces generated by the flow on the landing of
09   a cap were considered and were determined to
10   be insignificant.
11        Q.     Okay.  And what flows were
12   considered with regard to the landing of the
13   cap?
14        A.     In my discussion with Jim
15   Wellings, he mentioned an estimate early on of
16   forces -- a range of forces up to 1800 gallons
17   per minute.  And at that rate of flow, the
18   forces were deemed insignificant so he was --
19   that was his -- those were his guidance to me.
20   Forces were insignificant.
21        Q.     Okay.  And was that modeling that
22   was undertaken by -- by Stress Engineering on
23   behalf of BP?
24        A.     That's my understanding, yes.
25        Q.     Okay.  Are you aware of any other
00210:01   analysis, calculations or assumptions or
02   modeling of flow rate that went into the
03   analysis, consideration or execution of the
04   capping stack?
05        A.     In terms of the configuration of
06   the capping stack or its landing or -- or
07   design development, I'm not aware of any other
08   analysis.
09        Q.     Okay.  Any -- are there any other
10   analysis, calculations, assumption or modeling
11   within the scope of your -- of -- of flow rate
12   within the scope of your 30(b)(6) testimony
13   today in connection with the analysis,
14   consideration or execution of the capping
15   stack that you are aware of?
16        A.     I -- I'm not aware of any such
17   analysis that impacted on the design of the
18   capping stack.
```

Page 210:20 to 210:22

```
00210:20        A.     Or that was performed -- that was
21   brought into consideration for the design of
22   the capping stack.
```

Page 211:17 to 211:23

```
00211:17        Q.     Are you aware of any analysis,
18   calculations, assumptions or modeling of flow
19   rate of hydrocarbons from the Macondo MC252
20   well undertaken by or on behalf of BP that
```

```
        21    were not in connection with the analysis,
        22    consideration or execution of the capping
        23    stack?
```

Page 212:02 to 212:14

```
00212:02       A.    I understand that people were
        03    engaged in estimating flow after the event,
        04    but that's about the limit to my knowledge.
        05       Q.    Okay.  Are you aware that anyone
        06    was involved in estimating flow during the
        07    event?
        08       A.    I -- the people I understand were
        09    estimating flow during the event were the flow
        10    rate technical team on the government side.
        11       Q.    Okay.  So it's your testimony that
        12    no one from BP was engaged in analysis,
        13    calculations or modeling of flow rates during
        14    the blowout?
```

Page 212:17 to 212:19

```
00212:17       A.    Yeah.  And am I aware -- you asked
        18    very early on was I aware of, and I'm not
        19    aware of.
```

Page 212:21 to 213:02

```
00212:21       A.    So I cannot make the -- the way
        22    you phrase that question, the answer would be
        23    no, I'm not aware of people doing that
        24    analysis.
        25       Q.    Are you aware today that anyone
00213:01    was doing an analysis, calculation, estimate,
        02    modeling of flow rates during the blowout?
```

Page 213:05 to 213:06

```
00213:05       A.    I don't know.
        06       Q.    So you have no knowledge?
```

Page 213:10 to 213:22

```
00213:10       A.    Yeah.  I -- I don't know what
        11    analysis was going on during the blowout
        12    relating to flow other than the -- the
        13    evidence that I heard the government
        14    technology -- the flow rate technical team
        15    were doing that.
        16       Q.    You -- you just testified that you
        17    don't know what analysis was going on but I
        18    just want to make sure I'm clear as to whether
```

```
19   you are aware whether any was going on during
20   the blowout, any estimates, modeling,
21   calculations of flow rate by BP during the
22   blowout?
```

Page 213:25 to 214:06

```
00213:25       A.    I am -- I am not aware that BP was
00214:01   doing any such modeling and analysis relating
02   to flow rate during the response.
03       Q.    Okay.  And you never saw any
04   modeling, calculations or analysis by
05   Ms. Saidi of flow rate related to the -- the
06   capping stack; is that right?
```

Page 214:10 to 214:15

```
00214:10       A.    I did not see any such analysis by
11   Ms. Saidi.
12       Q.    Okay.  Did anyone communicate any
13   such analysis by Ms. Saidi or Mr. Hill or
14   Mr. Lockett to you?
15       A.    No.
```

Page 214:18 to 214:21

```
00214:18       Q.    Okay.  What about, did you ever
19   see any modeling, analysis, calculations,
20   assumptions regarding pressures that were
21   prepared by Ms. Saidi?
```

Page 214:24 to 215:06

```
00214:24       A.    I'm not aware of seeing any such
25   information.  Some analysis was presumably
00215:01   done to estimate the original wellhead shut-in
02   rate that we were using in the basis of
03   dynamic position.  I don't know where that
04   originated.
05       Q.    But that's within the scope of
06   your testimony today?
```

Page 215:08 to 215:09

```
00215:08       A.    The -- the -- I don't believe it
09   is.
```

Page 215:16 to 216:12

```
00215:16   (Exhibit Number 9814 marked.)
17       Q.    And this is an e-mail from Monte
18   Conner, dated June 26th, 2010, to yourself.
```

```
           19                 Do you see that?
           20      A.    I do.
           21      Q.     And the subject is possible well
           22   shut test requirements for the facilities; is
           23   that right?
           24      A.    Yes.
           25      Q.     And who's Mr. Conner?
00216:01      A.     He was a -- he's a BP employee.
           02   He was a member of our BOP connections team at
           03   that date.
           04      Q.     Okay.  And he forwarded you an
           05   e-mail string here on June 26th; is that
           06   right?
           07      A.    That's correct.
           08      Q.     And you received this e-mail
           09   from -- from Mr. Conner, correct?
           10      A.    Apparently so, yes.
           11      Q.     Okay.  If I could ask you to turn
           12   to tab 21 in your binder, please.
```

Page 216:15 to 218:02

```
00216:15   (Exhibit Number 9815 marked.)
           16      Q.     This is an e-mail from yourself,
           17   dated June 12th, 2010, to Stan Bond, Paul
           18   Tooms and Mark Nichols; is that right?
           19      A.    That's correct.
           20      Q.     Subject, science team feedback
           21   rate BOP connections - we need to discuss.
           22                 Did I read that correctly?
           23      A.    Yes, you did.
           24      Q.     Okay.  And it lists an attachment
           25   that's 9000 psi shut-in, correct?
00217:01      A.    Yes.
           02      Q.     Okay.  And you write to -- you
           03   write to Mr. Bonds, Mr. Tooms and Mr. Nichols,
           04   See correspondence from scientists below re
           05   their view on sensors to be placed on our BOP
           06   connection system.  I don't see this as a
           07   formal set of requirements but in summary, the
           08   correspondence includes suggestions for.
           09                 Did I read that correctly?
           10      A.    Yes.
           11      Q.     And are there five items listed in
           12   that e-mail?
           13      A.    Yes, there are.
           14      Q.     Okay.  And then at the bottom
           15   paragraph it says, Paul's team has recommended
           16   two independent pressure measurement points
           17   plus temperature measurement.  We're looking
           18   into implementing these features on the
           19   capping stack and diverter manifold.  This
           20   addresses items 1 and 4 above.  I propose we
           21   do not implement items 2, 3 and 5.
           22                 Did I write that correct --
```

```
        23    read that correctly?
        24         A.    Yes, you did.
        25         Q.    Okay.  And when it says Paul's
00218:01    team, is that referring to Paul Tooms?
        02         A.    That is correct.
```

Page 218:05 to 219:17

```
00218:05    (Exhibit Number 9816 marked.)
        06         Q.    This is an e-mail dated June 30th,
        07    2010, from yourself to a number of BP
        08    employees.  Subject:  well capping system
        09    statements of requirements; is that correct?
        10         A.    That's correct.
        11         Q.    And attached -- and you write:
        12    Further to our meeting on the -- on 24th June
        13    here is a draft statement of requirements
        14    based on our discussions and whiteboard notes.
        15              Did I read that correctly?
        16         A.    Yes.
        17         Q.    And attached to this document is a
        18    document entitled well capping systems
        19    statement of requirements; is that right?
        20         A.    That's correct.
        21         Q.    Okay.  And this document is dated
        22    30 -- 30th of June 2010?
        23         A.    That's correct.
        24         Q.    And it's designated draft for
        25    comment?
00219:01         A.    Correct.
        02         Q.    And with you, Trevor Smith, as the
        03    custodian/owner?
        04         A.    That's right.
        05         Q.    Okay.  And did you prepare this
        06    document?
        07         A.    Yes, I did.
        08         Q.    And why did you prepare this
        09    document?
        10         A.    There was a request to be clear
        11    on -- to be able to communicate clearly what
        12    we expected the cap to be capable of doing, a
        13    document defining that.
        14         Q.    Okay.  And this document was
        15    drafted on -- this draft document was issued
        16    on June 30th, 2010; is that right?
        17         A.    That's correct.
```

Page 219:22 to 220:17

```
00219:22    (Exhibit Number 9817 marked.)
        23         Q.    This is an e-mail from David
        24    Brookes, dated July 15th, 2010, with a number
        25    of recipients -- BP employees as recipients,
00220:01    including yourself.
```

02              Do you see that on the fourth
03    line there?
04         A.    My name there.  Yes, I do.
05         Q.    Okay.  And the subject is midnight
06    engineering update, correct?
07         A.    Correct.
08         Q.    And in the third paragraph --
09    third paragraph it says, Farah Saidi is
10    recalculating the CV v. turns relationship to
11    feed into revised predictions of pressure
12    increase.  The valve will be operated by a
13    torque tool.  Hopefully, this will be a high
14    accuracy step turn device to enable closure of
15    the choke in 17 half turns.
16              Did I read that correctly?
17         A.    Yes, you did.


Page 221:18 to 223:19

00221:18  (Exhibit Number 9818 marked.)
19         Q.    And this is an e-mail from Jayne
20    Gates, dated July 19, 2010, to yourself and
21    Dan Stoltz.  Subject:  Record of pressures
22    during well integrity test; is that right?
23         A.    Yes.
24         Q.    With an attachment,
25    integritytestmonitor.xls, correct?
00222:01        A.    Correct.
02         Q.    And Ms. Gates writes:  Brian
03    Carlson put this together yesterday.  As we
04    started into the final stages of the WIT, we
05    had the HP1 and Q4000 online.  We started to
06    ramp back the HP1 just a little and we opened
07    the valve upstream of the choke.  At this time
08    we had the kill valve and the choke line open
09    and had the HP1 and Q4000 online.  The
10    pressure was about 2282 psi, which I think was
11    basically at ambient.  This is why I think we
12    can equalize across the blind ram.
13              Did I read that correctly?
14         A.    That's correct.
15         Q.    Do you know why -- well, first,
16    who is Ms. Gates?
17         A.    Ms. Gates is a BP employee.  At
18    the time of the response, she was working in
19    the operations management of the flow to the
20    HELIX PRODUCER and -- and Q4000.
21         Q.    Okay.  And do you know why
22    Ms. Gates sent you this e-mail?
23         A.    I -- would -- are there
24    attachments to this that would explain it?
25         Q.    Well, the -- the attachments are a
00223:01  lot of -- a lot of pressure data.  And then if
02    you turn all the way to the back of --
03         A.    Uh-huh.

```
04      Q.      -- the attachment, the final thing
05  is part of that Excel file, which is a plot of
06  pressure data.
07      A.      Yeah.  So if I'm recollecting
08  correctly, the well was -- was the well shut
09  in at this time?  She's referring to
10  July 19th.  Put this together yesterday.
11              So I -- I can't recollect
12  exactly why -- I can't exact -- unless there
13  was a thought we might have to open the well
14  back up and flow out the top of the capping
15  stack.  There was -- we were considering tying
16  in a connection at the top of the capping
17  stack.  And for that to receive flow, the B --
18  the blind ram would need to be opened up.
19  It's possibly in that context.
```

Page 224:15 to 224:19

```
00224:15     Q.      Okay.  And you mentioned producing
16  out the top of the capping stack.
17                  That would have been -- do
18  you mean through the mandrel?
19      A.      Through the H4 mandrel, yes.
```

Page 224:21 to 224:22

```
00224:21     A.      It did not become an issue because
22  we left the well shut in.
```

Page 225:02 to 226:11

```
00225:02  (Exhibit Number 9819 marked.)
03      Q.      This is a document entitled Gulf
04  of Mexico SPU GoM Drilling and Completions
05  Capping Stack Final Report.
06                  Do you see that?
07      A.      I do.
08      Q.      And do you see a date there of
09  July 21st, 2010?
10      A.      I do.
11      Q.      And this document in the -- in the
12  production didn't have a cover e-mail or
13  anything, but we found it in your custodial
14  files.
15                  Do you recall seeing this
16  document before?
17      A.      Can I have some time to review it?
18      Q.      Certainly.
19      A.      To refresh my memory?
20      Q.      Yes.
21      A.      It's -- I notice in the
22  section 1.2 handover document.
```

Q. I see that, yes, on the fourth page?
A. Yeah. So it talks about -- it's a potentially -- I cannot recall this document specifically. It may have been putting information on the record for the -- for the eventual recovery of the capping stack to surface. 'Cause I note the equipment to run and retrieve the capping stack was potentially creating that handover information.
Q. Okay. Do you have any recollection of seeing this document?
A. No, I don't have a recollection of it.

Page 226:16 to 227:20

(Exhibit Number 9820 marked.)
Q. And the top e-mail is an e-mail from yourself, Trevor Smith, July 13th, 2010, to Trevor Hill, subject, three-ram stack valve/choke movements.
Do you see that?
A. I do.
Q. And did you send this e-mail to Mr. Hill on July 13th, 2010?
A. Yes.
Q. And this is in response to an e-mail from Mr. Hill earlier that day on July 13th, correct?
A. Correct.
Q. Mr. Hill writes, Trevor, good morning. As we start the integrity test, I would like to have one of your team with me in the Hive, please, to work through the relevant sections of your procedure as required. Who do you recommend? Vassilis or Alex or Ano -- I assume that means another -- question mark.
Did I read that correctly?
A. That's correct.
Q. And you respond, Trevor, on nights it's Monte Conner and Rashod Austin, on days it's Chase Breidenthal and Alistair Johnston.
Were one of -- one or multiple of these individuals with Mr. Hill in the hive for the choke closure during the well integrity test?

Page 227:23 to 227:24

A. I believe they would have been, yes.

Page 228:13 to 228:23

```
00228:13  Mr. Smith, I've handed you a
      14  binder that I believe are your notebooks for
      15  the relevant time period during the DEEPWATER
      16  HORIZON response.
      17                  The first document is -- it
      18  starts with Bates number
      19  BP-HZN-2179MDL07457271.
      20                  Do you see that?
      21  A.    I do.
      22  Q.    And is this, in fact, your -- a
      23  photocopy of your notebook?
```

Page 229:05 to 229:05

```
00229:05  (Exhibit Number 9821 marked.)
```

Page 229:10 to 229:15

```
00229:10  Do you see this as a
      11  photocopy of your notebook?  And on the front
      12  cover, it says 2010, August 23rd through 30th
      13  November 2011?
      14  A.    Yes.  It appears to be my note --
      15  a copy of my notebook.
```

Page 229:20 to 232:08

```
00229:20  (Exhibit Number 9822 marked.)
      21  Q.    And did you keep these notebooks
      22  as part of your work on the response to the
      23  Macondo well?
      24  A.    Yes, I did.
      25  Q.    Okay.  If I could ask you to
00230:01  please turn to the page ending in Bates
      02  number 7276.
      03                  Do you see that?
      04  A.    7276?  Yes, I do.
      05  Q.    Okay.  And at the top of that
      06  page, I'm going to need a little help maybe
      07  interpreting some of the handwriting.  Yours
      08  is much better than mine, but I still may need
      09  some assistance.
      10                  That says Gordon B. brief at
      11  the top, doesn't it?
      12  A.    Correct.
      13  Q.    And is that Gordon Birrell?
      14  A.    That would be, yes.
      15  Q.    Okay.  And this is dated 30th
      16  April 2010; is that right?
      17  A.    That's correct.
      18  Q.    And I'm going to read the first
```

```
       19   bullet there.  It says, closed casing rams
       20   yesterday; is that right?
       21       A.    Yes.
       22       Q.    And then if I move across there,
       23   it says, BOP shuddered.
       24                 Did I read that correctly?
       25       A.    Yes.
00231:01       Q.    And then it says, no change in
       02   flow at kink.
       03                 Did I read that correctly?
       04       A.    Yes.
       05       Q.    Okay.  And then (p-o-s-s small
       06   reduction for a few minutes but resumed).
       07                 Did I read that right?
       08       A.    Correct.
       09       Q.    Okay.  If I could ask you to turn
       10   to page ending in 7309, please.
       11       A.    Yes.
       12       Q.    And near the bottom of that page,
       13   I see a bullet that says PT leading a small
       14   team to understand flowing system.
       15                 Did I read that correctly?
       16       A.    That's correct.
       17       Q.    And then beneath that, it says
       18   (and I think that's AGI requests for
       19   tomorrow).
       20                 Did I read that correctly?
       21       A.    That's correct.
       22       Q.    And is AGI Mr. Inglis?
       23       A.    Yes.
       24       Q.    Okay.  And then right above that,
       25   I see a -- I see a TS and a circle.
00232:01                 Is that your initials that
       02   you're writing there?
       03       A.    That's correct.
       04       Q.    And when I reviewed the notebooks,
       05   it appears that you often use this -- your
       06   initials with a circle around it to indicate
       07   an action -- action item for Trevor Smith; is
       08   that accurate?


Page 232:10 to 234:08

00232:10       A.    Generally, yes.
       11       Q.    Thank you.
       12       A.    An action or something to remind
       13   me of.
       14       Q.    Okay.  And PT there in your notes,
       15   is that Paul Tooms?
       16       A.    I think it is, yes.
       17       Q.    Okay.  If I could ask you to turn
       18   over to the page ending in 7313.
       19       A.    Yes.
       20       Q.    And near the bottom of the page,
       21   there's a -- this second to last point there,
```

```
22    PT reviewing data with Andy this p.m.
23                  Did I read that correctly?
24    A.    You read that correctly.
25    Q.    And PT would be Paul Tooms?
00233:01    A.    I think so, yes.
02    Q.    And would Andy be Mr. Inglis?
03    A.    Correct.
04    Q.    If we could go to the page ending
05    in 7317, please.  And this page at the top
06    says 8:00 a.m. update; is that right?
07    A.    Correct.
08    Q.    And a date of 9 May 2010?
09    A.    Correct.
10    Q.    Okay.  About in the middle of the
11    page there, I see a line that starts with main
12    focus.
13                  Do you see that?
14    A.    Yes.
15    Q.    And does at that read, main focus
16    is on enabling the junk shot?
17    A.    Correct.
18    Q.    And then the next line says, with
19    backup being LMRP or valve/BOP stack
20    installation; is that right?
21    A.    That's correct.
22    Q.    Okay.  And then if we go down a
23    couple of more lines, it says PT pulling
24    together integrated diagnostic.  PT ready to
25    release pressure readings.
00234:01                  Did I read that correctly?
02    A.    Correct.
03    Q.    Okay.  And what pressure readings
04    does that refer to?
05    A.    I'm not sure where the pressure
06    readings were specifically taken at the time.
07    Q.    Okay.  Were those -- do you think
08    those were the BOP PTB pressure readings?
```

Page 234:10 to 236:17

```
00234:10    A.    I don't know which specific
11    pressure readings they were.  I'd be guessing.
12    Q.    And next to that -- I can't quite
13    read what's in those parenthesis over to the
14    right.  Can you?  Is that gauge acceptance?
15    A.    That -- I'm a little -- gauge --
16    it might be accuracy plus or minus 400 psi.
17    Q.    Okay.  And then below that, it
18    says 3800 to 4,000 psi flowing pressure,
19    correct?
20    A.    Correct.
21    Q.    Okay.  Okay.  If I could ask you
22    to move over to 7321, please.  And this is a
23    page that at the top says 6:10 p.m. feedback.
24                  Do you see that?
```

```
        25       A.    Yes.
00235:01         Q.      And then there's an asterisk there
        02  that says, junk shot is priority.
        03                    Did I read that correctly?
        04       A.    Yes.
        05       Q.      And below that, it says, need
        06  fallback to junk shot; is that right?
        07       A.    Correct.
        08       Q.      And then if I could ask you to
        09  turn to 7346.  And at the top of that page,
        10  it's 17 May 2010, 8:00 a.m. teleconference; is
        11  that right?
        12       A.    That's correct.
        13       Q.      And then below that, it says,
        14  ENTERPRISE RIT tool working and increasing; is
        15  that right?
        16       A.    Correct.
        17       Q.      And then down a few bullets down,
        18  it reads, still a significant plume, correct?
        19       A.    Yes.
        20       Q.      Do you know why you wrote that in
        21  your notes on May 17th, 2010?
        22       A.    Because -- let me figure out.
        23                    There's -- there must have
        24  been a visible plume on the ROV video.
        25       Q.      Did you observe that plume
00236:01  yourself?
        02       A.    I'm trying to remember the
        03  context, or trying to interpret the context
        04  here for this.  So RIT is operating while the
        05  riser was still going.  So I'm -- I'm not sure
        06  when we actually -- BOP.  Okay.  We hadn't
        07  done the top kill yet, so there would have
        08  been -- I would be referring to the plume -- I
        09  think in this case, I would be referring to
        10  the plume at the kink.  We were focused a lot
        11  at the riser kink.
        12       Q.    Okay.
        13       A.    That's where my team were working
        14  or focusing.
        15       Q.      And did you make that observation
        16  yourself, or did someone tell you that there
        17  was still a significant plume?
```

Page 236:19 to 238:09

```
00236:19         A.    I don't -- can't recall.
        20       Q.    Okay.  If I could direct you to
        21  the page ending in 7393, please.  And at the
        22  top of this page, it says, Mykel Edwards; is
        23  that right?
        24       A.    Correct.  Misspelling of her name.
        25       Q.    Yes.  That's what I thought.
00237:01         A.    First time I heard it.
        02       Q.      Yeah.
```

```
03                  And then 8:00 a.m. update,
04  29th of May 2010, correct?
05       A.    Correct.
06       Q.    And it says, third attempt at --
07  I'm not sure what that word is.  I think it's
08  referring to top kill, but it doesn't look
09  like top.  Something kill, complete up to
10  78 barrels per minute; is that right?
11       A.    That's right.  I think it's mud
12  kill.
13       Q.    Okay.  Thank you.
14                  And then it says, considering
15  results, right?
16       A.    Yes.
17       Q.    And then, equipment worked
18  perfectly?
19       A.    Yes.
20       Q.    And then the next line says,
21  considering follow on fallback options; is
22  that right?
23       A.    Correct.
24       Q.    If we could please turn, now, to
25  the page ending in 7442.  And if we go down to
00238:01  the middle of that page, you'll see next to
02  the -- to the binder hole there, you'll see
03  plume 200 F.
04                  Do you see that?
05       A.    I do.
06       Q.    Do you know why you wrote that
07  down in your notebook?
08       A.    I must have heard a statement
09  quoting that temperature.
```

Page 238:20 to 239:13

```
00238:20      Q.    Okay.  And this would have been --
21  if you look over a couple of pages to 74444.
22       A.    44, yeah.
23       Q.    This would have been, then, prior
24  to June 10th, 2010, correct?  'Cause that page
25  shows the -- an eight -- it looks like -- it
00239:01  looks to be notes of an 8:00 a.m. meeting?
02       A.    Correct.
03       Q.    If you could go to the page with
04  Bates number 7500, please.
05       A.    Yes.
06       Q.    And down there, you'll see there's
07  a couple of instances of your initials with
08  circles, and one says, measured temperature
09  (Matt Gochnour).
10                  Do you see that?
11       A.    Yes.
12       Q.    Did you coordinate with
13  Mr. Gochnour to get a temperature measurement?
```

Page 239:15 to 240:09

```
00239:15        A.    We -- I coordinated with
      16    Mr. Gochnour to put a pressure and temperature
      17    measuring sensor on the capping stack.  This
      18    may have referred to that.  But at that --
      19    that sensor, one of the pressure channels
      20    stopped working, and we replaced it with a
      21    dual pressure, no-temperature sensor.
      22        Q.    Okay.  And then if I could ask you
      23    to go on to page -- the page ending in -- with
      24    Bates number ending in 7516.  And this page
      25    has at the top, is dated 12 July 2010; is that
00240:01    right?
      02        A.    That's correct.
      03        Q.    If I move a few lines down, it
      04    says, measured temperature and plume needs to
      05    be repeated.
      06                  Does this refresh your
      07    recollection as to when a temperature
      08    measurement may have been taken from the
      09    plume?
```

Page 240:11 to 241:07

```
00240:11        A.    It looks like, yes, a temperature
      12    measurement was attempted on that -- on that
      13    day.
      14        Q.    Okay.  And it reads -- your notes
      15    also say temperature at wellhead in wrong
      16    place, correct?
      17        A.    Temperature at wellhead in wrong
      18    place.  Temperature and plume was taken too
      19    high.
      20                  Yes, it says temperature at
      21    wellhead in wrong place.
      22        Q.    Okay.  Do you know what the wrong
      23    place was?
      24        A.    I don't.
      25        Q.    Okay.  And when it says
00241:01    temperature and plume was taken too high, do
      02    you know where that temperature measurement
      03    was taken?
      04        A.    Not exactly.  I interpret that to
      05    mean it wasn't close enough to the source.
      06        Q.    Okay.  Do you have any sense of
      07    what -- how close is close enough?
```

Page 241:09 to 241:14

```
00241:09        A.    No.  I -- I -- as close as -- as
      10    close to the mechanical outlet of -- would be
      11    as close as desirable, I assume.  I -- I don't
```

```
        12   think I observed this particular activity, so
        13   I don't know how it happened, where it was
        14   taken.
```

Page 241:20 to 242:24

```
00241:20     Q.     If we could go to the page ending
        21   in 7520.
        22     A.    Yes.
        23     Q.     And this page is dated 14 July
        24   2010, correct?
        25     A.    Correct.
00242:01     Q.     And at the top, it says well -- I
        02   think that's a shorthand for integrity test;
        03   is that right?
        04     A.    INT, integrity, yes.
        05     Q.     Okay.  If I go down the page, it
        06   says DR30, and there's a number of points
        07   after that.
        08              Do you see that?
        09     A.    Yes.
        10     Q.     And the last point is, determine
        11   if CC40 can be installed here (preferred).
        12              Did I read that correctly?
        13     A.    Yes.
        14     Q.     And at this point in your notes,
        15   is this after the DR30 choke had begun to
        16   leak?  Do you know?
        17     A.    Let me look.
        18              Yes.  I see above the page,
        19   it says choke, mini connector vent -- choke,
        20   mini connector vent.  It says mini connector
        21   leaking oil.
        22     Q.    Okay.  That's at 17:00 hours?
        23     A.    17:00.
        24     Q.    Okay.
```

Page 243:17 to 244:23

```
00243:17     Q.     Okay.  I'd like to ask you first
        18   about the -- I guess the chronology of
        19   planning for the capping stack.  And in
        20   looking through a lot of documents, there seem
        21   to have been various versions of the capping
        22   stack that was proposed.  Is that a fair
        23   statement?
        24     A.    Yes.  The cap design evolved over
        25   time.
00244:01     Q.     Okay.  When was the capping stack
        02   design first hatched?
        03     A.     Are you referring to the capping
        04   stack that ultimately was -- versions of it
        05   ultimately --
        06     Q.     No.  The original thought of -- of
```

