# United States' Phase Two Offer of Proof Exhibit 20
# Designations of both Depositions of Robert Turlak

Page 8:03 to 8:11

```
00008:03  Today is September 28th, 2011.  This is
      04  the deposition of Robert Turlak regarding the oil
      05  spill of the Oil Rig DEEPWATER HORIZON on April
      06  20th, 2010.
      07          The time is 8:38 a.m.  We're on the
      08  record.
      09               ROBERT JOSEPH TURLAK
      10  was called as a witness by the Plaintiffs and,
      11  being first duly sworn, testified as follows:
```

Page 8:14 to 8:16

```
00008:14      Q.  Would you state your name and address for
      15  the record, please?
      16      A.  It's Robert Joseph Turlak.
```

Page 11:07 to 11:24

```
00011:07      Q.  All right.  Tell me about your
      08  educational background.
      09      A.  High school educated.  Bachelor of
      10  Science in Mechanical Engineering from Texas A&M
      11  University 1978, graduated in 1978.
      12      Q.  Okay.  Do you hold any other degrees?
      13      A.  No, sir.
      14      Q.  All right.  Do you hold any Licenses?
      15      A.  I'm a pre -- Professional Engineer
      16  licensed in the State of Texas.
      17      Q.  Is your License up to date now?
      18      A.  Yes, sir.
      19      Q.  All right.  All right.  After you
      20  graduated from -- from Texas A&M in 1978 -- is
      21  that correct?
      22      A.  Yes, sir.
      23      Q.  -- what did you do?
      24      A.  I went to work for Cameron Ironworks.
```

Page 12:06 to 12:08

```
00012:06      Q.  What type of business was Cameron
      07  Ironworks?
      08      A.  Manufacturer of oil field equipment.
```

Page 12:24 to 13:12

```
00012:24      Q.  All right.  So you graduated in '78, and
      25  then short -- right after that --
00013:01      A.  Started in -- in with Cameron in 1979.
      02      Q.  In '79.  So you worked as a Design
      03  Engineer in the Drilling Engineering Department
      04  for four to five years?
```

```
05      A.  Yes, sir.  Went --
06      Q.  And then what did you do?
07      A.  And then went into the Choke Engineering
08  Department.
09      Q.  And what did that involve?
10      A.  That involved well control systems.  A
11  choke is a -- a -- a pressure-relieving device
12  typically used on choke and kill manifolds.
```

## Page 13:20 to 14:24

```
00013:20     Q.  Okay.  And you did that for how long?
21      A.  For about two years.
22      Q.  What were you doing in the Choke
23  Engineering Department?
24      A.  I was supervising.  I was supervising
25  young Engineers, as well as Designers.
00014:01     Q.  What in -- you mentioned well control
02  systems.
03      A.  M-h'm.
04      Q.  What involvement did you have with well
05  control systems while you were with Cameron,
06  other than working in the Choke Engineering
07  Department?
08      A.  Well, the Drilling Engineering
09  Department, its primary responsibility was for
10  marine riser, ram-type BOPs, and annular BOPs.
11      Q.  Okay.
12      A.  All of those are -- are well control
13  equipment.
14      Q.  So you were involved with BOPs?
15      A.  Yes, sir.
16      Q.  Okay.  And what was your involvement with
17  BOPs?
18      A.  As a -- as a Design Engineer, I worked on
19  design modifications to ram-type BOPs and annular
20  BOPs.
21      Q.  Okay.  And just so the record's clear,
22  when we're talking about BOPs, we're talking
23  about blowout preventers, right?
24      A.  Correct.
```

## Page 16:13 to 17:05

```
00016:13     Q.  Okay.  And were you promoted, or did you
14  go elsewhere?  What did -- what did you do after
15  that?
16      A.  After that?
17      Q.  After that.
18      A.  I was -- I became the Technical Manager
19  for Cameron in Singapore, Technical Manager at
20  the manufacturing facility.
21      Q.  And what were your responsibilities as
22  the Technical Manager of the manufacturing
```

```
23  facility?
24      A.  The Product Engineering for the products
25  being manufactured in the plant, as well as the
00017:01  Quality Control and Quality Assurance.
02      Q.  What products were y'all manufacturing in
03  Singapore?
04      A.  We were manufacturing subsea wellheads
05  and surface wellhead equipment.
```

Page 17:12 to 17:24

```
00017:12      Q.  All right.  Then what did you do?
13      A.  I transferred back to Houston and became
14  the Manager of the Choke Engineering Department.
15      Q.  Was that a promotion?
16      A.  Yes.
17      Q.  And what were your responsibilities as
18  the Manager of the Choke Engineering Department?
19      A.  Well, the company had recently bought
20  three different choke manufacturers, and it was
21  put into -- the Engineering Groups were put into
22  one Group, and I -- I -- I managed that Group,
23  and we manufactured -- I mean, we designed both
24  drilling and production-type chokes.
```

Page 18:13 to 18:16

```
00018:13  And then what did you do?
14      A.  After that point I -- I moved into the
15  Cameron Aftermarket Department, where I was
16  Engineering Manager of the Aftermarket Group.
```

Page 20:13 to 20:14

```
00020:13      Q.  And how long did you do that?
14      A.  For about three years.
```

Page 20:19 to 20:23

```
00020:19      Q.  And what did you do then?
20      A.  I left the company in October of 2001.
21      Q.  Where did you go when you left Cameron in
22  October of 2001?
23      A.  To a company called Stewart & Stevenson.
```

Page 21:13 to 21:21

```
00021:13      Q.  So you were working with the same type of
14  equipment that you had with Cameron?
15      A.  Correct.
16      Q.  And what was your title at Stewart &
17  Stevenson?
```

```
        18      A.  Actually, I went in as a -- as a
        19  salesperson.
        20      Q.  Okay.
        21      A.  Technical salesperson.
```

Page 23:11 to 24:17

```
00023:11      Q.  Okay.  What did you do for GlobalSantaFe?
        12      A.  I was a Manager of Mechanical Systems.
        13      Q.  And explain that to me.
        14      A.  I worked in the Subsea Engineering Group.
        15      Q.  Okay.
        16      A.  And my responsibility was more of the --
        17  from -- since my degree is in Mechanical
        18  Engineering, I was looking into more of the
        19  mechanical equipment as opposed to the
        20  electronics that are part and parcel of the -- of
        21  the subsea equipment.
        22      Q.  All right.  And what equipment would that
        23  involve?
        24      A.  It involved blowout preventers, valves.
        25  I think my first Project was on a riser problem,
00024:01  marine riser problem.
        02      Q.  How long did you work for GlobalSantaFe?
        03      A.  Up until the time that Transocean bought
        04  GlobalSantaFe in late 2007.
        05      Q.  Did your position change when -- when
        06  Transocean bought GlobalSantaFe?
        07      A.  I be -- I was asked to become the Manager
        08  of Subsea Engineering and Well Control Systems.
        09      Q.  What were those -- what -- what did those
        10  responsibilities involve?
        11      A.  We -- in -- in the Subsea Engineering
        12  Group, we look at design and design changes.  We
        13  make recommendations for new equipment to our
        14  nee -- new -- New Build Group, as well as we
        15  represent the company in Industry Standard
        16  rewrites and Industry Standard, I guess,
        17  generation.
```

Page 26:23 to 27:15

```
00026:23      Q.  (By Mr. Lundy) All right.  Okay.  How --
        24  how long did you remain in, as -- as the Manager
        25  of the Subsea Engineering Well Control Systems
00027:01  for -- for Transocean?
        02      A.  Present.
        03      Q.  So you're still -- you still hold that
        04  position today?
        05      A.  Yes, sir.
        06      Q.  Okay.
        07      A.  It's not -- I'm not the Manager of the
        08  Well Control.  I'm Systems, which we -- which
        09  primarily says the equipment that encompasses the
```

```
10  well control.
11      Q.  Okay.  Just so the record's clear, I
12  wrote down that you're the Manager of Subsea
13  Engineering and Well Control Systems; is that
14  correct?
15      A.  Oh, yes, sir.  Yes, sir.
```

Page 28:21 to 29:04

```
00028:21      Q.  All right.  All right.  Let's talk about
22  post-blowout.  What was your involvement with the
23  DEEPWATER HORIZON post-blowout?
24      A.  Primary involvement was to be in -- to
25  participate in ways of shutting off the flow with
00029:01  the Macondo Well.
02      Q.  When you say "participate," did you work
03  with a group of -- of others from Transocean?
04      A.  Yes.
```

Page 30:14 to 31:03

```
00030:14      Q.  Okay.  All right.  You have some binders
15  in front of you.  Why don't you grab Binder 1,
16  and turn to Tab 22.  And we will mark Tab 22 --
17  let me see if it's been marked before -- it has.
18  It's previously been marked as Exhibit 7102, so
19  Tab 22 is Exhibit 7102.
20          All right.  And -- and we'll refer to
21  this document more than once.  But for purposes
22  right now, why don't you turn to Bates-stamped
23  Page 7489.  Do you see at the top where it talks
24  about "Capping Team - Wellings"?
25      A.  Yes, sir.
00031:01      Q.  All right.  Why don't you -- have you
02  seen this document before today?
03      A.  No, sir.
```

Page 31:22 to 33:08

```
00031:22      Q.  Does -- does that -- do these -- do these
23  individuals comprise the Well Capping Team that
24  worked to control the -- the -- the -- the well
25  and stop the flow by using some type of capping
00032:01  system?
02      A.  I believe most of these were involved at
03  one time or another.
04      Q.  Okay.  Now, at the top of Bates-stamped
05  7489, it says "Capping Team - Wellings."  Do you
06  remember a man named Wellings?
07      A.  Yes, sir.
08      Q.  Jim Wellings or James Wellings?
09      A.  Jim Wellings is what --
10      Q.  Jim.
```

```
11        A.  -- we call him.
12        Q.  Okay.  And he was with BP?
13        A.  Yes, sir.
14        Q.  And what was his -- his role with the
15   Capping Stack Team?
16        A.  He was Team Leader.
17        Q.  For the entire Team?
18        A.  For the capping -- for the Capping Stack
19   Team, yes.
20        Q.  Okay.  Did you consider yourself a part
21   of the Capping Stack Team?
22        A.  Yes.
23        Q.  All right.  So he was over you and -- and
24   other Transocean employees?
25        A.  The Capping Stack Team would meet
00033:01   periodically.  Part of the Capping Stack Team
02   would meet on a daily basis, sometimes -- most of
03   the time, all day long.  And Jim Wellings was
04   the -- the Leader of that Group.
05        Q.  Of which group?
06        A.  Of the Capping Stack Team.
07        Q.  Of the entire Team?
08        A.  Yes.
```

Page 33:20 to 34:03

```
00033:20        Q.  Okay.  And -- and I understand where the
21   confusion may lie, and it's -- and it's my fault.
22   We'll call it the Capping Team, because the Team
23   considered options other than just using the
24   capping stack, right?
25        A.  Correct.
00034:01        Q.  For instance, they -- they considered a
02   BOP-on-BOP, correct?
03        A.  Correct.
```

Page 34:14 to 35:14

```
00034:14        Q.  All right.  And Jim Wellings with BP was
15   the head of the Capping Team, correct?
16        A.  Correct.
17        Q.  What about Harry -- is it Thierens, the
18   T -- the next name, you see T-h-i-e-r-e-n-s,
19   "The-rens," "Thi-rens"?
20        A.  Harry "Tir-rens" was -- was Jim's boss.
21   Jim reported to Harry.
22        Q.  Okay.  So Harry was with BP, as it
23   indicates here, and -- and Jim Wellings reported
24   to Harry?
25        A.  Correct.
00035:01        Q.  Was Harry involved in the daily meetings
02   like Jim was?
03        A.  He would come into the meetings
04   sometimes, but I think he had different groups
```

```
05   working for him, also.
06        Q.   Okay.  All right.  So as far as the --
07   the Capping Team went, the Team reported to Jim
08   Wellings?
09        A.   Correct.
10        Q.   All right.  And then Wellings reported to
11   his boss, Thierens --
12        A.   (Nodding.)
13        Q.   -- correct?
14        A.   That's the organization I knew it as.
```

Page 37:16 to 37:25

```
00037:16        Q.   Okay.  Who -- can you tell me, by looking
      17   at Exhibit 7102 -- specifically these -- these
      18   Bates pages we've been referring to with the
      19   names of team members, can you look at that and
      20   identify the Core Group from the various
      21   companies?
      22        A.   I can try.
      23        Q.   All right.
      24        A.   James Wellings was the obvious leader of
      25   the Capping Group.  Trent Fleece was involved.
```

Page 41:14 to 41:25

```
00041:14        Q.   All right.  So as I understand it, your
      15   role was to take the idea that apparently was
      16   agreed upon, and make sure the work got done?
      17        A.   And also make sure that the idea they
      18   came up with was reali -- realistic.
      19        Q.   Okay.  So you evaluated the idea, and
      20   then if it was realistic and approved, you were
      21   in charge of getting the work done?
      22        A.   Yes, sir.
      23        Q.   Did you have a title within this Capping
      24   Team?
      25        A.   Not really.
```

Page 43:19 to 46:12

```
00043:19        Q.   All right.  All right.  So there would be
      20   a meeting every morning at BP's office, and --
      21   and the three guys you mentioned would be the
      22   guys that would go to that meeting every morning,
      23   the three Transocean guys you mentioned earlier?
      24        A.   Yes, unless we were specifically
      25   requested -- Geoff Boughton or myself was
00044:01   specifically requested to be there.
      02        Q.   Okay.  How many of those meetings did you
      03   attend?
      04        A.   A dozen, a dozen and a half.
      05        Q.   All right.  When -- when was the -- did
```

```
06  you attend the very first meeting?
07       A.  I attended a meeting either at the end of
08  the week, after the incident, or the first of the
09  week -- the first part of the week after.
10       Q.  Okay.
11       A.  I can't remember exactly the date.
12       Q.  So it would be shortly after the --
13  April 20th?
14       A.  Yes.
15       Q.  Okay.
16       A.  A few days after.
17       Q.  And who was at that meeting?
18       A.  It was a huge room.  It was about the
19  size of this room, this particular room, and
20  there were people from Cameron, Transocean, BP,
21  as well as a lot of other -- a lot of other
22  contractors --
23       Q.  Who --
24       A.  -- subcontractors.
25       Q.  And this was at BP's office?
00045:01       A.  Yes.
02       Q.  All right.  And who led the -- the
03  meeting?
04       A.  Harry Thierens.
05       Q.  All right.  And what was discussed at
06  that meeting?
07       A.  We talked about different options that
08  could be used for stopping the flow of the well.
09       Q.  All right.  Was that a one-day meeting?
10       A.  That was about an hour-and-a-half
11  meeting.
12       Q.  Okay.  And what options were discussed at
13  that time?
14       A.  I think the predominant discussion was
15  about utilizing a BOP-on-BOP or on a capping
16  stack arrangement.
17       Q.  And -- and would this have been within
18  the first week of the blowout, this meeting at
19  the --
20       A.  The first -- yes.
21       Q.  Within a matter of just a few days?
22       A.  As I said, I can't remember whether or
23  not it was the end of the week of the -- of the
24  blowout, or the first part of the following week.
25       Q.  Okay.
00046:01       A.  Sorry.
02       Q.  Okay.  And -- and who -- who was leading
03  the meeting?
04       A.  Harry Thierens.
05       Q.  Thierens?
06       A.  Yes, sir.
07       Q.  Okay.  Was -- were any decisions made
08  about what to do, at that meeting?
09       A.  No.  I think it was -- it -- yes, there
10  were decisions made to try to find a -- find as
```

```
11  much equipment, spare equipment, exc -- equipment
12  available to use in the event that we needed it.
```

Page 46:20 to 46:23

```
00046:20      Q.  So the Core Team met every week from
      21  beginning with the first meeting until when?
      22      A.  I think that Team met until right before
      23  the capping stack was run on a daily basis.
```

Page 47:20 to 52:11

```
00047:20      Q.  All right.  Okay.  I'm kind of going out
      21  of order here, so bear with me.
      22          All right.  Blowouts were foreseeable,
      23  were they not?
      24  MR. BAAY:  Object to form.
      25      Q.  (By Mr. Lundy) All right.  Blowouts are
00048:01  something that's happened in the industry many
      02  times, right?
      03      A.  They've happened.
      04      Q.  Yeah.  Blowouts weren't something --
      05  weren't something new to the industry on April
      06  20th, 2010, were they?
      07      A.  No, they've occurred.
      08      Q.  All right.  And the industry has
      09  anticipated blowouts in deepwater, as well as on
      10  land, has it not?
      11      A.  Could you repeat the question?
      12      Q.  All right.  And you -- you said blowouts
      13  have occurred, right?
      14      A.  Yes.
      15      Q.  And they've occurred on -- on land,
      16  correct?
      17      A.  Yes, sir.
      18      Q.  And they've occurred in -- and -- and we
      19  know that it's occurred in deepwater, as well,
      20  correct?
      21      A.  Correct.
      22      Q.  And it was anticipated by the industry
      23  that blowouts could occur in deepwater, as well
      24  as on land, correct?
      25  MR. BAAY:  Objection to form.
00049:01      A.  I believe it was considered, yes.
      02      Q.  (By Mr. Lundy) Okay.  Look at Tab 3 in
      03  your binder.  Okay.  You -- you see the first
      04  page where it says:  "2003 SPF/IADC Drilling
      05  Conference"?
      06      A.  Yes.
      07      Q.  Are you familiar with the IADC?
      08      A.  Yes, sir.
      09      Q.  And what is the IADC?
      10      A.  International Association of Drilling
      11  Engin -- Drilling Contractors.
```

```
12                    THE COURT REPORTER:  Previously
13  marked?
14                    MR. LUNDY:  It is previously marked
15  as Exhibit 6299.
16                    THE COURT REPORTER:  (Indicating.)
17       Q.  (By Mr. Lundy) Have you ever been to an
18  IADC Drilling Conference?
19       A.  Yes, sir.
20       Q.  Many times?
21       A.  No, sir.
22       Q.  But on several occasions?
23       A.  Have -- have attended.
24       Q.  Okay.  And if you'll look at the title
25  of -- of this Conference, it says:  "Well Control
00050:01  Procedures for Dual Gradient Drilling as Compared
02  to Conventional Riser Drilling," correct?
03  February --
04       A.  Yes, sir.
05       Q.  -- February 21, 2003; is that correct?
06       A.  Yes, sir.
07       Q.  All right.  Now, if you turn to Page 2,
08  and it looks like this is a -- a PowerPoint from
09  that Conference.  If you turn to Page 2, the --
10  you'll see in the -- the lower box, that's not
11  blackened in, it says:  "IADC Workshop Galveston
12  06.18.2003 'Deepwater Drilling:  Where are we
13  headed?'"
14            Do you see that?
15       A.  Yes, sir.
16       Q.  And if you go down, it says:  "Good
17  morning ladies and gentlemen.  As a continuation
18  of the SMD project a study on study on blowouts
19  occurring in deepwater was undertaken at A&M."
20  Correct?
21       A.  Yes, sir.
22       Q.  And that would be Texas A&M?
23       A.  It could be.
24       Q.  All right.  Do you know?
25       A.  No, sir.
00051:01       Q.  All right.  Have you ever participated
02  or -- or seen a Project of a Study on Studies on
03  blowouts occurring in deep waters?
04       A.  I don't believe so.
05       Q.  All right.  All right.  If you'd turn to
06  Tab 4 -- Page 4.  I'm sorry, not Tab 4, Page 4.
07  As you see in the -- in the -- the lower box --
08  well, let's look at the top box.  It's -- the top
09  of this page is titled -- entitled:  "Drilling in
10  ultra-deep water."
11            Did I read that correctly?
12       A.  Yes, sir.
13       Q.  All right.  And then the lower box begins
14  with, it says:  "Industry believes major reserves
15  are present in deepwater and ultra-deep water."
16            Did I read that correctly?
```

```
          17        A.  Yes, sir.
          18        Q.  And do you agree with that statement?
          19        A.  Yes, sir.
          20        Q.  All right.  And then it says:  "There are
          21   many problems with drilling in ultra-deep water,
          22   which most people are aware of."
          23            Do you have any reason to disagree with
          24   that?
          25        A.  No, sir.
00052:01        Q.  All right.  And it says:  "The main
          02   problems are; you need large rigs, it is
          03   expensive, and well control is difficult."
          04            Did I read that correctly?
          05        A.  Yes, sir.
          06        Q.  And do you agree with that statement?
          07        A.  (Reviewing document.)  For the most part,
          08   yes.
          09        Q.  What do you disagree with?
          10        A.  Oh, I just don't know what -- where their
          11   concerns are coming from.


Page 52:17 to 56:19

00052:17        Q.  (By Mr. Lundy)  All right.  Are you fam --
          18   let's turn to Page 6, and it says:  "Blowout
          19   Containment Procedures?" at the top of the page.
          20   Do you see that?
          21        A.  Yes, sir.
          22        Q.  And it says:  "As seen many projects has
          23   been undertaken to guide us into the ultra-deep
          24   waters."  And it says:  "What about blowout
          25   containment procedures.....Have they been keeping
00053:01   up with the current technology?"
          02            Did I read that correctly?
          03        A.  Yes, sir.
          04        Q.  All right.  And it says:  "The last major
          05   work completed on deepwater blowout control was
          06   DEA63, completed in 1990."
          07            Do you know what DEA63 is?
          08        A.  No, sir.
          09        Q.  All right.  It says:  "It was good work,
          10   but the work never considered drilling in water
          11   depths greater than 3500 feet."
          12            Did I read that correctly?
          13        A.  Yes, sir.
          14        Q.  All right.  And if you turn to the next
          15   page, where it says:  "DEA-63 Continued," it
          16   says:  "The objective of DEA63 was to develop
          17   innovative capping techniques."
          18            Did I -- do you see that?
          19        A.  Yes, sir.
          20        Q.  All right.  Then if you go to the -- the
          21   last sentence on that page, it says:  "Other
          22   techniques are required and must be developed so
          23   that the problem can be solved in a logical,
```

```
24  consistent manner."
25          Did I read that correctly?
00054:01    A.  Yes, sir.
02          Q.  All right.  Now turn to Page -- so it --
03  it looks like, as of February of 2003, the
04  industry was looking at ways to cap deepwater
05  blowouts, correct?
06          A.  Looks like it.
07          Q.  Okay.  And the IADC is an important
08  organization in your industry, isn't it?
09          A.  Yes, sir.
10          Q.  Okay.  Is there any that is more
11  significant?
12          A.  Well, all of them are important.
13          Q.  But this is one of the most significant,
14  is it not?
15          A.  Yes.
16          Q.  Okay.  And it's one that the industry
17  looks to for guidance?
18          A.  Yes.
19          Q.  All right.  Now, turn to Page 10.  And --
20  and the IADC has a lot of credibility in the
21  industry, does it not?
22          A.  I hope so.
23          Q.  You agree that it does --
24          A.  Yes.
25          Q.  -- don't you?  All right.
00055:01  And on Page 10 it says:  For instance, a
02  blowout is the most catastrophic event and can
03  be" re -- "be viewed for these purposes as the
04  top of the pyramid."  And up above that, we see a
05  blowout pyramid, correct?
06          A.  Yes.
07          Q.  Do you agree with that statement?
08          A.  You know, I don't really -- I hadn't
09  really seen the background information, all --
10  all the research that was done.  There's a lot of
11  statements made here.  I can't say whether or not
12  they're right or not.  So I don't know that I can
13  agree with all these statements.
14          Q.  All right.  Well, do you agree that a
15  blowout is a catastrophic event?
16          A.  Yes.
17          Q.  And it's the most catastrophic event that
18  can occur?
19          A.  For a certain situation, yes.
20          Q.  Okay.  Well, and if you look at the top
21  of this page, it has a "Blowout Pyramid," right?
22          A.  Yes.
23          Q.  And the bottom of the pyramid is talking
24  about "200+ Wells Drilled," right?
25          A.  Okay.
00056:01    Q.  And then the next level is:  "? At Risk
02  Operations," correct?
03          A.  Yes.
```

```
04      Q.  And it talks about -- and then the next
05 level of problems is a hun -- it says:  "110
06 Kicks," correct?
07      A.  Yes.
08      Q.  And then you keep going up, and then
09 the -- the second-to -- to-the-top category is
10 "...Well Bore Losses," right?
11      A.  Yes.
12      Q.  And then the top of the pyramid is
13 "...Blowout," correct?
14      A.  Yes.
15      Q.  All right.  And -- and you agree that
16 a -- a blow -- a blowout is the most catastrophic
17 event that can occur?
18      A.  As far as a loss of well containment,
19 yes.
```

Page 57:07 to 58:01

```
00057:07      Q.  (By Mr. Lundy) All right.  Mr. Turlak, we
08 were looking at Exhibit 6299 before the break,
09 and it was the 2003.  And I know it's hard to
10 read, because a lot of the lettering is -- is
11 blackened on these pages, but it's the SPF/IADC
12 Drilling Conference, and I asked you about the
13 IADC.  What is SPF?
14      A.  It's SPE.
15      Q.  SPE?
16      A.  Society of Professional --
17      Q.  Engineers?
18      A.  -- Petroleum Engineers.
19      Q.  Okay.
20      A.  Society for Petroleum Engineers, yes.
21      Q.  Now it makes sense.  I couldn't read
22 that.  Thanks.  Okay.
23          And -- and that's another organization
24 that a lot of the industry members belong to,
25 correct?
00058:01      A.  Correct.
```

Page 58:11 to 61:08

```
00058:11      Q.  Okay.  But it is a well-respected
12 organization in the industry, correct?
13      A.  Correct.
14      Q.  All right.  And -- and like the IADC, the
15 industry looks to the -- the SPE for guidance, as
16 well, correct?
17      A.  I would expect, yes.
18      Q.  Okay.  Now, let's turn to Page 11.  We
19 were talking about blowouts and -- and -- and
20 that blowouts are catastrophic.  And -- and --
21 and you would agree they can be catastrophic,
22 because blowouts can con -- result in serious
```

```
23   injury and death, correct?
24       A.  They can, yes.
25       Q.  And have, haven't they?
00059:01     A.  Yes.
02       Q.  Yes.  And blowouts can result in damage
03   to the environment, as well, correct?
04       A.  Yes.
05       Q.  And on Page 11 the topic is:  "Are wells
06   in deep water likely to occur more frequent?"
07           Did I -- did read that correctly?  Do you
08   see at the top of the page?
09       A.  Yes.
10       Q.  It's hard to read because the -- some of
11   these boxes are blackened in.  But did I read
12   that title correct?
13       A.  Yes, sir.
14       Q.  Okay.  And then if you go down to the --
15   the second box, where we can read more easily, it
16   says:  "Blowouts has been occurring regularly
17   throughout the petroleum history."
18           Did -- did I read that correctly?
19       A.  Correct.
20       Q.  All right.  And -- and we agree that --
21   that that's -- that's true, is it not?
22       A.  Possibly.
23       Q.  I mean, do you know that not to be true?
24       A.  I don't know what their definition of the
25   word "regularly" is.  So they have occurred, yes.
00060:01     Q.  All right.  And then it says:  "As shown
02   by Podio:" -- P-o-d-i-o -- "deepwater wells
03   accounted for only 2% of all wells drilled, yet
04   they account for 8% of the blowouts."
05           Did I read that correctly?
06       A.  Yes, sir.
07       Q.  And then it says:  "Why do blowouts occur
08   more frequently in deepwater?"
09           Did I read that correctly?
10       A.  Correct.
11       Q.  Okay.  And then the next sentence says:
12   "It goes back to well control problems which
13   arise as we move into deeper water."
14           Did I read that correctly?
15       A.  Yes.
16       Q.  And then it says:  "No blowout has yet
17   occurred in ultra-deep water (water depths of
18   5000ft or greater) but statistics show it is
19   likely to happen."
20           Did I read that correctly?
21       A.  Yes.
22       Q.  And then it says:  "Are we ready to
23   handle it?"  Right?
24       A.  Right.
25       Q.  So according to this PowerPoint from the
00061:01 February 2003 SPE/IADC Drilling Conference, the
02   industry is looking at the likelihood of blowouts
```

```
03   in -- in deep water and ultra-deep water,
04   correct?
05       A.  Yes.
06       Q.  And the conclusions apparently is that
07   statistics show that it's likely to happen,
08   right?
```

Page 61:10 to 61:15

```
00061:10      A.  According to this PowerPoint, yes.
      11      Q.  (By Mr. Lundy) Okay.  So in February of
      12   2003 at the SPE/IADC Drilling Conference,
      13   industry is looking at the likelihood of
      14   deepwater wells likely to blow out and what to do
      15   to contain a blowout, correct?
```

Page 61:17 to 61:22

```
00061:17      A.  It looks like the person that made this
      18   presentation was, anyway.
      19      Q.  (By Mr. Lundy) Okay.  Well, do you agree
      20   that that was something important to consider in
      21   the industry?
      22      A.  I guess it was --
```

Page 61:24 to 62:15

```
00061:24      A.  -- at the time.
      25      Q.  And then on page -- well, why do you say
00062:01   you guess?
      02      A.  Well, I don't know where all this was
      03   going.  A lot of these -- a lot of these
      04   statistics that we've talked about in this, I
      05   don't know where they came from.  It was one
      06   person making a presentation at an IADC
      07   conference.  Usually these conferences, as long
      08   as the subject is relevant, they will allow to
      09   you make a presentation.  So I -- I don't know
      10   where all this is coming from.
      11           The last -- the last sheet of paper we
      12   looked at, I -- No. 10, says there's a one --
      13   there's one -- there's one blowout for every 200
      14   wells drilled.  I don't know where that comes
      15   from.
```

Page 62:18 to 63:01

```
00062:18      Q.  Well, do you believe it was important to
      19   look at the probability of a deepwater blowout
      20   and how to contain it?
      21      A.  I think it's important to consider ways
      22   of controlling any blowout.
      23      Q.  Okay.  And at this conference, they were
```

```
        24  specifically looking at ways of controlling a
        25  deepwater blowout because the industry had begun
00063:01  drilling in deep water at that time, correct?
```

Page 63:03 to 63:10

```
00063:03      A.  I don't know why they looked into it at
        04  that point in time.
        05      Q.  (By Mr. Lundy) All right.  Well, do
        06  you -- but do you think it's important that the
        07  industry look into containing deepwater blowouts?
        08      A.  Yes.
        09      Q.  M-h'm.  And what they were doing at this
        10  conference was a good thing, correct?
```

Page 63:12 to 63:16

```
00063:12      A.  Yes.
        13      Q.  (By Mr. Lundy) And it was important for
        14  the industry to look at deepwater blowouts and
        15  how to contain it, correct?
        16      A.  Yes.
```

Page 63:24 to 63:24

```
00063:24  Look at Page 33.
```

Page 64:07 to 64:13

```
00064:07      Q.  Okay.  And you see under:
        08  "Conclusion..... these are the questions that
        09  need to be answered in the future," correct?
        10      A.  Yes, sir.
        11      Q.  All right.  Now, turn with me, if you
        12  would, to Tab 2 in -- in your binder, and this
        13  has been previously marked as Exhibit 4423.
```

Page 65:13 to 65:15

```
00065:13      Q.  All right.  Why don't -- now go ahead, if
        14  you haven't already, look at Exhibit 4423.
        15      A.  (Reviewing document.)
```

Page 65:17 to 71:05

```
00065:17      Q.  (By Mr. Lundy) Have you had a chance to
        18  look at it?
        19      A.  Yes, sir.
        20      Q.  Okay.  Tell me when.  I'll go as soon as
        21  you're ready.
        22      A.  Sure.
        23      Q.  All right.  I'm going to represent to you
```

```
24    that this is an E-mail from a man named Michael
25    Byrd, who at the time this E-mail was written in
00066:01    November 14th, 2001 was the CRAZY HORSE Project
02    Wells Subsea Team Leader for BP.
03         Do you know Mr. Byrd, by chance?
04    A.  Yes, sir.
05    Q.  You do?
06    A.  Yes, sir.
07    Q.  How long have you known him?
08    A.  About 20 years.
09    Q.  Okay.  Have you worked with him?
10    A.  Yes.
11    Q.  All right.  In what capacity?
12    A.  When he was at Cameron.
13    Q.  Okay.  Y'all worked together at Cameron?
14    A.  Yes.
15    Q.  All right.  So what did he do for
16    Cameron?
17    A.  I think he worked in the subsea -- Subsea
18    Engineering, which was different from Cameron.
19    It was the Production Group, sub -- Marine
20    Wellhead, Subsea Trees guys, their -- their
21    Production Group.
22    Q.  Is Mr. Byrd an Engineer?
23    A.  Yes, sir.
24    Q.  All right.  Did you find him to be
25    competent?
00067:01    A.  Yes, sir.
02    Q.  All right.  Did he work with BOPs?
03    A.  I think that he had some involvement in
04    BOPs, yes.
05    Q.  Okay.  All right.  So he is sending an
06    E-mail to a guy named Curtis -- to two men,
07    Curtis Jackson and -- and Don Weisinger.  Do you
08    know either one of those men?
09    A.  No, sir.
10    Q.  All right.  And then he carbon copies
11    several others.  Do you see that?
12    A.  Yes, sir.
13    Q.  And it says subject matter "PREP
14    Exercise."  Did I read that correctly?
15    A.  Yes.
16    Q.  And then he goes on to say:  "Don/Curtis,
17    I wanted to follow-up and see if there are any
18    lessons my team can take away from today.  For
19    Crazy Horse, I am probably the one who would get
20    the call on a BOP situation like this one.  This
21    morning I worked this with Vern Buzarde" --
22    Buzarde -- "who is a member of my team."
23         Do you know Mr. Buzarde?
24    A.  His name sounds familiar.
25    Q.  Okay.  Have you worked with him?
00068:01    A.  I don't think so.
02    Q.  All right.  And then Mr. Byrd gives a --
03    what he calls a "Situation."  Do you see where it
```

```
04   says "Situation"?
05       A.  Yes.
06       Q.  And it says the "Horizon has driven off."
07           The "Well is flowing at 100,000-300,000
08   bbls/day."
09           The "BOP is open - no rams closed
10           "Do not know if the Dead-Man has actuated
11   or not."
12           The "ROV flow rate for override is 0.12
13   GPM."
14           Do you see that?
15       A.  Yes, sir.
16       Q.  And then he asks the question:  "Can we
17   close the shear rams with ROV over-ride without
18   further damage" to B -- "to the BOP at 100, 200,
19   & 300BPD" -- and I'm assuming he's meaning
20   100,000, 200,000, and 300,000 barrels per day --
21   "flow rate."
22           Did I -- did I read that correctly?
23       A.  Yes, sir.
24       Q.  And -- and what is the answer to that
25   question?
00069:01     A.  His answer?
02       Q.  Yeah.  Do you see under the "Answer"?
03       A.  Yes.
04       Q.  What does he say the answer to their
05   question is?
06       A.  "No."
07       Q.  All right.  And then it says:  "Closing
08   the shear rams at any of the above flow rates
09   will probably cause them to wash out."
10           Did I read that correctly?
11       A.  Yes, sir.
12       Q.  Do you understand what he means by "wash
13   out"?
14       A.  Yes, sir.
15       Q.  What does that mean?
16       A.  Erosion.
17       Q.  And erosion caused by the flow going
18   through the BOP?
19       A.  Correct.
20       Q.  And -- okay.  And then it says:  "One has
21   to assume given that rate, there is a lot of sand
22   being transported as well which only accelerates
23   the erosion process."
24           Did I read that correctly?
25       A.  Yes, sir.
00070:01     Q.  And that's what you were just describing,
02   right?
03       A.  Correct.
04       Q.  So you've got sand and other types of
05   debris, rocks or other things, coming through the
06   BOP with that flow?
07       A.  Yes, sir.
08       Q.  And it causes erosion to the BOP?
```

```
09      A.  When you're trying to close it, yes.
10      Q.  Okay.  And -- and when you say "erosion,"
what does that mean?
12      A.  It's a washing away of material due to
13  high velocities and -- and -- high velocity and
14  pressure -- pressure differential.
15      Q.  It is like sandblasting going through the
16  BOP?
17      A.  Pretty much.
18      Q.  All right.  And that would prevent the
19  BOP from closing?
20      A.  It wouldn't prevent the BOP from closing.
21  It might -- what -- I think what Mike's saying
22  here, is what I'm getting out of it, is that it
23  would erode away the sealing mechanisms.
24      Q.  So the BOP wouldn't seal?
25      A.  Correct.
00071:01      Q.  And you'd continue to have flow?
02      A.  Correct.
03      Q.  All right.  So you wouldn't have the
04  desired effect of the BOP, correct?
05      A.  Correct.
```

Page 72:13 to 74:01

```
00072:13      Q.  No.  We see this question:  "Can we close
14  the shear rams with ROV over-ride without further
15  damage to the BOP..."  Right?
16      A.  (Nodding.)
17      Q.  Correct?
18      A.  Correct.
19      Q.  All right.  And we talked about that's
20  known as erosion, correct?
21      A.  Yes, sir.
22      Q.  And you said it's similar to a
23  sandblasting effect going through the BOP,
24  correct?
25      A.  Can be.
00073:01      Q.  And it can erode away the sealing
02  mechanisms, right?
03      A.  Correct.
04      Q.  And then we won't have the desired
05  sealing effect that we want from the BOP,
06  correct?
07      A.  Correct.
08      Q.  And we would still continue to have flow
09  through the well, right?
10      A.  Yes.
11      Q.  I don't know what this phenomena is
12  called, but let -- for -- for our purposes here,
13  let's call it "erosion."
14      A.  Right.
15      Q.  This erosion phenomena has been known to
16  the industry for quite some time, correct?
17      A.  Well, based on this E-mail, it's at least
```

```
18  been known since 2001.
19      Q.  Okay.
20      A.  I don't know what else anybody else
21  knows.
22      Q.  All right.  Did you know about it in
23  2001?
24      A.  Didn't think about it.
25      Q.  Okay.  But BP here is thinking about it,
00074:01  right?
```

Page 74:03 to 74:12

```
00074:03      A.  Looks like it.
04      Q.  (By Mr. Lundy) And this could be a
05  serious problem, right, if -- if you have a
06  blowout and erosion occurs and your BOPs don't
07  work as they're intended, correct?
08      A.  Can be a problem, yes.
09      Q.  All right.  And some believe that's what
10  happened with the DEEPWATER HORIZON well,
11  correct?
12  MR. BAAY:  Objection, form.
```

Page 74:14 to 74:23

```
00074:14      Q.  (By Mr. Lundy) Have you heard that?
15      A.  That --
16      Q.  That erosion occurred, and that may be
17  one of the reasons that the BOP didn't seal the
18  well as intended.
19      A.  I have -- I have heard -- I have heard
20  that.
21      Q.  You have heard that, correct?
22      A.  Yes.
23      Q.  So that can be a serious problem, right?
```

