# United States' Phase Two Offer of Proof
# Exhibit 21
# Designations of Volumes 1-2 of Deposition of David Wall

Page 9:03 to 9:03

00009:03      DAVID WALL,


Page 10:03 to 12:11

```
00010:03        Q.   Okay.  You're employed by BP, correct?
      04        A.   I am, yes.
      05        Q.   And how long have you been employed by BP?
      06        A.   21, 22 years.  About 22 years.
      07        Q.   Okay.  And where do you live?
      08        A.   I live in Surrey in London.
      09        Q.   And which BP office do you work at?
      10        A.   I'm currently working at the Sunbury office.
      11        Q.   Okay.  And what is your current job title?
      12        A.   I'm the VP of Risk Learning Health and Safety
      13   for the production division of upstream.
      14        Q.   Okay.  And who do you report to?
      15        A.   I report to Gordon Birrell, who is the head of
      16   S&OR for the production division.
      17        Q.   And who does Mr. Birrell report to?
      18        A.   He reports to Mark Bly.
      19        Q.   Is Steve Flynn in your chain of command in any
      20   way, shape, or form?
      21        A.   I -- I have a dotted line relationship to
      22   Steve Flynn, so he's the -- the group head of discipline
      23   for HSSE.
      24        Q.   Okay.
      25        A.   So I have some delegated authority from Steve
00011:01   in that regard around health and safety.
      02        Q.   What was your job title on April 20th, 2010?
      03        A.   I was the VP of HSSE and integrity management
      04   for upstream.
      05        Q.   And upstream would include deepwater drilling
      06   and completions and exploration and production in the
      07   Gulf of Mexico?
      08        A.   It would, yes, sir.
      09        Q.   That -- it would include that strategic
      10   performance unit, correct?
      11        A.   It covers all upstream, yes, sir.
      12        Q.   Okay.  And who did you report to then?  Again,
      13   that's April 20th, 2010.
      14        A.   I reported to Gordon Birrell still.
      15        Q.   Okay.  And did he report --
      16        A.   No, he didn't report to Mark Bly.  At that
      17   stage he reported directly to Andy Inglis, I think, at
      18   that stage.
      19        Q.   Okay.  Now, describe for me specifically what
      20   your job duties were on April 20th, 2010.
      21        A.   As the VP of HSSE and integrity management I
      22   took the job over in February of that year.  So I'd only
      23   just started in the role.  I had -- under the integrity
      24   management side of the organization I had lifting,
      25   diving, aviation, and marine operations.  So we had
00012:01   technical authority.  So they were second technical
```

```
           02    authorities.  So they looked after those -- those areas
           03    of operations and were setting standards for the
           04    company.  And then I had an environmental director who
           05    reported to me, a lady called Sue Ford.
           06             And then I had a gentleman called Mike Brock
           07    who I worked with which was -- the primary part of the
           08    HSSE role was supporting the implementation of standards
           09    with anyone who needed help in that regard and
           10    collection agency data and incorporating that into the
           11    executive in upstream.
```

Page 13:10 to 13:20

```
00013:10         Q.   Who was the final authority on -- or who
      11    signed off on the Orange Book every quarter?
      12         A.   The -- it went to my boss and then he took it
      13    to Andy Inglis, but my boss, I think, was the approver
      14    within our organization of the document.  So we
      15    generated it together as a team within my organization,
      16    and then we'd feed that through to my boss and then sit
      17    down and review it with him and then it would go into
      18    Andy Inglis and we'd sit down and brief Andy Inglis and
      19    his executive on the content of it pre the -- the end of
      20    quarter.
```

Page 79:06 to 79:19

```
00079:06         Q.   (BY MS. McCLELLAN)  Would you agree that
      07    analysis of risks is an integral part of process safety?
      08         A.   Analysis of risks.  The -- the -- the
      09    identification of management of risk is more how I would
      10    describe it.
      11         Q.   Would you agree that loss of well control that
      12    results in a release of hydrocarbons and gases is a
      13    significant process safety issue?
      14         A.   Yes, ma'am.
      15         Q.   And wouldn't you also agree that a blowout
      16    event such -- on -- as that on a deepwater rig would be
      17    one of the biggest potential hazards?
      18         A.   Biggest poten- -- it's -- it's a significant
      19    hazard.
```