```
07   a capping stack.
08       A.    The -- in my preparation, I
09   understand that around April 24th, the option
10   of capping stack was -- was one of the options
11   listed in a -- in an -- an initial planning
12   meeting.  And on April 27th, a -- a -- Jim
13   Wellings convened a meeting to work on
14   developing a capping stack design.
15       Q.    Okay.  I'm going to show you a
16   document.  It's tab 3 on our CD that has been
17   previously marked as exhibit 5360.  And it's
18   a -- it appears to be a copy of a PowerPoint
19   presentation dated April 29th of 2010,
20   entitled subsea capping stack.
21                My first question is:  Have
22   you seen this document before?
23       A.    No, I have not seen this document.
```

Page 245:20 to 245:22

```
00245:20     Q.    What version of the capping
21   stack -- or what design of the capping stack
22   does this document represent?
```

Page 245:25 to 246:05

```
00245:25     A.    So this -- this relates to -- it
00246:01   appears to relate to a BOP on BOP version of a
02   capping stack.
03       Q.    And that design entailed the
04   removal of the LMRP from the HORIZON BOP; is
05   that correct?
```

Page 246:07 to 246:17

```
00246:07     A.    What's shown here, yes.  It shows
08   that the stack would be to -- this is
09   indicating the ENTERPRISE BOP would be used as
10   the capping device.
11       Q.    Okay.
12       A.    And -- and there's -- there's
13   mention of preparing to pull the LMRP off the
14   stack, yes.
15       Q.    Okay.  Do you know why this
16   particular proposal that's illustrated in
17   exhibit 5360 was not used to cap the well?
```

Page 246:24 to 247:10

```
00246:24     A.    So this is a version of a BOP on
25   BOP capping method.  My understanding is that
00247:01   it was -- the decision was made with Unified
02   Command of -- to not proceed with a BOP on BOP
```

```
03    method because of concerns of risks that may
04    be involved in removing the HORIZON LMRP.
05         Q.    All right.  And if you look at the
06    last page of this document, there is a
07    schedule that runs from Thursday, April 29th,
08    through Thursday, May the 6th, during which
09    time the capping stack would shut in the well
10    by the 6th of May; is that correct?
```

Page 247:13 to 247:19

```
00247:13      A.    This document shows that projected
14    timeline.
15         Q.    Okay.  When was the capping stack
16    that you were involved in, the -- the -- the
17    one that's covered by the 30(b)(6) deposition
18    here today -- when was that idea first
19    conceived?
```

Page 247:21 to 248:24

```
00247:21      A.    The tool ram -- the capping
22    stack -- the capping team developing that
23    stack had its first meeting on April 27th.  I
24    started on April the 30th.  And two ram BOP
25    that form part of the ultimately three-ram BOP
00248:01    had been identified and planning was based --
02    was progressing on for making that into a
03    capping device.
04         Q.    When was the decision made to
05    switch the design from two-ram to three-ram?
06         A.    If I can -- I'd like to look at my
07    binder here.
08         Q.    You may.
09         A.    I can remember when I first saw
10    that.  Yes.  So this was dated May 13th.  This
11    is May 22.  So it was sometime between
12    May 13th and May 22nd.
13         Q.    All right.  Why was the decision
14    made to change from two rams to three?
15         A.    I spoke to Mr. Wellings about this
16    and his answer was that the third BOP ram was
17    added for additional redundancy.  It gives --
18    in case one -- it -- the objective is to have
19    one ram available that's got a high
20    probability of working.
21         Q.    Why wasn't the decision made
22    earlier to use three rams instead of two?
23         A.    I don't know.
24         Q.    Does BP know?
```

Page 249:04 to 249:10

```
00249:04      A.   I think the answer -- I'm not -- I
      05  don't know.  I suspect it was because the ram
      06  was located and was added to the scope.  It
      07  was a ram -- an extra ram was found and, being
      08  available, it was brought into the design.
      09      Q.    How much time transpired between
      10  the two-ram design and the three-ram design?
```

Page 249:12 to 250:03

```
00249:12      A.   The two-ram design, as shown
      13  initially, was -- developed initially, was
      14  intended to go on a transition spool that
      15  would have connected to the top of the LMRP.
      16              The three-ram design, as
      17  shown on May 24th, has got an HC connector,
      18  which may have made it usable in other
      19  locations other than needing to be connected
      20  to the top of the LMRP.
      21      Q.    Now, you had mentioned earlier
      22  today that a component of the capping stack
      23  design was -- was the inclusion of ROV panels;
      24  is that correct?
      25      A.    That's correct.
00250:01      Q.    And was it Oceaneering that
      02  manufactured these components?
      03      A.    That's correct.
```

Page 252:02 to 252:04

```
00252:02      Q.    Okay.  Did the use of the cap
      03  stack ROV panels on different projects slow
      04  down or delay the capping stack critical path?
```

Page 252:06 to 252:09

```
00252:06      A.   Ultimately, I don't believe it
      07  did.
      08      Q.    Ultimately?  What about at the
      09  time this e-mail was written?
```

Page 252:11 to 252:18

```
00252:11      A.   Well, the -- the capping stack was
      12  finally completed when the pressure sensor was
      13  installed on or around July the 3rd.  It
      14  wasn't complete until that stage.  So the
      15  earlier unavailability of the ROV panels, I
      16  don't believe it affected the final delivery.
      17      Q.    Okay.  When was the design of the
      18  three-ram capping stack finalized?
```

Page 252:20 to 253:02

```
00252:20      A.    It -- the design continued to
      21  evolve through to -- close to the end of June.
      22  The last item I can think we included on the
      23  capping stack was a pressure sensor,
      24  electronic pressure sensor.
      25      Q.    All right.  When was the capping
00253:01  stack finally completed, the construction of
      02  it?
```

Page 253:06 to 253:19

```
00253:06      A.    Let's see.  Let me first answer.
      07  I guess I would say its final build was after
      08  it had been interfaced with the transition
      09  spool to confirm both fit together.  And it
      10  was at that stage that the pressure sensor was
      11  found to be not working correctly and got
      12  changed out.  So it was around -- it was
      13  around end of June, early July.  Exact dates,
      14  I'd have to do a bit of digging to find.  I
      15  can do that, if you want.
      16      Q.    That's fine.  That's fine.  I'm
      17  going to now show you a document that was
      18  previously marked as exhibit 7104.  It's tab 5
      19  on my CD.
```

Page 254:17 to 254:21

```
00254:17      Q.    All right.  So does this e-mail
      18  indicate that as of May 30th, the capping
      19  stack was waiting for the control panels that
      20  had been diverted to other projects, as we saw
      21  in the earlier e-mail we looked at?
```

Page 254:23 to 255:07

```
00254:23      A.    It indicates that the control --
      24  control panels were not ready to -- were not
      25  available to put on the stack.  However, the
00255:01  stack design continued to evolve past this
      02  date to include the addition of a pressure
      03  sensor.  And we couldn't ship it offshore
      04  until it had been interfaced with part of the
      05  connect to subsea, which was the transition
      06  spool.  So there were other factors that came
      07  into play after this date.
```

Page 256:11 to 256:25

```
00256:11  (Exhibit Number 9823 marked.)
      12      Q.    It's tab 30 on my CD.
```

```
      13                  And it's an e-mail from you,
      14    dated July 9th, 2010, to Trey Lynch, with
      15    copies to other people.  And you write:  The
      16    decision has been made to use the three-ram
      17    BOP as the capping stack base case.  We are
      18    completing the SVM as a contingency backup in
      19    case it becomes necessary to use it for some
      20    unforeseen reason.
      21                  Did I read that correctly?
      22          A.    You did.
      23          Q.    So as of July 9th, the decision
      24    was made to use the three-ram BOP; is that
      25    correct?
```

Page 257:02 to 257:09

```
00257:02          A.    That was the way -- that was the
      03    one that was selected to be used as the
      04    capping stack.
      05          Q.    Who made that decision?
      06          A.    That was recommended by BP and
      07    discussed and agreed by Unified Command.
      08          Q.    Okay.  Why was the three-ram BOP
      09    capping stack chosen over the SVM?
```

Page 257:11 to 257:25

```
00257:11          A.    It was going to be ready first and
      12    it's -- it -- it appeared to be a more robust
      13    design.
      14          Q.    In what sense was it more robust?
      15          A.    And it was included -- it included
      16    some heavy high-pressure drilling components
      17    capable of 15,000 psi compared to some of the
      18    components in the SVM that were adequate for
      19    the pressure but -- the single valve manifold
      20    primarily had a single barrier to the
      21    environment.  The three-ram stack had the
      22    ability to create three barriers.
      23          Q.    All right.  I'm going to show you
      24    another document that we've marked as
      25    exhibit 9824.
```

Page 258:20 to 259:14

```
00258:20          Q.    And what was the purpose of this
      21    capping stack orientation meeting on June 29th
      22    of 2010?
      23          A.    It -- it was working towards the
      24    assumption that if we have to continue
      25    containment rather than being able -- if the
00259:01    well integrity test meant that we had to open
      02    the well back up, it was planning future
```

```
03   connections directly to the capping stack and
04   selecting the appropriate orientation for the
05   capping stack on the HORIZON BOP to provide
06   the best access for the future tie-ins, while
07   allowing removal of the two control pods on
08   the HORIZON BOP stack if any of them failed.
09       Q.     Okay.  And on page 1 of the
10   meeting minutes -- it's the second page of
11   this exhibit -- down at the bottom it says,
12   Trevor Smith advised the attendees that the
13   capping stack system has limited ability to
14   accommodate external loads --
```

Page 259:16 to 260:23

```
00259:16     Q.     -- due to the limitations of the
17   tie-in flange connection on to the top of the
18   HORIZON flexjoint spool.  Tie-in loads from
19   other projects should be reduced to the
20   minimum practicable by the use of buoyancy.
21   Project teams should advise the BOP connection
22   team of the estimate loads their system will
23   apply to the capping stack BOP.
24                 Did I read that correctly?
25       A.     You read that correctly.
00260:01     Q.     What -- what were you trying to
02   say there in layman's terms?
03       A.     While the -- while the capping
04   stack itself was very strong, 15K, the -- the
05   transition spool that connected the stack on
06   to the LMRP was -- was adequate for the well
07   shut-in pressure but it was the weakest point
08   in the stack, as identified in the technical
09   assurance report.
10                 So the technical assurance
11   report said we needed to work to keep any
12   future loads on the capping stack as low as
13   possible.  That's what I was advising there.
14       Q.     Okay.  And go to the last page of
15   this document.  There's a heading.  It says,
16   discussion about the Nakika tie-in.
17                 First of all, what is Nakika?
18       A.     Nakika is a production platform
19   some distance from the Macondo well.  One of
20   the options was to tie back to that platform.
21       Q.     Okay.  What was BP's consideration
22   for this discussion about tying in to the
23   Nakika platform?
```

Page 261:01 to 261:12

```
00261:01     A.     If we had to keep the well flowing
02   and it couldn't be kept shut in, that was
03   another route to take oil from the well to get
```

```
       04    it safely contained and processed.
       05         Q.    All right.  And if you look at the
       06    previous page, there is a drawing and it's got
       07    some pie-shaped figures around the BOP --
       08         A.    Yeah.
       09         Q.    -- with certain corridors.  And
       10    two of them are Nakika possible corridors.
       11    Presumably, those were in the direction of the
       12    Nakika platform?
```

Page 261:16 to 261:19

```
00261:16        A.    Yeah.  The flexible would be
       17    rooted initially away from the BOP in that
       18    direction and then turned towards the Nakika
       19    platform.
```

Page 261:23 to 262:04

```
00261:23   (Exhibit Number 9825 marked.)
       24        Q.    This is tab 48.  And this is
       25    meeting notes dated July 4th of 2010, subject,
00262:01   BOP connection interfaces and communication.
       02                Have you seen this document
       03    before?
       04        A.    Yes, I believe I have.
```

Page 263:03 to 263:09

```
00263:03        Q.    And under your three-ram stack
       04    organizational box is H4 - ENTERPRISE kill -
       05    Nakika.
       06                What does that mean?
       07        A.    Yeah.  The -- the Nakika --
       08    this -- this means that the connection at the
       09    top of the three-ram stack, the H4 mandrel --
```

Page 263:11 to 263:22

```
00263:11        A.    -- would either be used -- could
       12    be used for a tie back to Nakika.  That's
       13    where the Nakika off-take would be.  Or we
       14    could land a riser on it from the ENTERPRISE
       15    drillship to form a U-tube during the relief
       16    well operation from the kill relief vessel
       17    through the well up to the ENTERPRISE via
       18    riser.
       19        Q.    Was -- was BP planning at that
       20    point, or at least considering producing the
       21    Macondo well through Nakika without shutting
       22    it in?
```

Page 263:25 to 264:04

```
00263:25       A.    Not as a production system.  As
00264:01    a -- as a containment system for the oil
       02    during the response until the relief well
       03    had -- or what -- whatever means necessary
       04    were taken to shut the well in.
```

Page 264:06 to 264:07

```
00264:06       A.    It was not a long-term production
       07    option.
```

Page 264:11 to 264:11

```
00264:11    (Exhibit Number 9826 marked.)
```

Page 265:20 to 265:24

```
00265:20       Q.    Could the -- or would the
       21    connection of the Macondo capping stack to the
       22    Nakika platform by way of a flexible hose have
       23    affected the bending moment of the -- on the
       24    capping stack on Macondo?
```

Page 266:01 to 266:08

```
00266:01       A.    Yes.  It would have -- the
       02    connection of the off-take for Nakika would
       03    have created a bending moment on the capping
       04    stack connection to the -- the BOP.  That's
       05    why we were very careful to look into what
       06    that loading might be.
       07       Q.    All right.  Why was the Nakika
       08    option not chosen?
```

Page 266:10 to 266:11

```
00266:10       A.    Because we were successful in
       11    closing in the well.
```

Page 267:08 to 267:13

```
00267:08    Have you ever worked in the
       09    Gulf of Mexico before April 30th, 2010, when
       10    you got assigned to this project?
       11       A.    Yes, I had.
       12       Q.    Okay.  Mostly in the Gulf of
       13    Mexico, or did you work everywhere?
```

Page 267:15 to 267:17

```
00267:15      A.    I -- I came to the Gulf of Mexico
      16  in early 2010 to work on the Holstein project.
      17  Before that I work in the North Sea.
```

Page 268:11 to 268:15

```
00268:11      Q.    Okay.  It's my understanding that
      12  your testimony was that you had actually
      13  worked in the production part, that you didn't
      14  really work in drilling and exploration and
      15  production?
```

Page 268:17 to 268:19

```
00268:17      Q.    Drilling and exploration.  You
      18  were working in production.
      19                    Did I understand that right?
```

Page 268:21 to 269:07

```
00268:21      A.    No.  My experience is in projects,
      22  is building subsea equipment to -- to enable
      23  production.
      24      Q.    Okay.  Had you been involved in
      25  building or designing BOPs before -- didn't
00269:01  you tell me the date -- didn't I hear your
      02  testimony, the date you were assigned to this
      03  project was April 30th, 2010?
      04      A.    That's correct.
      05      Q.    Okay.  Had you worked on Macondo
      06  or the HORIZON before April 30th, 2010?
      07      A.    No.
```

Page 269:14 to 270:02

```
00269:14      Q.    I want to talk about your life,
      15  your professional life, before that date.
      16  Fair?
      17      A.    Fair.  Okay.
      18      Q.    Okay.  Had you ever worked or
      19  designing blowout preventers before then?
      20      A.    No.
      21      Q.    Had you ever worked or designing
      22  capping stacks before then?
      23      A.    No.
      24      Q.    Had you ever done any patents or
      25  design work or been on parts of teams that did
00270:01  blowout preventers or capping stacks before
      02  April 30th, 2010?
```

Page 270:04 to 270:14

```
00270:04      A.    No.
      05      Q.    Okay.  And so I assume, therefore,
      06   you didn't have any -- any -- and I assume
      07   your background must be some sort of
      08   mechanical engineering?
      09      A.    My degree is basically mechanical
      10   engineering, yes.
      11      Q.    Right.  And -- but in the terms of
      12   the specifics, in terms of stopping a -- or
      13   designing and utilizing a blowout preventer,
      14   this was your first project?
```

Page 270:16 to 270:19

```
00270:16      A.    This was my -- this -- I had not
      17   worked with blowout preventers previously.
      18      Q.    All right.  What about capping
      19   stacks?
```

Page 270:21 to 271:08

```
00270:21      A.    Capping stacks, I don't think
      22   there is a unique description of what a
      23   capping stack is.  So I'd not worked on
      24   something that had been called a capping stack
      25   before.  In sub -- sub -- but in subsea
00271:01   production operations or in projects we
      02   designed things to shut off flow, subsea
      03   trees, manifolds.  So I was aware of general
      04   principles involved in shutting off flow from
      05   a well.
      06      Q.    But in terms of what we might call
      07   a capping stack for a well that has went out
      08   of control, this is your first experience?
```

Page 271:10 to 271:13

```
00271:10      A.    That's correct.
      11      Q.    But you have, of course, been
      12   in -- involved in other cases in which there
      13   were subsea leaks or flow, correct?
```

Page 271:15 to 271:22

```
00271:15      Q.    Do I understand your testimony
      16   correctly?
      17      A.    In a --
      18      Q.    Production capacity?
      19      A.    That's -- that's not leaks.
      20   It's -- it's producing wells back to surface.
      21   That's what a subsea production system does.
      22   So you flow through pipelines and manifolds --
```

Page 271:24 to 272:10

```
00271:24      A.    -- inside a pipe back to the
     25  platform.
00272:01      Q.    Quite correct.  There's times when
     02  you want to get hydrocarbons appropriately and
     03  environmentally safely from subsea to the
     04  surface, right?
     05      A.    That is always the objective.
     06      Q.    Right.  And of course, you work on
     07  a series of valves and pipelines and systems
     08  to accomplish that purpose?
     09      A.    That's -- from the subsea
     10  production system, yes.
```

Page 273:16 to 273:20

```
00273:16      Q.    Okay.  So this would be your first
     17  time when you're working on a project where
     18  there's been a mistake -- I mean, in the sense
     19  that we did not intend for this oil and
     20  hydrocarbons to flow into the ocean, correct?
```

Page 273:22 to 274:04

```
00273:22      A.    It's my first experience working
     23  on a blowout --
     24      Q.    Okay.
     25      A.    -- of a well.
00274:01      Q.    All right.  Well, who else in BP
     02  before April 30th, 2010, 20 -- 2010, had
     03  experience designing blowout preventers and
     04  equipment for a blowout?
```

Page 274:15 to 274:18

```
00274:15      A.    And BP doesn't design blowout
     16  preventers.  We buy blowout preventers from
     17  engineering/manufacturing companies.
     18      Q.    Slight -- didn't meant to
```

Page 274:20 to 274:22

```
00274:20  Who at BP, if anyone, had any
     21  expertise in the limitation of blowout
     22  preventers?
```

Page 274:25 to 275:08

```
00274:25      A.    Okay.  Answering personally,
00275:01  there -- we have engineers who are familiar
```

```
      02   with BOP systems and their limitations.
      03        Q.     Who?
      04        A.    I can't give you names.
      05        Q.      Okay.  Did you talk to one?  The
      06   entire time you were on Macondo, did you talk
      07   to an engineer who said, I work for BP and I
      08   have expertise in blowout preventers?
```

Page 275:11 to 275:16

```
00275:11        A.    I can't recall somebody coming to
      12   me and saying, I have expertise in blowout
      13   preventers.  I worked with a number of
      14   colleagues from the drilling organization in
      15   BP who use BOP -- blowout preventers in the
      16   course of drilling wells.
```

Page 275:18 to 275:22

```
00275:18   Who at BP, as of April 30th, 2010, based on
      19   your experience, was the most experienced
      20   person in terms of knowing the limitations,
      21   capabilities, risks, usage of a blowout
      22   preventer in an emergency situation?
```

Page 276:02 to 276:05

```
00276:02        Q.     Or can you name anyone?
      03        A.    I -- I don't think I can name
      04   anybody because I'm not familiar enough with
      05   that part of the organization.
```

Page 276:10 to 276:13

```
00276:10        Q.     All right.  The -- I know.  I'm
      11   trying to figure out who at BP would have
      12   understood that before April 30th, and can you
      13   give me such a name?
```

Page 276:20 to 277:09

```
00276:20        A.     Everybody, I'm sure, in the
      21   drilling department, or most people in the
      22   drilling department would know that a BOP is
      23   intended to shut off flow from the well in an
      24   emergency.
      25        Q.     Sure.  I know it, too, but I'm a
00277:01   lawyer and I have no expertise.  I'm talking
      02   about who had expertise.
      03        A.    I -- I don't know a name to give
      04   you.
      05        Q.      Right.  Let's go to capping
```

```
        06   stacks, the same question:  Who at BP would
        07   have had expertise before April 30th, 2010, in
        08   designing, utilizing, deploying a capping
        09   stack --
```

Page 277:12 to 277:12

```
00277:12      Q.      -- to control a blowout well?
```

Page 277:14 to 277:24

```
00277:14      A.    I'm -- I'm not aware of anybody
        15   with specific expertise in designing a capping
        16   stack.  Lowering it into the water and
        17   installing it could be done in principle by
        18   personnel experienced with subsea installation
        19   or drilling rig operations.
        20      Q.    Okay.  Can you give me a name of
        21   the person at BP that, in your opinion, as the
        22   person who's the corporate representative here
        23   on capping stacks, who had the most expertise
        24   in the BP organization on capping stacks?
```

Page 278:01 to 278:05

```
00278:01      A.    I'm not aware of anybody with
        02   specific accountability for capping stacks.  I
        03   don't know.
        04      Q.    Okay.  Now you do know that a well
        05   can be a blowout?  You knew that, right?
```

Page 278:07 to 278:10

```
00278:07      A.    I -- I have heard of wells blowing
        08   out, yes.
        09      Q.    It's a known risk of drilling in
        10   the Gulf of Mexico, correct?
```

Page 278:13 to 278:16

```
00278:13      A.    My understanding, it's a known
        14   risk drilling wells in general.
        15      Q.    Right.  Including drilling wells
        16   in the Gulf of Mexico?
```

Page 278:19 to 278:19

```
00278:19      Q.    Correct?
```

Page 278:21 to 279:02

```
00278:21      A.    Speaking personally, I'm aware
      22  it's -- there's a risk out there so it applies
      23  anywhere, including the Gulf of Mexico.
      24      Q.    Okay.  If there's a risk, you've
      25  got to prepare for it.
00279:01                Do you agree with that
      02  proposition?
```

Page 279:05 to 279:09

```
00279:05      A.    When we have risks, we try to
      06  manage them by preventing them from occurring.
      07      Q.    Sure.  Who prepared at BP to be
      08  able -- available to know how to put on a
      09  capping stack before April 30th, 2010?
```

Page 279:12 to 279:13

```
00279:12      Q.    Do you know of anyone?
      13      A.    I cannot give you --
```

Page 279:15 to 279:15

```
00279:15      A.    I cannot give you a name.
```

Page 280:20 to 281:02

```
00280:20      Q.    Okay.  When you showed up on
      21  April 30th, 2010, what -- did someone from BP
      22  come to you and say, look, here's the
      23  knowledge we've accumulated on how to stop the
      24  flow from this well?  Did anyone present you
      25  with a body of knowledge that BP had where
00281:01  they said, we know, we have an idea how to
      02  stop the flow?
```

Page 281:05 to 281:07

```
00281:05      A.    No.  I was aware that many
      06  different groups were working.  I was just one
      07  party to the response.
```

Page 281:15 to 281:17

```
00281:15      Q.    What body of information were you
      16  given by BP saying, this is how we deal with a
      17  calamity like this?
```

Page 281:20 to 281:21

```
00281:20      Q.    What body of information were you
```

```
    21   given on April 30th?
```

Page 281:24 to 282:05

```
00281:24        A.    I was given the -- an update on
      25   the status of the well and asked to work on a
00282:01   method of attaching a capping device to the
      02   top of the LMRP.
      03        Q.     Anything else?  Were you given
      04   anything else by the BP organization the day
      05   you show up?
```

Page 282:08 to 282:16

```
00282:08        A.    I was given access to resources,
      09   people in the team.  We had a lot of wide
      10   ranges of skills that could be used and were
      11   used to put a cap on the well.
      12        Q.     Sure.  Had any of them ever put a
      13   capping stack on a well -- I assume you worked
      14   with those people all through May and June
      15   and -- I -- I get the impression, most of
      16   July?
```

Page 282:21 to 283:03

```
00282:21        A.    I worked with many of those
      22   people.  Some -- some of them left the
      23   organization -- some moved on to other roles
      24   but many -- I worked continuously with a lot
      25   of people during that response, yes.
00283:01        Q.     Sure.  Who at BP had ever thought
      02   about or designed or put together a capping
      03   stack before?
```

Page 283:06 to 283:08

```
00283:06        A.    I --
      07        Q.     The people you met and worked
      08   with --
```

Page 283:10 to 283:10

```
00283:10        Q.     -- in May, June and July?
```

Page 283:12 to 283:20

```
00283:12        A.    I'm not aware.  I don't work -- I
      13   don't work in that particular area.  I'm not
      14   aware of anybody working on prior -- with
      15   prior knowledge or experience working on
      16   capping stacks in BP.
```

```
     17     Q.     Sure.
     18     A.     We had engaged Wild Well Control
     19 to assist us because they are experts in well
     20 control issues.
```

Page 284:10 to 284:12

```
00284:10     Q.     The question is:  Do you have
     11 knowledge that Wild Well told BP the top kill
     12 wouldn't work?  Do you have knowledge of that?
```

Page 284:15 to 284:16

```
00284:15     A.     I don't recall any knowledge to
     16 that effect.
```

Page 284:18 to 284:20

```
00284:18 look in the booklet I gave you?  There's an
     19 exhibit marked 5361.  It should be under a tab
     20 that says 5361.
```

Page 284:22 to 284:22

```
00284:22     Q.     Have you ever seen that before?
```

Page 285:23 to 285:24

```
00285:23 No, I don't believe I've seen
     24 this document.
```

Page 286:11 to 288:07

```
00286:11     Q.     Did anyone ever tell you that
     12 because of the potential for broach at the
     13 18-inch casing shoe, they were delaying
     14 implementation of the capping stack options?
     15 Did anyone ever tell you that?
     16           MR. DRAKE:  Is that the question?
     17           MR. WILLIAMSON:  Yes.
     18           MR. DRAKE:  Objection, form.
     19     A.     Delaying implementation of the
     20 capping stack --
     21     Q.     Uh-huh.
     22     A.     -- because of a fear of a broach?
     23           Not -- I can't remember that
     24 particular statement being made to me.
     25     Q.     Okay.  Did anyone ever tell you
00287:01 they were delaying implementation of capping
     02 stack because of the possibility in a broach
     03 in the casing?
     04           MR. DRAKE:  Objection, form.
```

```
05      Q.     Did anyone ever tell you that?
06      A.     No.
07      Q.     Did anyone ever tell you that they
08   were worried about the integrity of the burst
09   disc or the ruptured disc?
10      A.     I heard that a concern had been
11   expressed.
12      Q.     Okay.  Did you understand it?
13          MR. DRAKE:  Objection, form.
14      A.     Only at a very high level, that
15   there was a burst disc in the well and there
16   was a concern it may have ruptured.  But I'm
17   not a well designer so the significance or
18   otherwise was kind of -- very limited for me.
19      Q.     Okay.  But you did understand if
20   you put a capping stack on, you would increase
21   the pressure of the wellbore?
22      A.     If you put a capping stack on and
23   closed it in, you would do that.
24      Q.     Fair enough.  When you put a
25   capping stack on and closed it, you're going
00288:01   to get increased pressure in the variable of
02   the capping stack?
03      A.     That -- that would be the -- the
04   case.
05      Q.     And, in fact, that pressure will
06   continue to increase till at some point it
07   will be -- hit a maximum, correct?
```

Page 288:10 to 288:17

```
00288:10      A.     If a capping stack is put on and
11   closed in, the pressure in the well will
12   stabilize -- stabilize at some point in time,
13   yes.
14      Q.     And, in fact, that happened on
15   July 2010, right?  When the capping stack was
16   closed in, there was a pressure in the well,
17   correct?
```

Page 288:20 to 288:20

```
00288:20      A.     There was a pressure in the well.
```

Page 289:04 to 289:09

```
00289:04      Q.     Because no one ever discussed with
05   you that problem, that if you put a capping
06   stack on and close them in, we may cause a
07   problem with the casing or we may cause a
08   problem with the 18-inch shoe or we may cause
09   the problem with the rupture disc?
```

Page 289:11 to 289:12

00289:11       Q.     No one ever discussed that problem
      12   with you in detail; is that correct?


Page 289:17 to 289:22

00289:17       A.     Nobody discussed it with me.  It
      18   was not my area of scope.
      19       Q.     Okay.  Were you aware that there's
      20   times when capping stacks are considered the
      21   best available technology to shut in a flowing
      22   well?


Page 289:25 to 290:03

00289:25       A.     Best available technology, I don't
00290:01   know.
      02       Q.     What's the phrase best available
      03   technology mean to you?


Page 290:05 to 290:08

00290:05       A.     I understand it as those three
      06   words.
      07       Q.     Have you ever heard it used as a
      08   term of art in the engineering field?


Page 290:11 to 290:11

00290:11       A.     No.  Not as a formal term, no.


Page 291:01 to 291:03

00291:01   (Exhibit Number 9827 marked.)
      02       Q.     It's going to be marked
      03   exhibit 9827.


Page 291:14 to 291:15

00291:14   yet have numbers.  The one you have in front
      15   of you is now exhibit number 9827.  Okay?


Page 291:18 to 291:25

00291:18       A.     The one in -- it says, best
      19   available technology BAT analysis for well
      20   blowout control?
      21       Q.     Yeah.
      22               Have you ever seen it?
      23       A.     No, I've never seen that before.