Page 74:25 to 78:07

```
00074:25      A.  Yes.
00075:01      Q.  (By Mr. Lundy) Okay.  And we see that BP,
02  and specifically Mr. Michael Byrd, is discussing
03  this issue back in November of 2001, right?
04      A.  Correct.
05      Q.  All right.  And then if you go down
06  further you see "Issues."  It says:  "Best case
07  is that the dead man activated and closed the
08  blind" shear rams.  That would be the best case
09  scenario, right?
10      A.  According to this E-mail, yes.
11      Q.  Okay.  And then it says:  "In the case of
12  a dead man failure, the ROV may be utilized
13  assuming visibility is such that the hot stabs
14  can be located."  And it says:  "The Horizon
```

```
15   stack has casing super shears on the top and
16   conventional blind shears" on "the second
17   cavity."
18           Are they referring to the DEEPWATER
19   HORIZON in this E-mail?
20       A.  I have no idea.
21       Q.  Okay.  Are you familiar enough with the
22   HORIZON stack at that time to know if they were
23   referring to it, the DEEP -- the DEEPWATER
24   HORIZON?
25       A.  I don't know the -- I think -- I don't
00076:01   know the configuration at the time, but the
02   HORIZON stack -- the DEEPWATER HORIZON stack
03   didn't have casing shears -- the casing super
04   shears on the top cavity --
05       Q.  Okay.
06       A.  -- as is mentioned in this E-mail.
07       Q.  All right.  Then it goes on to say, you
08   know, talks about the volume required to close
09   the super shears, 60 gallons, and it would take
10   approximately eight hours to close, correct?
11       A.  Yes.
12       Q.  And then c.) -- that was b.).  And then
13   c.) says:  "Volume required to close blind
14   shears - 30 gallons (Time to close is
15   approximately 4 hours)."  Right?
16       A.  Yes.
17       Q.  And then under e.), it says:  "The casing
18   super shears will not seal on open hole."  Is
19   that right?
20       A.  Correct.
21       Q.  All right.  And then f.) says:  "There is
22   a significant chance" that "the blind shear rams
23   would be washed prior to sealing."
24           Did I read that correctly?
25       A.  Yes.
00077:01   Q.  So, again, they're talking about the
02   erosion process, right?
03       A.  Looks to be.
04       Q.  Okay.  And then it talks about various
05   scenarios that you could attempt to -- to close
06   the -- the -- the -- the blind shears and the
07   casing super shears, correct?
08       A.  Yes.
09       Q.  Then if you go down to the following
10   paragraph, and then it says:  "Another issue is
11   the ROV."
12           Did I read that correct?
13       A.  Yes.
14       Q.  And it says:  "I have two ROV experts on
15   my team and have offered the following.  If you
16   were to jump an ROV it would be difficult to
17   actually see the hot stab port since the panel is
18   located high on the stack frame but it probably
19   could be done.  Unsure of how much time it would
```

```
20  take."
21        Did I read that correctly?
22    A.  Yes.
23    Q.  All right.  So according to this E-mail,
24  BP is looking at a situation where you have a
25  blowout, a well flowing, right?
00078:01  A.  (Nodding.)
02    Q.  Correct?
03    A.  Yes.
04    Q.  All right.  And they recognize that there
05  may be a problem with the BOP actually working
06  in -- and sealing the -- the well due to erosion,
07  correct?
```

Page 78:09 to 78:12

```
00078:09  A.  Yes.
10    Q.  (By Mr. Lundy) And also there could be an
11  issue with actually using the ROC -- ROV to hot
12  stab and engage the rams, correct?
```

Page 78:14 to 78:19

```
00078:14  A.  That's what it reads, yes.
15    Q.  (By Mr. Lundy) All right.  And you said
16  you didn't think about this in 2001, correct?
17    A.  No.
18    Q.  But it would have been good information
19  for you to know about, correct?
```

Page 78:21 to 78:24

```
00078:21  A.  Yes.
22    Q.  (By Mr. Lundy) And it would have been
23  appropriate and prudent for BP to have shared
24  this information with others, correct?
```

Page 79:01 to 79:09

```
00079:01  A.  Well, I don't know what the exercise for
02  this is.  And -- and, again, this was -- this was
03  a couple of people writing about a concern, and
04  they may have not considered everything that was
05  available at the time.
06    Q.  (By Mr. Lundy) M-h'm.  Well, but this --
07  the information con -- contained in this E-mail
08  is important information for the industry to know
09  about, right?
```

Page 79:11 to 79:16

```
00079:11  A.  The information on this E-mail is --
```

```
12  seems reasonable, yes.
13      Q.  (By Mr. Lundy) And it's reasonable
14  because they're recognizing a potential scenario
15  where the BOP does not shut-in a flowing well,
16  right?
```

Page 79:18 to 79:21

```
00079:18    A.  Yes, that's what the E-mail says.
19      Q.  (By Mr. Lundy) And you agree that this
20  is information that should have been acted upon
21  and followed up on, right?
```

Page 79:23 to 80:03

```
00079:23 MR. BAAY:  Objection to form.
24      A.  I think it should have be -- should have
25  been considered.
00080:01    Q.  (By Mr. Lundy) And BP should have
02  considered the information contained in this
03  E-mail and followed up on it, right?
```

Page 80:05 to 80:13

```
00080:05    A.  I think it should have been considered,
06  yes.
07      Q.  (By Mr. Lundy) All right.  And -- and it
08  should be considered, why?
09      A.  Because Mike Byrd does make good points
10  here.
11      Q.  All right.  But -- but he makes good
12  points, but why should those good points be
13  followed up on by BP?
```

Page 80:15 to 80:19

```
00080:15    A.  (Reviewing document.)  I think, if you
16  have the opportunity to make improvements, you
17  should.
18      Q.  (By Mr. Lundy) Okay.  They're -- they're
19  recognizing a safety concern, right?
```

Page 80:21 to 80:25

```
00080:21    A.  Yes.
22      Q.  (By Mr. Lundy) And they're recognizing
23  that one of the means by which the industry
24  attempts to contain a blowout, the BOP, may not
25  work, right?
```

Page 81:02 to 81:06

```
00081:02      A.  They're looking at it, yes.
      03      Q.  (By Mr. Lundy) Right.  And if they
      04  recognize that this is a problem, it would be
      05  reasonable to consider other alternatives,
      06  correct?
```

Page 81:08 to 81:11

```
00081:08      A.  That would be reasonable, yes.
      09      Q.  (By Mr. Lundy) And, in fact, that's what
      10  your Capping Team did after the blowout in April
      11  of 2010, correct?
```

Page 81:13 to 81:14

```
00081:13      A.  Just look into the alternative
      14  mechanism -- alternative ways, yes.
```

Page 81:23 to 82:02

```
00081:23      Q.  (By Mr. Lundy) All right.  It -- it's --
      24  it's -- would you agree that it would be best to
      25  look at these alternative ways to solve this
00082:01  potential problem that's recognized by Mr. Byrd
      02  prior to the actual problem occurring?
```

Page 82:04 to 82:07

```
00082:04      A.  I think it would be a good idea to do so.
      05      Q.  (By Mr. Lundy) All right.  It's better to
      06  prepare in advance for the problem, than after
      07  the problem occurs.  Would you agree with that?
```

Page 82:09 to 82:09

```
00082:09      A.  When possible, yes.
```

Page 82:11 to 82:12

```
00082:11  look at Tab 23.  We're going to look at Tab 23
      12  and Tab 98.  Did -- when did you learn about the
```

Page 83:14 to 83:22

```
00083:14      Q.  Okay.  All right.  Was -- was anyone
      15  surprised in those meetings that the erosion
      16  phenomenon might have occurred in the DEEPWATER
      17  HORIZON incident; in other words, people going
      18  "Oh, my gosh, I never thought about this before,
      19  I never thought about the fact -- the fact that a
      20  flowing well could cause erosion to the sealing
```

```
     21  mechanisms and not -- and -- and cause the BOP
     22  not to seal the well"?
```

Page 83:24 to 84:03

```
00083:24     A.  I don't know that I heard anything like
     25  that.
00084:01     Q.  (By Mr. Lundy) All right.  Did BP ever
     02  mention during any of those meetings, "You know
     03  what, we knew about this since 2001"?
```

Page 84:05 to 84:05

```
00084:05     A.  No.
```

Page 84:10 to 84:14

```
00084:10     Q.  (By Mr. Lundy) No one ever said, you
     11  know, that "We knew about it in 2001 and we -- we
     12  should have done something between 2001 and April
     13  20th to look at alternative means to contain the
     14  well"?
```

Page 84:17 to 85:07

```
00084:17     A.  No.
     18     Q.  (By Mr. Lundy) All right.  Were you
     19  involved in the process of -- of -- of BP and
     20  others trying to use the ROV to engage the BOP
     21  and -- and seal the well, or were you solely
     22  involved on the capping phase?
     23     A.  I saw some of that.  That -- on -- when
     24  they were trying to use the ROV for doing
     25  different things.  I was or -- I was more of an
00085:01  observer than anything else.
     02     Q.  Well, I didn't know, because of your
     03  background with Cameron and BOPs, whether you had
     04  been asked to help on that -- in that process?
     05     A.  No.
     06     Q.  You were not?
     07     A.  No.
```

Page 85:13 to 86:06

```
00085:13     Q.  Okay.  Were you observing enough to form
     14  an opinion whether you thought that the ROVs
     15  would be able to successfully enga -- engage the
     16  BOP to seal the well?
     17     A.  I knew that something I really never
     18  thought about was the low flow rate from the ROV
     19  trying to close -- close the BOP.  And how long
     20  it actually took to -- to perform such a -- a --
```

```
       21   a function.
       22        Q.  All right.  And -- and you -- and that
       23   was the -- after the blowout was the first time
       24   you thought about that?
       25        A.  Yes.
00086:01        Q.  And -- and if you go back to the Byrd
       02   Memo, that was one of the things that Mr. Byrd
       03   was talking about, isn't it?
       04        A.  Yes, sir.
       05        Q.  So he thought about -- BP thought about
       06   that issue in 2001, as well, right?
```

Page 86:08 to 86:11

```
00086:08        A.  Yes.
       09        Q.  (By Mr. Lundy) That would have been good
       10   information for Transocean and others in the
       11   industry to know, would you agree?
```

Page 86:13 to 86:15

```
00086:13        A.  There may have been -- have been people
       14   at Transocean that already knew about that.  I
       15   don't know.
```

Page 87:03 to 87:20

```
00087:03        Q.  Did -- when you thought about it, was --
       04   was it because it was being discussed, or you
       05   just thought about it personally?
       06        A.  Well, it was being talked about, how
       07   lo -- how long it was taking for the -- for the
       08   BOPs to be operated with the ROVs, and I hadn't
       09   thought about that before.
       10        Q.  And who was talking about it?
       11        A.  Well, it was being talked about while
       12   they were trying to -- to close some of the --
       13   close some of the -- some of the BOPs.
       14        Q.  Did anyone with BP -- were -- were BP
       15   people involved in these discussions?
       16        A.  Oh, this was our watching what was going
       17   on from the -- from the ROV camera, and sitting
       18   around a conference table watching what was going
       19   on.  This wasn't in -- in -- really involving BP
       20   or anybody else.
```

Page 88:02 to 88:09

```
00088:02        Q.  Okay.  At any of the meetings that you
       03   were involved in or any discussions you had with
       04   BP following the blowout, did any person with BP,
       05   including Mr. Byrd, say, "You know, we thought
       06   about this in 2001 and, you know, and -- and we
```

```
07   were concerned that the flow rate would be so low
08   that -- that the ROVs couldn't engage the BOP or
09   it would take a long time to do so"?
```

Page 88:11 to 88:13

```
00088:11     A.  I never heard anything like that.
      12     Q.  (By Mr. Lundy) Okay.  Okay.  Let's look
      13   at Tab 23.
```

Page 88:18 to 88:19

```
00088:18   MR. LUNDY:  Let's mark Tab 98
      19   as Exhibit -- what's our next exhibit?
```

Page 88:21 to 88:25

```
00088:21   MR. LUNDY:  -- 5385.
      22        (Exhibit No. 5385 marked.)
      23           MR. LUNDY:  All right.  And let's
      24   mark Tab 23 -- it's previously marked as Exhibit
      25   7107.  So we've got --
```

Page 89:02 to 90:08

```
00089:02     Q.  (By Mr. Lundy) All right.  Do you see the
      03   E-mail on the first page of Exhibit 7107, it's
      04   from Dave Cameron sent Thursday, June 10th, to
      05   you, Rob Turlak?
      06     A.  Yes, sir.
      07     Q.  All right.  Do you -- and it's a -- it
      08   says: "Attachments:  DWH Incident Capping
      09   Strategies..."
      10        Did I read that correctly?
      11     A.  Yes, sir.
      12     Q.  Do you remember this E-mail?
      13     A.  Kind of.
      14     Q.  Okay.  And then look at the Attachment.
      15   And it says:  DW -- "Deepwater Horizon Incident
      16   Well Capping Strategies," correct?
      17     A.  Yes, sir.
      18     Q.  Do you know what this document is?
      19     A.  It was -- it was a PowerPoint
      20   Presentation put together by Dave.  I don't
      21   really remember what -- the reasoning for it.
      22   Somebody must have asked them to do a -- put this
      23   thing together.
      24     Q.  Okay.  And this -- and this was put
      25   together sometime in June of 2010, prior to June
00090:01   10th of 2010?
      02     A.  Looks to be.
      03     Q.  All right.  Have you seen this PowerPoint
      04   before?
```

```
05     A.  Yes.
06     Q.  All right.  I want to go through it with
07  you, and I want you to walk me through the
08  various Capping Strategies that were considered.
```

Page 90:14 to 93:01

```
00090:14     Q.  So Bullet Point 1 says:  "Day one
15  Transocean deployed a dedicated team of Engineers
16  and Subsea BOP Specialists to provide solutions
17  for Capping the hydrocarbon release from the
18  Deepwater Horizon Blowout Preventer."
19          Did I read that correctly?
20     A.  Yes, sir.
21     Q.  All right.  What was "Day one"?  When was
22  Day One, to your recollection?
23     A.  Well, it was -- it was some period of
24  time after the -- after the rig had sank, which
25  was -- it sank on a Thursday, so it was some
00091:01  times after Thursday.  It was either -- it was
02  either the Friday after or the Monday -- Monday
03  after the incident.
04     Q.  All right.  Would -- would Day One, for
05  purposes of Transocean deploying a dedicated Team
06  of Engineers, be the -- the very first meeting,
07  or had y'all --
08     A.  Yes.
09     Q.  Okay.  With -- the -- the first meeting
10  we talked about with BP?
11     A.  Correct.
12     Q.  All right.  And at that meeting, you --
13  you talked about -- y'all discussed strategies,
14  correct?
15     A.  Yes.
16     Q.  What strategies were considered being
17  used during that first -- very first meeting?
18     A.  To the best of my memory, it was -- it
19  was -- the first part of the discussion was a
20  BOP-on-BOP, and also looking at a capping stack
21  arrangement, a small capping stack arrangement.
22  But at the verly -- very early stages, it was
23  most -- it was primarily a brainstorming session.
24     Q.  Okay.  I'm going to skip to Bullet Point
25  3 and then I'll go back up to 2.  But it says:
00092:01  "Several design options were offered up as
02  solutions."
03          Is -- is that the one BOP and the small
04  capping stack arrangement, or were there others,
05  as well?
06     A.  Yes, I think that's correct.  It was a
07  BOP-on-BOP or the capping stack.
08     Q.  Okay.
09     A.  And the different versions of each.
10     Q.  All right.  And then "Transocean" --
11  Bullet Point 2 says:  "Transocean searched" for
```

```
   12   "all available" BO "equipment worldwide to
   13   mobilize in the Capping effort."  Is that right?
   14        A.  Yes, sir.
   15        Q.  Okay.  "Equipment was mobilized and
   16   constructed for the Capping effort."  That's
   17   Bullet Point 4; is that correct?
   18        A.  Correct.
   19        Q.  All right.  And then it says:  "Due to
   20   the well design and instability, these options
   21   were considered and not utilized, some at the
   22   last moment prior to running."
   23            Did I read that correctly?
   24        A.  Yes, sir.
   25        Q.  Who would make the decision whether or
00093:01  not to utilize --
```

Page 93:03 to 93:03

```
00093:03     Q.  (By Mr. Lundy) -- a particular option?
```

Page 93:05 to 93:05

```
00093:05     A.  BP.
```

Page 93:19 to 93:21

```
00093:19  Does this page contain the Capping
   20   Strat -- Capping Stack Strategies that were
   21   considered?
```

Page 93:23 to 94:19

```
00093:23     A.  I don't know all that were considered,
   24   but these are the ones that we were involved in.
   25        Q.  (By Mr. Lundy) That Transocean was
00094:01  involved in?
   02        A.  Correct.
   03        Q.  All right.  How did that come about?  How
   04   did these -- these options come about?
   05        A.  Well, the two-ram capping stack was --
   06   was one of the first items considered in the
   07   very -- some of the -- in the very early
   08   meetings.
   09        Q.  Okay.  Is that the small capping stack
   10   you -- you mentioned earlier, is the two-ram
   11   capping stack?
   12        A.  Yeah, I think there's a drawing in here
   13   later on.
   14        Q.  All right.  We're going to -- I'm going
   15   to do -- what I'm going to do --
   16        A.  Okay.
   17        Q.  -- is go through each of these various
   18   options.
```

```
          19      A.  Sure.

Page 95:01 to 96:20

00095:01      Q.  So but the -- but the capping stack --
      02  Capping Strategies that were considered was the
      03  "2 Ram Capping Stack," correct?
      04      A.  Yes, that was one of them.
      05      Q.  And then the "Discoverer Enterprise BOP
      06  Capping Stack"?
      07      A.  Yes.
      08      Q.  "3 Ram Capping Stack"?
      09      A.  Yes.
      10      Q.  And then "Development Driller II BOP
      11  Capping Stack"?
      12      A.  Yes.
      13      Q.  Then it says:  "Development Driller II
      14  BOP Capping Stack with venting option," correct?
      15      A.  Yeah.  The -- No. 4 and 5 were pretty
      16  close together.  I don't know --
      17      Q.  What do you mean --
      18      A.  -- yes --
      19      Q.  -- what --
      20      A.  -- yes.
      21      Q.  -- what do you mean by they were "pretty
      22  close together"?
      23      A.  Well, one was talked about one day, and
      24  then soon after, the venting option came -- came
      25  along --
00096:01      Q.  All right.
      02      A.  -- so --
      03      Q.  And so the -- then in the fifth option is
      04  "3 Ram Capping Stack with venting option."  Is
      05  that right?
      06      A.  Yes.
      07      Q.  Is that the option that was ultimately
      08  used to cap the well?
      09      A.  Yes.
      10      Q.  All right.  The three-ram capping stack
      11  with venting option was the one that was
      12  ultimately used on July 9th?
      13      A.  I don't know what date --
      14      Q.  Okay.
      15      A.  -- exactly.  But --
      16      Q.  We'll get to that.
      17      A.  -- it will -- yes.
      18      Q.  All right.  But that was the one that was
      19  used to cap the well?
      20      A.  Correct.

Page 97:01 to 97:22

00097:01      Q.  Okay.  Okay.  Let's start with the -- the
      02  2 Ram Capping Stack, on top of Horizon lower BOP
```

```
03  Stack."  That's the -- that's the -- the first
04  option that's shown here, right?
05       A.  Yes.
06       Q.  What -- tell me about this -- this
07  option.  When -- when was it first presented to
08  BP?
09       A.  Well, actually, the two-ram capping stack
10  idea came from Wild Well Control.  We talked
11  about it in the BP meetings.
12       Q.  As early as when?
13       A.  The first week after.
14       Q.  Okay.  So we're in April?
15       A.  Yes.
16       Q.  All right.  And -- and this capping --
17  the two-ram capping stack was discussed by Wild
18  Well Control?
19       A.  Correct, that was -- yes.
20       Q.  All right.  What happened with this idea?
21       A.  It eventually morphed into the three-ram
22  capping stack.
```

Page 98:01 to 98:18

```
00098:01  Why did it morph into a three-ram capping
02  stack?
03       A.  I don't know.
04       Q.  Okay.
05       A.  I think for redundancy.  That can be the
06  only -- only thing I can think of was redundancy.
07       Q.  All right.  How long did the process take
08  for the two-ram capping stack to morph into the
09  three-ram capping stack?
10       A.  Probably about three weeks --
11       Q.  Okay.
12       A.  -- approximately.  It's hard to remember
13  that time period, but the two-ram capping stack
14  wasn't around for too long, just that idea.  It
15  quickly grew to a three -- three cavity.
16       Q.  Okay.  And this is the two-ram capping
17  stack on top of the HORIZON lower BOP stack?
18       A.  Correct.
```

Page 99:08 to 99:20

```
00099:08       Q.  So all of these forms of capping stacks
09  were considered during a three-week time period?
10       A.  I would say so, yes, sir.
11       Q.  Following the first meeting in April?
12       A.  Yes, sir.
13       Q.  Okay.  And within that three-week time
14  period, the design ultimately ended up being the
15  three-ram capping stack with venting option?
16       A.  No.  The venting option did -- the -- the
17  venting option was actually a choke, and that got
```

```
18  put on a week before it ran.
19      Q.  Okay.
20      A.  That was the last thing to be added.
```

Page 100:04 to 100:25

```
00100:04    Q.  All right.  Do you know about when the
      05  Group selected the three-ram capping stack as the
      06  preferred option?
      07      A.  Out of the capping stacks?
      08      Q.  Out of the capping stacks, yes.
      09      A.  That was probably -- excuse me, by mid --
      10  by mid -- mid May, yes.
      11      Q.  All right.  And was that option then
      12  prevent -- presented to BP?
      13      A.  Well, BP -- when you say "presented to
      14  BP," we weren't -- we weren't making any
      15  presentations.  These -- these decisions were
      16  being -- being made by the Capping Team, which
      17  included BP.
      18      Q.  Okay.  So they -- so BP was overseeing
      19  the process?
      20      A.  Yes.
      21      Q.  All right.  And TO was going to make
      22  whatever design was chosen, correct?
      23      A.  Within reason, yes.
      24      Q.  Okay.  But that was TO's function?
      25      A.  We were to be involved.
```

Page 101:02 to 101:20

```
00101:02    A.  And to uti -- utilize equipment that we
      03  had to assemble a capping stack that would work.
      04      Q.  All right.  And you think that the -- the
      05  one selected was done so -- the capping stack
      06  option that was selected was done so by when?
      07      A.  I would say by the middle of -- by the
      08  middle of May.
      09      Q.  Okay.  Turn with me to Tab 21 of your
      10  binder.  And it's previously been marked as
      11  Exhibit 6212.  Are you familiar with a guy named
      12  Jon Turnbull?
      13      A.  No, sir.
      14      Q.  Okay.  What about Paul Tooms?
      15      A.  Heard the name.  Not familiar with him.
      16      Q.  Okay.  But you do know James Wellings,
      17  right?
      18      A.  Yes, sir.
      19      Q.  And Harry Thierens -- Thierens?
      20      A.  Yes.
```

Page 103:09 to 103:19

```
00103:09     Q.  All right.  And it says, "Since the
      10  review was completed the Stack on Stack option
      11  has been accepted as the preferred option with
      12  the Ram on Flex Joint as a contingency option in
      13  the event the LMRP cannot be recovered in the
      14  event it is the choke point in the well."  Did I
      15  read that correctly?
      16     A.  Yes.
      17     Q.  So it looks like as of May 15th, the
      18  stack-on-stack option was the one accepted by BP,
      19  correct?
```

Page 103:21 to 103:22

```
00103:21     A.  Looks -- that's what this E-mail says,
      22  yes.
```

Page 104:07 to 105:01

```
00104:07     Q.  Is this stack-on-stack talking about a
      08  BOP-on-BOP?
      09     A.  Correct.
      10     Q.  Okay.  And --
      11     A.  This is either talking about the
      12  ENTERPRISE on the HORIZON's stack -- HORI --
      13  ENTERPRISE stack on the HORIZON stack or the
      14  DDII --
      15     Q.  Okay.
      16     A.  -- on the HORIZON stack.
      17     Q.  All right.  Well, I'm going to -- good.
      18  I'm glad you cleared that up.  So this is talking
      19  about the -- a BOP-on-BOP?
      20     A.  Correct.
      21     Q.  And -- and that was an option considered,
      22  as well, right?
      23     A.  Yes.
      24     Q.  All right.  I'm going to get to that in a
      25  moment.  But as far as you remember, the capping
00105:01  stack option was -- was selected in mid May?
```

Page 105:03 to 108:10

```
00105:03     A.  I think your question was whether or not
      04  the three-ram capping stack was agreed upon, and
      05  I said the middle of May.
      06     Q.  (By Mr. Lundy) Okay.  When did TO start
      07  ordering equipment to -- to build the three-ram
      08  capping stack that was ultimately used?
      09     A.  The three-ram cap -- okay.  As I said,
      10  the two-ram capping stack morphed --
      11     Q.  Into a three-ram?
      12     A.  -- into a three-ram.  We sent equipment
      13  on or about the 12th of May to Cameron Berwick to
```

```
14  start assembling the BOP -- the -- the capping
15  stack.
16          Then it got moved -- and then it got
17  changed to a three-ram capping stack.  So we
18  continued work on that particular -- on the
19  capping stack until we received the third BOP
20  from Hydril.
21      Q.  Okay.  So Transocean ordered the -- the
22  equipment to be used to build the capping stack?
23      A.  We didn't order it.  We had it.
24      Q.  Okay.
25      A.  We -- early on, the first thing that we
00106:01  did was to send a double -- a two-ram cavity BOP
02  that we had in Amelia, our -- our stock yard --
03  it's not the right word -- our inventory yard,
04  and sent it over to -- to the manufacturer of the
05  BOP, which was Hydril, to go through the BOP and
06  make sure it was in good condition -- good
07  operating condition.  I don't know what the --
08  what the terminology was to put it into, but good
09  operating condition so it's ready to -- to be
10  used.
11      Q.  Okay.  And this was equipment that
12  Transocean had available?
13      A.  Yes.
14      Q.  The technology that we're talking about
15  is nothing new --
16      A.  Correct.
17      Q.  -- correct?
18      A.  (Nodding.)
19      Q.  This is technology that was ultimately
20  used in -- in the -- the three-ram capping stack
21  to contain the well is technology that was
22  available in the industry prior to the blowout,
23  right?
24      A.  For the three-ram capping stack, yes.
25      Q.  All right.  And we'll talk -- with
00107:01  respect to the BOP on the BOP, was that
02  technology available, as well?
03      A.  A BOP-on-B -- yes.
04      Q.  Yes.  Okay.  And nothing that we're
05  talking about in the -- with these particular
06  options is new technology that had to be
07  developed post-blowout?
08      A.  Correct.
09      Q.  All right.  The technology was there
10  bef -- prior to the blowout, correct?
11      A.  I'd have to say yes.
12      Q.  And the equipment used to ultimately cap
13  the well was also available prior to the blowout,
14  correct?
15      A.  Yes.
16      Q.  All right.  So you said there was a --
17  there was equipment in Amelia?
18      A.  Yes.
```

```
19     Q.  What was it?  What was in Amelia?
20     A.  Our excess inventory.
21     Q.  Okay.  And that was the BOP you were
22 talking about?
23     A.  Yes.
24     Q.  All right.  And -- and that was sent to
25 Hydril?
00108:01     A.  Correct.
02     Q.  Why?
03     A.  To make sure the BOP was in good
04 operating condition prior to being used.  It was
05 pretty important.
06     Q.  Okay.  What were you -- what was that BOP
07 going to be used for?
08     A.  Going to be used for one of the capping
09 stacks.
10     Q.  Okay.
```

Page 108:13 to 109:18

```
00108:13     Q.  (By Mr. Lundy) Was it ultimately used?
14     A.  Yes.
15     Q.  All right.  Then it was sent to -- to
16 Berwick, and then what happened?  Well, take me
17 through the process of how we went from deciding
18 upon a three-ram capping stack, to gathering the
19 equipment needed, to putting it together, and
20 having it ready to go.
21         MR. MORRISS:  Objection, form.
22     A.  Well, we were already getting together
23 equipment for the two-ram capping stack.
24     Q.  (By Mr. Lundy) Okay.
25     A.  So --
00109:01     Q.  Was the two-ram capping stack agreed upon
02 at one point by everyone?
03     A.  Agreed upon, what -- we were going to
04 make it, yes.
05     Q.  Okay.  You have a group of people
06 considering options, right?
07     A.  Correct.
08     Q.  All right.  And at some point, you said
09 if -- you'd have to decide upon what option to --
10 to use, correct?
11     A.  Yes.
12     Q.  Was the two-ram capping stack an option
13 that was decided to be used by everyone?
14     A.  For a period of time, yes.
15     Q.  Okay.  And including BP --
16     A.  Yes.
17     Q.  -- right?  And BP was the ultimate
18 decisionmaker on what to use, correct?
```

Page 109:20 to 110:04

```
00109:20      A.  Yes.
      21      Q.  (By Mr. Lundy) At what point in time was
      22  the two-ram capping stack decided to be used?
      23      A.  That was the first capping stack
      24  arrangement that was discussed.
      25      Q.  Right.  But when was that discussion had
00110:01  and when was it decided we would use the two-ram
      02  capping stack?
      03      A.  Right at the end of April, first part of
      04  May.
```

Page 110:18 to 111:22

```
00110:18      Q.  (By Mr. Lundy) Before we took the break,
      19  we -- Mr. Turlak, we were talking about the
      20  two-ram capping stack -- stack option.
      21      A.  Yes, sir.
      22      Q.  All right.  And you had testified that
      23  that option was selected as one to use by the
      24  Capping Group, sometime at the end of April,
      25  right?
00111:01      A.  End of April, first of -- first part of
      02  May, yes --
      03      Q.  And --
      04      A.  -- sir.
      05      Q.  And it was approved for use by BP, right?
      06      A.  I think so, yes.
      07      Q.  And then you said equipment was sent to
      08  Berwick?
      09      A.  After we had it refurbished, it got sent
      10  to Berwick around the 11th, 12th of -- 12th of
      11  May.
      12      Q.  All right.  And was it ready to be
      13  deployed at that time?
      14      A.  No.
      15      Q.  It wasn't?
      16      A.  No.
      17      Q.  What -- what else needed to be done?
      18      A.  Well, we had to assemble the two --
      19  two-ram BOP, the connector, the valves, and also
      20  the ROV panel.  Those ROV Panels were not -- we
      21  didn't have those in stock.  So we had to get
      22  those manufactured by Oceaneering.
```

Page 112:04 to 112:13

```
00112:04      Q.  Okay.  But while the two-ram capping
      05  stack was still an option, these parts had been
      06  ordered, correct?
      07      A.  The parts we needed were ordered --
      08      Q.  Right.
      09      A.  -- yes.
      10      Q.  All right.  And -- and -- and had -- and
      11  everyone, including BP, had intended to install
```

```
12   these parts and use the two-ram capping stack?
13        A.  At -- at --
```

Page 112:15 to 112:15

```
00112:15     A.  -- at that point in time, yes.
```

Page 113:11 to 115:09

```
00113:11     Q.  And -- and we're talking about April, the
12   end of April it was decided to be used?
13        A.  We started talking about it and started
14   getting pieces of equipment together for the
15   two-ram capping stack, yes.
16        Q.  Okay.
17        A.  Then shortly after that, the
18   ENTERPRISE -- the ENTERPRISE BOP, BOP-on-BOP was
19   discussed at or about the same time.  Both of
20   them were going at the same time.
21        Q.  Okay.  I was going to talk about the
22   BOP-on-BOP option completely separate from the
23   capping stack.
24        A.  Okay.
25        Q.  But if it doesn't work out that way,
00114:01  let's talk about it now.
02        A.  Okay.
03        Q.  All right.  So at the same time that
04   you're looking at the capping stack options,
05   you're also talking about BOP-on-BOP, right?
06        A.  Correct.
07        Q.  Okay.  Tell me what was discussed about
08   the BOP-on-BOP option.
09        A.  Around the first of May, we were
10   discussing the ENTERPRISE BOP being landed onto
11   the lower BOP stack of the HORIZON.
12        Q.  Okay.
13        A.  And we were at that point making it
14   ready.  Riser analysis was being run.  A
15   preliminary was run by the 1st -- 1st of May, a
16   preliminary riser analysis of the -- of the
17   ENTERPRISE BOP stack on top of the HORIZON lower
18   BOP stack.  And we had to make some equipment.
19   We had to change the -- the wellhead connector at
20   the bottom of the ENTERPRISE BOP stack.
21             So we mobil -- we were mobilizing that
22   equipment to the ENTERPRISE, as well as a
23   deflector plate that Cameron was going to make to
24   go underneath the -- the -- the ENTERPRISE BOP
25   stack.
00115:01             That was being manufactured around the
02   1st -- 1st of May.  So two options are going forward
03        Q.  Okay.  So two options are going forward
04   simultaneously, then?
05        A.  Correct.
```

```
06      Q.  The -- the capping stack, the two-ram
07 capping stack, and the DISCOVERER ENTERPRISE
08 BOP-on-BOP?
09      A.  Yes.
```

Page 116:04 to 118:02

```
00116:04      Q.  Okay.  Let's -- just so I keep everything
05 clear, let's talk about these two options
06 separately and go down --
07      A.  Yeah.  Okay.  That's fine.
08      Q.  -- the road with each.  Okay?
09          Then now that I know that two options
10 were being discussed at the same time, let's --
11 let's start with the capping stack, the two-ram.
12      A.  Sure.
13      Q.  At some -- at some point -- you know,
14 we're -- we're in early May, and there's a
15 decision made to go from a two-ram to a
16 three-ram?
17      A.  I don't know that that -- when that
18 asi -- deci -- decision was made exactly, you
19 know, the date.
20      Q.  All right.
21      A.  Somewhere -- somewhere in the first few
22 weeks of May, yeah.
23      Q.  Did modifications have to be made so that
24 it would be -- become a three-ram instead of a
25 two-ram?
00117:01      A.  A lift frame for the -- for the BOP stack
02 was designed when it was a two-cavity BOP stack.
03 It was manufactured, and then it was decided we
04 wanted a three-ram BOP.  So we had to do some
05 things different on the lift frame.
06      Q.  Okay.
07      A.  So there was some things that had to be
08 modified, yes.
09      Q.  All right.  But the two-ram had been
10 approved by BP, right?
11      A.  For a period of time, yes.
12      Q.  Okay.  And when that decision was made,
13 BP and others thought that -- that that was --
14 that the two-ram stack was a -- was a viable
15 option, correct?
16      A.  Yes.
17      Q.  Did everyone think it would work in
18 containing the well?
19      A.  I don't think we would have done it if we
20 wouldn't have, yes.
21      Q.  Fair enough.
22          So by -- by the end of April, everyone
23 had agreed and BO -- and BP had approved the
24 two-ram -- had agreed that it would -- the
25 two-ram capping stack would work, and BP had
00118:01 approved the use of the two-ram capping stack,
```

```
02  right?
```

Page 118:05 to 118:24

```
00118:05      A.  It would -- we were carrying forward with
      06  it, yes.  BO -- BP was involved in the Capping
      07  Stack Team to discuss it.  It was decided we were
      08  going to try to get equipment together, yes, and
      09  try to put it together.
      10      Q.  (By Mr. Lundy) And B --
      11      A.  We --
      12      Q.  BP approved all of that?
      13      A.  Yes.
      14      Q.  All right.  And -- and like you said, if
      15  y'all didn't think it wouldn't work, you wouldn't
      16  have gone forward with it, right?
      17      A.  Correct.
      18      Q.  And when did you anticipate having that
      19  two-ram capping stack completed and ready to be
      20  deployed?
      21      A.  I would say before the end of May.
      22      Q.  Okay.  All right.  Look at Tab 98, if you
      23  would, and we'll mark it.  It's been marked as
      24  Exhibit --
```

Page 119:05 to 120:12

```
00119:05  MR. LUNDY:  5385.
      06              MR. MORRISS:  (Nodding.)
      07      A.  Yes, sir.
      08      Q.  (By Mr. Lundy) Have you had a chance to
      09  look at that document?
      10      A.  (Reviewing document.)
      11          Not all of it, but I --
      12      Q.  Okay.  Why don't you briefly go through
      13  it and -- and tell me if you recognize it.
      14      A.  (Reviewing document.)
      15          I might have seen it before --
      16      Q.  Okay.
      17      A.  -- yes.
      18      Q.  And it's entitled "Sub Sea Capping Stack
      19  April 28, 2010."
      20      A.  Okay.
      21      Q.  And the second page has a timeline, and
      22  it's -- and it's entitled "Timeline - SubSea
      23  Capping Stack."
      24          When you look at this page, is it ref --
      25  referring to the timeline for the capping stack,
00120:01  the BOP-on-BOP option, or both?
      02      A.  The B on P -- BOP-on-BOP.
      03      Q.  Even though it's called "Subsea Capping
      04  Stack," it's talking about the BOP-on-BOP option?
      05      A.  It was a hectic time.
      06      Q.  Okay.  It's maybe just misnomered, right?
```

```
07     A.  Yes.  Well --
08     Q.  Or some people referred to both
09  interchangeably?
10     A.  Yes.
11     Q.  Okay.  But -- but this timeline we know
12  is talking about BOP-on-BOP?
```

Page 120:14 to 120:14

```
00120:14  Yes.
```

Page 121:02 to 121:04

```
00121:02     Q.  Okay.  Was there any consensus among
03  everyone as to how long they believed it would
04  take to have the two-ram ready to go and --
```

Page 121:06 to 122:18

```
00121:06     A.  I can't put an exact time period on it.
07  I would imagine around three weeks.
08     Q.  (By Mr. Lundy) Three weeks from when?
09     A.  From the time that we got the -- three
10  weeks from the time that we -- we got the
11  equipment back from the vendor, from the -- from
12  Hydril.
13     Q.  And when did y'all get the equipment back
14  from Hydril?
15     A.  About -- I think about the 10th of May.
16     Q.  All right.  So you're looking at the --
17  the very first part of June as -- as the time
18  frame when -- when the two-ram capping stack
19  would be ready to go?
20     A.  I think -- I think it could have been
21  ready by the end of May.
22     Q.  You do?
23     A.  Yes.
24     Q.  All right.  Because it was -- I mean,
25  everyone was giving their best effort --
00122:01     A.  Yes.
02     Q.  -- with Transocean and Cameron and others
03  to get --
04     A.  Yes.
05     Q.  -- something built to contain this well,
06  right?
07     A.  Yes.
08     Q.  It was a priority, correct?
09     A.  Yes.
10     Q.  And -- and they were going to try to do
11  whatever it took to build the necessary capping
12  stack to contain the well, right?
13     A.  Everyone I worked around seemed to think
14  that, yes.
```

```
15     Q.  And it's your opinion that this two-ram
16  capping stack could have been ready by the end of
17  May?
18     A.  No doubt.
```

Page 122:25 to 123:02

```
00122:25    Q.  Would it have taken about the same amount
00123:01  of time that it took to install the three-ram
    02  capping stack that was ultimately used --
```