Page 80:01 to 80:06

```
00080:01         Q.   (BY MS. McCLELLAN)  Yes.  Wouldn't you agree,
      02    then, that it's important to implement a hazard
      03    evaluation process that identifies various scenarios
      04    that could lead to a loss of well control event?
      05         A.   You should conduct risk assessments and -- and
      06    understanding your risks, yes, ma'am.
```

Page 80:12 to 81:20

```
00080:12        Q.   In -- in your own words, what is integrity
      13   management?
      14        A.   At that point in time -- all right, so
      15   integrity management, once again, is a very broad
      16   subject.  In 2008 BP had something called the integrity
      17   management standard.  That's subsequently been subsumed
      18   into the operational management system.  So it covered a
      19   wide range of topics at that stage.  So that's -- that's
      20   how I would describe it if I was to actually go and give
      21   you a full definition of -- of how integrity management
      22   was described in BP.
      23             At the time I took over the role of HSE the
      24   integrity management standard was embedded.  I wasn't
      25   accountable for -- for the standard.  I was accountable
00081:01   for some of the teams that -- that look after integrity,
      02   so aviation, lifting, diving, marine operations I had
      03   the same technical authorities reporting into me.  And
      04   so I was making sure the standards were correct, or
      05   those individuals in my team were making sure the
      06   standards were correct.  I'm not a per- -- I'm not an
      07   expert in those areas.  They reported to me.  And I was
      08   supporting them in -- in ensuring that they maintain
      09   those standards across the regions in terms of
      10   supporting the regions and understanding the standards
      11   and applying them.
      12        Q.   And am I correct that BP's integrity
      13   management standard that you just mentioned was not
      14   applicable to the Deepwater Horizon?
      15        A.   I -- I don't -- don't know what was and what
      16   wasn't applicable to the Deepwater Horizon.  I -- I
      17   don't think it would have been applicable to the
      18   Deepwater Horizon.  It wasn't our equipment.  But I
      19   don't know how the drilling world manages their
      20   interfaces and bridging process.


Page 90:23 to 91:11

00090:23        Q.   If you could turn to tab 5, please.  This has
      24   previously been marked in the litigation.
      25        A.   Tab 5?
00091:01        Q.   Tab 5, as Exhibit 873.
      02        A.   Yes, ma'am.  Yeah.
      03        Q.   This is the "Hazard Analysis Team Member Roles
      04   and Responsibilities."  Do you recognize this document?
      05        A.   I do, ma'am, yeah.
      06        Q.   Did you author it?
      07        A.   Yeah, I think so, yeah.  I think I did.
      08        Q.   Would it be fair, then, to say that you're the
      09   individual who defined the roles and responsibilities of
      10   the various members of the hazard analysis team?
      11        A.   Yeah.  This is not where we ended up.  So this


Page 110:01 to 110:12
```

```
00110:01         Q.   If you could turn to -- in addition to the
      02    witness statements, did you also use the OLGA modeling?
      03         A.   To determine the flow path at --
      04         Q.   Yes.
      05         A.   -- surface, not to determine what the flow
      06    path would be.  We used the OLGA modeling to -- to work
      07    out what the flow rates -- rough, you know -- as an
      08    estimated flow rate would be, so that we could then do
      09    some dispersion modeling.
      10         Q.   Okay.  If you'll turn to tab 23, please.
      11              MS. McCLELLAN:  And we'll mark that as
      12    Exhibit 7291.
```

Page 115:05 to 115:07

```
00115:05         Q.   Okay.  If you'll turn back now to tab 19,
      06    please.
      07              MS. McCLELLAN:  Mark as 7292.
```

Page 125:11 to 125:12

```
00125:11         Q.   (BY MS. McCLELLAN)  Yeah, it's tab 20, which
      12    is Exhibit 93.  A10 is Section 3.4, "Risk Management."
```

Page 129:25 to 130:01

```
00129:25         Q.   If you could please turn to tab 25, I'll mark
00130:01    as Exhibit 7293.  Do you recognize this?
```

Page 133:14 to 133:17

```
00133:14         Q.   (BY MS. McCLELLAN)  Mark this as Exhibit 7294.
      15              Do you recognize this e-mail dated July the
      16    10th from Tony Emmerson to yourself as well as several
      17    others on the Bly investigation team?
```

Page 202:20 to 202:22

```
00202:20         Q.   Go to -- tab 3 has been introduced into
      21    evidence as 72 -- attached -- labeled as 7248,
      22    Exhibit 7248 already.  Go back to the fourth page of
```