```
        24      Q.     Do you know what BPXA is?
        25      A.     Not off the top of my head, no.
```

Page 292:04 to 292:10

```
00292:04      Q.     Okay.  Do you see on the second
        05  line, exhibit 9827, it says BPXA believes well
        06  capping constitutes the BAT for source
        07  control?
        08                  Do you see that sentence?
        09      A.   I see that sentence.
        10      Q.     Do you agree with it?
```

Page 292:12 to 292:14

```
00292:12      Q.     Having worked on a capping stack
        13  for BP for three months due to the Macondo
        14  disaster, do you agree with that sentence?
```

Page 292:17 to 293:01

```
00292:17      A.    I am -- don't think I've got an
        18  opinion on the subject.
        19      Q.      Okay.
        20      A.     It's not my area of expertise.
        21      Q.     Does BP -- speaking as your
        22  corporate representative in your corporate
        23  capacity today on capping stacks, does BP
        24  agree that BPXA believes well capping
        25  constitutes the BAT for source control?
00293:01                  Does BP believe that?
```

Page 293:06 to 293:12

```
00293:06      A.    First thing you said, I'm an
        07  expert on capping stacks.  No.  I'm here to
        08  testify on the capping stack used during the
        09  Macondo response.
        10      Q.     I'm asking you, does BP have an
        11  opinion as to whether well capping constitutes
        12  the BAT for source control?
```

Page 293:15 to 293:24

```
00293:15      A.    I think I am not able to comment.
        16  I can give a personal comment that I know that
        17  since the Macondo response, the availability
        18  of deepwater well caps is seen as something
        19  that's appropriate.
        20      Q.     I know.  I'm trying to figure out
        21  before Macondo.  I'm trying to figure out on
        22  April 20th when the well starts to flow, did
```

```
        23    anybody at BP, to your knowledge, think of
        24    well capping as the BAT for source control?
```

Page 294:01 to 294:02

```
00294:01      Q.    Or you don't know?
        02    A.    I don't know, Counsel.
```

Page 294:12 to 294:18

```
00294:12  It says, current well-capping
        13    technology is compatible to North Slope
        14    operations.
        15                 Do you know what the North
        16    Slope is?
        17    A.    I'm assuming it's the North Slope,
        18    Alaska.
```

Page 295:07 to 295:10

```
00295:07      Q.    Okay.  Quote, current well-capping
        08    technology is compatible to North Slope
        09    operations and is especially suited to remote
        10    locations, do you agree with that?
```

Page 296:06 to 296:06

```
00296:06      A.    I can't speak for BP in this area.
```

Page 296:14 to 296:19

```
00296:14      Q.    It says, immediately following the
        15    Iraq/Kuwait war, well-capping techniques were
        16    widely utilized to regain control of blowouts
        17    all across the central Middle East.
        18                 Do you know if that's true or
        19    not?
```

Page 296:22 to 297:02

```
00296:22      A.    As a personal view, I've seen TV
        23    programs -- bits of TV programs about shutting
        24    off wells after the Iraq/Kuwait war.  I don't
        25    know the specific methods used.
00297:01      Q.    So if you don't know if they used
        02    well-capping techniques or other techniques?
```

Page 297:05 to 297:10

```
00297:05      A.    No, I don't.
        06    Q.    Anybody at BP come and tell you
```

```
        07   when you were working on Macondo, oh, yeah, we
        08   have expertise because well capping has been a
        09   well-known technology ever since the
        10   Iraq/Kuwaiti war?
```

Page 297:12 to 297:12

```
00297:12      Q.     Anybody come tell you that at BP?
```

Page 297:15 to 298:01

```
00297:15      A.     Nobody -- I -- I do not recall
        16   anybody coming and saying that technology from
        17   the Iraq/Kuwaiti war in the desert would work
        18   at 5,000 feet in the Gulf of Mexico.
        19      Q.     Okay.  Next, there's a sentence
        20   down there in the middle of that paragraph
        21   that says, currently, well-capping technology
        22   and expertise is widely available from a
        23   variety of global companies.
        24             Do you see that sentence?
        25      A.     I see that sentence.
00298:01      Q.     Do you agree with that?
```

Page 298:04 to 298:04

```
00298:04      A.     I don't know.
```

Page 298:14 to 298:17

```
00298:14      A.     However, I suspect since he's
        15   referring to Alaska and the Iraq/Kuwait war, I
        16   suspect that this is all a commentary relation
        17   to capping wells on land.
```

Page 300:05 to 300:09

```
00300:05      Q.     Okay.  But during the time period
        06   you're trying to shut in Macondo, it's flowing
        07   however much it's flowing, a lot, you do agree
        08   there was a lot of oil coming into the Gulf of
        09   Mexico?  Can we agree on that premise?
```

Page 300:12 to 300:15

```
00300:12      A.     I'm aware there was oil going into
        13   the --
        14      Q.     Surely you saw the videos of the
        15   plumes coming out, didn't you?
```

Page 300:20 to 300:24

```
00300:20      Q.      Did you see the videos of the
      21  plumes of oil flowing hydrocarbons into the
      22  Gulf of Mexico?
      23      A.    I did.
      24      Q.    Okay.  It's a significant flow?
```

Page 301:01 to 301:02

```
00301:01      Q.      I'm not asking you to quantify it,
      02  I'm just saying it's significant.
```

Page 301:05 to 301:09

```
00301:05      A.      Any flow of oil into the Gulf or
      06  any water is undesirable, any quantity.
      07      Q.      Okay.  What I'm asking is, during
      08  the three months you were working -- when did
      09  you leave the project, by the way?
```

Page 301:11 to 301:20

```
00301:11      A.      The -- the -- the project -- the
      12  closure of the well and the removal -- I was
      13  involved in, associated with removal of the
      14  equipment, after the response and its transfer
      15  to Marine Well Containment Company.  That
      16  process has now recently come to a closure.
      17      Q.      Okay.  So you actually worked on
      18  the Macondo project beginning April 30th,
      19  2010, all the way into 2011?  Am I
      20  understanding you correctly?
```

Page 301:22 to 302:02

```
00301:22      A.      It -- strictly speaking, it wasn't
      23  the Macondo project at that stage.  It was a
      24  closeout after Macondo.
      25      Q.      Sure.
00302:01  How long would you say you
      02  worked on the Macondo project?
```

Page 302:04 to 302:07

```
00302:04      Q.      Would that continue on through
      05  September when the relief well intercepted the
      06  wellbore?  Would you say you were on Macondo
      07  up to that time?
```

Page 302:09 to 303:03

```
00302:09      A.      Up until whatever the last
```

```
        10    activity performed offshore related to the
        11    well kill, yes, that probably was the last --
        12    yes.  That was the last activity.
        13        Q.    Okay.  Can we agree that's
        14    probably in the neighborhood of September,
        15    October 2010?  Does that sound fair?
        16        A.    If that -- if you want to use that
        17    as a nominal end to the Macondo offshore
        18    scope, yes.
        19        Q.    Okay.  Let's use that time period.
        20              During that time period that
        21    you were working on the Macondo project,
        22    including the beginning when it was flowing,
        23    did anyone ever tell you that well cap --
        24    quote -- let me make sure I got the quote
        25    right -- well-capping techniques have been
00303:01    applied both on land and offshore locations?
        02    Did anyone tell you that from BP in the entire
        03    time you were working on the Macondo project?
```

Page 303:06 to 303:13

```
00303:06        A.    I -- I can't remember somebody --
        07    anybody using that phrase to me.
        08        Q.    Did anyone tell you, we have
        09    planned for the eventuality that we will need
        10    a capping stack in deepwater subsea
        11    operations?  Did anyone say that, or anything
        12    like that, to you during the time you were on
        13    the Macondo project?
```

Page 303:16 to 303:21

```
00303:16        A.    I cannot recall anybody making --
        17    saying that to me.
        18        Q.    Well, if they had that expertise
        19    and you were on the team designing the capping
        20    stack, surely they would have mentioned it to
        21    you, wouldn't they?
```

Page 303:24 to 304:04

```
00303:24        A.    I don't know.
        25        Q.    Okay.  Do you think there could be
00304:01    an expertise team at BP who has expertise in
        02    capping stacks but they weren't going to tell
        03    you, the person who was helping head up the
        04    capping stack team, about it?
```

Page 304:07 to 304:12

```
00304:07        A.    My scope was actually primarily
        08    making the connection on to the BOP, not at
```

```
        09   the time building the capping stack.  Although
        10   as I testified this morning, there were a
        11   couple of features on the capping stack I got
        12   changed -- got -- got put in place.
```

Page 304:14 to 304:16

```
00304:14       A.   So I would -- I was not the
        15   capping stack scope person during the
        16   response.
```

Page 304:22 to 304:25

```
00304:22       Q.   Did anyone within the BP
        23   organization tell the people working on the
        24   Macondo capping stack that BP had expertise in
        25   offshore capping operations?
```

Page 305:03 to 305:03

```
00305:03       A.   I don't know.
```

Page 305:15 to 306:03

```
00305:15       Q.   Down below under feasibility --
        16   we're still on exhibit number 9827 under
        17   feasibility.  Well capping is feasible with
        18   all well types as the technically applied at
        19   surface.  In remote locations (offshore
        20   islands, et cetera), where geographic access
        21   may be limited, the shorter durations of
        22   well-capping techniques would be preferred
        23   over the lengthy alternative of a relief well.
        24                I read it correctly, I'm
        25   sure, didn't I?  I think I read it correctly,
00306:01   right?
        02       A.   I think you read it correctly.
        03       Q.   You agree?
```

Page 306:06 to 306:08

```
00306:06       Q.   That well-capping techniques were
        07   being preferred because they will cap the
        08   well, stop the flow quicker?
```

Page 306:11 to 306:11

```
00306:11       Q.   Or do you know?
```

Page 306:13 to 306:13

00306:13      A.   I don't know.

Page 307:06 to 307:09

00307:06      A.   Speaking personally, this appears
     07  to be a paper around onshore, and it mentions
     08  offshore.  I assume it's top size, but I know
     09  nothing of that subject area.

Page 307:16 to 307:20

00307:16      Q.   If there are such individuals
     17  within BP who have expertise in well-capping
     18  operations, none of them talked to you during
     19  the time you were working in the Macondo
     20  project, true?

Page 307:23 to 308:01

00307:23      A.   I did not speak with BP.  I worked
     24  for people who were building a capping stack.
     25  I did not discuss prior expertise in well
00308:01  capping or their knowledge with them.

Page 308:06 to 308:10

00308:06  (Exhibit Number 9828 marked.)
     07      Q.   Do you see what's been marked as
     08  exhibit 9828?
     09               Have you ever seen that
     10  before?

Page 308:14 to 308:21

00308:14      A.   No, I've never seen this before.
     15      Q.   All right.  I will tell you in the
     16  middle of the first page under the word source
     17  control, it says, BPXA has conducted a
     18  thorough investigation of well capping for use
     19  to regain control of a worst-case well
     20  blowout.
     21               Are you aware of that?

Page 308:23 to 308:24

00308:23      Q.   Wait.  Do you know whether that
     24  statement's true or not?

Page 309:02 to 309:04

00309:02      A.   I have no idea.

```
03      Q.      Does BP know whether that case --
04   that statement is true or not?
```

Page 309:07 to 309:20

```
00309:07      A.    I don't know.
      08      Q.      Uh-huh.
      09                  On the second page on
      10   exhibit number 9828, third paragraph, there's
      11   a sentence, second sentence, I believe.  Third
      12   sentence in that third paragraph, well-capping
      13   techniques have been applied both on land and
      14   offshore locations and have historically
      15   proven successful in regaining well control in
      16   shorter durations and are preferred over the
      17   more time-consuming alternative of drilling a
      18   relief well.
      19                  Do you agree with that
      20   statement?
```

Page 309:23 to 310:02

```
00309:23      A.    I -- I have no knowledge of this
      24   particular area.  I can't agree or disagree
      25   with it.
00310:01      Q.      Okay.  Does BP agree, or do you
      02   know?
```

Page 310:05 to 310:09

```
00310:05      A.    I can't speak for BP on this topic
      06   area.
      07      Q.      Would you please turn in the
      08   booklet to what is marked as exhibit
      09   number 5370?  Exhibits should be in numerical
```

Page 310:14 to 310:16

```
00310:14   Have you seen that e-mail
      15   before?
      16      A.    I don't think I have.
```

Page 312:13 to 313:04

```
00312:13   Sometimes you have a
      14   bifurcated report; in other words, you still
      15   have the people who you used to work for who
      16   kind of handle your paycheck and administrator
      17   details of your work, but during the time of
      18   the assignment, you're assigned to someone
      19   that you report to.
      20                  Was that true for this
```

```
        21    particular project?
        22        A.    I was seconded away from my normal
        23    job, yes, to this organization.
        24        Q.    In your normal job, you were --
        25    were you in Houston?
00313:01        A.    I was in Houston.
        02        Q.    Right.
        03                But this wasn't your normal
        04    assignment, obviously?
```

Page 313:06 to 313:12

```
00313:06        Q.    Correct?
        07        A.    This was not my normal assignment.
        08    This was my assignment during the response.
        09        Q.    Okay.  And during this period of
        10    time, you were under the report of Mr. Birrell
        11    and Mr. Tooms, correct?
        12        A.    At this stage, yes.
```

Page 313:19 to 313:23

```
00313:19        Q.    Okay.  Give me the chain of
        20    organization for the capping stack BOP on BOP
        21    options.
        22                Who was -- was there more
        23    than one team doing it?
```

Page 314:02 to 314:14

```
00314:02        A.    This was a -- there were a number
        03    of activities involved related to trying to
        04    take -- capture flow from the well and shut it
        05    in.  Overall, I would say that the manager of
        06    that activity was Richard Lynch, and a number
        07    of individual managers coordinated with
        08    Richard.
        09        Q.    Sure.
        10                The way I understand it, one
        11    series of options dealt with containment,
        12    right, things like top hat, trying to capture
        13    oil that had escaped into the Gulf?  That was
        14    one series of options, correct?
```

Page 314:16 to 314:21

```
00314:16        A.    There was a split between near
        17    source containment, which Richard Lynch
        18    managed, that included the capping options, as
        19    well as top hat and RIT.  And there was a
        20    longer-term containment also called the CDP
        21    project which had a different set of managers.
```

Page 315:03 to 319:22

```
00315:03      Q.     If I interrupt you, I'm not trying
      04  to.  I'm just trying to get through the
      05  material.  I'm trying to figure out the
      06  options.  One set of options is the capping
      07  stack; you'll agree with me, right?
      08          MR. DRAKE:  Objection, form.
      09      A.     There were options.  There was --
      10  the near source containment under Richard
      11  Lynch included the cofferdam, RIT, top hat,
      12  and -- and the -- I believe -- and the capping
      13  stack option became under him, as well.
      14      Q.     Okay.  And then the other set of
      15  options dealing with the junk shot and the top
      16  kill, correct?
      17          MR. DRAKE:  Objection, form.
      18      A.     Top kill, yes.  I don't recall the
      19  name of the manager who was leading that
      20  activity.
      21      Q.     Okay.  And then there's one option
      22  that was being investigated or explored was a
      23  BOP on BOP, correct?
      24      A.     That's correct.
      25          MR. DRAKE:  Objection, form.
00316:01      Q.     Who's in charge of that?
      02          MR. DRAKE:  Objection, form, and
      03  scope.
      04      Q.     First of all, was that person
      05  under Mr. Lynch?  Let's start there.
      06          MR. DRAKE:  Objection, form, and
      07  scope.
      08      A.     I -- I think so.
      09      Q.     And who was it?
      10          MR. DRAKE:  Objection, form, and
      11  scope.
      12      A.     I'm not -- this is outside my
      13  specialist area, but I think it was Charlie
      14  Holt; Harry Thierens later.
      15      Q.     Okay.
      16      A.     Jim Wellings was the person I was
      17  most familiar with building the capping stack.
      18      Q.     All right.
      19      A.     I was not closely involved with
      20  BOP on BOP.
      21      Q.     I understand.  I'm trying to
      22  figure out who was.
      23          And what your memory is, it
      24  was Charlie Holt and later Mr. Thierens?
      25          MR. DRAKE:  Objection, form, and
00317:01  scope.  Counsel, you're aware a different
      02  witness has been designated on BOP on BOP?
      03          MR. WILLIAMSON:  I'm trying to get
      04  his knowledge.  This is not -- never mind.  I
      05  shouldn't be engaged in colloquy.  I'm trying
```

```
06    to get his knowledge.
07        Q.    Do you know who's doing BOP on
08    BOP?
09            MR. DRAKE:  Objection, form, and
10    scope.
11        A.    I think it was Charlie Holt as the
12    manager reporting in to Richard Lynch.
13        Q.    Okay.  Was the BOP-on-BOP team
14    separate and independent from the capping
15    stack team?
16            MR. DRAKE:  Objection, form.
17        A.    I think for a time, they shared
18    some team-common members.  I'm not sure of the
19    details.
20        Q.    You're not one of the common
21    members?
22        A.    No.
23        Q.    And you're not aware of the
24    capping stack team members who were also on
25    the BOP-on-BOP team?
00318:01        MR. DRAKE:  Objection, form, and
02    scope.
03        Q.    Am I correct?
04            MR. DRAKE:  Same objections.
05        A.    I think there are names on here
06    that probably would be part of the -- I was
07    not formally part of the capping stack team or
08    the BOP-on-BOP team.  I was working on making
09    a connection at the top of the LMRP that the
10    cap -- capping stack could be landed on.
11        Q.    Okay.  The -- would it be in terms
12    of landing it on the flexjoint?
13        A.    Correct.
14        Q.    Okay.  Did you ever consider
15    removing the flexjoint and landing on top of
16    the LMRP?
17        A.    That was -- we did look at that.
18        Q.    Why did you reject it?
19            MR. DRAKE:  Objection, form.
20        A.    The --
21            MR. WILLIAMSON:  Well, okay.  I'll
22    sustain that objection.
23        Q.    Did you reject that or did you do
24    that?  Did you pull the flexjoint off and land
25    on the LMRP?
00319:01        MR. DRAKE:  Objection, form.
02    Would you like the proffer as to the basis for
03    my objection, Counsel?
04            MR. WILLIAMSON:  No.
05            MR. DRAKE:  It's different from
06    the one you imagined.
07            MR. WILLIAMSON:  No.
08        Q.    Did you do that?  Did you pull out
09    the flexjoint and land on the top of the LMRP?
10            MR. DRAKE:  Objection, form.
```

```
11      A.    We did not unbolt the flexjoint,
12 because when we looked at -- this is a
13 question asked of us by the science team,
14 government science team, can that be done.  We
15 looked at the access to the flange at the
16 bottom of the flexjoint and the number of
17 bolts there, the access for the ROV to undo
18 the bolts and then attach a new flange to it.
19              The -- that -- the complexity
20 of that would have, we judged, been extremely
21 long compared to the working on the connection
22 at the top of the flexjoint.
```

Page 320:03 to 320:05

```
00320:03      Q.    One of the potential complications
04 connecting to the flexjoint is the flexjoint
05 was only rated at 6,000 psi?
```

Page 320:07 to 320:08

```
00320:07      A.    My memory was that it was rated
08 5,000 psi.
```

Page 320:11 to 320:13

```
00320:11 Is that one of the potential
12 complications with connecting into the
13 flexjoint?
```

Page 320:15 to 320:23

```
00320:15      A.    That was a -- it was a factor that
16 we took into our analysis and determined at
17 the end of the day that it was acceptable.
18      Q.    But it was something you had to
19 look at and determine?
20      A.    It is.
21      Q.    Okay.  So you had to take the time
22 to do a proper engineering analysis of that
23 issue, correct?
```

Page 320:25 to 321:06

```
00320:25      A.    That engineering analysis did take
00321:01 time and consultation, yes.
02      Q.    Okay.  And then your other comment
03 was, y'all looked into the option of undoing
04 the flexjoint from the top of the LMRP and
05 connecting directly to the LMRP.
06                   You looked into that option?
```

Page 321:09 to 321:16

```
00321:09      A.    We did look at what it would take
      10   to unbolt that connection and then reattach to
      11   it, and we determined it would be quite --
      12   very complex for the ROV and very, very
      13   difficult to do.
      14      Q.    As a matter of fact, one of the
      15   problems was, ROV might have very -- a lot of
      16   trouble trying to undo those bolts?
```

Page 321:18 to 321:18

```
00321:18      Q.    Is that one of the complications?
```

Page 321:20 to 322:07

```
00321:20      A.    It was getting the -- the ROV
      21   being able to place tools on top of each
      22   individual nut, and it was a combination of
      23   the tooling and the ROV's access to that
      24   point, plus the number of bolts, nuts and
      25   bolts, to be undone, and then what would be
00322:01   involved in putting a lining, a flange over
      02   those studs.  Some of -- and then reattaching
      03   the nuts and bolts -- or the access
      04   considerations.
      05                   And the number of steps
      06   involved meant that it was very, very
      07   challenging and would have taken a long time.
```

Page 322:09 to 322:10

```
00322:09      A.    If, indeed -- sorry -- I would
      10   just add, if, indeed, it was feasible.
```

Page 322:23 to 323:03

```
00322:23      Q.    Okay.  And when you did consider
      24   it, you realized it was going to be an
      25   exceptionally difficult engineering problem,
00323:01   if it could be done at all?
      02      A.    During the response when we looked
      03   at it, yes.
```

Page 323:06 to 323:08

```
00323:06      Q.    Okay.  Had anyone ever looked at
      07   landing a capping stack on a flexjoint before,
      08   that you know of?
```

Page 323:11 to 323:15

```
00323:11      A.    Not to my knowledge.
     12      Q.    Okay.  What had -- what options
     13   had been thought of that you would have if you
     14   had a riser that was connected to a well that
     15   was a blowout in 5,000 feet of water?
```

Page 323:17 to 323:19

```
00323:17      Q.    What options had been considered
     18   by BP, that you know of, on how to deal with
     19   that?
```

Page 323:22 to 323:24

```
00323:22      A.    Are you asking prior to April the
     23   20th?
     24      Q.    Very -- very good.  Yes.
```

Page 324:01 to 324:02

```
00324:01      A.    I'm not aware of any consideration
     02   of that prior to April the 20th --
```

Page 324:05 to 324:05

```
00324:05      A.    -- 2010.
```

Page 325:23 to 326:05

```
00325:23      Q.    Did you talk to anyone else?  And
     24   I'm not talking about attorneys.
     25      A.    Yes, I spoke with Richard Lynch.
00326:01      Q.    Okay.
     02      A.    And --
     03      Q.    Who else?  Go ahead.
     04      A.    And --
     05      Q.    Go ahead.  I think I interrupted
```

Page 326:09 to 326:20

```
00326:09      A.    Okay.  I spoke with Mykel Edwards.
     10   Richard Lynch, Mykel Edwards, and Jim Wellings
     11   were the three individuals I spoke to.
     12      Q.    I know Mr. Lynch and Mr. Wellings,
     13   or at least know their -- by their names
     14   appearing in the file.
     15      A.    Uh-huh.
     16      Q.    Who is Ms. Edwards?
     17      A.    It's a lady, actually.  Her
     18   name -- name is Mykel Edwards.
```

```
        19      Q.      And what position did she hold, or
        20   what relevance did she have to you preparing?
```

Page 326:22 to 327:23

```
00326:22      A.      During the response, she worked
        23   with the diagnostic team as a liaison -- the
        24   BP diagnostic team as a liaison with the
        25   government scientists.
00327:01      Q.      Okay.  Did you speak with anybody
        02   else in getting ready?
        03      A.      No.
        04      Q.      What was the substance of your
        05   conversation with Ms. Edwards?
        06      A.      I wanted to dis- --
        07      Q.      I apologize.  I'm going to
        08   interrupt you.
        09              Did you have one conversation
        10   or more than one with Ms. Edwards?
        11      A.      I had one conversation.
        12      Q.      Sure.
        13              What was the substance of
        14   that conversation?
        15      A.      I wanted to review the spreadsheet
        16   log she kept during the well integrity test to
        17   make sure I understood it.  That was the --
        18   that was what was presented this morning on
        19   screen.
        20      Q.      Okay.  And did you understand it?
        21      A.      Yes, I did.
        22      Q.      Okay.  Did she tell you anything
        23   else?
```

Page 327:25 to 328:01

```
00327:25      A.      She answered my questions around
00328:01   understanding that -- that log.
```

Page 329:06 to 329:13

```
00329:06      Q.      Okay.  The -- now, I want to take
        07   the period in-between April 30th and
        08   July 15th; is that fair?  You understand the
        09   period I'm -- time I'm inquiring about?
        10      A.      Yes, I understand.
        11      Q.      You were working full time on the
        12   capping-stack option -- aspects of a
        13   capping-stack option, correct?
```

Page 329:15 to 330:21