Page 123:04 to 123:14

```
00123:04    Q.  (By Mr. Lundy) -- or -- or less because
    05  it was a smaller version?
    06     A.  No, it would have taken the same -- would
    07  have been run the same way.
    08     Q.  Okay.  So if I represent to you that the
    09  capping stack that was used, the three-ram
    10  capping stack with the venting option was --
    11  began installment on July 9th and was completed
    12  on July 12th, it's your opinion that the two-ram
    13  capping stack would have taken about the same
    14  four-day time period --
```

Page 123:16 to 123:23

```
00123:16    Q.  (By Mr. Lundy) -- to install?
    17     A.  I would think that, yes.
    18     Q.  Okay.  And so if it were -- if -- you
    19  said no doubt that it would have been ready to go
    20  at the end of May, that two-ram capping stack
    21  could have been installed by the first part of
    22  June, June 2nd, 3rd, 4th, somewhere in there,
    23  right?
```

Page 123:25 to 124:05

```
00123:25    A.  Seems reasonable if you're going to use
00124:01  that time period -- that timeline, yes.
    02     Q.  (By Mr. Lundy) Okay.  All right.  But at
    03  some point, the decision was made to go from a
    04  two-ram to a three-ram capping stack?
    05     A.  Yes.
```

Page 124:09 to 124:18

```
00124:09    Q.  And did BP make that decision?
    10        MR. MORRISS:  Object, form.
    11     A.  The Capping Team made that de -- that
    12  decision to -- well, let's put it this way:  The
    13  Capping Team came up with the idea.  I don't know
```

```
14   who made the decision to -- to go that way,
15   except BP was running the -- running the team,
16   so, yes, it --
17        Q.  (By Mr. Lundy) Yes, it was BP's decision?
18        A.  Yes, yes.
```

Page 124:21 to 126:12

```
00124:21      Q.  (By Mr. Lundy) Now, what -- what had to
      22   be done to modify it from the two-ram to the
      23   three-ram?  You started to tell me earlier,
      24   and -- and --
      25        A.  Well --
00125:01      Q.  All right.  Well, that's what I want you
      02   to tell me now.
      03        A.  We had to add another set of valves that
      04   was required -- that was also asked for on the --
      05   on the side of the -- side of the BOP.
      06            We had to upgrade the lifting mechanism
      07   from the frame.  We had to install valve supports
      08   for the -- valve supports for the side outlet
      09   valves of the BOPs in order to put -- in order to
      10   put chokes or the venting device on, or whatever
      11   was later foreseen as going onto those valves, to
      12   give it as much structural stability as possible,
      13   as well as the extra ROV panels.
      14            Every piece of equipment we added, when
      15   we added a -- another single, we had to make
      16   another ROV panel.  When we added another set of
      17   valves, it was making an ROV panel.  And the ROV
      18   panel parts were becoming an endangered species
      19   during that time period.
      20        Q.  All right.  How long did it take to
      21   modify the two-ram capping stack into the
      22   three-ram capping stack?
      23        A.  To make it into the three-ram capping
      24   stack?
      25        Q.  Yeah, to modify it from the two-ram to
00126:01   the three-ram.
      02        A.  Well, and -- and I guess, going by
      03   memory, three weeks.
      04        Q.  Okay.  So the modification added another
      05   three weeks to the process?
      06        A.  I think so.
      07        Q.  All right.
      08        A.  Or maybe -- maybe only a couple of weeks.
      09   I don't remember.
      10        Q.  Why did BP make the decision to modify it
      11   if everyone had agreed -- originally agreed that
      12   the two-ram capping stack would work?
```

Page 126:14 to 127:09

```
00126:14      A.  As I said earlier, I think it was the
```

```
15   addition of one ram cavity for redundancy, but
16   I'm not sure.  I was not in those meetings.
17       Q.  (By Mr. Lundy)  Okay.  Then after the --
18   after the modifications were made and it became a
19   three-ram capping stack, what happened then
20   with -- with the -- with the capping stack?
21   Were -- were any other modifications made or was
22   it now ready to go as a three-ram capping stack
23   with a venting option?
24       A.  The venting option came right at the end.
25       Q.  Okay.
00127:01     A.  The last week.  The BOP stack was
02   completed, and the venting option got added,
03   okay?
04           So we had a three-ram capping stack.  It
05   was -- to the best of my memory, it was tested
06   and ready to be shipped, and then the requirement
07   for the addition of pressure temperature sensors
08   came into the picture, and that caused some extra
09   days there.
```

Page 127:16 to 127:17

```
00127:16     Q.  All right.  But the three-ram capping
17   stack was tested and ready to go when?
```

Page 127:19 to 128:07

```
00127:19     A.  If I remember right, around the middle of
20   June.
21       Q.  (By Mr. Lundy)  Okay.
22       A.  The second week of June, something like
23   that.
24       Q.  All right.  Then the decis -- a decision
25   was made to modify it, right?
00128:01     A.  Well, a decision was made to add some
02   equipment onto it, yes.
03       Q.  Okay.  And you said that took an
04   additional --
05       A.  However long it took.
06       Q.  Okay.
07       A.  I know it took some extra time.
```

Page 128:15 to 128:23

```
00128:15     Q.  All right.  Did -- I'm going to ask you
16   the same question about the three-ram capping
17   stack that I did with the two-ram:  Did everyone
18   believe that it would work?
19       A.  Yes.
20       Q.  Okay.  And you believed it would work
21   prior to the addition of the -- the equipment
22   that was added on after it had been tested and
```

```
     23  ready to go, right?
```

Page 128:25 to 129:10

```
00128:25     A.  Well, we actually had provisions already
00129:01  on the B -- on the capping stack for pressure and
     02  temperature sensing.  And this was -- we tried to
     03  foresee that up front, and the extra requirements
     04  at the end for putting on pressure -- pressure
     05  temperature sensors were -- I don't know -- I
     06  don't know if it was required or got -- it was
     07  obviously required by someone, so we added it.
     08     Q.  (By Mr. Lundy) Do you know why it was
     09  added?
     10     A.  No, sir.
```

Page 130:01 to 130:09

```
00130:01  capping stack was built?
     02     A.  We were going to use -- yes.  We were
     03  going to use some device -- a device that
     04  Oceaneering had come up with, as a means of
     05  plugging in and get -- and taking readings,
     06  and -- and BP wanted to do something different.
     07     Q.  All right.  But you believe that the way
     08  it -- it was built prior to the modifications for
     09  remote access would have worked, right?
```

Page 130:11 to 130:14

```
00130:11     A.  Yes, sir.
     12     Q.  (By Mr. Lundy) Okay.  And then the
     13  additions that BP wanted to add lengthened the
     14  process by how long?
```

Page 130:16 to 130:23

```
00130:16     A.  I don't know.  A week or so.
     17     Q.  (By Mr. Lundy) Okay.  So it took another
     18  week to -- to --
     19     A.  Or maybe -- or maybe more.  I don't know.
     20     Q.  Maybe more to --
     21     A.  Sorry.
     22     Q.  -- to make the modifications that BP
     23  wanted?
```

Page 130:25 to 130:25

```
00130:25     A.  Yes, sir.
```

Page 131:08 to 131:16

```
00131:08      Q.  Okay.  And you said the venting op --
      09  another venting option was added, right?
      10      A.  Well, the venting action was -- option
      11  was added, but that wasn't much of an addition.
      12  All it was, was picking up a -- a
      13  manually-operated subsea choke and -- and hooking
      14  it on the side.
      15      Q.  Okay.
      16      A.  That was a matter of a -- an hour.
```

## Page 131:23 to 134:02

```
00131:23  (Exhibit No. 5386 marked.)
      24      Q.  (By Mr. Lundy) And it's a chain of
      25  E-mail, and the first E-mail in the chain -- or
00132:01  actually the first page that contains E-mails in
      02  the chain with the Bates No. TRN-MDL-00867285 is
      03  an E-mail from Charles Curtis to John Schwebel,
      04  S-c-h-w-e-b-e-l, "Subject:  Thanks For the Good
      05  Work BOP" in -- "on BOP and Capping Stack Team."
      06      A.  Okay.
      07      Q.  I would like for you to look at the
      08  second page of E-mails, and it's Bates Stamped
      09  TRN-MDL-00867286.
      10      A.  Okay.
      11      Q.  And you see this is an E-mail from
      12  Charles Curtis to John Schwebel, and date -- do
      13  you know Mr. Schwebel?
      14      A.  "Schwie-bel," Schwebel.
      15      Q.  Schwebel?  Do you know him?
      16      A.  Yes.
      17      Q.  Who is he?
      18      A.  Works for BP.
      19      Q.  All right.  And then to Dave Cameron, you
      20  see Mr. Cameron in there?
      21      A.  Yes.
      22      Q.  And he's -- and he's with Transocean,
      23  right?
      24      A.  Yes.
      25      Q.  All right.  And then you're copied on it,
00133:01  correct?
      02      A.  Yes.
      03      Q.  All right.  Do you remember this E-mail?
      04      A.  Yes.
      05      Q.  All right.  And it says:  "John, Attached
      06  is" the "photo of the Capping Stack this morning
      07  May" 30th, "around 11:00 AM.  The Capping Stack
      08  has gone as far as we can, all" -- "we can," come
      09  "all of the equipment is stacked up and only
      10  waiting on the Control Panels from Oceaneering,
      11  to test the Stack.  These Panels should be
      12  completed by Tuesday, June" 1st, "shipped to
      13  Cameron Berwick, hook up and tested with the
      14  3 Ram Capping Stack.  Completion date ready to
      15  ship offshore Friday, June" 4th.
```

```
16        So you recall -- did I read that
17 correctly?
18        A.  Yes.
19        Q.  All right.  And so it -- it appears,
20 according to Mr. Curtis, that the three-ram
21 capping stack would be ready to go offshore by
22 Friday, June 4th, right?
23        A.  Looks like it, yes.
24        Q.  And as we discussed earlier, you believe
25 it would have taken three or four days to
00134:01 install, right?
02        A.  Based on a timeline, the first one, yes.
```

Page 134:08 to 134:11

```
00134:08      Q.  Okay.  So here we are on May 30th, and
09 we're looking at a -- a date of June 4th to ship
10 this -- the capping stack offshore and install
11 and stop the flow of the well, right?
```

Page 134:13 to 134:25

```
00134:13      A.  Yes.
14        Q.  (By Mr. Lundy) What happened after this
15 to delay the June 4th date that everyone
16 anticipated would be the date that it -- the
17 capping stack would be shipped offshore?
18        A.  I think there were some delays in
19 testing.  And -- and then there was a change over
20 to the electronic pressure temperature sensor.
21        Q.  So you -- you think around this time is
22 when BP decided to change to the remote electric
23 sensoring?
24        A.  Seems like it was after this time, a
25 little after.
```

Page 135:02 to 135:04

```
00135:02      Q.  (By Mr. Lundy) Okay.  And then -- and
03 that change added on a -- a few more weeks to the
04 process?
```

Page 135:06 to 135:08

```
00135:06      A.  (Reviewing document.)  That change, as
07 well as some testing, I think, added some --
08 added time.
```

Page 136:07 to 136:09

```
00136:07      Q.  But, apparently, Mr. Curtis and others,
08 as of May 30th, anticipated that the capping
```

```
       09  stack would be sent offshore June 4th, right?
```

Page 136:11 to 136:11

```
00136:11      A.  Yes, that's what the E-mail says, yes.
```

Page 136:15 to 136:23

```
00136:15      Q.  And you said that it -- that -- that
      16  the -- the ventilation option didn't take very
      17  long --
      18      A.  No, sir.
      19      Q.  -- to construct, right?
      20      A.  No, sir.
      21      Q.  How long did it take?
      22      A.  After I found out about it, about an
      23  hour.
```

Page 137:08 to 137:16

```
00137:08  (Exhibit No. 5387 marked.)
      09      Q.  (By Mr. Lundy) And these are two
      10  E-mails -- well, several E-mails.  It's three --
      11  looks like a five-page document, beginning with
      12  Bates stamp TRN-MDL-00867363 through 867367.  And
      13  I want you to look at the first page, Bates stamp
      14  363.  In the second E-mail from Trevor Smith, do
      15  you know Mr. Smith?
      16      A.  No.
```

Page 139:24 to 142:10

```
00139:24      Q.  All right.  Let's talk about the BOP on
      25  the BOP option.  And go back to -- what's the
00140:01  Exhibit number -- Tab 98 is Exhibit -- go to your
      02  Tab 98, which is Exhibit 5385.  Are you there?
      03      A.  Yes, sir.
      04      Q.  All right.  So the -- the other strategy,
      05  noncapping stack strategy that your Team
      06  discussed was a BOP on top of BOP, right?
      07      A.  Correct.
      08      Q.  Tell me how that differed than from the
      09  capping stack.
      10      A.  Well, No. 1, it was -- it was more
      11  available, because the -- the BOP stacks
      12  considered were the ENTERPRISE, and that BOP was
      13  already assembled.  Slight modifications had to
      14  be made, as I told -- as I said earlier, a new
      15  wellhead connector had to be installed.  A
      16  deflector plate under the -- on the bottom side
      17  of the BOP frame and the -- a modification done
      18  to three joints of marine riser.
      19          And plus the fact that the BOP stack
```

```
20   would have direct communications to the surface.
21        Q.  How so?
22        A.  As far as controls, to be able to control
23   the -- all the well control equipment, from the
24   surface, from the rig.
25        Q.  Okay.  And -- and how so would it have
00141:01   direct communication?
02        A.  Through the multiplex cables to the
03   control system, to the hydraulic control system.
04        Q.  And why was that a benefit?
05        A.  Because you didn't have to use ROVs, you
06   didn't have to depend on ROVs to -- to -- to --
07   to close functions, and you were going to be able
08   to close the BOPs faster.  And you were going --
09   you had the capability of monitoring the well
10   direct.
11        Q.  And when you say "monitoring," what do
12   you mean?
13        A.  Well, you could -- you could monitor the
14   pressure and temperature from the sensors that
15   were already installed on the bottom of the -- of
16   the ENTERPRISE BOP stack.
17        Q.  All right.  So the -- the BOP was
18   available, right?
19        A.  Yes.
20        Q.  That was a benefit, correct?
21        A.  Yes.
22        Q.  There would be a few modifications that
23   had to be made that you just described, correct?
24        A.  Correct.
25        Q.  How long would that take?
00142:01   A.  We had already started on the
02   modifications on May the 1st, and should have
03   been completed by the middle of May.
04        Q.  Okay.  And the BOP-on-BOP was an option
05   that was discussed in the very beginning, right?
06        A.  M-h'm.
07        Q.  And was approved by BP?
08        A.  M-h'm.
09        Q.  Correct?
10        A.  Yes, sir.


Page 142:12 to 144:06

00142:12   Q.  (By Mr. Lundy) "Yes"?  Okay.
13        A.  Sorry.
14        Q.  No problem.
15            And it -- and it offered the -- the
16   ability to monitor the well, right?
17        A.  Yes.
18        Q.  And you -- and it offered the ability to
19   function a well without the use of ROVs, correct?
20        A.  Function the BOPs.
21        Q.  I mean, the BOP without the ROVs?
22        A.  And -- and the well control equipment,
```

```
   23  yes.
   24       Q.  All right.  And you can monitor the
   25  pressure using the BOP-on-BOP, correct?
00143:01       A.  Correct.
   02       Q.  And -- and pressure was an issue; is that
   03  correct?  Do you recall?
   04       A.  Well, pressure is -- pressure was -- was
   05  a concern, yes.
   06       Q.  Pressure -- the pressure in the well was
   07  a concern to the Capping Team, correct?
   08       A.  Well, we wanted to make sure that what we
   09  were going to put on top of the well was going to
   10  be at least the same well working pressure as
   11  what was there on the HORIZON.
   12       Q.  Okay.  So that was a consideration from
   13  the very beginning?
   14       A.  Yes.
   15       Q.  Okay.  I just want to make sure.
   16       A.  Yes.
   17       Q.  All right.  And the BOP-on-BOP design
   18  took into consideration those pressure concerns,
   19  correct?
   20       A.  Yes.
   21       Q.  And it all -- and allowed BP to monitor
   22  the pressure, right?
   23       A.  There were -- yes.  That was one of
   24  the -- that was one of the, I guess, good things
   25  about using the -- the BOP-on-BOP stack, yes.
00144:01       Q.  All right.  Could pressure be relieved
   02  using the BOP-on-BOP stack?
   03       A.  In the event you didn't want to close it
   04  in?  Yes.
   05       Q.  Yeah.  Or you could open it?
   06       A.  Yes.


Page 147:19 to 147:21

00147:19       Q.  All right.  And the timeline shows that
   20  using the BOP-on-BOP method, that TO anticipated
   21  the well being capped by May 11th, right?


Page 147:23 to 149:04

00147:23       A.  That's what this timeline says, yes.
   24       Q.  (By Mr. Lundy) Do you agree with that?
   25       A.  I don't know what information they used
00148:01  to -- to do this.  I don't know if some of this
   02  equipment was -- by May 11th, probably not.
   03       Q.  When do you think it would have been?
   04       A.  Shortly after that.
   05       Q.  Can -- May what?
   06       A.  Well, somewhere around the middle of May,
   07  I would think.
   08       Q.  So you think that using the BOP-on-BOP
```

```
09   would have been ready and deployed by May 15th?
10       A.  I can't say "deployed."  I can say
11   "ready."
12       Q.  Okay.  How long would it have taken to
13   actually install the BOP on the BOP option?
14       A.  I don't know how long it would take to
15   take the lower HORIZON -- you -- you would have
16   to remove -- cut the -- cut the riser, remove the
17   LMRP off the HORIZON stack.  I don't know how
18   all -- how long all that takes.  So I don't know
19   at what point you can start landing the HORIZON.
20       Q.  Okay.
21       A.  I mean, landing the ENTERPRISE on top of
22   the HORIZON.
23       Q.  Well, didn't -- do you recall when it
24   was -- I mean, we're looking at May 11th as an
25   anticipated date of capping the well in this
00149:01   timeline --
02       A.  M-h'm.
03       Q.  -- correct?
04       A.  Yes, sir.
```

Page 150:09 to 150:21

```
00150:09       Q.  All right.  And this -- the -- the -- and
10   the BOP-on-BOP option was going forward
11   simultaneously with the capping stack option,
12   right?
13       A.  Yes, sir.
14       Q.  And at some point, there was a decision
15   made not to go with the BOP-on-BOP option, right?
16       A.  Yes, sir.
17       Q.  Do you know why that decision was made?
18       A.  No, sir.
19       Q.  Okay.  Do you believe that the BOP-on-BOP
20   option would have been installed before the
21   capping stack was installed?
```

Page 150:23 to 151:10

```
00150:23       A.  "Would have" or "could have"?
24       Q.  (By Mr. Lundy)  Could have.  Let's go with
25   "could have."
00151:01       A.  Yes.
02       Q.  All right.  And -- and that's because the
03   equipment was available and would have been ready
04   to go by mid-May, right?
05       A.  In my opinion, yes.
06       Q.  Okay.  Turn back to Tab 38.  We
07   previously marked it as Exhibit --
08            MS. ADCOCK:  5386.
09       Q.  (By Mr. Lundy) -- 5386.  And look at
10   what's page Bates-stamped 867287.
```

Page 151:14 to 152:23

```
00151:14      Q.  (By Mr. Lundy) And at the -- the --
      15  the -- the second E-mail, the one that is from
      16  James Welling, let's look at that one.
      17      A.  Okay.
      18      Q.  And you see it's Sunday, May 30th, 2010,
      19  right?
      20      A.  Yes.
      21      Q.  It's -- it's from Welling to Schwebel,
      22  Mike Blue, Pat O'Bryan, and -- and others,
      23  correct?
      24      A.  Yes, sir.
      25      Q.  And it says:  "Thanks For the Good" --
00152:01  the Subject matter says:  "Thanks for the Good
      02  Work BOP on BOP and Capping Stack Team."
      03          Do you see that?
      04      A.  Yes, sir.
      05      Q.  All right.  Then the first sentence after
      06  that, beginning the paragraph says:  "BP has
      07  decided to go another route and will not be doing
      08  the BOP on BOP for awhile."
      09          Did I read that correctly?
      10      A.  Yes, sir.
      11      Q.  So is it -- it your understanding that BP
      12  made the decision not to go with the BOP-on-BOP
      13  route?
      14      A.  Yes, sir.
      15      Q.  And you don't know why; is that correct?
      16      A.  No.
      17      Q.  Do you have any understanding as to why?
      18      A.  (Reviewing document)  No, sir.
      19      Q.  Okay.  You believed the BOP-on-BOP option
      20  would work, correct?
      21      A.  Yes, sir.
      22      Q.  And the Team believed it would work,
      23  correct?
```

Page 152:25 to 152:25

```
00152:25      A.  Yes, sir.
```

Page 155:25 to 156:25

```
00155:25  (Exhibit No. 5388 marked.)
00156:01      Q.  (By Mr. Lundy) Okay.  This is an E-mail
      02  from Dean Williams dated June 18th, 2010 to you,
      03  Rob Turlak, and then copying Geoff Boughton,
      04  Robert Payne, and others, correct?
      05      A.  Correct.
      06      Q.  And you've seen this E-mail before,
      07  haven't you?
      08      A.  I -- yes.  It was --
```

```
09        Q.  Okay.
10        A.  -- sent to me, yes.
11        Q.  Okay.  And it -- the subject is "Well Cap
12   Tested," right?
13        A.  Yes.
14        Q.  All right.  Then it says:  "Rob, All
15   testing completed and approved.  Testing was
16   witnessed by Cameron, BP, MMS and Transocean,"
17   correct?
18        A.  Yes, that's what it says.
19        Q.  "Test carried" -- and then it -- then it
20   describes all the various tests that were carried
21   out, correct?
22        A.  Correct.
23        Q.  So it appears that as of June 18th the
24   capping stack had been tested?
25        A.  Yes.
```

Page 157:20 to 159:09

```
00157:20  MR. LUNDY:  We didn't -- this is a
      21  -- another exhibit that I forgot to put on the --
      22  on the disk, on the CD, but I have a copy for the
      23  witness.  It's been previously marked as
      24  Exhibit 1166.
      25       Q.  (By Mr. Lundy) And I'm going to quickly
00158:01  go through just one item on this with you.
      02          And this is an -- it's an E-mail from
      03  William Stringfellow to John Keeton with
      04  attachments, and attachment is entitled
      05  "Evaluation of Secondary Intervention"
      06          Do you see that in the E-mail?
      07       A.  Yes, sir.
      08       Q.  Do you know Mr. Stringfellow?
      09       A.  Yes, sir.
      10       Q.  All right.  And then it says "WEST
      11  Engineering Services, Inc. Evaluation of
      12  secondary intervention Methods in Well Control,"
      13  March 2003, right?
      14       A.  Yes.
      15       Q.  All right.  And turn with me -- and it
      16  was made for the U.S. Mineral Management Service,
      17  correct?
      18       A.  Yes, sir.
      19       Q.  And then if you turn to the next page,
      20  which is Bates-stamped 4921, there's a -- a
      21  letter from Wa -- Ralph -- or Raleigh -- I'm
      22  sorry -- Raleigh S. Williamson, P.E., correct?
      23       A.  Yes, sir.
      24       Q.  And do you know him?
      25       A.  No, sir.
00159:01  Q.  Okay.  To Bill Hauser with MM -- with the
      02  Minim -- Minerals Management Service, correct?
      03       A.  Yes, sir.
      04       Q.  And the subject is "Evaluation of
```

```
05   Secondary Intervention Methods in Well Control,"
06   correct?
07        A.  That's the title, yes, sir.
08        Q.  All right.  Now, turn with me to Page 82
09   of 85.  It's Bates-stamped 00495002.
```

Page 159:22 to 161:15

```
00159:22   MR. LUNDY:  Page 82 of 85, Bates
       23   stamp 00495002.
       24              MR. MORRISS:  (Nodding.)
       25        Q.  (By Mr. Lundy)  All right.  And -- and
00160:01   what I'm going to refer to is specifically
       02   Section 6.10, or 6.10, "ROV Intervention."  Okay?
       03        A.  Yes, sir.
       04        Q.  And then it says:  "Possible shortcomings
       05   of this system include..."  And -- and the first
       06   item says:  "An ROV should not be used for
       07   secondary intervention unless the well is" bas --
       08   "benign," and then in parentheses it says
       09   "(nonflowing)" -- that's what "benign" means,
       10   correct?
       11        A.  Yes, sir.
       12        Q.  All right.  That's your understanding of
       13   benign well is a non --
       14        A.  I think in this context, yes.
       15        Q.  All right.  Fair enough.
       16        -- "or unless it can be demonstrated that
       17   the designated functions can be performed in the
       18   API recommended time," correct?
       19        A.  Yes.
       20        Q.  And then it -- it says:  "If not already
       21   in the water ROV deployment will require a long
       22   time, possibly long enough that the rams become
       23   unusable due to erosion damage, depending on the
       24   well flow rate," correct?
       25        A.  Yes.
00161:01        Q.  And you and I had this discussion this
       02   morning, when we were talking about the -- the
       03   Byrd E-mail from 2001, correct?
       04        A.  Correct.
       05        Q.  I mean, Mr. Byrd was talking about one of
       06   the -- talking about the same issue in his E-mail
       07   that's being mentioned in the ROV -- I mean, in
       08   Section 6.10 ROV Intervention, was he not?
       09        A.  Correct.
       10        Q.  So seven years -- or almost seven years
       11   earlier, Mr. Byrd and BP are -- have recognized
       12   the same potential problem with the use of ROV
       13   intervention to contain well -- to contain a
       14   flowing well as Mr. Byrd had recognized back
       15   in -- in 2001, right?
```

Page 161:17 to 162:05

```
00161:17      A.  What these say is in agreement, yes.
      18      Q.  (By Mr. Lundy) Okay.  And then if you
      19  look to the next page, there's Items 3, 4, 5, 6,
      20  and 7, and it continues to list other reasons why
      21  ROV intervention might not work to -- to engage a
      22  BOP and -- and stop a flowing well, right?
      23      A.  (Reviewing document.)
      24          There seems to be a list of reasons why,
      25  yes.
00162:01      Q.  Okay.  And so we -- we -- BP has
      02  recognized in 2001, and we see again WEST
      03  Engineering Services in March of 2003, that an
      04  ROV should not be used for secondary intervention
      05  unless the well is not flowing, correct?
```

Page 162:07 to 162:07

```
00162:07      A.  That's what the report says, yes.
```

Page 162:11 to 162:16

```
00162:11      Q.  (By Mr. Lundy) Now, turn with me to Tab
      12  19.  And I'm sure it's previously marked as an
      13  exhibit, but I don't know what exhibit it is.  It
      14  is the BP Gulf of Mexico Deep Water SPU Well
      15  Control Response Guide, or a portion thereof
      16  anyway.
```

Page 163:05 to 163:18

```
00163:05      Q.  (By Mr. Lundy) Now, let's look at the
      06  second page of this Exhibit 5361.  And -- and --
      07  well, the first page, this is the -- the Well
      08  Control Response Guide, and it's dated January
      09  2010, correct?
      10      A.  Yes.
      11      Q.  All right.  Now go to the second page,
      12  under 8.12.3 "LEVEL 3:  Phase 2."  What is your
      13  understanding of the LEVEL 3?  Is that a blowout?
      14      A.  I have no idea.
      15      Q.  (By Mr. Lundy) You don't?
      16      A.  No.
      17      Q.  All right.  Well, I'm going to represent
      18  to you that LEVEL 3 is a blowout.
```

Page 163:20 to 164:04

```
00163:20      Q.  (By Mr. Lundy) And if you go down --
      21  if -- if you go where it says "Surface
      22  Intervention - Capping" -- do you see the word
      23  "Capping"?
      24      A.  Yes, sir.
```

```
     25      Q.  -- and then it has several bullet points.
00164:01  It talks about things to do in the event of a
     02  blowout, right?
     03      A.  In LEVEL 3?
     04      Q.  Yeah.
```

Page 164:09 to 165:12

```
00164:09      Q.  (By Mr. Lundy) It's Exhibit 2386.
     10          You see, like the first bullet point
     11  says:  "Proceed immediately to the designated
     12  Conference room."
     13          Do you see that under 8.12.3, second
     14  page?
     15      A.  Yes, sir.
     16      Q.  Okay.  And then if you go down, it says:
     17  "Assist in sourcing capping and related
     18  equipment."  Do you see that?
     19      A.  Yes.
     20      Q.  Okay.  All right.  So he's talking about
     21  assisting in sourcing capping and related
     22  equipment.  And what related equipment is listed
     23  next to this bullet point?
     24      A.  Well, it says:  "Jet-cutter, capping
     25  stack, diverter lines, side outlet valves,
00165:01  closing unit, choke manifold, snubbing unit,
     02  wellhead..."
     03      Q.  Okay.  So we see the capping stack is
     04  mentioned in "related equipment," correct?
     05      A.  Yes.
     06      Q.  In the BP Well Control Response Guide
     07  Jan -- dated January 20th -- I mean, dan -- dated
     08  January 2010, correct?
     09      A.  Yes.
     10      Q.  All right.  So obviously BP has
     11  considered the capping stack as a means of well
     12  control in the event of a blowout, right?
```

Page 165:14 to 167:07

```
00165:14      A.  Well, on this -- on this Response Guide
     15  you're talking about, utilizing a capping stack,
     16  yes.
     17      Q.  (By Mr. Lundy) Okay.  Now, turn with me
     18  to Tab, real quick, land it's previously been
     19  marked as Exhibit 1666.
     20          I'm going to represent to you that this
     21  is a -- a BP document produced in this
     22  litigation.  And do you see up top it's titled
     23  "Lessons Learned:  December 2010 Update,"
     24  correct?
     25      A.  Correct.
00166:01      Q.  All right.  And it says:  "Since the
     02  Deepwater Horizon tragedy, BP has been in the
```

```
03  process of making fundamental far-reaching
04  changes within Prevention, Containment/Isolation
05  and Spill Response."
06          Did I read that correctly?
07      A.  Yes, sir.
08      Q.  This highlight -- "This document
09  highlights the most critical actions completed
10  to-date, based on learnings from the incident,"
11  correct?
12      A.  Yes, sir.
13      Q.  All right.  Now, the -- the first topic
14  says "Prevention," right?
15      A.  Yes, sir.
16      Q.  All right.  Then it says:  "Addressing
17  Bly Report recommendations."  Do you see that?
18      A.  Yes, sir.
19      Q.  Then it says:  "Every single BOP used on
20  BP operated projects underwent comprehensive
21  checks to confirm they are capable of shutting in
22  the well in an emergency," right?
23      A.  That's what it says.
24      Q.  And you and I have seen documents and
25  talked about documents this morning, and just a
00167:01  minute ago, where back in 2001 and in 2003 there
02  was a concern about the fact that BOPs may not be
03  capable of shutting in a -- in a well during an
04  emergency either because the ROV doesn't engage
05  it or can't engage it in time or the fact that
06  there may be erosion which prevents the BOP from
07  sealing the well, correct?
```

Page 167:09 to 167:13

```
00167:09      A.  We did discuss erosion, yes.
10      Q.  (By Mr. Lundy) Yeah.  And we discussed
11  and saw documents where the fact that the ROV may
12  present a problem because it can't do it timely,
13  quickly enough?
```

Page 167:15 to 167:17

```
00167:15      A.  We did see that, yes.
16      Q.  (By Mr. Lundy) Right?  Or it doesn't --
17  or it doesn't have the power to do it, correct?
```

Page 167:19 to 167:20

```
00167:19      Q.  (By Mr. Lundy) Can't pump enough fluids
20  to -- to shut it, correct?
```

Page 167:22 to 167:25

```
00167:22      A.  Time -- time was the point this morning.
```

```
23      Q.  (By Mr. Lundy) Okay.  Well, right,
24   because it takes too long to pump enough fluids
25   in there to -- to engage the BOP timely, correct?
```

Page 168:02 to 168:05

```
00168:02      A.  Yes.
     03      Q.  (By Mr. Lundy) And if it -- and if that
     04   doesn't work, erosion can occur and then it won't
     05   seal the well, correct?
```

Page 168:07 to 168:19

```
00168:07      A.  That's what was in Mr. Byrd's E-mail.
     08      Q.  (By Mr. Lundy) Right.  And then we just
     09   looked at the -- Exhibit 1166, the "WEST
     10   Engineering Services Evaluation of Secondary
     11   Intervention Methods in Well Control For U.S."
     12   Mineral "Management Service," right?
     13      A.  Correct.
     14      Q.  And we -- and we looked at Section 6.10,
     15   "ROV Intervention," where the first thing it says
     16   about possible shortcomings is that, "An ROV
     17   should not be used for secondary intervention
     18   unless the well is benign..."
     19          We talked about that, right?
```

Page 168:21 to 169:09

```
00168:21      A.  Correct.
     22      Q.  (By Mr. Lundy) Do you know -- I mean --
     23   and now we see that -- that BP, after the fact,
     24   has gone in and conducted a comprehensive check
     25   to confirm that BOPs are capable of shutting in
00169:01   the well in an emergency, right?  You see that in
     02   Exhibit 1666?
     03      A.  That's what it says.
     04      Q.  All right.  Now, given the knowledge of
     05   this concern before April 20th, 2010, BP could
     06   have certainly done that same comprehensive
     07   check, that the BOPS -- of confirming that the
     08   BOPs are capable of shutting in the well, prior
     09   to the DEEPWATER HORIZON tragedy, correct?
```

Page 169:11 to 169:14

```
00169:11      A.  I don't know that they didn't.
     12      Q.  (By Mr. Lundy) Okay.  But that's not my
     13   question.  My question is:  They certainly could
     14   have, couldn't they?
```

Page 169:16 to 169:16

```
00169:16      A.  Yes.
```

Page 170:07 to 170:14

```
00170:07      Q.  (By Mr. Lundy) Okay.  And then the next
      08  item it says under prevention is:  "All BOP ROVs
      09  are now confirmed to be capable of activating
      10  BOPs in emergency situations."  Right?
      11      A.  That's what it says, yes.
      12      Q.  And -- and that, too, could have been
      13  done by BOP -- by BP prior to April 20th, 2010,
      14  correct?
```

Page 170:16 to 170:21

```
00170:16      A.  Yes, it may have.
      17      Q.  (By Mr. Lundy) Well, do you know whether
      18  it was?
      19      A.  No.
      20      Q.  But we know now that it is after the
      21  fact, right?
```

Page 170:23 to 170:25

```
00170:23      A.  That's what this says, yes.
      24      Q.  (By Mr. Lundy) And we know it could have
      25  been done before the tragedy, correct?
```

Page 171:02 to 171:02

```
00171:02      A.  Yes.
```

Page 171:13 to 173:08

```
00171:13      Q.  Now, if you go down to the third bullet
      14  point, it says:  "Two containment 'hats' have
      15  been delivered to the UK.  Replacements have been
      16  built and added back to BP's inventory in the"
      17  Gulf of Mexico.
      18          I'm going to represent to you that
      19  Mr. Birrell, with BP, and Mr. Frazelle, yesterday
      20  with BP, testified that BP now has capping stacks
      21  available in the U.K., and in the Gulf of Mexico,
      22  ready to go, in case of another blowout like the
      23  DEEPWATER HORIZON.  Were you aware of that?
      24      A.  No.
      25      Q.  No?
00172:01      A.  Not completely, no.
      02      Q.  What do you mean "not completely"?
      03      A.  I had heard that they had a -- a capping
      04  stack available, I did not know that they had
```

```
05   hats, containment hats.
06       Q.  Okay.  Did the technology exist prior to
07   April 20th to build the three-ram capping stack
08   that was ultimately used to cap the Macondo Well?
09       A.  Technology, yes.
10       Q.  All right.  Would the same be true for
11   BOP-on-BOP, did that technology exist prior to
12   April 20th, 2010?
13       A.  Yes.
14       Q.  Okay.  Did the equipment used to build
15   the capping stack, the three-ram capping stack
16   that was placed on the well, exist prior to April
17   20th, 2010?
18       A.  Yes.
19       Q.  How long had that equipment been
20   available?  For years?
21       A.  Yes.
22       Q.  Okay.  And the technology to -- to build
23   that three-ram capping stack had been available
24   for years?
25       A.  Best of my knowledge, yes.
00173:01     Q.  And the same would be true for the BOP on
02   the BOP?
03       A.  Yes.
04       Q.  Okay.  So if BP had been concerned with
05   what was raised in the Byrd memo in 2001, it
06   could have employed someone to build the capping
07   stack and have it on standby, like it does now,
08   prior to April 20th, 2010?
```

Page 173:10 to 173:18

```
00173:10     A.  The technology was available to -- for
11   that to be done.
12       Q.  (By Mr. Lundy) And -- and the same would
13   be true for the BOP on the BOP, correct?
14       A.  Yes.
15       Q.  So just so we're clear, the -- the hats
16   and the capping stacks that BP has on standby
17   now, could have been on standby prior to April
18   20th, 2010, correct?
```

Page 173:20 to 173:20

```
00173:20     A.  Yeah.  I know very little about the hats.
```

Page 174:02 to 175:02

```
00174:02     Q.  All right.  All right.  Turn with me now
03   to -- to Tab 41.  Look -- this is an E-mail from
04   Iain Sneddon, or Iain, how do you --
05       A.  "Ee-an."
06       Q.  Iain Sneddon?
```

```
07      A.  Iain Sneddon, yes, sir.
08      Q.  And he's with Transocean?
09      A.  Yes, sir.
10      Q.  And what is his position?
11      A.  He was a member of the Capping Team.
12      Q.  Okay.  And it's dated May 17th, 2010,
13 correct?
14      A.  Yes.
15      Q.  And it's to Olsen -- or Asbjorn Olsen?
16      A.  Correct.
17      Q.  And who is he?
18      A.  He was brought in to -- to work with the
19 Transocean Group -- Response Group there at Park
20 Ten.
21      Q.  And -- and who -- who was he with?
22      A.  Transocean.
23      Q.  Okay.  And in -- and you're copied on it,
24 right?
25      A.  Yes, sir.
00175:01  Q.  Okay.  Do you remember this E-mail by
02 chance?
```

Page 175:06 to 176:22

```
00175:06      A.  (Reviewing document.)  No, I don't
07 remember it, but --
08      Q.  (By Mr. Lundy) There's no reason to
09 believe you didn't get it, is there?
10      A.  No.
11      Q.  Okay.  Let's mark it as Exhibit --
12          THE COURT REPORTER:  5389.
13          MR. LUNDY:  5389.
14          (Exhibit No. 5389 marked.)
15      Q.  (By Mr. Lundy) And it -- and it says:
16 "Asbjorn, For your information.  Attached memo is
17 background to requests for Views of DD II BOP on
18 DWH BOP."
19          Did I read that correctly?
20      A.  Yes, sir.
21      Q.  Okay.  And you -- and we go down 1, 2, 3,
22 4 paragraphs, and it says:  "Dimensional drawings
23 of diverting valves/chokes to be added to capping
24 stack - not on critical path until BP makes" a
25 "decision to deviate from" the "present path!"
00176:01          Do you see that?
02      A.  Yes, sir.
03      Q.  Do -- do you know what he meant by that?
04      A.  Yes, sir.
05      Q.  What is that?
06      A.  This was a Development Driller BOP.
07 After it was decided not to use the ENTERPRISE
08 BOP, the Development Driller to BOP was to be
09 utilized as -- as the BOP-on-BOP option.  And
10 they were discussing whether or not to add a
11 valve or choke to the outlet of the DDII BOP
```

```
12   stack for venting.
13       Q.  Okay.  What does he mean by "not on
14   critical path until BP makes decision to deviate
15   from present path"?
16       A.  There was other things to be done to
17   the -- to the DDII BOP stack, such as add --
18   change the connector, change the wellhead
19   connector on the bottom, and the addition of --
20   of a deflector plate on the bottom of the BOP
21   stack frame.  And also some changes to be made to
22   the -- to the BOP stack.
```

Page 177:02 to 178:18

```
00177:02      Q.  Okay.  Let's go to Tab 22 again, which is
03   Exhibit 7102.
04       A.  (Complying.)
05       Q.  All right.  It says -- if you look at
06   Bates stamp 7488, we looked at it earlier,
07   Paragraph 12, we talked about the operational
08   meetings y'all had every morning, right?
09       A.  Operational meetings that were being --
10   yes, that were being held at BP, yeah.
11       Q.  Right.  The second sentence in Paragraph
12   12 says:  "The timeline changes every day as a
13   result of delays and / or changes made."
14           Did I read that correctly?
15       A.  Yes, sir.
16       Q.  Was that your experience?
17       A.  There were a lot of changes made, yes.
18       Q.  On a daily basis?
19       A.  I can't say on a daily basis, but there
20   were a lot of changes in direction, yes.
21       Q.  Frequently?
22       A.  Yes.
23       Q.  Okay.  All right.  Then you go to the --
24   what -- did that cause any frustration among
25   the -- the Team?  I see you smiling.
00178:01      A.  Of course.
02       Q.  Just tell -- tell us about that.  What
03   type of frustration was created?
04       A.  Well, I think any Engineer would like to
05   have a clear path and take that to fruition, but
06   there were a lot of additions of equipment
07   changes to -- to designs, and then a decision not
08   to use any of the things that were already done.
09       Q.  And that was frustrating for the Team?
10       A.  Well, I think everybody wanted to get the
11   well closed in, and we, of course, weren't --
12   weren't dealing with all the information as to
13   why decisions were -- why things were changed.
14       Q.  What do you mean you weren't dealing with
15   all the information as to why decisions were --
16       A.  Well, we didn't know why -- why a lot of
17   the decisions on the -- why not to use one's --
```

          18  one version -- one system versus another, but --

Page 179:06 to 179:18

00179:06       Q.  (By Mr. Lundy) All right.  You were
      07  frustrated, right?
      08       A.  Slightly, yes.
      09       Q.  Okay.  Did -- did it appear that others
      10  with Transocean were frustrated with the changes
      11  and the delays?
      12       A.  It appeared so.
      13       Q.  Okay.  And -- and I guess it was even
      14  more frustrating because y'all didn't know why
      15  there were changes and delays after decisions had
      16  been made, correct?
      17       A.  We ho -- we hoped there were good
      18  reasons.