Page 215:21 to 215:23

```
00215:21    MR. HYMEL:  Exhibit sticker here should --
      22    7295; is that -- that correct?
      23              THE VIDEOGRAPHER:  That's correct.
```

Page 217:13 to 217:16

```
00217:13         Q.   All right.  Turn to tab 6, please.  Tab 6 was
```

```
        14   a series of e-mails between yourself and Mr. Thomas
        15   Rodante, who I believe is with Baker Risk?
        16       A.   That's correct, sir, yes.
```

Page 219:04 to 219:10

```
00219:04       Q.   So you're asking Mr. Rodante if the diverter
        05   bag has a limit of -- diverter packer has a limit of
        06   500 psi and your table shows --
        07       A.   Yeah.
        08       Q.   -- 500 psi rates, then why didn't the diverter
        09   packer fail?  You -- that's what you asked him.
        10       A.   That's -- that's what I'm asking, sir.
```

Page 219:12 to 219:13

```
00219:12   MR. HYMEL:  I'd like to attach that as the
        13   next exhibit, will be 7296.  And go to --
```

Page 219:17 to 219:17

```
00219:17       Q.   (BY MR. HYMEL)  Go to tab 7, sir.  And if you
```

Page 220:18 to 220:22

```
00220:18       Q.   Well, I just wanted to -- to -- to confirm
        19   that Mr. Rodante's e-mail was in response to your e-mail
        20   asking why didn't the -- the diverter packer fail,
        21   correct.
        22       A.   Correct, sir.
```

Page 221:11 to 221:12

```
00221:11       Q.   Okay.  I want to attach that as the next
        12   exhibit, and that will be 7297.
```

Page 260:18 to 261:01

```
00260:18       Q.   Did you make a determination that the flow
        19   came up through the casing?
        20       A.   No --
        21       Q.   Yes or no, sir?
        22       A.   No -- I -- I -- I did some analysis work, and
        23   I worked with Morten, and I did some hydrostatic
        24   calculations which showed that the flow had come up
        25   through the -- through up the middle of the production
00261:01   casing.
```

Page 279:07 to 279:09

```
00279:07       Q.   Thank you, sir. Let's look at -- let's look
```

```
        08   at tab 22 in the materials.  I want to hand you what's
        09   marked as Exhibit 7298, 7298.
```

Page 289:08 to 289:12

```
00289:08        Q.   (BY MR. GODWIN)  Mr. Wall, I want to hand you
        09   what has been previously marked as ex- -- or we've just
        10   now marked as Exhibit 7299.  Is this a e-mail from
        11   Morten Emilsen dated August 9, 2010, to you?
        12        A.   Yes, it is, sir.
```

Page 306:06 to 306:09

```
00306:06        Q.   If you could turn to tab 3, please, of the
        07   binder that's in front of you.  I will ask the court
        08   reporter to mark as Exhibit 7300 a document bearing
        09   Bates numbers BP_HZN_2179MDL00983360 through 3386.  Do
```

Page 313:25 to 314:03

```
00313:25        Q.   Let's move, if we can, to tab 13 in your
00314:01   binder, which I'm going to ask the court reporter to
        02   mark as Exhibit 7301 and which bears the Bates numbers
        03   BP_HZN_BLY00212731 through 732.  Do you have that in
```

Page 316:19 to 316:22

```
00316:19        Q.   Let's go to the e-mail message above, which is
        20   from you.  It's dated June 25, 2010.  Is this an e-mail
        21   that you received at or about that time?
        22        A.   I think this is an e- -- it's -- I wrote it.
```