```
00329:15      A.      I was working on -- there were a
        16   number of tasks I -- I did early on.  But
```

```
17  creating that transition spool that we
18  ultimately used to connect the capping stack
19  to the LMRP was one of my main options.  I
20  worked on the flexjoint overshot development,
21  as well.
22      Q.    Okay.
23      A.    I worked on a clamp to support the
24  riser kink for the top-kill effort.  We did
25  not install that clamp.  And as part of the
00330:01 transition spool scope, developing that, I
02  looked -- I led the team developing the
03  tooling and testing the tooling and developing
04  the procedures to enable the disconnection,
05  removal of the flange, and attaching the
06  transition spool.
07      Q.    Okay.  So you helped develop the
08  transition spool, and you also helped to
09  develop the procedures and tooling necessary
10  to disconnect the flange and attach the
11  transition spool?
12      A.    Correct.
13      Q.    Okay.  And then two of the other
14  projects that you had during that period of
15  time, one was the flexjoint overshot, and one
16  was a clamp involving the riser kink.
17                    The clamp never actually got
18  deployed?
19      A.    It was taken offshore but not put
20  in -- not installed in the water, not put in
21  the water.
```

Page 333:06 to 333:07

```
00333:06     Q.    Okay.  No one from Transocean was
07  on your team?
```

Page 333:11 to 333:18

```
00333:11 I worked -- working closely
12  with Jim Wellings, Jim had a number of
13  Transocean personnel working in his team that
14  I spoke to from time to time.
15      Q.    Okay.  And Jim Wellings was
16  working on what part of the project?
17      A.    He was looking after building the
18  capping stack.
```

Page 335:06 to 335:08

```
00335:06     Q.    Okay.  The -- okay.  So no one
07  from Cameron was on your team?  Do I
08  understand that correctly?
```

Page 335:10 to 335:11

```
00335:10      A.     They were -- there were Cameron
      11  people on Jim Wellings's team.
```

Page 335:13 to 335:17

```
00335:13      A.     And there were Cameron people in
      14  the -- associated with the hive work that we
      15  could refer to.  Both -- so both -- not
      16  directly on my team, but we had communication
      17  with them as part of getting the job done.
```

Page 335:24 to 337:24

```
00335:24      Q.     No Transocean people were on your
      25  team, correct?
00336:01            MR. DRAKE:  Same objection.
      02      Q.     Your team?
      03      A.     None on my direct transition spool
      04  team.
      05      Q.     And that includes the transition
      06  spool part of the team that did the tooling
      07  and the procedures for putting the transition
      08  spool on, correct?
      09      A.     That is correct.
      10      Q.     Okay.  And you had some
      11  discussions with Cameron people, but none of
      12  them really reported to you, and you didn't
      13  report to them?  Do I understand that
      14  correctly?
      15      A.     That's correct.
      16      Q.     And you had some discussions with
      17  Transocean people, but none of them reported
      18  to you, nor did you report to the Transocean
      19  people, correct?
      20      A.     That is correct.
      21      Q.     What about the United States Coast
      22  Guard, were any of the United States Coast
      23  Guard people on your team?
      24            MR. DRAKE:  Objection, form.
      25      A.     No.
00337:01      Q.     Did you have interaction with the
      02  United States Coast Guard?  So I assume you
      03  did not report to the United States Coast
      04  Guard?
      05            MR. DRAKE:  Objection, form.
      06      A.     Correct.  I reported within BP.
      07      Q.     Right.
      08            And no one from the United
      09  States Coast Guard reported to you?
      10      A.     Correct.
      11      Q.     Okay.  So nothing -- was there
      12  anything that Transocean did that slowed you
```

```
13    down or impeded you or stopped you --
14              MR. BAAY:  Object to form.
15              MR. DRAKE:  Same objection.
16        Q.      -- from doing your work?
17              MR. DRAKE:  Same objection.
18        A.    I'm not aware of Transocean
19    slowing --
20        Q.    Okay.  Same question -- go ahead.
21    I didn't mean -- if you're not through with
22    your answer, finish it.
23        A.    No, I'm not aware of any action by
24    Transocean that slowed work down.
```

Page 338:06 to 338:08

```
00338:06      Q.      Okay.  Did anyone from the United
07    States Coast Guard slow you down or impede
08    your work?
```

Page 338:11 to 339:01

```
00338:11      A.    Only in the sense of the Coast
12    Guard is part of Unified Command.  So as
13    procedures got finalized, it was necessary and
14    appropriate for them to -- for the Unified
15    Command to review and approve them.  So in the
16    sense that it took a finite amount of time for
17    the Coast Guard and -- and BSSE or BOEMRE at
18    the time to -- to review and approve
19    documents, that was part of the work process.
20        Q.      My question -- first, I'll deal
21    with your team.  And I promise I'll ask you
22    that question so I can get that clear -- that
23    clear.
24    Did the United States Coast
25    Guard impede the work of your team or slow it
00339:01   down or stop it or slow it down in any way?
```

Page 339:03 to 339:04

```
00339:03      A.    I don't recall them slowing down
04    the work.
```

Page 339:06 to 339:08

```
00339:06   Now, what you're saying is,
07    certain procedures that your team turned out
08    were submitted to Unified Command?
```

Page 339:10 to 339:10

```
00339:10      Q.    Or that was your understanding?
```

Page 339:12 to 340:02

```
00339:12        A.      Procedures, yes, were subjected --
      13    all procedures went through -- to my
      14    knowledge, went through Unified Command for
      15    review and approval.
      16        Q.      Do you know who Unified Command
      17    was?  Were you privy to the details of how
      18    Unified Command was working?
      19        A.    I know -- I saw the signatures on
      20    the front of the final approved documents.  I
      21    took those signatures to represent the -- the
      22    leadership of the Unified Command.
      23        Q.     Okay.  Other than seeing the
      24    signatures on these procedures -- and I've
      25    seen some of those documents today -- other
00340:01    than that, were you privy to the workings of
      02    the Unified Command?
```

Page 340:05 to 340:15

```
00340:05        A.    Not in the detail.  I understood
      06    the general principles and that there was a
      07    national incident commander, Thad Allen.  That
      08    was what I -- that's -- I didn't need to know
      09    those that had -- those inner workings
      10    operated.
      11        Q.     Okay.  So if we're going to try to
      12    figure out how Admiral Allen interacted with
      13    BP as an organization, that's a subject of
      14    inquiry for other witnesses, not for you,
      15    correct?
```

Page 340:18 to 341:03

```
00340:18        A.    I under -- again, I can
      19    potentially answer certain questions relating
      20    to approval given to pursue certain
      21    activities.  I have read letters between Doug
      22    Suttles and Thad Allen and Bob Dudley, and
      23    approvals to proceed.  So there's a chain of
      24    correspondence I have seen.
      25        Q.     All right.  Other than reading
00341:01    correspondence, which I can read or the judge
      02    can read or you can read, do you have any
      03    other privy information?
```

Page 341:05 to 341:06

```
00341:05        Q.    Are you privy to any other
      06    information?
```

Page 341:09 to 341:13

```
00341:09      A.    Privy to other information
      10   relating to?
      11      Q.    How Unified Command and BP
      12   interacted with each other and how the Coast
      13   Guard interacted with BP or vice versa.
```

Page 341:16 to 341:17

```
00341:16      A.    Not in any depth, other than the
      17   highlights I gave you.
```

Page 342:07 to 342:13

```
00342:07      Q.    With regard to the work you did,
      08   are you criticizing Transocean?
      09           MR. DRAKE:  Objection, form.
      10      A.    I found the Transocean personnel I
      11   worked with the same, very helpful.
      12      Q.    All right.  Are you in a position
      13   to criticize the Coast Guard?
```

Page 342:15 to 342:16

```
00342:15      A.    I had very limited and positive
      16   interaction with the Coast Guard.
```

Page 344:02 to 344:05

```
00344:02      Q.    Another name that I thought I saw
      03   or I heard mentioned was Trevor Hill.
      04              Did you have some interaction
      05   with Mr. Hill?
```

Page 344:07 to 344:09

```
00344:07      A.    Yes, I have.
      08      Q.    Could you please tell me what --
      09   in what capacity?
```

Page 344:11 to 344:17

```
00344:11      A.    Trevor Hill is a flow assurance
      12   expert in BP.  So we may have spoken in
      13   connection with the formation of hydrates and
      14   the potential for formation, particularly, it
      15   occurs to me, on landing the flexjoint
      16   overshot.  I can recall a discussion with him
      17   on that subject.
```

Page 346:21 to 346:23

```
00346:21        Q.      Okay.  But once the cofferdam
      22   project failed, you realized that was an
      23   engineering consideration?
```

Page 347:03 to 347:08

```
00347:03        A.      Once the -- once the cofferdam
      04   blocked with hydrates, realize -- I realized
      05   that we would need to consider the potential
      06   for hydrate formation while installing any
      07   sort of connection device or capping device
      08   onto the well.
```

Page 347:10 to 347:14

```
00347:10   And would hydrates have the
      11   potential to cause a certain buoyancy or
      12   problem with landing the -- the -- onto the
      13   flexjoint?  Does it have the potential for a
      14   problem?
```

Page 347:16 to 347:21

```
00347:16        A.      With the capping stack or
      17   transition spool or flexjoint overshot, it
      18   wasn't so much a buoyancy concern as blocking
      19   the flow and perhaps preventing the landing of
      20   the device.
      21        Q.      So it was a potential problem?
```

Page 347:23 to 348:12

```
00347:23        A.      We were working to understand and
      24   limit the effect of hydrate formation on our
      25   interventions for the capping stack or
00348:01   transition spool.
      02        Q.      And I assume that was your team,
      03   since your team was doing the transition spool
      04   and the procedures to try to land the
      05   transition spool?
      06        A.      To address hydrate prevention, we
      07   spoke with flow assurance experts, such as
      08   Trevor Hill, Farah Saidi, Norm McMullen.  They
      09   were not in our team, but they were available
      10   for consultation, if needed.
      11        Q.      Okay.  And how did you solve that
      12   problem?
```

Page 348:14 to 349:01

```
00348:14       A.    To land a transition spool, we --
      15    we lowered it down away from the plume, beside
      16    the well.  And once it was close to the same
      17    height as the top of the -- top of the
      18    flexjoint, when we were landing it, we moved
      19    it in and landed it fairly expeditiously.  And
      20    we had -- before that, we had -- prior to
      21    putting it in the water, we had put a grease
      22    that was understood to be low friction on the
      23    lower surfaces of the transition spool so that
      24    if hydrates did form there, they might get
      25    swept away by the flow, so limiting their
00349:01    buildup.
```

Page 351:05 to 351:07

```
00351:05       Q.    Well, I guess I was thinking of
      06    the hydraul- -- there's a hydraulic system
      07    connected to the capping stack, correct?
```

Page 351:09 to 351:13

```
00351:09       A.    The -- yeah.  There was ROV panels
      10    with -- had hoses connected to the rams and
      11    actuators, and the ROV would pump hydraulic
      12    fluid into the hot stabs and hoses to cause
      13    the actuators to open or close.
```

Page 351:15 to 351:16

```
00351:15  Did the hydraulic system have
      16    any leaks?
```

Page 351:18 to 352:01

```
00351:18       A.    After the capping stack was landed
      19    and the well was closed -- well was closed in,
      20    an ROV, we think, contacted some hoses and
      21    caused them to -- to start -- to cause their
      22    connections to leak slightly.
      23       Q.    Okay.  Have you dealt with
      24    hydraulics systems in subsea applications
      25    before?
00352:01       A.    Yes, in subsea production systems.
```

Page 352:08 to 352:09

```
00352:08       Q.    Have you ever known a hydraulic
      09    system subsea to have a leak?
```

Page 352:11 to 352:13

```
00352:11        A.    It's relatively rare.  We try to
      12  design long-term production systems so that
      13  leaks are a low frequency.
```

Page 352:19 to 353:01

```
00352:19        A.    Leaks and hydraulics systems are
      20  always a risk, so we try to design them
      21  with -- usually with components that -- that
      22  can minimize the risk of leakage and minimize
      23  the exposure of the lines to external damage.
      24        Q.    Okay.  But the premise is, leaks
      25  in a hydraulic system are always a risk,
00353:01  correct?
```

Page 353:03 to 353:11

```
00353:03        A.    Yes.  They -- they always need to
      04  be considered.
      05        Q.    Okay.  Thank you.
      06              The -- did you agree with the
      07  decision to install a three-ram stack that had
      08  choke/kill ability as opposed to installing
      09  what I believe you call was a manifold system
      10  that would have not had the ability other than
      11  to close a well in?
```

Page 353:19 to 354:17

```
00353:19        A.    The -- both the capping stack and
      20  the single valve manifold had the ability
      21  to -- it could be fitted with chokes to close
      22  in the well.
      23        Q.    Fair enough.  My mistake.
      24              What was the difference
      25  between the two systems, the mani- -- what
00354:01  you're calling the manifold system and the
      02  three-ram capping stack, what was the major
      03  difference between them?
      04        A.    One critical deciding factor was
      05  the capping stack, the three-ram capping
      06  stack, was ready first.
      07        Q.    Okay.
      08        A.    And --
      09        Q.    And any other consideration as to
      10  why the three-ram was chosen over the
      11  manifold?
      12        A.    That was the primary one.  It
      13  was -- it was ready, and we wanted to use the
      14  first one available.
      15        Q.    Okay.  And it was ready on
      16  approximately when?  When did it leave shore
      17  and go offshore?
```

Page 354:19 to 354:24

```
00354:19        A.    I think the capping stack --
      20        Q.    The one that was installed.
      21        A.    The one that was installed, I
      22   think, was shipped offshore to the INSPIRATION
      23   on or around July the 3rd.
      24        Q.    Was that when it was ready?
```

Page 355:01 to 357:22

```
00355:01        A.    It was shipped offshore as soon as
      02   it was ready, so, yes.
      03        Q.    Okay.  Why does it take from
      04   April 20th to July the 3rd to get a capping
      05   stack ready for offshore deployment?
      06        A.    There's several steps.  There
      07   was -- and there was the evolving information
      08   available during the response.
      09              An initial concept was a
      10   capping device that would shut off the flow,
      11   simply.
      12              After the information gained
      13   from the top kill, a concern was raised around
      14   the integrity of the burst discs down the well
      15   and the -- the potential risk of a subsea
      16   broach if the well was closed in.  So at that
      17   stage, the capping device evolves to needing
      18   to be primarily a flow containment device, so
      19   having off-take points on it to additional --
      20   additional to the ones on the BOP already that
      21   were flowing.  So it was an off-take device.
      22              And then it was around the
      23   same time being considered as a way to assist
      24   in the success of the -- of the relief well
      25   kill operation.
00356:01   Once the means of connection
      02   of the capping stack to the LMRP, the
      03   transition spool being selected became more
      04   clearly likely to be successful.  That created
      05   the opportunity -- that meant that the seal
      06   between the cap and the BOP was likely to be
      07   a -- a pressure-tight seal.  That opened the
      08   potential for a well shut-in -- a well
      09   integrity test.
      10              So -- so the functional
      11   requirements of the stack changed over time.
      12   Then the -- the addition of requirement for as
      13   accurate-as-possible pressure measurements
      14   meant a pressure sensor was needed.  And then
      15   as the -- the device changed over time -- as
      16   it evolved over time, its weight became more
      17   certain and we were in a better position to
```

```
    18    perform a full structural analysis of the
    19    combined stack up of -- you know, the stack
    20    landed on the transition spool and it
    21    connected to the BOP and LMRP at an angle.
    22                     Plus starting to consider
    23    now, also the additional loads imposed by
    24    off-take points from the capping stack if --
    25    if the well could not be shut in.
00357:01  So there was a -- there was a
    02    parallel path of increasing knowledge,
    03    engineering, equipment build, refinement,
    04    technical assurance by basically the BP
    05    engineering side, and then presenting that
    06    to -- for review by the government science --
    07    science team and science advisors addressing
    08    their requirements in either equipment or
    09    procedures.
    10                     And then -- then there was
    11    the procedures for installing the capping
    12    stack.  And critically in parallel with that
    13    was the build of the -- the attachment point
    14    onto the -- the -- of the LMRP, the transition
    15    spool, its tooling, flexjoints, stabilization.
    16                     So there were -- there
    17    were -- there were many activities that led
    18    into this and an increasing knowledge over
    19    time to arrive at a finally approved solution.
    20    Q.    Did y'all increase your knowledge
    21    over time?
    22    A.    Yes.
```

Page 357:25 to 358:03

```
00357:25    Q.    So if I understand your answer
00358:01  correctly, there were several engineering
    02    issues that had to be addressed, analyzed, and
    03    solved, correct?
```

Page 358:05 to 358:12

```
00358:05    A.    There were engineering issues,
    06    procedures, approvals.  There are many
    07    factors, yes.
    08    Q.    All right.  For example, you have
    09    to -- you have to have just -- I'll give you
    10    one example.  I thought you said in your
    11    answer, you have to have the right tooling in
    12    order to fit the transition pool, correct --
```

Page 358:14 to 358:14

```
00358:14    Q.    -- transition spool?
```

Page 358:16 to 358:21

```
00358:16      Q.      Right?
      17      A.      To remove the -- to remove the
      18   original flange, unbolt it and then to
      19   reattach the new transition spool, yes.
      20      Q.      Hmm.  You had to actually make the
      21   transition spool, correct?
```

Page 358:23 to 359:04

```
00358:23      A.      Correct.
      24      Q.      You then had to do -- and you had
      25   to analyze the bending moment and the weight
00359:01   considerations, correct?
      02      A.      That's correct.
      03      Q.      Okay.  And several other things
      04   that you mentioned in your answer, correct?
```

Page 359:06 to 359:08

```
00359:06      A.      I mentioned other things, yes.
      07      Q.      Okay.  How much of that had been
      08   done before April 20th, 2010?
```

Page 359:11 to 359:18

```
00359:11      A.      Well, since the scenario had not
      12   been envisaged before April 20th, these were
      13   all very case-specific activities that -- and
      14   none of them had been performed, to my
      15   knowledge, before April 20th.
      16      Q.      Did you learn anything about
      17   capping stacks during your experience in doing
      18   this?
```

Page 359:20 to 360:01

```
00359:20      A.      Yes.  I think a -- a lot of
      21   learning emerged from the overall response,
      22   including that around capping stack
      23   functionality, for example.
      24      Q.      All right.  If you had to do it
      25   over again today, could you do it quicker, or
00360:01   would it take you the same amount of time?
```

Page 360:04 to 360:14

```
00360:04      A.      Well, since the response,
      05   regulations and industry groups have stepped
      06   in and --
      07      Q.      I'm talking --
```

```
08       A.    -- and there are now caps
09  available in the Gulf of Mexico that would at
10  least have a capping system available.
11       Q.    I'm talking about you.  What you
12  know, based upon you and your team, could you
13  and your team have performed that work more
14  quickly now than you did then?
```

Page 360:16 to 360:16

```
00360:16      A.    I don't know.
```

Page 360:20 to 360:24

```
00360:20      Q.    Have you worked on this problem
21  since you left the Macondo project in
22  September, October 2010?  Have you worked on
23  the problem of how to deploy successfully a
24  capping stack subsea?
```

Page 361:02 to 361:09

```
00361:02      A.    I have provided input on behalf of
03  BP to the Marine Well Containment Company to
04  assist it with its planning for design of a
05  cap and -- and consideration of installation
06  of a cap.
07       Q.    Okay.  And do you think that could
08  be done more quickly now in the industry than
09  it was done in April 2010?
```

Page 361:12 to 361:12

```
00361:12      Q.    Or do you know?
```

Page 361:14 to 361:15

```
00361:14      A.    Since incidents are going to be
15  very case-specific, I don't know.
```

Page 361:17 to 361:20

```
00361:17 So if it's going to be
18  case-specific, that means it might take the
19  same amount of time, it might take a shorter
20  time, it might take a longer time?
```

Page 361:25 to 362:03

```
00361:25      A.    Speaking personally, it's -- it --
00362:01  the -- correct.  It -- the -- it will depend
```

```
      02    on the -- very much the specifics of a
      03    particular well incident.
```

Page 362:09 to 362:09

```
00362:09  (Exhibit Number 9829 marked.)
```

Page 363:15 to 363:17

```
00363:15        Q.    This e-mail, 9829, does it refer
      16    to the option that actually got implemented
      17    on -- on Macondo?
```

Page 363:20 to 364:15

```
00363:20        A.    Broadly, it sounds like it.  The
      21    flange connection spool is the transition
      22    spool, and I think, yes, the three-ram stack
      23    was evolved -- was -- was probably the one
      24    that's referred to as the capping stack.
      25        Q.    Okay.  So what y'all did, y'all
00364:01    did use a flange connection spool, and you did
      02    use a three-ram capping stack, but what you're
      03    saying is, there may be individual differences
      04    between what you had on June 15th and what
      05    actually left to go offshore on July 3rd?
      06        A.    That -- that that effectively is
      07    it.  Yes, we were -- we would need additional
      08    tooling.  Pressure sensor I know got added
      09    after this event.
      10               So it was -- largely, this
      11    was a lot of the fundamentals of the ultimate
      12    solution.  But as we worked through this, we
      13    realized there are other things we needed.
      14        Q.    Would you want the pressure sensor
      15    added?
```

Page 364:18 to 364:24

```
00364:18        A.    That was a request from the
      19    government science team, so we naturally
      20    accommodated that.
      21        Q.    Okay.  My question was a little
      22    different.
      23               Did you want a pressure
      24    sensor?
```

Page 365:02 to 365:11

```
00365:02        A.    Personally speaking, if that's
      03    what the Unified Area Command wanted and the
      04    government science team, I was very happy to
```

```
        05   oblige them.
        06        Q.     Independent -- I'll rephrase.
        07                  Independent --
        08        A.    Uh-huh.
        09        Q.     -- of the United States or the
        10   United States Coast Guard, did you want a
        11   pressure sensor on the capping stack?
```

Page 365:14 to 366:07

```
00365:14        A.    Okay.  Let me -- I guess, let me
        15   clarify.
        16                  There were ROV panels already
        17   being built for the capping stack that had ROV
        18   hot stab ports that could have had a pressure
        19   sensor plugged in, but not, I think, of the --
        20   as I understand it, the right accur- -- level
        21   of accuracy that was needed.
        22                  This was a request to put a
        23   highly accurate transducer.  So, yes, it
        24   seemed like my opinion was, this was a lot of
        25   people working on the response.  It -- I
00366:01   didn't -- it wasn't my position to
        02   second-guess or justify or push back against
        03   these requests.  I was happy to put the
        04   pressure sensor on.
        05        Q.     Okay.  So you generally thought
        06   that was a good idea to have the accurate
        07   pressure readings --
```

Page 366:10 to 366:10

```
00366:10        Q.     -- correct?
```

Page 366:13 to 366:19

```
00366:13        A.    I knew that the government science
        14   team had been trying to get accurate
        15   measurements, and this seemed to be a good way
        16   to do it --
        17        Q.     All right.
        18        A.     -- so I thought it was a good
        19   idea.
```

Page 367:06 to 367:08

```
00367:06   You know, did you object to a
        07   pressure sensor that was accurate being put on
        08   a capping stack?
```

Page 367:11 to 367:12

```
00367:11      Q.     Did you object to it?
      12      A.     No.
```

Page 367:14 to 367:17

```
00367:14      A.     I did not.  I thought it was a
      15  good idea.
      16      Q.     Okay.  And did it cause any delay
      17  in getting this unit offshore on July 3rd?
```

Page 367:19 to 367:22

```
00367:19      A.     I don't know the specific impact
      20  it had.
      21      Q.     So you don't know if it caused a
      22  delay or not?
```

Page 367:24 to 368:05

```
00367:24      A.     I don't know specifically.  There
      25  were a number of things coming together at the
00368:01  same time.  So whether this actually caused a
      02  marked -- a marked delay or not, I couldn't
      03  say.
      04      Q.     Who could?
      05      A.     I don't think anybody could.
```

Page 368:08 to 368:11

```
00368:08      Q.     Okay.  You don't think that's a
      09  normal -- in reality, that's not a knowable
      10  fact because it was a multifaceted engineering
      11  process?
```

Page 368:14 to 369:03

```
00368:14      A.     My recollection was the SIT or --
      15  I think the -- the faulty pressure sensor was
      16  detected when we mated the capping stack with
      17  the transition spool, was part of its onshore
      18  test before being shipped offshore.  I believe
      19  it's at that time that we detected the faulty
      20  transmitter.  And I think the following day,
      21  we had the new transmitter replaced.
      22                  So I don't think there was
      23  any significant or any marked delay caused by
      24  fitting the pressure transducer.  The mating
      25  of the transition spool and capping stack, in
00369:01  any case, was happening around that time.
      02      Q.     Could you tell me what the purpose
      03  of the well integrity test was?
```

Page 369:06 to 369:21

```
00369:06       A.    It was not my area -- it was not
      07    part of my scope.  My personal broad
      08    understanding of it was to determine if the
      09    well could be left closed in.  So it was a way
      10    to close it in progressively, monitor the
      11    pressure.  And if acceptable pressures were
      12    detected -- well, whatever pressures were
      13    detected, that would guide whether the well
      14    could stay closed in or needed to be opened
      15    up.  That's my broad personal understanding.
      16       Q.    So that was really not part of
      17    your engineering input in terms of, gee, can
      18    we close it in or leave it closed in or are --
      19    are we at risk of opening it back up?  That
      20    wasn't part of your engineering input?
      21       A.    That's correct.
```

Page 369:25 to 369:25

```
00369:25       A.    It was not part of my scope.
```

Page 370:09 to 370:12

```
00370:09       Q.    Okay.  And I assume the same thing
      10    for containment, really, the containment part
      11    of the response effort was not really within
      12    your engineering work?
```

Page 370:15 to 371:03

```
00370:15       A.    Yes, not -- not part of my scope.
      16    I -- as you maybe heard earlier, you know,
      17    potential future connections to the capping
      18    stack was an interface with the capping stack
      19    that I was -- worked on to orient the cap in
      20    the correct direction.  But the overall
      21    containment activity, no, not part of my
      22    scope.
      23       Q.    Actually, I notice you said that
      24    you worked for Mr. Birrell and Mr. Tooms.
      25                  Could you tell me who
00371:01    Mr. Birrell and Mr. Tooms reported to so I'll
      02    make sure I have the BP chain of command
      03    correct?  Who did they report to?
```

Page 371:05 to 371:06

```
00371:05       A.    I'm not sure who they reported to.
      06    Mr. Tooms reported to Mr. Birrell.
```

Page 385:07 to 386:02

```
00385:07        Q.      Good morning, Mr. Smith.  My name
      08   is Carter Williams.  I represent Transocean.
      09   I'm joined by my colleague, David Baay.
      10                   I believe you testified
      11   yesterday that your interactions with
      12   Transocean during the response efforts were
      13   positive; is that correct?
      14        A.      That's correct.
      15        Q.      And you testified that Transocean
      16   helped BP with the design of the triple-ram
      17   capping stack; is that correct?
      18        A.      That's correct.
      19        Q.      Would you agree that Transocean's
      20   work was valuable in BP's efforts to control
      21   the Macondo well?
      22        A.   I would.
      23        Q.      And ultimately capping the Macondo
      24   well in July?
      25        A.   Yes.
00386:01        Q.      Would you agree that Transocean
      02   provided excellent work?
```

Page 386:04 to 386:10