Page 179:25 to 180:02

00179:25  Was it more frustrating because you
00180:01  didn't know why those changes were being made?
      02       A.  Well, sure, yes, sir.

Page 180:13 to 180:16

00180:13       Q.  (By Mr. Lundy) TO was just doing what
      14  Trans -- what BP told it to do?
      15              MR. MORRISS:  Object to form.
      16       A.  That's the impression I got.

Page 182:20 to 183:01

00182:20       Q.  Okay.  Were you aware that -- of the --
      21  of the top kill junk shot option that was
      22  employed by BP?
      23       A.  I was aware that they were talking about
      24  using it, yes.
      25       Q.  What was your involvement in that?
00183:01       A.  Nothing.

Page 183:24 to 184:01

00183:24       Q.  Were y'all waiting -- was your Group
      25  waiting to see how the top kill panned out?
00184:01       A.  No, sir.

Page 184:06 to 184:14

00184:06       Q.  Okay.  All right.  So are you -- do you
      07  know how the top kill and the junk shot works?
      08       A.  I'd heard a little bit about it.  I saw

```
09  it on -- I saw it talked about on TV.  I wasn't
10  involved in it, so I paid very little attention
11  to it, to be honest with you.
12      Q.  All right.  Were new team members added
13  after the top kill junk shot failed?
14      A.  I don't think so.
```

Page 185:12 to 185:14

```
00185:12  MR. BAAY:  5372.
     13      Q.  (By Mr. Lundy) All right.  Previously
     14  marked as 5372.  And -- and I want to go back to
```

Page 186:03 to 187:15

```
00186:03      Q.  All right.  Do you know Russell
     04  Bourgeois?
     05      A.  Yes, sir.
     06      Q.  And who is he?
     07      A.  He's a Plant Manager for Cameron at the
     08  Berwick facility.
     09      Q.  Is he -- have you worked with him?
     10      A.  Yes, sir.
     11      Q.  And while you were at Cameron?
     12      A.  Yes, sir.
     13      Q.  And after you left Cameron, have you had
     14  a chance to work with him?
     15      A.  Yes, sir.
     16      Q.  Is he competent?
     17      A.  Yes, sir.
     18      Q.  Do you respect him?
     19      A.  Yes, sir.
     20      Q.  All right.  And -- and he's writing to
     21  Don King.  Do you -- do you know Mr. King, as
     22  well?
     23      A.  Yes, sir.
     24      Q.  And who is he?
     25      A.  He is the Vice President of Aftermarket
00187:01  for Cameron.
     02      Q.  All right.  And then it -- the -- the
     03  "Subject" is "Fitting Cameron DR30 Drilling Choke
     04  to the Triple Stack."  Do you see that?
     05      A.  Yes, sir.
     06      Q.  All right.  And then it -- and then
     07  Mr. Bourgeois says: "Don, do you want me to
     08  start another one like this?  This is really
     09  turning into a circle jerk.  BP has way too many
     10  people involved in this crap and one doesn't have
     11  clue what the other is doing....  this is
     12  Transocean's stack and they're leaving Transocean
     13  totally out of this."
     14          Does this E-mail describe the -- the lack
     15  of information you were frustrated about --
```

Page 187:17 to 187:20

```
00187:17      Q.  (By Mr. Lundy) -- when he says,
      18  "Transocean, this is your stack, and y'all were
      19  left totally out of it," was -- does that
      20  accurately describe how y'all felt --
```

Page 187:22 to 188:23

```
00187:22      Q.  (By Mr. Lundy) -- about being left out
      23  of -- of receiving information that you would
      24  like to have?
      25      A.  No.  This is talking about being a
00188:01  last-minute addition to the capping stack, after
      02  it's already been tested, that BP was asking
      03  Cameron to put this particular choke that was
      04  going to be used as a vent on the capping stack
      05  without even -- without Transocean even knowing
      06  about it.
      07      Q.  So the -- when did y'all learn about
      08  this?
      09      A.  I learned about it after -- I personally
      10  learned about it after the capping stack had been
      11  shipped.
      12      Q.  Shipped where?
      13      A.  To go offshore.
      14      Q.  Okay.  So you didn't even know that the
      15  choke had been put on there?
      16      A.  Correct.
      17      Q.  And you didn't find out about it until it
      18  was -- until it was shipped offshore?
      19      A.  I found out -- I was told that there's a
      20  choke on this thing now.
      21      Q.  Okay.  Well, that would have been
      22  something you would have wanted to know in
      23  advance, right?
```

Page 188:25 to 188:25

```
00188:25      A.  Well, I would have appreciated it, yes.
```

Page 189:06 to 189:14

```
00189:06      Q.  And you discussed earlier how you were
      07  frustrated, and indicated that you weren't
      08  getting information that you would have liked,
      09  correct?
      10            MR. MORRISS:  Form.
      11      A.  Well, I said that there was a level of
      12  frustration that -- that -- that I felt, and that
      13  we didn't have the reasons why a lot of things
      14  were changed, a lot of directions were changed.
```

Page 190:13 to 190:18

```
00190:13      Q.  Because Transocean was exchanging
      14  information amongst its Team members, correct?
      15      A.  Correct.
      16      Q.  All right.  Did you feel that -- that BP
      17  was leaving Transocean out of certain
      18  decision-making?
```

Page 190:20 to 191:07

```
00190:20      A.  I can only say what occurred with --
      21  with -- I -- I don't know if --
      22      Q.  (By Mr. Lundy) Well, go ahead.  Tell me
      23  what occurred.
      24      A.  I can only tell you what occurred from
      25  the -- from the Well Cap Team is that we changed
00191:01  directions a lot, and I don't know what
      02  information was being used to make those
      03  decisions, as far as whether or not we were going
      04  with a three-cavity stack or the BOP-on-BOP or
      05  what -- we -- we seemed to change pretty often.
      06      Q.  Okay.  And those changes were made
      07  without your input, correct?
```

Page 191:09 to 191:13

```
00191:09      A.  Those decisions were made, yes, without
      10  my input, yes.
      11      Q.  (By Mr. Lundy) All right.  And those
      12  decisions were made by BP, correct?
      13      A.  Correct.
```

Page 191:22 to 192:17

```
00191:22  (Exhibit No. 5390 marked.)
      23      Q.  (By Mr. Lundy) All right.  This is an
      24  E-mail dated June 2nd from Asbjorn Olsen to Geoff
      25  Boughton and others, including yourself, right?
00192:01      A.  Yes, sir.
      02      Q.  And it's -- "Meeting Notes" is the
      03  subject matter, right?
      04      A.  Correct.
      05      Q.  And it looks like there is another E-mail
      06  that had -- below that that had been forwarded
      07  from Geoff Boughton to John Schwebel, Charles
      08  Curtis, yourself, correct?
      09      A.  Yes.
      10      Q.  And others, right?
      11      A.  Correct.
      12      Q.  Including Eddy Redd, who we just talked
      13  about, correct?
      14      A.  Correct.
```

```
15      Q.  And this Geoff Boughton E-mail is dated
16   June 2nd, as well, right?
17      A.  Yes.
```

Page 193:03 to 194:06

```
00193:03      Q.  All right.  And he goes on to say:  "We
      04   were informed yesterday that another BP project
      05   at Oceaneering had taken the ROV Panel Valves and
      06   parts from the Cap Stack Panels."  Did I read
      07   that correctly?
      08      A.  Yes.
      09      Q.  "This has further delayed the Cap Stack
      10   critical path."  Did I read that correctly?
      11      A.  Yes:
      12      Q.  "If someone could help prioritize the
      13   schedule we will do our best to make it happen."
      14   Did I read that right?
      15      A.  Yes.
      16      Q.  Did you talk to Mr. Boughton about this
      17   E-mail?
      18      A.  I believe -- yes, this had to do with our
      19   ROV panels we were going -- trying to complete to
      20   get to the capping stack, and some of the -- some
      21   of the pieces went missing to be used on a
      22   different panel.
      23      Q.  And it appears from this letter that
      24   those pieces went missing because BP used them on
      25   another Project at Oceaneering?
00194:01      A.  Yes, Oceaneering was making our panels.
      02   Oceaneering was making panels for BP.  And from
      03   the conversation that I had about this with
      04   Geoff, or maybe someone else, was that someone
      05   from BP said, "No.  Ours is more important.  Use
      06   it for this."
```

Page 194:23 to 195:06

```
00194:23      Q.  All right.  So BP apparently took the --
      24   the ROV panels that you were going to use, and
      25   used them on another Project?
00195:01      A.  Parts.  Some of the parts for the ROV
      02   panels, yes.
      03      Q.  Okay.  And according to Mr. Boughton --
      04   Boughton, this further delayed the cap stack
      05   critical path, correct?
      06      A.  According to this E-mail, yes.
```

Page 195:17 to 195:18

```
00195:17      Q.  Because BP didn't tell you why they were
      18   going to do that, right?
```

Page 195:20 to 195:25

```
00195:20     A.  Not to me -- not me personally, no.
     21      Q.  (By Mr. Lundy) And, apparently, they
     22 didn't tell Mr. Boughton, either, did they?
     23      A.  I don't think they did.
     24      Q.  Nor did they tell anybody else on that
     25 chain of E-mails, did they?
```

Page 196:02 to 196:06

```
00196:02     A.  I don't think so.
     03      Q.  (By Mr. Lundy) And let's go to -- to Tab
     04 90.  And it's a -- and let's look at the second
     05 E-mail from Dean Williams to you, dated June
     06 18th.  Do you see that?
```

Page 196:14 to 196:20

```
00196:14 (Exhibit No. 5391 marked.)
     15      Q.  (By Mr. Lundy) And the -- it -- it's to
     16 you, correct?
     17      A.  Yes, sir.
     18      Q.  And Geoff Boughton -- Boughton is copied
     19 along with Todd Holtz and John Davis, correct?
     20      A.  Correct.
```

Page 201:22 to 203:13

```
00201:22 MR. LUNDY:  Fift -- Exhibit 5392.
     23          (Exhibit No. 5392 marked.)
     24      Q.  (By Mr. Lundy) And this is an -- oops --
     25 E-mail dated June 1st, 2010, from Dean Williams
00202:01 to you, Rob Turlak, correct?
     02      A.  Correct.
     03      Q.  And copying Asbjorn Olsen and others,
     04 correct?
     05      A.  Yes, sir.
     06      Q.  And then it says:  "Rob, Running into
     07 vendor issues with inventory of available ROV
     08 Paddle Valves."  Correct?
     09      A.  Correct.
     10      Q.  And if you go down to the last paragraph,
     11 last full paragraph, it says:  "The problem is
     12 that we are...treading on each others" -- "we are
     13 all treading on each others toes."  Correct?
     14      A.  Yes, sir.
     15      Q.  "We want this and BP want it too.  Plate
     16 cutters are busy with BP stuff.  Only two cutters
     17 in town and BP has a large plate in" -- "in each
     18 of their shops.  All this stuff is taking ROV
     19 intervention valves and what was available last
     20 week has been taken to install on other stuff."
```

```
21        Did -- did I read that correctly?
22        A.  Yes, sir.
23        Q.  Was what -- what was going on here?  Was
24   there a shortage of materials necessary to do
25   what y'all wanted to do?
00203:01        A.  Yes.
02        Q.  Okay.
03        A.  There's -- there was only a couple of
04   vendors that were able to make ROV -- to pain --
05   make the ROV panel plates.  BP was doing some
06   other things, trying to -- needing ROV panels for
07   some of their other work that they were
08   performing or planning.  And so it -- it was a --
09   it was a common resource that we were both using,
10   and we were each running out of materials.
11        Q.  Okay.  So that -- the fact that there was
12   a shortage of materials was also creating a delay
13   in completing the capping stack; is that correct?
```

Page 203:15 to 203:25

```
00203:15        A.  There was so much material available,
16   yes.
17        Q.  (By Mr. Lundy) Okay.  Do you mean -- when
18   you said there was "so much" material, you don't
19   mean there was --
20        A.  No, there was --
21        Q.  -- a bunch of material --
22        A.  -- there was only -- there was a finite
23   amount of material available.
24        Q.  And because of that shortage, it was
25   delaying the capping stack completion, correct?
```

Page 204:02 to 204:09

```
00204:02        A.  It contributed to it.
03        Q.  (By Mr. Lundy) All right.  And would you
04   agree that -- that the -- that the confusion that
05   we talked about, the delays we talked about in --
06   in completing the capping stack, would have been
07   eliminated, or at least reduced significantly,
08   had a capping stack been in place and ready to go
09   before April 20th, 2010?
```

Page 204:11 to 204:17

```
00204:11        A.  If it looked exactly like what was needed
12   for a particular situation and didn't require
13   modifications, it could have been done quicker,
14   yes.
15        Q.  (By Mr. Lundy) Okay.  Well, we know now
16   that BP has capping stacks available in the Gulf
17   of Mexico and U.K., right?
```

Page 204:19 to 204:19

00204:19     A.  That's what I've been told.


Page 205:11 to 205:24

00205:11     Q.  It's -- it's -- it's a prudent thing to
     12  do, is it not, to -- to be prepared and ready for
     13  another blowout?
     14     A.  It's good to be prepared.
     15     Q.  Yeah.  And wouldn't you agree that
     16  because they -- they have -- they're prepared
     17  now, have capping stacks available, the time
     18  necessary to install one, if, you know, God
     19  forbid, another blowout occurs, would be reduced
     20  substantially?
     21     A.  If all the conditions were foreseen and
     22  the equipment that you have designed for the
     23  capping stack would fit that situation, the time
     24  should be less to get it done.


Page 222:07 to 222:12

00222:07     Q.  Okay.  To your knowledge, did -- has
     08  anyone at Transocean conducted an analysis to --
     09  to determine what the prop -- what the proper
     10  response would be to an uncontrolled blowout
     11  prior to April 20th, 2010?
     12     A.  Not that I'm aware of.


Page 258:08 to 258:15

00258:08     Q.  Did you ever participate in any meetings
     09  with the Unified Command?
     10     A.  No, sir.
     11     Q.  Did you ever participate in any meetings
     12  with Governmental Scientists and Experts who were
     13  advising BP on the proper course of action to
     14  take as it relates to capping stacks?
     15     A.  No, sir.


Page 259:14 to 261:09

00259:14  You were asked several questions today
     15  about getting approval to proceed or getting the
     16  okay from BP as it relates to the -- the BOP on
     17  the BOP, the two-stack ca -- two-stack ram and
     18  the three-stack ram.  Do you remember those
     19  questions earlier today?
     20     A.  Yes, sir.
     21     Q.  Okay.  And you said sort of BP gave the
     22  final decision on those, as I recall, correct?

```
23       A.  Well, BP was leading the Team and BP
24   was -- was driving the bus, I guess you could
25   say.
00260:01       Q.  Right.  And so that's really my question.
02   This was a team effort; is that correct?
03       A.  I would think so, yes.
04       Q.  Everybody on the Team, whether it was
05   Wild Well Control or Transocean or BP, they
06   wanted to find some solution to stopping the flow
07   of oil; is that correct?
08       A.  That's correct.
09       Q.  And whether it was a BOP-on-BOP or
10   two-ram stack or three-ram stack, with or without
11   a vent, it was the Team's role to find the best
12   solution; is that correct?
13       A.  That's correct.
14       Q.  Okay.  And is it fair to say that with
15   each solution there also came a set of risks?
16       A.  I'd say that's correct.
17       Q.  Okay.  And your role was focused on the
18   capping stack; is that right?
19       A.  No, sir.  We worked on -- we worked on --
20   if you're -- if you're calling the capping stack
21   a general term for both the BOP-on-BOP and the --
22   and the final capping stack that was run, that's
23   correct.
24       Q.  Right.  But you understood that there
25   were other teams that were being coordinated with
00261:01   this effort that had other possible solutions
02   besides a capping stack?
03       A.  That's correct.
04       Q.  Okay.  There were a lot of people working
05   on a lot of ideas to try to find a solution?
06       A.  That's right.
07       Q.  But your focus and emphasis was on the
08   capping stack piece of this?
09       A.  Correct.
```

Page 263:23 to 265:03

```
00263:23       Q.  Right.  And so when you were answering
24   all these questions earlier that in your view it
25   would work that means that if you successfully
00264:01   were able to attach the BOP on top of the
02   existing BOP that you had the mechanism in place
03   that could shut in the well, correct?
04       A.  Correct.
05       Q.  But you weren't charged with the
06   responsibility of looking at the things that
07   might go wrong as part of that process, were you?
08       A.  That's correct.
09       Q.  That was somebody else that had that
10   role?
11       A.  That's correct.
12       Q.  And that would be an important piece to
```

```
      13   the puzzle when making the decision as to whether
      14   to use the BOP-on-BOP or the two-ram stack or the
      15   three-ram stack or a vent or no vent, correct?
      16        A.   Correct.
      17        Q.   And so all morning, when we've talked
      18   about being ready to go and it would work, you
      19   just meant mechanically it could shut in the
      20   well?
      21        A.   Correct.
      22        Q.   And you would not substitute your
      23   judgment for the judgment of others in
      24   considering all the risks that were associated
      25   with these various options in ult -- ultimately
00265:01   making the decision on which one to use, correct?
      02        A.   I didn't have all the information, that's
      03   correct.
```

Page 267:03 to 267:03

```
00267:03   (Exhibit No. 5394 marked.)
```

Page 269:12 to 270:13

```
00269:12   (Exhibit No. 5395 marked.)
      13        Q.   (By Mr. Morriss) This is an E-mail that
      14   has an attachment regarding an assessment of BP
      15   flange connector spool and three-ram capping
      16   stack, correct?
      17        A.   Yes, sir.
      18        Q.   And if you'll turn to Page 2, this
      19   appears to be a PowerPoint Presentation; is that
      20   correct?
      21        A.   It looks like it could be.
      22        Q.   And it's dated what date?
      23        A.   June 26th.
      24        Q.   Of 2010 --
      25        A.   Yes, sir.
00270:01        Q.   -- correct?
      02        A.   (Nodding.)
      03        Q.   And is there an insignia on the
      04   PowerPoint Presentation indicating who is
      05   presenting this?
      06        A.   Well, there's an insignia of the
      07   Department of Energy here.
      08        Q.   Okay.  And then does it also have at the
      09   bottom any additional information about who
      10   played a role in this?
      11        A.   It has "Los Alamos NATIONAL LABORATORY,
      12   Sandia National" Laboratory, and "Lawrence
      13   Livermore National Laboratory."
```

Page 272:23 to 273:03

```
00272:23      Q.  Before today, had you see anything that
      24  the Department of Energy had recommended as it
      25  relates to the capping stack that you ultimately
00273:01  played a role in building and that was used on
      02  the Macondo Well?
      03      A.  Not that I'm aware of.
```

Page 273:22 to 274:15

```
00273:22      Q.  Right.  But did you understand that there
      23  had been an analysis of potential risks with the
      24  capping stack and that risk included damage to
      25  the well and increase in flow?
00274:01      A.  I had heard that that was a possibility,
      02  yes.
      03      Q.  And that using a capping stack might
      04  prolong or delay the ultimate stopping of flow
      05  out of the well?
      06      A.  I didn't hear that.
      07      Q.  Had you heard that using a capping stack
      08  might result in a seafloor breach upon closure of
      09  the capping stack?
      10      A.  I had heard that.
      11      Q.  All right.  And those were risks that you
      12  were not considering in sort of carrying out your
      13  job, correct?
      14      A.  I thought that was being taken care of by
      15  others.
```

Page 274:21 to 275:05

```
00274:21      Q.  Did you understand that there were
      22  actually opponents of using the capping stack
      23  at -- at the very moment that it was being placed
      24  on the Macondo Well?
      25      A.  I'm not surprised.  They waited quite a
00275:01  while before they closed it in.
      02      Q.  Did -- did you understand that there were
      03  actually people that had been retained by the
      04  Government who were recommending that the capping
      05  stack should not be used?
```

Page 275:08 to 275:19

```
00275:08      A.  I didn't -- I wasn't aware of that.
      09      Q.  (By Mr. Morriss) Did you know there were
      10  any outside Consultants who were taking a
      11  position that the capping stack was not the right
      12  way to go and that there was a risk in shutting
      13  in the well?
      14      A.  No, I wasn't aware of that.
      15      Q.  But you would have expected BP, or
      16  whoever was making the decision about whether to
```

```
17   use the capping stack, to take all of those risks
18   in consideration in deciding whether to use it,
19   and when to use it, correct?
```

Page 275:21 to 276:17

```
00275:21     A.  Correct.
      22     Q.  (By Mr. Morriss) And you were not
      23   involved in any of the other efforts that were
      24   ongoing outside your Capping Stack Team that
      25   might have been successful in stopping the flow,
00276:01   correct?
      02     A.  That's correct.
      03     Q.  For example, you weren't involved in the
      04   cofferdam?
      05     A.  No.
      06     Q.  Or let me ask it:  Were you involved in
      07   the cofferdam?
      08     A.  No.
      09     Q.  Or the freestanding riser?
      10     A.  No.
      11     Q.  Or the relief wells that were being
      12   drilled?
      13     A.  No.
      14     Q.  Okay.  Or any of the other options that
      15   were being considered by the groups that were
      16   trying to stop this flow?
      17     A.  No.
```

Page 277:19 to 278:03

```
00277:19     Q.  Okay.  And did BP give you the resources
      20   you needed to do your job?  I know you said there
      21   were times when there were multiple people
      22   getting limited resources.  But did BP attempt to
      23   give you the resources that you needed to carry
      24   out the construction and design of the capping
      25   stack options that you were involved with?
00278:01     A.  BP didn't supply any resources.
      02     Q.  You did it on your own?
      03     A.  Transocean did, yes.
```

Page 290:10 to 290:11

```
00290:10     Q.  (By Mr. Morriss) So if you'll take a look
      11   at Exhibit 1166 for me.
```

Page 290:13 to 292:23

```
00290:13     Q.  And the first page is the E-mail cover
      14   page, correct?
      15     A.  Yes.
      16     Q.  And then the second page begins the WEST
```

17  Engineering Services "Evaluation of Secondary
18  Intervention Methods in Well Control For U.S.
19  Minerals Management Services," right?
20      A.  Correct.
21      Q.  Dated March 2003?
22      A.  Yes, sir.
23      Q.  Okay.  Well, I just want to be clear
24  about this.  The E-mail is from William
25  Stringfellow, who is a Transocean employee,
00291:01  right?
02      A.  Correct.
03      Q.  And the recipient is John Keeton.  Who is
04  John Keeton?
05      A.  I believe he -- well, he's a Transocean
06  employee.
07      Q.  Okay.  And the attachments were sent from
08  Stringfellow to Keeton, correct?
09      A.  Yes, sir.
10      Q.  And he notes -- Mr. Stringfellow notes
11  that "This is a report that was done by West for
12  MMS in regards to ROV intervention," right?
13      A.  Correct.
14      Q.  And that "There are some points in here
15  that are very interesting and may shed some light
16  on what may be required in the future," correct?
17      A.  Yes.
18      Q.  Okay.  And so, just to be clear, the
19  information that was contained in the
20  MMS-requested evaluation by WEST was given to
21  Transocean.  Transocean had it --
22      A.  They --
23      Q.  -- looked at it, considered it, right?
24  MR. BAAY:  Objection to the form.
25      A.  Transocean had it at least August 6th,
00292:01  2010.
02      Q.  (By Mr. Morriss) Right.  Long before the
03  incident involving the DEEPWATER HORIZON at the
04  Macondo Well.
05      A.  No, sir.  It just says that it was
06  transmitted August 2010.
07      Q.  All right.  But the date of the actual
08  evaluation is March 2003, correct?
09      A.  Yes, sir.  But that --
10  MR. BAAY:  Objection --
11      A.  -- does not mean we had it in 2003.
12      Q.  (By Mr. Morriss) Do you know whether or
13  not Transocean had it in 2003?
14      A.  I have no idea.  I've never seen it
15  before.
16      Q.  Do know whether Transocean, since this
17  E-mail date of August 6th, 2010, have made any
18  changes in its ROV Intervention Procedures as a
19  result of reviewing this survey?
20      A.  As a result of reviewing this survey, I'm
21  not sure about that.

```
     22      Q.  All right.  How about as a result of
     23  anything else?
```

Page 292:25 to 292:25

```
00292:25     A.  Yes, we've made some di --
```

Page 293:02 to 293:06

```
00293:02     A.  -- changes to the ROV interventions.
     03      Q.  (By Mr. Morriss) And have you made any
     04  changes that are as a result of or deal with the
     05  section of this that you were asked about -- if I
     06  can find it.
```

Page 293:08 to 294:09

```
00293:08     Q.  (By Mr. Morriss) 6.10.  So if you'll turn
     09  to Section 6.10, and I'll find you a page number.
     10  Just a second.
     11      A.  My tab came out.
     12      Q.  It ends in Bates No. 002, and it's almost
     13  at the very end.  And if you'll look at 6.10,
     14  "ROV Intervention," have you made any changes as
     15  it relates to the issues that you were asked
     16  about earlier today that relate to 6.10?
     17      A.  Well, we are using ROV -- ROV ports that
     18  are larger diameter, capable of higher flow
     19  rates, and we are testing on the -- on-surface
     20  with the same size of -- of pump that the ROV
     21  has.
     22      Q.  Okay.  And are you still anticipating on
     23  using ROV intervention if you have a flowing
     24  well?
     25      A.  I hope not.
00294:01     Q.  Okay.  And what -- what alternatives
     02  would you use in a situation where you have a
     03  flowing well and you have not activated the blind
     04  shear ram?
     05      A.  We're still talking about that.
     06      Q.  Okay.  So you have not made a decision as
     07  to what your response would be, as we sit here
     08  today?
     09      A.  Today currently.  You're correct.
```

Page 295:09 to 295:09

```
00295:09  (Exhibit No. 5398 marked.)
```

Page 302:17 to 303:06

```
00302:17     Q.  (By Mr. Morriss) All right.  Would you
```

```
18    agree that Transocean owns the -- owned the rig,
19    the DEEPWATER HORIZON?
20         A.  Yes, sir.
21         Q.  And that Transocean owned the BOP on the
22    DEEPWATER HORIZON?
23         A.  Yes, sir.
24         Q.  Transocean was responsible for
25    maintaining the BOP?
00303:01    MR. BAAY:  Objection to form.
02         A.  We did the maintenance, yes.
03         Q.  (By Mr. Morriss) Right.  And it was
04    responsible for maintaining the BOP in Compliance
05    with Industry Standard?
06         A.  To the best of my knowledge, yes.
```

```
Page 325:24 to 326:05

00325:24      Q.  Okay.  Your title with Transocean is
     25  Manager of Subsea Engineering and Well Control
00326:01  Equipment; is that correct?
     02      A.  Yes, sir.
     03      Q.  Okay.  Were you in that position on April
     04  20th of 2010?
     05      A.  Yes, sir.


Page 332:02 to 332:02

00332:02  MS. ADAMS:  Exhibit 5404.


Page 335:14 to 335:22

00335:14      Q.  And then if you'll go down to paragraph
     15  four, you said that "...the equipment designed
     16  for the stack was either made or purchased."  Is
     17  that true?
     18      A.  Correct.
     19      Q.  Okay.  Then you "...commented that it was
     20  frustrating because the plan was constantly
     21  changing."  Is that correct?
     22      A.  Yes, sir.


Page 336:04 to 336:13

00336:04      Q.  (By Mr. von Sternberg) You commented --
     05  this is the next paragraph, "...that the
     06  equipment they designed, which was basically a
     07  surface stack designed for the bottom, was
     08  different than anything Transocean engineers had
     09  designed before, but it wasn't groundbreaking."
     10  Is that a fair statement?
     11      A.  Yes.
     12      Q.  And you still believe that today?
     13      A.  Yes.


Page 358:12 to 358:16

00358:12      Q.  For whatever -- whatever the reason was
     13  for the delay, whether it was this risk or other
     14  risks, let me be -- let me make sure I was clear
     15  from yesterday.  Your testimony was that BP was
     16  in charge of these decisions; is that right?


Page 358:18 to 358:18

00358:18      A.  BP led the Capping Stack Team.
```

Page 376:15 to 377:06

```
00376:15      Q.  I wasn't entirely clear.  So I want to
      16  ask you about it.  Isn't it true that the venting
      17  option was also something that was part of the
      18  BOP-on-BOP idea?
      19      A.  Yes.  BP wanted us to put -- move one of
      20  the outlet valves on the Development Driller II
      21  and place a -- place a means to attach a line
      22  from the Development Driller II outlet on the BOP
      23  stack back to a production manifold, which they
      24  could then vent to surface.
      25      Q.  And what was the advantage of having this
00377:01  venting option on the capping stack or the
      02  BOP-on-BOP?
      03      A.  I guess the ability to -- to not allow
      04  the -- the pressure in the well to -- to -- to
      05  get too high or -- or to come to a point where it
      06  was stabilized.
```

Page 391:03 to 392:09

```
00391:03      Q.  All right.  And I think BP's lawyer asked
      04  you about whether you knew that removing the LMRP
      05  was a risk that was considered, and whether the
      06  tilt on the BOP was a risk that you considered,
      07  and whether debris in the well was a risk that
      08  you considered, and whether pipe being in the BOP
      09  was a risk that you considered.
      10          And I think you said that was not part of
      11  your responsibility to consider those risks,
      12  right?
      13      A.  That's right.  That was being done by
      14  others.
      15      Q.  Okay.  Now, I'm going to represent to you
      16  that this week, the Head of -- the Well
      17  Operations Manager for BP, named Andy Frazelle,
      18  gave sworn testimony under oath, just like you're
      19  doing to -- yesterday and today.
      20      A.  (Nodding.)
      21      Q.  And that he testified that BP was not
      22  concerned about removing the LMRP, nor was it
      23  concerned about the tilt in the BOP, nor was it
      24  concerned about debris, nor was it concerned
      25  about pipe in the BOP.
00392:01          What he said that he was concerned about
      02  was a subsea blowout due to pressure when the
      03  well was contained.
      04      A.  (Nodding.)
      05      Q.  And he made a statement that the
      06  BOP-on-BOP option wasn't used because once it was
      07  closed, it couldn't be reopened.
      08          If the -- if the BOP is closed, it can be
      09  reopened, can't it?
```

Page 392:11 to 392:11

00392:11      A.  If it's operating correctly, yes.


Page 392:21 to 392:23

00392:21      Q.  But the -- but the answer is:  It can be
      22  reopened?
      23      A.  Yes, it can be reopened.


Page 392:25 to 393:06

00392:25      Q.  (By Mr. Lundy) Okay.  And -- and you also
00393:01  talked about yesterday, with me, and today, with
      02  Cameron's attorney, the fact that y'all had
      03  already -- you being the Team, "y'all" being the
      04  Team, Capping Team -- had reconsidered and
      05  factored in a venting option on the BOP-on-BOP,
      06  correct?


Page 393:08 to 393:16

00393:08      A.  That is done by the Capping Team, by
      09  the -- by the -- yes, by the Capping Team.  In
      10  all their discussions, they required a -- a -- a
      11  venting option.
      12      Q.  (By Mr. Lundy) Okay.  So that -- the
      13  concern about monitoring and relieving pressure
      14  was already taken into consideration by the
      15  Capping Team when it was looking at the
      16  BOP-on-BOP option, right?


Page 393:18 to 393:18

00393:18      A.  It seems as though, yes.


Page 407:12 to 407:14

00407:12      Q.  All right.  Did anyone ever tell you that
      13  BP was calculating flow rates from between
      14  100,000 to 240,000 barrels per day?


Page 407:17 to 407:22

00407:17      A.  I don't remember anybody telling me about
      18  flow rates.
      19      Q.  (By Mr. Lundy) All right.  Did anyone
      20  ever tell you that they were modeling estimated
      21  flow rates between 100,000 and 240,000 barrels
      22  per day?

Page 407:24 to 407:24

00407:24      A.  I can't remember that.