Page 342:20 to 349:02

```
00342:20   report put in front of you.  If I understand your
        21   testimony correctly, you testified earlier that the
        22   well, based on your overflow modeling, went
        23   underbalanced at roughly 20:52, correct?
        24        A.   That's correct, sir.
        25        Q.   If you'll flip with me in the -- the Bly
00343:01   investigation report, you'll see on page -- can you get
        02   to Page 26 for me, sir?
        03        A.   Yes, sir.
        04        Q.   And this is the chronology of events, correct?
        05        A.   Yes, sir.
        06        Q.   Did you participate in preparation of the
        07   chronology?
        08        A.   I -- I did get some involvement, I would say,
        09   sir.
        10        Q.   All right.  If you -- if you'll flip to the
        11   top of Page 26, it shows April 20th, 20:58 to 21:08.  Do
        12   you see where I am?
```

```
        13          A.   Yes, sir.
        14          Q.   It says, Taking into account the emptying of
        15   the trip tank, calculated a gain of approximately
        16   39 barrels over that ten-minute period, correct?
        17          A.   Yes, sir.
        18          Q.   And it shows that the source of that was
        19   calculations; do you see that?
        20          A.   Yes, sir.
        21          Q.   Were those your calculations?
        22          A.   No, I didn't do those calculations, sir.
        23          Q.   Do you know whose calculations those were?
        24          A.   They were done within the drilling engineering
        25   team, so Jim MacKay did a lot of that work, but I don't
00344:01   know who did the specific calculations.
        02          Q.   Okay.  Down a little bit further you'll see on
        03   April 20th from 21:08 to 21:14 --
        04          A.   Yes, sir.
        05          Q.   -- OLGA well flow modeling calculated that
        06   inflow to the well during this period was approximately
        07   9 barrels a minute, correct?
        08          A.   Yes, sir.
        09          Q.   And that's consistent with your recollection
        10   of what the OLGA well flow modeling showed?
        11          A.   The -- the number is familiar, sir.
        12          Q.   As the well continued to flow, would the flow
        13   out of the well, the pace increase?
        14          A.   As the well became more underbalanced, the
        15   more mud came out of the well, more hydrocarbons came
        16   into the well, you would expect the flow to increase,
        17   sir.
        18          Q.   Did you calculate the -- the speed of the
        19   flow?
        20          A.   The -- the OLGA modeling gave us some flow
        21   rates, sir.
        22          Q.   Do you recall what those flow rates were?
        23          A.   I recall some flow rates.  I'd have to go into
        24   the detailed report to look at the numbers, but --
        25          Q.   Sure.
00345:01          A.   -- some fairly high gas flow rates for the
        02   work we were doing in terms of gas dispersion modeling.
        03          Q.   Turn to Page 27, if you would, sir.  Do you
        04   see at 21:38 it says, Calculated that at approximately
        05   21:38, hydrocarbons passed from well into riser, and
        06   that's based on the OLGA modeling; is that correct?
        07          A.   That's correct, sir, yes.
        08          Q.   And you recall that's what your OLGA modeling
        09   demonstrated at that time?
        10          A.   Yes, sir, I do.
        11          Q.   The flow from this well was discernible by
        12   roughly 20:58; was it not?  Do you recall that?
        13          A.   Dis- -- discernible.  Sir, could you just
        14   describe exactly what you mean by that, please?
        15          Q.   Based on real tam -- time data, it could have
        16   been determined or detected by monitoring that the well
        17   was flowing?
```

```
     18        A.    There was -- there was a point in time that
     19   the -- the in- -- the way the drillers described it, is
     20   once you get, you know, 10 to 30 barrels of flow back,
     21   so roughly 39 barrels, you know, you should start to --
     22   to be able to detect it.  That's the conversations I
     23   recollect, sir.
     24        Q.    Turn to Page 41, if you would, please.  Under
     25   key finding 4, influx was not recognized, do you see
00346:01   that section, sir?
     02        A.    Yes, sir, I do.
     03        Q.    The second full paragraph of the last -- last
     04   sentence says, "Flow increase from the well was
     05   discernible in the realtime data after approximately
     06   20:58."  Do you recall that?
     07        A.    I -- I can read it, sir.  I see it.
     08        Q.    And do you recall that being a finding of the
     09   Bly investigation?
     10        A.    I -- I think that was related to the OLGA flow
     11   modelling at 20:52 when it went underbalanced not much
     12   flow was seen in the model, but I figure 20 -- I think
     13   that's an interpretation from the OLGA flow modeling,
     14   but I can't guarantee it.
     15        Q.    Was that...
     16        A.    Oh, so -- so this is actually saying -- sorry,
     17   it's saying from the realtime data.  So the assessment
     18   that the team has done is that from the realtime data
     19   they can see an assessment of flow.  They can see flow.
     20        Q.    Turn to Page 92, if you would, for -- for just
     21   a minute.  And you'll see the under analysis, first
     22   occurrence of flow from the well.  Do you see that
     23   section, sir?
     24        A.    Yes, sir.
     25        Q.    And the second bullet point says, "OLGA well
00347:01   flow modeling indicated that hydrocarbons began to flow
     02   slowly into the well from the reservoir at approximately
     03   20:52"; does it not?
     04        A.    It does, sir, yes.
     05        Q.    And that's what we've already discussed, the
     06   fact that OLGA modeling demonstrated the well began to
     07   flow at that point?
     08        A.    Yes, sir.
     09        Q.    The next bullet point says, Starting at
     10   approximately 21:01 hours an abnormality with the well
     11   could have been detected by monitoring the drill pipe
     12   pressure.  Drill pipe pressure increased from 1250 psi
     13   to 1350 psi at a constant pump rate, indicating flow
     14   from the well.  Do you see that, sir?
     15        A.    Yes, sir, I do.
     16        Q.    And that is something that was -- was
     17   indicated to the investigation team by the realtime
     18   data?
     19        A.    That's the analysis that this particular team
     20   has done and concluded, yes, sir.
     21        Q.    And do you recall that by 21:30 there had been
     22   approximately a 300-barrel gain in this well?
```

```
       23         A.    They were the calculations that we got from
       24   the OLGA modeling, sir.
       25         Q.    Okay.  Turn to Page 42, if you would, sir.
00348:01   The fourth full paragraph says, "Analysis of OLGA well
     02   flow modeling suggests that by 21:30 hours there would
     03   have been approximately 300 barrels of hydrocarbon
     04   influx in the well."  Do you see that, sir?
     05         A.    Yes, sir.
     06         Q.    And that's what the OLGA well modeling showed?
     07         A.    Yes.
     08         Q.    Shortly after 21:30, once you've had this
     09   300-barrel gain into the well, the flow rate increased;
     10   did it not?
     11         A.    The flow rate would have continued to increase
     12   as the hydrostatic column on the well changed, so, yes.
     13         Q.    Turn to Page 42, if you would, sir.
     14         A.    Yes, sir, I'm at 42.
     15         Q.    The paragraph right in front of "conclusions"
     16   or "analysis suggests."  Do you see that paragraph, sir?
     17         A.    Yes, sir:
     18         Q.    Analysis suggests that between 21:31 hours and
     19   21:41 hours with the pumps to shut down, the well was
     20   unloading at an average rate of approximately 60 bpm to
     21   70 bpm.  Do you see that, sir?
     22         A.    Yes, sir.
     23         Q.    And bpm is barrels per minute, sir?
     24         A.    Yes, sir.
     25         Q.    And that -- is that, again, based on the OLGA
00349:01   flow modeling?
     02         A.    Yes, sir.
```