```
00386:04        A.      The Transocean personnel I worked
      05   with were -- that BP worked with were very
      06   constructive and helpful.
      07        Q.      Do you agree that Transocean's
      08   role was limited to sourcing equipment and
      09   helping to design the capping stack,
      10   Transocean's role in the response efforts?
```

Page 386:14 to 387:10

```
00386:14        A.      I'm not -- I'm not sure I know the
      15   full extent of Transocean personnel's --
      16   Transocean's role in -- in the response.  I'm
      17   aware of it being applied to the design and
      18   build of the capping stack and -- and its
      19   implementation and its installation from the
      20   INSPIRATION drilling vessel.
      21        Q.      Sure.  And I -- my question --
      22        A.      And then ENTERPRISE, I think, was
      23   operated by Transocean personnel.  So there
      24   was a wider scope there, I think.
      25        Q.      Of course, they were involved in
00387:01   relief wells and things like that, but in
      02   terms of capping -- the capping stack, would
      03   you agree that Transocean's role was limited
      04   to sourcing equipment and assisting with the
      05   design of the capping stack?
      06        A.      I believe so, yes.
```

```
        07        Q.     And Transocean had no involvement
        08   in decisions regarding the sequencing of
        09   source control events, including the capping
        10   stack?
```

Page 387:14 to 387:19

```
00387:14        A.     If you could repeat the question
        15   so I understand the -- exactly the wording you
        16   used, please.
        17        Q.     Transocean had no role in deciding
        18   when to deploy the triple-ram capping stack;
        19   is that correct?
```

Page 387:21 to 387:25

```
00387:21        A.     Transocean had input to enabling
        22   that to happen, but not decision authority.
        23        Q.     And Transocean was not involved in
        24   the decision to prioritize the top kill to the
        25   implementation of the capping stack, correct?
```

Page 388:02 to 388:08

```
00388:02        A.     I was not involved in the top
        03   kill.  I cannot comment on Transocean's input
        04   there.
        05        Q.     Are you aware that Transocean had
        06   a two-ram BOP body and rams available to
        07   fabricate a two-ram capping stack in May of
        08   2010?
```

Page 388:10 to 388:13

```
00388:10        A.     Yes, I -- yes.
        11        Q.     And are you aware that in May of
        12   2010, Transocean immediately began securing
        13   that equipment?
```

Page 388:16 to 389:22

```
00388:16        A.     I'm aware Transocean sourced
        17   the -- much of the equipment on the capping
        18   stack.  And I think that start time was
        19   around, as you indicated, May, early May.
        20        Q.     Thank you.
        21             I believe you testified
        22   yesterday that you weren't aware of BP
        23   performing any analysis or modeling of flow
        24   rate during the response effort; is that
        25   correct?
00389:01        A.     That's correct.
```

```
02        Q.    Are you aware of whether or not BP
03   considered flow rate in analyzing source
04   control options?
05        A.    I'm aware that we -- for landing
06   the capping stack, a blastoff force analysis
07   was -- was performed, assuming ranges of flow
08   rate to determine whether the cap could be
09   successfully landed against whatever flow rate
10   might be coming out.  That's my knowledge of
11   how flow rate might have been applied to the
12   capping stack.
13        Q.    And you're not aware of any other
14   way in which flow rate may have impacted the
15   capping stack, one way or another?
16        A.    Correct, I'm not.  In terms of its
17   design and build, I'm not aware of any use of
18   flow rate in effecting the capping stack
19   design.
20        Q.    Are you aware of any use of flow
21   rate in determining when to implement the
22   capping stack?
```

Page 389:25 to 390:05

```
00389:25       A.    No.
00390:01       Q.    So it was not necessary to have an
02   estimate of flow rate other than with respect
03   to the upward forces that you've testified
04   about to predict the success of the triple-ram
05   capping stack?
```

Page 390:07 to 390:12

```
00390:07       A.    Not -- to my knowledge, I wasn't
08   aware of flow rate being taken into account in
09   any other respect other than upward forces.
10        Q.    And are you aware of flow rate
11   being taken into account with respect to any
12   other source control efforts?
```

Page 390:14 to 390:14

```
00390:14       A.    I'm not aware.
```

Page 391:03 to 391:03

```
00391:03       Q.    I apologize.  And -- and
```

Page 391:07 to 391:10

```
00391:07   Is it BP's position that flow
08   rate was irrelevant to the design and
```

4

```
        09    implementation of the capping stack on the
        10    Macondo well?
```

Page 391:12 to 391:20

```
00391:12      A.    To my knowledge, flow rate was not
        13    relevant to the design of the capping stack,
        14    other than confirming that -- that doing an
        15    upward force analysis to confirm its
        16    installability.
        17      Q.    As of the time that the triple-ram
        18    capping stack was deployed in July, do you
        19    know what flow rate estimates BP was relying
        20    on?
```

Page 391:23 to 392:07

```
00391:23      A.    I'm not aware that BP was relying
        24    on any estimate to implement capping.  And I
        25    can't remember the timeline when the
00392:01  government technical review team issued a flow
        02    rate estimate.  That may have -- it didn't
        03    affect the capping implementation, as far as I
        04    am aware.
        05      Q.    Was flow rate relevant to when the
        06    capping stack was deployed in relation to any
        07    other source control options?
```

Page 392:09 to 392:12

```
00392:09      A.    Not to my knowledge.
        10      Q.    At the beginning of May 2010, when
        11    did BP believe it could have deployed a
        12    capping stack on the Macondo well?
```

Page 392:14 to 392:19

```
00392:14      A.    Can you clarify what you mean by
        15    capping stack, please?
        16      Q.    I'm referring to either the --
        17    what's typically referred to as the two-ram
        18    capping stack or what then became the
        19    three-ram capping stack.
```

Page 392:22 to 392:25

```
00392:22      Q.    As of the beginning of May 2010,
        23    when did BP believe it could deploy either a
        24    two-ram or three-ram capping stack to secure
        25    the Macondo well?
```

Page 393:02 to 393:19

```
00393:02        A.    The capping stack build
      03   progressed -- the development of the design of
      04   capping stack evolved over the months leading
      05   up to its actual deployment in the form of a
      06   three-ram capping stack.  Work was progressed
      07   during that period, but until the actual go
      08   decision was given to install the capping
      09   stack, BP was not ready to deploy the capping
      10   stack.
      11        Q.    My question is just a little bit
      12   different, which is, if we go back to the
      13   beginning of May of 2010 and BP is considering
      14   various options for securing the Macondo
      15   well --
      16        A.    Uh-huh.
      17        Q.    -- at that point in time, when did
      18   BP estimate it could use either a two-ram or a
      19   three-ram capping stack on the Macondo well?
```

Page 393:21 to 396:01

```
00393:21        A.    Yeah.  At -- during the course of
      22   the response, various estimates were made for
      23   planning purposes of when the capping stack --
      24   or a form of capping stack may be ready.
      25   However, as we -- as the -- as the response
00394:01   progressed, the capping -- the needs, the
      02   function of the capping stack, some of the
      03   features of the capping stack changed.
      04                   And so it -- and so those
      05   estimates were constantly evolving through to
      06   the final completion of what was deemed
      07   acceptable for -- ready to deploy capping
      08   stack and a place on the -- on the LMRP to be
      09   able to connect it.  The two actually evolved
      10   to be running in parallel, two aspects.
      11        Q.    Okay.  Let's look at tab 2, if you
      12   would, in the binder in front of you.  This
      13   appears to be a May 4th, 2010 e-mail from
      14   Joseph Faulkerson to Jason Caldwell, Richard
      15   Lynch, Wayne Sutton, John Smart, Mark
      16   Patteson, Trevor Smith, Dirk Smit, Roger
      17   Reddin and Harry Thierens, with the subject,
      18   Macondo ops 5-4-10-.pdf; is that correct?
      19        A.    That's correct.
      20        Q.    Do you recall receiving this
      21   document?
      22        A.    Not this -- not necessarily this
      23   specific document.  I know I was copied on
      24   many of the schedule updates.  So, yes, I -- I
      25   remember receiving a series of these types of
00395:01   documents.
      02        Q.    Okay.  What were the purpose of
```

```
03    these types of documents?
04         A.    The purpose was to forecast the
05    progress and forecast completion dates on
06    several response activities.  Let me look at
07    the specific of this schedule.
08                   So it was a -- it was a -- it
09    was a purpose of forecasting -- summarizing
10    current status and forecasting potential
11    completion dates of a variety of activities
12    incurred during the response to assist in
13    overall response planning.
14         Q.    Okay.  If we look at the very
15    bottom line of this attachment --
16         A.    Yes.
17         Q.    -- to the e-mail, it appears to
18    say, complete capping stack; is that correct?
19         A.    Yes.
20         Q.    And is there an estimate provided
21    for when that would be done?
22         A.    There is a -- a date in that line,
23    5-11-10, as a finished date forecast.
24         Q.    Okay.  So this document forecasts
25    a day of completing the capping stack of
00396:01  May 11th, 2010; is that correct?
```

Page 396:03 to 396:22

```
00396:03       A.    Let me just read some of the
04    preceding lines to be absolutely sure.
05    This -- okay.  Reading more carefully, this
06    section is -- it has got a title of Capping
07    Stack in white text on the black background a
08    few lines above.  It relates to -- it seems
09    the sequence of activities linked together
10    here is a sequence.  It includes BOP
11    maintenance and testing, running the
12    ENTERPRISE riser and the BOP stack, removal of
13    the HORIZON LMRP, ENTERPRISE ready to latch,
14    close in the well, kill well with mud, and
15    complete the capping stack.
16                   So this appears to me to be a
17    BOP-on-BOP option using the ENTERPRISE as a
18    BOP-on-BOP capping operation.
19         Q.    Well, if you look at the top line,
20    it says, BOP options.
21                   Is that just intervention
22    with the HORIZON BOP?
```

Page 396:24 to 397:13

```
00396:24       A.    Let me review that, please.
25                   It's -- it seems to be
00397:01  insufficient information there to be sure of
02    that, but I'm aware John Hughes was working
```

```
03   on -- in the early stages of the response, on
04   BOP -- the intervention at the HORIZON BOP, so
05   it may reflect that activity.
06        Q.    Okay.  And -- and Mark Patteson's
07   name appears by capping stack; is that
08   correct?
09        A.    It says, capping stack, dash, Mark
10   Patteson, yes.
11        Q.    And do you know whether he was
12   working on BOP-on-BOP solutions or capping
13   stack solutions?
```

Page 397:16 to 397:22

```
00397:16        A.    I wasn't involved with the
17   BOP-on-BOP work directly, so I don't know.
18        Q.    Well, the section we've been
19   looking at entitled Capping Stack either deals
20   with a capping stack or a BOP on BOP, but it
21   reflects an estimated completion date of
22   May 11th, 2010; is that correct?
```

Page 397:24 to 398:05

```
00397:24        A.    The activities entitled Capping
25   Stack, to me, when I read it as shown here,
00398:01   reflect a BOP-on-BOP operation using the
02   ENTERPRISE with a kill mud -- kill well with
03   mud preceded by a milestone point entitled
04   Complete Capping Stack.  Succeeded, I guess.
05   It's followed by capping stack.
```

Page 398:12 to 398:14

```
00398:12        Q.    Was -- was it BP's goal as of
13   early May 2010, to cap the Macondo well with a
14   capping stack by the middle of May?
```

Page 398:16 to 399:08

```
00398:16        A.    Many response -- or several
17   response activities were being undertaken
18   early in the response, to my knowledge,
19   personal knowledge.  And they all had
20   individual progress forecast dates.  The
21   actual -- and -- and as things progressed,
22   decisions were made on which activities to
23   proceed with.
24             So I see on here on this
25   schedule, also, top kill being listed on the
00399:01   same sheet of paper.  So it's illustrating
02   there are several options running in parallel
03   and being considered in parallel.  So I can't
```

```
            04    answer your question specifically.
            05        Q.    Was there a date in May 2010 that
            06    a two-ram capping stack would have been ready
            07    for deployment if BP had elected to pursue
            08    that capping option?
```

Page 399:10 to 400:08

```
00399:10        A.    The two-ram capping stack was --
        11    was -- was at a certain stage of completion
        12    during May.  The method of connecting it and
        13    using it on the BOP was not fully developed at
        14    that stage, so the actual implementation of
        15    that solution wasn't ready for implementation.
        16        Q.    What do you mean by certain stage
        17    of completion?
        18        A.    I'm not sure whether the rams
        19    had -- I mean, the -- the two-ram stack
        20    was a -- was a well shutoff device only.  And
        21    I think in May, it was intended to -- the
        22    configuration was being developed to fit on a
        23    transition spool that would be attached to the
        24    flange at the top of the -- the flexjoint on
        25    the LMRP.
00400:01            The final stage of the
        02    capping stack involved three rams, side
        03    outlets, a pressure sensor, extra structural
        04    stiffening, more ROV panels.  So -- so the
        05    actual stage that was there in May was not one
        06    that was im- -- was -- was necessary to do the
        07    final capping of the well.
        08        Q.    Was it 90 percent ready?
```

Page 400:12 to 400:13

```
00400:12        Q.    Two-ram capping stack to secure
        13    the Macondo well.
```

Page 400:15 to 400:21

```
00400:15        A.    The two-ram stack was not used to
        16    cap the -- the well, so its date of completion
        17    relevant to its final state of completion was
        18    relatively low.  Plus, there wasn't a way to
        19    develop -- fully develop to connect it to the
        20    HORIZON BOP, so it wasn't capable of being
        21    used.
```

Page 401:04 to 402:02

```
00401:04        Q.    Let's look at tab 3.  And this has
        05    been previously marked exhibit 8517.  It's a
        06    May 4th -- excuse me -- May 10th, 2010 e-mail
```

```
07  from James Wellings to Charles Curtis, Paul
08  Tooms, Charles Holt, Mark Patteson, Rob
09  Turlak, with a copy to Russell Bourgeois
10  regarding capping stack option; is that
11  correct?
12       A.    That's correct.
13       Q.    And do you read this to refer to a
14  two-ram capping stack?
15       A.    Okay.  Let me read the document.
16             This refers to the two-ram
17  configuration of the capping stack, yes.
18       Q.    Okay.  And is it correct that
19  Wellings writes, per our discussion at 1615
20  hour on May 10th, 2010, we need to get the
21  capping stack ready for potential deployment
22  on the DD-III -- DD-II?
23       A.    That sentence is there for
24  potential deployment on the DD-II, yes.
25       Q.    So as of May 10th, BP was still
00402:01  preparing to deploy a two-ram capping stack in
02  mid-May?
```

Page 402:04 to 402:10

```
00402:04       A.    We were preparing to complete the
05  build of that capping stack, as the rest of
06  the paragraph states.  And the potential use
07  with the DD-II was -- was -- is -- is
08  what's -- what's referred to in this e-mail.
09       Q.    Well, you're not just building it;
10  you're preparing it for deployment, correct?
```

Page 402:12 to 402:17

```
00402:12       A.    Potential deployment is referred
13  to.
14       Q.    Fair enough.
15             But there's no reason to
16  build it and put it on the DD-II if you're not
17  going to deploy it, right?
```

Page 402:19 to 403:03

```
00402:19       A.    This -- this e-mail is talking
20  about one of those many options that were
21  considered during the response.  So the -- and
22  it indicates in this e-mail that there's still
23  a number of activities required to complete
24  the capping stack.
25       Q.    And as of mid-May -- excuse me --
00403:01  as of May 10th, BP was still preparing to
02  complete the two-ram capping stack for
03  deployment on the Macondo well?
```

Page 403:05 to 403:24

```
00403:05        A.   Yes.  We -- in May -- on the 10th
      06 of May, the capping -- the two-ram stack was
      07 in the progress of being built to -- as one of
      08 the options to be used in the response.
      09        Q.      Okay.  Let's look at tab 4.  This
      10 is previously marked exhibit 8516.  And I'm
      11 looking at the bottom e-mail on the page that
      12 ends in 4608.  It appears to be a May 10th,
      13 2010 e-mail from Richard Brainard to Colin
      14 Johnston, with a copy to James Wellings, Iain
      15 Sneddon and John MacKay regarding potential
      16 Q4000 operations-2-ram capping stack; is that
      17 correct?
      18        A.    That's correct.
      19        Q.     And in his e-mail, Richard
      20 Brainard indicates a two-ram capping stack
      21 could be ready in 10 to 12 days; is that
      22 correct?
      23        A.    Well, I need to review the
      24 document.
```

Page 404:01 to 404:13

```
00404:01        A.   Mr. Brainard's e-mail refers to
      02 execution date, which appears to relate to the
      03 potential to use a two-ram capping stack and
      04 with an estimate, at a minimum, earliest date
      05 have been projected.
      06        Q.     Do you know who Richard Brainard
      07 is?
      08        A.    I understand he worked in Jim
      09 Wellings's team for a period.  That's what I
      10 recall.
      11        Q.     What is the earliest date that BP
      12 believes a two-ram capping stack could have
      13 been deployed on the Macondo well?
```

Page 404:15 to 404:23

```
00404:15        A.   The two-ram capping stack was not
      16 deployed because it was a shutoff device, and
      17 that was found to be -- it was only a shutoff
      18 device, and that was -- that functionality was
      19 deemed inappropriate.  We needed to have a
      20 method to add additional containment outlets
      21 and a method to support relief well execution.
      22        Q.     Who deemed the two-ram capping
      23 stack inappropriate?
```

Page 404:25 to 405:11

```
00404:25       A.    I don't know the -- I don't know
00405:01   specifically who deemed that; however, I
    02   understand that after top kill, containment
    03   was deemed as the method to proceed with, and
    04   that approach was agreed with the Unified Area
    05   Command.  So a -- the two ram-stack as only a
    06   shutoff device would not be appropriate for
    07   that response direction.
    08       Q.    Who within BP determined that a
    09   two-ram capping stack would not be an
    10   appropriate response to the Macondo well
    11   blowout?
```

## Page 405:13 to 406:01

```
00405:13       A.    It was not -- the approach to
    14   using a capping stack -- the two-ram stack was
    15   purely a shutoff device.  And as I said, the
    16   Unified Area Command endorsed -- or directed
    17   that we implement a containment solution;
    18   therefore, the final decision rested with
    19   Unified Command as to the appropriate method
    20   to proceed with, and that did not involve a
    21   shutoff-only device, such as the two-ram
    22   capping stack.  So it was not a BP decision.
    23       Q.    So no one within BP determined
    24   that a two-ram capping stack would not be an
    25   appropriate response to the Macondo well
00406:01   blowout?
```

## Page 406:03 to 406:10

```
00406:03       A.    I'm sorry.  Could you -- there's
    04   two negatives in there.
    05       Q.    I may have added a double
    06   negative.  Let me try that again.
    07             Did anyone within BP
    08   determine that a capping -- two-ram capping
    09   stack would not be an appropriate response to
    10   the Macondo well blowout?
```

## Page 406:12 to 406:22

```
00406:12       A.    It was not BP -- it was not a
    13   final BP determination.  Either way, it rested
    14   with the containment being required and that
    15   self-evidently, the two-ram stack as a
    16   shutoff-only device at that stage and would
    17   not have enabled that containment -- would not
    18   have assisted in that containment approach.
    19       Q.    So Unified Area Command
    20   unilaterally determined that a two-ram capping
    21   stack was not an appropriate response to the
```

```
        22   Macondo well blowout?
```

Page 407:01 to 407:07

```
00407:01        A.   The -- the -- the Unified Command
      02   with input from Ber- -- BP had determined that
      03   containment was required, and the capping --
      04   the two-ram stack was not an appropriate tool
      05   to implement containment.
      06        Q.    Who from BP provided the input to
      07   Unified Command that you just testified about?
```

Page 407:10 to 407:18

```
00407:10        A.   Specifically on interactions with
      11   Unified Command at that time, I -- I don't
      12   know who provided the information from BP.
      13        Q.   In your capacity as a 30(b)(6)
      14   witness for BP on the design and
      15   implementation of the capping stack, you do
      16   not know who within BP determined that a
      17   two-ram capping stack was an inappropriate
      18   response to the Macondo well blowout?
```

Page 407:25 to 408:22

```
00407:25        A.   The -- I don't know the -- I don't
00408:01   know the precise channels -- well, I'm sorry.
      02   I know the channels.  There were -- there
      03   were -- there was communications between BP
      04   via Doug Suttles with National Incident
      05   Commander Thad Allen as the route to propose
      06   ways forward for consideration by Admiral
      07   Allen having had a lot of consultation with
      08   the government science team, Coast Guard, MMS,
      09   in -- in -- in considering options.
      10                So I know that after top
      11   kill, containment was deemed the appropriate
      12   way forward.  And as a shutoff device, the
      13   two-ram stack -- as a shutoff-only device, the
      14   two-ram stack did not assist in that -- the
      15   capping stack design needed to evolve further.
      16        Q.    Okay.  If you'll look back at
      17   tab 4 for just a moment.
      18                Do you have any reason to
      19   agree with Mr. Brainard's estimate of a
      20   possible execution date of a two-ram capping
      21   stack 10 to 12 days from the date of that
      22   e-mail, May 10th?
```

Page 408:24 to 409:06

```
00408:24        A.   Given the complications of
```

```
      25      connecting the capping stack to the top of the
00409:01      LMRP, that is a -- an op- -- that is an
      02      optimistic estimate.  So I disagree with it.
      03          Q.    The evolution of the two-ram
      04      capping stack to a three-ram capping stack did
      05      not improve the device as a containment
      06      mechanism, did it?
```

Page 409:08 to 409:19

```
00409:08          A.    The evolution of the two-ram stack
      09      to the three-ram stack included side outlets
      10      with isolation and connection mechanisms, so
      11      that did improve -- that -- that enabled the
      12      capping stack to become a -- a containment
      13      device in the sense of it enabled off-take
      14      lines to be connected in at a future stage,
      15      if -- if needed.
      16          Q.    You testified yesterday that BP
      17      made the decision to switch from a two-ram to
      18      a three-ram capping stack between May 13th and
      19      May 22nd, 2010; is that correct?
```

Page 409:21 to 410:22

```
00409:21          A.    An additional ram was added to the
      22      stack during that period, yes.
      23          Q.    Well, who added it?
      24          A.    I believe the ram was provided by
      25      Transocean and added to the stack, is my
00410:01      understanding.
      02          Q.    Whose idea was it?
      03          A.    Jim Wellings advised that he
      04      approved that addition, for additional
      05      redundancy, isolation redundancy.
      06          Q.    Who suggested it to Jim Wellings?
      07          A.    I don't know.
      08          Q.    Someone with BP?
      09          A.    I don't know.  It may have been
      10      someone with Transocean who maybe located an
      11      additional ram.  I don't know.
      12          Q.    Well, I think you testified
      13      yesterday that BP wanted the additional ram
      14      for additional redundancy; is that correct?
      15          A.    It provided additional barriers in
      16      the case of degradation of other ones, yes.
      17      It was a final safe ram, the way Jim Wellings
      18      told me.  It was considered as that.
      19          Q.    Do you have any reason to believe
      20      it wasn't Jim Wellings or someone on his team
      21      who made that decision to add an additional
      22      ram?
```

Page 410:24 to 411:13

```
00410:24        A.    I -- I suspect -- I -- I'm -- I
       25   believe it was probably somebody on Jim
00411:01   Wellings's team, which included not just BP
       02   personnel, but representatives from Wild Well,
       03   Cameron, and Transocean.
       04        Q.    Okay.  Now, you identified a
       05   nine-day range when the decision to add an
       06   additional ram was made.
       07                Can you be any more specific
       08   with respect to the timing of that decision?
       09        A.    I -- I've not got more specific
       10   information at hand.
       11        Q.    Who within BP was responsible for
       12   determining when a triple-ram capping stack
       13   would be deployed on the Macondo well?
```

Page 411:15 to 412:02

```
00411:15        A.    The final determination of
       16   approval to install the triple-ram stack came
       17   from Unified Command.  And the readiness to
       18   deploy was determined after we had completed
       19   SIT of this stack with the transition spool
       20   and various government assurance options.  So
       21   the own -- the accountability of the stack at
       22   that time to attest to its readiness would
       23   have been Harry Thierens and Jim Wellings.
       24        Q.    And I believe you testified that
       25   as part of your preparation for this
00412:01   deposition, you spoke to Jim Wellings about
       02   this decision; is that correct?
```

Page 412:04 to 412:12

```
00412:04        A.    Can you clarify which decision,
       05   please?
       06        Q.    The decision to switch from a
       07   two-ram to a three-ram capping stack.
       08        A.    Yes, I -- I asked Jim Wellings why
       09   the three-ram -- third -- third ram was added.
       10        Q.    And what was his response?
       11        A.    As additional redundancy for
       12   isolation barriers.
```

Page 412:25 to 413:04

```
00412:25        Q.    Did you have any discussions with
00413:01   Jim Wellings regarding discussions he or any
       02   other BP employees had with Unified Command
       03   regarding the decision to switch from a
       04   two-ram to a three-ram capping stack?
```

```
Page 413:06 to 413:11

00413:06        A.   I did not discuss that area with
      07   Jim Wellings; however, the configuration of
      08   the three-ram stack as finally deployed was
      09   approved of by the government, Secretary Chu's
      10   science advisor and science team, and Thad
      11   Allen as national incident commander.


Page 413:18 to 414:02

00413:18        Q.    Okay.  Are you aware of BP
      19   recommending the decision to switch from a
      20   two-ram to a three-ram capping stack to
      21   Unified Command?
      22        A.   I'm not aware of that specific
      23   recommendation.
      24        Q.    Are you aware of any discussions
      25   between BP and Unified Command regarding the
00414:01   decision to switch from a two-ram to a
      02   three-ram capping stack?


Page 414:04 to 414:23

00414:04        A.    Not specific -- not on that -- not
      05   on that -- solely that specific issue.  We
      06   illus- -- we -- BP illustrated the three-ram
      07   capping stack to the progression of --
      08   actually, we illustrated a two-ram and a
      09   three-ram capping stack to the government
      10   science advisors, Secretary Chu's team, and
      11   then the science team at Houston, and in the
      12   course of the progress of the response.
      13        Q.    Did you testify yesterday that a
      14   valve stack manifold remained on the table as
      15   an option for capping the Macondo well until
      16   July 3rd, 2010?
      17        A.    Yes.  The -- this would be
      18   referred to as the single valve manifold.
      19   That continued to be available as an option in
      20   parallel with the three-ram stack.
      21        Q.    Can you describe the benefits of
      22   the single valve manifold, what made it a
      23   possible solution?