Page 14:03 to 14:06

```
00014:03  Today is November 6th, 2012.  This is the
     04  deposition of Robert Turlak regarding the oil
     05  spill of the Oil Rig DEEPWATER HORIZON on
     06  April 20th, 2010.
```

Page 14:09 to 14:09

```
00014:09  ROBERT JOSEPH TURLAK
```

Page 15:08 to 15:10

```
00015:08  MS. HANKEY:  And let's mark that as
     09  the first exhibit.
     10          (Exhibit No. 9986 marked.)
```

Page 18:03 to 18:07

```
00018:03      Q.  And I'm going to try not to repeat much
     04  of your previous testimony, but you did
     05  previously testify that you assisted in preparing
     06  the capping stack, correct?
     07      A.  Yes, ma'am.
```

Page 18:14 to 18:18

```
00018:14  (Exhibit No. 9987 marked.)
     15      Q.  (By Ms. Hankey) And this is an E-mail
     16  exchange between Jack Dean [sic] at BP, and
     17  yourself, and Dean Williams, correct?
     18      A.  Yes, ma'am.
```

Page 18:22 to 20:08

```
00018:22  MS. HANKEY:  Yeah, sorry.  Jack
     23  Steen.
     24      Q.  (By Ms. Hankey) And if you look at the
     25  second E-mail on the first page, or, actually,
00019:01  let's turn to the last E-mail, whi -- which is on
     02  the second page on July 19th.
     03          Do you see that?
     04          And it says:  "We are under pressure to
     05  produce drawings showing the interior of the ram
     06  bore and the pressure gauges."
     07          Do you see that?
     08      A.  Yes, ma'am.
     09      Q.  And if you go through the E-mail chain,
     10  is Transocean being asked to provide drawings
     11  which show the vertical cross-section through the
     12  capping stack?
     13  MR. BAAY:  Object to form.
```

```
14      A.  (Reviewing document.)  With looking at
15  what the -- "We are under pressure to produce
16  drawings showing the interior of the ram bore..."
17          I don't know if they want cross-sectional
18  drawings.  I'm not sure exactly what they're
19  asking for.
20      Q.  (By Ms. Hankey) If you turn to the second
21  E-mail on page -- on Page 1, the E-mail of
22  July 19th, 2010 at 11:07, and you see, in the
23  second sentence, it says:  "The way I interpret
24  this, the most help you can provide is to show a
25  vertical cross section through the Capping Stack
00020:01 that cuts the outlet where the gauge flange is."
02      A.  Okay.
03      Q.  Do you see that?
04      A.  Yes, ma'am.
05      Q.  Now, do you recall this E-mail exchange?
06      A.  (Reviewing document.)  I remember what
07  this was about.  I don't remember exactly what we
08  provided for them.
```

Page 20:13 to 20:13

```
00020:13 (Exhibit No. 9988 marked.)
```

Page 20:15 to 21:18

```
00020:15      Q.  (By Ms. Hankey) And this is an E-mail of
16  July 20th, 2010, at 8:49 p.m.  And you see it's
17  from yourself to Jack Steen?
18      A.  Okay.  M-h'm.
19      Q.  And it says:  "Jack, does this meet the
20  need?"
21      A.  Yes.
22      Q.  Do you recall sending this E-mail?
23      A.  I remember the drawing.
24      Q.  And can you tell me what is -- what is
25  this a drawing of?
00021:01      A.  This is a drawing showing the through
02  bore through the capping stack, as well as the
03  side outlet that was requested by BP.
04      Q.  And --
05      A.  It shows the side outlets of the -- of
06  the ram BOP.
07      Q.  And is this drawing an accurate and
08  reliable drawing of the capping stack as it was
09  built?
10      A.  I would hope so, yes.
11      Q.  You would hope so, or is it your
12  understanding that it is?
13      A.  It's my understanding that it is, yes.
14      Q.  And do you recall amending these drawings
15  at any time?
16      A.  This particular drawing, I don't remember
```

```
   17  amending.  (Reviewing document.)
   18         I don't think so.
```

Page 21:24 to 22:04

```
00021:24  (Exhibit No. 9989 marked.)
   25         Q.  (By Ms. Hankey) Thank you.  Okay.
00022:01         And there's an E-mail request to Geoff
   02  Boughton from Bat -- Matt Gochnour.  Do you see
   03  that, from -- on July 22nd, 2010?
   04         A.  Yes, ma'am.
```

Page 22:14 to 23:22

```
00022:14         Q.  (By Ms. Hankey) And it says:  "Geoff,
   15         "Can you help me with answers to the
   16  following question on the 3 Ram Stack," and then
   17  in parens, it says:  ("Asked by the US Science
   18  Team)."
   19         Do you see that?
   20         A.  Yes, ma'am.
   21         Q.  And then on July 22nd, 2010, at
   22  3:59 p.m., Mr. Boughton write back -- writes
   23  back:  "Matt,
   24         "Answers below.  The attached drawing
   25  will answer many questions."
00023:01         Do you see that?
   02         A.  Yes, ma'am.
   03         Q.  And he's attached several drawings?
   04         A.  M-h'm.
   05         Q.  If -- if you don't mind, if you could
   06  look at these drawings and tell me what these are
   07  drawings of.
   08         A.  (Reviewing document.)  These are
   09  different views showing the -- the drawing.  The
   10  first -- first page of this attachment is the
   11  reproduction of the same drawing we just looked
   12  at.
   13         And then there are parts showing the bore
   14  of the ram BOP, as well as the width of the rams,
   15  just more detail than what the drawing is.  This
   16  is a -- a drawing from GE Oil & Gas.
   17         Q.  So this has more detail on the rams?
   18         A.  On the ram bodies, yes.  And also on the
   19  ram blocks and -- and cavities themselves.
   20         Q.  And do you understand this to be an
   21  accurate and reliable draw -- drawing of the
   22  capping stack as-built?
```

Page 23:24 to 24:04

```
00023:24         A.  This is a -- this is a representation of
   25  the flow bores.  All the parts of the capping
```

```
00024:01  stack are not here.
      02       Q.  (By Ms. Hankey) Are there any parts of
      03  the capping stack that are missing that would be
      04  relevant to the flow bore?
```

Page 24:06 to 24:21

```
00024:06       A.  Yes, because there's no -- no spools
      07  located on top of the -- of the outlet valves.
      08       Q.  (By Ms. Hankey) Anything else?
      09       A.  The -- the capping stack or -- originally
      10  had a choke that was assembled on the side
      11  outlet, and it would have a var -- a variable
      12  orifice as -- as far as the flow bore is
      13  concerned.
      14       Q.  And do you know whether that information
      15  was provided to the Science Team, that those
      16  parts were missing?
      17       A.  I don't know.  We didn't talk --
      18  MR. BAAY:  Object to the form of
      19  that question.
      20       A.  We didn't talk to the Science Team.  We
      21  didn't know what BP gave them.
```

Page 24:25 to 26:07

```
00024:25       Q.  And this is an E-mail from Mr. Boughton
00025:01  to -- well, this is going to happen again -- Mike
      02  Simulan at the U.S. Coast Guard.
      03       Do you see that?
      04       A.  Yes.  9990.
      05       (Exhibit No. 9990 marked.)
      06       Q.  (By Ms. Hankey) So we're marking that as
      07  Exhibit 9990.  And Mr. Boughton writes, "Mike,
      08       The first two drawings are the Flow paths
      09  of the Capping Stack for any scientific
      10  information.
      11       "The Capping Stack weighs 148,000"
      12  pounds..."
      13       And -- and then it contains other
      14  information.
      15       And so Mr. Boughton provided these
      16  drawings to the U.S. Coast Guard on April 21st,
      17  2010.
      18       A.  Okay.
      19       Q.  And do you know:  Are these drawings
      20  missing the same parts that you just mentioned
      21  were missing -- missing from Exhibit 9989?
      22  MR. BAAY:  Object to form.
      23       A.  No.  The spools are located on Sheet 2 of
      24  3 of the flow path drawings.
      25       Q.  (By Ms. Hankey) And how about the choke?
00026:01       A.  The chokes aren't -- are not located
      02  on -- on the drawings.
```

```
03      Q.  And so the choke would have affected the
04  flow path?
05      A.  Right before they were closing in the
06  flow, correct.  When it was fully opened, it was
07  not.
```

Page 26:11 to 27:18

```
00026:11  (Exhibit No. 9991 marked.)
      12      Q.  (By Ms. Hankey) And this is an E-mail
      13  from Mr. Boughton to Trent Fleece at BP on
      14  April -- August 23rd, 2010.  Correct?
      15      A.  M-h'm, yes.
      16      Q.  And he's also attaching several drawings
      17  of the capping stack?
      18      A.  Yes.
      19      Q.  And are these the same drawings that were
      20  provided to the Coast Guard in Exhibit 9990?
      21      A.  (Reviewing document.)  No.
      22      Q.  And what's different about them?
      23      A.  In the present exhibit, there's no
      24  isometric of the BOP body.  It's shown in 9991.
      25  And there may be other things.  I don't know.
00027:01  There's basically the same information, but not
      02  exact.
      03      Q.  Do you know, is -- are the drawings in
      04  Exhibit 9991 missing the choke assembly?
      05      A.  Yes.  I don't think we've ever shown
      06  any -- any drawings with the choke because the
      07  choke was not our supply.
      08      Q.  And who supplied the choke?
      09      A.  BP.
      10      Q.  And does Exhibit 9991 have the spools?
      11      A.  Yes.
      12      Q.  With the exception of the choke not being
      13  on the drawing, are these accurate and reliable
      14  drawings of the BOP -- of the capping stack
      15  as-built?
      16  MR. BAAY:  Objection, form.
      17      A.  These should be, to the best of my
      18  memory, yes.
```

Page 27:22 to 29:08

```
00027:22  (Exhibit No. 9992 marked.)
      23      Q.  (By Ms. Hankey) This is an E-mail from
      24  Mr. Boughton on August 27, 2010 to Farah Saidi at
      25  "bp.com."
00028:01      A.  M-h'm.
      02      Q.  And he's also attaching drawings.  Are
      03  these the same drawings that we just looked at,
      04  in Exhibit 9991?
      05      A.  (Reviewing document.)  Some of the same
      06  drawings, not exact.
```

```
07      Q.  Can you tell me what -- what drawings are
08  here that were not in the previous?  Am I really
09  testing your --
10      A.  My memory is not that good.
11      Q.  Yeah.
12      A.  Well, let's see.  (Reviewing document.)
13  9991 has got at least six -- I'm sorry.  At least
14  one, two, three, four drawings more than the
15  present exhibit.
16      Q.  Do -- does Exhibit 9992 -- is the choke
17  reflected on--
18      A.  No.
19      Q.  -- these drawings?  And how about the
20  spool?
21      A.  Yes.
22      Q.  In terms of the parts reflected, are the
23  parts ref -- reflected the same between the two
24  exhibits?
25  MR. BAAY:  Objection, form.
00029:01    A.  From what I can see of the drawings that
02  Tran -- that are on Transocean letterhead, and
03  for the equipment we supplied as Transocean, yes.
04      Q.  (By Ms. Hankey) Do you know:  Were there
05  any amendments or changes to these drawings
06  between the time of the two exhibits?
07      A.  I see no revision levels on the drawings,
08  so I take them to be the same.
```

Page 29:15 to 31:21

```
00029:15  (Exhibit No. 9993 marked.)
16      Q.  (By Ms. Hankey) And this is an E-mail
17  dated October 19, 2010, from Mr. Boughton to Mike
18  Cargol, and he's also attaching drawings of the
19  capping stack, correct?
20      A.  Yes, ma'am.
21      Q.  And if you look at these drawings, do
22  they reflect the same parts and components as the
23  drawings that we looked at in Exhibits 9992 and
24  9991?
25  MR. BAAY:  Objection to form.
00030:01    A.  H'm.  (Reviewing document.)  They look
02  similar.  I can't say every line is the same but
03  they look similar.
04      Q.  (By Ms. Hankey) Are there any amendments
05  or changes to these drawings in terms of the
06  components, the parts, or the sizes?
07      A.  (Reviewing document.)  Don't seem to be
08  any.
09      Q.  Okay.  And are these drawings accurate
10  and reliable of the capping stack as built?
11      A.  To the best of my knowledge, yes.
12      Q.  Is the choke also missing on these
13  drawings?
14      A.  Again, we didn't supply the choke, so we
```

```
15  didn't put it on the drawing.  Yes, the -- there
16  is no choke.
17      Q.  And to your knowledge, are these drawings
18  correct in terms of the dimensions of the
19  components?
20      A.  To the best of my knowledge, yes.
21      Q.  Now, did Transocean undertake any
22  analysis of the flow rate from the Macondo Well?
23      A.  No, ma'am.
24      Q.  Did Transocean undertake any analysis of
25  the total release of hydrocarbons from the
00031:01  Macondo Well?
02      A.  I missed the first.
03      Q.  That's okay.  Did Transocean undertake
04  any analysis of the total release of hydrocarbons
05  from the Macondo Well?
06      A.  No, ma'am, not that I know of.
07      Q.  Did you -- did Transocean have any
08  discussions with BP as to what the flow rate
09  might be for the Macondo Well?
10      A.  After speaking with Larry McMahan, Adrian
11  Rose, Dan Munoz, each of them told me that they
12  never had any discussions with BP as to the flow
13  rate, their only -- their only knowledge of the
14  flow rate was from what was being released by the
15  Admiral to the -- to the media --
16      Q.  Okay.
17      A.  -- and what they read in the media.
18      Q.  So, in other words, the only flow rate
19  information they had was what was released as the
20  official estimates from the Unified Command?
21      A.  Public knowledge, yes.
```

Page 31:23 to 31:25

```
00031:23  (Exhibit No. 9994 marked.)
24      Q.  (By Ms. Hankey) And let's mark this as
25  Exhibit 9994.  And this is an E-mail from Ian
```

Page 33:18 to 34:10

```
00033:18      Q.  (By Ms. Hankey) And I'm going to ask --
19  ask you to look at the third-to-last paragraph.
20  It says: "A combined effort between the USCG,
21  BP, MMS and Transocean is now underway to respond
22  to the incident.  The joint effort is taking
23  place in Houston, Houma and at the Unified Area
24  Command in Robert, Louisiana.  At present efforts
25  are focused on controlling the spill and
00034:01  containing it well offshore, evaluation of
02  options to fully close in the well via the BOP
03  and potential relief well operations.
04          "Resources from many agencies and
05  company's are being deployed to respond to this
```

```
          06  incident to ensure protection for the environment
          07  and also to determine the potential cause of the
          08  incident."
          09         Did I read that correctly?
          10     A.  Yes, ma'am.
```

## Page 34:13 to 34:14

```
00034:13     A.  9995.
      14         (Exhibit No. 9995 marked.)
```

## Page 37:08 to 37:09

```
00037:08     Q.  Now I'm going to ask you to turn to
      09  Tab 15, and let's mark that as Exhibit 9996.
```

## Page 38:22 to 38:24

```
00038:22     Q.  Now I'm going to ask you to turn to
      23  Tab 19, and let's mark this as Exhibit 9997.
      24         (Exhibit No. 9997 marked.)
```

## Page 41:22 to 41:25

```
00041:22     Q.  And I'm going to ask you to turn to
      23  Tab 74, and let's mark this as the next exhibit,
      24  9998, correct?
      25     A.  Yes.
```

## Page 42:21 to 42:24

```
00042:21  Tab 20, and let's mark this as ex -- the next
      22  exhibit, which should be 9999.
      23     A.  (Nodding.)
      24         (Exhibit No. 9999 marked.)
```

## Page 45:15 to 45:16

```
00045:15  (Originally marked as Exhibit No. 90201;
      16  redesignated as Exhibit No. 10201.)
```

## Page 46:15 to 47:11

```
00046:15     Q.  It says:  "With respect to the events of
      16  April 20th, immediately after the explosion,
      17  Transocean began working with BP and the unified
      18  command in the effort to stop the flow of
      19  hydrocarbons.  Our operations and engineering
      20  teams have been working around the clock under BP
      21  to identify and pursue options for stopping the
      22  flow as soon as possible.
```

```
        23          "Our drilling rigs are actively engaged
        24     in drilling the relief wells at the site, and our
        25     drill ship is involved in crude oil recovery
00047:01     operations.  We will continue to support BP and
        02     the unified command in all of these activities."
        03          Did I read that correctly?
        04     A.  Yes, ma'am.
        05     Q.  Now, is that an accurate statement --
        06          MR. BAAY:  Objection --
        07     Q.  (By Ms. Hankey) -- of events that were
        08     occurring at the Macondo Well as of June 16th,
        09     2010?
        10          MR. BAAY:  Objection to form.
        11     A.  To the best of my knowledge, yes.
```

Page 47:19 to 47:20

```
00047:19     (Originally marked as Exhibit No. 90202;
        20     redesignated as Exhibit No. 10202.)
```

Page 53:17 to 53:18

```
00053:17     (Originally marked as Exhibit No. 90203;
        18     redesignated Exhibit No. 10203.)
```

Page 55:16 to 56:12

```
00055:16     Q.  What part did Transocean play in the top
        17     kill?
        18     A.  Our part in the top kill operation was
        19     exactly what Mr. Newman mentioned in -- in his
        20     earlier E-mail, is that we were going to attach
        21     the Yellow Pod back onto the stack so that we can
        22     open up choke and kill valves, because that was
        23     going to be used to pump the -- the top kill in
        24     through the choke and kill line into the BOP
        25     stack.
00056:01     Q.  And other than attaching the Pod to the
        02     stack, did Transocean perform any other part of
        03     the operations for top kill?
        04     A.  Well, we would have had the Subsea
        05     Engineers there to tell BP which -- which valves
        06     that needed to be opened and -- and to help them
        07     with operation of equipment on the -- on the
        08     DEEPWATER HORIZON BOP stack.
        09     Q.  And how about in terms of pumping the mud
        10     down the well, did Transocean play any part in
        11     that or --
        12     A.  Not to my knowledge.
```

Page 57:08 to 57:09

```
00057:08     (Originally marked as Exhibit No. 90204;
```

```
      09   redesignated as Exhibit No. 10204.)


Page 58:16 to 59:07

00058:16      Q.  And Mr. Redd writes:  "The procedures for
      17   the dome have been tasked to wild well control
      18   and the BP marine group.  We have let them run
      19   with this and have focused on the rig and the
      20   deployment of the hat.  Eddy."
      21          Did I read that correctly?
      22      A.  Yes.
      23      Q.  And you noticed that I skipped "Asbjorn"?
      24      A.  (Nodding.)
      25      Q.  And so according to Mr. Redd, Transocean
00059:01   focused on rig deployment and let BP and Wild
      02   Well roll -- Wild Well run with the procedures
      03   for the dome, correct?
      04      A.  That's what it's read -- said here, yes.
      05      Q.  And do you have any basis to disagree
      06   with that statement?
      07      A.  No.


Page 59:11 to 59:25

00059:11      Q.  How about for building the capping stack,
      12   was Transocean paid for building the capping
      13   stack?
      14      A.  No.
      15      Q.  In terms of the parts of the capping
      16   stack, who paid for the -- for the parts that
      17   were used in the capping stack?
      18      A.  The -- the -- to the best of my
      19   knowledge, the BOPs, the double and the single,
      20   as well as the pancake flange and the connector,
      21   in addition to that, the spool on top of the --
      22   at the very top of the capping stack, and the
      23   valves that were on either side outlet, all
      24   belong to Transocean.  BP was invoiced for the
      25   repair of the single and double BOP.


Page 64:24 to 64:25

00064:24   (Originally marked as Exhibit No. 90205;
      25   redesignated as Exhibit No. 10205.)


Page 68:01 to 68:02

00068:01   (Originally marked as Exhibit No. 90206;
      02   redesignated as Exhibit No. 10206.)


Page 70:15 to 70:16
```

```
00070:15  (Originally marked as Exhibit No. 90207;
     16   redesignated as Exhibit No. 10207.)
```

Page 77:19 to 77:20

```
00077:19  (Originally marked as Exhibit No. 90208;
     20   redesignated as Exhibit No. 10208.)
```

Page 78:13 to 78:14

```
00078:13  (Originally marked as Exhibit No. 90209;
     14   redesignated as Exhibit No. 10209.)
```

Page 79:10 to 79:11

```
00079:10  (Originally marked as Exhibit No. 90210;
     11   redesignated as Exhibit No. 10210.)
```

Page 83:14 to 83:15

```
00083:14  (Originally marked as Exhibit No. 90211;
     15   redesignated as Exhibit No. 10211.)
```

Page 84:23 to 84:24

```
00084:23  (Originally marked as Exhibit No. 90212;
     24   redesignated as Exhibit No. 10212.)
```

Page 86:05 to 86:06

```
00086:05  (Originally marked as Exhibit No. 90213;
     06   redesignated as Exhibit No. 10213.)
```

Page 90:25 to 91:04

```
00090:25  During the response, would BP provide to
00091:01  Transocean draft procedures for review and
     02   comment?
     03             MR. BAAY:  Object to form.
     04        A.  I'm not aware of them.
```

Page 92:01 to 92:02

```
00092:01  (Originally marked as Exhibit No. 90214;
     02   redesignated as Exhibit No. 10214.)
```

Page 93:14 to 93:15

```
00093:14  (Originally marked as Exhibit No. 90215;
     15   redesignated as Exhibit No. 10215.)
```

Page 94:25 to 95:02

00094:25  Did Transocean ever refuse to perform a
00095:01  procedure or operation during Source Control
     02  efforts at the Macondo Well?


Page 95:04 to 96:05

00095:04      A.  I'm not aware of any.
     05      Q.  (By Ms. Hankey) And when we were looking
     06  at Mr. Newman's testimony before Congressional
     07  Committees, he said that:  "Transocean had its
     08  finest engineers and operational personnel
     09  working with BP to identify and pursue options
     10  for stopping the flow as soon as possible."
     11          Do you remember that testimony?
     12      A.  Yes.
     13      Q.  And so when he was referring to the
     14  "finest engineers," did those include the
     15  Engineers that were reviewing procedures for
     16  proposed operations?
     17             MR. BAAY:  Objection, form.
     18      A.  I think what he's trying to say by that
     19  is that all the Engineers were available to be
     20  resources for -- for BP.  So I don't know
     21  specifically what he's -- what he's trying to
     22  say, other than just that.
     23      Q.  (By Ms. Hankey) Well, let's -- Mr. Olsen,
     24  for example, is an Engineer, correct?
     25      A.  By education, yes.
00096:01      Q.  And we saw previously that he -- he was
     02  involved in reviewing procedures for the
     03  cofferdam, for example, correct?
     04      A.  He received the procedure for the
     05  cofferdam, yes.


Page 96:20 to 97:08

00096:20      Q.  Do you believe that Engineers at
     21  Transocean would have been provided procedures
     22  and not reviewed their content?
     23  MR. BAAY:  Objection to the form of
     24  the question.
     25      A.  I think if we were provided the
00097:01  procedure, we would have reviewed it.
     02      Q.  (By Ms. Hankey) And would they -- you
     03  have provided comments if you felt there was
     04  something inappropriate or wrong with the
     05  procedures?
     06  MR. BAAY:  Object to form.
     07      A.  I would think that would have happened,
     08  yes.

Page 97:15 to 97:16

00097:15  (Originally marked as Exhibit No. 90216;
     16  redesignated as Exhibit No. 10216.)


Page 99:01 to 99:02

00099:01  (Originally marked as Exhibit No. 90217;
     02  redesignated as Exhibit No. 10217.)


Page 101:22 to 101:23

00101:22  (Originally marked as Exhibit No. 90218;
     23  redesignated as Exhibit No. 10218.)


Page 102:24 to 103:02

00102:24  MS. HANKEY:  And let's mark this as
     25  90219.
00103:01          (Originally marked as Exhibit No. 90219;
     02  redesignated as Exhibit No. 10219.)


Page 103:09 to 103:10

00103:09    Q.  And this is an E-mail from Mr. Sneddon to
     10  someone named John Kozicz.


Page 104:17 to 105:16

00104:17    Q.  And he says:  "Gents,
     18        "Please find attached Version 6 of the
     19  Capping Stack Procedure we have been working on
     20  over the last few days.  We have...completed the
     21  first pass..." at "Hazid - review again tomorrow
     22  before forwarding."
     23        Did I read that correctly?
     24    A.  Yes, ma'am.
     25    Q.  And the participants in this E-mail in
00105:01  the "To" column, are these all Transocean
     02  employees?
     03    A.  Yes.
     04    Q.  In the middle E-mail, I should say?
     05    A.  Yes.
     06    Q.  And so as of May 2nd, 2010, your -- well,
     07  the Well Capping Team was already working on
     08  capping stack procedures?
     09    A.  Yes, ma'am.
     10    Q.  And Transocean was provided the
     11  opportunity to review those procedures?
     12  MR. BAAY:  Objection, form.
     13    A.  Yes.  This is the BOP-on-BOP.

```
     14      Q.  (By Ms. Hankey) Okay.
     15      A.  And, yes, we were being provided with
     16  them to review.
```

Page 106:13 to 106:19

```
00106:13      Q.  (By Ms. Hankey) Well, do you recall there
     14  being a HAZID with respect to the BOP-on-BOP
     15  options?
     16      A.  I don't know that it ever got that far.
     17      Q.  Okay.
     18      A.  Because it wasn't long after this, that
     19  the ENTERPRISE was sent off to containment.
```

Page 107:02 to 107:03

```
00107:02  (Originally marked as Exhibit No. 90220;
     03  redesignated as Exhibit No. 10220.)
```

Page 108:14 to 108:15

```
00108:14  (Originally marked as Exhibit No. 90221;
     15  redesignated as Exhibit No. 10221.)
```

Page 109:21 to 109:21

```
00109:21  (Originally marked as Exhibit No. 90222;
```

Page 111:11 to 112:15

```
00111:11      Q.  And so Transocean refused designation of
     12  a Responsible Party for underwater discharges
     13  from the wellhead, correct?
     14  MR. BAAY:  Objection to form.
     15  Object to scope.
     16      A.  Correct.
     17      Q.  (By Ms. Hankey) And having refused
     18  designation as a Responsible Party, it's not
     19  surprising that Transocean was not treated as a
     20  Responsible Party, for Well Control by the
     21  Unified Command, is it?
     22  MR. BAAY:  Objection to form.
     23  Object to scope.
     24      A.  We were there at Unified Command to -- to
     25  support and give input on the use of our vessels.
00112:01      Q.  (By Ms. Hankey) Was Transocean treated as
     02  a Responsible Party by the Unified Command with
     03  respect to Well Control?
     04  MR. BAAY:  Objection, form.
     05      A.  We were treated as a Responsible Party
     06  for the ownership of our rigs.  We were there
     07  because it was our rig that had burned, and it
```

```
08  was our rig that -- our rigs that were being used
09  in the response.
10     Q.  (By Ms. Hankey) Did the Unified Command
11  ask Transocean to sign off on procedures for
12  source control?
13  MR. BAAY:  Object to the form.
14     A.  I believe they were asked to sign
15  procedures and did sign some.
```

Page 113:02 to 113:08

```
00113:02     Q.  Do you know whether Transocean was ever
03  asked to sign off on a procedure, and they
04  refused?
05  MR. BAAY:  Objection, form.
06     A.  I was told by Larry McMahan and Adrian
07  that there might have been a couple that they
08  refused to sign.
```

Page 113:15 to 114:09

```
00113:15     Q.  Now, you previously testified -- and I'm
16  referring to your previous deposition in this
17  litigation -- that Jim Wellings from BP was the
18  Head of the Capping Team.  Do you recall that?
19     A.  (Coughing.)
20        Yes, ma'am, that's correct.
21     Q.  Was there anyone else whoever led the --
22  the Capping Team?
23     A.  I believe after Mr. Wellings had left the
24  Capping Team to move to the -- he was going to
25  lead the -- the flaring operations that were
00114:01  going to be done on the Q4000, that John Schwebel
02  led the Capping Team.  He -- and he worked for
03  BP.
04     Q.  Did you ever have any interactions with
05  anyone from the U.S. Coast Guard?
06     A.  Other than saying "Hello" walking down
07  the hall, no.  I might have sat in on a meeting,
08  that a Coast Guard Representative might have been
09  in the meeting.
```

Page 118:23 to 118:25

```
00118:23  (Originally marked as Exhibit Nos. 90223
24  through 90225; redesignated as Exhibit
25  Nos. 10223 through 10225.)
```

Page 121:14 to 122:11

```
00121:14     Q.  Did Transocean have an Emergency Response
15  Plan in connection with the operational aspects
16  of the rig DEEPWATER HORIZON?
```

```
17      A.  Yes.
18      Q.  Okay.  What was it?
19      A.  Well, there were the Emergency Response
20 for -- specifically for the -- it was an
21 Emergency Response Plan specifically for the
22 DEEPWATER HORIZON.
23      Q.  All right.  I'll show you what's Tab 1
24 there in the booklet in front of you, and it was
25 previously marked as Exhibit No. 597.
00122:01      A.  Yes.
02      Q.  Is that what you think of as Transocean's
03 Emergency Response Plan?
04      A.  Specifically for the HORIZON.
05      Q.  The HORIZON?
06      A.  Yes.
07      Q.  Okay.
08      A.  We've got other Response Plans.  We've
09 got a Corporate Response Plan, we've got a Gulf
10 of Mexico Response Plan, and then we've got a
11 Specific Rig Response Plan.
```

Page 122:14 to 122:15

```
00122:14 Transocean is a large company, isn't it?
15      A.  Yes, sir.
```

Page 122:21 to 123:11

```
00122:21      Q.  Is it the largest driller in the world?
22      A.  Yes.
23      Q.  Has the most rigs in the world --
24      A.  Yes.
25      Q.  -- offshore?
00123:01      A.  Yes.
02      Q.  I'm sorry.  So offshore rigs, Transocean
03 has the most rigs in the world?
04      A.  Correct.
05      Q.  Has the most deepwater rigs in the world?
06      A.  It's close.
07      Q.  Okay.  And could -- and holds itself
08 out -- when I looked at you all's advertisements,
09 Transocean holds itself out as one of the
10 industry leaders in offshore drilling, right?
11      A.  Yeah.
```

Page 126:22 to 126:25

```
00126:22      Q.  Okay.  And let's go back to April 2010.
23 About how many rigs was Transocean operating in
24 the Gulf of Mexico?
25      A.  12 or 13.
```

Page 128:22 to 129:07

```
00128:22      Q.  (By Mr. Williamson) Okay.  Of the 14 that
      23  are in the Gulf of Mexico, do all 14 have blowout
      24  preventers?
      25      A.  Yes.
00129:01      Q.  How many?  Are there any that have more
      02  than one blowout preventer onboard?
      03      A.  The INSPIRATION, the DEEPWATER
      04  INSPIRATION, which are -- or is it DISCOVERER
      05  INSPIRATION and DISCOVERER CLEAR LEADER both have
      06  two BOP stacks onboard.
      07      Q.  Why?
```

Page 129:09 to 131:06

```
00129:09      A.  Customer requirement.
      10      Q.  (By Mr. Williamson) Okay.  Transocean
      11  doesn't think that's an advantage?
      12  MR. BAAY:  Objection to the form.
      13      Q.  (By Mr. Williamson) It's all driven by
      14  the customer?
      15            MR. BAAY:  Form.
      16      A.  No.  It's on the rig because the cut --
      17  number one, the customer wanted it, and it's an
      18  advantage as far as time is concerned.
      19      Q.  (By Mr. Williamson) Why?
      20            MR. BAAY:  Object to form and scope.
      21      A.  Because there are cer -- certain amounts
      22  of maintenance that is required, or if something
      23  is broken, then rather than waiting on the first
      24  stack to be repaired, they can run the second
      25  stack.
00130:01      Q.  (By Mr. Williamson) Sure.  To put it
      02  simply:  You have one BOP on deck that you can be
      03  working on when you're repairing or maintaining
      04  while the other BOP is working subsea?
      05            MR. BAAY:  Objection to the form and
      06  scope.
      07      Q.  (By Mr. Williamson) Correct?
      08      A.  Yes.
      09      Q.  Okay.  The -- but the only time
      10  Transocean does that is when a customer requires
      11  it?
      12            MR. BAAY:  Object to form and scope.
      13      A.  Not true anymore.
      14      Q.  (By Mr. Williamson) Okay.  Why is it not
      15  true anymore?  Please explain.
      16      A.  Well, we see a benefit of having an extra
      17  BOP on -- onboard.
      18      Q.  What -- what benefit does --
      19            MR. BAAY:  Jimmy.
      20      Q.  (By Mr. Williamson) -- does Transocean
      21  say?
      22            MR. BAAY:  Jimmy, this -- this is a
      23  Phase II deposition, so anything along this line
```

```
    24  of questions will you give me a running objection
    25  that's outside the scope of the Notice?
00131:01            MR. WILLIAMSON:  I'll give you the
    02  objection.  I don't mind that.  I don't
    03  necessarily agree with the conclusion.  I -- I --
    04            MR. BAAY:  I'm just asking for a
    05  running objection to scope --
    06            MR. WILLIAMSON:  Sure.  Happy to.
```

Page 131:13 to 133:12

```
00131:13      Q.  (By Mr. Williamson) Sorry, Mr. Turlak.
    14  What benefit does Transocean see to having two
    15  BOPs onboard?
    16      A.  Well, it cuts -- it will cut into -- it
    17  will increase the operational time for the -- for
    18  the customer; therefore, it benefits both the
    19  customer and Transocean.
    20      Q.  Okay.  The -- so does Transocean now have
    21  any rigs anywhere in the world where they have
    22  two BOPs onboard, other than the two in the Gulf
    23  of Mexico you mentioned?
    24      A.  We're building some.
    25      Q.  Oh, okay.  So Transocean is in the
00132:01  process of equipping some of their drilling units
    02  with two BOPs?
    03      A.  That's correct.
    04      Q.  And is that a Transocean initiative?
    05      A.  Yes.
    06      Q.  Okay.  Was Transocean doing any of that
    07  before April 20th, 2010?
    08  MR. BAAY:  Objection to form.
    09      Q.  (By Mr. Williamson) That you know of?
    10      A.  Operating?
    11      Q.  Yeah.
    12      A.  Yes.
    13      Q.  No.  Were they taking on their own
    14  initia -- was Transocean taking on its own
    15  initiative the ability to build an extra BOP and
    16  put it on a Drilling Unit before April 20th,
    17  2010?
    18      A.  Of their own initiative?
    19      Q.  Yes.
    20      A.  No.
    21      Q.  Okay.  But now they do, Transocean now
    22  does that, or now is in the process of doing it?
    23      A.  Yes.
    24      Q.  Okay.  The -- is there a safety advantage
    25  to that?
00133:01  MR. BAAY:  Objection to form.
    02      A.  You could read a safety advantage into
    03  it, yes.
    04      Q.  (By Mr. Williamson) What is the safety
    05  advantage?
    06      A.  That all the maintenance could be up to
```

```
07  date.
08      Q.  Okay.
09      A.  If -- if you had a customer that was
10  willing to pull a BOP stack because there was
11  overdue maintenance, because maintenance was now
12  due on the BOP.
```

Page 135:17 to 137:03

```
00135:17      Q.  Okay.  And tell me what your definition
    18  of a blowout preventer is?
    19      A.  It is -- it is a device -- let's see.
    20  It's a device used to secure the well in the
    21  event the primary mechanism for well control has
    22  failed.
    23      Q.  Is it a piece of equipment that has --
    24  sometimes is used in an emergency?
    25      A.  Correct.
00136:01      Q.  Okay.  And as such, it's a
    02  safety-critical piece of equipment?
    03  MR. BAAY:  Objection, form.
    04      A.  It is a safety-critical piece of
    05  equipment.
    06      Q.  (By Mr. Williamson) Okay.  Have you, in
    07  your career, ever seen BOPs fail?
    08      A.  Yes.
    09      Q.  How many times?
    10      A.  Can you give me the defin -- your
    11  definition of "failure"?
    12      Q.  Sure.
    13      A.  Different people say -- call it different
    14  things.  Go ahead.
    15      Q.  Sure.  Have you ever seen BOPs when
    16  you're testing, when you're doing shear tests,
    17  where they will not achieve a shear and a seal?
    18      A.  Yes.
    19      Q.  Okay.  Have you ever seen shear tests in
    20  your 32-year career where BOPs, when you're
    21  testing them, will not achieve a complete shear?
    22      A.  Yes.
    23      Q.  Have you ever seen a time when you have
    24  erosion on elastomeric elements such that -- such
    25  that you lose sealing ability?
00137:01      A.  I don't know that I've ever seen erosion
    02  on elastomeric elements.  I -- I know it can
    03  happen, but I don't know that I've seen that.
```

Page 137:07 to 137:16

```
00137:07  MR. BAAY:  Let me -- let me just --
    08  so it's clear for the record, this is all Phase I
    09  line of questions, so I want a continued running
    10  objection to the scope of these questions.
    11              MR. WILLIAMSON:  I -- I
```

```
12  respectfully --
13              MR. BAAY:  I'm not asking you for
14  your --
15              MR. WILLIAMSON:  You have -- you
16  have the objection --
```

## Page 138:01 to 138:06

```
00138:01    Q.  (By Mr. Williamson) The -- the -- okay.
      02  So it's an emergency piece of equipment that has
      03  the potential to fail?  Do I understand your
      04  testimony correctly?
      05    A.  Any -- yes.  It does have the potential
      06  to fail.
```

## Page 139:16 to 139:20

```
00139:16    Q.  My question to you right now is:  It's a
      17  mechanical -- a BOP is a mechanical piece of
      18  equipment that's in a safety-critical position
      19  that can be used in an emergency.
      20    A.  Yes.
```

## Page 139:24 to 140:13

```
00139:24    Q.  (By Mr. Williamson) Transocean has them
      25  in every Drilling Unit in the world, right?
00140:01    A.  Yes.
      02    Q.  You -- and you know for a fact that BOPs
      03  can fail in certain operating situations?
      04  MR. BAAY:  Object to form.
      05    A.  They can fail, yes.
      06    Q.  (By Mr. Williamson) Right.  And you've
      07  seen that happen on occasion in your 32 years?
      08    A.  Yes, I have.
      09    Q.  Okay.  My question is, therefore, you
      10  need a plan for when a BOP fails in an emergency,
      11  correct?
      12  MR. BAAY:  Objection to form.
      13    A.  Yes.
```

## Page 143:21 to 143:22

```
00143:21    Q.  That's one of the reasons you have a
      22  blowout preventer, is a cement job might fail?
```

## Page 143:25 to 144:06

```
00143:25    A.  One of the reasons, yes.
00144:01    Q.  (By Mr. Williamson) Right.  So when you
      02  need a blowout preventer in an emergency, you
      03  have to anticipate that the blowout preventer
```

```
04  might fail, correct?
05  MR. BAAY:  Objection to form.
06      A.  You can do that, yes.
```

Page 145:06 to 147:08

```
00145:06      Q.  (By Mr. Williamson) Sure.  My question
      07  is:  What is Transocean's Emergency Plan when
      08  their blowout preventer fails in that situation?
      09  MR. BAAY:  Object to the form.
      10  Object to scope.
      11      A.  Our plan's in our Well Control Manual.
      12      Q.  (By Mr. Williamson) Sure.  Tell me what
      13  it is.
      14      A.  It says that you're -- you've got your
      15  primary, your secondary has now -- you've tried
      16  to inc -- incorporate the secondary control.  It
      17  has failed.
      18          You have tertiary control.  I told you
      19  tertiary control is to try to regain control
      20  of -- of the formation, so you're going to pump
      21  in with heavier mud.  You're going to put in --
      22  put in barite.  You're going to try to bullhead
      23  in.  You're going to put in -- put in junk to try
      24  to bridge over in a -- in the -- in the wellbore.
      25          But these situations are usually going
00146:01  to -- or you can put in a cement plug, but these
      02  situations will normally cause you to lose the
      03  well.
      04      Q.  Okay.  So if your secondary barrier
      05  fails, what you're thinking is, "Gee, you would
      06  turn to your tertiary barrier."  Do --
      07      A.  Yes.
      08      Q.  -- I understand you correctly?
      09      A.  Correct.
      10      Q.  Okay.  What -- is it possible you will
      11  lose the ability to put cement or heavier
      12  materials or barite into the well?
      13  MR. BAAY:  Objection to the form.
      14      Q.  (By Mr. Williamson) Is that possible?
      15          MR. BAAY:  Form.
      16      A.  You could.
      17      Q.  (By Mr. Williamson) Like, for example, if
      18  you have an explosion or fire, you won't have the
      19  controllability to input barite or cement --
      20          MR. BAAY:  Objection --
      21      Q.  (By Mr. Williamson) -- for example,
      22  correct?
      23          MR. BAAY:  Objection to the form,
      24  scope.
      25      A.  Yes.
00147:01      Q.  (By Mr. Williamson) And that's been known
      02  to happen, hasn't it?
      03          MR. BAAY:  Form.
      04      Q.  (By Mr. Williamson) That you have fire or
```

```
05  explosions or you lose the ability to access the
06  wellbore?
07              MR. BAAY:  Objection to form.
08      A.  It has.
```

Page 148:01 to 148:24

```
00148:01  have access to the wellbore and your BOP has
      02  failed?
      03  MR. BAAY:  Objection to form.
      04      Q.  (By Mr. Williamson) What is Transocean's
      05  Emergency Response Plan for that scenario?
      06              MR. BAAY:  Objection to form.
      07  Objection, scope.
      08      A.  We would try to utilize the remote -- or
      09  the ROV ports on the BOP stack to activate the
      10  functions to try to close in the well.
      11      Q.  (By Mr. Williamson) Okay.  So your backup
      12  plan would -- one -- there may be more to it --
      13  and I'm going to ask you if there is -- but one
      14  part of it is you would utilize the ROV ports to
      15  try to access the blowout preventer functions?
      16      A.  Yes.
      17      Q.  Any other plan that Transocean had for an
      18  emergency response when its blowout preventer has
      19  failed and you don't have access to the wellbore?
      20              MR. BAAY:  Objection to form.
      21      Q.  (By Mr. Williamson) Does Transocean have
      22  any other Response Plan?
      23              MR. BAAY:  Objection to form.
      24      A.  I can't think of any right now.
```

Page 151:15 to 152:04

```
00151:15      Q.  Okay.  And that's what I want to know.
      16  You've given me one possibility, being the ROV
      17  hot stab ports.
      18      A.  Yes.
      19      Q.  Okay.  What other plan did Transocean
      20  have to stop flow from the wellbore under what
      21  Transocean calls a Level 3 Emergency?
      22              MR. BAAY:  Object to form.
      23      A.  Well, the Level 3 says that the control
      24  can no longer be exercised from the Mobile Off --
      25  Offshore Unit.  So I -- I would take that to mean
00152:01  that they could no longer do it according to
      02  normal circumstances with use of the Pod and
      03  utilize hydraulic power from the -- from the rig,
      04  to close-in the BOP.
```

Page 152:06 to 152:19

```
00152:06      A.  So if we were -- did have to disconnect
```

```
07   and -- and move away, then I think what we would
08   do is to utilize whatever we could on the BOP to
09   try to shut it in.
10        Q.  Okay.  And that "whatever we could," what
11   was that on April 20th, 2010?
12        A.  That was -- would have been the ROV,
13   utilizing the ROV.
14        Q.  Sure.  Anything else?
15   MR. BAAY:  Objection, form.
16        A.  Not to my knowledge.
17        Q.  (By Mr. Williamson) Ah.  And you speak
18   for Transocean when you say that, right?
19        A.  Yes, sir.
```

Page 161:12 to 162:01

```
00161:12       Q.  (By Mr. Williamson) Mr. Turlak, you said
      13   you actually found out about the blowout -- I
      14   believe you said you found out about it literally
      15   the next day after it happened, which would be
      16   April 21st.  Does that sound right?
      17        A.  Yes, sir.
      18        Q.  And within 24 hours, you got assigned to
      19   the Team to look and to see if there were any
      20   solutions?
      21        A.  That's correct.
      22        Q.  And so part of the Team that you were
      23   assigned to was, in fact, personally, now, I
      24   mean, was the deal -- dealing with capping
      25   solutions, right?
00162:01       A.  Generally speaking, yes.
```

Page 163:15 to 166:07

```
00163:15   which ones you know anything about.  Do you know
      16   what Transocean's role was with respect to the
      17   riser insertion tool -- tool, sometimes called
      18   the R-I-T-T?
      19        A.  Best of my recollection, the ENTERPRISE
      20   was involved in that.
      21        Q.  Okay.  Tell me about that.
      22        A.  It --
      23        Q.  What role did Transocean have with the
      24   riser insertion tool?
      25        A.  Well, I think a riser insertion tool was
00164:01   designed by others, supplied to BP and then to us
      02   for placing down or attaching to, so that
      03   production could be taken out of the end of the
      04   riser.
      05        Q.  Okay.  Was it successful?
      06        A.  Best of my knowledge, yes.
      07        Q.  But it was limited.  It certainly didn't
      08   stop the majority of the flow?
      09        A.  It did not catch the majority of the
```

```
      10  flow, that's correct.
      11      Q.  Okay.  Then was Transocean part of the
      12  effort to put the riser insertion tool in place?
      13  MR. BAAY:  Object to form.
      14      A.  I don't remember that.  I can't remember
      15  whether or not we actually did it, or it was done
      16  by an ROV.
      17      Q.  (By Mr. Williamson) Okay.
      18      A.  We certainly attached to it.
      19      Q.  Okay.  You were certainly part of the
      20  Team that implemented the solution.  You were
      21  part of the Team, meaning Transocean?
      22      A.  That's correct.
      23      Q.  Okay.  Next is the cofferdam.  Did
      24  Transocean have any role in connection with the
      25  cofferdam?
00165:01      A.  I believe the only role that Transocean
      02  had, as far as the -- the cofferdam, was knowing
      03  what was going to occur because of the close
      04  proximity of the other rigs with -- to the Q --
      05  Q4000, which the cofferdam was run off of the
      06  Q4000.
      07      Q.  Tell me what you mean by that, "knowing
      08  what was going to occur."  What did Transocean
      09  know?
      10      A.  Well, just we -- several Transocean
      11  people had looked at the -- at the HAZID for
      12  the -- for the cofferdam --
      13      Q.  Okay.
      14      A.  -- being run from the -- from the Q4000.
      15  And, obviously -- well, one of the concerns that
      16  Transocean had was the fact that so many vessels
      17  were going to be within close proximity of the
      18  Q4000.  It was necessary to know what the Q4000
      19  was going to do in order for the other vessels to
      20  adjust as -- as they could.
      21      Q.  Okay.  Well, did Transocean have a
      22  feeling as -- by the way, the riser insertion
      23  tool, even when it was put in, it was known to be
      24  a limited solution, because it was known that
      25  that was not the only exit point for
00166:01  hydrocarbons, correct?
      02      A.  That's right.
      03      Q.  Okay.  On the cofferdam, did Transocean
      04  think the cofferdam would be successful or not,
      05  or did Transocean know?
      06      A.  I don't think we knew whether or not it
      07  was going to be successful or not.
```

Page 173:16 to 173:17

```
00173:16  (Originally marked as Exhibit No. 90226;
      17  redesignated as Exhibit No. 10226.)
```

Page 187:03 to 187:13

00187:03      Q.  Because what you said in your first
     04  deposition was it was not groundbreaking
     05  technology, the capping stack was not
     06  groundbreaking technology, correct?
     07      A.  That's correct.
     08      Q.  Transocean had never done a deepwater
     09  capping stack before, but the actions you took
     10  were not based on new technology, correct?
     11  MR. BAAY:  Objection to the form.
     12      A.  It was not based on new technology,
     13  that's correct.