Page 350:07 to 350:09

```
00350:07         Q.    Sure.  The well started to flow, though, at
     08   the surface at roughly 21:40?
     09         A.    That's -- that's the estimation, yes, sir.
```

Page 351:03 to 351:13

```
00351:03         Q.    And based on the investigation report, the
     04   best estimates that the team could come up with was that
     05   the well started -- mud started coming out of the riser
     06   at 21:40 and shot out through the derrick at 21:41, and
     07   it was at that time that someone closed the diverter and
     08   activated the BOP, correct?
     09         A.    Yeah, we -- that's what we believe happened,
     10   so, yes.
     11         Q.    And so the well flowed roughly 50 minutes
     12   before the first well control action, correct?
     13         A.    Yes, sir, that's correct.
```

Page 351:23 to 351:24

```
00351:23        Q.   I'm going to show you a document.  I'll go
      24   ahead and mark it as Exhibit 7305, sir.
```

Page 358:02 to 358:25

```
00358:02        Q.   Turn to the second slide, if you would, sir.
      03        A.   Yes, sir, No. 2, yes.
      04        Q.   Yes, sir.  And this is a full -- slide on "Gas
      05   flow to Surface at high rate:  21:46 to 22:00."  Do you
      06   see that, sir?
      07        A.   I do, sir, yes.
      08        Q.   And it says, "Instantaneous gas rates reached
      09   165 mmscfd," do you see that?
      10        A.   I do, sir, yes.
      11        Q.   What does that stand for?
      12        A.   Million standard cubic feet a day.
      13        Q.   So 165 million standard cubic feet of gas a
      14   day was the rate of flow -- of the gas flow out of this
      15   well during those -- that four-minute period of time?
      16        A.   When we -- I think what we should do is go
      17   back to the report and look at the -- the final number
      18   runs there.  So this was a one data run we had, and I
      19   took the peak flow from there.  So the language in the
      20   report is what I referred to as our final -- final view.
      21        Q.   Based on the information that you had at the
      22   time that this was prepared, that's what the flow rates
      23   showed based on OLGA modeling?
      24        A.   I believe that must have been the peak on the
      25   graph, yes, sir.
```