Page 414:25 to 416:07

00414:25        A.    It also had -- it had the
00415:01   configuration -- similar broad configuration.
      02   It had a connector at the bottom.  It had side
      03   outlets with valve isolation and a -- a single
      04   ball valve in the vertical bore as a vertical
      05   isolation.
```

```
06                    It -- the key factor in not
07   selecting it was, it was not ready until after
08   the three-ram stack was complete, but it was
09   continued to completion.  In the event that
10   there was -- there was any reason to change
11   out the three-ram stack, it would be available
12   as a fallback option.
13         Q.    Okay.  I want to look at
14   exhibit 9821, which I believe is in front of
15   you.  Not in the binder.  It was a
16   government-marked exhibit yesterday.
17              MR. DRAKE:  A particular portion
18   of it, Carter?  A particular portion of it?
19              MR. WILLIAMS:  We are looking at
20   page number ending 7317.
21         A.    Uh-huh.
22         Q.    Okay.  I believe these are your
23   notes from a May 9th, 2010 meeting; is that
24   correct?
25         A.    That's correct.
00416:01   Q.    And roughly in the middle of the
02   page, there's a line that appears to read,
03   main focus is on enabling the junk shot; is
04   that correct?
05         A.    That's correct.
06         Q.    And was enabling the junk shot
07   BP's main focus as of May 9th, 2010?
```

Page 416:13 to 416:20

```
00416:13   A.    These were my notes from a -- a
14   briefing, from what I heard.  That was my --
15   perhaps, my interpretation of what I heard.
16   But there were -- there were several
17   activities being pursued.
18         Q.    Do you recall -- what do you
19   recall about discussions regarding the junk
20   shot as of May 9th, 2010?
```

Page 417:02 to 417:25

```
00417:02        A.    That -- that -- I was aware that a
03   junk shot option was -- the top kill became
04   formally known as top kill, was being
05   prepared.  Probably at that stage, I had not
06   much more knowledge of what that specifically
07   entailed.
08         Q.    Do you know why BP would have been
09   focusing on the junk shot as of May 9th, 2010?
10         A.    Personal knowledge would be that
11   that option approach had been agreed with
12   Unified Command, and that was the agreed way
13   forward.
14         Q.    Did the implementation of the junk
```

```
15   shot delay the deployment of either a two-ram
16   or a three-ram capping stack on the Macondo
17   well?
18        A.    It was -- it was a -- it was a
19   sequence of activities, so it happened before
20   these other activities happened -- the capping
21   options happening.  And the top kill option,
22   my understanding, is provided important
23   information to guide the evolution of the
24   capping design that might not have been
25   available sooner.
```

Page 418:06 to 418:07

```
00418:06        Q.    Are you aware of any evidence that
07   BP knew that the junk shot would not work?
```

Page 418:09 to 418:09

```
00418:09        A.    I am not.
```

Page 418:16 to 418:20

```
00418:16        Q.    Are you prepared in your capacity
17   as a corporate witness to discuss the effects
18   regarding timing of the implementation of the
19   capping stack caused by the top kill and junk
20   shot?
```

Page 418:22 to 420:22

```
00418:22        A.    I can -- I can describe how
23   information from the top kill influenced the
24   way forward with the capping stack design.
25        Q.    Please.
00419:01        A.    The top kill events -- the top
02   kill -- information gained during top kill
03   identified that -- sorry.  Let me -- first
04   off, I would say this is personal knowledge
05   'cause I wasn't formally involved in that top
06   kill operation.
07                    But from a capping stack
08   design point of view -- sorry.  To be
09   strictly, I guess, as my scope as 30(b)(6),
10   you'll have to add off-take points to the
11   capping stack to allow the addition of
12   future -- of flow lines to take the flow from
13   the well.  There was additional to those that
14   are already operating, off-take points coming
15   off the HORIZON BOP, choke, and kill lines.
16                    So the capping stack needed
17   to have these additional features.  That was
18   the immediate -- that was the immediate
```

```
19    influence on the capping stack design.
20                    We also had to develop
21    alternative ways to connect to the top of the
22    LMRP to -- to enable the actual connection of
23    the capping stack to the -- to the BOP.
24    Q.    It would not have been possible to
25    deploy a capping stack during the top kill,
00420:01    correct?
02    A.    Correct.
03    Q.    Let's set your notes aside for
04    just a moment.  I want to come back to that,
05    but I'd like to look at tab 6 in your binder.
06    This is not yet an exhibit.
07                    MR. WILLIAMS:  We'll go ahead and
08    mark that as 9830.
09                    (Exhibit Number 9830 marked.)
10    Q.    These appear to be minutes of a
11    well capping team meeting from May 19th, 2010;
12    is that correct?
13    A.    Yes.
14    Q.    And you attended this meeting?
15    A.    Yes.
16    Q.    Now, if you'll look -- if you'll
17    look at the section right below the middle of
18    the first page, it says worst case.
19                    Do you see that?
20    A.    I do.
21    Q.    And this was presenting BP's
22    worst-case scenario regarding the top kill?
```

Page 420:25 to 421:20

```
00420:25    A.    I can't say that this was BP's
00421:01    worst case.  It was informally noted here as a
02    worst case.  That's all I can explain.
03    Q.    Okay.  The last line in that
04    section that says worst case says, DD-II BOP
05    or capping stack deployed and shut, correct?
06    A.    That's what's written there.
07    Q.    Does this indicate that the top
08    kill was delaying the possible implementation
09    of a BOP on BOP or capping stack solution?
10                    MR. DRAKE:  Objection, form, and
11    scope.
12    A.    This indicates that if the top
13    kill -- kill was not -- did not work, that it
14    would be followed by those options listed, is
15    what I understand from this -- this sequence
16    of notes.
17    Q.    And the other side of that is that
18    the BOP on BOP or capping stack would not be
19    implemented before attempting a top kill,
20    correct?
```

Page 421:24 to 422:07

```
00421:24        A.    My understanding is that the
      25  sequence of top kill followed by whatever
00422:01  would come after was -- was performed at
      02  the -- with the agreement and direction of
      03  Unified Command.  So the sequence was -- was
      04  agreed by Unified Command.
      05        Q.    Is it fair to say that BP decided
      06  to perform the top kill prior to implementing
      07  the capping stack?
```

Page 422:10 to 422:16

```
00422:10        A.    These decisions you're referring
      11  to were decisions that ultimately rested with
      12  Unified Area Command and the national incident
      13  commander, not BP.
      14        Q.    Is it your testimony that BP did
      15  not decide to delay the capping stack in favor
      16  of the top kill?
```

Page 422:18 to 422:25

```
00422:18        A.    That's a complicated question,
      19  just understanding it.  Did BP not decide --
      20  I'm questioning.  Can you just -- can you
      21  replay that question, please?  I find it
      22  difficult to understand it.
      23        Q.    Is it your testimony that BP did
      24  not decide to delay the capping stack in favor
      25  of the top kill?
```

Page 423:02 to 423:13

```
00423:02        A.    These -- those decisions rested
      03  with Unified Command, so it was not a BP
      04  decision either way.
      05        Q.    When you say those decisions
      06  rested with Unified Command, what are you
      07  referring to?
      08        A.    The -- what you listed as in terms
      09  of sequencing of BOP on BOP, I think, and top
      10  kill.
      11        Q.    What role did BP play, if any, in
      12  determining the sequencing of BOP on BOP,
      13  capping stack, or top kill?
```

Page 423:16 to 425:06

```
00423:16        A.    Personal knowledge, BP was
      17  evolving -- was developing and running several
      18  options in parallel to -- during the response.
```

```
          19    As each of these option response activities
          20    were matured and progressed, they were
          21    discussed with Unified Area Command, the local
          22    members in Houston initially, and then up the
          23    chain of command to arrive at a decision on --
          24    so -- as to what -- what to pursue.
          25               BP's role was maturing each
00424:01    of these options and -- and reviewing the
          02    state of progress and getting assurance from
          03    the captain that led the capping stack on
          04    the -- within the government science team that
          05    they accepted the stated readiness to proceed.
          06         Q.    Let's talk just about the capping
          07    stack, because I want to stay within your
          08    scope as a corporate representative of BP.
          09         A.    Okay.
          10         Q.    What role did BP play, if any, in
          11    determining the date of deployment of the
          12    capping stack?
          13         A.    BP's role was maturing the design
          14    and build of the capping stack and the method
          15    of connecting that capping stack -- or the
          16    options for connecting that capping stack to
          17    the HORIZON BOP.  So it had multiple teams
          18    working on capping stack build and the
          19    connection options to the -- to the LMRP.
          20               So our role was progressed in
          21    mechanical build, assess risks with the --
          22    with BSEE or BOEMRE, MMS and their input,
          23    develop procedures and develop the operational
          24    planning of the actual installation and then
          25    to present that to Unified Area Command and
00425:01    respond to their queries to finalize any
          02    issues that remained before implementation.
          03         Q.    Is there a person or persons
          04    within BP who had the responsibility to
          05    determine when the capping stack was ready for
          06    deployment?
```

Page 425:08 to 425:25

```
00425:08         A.    Within -- so there's two parts of
          09    the capping stack being ready to -- to deploy,
          10    was the capping stack and the method of
          11    connection to the LMRP.
          12               I worked in an organization
          13    that reported in to Richard Lynch.  And
          14    Richard Lynch was the BP lead for the -- both
          15    the capping stack development and -- under BP,
          16    Richard Lynch, he was the manager in charge of
          17    the overall response -- in your term, near
          18    source response as we called it, of which the
          19    capping stack development and the connection
          20    to the BOP development fell under his area of
          21    command.
```

```
22        Q.    Is Richard Lynch the person within
23   BP who had the responsibility to determine
24   when the capping stack was ready for
25   deployment?
```

Page 426:02 to 426:02

```
00426:02        Q.    That's a yes-or-no question.
```

Page 426:04 to 426:13

```
00426:04        A.    It was not just a BP
     05   determination, but it would also be in
     06   consultation with blessing from -- final
     07   approval rested with the national incident
     08   command.  But within BP in terms of assuring
     09   readiness, it was -- Richard Lynch had the --
     10   had the -- was responsible for the -- for
     11   those two activities I mentioned.  So he would
     12   be -- he needed to be satisfied that we were
     13   ready to go, yes.
```

Page 426:22 to 427:22

```
00426:22        Q.    Just one item to clarify to start
     23   with: Can you look at tab 2 again?
     24              Are all of the people,
     25   senders or recipients of this e-mail, BP
00427:01   employees?
     02        A.    I don't know some of the personnel
     03   on that list, so I don't know if they are BP
     04   employees or not.
     05        Q.    Okay.  Which ones do you not know?
     06        A.    One on here, John Smart.
     07        Q.    Anyone else?
     08        A.    Roger Reddin.  And the rest, I
     09   believe the others are -- the rest are BP
     10   employees.
     11        Q.    Okay.  And I neglected to mark
     12   this, so we've gone ahead and done that during
     13   the break.
     14              MR. WILLIAMS:  This is
     15   exhibit 9831.
     16              (Exhibit Number 9831 marked.)
     17        A.    Also, Mr. Joseph Faulkerson, I'm
     18   not sure if he's a BP employee or not, the top
     19   person who sent the e-mail.
     20        Q.    Other than lack of knowledge, do
     21   you have any reason to believe he's not a BP
     22   employee?
```

Page 427:24 to 428:08

```
00427:24        A.   He doesn't indicate if it's --
     25    since it's sent from a BP e-mail system, I
00428:01    think, he doesn't indicate an agency after his
     02    name, so that would tend to indicate he is a
     03    BP employee.
     04        Q.   Okay.  Thank you.  We can set that
     05    aside again.
     06              Does BP agree that the top
     07    kill delayed the implementation of a capping
     08    stack?
```

Page 428:10 to 428:15

```
00428:10        A.   No.  It was a part of a sequence
     11    of response that led to the capping stack
     12    being implemented as it was.
     13        Q.   But you agree that the capping
     14    stack could not be implemented during or
     15    before the top kill?
```

Page 428:17 to 429:02

```
00428:17        A.   The capping stack could not be
     18    implemented during the top kill from physical
     19    access reasons to the capping stack.  It could
     20    not be implemented.  The capping stack as
     21    ultimately developed, required a connection to
     22    the top of the LMRP that was not available
     23    until much later.
     24        Q.   Top kill and the capping stack
     25    couldn't happen at the same time, therefore,
00429:01    one or the other had to go first and in the
     02    sequence, correct?
```

Page 429:04 to 429:11

```
00429:04        A.   Yes, one or other had to go first.
     05        Q.   And the one that went first was
     06    the top kill?
     07        A.   Top kill was before -- before the
     08    installation of a capping stack later in July.
     09        Q.   Okay.  Aside from top kill, what
     10    else delayed deployment of a capping stack in
     11    May 2010?
```

Page 429:13 to 429:18

```
00429:13        A.   The -- I don't know.  And delaying
     14    of a capping stack, yeah, I think is an
     15    inappropriate term.  There was a sequence -- a
     16    planned sequence of activities, and they were
     17    performed ultimately in that sequence.
     18        Q.   I'm going to come back to that,
```

Page 429:20 to 429:23

00429:20  You said the capping stack
      21  required a connection to the top of the LMRP
      22   that was not available until much later,
      23   correct?


Page 429:25 to 431:22

00429:25      A.    Yes.
00430:01      Q.    Can you expand on that?
      02      A.    Yes.  The top of the LMRP was the
      03  available access points to -- to which the
      04  capping stack was to be connected.  We had
      05  to -- we had to develop a way to connect the
      06  capping stack at that point.  And we worked on
      07  three different options to make a connection
      08  available there.
      09      Q.    And what were those?
      10      A.    There was the flexjoint overshot,
      11  which enveloped the -- the overall flexjoint,
      12  including its lower body, and gripped and
      13  sealed there with a flange at the top onto
      14  which a connection hub could be installed and
      15  then onto which that hub, the capping stack
      16  could be connected, so a flexjoint overshot.
      17              Second one was the flange
      18  transition spool, which was the -- the item
      19  that was ultimately actually used.  And
      20  thirdly was the latch cap device, which was
      21  designed to engage over the flange stub that
      22  might remain if we couldn't unbolt the flange
      23  from the drilling riser.
      24              So the first two are
      25  solutions in case that flange couldn't be
00431:01  unbolted or in case it was decided that it was
      02  just not -- not possible to do that.  And the
      03  transition spool relied on unbolting the riser
      04  flange and connecting a new device.
      05      Q.      Were any of those options
      06  ultimately used on the capping stack that was
      07  deployed on the Macondo well?
      08      A.    Yes.  The flange transition spool,
      09  sometimes known as the mule shoe device or
      10  flange connection spool, that was the option
      11  that was ultimately used.
      12      Q.    And when was that ready?
      13      A.    That was completed and shipped
      14  about July the 3rd.  I believe it was shipped
      15  offshore on the 4th of July.  Plus, to enable
      16  that connection to be operationally made, we
      17  had to develop a whole series of tooling to
      18  disconnect the original flange, attach a new

```
19    one, and we had to develop tooling to
20    install -- to restrain the flexjoint from
21    movement once the capping stack was landed.
22         Q.     And when was that complete?
```

Page 431:24 to 432:20

```
00431:24        A.     The series of tools were -- some
     25    of the tools were deployed and in use before
00432:01    July the 3rd, those tools to restrain the
     02    flexjoint, if I remember correctly.  Or,
     03    rather, they deployed before we initiated the
     04    disconnection of the flange.  They were in
     05    place ahead of time.  The other tools were
     06    ready on or about that July the 3rd date.
     07         Q.     Okay.  I want to just look at this
     08    chronologically, and we're starting in May.
     09         A.     Yes.
     10         Q.     The capping stack could not be
     11    deployed until after the top kill, based on
     12    the sequencing decisions that were made,
     13    correct?
     14         A.     The capping stack could not be
     15    deployed until after the -- it was not
     16    deployed -- it could not be deployed until the
     17    top kill was complete, correct.
     18         Q.     Are there any other issues in May
     19    that prevented deployment of the capping
     20    stack?
```

Page 432:22 to 434:01

```
00432:22        A.     Yes.  The completion of the --
     23    even the -- the completion of the capping
     24    stack as a containment device, a three-ram
     25    containment device, still remained as in the
00433:01    future.  The development of tooling to
     02    restrain the flexjoint, the development of
     03    tooling to remove the originals on bolt and
     04    then remove and then reattach the original
     05    flange, and the technical engineering
     06    assurance process to ensure that the capping
     07    stack plus transition spool or whatever
     08    connection device was selected could all be
     09    stacked safe and securely and safely on the
     10    HORIZON BOP without causing overstress of any
     11    of the components in the stackup, and the
     12    government science team assurance and review
     13    process to review that technical assurance,
     14    the detailed procedure development, the
     15    operational sequencing of vessels during the
     16    flange removal, the transition spool
     17    installation or whatever device might have to
     18    be -- might yet need to be developed to be
```

```
      19    deployed, and then landing the capping stack.
      20                  So there are many activities
      21    that lay out in the future to be completed at
      22    May -- in May.
      23        Q.    How about in June?
      24        A.    Many of those activities had
      25    progressed further, but it still remained to
00434:01    be completed.
```

Page 434:13 to 436:02

```
00434:13        Q.    Which activities that were
      14    required to be completed prior to deployment
      15    of the capping stack remained to be completed
      16    as of June 2010?
      17        A.    Since -- I'd -- I'd have to review
      18    documents, and if you wanted -- and to try
      19    and -- since progress was made continually
      20    during June, I can't recall, sitting here
      21    immediately off the top of my head, the exact
      22    stages of each area during June.  I'd have to
      23    refer to documents to try and refresh
      24    partially that memory, but -- so it could
      25    be -- I can do that, but it'll be a fairly
00435:01    lengthy process, I think, to give you a
      02    detailed answer to your question.
      03        Q.    Well, let's look at tab 10, which
      04    is exhibit 6212.  It begins with an e-mail
      05    chain between May 15th and May 17th, 2010,
      06    which attaches a document called MC252 Top
      07    Preventer Peer Assist Recommendations,
      08    correct?
      09        A.    I see that, yes.
      10        Q.    If we look at the page ending in
      11    3928.  These are the top set of Bates labels
      12    on the document, the lower right corner.
      13        A.    3928.
      14        Q.    This appears to list some risks
      15    that were raised at the start of a meeting
      16    regarding MC252 top preventer peer assist
      17    recommendations, correct?
      18        A.    It appears to be part of the
      19    document that has that front title, yes.
      20        Q.    Okay.  And two of the bullet
      21    points on the page ending 3928 in the left
      22    column state, what's in LMRP and what happens
      23    on LMRP release, correct?
      24        A.    I see that, yes.
      25        Q.    And those are concerns that you
00436:01    testified about yesterday with respect to the
      02    capping stack, right?
```

Page 436:04 to 436:20

```
00436:04        A.    I recall testifying that those
      05  were concerns relating to the LMRP yesterday.
      06        Q.     And --
      07        A.    They were also concerns about what
      08  debris may be inside the flexjoint.  But if I
      09  remember yesterday, I testified about this --
      10  these two concerns there.
      11        Q.     The flexjoint connection is
      12  another bullet point identified on page 3928,
      13  correct?
      14        A.    Yes.
      15        Q.     And if we look at the page ending
      16  in 3909, the second bullet point states, key
      17  risks had all been identified.  No significant
      18  risks -- risks identified by review team,
      19  correct?
      20        A.    I see that --
```

Page 436:23 to 437:01

```
00436:23        Q.     And the next bullet point says,
      24  review team believes the BOP on BOP has a
      25  great probability of successful installation
00437:01  than the ram valve on flexjoint, correct?
```

Page 437:10 to 437:14

```
00437:10        A.    You are reading that correctly.
      11        Q.     And then the next bullet point
      12  states, review team believes that the
      13  BOP-on-BOP operation is feasible and can be
      14  managed safely, correct?
```

Page 437:16 to 437:20

```
00437:16        A.    You have read that correctly.
      17        Q.     So does this document indicate
      18  that by May 15th of 2010, BP had considered
      19  and ruled out obstacles posed by the LMRP as
      20  impediments to capping the Macondo well?
```

Page 437:23 to 437:25

```
00437:23        A.    I would have to read this
      24  document -- this is the first time I've seen
      25  this -- to understand that.
```

Page 438:03 to 438:07

```
00438:03  MR. WILLIAMS:  No.  I'm not
      04  looking for him to read the document.  I'm
      05  just asking if he agrees with the conclusion
```

```
06    that a BOP-on-BOP operation was feasible and
07    could be managed safely.
```

Page 438:10 to 438:17

```
00438:10       A.   I'd like to read the document
      11    to -- to understand the context in which these
      12    points were made before answering.
      13       Q.    Have you ever seen this document?
      14       A.    I don't believe I have seen this
      15    document previously.
      16       Q.    Were you aware of this analysis
      17    having been conducted?
```

Page 438:20 to 439:03

```
00438:20       A.    I am aware many peer assist and
      21    meetings occurred, so this specific one, I
      22    cannot recall.
      23       Q.    So you're not aware that some of
      24    the same risks you identified as impediments
      25    to installation of a capping stack on the
00439:01    Macondo well were considered by your
      02    colleagues who were working on a BOP-on-BOP
      03    solution and rejected it?
```

Page 439:06 to 439:20

```
00439:06       A.    Can you please restate the
      07    question, please, or re-ask the question?
      08       Q.    You're not aware that some of the
      09    same risks that you identified as impediments
      10    to installation of a capping stack on the
      11    Macondo well had been considered by your
      12    colleagues who were working on a BOP-on-BOP
      13    solution and rejected by them?
      14          MR. DRAKE:  Objection, form, and
      15    scope.
      16       A.    When the test -- you're referring
      17    to -- when I refer to -- for capping stack,
      18    are you referring the -- to the three-ram
      19    capping stack?
      20       Q.    Yes.
```

Page 439:23 to 440:08

```
00439:23       A.    I think you're referring to --
      24    you -- I think you're referring to testimony I
      25    made yesterday.  I understand you're referring
00440:01    to testimony I made yesterday in relation to
      02    personal knowledge around performing a
      03    BOP-on-BOP operation, not the capping stack --
      04    three-ram capping stack installation on the
```

```
05    flexjoint.
06        Q.    Well, you testified this morning
07    about risks posed by connecting to the LMRP,
08    right?
```

Page 440:10 to 440:16

```
00440:10      A.    I testified about specific
11    challenges and obstacles to be overcome around
12    connecting to the top of the LMRP.
13        Q.    And would those have been
14    challenges and obstacles that would had to
15    have been dealt with if BP had pursued a
16    BP-on-BOP solution?
```

Page 440:19 to 441:07

```
00440:19      A.    The connection to the two
20    alternative points, the flexjoint -- top of
21    the flexjoint and the connection -- removal of
22    LMRP and landing of BOP on top of the HORIZON
23    BOP were two very difficult -- different
24    scenarios, quite -- perhaps some general
25    common risks, but quite specific differences.
00441:01      Q.    If BOP believed that a BOP --
02    excuse me -- if BP believed that a BOP-on-BOP
03    operation was feasible and could have been
04    managed safely in May 2010, is there any
05    reason why a capping stack operation would not
06    have been feasible and possible to be managed
07    safely in May 2010?
```

Page 441:09 to 441:12

```
00441:09      A.    Are you referring to the -- the
10    finally-installed capping stack connected to
11    the top of the LMRP?
12        Q.    Any capping stack option.
```

Page 441:14 to 442:06

```
00441:14      A.    I'm confused by the question, so
15    could you -- could you please restate the
16    question?
17        Q.    Let me try it this way:  When did
18    BP believe that a capping stack option would
19    have been feasible and possible to be managed
20    safely?  What date?
21        A.    And this is the three-ram capping
22    stack in its final --
23        Q.    Any capping stack.
24        A.    This was close to -- it would be
25    close to the end of June, early July, as the
```

```
00442:01    final details of bringing the capping --
      02    three-ram capping stack and transition spool
      03    solution together were being finalized.
      04        Q.      Was there any sharing of knowledge
      05    between the BOP-on-BOP team and the capping
      06    stack team?
```

Page 442:08 to 442:19

```
00442:08        A.      My understanding is that -- yes.
      09    My understanding is that Jim Wellings was a
      10    member of both the BOP-on-BOP team while it
      11    existed and the team building the early
      12    versions of the capping stack.  So I think
      13    that's where knowledge transfer -- one of the
      14    roots that knowledge transfer would have
      15    occurred.
      16        Q.      So he would have known when your
      17    colleagues thought a BOP-on-BOP operation
      18    could have been managed safely and would have
      19    been feasible?
```

Page 442:23 to 443:02

```
00442:23        A.      I don't know.
      24        Q.      You testified yesterday that you
      25    were not aware of a concern of potentially
00443:01    bursting the ruptured disc and broaching the
      02    formation, correct?
```

Page 443:04 to 443:12

```
00443:04        A.      I testified that downhole --
      05    downhole ruptured discs, et cetera, I was
      06    aware they were there, but their significance
      07    in the well design was not -- was not part of
      08    my knowledge.
      09        Q.      Do you agree that the technology
      10    of a BOP on BOP is very similar to the
      11    ultimate three-ram capping stack used to cap
      12    the Macondo well?
```

Page 443:15 to 443:16

```
00443:15        A.      No, I do not agree with that.
      16        Q.      What are the differences?
```

Page 443:19 to 444:03

```
00443:19        A.      The -- the ultimately-installed
      20    capping stacks, the main purpose was to -- was
      21    intended as a -- as a -- to be -- as a
```

```
      22    connection point for flexible off-take lines
      23    to take flow to additional containment
      24    vessels.  That is -- to my knowledge, is not
      25    part of a feature that's on a BOP on BOP -- on
00444:01    a normal drilling BOP.
      02         Q.    Can't you use a choke and kill
      03    line as off-takes?
```

Page 444:05 to 444:09

```
00444:05         A.    Choke and kill lines were on
      06    the -- were used on the HORIZON BOP.  I don't
      07    know if that would be desirable in a
      08    BOP-on-BOP solution.
      09         Q.    But it's possible?
```

Page 444:12 to 444:13

```
00444:12         Q.    They're there, right?  You have a
      13    choke and kill line?
```

Page 444:16 to 445:04

```
00444:16         A.    I -- speaking personally, I don't
      17    know -- I don't know how feasible that would
      18    be.  The choke and kill lines might be there.
      19    They may not be accessible without the LMRP
      20    being connected to operate the valves.  They
      21    may be connected on the LMRP, hindering an
      22    emergency disconnect.  So I -- speaking
      23    personally, I can envisage several
      24    complications that may not make it feasible,
      25    but I'm not a BOP drilling expert.
00445:01         Q.    Okay.  What are the other
      02    differences between a BOP on BOP and the
      03    three-ram capping stack that was ultimately
      04    used to cap the well --
```

Page 445:06 to 445:13

```
00445:06         Q.    -- if there are any?
      07         A.    The three-ram capping stack was
      08    installed on the well on top of a transition
      09    joint connected to the flexjoint.  I -- I
      10    don't think a BOP could have been used in
      11    place of that capping stack without
      12    overloading the transition joint.
      13         Q.    Any other differences?
```

Page 445:16 to 446:11

```
00445:16         A.    I am -- I'm sure there are several
```

```
     17    other differences, but I'd -- I'd -- we would
     18    need to be looking at a specific BOP, and we'd
     19    also have to look at how well -- the ultimate
     20    well shut-in and well integrity test was
     21    performed.  I'm not sure how that would be
     22    accomplished with a -- a conventional BOP.  So
     23    I suspect there are quite -- many -- many
     24    differences in terms of interfaces and
     25    operating risks.
00446:01                    And that containment scenario
     02    is a -- is a particular very complex subject.
     03    I think it could be -- it would have a lot
     04    more complications associated with it.
     05                    So sitting here today, I -- I
     06    can just envisage that there could be many
     07    other details that would present themselves as
     08    risks.
     09         Q.    Okay.  Final question on tab 10:
     10    It's your testimony that you were not aware of
     11    this analysis prior to today?
```

Page 446:13 to 447:05