Page 188:01 to 188:14

00188:01      Q.  I'm asking you as a Corporate
     02  Representative, because this is a capping stack
     03  question, that I'm asking Transocean --
     04      A.  Okay.
     05      Q.  -- is Mr. Turlak's Unit the most logical
     06  place to go to to try to enlist help on how to
     07  design and implement and install a capping stack?
     08  MR. BAAY:  Object to form.
     09      A.  It's logical to -- to have a group of
     10  people that had been responsible for BOPs in the
     11  past to work on the capping stack, yes.
     12      Q.  (By Mr. Williamson) Okay.  So you're the
     13  most logical Unit to go to, the way you see it,
     14  personally, correct?


Page 189:02 to 189:03

00189:02      A.  Based on my experience, yes, it's logical
     03  to go --


Page 189:05 to 189:09

00189:05      A.  -- to me.
     06      Q.  Had anyone from Transocean Management
     07  ever came to you to ask about a capping stack
     08  before April 20th, 2010?
     09      A.  No.


Page 189:15 to 189:21

00189:15      Q.  (By Mr. Williamson) Had anybody asked you
     16  to quantify the risk that a BOP would fail under
     17  flowing well conditions, had any Member of
     18  Management asked you to do that before April
     19  20th, 2010?
     20  MR. BAAY:  Object to the form.
     21      A.  No, sir.

Page 190:25 to 191:21

```
00190:25      Q.  (By Mr. Williamson) Had anyone in the
00191:01  company come to you and said:  "We're formulating
      02  our Emergency Response Plan.  We need to know the
      03  chance that our BOPs will fail"?
      04         Did anyone from Management come to you
      05  with those sorts of comments before April 20th,
      06  2010?
      07  MR. BAAY:  Objection to the form.
      08      A.  No.
      09      Q.  (By Mr. Williamson) All right.  Did
      10  anyone come to you and say:  "We need to know
      11  what resources we need to dedicate to a backup
      12  system behind the blowout preventer.  Can you
      13  help us with that?"
      14         Did any Member of Management come to you
      15  with those sorts of request?
      16  MR. BAAY:  Objection to the form.
      17      A.  No.
      18      Q.  (By Mr. Williamson) Were you budgeted any
      19  money to try to develop a capping stack before
      20  April 20th, 2010?
      21      A.  No.
```

Page 192:17 to 193:08

```
00192:17      Q.  (By Mr. Williamson) I'll rephrase.
      18         When you were developing and working on
      19  the capping stack option, April to July 2010, you
      20  had to solve some engineering issues, correct?
      21  MR. BAAY:  Objection to the form.
      22      A.  Yes.
      23      Q.  (By Mr. Williamson) For example, you had
      24  to figure out how -- whether to put the stack on
      25  the LMRP or to put it on the flex joint, as one
00193:01  example?
      02      A.  We didn't do that, because we weren't
      03  making the decisions.  We were --
      04      Q.  Okay.
      05      A.  -- merely doing what BP was telling us to
      06  do, and if they wa -- were going to pull the --
      07  the LMRP off, we would have attached it to the --
      08  to the lower BOP stack.
```

Page 193:19 to 193:21

```
00193:19      A.  Or if -- or if they wanted to go onto the
      20  flex joint, we could configure our -- our capping
      21  stack to where it could be done that way, also.
```

Page 193:25 to 194:20

```
00193:25      Q.  Had -- before this disaster, had you ever
00194:01  thought about the problem of getting a BOP to
      02  land on a BOP before?
      03      A.  No, I hadn't thought about it, because
      04  we --
      05      Q.  Before --
      06      A.  -- because I've been involved in doing it
      07  before.
      08      Q.  All right.  It -- you've done it before?
      09      A.  Yes.
      10      Q.  Okay.  How many times?
      11      A.  Once.
      12      Q.  Okay.  When?
      13      A.  1988.
      14      Q.  Okay.  For what?  When you were at
      15  Cameron?
      16      A.  Correct.
      17      Q.  Okay.  Let's talk at -- with Transocean.
      18  Had anyone with Transocean ever talked to you
      19  about putting a BOP on top of a BOP and how
      20  difficult that would be --
```

Page 194:22 to 195:08

```
00194:22      A.  It was not --
      23      Q.  (By Mr. Williamson) -- before -- before
      24  the Macondo disaster?
      25      A.  It was not discussed in -- with me, but
00195:01  it was done --
      02      Q.  Okay.
      03      A.  -- on the JIM CUNNINGHAM, off -- offshore
      04  Egypt.
      05      Q.  Okay.  And the JIM CUNNINGHAM was a
      06  blowout that happened in 2004 on a Transocean
      07  rig, correct?
      08      A.  2005.
```

Page 196:12 to 196:17

```
00196:12      Q.  Okay.  Did anybody ever use the JIM
      13  CUNNINGHAM incident, the blowout that happened in
      14  2005, in order to alter the Emergency Response
      15  Plan that Transocean had?
      16  MR. BAAY:  Objection to the form.
      17      A.  Not aware of it.
```

Page 199:09 to 199:10

```
00199:09  (Originally marked as Exhibit No. 90227;
      10  redesignated as Exhibit No. 10227.)
```

Page 199:19 to 199:19

00199:19     Q.  Okay.  This E-mail is from Mac Polhamus.


Page 200:01 to 200:05

00200:01     Q.  Do you see where this attachment, Exhibit
     02  90227, says:  "Horizon Flooding Initial
     03  Findings - High Level Presentation"?  Do you see
     04  that?
     05     A.  Yes.


Page 200:16 to 200:20

00200:16     Q.  And -- and do you see the next sentence,
     17  where Mr. Polhamus says:  "I do not look forward
     18  to this BP meeting, as we look absolutely
     19  incompetent"?  Do you see that?
     20     A.  Yes, sir.


Page 201:18 to 202:09

00201:18     Q.  Okay.  My question is:  After this
     19  incident, where Mr. Polhamus says:  "Obviously
     20  there was a total breakdown of the Horizon's use
     21  of our safety protocols on this event, and I
     22  seriously doubt this was a one-off failure to use
     23  our processes" -- did I read that sentence
     24  correctly?
     25 MR. BAAY:  Objection, form.
00202:01     A.  Yes, sir.
     02     Q.  (By Mr. Williamson)  Okay.  Did anyone in
     03  Transocean, after Mr. Polhamus wrote this E-mail
     04  on June 1st, 2008, use this information to
     05  update, modify, change, or revise their Emergency
     06  Response Planning?
     07          MR. BAAY:  Object to form.
     08  Objection to scope.
     09     A.  I'm not aware of any.


Page 222:03 to 222:12

00222:03     Q.  (By Mr. Williamson)  Okay.  One question
     04  at a time.  Did you find one single documented
     05  Risk Assessment dealing with Emergency Response
     06  Planning as regards an uncontrolled well blowout?
     07 MR. BAAY:  Objection to form.
     08  Objection to scope.
     09     A.  No.
     10     Q.  (By Mr. Williamson)  Even after the Jim
     11  Cunningham Well blew out in 2005?
     12          MR. BAAY:  Objection to form.

Page 222:14 to 222:19

```
00222:14      A.  Well, I said I didn't find -- I didn't
     15  see one, and it would have -- necessarily had to
     16  have been after 2005.
     17      Q.  Okay.  And turn your attention to Tab --
     18  what was Tab No. 6.  I believe it's now been
     19  marked as 90225.
```

Page 222:21 to 224:02

```
00222:21      Q.  Okay.  Can you tell me what this is?
     22  It's title is "GULF OF MEXICO SECTOR EMERGENCY
     23  RESPONSE MANUAL," and it's dated, apparently,
     24  December 15th, 2008.
     25      A.  This is the Emergency Response Manual for
00223:01  the Gulf of Mexico.
     02      Q.  Okay.  Does it deal with an uncontrolled
     03  blowout?
     04      A.  No.
     05      Q.  Okay.  Does it deal with a whole lot of
     06  other things, like man overboard, hostages,
     07  hurricanes, bombs, bad publicity, tornadoes?
     08            MR. BAAY:  Objection, form.
     09      Q.  (By Mr. Williamson) It deals with a lot
     10  of those things, doesn't it?
     11            MR. BAAY:  Object to form.
     12      A.  It deals with "Fire/Explosion" --
     13  personally, I don't know about the ones that you
     14  said, but "Fire/Explosion," "Personal
     15  Injury/Illness," AED instructions, "Bomb Threat &
     16  Checklist," "Civil Unrest," "Hostage
     17  Situation...," "Vehicle Accident," environmental
     18  incidents, hurricanes, and "Severe Weather,"
     19  tornadoes.
     20      Q.  (By Mr. Williamson) Sure.  Where do you
     21  rank an uncontrolled hydrocarbon blowout in the
     22  Gulf of Mexico in 5,000 feet of water?  Where
     23  does Transocean rank that, in terms of risk
     24  severity or risk consequence or risk probability?
     25            MR. BAAY:  Objection to form.
00224:01      A.  The consequences are high.  The
     02  probability is -- is pretty low.
```

Page 226:09 to 226:10

```
00226:09  (Originally marked as Exhibit No. 90228;
     10  redesignated as Exhibit No. 10228.)
```

Page 236:03 to 236:06

```
00236:03      Q.  Okay.  You said there were two different
     04  BOP-on-BOP options.  Can you tell me what those
```

```
05  were?
06       A.  Well, it was the DISCOVERER ENTERPRISE --
```

Page 236:08 to 236:21

```
00236:08      A.  -- was first considered for -- to go onto
     09  the lower BOP stack of the HORIZON.  To do that,
     10  we would have to cut the riser, pull the LMRP
     11  off, and land the -- the ENTERPRISE BOP stack on
     12  top of the lower BOP stack.
     13         That got put to the side because the
     14  ENTERPRISE was going to -- was being sent to --
     15  for containment, or to -- to catch the oil and
     16  gas, first with the RITT tool and then later with
     17  the -- with the cap, or with the Top Hat.
     18         The second one was to utilize the DDII
     19  for BOP-on-BOP.  We looked at that for a while.
     20  That would have required the same type of
     21  arrangement.
```

Page 236:24 to 237:16

```
00236:24      Q.  Both of those would have required you to,
     25  what, pull the LMRP?
00237:01      A.  Yes, sir.
     02      Q.  Okay.  How much of a trouble would it
     03  have been to pull the LMRP?  How much of a
     04  challenge is that?
     05  MR. BAAY:  Objection, form.
     06      A.  Well, that would have required cutting
     07  the ri -- riser off, as we eventually did, as --
     08  and to attach lugs -- I'm sorry -- to attach
     09  li -- a lifting device or lifting cables to the
     10  LMRP plate, unlatch the connector, the riser
     11  connector, and unlatch the mini connectors on the
     12  choke and kill lines.
     13      Q.  (By Mr. Williamson)  Had the LMRP been
     14  designed for this to happen?
     15      A.  For emergency recovery?  Yes.
     16      Q.  Okay.  So if you get the riser cut --
```

Page 237:18 to 237:20

```
00237:18      Q.  -- you could get the LMRP disconnected
     19  and removed?
     20      A.  Correct.
```

Page 238:13 to 238:25

```
00238:13      Q.  Who made the decision to cut the riser
     14  from the inside kink?
     15      A.  I have no idea.
     16      Q.  Wasn't you?
```

```
17        A.  No, sir.
18        Q.  And it wasn't Transocean?
19        A.  Not to my knowledge.
20        Q.  Okay.  But what happens when you try to
21   cut it with a saw from the inside kink, it's
22   going to bind on itself, right?  Common sense --
23        A.  Yes.
24        Q.  -- tells us all that.
25        A.  Yes.
```

Page 239:09 to 240:14

```
00239:09        Q.  Okay.  And then, instead of doing it --
10   sawing it again, somebody de -- made a decision
11   to use pincers of some sort to cut it, right,
12   large shears?
13        A.  (Nodding.)
14        Q.  Correct?
15        A.  Correct.
16        Q.  And that put the cut down closer to the
17   flex joint, didn't it?
18        A.  That's correct.
19        Q.  And when it -- and it also deformed the
20   riser when it cut, right?
21        A.  The riser pipe?
22        Q.  Uh-huh.
23        A.  Yes.
24        Q.  And that caused problems for getting a
25   capping stack on, didn't it?
00240:01        A.  Not to my knowledge.
02        Q.  Okay.  Who made the decision to use the
03   shears, for -- before I go to the second part,
04   who made the decision to go to the shears?  Was
05   it you?
06        A.  No.  BP.
07        Q.  Was it Tran -- oh, okay.  BP made that
08   decision.
09        A.  Yes, sir.
10        Q.  Okay.  Did that cause any difficulties
11   with landing or later landing a capping stack on
12   the flex joint, the condition of the riser as it
13   left the flex joint?
14        A.  No.
```

Page 242:16 to 243:03

```
00242:16        Q.  Am I correct in assuming that you didn't
17   really work on the details of the transition
18   spool?  Someone else did that?
19        A.  That's correct.
20        Q.  It's my understanding that BP's Team did
21   the transition pool -- spool?  Does that sound
22   right?
23        A.  Yes, sir, in -- in cooperation with
```

```
    24  Vetco, who supplied information as far as the
    25  riser flange drawings.
00243:01     Q.  All right.
    02       A.  And worked with them on the riser -- all
    03  the riser tools.
```

Page 245:07 to 246:20

```
00245:07     Q.  Okay.  Next subject, top kill:  What role
    08  did Transocean have in connection with top kill?
    09       A.  Again, I think we were -- we had been
    10  involved in it, just because the top kill was
    11  going to be -- going to --
    12       Q.  Run off your ship?
    13       A.  Pardon?
    14       Q.  I'm sorry.  I interrupted you.  Go ahead.
    15       A.  It wasn't going to be run off of our
    16  ship, I don't -- I don't think it was.
    17       Q.  Okay.  My apologies.  I interrupted.  I
    18  shouldn't have.  Go ahead and finish.
    19       A.  Okay.  It was -- I thought it was going
    20  to be pumped off of one of the other boats
    21  through the manifold -- through the subsea
    22  manifold, through and into the -- one of the
    23  choke or kill lines on the HORIZON BOP stack.
    24       Q.  What -- what -- I'm going to ask you this
    25  question:  As a Corporate Representative --
00246:01     A.  Yes, sir.
    02       Q.  -- what would Transocean know about the
    03  issue of whether you should limit the pressure
    04  you're going to try to use in the top kill
    05  operation?
    06            MR. BAAY:  Objection, form.
    07       A.  We didn't really have any information.  I
    08  mean, there was discussions about what the
    09  pressure should be, or -- but we weren't in -- in
    10  the -- we didn't have enough information.  The
    11  only information we wanted to make sure of is
    12  that we didn't overpressurize our BOP stack or
    13  any of the equipment on it.
    14       Q.  (By Mr. Williamson) You're talking about
    15  when you were actually shooting down the
    16  materials into the choke/kill lines?
    17       A.  That's what we were -- you know, if we
    18  were -- had -- if we had any involvement at all,
    19  because we were going to have to help BP function
    20  the valves for the -- for the top kill.
```

Page 256:23 to 257:25

```
00256:23     Q.  Okay.  Would it have been helpful
    24  information to have correct schematic drawings of
    25  the BOP?
00257:01     A.  Yes, sir.
```

```
02        Q.  And you did not have them, did you?
03        A.  They were not correct, that's correct.
04        Q.  Okay.  Who is supposed to maintain
05   correct schematic drawings of the BOP?
06        A.  We are.
07        Q.  "We" being Transocean?
08        A.  Yes, sir.
09        Q.  Okay.  Would it have been helpful in the
10   days after the disaster to have the ROV hot stab
11   hooked up to the middle VBR rams, instead of
12   being hooked up to the bottom test ram?
13   MR. BAAY:  Object to form.
14        A.  Yes, because we -- then we would have
15   been able to verify a little bit earlier that it
16   was already closed.
17        Q.  (By Mr. Williamson) And I'm sure you've
18   now found out that the bottom VBR was tran --
19   conformed, converted to a test ram in
20   approximately late 2004, early 2005?
21        A.  Yes.
22        Q.  Okay.  And the ROV's hot stab should have
23   been changed to go to the middle VBR at that
24   time, correct?
25        A.  Yes, sir.
```

Page 258:03 to 258:11

```
00258:03      Q.  (By Mr. Williamson) It -- it wasn't
04   replumbed to the middle VBR, was it?
05   MR. BAAY:  Objection to form.
06        A.  That's correct.
07        Q.  (By Mr. Williamson) Okay.  Whose
08   responsibility was to make sure that happened?
09        A.  The Subsea Engineer.
10        Q.  And that would be Transocean?
11        A.  Yes, sir.
```

Page 262:18 to 262:19

```
00262:18  MR. WILLIAMSON:  Previously marked
19   as Exhibit 7023.
```

Page 263:07 to 263:17

```
00263:07      Q.  I'm going to ask you to turn on the
08   second page.  I think it's the first E-mail in
09   the chain.  May 3rd Mr. Van Lue says:  "Hey don't
10   say anything yet, but the whole time we have been
11   functioning the middle pipe ram from the ROV.  It
12   is actually plumbed to the lower test ram!!!!!!"
13        Did I read it correctly
14        A.  Yes, sir.
15        Q.  And that's also consistent with your
```

```
      16  understanding of the facts?
      17      A.  Yes, sir.
```

Page 267:09 to 267:11

```
00267:09  (Originally marked as Exhibit Nos. 90229
      10  and 90230; redesignated as Exhibit Nos. 10229 and
      11  10230.)
```

Page 267:19 to 267:19

```
00267:19      Q.  Mr. Turlak, my name is Doug Kraus.  I
```

Page 267:21 to 267:25

```
00267:21  a few questions for you.  The first pertains to
      22  an exhibit which I have premarked as Exhibit
      23  No. 90229.  It is an E-mail dated May 22nd, 2010
      24  from yourself to Iain Sneddon.  Did I pronounce
      25  that correct?
```

Page 268:10 to 268:12

```
00268:10      Q.  Okay.  And, actually, the questions I
      11  have pertain mainly to the E-mail that Mr. MacKay
      12  sent to Mr. Sneddon, on May 22nd, 2010, at 10:07.
```

Page 268:23 to 269:01

```
00268:23      Q.  And who's Harry Thierens?
      24      A.  Harry Thierens worked for BP, and he sort
      25  of ran the show at -- for the Operations at
00269:01  Westlake for BP.
```

Page 272:16 to 273:15

```
00272:16      Q.  Why was the BOP-on-BOP procedure that was
      17  to be finalized on May 22nd, 2010 never -- not
      18  implemented?
      19      A.  Oh, I don't know.
      20      Q.  Was that Transocean's decision?
      21      A.  No, sir.
      22      Q.  Okay.  Was a capping stack procedure
      23  finalized?
      24      A.  Yes.
      25      Q.  When, approximately?
00273:01      A.  It seems as though it was finalized
      02  sometime the end of June, first part of July.
      03      Q.  What was it that prevented the capping
      04  stack procedure from being finalized at the same
      05  time the BOP-on-BOP procedure was finalized in --
      06  in -- for instance, on May 22nd, 2010?
```

```
07     A.  Well, we were a little bit further along
08  with BOP-on-BOP, because we already had a BOP
09  stack from one of our rigs that was ready to go,
10  whereas, the capping stack wasn't completed yet.
11     Q.  Had the response efforts focused on the
12  capping stack starting on April 20, 2010, is
13  there anything that would have prevented that
14  procedure from being completed at the same time
15  as the BOP-on-BOP procedure?
```

Page 273:17 to 274:05

```
00273:17     A.  It -- it probably could have, however,
18  the same Group that was work -- the Capping Team
19  was actually working on the BOP-on-BOP of the
20  ENTERPRISE, then went back to work on the two-ram
21  capping stack, then -- which morphed to the
22  three-ram capping stack, and then went to the
23  DDII -- DDII, and back to the capping stack, so
24  priorities changed as -- as -- as decisions were
25  being made.
00274:01     Q.  (By Mr. Kraus) So had the capping stack
02  been prioritized at the top of the list, be it on
03  April 20, 2010, that procedure could have been
04  finalized at or about the time this BOP-on-BOP
05  procedure was finalized?
```

Page 274:07 to 274:09

```
00274:07     Q.  (By Mr. Kraus) Do you agree with that?
08     A.  It probably would have been pretty close.
09     Q.  Thank you.  That's all I have for that
```

Page 274:11 to 274:14

```
00274:11  If we could turn to the next document,
12  which has been premarked as Exhibit 90230.  It is
13  an E-mail.  The top E-mail is from yourself to
14  Pharr Smith, and it's dated June 20th, 2010.
```

Page 275:01 to 275:03

```
00275:01     Q.  And just for my education, what
02  distinguishes a capping stack from a BOP?
03     A.  A name.
```

Page 276:19 to 277:07

```
00276:19     Q.  Okay.  Going back to the first page,
20  Mr. Smith writes an E-mail to you on June 20th,
21  2010 at 12:50 p.m.  And he -- he writes:  -- let
22  me know if I read this correctly.  "Rob
```

```
     23          "A couple of subsequent messages to
     24     follow... Am I missing something?  Or are people
     25     just not realizing that, if we wanted to, we
00277:01     could just pull the" DEEPWATER HORIZON "LMRP and
     02     plop another BOP on top?  Again, sending this for
     03     a quick reality check on my part...
     04          "Thanks
     05          "Pharr."
     06          Did I read that correctly?
     07     A.  Yes.
```

Page 277:13 to 277:22

```
00277:13     Q.  He writes in the -- I guess it would be
     14     the third sentence:  "Or are people just not
     15     realizing that, if we wanted to, we could just
     16     pull the" DEEPWATER HORIZON "LMRP and plop
     17     another BOP on top?"
     18          Do you know -- when he's referring to "or
     19     are people," do you know what people it is he's
     20     referring to?
     21     A.  I think the collective that are making
     22     the decisions.
```

Page 278:04 to 278:16

```
00278:04     Q.  I'm going to read your response, the
     05     first paragraph:  "Pharr, yes is still a
     06     possibility.  We are working on a capping stack
     07     that could either go on either the top of the
     08     lower bop stack if LMRP is removed or on top of
     09     the riser adapter.  Hopefully this will
     10     completely be tested and ready to go by next
     11     weekend.  Its ready now but BP want to do some
     12     SIT testing" file -- "(file included with photos,
     13     ignore first picture, visitor in Berwick from
     14     bayou.)  This is what we are working on."
     15          And this is dated June 20th, correct?
     16     A.  Correct.
```

Page 278:24 to 279:09

```
00278:24     Q.  And approximately what would be the date
     25     that you were referring to, if you can tell from
00279:01     the context of this?
     02     A.  26, 27.
     03     Q.  Okay.  And you also state that it was
     04     ready at -- on June 20th, correct?
     05     A.  Yes.
     06     Q.  Do you know why it wasn't implemented on
     07     June 20th?
     08     A.  Well, because BP wanted to do some SIT
     09     testing.
```

Page 292:19 to 292:25

```
00292:19  Your prior testimony, as I understand it,
      20  is that Transocean did not attempt to quantify
      21  either the flow rate, at any point in time, or
      22  the total amount that flowed during the entire
      23  response period?
      24        Do I have that correct?
      25     A.  Yes, sir.
```

Page 293:15 to 293:18

```
00293:15  And let's first turn to Tab 4, to review
      16  some questions I have under that topic.  If we
      17  turn to Exhibit 9105, which is Tab 2 -- Tab 4 of
      18  the binder in front of you --
```

Page 295:20 to 296:03

```
00295:20     Q.  Okay.  So just to start over again:  "And
      21  while required to work within a unified command,
      22  the NCP gives the FOSC the final say in the
      23  response to an oil spill."
      24        My question is:  Does Transocean have any
      25  information that disputes that statement in this
00296:01  report?
      02  MR. BAAY:  Objection to form.
      03     A.  Not that I'm aware.
```

Page 299:16 to 300:23

```
00299:16  drawing.  Do you remember the discussion about
      17  the plumbing --
      18     A.  Yes.
      19     Q.  -- error, and that a schematic of the
      20  hydraulics on the BOP did not disclose how the
      21  plumbing actually existed on -- in April 2010?
      22  Do you recall that testimony?
      23     A.  Yes, sir.
      24     Q.  Okay.  Without going back over that,
      25  there -- there -- there's a drawing, and we'll --
00300:01  we'll -- we'll identify it as
      02  BP-HZN-2179MDL07516491, and it's in Tab 9 of the
      03  binder.  And there's a -- you -- you fold it out,
      04  and I've got it also in front of me.  Okay.
      05        Do you see -- do you see that the --
      06  you'll see the -- the hydraulic -- the "Stack
      07  Flow Diagram" nomenclature in the lower right --
      08  right-hand corner of the drawing?
      09     A.  Yes.
      10     Q.  Do you see the handwritten little boxes
      11  with "ROV" and then red lines going to certain
      12  locations on the schematic drawing of the -- of
```

```
    13  the flow diagram?
    14      A.  Yes.
    15      Q.  Do you know whose handwriting those
    16  markings are?
    17      A.  No.
    18      Q.  Do you recognize those markings as an
    19  effort to show the actual condition of the BOP
    20  ROV's panel hydraulic activation as opposed to
    21  the as-built when the BOP was originally
    22  configured?
    23      A.  It looks like a simplified version, yes.
```

Page 301:13 to 301:14

```
00301:13  THE WITNESS:  90231.
    14              MR. HAYCRAFT:  90231.
```

Page 302:10 to 302:15

```
00302:10      Q.  Yeah.  And does Transocean have any
    11  disa -- dispute with that in the source control
    12  effort, "multiple courses of action were
    13  simultaneously considered and acted upon"?
    14  MR. BAAY:  Objection to form.
    15      A.  No, I don't disagree.
```

Page 303:23 to 304:02

```
00303:23      Q.  Okay.  And those -- those five
    24  strategies, in one form or another, began to be
    25  brainstormed and then put on paper in April 2010,
00304:01  correct?
    02      A.  Correct.
```

Page 304:08 to 304:21

```
00304:08      A.  Let me just say:  The DDII was not talked
    09  about in April of 2010.
    10      Q.  Just the DISCOVERER ENTERPRISE?
    11      A.  That's right.  DDII was --
    12      Q.  Then --
    13      A.  DDII was being al -- was being talked
    14  about to drill the second relief well at that
    15  point in time.  Later, it changed after --
    16      Q.  Okay.
    17      A.  -- the ENTERPRISE was used for -- for
    18  capture.
    19      Q.  And that -- that would have been in the
    20  early May timeframe?
    21      A.  Correct.
```

Page 308:15 to 310:12

```
00308:15      Q.  Okay.  Did you -- so, I'm -- I'm looking
      16 at this organizational chart, and -- and so my
      17 question kind of comes from -- from looking at
      18 the different activities that were going on in
      19 a -- in a couple month timeframe.  Did either
      20 Adrian Rose or Larry McMahan express any
      21 dissatisfaction with the Unified Command from
      22 their experience as -- as delegates of Transocean
      23 to the Unified Command?
      24          MR. BAAY:  Objection to form.
      25      A.  I think the only concern they had was
00309:01 that the relationship between the Government and
      02 BP changed after a period of time.  Go ahead.
      03      Q.  Changed?  I'm sorry.  But go ahead.
      04      A.  There's -- there was, at one point in
      05 time, that Adrian and Larry were asked -- Adrian
      06 or Larry were asked to accompany the BP
      07 Representative, Mr. Suttles, as well as Admiral
      08 Mary --
      09      Q.  -- Landry?
      10      A.  -- Landry for -- for their -- for their
      11 press conferences or to update --
      12      Q.  M-h'm.
      13      A.  -- where -- where things were.
      14          And then after a period of time, that all
      15 stopped, and there seemed to be a separation,
      16 then, between BP and the Government.  And they
      17 were not asked in those -- those meetings
      18 anymore.
      19      Q.  Okay.  Well, I -- I want to explore that
      20 more -- in some detail later, but probably not
      21 today.
      22          Other than the separation that you've
      23 described that either Larry and/or Adrian
      24 described to you, did they express any other
      25 dissatisfaction or, for that matter, editorial
00310:01 comment of any sort on the activities that took
      02 place by the Unified Command?
      03      A.  I think about --
      04          MR. BAAY:  Object -- objection to
      05 form.  Sorry to interrupt.
      06          THE WITNESS:  Sorry.
      07      A.  The only other thing was the fact that
      08 they were asked to sign some of the Plans, and
      09 their onl -- their objection there was they were
      10 not in -- involved in those Plans, any
      11 discussions, they were just handed those Plans to
      12 sign.


Page 313:01 to 314:07

00313:01      Q.  And we'll just read the -- the -- the
      02 four -- the four items under that sentence:
      03 "Containment Task Forces conducted their work
```

```
04  applying the following principles:
05          "1.  To avoid solutions that might result
06  in a worse situation.
07          "2.  That time was of essence.
08          "3.  That" release -- excuse me -- "That
09  reaching a solution would require redundancy and
10  contingency."
11          And "4.  That resources would be provided
12  as needed to staff the Teams" and develop -- "and
13  to develop solutions."
14          What I've just read to you is -- is -- is
15  are those four Guidelines, are those familiar to
16  you, from your work on the Capping Team?
17      A.  I mean, these sort of principles are --
18  are -- I don't remember them being specified, I
19  don't remember them being written down, but those
20  are -- are solution -- those -- those principles
21  are -- would be kind of common sense.
22      Q.  Okay.  I -- I completely agree, but --
23  but I -- I need to ask you a little followup.
24          These may be common sense, but during
25  your April, May, June, July, and beyond, time
00314:01  involved in the Macondo response, were these four
02  Guidelines, Guidelines that you, on the Capping
03  Team, and Transocean, in all of its efforts, kept
04  in mind?
05      A.  I think that's reasonable.
06      Q.  Okay.  Is the answer "Yes"?
07      A.  Yes.
```

Page 335:23 to 336:06

```
00335:23        A.  Yes, sir.
     24        Q.  I want to focus just on Nos. 3 and 4.
     25   First, let's read together No. 3:  "...reaching a
00336:01   solution would require redundancy and
     02   contingency..."
     03           And what their focus on that numer --
     04   numeral -- enumerated item, Mr. Turlak, did
     05   Transocean work within the Unified Command to
     06   attempt to reach solutions that have redundancy
```

Page 339:13 to 340:17

```
00339:13   I'm showing you a transcript taken on
     14   April 26, 2011 of Adrian Rose.
     15        A.  You want -- excuse me.  Do I need to mark
     16   this?
     17        Q.  No, you don't.
     18        A.  Okay.
     19        Q.  Thank you, though, for checking.
     20           If you look at the transcript, you'll see
     21   that's a transcript of Adrian Rose's deposition.
     22   Do you see that, sir?
     23        A.  Yes, sir.
     24        Q.  And turning to Page 570, Line 19.  My
     25   question to Mr. Rose was:  "Did you sense that BP
00340:01   spared any expense in engaging in the control of
     02   that well?"
     03           And Mr. Rose's answer at Line 24 was:  "I
     04   think I was complimentary at the time and I
     05   remain of the view that BP accepted
     06   responsibility as responsible party for the well
     07   fluids and basically opened its checkbook to do
     08   whatever was necessary to -- to stem that flow,
     09   to stop that well flow."
     10           Did Mister -- did I read that correctly?
     11        A.  Yes, sir.
     12        Q.  And did -- in your discussion with
     13   Mr. Rose -- which you said took an hour, or
     14   perhaps more, three or so weeks ago -- did he say
     15   anything in that conversation to contradict what
     16   I've just read from his transcript?
     17        A.  No, sir.
```

Page 342:03 to 342:15

```
00342:03   So let's go back to my question.  The
     04   question I asked of him a year or so ago, April
     05   26th, 2011, was, quote:  "Do you remain
     06   complimentary of BP's control efforts?"  And then
     07   I added to the question:  "Through and including
     08   September 1st, were you complimentary of BP's
     09   efforts?"  And Mr. Rose's answer, at Line 3 at
```

```
10    Page 572, was "Yes."
11          And then the question on the table, sir,
12    is:  In your conversation with Mr. Rose three
13    weeks ago, did Mr. Rose tell you anything that
14    contradicted what he testified to in this regard
15    back on April 26th, 2011?
```

Page 342:17 to 344:18

```
00342:17    A.  As far as being complimentary, no, he
18    didn't say anything different.
19          Q.  (By Mr. Haycraft) Okay.  Complimentary of
20    BP's control efforts?
21          A.  Of --
22          Q.  Same answer?
23          A.  He was complimentary of BP's control
24    efforts, and then he said he had lost touch
25    and -- yes, he did say he -- they were com -- he
00343:01    was complimentary.
02          Q.  Okay.  And so my question, just to make
03    sure the record is completely straight is:  Three
04    weeks ago, did he say anything --
05          A.  That he was not complimentary?
06          Q.  -- this year that he was not
07    complimentary?
08          A.  No.
09          Q.  Okay.  Now, I want to show you
10    Mr. McMahan's 30(b)(6) deposition from a year or
11    so ago.  (Tendering.)
12    Larry McMahan, you've testified, was
13    Mr. Rose's Deputy at the Unified Area Command
14    over in Robert, Louisiana.  Do you recall that?
15          A.  Yes, sir.
16          Q.  And Mr. McMahan gave a deposition on
17    June 29th, 2011, as a 30(b)(6) Witness, and you
18    now know what being a 30(b)(6) Witness means,
19    correct?
20          A.  Yes, sir.
21          Q.  Okay.  So on Page 58, Mr. Bickford asked
22    this question, Line 1:  "Were there any
23    discussions with the -- in terms of the closure
24    of the -- attempts to close the BOP stack in
25    which Transocean disagreed with the methodology
00344:01    that BP was implementing?"  Mr. McMahan's answer
02    on Line 6 was:  "No."
03          Did I read that correctly?
04          A.  Yes, sir.
05          Q.  And the same sort of discussion we just
06    had about Mr. Rose's more recent conversation
07    with you, you also talked to Mr. McMahan in the
08    recent weeks to prepare for this 30(b)(6)
09    deposition; is that correct?
10          A.  Yes, that's correct.
11          Q.  And did -- we've just read some sworn
12    30(b)(6) testimony on Page 58 from his deposition
```

```
13   in June of last year.  Did Mr. McMahan tell you
14   anything that contradicted or conflicted with the
15   statement -- the question and answer that we just
16   read together?
17  MR. BAAY:  Objection to form.
18       A.  I don't think so.
```