```
00446:13         A.    I had -- I believe it's the first
     14    time I have seen this peer assist -- this
     15    specific peer assist.  I don't know if -- I
     16    can't recall if at the time, I was aware it
     17    occurred or not.
     18         Q.    Okay.  The e-mail from Jon
     19    Turnbull in the middle of the page, first two
     20    sentences, attached is the final feedback from
     21    the peer assist on top preventer.
     22                    This covers both the BOP on
     23    BOP and the ram valve on flexjoint; is that
     24    correct?
     25         A.    Yes.
00447:01         Q.    And that's not --
     02         A.    I read that -- you've read that
     03    correctly.
     04         Q.    That's not something you would
     05    have seen?
```

Page 447:07 to 447:10

```
00447:07         A.    I -- I can't recall seeing this
     08    e-mail or the attachment.
     09         Q.    It wasn't applicable to any work
     10    of the team developing the capping stack?
```

Page 447:12 to 447:21

```
00447:12         A.    My role at the time was developing
     13    the transition spool and other intervention
```

```
    14   activities around the -- the top of the
    15   HORIZON BOP.
    16        Q.     But you're here to testify about
    17   analysis that went into the design
    18   implementation of the capping stack, so I'm
    19   asking if this was something that was
    20   considered as part of the design,
    21   implementation of the capping stack --
```

Page 447:23 to 447:23

```
00447:23        Q.     -- considered by BP.
```

Page 447:25 to 448:20

```
00447:25        A.     Yeah, this peer assist was -- this
00448:01   peer assist appears to be relevant to the
    02   implementation of the ultimately-used capping
    03   stack and connection using a transition spool,
    04   yes.
    05        Q.     Okay. Let's go to tab 7.  This
    06   appears to be a May 29th, 2010 PowerPoint
    07   regarding top kill analysis.  It's been marked
    08   exhibit 9084.
    09             Have you seen this document
    10   before today?
    11        A.     I -- I need to review it to
    12   refresh my memory.
    13        Q.     I'm really interested in slide 12,
    14   which I think is the last one.
    15        A.     So to answer your question, I -- I
    16   can't recall seeing this document before.
    17        Q.     Okay.  The third bullet point on
    18   slide 12 states, shutting the well in (via BOP
    19   on BOP) is likely to lead to broaching,
    20   correct?
```

Page 448:25 to 449:08

```
00448:25        A.     You've read that sentence
00449:01   correctly.
    02        Q.     And you did not see this document
    03   as part of your preparation for this
    04   deposition?
    05        A.     That is correct.
    06        Q.     Were you aware of a concern that
    07   shutting in the well was likely to lead to
    08   broaching?
```

Page 449:11 to 449:17

```
00449:11        A.     Speaking personally, I was aware
    12   that after top kill, there was such a concern;
```

```
13    hence, the -- the need to focus on containing
14    the flow that was coming out of the well.
15         Q.     And this was because of burst
16    ruptured disc or a concern over burst ruptured
17    disc?
```

Page 449:25 to 450:16

```
00449:25     A.    I'm not sure I understood all the
00450:01    complexities.  I understood bursting discs
02    were part of it, but I didn't need to kind of
03    get into it or understand the details or the
04    full logic.  I just understood the main point
05    was containment was necessary.
06         Q.     To clean that up, I said burst
07    ruptured disc.  I meant to say ruptured burst
08    disc.
09               Did you understand what I
10    meant?
11         A.    Broadly, yes.
12         Q.     Did BP believe that shutting the
13    well in via other methods, such as a capping
14    stack, can lead to burst ruptured disc --
15    ruptured burst disc, or was it a concern
16    unique to BOP on BOP?
```

Page 450:18 to 450:21

```
00450:18     A.    The -- the same concern applied to
19    using a capping stack.
20         Q.     And -- and on this question, I
21    think we can talk in your corporate capacity.
```

Page 451:01 to 452:01

```
00451:01     Q.     I -- I kind of asked that
02    backwards.  Let me just try that again.
03               BP was concerned that
04    shutting the well in with the capping stack
05    could lead to broaching?
06         A.    The -- the -- following top kill,
07    the main purpose of developing the capping
08    stack was to configure it as a containment
09    device and to assist with back pressure during
10    the relief well kill operations.  So the --
11    the opportunity to use the capping stack as a
12    means to shut in the well emerged with the
13    concept of using a well integrity test to
14    close in the well.  And it's in the context of
15    that would be performed to determine if this
16    risk of broaching existed or not.
17               So there was a -- yes -- kind
18    of long answer to your question, yes, that was
```

```
    19    a concern with the capping stack.  Its primary
    20    purpose, however, was not -- initially, was
    21    not shutting off the well.  It was to the
    22    activities I mentioned.  Shut-in only became
    23    an option after a successful -- after
    24    implementation of the well integrity test.
    25         Q.    Could BP have accomplished those
00452:01    same goals with a BOP on BOP?
```

Page 452:04 to 452:12

```
00452:04         A.    The -- I don't think the
    05    containment option could have been
    06    accomplished with the BOP-on-BOP solution, as
    07    I understand it.
    08                   The well integrity test, I --
    09    I don't know.  I don't know the specific
    10    configuration of a BOP-on-BOP solution.
    11         Q.    But you don't know that it could
    12    not have accomplished that goal?
```

Page 452:15 to 452:25

```
00452:15         A.    The -- it could not have -- BOP on
    16    BOP -- I don't know the -- I don't know
    17    what -- what the BOP on BOP final
    18    configuration might have been or was envisaged
    19    as.  I didn't -- I didn't understand it to
    20    have any role in a containment scenario, and I
    21    don't know how that would have been adapted to
    22    a well shut-in scenario.
    23         Q.    Did BP believe that the risks of
    24    broaching the formation were less with a
    25    capping stack than it were with a BOP on BOP?
```

Page 453:03 to 453:15

```
00453:03         A.    So speaking personally, the
    04    capping stack solution was -- had a procedure
    05    to perform a well integrity test, had the
    06    choke on the capping stack to enable that to
    07    be performed.  I -- I don't know about the BOP
    08    on BOP scenario.  I don't -- I wasn't aware
    09    that a well integrity test was considered with
    10    the BOP on BOP scenario.
    11         Q.    Are you aware of any analysis
    12    showing that the risk of broaching the
    13    formation through proceeding with the capping
    14    stack was lower than proceeding with the BOP
    15    on BOP?
```

Page 453:18 to 455:02

```
00453:18        A.    I know of no one -- speaking
      19   personally, I know of no analysis comparing
      20   those two scenarios.
      21        Q.    As the corporate representative
      22   for BP on the design and implementation of the
      23   capping stack, are you aware of any analysis,
      24   modeling, testing that was done to consider
      25   the risk of broaching the formation through
00454:01   the implementation of a capping stack?
      02        A.    I'm aware that as part of the well
      03   integrity test there was generally a lot of
      04   analysis done and measures taken to manage the
      05   risk of broaching, but not the specifics of
      06   such analysis.
      07        Q.    Let's look at tab 9, quickly.
      08   This is a -- it's a couple of documents.  So
      09   I'll just -- I'll point out the page I'm
      10   interested in.  It begins on HCP 002-000133.
      11             Do you see that as the first
      12   page of a BP PowerPoint?
      13        A.    I see that, yes.
      14        Q.    And it's entitled DEEPWATER
      15   HORIZON review and dated Sunday, May 23rd,
      16   2010; is that correct?
      17        A.    You've read that correctly.
      18        Q.    Okay.  Did you see this document
      19   in preparing for your deposition?
      20        A.    Let me have a quick check.
      21             No, I did not.
      22        Q.    Okay.  If you can turn to page --
      23   the last three numbers are 148.
      24        A.    Yes.
      25        Q.    And this page appears to compare
00455:01   various options for capping the Macondo well;
      02   is that correct?
```

Page 455:04 to 456:03

```
00455:04        A.    Yes, it does.  And it --
      05        Q.    And it further -- I'm sorry.
      06        A.    It -- it -- it shows them.  I
      07   don't know how -- I haven't reviewed it to see
      08   how much comparison is going on.  But I see
      09   three different methods, one of which is a
      10   connection method.  Two stacks -- alternative
      11   stacks and a BOP on BOP.  Okay.
      12        Q.    Okay.  So -- so in the -- the
      13   first option, if we're going left to right
      14   across the page, is BOP on BOP, correct?
      15        A.    Listed as C, yes.
      16        Q.    And then on the far right-hand
      17   side we see cap stack on LMRP, correct?
      18        A.    Yes.
      19        Q.    And do you understand that to be a
      20   capping stack?
```

```
        21        A.    That appears to be the three-ram
        22  capping stack.
        23        Q.    Now, the last row on this page has
        24  the title risk; is that correct?
        25        A.    Correct.
00456:01        Q.    And a risk identified for both BOP
        02  on BOP and cap stack on LMRP is breach of
        03  18-inch, correct?
```

Page 456:05 to 456:16

```
00456:05        A.    I see that listed for all options,
        06  yes.
        07        Q.    And it's identified in exactly the
        08  same way for both BOP on BOP and a capping
        09  stack, right?
        10        A.    The same way as breach of 18-inch
        11  are listed for both --
        12        Q.    Okay.
        13        A.    -- under risk.
        14        Q.    And that indicates to you that
        15  that was a concern that BP had with both the
        16  BOP on BOP and the capping stack, correct?
```

Page 456:19 to 456:24

```
00456:19        A.    Yeah.  Yeah.  Reading this
        20  document, I see those issues on -- on the
        21  page, yes.
        22        Q.    And you, in fact, testified that
        23  that was a risk that BP was concerned about
        24  with respect to the capping stack, right?
```

Page 457:01 to 457:07

```
00457:01        A.    It appears that that is one of the
        02  risks that would be a concern.
        03        Q.    Well, you already testified to
        04  that, right?  You testified that -- that
        05  rupturing the burst discs and broaching the
        06  formation was a concern BP had with shutting
        07  the well in via a capping stack?
```

Page 457:13 to 457:25

```
00457:13        A.    You're closing with a -- shutting
        14  a capping stack without -- just a capping
        15  stack solely as a shutoff device would create
        16  a -- a risk and there would need to be a means
        17  of -- there would be -- probably need to be
        18  several measures involved in detecting,
        19  managing the broach option, including
        20  monitoring pressure as the well is closed in
```

```
21    progressively.
22        Q.    And this presentation does not
23    differentiate between BOP on BOP and capping
24    stack in terms of how it describes that risk,
25    correct?
```

Page 458:08 to 458:15

```
00458:08    A.    I -- I see several execution
    09    issues listed.  They don't have the word risk
    10    associated with them but they're effectively
    11    also risks.  So I don't know particularly why
    12    one risk only is listed here.  In practice,
    13    there would be -- including the execution
    14    issues as risks, there may well be other
    15    risks.
```

Page 458:24 to 459:02

```
00458:24    Q.    Do you agree that the risk of
    25    breaching the formation existed with both the
00459:01    use of a two-ram or a three-ram capping stack
    02    and BOP on BOP?
```

Page 459:04 to 459:11

```
00459:04    A.    The risk was there.  It depend --
    05    and it would depend on how -- how it would be
    06    managed would depend on what measures were
    07    available to minimize that risk.
    08        Q.    So if that risk existed with both
    09    the capping stack and the BOP on BOP, why did
    10    BP pursue the capping stack and discard the
    11    BOP on BOP?
```

Page 459:14 to 460:10

```
00459:14    A.    I don't know.  Potentially the
    15    execution risks identified under BOP on BOP
    16    were seen as more significant, more important,
    17    more difficult than the capping stack.
    18        Q.    Okay.
    19        MR. WILLIAMS:  Hey, counsel, what
    20    I'm going to do, I've just taken out the --
    21    the BP part of that document and I'm going to
    22    mark that as the next exhibit.
    23            So the first page is
    24    HCP 002-000133.
    25        MR. DRAKE:  And the pages are
00460:01    continually numbered to what page?
    02        MR. WILLIAMS:  To HCP
    03    002-000149 -- excuse me -- 150.
    04            (Exhibit Number 9832 marked.)
```

```
05        Q.      Okay.  We're going to look at
06   tab 8.
07                 One -- one more before we get
08   to that.  Are you aware that BP stated that
09   ruptured burst discs were why the BOP on BOP
10   was abandoned?
```

Page 460:13 to 460:17

```
00460:13        A.      There were -- not specifically.
14   I'm aware there was a concern that that may
15   have happened, I think my broad understanding.
16        Q.      But you're not aware that BP made
17   that representation to anybody?
```

Page 460:20 to 460:23

```
00460:20        A.      I -- I'm not aware of a specific
21   representation like that.
22        Q.      Are you aware of anything similar
23   to that?
```

Page 461:01 to 461:11

```
00461:01        A.      May I refer to my notebook here?
02   Potentially, there is a -- potentially,
03   there's correspondence that I -- that may --
04   may be there that -- between BP and Unified
05   Area Command that could have used those words.
06        Q.      Other than that correspondence
07   that may exist, you're not aware of any
08   specific or unspecific representation made by
09   BP that the reason for abandoning the BOP on
10   BOP option was concern over burst -- ruptured
11   burst discs?
```

Page 461:14 to 462:09

```
00461:14        A.      I'll say it's a broad statement.
15   I'm -- I'm aware there was a concern about a
16   potential for ruptured burst discs.  Who all
17   the rep -- all the potential scenarios of what
18   representation were made, where, I have no --
19   no knowledge of.
20        Q.      Okay.  Let's look at tab 8
21   quickly.  This is marked exhibit 7127.
22                 And on the bottom of the
23   page, it appears to be an e-mail from Jim
24   Wellings on May 30th, 2010, to members of the
25   capping team; is that correct?
00462:01        A.      Yes.
02        Q.      And Wellings wrote in the first
03   paragraph, BP has decided to go another route
```

```
04   and will not be doing the BOP on BOP for a
05   while.  And then he continues, we will be
06   disbanding the BOP on BOP team for now.
07   Thanks again for the hard work and long hours
08   of coming up with a brilliant plan and
09   inspired contingencies, correct?
```

Page 462:11 to 462:13

```
00462:11  Are you asking him if that's
      12  what the document says?
      13              MR. WILLIAMS:  Yes.
```

Page 462:16 to 464:05

```
00462:16        A.   I'm sure -- I'm not sure you read
      17  what was there.
      18        Q.   I -- I didn't read all of it.
      19        A.   I didn't see the word eventually
      20  and disbanded, sorry.
      21        Q.   Well, I'll just do the whole
      22  thing.
      23              BP has decided to go another
      24  route and will not be doing the BOP on BOP for
      25  a while.  Eventually I think a BOP will have
00463:01  to be put on the HORIZON lower BOP to clean
      02  out the well after kill operations.  All the
      03  good work you guys did will not go for naught.
      04  I am moving on to the Q4000 team to set up for
      05  short-term flaring operations so we will be
      06  disbanding the BOP on BOP team --
      07        A.   Oh, okay.
      08        Q.   -- for now.  Thanks again for the
      09  hard work and long hours of coming up with a
      10  brilliant plan and inspired contingencies.
      11              Did I read that correctly
      12  this time?
      13        A.   You read that correctly.
      14        Q.   Thank you.
      15              He also, in the second
      16  paragraph, notes, David Cameron, Rob Turlak
      17  and Charles Curtis, BP would still like the
      18  option of the three-ram capping stack for
      19  deploying a flexjoint overshot or a subsea
      20  tree.  Can you guys see this through
      21  completion and testing with Charlie?  Keep me
      22  advised of the progress.  I'll be working
      23  12-hour shifts down on the third floor and
      24  will send you my schedule.
      25              Did I get that part right?
00464:01        A.   You read that correctly.
      02        Q.   So does this indicate that as of
      03  May 30th, 2010, BP had abandoned the BOP on
      04  BOP solution but was still planning for a
```

```
         05    three-ram capping stack?
```

Page 464:08 to 466:03

```
00464:08         A.    I don't know -- I don't know that
      09    this formally decided -- formally is BP
      10    position on BOP on BOP.  I do know that the
      11    work on the capping stack, the three-ram
      12    capping stack was continued.
      13         Q.    So as of May 30th, BP was
      14    continuing work on the three-ram capping
      15    stack?
      16         A.    That's correct.
      17         Q.    All right.  I have another
      18    document that's not an exhibit yet, so we will
      19    mark this one.
      20              (Exhibit Number 9833 marked.)
      21         Q.    This is also a May 30th e-mail
      22    from Jim Wellings to John Schwebel regarding
      23    three-ram capping stack -- or three-ram stack,
      24    correct?
      25         A.    Yes.
00465:01         Q.    Have you ever seen this document
      02    before?
      03         A.    I may have seen this -- this -- I
      04    haven't seen this specific document.  The --
      05    these may have been forwarded to me in another
      06    e-mail chain elsewhere.
      07         Q.    Who's John Schwebel?
      08         A.    John Schwebel is a BP employee.
      09    At the time he was working in the containment
      10    disposal project.
      11         Q.    Okay.  He asked Jim Wellings on
      12    May 30th, do you know if the plan is to go
      13    with the three-ram capping stack or will there
      14    be some variation of it?  Just trying --
      15    trying to stay linked in with you on this.
      16    Right?
      17         A.    You read --
      18              MR. DRAKE:  Objection, form.
      19         A.    -- read that correctly.
      20         Q.    And Wellings responds, the plan is
      21    long-term containment and burning oil/gas with
      22    a test spread on the Q4000 and the ENTERPRISE,
      23    flowing oil/gas to her system via a top hat.
      24    When the FP/tanker is ready, I guess it will
      25    take over from Q4000.  No plans to put a BOP
00466:01    on BOP or capping stack.  I have the three-ram
      02    stack ready if you need it.
      03                   Is that right?
```

Page 466:05 to 466:20

```
00466:05         A.    You have read that correctly.
```

```
06          Q.      Do you know --
07          A.      And I'm sorry.  Just to add, I
08    would say I recollect seeing a document with
09    that phraseology in it for Jim.  So perhaps it
10    was part of a -- another e-mail trail.
11          Q.      Do you know what he's talking
12    about?
13          A.      In broad terms, he's saying the --
14    he's saying the focus is on containing flow
15    from the well and immediate and in terms with
16    the -- those were the Q4000 and the
17    ENTERPRISE.
18          Q.      Do you know what he means when he
19    says, no plan to put a BOP on BOP or capping
20    stack on May 30th?
```

Page 466:23 to 467:02

```
00466:23        A.      That may have been his specific
24    knowledge at the time.
25          Q.      Well, it's the same day he tells
00467:01    Transocean that they do want a three-ram
02    capping stack, right?
```

Page 467:04 to 467:04

```
00467:04        A.      It's the same --
```

Page 467:06 to 468:01

```
00467:06        A.      If I recollect from that previous
07    e-mail, he was saying, wants to continue --
08    the e-mail to Transocean, he indicated wanted
09    to have it progress to be available if needed
10    as a contingency.
11          Q.      Okay.  One more question about
12    your notes, which I think you still have in
13    front of you.  And I'm looking at page that
14    ends in 7276, which is fairly near the front
15    of the document.
16          A.      7276.  Yes.
17          Q.      Are these your notes from a
18    April 30th, 2010, meeting?
19          A.      Yes.
20          Q.      And am I reading the last bullet
21    point correct:  Coast Guard will be invited
22    in, dash, caution on making definitive
23    statements on what can or cannot be done since
24    it gets reported up the line?
25          A.      You've read that correctly.
00468:01        Q.      What did you mean by that?
```

Page 468:04 to 468:17

```
00468:04        A.    My -- my understanding is it
      05    was -- is making the point that people need to
      06    be careful about being absolute about what
      07    will or won't happen since this was a very --
      08    you know, the situation was evolving and we
      09    didn't want to put the Coast Guard personnel
      10    in a position of reporting items up the line
      11    that were not specifically correct.
      12              So it was that clarity of
      13    communication and being cautious about the --
      14    the -- the correctness of statements made.
      15        Q.    Was it BP's position as of
      16    April 30th, 2010, that BP personnel should be
      17    cautious about what they told the Coast Guard?
```

Page 468:20 to 469:07

```
00468:20        A.    We were being advised to be
      21    careful about what we -- what were being --
      22    what was stated so that communications
      23    remained clear with the Coast Guard.
      24              I would add that around this
      25    time or if not -- if not later, these morning
00469:01    briefings, we had Coast Guard and BSEE, BOEMRE
      02    people in attendance so that they would be --
      03    they may have -- may -- I can't recall if they
      04    were the room at this particular time.
      05        Q.    Was there any reason why BP
      06    employees needed to be less than fully
      07    forthright with the Coast Guard?
```

Page 469:10 to 469:15

```
00469:10        A.    No reason.  It was a -- this was a
      11    statement around not having maybe personal
      12    opinions getting reported as fact.
      13        Q.    Did this caution with respect to
      14    communications with the Coast Guard include
      15    statements about flow rates?
```

Page 469:23 to 469:25

```
00469:23        A.    I don't recall any such caution
      24    relating to specific topics, including flow
      25    rates.
```

Page 471:22 to 472:11

```
00471:22        Q.    Is it fair to say that Halliburton
      23    had no involvement with the capping stack
      24    design?
      25        A.    I'm not aware of any Halliburton
```

```
00472:01    involvement with capping stack design.
      02          Q.     And would you agree that
      03    Halliburton had no involvement with the
      04    capping stack implementation?
      05          A.     I'm not aware of any Halliburton
      06    involvement in capping stack implementation.
      07          Q.     Outside of those dates that I gave
      08    you, April 22nd, 2010 through September 19th,
      09    2010, do you have any other information or
      10    knowledge about Halliburton's involvement in
      11    the relief efforts?
```

Page 472:14 to 473:02

```
00472:14          A.     Speaking personally, I'm not aware
      15    of any other Halliburton involvement.
      16          Q.     Do you personally have any
      17    criticism about any of Halliburton's conduct
      18    relating to any of the relief efforts?
      19          A.     I do not have any criticism of
      20    that type.
      21          Q.     Do you have -- my question asked
      22    you if you, personally, had any criticism.
      23          A.     Uh-huh.
      24          Q.     Do you, as a 30(b)(6)
      25    representative for BP, have any criticism of
00473:01    Halliburton or any of Halliburton's conduct
      02    relating to any of the relief efforts?
```

Page 473:05 to 473:12

```
00473:05          A.     I cannot speak relating to the
      06    wider relief efforts.  Relating to the capping
      07    stack, I have no criticism.
      08          Q.     Thank you.
      09                 Did you ever hear of anyone
      10    else having any criticism about any of
      11    Halliburton's conduct relating to the relief
      12    efforts?
```

Page 473:15 to 474:09

```
00473:15          A.     I can't speak to the wider relief
      16    efforts.  Because of my knowledge on my scope
      17    relating to capping stack, I can't remember
      18    any criticism of anybody of Halliburton's
      19    involvement or lack of involvement.
      20          Q.     Okay.  Let me ask you, then,
      21    personally, not as a 30(b)(6) representative,
      22    but personally, did you ever hear of anyone
      23    else having any criticism about any of
      24    Halliburton's conduct relating to any of the
      25    relief efforts?
```

```
00474:01        A.      Personally, I'm not aware -- have
      02  not heard of any criticism made of Halliburton
      03  during the relief efforts.
      04        Q.      Would it be fair, then, to say
      05  that you do not know of anyone who has come
      06  forward with any evidence that a Halliburton
      07  employee, personnel, or representative acted
      08  inappropriately with respect to any aspect of
      09  the relief efforts after April 20th of 2010?
```

Page 474:12 to 474:14

```
00474:12        A.      I'm sorry.  Are you asking me
      13  personally?
      14        Q.      Yes, sir.
```

Page 474:18 to 475:09

```
00474:18        A.      I'm not aware of any -- any
      19  reference to Halliburton personnel coming
      20  for -- or any evidence against Halliburton
      21  personnel relating to those activities you
      22  mentioned.
      23        Q.      Thank you.
      24                Are you aware of any
      25  Halliburton representative who was a member of
00475:01  the Unified Area Command team?  And I'm asking
      02  you in your personal capacity.
      03        A.      I'm not aware of any such
      04  Halliburton person.
      05        Q.      Are you aware, again, in your
      06  personal capacity, of any Halliburton
      07  representative who was involved in any
      08  decision-making process relating to any relief
      09  activities?
```

Page 475:11 to 475:19

```
00475:11        A.      In my personal capacity, I'm not
      12  aware of any such Halliburton person in a
      13  decision-making capacity.
      14        Q.      How about as a 30(b)(6) witness,
      15  are you aware of any Halliburton
      16  representative involved in any decision-making
      17  process relating to the relief activities on
      18  which you were designated to testify here
      19  today?
```

Page 475:21 to 476:03

```
00475:21        A.      Relating to capping stack
      22  activities, in my 30(b)(6) capacity, I'm not
      23  aware of any Halliburton person and
```

```
        24  decision-making -- with decision-making
        25  responsibilities.
00476:01        Q.    Did anyone from Halliburton give
        02  you or BP any suggestions regarding how to
        03  proceed relating to the capping stack?
```

Page 476:05 to 477:02

```
00476:05        A.    I'm not aware of anybody from
        06  Halliburton giving suggestions relating to the
        07  capping stack.
        08        Q.    Are you aware of anybody from
        09  Halliburton giving any directives to anyone
        10  related to the capping stack in which you were
        11  involved?
        12        A.    I'm not aware of any Halliburton
        13  person giving directives relating to the
        14  capping stack.
        15        Q.    Are you aware of anybody seeking
        16  any kind of permission from Halliburton for
        17  any activities they performed with regard to
        18  the relief efforts that you are designated to
        19  testify about here today?
        20        A.    I'm sorry.  Could you repeat that
        21  question?
        22        Q.    I'm -- I will try.
        23              Are you aware of anybody
        24  seeking any permission from Halliburton with
        25  regard to any activities that were performed
00477:01  on the relief efforts that you are designated
        02  to testify here about today?
```

Page 477:04 to 477:09

```
00477:04        A.    Relating to the capping stack, I'm
        05  not aware of any permission being sought from
        06  Halliburton personnel.
        07        Q.    Are you aware of anyone on that
        08  same topic seeking any advice from
        09  Halliburton?
```

Page 477:11 to 477:12

```
00477:11        A.    I'm not aware of anyone seeking
        12  such advice from Halliburton.
```

Page 477:22 to 478:01