## Page 345:02 to 346:23

```
00345:02  whether Mr. McMahan said anything inconsistent or
03   in conflict with that statement we just read?
04        A.  No.
05        Q.  Okay.  Thank you.
06             And then turn the page to -- it's a page
07   in the excerpt, but it would be to Page 337 and
08   338 of Mr. McMahan's 30(b)(6) deposition.  And I
09   will read several questions and several answers
10   of Mr. McMahan.  We'll read that together, and
11   then I'll ask you some questions.
12             "Now, you mentioned that over time,
13   Transocean's direct involvement seemed to
14   diminish when it came to stopping the flow from
15   the Macondo Well in terms of the discussions that
16   were ongoing and perhaps decisions that were
17   being contemplated and made.  Is that fair?
18             "ANSWER:  Yes, it is.
19             "QUESTION:  Okay.  Did anybody from the
20   federal government ever come to you and explain
21   why Transocean's involvement seemed to be
22   diminishing over time?
23             "ANSWER:  No.
24             "Did anybody from BP ever come to
25   Transocean and explain why Transocean's
00346:01  involvement seemed to be diminishing over time?
02             "ANSWER:  No.
03             "QUESTION:  Did anybody from any state
04   representative body, the military, the Coast
05   Guard" or "any of the other operators that were
06   out there, did anybody come to you and explain
07   their belief as to why" Transocean in --
08   "Transocean's involvement seemed" dim -- "to
09   diminish over time?
10             "ANSWER:  No.
11             "To this day, do you have a clear
12   understanding based upon some direct
13   communication that you had with somebody in the
14   decision making line of responsibility why
15   Transocean's responsibilities or involvement in
16   stopping the flow from the Macondo Well seemed to
17   diminish over time?"
18             And Mr. McMahan's answer on Line 11 was:
19   "No, I do not."
20             Okay.  Now that we've read that together,
21   my question to you is:  In the conversation
22   within the last several weeks with Mr. McMahan,
```

```
    23    did Mr. McMahan say anything in -- inconsistent
```

Page 347:05 to 348:13

```
00347:05        A.  And at one point in time either the
     06    Representative from BP or from the Coast Guard
     07    came over and said, "I'm sorry.  I -- the way we
     08    handle things are going to change."
     09        Q.  And at -- that seemed to be, at that
     10    point, that the role of Transocean
     11    diminished with --
     12        A.  Correct.
     13        Q.  -- within the Unified Command?
     14        A.  That's correct.
     15        Q.  Okay.  Now I'm going to switch gears on
     16    you and -- and ask you some questions, first, in
     17    your personal capacity, and then in your capacity
     18    as a Transocean Representative today.
     19            Did you personally participate -- during
     20    the response, during your work on the Capping
     21    Team, did you personally participate in any
     22    meetings with Government Scientists in relation
     23    to the Capping Stack Plan?
     24        A.  There may have been a Representative from
     25    the Coast Guard and others in one of the meetings
00348:01    that I attended.
     02        Q.  Okay.  Now, the same question, except
     03    this is Transocean -- to Transocean, and -- which
     04    means across the board in the response effort,
     05    did Transocean Representatives participate in
     06    meetings with Government Scientists with respect
     07    to the capping stack solution?
     08            MR. BAAY:  Objection to form.
     09        A.  Only if they were in -- sitting in
     10    attendance in the -- in the meetings.  Other than
     11    that, we did not have any direct -- direct
     12    conversation with the Government.
     13        Q.  (By Mr. Haycraft) Okay.  And the same
```

Page 353:22 to 354:01

```
00353:22    E-mailed approval of this capping stack
     23    procedure?
     24        A.  No, sir.
     25        Q.  Okay.  Do you -- does Transocean have any
00354:01    information that its Representative, Keith
```

Page 356:05 to 356:08

```
00356:05    the people that were on the Team reviewed the --
     06    reviewed the procedure.  I think that the word
     07    "approval" is -- is a little over the top
     08    there --
```

Page 357:17 to 359:10

```
00357:17  right above Kerry's name.  Charles was a Cameron
      18  Team Member on the Capping Team?
      19      A.  That's correct.
      20      Q.  Okay.  So we see Keith Miller, Charlie
      21  Curtis, Kerry Girlinghouse, Jim Wellings, and
      22  Harry Thierens.
      23      A.  M-h'm.
      24      Q.  They were all involved with the capping
      25  stack during your -- your own involvement with
00358:01  the Capping Stack Team, correct?
      02      A.  Correct.
      03      Q.  And I don't recall talking about Wes
      04  Black.  Who was Wes Black?
      05      A.  Don't know.
      06      Q.  Okay.  Did you ever have the opportunity
      07  to review and provide any comments on the
      08  document we have in front of us, Exhibit 8927?
      09      A.  I don't remember.
      10      Q.  Okay.  Did you -- did you ever ask either
      11  BP or any of the Government Representatives for
      12  the opportunity, your personal opportunity, to
      13  review and provide comments to the capping stack
      14  procedures?
      15      A.  No.
      16      Q.  Why not?
      17      A.  We had people there were -- that were --
      18  were representing us.
      19      Q.  Okay.  I'm going to change subjects from
      20  Exhibit 8927 for a moment, so you can -- you can
      21  rest easy there.  I've got a series of questions
      22  that have to do with the Unified Command.
      23          Did Transocean issue any writing, that
      24  you've discovered, to suggest a sequence of
      25  Source Control efforts?
00359:01              MR. BAAY:  Objection to the form.
      02      A.  A writing?
      03      Q.  (By Mr. Haycraft) M-h'm.  E-mail, memo,
      04  letter.
      05      A.  I mean, I've seen the E-mails concerning
      06  the sequence of -- of Source Control efforts.
      07      Q.  Did you see any Transocean-authored
      08  E-mails suggesting a sequence of Source Control
      09  efforts?
      10      A.  A specific sequence, no.
```

Page 360:05 to 361:08

```
00360:05  being a 30(b)(6) Representative to respond to
      06  Item No. 2 -- well, let's just look at it, so we
      07  can make sure it's clear in our mind what I'm
      08  talking about.
      09          If we looked at -- at the 30(b)(6)
```

```
10    Deposition Notice, which is Exhibit 9986, and
11    Inquiry No. 2, Topic No. 2.  It -- it says,
12    quote:  "Your knowledge of and involvement in the
13    sequencing of Source Control Efforts, including
14    the" consideration of "factors that accounted for
15    the sequence of Source Control Efforts."
16         So my -- my questions right now have to
17    do with Topic No. 2 in the 30(b)(6) Notice,
18    sequence of Source Control Efforts.
19         My first question, which you've answered,
20    is whether or not you -- whether Transocean is
21    aware of a writing from Transocean that, in some
22    manner, suggests a sequencing of Source Control
23    Efforts.
24    A.  Well, I saw some E-mails of -- from --
25    that were involving Larry McMahan and some of
00361:01    the -- our Upper Management, asking why we
02    weren't putting another BOP on top to -- to stop
03    the flow of oil, a BOP-on-BOP --
04    Q.  M-h'm.
05    A.  -- early on in the process.
06    Q.  Okay.  And --
07    A.  Didn't understand that.
08    Q.  Okay.  And what -- what did the Capping
```

Page 363:02 to 363:04

```
00363:02  Now my question is:  Did anybody at
03    Transocean suggest a sequencing to any Government
04    official or to BP, orally?
```

Page 363:06 to 363:06

```
00363:06    A.  Not that I'm aware.
```

Page 363:25 to 364:03

```
00363:25    Q.  (By Mr. Haycraft) Okay.  Can Transocean
00364:01  identify any activity by BP that delayed the
02    stopping of the flow of hydrocarbons from the
03    well?
```

Page 364:05 to 364:10

```
00364:05    A.  Well, I think that the BOP-on-BOP
06    utilizing the ENTERPRISE could have been ready
07    around the middle of May, that could have
08    actually stemmed the flow of -- of uncontrolled
09    release of flu -- of hydrocarbons from -- from
10    the HORIZON BOP stack.
```

Page 364:13 to 364:19

```
00364:13   Does Transocean have any criticism of the
      14   leadership that Jim Wellings provided?
      15        A.  Not that I'm aware of.
      16        Q.  And my -- my mind is a blank on his
      17   replacement.  Schwebel, John Schwebel, does
      18   Transocean have any criticism of the leadership
      19   offered by John Schwebel on the capping effort?
```

Page 364:21 to 364:21

```
00364:21        A.  Not that I've heard.
```

Page 365:06 to 365:12

```
00365:06   (Originally marked as Exhibit No. 90234;
      07   redesignated as Exhibit No. 10234.)
      08        Q.  (By Mr. Haycraft) Okay.  Looking at
      09   Exhibit 90234, which is Tab 8 in our binder, you
      10   see an E-mail from Eddy Redd to Steve Hand, dated
      11   May 3rd, correct?
      12        A.  Yes.
```

Page 366:07 to 367:08

```
00366:07        Q.  And that E-mail is dated Monday, May 3rd,
      08   and the "Subject" line is "Plumbing error on the
      09   Horizon stack (!?)"  Do you see that, sir?
      10        A.  Yes, sir.
      11        Q.  And I'll just read the E-mail out loud:
      12   "Adrian, Larry,
      13        "Just tried to get hold of you on your
      14   respective mobiles: no success.  FYI, it seems
      15   that we may have the ROV stab" (supposed to be
      16   lined-up" with -- "(supposed to be lined-up to
      17   the pipe rams) lined" -- "lined-up to the test
      18   rams.  We are trying to confirm, but it looks
      19   like it is really plumbed wrong.
      20        "BP is ballistic....  Rightly so...  I am
      21   flabbergasted.  Asked Eddy to urgently talk" to
      22   "one of our" Hous -- excuse me -- "one of our
      23   Horizon subseas, and" have him help -- "have him
      24   coming to help us understanding this troubling
      25   situation.  Gary Leach is trying to work on a
00367:01   confirmation of the situation.
      02        "Best regards, Arnaud."
      03        Did I read all of that correctly?
      04        A.  Yes, sir.
      05        Q.  And is that -- is that consistent with
      06   what you testified to yesterday, that -- that
      07   there was a plumbing error that -- that existed
      08   on the BOP that didn't show up in the schematic
```

Page 369:02 to 369:05

```
00369:02      Q.  (By Mr. Haycraft) And you understand on
     03   behalf of Transocean that Transocean was
     04   responsible for maintaining, testing, and
     05   calibrating the PTs on a BOP stack?
```

Page 369:08 to 369:10

```
00369:08      A.  If it was our equipment, then we're
     09   responsible for -- for making sure that it was
     10   correct.
```

Page 370:02 to 370:03

```
00370:02   (Originally marked as Exhibit No. 90235;
     03    redesignated as Exhibit No. 10235.)
```

Page 370:08 to 371:07

```
00370:08      Q.  Okay.  Your -- ha -- I'm going back to
     09   your answer a few minutes ago about BOP-on-BOP
     10   and being ready, I think you said, by mid-May.
     11   Did I hear you correctly?
     12      A.  The ENTERPRISE BOP, yes.
     13      Q.  Okay.  And, moreover, my recollection of
     14   your testimony last year as a fact witness was,
     15   in response to some questions, you suggested that
     16   the BOP-on-BOP equipment could be ready by
     17   May 11th or perhaps certainly by mid-May.  You
     18   remember that testimony?
     19      A.  Yes, sir.
     20      Q.  Okay.  Now, first of all, you've already
     21   explained yesterday that there was a shift at
     22   some point in early May from using the ENTERPRISE
     23   BOP to using the DDII BOP, correct?
     24      A.  That's correct.
     25      Q.  Okay.
00371:01      A.  After the decision was made to utilize
     02   the ENTERPRISE for containment.
     03      Q.  All right.  And looking at the Document
     04   90235, you see that it's the "Well Capping Team -
     05   Meeting Minutes" from a meeting on May 11th,
     06   2010?
     07      A.  That's correct.
```

Page 372:21 to 372:23

```
00372:21      Q.  Fair to say that on May the 11th, the
     22   BOP-on-BOP strategy was not ready to be
     23   deployed --
```

Page 372:25 to 372:25

00372:25      Q.  (By Mr. Haycraft) -- in the field?


Page 373:02 to 373:04

00373:02      A.  Well, I would say, based on the minutes,
     03  that they're now looking at the DDII instead of
     04  the ENTERPRISE.  That's correct.


Page 374:21 to 374:25

00374:21      Q.  Okay.  Look down to the section where it
     22  says, about six or eight lines down:  "BOP on BOP
     23  needs to be ready at the time of the Junk Shot."
     24  Do you see that, sir?
     25      A.  Yes.


Page 377:19 to 378:05

00377:19      A.  I don't know.
     20      Q.  (By Mr. Haycraft) Okay.
     21          MR. HAYCRAFT:  Well, then, I -- I
     22  would note for the record that I've asked
     23  Transocean's Representative if a
     24  Transocean-produced document is a business record
     25  for purposes of evidence in this case, and I did
00378:01  not receive an answer, and -- and so I may seek
     02  relief on that.
     03          MR. BAAY:  And I'll note that's
     04  ridiculous.  He's not here to authenticate
     05  documents.  He's here as a corporate


Page 378:12 to 378:17

00378:12  MR. BAAY:  No.  Go back through the
     13  record.  Mr. Williamson referred to my objections
     14  as outrageous.  Go back and read it.
     15          MR. HAYCRAFT:  He -- I think you're
     16  right.  Point made.
     17          All right.  Well, we'll return to the


Page 379:04 to 379:17

00379:04  Bullet point:  "Plume impact on bottom
     05  of" B -- "BOP."
     06          Bullet point:  "Hydrates on stack and
     07  diverter joint."
     08          Bullet point:  Stabbing BOP on well
     09  visibility."
     10          Bullet point:  "LMRP - Release."
     11          Bullet point:  DP expert - vessel

```
12   characteristics of" DDI.
13        Did I read those bullet points correctly
14   A.  Well, "DDII" rather than "DDI."
15   Q.  Good point.
16   A.  Okay.
17   Q.  Thank you.
```

Page 384:12 to 384:22

```
00384:12     Q.  Fair to say that the BOP-on-BOP strategy
     13   and the capping stack strategy were being worked
     14   on in parallel tracks?
     15        A.  That's correct.
     16   THE COURT REPORTER:  Five minutes.
     17        MR. HAYCRAFT:  Okay.
     18        Q.  (By Mr. Haycraft) Let's look at exhib --
     19   or excuse me, Binder Tab 12 which is already
     20   marked Exhibit 7102.
     21        A.  (Nodding.)
     22        Q.  And we'll start our discussion of it by
```

Page 388:04 to 388:10

```
00388:04   of Transocean.  Did you, Mr. Turlak, understand
     05   the reason for the provision of the venting
     06   option on the DDII BOP strategy?
     07        A.  Only by what I was told, is that they
     08   want -- that BP wanted an option of not shutting
     09   it in completely, but have the ability to vent in
     10   the need -- in the event that they needed to.
```

Page 389:14 to 389:16

```
00389:14   discussing.  And so we'll -- we'll now have a new
     15   exhibit, very similar to 8927, but a better copy,
     16   called 90233.
```

Page 390:02 to 390:08

```
00390:02     Q.  Okay.  In short, in addition to the BOP,
     03   the DDII BOP on HORIZON BOP, the three-ram
     04   capping stack, the two-ram capping stack, and the
     05   flex joint overshot for the three-ram stack were
     06   all being worked on concurrently by the Well
     07   Capping Team, correct?
     08        A.  Yes, sir.  That's what this says.
```

Page 390:25 to 391:06

```
00390:25     A.  Those would have been sent to me, and I
00391:01   remember seeing the DDII with the venting option,
     02   which was the third BOP-on-BOP option, and also
```

```
      03    on the three-ram capping stack.
      04           This one with the two-ram capping stack
      05    12-inch ball valve option and this flex joint
      06    overshot plus three-ram BOP plus oil recovery, I
```

Page 394:18 to 394:20

```
00394:18  (Originally marked as Exhibit No. 90236;
      19    redesignated as Exhibit No. 10236.)
      20          Q.  (By Mr. Haycraft) Okay.  So 90236,
```

Page 394:22 to 394:23

```
00394:22  identified as "HAZID Report MC-252 BOP on BOP
      23    Capping Option," and you see that this HAZID was
```

Page 397:16 to 398:08

```
00397:16  Action Items that still remained on May 7th to be
      17    closed out?
      18          A.  Correct.
      19          Q.  This HAZID process, there -- well, first
      20    of all, let me point your attention to the
      21    Page 15 of 38, which is in "APPENDIX B - WORKSHOP
      22    ATTENDEES," and if you thumb through that page,
      23    the next page, as well as some sign-in sheets,
      24    you'll see that the HAZID sessions were attended
      25    by a -- a number of individuals, correct?
00398:01        A.  Yes.
      02          Q.  Did you attend any of the HAZID Work
      03    Sessions?
      04          A.  I'm not on the list, so I guess I didn't.
      05          Q.  Okay.  Do you see Transocean persons who
      06    did participate in the HAZID Work Sessions?
      07          A.  Yes.
      08          Q.  And you see that BP individuals
```

Page 400:03 to 400:08

```
00400:03        Q.  Okay.  And if the HAZID Action Groups
      04    found 19 Action Items that needed to be closed
      05    before proceeding, does Transocean believe today
      06    that it was appropriate and reasonable to close
      07    out those 19 open items?
      08          A.  Well --
```

Page 400:11 to 401:13

```
00400:11        A.  -- I think they would need to be
      12    evaluated, because the fir -- one of the first
      13    things in the objectives and the scopes and the
      14    consequences of -- of concern to hazard -- HAZID
```

```
15    processes are the threat to the deployment,
16    further damage, or prolonged delay to the efforts
17    to stop and reduce the outflow.
18         So I think you'd have to evaluate whether
19    or not the delay is worse than -- than making
20    sure that all your risks have been mitigated.
21         Q.  (By Mr. Haycraft)  Okay.  Did you
22    understand, when working on the Capping Team --
23    and this is your personal knowledge -- that --
24    that there was an issue with the presence of
25    drill pipe and its position within the BOP and --
00401:01  and throughout the BOP, to the LMRP and into the
02    riser?
03         A.  That's correct.
04         Q.  And one of the risks identified in the
05    HAZID process was in the disengagement of the
06    LMRP from the lower stack, that the pipe could
07    become dislodged and present difficulties in
08    stabbing the BOP?
09         A.  Yes, but I thought that was mitigated
10    away by the fact that the super shear rams
11    enclosed in the pipe had been sheared completely,
12    so it would be a loose piece of pipe in the -- in
13    the wellbore, so that could be lifted out.
```

Page 403:14 to 403:22

```
00403:14      Q.  (By Mr. Haycraft)  Okay.  And so when --
15    when you testified earlier yesterday and -- and
16    again this morning, that a BOP-on-BOP strategy
17    could be employed -- or deployed, I should say,
18    in the field as of mid-May, does that statement
19    take into account the HAZID process, where the --
20    for -- just for one example, the status of the
21    drill pipe within the stack had to be evaluated?
22         A.  That's what it says, yes.
```

Page 405:06 to 405:23

```
00405:06      Q.  I'm sorry, 90235.
07         A.  Yes, sir.
08         Q.  And -- okay.  So you've got the actual
09    exhibit in front of you?
10         A.  Yes, sir.
11         Q.  Okay.  Down mid page it says:  "BOP on
12    BOP needs to be ready at the time of the Junk
13    Shot."
14         That was written as of May 11th, 2010,
15    according to this document, correct?
16         A.  Yes, sir.
17         Q.  Okay.  And from your own personal
18    knowledge, working on the Capping Team, do you
19    have a recollection of being either told, or
20    understanding on your own, that the BOP-on-BOP
```

```
21   option needed to be ready at the time the junk
22   shot was undertaken?
23        A.  Well, the --
```

Page 405:25 to 406:04

```
00405:25       A.  -- the -- the top kill and junk shot
00406:01   occurred between May 26th and May 28.  So from my
       02   memory, we were -- we were still working on it
       03   around during that period of time on the DDII,
       04   with venting option.
```

Page 410:02 to 410:04

```
00410:02       Q.  Okay.  In April 2010, Transocean --
       03   did -- is it true that Transocean operated more
       04   than a hundred offshore drilling rigs?
```

Page 410:06 to 410:08

```
00410:06       A.  Yes.
       07       Q.  (By Mr. Haycraft) And those drilling rigs
       08   were operated in all the oceans of the world?
```

Page 410:10 to 410:15

```
00410:10       A.  Best of my knowledge, yes.
       11       Q.  (By Mr. Haycraft) And isn't it true that
       12   on April 20th, 2010, Transocean did not have
       13   available to it a capping stack capable of
       14   containing an uncontrolled blowout in water
       15   greater than a thousand foot of depth?
```

Page 410:17 to 411:11

```
00410:17       A.  That's correct, but it wasn't our
       18   responsibility to have one.
       19       Q.  (By Mr. Haycraft) Okay.  Isn't it true
       20   that Transocean drilled offshore wells for many
       21   different oil companies in 2010?
       22       A.  Yes, sir.
       23       Q.  And those oil companies included
       24   companies such as Shell, Chevron, ENI -- E-N-I,
       25   that is -- and Anadarko, BHP, and BP, among
00411:01   others?
       02       A.  Yes, sir.
       03       Q.  Including many National oil companies?
       04       A.  Yes, sir.
       05       Q.  Did Transocean, during the course of its
       06   business with any of those oil companies'
       07   customers of it, recommend on or before April
       08   20th, that they assemble a capping stack for
```

```
      09    ready use in a situation involving an
      10    uncontrolled blowout in water greater than a
      11    thousand foot of depth?
```

Page 411:13 to 411:20

```
00411:13         A.  Not that I'm aware.
      14         Q.  (By Mr. Haycraft) Are you aware -- is
      15    Transocean aware of any oil company in the world,
      16    or any other Drilling cran -- Contractor, other
      17    than Transocean, or any other company, including
      18    a response company, that had an already assembled
      19    capping stack available to it as of April 20th,
      20    2010?
```

Page 412:02 to 412:03

```
00412:02         A.  I'm not aware that anyone had a capping
      03    stack at the time.
```

Page 412:05 to 412:06

```
00412:05    for a moment.  Tab 21 is already marked as
      06    Exhibit 5386.  5386.  And the part I am
```

Page 412:16 to 413:09

```
00412:16    that?
      17         A.  (Coughing.) Yes, sir.
      18         Q.  Okay.  And I don't see you as a recipient
      19    of this particular initiating E-mail, but
      20    we'll -- we'll read the first sentence together.
      21    The subject line is:  "Thanks For the Good Work
      22    BOP on BOP and Capping Stack Team."
      23         Do you see that subject line?
      24         A.  Yes, sir.
      25         Q.  Okay.  The first sentence of
00413:01    Mr. Wellings' E-mail:  "BP has decided to go
      02    another route and will not be doing the BOP on
      03    BOP for awhile."
      04         Did I read that correctly?
      05         A.  Yes, sir.
      06         Q.  Okay.  So that was dated Sunday, May
      07    30th, right?
      08         A.  Yes, sir.
      09         Q.  Okay.  Keeping that date in mind, you see
```

Page 414:03 to 414:10

```
00414:03    "Can you give us an update on the 3 Ram capping
      04    stack with respect to schedule?
      05         "Thanks, John."
```

```
06          Did I read that right?
07     A.  Yes.
08     Q.  Okay.  And that was, also, Sunday
09 afternoon on May 30th, correct?
10     A.  Correct.
```

Page 414:24 to 415:19

```
00414:24     Q.  Okay.  And you see that Mr. Curtis of --
25 at Cameron is -- is providing some information
00415:01 about the status of the three-ram capping state
02 [sic] as of that day, Sunday, May 30th, correct?
03     A.  Yes.
04     Q.  Okay.  And you see that he -- he -- he
05 notes that -- an E-mail that was -- included you
06 on the recipient list, that, quote:  "The Capping
07 Stack has gone as far as we can, all of the
08 equipment is stacked up and only waiting for the
09 Control Panels from" Engineering "to test the
10 sha -- "to test the Stack.  These Panels should
11 be completed by Tuesday, June 1, shipped to
12 Cameron Berwick, hook up and tested with the
13 3 Ram Capping Stack.  Completion date ready to
14 ship offshore Friday, June 4."
15          And then he says:  "Will have a better up
16 date tomorrow, on the Control Panels."
17          Did I read Mr. Curtis' E-mail correctly?
18     A.  Except for it's not "Engineering."  It's
19 "Oceaneering."
```

Page 415:22 to 416:15

```
00415:22 Okay.  Now, you testified last year --
23 and I think you testified yesterday -- that you
24 don't know why Mr. Wellings made the statement on
25 May the 30th, quote:  "BP has decided to go
00416:01 another route and will not be doing the BOP on
02 BOP for awhile."  The same is true now?  I mean,
03 in other words, I'm asking you this now, the same
04 question:  Do you know why?
05     A.  No.  As Jim put it, "BP has decided," so
06 BP is making the decisions.
07     Q.  Okay.
08     A.  So we weren't involved in the
09 decision-making.
10     Q.  Right.
11     A.  But I thought it was interesting that we
12 didn't -- we weren't going to go BOP-on-BOP for a
13 while, but we're going to wait till July, till we
14 went with a capping stack on it, which is a
15 different name for a BOP stack.
```

Page 417:13 to 422:01

```
00417:13   MR. BAAY:  Objection to form.
      14        A.  I don't have anything to -- to say that
      15   it was -- that anybody at Transo -- Transocean
      16   knew before the Jim Wellings E-mail.
      17        Q.  (By Mr. Haycraft) Okay.  If you'll turn
      18   to Tab 22, please.  You'll see what's previously
      19   been marked as Exhibit 9146, and you'll see that
      20   that E-mail is from Carol Browner.
      21        A.  Okay.
      22        Q.  And I'm not asking you to identify who
      23   Carol Browner is, but you see that she's sending
      24   an E-mail to a number of people, including, for
      25   example, David Axelrob -- excuse me, Axelrod,
00418:01   Robert Gibbs, Valerie Jarrett, Lawrence Summers,
      02   and Thad Allen.
      03            Do you see them among the recipients?
      04        A.  Yes.
      05        Q.  And you see that E-mail is dated
      06   Saturday, May 29th, in the afternoon?
      07        A.  Yes.
      08        Q.  And why don't we read together Carol
      09   Browner's E-mail.
      10        A.  Okay.
      11        Q.  "Our scientists have determined that the
      12   risks are too great to shut the well in from the
      13   top.  Eg with the addition of a new BOP.  That
      14   means until the relief well is completed (mid
      15   August at best) we will be in the position of
      16   capturing the leaking oil with the cap and new
      17   riser to a vessel on the surface.  In the event
      18   of a hurricane the vessel will have to move off
      19   site.  BP thinks cap and new riser could be in
      20   place by later next week.  We will work to
      21   determine how best to make this public."
      22            Did I read that correctly?
      23        A.  Yes.
      24        Q.  And if you turn to Tab 23, which has
      25   previously been marked as Exhibit 9103, and you
00419:01   see that it's a series of E-mail exchanges
      02   between Thad Allen, Kevin Cook, and Mary Landry.
      03   Do you see -- if you look at the "To" and "From"
      04   lines of the series of short E-mails, you'll see
      05   that those are the folks involved.
      06        A.  (Reviewing document.)
      07            Okay.
      08        Q.  Okay.  And if you look at the very
      09   bottom -- and the print is a little faint, but
      10   perhaps you can read with me together -- the
      11   second from the last bottom on the front page of
      12   9103, quote:  "BOP on BOP not advisable, now or
      13   in the future, because of rupture disk issue
      14   (...in #1)."
      15            Did I read that correctly?
      16        A.  Yes.
      17        Q.  Next sentence:  "Potential high pressure
```

```
18    created by BOP on BOP could lead to hydrocarbon
19    flow into formation... Again" a per -- "a
20    potential broaching scenario."
21          And you'll see that that statement is
22    attached is part of an E-mail from Kevin Cook to
23    Admiral Thad Allen.  Do you see that?
24    A.  And who is Kevin Cook?
25    Q.  Well, you see "RDML" next to his name?
00420:01    A.  (Nodding.)  Yes.
02    Q.  Okay.  I'm not asking you to identify who
03    Kevin Cook is.  I'm simply asking you to look at
04    the E-mail and see that it's from Thad Allen to
05    Kevin Cook.
06    A.  Okay.
07    Q.  Do you agree?
08    A.  Yes, sir, it is.
09    Q.  And you see the Cc's include Mary Landry,
10    James Watson, and Peter Heffenger.  Do you see
11    that?
12    A.  Neffenger.
13    Q.  Neffenger.  Thank you.
14          Do you see that?
15    A.  Yes, sir.
16    Q.  Okay.  You may not know who Kevin Cook
17    is, but you know who Thad Allen is?
18    A.  I've heard of him.
19    Q.  Okay.  How many meetings did you
20    personally have with Thad Allen during the
21    response to Macondo 252?
22    A.  None.
23    Q.  Okay.  Turn to the next tab, 24, which
24    has previously been marked as Exhibit 9656.  And
25    you see, this is some E-mails between Kevin --
00421:01    excuse me, Marcia McNutt and Steven Chu.
02          Do you see that?
03    A.  Okay.
04    Q.  We'll -- we'll read together Marcia
05    McNutt's E-mail to Steven Chu, dated Sun --
06    Saturday, May 29th, "Subject" line, "Way
07    forward."
08          Quote:  "Evidence from the top kill
09    operation strongly suggests that the original
10    blast ruptured the 18" rupture disks in the 16"
11    casing, which means that the mud pumped in the
12    top kill is merely escaping in to shallow
13    formations well above the reservoir.  This means
14    that a top kill is not only not possible but that
15    any attempt to shut in this well from above
16    strongly risks over pressurizing deep formations
17    with the hydrocarbons and causing an
18    uncontainable blowout to the seafloor.
19          "The best way forward is flow containment
20    and bottom kill."
21          Did I read those sentences correctly?
22    A.  Yes.
```

```
      23      Q.  During -- from May 30th forward, did you
      24   ever ask John Schwebel or anyone else at
      25   Transocean why the BOP-on-BOP option was
00422:01   discarded?
```

Page 422:03 to 422:06

```
00422:03      A.  No.  I think most people thought BP
      04   didn't want to put all their eggs in one basket
      05   with the DDIII drilling a relief well, one relief
      06   well.  So they wanted a backup.
```

Page 423:01 to 425:11

```
00423:01   process, were you?"
      02            Your answer:  "That's correct."
      03            "QUESTION:  That was somebody else that
      04   had that role?
      05            Your answer was:  "That's correct."
      06            And next question:  "And that would be an
      07   important piece to the puzzle when making the
      08   decision as to whether to use the BOP-on-BOP or
      09   the two-ram stack or the three-ram stack or a
      10   vent or no vent, correct?"
      11            And your answer was:  "Correct."
      12            Do you -- do you have any reason today to
      13   change or to alter or modify that testimony on
      14   behalf of Transocean?
      15            MR. BAAY:  Object to the form,
      16   scope.
      17      A.  That's correct.
      18      Q.  (By Mr. Haycraft) Did Transocean on May
      19   the 30th have better information than Admiral
      20   Allen, Marcia McNutt, or anyone else at BP or the
      21   U.S. Government about the risks and benefits of
      22   the BOP-on-BOP strategy?
      23            MR. BAAY:  Objection to form.
      24            MR. KRAUS:  Objection, form.
      25      A.  No, we weren't told a whole lot of
00424:01   information about much.
      02      Q.  (By Mr. Haycraft) Okay.  And did -- did
      03   you, you personally, inform -- well, I'll ask you
      04   first:  On Sunday, May 30th, or the next day,
      05   June 1st, did you believe that a big mistake was
      06   being made?
      07            MR. BAAY:  Objection, form.
      08      A.  You're asking me personally?
      09      Q.  (By Mr. Haycraft) M-h'm.  Yes.
      10      A.  I think that -- I didn't have enough
      11   information to say whether or not a big mistake
      12   was being made or not, so I left that to others.
      13      Q.  Through and including Sunday, May 30th,
      14   the Capping Team had be -- had been preparing for
      15   the capping stack strategy, correct?
```

```
16      A.  Yes.
17      Q.  The -- the Capping Stack Team was not
18  waiting for the BOP-on-BOP option to be evaluated
19  and decided upon and then go to the capping stack
20  strategy; is that correct?
21      A.  That's correct.  Due to the number of
22  changes and multiple paths that BP was going, we
23  didn't want to stop on any one path just because
24  we were working on something else.
25      Q.  Right.  And, in fact, multiple paths was
00425:01  one of a -- and you remember the multifaceted
02  aspect of Source Control that was described in
03  the On-Scene Coordinator Report that we looked at
04  yesterday?
05          MR. BAAY:  Objection to form.
06      A.  Yeah, it might have said that, yeah.
07      Q.  (By Mr. Haycraft) Yeah.  It -- it might
08  have said the strategies for Source Control were
09  multifaceted?
10      A.  I don't remember.
11      Q.  Okay.  Part of the strategy of placing a
```

Page 430:06 to 431:03

```
00430:06  satisfactory.
07      Q.  Okay.  And if you just -- just, as an
08  example, the -- the attachment to Mr. Williams'
09  E-mail is -- is -- is a very lengthy document,
10  but it -- and I don't need you to address what
11  all the attachments are, but you see he's sending
12  you the written test procedures for the various
13  components of the -- of the capping stack?
14      A.  Yes.
15      Q.  Okay.  And I just want to direct your
16  attention to just, for example, the first line of
17  the first test procedure, the Body Test
18  Procedure, and you see the "Criteria" include:
19  "Perform 15K test between test stump, upper
20  flange and vertical spool blind hubs."
21          Did I read that correctly?
22      A.  Yes, sir.
23      Q.  Okay.  Now, if you would turn to Tab 27,
24  which was marked yesterday as Exhibit 90230 in
25  Mr. Kraus' examination, you're sending an E-mail
00431:01  two days -- well, let me back up.  The -- the
02  E-mail in closing the test procedures we just
03  looked at was dated June 18th, right?
```

Page 434:03 to 434:09

```
00434:03      Q.  Right.  And that the BOP-on-BOP option
04  involved a shutting in of the well process,
05  correct?
06      A.  H'm.  Not necessarily.  Because we could
```

```
        07   have actually vented to surface very similar to
        08   the way the ENTERPRISE was producing oil and gas
        09   based on the Top Hat.
```

Page 439:01 to 440:11

```
00439:01   be going on to the bottom of the capping stack.
        02        Q.  Okay.  And the -- the transition spool
        03   itself and the various means of accomplishing
        04   that transition spool mission were not part of
        05   your Well Capping Team jurisdiction?
        06        A.  No.  That was actually done through BP,
        07   and I think Trevor Smith and -- and John -- John
        08   Schwebel, for sure, was involved in that.  And
        09   that actually started about the last week of --
        10   of April or the first week of May, the --
        11        Q.  M-h'm.
        12        A.  -- the analysis and manufacture of that
        13   transition spool.
        14        Q.  Okay.  And did -- you -- you mentioned a
        15   few minutes ago that the transition spool sat for
        16   a while in June, and then, all of a sudden, BP
        17   seemed to be engaged in activities concerning it?
        18        A.  Well, it -- it -- as I said, it actually
        19   started around the end of April, the first part
        20   of May, and then, you know, we went through May,
        21   all of May, we went through most of June, and
        22   then the SIT didn't occur until the end of June,
        23   utilizing the transition spool.
        24        Q.  Okay.  The "SIT" meaning the -- the
        25   systems integration test that you mentioned to
00440:01   Mr. Smith in that E-mail dated June the 20th?
        02        A.  Yes.
        03        Q.  Okay.  And you see this design review of
        04   the -- of -- of the -- of the transition spool
        05   process occurred on June 23rd, right?
        06        A.  Yes.
        07        Q.  We -- we already established that.
        08        A.  Yes, yes.
        09        Q.  Does that jog any memory of the increased
        10   activity concerning the transition spool in the
        11   June timeframe for you?
```

Page 441:23 to 442:18

```
00441:23        Q.  Well, so my question is:  Were you aware,
        24   in June of -- of 2010, that there was more than
        25   one transition spool option that was being
00442:01   constructed?
        02        A.  I knew that there was -- that the
        03   transition spool that they were making was going
        04   to be retrofit with the mule shoe arrangement,
        05   because it was part of the seal sub that was a
        06   part of the transition spool assembly.
```

```
07        Q.  What role did Transocean have in
08   evaluating any of the transition spool designs?
09        A.  All we did was put Vetco -- Vetco in --
10   or BP in touch with Vetco, who could -- who they
11   could talk to, because they gave us the
12   information that BP required, and we would pass
13   that on to BP.
14        Q.  Had the flange transition spool been
15   fully fabricated by the mid-May timeframe?
16        A.  Could have been.
17        Q.  Do you know?
18        A.  I don't know that for a fact.
```

Page 443:01 to 443:06

```
00443:01  flanges in a week to 10 days.
02            The piece of -- the piece of pipe that
03   was used was actually a piece of -- of tubing
04   that was used for a marine riser.  It was a
05   seamed piece of pipe.
06        Q.  M-h'm.  Yeah.
```

Page 443:20 to 443:22

```
00443:20  Was Transocean aware, in June of 2010, that the
21   Unified Command was involved in the Risk
22   Assessment of the transition spool?
```

Page 443:24 to 443:24

```
00443:24      A.  No.
```

Page 445:25 to 446:12

```
00445:25      Q.  Okay.  So you see that Secretary Chu, a
00446:01  Science Team, and BP are in discussion about
02   options for the flex joint overshot and the
03   flange spool connection?
04        A.  Okay.
05        Q.  Do you see that?
06        A.  Yes.
07        Q.  Was Transocean aware, in June of 2010,
08   that the transit -- transition spool and
09   attachment of the capping stack to the HORIZON
10   BOP was -- was -- was being discussed with the
11   Secretary of Energy and a Science Team?
12        A.  No.
```

Page 446:23 to 447:23

```
00446:23      Q.  Was Transocean involved in the assessment
24   of the effect of the plume on the capping stack
```

```
        25    as it was to be stabbed onto the stack, the
00447:01    HORIZON stack?
        02        A.  We -- it was discussed.  We felt like the
        03    surface area of the -- of the capping stack was
        04    minimal compared to a -- to a full BOP stack, so
        05    that the movement of the -- of the -- of the
        06    capping stack would be minimal, and when it was
        07    run, it proved that it moved almost none.
        08        Q.  Okay.  You -- and did Transocean
        09    understand, in June of 2010, that Stress
        10    Engineering was doing an assessment of that
        11    precise issue --
        12        A.  Yes.
        13        Q.  -- the effect of the plume?
        14        A.  Yes.
        15        Q.  Would you -- did Transocean agree that
        16    was worth studying?
        17            MR. BAAY:  Object to form and scope.
        18        A.  I think that it was worth looking at,
        19    yes, sir.
        20        Q.  (By Mr. Haycraft) Did Transocean ever
        21    advise BP that any Risk Analysis and hazard
        22    mitigation during June of 2010 should be
        23    curtailed?
```

Page 448:01 to 448:05

```
00448:01        A.  It wasn't our place to make those kinds
        02    of decisions or -- or recommendations.
        03        Q.  (By Mr. Haycraft) Okay.  So the answer is
        04    "No"?
        05        A.  That's correct.
```