```
00477:22        Q.    Let me rephrase my question in
        23  light of the objection.
        24              A two-ram capping stack was
        25  initially considered to shut in the Macondo
00478:01  well, correct?
```

Page 478:03 to 478:19

00478:03        A.    A two-ram capping stack was one of
       04    the options considered to shut in the well
       05    initially.
       06        Q.    And the two-ram capping stack was
       07    not used because it would only have shut in
       08    the -- the well; is that correct?
       09        A.    The -- the two-ram capping stack,
       10    as originally conceived, did not have the
       11    features necessary for containment, so it --
       12    its designed evolved into the three-ram
       13    capping stack to contain the features that
       14    were determined to be necessary for ultimate
       15    use.
       16        Q.    So is it fair to say that the
       17    two-ram capping stack as initially considered
       18    did have the capability to shut in the Macondo
       19    well?

Page 478:21 to 479:05

00478:21        A.    The two-ram capping stack as
       22    initially considered was intended to be used
       23    with a transition spool that would be
       24    landed -- connected to the top of the LMRP.
       25    The -- and the -- so the -- the full readiness
00479:01    to implement that two-ram option was not
       02    reached.  It had to -- additional tooling was
       03    needed to make the necessary connection.  And
       04    in the course of that time, a three-ram stack
       05    evolved.

Page 479:08 to 479:11

00479:08        Q.    My question is just, is it fair to
       09    say that the two-ram capping stack as
       10    initially considered did have the capability
       11    to shut in the Macondo well?

Page 479:13 to 479:19

00479:13        A.    The two-ram stack relied on a
       14    connection to the LMRP.  If the capping
       15    stack -- if it had been possible to put the
       16    capping stack on the well, that -- the capping
       17    stack could have been used to close in the
       18    well but not perform well integrity test, for
       19    example.

Page 483:08 to 483:08

00483:08  (Exhibit Number 9834 marked.)


Page 483:11 to 483:14

00483:11  Do you recall seeing this
     12  document before?
     13       A.   I don't recall.  I may have, but I
     14  can't recall it specifically.


Page 488:03 to 488:03

00488:03  (Exhibit Number 9835 marked.)


Page 488:06 to 488:09

00488:06       Q.    Do you recall seeing this document
     07  before?
     08       A.    Not specifically.  I may have seen
     09  it.


Page 488:23 to 489:08

00488:23       Q.    You said a few minutes ago that
     24  you attended various HAZIDs beyond -- well,
     25  let me ask you this:  What HAZIDs can you
00489:01  remember participating in?
     02       A.    I can remember the -- specifically
     03  difficult to list them all.  I remember, I
     04  think, riser cutting, probably ones around
     05  tooling and the unbolting, the transition
     06  spool installation.  So there were quite a
     07  number of HAZIDs, so recalling each individual
     08  one is a bit of a challenge.


Page 489:10 to 489:12

00489:10  Was it the practice that a
     11  HAZID was done for all activities during the
     12  control efforts?


Page 489:14 to 489:16

00489:14       A.    For the -- for each of the
     15  offshore procedures, generally, yes, that's
     16  the case.


Page 492:24 to 493:10

00492:24  Do you recall testifying
     25  earlier that the capping team looked at blast

```
00493:01   force from the plume?
      02         A.   I do.
      03         Q.    Other than that analysis, did flow
      04   rate analyses have any impact on the
      05   development of the capping stack?
      06         A.   No.
      07         Q.    Mr. Smith, did any of your roles
      08   within BP prior to April 20th, 2010 involve
      09   responding to the loss of well control?
      10         A.   No.
```

Page 493:22 to 493:25

```
00493:22         Q.    Mr. Smith, do you have any
      23   knowledge of BP's knowledge of loss of
      24   well-control response equipment as of
      25   April 20th, 2010?
```

Page 494:02 to 494:05

```
00494:02         A.   None.
      03         Q.    Mr. Smith, do you have any
      04   knowledge of BP's plans regarding the loss of
      05   well control as of April 20th, 2010?
```

Page 494:07 to 496:17

```
00494:07         A.   No.
      08         Q.    Mr. Smith, yesterday I think you
      09   were asked to read from a document that was
      10   said to come from BP Alaska.  That was
      11   exhibit 9827.
      12                   Do you remember that?
      13         A.   I do.
      14         Q.    Did you have an opportunity to
      15   review that document over the evening?
      16         A.   Yes, I did.
      17         Q.    Does that document discuss subsea
      18   capping stacks?
      19         A.   No, it does not.
      20         Q.    Mr. Smith, you were asked
      21   yesterday about whether any BP employees
      22   approached you during the response, and
      23   indicated a knowledge of the capping stack.
      24                   Do you remember that?
      25         A.   Yes.
00495:01         Q.    Did anyone from any other
      02   exploration company or any other entity
      03   indicate to you a knowledge of subsea capping
      04   stacks during the response?
      05         A.   No knowledge of actual capping
      06   stack experience.
      07         Q.    And, Mr. Smith, I think you were
```

```
08   also shown yesterday exhibit 9579, which had
09   to do with when BP learned that the CC40 choke
10   would take 8.5 turns to close.
11                 Does that ring a bell?  Is
12   that familiar?
13        A.    Yes, I recall that.
14        Q.    And have you had a chance to
15   review that document?
16        A.    Yes, I have.
17        Q.    And do you agree that BP learned
18   that it took 8.5 turns to close the choke on
19   July 15th?
20        A.    I do.
21        Q.    All right.  Mr. Smith, you've been
22   asked a number of questions regarding the
23   availability of the capping stack for
24   deployment; is that right?
25        A.    Yes.
00496:01        Q.    Okay.  Was there a means available
02   to connect the capping stack to the LMRP
03   flexjoint in May of 2010?
04        A.    No, the tooling had not been
05   developed to enable that option.
06        Q.    And when did that device become
07   available, Mr. Smith?
08        A.    The fully developed transition
09   spool and tooling to install the transition
10   spool on the capping stack was completed and
11   tested on or around July the 3rd.
12        Q.    Was it possible to connect the
13   capping stack prior to the connection devices
14   becoming available?
15        A.    It wasn't possible to connect it
16   to the transition spool until the tools were
17   developed.
```

Page 496:19 to 496:25

```
00496:19 And when were the
20   finally-utilized tools developed to install
21   the capping stack?
22        A.    They were developed during June
23   and went through final testing and procedural
24   development and deployment all through June,
25   with final procedural approvals in early July.
```

Page 497:03 to 497:05

```
00497:03 Was the tooling available in
04   May to remove the riser flange?
05        A.    No.
```

Page 497:15 to 497:17

```
00497:15       Q.    Good morning, again, Mr. Smith.
      16   Scott Cernich for the United States, with my
      17   colleague, Sharon Shutler.  We have a few more
```

Page 497:20 to 498:08

```
00497:20  We talked a bit, and -- and
      21   counsel for BP asked you a few moments ago,
      22   about considerations of flow -- flow rate
      23   related to the capping stack.  I had a
      24   follow-up question on that.
      25                   We discussed yesterday that
00498:01  one of the desired capabilities of the
      02   three-ram stack was the production of oil; is
      03   that right?
      04       A.    I wouldn't use the term production
      05   of oil; containment of the oil going out of
      06   the well back to surface containment vessels.
      07       Q.    Containment.  Okay.  We can use
      08   the term containment.
```

Page 500:04 to 500:08

```
00500:04       Q.    And so -- but you -- you mentioned
      05   speaking personally, but is it BP's contention
      06   that there was no consideration of flow rate
      07   limits in the design of the triple-ram stack?
      08       A.    That is correct.
```

Page 500:12 to 501:10

```
00500:12       Q.    You -- you mentioned -- you also
      13   mentioned early in your testimony that the
      14   Coast Guard -- you participated in some
      15   morning meetings with members of the Coast
      16   Guard; is that right?
      17       A.    Rather, it was the other way
      18   around.  We -- there were morning meetings or
      19   team briefings and members of -- in -- in our
      20   room, workroom.  And members of the Coast
      21   Guard or BOEM would attend as they saw fit.
      22       Q.    But Coast Guard and personnel from
      23   BOEM didn't attend all of your meetings
      24   regarding the response efforts; is that right?
      25       A.    Not -- maybe not all, but there --
00501:01  the regular briefings we held, the HAZIDs,
      02   procedure developments, those were broadly, I
      03   would say, attended by representatives, or
      04   certainly, invitee -- the Coast Guard and the
      05   BOEM were made aware of those.  And if they
      06   chose to attend or not, that was their
      07   consideration.
      08       Q.    But you did have meetings to which
```

```
        09   U.S. Government representatives were not
        10   invited, correct?
```

Page 501:12 to 501:15

```
00501:12        A.    I don't know -- I don't invite
        13   invitations.  I attended meetings where there
        14   may not have been such representatives
        15   present.
```

Page 501:24 to 502:02

```
00501:24        Q.     I said, you don't know personally
        25   whether U.S. Government representatives were
00502:01   invited to every meeting that BP had regarding
        02   the response efforts on the Macondo well?
```

Page 502:04 to 502:07

```
00502:04        A.     Yeah, as I said, it was in
        05   meetings where there were no such
        06   representatives present.  Whether or not they
        07   were invited, I don't know.
```

Page 502:12 to 503:23

```
00502:12   (Exhibit Number 9836 marked.)
        13        Q.     And this is an e-mail dated
        14   May 6th, 2010 from Trevor Hill to yourself,
        15   Paul Tooms, Mark Nichols, and Gordon Birrell;
        16   is that right?
        17        A.    Yes.  Yes.
        18        Q.     And the subject is flow
        19   observations; is that right?
        20        A.    That's correct.
        21        Q.     And do you recall receiving this
        22   e-mail from Mr. Hill?
        23        A.    Vaguely, yes.
        24        Q.     Okay.  And this e-mail reads, this
        25   is a work in progress, but may help as you
00503:01   look at still and video pictures and consider
        02   how flow issues affect your activities and
        03   decisions.  The videos are not attached to
        04   this file, but I will get them put in
        05   SharePoint.
        06              Did I read that correctly?
        07        A.    You did.
        08        Q.     And there's an attachment to this
        09   e-mail titled Flow Summary Rev 1; is that
        10   right?
        11        A.    Let me go back to the original.
        12              Yes.
        13        Q.     And this is a -- a PowerPoint
```

```
14    containing observations of the flow from the
15    Macondo well; is that right?
16         A.    Let me check the rest of the
17    document.  That's certainly the first page.
18                   Yes, broadly.
19         Q.    Did you understand that Mr. Hill
20    was sending you this document in order that
21    you could consider it in source control
22    operations?
23         A.    Broadly, yes.
```

Page 504:02 to 505:03

```
00504:02 (Exhibit Number 9837 marked.)
03               MR. CERNICH:  I'm going to mark
04    this as exhibit 9837.
05         Q.    This is an e-mail dated May 15th,
06    2010 from Leith McDonald to yourself and a
07    number of other BP employees; is that correct?
08         A.    That's correct.
09         Q.    The subject is, fact sheet?
10         A.    Yes.
11         Q.    And the e-mail reads, Gents,
12    attached is a fact sheet of data that I've
13    assembled to assist with data dissemination.
14    Could you please review for completeness and
15    correctness for the section by which I've
16    placed you as a contact.  If you feel you
17    should not be the contact, please advise, and
18    I'll work with them for review and sign.  The
19    number one objective here is to get correct
20    data into the hands of those that need it most
21    and hopefully assembly it in one place.
22               Did I read that correctly?
23         A.    Yes.
24         Q.    Okay.  And do you recall receiving
25    this e-mail from Mr. McDonald?
00505:01   A.    Not specifically, but I -- I
02    received a lot of e-mails, so, yeah, I assume
03    I received this.
```

Page 505:05 to 505:17

```
00505:05 And if I could ask you to
06    look at the attachment on the first page
07    there.
08               This is a document with the
09    title Engineering & Diagnostics Fact Sheet; is
10    that right?
11         A.    Yes, first issue --
12         Q.    Okay.
13         A.    -- and draft for discussion.
14         Q.    Thank you.
15               And did you -- do you recall
```

```
        16   receiving additional fact sheets like this
        17   after this first issue?
```

Page 505:24 to 506:03

```
00505:24        A.   I can broadly remember a fact
        25   sheet.  I cannot remember if there was a
00506:01   series of them or not.
        02        Q.    And did you contribute to the
        03   information in these fact sheets?
```

Page 506:05 to 506:23

```
00506:05        A.   I need to review it to see if I --
        06   if I did.  I might have.
        07        Q.    If I could direct you to page 3,
        08   there's a section 6, well flow modeling.
        09                Do you see that?
        10        A.   I do.
        11        Q.    And there's a description there.
        12   It says, data result, with some information,
        13   data measured, data confidence limits and
        14   implications.
        15                Do you see that?
        16        A.   Yes.
        17        Q.    And it lists you as the contact
        18   for -- for follow-up.
        19                Do you see that?
        20        A.   I do.
        21        Q.    Do you recall how you followed up,
        22   or if you followed up, with regard to this
        23   well flow modeling?
```

Page 506:25 to 507:06

```
00506:25        A.   I might have followed up to say
00507:01   that I think it was the wrong name.  Trevor
        02   Hill might be the appropriate name.  It
        03   doesn't look like my scope at all.
        04        Q.    Okay.  So you would assume that
        05   that -- that that work should have or would
        06   have been done by Mr. Hill?
```

Page 507:08 to 507:12

```
00507:08        A.   Yes, well flow modeling --
        09   anything with that title would not be me.
        10        Q.    And you have no recollection of
        11   doing any of that type of work?
        12        A.   Certainly not.  None.  I did none.
```

Page 507:18 to 508:10

```
00507:18  (Exhibit Number 9838 marked.)
    19        Q.      And this an e-mail from yourself,
    20  dated May 23rd, 2010, to Leon Dominick.
    21              Do you see that?
    22        A.    I do.
    23        Q.      Subject, advisor cut schedule,
    24  5-23-10; is that right?
    25        A.    Yes.
00508:01        Q.      And the e-mail reads, thanks,
    02  Leon.  The schedule you have provided probably
    03  reflects the success case where top kill
    04  works.  If the top kill is not successful, we
    05  are likely to know within a few hours, i.e.,
    06  before end Wednesday.  So our riser cutting
    07  operation could start two to three days
    08  earlier.
    09              Did I read that correctly?
    10        A.    You did.
```

Page 509:01 to 509:24

```
00509:01        Q.      But you do recall that the top
    02  kill effort went on for approximately two
    03  days, correct?
    04        A.    Yes, that it was done well beyond
    05  a few hours.
    06        Q.      Okay.  And the riser cutting
    07  operation did not begin until after the top
    08  kill was complete; is that right -- or the top
    09  kill efforts were complete, I should say?
    10        A.    That is correct.
    11        Q.      And did you have any personal
    12  involvement in the riser cutting operation?
    13        A.    I was -- it was part of my scope
    14  when I first joined.  I was also responsible
    15  for the preparations for riser cutting.  And
    16  there was a project lead, Mike Vandenbossche,
    17  reporting to me who was making those
    18  arrangements.
    19              So I had, prior to this time,
    20  arranged a first version of the -- of the
    21  riser cutting procedures to be reviewed,
    22  HAZID'd, and the equipment to be offshore.  So
    23  I got to the stage of being largely ready to
    24  commence riser cutting.
```

Page 512:07 to 513:16

```
00512:07  binder.  And this is an exhibit that was
    08  previously marked exhibit 5092.
    09              Do you see that?
    10        A.    Yes.
    11        Q.      And this is an e-mail from Pierre
```

```
12    Beynet, dated May 3rd, 2010, to Gordon
13    Birrell, Howard Cook, and yourself.
14            Do you see that?
15        A.    I do.
16        Q.    And the subject is Forces on BOP
17    Stabbing on a Flowing Well.  The forces are
18    small, of the order of 100 pounds for 70,000
19    BOD plus 700 million standard cubic feet per
20    day.
21            Do you see that?
22        A.    I do.
23        Q.    And can you tell me if this is the
24    analysis to which you referred in our prior
25    discussions regarding the consideration of
00513:01    flow rate and the landing the capping stack?
02        A.    If I could review the document,
03    please.
04        Q.    Certainly.
05        A.    Uh-huh.  So I -- I received the
06    e-mail.  I cannot remember actually reviewing
07    this particular attachment.  I have received a
08    lot of e-mails.  I might not have -- I might
09    have stayed with the broad assumption at the
10    front and not looked at it.
11            But, yes, the short answer
12    is, though, I -- based on what Jim Wellings
13    told me, this is probably -- this is most
14    likely the analysis to which you referred to
15    when speaking to me, saying the forces were
16    insignificant.
```

Page 513:18 to 514:22

```
00513:18    We've -- we've reviewed a
19    whole variety of -- of e-mails over the past
20    couple of days.  And during the response to
21    the Macondo blowout, you used e-mails to
22    communicate information to other BP employees
23    and contractors on a regular basis; is that
24    right?
25        A.    That's correct.
00514:01        Q.    And you communicated facts related
02    to the response?
03        A.    I don't know what the -- the
04    content of the e-mail would have been around
05    progress of our work.  I'm not sure I would
06    term the facts.  The situation was so fluid.
07    What was assumed one day might be different as
08    an assumption the following day.  So I'm not
09    sure facts -- what facts I would be
10    communicating.
11        Q.    Okay.  But you mentioned
12    assumptions, so at times you would be
13    communicating assumptions, observations?
14        A.    It depends on -- yes.  It could
```

```
15      be -- I don't think I'd be using e-mail,
16      necessarily, to communicate general progress.
17      I would probably be using it to more chase up
18      with them, understand their progress of the
19      work they were doing for our team.
20          Q.     In order to respond to the -- the
21      well?
22          A.     Yes.
```

Page 514:24 to 515:01

```
00514:24        Q.     And many, if not all, of those
     25      communications were necessary communications
00515:01      for responding to the blowout; is that right?
```

Page 515:03 to 515:07

```
00515:03        A.     They were necessary -- yes.  They
     04      were -- most -- most of my e-mails were --
     05      would have been associated with progressing
     06      our work during the response, yes.
     07          Q.     Okay.  Thank you.
```

Page 515:12 to 515:23

```
00515:12        Q.     Mr. Smith, yesterday we talked
     13      about some logs, and we went through one of
     14      the activity logs in particular.
     15                 And now I wanted to just go
     16      over briefly the -- the ROV logs, I think,
     17      that you --
     18          A.     Yes.
     19          Q.     -- you reviewed in preparing for
     20      your -- your deposition.
     21                 And the one that was included
     22      in your prep -- prep -- preparation materials
     23      was a spreadsheet with a --
```

Page 516:05 to 517:13

```
00516:05        Q.     And this would be tab 23 on BP's
     06      disk that was circulated yesterday.  And it
     07      has a Bates number BP-HZN-2179MDL01611601.
     08      And I'm just showing the --
     09          A.     Yes.
     10          Q.     -- the cover sheet here --
     11          A.     Yes.
     12          Q.     -- on it.
     13                 And what I -- what I've done
     14      is, I've pulled the -- I pulled the native
     15      file from -- from the production here.  And
     16      I'm pulling that up now so that we can look at
     17      it with the --
```

```
      18            MR. CERNICH:  I believe what was
      19    on the -- the disk, Counsel, was a couple of
      20    subsets of the materials that are on this
      21    broader spreadsheet; is that right?
      22            MR. DRAKE:  I think I understand
      23    what you're saying, Counsel, and I believe
      24    you're correct.
      25            MR. CERNICH:  Okay.  So I just --
00517:01    I'm just pulling up the entire spreadsheet
      02    here.  If we can -- for some reason, it's
      03    not --
      04        Q.    Can you see that well enough,
      05    Mr. Smith?
      06            MR. DRAKE:  Before you ask another
      07    substantive question, I think Mr. Smith had a
      08    question for me.
      09            We can stay on the record.
      10        A.    Will it be necessary to
      11    cross-relate this to the -- the Ms. Edwards
      12    spreadsheet?
      13        Q.    No.
```

## Page 517:16 to 519:17

```
00517:16        Q.    Mr. Smith, I pulled up here in the
      17    native Excel format, a spreadsheet that
      18    appears to be the -- the ROV logs that I
      19    believe you reviewed in preparation for your
      20    deposition today; is that right?
      21        A.    Yes, I reviewed some of the logs.
      22        Q.    Okay.  And I'll -- I'll proffer
      23    that this is the -- this is the native file of
      24    the -- with the same Bates number as the
      25    document that was in -- in your -- your
00518:01    binder.
      02            And these -- these ROV logs
      03    are a recording of ROV activities during the
      04    DEEPWATER HORIZON response; is that right?
      05        A.    Yes.
      06        Q.    And these records were made
      07    contemporaneously with the events described in
      08    the log as observed in BP's offices?
      09        A.    That's my understanding, yes, for
      10    the individual tabs.  There is an executive
      11    summary, which I understand may have been
      12    compiled later.
      13        Q.    Okay.  So that first tab, the one
      14    that says Executive Summary, may have been
      15    compiled later?  And these other ones,
      16    Achiever, Olympic Challenger BOA Subsea, for
      17    example, would have been the logs recorded
      18    contemporaneously at the time?
      19        A.    That's my understanding, yes.
      20        Q.    I am going to hand you a document
      21    that I'm going to mark as exhibit 9839.
```

```
22                (Exhibit Number 9839 marked.)
23         Q.      And this was the cover e-mail.
24    This -- that particular spreadsheet, the Bates
25    you gave me was a -- was an attachment to this
00519:01    e-mail.  It's an e-mail from Mike Lorenz,
02    dated September 4th, 2010, to Michael Leary
03    and Terry Jordan.
04                      Do you see that?
05         A.    I do.
06         Q.     With attachment DW HORIZON IMT ROV
07    Ops notes, day of September 4th.
08                      Do you see that?
09         A.    I do.
10         MR. CERNICH:  Okay.  And just for
11    the record, I'm going to include this -- the
12    cover e-mail as I marked as exhibit 9839 with
13    the attached spreadsheet as the -- as the
14    exhibit.  And I'll provide the court reporter
15    with the attachments.  And I'm noting for the
16    record that it's the native file that is
17    actually the exhibit.
```

Page 522:08 to 522:10

```
00522:08      Q.      Okay.  Do you know who owned the
09    blowout preventer that was on the DEEPWATER
10    HORIZON?
```

Page 522:12 to 522:12

```
00522:12      Q.      Whose property was it?
```

Page 522:14 to 522:25

```
00522:14      A.      The blowout preventer on the
15    DEEPWATER HORIZON, from personal knowledge, I
16    would assume is the property of Transocean.
17         Q.      Right.  That's my understanding,
18    also.  Okay.
19                      In the Transocean blowout
20    preventer that was on the DEEPWATER HORIZON,
21    of course, that was the matter on which you
22    were trying to come up with a transition spool
23    and a method of attaching to that piece of
24    equipment, right?  That was one of the
25    projects you undertook?
```

Page 523:03 to 523:11

```
00523:03      A.      I worked on the -- the development
04    of a transition spool to connect to the LMRP
05    on top of that BOP, yes.
06         Q.      Right.
```

```
        07                     Did Transocean come to you
        08     and say, oh, no, we -- this is our piece of
        09     equipment, we have a way to attach to it in
        10     the event of failure?  Did anyone from
        11     Transocean come to you and say that?
```

Page 523:16 to 523:17

```
00523:16        Q.    The -- did someone from Transocean
        17     come to you and say that?
```

Page 523:19 to 524:05

```
00523:19        A.    No one -- no one from Transocean
        20     came to me and said that they had the means of
        21     connecting to the LM -- to the flexjoint at
        22     the top of the LMRP.
        23        Q.     Okay.  Did anyone from Transocean
        24     come to you and say, this is our piece of
        25     equipment, we have anticipated its limitations
00524:01     and its potential for failure, and we have a
        02     method that we've thought about in advance
        03     about how to shut the well in with a capping
        04     stack?  Did anyone from Transocean come to you
        05     and say that?
```

Page 524:08 to 524:09

```
00524:08        A.    I do not recall anyone from
        09     Transocean coming and saying that to me.
```

Page 525:03 to 525:19

```
00525:03        Q.     Fair enough.  Okay.
        04                     With regard to undoing the
        05     flexjoint -- do you remember, you talked about
        06     the technical difficulties when you examined
        07     the possibility of unbolting the flexjoint and
        08     attaching to the top of the LMRP?
        09        A.    I do.
        10        Q.     Okay.  With regard to that
        11     subject, the methodology by which one might
        12     possibly unbolt the flexjoint and attach
        13     directly to the LMRP, did anyone from
        14     Transocean come to you and say, no, this is
        15     our piece of equipment, we've anticipated
        16     problems, and we have a method for doing that,
        17     unbolting the flexjoint so that we can attach
        18     to the top of the LMRP?  Did anyone come to
        19     you and do that?
```

Page 525:22 to 526:02

```
00525:22       A.    Transocean did not approach us
      23  directly on that.  When we considered it, that
      24  as an option, I am reasonably sure that we
      25  would have consulted with Transocean to see
00526:01  how they -- they made that connection and
      02  broke it up on the drilling rig.
```

Page 526:09 to 526:10

```
00526:09       Q.    Did Transocean have such a
      10  solution to you -- for you?
```

Page 526:13 to 526:17

```
00526:13       A.    Not if it was performed -- to be
      14  performed at subsea at depth.  They had a
      15  solution as part of -- they had a method of
      16  making that connection on the deck of the
      17  drilling rig, but not for use subsea.
```

Page 527:06 to 527:08

```
00527:06       Q.    Do you know that about the blowout
      07  preventer, that's it's a subsea blowout
      08  preventer?  Do you know that?
```

Page 527:11 to 527:16

```
00527:11       A.    I know that the HORIZON BOP was a
      12  subsea BOP.
      13       Q.    Therefore, you know when it's
      14  attached to the wellhead, that's when it will
      15  be called upon for emergency use, correct?
      16       A.    Correct.
```

Page 528:08 to 528:14

```
00528:08       Q.    Sure.  I'll be happy to.
      09            It is foreseeable that this
      10  particular BOP would be used subsea, correct?
      11       A.    The -- the HORIZON BOP was -- its
      12  purpose was to be used subsea.
      13       Q.    Therefore, it's foreseeable that
      14  if it fails, it would fail subsea, correct?
```

Page 528:16 to 528:25

```
00528:16       A.    I don't know enough about the
      17  operation of BOPs to know what was
      18  foreseeable.
      19       Q.    Okay.  So you're the person here
```

```
     20   who's the corporate representative on this
     21   particular capping stack, and you don't know
     22   enough about BOPs to tell us if it's
     23   foreseeable that a subsea BOP will fail when
     24   it's subsea?  Do I understand your answer
     25   correctly?
```

Page 529:02 to 529:04

```
00529:02      A.    That was not my answer.
     03       Q.    Okay.  Is it foreseeable that this
     04   BOP would fail when it's on the ocean floor?
```

Page 529:06 to 529:15

```
00529:06      A.    Is the BOP you're referring to the
     07   DEEPWATER HORIZON BOP?
     08       Q.    Yes.
     09       A.    My answer is, I don't know the
     10   circum- -- all the operating circumstances of
     11   BOPs and what is foreseeable or not
     12   foreseeable with their operation.
     13       Q.    Okay.  You don't know enough about
     14   BOPs to tell me what's foreseeable or what's
     15   not?
```

Page 529:20 to 530:03

```
00529:20      A.    Yeah, I -- I have knowledge of
     21   blowout preventers as used in the capping
     22   stack that was placed on top of the -- at the
     23   LMRP during the response.
     24              The details of deepwater
     25   BOPs, including the DEEPWATER HORIZON, is not
00530:01   something I'm familiar with in detail.
     02       Q.    Okay.  This one failed subsea.
     03              Do you agree with that?
```

Page 530:05 to 530:12

```
00530:05      A.    It appears that was the case,
     06   speaking from personal awareness.
     07       Q.    All right.  So my question is,
     08   when -- did Transocean have a subsea method to
     09   undo that flexjoint so that you could attach a
     10   capping stack to the top of the LMRP?  Did
     11   Transocean have such a methodology that they
     12   shared with you?
```

Page 530:15 to 530:15

```
00530:15      A.    Not to my knowledge.
```