Page 450:18 to 450:25

```
00450:18        Q.  Okay?  90238, you see is identified as
        19    "MACONDO BOP on BOP Capping Procedures for MC-252
        20    #1"?
        21        A.  Yes, sir.
        22        Q.  And you see that it was -- it's -- it's
        23    issued -- issue date identified toward the bottom
        24    of the page as 5 -- 5/27 - May 27, 2010?
        25        A.  Yes, sir.
```

Page 451:16 to 451:20

```
00451:16        Q.  Okay.  So what we're looking at right
        17    now, dated May 27th, Exhibit 90238, is a draft of
        18    the procedures for the BOP-on-BOP strategy,
        19    correct?
        20        A.  Yes, with -- for the DDII.
```

Page 452:05 to 452:07

```
00452:05        Q.  Okay.  Were you provided a copy of this
      06   BOP-on-BOP capping procedures draft?
      07        A.  Probably.
```

Page 452:13 to 453:06

```
00452:13   described as "Wellings/DDII Team."  Do you
      14   believe that your Team -- Iain Sneddon, you, and
      15   the others, your Transocean members --
      16   participated in the drafting and -- the drafting
      17   of the -- of the text that we see in this
      18   document?
      19        A.  Yes, sir, I believe we were involved in
      20   it.
      21        Q.  Okay.  And you see on the very first
      22   page, that this document, at least in its form,
      23   had a signature line for "MMS APPROVAL" and
      24   "CGIC...APPROVAL," correct?
      25        A.  Correct.
00453:01        Q.  And going back to your previous
      02   testimony, your -- your -- Transocean's
      03   understanding is there's no MMS or Coast Guard
      04   approval because, ultimately, this BOP-on-BOP
      05   was -- was not used?
      06        A.  Correct.
```

Page 454:16 to 454:20

```
00454:16        Q.  Okay.  So -- but the -- the point I'm
      17   making is shortly after the final was issued for
      18   approval, a decision -- a decision was made to
      19   discard the BOP-on-BOP capping procedure,
      20   correct?
```

Page 454:22 to 454:22

```
00454:22        A.  Yes, sir, according to those references.
```

Page 455:06 to 455:10

```
00455:06        Q.  (By Mr. Haycraft) Right.  You had been
      07   working on the capping stack, and now it moved to
      08   the top of the queue?
      09        A.  Yes.  Mr. Wellings, on -- on the 30th,
      10   did say:  "We would like it completed."
```

Page 456:22 to 457:05

```
00456:22        Q.  In the course of those conversations, was
      23   Transocean aware of any decision as to any
      24   specific Source Control Effort in which
```

```
      25    Halliburton was a decisionmaker?
00457:01         A.  Not that we're aware of.
      02         Q.  According to Transocean's knowledge, did
      03    Halliburton have any decision-making role in any
      04    effort at Source Control on the Macondo Well?
      05         A.  Not that we're aware of.
```

Page 457:12 to 457:17

```
00457:12         Q.  Okay.  In the course of preparing for
      13    this deposition, did you come across any
      14    information suggesting that Halliburton had any
      15    involvement in the decision as to the sequencing
      16    of those Source Control Efforts?
      17         A.  No.
```

Page 457:21 to 458:05

```
00457:21         Q.  Okay.  In supporting those Source Control
      22    Efforts, did it ever come to your attention that
      23    Halliburton had a decision-making role with
      24    respect to the sequencing of Source Control
      25    Efforts?
00458:01         A.  No.
      02         Q.  Did you ever learn any criticism of any
      03    of the work Halliburton did on any of the relief
      04    wells or Source Control Efforts?
      05         A.  Not that I'm aware of.
```

Page 458:09 to 458:17

```
00458:09         Q.  You understand Halliburton provided some
      10    directional drilling services?
      11         A.  No, I wasn't aware of that, no.
      12         Q.  So you don't have any criticisms of any
      13    directional drilling services that may have
      14    been --
      15         A.  Not --
      16         Q.  -- provided?
      17         A.  -- if I didn't know about them.
```

Page 458:22 to 458:24

```
00458:22         Q.  Okay.  So you don't have any criticism or
      23    haven't hear any criticism of Halliburton mud
      24    logging in the Source Control --
```

Page 459:01 to 459:01

```
00459:01         Q.  -- arena?
```

Page 459:06 to 459:10

```
00459:06      A.  No.
      07      Q.  Okay.  Are you aware of any criticism of
      08  any service Halliburton provided in Source
      09  Control?
      10      A.  I'm not aware of any, no.
```

Page 460:01 to 460:06

```
00460:01      Q.  Okay.  I want to ask you, since December
      02  23 of 2009, when Transocean experienced a Well
      03  Control Event in the North Sea on SEDCO 711, are
      04  you aware of any planning Transocean did for a
      05  worst-case Well Control hydrocarbon discharge
      06  event in the Gulf of Mexico?
```

Page 460:08 to 460:14

```
00460:08      A.  Prior to 2010, no.
      09      Q.  (By Mr. Hartley) Okay.  Similarly, since
      10  this -- between December 23 of 2009 and April
      11  20th, 2010, are you aware of any preparation,
      12  discussions, or evaluations by Transocean for a
      13  worst-case scenario Well Control or hydrocarbon
      14  discharge event in the Gulf of Mexico?
```

Page 460:16 to 460:16

```
00460:16      A.  I'm not aware of any.
```

Page 470:07 to 470:15

```
00470:07  they had closed the annular, circulating out the
      08  riser, and, again, it overwhelmed the -- the
      09  mud/gas separator.  And I think it was 109
      10  barrels of mud had to be replaced in the riser,
      11  so you would think that's how much mud was
      12  spilled.
      13      Q.  Okay.  In those two instances, as I'm
      14  understanding your testimony, they closed the
      15  annular at a time when they had taken back only a
```

Page 476:21 to 478:01

```
00476:21      Q.  Okay.  And did anyone come to you and
      22  say, "We want to know what the best available
      23  technology is in case the BOP fails and we do not
      24  have tertiary barriers available to us"?
      25          Did anyone come to you before April 2010
00477:01  and say that?
      02      A.  No, sir.
```

```
03        Q.  Did anyone from BP come to you and say,
04   "We at, BP, are running several rigs in the Gulf
05   of Mexico and around the world.  We want to know
06   what you think about the best way to close in a
07   BOP is"?
08        A.  No, sir.
09        Q.  All right.  And so -- and no one from
10   Transocean Management, not Mr. McMahan, not
11   Mister -- Mr. Arnaud --
12        A.  Arnaud Bobillier.
13        Q.  -- Arnaud Bobillier, not Mr. Newman, they
14   came -- none -- none of them came to you with
15   instructions or questions or issues about that?
16        A.  No, sir.
17        Q.  If they had, of course you would have
18   been able -- you would have been willing to
19   cooperate with them and try to comply with their
20   request?
21        A.  Yes, sir.
22        Q.  Okay.  And what was the Best Available
23   Technology for closing in a well when you've lost
24   the BOP, you're in deepwater, and you do not have
25   tertiary barriers available to you?
00478:01        A.  Are you asking for my opinion?
```

Page 478:03 to 478:21

```
00478:03        A.  In my opinion, a BOP-on-BOP would have
04   been the best option because it's really a -- a
05   redundant, it's a -- it's nothing -- it's -- it's
06   not any new technology, and it's something that's
07   used to close in -- close in during well control
08   events all the time.
09        Q.  All right.  And, in fact, this particular
10   BOP stack, the HORIZON BOP stack, had two
11   components.  One component is the BOP stack, and
12   one component is the Lower Marine Riser Package,
13   right?
14        A.  That's correct, sir.
15        Q.  And the Lower Marine Riser Package is
16   actually designed to be taken off the BOP stack?
17        A.  That's correct, sir.
18        Q.  Okay.  So in your opinion, it could have
19   been removed, right?
20        A.  In my opinion, yes, it could have been
21   removed.
```

Page 479:03 to 479:22

```
00479:03        Q.  Okay?
04          The same thing, once you pull the LMRP,
05   what type of connector is on the top of the BOP?
06   I thought it was a Cameron --
07        A.  It's got a -- it's an adapter spool with
```

```
08   a Cameron HC profile.
09      Q.  And is that a -- is that a standard
10   configuration in the industry?  In other words,
11   you will be able to find BOPs that you can hook
12   up to that connection?
13      A.  Yes, sir.
14      Q.  Okay.  In other words, Cameron -- the
15   connection that was on HORIZON that's at the top
16   of the BOP stack is a relatively standard Cameron
17   connection that you could connect the BOP to?
18      A.  That's correct.  Or we could put -- or --
19   or we could change out the -- whatever connector
20   that's on the bottom of a BOP stack and put that
21   connector on it.
22      Q.  All right.  I'm going to hand you what I
```

Page 479:24 to 479:25

```
00479:24  No. 34, and what's now been marked as Exhibit
      25  No. 90239.  It's an E-mail stack dealing with
```

Page 480:16 to 481:04

```
00480:16      Q.  Right.  And when he talks about these
      17  E-mails that he has entitled "Loss of Control
      18  Events," he has a statement in this that says,
      19  second sentence, third page:  "The problem is
      20  that we are having events at a rate that is
      21  overwhelming."
      22      Do you see Mr. McMahan's statement?
      23      A.  Yes.
      24      Q.  To your knowledge, was the fact that
      25  Transocean, in March of 2008, "having events at a
00481:01  rate that was overwhelming," according to their
      02  Senior Management, did they modify or change
      03  their Emergency Response Plans in the Gulf of
      04  Mexico as a result of that development?
```

Page 481:06 to 481:06

```
00481:06      A.  Not that I'm aware of.
```

Page 483:02 to 483:02

```
00483:02      Q.  (By Mr. Williamson) I'm going to hand you
```

Page 483:04 to 483:05

```
00483:04  Tab 48.  It's now been marked 90241.
      05  (Tendering.)  Okay?  And this is from Steve Hand.
```

Page 484:17 to 485:08

```
00484:17       Q.  And, anyway, BP, one of your largest
      18   customers, says there's a:  "Lack of visible
      19   leadership on HSE.
      20          "TOI is not proactive in addressing
      21   issues, have to be pushed by BP."
      22          Its:  "Difficult to get quality people
      23   from TOI to lead HSE and Performance at the
      24   wellsite."
      25          And:  "Asset and Performance" Managers
00485:01   "not always aligned and not working as a team."
      02          Do you see where that's the feedback that
      03   BP is giving Transocean on April 6th, 2010?
      04       A.  Yes, sir.
      05       Q.  Okay.  Did Transocean, in any way,
      06   modify, change its Emergency Response Planning in
      07   response to the comments from BP that are
      08   reflected here in Exhibit 90 --
```

Page 485:12 to 485:14

```
00485:12       Q.  (By Mr. Williamson) -- 241?
      13       A.  I'm not aware of any changes that were
      14   made.
```

Page 486:22 to 486:23

```
00486:22   (Originally marked as Exhibit No. 90246;
      23   redesignated as Exhibit No. 10246.)
```

Page 526:18 to 531:03

```
00526:18   with a minimum"...  (Reviewing document.)
      19          Okay.
      20       Q.  (By Mr. Williamson) And then the next, it
      21   says the "Consequence" is the "Inability to
      22   seal," right?
      23       A.  Yes.
      24       Q.  And then it says the "Safeguard" is the
      25   "Casing Shear Rams and Lower Blind Shear Rams
00527:01   slowing flow," right?
      02       A.  Okay.
      03       Q.  So what they're talking about here is if
      04   you close the ENTERPRISE BOP under flow
      05   conditions, you may have erosion of the
      06   elastomers.  That's a risk.
      07       A.  That's what it says.
      08       Q.  Right.  And that's what this document is.
      09   This document is trying to identify hazards.
      10       A.  Yes.
      11       Q.  Right.  And it says the solution to that
      12   is to close a ram below the sealing ram in order
```

```
13   to slow the flow and protect against erosion,
14   correct?
15        A.  Okay.
16        Q.  Do you --
17        A.  Yes.
18        Q.  -- agree with that?
19        A.  Do I agree about doing that?
20        Q.  Yeah, do you agree it's a good idea to
21   close the lower ram first, slow the flow, protect
22   the sealing elements of the upper ram?
23              MR. BAAY:  Objection, form.
24        Q.  (By Mr. Williamson) Do you believe that's
25   a good idea when they were looking at this
00528:01 option --
02        A.  Yes.  That's what we did on the capping
03   stack.
04        Q.  Okay.  That's what should be done.  Do
05   you think --
06              MR. BAAY:  Objection --
07        Q.  (By Mr. Williamson) -- that's what should
08   have been done on the capping stack?
09        A.  This was done on the capping stack.
10        Q.  I know.  Should it have been done?  Was
11   it the --
12        A.  Well, we did it --
13        Q.  -- right procedure?
14        A.  -- so it should have been done.
15        Q.  Right.  You think that's the right way to
16   approach sealing a flowing well?
17              MR. HAYCRAFT:  Object to form.
18        A.  In this case, it was, yes.
19        Q.  (By Mr. Williamson) Okay.  In this case,
20   with a well that was flowing, closing the lower
21   ram and protecting the upper ram would be an
22   appropriate BOP technique?
23              MR. HAYCRAFT:  Form.
24        Q.  (By Mr. Williamson) Do I understand you
25   correctly?
00529:01              MR. BAAY:  Object to form.
02        A.  On the HORIZON BOP, it was.
03        Q.  (By Mr. Williamson) Okay.  The --
04             (Discussion off the record.)
05              THE WITNESS:  On top of the HORIZON
06   BOP.
07              MR. BAAY:  (Indicating.)
08              MR. WILLIAMSON:  Pass the witness.
09              THE VIDEOGRAPHER:  The time is
10   2:16 p.m.  We're off the record.
11           (Recess from 2:16 p.m. to 2:21 p.m.)
12              MR. BAAY:  Kym, can you mark this as
13   our next exhibit, please.
14              THE COURT REPORTER:  Yes, sir.
15           (Originally marked as Exhibit No. 90249;
16   redesignated as Exhibit No. 10249.)
17             (Discussion off the record.)
```

```
        18              THE VIDEOGRAPHER:  The time is
        19    2:21 p.m.  We're back on the record, beginning
        20    Tape 17.
        21                   EXAMINATION
        22    QUESTIONS BY MR. BAAY:
        23        Q.  Good afternoon, Mr. Turlak.
        24        A.  Good afternoon, sir.
        25        Q.  Dav -- David Baay and Grant Davis-Denny
00530:01    for Transocean.
        02            I want to ask you a -- a series of
        03    questions about a few documents that BP's lawyer
        04    showed you.  All right?
        05        A.  Yes, sir.
        06        Q.  If you'll turn to Tab 21 of their binder,
        07    for exhibit marked 5386 and turn to the third
        08    page of that document.
        09        A.  Yes, sir.
        10        Q.  Mr. Haycraft asked you about the
        11    notification from Mr. Wellings on May 30th, 2010.
        12            Do you remember that series of questions?
        13        A.  Yes, sir.
        14        Q.  And I believe you testified that your
        15    memory was or -- or that you remember getting
        16    this notification from Mr. Wellings on May 30th?
        17        A.  Actually, I didn't get it from
        18    Mr. Wellings.  I got it from Charlie Curtis.  I
        19    was not on the original re -- reception list.
        20        Q.  Okay.  So Mr. Wellings sent this to
        21    several individuals, but didn't include you on
        22    his original E-mail?
        23        A.  Correct.
        24        Q.  And he did include Mr. Curtis, and
        25    Mr. Curtis was kind enough to tell you?
00531:01        A.  Correct.
        02        Q.  Did Mr. Wellings send you any other
        03    E-mails or tell you verbally that BP had decided
```

Page 531:07 to 531:16

```
00531:07        Q.  (By Mr. Baay) And what he says here in
        08    this E-mail is:  "BP has decided to go another
        09    route and will not be doing the" B on P -- "the
        10    BOP on BOP for awhile."
        11        A.  Yes, sir.
        12        Q.  Is that what he says?
        13        A.  Yes, sir.
        14        Q.  Now, if you'll turn to Tab 23, I'm going
        15    to ask you some questions about the exhibit
        16    marked 9103.
```

Page 531:19 to 531:23

```
00531:19        A.  (Nodding.)
        20        Q.  If you look to the bottom of the page,
```

```
21   it's the same area pointed out to you by BP's
22   lawyer, which says:  "BOP on BOP not advisable,
23   now or in the future..."
```

Page 531:25 to 532:25

```
00531:25  to Thad Allen; is that right?
00532:01       A.  Yes, sir.
      02       Q.  And you weren't included on this
      03  correspondence, were you?
      04       A.  No, sir.
      05       Q.  And what Mr. Cook says or Admiral Cook
      06  says is, that the:  "BOP on BOP is not
      07  advisable...," and he -- skipping what I just
      08  read, then he says:  "...because of rupture disk
      09  issue (as in #1)," which he's referring to his --
      10  his statement above that; is that right?
      11       A.  Yes.
      12       Q.  Okay.  So here's my question:  Did
      13  Mr. Wellings include this information as to the
      14  reason why the BOP-on-BOP was being abandoned in
      15  his correspondence that's been marked
      16  Exhibit 5386?
      17       A.  No.
      18       Q.  Did he ever communicate to you or
      19  Transocean the reason why BP decided to abandon
      20  the BOP-on-BOP following top kill?
      21            MR. HAYCRAFT:  Objection, form.
      22       A.  No.  I mean, they were making decisions
      23  and going different routes a lot.
      24       Q.  (By Mr. Baay) And you were on one of the
      25  Capping Teams stationed at BP?
```

Page 533:03 to 534:03

```
00533:03  Groups, whether its BOP-on-BOP of the ENTERPRISE,
      04  BOP-on-BOP of the DDII, DDII with cap -- with
      05  venting option, or the capping stack.
      06       Q.  Needless to say, you were working on
      07  Teams that were focusing on Source Control
      08  methods?
      09       A.  That's correct, sir.
      10       Q.  Would you have appreciated BP telling you
      11  about why they were abandoning what you viewed as
      12  the most realistic option for capping the well?
      13  MR. HAYCRAFT:  Objection, form.
      14       A.  Yes.
      15       Q.  (By Mr. Baay) As you said, though, you
      16  never got an explanation as to why they're
      17  abandoning it?
      18       A.  That's correct.
      19       Q.  Is it also true that the statement from
      20  Mr. Wellings that it's going to be abandoned for
      21  a while is misleading?
```

```
    22                MR. HAYCRAFT:  Objection, form.
    23        A.  Well, based on the other E-mail, yes,
    24   because they say it's not going be -- it
    25   shouldn't be used now or any time in the future.
00534:01        Q.  (By Mr. Baay) Right.  So you're referring
    02   to Exhibit 9103?
    03        A.  That's correct.
```

Page 534:10 to 539:11

```
00534:10   say that.
    11        Q.  (By Mr. Baay) And nowhere in Exhibit 9103
    12   is the information shared that the BOP-on-BOP
    13   might be used to later clean out the lower BOP on
    14   the HORIZON as is communicated by Mr. Wellings?
    15                MR. HAYCRAFT:  Form.
    16        A.  That's correct.
    17        Q.  (By Mr. Baay) In your preparation for
    18   being the designee, Transocean's Corporate
    19   Representative here today, have you come to learn
    20   that the reason offered by BP as to the ruptured
    21   burst disks as the reason why the BOP-on-BOP was
    22   abandonment, have you come to learn that that was
    23   a flawed analysis?
    24                MR. HAYCRAFT:  Object to form.
    25                MR. BAAY:  What's your basis?
00535:01                MR. HAYCRAFT:  No. 1, it's a --
    02   assuming facts not in evidence.  And No. 2, it's
    03   asking for opinion.  No. 3, it's asking for a
    04   hindsight as opposed to 30(b)(6) testimony of
    05   Transocean.
    06                MR. BAAY:  Hindsight.
    07        Q.  (By Mr. Baay) Okay.  Same question:  Have
    08   you since come to learn, in preparing for this
    09   deposition, that the logic provided by BP here,
    10   or the analysis provided by BP, as to why they
    11   abandoned the BOP-on-BOP was flawed?
    12                MR. HAYCRAFT:  The same.
    13        A.  Well, based on the fact that they were
    14   concerned with information they received from
    15   the -- from the top kill that the rupture disk
    16   was going to rupture, and then a period of time
    17   later, we actually landing -- landed a capping
    18   stack on that actually sealed the well, I
    19   don't -- don't know what changed between then,
    20   those two times.
    21        I mean, they -- they said based on the
    22   information they received, that we'll never put a
    23   BOP on top of it, and then sometimes later, we
    24   wound up -- wound up closing the well in.
    25        Q.  (By Mr. Baay) Have you since learned
00536:01   whether or not it was accurate to say that the
    02   top kill procedure ruptured the burst disks?
    03                MR. HAYCRAFT:  Same.
    04                MS. HANKEY:  Objection, form.
```

```
05        A.  Well, it didn't, because we wound up
06   using a BOP on a -- on -- on the -- on the well
07   and shut it in, pressure increased, and the
08   rupture disks didn't cause an underground
09   blowout.
10        Q.  (By Mr. Baay) Do you know, in your
11   personal capacity, whether the BOP-on-BOP
12   presented the same risks of broaching the
13   formation as did the three-ram capping stack?
14                MR. HAYCRAFT:  Objection, form.
15                MS. HANKEY:  Objection, form.
16        A.  Well, the same opportunity for venting
17   for in -- in the event it -- there was concern
18   about shutting in the BOP, the same opportunity
19   for venting could have been used on the
20   BOP-on-BOP as the capping stack.
21        Q.  (By Mr. Baay) Did both devices, both
22   source -- Source Control methods, present the
23   same risk of potentially broaching the formation?
24                MR. HAYCRAFT:  Objection, form.
25                MS. HANKEY:  Objection, form.
00537:01   A.  Yes.
02        Q.  (By Mr. Baay) Did it -- does it make
03   sense to you that the BOP-on-BOP was abandoned in
04   place of the capping stack, considering that they
05   both -- they both present the same risk?
06                MR. HAYCRAFT:  Objection, form.
07                MS. HANKEY:  Objection, form.
08        A.  Ask that question again, please.
09        Q.  (By Mr. Baay) Sure.  You've agreed that
10   the BOP-on-BOP presents the same risk of
11   broaching the formation as does a three-ram
12   capping stack?
13                MR. HAYCRAFT:  Same.
14        A.  That's correct.
15        Q.  (By Mr. Baay) If that's true, does it
16   make sense to you why BP abandoned the BOP-on-BOP
17   in place of a three-ram capping stack,
18   considering they present the same risk to the
19   formation?
20                MR. HAYCRAFT:  Objection, form.
21                MS. HANKEY:  Objection, form.
22        A.  I don't know.
23        Q.  (By Mr. Baay) The -- Exhibit 90236, which
24   was the May 7th, 2010 HAZID for the BOP-on-BOP,
25   you remember getting questions about that from --
00538:01   A.  Yeah.
02        Q.  -- BP's lawyer?
03        A.  Yes, sir.
04        Q.  You were -- do you believe that the risks
05   identified in that HAZID were addressed by
06   mid-May 2010?
07                MS. HANKEY:  Objection, form.
08        A.  Yes.
09        Q.  (By Mr. Baay) And why do you believe
```

```
10   that?
11        A.  Well, because the peer-assist -- the
12   peer-assist met, and the risks were mitigated
13   either prior to that or during the peer-assist,
14   and that was done, I believe, by the 13th or 14th
15   of May.
16        Q.  And the peer-assist you're referring to
17   has been previously marked as Exhibit 6212
18   (Tendering.)  And I'm going to hand you a copy of
19   that.
20            Do you see the second --
21        A.  Yes.
22        Q.  -- E-mail in this exhibit is dated
23   May 15th, 2010 from Jon Turnbull?
24        A.  Yes.
25        Q.  And he attaches the final feedback from
00539:01   BP's peer-assist on the -- on the top preventer?
02        A.  Yes.
03        Q.  And if you'll turn to the attachment, is
04   this a summary of the peer review of the May 13
05   and 14 peer-assist that you referred to in your
06   earlier testimony?
07        A.  This is titled "...Top Preventer Peer
08   Assist Recommendations," yes.
09        Q.  And if you'll turn to that next page, I
10   believe the Bates ends in 907, do you see where
11   I'm referring?
```

Page 539:17 to 540:03

```
00539:17   the peer-assist?
18        A.  "...conduct a line item review of both:
19            "Removing the Horizon LMRP and running
20   the DDII BOP on the Horizon lower stack."
21        Q.  Okay.
22        A.  And:  "Running the double" -- or run --
23   or:  "Running the double Ram or Valve
24   preventer/valve" -- sla -- "Valve preventer/valve
25   on top of" the "Horizon Flex Joint."
00540:01        Q.  And if you move down that same page, in
02   particular, what does it state that the intent of
03   the peer-assist was?
```

Page 540:05 to 540:08

```
00540:05   associated with both operations and determine the
06   significance of these risks."
07        Q.  Okay.  And what does it say there at
08   No. 2?
```

Page 540:12 to 542:05

```
00540:12        A.  "Assess and summarize the relative merits
```

```
  13    of" the "above options."
  14        Q.  Okay.  And if you now turn to -- two
  15    pages over in Bates ending 909.  Do you see where
  16    I'm looking?
  17        A.  Yes.
  18        Q.  The -- the title is "Overall Feedback"?
  19        A.  Yes.
  20        Q.  Okay.  What does it state there at the
  21    second bullet point?
  22        A.  "Key risks had all been identified - no
  23    significant additional risks identified by review
  24    team."
  25        Q.  And how about the two following that?
00541:01    A.  "Review team believes that the BOP on BOP
  02    has a great probability of successful
  03    installation than the ram/valve on" Flec --
  04    sorry.
  05            "Review team believes that the BOP on BOP
  06    has a" greater possi -- "probability of
  07    successful installation than the ram/valve on
  08    Flex Joint."
  09        Q.  Okay.  And how about No. 3?
  10        A.  "Review team believes that the BOP on BOP
  11    operation is feasible and can be managed safely."
  12        Q.  And, finally, that last bullet point,
  13    what does BP state in that bullet point?
  14        A.  "Working 3 options (BOP on BOP, Ram on
  15    Flex-joint and Valve on flex joint) is stretching
  16    limited resource and could compromise the success
  17    of the selected option."
  18        Q.  Okay.  Are these statements put forth in
  19    BP -- BP's Peer Assist by BP, consistent with
  20    your understanding that the risks that were
  21    identified in the HAZID from May 7th had been
  22    addressed by mid-May?
  23            MS. HANKEY:  Objection, form.
  24        A.  Yes.
  25        Q.  (By Mr. Baay) And was this conclusion
00542:01    that the BOP-on-BOP was a feasible option reached
  02    after the HAZID for the BOP-on-BOP was
  03    undertaken?
  04            MS. HANKEY:  Objection, form.
  05        A.  Based on the dates, yes.


Page 542:08 to 542:12

00542:08 side.
  09            All right.  Before I forget,
  10    Mr. Williamson asked you a question about Exhibit
  11    9835, which is the "HAZID Report" related to the
  12    "Dual Ram Stack Capping Option."  Do you remember


Page 542:14 to 543:02
```

```
00542:14       A.  Yes, sir.
      15       Q.  And I believe, in your last answer, you
      16   said something about it being related to the
      17   HORIZON stack?
      18       A.  Yes.  I made the mistake of saying that
      19   the ram should have been -- well, if the -- of
      20   the ENTERPRISE was landed on top of the HORIZON
      21   stack, and they were going to shut the flow off,
      22   they would want to shut one ram off to slow down
      23   the flow, in order to prevent eroding the seal --
      24   sealing element of the sealing ram.
      25       Q.  Okay.  Now, anything else you want to
00543:01   clarify about that testimony?
      02       A.  I think that's all.
```

## Page 543:05 to 550:13

```
00543:05   Based on what you know now -- well, let
      06   me ask you this question:  Have you seen any
      07   analysis, in preparing for this deposition,
      08   related to the prediction of success for the top
      09   kill procedure?
      10       A.  Yes.  I looked at some E-mails concerning
      11   flow rates, and one in particular from a
      12   gentleman named Ole Rygg, who made the statement
      13   that if the flow rate was higher than 15,000
      14   barrels per day, that the possibility -- that
      15   the -- that the top -- there was a great
      16   possibility that the top kill would not work.
      17              MR. HAYCRAFT:  Objection to form.
      18       Q.  (By Mr. Baay) Based on that information,
      19   and Mr. Rygg's analysis, are you surprised that
      20   BP elected to go forward with the top kill as a
      21   priority in place of the BOP-on-BOP?
      22              MR. HAYCRAFT:  Object, form.  It
      23   calls for opinion.
      24              MS. HANKEY:  Objection, form.
      25       A.  Yes.  Based on the E-mails I -- I saw,
00544:01   that -- from internal BP E-mails that were --
      02   calculations were being run on the flow rate,
      03   it's -- that said that we're that were showing
      04   that -- that flow rates were being calculated
      05   above and beyond the 15,000 barrels per day,
      06   which was the -- the threshold that Mr. Rygg had
      07   said was a point where the top kill would not
      08   work.
      09       Q.  And based on BP's decision to choose the
      10   top kill, given that information, do you view
      11   that as being consistent with the principles that
      12   Mr. Haycraft identified for you as trying to
      13   avoid solutions that might result in a worse
      14   situation?
      15              MR. HAYCRAFT:  Objection to form.
      16              MS. HANKEY:  Objection.
      17       A.  Yes, because there must have been some
```

18   thought about -- since BP knew about the well
19   construction and the location of the burst disks,
20   then there must have been some concern about the
21   top kill, that there's a possibility of -- the
22   burst disks were going to -- were going to
23   rupture, because pressure was going to increase.
24   As you built up pressure in the wellbore, or
25   tried to stop the flow, then pressure was going
00545:01   to increase.
02           So if there was a concern with the
03   rupture disks during that, then I guess the
04   concern then later was from the Government that
05   says:  "We'll never put a BOP on because we think
06   we've ruptured the -- the rupture disks during
07   the top kill -- or we've gotten information based
08   on the top kill that we could rupture the disks.
09       Q.   Based on your work on the response
10   effort, I believe I've understood your testimony
11   to be that the BOP-on-BOP option could have been
12   deployed by mid-May?
13           MR. HAYCRAFT:  Form.
14       A.   That's correct.
15       Q.   (By Mr. Baay) And had BP not elected to
16   pull the ENTERPRISE to a different project, do
17   you believe that the ENTERPRISE BOP-on-BOP would
18   have been the option that would have been ready?
19           MR. HAYCRAFT:  Form.
20           MS. HANKEY:  Form.
21       A.   That would have had the best chance of
22   being -- being ready, yes.
23       Q.   (By Mr. Baay) Can you, or could you have
24   vented with the DEEPWATER ENTERPRISE BOP if it
25   were stacked on the HORIZON BOP?
00546:01           MR. HAYCRAFT:  Form.
02       A.   We could have done that in one of two
03   ways.  If the decision was made to add a -- add
04   at some times before that, decided to -- that we
05   needed a venting option, we could have put a
06   venting option right off the BOP, or we could
07   have controlled it through -- controlled the
08   pressure through the choke and kill lines --
09       Q.   Okay.
10       A.   -- on -- on the HORIZON BOP -- I'm
11   sorry -- on the ENTERPRISE BOP.
12       Q.   And BP never came to your Group, or
13   anyone else with Transocean, to include them in
14   the analysis as to when and why the BOP should be
15   deployed?
16           MR. HAYCRAFT:  Form.
17           MS. HANKEY:  Objection, form.
18       A.   Could you go into some detail on that?
19   Which BOP are you talking about?
20       Q.   (By Mr. Baay) Well, the ENTERPRISE.
21       A.   The ENTERPRISE BOP?  No.  We were just
22   told we were moving along as far as trying to get

```
      23   the BOP ready, and we had to get a deflector
      24   plate for the bottom of BOP stack.  We had to
      25   change out the connector.  We were getting all
00547:01   that together, and then, all of a sudden, BP told
      02   us "We're moving the ENTERPRISE to do
      03   containment."
      04        Q.  Would the BOP-on-BOP have provided the
      05   same containment options that were ultimately
      06   achieved through the three-ram capping stack?
      07             MR. HAYCRAFT:  Form.
      08        A.  Yes.
      09        Q.  (By Mr. Baay) How?
      10        A.  Well, the three-ram capping stack did no
      11   more than have the ability to look at pressure
      12   and temperature.  We could have used the
      13   pressure/temperature sens -- sensor off the
      14   ENTERPRISE BOP.  We had to -- we had two shear
      15   rams on the ENTERPRISE.  We could have outfitted
      16   the -- another cavity with a shear ram, if -- if
      17   that's what we needed to do, for redundancy.  We
      18   had the ability to -- to vent, just like -- just
      19   like the capping stack had a choke on the side,
      20   to allow it to flow, we could have run the BO --
      21   run the stack with -- with a vented riser, so
      22   that the flow kept -- would still keep -- or
      23   available to -- to -- to vent out of the riser.
      24             Actually, the ENTERPRISE riser joint was
      25   used to land the capping stack, and then we would
00548:01   have been able to vent off the pressure up
      02   through the choke and kill line, up through the
      03   choke manifold, and into the -- into -- into the
      04   gathering and venting area on the ENTERPRISE,
      05   that they used during the -- during the Top Hat
      06   arrangement.
      07        Q.  BP's lawyer also showed you some
      08   documents from May 26, I believe, where the Teams
      09   were still discuss -- discussing BOP-on-BOP as an
      10   option.  Do you recall those questions?
      11        A.  Yes.
      12        Q.  Why was there still discussion, as of May
      13   26, about the BOP-on-BOP strategy?
      14        A.  We were still planning on using the --
      15   the DDII with the venting option.  We were
      16   preparing the DDII for -- either to use on the
      17   relief well, or for going BOP-on-BOP.  And, also,
      18   during that time, we were gathering the equipment
      19   necessary to put a venting option on the BOP, in
      20   the event we went with the BOP-on-BOP option.
      21        Q.  Does the fact that there was discussion
      22   taking place on May 26th, about the BOP-on-BOP,
      23   change your testimony that you believed a
      24   BOP-on-BOP option could have been ready by the
      25   middle part of May 2010?
00549:01        A.  Well, that's two different stacks.  The
      02   one that -- when I said it could have been ready
```

```
         03  by May the -- by the middle of May, that was the
         04  ENTERPRISE.  We went off in a different direction
         05  with the ENTERPRISE, and brought out the DDII to
         06  actually do the BOP-on-BOP.  So that's why the --
         07  the -- the conversation was still occurring on
         08  the 26, a different -- different direction.
         09      Q.  Whose decision was it to go in a
         10  different direction?
         11      A.  It was BP's decision.
         12      Q.  Whose decision was it to go from the DDII
         13  to the DDII venting option?
         14      A.  BP.
         15      Q.  I want to ask you some questions about
         16  the ROV intervention panel that you've been asked
         17  about over the last two days.
         18          Did the plumbing error that occurred
         19  impact or delay the response effort, from what
         20  you have reviewed in preparation for your
         21  deposition?
         22      A.  No.  All the -- all the plumbing problems
         23  that we had only delayed the verification that
         24  the BOPs had been -- had been attempted to be
         25  closed.
00550:01      Q.  Okay.  And I asked an inartful question.
         02          Let me ask it again:  Did the plumbing
         03  error the occurred for the DEEPWATER HORIZON ROV
         04  intervention panel, impact or delay the response
         05  effort, based on what you've reviewed in
         06  preparation for your deposition?
         07          MR. HAYCRAFT:  Objection.
         08      A.  No.
         09      Q.  (By Mr. Baay) And when TO learned of the
         10  error in the BOP schematic drawing, did
         11  Transocean immediately disclose that error to BP
         12  and the Government?
         13      A.  Yes.  The same is true with the mistake
```

Page 550:17 to 550:20

```
00550:17      Q.  The final set of questions, I want to ask
         18  you some questions about Exhibit 9105, the BP's
         19  lawyer asked you about yesterday.
         20      A.  Yes, sir.
```

Page 550:22 to 551:17

```
00550:22  neglected to bring to your attention.
         23          MR. HAYCRAFT:  Object to form.
         24      Q.  (By Mr. Baay) It's been marked as Exhibit
         25  90249.  And you'll see, on the right hand page,
00551:01  I've underlined it in red.  Do you see where I'm
         02  looking?
         03      A.  Yes, sir.
         04      Q.  And this is under the section, "Source
```

```
05    Control" -- "Source Control Challenges."  Do you
06    see that header?
07        A.  Yes, sir.
08        Q.  So if you skip to that second paragraph
09    that I underlined, it says:  "Partic" --
10            And this is from the same report, you
11    understand, that Mr. Haycraft read to you
12    yesterday?
13        A.  Yes, sir.
14        Q.  "Particularly early in the response,
15    there was a lack of transparency by the RP" --
16            Which we understand and agree is BP?
17        A.  (Nodding.)
```

Page 551:19 to 552:01

```
00551:19      Q.  -- "on source control."
20            Did I read that first sentence correctly?
21        A.  Yes, sir.
22        Q.  (By Mr. Baay) Based on what you reviewed
23    in preparing -- and -- and conversations you've
24    had, in preparing for your deposition here today,
25    do you agree that there was a lack of
00552:01  transparency by BP on source control?
```

Page 552:03 to 552:17

```
00552:03      A.  Actually, from my conversations with --
04    with Adrian and Larry McMahan, actually, Larry
05    used that -- those exact words, that early on
06    there was a lack of transparency by BP.
07        Q.  The second sentence says:  "Initially,
08    senior RP management" --
09            Which would be BP Management, correct?
10        A.  Responsible Party Management, yes.
11        Q.  -- "in Houston made major decisions
12    outside the ICS."
13            Based on your preparation for this
14    deposition and the conversations you've had, do
15    you agree that there was -- there were major
16    decisions made by BP outside of the ICS and
17    Unified Area Command?
```

Page 552:20 to 553:13

```
00552:20      A.  According to my conversations with both
21    Larry McMahan and Adrian Rose, that they felt
22    like -- they felt that major decisions were being
23    made by BP in Houston.
24        Q.  It goes on to say:  "Early on, the Coast
25    Guard Incident Commanders raised this concern
00553:01  with the RP and were subsequently included in the
02    daily meetings with the senior managers.
```

```
03    However, it remained apparent that key strategic
04    and tactical planning occurred behind closed
05    doors by RP personnel without government
06    participation in the formulation of those plans.
07    This changed in late May 2010 when the NIC
08    representative vigorously insisted on
09    participating in an internal RP meeting to assess
10    the failed top kill, establishing a new
11    paradigm."
12           Did I read that correctly?
13       A.  Yes, sir.
```

Page 554:20 to 554:25

```
00554:20       Q.  (By Mr. Baay) Mr. Turlak, going back to
21    the subject of BOP-on-BOP, had BP come to you and
22    Transocean, in late April of 2010, and asked you
23    to include a venting option on the BOP-on-BOP
24    option, would the BOP-on-BOP solution still have
25    been ready to be deployed by mid-May of 2010?
```

Page 555:02 to 555:04

```
00555:02       A.  Yes, I think we could have been running
03    several things parallel, as far as getting the
04    BOP ready.
```