# United States' Phase Two Offer of Proof Exhibit 22
# Designations of Volumes 1-2 of Deposition of Yun Wang

Page 11:08 to 11:19

```
00011:08   YUN WANG,
      09   having been first duly sworn, testified as
      10   follows:
      11                E X A M I N A T I O N
      12   BY MS. ANDRE:
      13        Q.     Good morning, Mr. Wang.  My name
      14   is Abbey Andre.  This is my colleague Beth
      15   Engel.  We represent the United States.
      16   Before we get going into substance, I'm just
      17   going to ask you a couple questions about
      18   your experience with depositions, and I'll
      19   lay out some ground rules.
```

Page 12:25 to 13:05

```
00012:25        Q.     And you understand that you're
00013:01   designated to discuss topics related to the
      02   Macondo fluid, correct?
      03        A.     Yes.
      04        Q.     Why were you selected to be BP's
      05   30(b)(6) representative on this topic?
```

Page 13:08 to 13:15

```
00013:08        A.     I don't really know but -- I
      09   have worked on the fluid properties for the
      10   Macondo response effort.
      11        Q.     (BY MS. ANDRE)  Okay.  And you
      12   understand that per this notice you're
      13   required to speak about all aspects of the
      14   topic covering fluids, correct?
      15        A.     Yes, that's correct.
```

Page 15:18 to 16:07

```
00015:18        Q.     Okay.  I want to briefly discuss
      19   your educational background and what degrees
      20   you hold that prepare you for your work at
      21   BP.  What higher education degrees do you
      22   hold?
      23        A.     I have a bachelor's degree in
      24   mechanical engineering.
      25        Q.     Okay.  Do you have a doctorate?
00016:01        A.     Yes, I do.
      02        Q.     What was that in?
      03        A.     I have a Ph.D. in petroleum
      04   engineering.
      05        Q.     Okay.  And when did you get your
      06   doctorate?
      07        A.     It was 1998.
```

Page 16:11 to 17:09

```
00016:11        Q.      Have you had any supplemental
     12  training since then?
     13        A.      Could you clarify what you mean
     14  by "supplemental training"?
     15        Q.      Sure.  So have you attended
     16  conferences or participated in any BP web
     17  training?
     18        A.      Yes, both.
     19        Q.      Okay.  After you graduated with
     20  your doctorate in 1998 where did you work?
     21        A.      I joined ARCO research facility
     22  in Plano, Texas.
     23        Q.      And, quickly, just to back up,
     24  your supplemental training, what subject
     25  areas did they cover?
00017:01        A.      Both in the broad area of
     02  reservoir engineering and specialized area of
     03  PVT fluid properties.
     04        Q.      Okay.  Have you had any specific
     05  training for PVTsim?
     06        A.      No, I don't, but I'm familiar
     07  with that tool.
     08        Q.      You know how to use it?
     09        A.      Yes, I do.
```

Page 17:16 to 19:05

```
00017:16        Q.      (BY MS. ANDRE)  Okay.  So, I'm
     17  sorry, you worked at ARCO right after you
     18  graduated with your Ph.D.  How long were you
     19  with ARCO?
     20        A.      I was with ARCO until the merger
     21  with BP.
     22        Q.      And what year was that?
     23        A.      I think it was year 2000.
     24        Q.      What was your job title at ARCO?
     25        A.      I was research engineer.
00018:01        Q.      And when ARCO merged with BP you
     02  became a BP employee?
     03        A.      Correct.
     04        Q.      What was your job title when the
     05  merger occurred in 2000?
     06        A.      I was reservoir engineer.
     07        Q.      And you still work for BP,
     08  correct?
     09        A.      Yes.
     10        Q.      And what's your current job
     11  title?
     12        A.      My current title is reservoir
     13  engineering adviser in complex fluids.
     14        Q.      What are your job duties?
     15        A.      My job duties include providing
     16  expertise, specialist expertise and support
```

```
        17  in reservoir fluids PVT analysis area.
        18       Q.     When you say providing support,
        19  can you explain that a little bit more?
        20       A.     Sure.  I provide essentially
        21  consulting services to assets across BP
        22  operations, worldwide operations.  So if
        23  assets have questions or need support in the
        24  area of fluids PVT, then I -- I step in to
        25  help.
00019:01       Q.     What do you mean by "assets"?
        02       A.     The different fields BP operate.
        03       Q.     Okay.  So consulting services,
        04  how is your -- how are your consulting
        05  services requested?
```

Page 19:07 to 19:25

```
00019:07       A.     The assets request support and
        08  they usually initiate contact and after
        09  discussion there is an agreement -- agreement
        10  on the scope of the support and then there
        11  will be a, what we call technical service
        12  project defined and usually I will be leading
        13  that project with the help of my colleagues
        14  in my team.
        15       Q.     (BY MS. ANDRE)  Who's your team?
        16       A.     My team actually has two -- two
        17  groups, one in -- based in Houston, one based
        18  in Sunbury.  And in Houston the group
        19  includes Dr. Doris Gonzalez, Dr. Robert
        20  Brune, Jr.  There are two other colleagues.
        21  I can only pronounce their first name
        22  properly.  Dr. Magdad, I believe his last
        23  name is Boshen.  I -- I don't really know how
        24  to pronounce.  And then Dr. Neti -- I -- I
        25  wouldn't try to pronounce his last name.
```

Page 20:03 to 20:09

```
00020:03       A.     And in Sunbury we have -- the
        04  group has Dr. Esther Sorrell, and then we
        05  have two contractors that work for us full
        06  time.  One is Mr. Trevor Henison, one is
        07  Dr. Alan Stephen, who -- who I spoke with and
        08  who retired from BP some time ago, but now is
        09  doing consulting service.
```

Page 21:09 to 21:13

```
00021:09       Q.     (BY MS. ANDRE)  Yes, it is in
        10  the context of Macondo.  And, actually, I'll
        11  just ask it a different way.  BP tends to
        12  contract out the actual PVT analysis that it
```

```
      13  has done, correct?
```

Page 21:16 to 21:23

```
00021:16        A.    I think BP contracts out the PVT
      17  lab tests.
      18        Q.    (BY MS. ANDRE)  So the work that
      19  Pencor, Intertek, and Schlumberger did on the
      20  Macondo fluid consisted of PVT lab tests?
      21        A.    That's correct.
      22        Q.    Okay.  And what do you do once
      23  you have the PVT lab test data back?
```

Page 22:01 to 24:01

```
00022:01        A.    I analyze the data as reported,
      02  and I interpret the data and build fluid
      03  characterization or description models based
      04  on the data.
      05        Q.    (BY MS. ANDRE)  Okay.  What kind
      06  of fluid characterization or description
      07  models do you build?
      08        A.    For Macondo I built equation of
      09  state fluid characterization models.
      10        Q.    Okay.  When were you first
      11  involved in the Macondo project?
      12        A.    I don't remember exactly the
      13  date, but as far as I can remember, it was
      14  not too long after the incident.
      15        Q.    And by "incident" you mean the
      16  blowout that occurred on April 20th, 2010?
      17        A.    Correct.
      18        Q.    What was your job title at that
      19  time?
      20        A.    At that time I was reservoir
      21  engineer and complex fluids CoP lead.
      22        Q.    What does "complex fluids CoP
      23  lead" entail?
      24        A.    Okay.  Complex fluids CoP, "CoP"
      25  stands for community of practice.  In BP
00023:01  there are different community of --
      02  communities of practice in different
      03  discipline areas.  In the area of complex
      04  fluids as a leader I organized share
      05  sessions, global teleconferences to share
      06  knowledge and best practices and lessons
      07  learned in this technical area.
      08        Q.    Okay.  So you said that you
      09  started work on the Macondo project shortly
      10  after the incident.  How long did you work on
      11  the Macondo project?
      12        A.    I worked on the response until
      13  the well was capped and then even fielded
      14  requests after well was capped.  If there
```

```
      15   were, you know, questions from my colleagues,
      16   I would do my best to help.
      17        Q.      Okay.  Can you remember roughly
      18   when you completed the last request related
      19   to the Macondo project?
      20        A.      I don't -- I don't remember
      21   exactly.  My memory is vague.  There are, you
      22   know, occasional e-mails -- there were
      23   occasional e-mails after the well was capped.
      24        Q.      Was it completed in 2010?
      25        A.      As far as I remember, I believe
00024:01   so.
```

Page 24:06 to 25:09

```
00024:06        Q.      Okay.  So just to clarify, you
      07   didn't do any work for the Macondo project
      08   that you remember in 2011?
      09        A.      That's correct.
      10        Q.      Okay.  What were your job duties
      11   on the Macondo project?
      12        A.      I provided my expertise to my
      13   en- -- engineer colleagues, whoever needed my
      14   expertise.
      15        Q.      Okay.  What engineer colleagues
      16   at BP did you provide your expertise to
      17   during the Macondo project?
      18        A.      There are -- there are many and
      19   I can't recall all of them, but to -- to give
      20   you a few examples, I provided my model to
      21   Mr. Simon Bishop and Dr. Tony Liao.  I also
      22   provided my models and interpretations to
      23   Ms. Farah Saidi and Mr. Tim Lockett.  And I
      24   also provided my models to Maria Nass, I
      25   believe, and -- and Terry -- I believe Terry
00025:01   Elizondo.
      02        Q.      Okay.  And did you work with
      03   Tony Liao on the models you built for the
      04   Macondo project?
      05        A.      I worked with Dr. Tony Liao in
      06   terms of providing my fluids models and --
      07   and, of course, answering any questions.
      08        Q.      Okay.  Who else helped you build
      09   the Macondo project models?
```

Page 25:13 to 27:09

```
00025:13        Q.      (BY MS. ANDRE)  Sure.  Earlier
      14   you testified that you built EoSs for the
      15   Macondo project.  Those were the ones I was
      16   referring to.  So I'm curious, who helped you
      17   in building those EoS, equations of state,
      18   that you then gave to some of your
      19   engineering colleagues?
```

```
        20        A.      Right.  I built the equation of
        21 state fluid description models myself.
        22        Q.      Okay.  Was it based on a
        23 Peng-Robinson equation of state?
        24        A.      Yes, the description models --
        25 the fluid characterization models that I
00026:01 built used a Robinson equation of state, a
        02 particular version of that equation of state.
        03        Q.      Okay.  What version?
        04        A.      It's the 1978 version with
        05 Peneloux volume shift correction.
        06        Q.      Did you use the Peng-Robinson
        07 for all of the equation of state work you did
        08 on the Macondo project?
        09        A.      Yes, that's correct.
        10        Q.      Okay.  So in addition to
        11 providing -- answering questions and
        12 providing your models, your equations of
        13 state, what else did you do on the Macondo
        14 project?
        15        A.      As far as I remember, I was
        16 involved in interacting with the
        17 laboratories, PVT laboratories to make sure
        18 that -- that we -- we have the data in a
        19 timely fashion.
        20        Q.      Okay.  Were you involved with
        21 all three PVT labs that we've previously
        22 mentioned:  Schlumberger, Pencor, and
        23 Intertek?
        24        A.      Yes, I was.
        25        Q.      Okay.  Did any other labs do PVT
00027:01 analysis for the Macondo project?
        02        A.      Not that I'm aware of.
        03        Q.      Okay.  Did you have any other
        04 job duties related to the Macondo project?
        05        A.      Not that I can think of right
        06 now.
        07        Q.      Okay.  How were the equations of
        08 state that you created during the Macondo
        09 project used during the response?
```

Page 28:02 to 28:06

```
00028:02        Q.      (BY MS. ANDRE)  So I'm going to
        03 ask the same question again, noting counsel's
        04 objection.  How were your -- the Macondo
        05 response EoSs that you created used during
        06 the response?
```

Page 28:08 to 28:17

```
00028:08        A.      The equation of state fluid
        09 characterization models that I built, as far
        10 as I remember, were used by various engineer
```

```
11   colleagues to -- to include in their tools,
12   in their modeling tools, to try to understand
13   the nature of the Macondo flow.
14         Q.     (BY MS. ANDRE)  Okay.  And,
15   generally, based on your 14 years' experience
16   as a Ph.D. petroleum engineer, how are EoSs
17   generally used?
```

Page 28:19 to 29:02

```
00028:19        A.     Could you please clarify that
      20   we're now talking about a general situation
      21   on the Macondo?
      22         Q.     (BY MS. ANDRE)  Yeah, I'm -- I'm
      23   sorry to interrupt.  I'm not talking about
      24   Macondo specifically.  I'm just asking based
      25   on your professional experience how equations
00029:01   of state are typically used by engineers.
      02         A.     Okay.
```

Page 29:05 to 30:10

```
00029:05        A.     So equation of state
      06   characterization models, after careful
      07   calibration with -- with PVT data, would be
      08   used to predict fluid properties, PVT
      09   properties over a wide range of temperature,
      10   pressure, and condition for a variety of
      11   applications.  I can give you a few examples.
      12               One is oftentimes we find
      13   ourselves in a situation where the fluid
      14   samples that we collect, the downhole samples
      15   that we collect from -- from wells are
      16   contaminated by drilling mud.  So, therefore,
      17   the data, the PVT data that you acquire from
      18   lab analysis, would be the data -- the fluid
      19   properties that reflect the contaminated
      20   sample, not the original virgin reservoir
      21   fluid properties.
      22               So we need to use equation of
      23   state models, fluid description models to
      24   predict what the properties would be for the
      25   clean, uncontaminated, original reservoir
00030:01   fluid.  That would be one example.
      02               And then, also, in the area of
      03   reservoir engineering where we need to
      04   numerically model the multiphase flow in
      05   porous media, that is, in your reservoir, we
      06   need in many instances model the flow
      07   explicitly in terms of compositional effect.
      08   So in -- in that case you would need an
      09   equation of state characterization model to
      10   do that modeling properly.
```

Page 30:13 to 30:15

```
00030:13  We're going to mark this exhibit as 9727.
      14  It's a May 2nd, 2010 e-mail from Kent Corser
      15  to yourself, Dr. Wang.
```

Page 30:22 to 31:03

```
00030:22       Q.    (BY MS. ANDRE)  So I'm just
      23  looking at the top e-mail on this first page
      24  from Kent Corser to yourself, and Kent
      25  Corser, strangely, and Torben Knudsen and
00031:01  Warren J. Winters, and it was sent on
      02  May 2nd, 2010.  Am I reading all that
      03  correctly?
```

Page 31:10 to 31:24

```
00031:10       Q.    Okay.  So can you just verify
      11  for the record that this is an e-mail from
      12  Kent Corser to you and several other people
      13  on May 2nd, 2010?
      14       A.    Yeah, I don't -- I don't have
      15  any reason to believe that it's not the case.
      16       Q.    Okay.  And I'm just going to
      17  read from this first e-mail exchange.  It
      18  says, "Yun, At the bottom of this note is a
      19  file called 'preliminary EoS.fdb and
      20  Preliminary_Analysis.ppt.  We need these
      21  files to load the modeling software for
      22  flow."
      23             Did I read that correctly?
      24       A.    Yes, you did.
```

Page 32:14 to 32:16

```
00032:14       Q.    How did you typically
      15  communicate with your engineering colleagues
      16  during the Macondo response?
```

Page 32:18 to 32:24

```
00032:18       A.    I would say through a
      19  combination of e-mail, phone calls, and, of
      20  course, face-to-face meetings where --
      21  whenever possible.
      22       Q.    (BY MS. ANDRE)  Okay.  And would
      23  you deliver your equations of state via
      24  e-mail?
```

Page 33:01 to 33:03

```
00033:01        A.      As far as I can think of, yes.
      02        Q.      (BY MS. ANDRE)  Was that your
      03  typical practice?
```

Page 33:05 to 33:14

```
00033:05        A.      You mean in terms of delivering
      06  equation of state models?
      07        Q.      (BY MS. ANDRE)  Yes.
      08        A.      Yes, typically through e-mail.
      09        Q.      Okay.  All right.  So I want to
      10  do some overview of PVT testing generally as
      11  far as what BP expects.
      12                What kinds of lab tests do BP --
      13  does BP usually order when contracting out
      14  PVT lab work?
```

Page 33:17 to 34:03

```
00033:17        A.      It depends on the purpose, why
      18  we need the data and what we need the data
      19  for.  We're talking about the general --
      20  general situation, right?
      21        Q.      (BY MS. ANDRE)  General
      22  situation, yes.
      23        A.      Yeah.  So depends on the
      24  application, and, also, it depends on what
      25  type of fluid that -- that -- that we have.
00034:01        Q.      Okay.  So how about when you
      02  have a volatile fluid similar to what you saw
      03  in the Macondo well?
```

Page 34:05 to 34:25

```
00034:05        A.      You would -- we would typically
      06  order a what we call full combination of PVT
      07  analysis, which would include single-stage
      08  flash test, constant composition expansion
      09  test, multistage separative test, density and
      10  viscosity measurements over a wide range of
      11  pressures and temperatures.
      12        Q.      (BY MS. ANDRE)  What about a
      13  differential liberation expansion?
      14        A.      A differential liberation test
      15  is typically requested and -- and ordered for
      16  a -- an oil fluid or a bubble point system.
      17        Q.      For a bubble point system.  What
      18  about for a dew point system?
      19        A.      For a dew point system, we would
      20  request a constant volume depletion test.
      21        Q.      Why wouldn't you order a dew
      22  point -- or, I'm sorry, strike that.  why
      23                For a dew point system, why
```

```
     24  wouldn't you want to use a differential
     25  liberation test?
```

Page 35:02 to 35:13

```
00035:02       A.      Because differential liberation
     03  test is not designed to mimic the thermal
     04  dynamic process that is relevant to a gas
     05  condensate reservoir production.
     06       Q.      (BY MS. ANDRE)  What does
     07  differential liberation expansion test for?
     08       A.      It is designed to approximate
     09  the production of an oil reservoir.
     10       Q.      Does it identify gas-oil ratio?
     11       A.      Yes.
     12       Q.      Does it identify formation
     13  volume factor?
```

Page 35:24 to 37:11

```
00035:24       Q.      (BY MS. ANDRE)  Does it identify
     25  formation volume factor?
00036:01       A.      The results of differential
     02  liberation test will include formation volume
     03  factor.
     04       Q.      Okay.  And what is formation
     05  volume factor?
     06       A.      A formation volume factor is
     07  a -- is a parameter that it used to convert
     08  the volume on the elevated pressure and
     09  temperature to the volume under stock tank or
     10  ambient conditions.
     11       Q.      Okay.  When you say "the
     12  elevated pressure and temperature," do you
     13  mean reservoir conditions?
     14       A.      Normally, yes.
     15       Q.      Is formation volume factor --
     16  which I'm going to refer to as FVF, if that's
     17  okay?
     18       A.      Yes.
     19       Q.      -- is it different than
     20  shrinkage?
     21       A.      FVF is different -- different
     22  from shrinkage only in terms of numerical
     23  value, but in terms of concept, one is the
     24  inverse of another.
     25       Q.      So what is shrinkage?
00037:01       A.      Shrinkage is the quantification
     02  of the volume change -- volume shrink --
     03  shrinkage, the reduction of volume as you
     04  move fluid from subsurface to surface.
     05       Q.      So not to stock tank barrel?
     06       A.      Yes, to stock tank barrel.
     07       Q.      Yes, okay.  So you said that you
```

```
08  would tend to use a differential liberation
09  test for a bubble point system.  Would you
10  use a differential liberation test if the
11  system that you were testing was volatile?
```

Page 37:13 to 37:20

```
00037:13      A.    Could you clarify what you mean
     14  by "volatile"?
     15      Q.    (BY MS. ANDRE)  Sure.  Or I will
     16  try, at least.  I'm curious about systems
     17  that are behaving near a critical point.  So
     18  when I say "volatile," I -- I'm asking about
     19  systems where the separation between the
     20  phases is present in the system.
```

Page 37:23 to 38:10

```
00037:23      A.    So you're talking about a near
     24  critical system; is that -- but still a -- an
     25  oil?
00038:01      Q.    (BY MS. ANDRE)  Yes.  And, thank
     02  you.
     03      A.    Okay.  So in a -- in a general
     04  sense, not related to Macondo, then, both
     05  have -- both differential liberation tests
     06  and constant volume depletion tests have
     07  merits in that situation.
     08      Q.    Okay.  What about related to
     09  Macondo, do both differential liberations and
     10  constant volume depletion tests have merit?
```

Page 38:13 to 38:23

```
00038:13      A.    For Macondo situation where you
     14  don't have a normal production scenario and
     15  the flow out of the reservoir is not for an
     16  extended period of time like you would have
     17  in a normal production situation, and since
     18  Macondo fluid is an under-saturated fluid, I
     19  think differential liberation is, on balance,
     20  a more appropriate test to do.
     21      Q.    (BY MS. ANDRE)  Okay.  Was a
     22  full conventional PVT analysis ordered for
     23  the Macondo project?
```

Page 38:25 to 39:21

```
00038:25      A.    Full PVT, conventional PVT
00039:01  analysis was requested for bottom hole
     02  samples that were sent to -- some of the
     03  bottom hole samples that were sent to Pencor.
     04      Q.    (BY MS. ANDRE)  Okay.  So that
```

```
05   includes -- based on what you said earlier, a
06   full conventional PVT analysis was a
07   single-stage flash; is that correct?
08        A.     That's one of those -- one of
09   the tests.
10        Q.     Okay.  Did they do -- and did
11   Pencor do a multistage flash?
12        A.     Yes, they did.
13        Q.     Did they do density and
14   viscosity measurements?
15        A.     Yes, they did.
16        Q.     Did they do differential
17   liberation expansion?
18        A.     Yes, they did.
19        Q.     Pencor recommended that a
20   constant volume depletion test be performed
21   on the Macondo fluid, correct?
```

Page 39:23 to 40:09

```
00039:23        A.     Yes.
      24        Q.     (BY MS. ANDRE)  But you didn't
      25   order one?
00040:01        A.     As I explained, because I think,
      02   in talking to my colleagues in BP and also
      03   colleague Mr. Jason LeBlanc in Pencor, that
      04   on balance differential liberation tests in
      05   that instance, in the case of Macondo, was
      06   more proper.
      07        Q.     Would the constant volume
      08   depletion test have provided you with any
      09   useful data?
```

Page 40:11 to 41:11

```
00040:11        A.     Constant volume depletion tests
      12   would provide you with volumetric measurement
      13   data, but in terms of calibrating the model,
      14   the fluids model, equation of state
      15   characterization, and understanding the
      16   behavior, the face behavior and the
      17   volumetrics in Macondo, in case of Macondo,
      18   the data would be less relevant.
      19        Q.     (BY MS. ANDRE)  Okay.  I want to
      20   ask a little bit about separator tests.
      21   They're used to identify gas-oil ratio,
      22   correct?
      23        A.     Multistage separator tests are
      24   designed to approximate the separation
      25   process at the surface in a normal
00041:01   hydrocarbon production scenario.
      02        Q.     When you say "a normal
      03   hydrocarbon production scenario," what do you
      04   mean?
```

```
05        A.     That would be a case where
06  hydrocarbons flow from subsurface to surface
07  without -- without any -- any exposure to the
08  external environment.
09        Q.     So the multistage separator
10  tests give you gas-oil ratio in stock tank
11  barrels?
```

Page 41:13 to 42:05

```
00041:13       A.     Gas-oil ratios in terms of units
14  are in standard cubic feet stock tank barrel.
15        Q.     (BY MS. ANDRE)  And you are able
16  to get a gas-to-oil ratio from the multistage
17  separator test?
18        A.     You will get, actually, a number
19  of values for solution gas-oil ratio from a
20  multistage separator test.
21        Q.     So you said that the multistage
22  separator test mimics -- and correct me if
23  I'm putting words in your mouth -- but mimics
24  what happens in a normal -- normal
25  hydrocarbon production.
00042:01             Does that mean that a multistage
02  separator test tells you what oil would look
03  like once it's brought up to the surface and
04  put in stock tank barrel conditions, if
05  everything goes according to plan?
```

Page 42:08 to 42:17

```
00042:08       A.     I believe what I said was that a
09  multistage separator test is designed to
10  approximate the surface -- actual surface
11  separation process.  When you produce
12  hydrocarbons, hydrocarbons will have to be
13  separated at the surface.
14        Q.     (BY MS. ANDRE)  On BP's rigs,
15  excluding the Macondo well, when it's
16  producing in its normal course of business,
17  does it use a multistage separator?
```

Page 42:20 to 42:25

```
00042:20       A.     To my knowledge, generally a
21  multistage separative test is needed.
22        Q.     (BY MS. ANDRE)  Why would you
23  want to use a multistage separation process
24  on a production rig rather than a
25  single-stage separation process?
```

Page 43:04 to 43:13

```
00043:04        A.      In terms of actual production,
       05  the conditions and the -- the actual design
       06  of separators on the rig, that would be
       07  beyond my area of expertise.
       08        Q.      (BY MS. ANDRE)  Fair enough.
       09  I'm just trying to get at the difference
       10  between the -- the tests and -- and why you
       11  would use one instead of the other.  When you
       12  use a single-stage flash, what does that
       13  approximate?
```

Page 43:15 to 43:24

```
00043:15        A.      Single-stage flash is
       16  designed -- the test is designed to obtain
       17  the original reservoir fluid composition.
       18        Q.      (BY MS. ANDRE)  Does it also
       19  give you a gas-oil ratio?
       20        A.      Yes, a single-stage flash test
       21  will also give you a solution gas-oil ratio.
       22        Q.      But those gas-oil ratios will be
       23  different than those obtained from the
       24  multistage separator tests, correct?
```

Page 44:02 to 44:05

```
00044:02        A.      Yes, generally they will be
       03  different.
       04        Q.      (BY MS. ANDRE)  All right.  The
       05  single-stage gas-oil ratios will be higher?
```

Page 44:07 to 44:10

```
00044:07        A.      Could you clarify what you mean
       08  by "higher"?  Higher than what?
       09        Q.      (BY MS. ANDRE)  Higher than the
       10  multistage separator gas-oil ratios.
```

Page 44:12 to 44:16

```
00044:12        A.      Generally, that is the trend.
       13  However, it depends on what fluid you have.
       14  It depends on, of course, what you have for
       15  the multistage separator, the stages and the
       16  conditions.  So that's only a general trend.
```

Page 45:18 to 47:20

```
00045:18  I asked whether the single-stage
       19  flash tests provided a higher gas-oil ratio
       20  than the multistage separator tests, and you
       21  said you didn't remember.  So I'd like to
```

```
22  refresh your recollection.  If you could turn
23  to Tab 74 --
24        A.     Okay.
25        Q.     -- in the Volume 1 binder there.
00046:01        A.     Okay.
02        Q.     You'll find what's previously
03  been marked as Exhibit 8583.  And the cover
04  e-mail is from Jason LeBlanc of Pencor to
05  Kelly McAughan of BP on June 10th, 2010.  And
06  the attachment is Pencor's PVT analysis for
07  sample 53, which was a downhole sample from
08  the Macondo well.  And, Mr. Wang, you earlier
09  testified that you reviewed Pencor PVT lab
10  reports in preparation for the deposition.
11  Is this one of the reports that you reviewed?
12        A.     Can I just take a quick look
13  through?
14        Q.     Sure.
15        A.     Yes, this looks to be one of the
16  reports.
17        Q.     Great.  If you could turn to
18  Page 5 of the report.
19        MR. CRAMER:  Is that 5 of 32 on the
20  bottom?
21        MS. ANDRE:  Yeah, 5 of 32.
22        Q.     (BY MS. ANDRE)  On the bottom of
23  that page there is a chart that says "Flash
24  Comparison" and lists "Reservoir Oil,"
25  "Single-Stage Flash," "Differential
00047:01  Liberation at Reservoir Temperature," and
02  "Multi-Stage Separator Tests."  And --
03        A.     You -- sorry.
04        Q.     Do you see that?
05        A.     Do you mean the table?
06        Q.     Yes.
07        A.     Yes.
08        Q.     What does the table list for the
09  single-stage flash of gas-oil ratio?
10        A.     It is a value of 2,819 standard
11  cubic feet per stock tank barrel.
12        Q.     And what does the table list for
13  the multistage separator test gas-oil ratio?
14        A.     The value for multistage
15  separator test is 2,554 stock tank --
16  standard cubic feet for stock tank barrel.
17        Q.     Great.  So earlier, Mr. Wang,
18  you said that the multistage separator tests
19  can give you several values for gas-oil
20  ratio; is that correct?
```

Page 47:22 to 48:03

```
00047:22        A.     Yes, several values of solution
23  gas GOR because multistage separator test
24  involves a number of steps.
```

```
     25        Q.     (BY MS. ANDRE)  So for a
00048:01 single-stage separator test does it only
     02 result in one GOR?
     03        A.     Yes.
```

Page 48:05 to 48:07

```
00048:05        Q.     (BY MS. ANDRE)  Okay.  Do these
     06 separator tests also give you formation
     07 volume factors?
```

Page 48:09 to 48:20

```
00048:09        A.     Yes.
     10        Q.     (BY MS. ANDRE)  As with gas-oil
     11 ratios, can a fluid system have more than one
     12 formation volume factor?
     13        A.     Again, in a multistage separator
     14 test you have many stages.  So at each stage
     15 you have a value for the formation volume
     16 factor.  I believe Pencor reported as
     17 shrinkage.
     18        Q.     As shrinkage, okay.  Does the
     19 formation volume factor get smaller with each
     20 separator step?
```

Page 48:22 to 49:08

```
00048:22        A.     I believe the numbers are
     23 reported in the results section of the
     24 separator test.  We can take a look at the
     25 values.
00049:01        Q.     (BY MS. ANDRE)  I'm sorry, I
     02 didn't mean to be asking about Pencor
     03 specifically.  That wasn't clear.  I was just
     04 wondering in general terms.  I'm trying to
     05 understand how the separator stages changes
     06 the formation volume factor.  Does it get --
     07 does it tend to get smaller through the
     08 stages?
```

Page 50:12 to 50:17

```
00050:12        Q.     (BY MS. ANDRE)  But I still want
     13 to know generally, and then I'll ask about
     14 the specific reports.  When you're running a
     15 multistage separator test how is formation
     16 volume factor affected as it goes through the
     17 separations?
```

Page 50:20 to 51:22

```
00050:20        A.      Generally, multistage separator
       21  tests, if the sequence is such that you go
       22  through the various stages where pressure
       23  keeps dropping, then generally the formation
       24  volume factor value will become smaller and
       25  smaller as you move to the subsequent stages
00051:01  as the pressure drops until, of course, the
       02  last stage where the formation volume factor
       03  is simply 1.
       04        Q.      (BY MS. ANDRE)  Okay.  When you
       05  were doing your Macondo response EoSs how did
       06  you choose among data points provided to you
       07  by the PVT labs for gas-to-oil ratio?
       08        A.      In the process of building the
       09  equation of state fluid calculation model I
       10  used the results from three different
       11  laboratories for both -- for -- for these
       12  individual PVT tests.  And, as I recall, with
       13  the exception of viscosity, all the other
       14  results are broadly consistent across three
       15  different laboratories.  Of course, also with
       16  the exception of the judgment of -- that
       17  Pencor rendered whether or not this was a
       18  bubble point system.
       19        Q.      So to break that down a little,
       20  you considered all of the data points when
       21  building the Macondo project equations of
       22  state?
```

Page 51:25 to 52:18

```
00051:25        A.      As far as I can remember, all
00052:01  the data from three laboratories were taken
       02  into account.
       03        Q.      (BY MS. ANDRE)  Did you take
       04  into account any other data collected from
       05  the Macondo fluid?
       06        MR. CRAMER:  Object to form.
       07        A.      Could you clarify what that
       08  means?
       09        Q.      (BY MS. ANDRE)  Sure.  There
       10  seems to have been other analysis happening
       11  on some of the collection vessels where
       12  certain data points were identified.  For
       13  example, on the Enterprise they had some
       14  separator tests running.  And I was just
       15  wondering if you considered those for your
       16  equations of state or if your equation of
       17  state for the Macondo project was limited to
       18  the PVT lab work.
```

Page 52:20 to 53:03

```
00052:20        A.      As far as I remember, the basis
```

```
        21  for the equation of state characterization
        22  model calibration was the PVT data from three
        23  labs on those bottom hole samples.
        24       Q.    (BY MS. ANDRE)  Based on your
        25  experience at BP and in your personal
00053:01  capacity, how does gas-oil ratio provided in
        02  your equations of state impact flow rate
        03  calculations?
```

Page 53:07 to 53:17

```
00053:07       A.     So in -- in terms of estimating
        08  flow rate, that is outside of my area of
        09  expertise.  So to comment in the capacity of
        10  an engineer with my background and
        11  experience, I would say that gas solution,
        12  gas-oil ratio, among many other fluid
        13  properties, plays an important role in
        14  understanding the dynamic flow of any system,
        15  Macondo included.
        16       Q.    (BY MS. ANDRE)  Why is it
        17  important?
```

Page 53:20 to 53:25

```
00053:20       A.    Because fluid properties,
        21  according to the law of physics, play a role
        22  in how fluids flow.
        23       Q.    (BY MS. ANDRE)  Yes, but why is
        24  gas-oil ratio important to determining flow
        25  rate?
```

Page 54:02 to 54:04

```
00054:02       Q.    (BY MS. ANDRE)  In your personal
        03  capacity as an engineer and your 14 years of
        04  experience with ARCO and BP.
```

Page 54:07 to 54:18

```
00054:07       A.    Because gas-oil ratio is an
        08  indication of -- a quantitative indication of
        09  how the hydrocarbon molecules in the
        10  reservoir fluid mixture partitioning these
        11  two very different phases, one being vapor or
        12  gas phase and one being liquid or the oil
        13  phase, and different phases obviously have
        14  very different properties and those play a
        15  role in the dynamic flow of the overall
        16  mixture.
        17       Q.    (BY MS. ANDRE)  Why is shrinkage
        18  important to flow rate?
```

Page 54:22 to 55:09

```
00054:22        Q.      (BY MS. ANDRE)  In your personal
      23  capacity.
      24        A.      Again, not as a subject matter
      25  expert, but as an engineer working outside of
00055:01  this area of estimating flow rate, formation
      02  volume factor being the -- the quantitative
      03  measure of how volumes change from subsurface
      04  conditions to surface conditions play the
      05  same important role as solution of gas-oil
      06  ratio.
      07        Q.      Isn't it important because it
      08  tells you how many stock tank barrels you're
      09  going to end up with at surface conditions?
```

Page 55:13 to 55:22

```
00055:13        A.      Again, as a -- as an engineer
      14  working outside of this area, not as a
      15  subject matter expert, I would say that how
      16  many barrels you end up with at the surface
      17  depends not on -- not only on fluid products,
      18  but also on a whole host of other
      19  considerations.
      20        Q.      (BY MS. ANDRE)  Is shrinkage one
      21  of the properties that impacts how many
      22  barrels you end up at the surface?
```

Page 56:01 to 56:11

```
00056:01        A.      I would -- I would agree with
      02  that, but as -- again, as a non-expert in
      03  this area.
      04        Q.      (BY MS. ANDRE)  Understood.
      05  What's a black oil table?
      06        A.      Black oil table or a PVT table,
      07  as sometimes it's called, is a simplified
      08  representation of the phase behavior for the
      09  properties that a more complete or
      10  sophisticated model, such as an equation of
      11  state characterization model would predict.
```

Page 56:19 to 56:21

```
00056:19        Q.      (BY MS. ANDRE)  Actually, let me
      20  strike it and say, were black oil tables used
      21  in the Macondo project?
```

Page 56:24 to 57:01

```
00056:24        A.      As far as I remember, yes.
```

```
      25      Q.    (BY MS. ANDRE)  Were those black
00057:01  oil tables created by yourself?
```

## Page 57:04 to 57:13

```
00057:04      A.    I recall helping Dr. Tony Liao
      05  to create a -- a set of black oil tables
      06  for -- for his model.  I -- for his
      07  simulation model.
      08      Q.    (BY MS. ANDRE)  Okay.  So part
      09  of your work for the Macondo response -- for
      10  the Macondo project included helping Tony
      11  Liao create black oil tables?
      12      A.    That was what I remember that is
      13  what I did for Tony.
```

## Page 57:22 to 57:25

```
00057:22      Q.    (BY MS. ANDRE)  Okay.  Do you
      23  provide black oil tables to your engineering
      24  colleagues at BP as part of your consulting
      25  duties?
```

## Page 58:03 to 58:04

```
00058:03      A.    Could you clarify that this is
      04  outside of -- of Macondo scope; is that --
```

## Page 58:07 to 58:22

```
00058:07      A.    In a general case, general case
      08  for a -- for a BP asset sometimes asset
      09  engineers request that -- that we, sometimes
      10  myself and our team generate black oil tables
      11  for reservoir modeling purposes; in other
      12  words, modeling flow inside reservoir.
      13      Q.    How about within the scope of
      14  the Macondo project, did you provide any of
      15  your engineering colleagues with black oil
      16  tables?
      17      A.    The ones that I generated for
      18  Dr. Tony Liao were the only ones that I can
      19  remember.
      20      Q.    How would you compare the
      21  usefulness of an equation of state to a black
      22  oil table from an engineering perspective?
```

## Page 59:02 to 59:09

```
00059:02      Q.    (BY MS. ANDRE)  Sure.  I'm
      03  asking about -- so you provide your equations
      04  of state, generally speaking, to your
```

```
05  engineering consultants -- or colleagues.
06  Sometimes you said you provide black oil
07  tables to your engineering colleagues, also.
08  I'm wondering in which circumstances each
09  would be more useful.
```

Page 59:12 to 59:21

```
00059:12      A.      In the area of modeling
     13  multiphase flow inside porous media, that is,
     14  reservoir, which is the area that I'm
     15  familiar with, there are certain instances
     16  where black oil PVT tables are a necessary
     17  means to allow the calculation of such
     18  modeling effort to be carried out in a
     19  reasonable amount of time.  A full equation
     20  of state characterization model would not be
     21  able to do that.
```

Page 59:25 to 60:02

```
00059:25  Are you saying that black oil
00060:01  tables take longer to use for the engineering
     02  calculations you were referring to?
```

Page 60:05 to 60:21

```
00060:05      A.      No, I think I said the opposite.
     06      Q.      (BY MS. ANDRE)  Okay.
     07      A.      Black oil tables are sometimes
     08  necessary because the calculation involving
     09  full equation of state, full characterization
     10  models would become prohibitively expensive.
     11      Q.      Ah, I see.  So in the case of
     12  the Macondo project which -- would you prefer
     13  your -- hmm, strike that.
     14          In the case of the Macondo
     15  project you provided your engineering
     16  colleagues with equations of state, correct?
     17      A.      Yes, I provided them with the
     18  equation of state characterization model that
     19  I built.
     20      Q.      Why didn't you provide them with
     21  black oil tables?
```

Page 60:24 to 61:05

```
00060:24      A.      Because the tools that they --
     25  the colleagues use for modeling the flow, the
00061:01  tools -- actually, the engineers could
     02  generate the tables themselves.
     03      Q.      (BY MS. ANDRE)  But the equation
     04  of state you had to generate for them?
```

```
      05        A.      Yes, that's correct.
```

Page 61:10 to 61:16

```
00061:10        Q.      (BY MS. ANDRE)  The July 28th,
      11 Bates ending in 6723.  We're going to mark it
      12 as 9728.  This is an e-mail string, dated
      13 July 28th, 2010, between Tony Liao, yourself,
      14 and Maria Nass.  Do you recognize this
      15 e-mail?  And feel free to take a minute to
      16 look at it.
```

Page 61:21 to 62:25

```
00061:21 the second page of the exhibit.  I'm just
      22 going to read from the e-mail from Maria Nass
      23 to you, dated July 28th, 2010.  The subject
      24 line is "Olga EOS Model Update."  It says,
      25 "Yun, I was going over the MC-252 emails
00062:01 (working on reports to close out our IMT
      02 work...) and I found this one" -- I think she
      03 meant where "you made reference to having
      04 created black-oil tables for Prosper users.
      05 Laura (Lopez) and I did some work where we
      06 tried to reconcile OLGA and PROSPER VLP
      07 calculations and we realized that for this
      08 fluid with high GOR the black oil approach
      09 was not ideal."
      10              Did I read that correctly, with
      11 the exception of correcting her were to
      12 where?
      13        A.      Yes.
      14        Q.      Okay.  And then I just want to
      15 turn to your response, which is later on in
      16 the same day where you say to Ms. Nass,
      17 "Maria, that's exactly what Tony and I found
      18 when we compared the black oil tables with
      19 direct EOS input into PROSPER."
      20              Did I read that correctly?
      21        A.      Yes.
      22        Q.      Mr. Yun -- Dr. Yun, excuse --
      23 or, Wang, excuse me, the EoS she's
      24 discussing, is that the June 24th, 2010 EoS
      25 that's attached to the bottom of that e-mail?
```

Page 63:21 to 64:03

```
00063:21 But, first, did you ever provide
      22 the equations of state to the U.S.
      23 government?
      24        A.      I -- I don't remember.
      25        Q.      To your recollection, did the --
00064:01 did BP provide some of these equations of
```

```
02  state -- did BP provide equations of state
03  that you created to the U.S. government?
```

Page 64:06 to 64:14

```
00064:06      A.      Again, I -- my memory is vague,
      07  very vague.  I don't -- I don't really
      08  recall.
      09      Q.      (BY MS. ANDRE)  Were you aware
      10  at the time that you were working up the
      11  Macondo equations of state that government
      12  agencies were also working on the response to
      13  the Macondo oil spill?
      14      A.      Yes, I was aware of that.
```

Page 64:23 to 65:04

```
00064:23      Q.      (BY MS. ANDRE)  Yeah.  Did you
      24  ever meet with the government during the
      25  response to the Macondo well blowout?
00065:01      A.      I remember meeting someone from
      02  some national -- some scientists from
      03  National Laboratories, but I don't recall the
      04  names.
```

Page 65:08 to 66:11

```
00065:08      Q.      (BY MS. ANDRE)  Okay.  Do you
      09  remember what you discussed with the national
      10  lab representative you met with?
      11      A.      I remember it was a -- it was a
      12  meeting where a lot of topics were discussed.
      13  So I -- now, I don't remember exactly what
      14  particular topic was discussed for -- related
      15  to fluids.
      16      Q.      Were fluids discussed?
      17      A.      I don't remember exactly, but I
      18  would say yes because I was invited to meet.
      19      Q.      Okay.  But you don't recall any
      20  other meetings with the government where you
      21  discussed the Macondo fluid?
      22      A.      No.
      23      Q.      And you don't recall any
      24  instance where you provided the equations of
      25  state that you worked up for the Macondo
00066:01  project to the U.S. government?
      02      A.      I don't recall the model itself,
      03  but I do remember that there was a request
      04  passed on to me by -- by one of my colleagues
      05  to ask for the background knowledge or
      06  information about the Peng-Robinson equation
      07  of state model.
      08      Q.      Do you remember ever speaking
```

```
      09  with Curtt Ammerman from the U.S. government?
      10       A.    No, I don't -- that name doesn't
      11  sound familiar.
```

Page 66:18 to 67:02

```
00066:18  have said.  When did you first complete an
      19  equation of state based on the Macondo fluid?
      20       A.    I don't remember the exact date,
      21  but I think it was -- the first preliminary
      22  version was created quickly, not -- not too
      23  long after I got involved in the response
      24  effort.
      25       Q.    By the end of April?
00067:01       A.    Probably, but my memory is
      02  not -- is not exact.
```

Page 67:09 to 67:13

```
00067:09       Q.    We're going to mark it as 9729,
      10  and it's an e-mail amongst several BP
      11  employees, including yourself, Tony Liao,
      12  Trevor Hill, Farah Saidi, and Theresa
      13  Elizondo.  Do you recognize this e-mail?
```

Page 67:17 to 68:15

```
00067:17       A.    (Continuing)  Yes.
      18       Q.    (BY MS. ANDRE)  Okay.  Does
      19  that -- does this e-mail refresh your
      20  recollection about when the first Macondo EoS
      21  work was completed?
      22       A.    It does to the extent that
      23  this -- the e-mail chain says there was a
      24  particular date for that preliminary model.
      25       Q.    Okay.
00068:01       A.    I don't know, really, whether
      02  that was the very first model that I created,
      03  but...
      04       Q.    But the April 27th date --
      05       A.    At least no later than that
      06  date, yeah.
      07       Q.    Okay.  And then in this -- your
      08  e-mail, which is the second one down on the
      09  first page, Bates ending 8679, you say,
      10  "Please note that the EOS description below
      11  has NOT been calibrated since viscosity data
      12  since there isn't any yet."
      13            I was wondering how an equation
      14  of state might change once it's calibrated
      15  with viscosity data.
```

Page 68:17 to 68:17

```
00068:17        A.     In the --
```

Page 68:19 to 69:10

```
00068:19        A.     In the -- the -- the work that I
      20  do not just for Macondo, but for any other
      21  projects, in terms of building a -- an
      22  equation of state fluid characterization or
      23  description model, we use certain tools
      24  and -- and in those tools, as with many of
      25  the tools that are used to actually model
00069:01  flow, viscosity models are included --
      02  included, in other words, in the tool.
      03              But viscosity prediction is
      04  based on correlations.  Viscosity prediction
      05  is not directly tied to equation of state
      06  model itself, equation of state fluid
      07  characterization models themselves.
      08        Q.     How would you describe the
      09  quality of the earlier equations of state
      10  that you did for the Macondo project?
```

Page 69:13 to 69:16

```
00069:13        A.     Could you clarify what you mean
      14  by quality?
      15        Q.     (BY MS. ANDRE)  Were you happy
      16  with them?
```

Page 69:18 to 70:05

```
00069:18        A.     The earlier versions of -- of
      19  the model, the equation of state description
      20  model were based on the data that we had at
      21  the time I developed the -- the model.  So at
      22  that time, the models were the best effort
      23  that I could give.
      24        Q.     (BY MS. ANDRE)  Were they based
      25  on -- did you include more data in your later
00070:01  Macondo equations of state?
      02        A.     Yes, later on as we received
      03  more data from PVT labs, I -- I took those --
      04  those additional data sets into
      05  consideration.
```

Page 70:18 to 70:21

```
00070:18  Do you know what data was
      19  included in the earliest equations of state?
      20  Is it just the Pencor data that they
      21  collected right after the blowout?
```

Page 71:01 to 71:06

00071:01   THE WITNESS:  Okay.
      02       A.    If the earliest is the one that
      03   we're looking at referenced -- is referenced
      04   to by this particular e-mail, I believe at
      05   that time we only had partial data sets from
      06   Pencor.


Page 72:12 to 72:15

00072:12       Q.    (BY MS. ANDRE)  Of course.  How
      13   would you have changed your equation of state
      14   for the Macondo project after receiving a new
      15   PVT lab report?


Page 72:18 to 73:04

00072:18       A.    After I received new data
      19   from -- new reports from the lab, I would --
      20   I would look at the data and try to establish
      21   the consistency or lack thereof of the data
      22   and then assess to -- to include the --
      23   the -- the data that -- that's consistent.
      24       Q.    (BY MS. ANDRE)  How long would
      25   it take -- based on this example before you,
00073:01   how long would it have taken you to fold in
      02   the Pencor PVT lab report to whatever
      03   equation of state you had when you received
      04   it?


Page 73:13 to 73:15

00073:13       A.    I -- again, I don't have an
      14   exact memory of how long.  I'd say roughly a
      15   week or two, maybe even longer.  I just --


Page 74:02 to 74:22

00074:02       Q.    (BY MS. ANDRE)  It ends in Bates
      03   8695, and we'll mark it 9730.  It's an e-mail
      04   from Farah Saidi to several government e-mail
      05   addresses.  I have to admit that I don't know
      06   the names of all of these people, but they
      07   are from the Sandia lab or Livermore or
      08   Los Alamos.
      09           And attached to the e-mail is an
      10   equation of state.  So if you wouldn't mind
      11   just taking a minute to look at the e-mail
      12   and look at the equation of state, I have a
      13   couple questions for you about it.
      14       A.    Okay.

```
15        Q.      Okay.  Do you recognize the
16  equation of state attached to this e-mail?
17        A.      It looks -- looks familiar.
18        Q.      Did you create it?
19        A.      I would believe so, yes.
20        Q.      Okay.  Based on what you read in
21  this e-mail, what data did you use to create
22  it?
```

Page 74:24 to 75:15

```
00074:24        A.      From what I can understand from
25  this e-mail trail, I would say that the model
00075:01  was based on the preliminary -- these two
02  files in this -- in -- in -- in this
03  particular e-mail dated 26th, the preliminary
04  well stream Excel file and the BP Macondo
05  field report -- pdf file, but I'm not a
06  hundred percent certain, since I don't have
07  those reports.
08        Q.      (BY MS. ANDRE)  Okay.  And on
09  the -- the first string of that e-mail just
10  shows that Farah Saidi was transmitting this
11  equation of state along with the e-mail chain
12  to several government representatives.  You
13  were not cc'd on the e-mail, but were you
14  aware that this equation of state was sent to
15  the government?
```

Page 75:17 to 76:15

```
00075:17        A.      I don't -- I don't remember.
18        Q.      (BY MS. ANDRE)  And also in this
19  e-mail on the third page, Bates ending 8697,
20  you're summarizing -- you appear to be
21  summarizing data in an e-mail from yourself
22  to Farah Saidi, David Petruska, and Stan Nau.
23        And No. 2 says, on site mobile
24  lab indicated typical GOR of around 3,000
25  scfv/stb per stb.
00076:01        Do you remember what tests
02  read -- created the GOR of 3,000?
03        A.      As far as I remember, the mobile
04  lab Pencor had on the rig only did
05  single-stage flash.
06        Q.      Okay.
07        A.      And that would be the
08  single-stage flash GOR.
09        Q.      Okay.  So in the e-mail on the
10  front page -- I'm sorry to be skipping around
11  a little bit -- Farah Saidi says to the
12  government representatives, "FYI.  The GOR
13  equals 3,000 SCF per stb."
14        Did I read that correctly?
```

```
       15       A.     Yes, you did.
```

Page 77:21 to 77:23

```
00077:21       Q.     I'd like to turn to Tab 121,
       22  which is in your second volume binder.  We're
       23  going to mark this as Exhibit 9731.
```

Page 78:09 to 79:06

```
00078:09       Q.     Okay.  So this is an e-mail
       10  chain from Kate Baker to Mike Mason and Chris
       11  Cecil on the top, but the third down is an
       12  e-mail from Curtt Ammerman at Los Alamos
       13  National Labs, which is a government lab that
       14  was involved in working in the response, to
       15  Doug Blankenship.
       16             And he says, "Doug, If, as
       17  indicated by Yun Wang of BP, the PVT black
       18  oil tables I'm using are 'garbage,' I don't
       19  think it makes much sense for me to perform
       20  any further flow calculations using these
       21  tables."
       22             Did I read that correctly?
       23       A.     Yes, you -- yes, you did.
       24       Q.     Okay.  Do you remember telling
       25  Curtt Ammerman that the PVT data that the
00079:01  government had been provided was garbage?
       02       A.     No, I don't recall making that
       03  statement.
       04       Q.     Do you remember anyone at BP
       05  ever asking whether you made that statement?
       06       A.     No, I don't know.
```

Page 79:16 to 79:20

```
00079:16       Q.     (BY MS. ANDRE)  So, Mr. Wang,
       17  just to clarify, you don't remember ever
       18  speaking with Curtt Ammerman from the
       19  government?
       20       A.     No, I don't recall.
```

Page 81:01 to 81:06

```
00081:01       Q.     (BY MS. ANDRE)  I can.  What
       02  data was added to your knowledge of the
       03  Macondo fluid after May that would make you
       04  more confident in the equations of state that
       05  you were providing to your engineering
       06  colleagues?
```

Page 81:08 to 81:14

```
00081:08          A.     As I recall, we received more
      09  data as the -- the tests were completed
      10  and -- and I took consideration of -- of the
      11  new data, but I don't really remember exactly
      12  when a particular piece of data arrived to --
      13  to influence the -- the thinking of the -- of
      14  the model, whether it was May or June.
```

Page 82:01 to 82:06

```
00082:01          Q.     (BY MS. ANDRE)  Yeah, I'll mark
      02  it 9732.  And, I'm sorry, that's a June 11th
      03  e-mail from Kate Baker to Curtt Ammerman, Ron
      04  Dykhuizen, and other representatives from
      05  Lawrence Livermore and Los Alamos National
      06  Labs.  And then 127 we'll mark as 9733.
```

Page 82:18 to 82:21

```
00082:18          Q.     Ah, it's labeled "PVT - Lookup
      19  Table."  Perhaps that's different.  Is this a
      20  black oil table?
      21          A.     That's a black oil table.
```

Page 83:01 to 83:07

```
00083:01          Q.     Okay.  Do you recognize the
      02  attachment to this July 11th e-mail?
      03          A.     I remember seeing this before.
      04          Q.     What is it?
      05          A.     The attachment in this
      06  particular e-mail is a set of PVT tables for
      07  generating in the PVT for Prosper model.
```

Page 83:13 to 84:01

```
00083:13  It's a June 11th e-mail.
      14          Q.     (BY MS. ANDRE)  Did you -- the
      15  e-mail reads, "Here, kindness of Tony Liao
      16  and Yun Wang, are the more extensive tables
      17  requested by Curtt."  Did you help Mr. Liao
      18  create these tables?
      19          A.     Yes, I did.
      20          Q.     Okay.  When did -- when were
      21  these tables created?
      22          A.     I don't remember exactly the
      23  date.  The file says a particular date has a
      24  name -- the file name has a particular date
      25  on it.  So maybe that's the time, but I don't
00084:01  remember exactly.
```

Page 84:20 to 85:19

```
00084:20        Q.      (BY MS. ANDRE)  Okay.  So I'm
     21  going to put this away, but I want you to go
     22  ahead and turn to the tab there that you have
     23  open, 127, ending in 4241 and is
     24  Exhibit 9733.  Do you recognize this e-mail?
     25  You're not on it, but you may have reviewed
00085:01  it in anticipation of the deposition today.
     02        A.      Can I take a look first?
     03        Q.      Of course.
     04        A.      I don't remember, but I do note
     05  that the -- the last e-mail from Kate Baker
     06  was -- was copied to me.
     07        Q.      Okay.  So at the bottom of this
     08  note the last e-mail included is the one from
     09  Kate Baker to the government representatives
     10  that we had just been looking at in the
     11  previous exhibit, and I'm just going to read
     12  a little bit more of it.  It says, You now
     13  have the properties for 40-degree temperature
     14  increments from 40 to 240 degrees and the gas
     15  densities.  Please note that we have not
     16  provided gas property information above the
     17  bubble point as the physical meaning of such
     18  values is questionable.
     19                Did I read that correctly?
```

Page 85:21 to 86:08

```
00085:21        A.      Yes.
     22        Q.      (BY MS. ANDRE)  Okay.  And then
     23  the e-mail -- the next e-mail up from Kate
     24  Baker to Bob Merrill says, "Bob:  Are you
     25  using the most recent black oil tables?  Does
00086:01  it matter?"  Did I read that correctly?
     02        A.      Yes.
     03        Q.      And then Bob Merrill responds,
     04  "These are hugely different.  Yes, it
     05  matters!  It will impact my previous
     06  calculations, too."  Did I read that
     07  correctly?
     08        A.      Yes.
```

Page 86:16 to 86:20

```
00086:16        Q.      (BY MS. ANDRE)  Okay.  Okay.
     17  Are you aware of any black oil table or
     18  equation of state that was sent to the U.S.
     19  government after this June 11th, 2010 black
     20  oil table?
```

Page 86:22 to 87:01

```
00086:22        A.    No, I'm not aware.
     23         Q.    (BY MS. ANDRE)  So you never
     24 sent the equation of state that you were
     25 working on as you gained more data from the
00087:01 PVT labs to the government?
```

Page 87:03 to 87:03

```
00087:03        A.    I don't remember doing that.
```

Page 88:04 to 88:07

```
00088:04 This is previously marked 8598.
     05         Q.    (BY MS. ANDRE)  Do you recognize
     06 this e-mail from Jason LeBlanc to you on
     07 June 10th, 2010, Mr. Wang?
```

Page 88:10 to 88:11

```
00088:10        A.    Yes, I think I've seen this
     11 before.
```

Page 89:06 to 89:17

```
00089:06        Q.    I'm just wondering what it is.
     07         A.    Oh, yeah.  It's a table that
     08 contains the viscosity values Pencor measured
     09 under different pressures and temperatures.
     10         Q.    Okay.  And you received this
     11 attachment from Mr. LeBlanc on June 10th,
     12 2010, correct?
     13         A.    Yes, according to this e-mail,
     14 yes.
     15         Q.    Was this data included in the
     16 black oil table provided to the government on
     17 June 11, 2010?
```

Page 89:19 to 89:19

```
00089:19        A.    I don't remember.
```

Page 90:01 to 90:14

```
00090:01        A.    So you mean -- by folding you
     02 mean to include, to take into consideration?
     03         Q.    (BY MS. ANDRE)  Yes.
     04         A.    I was speaking to a general
     05 situation where you have substantial amount
     06 of data.  In this case if that's the only
     07 piece of data that we're looking at is
     08 viscosity and the inclusion of new viscosity
```

```
09   data in the fluid characterization model has
10   no effect on the prediction of other fluid
11   properties, because, as I pointed out,
12   viscosities are predicted from -- calculated
13   from correlations rather than equation of
14   states.
```

Page 90:17 to 90:22

```
00090:17   It's previously marked Exhibit 8583.  It's
      18   the Pencor PVT report for bottom hole sample
      19   53, and it was provided to you on June 10th,
      20   2010.  Was the data in this report included
      21   in the black oil table provided to the
      22   government on June 11th, 2010?
```

Page 91:10 to 91:15

```
00091:10       Q.    Okay.  If you could please turn
      11   to the next tab, please, Tab 75.  It's been
      12   previously marked as 8584.  It's an e-mail
      13   from Mr. LeBlanc to Kelly McAughan, dated
      14   June 9th, 2010, and it's the final PVT report
      15   for Macondo bottom hole sample 19.
```

Page 91:17 to 91:22

```
00091:17   MS. ANDRE:  June 29th.
      18       Q.    (BY MS. ANDRE) So have you seen
      19   this report before?
      20       A.    Can I just look, please?
      21       Q.    Absolutely.
      22       A.    Yes, it looks familiar.
```

Page 92:05 to 92:08

```
00092:05       Q.    (BY MS. ANDRE)  To your
      06   knowledge, were the black oil tables provided
      07   to the government updated to include this
      08   data?
```

Page 92:10 to 92:18

```
00092:10       A.    Which black -- which black oil
      11   table?
      12       Q.    (BY MS. ANDRE)  Sorry, the
      13   one -- the one we've already discussed, but
      14   I'm just wondering if at any time you were
      15   aware that the black oil tables that you
      16   worked on with Mr. Liao, whether or not they
      17   were updated using this data and provided to
      18   the government.
```

Page 92:22 to 93:12

```
00092:22         A.      Again, I don't remember.  But if
      23    that date was June 11th and this was
      24    June 29th, then it would be after.
      25         Q.      (BY MS. ANDRE)  Okay.  There is
00093:01    a handout that Ms. Engel is providing to
      02    everyone with the Bates ending 7239 that
      03    we'll mark as 9734.  It's a June 11th, 2010
      04    e-mail from Edmond Shtepani of Intertek,
      05    S-h-t-e-p-a-n-i, to you, Mr. Wang, called
      06    "MST report."  Please take a minute to look
      07    through this.
      08         A.      Okay.
      09                 Okay.
      10         Q.      Okay.  So these attachments are
      11    entitled "Main PVT Results" and "Multi-Stage
      12    Separator Test," correct?
```

Page 93:14 to 94:11

```
00093:14         A.      I'm not sure what the titles are
      15    exactly of the report.
      16         Q.      (BY MS. ANDRE)  Okay.  Well, at
      17    the top of the second page of the first
      18    attachment it says, Summary -- oh, you're
      19    right, of Main PVT reports.  And then the
      20    second report is called "Multi-Stage
      21    Separator Test."  I'm just wondering if these
      22    were reports that you reviewed in preparation
      23    for your deposition.
      24         A.      They look -- they look familiar.
      25         Q.      Okay.
00094:01         A.      At some point I have -- I think
      02    I have reviewed.
      03         Q.      Are you -- did you use the data
      04    provided in these reports for your Macondo
      05    EoS work?
      06         A.      As far as I remember, the data
      07    from Intertek was also taken into
      08    consideration.
      09         Q.      Okay.  Was this data included in
      10    the black oil tables provided to the
      11    government on June 11th, 2010?
```

Page 94:14 to 94:14

```
00094:14         A.      No, I -- I don't remember.
```

Page 95:01 to 95:07

```
00095:01    We're going to mark this one as 9735.  It's
```

```
02   an e-mail that you're not actually on from
03   Steve Carmichael to Theresa Elizondo and
04   Chris Cecil, cc'd to a couple other people,
05   dated June 7th, 2010.  Have you ever seen
06   this e-mail before?
07        A.   No, I don't recall.
```

Page 95:10 to 95:13

```
00095:10  "GOR calculations for June 4.xls."  Would you
      11  mind turning to the attachment, please.
      12            Have you -- have you ever
      13  seen -- yeah, have you ever seen this ex- --
```

Page 95:16 to 95:18

```
00095:16  Have you ever seen this
      17  attachment before?
      18        A.   No, I don't remember, no.
```

Page 95:22 to 95:25

```
00095:22        Q.   Okay.  So if you've never seen
      23  this before, it probably was not included in
      24  the June 11th black oil table that was
      25  provided to the government?
```

Page 96:02 to 96:17

```
00096:02        A.   Again, I don't remember seeing
      03  this report.
      04        Q.   (BY MS. ANDRE)  Okay.  Do you
      05  know who Chris Cecil is?
      06        A.   Yes.
      07        Q.   Have you -- did you work with
      08  him on the Macondo project at all?
      09        A.   Both of us worked in the same
      10  group led by Mike Mason.
      11        Q.   So you worked in the group led
      12  by Mike Mason?
      13        A.   For the Macondo response effort.
      14        Q.   Okay.  Did the group have a
      15  title?
      16        A.   If there is one, I don't
      17  remember.
```

Page 97:01 to 98:17

```
00097:01        Q.   (BY MS. ANDRE)  Who else was in
      02  Mike Mason's group?
      03        A.   As far as I can remember, we had
      04  Dr. Tony Liao, we had Mr. Simon Bishop.
```

```
05  There might be others, but that -- I can't --
06  can't remember.
07        Q.     What was the purpose of the
08  group?
09        A.     I really don't know because my
10  role was to provide fluid properties to
11  engineers, whoever needed the -- the -- the
12  fluid properties for their -- for their
13  modeling efforts.
14        Q.     Did you provide the fluid
15  properties to anyone outside the Mike Mason
16  group?
17        A.     Yes.
18        Q.     Who?
19        A.     I think I said previously that I
20  provided my model equation of state to --
21  discretion model to engineers such as Farah
22  Saidi, Tim Lockett.  There might be others
23  that I can't think of off the top of my head,
24  but I don't know what -- whether they belong
25  to the same group.  I -- I guess not, but...
00098:01        Q.     Okay.  Do you remember when you
02  first sent Farah Saidi fluid properties,
03  approximately?
04        A.     It was very early on, very early
05  on, that -- that I can remember.  Not too
06  long after the -- the incident.
07        Q.     Okay.  Could you turn to
08  Tab 102, please?  It'll be Exhibit 9736.  All
09  right.
10               This is an e-mail string that I
11  don't believe you're on, but it's from Chris
12  Matice at Stress Engineering to Farah Saidi,
13  Norm McMullen, and Richard Simpson, and
14  it's -- the subject of the top one is
15  "Updated GOR:  Definition of 80/20 case."
16  Have you seen this e-mail before?
17        A.     No, it doesn't look familiar.
```

Page 98:24 to 99:05

```
00098:24        Q.     Do you remember providing Farah
25  Saidi with Macondo fluid information before
00099:01  May 5th, 2010?
02        A.     I remember seeing e-mails,
03  e-mail requests from Farah, Ms. Farah Saidi,
04  before -- before that date, sometime in
05  April.
```

Page 99:13 to 99:17

```
00099:13        Q.     Okay.  So in this e-mail, it's
14  an exchange back and forth between Mr. Matice
15  from Stress Engineering and BP about work
```

```
16  that they were doing; is that a fair
17  description?
```

Page 99:20 to 100:02

```
00099:20      A.    I -- I'd say looks like, yeah,
   21  that's...
   22      Q.    (BY MS. ANDRE)  I'm wondering
   23  about on the second page there, the e-mail in
   24  the middle of the page Bates ending 7443 from
   25  Farah Saidi to Dan Stoltz and Norm McMullen
00100:01  that says, "Definition of 80/20 case" and
   02  lists a GOR or G-O-R of 1346.5 Scf per stb.
```

Page 100:07 to 100:08

```
00100:07      Q.    Is that a number you provided
   08  her?
```

Page 100:10 to 100:10

```
00100:10      A.    No, I don't -- I don't think so.
```

Page 100:23 to 101:01

```
00100:23      Q.    (BY MS. ANDRE)  And we'll mark
   24  Tab 49 as 9737.  It's an e-mail chain from
   25  Mike Mason to Kate Baker, Tony Liao, Chris
00101:01  Cecil, and Yun Wang on June 11th, 2010.
```

Page 104:03 to 104:25

```
00104:03  turn to Tab 58, please?  We're going to mark
   04  it as Exhibit 9738, and it's an e-mail
   05  from -- chain between Theresa Elizondo,
   06  yourself, and Grace Cooling and a couple
   07  other BP employees, including Maria Nass,
   08  Farah Saidi, Tony Liao, and Bob Merrill from
   09  June 24th, 2010.
   10      A.    Okay.
   11      Q.    Do you recognize this e-mail?
   12      A.    Yes.  Can I just read through
   13  it?
   14      Q.    Yes.  And I -- the state of the
   15  attachment is a little bit difficult.  It was
   16  provided in this form, but I do apologize
   17  for -- feel free to take your time and look
   18  through it.  And as for the attachment, I
   19  won't be asking you about the content.  I
   20  just want to ask you what it is.
   21      A.    Okay.
   22      Q.    Okay.  So the attachment title
```

```
23   that is listed on the first e-mail here is
24   Preliminary_EOS_For_OLGA_0624110.  Do you
25   recognize it?
```

Page 105:02 to 106:11

```
00105:02       A.      Yes, that -- it looks familiar.
      03       Q.      (BY MS. ANDRE)  Is it an EoS
      04   that you created?
      05       A.      Yeah, I would think so.  Without
      06   going through all these detail numbers --
      07       Q.      Okay.
      08       A.      -- that would be a -- that would
      09   be...
      10       Q.      Okay.  And in the e-mail below
      11   that first one, it's from you to Maria Nass
      12   and a variety of other BP employees.
      13            You say about halfway down the
      14   e-mail, "For OLGA models, use the attached
      15   PVTSim database file to generate OLGA PVT
      16   tables directly."
      17            And then it says, "For PROSPER
      18   models, I've already generated black oil
      19   tables for Tony."
      20            Did I read that correctly?
      21       A.      Yes.
      22       Q.      What is the difference between
      23   EoS -- EoSs created for OLGA and those
      24   created for PROSPER?
      25       A.      The equation of state fluid
00106:01   characterization model that I built and that
      02   was subsequently used to generate these
      03   different tables is the same one.
      04       Q.      Okay.  So they're not different.
      05   Different format?
      06       A.      They have -- they -- the model
      07   has to be input in different tools in order
      08   to generate the PVT tables, the different
      09   tools used.  So, yes, a different format.
      10       Q.      Okay.  To your knowledge, was
      11   this ever provided to the government?
```

Page 106:14 to 106:14

```
00106:14       A.      I don't know.
```

Page 106:19 to 106:23

```
00106:19       Q.      (BY MS. ANDRE)  It's a two-page
      20   e-mail chain between Yun Wang and Tony Liao,
      21   Trevor Hill, Tim Lockett, and Farah Saidi,
      22   entitled "Fluid properties."  And we'll mark
      23   this as 9739.
```

Page 109:10 to 109:11

00109:10   MS. ANDRE:  Thank you.  We'll mark it
      11   as 9740.


Page 109:21 to 109:22

00109:21   actually looks more like an EoS.  And we'll
      22   mark it as 9741.


Page 111:02 to 111:03

00111:02   MS. ANDRE:  Yep, it's Tab 149.  We'll
      03   mark it as 9742.


Page 111:07 to 112:08

00111:07        Q.     And just, again, to be clear, I
      08   don't want you to talk at all about what's
      09   under this redacted block, to the extent that
      10   you remember it.  I just want to ask some
      11   very discrete questions about the text that's
      12   not redacted, all right?
      13        A.     Okay.
      14        Q.     So this is an October 3rd e-mail
      15   from Farah Saidi to you.  Tim Lockett is
      16   cc'd.
      17        A.     You mean October 13th?
      18        Q.     Yes, thank you.  And the e-mail
      19   under it is from September 28th, 2010 from
      20   you to Farah Saidi, and in it you say, Farah,
      21   I don't really know, but try this to see if
      22   it fares any better, and there is an attached
      23   file.
      24             In the first e-mail, the
      25   October 13th e-mail you say -- or Farah says
00112:01   to you, "Yun, As I said already this one
      02   works.  Can you tell me what the difference
      03   between this one and the one you provided in
      04   May is?"  First, I want to ask if the
      05   attachments to the middle e-mail, what you
      06   sent Farah Saidi, which is called
      07   "Farah_Question.fdb" was an equation of
      08   state?


Page 112:10 to 112:12

00112:10        A.     I'm not certain, but looking at
      11   the file extension name, it looks like a
      12   PVTsim database file.

Page 114:08 to 114:11

```
00114:08  turn to Tab 113.  We will mark this as 9743.
      09  It is a very brief e-mail from yourself to
      10  Chris Cecil on June 7th, 2010 that just says,
      11  "Accepted:  Macondo GOR Session."  And I just
```

Page 114:18 to 115:02

```
00114:18        Q.    Okay.  Do you remember any
      19  discussion generally between yourself and
      20  other people at BP about what the GOR -- what
      21  GOR should be used in your EoS?
      22        A.    In my EoS model I -- I made the
      23  judgment, you know, what data to -- to take
      24  into consideration and -- and I would include
      25  GOR, so...
00115:01        Q.    How did you decide on a GOR for
      02  your final EoS for the Macondo project?
```

Page 115:07 to 115:14

```
00115:07        Q.    (BY MS. ANDRE)  Sure.  You said
      08  that you made judgments about what data to
      09  use for GOR inputs into your equation of
      10  state, and I'm just wondering what -- I'm
      11  asking you to talk a little bit more about
      12  what judgments you made and how you came to
      13  your conclusions about what GOR to use.
      14        A.    Right.
```

Page 115:16 to 115:23

```
00115:16        A.    (Continuing)  So the judgment
      17  was that all the valid PVT data from -- from
      18  the three laboratories need -- needed to be
      19  taken into account when building an equation
      20  of state fluid characterization model so that
      21  you can model -- the equation of state
      22  description model is appropriately calibrated
      23  with with the consistent data that we have.
```

Page 116:09 to 116:17

```
00116:09        Q.    (BY MS. ANDRE)  So all three of
      10  the PVT labs:- Schlumberger, Pencor, and
      11  Intertek -- did some sort of GOR
      12  measurements; is that correct?
      13        A.    Yes, all three laboratories
      14  measured single stage -- single stage flash
      15  GOR.
      16        Q.    Did all three do multistage
      17  flash GOR?
```

Page 116:19 to 118:10

```
00116:19        A.      As far as I remember, yes, but
     20  we can check with the reports.
     21        Q.      (BY MS. ANDRE)  If you could
     22  turn to Tab 66, please, in the first binder.
     23  We're mod- -- we'll mark this as
     24  Exhibit 9744, please.
     25        MR. CASEY:  66.
00117:01             66?
     02        MS. ANDRE:  66.  Should be an e-mail --
     03        MR. CASEY:  Okay.
     04        MS. ANDRE:  -- from Keyur Shah to a
     05  variety of BP employees, not including
     06  yourself.
     07        Q.      (BY MS. ANDRE)  But it appears
     08  to be a summary of the data corrected by --
     09  collected by all three labs.  So we thought
     10  it might be an easy way to discuss it.  And
     11  do also look at the attachment, which is
     12  where all the data is listed.
     13        A.      Okay.
     14        Q.      It's just a single page.
     15             Just so you know, I'm only going
     16  to ask you about the attachment.  Instead of
     17  a single page, it is actually front and back,
     18  though the tables appear to be identical.
     19  Though they probably aren't.  They are
     20  highlighted in yellow.  If you could just
     21  peek at the front page, I have a couple
     22  questions about the GOR values listed.
     23        A.      Okay.
     24        Q.      So this appears to be a
     25  compilation of data collected by Pencor,
00118:01  Schlumberger, and Intertek.  Have you ever
     02  seen this table before?
     03        A.      Yeah, I remember seeing this
     04  table.
     05        Q.      Okay.  So in it it lists the
     06  GORs measured by each company when they did
     07  it based on single stage flash and separator
     08  test.  Now, when they say separator test, is
     09  that synonymous with a multistage -- or a
     10  multistage separator?
```

Page 118:14 to 118:18

```
00118:14        A.      Yes, they are -- they are the
     15  same test.
     16        Q.      (BY MS. ANDRE)  So separator
     17  test is a synonym for a multistage separator
     18  test?
```

Page 118:20 to 119:01

```
00118:20      A.    Yes.
     21       Q.    (BY MS. ANDRE)  Okay.  So in
     22  this I just want to read out the GOR values
     23  that these labs found based on the -- their
     24  analysis of the Macondo fluid.  Pencor for
     25  its single stage flash found GORs of 2810,
00119:01  3,056, 2,890.  Did I read that correctly?
```

Page 119:03 to 119:09

```
00119:03      A.    So you're reading the second
     04  column?
     05       Q.    (BY MS. ANDRE)  Yes.
     06       A.    Yes.
     07       Q.    Okay.  Schlumberger found GORs
     08  based on single stage flash of 2,945, 3,096,
     09  2,994; is that correct?
```

Page 119:11 to 119:14

```
00119:11      A.    Yes.
     12       Q.    (BY MS. ANDRE)  And Intertek
     13  found a single stage flash GOR of 2,831; did
     14  I read that correctly?
```

Page 119:16 to 119:23

```
00119:16      A.    Yes.
     17       Q.    (BY MS. ANDRE)  Okay.  Now, it
     18  appears from this document that all three
     19  labs also performed multistage separator
     20  tests -- or separator tests, and I'm just
     21  going to read those out briefly.  Pencor
     22  based on their separator tests found GOR of
     23  2,554 and 2,485, correct?
```

Page 119:25 to 120:04

```
00119:25      A.    Yes, of these two.
00120:01      Q.    (BY MS. ANDRE)  Okay.  And then
     02  Schlumberger found one GOR based on a
     03  separator test of 2,442.  Did I read that
     04  correctly?
```

Page 120:06 to 120:09

```
00120:06      A.    Yes.
     07       Q.    (BY MS. ANDRE)  And Westport
     08  found a GOR based on a separator test of
```

```
        09  2,747; is that correct?
```

Page 120:11 to 120:11

```
00120:11        A.     Yes.
```

Page 121:09 to 121:09

```
00121:09  Exhibit 9730 --
```

Page 121:11 to 121:15

```
00121:11        Q.     (BY MS. ANDRE)  -- which is the
        12  one that you have -- Farah Saidi cited in an
        13  e-mail to several government representatives
        14  says that the GOR is 2,000 -- or 3,000.  Am I
        15  reading that correctly?
```

Page 121:18 to 121:23

```
00121:18        A.     Yeah, that's consistent with --
        19  with this e-mail.
        20        Q.     (BY MS. ANDRE)  And earlier you
        21  said and based on reading this e-mail that
        22  you thought that that GOR had been collected
        23  by Pencor from their on-site mobile lab.
```

Page 122:24 to 122:25

```
00122:24        A.     Yes.  I was making reference to
        25  this e-mail.
```

Page 124:06 to 124:10

```
00124:06        Q.     They are different GORs.  So if
        07  we -- if all of these labs were collecting
        08  all of these different GORs and providing
        09  them back to you, why was only one provided
        10  to the United States?
```

Page 124:13 to 124:13

```
00124:13        A.     I don't know.
```

Page 124:16 to 124:17

```
00124:16  please?  I'm going to mark this as
        17  Exhibit 9745.  Do you recognize this e-mail?
```

Page 124:24 to 125:05

```
00124:24        Q.     (BY MS. ANDRE)  Do you recognize
     25  this e-mail?
00125:01        A.     I think I've seen this before.
     02        Q.     Okay.  For the record, it's an
     03  e-mail chain between Kelly McAughan and Yun
     04  Wang.  Is -- did you work with Ms. McAughan
     05  during the Macondo project?
```

Page 125:08 to 126:06

```
00125:08        Q.     (BY MS. ANDRE)  Okay.  The third
     09  e-mail from the top is from Kelly McAughan to
     10  you on Thursday, July 22nd, 2010, and it
     11  says, "Yun, See my phrasing below.  I wanted
     12  to make sure I documented all the tests we
     13  conducted at the different labs.  Once again
     14  I appreciate you helping me.  I don't want to
     15  leave anything out."
     16             And then there is a paragraph in
     17  italics that says -- the last sentence of
     18  which is, "Below is a summary of the results
     19  conducted by the labs at different sample
     20  depths.  Full PVT reports are available upon
     21  request."
     22             Did I read that correctly?
     23        A.     Were you just reading the last
     24  sentence; is that --
     25        Q.     Yes.
00126:01        A.     Okay.  Yes.
     02        Q.     Do you know who this message was
     03  sent to?  And by "this message," I mean this
     04  paragraph in italics that Kelly was talking
     05  to you about, Ms. McAughan was talking to you
     06  about.
```

Page 126:22 to 126:25

```
00126:22        Q.     (BY MS. ANDRE)  Okay.  Of the
     23  three labs performing PVT analysis on Macondo
     24  fluid, was there one that BP considered most
     25  reliable?
```

Page 127:03 to 127:13

```
00127:03        A.     I think all the labs, the three
     04  labs are capable of producing quality lab
     05  analysis, lab tests covering the -- the
     06  reservoir fluids PVT area.
     07        Q.     (BY MS. ANDRE)  Okay.  Are there
     08  any in your personal capacity that you prefer
     09  working with?
```

```
        10  MR. CASEY:  In his personal capacity?
        11      Q.    (BY MS. ANDRE)  Yeah, just based
        12  on your experience with them at BP and at
        13  ARCO.
```

Page 127:15 to 127:21

```
00127:15        A.    Pencor is the laboratory that we
        16  have the most experience working with.
        17      Q.    (BY MS. ANDRE)  And for the
        18  Macondo project, they're the lab that was
        19  contracted with first to do PVT analysis,
        20  correct?
        21      A.    As far as I remember, yes.
```

Page 127:24 to 128:04

```
00127:24  Exhibit 9746.  It's an e-mail string between
        25  Chris Cecil, Theresa Elizondo, Grace Cooling,
00128:01  Yun Wang, and Kate Baker, Mike Mason, and a
        02  couple other BP employees, dated June 7th,
        03  2010.
        04      A.    Okay.
```

Page 128:14 to 129:02

```
00128:14  And it says, Theresa, we are
        15  attempting to establish the basis for GORs
        16  which we are -- which are currently being
        17  reported in the range of 1,912 scf/stb.
        18  Did I read that correctly?
        19      A.    Yes.
        20      Q.    And then the e-mail above it is
        21  from Kate Baker to Chris Cecil, Theresa
        22  Elizondo, Grace Cooling, and yourself, with a
        23  couple other BP employees cc'd, and the
        24  subject is "RE:  URGENT REQUEST:  Reporting
        25  of Enterprise GORs."
00129:01            Did I read that correctly?
        02      A.    Yes.
```

Page 129:25 to 130:06

```
00129:25      Q.    (BY MS. ANDRE)  Thank you.  You
00130:01  did not include in your equation of state the
        02  GORs measured from the Enterprise, correct?
        03      A.    No, I did not, because the GORs
        04  you measured on the collection vessel are the
        05  producing GORs what we used.  They're not the
        06  solution GORs.
```

Page 130:14 to 131:02

```
00130:14   turn to Tab 46, please, the next tab?  I'll
      15   mark it 9747.  It's an e-mail with an
      16   attachment that you were included on.  Please
      17   take a minute if you need to refresh your
      18   memory about the contents of the attachment.
      19   I'm only going to have a question for you
      20   that's about Page 1.
      21          Do you recognize this document?
      22       A.    Sorry, the technical note,
      23   that's the attachment?
      24       Q.    Yes, it is.
      25       A.    Okay.  I don't remember the
00131:01   e-mail, but, again, my name was on it, but I
      02   remember seeing a version of the note.
```

Page 133:06 to 133:20

```
00133:06       Q.    (BY MS. ANDRE)  This is an
      07   e-mail from Farah Saidi to Christopher Roth,
      08   e-mail chain and Todd Blanchard.  Do you know
      09   who Christopher Roth is?
      10       A.    No, I don't.
      11       Q.    Okay.  How about Todd Blanchard?
      12       A.    I'm not sure whether I do or
      13   not.
      14       Q.    Okay.  Well, I'm just curious
      15   about the second e-mail in the chain here
      16   from Christopher Roth to Farah Saidi on
      17   May 11th, 2010, and it says, "Farah, Based on
      18   the last well test, the separator GOR is 1687
      19   scf per barrel, bbl."  Did I read that
      20   correctly?
```

Page 133:24 to 133:24

```
00133:24       Q.    Oh, and this is Exhibit 9748.
```

Page 134:13 to 135:18

```
00134:13       Q.    Okay.  If you could turn to the
      14   next tab, please, Tab 107.  I'm going the
      15   mark this as 9749.  And it's an e-mail from
      16   William Burch to someone called
      17   drillbenchsupport@sptgroup.com, but cc's Kurt
      18   Mix and the subject is "Clarification of GOR
      19   model in OLGA-ABC."  Now, you're not on this
      20   e-mail, and I -- but I want to ask you about
      21   the table on the front page, if I could.  Do
      22   you recognize this table?
      23       A.    Can I read through?
      24       Q.    (Nodding head.)
      25       A.    Thank you.
00135:01       Q.    And I'm not going to ask you
```

```
02  anything about the content of the remaining
03  pages there.
04        A.      Only the table?
05        Q.      Only the table.
06        A.      Okay.
07        Q.      And the paragraph explaining the
08  table.  Have you seen this table before?
09        A.      No.
10        Q.      Okay.  So this e-mail just
11  reads, I've "run the model with the BP PVT
12  file you included using the original OLGA exe
13  file and still get a GOR less than 3000 with
14  the 3,650 psi backpressure."  Did I read that
15  correctly?
16        A.      Yeah, for the most part.  I
17  can't figure out exactly what these symbols
18  are.
```

Page 137:15 to 137:17

```
00137:15       Q.      (BY MS. ANDRE)  Okay.  How did
      16  BP calculate shrinkage for the Macondo well
      17  fluid?
```

Page 137:22 to 138:01

```
00137:22       Q.      (BY MS. ANDRE)  Sure.  I'm
      23  wondering how BP calculated the difference
      24  between volume at reservoir temperature and
      25  pressure and ambient temperature and
00138:01  pressure.
```

Page 138:03 to 138:11

```
00138:03       A.      I'm not sure I can answer that
      04  question because there are so many processes
      05  that -- different processes you can go
      06  through from subsurface to -- to surface, and
      07  the shrinkage will be different, depending on
      08  the process.
      09        Q.      (BY MS. ANDRE)  Okay.  So as
      10  with GOR, you can get many different
      11  shrinkages for the same system?
```

Page 138:13 to 138:21

```
00138:13       A.      For the same original reservoir
      14  fluid composition, yes, if your processes by
      15  which you take the hydrocarbon fluid from the
      16  reservoir to the surface.  If the processes
      17  or the path are different, then you will get
      18  different shrinkage values.
      19        Q.      (BY MS. ANDRE)  What shrinkage
```

```
          20   value did you use in your equation of state
          21   for the Macondo project?
```

Page 138:23 to 139:04

```
00138:23         A.      To calibrate the equation of
          24   state fluid characterization model that I
          25   built I used the formation volume factors
00139:01   from three different labs.
          02         Q.      (BY MS. ANDRE)  From Pencor,
          03   Schlumberger, and Intertek?
          04         A.      Correct.
```

Page 139:16 to 139:19

```
00139:16   Tab 65, please?  We're going to mark this as
          17   9750.  Here we go.  This is an e-mail from
          18   Kelly McAughan to yourself on July 20th,
          19   2010.  Do you recognize this e-mail?
```

Page 139:23 to 140:05

```
00139:23         Q.      Okay.  I just want you to help
          24   break down this sentence -- first sentence of
          25   the e-mail.  It says, "One quick question on
00140:01   your last average properties list you had Bo
          02   at Psat at 2.538."  Did I read that
          03   correctly?
          04         A.      Yes.
          05         Q.      Is that an FVF value?
```

Page 140:07 to 140:09

```
00140:07         Q.      (BY MS. ANDRE)  I meant 2.538.
          08         A.      And just looking at this e-mail,
          09   that appears to be the F -- the F value.
```

Page 140:20 to 141:04

```
00140:20         Q.      (BY MS. ANDRE)  We're going to
          21   mark this as 9751.  So this is actually an
          22   internal Schlumberger document discussing
          23   shrinkage factors observed on the inter- --
          24   or the Q4000, I believe, with one of the
          25   meters on their vessel.  So I don't expect
00141:01   that you've seen it before, but I was
          02   wondering if anyone at BP ever discussed with
          03   you a shrinkage factor as low as .92 for the
          04   Macondo fluid.
```

Page 141:06 to 141:10

```
00141:06      A.     No, I don't remember.
      07      Q.     (BY MS. ANDRE)  Do you have any
      08 reason to believe that the .92 shrinkage
      09 factor would be reasonable for the Macondo
      10 system?
```

Page 141:14 to 141:16

```
00141:14      A.     I don't know.  I don't have
      15 enough information to -- to draw any
      16 conclusion.
```

Page 141:23 to 142:06

```
00141:23      Q.     (BY MS. ANDRE)  Okay.  So -- so
      24 I want to the talk in -- just a little more
      25 generally about the Macondo system and the
00142:01 Macondo fluids.  There are a lot of e-mails
      02 describing it as odd or unusual and so I just
      03 want to go through a couple of them, but as a
      04 first question, what did you think based on
      05 your professional experience?  How would you
      06 describe the Macondo fluid?
```

Page 142:09 to 142:12

```
00142:09      A.     Could you clarify in what
      10 aspect?
      11      Q.     (BY MS. ANDRE)  Was it unusual
      12 in any way?
```

Page 142:15 to 142:18

```
00142:15      A.     I think from my experience it's
      16 fair to say that every reservoir fluid is
      17 unique, and I don't think Macondo is any
      18 different.
```

Page 142:20 to 142:21

```
00142:20 turn to Tab 93, please?  This has previously
      21 been marked 8702.
```

Page 143:02 to 143:11

```
00143:02      Q.     (BY MS. ANDRE)  Okay.  So it's
      03 an e-mail from David Epps to Jason LeBlanc at
      04 Pencor on Friday, April 30th, 2010 that says,
      05 "thanks Jason, seems like the fluid behavior
      06 near the critical point is not something most
      07 of us are used to working with."  So I guess
      08 I'm specifically interested in if there was
```

```
09  anything unusual about how the fluid behaved
10  in the Macondo well when it neared its
11  critical point.
```

Page 144:03 to 144:14

```
00144:03      Q.    (BY MS. ANDRE)  Can you define
04  critical point for me?
05      A.    Okay.  Critical point, to my
06  knowledge, is -- is a point at which the
07  distinction between the more dense phase,
08  that would be the liquid phase, and the less
09  dense phase, that would be the vapor phase,
10  the distinction between these two phases
11  becomes so small that -- that you practically
12  cannot observe.
13      Q.    So when a system is described as
14  a near critical system, what does that mean?
```

Page 144:16 to 145:08

```
00144:16      A.    I think it depends on which
17  indication you use to describe a so-called
18  near critical system.
19      Q.    (BY MS. ANDRE)  What do you mean
20  "which indication you use to describe a
21  so-called near critical system"?
22      A.    Okay.  So one indication is you
23  compare the reservoir temperature with the
24  critical temperature of the reservoir fluid,
25  and if these two temperatures are very close
00145:01  to each other or the difference between the
02  two is very small, then you say that you have
03  a near critical fluid.  That would be one
04  indication.
05      Q.    Was there anything unusual about
06  the Macondo fluid as it neared its critical
07  point, based on the definition you just
08  provided?
```

Page 146:01 to 146:13

```
00146:01      Q.    We'll mark this as 9752.  So
02  this is an e-mail from yourself to Tony Liao
03  on July 13th, 2010 that's sub -- that subject
04  reads "Phase Envelope..."  what is a phase
05  envelope?
06      A.    Phase envelope is the -- the
07  bond rate that separates the single phase
08  region from the two-phase region.
09      Q.    Do you recognize this e-mail?
10      A.    I don't remember the e-mail, but
11  I do recognize the -- the attachment.
```

```
          12        Q.     Okay.  So can I ask again what
          13    the critical point of the Macondo system was?
```

Page 146:15 to 146:21

```
00146:15        A.     The critical point of the
       16    Macondo fluid was not measured.
       17        Q.     (BY MS. ANDRE)  But based on
       18    this phase envelope that's attached to this
       19    e-mail, it suggests that the critical point
       20    is somewhere around 600 degrees Fahrenheit;
       21    is that correct?
```

Page 146:23 to 147:23

```
00146:23        A.     That is correct.  However, I
       24    need to point out that this was based on the
       25    equation -- equation of state fluid
00147:01    characterization models prediction.
       02        Q.     (BY MS. ANDRE)  Okay.
       03        A.     In other words, calculated
       04    value.
       05        Q.     Okay.  So --
       06        A.     That -- and that calculation --
       07    obviously, without actual data for
       08    calibration, that calculation is not what I
       09    would rely on.
       10        Q.     Okay.  So the critical point
       11    wasn't observed in the PVT labs, but
       12    calculated by you using your EoS?
       13        A.     U.S. model will give you a
       14    critical point prediction once you set up a
       15    model and once you try to use the model to
       16    map out a phase envelope, yes, it will
       17    produce a critical point.  But that point,
       18    again, is prediction.  That's not calibrated
       19    with any data.
       20        Q.     Okay.  So it's possible that the
       21    system could have other critical points or a
       22    different critical point not captured by this
       23    phase envelope?
```

Page 148:01 to 149:03

```
00148:01        A.     The actual critical point, which
       02    we don't know because we didn't measure,
       03    could be different.
       04        Q.     (BY MS. ANDRE)  Okay.  Can I ask
       05    what the two triangles are to the left of the
       06    critical point on the phase envelope?  In the
       07    key it just says "data."
       08        A.     Yes.  These, I would believe,
       09    are the two data points that we have, the two
```

```
10   different temperatures under which we have
11   saturation pressure measurements.
12          Q.     Could you define saturation
13   pressure, please?
14          A.     Sure.  Saturation pressure is a
15   pressure for a particular specified
16   temperature.  It is a pressure at which you
17   have -- you start to have two equilibrium
18   phases in coexistence.
19          Q.     Okay.  So could these triangles
20   also represent critical points?
21          A.     No.
22          Q.     Why not?
23          A.     Because critical point is a
24   point at which the distinction between the
25   two phases disappear; whereas, under any of
00149:01 these two points, you would see that you have
02   a liquid phase and you have a vapor phase and
03   they are very different.
```

Page 149:13 to 149:15

```
00149:13        Q.     (BY MS. ANDRE)  I'm asking heavy
14   crude -- would it be generally considered
15   heavy crude or light crude?
```

Page 149:17 to 150:12

```
00149:17        A.     I think it's appropriate to
18   characterize the Macondo original reservoir
19   fluid as a volatile crude.
20          Q.     (BY MS. ANDRE)  How would you
21   define volatile crude?
22          A.     As far as I know, there aren't
23   any strict definitions for a volatile crude,
24   but there are indications people use to
25   describe that term, and one indication would
00150:01 be that if the shrinkage or if the formation
02   volume factor for the single stage flash is
03   above a certain value, and I believe if it's
04   above 2, then it is appropriate to call the
05   fluid a -- the original reservoir fluid a
06   volatile crude.
07          Q.     So that's what you meant when
08   you said that the Macondo reservoir fluid was
09   volatile?
10          A.     Correct.
11          Q.     Okay.  So you wouldn't call it a
12   heavy crude or a light crude?
```

Page 150:14 to 150:21

```
00150:14        A.     Based on all the data, all the
```

```
15  indications that we have, the actual
16  measurements, I would not think that would be
17  a proper -- in other words, to characterize,
18  to call this particular reservoir fluid a
19  heavy crude.
20        Q.    (BY MS. ANDRE)  Was the Macondo
21  system a bubble point or dew point system?
```

Page 150:23 to 151:06

```
00150:23      A.    In my judgment, weighing all the
24  different pieces of evidence that we have
25  from the laboratories, Macondo system, the
00151:01  original reservoir fluid is a bubble point
02  system.
03        Q.    (BY MS. ANDRE)  Okay.  So you
04  had the three laboratories, and Pencor
05  described it as a dew point system; is that
06  correct?
```

Page 151:08 to 152:20

```
00151:08      A.    I'm aware that Pencor drew the
09  conclusion that this looked to be a dew point
10  system; however, I do want to point out that
11  Pencor themselves had reservations about that
12  conclusion.
13        Q.    (BY MS. ANDRE)  My understanding
14  was that Pencor couldn't see the first bubble
15  or the first dew drop, either way.  Can you
16  turn to Tab 131?  I think that this talks
17  about this issue.
18        MR. CASEY:  This one?
19        Q.    (BY MS. ANDRE)  Well, actually,
20  I'm sorry, go to 136 instead.  That's more on
21  point.
22            This is an e-mail from Jason
23  LeBlanc of Pencor to yourself, and Kelly
24  McAughan is cc'd on May 12th, 2010.  Have you
25  seen -- do you remember receiving this
00152:01  e-mail?
02        A.    Can I take a look first?
03        Q.    Uh-huh.  I'm only going to ask
04  about the e-mail, but you can look at the
05  attachment, also, if you'd like to know what
06  it is.  Mark this as 9753.
07            Okay.  So --
08        A.    Okay.
09        Q.    -- at the beginning of this
10  e-mail, Jason writes, "Yun, Attached is the
11  updated file.  I do still have it listed as a
12  preliminary file.  Please note as we have
13  discussed we are unable to visually see the
14  first drop of liquid or first bubble of gas
```

```
15  at the saturation pressure."
16          Did I read that correctly?
17  A.    Yes.
18  Q.    So you and Mr. LeBlanc discussed
19  whether or not the Macondo system was a
20  bubble point or dew point system?
```

Page 152:23 to 153:15

```
00152:23    A.    Yes, we did.
24          Q.    (BY MS. ANDRE)  Do -- do you
25  know how Pencor came to the final conclusion
00153:01 that it was a dew point system rather than a
02  bubble point system?
03          A.    I don't remember precisely, but
04  my impression is that they -- they measured
05  the -- the liquid drop-out in a constant
06  composition expansion, and as they measured
07  the -- the liquid drop-out, they saw as -- as
08  pressure increases too close to the
09  saturation pressure, they, according to their
10  visual measurement and observation, saw a
11  decrease of liquid drop-out.
12          Q.    Okay.  But it's your opinion
13  based on your experience and the other two
14  PVT lab reports that this was a bubble point
15  system?
```

Page 153:18 to 153:25

```
00153:18    A.    Yes, I drew the conclusion that
19  this Macondo original reservoir fluid was a
20  dew point system based on the many
21  indications, many pieces of data that we
22  have.
23          Q.    (BY MS. ANDRE)  Sorry, did you
24  mean bubble point system?
25          A.    That's what I meant.
```

Page 154:07 to 155:02

```
00154:07 What led you to believe that it
08  was a bubble point system?
09          A.    As I said, there were many
10  indications, many pieces of -- of data that
11  point to -- to the direction of a bubble
12  point system.  I can give you a few examples.
13          So you looked at the density,
14  the live fluid density under elevated
15  pressure and temperature, and there was a MDT
16  tool run done by Schlumberger.  From that run
17  they obtained static reservoir pressure data,
18  and from the static pressure data, they could
```

```
        19  infer that the gradient that those pressure
        20  points, the MDT static reservoir pressure
        21  points, indicate would give rise to a bubble
        22  point or a liquid system, single phase liquid
        23  system in -- under original reservoir
        24  conditions, and that would be just one, among
        25  many, indications that you can use to infer.
00155:01        Q.    Why does it matter if the system
        02  is bubble point or dew point?
```

Page 155:07 to 155:09

```
00155:07        Q.    (BY MS. ANDRE)  No problem.  Why
        08  does it matter if a system is bubble point or
        09  dew point?
```

Page 155:11 to 155:24

```
00155:11        A.    Yes.  So it matters because we
        12  needed to build an equation of state model,
        13  and, of course, we need -- we needed to
        14  calibrate the model, the fluid description
        15  model with PVT data, and in doing equation of
        16  state modeling, you have to identify which
        17  phase your original reservoir conditions are
        18  at in order to carry out calculations.
        19        Q.    (BY MS. ANDRE)  Do you have any
        20  opinion now, after seeing all of the other
        21  PVT data from Schlumberger and Intertek,
        22  perhaps what led Pencor to believe that it
        23  was a dew point system instead of a bubble
        24  point system?
```

Page 156:02 to 156:15

```
00156:02        A.    I don't want to speculate
        03  exactly the reasons why they drew that
        04  particular conclusion about this being a dew
        05  point system.
        06              But I do want to point out that
        07  it is a -- in the lab doing a constant
        08  composition expansion and as a result
        09  determining the saturation pressure, it is a
        10  visual observation; therefore, could be
        11  subject to interpretation.
        12        Q.    (BY MS. ANDRE)  Did BP personnel
        13  visit the Pencor labs while Pencor was
        14  performing PVT analysis on the Macondo well
        15  samples?
```

Page 156:17 to 156:23

```
00156:17        A.    I don't know.  I didn't visit,
```

```
18   but I don't know.
19        Q.     (BY MS. ANDRE)  Is it typical --
20   do you -- do you in your professional
21   capacity ever visit the PVT labs to watch
22   them conducting PVT analysis on fluid
23   samples?
```

Page 157:01 to 157:24

```
00157:01        A.     I have visited PVT laboratories,
02   in fact, all of those three on different
03   occasions.  I don't remember whether I
04   actually observed the -- this was before
05   Macondo -- observed an actual measurement.
06   Each lab has their different rules.  So I
07   don't -- I don't really know whether that's
08   something that they can accommodate.
09        Q.     (BY MS. ANDRE)  Did you visit
10   Intertek Labs during Intertek's PVT analysis
11   of the Macondo fluid?
12        A.     No, I don't remember visiting
13   there.
14        Q.     Did you watch video of the tests
15   that were being performed at the Intertek lab
16   on the Macondo fluid?
17        A.     No, I don't remember.
18        Q.     Could you turn to Tab 32,
19   please?  We'll mark this as 9754.  It's an
20   e-mail from you, Mr. Wang, to Edmond Shtepani
21   of Intertek, and Kelly McAughan, and the
22   subject is "RE:  Quote for Rush CCE Testing."
23   And I assume that CCE is constant composition
24   expansion.  Have you seen this e-mail before?
```

Page 158:03 to 158:06

```
00158:03        Q.     Okay.  So does this refresh your
04   recollection as to whether or not video was
05   taken at the Intertek Labs of the constant
06   composition expansion test?
```

Page 158:08 to 158:18

```
00158:08        A.     Yes, according to this e-mail
09   from Mr. Shtepani, dated May 20th, that --
10   that -- that appears to be the case, yes.
11        Q.     (BY MS. ANDRE)  Did you ever
12   watch the video?
13        A.     I don't remember watching that
14   video.
15        Q.     Okay.  Would this video have
16   been taken to try to observe what you'd
17   previously been discussing, whether or not
```

```
       18  the system was dew point or bubble point?
```

Page 158:21 to 159:07

```
00158:21        A.      Although I don't know exactly
       22  what they recorded, because I don't remember
       23  actually watching the video, that would be --
       24  I would -- I would say that would be what
       25  they were trying to do.
00159:01        Q.      (BY MS. ANDRE)  Okay.  All
       02  right.  Did you ever watch any of the PVT
       03  testing done on the Macondo samples at -- by
       04  Schlumberger?
       05        A.      Yes, I did.
       06        Q.      Okay.  What did you watch them
       07  do?
```

Page 159:09 to 160:06

```
00159:09        A.      I remember being there more than
       10  once.  I don't remember exactly what tests I
       11  witnessed, but I do remember being there for
       12  a constant composition expansion test.
       13        Q.      (BY MS. ANDRE)  Okay.  And did
       14  you observe during that constant composition
       15  test that the system was bubble point?
       16        A.      Based on my recollection, yes,
       17  although the visual observation was not easy.
       18        Q.      All right.  Why wasn't it easy?
       19        A.      It's a very small volume, small
       20  window to look through.  So to precisely
       21  identify what is going on inside that window,
       22  inside that cell is -- is challenging.
       23        Q.      Well, but you were satisfied
       24  based on your observation and the final PVT
       25  reports that you received that Macondo was a
00160:01  bubble point system?
       02        A.      Yes, and the visual indications
       03  actually go beyond the CCE test.
       04        Q.      What other visual indications
       05  can you observe to determine whether or not a
       06  system is bubble point or dew point?
```

Page 160:08 to 160:21

```
00160:08        A.      There was a -- a test done in
       09  Schlumberger to measure the asphaltene onset
       10  pressure.  And as part of that measurement,
       11  there was video recorded as the Macondo
       12  reservoir fluid, one of the samples, was
       13  undergoing isothermal depletion.
       14        Q.      (BY MS. ANDRE)  What's
       15  isothermal depletion?
```

```
16       A.      Isothermal depletion is a
17  process in which pressure is reduced while
18  temperature is maintained.
19       Q.      So you could observe the system
20  as bubble point or dew point based on the
21  pressure reduction?
```

Page 160:23 to 161:10

```
00160:23    A.      Based on the video images that I
    24  reviewed, I can say it -- these provided
    25  visual indications, strong visual indications
00161:01  consistent with the bubble point system.
    02       Q.      (BY MS. ANDRE)  Okay.  Why was
    03  Schlumberger testing the Macondo fluid for
    04  asphaltene?
    05       A.      Could you clarify?  There are
    06  different tests to understand asphaltene
    07  properties.
    08       Q.      Okay.  Why is it important to
    09  know whether or not a system will produce
    10  asphaltenes?
```

Page 161:13 to 162:04

```
00161:13    A.      So could you clarify, this is a
    14  general question?
    15       Q.      (BY MS. ANDRE)  Yes.
    16       A.      So not specific to Macondo?
    17       Q.      Nope.
    18       A.      So in a -- in a general
    19  situation, if your reservoir fluid, your
    20  original reservoir fluid, oil has asphaltene
    21  instability potential, then you will likely,
    22  not necessarily, but potentially run into
    23  problems in terms of flowing the fluid from
    24  subsurface to sub- -- to surface, because
    25  asphaltenes will flocculate and potentially
00162:01  block your flow path.
    02       Q.      So, then, related to the Macondo
    03  fluid, there was some asphaltene instability
    04  potential, correct?
```

Page 162:06 to 162:17

```
00162:06    A.      As far as I recall,
    07  Schlumberger's data indicated asphaltene
    08  onset pressure.  That means that during an
    09  isothermal depletion process, yes, you -- you
    10  have asphaltene instability.
    11       Q.      (BY MS. ANDRE)  Okay.  Did the
    12  asphaltene tests -- other than the visual
    13  bubble point observation that you described
```

```
14  earlier, did the asphaltene tests that
15  Schlumberger did inform your EoS modeling in
16  any way?
17       A.    No.
```

Page 162:25 to 163:02

```
00162:25  Did -- to your knowledge, did
00163:01  asphaltene have any impact on flow from the
      02  Macondo well?
```

Page 163:05 to 163:05

```
00163:05       A.    I -- I don't know.
```

Page 163:15 to 164:04

```
00163:15       Q.    (BY MS. ANDRE)  So Pencor,
      16  Schlumberger, and Intertek all did constant
      17  composition expansion analyses on the Macondo
      18  fluid, correct?
      19       A.    From what I remember, they all
      20  did constant composition expansion tests on
      21  the Macondo bottom hole sample.
      22       Q.    How did you take the results
      23  from their constant composition expansion
      24  tests and put it into your equation of state?
      25       A.    I need a bit of clarification.
00164:01  By put -- by putting into an equation of
      02  state, what exactly do you mean?
      03       Q.    A fluid's composition is an
      04  input for an equation of state, correct?
```

Page 164:06 to 164:14

```
00164:06       Q.    (BY MS. ANDRE)  The amount of
      07  C6, C12.
      08       A.    Yes, composition is one of the
      09  many parameters you need to input.
      10       Q.    Okay.  So I'm just wondering how
      11  you took all of the compositional data that
      12  the PVT labs provided to you and created a
      13  single composition for the Macondo fluid to
      14  insert into your equation of state.
```

Page 164:17 to 165:16

```
00164:17       A.    No, I don't think that
      18  characterization of putting into a single
      19  composition is accurate.  Although the
      20  compositions are largely consistent, as
      21  analyzed by different laboratories, there is
```

```
        22   a slight variation, because we do have
        23   samples from -- bottom hole samples from
        24   three different depth.
        25            So I believe those, as far as I
00165:01   remember, were taken into account when I
        02   built the equation of state fluid description
        03   model.
        04       Q.    (BY MS. ANDRE)  So when you say
        05   "taken into account," what does that mean?
        06       A.    As far as I remember, I took
        07   the -- for the same depth that we have data
        08   from three different laboratories, I
        09   essentially took the -- the average of the
        10   three --
        11       Q.    Okay.
        12       A.    -- when the three labs show
        13   consistent -- consistent results.
        14       Q.    What about for gas-oil ratio,
        15   did you take the average of the three labs'
        16   gas-oil ratio numbers?
```

Page 165:18 to 165:23

```
00165:18       A.    I don't remember precisely, but
        19   I believe that that was -- that was what --
        20   what was done, too.
        21       Q.    (BY MS. ANDRE)  Okay.  Would it
        22   be the average based on the single flash
        23   gas-oil ratio?
```

Page 165:25 to 166:11

```
00165:25       A.    Both the single stage flash GOR
00166:01   and the GOR from the separative tests were
        02   considered when we -- when I built the model
        03   to match the data.
        04       Q.    (BY MS. ANDRE)  Do you remember
        05   what that average was?
        06       A.    No, I don't remember the precise
        07   value.
        08       Q.    If you could turn to Tab 140,
        09   please.  I'll mark it as Exhibit 9755.  It is
        10   an e-mail from yourself to Ms. McAughan and
        11   cc'ing Tony Liao on June 4th, 2010.
```

Page 166:16 to 167:22

```
00166:16       Q.    And I apologize, I'm describing
        17   the document for the record here.  It's an
        18   e-mail and an attachment.  And I just had a
        19   question for you about the e-mail on the
        20   first page of the attachment.
        21       A.    I -- what -- I need one
```

```
      22  clarification.  There is one attachment, but
      23  in the e-mail trail two -- well, there are
      24  two places where attachments are.
      25         Q.     This should be the attachment
00167:01  for the most recent in time e-mail, so the
      02  e-mail at the top of the sheet.  It should be
      03  the attachment for the e-mail that you sent
      04  to Ms. McAughan.
      05         A.     Okay.
      06         Q.     And the body of the e-mail says,
      07  "Kelly, here are the tables I generated for
      08  Tony."
      09         A.     Sure.
      10         Q.     What is this attachment?
      11         A.     It looks like a set of --
      12  attachment looks like a set of PVT tables
      13  generated from the equation of state model.
      14         Q.     Okay.  And at the top of the
      15  first page of the attachment ending in Bates
      16  3581, it lists reference data, and the first
      17  piece of data is "Gas/oil ratio at and above
      18  bubble point:  2,600.36 Scf per barrel, bbl."
      19                Did I read that correctly?
      20         A.     Yes.
      21         Q.     Did -- why did you generate
      22  these tables for Tony?
```

## Page 167:24 to 168:01

```
00167:24         A.     I don't remember.
      25         Q.     (BY MS. ANDRE)  You don't
00168:01  remember what Tony was using them for?
```

## Page 168:03 to 168:05

```
00168:03         A.     No, I don't.
      04         Q.     (BY MS. ANDRE)  Do you remember
      05  what Ms. McAughan was using these for?
```

## Page 168:07 to 168:07

```
00168:07         A.     No, I don't.
```

## Page 169:06 to 169:25

```
00169:06         Q.     (BY MS. ANDRE)  So when
      07  considering all of the PVT data that you were
      08  given by Pencor, Schlumberger, and Intertek
      09  when building your EoS, was there any of the
      10  data that they provided you that you
      11  disregarded?
      12         A.     As far as I remember, all the
      13  data -- data sets that were received were
```

```
14   taken into account in building the --
15   calibrating the equation of state fluid
16   characterization model, but different --
17   different data has different weights in the
18   overall consideration.
19        Q.      What do you mean by "different
20   weights"?
21        A.      Different weights meaning
22   different importance.
23        Q.      Okay.  Can you give me an
24   example of a piece of data which would be
25   considered less important for your EoS?
```

Page 170:02 to 170:19

```
00170:02      A.      As I remember, the differential
03   liberation data was assigned a lower or
04   lesser importance compared to the other
05   pieces of data.
06        Q.      (BY MS. ANDRE)  Why was that?
07        A.      Because for Macondo scenario,
08   the flow out of the reservoir was not an --
09   an extended period of time, like normal
10   production where you produce -- you deplete
11   the reservoir for -- for many, many years.
12              A differential liberation test
13   was designed to mimic the behavior when the
14   reservoir pressure drops to below saturation
15   pressure or bubble point pressure.
16        Q.      When considering -- when trying
17   to identify the Macondo fluid properties, did
18   BP look for analogs from other wells in the
19   Gulf of Mexico region?
```

Page 170:22 to 171:15

```
00170:22      A.      I'm not aware of other people
23   doing that.  I early on did look at some of
24   the other field fluid properties to try to
25   get a sense, to understand what we have for
00171:01   Macondo.
02        Q.      (BY MS. ANDRE)  Do you remember
03   the names of any of those other reservoirs
04   that you looked to as analogs?
05        A.      I would not actually
06   characterize the other field data as analog.
07   I used the data from other fields as
08   comparison reference, just to help me
09   understand the behavior that we have in
10   Macondo.  Analog would have a different
11   meaning.
12        Q.      Which fields did you consider?
13        A.      I vaguely remember a field --
14   Mississippi Canyon fields, but I don't
```

        15  remember exactly what they -- what they were.

Page 171:23 to 171:25

00171:23        Q.    (BY MS. ANDRE)  And how did the
      24  fluid properties of other fields inform your
      25  knowledge of the Macondo fluid system?

Page 172:02 to 172:06

00172:02        A.    As far as I remember, I was
      03  mostly trying to understand -- reconcile
      04  Pencor's judgment that this was a dew point
      05  system and tried to see if I have a similar
      06  system elsewhere.

Page 172:22 to 172:25

00172:22        Q.    (BY MS. ANDRE)  Okay.  How would
      23  you describe your feelings about Pencor's
      24  conclusion that the Macondo system was a dew
      25  point system?

Page 173:04 to 173:07

00173:04        A.    I thought it was -- for them it
      05  was probably a challenging fluid to -- to do
      06  measurement on, and I just disagree with
      07  their -- their conclusion.

Page 173:16 to 173:24

00173:16        Q.    (BY MS. ANDRE)  Sure.  You'd
      17  said earlier that you weren't looking for
      18  analogs, but that you were trying to observe
      19  behavior in other fields to try and explain
      20  the -- what you were seeing in Macondo.
      21             I'm -- what I mean by "similar"
      22  is did any of the fields that you looked at
      23  displays behavior like the behavior that you
      24  saw in the Macondo fluid system?

Page 174:01 to 174:12

00174:01        A.    There are many aspects of the
      02  behavior, quantitative measurements and also
      03  qualitative judgment.  Which one are we
      04  focusing on for this particular question?
      05        Q.    (BY MS. ANDRE)  I guess
      06  quantitative measurements first.
      07        A.    I remember seeing samples from
      08  elsewhere in Gulf of Mexico that have high

```
09  GOR that would be similar to -- to what
10  Macondo has.
11      Q.    What about in your qualitative
12  judgment?
```

Page 174:15 to 174:19

```
00174:15      A.    (Continuing)  The difficulty of
16  Pencor visually observing the phase change
17  and drawing the conclusion that this was a
18  dew point system is not something that I can
19  find elsewhere.
```

Page 175:03 to 175:07

```
00175:03      Q.    (BY MS. ANDRE)  In observing
04  some of the fields that may have had
05  quantitative similarities to Macondo, did you
06  see any that you would describe as a dew
07  point system?
```

Page 175:10 to 175:14

```
00175:10      A.    I remember seeing a -- an
11  example where it is a dew point system, but
12  the behavior -- the volumetric behavior, the
13  properties are different in terms of trend
14  that you observed from Macondo.
```

Page 175:21 to 175:23

```
00175:21      Q.    Would any of that -- did the
22  results of wax tests or WAT tests have any
23  influence on your EoS?
```

Page 175:25 to 176:06

```
00175:25      A.    No.
00176:01      Q.    (BY MS. ANDRE)  Can you turn to
02  Tab 47 for me, please?  I'll mark this as
03  9756.  This is an e-mail between Mark
04  Edwards, just a BP employee, and yourself,
05  dated June 9th, 2010, and the subject is
06  "WAT."  What's a WAT test?
```

Page 176:11 to 176:18

```
00176:11      Q.    What is a WAT test?
12      A.    WAT stands for wax appearance
13  temperature.
14      Q.    Okay.
15      A.    And that test is for measuring
```

```
16  that -- that temperature.
17       Q.    Why is it important at what
18  temperature wax appears?
```

Page 176:20 to 177:03

```
00176:20      A.    Based on my knowledge -- I'm not
      21  a subject matter expert in production
      22  chemistry, which is where this topic belong.
      23  It is -- it is important during dynamic --
      24  well, it is important to understand the wax
      25  behavior, in a way similar to understanding
00177:01  asphaltene behavior in that both wax -- wax
      02  deposition and asphaltene deposition can --
      03  can impede flow.
```

Page 178:13 to 178:16

```
00178:13      Q.    Sure.  Since you've testified
      14  it's not your area of expertise, I was
      15  wondering why you were the one giving
      16  Mr. Edwards the WAT test -- or data?
```

Page 178:19 to 179:01

```
00178:19      A.    Well, it looks like from this
      20  e-mail trail that I had the data, and it
      21  would be appropriate to pass on to people who
      22  are the experts in this area.
      23      Q.    (BY MS. ANDRE)  Okay.  So you
      24  have no knowledge of whether or not 90-degree
      25  Fahrenheit was the wax appearance temperature
00179:01  for the Macondo fluid system?
```

Page 179:03 to 179:07

```
00179:03      A.    No.  That's outside of my area
      04  of expertise.
      05      Q.    (BY MS. ANDRE)  But Schlumberger
      06  did do WAT measurements for the -- on the
      07  Macondo fluid, correct?
```

Page 179:09 to 179:18

```
00179:09      A.    I'm not sure, but this e-mail
      10  seems to suggest that -- that they did.
      11      Q.    (BY MS. ANDRE)  Okay.  Can you
      12  turn to Tab 18, please?  So this is -- we'll
      13  mark this as 9757.  It's an e-mail chain
      14  between yourself and Mike Mason from
      15  April 30th, 2010.  There are more BP
      16  employees included later on in the chain.
```

```
      17  Feel free to take a minute to look over the
      18  e-mail.
```

Page 180:02 to 181:02

```
00180:02  The third e-mail in the chain is
      03  from yourself to Mike Mason.  It's dated
      04  Saturday, May 1st, 2010.  It's entitled An
      05  Update on Fluid properties.
      06             It says, Mike, Trevor Hill (EPT
      07  Sunbury) and Farah Saidi (GoM) have built
      08  transient models (Olga and Pipesim) for
      09  bottom hole to mudline and riser.  The
      10  wellhead flowing pressure and STP are all
      11  based on their transient models.  I'd guess
      12  that their model would give transient
      13  temperature behavior as well.  Might be
      14  worthwhile to get the details of their
      15  models.  Please let me know if you need any
      16  help.
      17             Did I read that correctly?
      18       A.    Yes.
      19       Q.    Why were you telling Mike Mason
      20  about the modeling that Trevor Hill and Farah
      21  Saidi were doing?
      22       A.    I don't remember precisely the
      23  reason why at that time, but I can tell that
      24  I was trying to pass on information that --
      25  that those -- those models exist.
00181:01       Q.    Why do you think Mike Mason
      02  would have wanted to know that?
```

Page 181:05 to 181:12

```
00181:05       A.    I recall a meeting where I
      06  believe Mike Mason, Mr. Mike Mason, was there
      07  as well, that meeting with people that I
      08  don't really know did that the -- didn't --
      09  didn't know at that time.
      10             And there was a request after
      11  the meeting to -- to come up with a
      12  calculation of shut-in pressure.
```

Page 181:23 to 181:25

```
00181:23       Q.    (BY MS. ANDRE)  Okay.  Can you
      24  turn to Tab 52, please?  I'll mark it as
      25  9758.
```

Page 182:03 to 182:05

```
00182:03       Q.    (BY MS. ANDRE)  Yes, single-page
      04  e-mail from Charles Marth to yourself on
```

```
      05   June 17th, 2010.
```

Page 182:17 to 183:25

```
00182:17        Q.     So this e-mail is a request from
      18   Mr. Marth to you that says, "Yun:
      19             "We are in need of some simple
      20   predictions of the MC 252 fluid for liquid
      21   measurement reporting purposes.  If you are
      22   given the pressure and temperature of the
      23   liquid fluid in a separator on the Q4000,
      24   would you be able to provide us predictions
      25   for:
00183:01             "A) the liquid volume reduction
      02   due to gas evolution when the fluid is
      03   relaxed to atmospheric pressure at the same
      04   temperature (ratio of volume at atm
      05   pressure/volume under pressure)
      06             "B) the amount of gas evolved in
      07   cubic feet for each residual atmospheric
      08   barrel of oil from A) above.
      09             "C) the density of the residual
      10   atmospheric barrel of oil from A)
      11             "If you could do this for us,
      12   we'll forward the liquid fluid temperature
      13   and pressure in the separator.
      14             "Thanks."
      15             Did I read that correctly?
      16        A.     Yes.
      17        Q.     What was your understanding of
      18   what you were being requested to do?
      19        A.     I don't remember at that time,
      20   this particular request, but looking at this
      21   e-mail, these are the three bullet points
      22   there that seem to be the request.
      23        Q.     Okay.  What -- can you put into
      24   plain English this request?  What was he
      25   asking?
```

Page 184:02 to 184:04

```
00184:02        A.     It seems to me that he was
      03   requesting the -- the shrinkage in -- in
      04   bullet point A.
```

Page 184:06 to 184:19

```
00184:06        A.     And then in bullet point B seems
      07   to be the -- the evolved gas-oil ratio for
      08   the residual liquid -- sorry, for the liquid,
      09   the liquid fluid in the separator.  And C
      10   seems to be the -- the density of that
      11   liquid.
```

```
        12        Q.      Okay.  And so do you remember if
        13  you fulfilled this request?
        14        A.      I don't remember, no.
        15        Q.      If you were given the pressure
        16  and temperature of the liquid fluid in a
        17  separator on the Q4000, would you have been
        18  able to provide these data points to
        19  Mr. Marth?
```

Page 184:21 to 185:11

```
00184:21        A.      No, I would need the composition
        22  of the -- the separative fluid as well.
        23        Q.      (BY MS. ANDRE)  Okay.  Could you
        24  take the composition of fluid provided in the
        25  PVT lab reports to do this, or would you have
00185:01  to do a separate compositional analysis of
        02  the fluid based on separator conditions?
        03        A.      I don't know exactly what the
        04  separative conditions are on this particular
        05  vessel.  The composition in the reservoir,
        06  Macondo reservoir, the original reservoir
        07  composition is different from the separative
        08  liquid on that particular vessel.
        09        Q.      Okay.  Did you know what the
        10  separator conditions were for the multistage
        11  separator tests that Pencor ran?
```

Page 185:13 to 185:20

```
00185:13        A.      I don't remember exactly the
        14  numbers, but those -- those conditions were
        15  listed in the report.
        16        Q.      (BY MS. ANDRE)  Okay.  Could you
        17  please turn to Tab 41?  I'll mark this
        18  Exhibit 9759.  It's an e-mail string between
        19  Trevor Hill, Yun Wang, and Farah Saidi
        20  entitled "Fluids and GOR."
```

Page 185:24 to 185:25

```
00185:24        Q.      Do you remember receiving these
        25  e-mails?
```

Page 186:02 to 187:17

```
00186:02        Q.      Do you remember these e-mails?
        03        A.      I remember seeing the e-mails.
        04        Q.      Did you review them in
        05  anticipation of your deposition?
        06        A.      Yes.
        07        Q.      Okay.  So going all the way to
        08  the last e-mail in the chain on -- that
```

```
09  starts on Bates ending 0770, it's a request
10  from Trevor Hill to you, Farah Saidi is cc'd.
11  Mr. Hill says, Yun, Do you have available a
12  graphical plot of measured and/or predicted
13  solution GOR of MC252 fluid against pressure
14  please?  If not, then Farah could you
15  please -- would you please -- would you
16  generate such a plat for me from PVTSIM...  I
17  would like to be able to better visualize the
18  release of gas as the pressure decreases
19  through the system.
20            Do you remember receiving that
21  request?
22       A.     No, I don't, but it's got my
23  name on it.
24       Q.     Did you have a graphical plot of
25  measured and/or predicted solution GOR of
00187:01  MC252 fluid against pressure?
02       A.     I don't have a plot of measured
03  GOR fluids -- Macondo fluids against -- GOR
04  against pressure.  In terms of predicted,
05  I -- I don't remember if I generated one.
06       Q.     Okay.  Then if you could flip to
07  the first page of the exhibit, the Bates
08  ending 0767, you say to Farah, I don't think
09  differential depletion is the right model.
10  Instead use the many-stage separator --
11  separator test to mimic the changing pressure
12  as well as temperature as I described below.
13            Can you explain the exchange
14  that was happening here?  First, why would
15  the differential depletion not be the right
16  model to make these kinds of estimations of
17  GOR for the Macondo fluid?
```

Page 187:19 to 188:02

```
00187:19       A.     Differential -- differential
20  depletion is -- is an isothermal process
21  where temperature is held constant.  And I
22  think it's fair to say that temperature is
23  not constant as hydrocarbons flow from the
24  subsurface to surface.
25       Q.     (BY MS. ANDRE)  Why would, then,
00188:01  the many-stage separator test be better to
02  accurately predict GOR in the Macondo well?
```

Page 188:04 to 188:14

```
00188:04       A.     The many-stage separator test,
05  the -- the numerical calculation run includes
06  changes of both pressure and temperature, and
07  that would be reasonable to -- to argue
08  that -- because temperature and pressure both
```

```
       09  are changing, that would be a better
       10  representation than the differential
       11  depletion where only pressure is changing.
       12       Q.    (BY MS. ANDRE)  Do you know if
       13  Dr. Saidi ever reran her GORs using a
       14  multistage separator test for this request?
```

Page 188:16 to 188:25

```
00188:16       A.    I don't remember precisely what
       17  she did, but if you read the e-mail, in the
       18  same chain, the e-mail from Ms. Farah Saidi
       19  on the 30th of May where there is a table of
       20  numbers, that looks to me is already a
       21  multistage -- or many-stage separator test
       22  because it's a numerical calculation.
       23       Q.    (BY MS. ANDRE)  Do you know why
       24  she ran the test again using differential
       25  liberation?
```

Page 189:02 to 189:04

```
00189:02       Q.    (BY MS. ANDRE)  Or, I'm sorry,
       03  not differential liberation.  Differential
       04  depletion.
```

Page 189:06 to 189:06

```
00189:06       A.    No, I don't know.
```

Page 189:24 to 190:07

```
00189:24  Now, whatever work you did that you talked
       25  about earlier and you talked about later on
00190:01  Macondo, did you do any of that with anyone
       02  from Halliburton?
       03       A.    No.
       04       Q.    No.  Now, as far as you know,
       05  did Halliburton do any work trying to decide
       06  how much hydrocarbons were coming out of the
       07  well?
```

Page 190:09 to 190:13

```
00190:09       A.    I don't know.
       10       Q.    (BY MR. BOWMAN)  Okay.  You
       11  don't have any personal knowledge of it is
       12  what I'm trying to get at?
       13       A.    No.
```

Page 190:24 to 191:02

```
00190:24      Q.    Now, as far as -- how do you
     25 measure -- how did you try to predict,
00191:01 estimate, characterize, or measure pressure
     02 depletion of the Macondo well?
```

Page 191:08 to 191:13

```
00191:08      A.    I don't remember making
     09 prediction of the pressure depletion of
     10 Macondo well.
     11      Q.    Okay.  Let me ask you this way:
     12 What was your job, then?  What were you
     13 supposed to do?
```

Page 191:15 to 192:16

```
00191:15      A.    Could you please clarify?  Is
     16 this question about Macondo?
     17      Q.    (BY MR. BOWMAN)  Macondo, yes,
     18 sir, yes, sir.
     19      A.    I was at that time a reservoir
     20 engineer --
     21      Q.    Uh-huh.
     22      A.    -- and the complex fluids CoP
     23 lead, and my role was to provide specialist
     24 expertise and support in the area of
     25 reservoir fluid PVT, fluid properties,
00192:01 basically.
     02      Q.    Okay.  So did anyone indicate to
     03 you why BP cared about the reservoir fluid
     04 properties?
     05      A.    Could you clarify that "anyone"?
     06 The term anyone is anyone in BP?
     07      Q.    Yes, sir.
     08      A.    Yes, many engineers, my
     09 colleagues need the fluid properties to
     10 properly do their modeling work to understand
     11 the flow.
     12      Q.    Properly do the what work?  I'm
     13 sorry.
     14      A.    To understand the flow.
     15      Q.    And did anyone tell you why BP
     16 was trying to understand the flow?
```

Page 192:18 to 192:25

```
00192:18      A.    All I can remember is that at
     19 that time I was working in the group, the
     20 team, Mike -- Mr. Mike Mason's team, and my
     21 colleagues in that team were evaluating the
     22 different scenarios.
     23      Q.    (BY MR. BOWMAN)  Now, you did
     24 not have anything to do with determining the
```

```
      25  flow, or did you?
```

Page 193:03 to 193:12

```
00193:03      A.     No, I did not.
      04      Q.     (BY MR. BOWMAN)  Okay.  That's
      05  what I thought.  All right.  Now, then, let
      06  me go to Tab 13.  I don't think it has been
      07  previously marked.  It has not.
      08      MR. BOWMAN:  What's our next number?
      09      THE REPORTER:  The stickers are over
      10  there.
      11      MS. TOLEDO:  9760.
      12  MR. BOWMAN:  9760.  Can we mark --
```

Page 193:16 to 193:25

```
00193:16      Q.     (BY MR. BOWMAN)  Now, I am
      17  primarily going to be asking about the second
      18  page.  You'll see a rather long part of the
      19  e-mail.  It's from Kelly McAughan, if that's
      20  the way you pronounce her name, to -- that's
      21  to you, right?
      22      A.     May I first read this?
      23      Q.     Well, yeah, but, first, just
      24  answer, is this e-mail to you?
      25      A.     It looks like, yeah.
```

Page 194:17 to 194:24

```
00194:17      Q.     Okay.  That's fair enough.
      18  Let's go to the last paragraph where it says,
      19  "We were interested in two zones above the
      20  main pay."  Do you see that?
      21      A.     Yes, I do.
      22      Q.     Okay.  Now, sir, in connection
      23  with your work with fluids did it matter to
      24  you what pay zones you were talking about?
```

Page 195:02 to 195:13

```
00195:02      A.     No, that does not matter.
      03      Q.     (BY MR. BOWMAN)  Okay.  So do
      04  you -- do you know why Kelly McAughan -- how
      05  do you pronounce the last name?
      06      A.     McAughan.
      07      Q.     McAughan, okay.  Do you know --
      08  did Kelly tell you why in this e-mail -- in
      09  fact, it says at your request.  I just -- At
      10  your request, here is the synopsis of
      11  pressures taken above the main M56 oil pay -
      12  feel free to delete - thought I would give
      13  more info than unless.
```

Page 195:18 to 195:20

```
00195:18      Q.      Why did you ask her in May of
     19 2010 for a synopsis of pressures above the
     20 main M56 oil pay zone?
```

Page 195:22 to 196:12

```
00195:22      A.      I think the answer is -- is in
     23 the previous e-mail.
     24      Q.      (BY MR. BOWMAN)  Okay.
     25      A.      So there are -- there were
00196:01 action items from a particular meeting, it
     02 looks like, and I was -- at that time I
     03 remembered many times I was asked by Mr. Mike
     04 Mason to collect information and pass on to
     05 the proper people.
     06      Q.      Okay.  So Kelly tells you "While
     07 drilling at 17,704 MD three geotap pressures
     08 were taken," and she tells you what those
     09 three pressures were:  14.15, 14.16, and
     10 14.15.  Now, were you in- -- interested in
     11 any of those pressures for any reason except
     12 to pass them on to Mr. Mason?
```

Page 196:14 to 196:19

```
00196:14      A.      No, not that I can recall.
     15      Q.      (BY MR. BOWMAN)  Okay.  So in
     16 connection with your analysis of fluids it
     17 didn't matter to you if the fluids were
     18 coming from a zone with a pore pressure of 14
     19 versus a pore pressure of, say, 12.5 or 12.6?
```

Page 196:23 to 196:24

```
00196:23      A.      Pore pressure does not come into
     24 play in my -- in my analysis.
```

Page 197:13 to 197:16

```
00197:13 Again, before we leave 13, you were just
     14 asking Ms. McAughan for the pressures above
     15 the M56 for no reason whatsoever relating to
     16 your work you were doing on the Macondo well?
```

Page 197:18 to 197:24

```
00197:18      A.      I don't remember there was any
     19 reason.
     20      Q.      (BY MR. BOWMAN)  I'm going to
```

```
     21   guess.  Correct me if I'm wrong.  You don't
     22   typically ask people for specific information
     23   without having a reason to ask, do you?
     24        MR. CASEY:  Objection to form.
```

Page 198:01 to 198:06

```
00198:01        A.    Again, I mentioned that at that
     02   time I was asked to pass on information by
     03   various people, certainly Mr. Mike Mason
     04   included, to the proper parties.  The
     05   information may not have anything to do with
     06   what I do.
```

Page 199:24 to 199:25

```
00199:24        Q.    Let's go to Tab 8.  This is
     25   9761.
```

Page 201:02 to 201:18

```
00201:02        Q.    (BY MR. BOWMAN)  Let's look at
     03   the exhibit I just gave you.
     04        MS. TOLEDO:  9761.
     05        Q.    (BY MR. BOWMAN)  9761.  You're,
     06   again, on this e-mail chain.  Do you know who
     07   Galina Skripnikova is?
     08        A.    All I know is that she was the
     09   petrophysicist working on the Macondo effort.
     10        Q.    Okay.  Now, if you go to the
     11   second page of it, it's from Kent Corser.  Do
     12   you know who Kent Corser is?
     13        A.    The name doesn't sound familiar,
     14   no.
     15        Q.    Okay.  It looks like you're on
     16   that e-mail chain.  Do you see your name
     17   there?
     18        A.    Yes.
```

Page 202:01 to 202:04

```
00202:01        Q.    (BY MR. BOWMAN)  Okay.  Do you
     02   know why you were included on this e-mail
     03   chain talking about main loads together of 86
     04   feet of pay?
```

Page 202:11 to 202:16

```
00202:11        Q.    Yeah, the very first e-mail
     12   where she says, Kent, my latest estimate for
     13   the two main lobes together is 86 feet of
     14   pay.  There is 5 to 6 feet pay below the two
```

```
15  main lobes and one foot of gas changed sand
16  about the two main lobes; do you see that?
```

## Page 202:18 to 202:24

```
00202:18       A.     Yes, I do.
      19       Q.     (BY MR. BOWMAN)  Okay.  Now, I
      20  think you just told me as far as your work it
      21  didn't matter where the pay zones were.  So
      22  can you explain why Ms. Skripnikova was
      23  copying you talking about the areas of pay
      24  zone?
```

## Page 203:02 to 203:02

```
00203:02       A.     No, I don't know why.
```

## Page 203:23 to 203:25

```
00203:23       Q.     (BY MR. BOWMAN)  Okay.  Can we
      24  turn to No. 21?  I'm handing you what's been
      25  marked 9762.
```

## Page 204:04 to 204:15

```
00204:04  MR. CASEY:  Do you want to mark it
      05  again?
      06       MR. BOWMAN:  No.  What's the previous
      07  marking of it?
      08       MR. CASEY:  Previous marking is 8739.
      09       MR. BOWMAN:  Oh, 8739.
      10       MR. CASEY:  So should I mark it again?
      11       MR. BOWMAN:  No, we can just refer to
      12  that.
      13       Q.     (BY MR. BOWMAN)  If you would go
      14  to the very bottom e-mail from you to a bunch
      15  of people?
```

## Page 204:22 to 205:05

```
00204:22       Q.     22 on the first page.  The very
      23  last e-mail, it says, The modeling work
      24  completed by early afternoon today shows
      25  substantial depletion of the shallow gas
00205:01  zones by now (after one month's flow), which
      02  would make it more difficult to identify
      03  shallow gas contribution to flow from
      04  separator gas isotope data.  Can you just
      05  explain that to me?
```

## Page 205:08 to 205:14

```
00205:08        A.      Do you mind if I read through
      09   the e-mail?
      10        Q.      (BY MR. BOWMAN)  Sure.  No, go
      11   ahead.
      12        A.      Okay.
      13        Q.      All I want to know is what --
      14   what are you saying there.
```

Page 205:17 to 206:11

```
00205:17        A.      The e-mail -- the whole e-mail
      18   at the bottom?
      19        Q.      (BY MR. BOWMAN)  Well, that last
      20   sentence.  I can see the words.  But when you
      21   say, the modeling work completed by early
      22   afternoon today shows substantial depletion
      23   of the shallow gas zones by now (after one
      24   month of flow), which would make it more
      25   difficult to identify shallow gas zone
00206:01   contribution to flow from separator gas
      02   isotope data.
      03        A.      I don't know the details.  I
      04   don't remember the details of the, quote,
      05   unquote, modeling work completed by early
      06   afternoon.  But as I -- as I'm reading this
      07   e-mail, it looks to me that it says the
      08   modeling work indicates that there is
      09   depletion, and so as a result it will be
      10   difficult to use isotope data to understand
      11   the -- the gas composition of each zone.
```

Page 215:18 to 215:25

```
00215:18        Q.      One thing I didn't catch
     19   yesterday is where did you get your degrees?
     20        A.      I got my bachelor's degrees from
     21   the University of science and technology in
     22   China.
     23        Q.      And what about your Ph.D.?
     24        A.      I got my doctor- -- doctorate
     25   from Stanford University.
```

Page 216:12 to 216:17

```
00216:12        Q.      (BY MR. CAFFERTY)  Well, let's
     13   start with the analysis of the -- the fluids
     14   by Pencor, Schlumberger, and Intertek.  Is it
     15   true that Transocean was not involved in any
     16   fluid testing of the fluids tested by Pencor,
     17   Schlumberger, and Intertek?
```

Page 216:19 to 217:04

```
00216:19        A.      To my best knowledge, I'm not
     20   aware of Transocean being involved in testing
     21   the reservoir fluid samples for the purpose
     22   of obtaining PVT data.
     23        Q.      (BY MR. CAFFERTY)  Is it also
     24   true that Transocean was not involved in BP's
     25   determination of what the fluid properties
00217:01   were for the samples taken from the
     02   reservoir?
     03        A.      Yes, that is true, I'm not aware
     04   of Transocean's involvement.
```

Page 217:11 to 217:14

```
00217:11        Q.      (BY MR. CAFFERTY)  To the best
     12   of your knowledge, was Transocean provided
     13   the BP determination of the reservoir fluid
     14   characteristics outside of this litigation?
```

Page 217:17 to 217:23

```
00217:17        A.      I'm not aware of.
     18        Q.      (BY MR. CAFFERTY)  To the best
     19   of your knowledge, is it correct that
     20   Transocean did not participate in any
     21   modeling by BP or anyone else where reservoir
     22   pro- -- res- -- reservoir fluid properties
     23   that you and BP determined were used?
```

Page 217:25 to 218:01

```
00217:25      A.     I'm not aware of any Transocean
00218:01 involvement.
```

**Page 218:03 to 220:04**

```
00218:03 Now, let me go through a couple of
     04 definitions, because I want to make sure
     05 we're talking about the same thing here.  You
     06 used the term yesterday and you just used it
     07 again this morning, PVT data.  I'd like to
     08 understand exactly what you mean when you say
     09 "PVT data."  What do you mean by PVT data?
     10      A.     By "PVT data" I mean the
     11 measurements that you can perform in
     12 laboratory to obtain the volumetric
     13 properties of the reservoir fluid under
     14 elevated pressure and temperature conditions.
     15 Properties such as density and then phase
     16 volumes and gas solubility.  That would be
     17 represented by GOR.  And then the volumetric
     18 change as you move reservoir fluids from
     19 subsurface to surface.  So the volume --
     20 formation volume factors.
     21      Q.     Is that all that's included in
     22 PVT data?
     23      A.     That -- no, there -- there is --
     24 there is more, depending on the particular
     25 applications that -- that you're looking at.
00219:01 So composition, obviously, is the one that
     02 you would need.  But depending on the
     03 processes, the recovery processes that you
     04 are looking at, you could have additional
     05 data.
     06      Q.     All right.  Does PVT generally
     07 stand for pressure volume and temperature?
     08      A.     Yes, that's the meaning of the
     09 acronym in this case.
     10      Q.     All right.  Now, another term
     11 that you used a lot yesterday and I'm going
     12 to want to ask you about today is equation of
     13 state.  What do you mean by equation of state
     14 when used in the context of reservoir fluid
     15 properties?
     16      A.     The term equation of state is a
     17 fairly broad term, but in the context of
     18 reservoir fluid PVT properties modeling and
     19 analysis we -- we -- the most widely used
     20 equation of state is the -- is the cubic,
     21 what's known as cubic equation of state
     22 model.  So I'm just going to talk about it in
     23 that context.  Equation of state in that
     24 context is a mathematical equation that
     25 describes the relationship among pressure,
00220:01 temperature, volume, and implicit, but, of
```

02  course, still very important is composition.
03       Q.      And how is an equation of state
04  used to determine reservoir fluid properties?


Page 220:06 to 220:21

00220:06       A.      Equation of state, once
07  calibrated appropriately with consistent
08  laboratory PVT data, can be used in
09  conjunction with fundamental laws of
10  thermodynamics to perform equilibrium
11  condition calculations; and once you perform
12  those calculations, you will obtain the
13  relevant properties, the PVT properties for
14  the equilibrium phases.
15       Q.      (BY MR. CAFFERTY)  Another term
16  that you used yesterday was un- -- under
17  saturated volatile fluid, and you discussed
18  what volatile meant, and I understood you to
19  say that volatile meant that it had a
20  formation volume factor greater than 2,
21  correct?


Page 220:25 to 221:22

00220:25       A.      (Continuing)  What I meant was
00221:01  one of the indications that you can use to
02  test whether or not a particular fluid system
03  can be called a volatile is the formation
04  volume factor, and if that formation volume
05  factor value is, say, above 2, then it is --
06  it is appropriate to call that crude volatile
07  crude.
08       Q.      (BY MR. CAFFERTY)  All right.
09  Now, you also used the term under saturated.
10  What does under saturated mean?
11       A.      An under saturated crude is a --
12  is a crude -- in fact, that term applies to
13  gas as well.  It's a reservoir fluid under a
14  set of reservoir conditions, pressure and
15  temperature, such that the fluid exists in
16  single phase in subsurface in the reservoir.
17       Q.      All right.  Can we try that
18  again and maybe make it a little simpler for
19  the layperson?  I'm trying to understand the
20  term -- the words under saturated.  Under
21  saturated, not saturated or saturated a lot
22  with what?  What does that mean?


Page 221:24 to 222:13

00221:24       A.      Okay.  So another perhaps
25  easier -- I don't know.  Another way to look

```
00222:01    at whether or not a particular reservoir
      02    fluid is an under saturated one is to compare
      03    the reservoir pressure with the saturation
      04    pressure of that fluid.  If the reservoir
      05    pressure is above the saturation pressure,
      06    then the fluid is called an under saturated
      07    fluid.
      08         Q.    (BY MR. CAFFERTY)  The
      09    saturation pressure that you're referring to,
      10    what is that measuring?  Is it the amount of
      11    gas that's in the crude oil?  Is it the
      12    amount of water?  Is it something else?
      13         A.    No.
```

Page 222:15 to 223:24

```
00222:15         A.    (Continuing)  We usually discuss
      16    the phase behavior of PVT properties in the
      17    context of hydrocarbon mixtures.  That's
      18    where -- that's what we are interested in.
      19    And in that context saturation pressure is
      20    the pressure at which you start to have two
      21    phases in coexistence.
      22         Q.    (BY MR. CAFFERTY)  Okay.  You
      23    also used the term "bubble point system" and
      24    "dew point system."  Could you tell me first,
      25    what do you mean by the term "bubble point
00223:01    system"?
      02         A.    Bubble point system is -- the
      03    term is equivalent to, say, that the original
      04    reservoir fluid is an oil or a liquid.  So
      05    when you deplete the reservoir, when the
      06    pressure drops, assuming temperature does not
      07    change, usually that's the case for primary
      08    depletion, then you would eventually reach
      09    the saturation pressure in the form of seeing
      10    gas bubbles coming out of the original
      11    liquid, hence the term bubble point.
      12         Q.    What, then, does the term dew
      13    point system mean?
      14         A.    Dew point system, the term is
      15    equivalent to, say -- to saying that a
      16    particular fluid is a gas.  Sometimes people
      17    call it gas condensate reservoir.  In that
      18    system when you deplete the reservoir in an
      19    isothermal fashion again, then you would
      20    eventually reach the saturation pressure
      21    where you start to see liquid droplets form
      22    from the original single phase gas.
      23         Q.    So instead of the gas becoming a
      24    gas, it becomes a separate droplet of liquid?
```

Page 224:01 to 224:11

```
00224:01          A.     Instead of gas being still
     02  single phase gas, you would have upon
     03  reaching dew point a mixture of the oil --
     04  liquid droplets and original gas, the gas
     05  phase, it's still there.  So it's a mixture.
     06  It's a two-phase mixture.
     07          Q.     (BY MR. CAFFERTY)  All right.
     08  Now, what difference does it make for
     09  equation of state calculations whether a
     10  system is a bubble point system or a dew
     11  point system?  Please keep it simple?
```

Page 224:14 to 226:10

```
00224:14          A.     I'll try, but I can't avoid
     15  technical terms.  So building an equation of
     16  state fluid characterization model involves
     17  the determination of equation of state model
     18  parameters as well as the -- you know, the
     19  proper compositions that represent what
     20  you're having in your reservoir.  In order
     21  for you to be able to determine the
     22  parameters, equation of state model
     23  parameters appropriately, you need to use
     24  laboratory PVT data to calibrate, meaning you
     25  need to adjust the equation of state
00225:01  parameters to match the -- the PVT data that
     02  you have.  And in that context of building
     03  equation of state fluid characterization
     04  model it is relevant to know if a particular
     05  reservoir fluid system is a dew point or a
     06  bubble point system, because the process of
     07  building an equation of state
     08  characterization model is what we call an
     09  inverse problem, meaning I know how the
     10  system behaves because I have the data.  I
     11  need to derive from the data to tell people
     12  what the system looks like.  In other words,
     13  I'm going back and deciding what the equation
     14  of state parameters should be.
     15          So in that case I do not know
     16  beforehand how to predict the original
     17  reservoir fluid, given the composition
     18  whether it should be a -- to the left side of
     19  the critical point, meaning it's a bubble
     20  point system or in a phase diagram of
     21  pressure versus temperature.  Or on the right
     22  side of the critical point, meaning it's a
     23  dew point system.  So I need to orient the
     24  model in such a way that I know I start off
     25  with a hundred percent liquid phase or the
00226:01  more dense phase or I start off with zero
     02  percent of the dense phase or liquid phase.
     03  If I don't tell equation of state model where
     04  I start, then obviously the model will not be
```

```
05  able to function properly.
06      Q.     (BY MR. CAFFERTY)  In simple
07  terms, is it fair to say that if you have a
08  bubble point system, you must use a different
09  equation of state than if you have a dew
10  point system?
```

Page 226:13 to 227:10

```
00226:13      A.     No, the -- the statement is --
14  is not accurate.  The equation of state
15  itself, okay, the model itself is still the
16  same.  It's the one that is widely used in
17  the -- in the industry, which is the
18  Peng-Robinson equation of state model 1978
19  version with Peneloux volume correction.
20  That model remains the same.
21            What's different here is that if
22  you have a dew point system versus a bubble
23  point system, I need to adjust the equation
24  of state parameters.  There are -- there are
25  many different parameters pertaining to that
00227:01  equation of state characterization model.  I
02  need to adjust the parameters in such a way
03  that it will give me either a bubble point
04  system or a dew point system, depending on my
05  judgment, of course.
06      Q.     (BY MR. CAFFERTY)  So -- so the
07  real difference isn't the equation of state;
08  it's the inputs that you make to the equation
09  of state that's determined by whether it's a
10  bubble point or a dew point system, correct?
```

Page 227:13 to 227:19

```
00227:13      A.     That is -- that is the
14  appropriate characterization, yes.
15      Q.     (BY MR. CAFFERTY)  And in this
16  instance for the Macondo reservoir fluid
17  samples you assume for purposes of equation
18  of state that you had a bubble point system,
19  not a dew point system, correct?
```

Page 227:22 to 228:07

```
00227:22      A.     Again, I don't think the
23  characterization of I assumed is accurate.  I
24  made the judgment based on the data that we
25  had collected from the three laboratories.
00228:01  The overwhelming evidence suggests that this
02  is a bubble point system.
03      Q.     (BY MR. CAFFERTY)  And if this
04  was a dew point system, you would have had to
```

```
05   use different inputs to the equation of state
06   to determine the reservoir fluid properties,
07   correct?
```

Page 228:10 to 229:23

```
00228:10        A.     Yes, different from the ones
      11   that I'm using right now for -- for the
      12   Macondo.
      13        Q.     (BY MR. CAFFERTY)  All right.
      14   Yesterday Ms. Andre asked you questions about
      15   a long list of tests that were performed by
      16   the laboratories.  One of the ones that she
      17   skipped over was constant composition
      18   expansion.  Could you briefly explain what a
      19   constant composition expansion test is?
      20        A.     Yes.  Constant composition
      21   expansion test is a -- is a -- is a lab
      22   analysis where you keep the system
      23   temperature constant to mimic what's going on
      24   in your reservoir depletion, and then you --
      25   you put in place a sample inside a PVT cell
00229:01   and then conduct an isothermal depletion,
      02   meaning you drop the pressure in a step-wise
      03   fashion.  And at each pressure step you
      04   measure the volume.  And then you drop the
      05   pressure to such a low limit that you decide
      06   to finish the experiment, and then that
      07   covers the range, say, in the case of
      08   Macondo, the range of both single phase, in
      09   other words, above saturation pressure, and
      10   the two-phase region, which is below bubble
      11   point.  And then from that experiment you can
      12   determine where is the separation, where is
      13   the saturation point, where you start to see
      14   two phases form.
      15        Q.     (BY MR. CAFFERTY)  Is one of the
      16   purposes of a constant composition expansion
      17   test, which we'll call CCE -- is that the
      18   right term for that?
      19        A.     That's a commonly used
      20   abbreviation for that test.
      21        Q.     Is one of the purposes of the
      22   CCE to help you determine whether you have a
      23   bubble point or a dew point system?
```

Page 229:25 to 231:17

```
00229:25        A.     Yes, that -- that's one of the
00230:01   purposes.
      02        Q.     (BY MR. CAFFERTY)  What else
      03   does it tell you about the reservoir fluid
      04   composition?
      05        A.     The CCE experiment itself does
```

```
06  not tell you what the reservoir fluid
07  composition is.  It only tells you that the
08  composition will not change because it is a
09  closed system.  You just keep on expanding
10  the system.  But it will tell you other
11  things, like how rapidly it expands, so
12  therefore you can measure things like density
13  and compressibility.
14            And, of course, on a more
15  fundamental level, it is designed to
16  approximate the reservoir depletion process,
17  isothermal depletion process where if the
18  pressure is dropped to below saturation
19  pressure, then you would have two phases in
20  coexistence.  And constant composition
21  expansion experiment is designed around
22  making sure those two phases stay together
23  all the time.  So that would be considered a
24  limited case for a true reservoir where there
25  is some separation of those two phases
00231:01  because gas -- intuitively gas is more mobile
02  than liquid, than oil.  So gas will
03  preferentially move faster, but gas doesn't
04  move, you know, at a speed of light.  So gas
05  still is in contact in some fashion with oil.
06  So it -- it -- it is intend to provide --
07  intended to provide an approximation in the
08  laboratory setting to the -- what's going on
09  in real reservoir.
10        Q.     (BY MR. CAFFERTY)  All right.
11  Let's talk about two other concepts,
12  formation volume factor which you mentioned
13  before and shrinkage.  I understood you to
14  say yesterday that the formation volume
15  factor and the shrinkage concept are
16  inversely proportional to each other; is that
17  correct?
```

Page 231:20 to 232:03

```
00231:20       A.     Based on the definitions that
21  I'm familiar with, the more accurate
22  statement is that shrinkage is the inverse of
23  formation volume factor and vice versa.
24        Q.     (BY MR. CAFFERTY)  All right.
25  So does that mean that you can determine
00232:01  shrinkage from formulation volume factor
02  through the mathematical formula, one divided
03  by formation volume factor?
```

Page 232:05 to 232:24

```
00232:05       A.     Yes, that's correct, and vice
06  versa.
```

```
07        Q.      (BY MR. CAFFERTY)  All right.
08  So formation volume factor would be 1 divided
09  by a shrinkage factor or shrinkage?
10        A.      Yes.
11        Q.      What are the units for
12  shrinkage?
13        A.      Strictly speaking, it is a ratio
14  of two volumes, so strictly speaking it is a
15  dimension list or unit list value, but
16  customarily people want to make the
17  distinction between the volume under
18  reservoir condition and the volume under
19  surface condition.  So people use the term
20  RB/stb.  RB stands for reservoir barrel, and
21  stb is the stock tank barrel.
22        Q.      What causes shrinkage to occur
23  from a reservoir barrel to a stock tank
24  barrel?
```

Page 233:01 to 234:10

```
00233:01        A.      Shrinkage happens for a number
02  of reasons.  As you bring one barrel of
03  reservoir fluid from subsurface to surface, a
04  couple things happen at the same time.
05  First, you have the pressure drop.  That's --
06  that's common sense.  Since reservoir
07  pressure is usually much higher.  So you have
08  the pressure drop, so therefore the volume
09  should expand rather than shrink.  Okay.  And
10  then you have the cooling effect, because
11  usually reservoir pressure -- reservoir
12  temperature is higher than the surface
13  temperature, usually, I say.
14              So cooling effect would cause
15  the volume, the barrel to shrink.  And then
16  you have the third effect, which is when you
17  move the barrel from reservoir to surface,
18  that barrel of oil will lose gas, okay, and
19  that will cause the volume to shrink because
20  you lose -- you lose stuff.
21              Weighing these three
22  simultaneous, but somewhat contradictory
23  trends, mechanisms, the -- one mechanism --
24  mechanism that affects the volume --
25  volumetric change in the biggest way is -- by
00234:01  far is the -- is the losing gas part.  So the
02  gas coming out of the solution would cause
03  the volume to shrink, and since it's by far
04  the biggest factor, the overall combined
05  effect of these three mechanisms will cause
06  the volume to still shrink.
07        Q.      (BY MR. CAFFERTY)  Is it fair to
08  say, then, that for a typical oil reservoir
09  that the stock tank barrels will always be
```

```
      10  less than the reservoir barrels?
```

Page 234:12 to 234:17

```
00234:12       A.     I'm not aware of the reservoir
      13  in which the surface volume is actually
      14  bigger than the reservoir volume.
      15       Q.     (BY MR. CAFFERTY)  Okay.  What
      16  is your best estimate of what the formation
      17  volume factor is for the Macondo reservoir?
```

Page 234:19 to 234:22

```
00234:19       A.     This is a vague question.  There
      20  is many different formation volume factors
      21  defined by different processes.  So exactly
      22  which one are you referring to?
```

Page 235:12 to 235:14

```
00235:12  I'm showing you Exhibit 9744 and
      13  specifically directing your attention to the
      14  last page.
```

Page 236:03 to 236:20

```
00236:03       Q.     There are formation volume
      04  factors identified there.  How many different
      05  kinds of formation volume factors are there?
      06       MR. CRAMER:  Object to form.
      07       A.     In this particular table there
      08  are two kinds of formation volume factors
      09  from the three different laboratories.  One
      10  is the formation volume factor at -- at
      11  saturation pressure for the single-stage
      12  flash, and one -- another type is the
      13  formation -- oil formation volume factor at
      14  saturation pressure for the multistage
      15  separative test.
      16       Q.     (BY MR. CAFFERTY)  All right.
      17  So for purposes of determining how many stock
      18  tank barrels you get out of a reservoir
      19  barrel, which one of those two factors would
      20  you use?
```

Page 236:22 to 237:18

```
00236:22       A.     Again, I want to highlight the
      23  fact that formation volume factors are
      24  dependent on the processes; in other words,
      25  the fashion by which you take the hydrocarbon
00237:01  fluid from subsurface to surface:  It depends
```

```
02    on that definition of the exact process.  And
03    if the question is around what value do you
04    use for converting the volumes from
05    subsurface to surface in the case of Macondo,
06    then I would need to know exactly what the
07    definition is in terms of that process; in
08    other words, in what fashion do you move the
09    hydrocarbon fluid from reservoir condition
10    all the way to the surface of the Gulf.
11         Q.    (BY MR. CAFFERTY)  All right.
12    Let's -- let's do it a little bit simpler,
13    then.  Is it fair to say that in trying to
14    determine stock tank barrels from reservoir
15    barrels, you divide the reservoir barrels by
16    the formation volume factor, whichever one
17    you choose to be appropriate; is that
18    correct?
```

**Page 237:20 to 238:05**

```
00237:20        A.    If -- if you know the volume
21    under reservoir conditions, then, yes, you
22    would need to use the formation volume factor
23    to convert that to surface volume.
24         Q.    (BY MR. CAFFERTY)  And,
25    alternatively, if you know the shrinkage
00238:01    value, then you would multiply the reservoir
02    barrels times the shrinkage value to come up
03    with the stock tank barrels, correct?
04         A.    Yes, that's correct.  You are
05    correct.
```

**Page 238:09 to 238:12**

```
00238:09        Q.    (BY MR. CAFFERTY)  Oh, I'm
10    sorry, did you have more to say?
11         A.    I was just saying they're
12    equivalent.
```

**Page 238:14 to 239:02**

```
00238:14        Q.    (BY MR. CAFFERTY)  Sorry,
15    Dr. Wang.  And in either case, in your
16    experience, the stock tank barrels are always
17    going to be less than the reservoir barrels,
18    correct?
19         A.    Again, as I said before, I have
20    not seen a reservoir in which subsurface
21    volumes are actually smaller than the surface
22    volumes.
23         Q.    So then if someone were to
24    calculate flow rates in reservoir barrels
25    without correcting for stock tank barrels,
```

```
00239:01  they'd be overestimating the flow rates,
      02  correct?
```

Page 239:04 to 239:10

```
00239:04        A.      That would make sense to me.
      05        Q.      (BY MR. CAFFERTY)  All right.
      06  Let's talk about the fluid testing that was
      07  performed.  All of the reservoir fluids that
      08  were tested by Pencor first, Schlumberger
      09  second, and Intertek third were collected
      10  pre-incident, correct?
```

Page 239:12 to 239:20

```
00239:12        A.      As far as I recall, that
      13  statement is not -- not entirely accurate.
      14  There are samples, I believe, that were
      15  collected after the incident that were
      16  analyzed in Schlumberger.  I remember some.
      17        Q.      (BY MR. CAFFERTY)  And those
      18  samples that were collected after the
      19  incident were collected at the surface from
      20  the separator, right?
```

Page 239:22 to 239:24

```
00239:22        A.      Some of those samples that I'm
      23  aware of were collected from the collection
      24  vessels at the surface.
```

Page 240:01 to 240:09

```
00240:01  Let's talk first about Pencor.  The samples
      02  collected pre-incident from the reservoir
      03  were initially sent to Pencor for analysis,
      04  correct?
      05        A.      Yes.
      06        Q.      And when Pencor analyzed those
      07  samples they reported to you that there were
      08  some unusual properties to those reservoir
      09  fluids; is that correct?
```

Page 240:11 to 240:18

```
00240:11        A.      I think they reported to not
      12  just me, but also some of my colleagues in BP
      13  as well that they observed some -- some
      14  behavior that -- that were challenging for
      15  them to -- to explain.
      16        Q.      (BY MR. CAFFERTY)  Well, let me
      17  show you what's been marked as Exhibit 9762,
```

```
        18   and this is Tab 22 in our binder.
```

Page 241:05 to 241:13

```
00241:05        Q.    All right.  Let me direct your
       06   attention to the second page, and it's
       07   Paragraph No. 6, says the new CCE data.  Do
       08   you see that paragraph?
       09        A.    Yes.
       10        Q.    All right.  Is it fair to say
       11   that Pencor reached the conclusion that this
       12   was a dew point system, not a bubble point
       13   system based on their CCE data?
```

Page 241:15 to 241:25

```
00241:15        A.    I think it's fair to say if you
       16   refer to their PVT report, Pencor's PVT
       17   report, that they did reach the conclusion
       18   that this was a dew point, but they also had
       19   reservations.
       20        Q.    (BY MR. CAFFERTY)  And when you
       21   and Mr. Stephen discussed these results from
       22   Pencor, you concluded that this was a highly
       23   unusual volumetric behavior that has never
       24   been observed for BP fluid samples anywhere
       25   else before; is that correct?
```

Page 242:02 to 242:07

```
00242:02        A.    Yes, and the keyword here is
       03   volumetric behavior.
       04        Q.    (BY MR. CAFFERTY)  Were you ever
       05   able to understand whether this was truly
       06   unusual volumetric behavior that had never
       07   been observed for BP fluids before?
```

Page 242:09 to 242:23

```
00242:09        A.    I think eventually with all the
       10   data available from three laboratories, I
       11   reached a conclusion that the volumetric
       12   behavior that was observed by Pencor was --
       13   was something that -- that -- that we do not
       14   agree with; in other words, we don't think
       15   it's actually unusual volumetric behavior.
       16        Q.    (BY MR. CAFFERTY)  And because
       17   you had these Pencor results that indicated
       18   initially unusual volumetric behavior, you
       19   determined that further reservoir samples
       20   from the same samples that had been collected
       21   pre-incident should be sent -- sent to
       22   Schlumberger for them to analyze them,
```

```
        23  correct?
```

Page 242:25 to 243:09

```
00242:25        A.      Yes.  Two -- two aspects:  One
00243:01  is the unusual volumetric behavior, quote,
       02  unquote, referenced here; another is the fact
       03  that Pencor thought it was a dew point
       04  system.
       05        Q.      (BY MR. CAFFERTY)  There also
       06  was an issue that Pencor had with respect to
       07  viscosity where they were having trouble with
       08  smoothing out their viscosity calculations.
       09  Do you remember that issue?
```

Page 243:11 to 243:20

```
00243:11        A.      I do, but I don't -- this
       12  document that I have is not talk --
       13        Q.      (BY MR. CAFFERTY)  Doesn't
       14  address that?
       15        A.      No.
       16        Q.      That doesn't address that.  But
       17  there is a separate issue regarding viscosity
       18  that Pencor raised, correct?
       19        A.      Yes.
       20        Q.      How was that issue resolved?
```

Page 243:22 to 244:09

```
00243:22        A.      That issue was further
       23  investigated through my recommendation for
       24  making the -- the same measurement, viscosity
       25  measurement, but using a different setup.
00244:01        Q.      (BY MR. CAFFERTY)  And who did
       02  that testing?
       03        A.      Intertek did.
       04        Q.      Not Pencor?
       05        A.      No.
       06        Q.      All right.  Now, you were so
       07  concerned about the Pencor results that you
       08  made the decision to send samples to
       09  Schlumberger for them to analyze, correct?
```

Page 244:11 to 244:25

```
00244:11        A.      I did have reservations about,
       12  No. 1, Pencor's conclusion that this was a
       13  dew point, and, No. 2, that they measured
       14  this volumetric behavior, that -- that did
       15  not make sense to me.  But all the other
       16  parameters, of course, issues with viscosity.
       17  But other volumetric parameters, PVT
```

```
18   properties, I think I measured appropriately,
19   and the data from the other two labs later
20   showed that there is broad consistency.
21        Q.      (BY MR. CAFFERTY)   Right.   But
22   because of the concerns that you had, you
23   took the unusual step of sending the sample
24   out to have it analyzed by Schlumberger,
25   correct?
```

## Page 245:04 to 245:16

```
00245:04        A.      I would not characterize the
     05   step that was taken.   In other words, sending
     06   a close sample, a duplicate sample, to
     07   another lab for independent assessment or
     08   repeat measurement is an unusual step when --
     09   we -- we do that for other projects.
     10        Q.      (BY MR. CAFFERTY)   Was it
     11   unusual for you to travel to the Schlumberger
     12   labs to witness personally the CCE tests that
     13   you had them run?
     14        A.      Yes, that was unusual.
     15        Q.      Was it also unusual for you to
     16   require Schlumberger to video the CCE tests?
```

## Page 245:18 to 245:23

```
00245:18        A.      Videotaping the experiment was
     19   not normally done.
     20        Q.      (BY MR. CAFFERTY)   And even
     21   after the Schlumberger tests were done, you
     22   still had concerns about the CCE results,
     23   didn't you?
```

## Page 245:25 to 246:11

```
00245:25        A.      I had the concern to the extent
00246:01   that I have essentially a tie, one lab saying
     02   it was a dew point, another lab saying it was
     03   a bubble point, and I need a third opinion to
     04   essen- -- essen- -- essentially establish
     05   from lab experiment point of view that indeed
     06   this is a particular system one way or
     07   another.
     08        Q.      (BY MR. CAFFERTY)   And that's
     09   why you sent another duplicate sample to
     10   Intertek after you got the second results
     11   from Schlumberger, correct?
```

## Page 246:13 to 246:16

```
00246:13        A.      That's what I remember.
     14        Q.      (BY MR. CAFFERTY)   And then you
```

```
15  also required Intertek, in an unusual step,
16  to video their CCE testing, correct?
```

Page 246:18 to 246:24

```
00246:18       A.    Yes.
      19       Q.    (BY MR. CAFFERTY)  And is it
      20  fair to say that it is unusual for you to
      21  have three different labs perform duplicate
      22  analysis on reservoir samples because of
      23  concerns about the conclusions that you're
      24  getting from the labs?
```

Page 247:02 to 247:06

```
00247:02       A.    It is rare to have three
      03  laboratories, three different laboratories
      04  performing repeat analysis.
      05       Q.    (BY MR. CAFFERTY)  In your
      06  experience, how often has that happened?
```

Page 247:08 to 247:11

```
00247:08       Q.    (BY MR. CAFFERTY)  If ever?
      09       A.    In my experience, that was the
      10  first time I had dealt with it.
      11       Q.    Has it happened since?
```

Page 247:13 to 247:15

```
00247:13       A.    Since Macondo?
      14       Q.    (BY MR. CAFFERTY)  Yes.
      15       A.    Not three labs, but two labs.
```

Page 247:18 to 247:21

```
00247:18       Q.    (BY MR. CAFFERTY)  Yeah, I'm
      19  going to show you what's been marked as 9763,
      20  which is Tab 58 in the binder and ask you
      21  just to take a quick look at this one.
```

Page 248:03 to 249:01

```
00248:03       Q.    All right.  Now, have you seen
      04  Exhibit 58 before?
      05       A.    I don't remember seeing it.
      06       Q.    You're a cc on this e-mail.
      07  It's an e-mail from Kelly McAughan to George
      08  Matthews.  You're a cc.  It's dated Monday,
      09  May 24th.
      10             The first sentence says,
      11  "George, I believe Yun has already talked
```

```
    12    with you but we would like to do some
    13    additional tests on the 18142 foot MD
    14    sample."
    15              Do you see that?
    16       A.    Yes.
    17       Q.    What additional test is that
    18    e-mail referring to?
    19       A.    As far as I can tell reading
    20    this e-mail, the additional tests were listed
    21    in these bullet points.
    22       Q.    All right.  Now, are those tests
    23    that were in addition to the tests that had
    24    already been done by Pencor, Schlumberger,
    25    and that were being done by Intertek at that
00249:01    time?
```

Page 249:03 to 249:14

```
00249:03       A.    Again, I don't remember exactly
    04    the context of this e-mail, but from what I
    05    can read in this e-mail, I think the
    06    additional tests referred to in this e-mail
    07    are those in addition to the constant
    08    composition tests that Schlumberger
    09    themselves already did at that time.
    10       Q.    (BY MR. CAFFERTY)  Is this
    11    referencing the testing that you had done by
    12    Intertek, or is it referring to some
    13    additional tests, a fourth set of tests that
    14    perhaps you were recommending?
```

Page 249:16 to 250:05

```
00249:16       A.    Again, I repeat my previous
    17    answer.  This e-mail is correspondence
    18    between Schlumberger and BP, and additional
    19    tests in this e-mail, I believe, that the --
    20    the term refers to these additional tests
    21    defined in this e-mail in the sentence below
    22    in addition to the constant composition
    23    expansion tests that Schlumberger already did
    24    by that time.
    25       Q.    (BY MR. CAFFERTY)  All right.
00250:01    Well, what I'm trying to understand is, is
    02    this referring to the tests that you asked
    03    Intertek to do or is it referring to some
    04    additional tests beyond what Intertek was
    05    asked to do?
```

Page 250:13 to 250:16

```
00250:13       Q.    (BY MR. CAFFERTY)  I saw in a
    14    document a reference to something called a
```

```
      15   whole oil SARA, SARA is S-A-R-A.  What is a
      16   whole oil SARA?
```

Page 250:18 to 251:04

```
00250:18        A.     Okay.  First of all, that term
      19   is a geochemical term, and I'm not a
      20   geochemist, so this is outside of my area of
      21   expertise.
      22             So I can tell you what SARA is.
      23   Whole oil SARA is a particular form of SARA
      24   analysis that is thought to be superior to
      25   the normal SARA analysis that -- that -- that
00251:01   is routinely done.  SARA stands for
      02   saturates, aromats, resins, and asphaltenes.
      03   So it is a test from which you obtain things
      04   like asphaltene content and saturate content.
```

Page 255:12 to 255:22

```
00255:12        Q.     (BY MR. CAFFERTY)  Now,
      13   yesterday when you were asked questions by
      14   Ms. Andre, it appeared to me that the first
      15   equation of state that you did was sometime
      16   in late April 2010; is that correct?
      17        A.     As far as I recall, that was --
      18   yeah, that was about the time, not too long
      19   after the incident.
      20        Q.     All right.  Approximately when
      21   did you do your last and final equation of
      22   state?
```

Page 255:24 to 256:12

```
00255:24        A.     I'd say after we received all
      25   the data from Pencor and -- and Schlumberger
00256:01   and Intertek and, of course, taking some time
      02   to -- to actually do the work.  So I would
      03   say close to -- close to where -- when the
      04   well was finally capped, around that time,
      05   but I'm -- I'm not sure.
      06        Q.     (BY MR. CAFFERTY)  All right.
      07   Let me show you a document that's been --
      08   let's see, let's mark this one -- document
      09   that's been marked as Exhibit 9764, and this
      10   appears behind Tabs 88 and 89 in the
      11   notebook.  89 was the attachment.  88 was the
      12   cover e-mail.
```

Page 257:09 to 258:23

```
00257:09        Q.     (BY MR. CAFFERTY)  Have you had
      10   an opportunity to review that?
```

```
11          A.     Yes.
12          Q.     All right.  Well, let me start
13    first by having you tell me whether or not
14    you've seen this document before, and, if so,
15    if you can identify for the record what it
16    is.
17          A.     I have seen this -- this table
18    before.  Is that what you're referring to?
19          Q.     Well, and the whole document,
20    the e-mail --
21          A.     The e-mail.
22          Q.     -- as well.
23          A.     The e-mail, I may have.  I'm not
24    certain.  But I know that my name was on the
25    e-mail.
00258:01    Q.     Right.  But not only is your
02    name on it, it's actually an e-mail that you
03    wrote?
04          A.     Yes.
05          Q.     As you can see, it's from you to
06    Kelly McAughan, and it's dated July 21st,
07    2010, correct?
08          A.     Yes.
09          Q.     And that's something that you
10    prepared, right?
11          A.     Uh-huh.
12          Q.     All right.
13          A.     Yes.
14          Q.     And then the attachment to the
15    e-mail is -- it's a chart that contains PVT
16    properties based on Pencor oil phase and
17    Intertek, right?  Oil phase is Schlumberger,
18    right?
19          A.     Oil phase is Schlumberger.
20          Q.     So that's a summary of the PVT
21    properties that you determined from the
22    Pencor, Schlumberger, and Intertek laboratory
23    reports, correct?


Page 259:01 to 259:11

00259:01    A.     It is -- I believe this -- this
02    table, I call it a table.  This table was
03    a -- a transcription attempt to collect the
04    relevant data from the individual lab PVT
05    reports.
06          Q.     (BY MR. CAFFERTY)  Okay.  All
07    right.  Now, would this be what you would
08    call an equation of state, or is this simply
09    a summary of the lab data?
10          A.     No, this is not an equation of
11    state model, characterization model.  This


Page 259:16 to 261:03
```

```
00259:16        Q.      Using this as a reference,
       17  July 21st, the July 21st e-mail which
       18  summarizes the PVT data from the three
       19  laboratories that you had analyze the
       20  reservoir fluids, can you tell me when you
       21  last did your equation of state that provided
       22  the final reservoir fluid properties?
       23        A.      Well, first of all, let me point
       24  out that this table includes not just PVT
       25  data, it also includes things like asphaltene
00260:01  onset measurement and wax appearance
       02  temperature measurement.
       03        Q.      All right.  And those are test
       04  results that maybe aren't -- don't fall
       05  within your definition of PVT data, but they
       06  are test results that those labs obtained
       07  from testing the reservoir fluids?
       08        A.      Correct, correct, correct.
       09        Q.      All right.  Let's get back to my
       10  question, then.  My question was using this
       11  exhibit as a reference for the -- for the
       12  date, can you tell me approximately when you
       13  last did an equation of state to determine
       14  the final reservoir fluid properties?
       15        A.      Using this document and the time
       16  stamp -- stamp on -- on this e-mail chain, I
       17  would say that we, and I, received all the
       18  data, PVT data, from these three laboratories
       19  prior to this particular date, but it -- it,
       20  of course, took time to update the model.  So
       21  I would say the model was updated around that
       22  time.  Still -- I don't know exactly when.
       23        Q.      Where would -- and I haven't
       24  been able to find your final equation of
       25  state, probably because I didn't know what I
00261:01  was looking for.  But where would I look to
       02  find your final equation of state that sets
       03  forth the final reservoir fluid properties?
```

Page 261:05 to 261:05

```
00261:05        A.      I don't really know.
```

Page 261:22 to 262:14

```
00261:22        Q.      (BY MR. CAFFERTY)  Okay.  Now,
       23  Ms. Andre asked you some questions yesterday
       24  about black oil tables, and I saw some
       25  indication that you began preparing black oil
00262:01  tables at least as early as May of 2010.  Do
       02  you recall that?
       03        A.      I don't remember the exact time
       04  frame, but it was -- it was relatively early
```

```
05   during the response period.
06        Q.     All right.  Well, I think if we
07   looked back at the exhibits from yesterday,
08   you'd see that it was from May that you
09   provided your first black oil tables or at
10   least what looked like your first black oil
11   tables.
12             My question, then, is when did
13   you prepare your last and final black oil
14   table?
```

Page 262:18 to 262:18

```
00262:18       A.     I don't -- I don't remember.
```

Page 265:25 to 266:03

```
00265:25       Q.     (BY MR. CAFFERTY)  As you sit
00266:01   here today, what is your best estimate as to
02   what the GOR was for the Macondo reservoir
03   fluids?
```

Page 266:05 to 267:02

```
00266:05       A.     I'd like to refer back to a
06   previous question that you posed which was
07   about formation volume factor.
08             GOR would be actually similar in
09   the sense that you need the exact definition
10   of the process by which you move the fluid
11   from subsurface to surface in order to
12   determine.
13        Q.     (BY MR. CAFFERTY)  And what do
14   you mean by that?
15        A.     By that I mean you need to
16   specify the pressures and temperatures along
17   the flow path from Macondo reservoir all the
18   way to the surface of the Gulf in order to
19   establish a -- a GOR value appropriate for
20   that flow path, if that's what you mean by
21   estimating the GOR.
22        Q.     Well, yesterday we saw a number
23   of documents that indicated that the
24   estimated GOR was about 3,000 standard cubic
25   feet per stock tank barrel of oil.  As you
00267:01   sit here today, is that your best estimate as
02   to what GOR is?
```

Page 267:05 to 267:14

```
00267:05       A.     Yesterday we saw actually many
06   GOR values.  So the 3,000 value that you were
07   referring to in your question, could you give
```

```
08  me the context exactly what GOR that was?
09       Q.     (BY MR. CAFFERTY)  It was -- it
10  was something that -- it was an e-mail that
11  somebody wrote.  I don't have the thing handy
12  right now, but that's what I was talking
13  about.  Do you need more information to be
14  able to answer the question?
```

Page 267:16 to 267:22

```
00267:16       A.     Again, GOR is a path
17  dependent -- solution gas GOR is a path
18  dependent property.  So in order to answer
19  the question, I need to know is it a
20  single-stage flash GOR or is it a -- a
21  multistage separative flash GOR or is it a
22  producing GOR?
```

Page 268:13 to 268:17

```
00268:13       Q.     Well, let's say for the well
14  when it was having oil being released during
15  the discharge period, what was the GOR --
16  what is your best estimate as to what the GOR
17  was during that period?
```

Page 268:19 to 268:20

```
00268:19       A.     I don't know, because I need the
20  definition of that process.
```

Page 269:06 to 269:09

```
00269:06       Q.     Dr. Wang, I've handed you a copy
07  of Exhibit 9744 which was marked yesterday by
08  the United States.  Do you have that in front
09  of you?
```

Page 269:16 to 270:06

```
00269:16       Q.     If you'll turn to the last page
17  of Exhibit 9744.  Do you see that table?
18       A.     Yes.
19       Q.     Who created this table?
20       A.     As far as I remember, I did.
21       Q.     And if you'll look at the table
22  on the second-to-the-last page of 9744.  Do
23  you know who created this table?
24       A.     I believe it was Ms. Kelly
25  McAughan who created this table.
00270:01       Q.     I'm going to hand you
02  Exhibit 9764, and I'll have you keep in front
```

```
03   of you Exhibit 9744, but I'll also hand you
04   Exhibit 9764 which was marked by Transocean
05   earlier today.  I'm going to have you turn to
06   the last page of Exhibit 9764.
```

Page 270:09 to 271:03

```
00270:09        Q.     (BY MR. CRAMER)  Do you know who
     10   created this table?
     11        A.     I believe I did.
     12        Q.     Now, each of these tables
     13   summarizes the PVT properties from the
     14   various labs who tested the Macondo fluid; is
     15   that right?
     16        A.     Yes.
     17        Q.     As you sit here today can you
     18   confirm that all of the information in the
     19   tables on Exhibit 9764 and Exhibit 9744
     20   accurately reflect the data that was provided
     21   to you by the labs that tested the fluid?
     22        A.     No, I cannot confirm that.
     23        Q.     If you wanted to confirm whether
     24   the data on the tables in Exhibit 9764 and
     25   Exhibit 9744 was accurate, what would you do?
00271:01        A.     I would refer to the original
     02   PVT reports from -- from these three
     03   laboratories and verify.
```

Page 271:08 to 272:12

```
00271:08        Q.     (BY MR. CRAMER)  I'll start my
     09   question again.  Do you see on each of the
     10   tables that are included in Exhibits 9764 and
     11   9744 there are certain boxes that have an
     12   "N/A" in them?
     13        A.     Yes.
     14        Q.     What does the "N/A" refer to?
     15        A.     "N/A" is nonapplicable, meaning
     16   no data for that particular measurement.
     17        Q.     As you sit here today, can you
     18   confirm that the data on each of the tables
     19   reflected in Exhibits 9764 and 9744 where
     20   there is an indication "N/A," that the
     21   information is not currently available?
     22        A.     Again, I -- I cannot confirm
     23   that.
     24        Q.     What would you do to confirm
     25   whether or not the data was available?
00272:01        A.     Again, I would refer back to the
     02   original PVT reports from the three
     03   laboratories --
     04        Q.     If there was --
     05        A.     -- and verify it.
     06        Q.     If there was a conflict between
```

```
07   the data reflected on the tables in
08   Exhibit 9764 and 9744 and the reports from
09   the labs that did the analysis, which would
10   you rely on?
11        A.    I would always rely on the
12   original laboratory reports.
```

Page 272:25 to 274:14

```
00272:25        Q.    In building your equation of
00273:01   state fluid characterization model for the
02   Macondo fluid did you use any data from the
03   testing of samples taken from any other
04   source other than the samples taken from the
05   bottom hole of the Macondo reservoir?
06        A.    The only source of PVT data for
07   equation of state model calibration is from
08   the bottom hole.
09        Q.    Why is that?
10        A.    Because the bottom hole samples
11   have compositions that are representative of
12   the location in the reservoir from which the
13   samples were obtained.
14        Q.    Between bottom hole samples from
15   the Macondo reservoir and samples taken from
16   a source like collection vessels other than
17   the samples from the Macondo reservoir, which
18   do you consider more reliable for
19   understanding the fluid being released from
20   the reservoir?
21        A.    The samples collected from the
22   bottom hole are the more representative
23   samples to understand the fluid properties of
24   the original Macondo reservoir fluid, so
25   therefore our basis for modeling effort.
00274:01        Q.    Between the bottom hole samples
02   from the Macondo reservoir and samples taken
03   from either collection vessels or some other
04   source, which do you consider more reliable
05   for purposes of calibrating your equation of
06   state?
07        A.    The bottom hole samples.
08        Q.    Why?
09        A.    Because the bottom hole samples
10   obtained from Macondo prior to the incident
11   are, No. 1, in single phase and, No. 2, have
12   very little mud contamination.
13        Q.    Why is taking a sample while a
14   fluid is in single phase important to you?
```

Page 274:16 to 274:18

```
00274:16        Q.    (BY MR. CRAMER)  Why is it
17   important to you that the samples taken from
```

```
        18  the Macondo reservoir were in single phase?
```

Page 274:20 to 275:13

```
00274:20        A.    It is important in the sense
      21  that single phase samples allow me to
      22  establish the original reservoir fluid
      23  composition with -- with confidence.
      24        Q.    (BY MR. CRAMER)  And what does
      25  it mean when a fluid is in single phase?
00275:01        A.    It means that that particular
      02  fluid under the conditions pressure and
      03  temperature is -- only contains a single
      04  phase.  So the pressure of that fluid is
      05  above the -- the saturation pressure.
      06        Q.    Can PVT testing determine the
      07  original composition of the Macondo fluid
      08  based on -- let me ask it this way:  Can PVT
      09  testing of samples from the collection
      10  vessels or any other source other than the
      11  samples taken from the Macondo reservoir
      12  reliably determine the original composition
      13  of the Macondo fluid?
```

Page 275:16 to 276:17

```
00275:16        A.    No.
      17        Q.    (BY MR. CRAMER)  Why not?
      18        A.    Because the samples collected at
      19  the surface or collection vessel or at the
      20  mud line would -- would be already in
      21  two-phase, under two-phase conditions, and
      22  therefore sampling -- obtaining a sample with
      23  the right proportion of the two phases is --
      24  is -- in -- in the case of Macondo where the
      25  flow is -- is not uniform, is challenging, at
00276:01  best.
      02        Q.    Did you do any analysis of the
      03  compositional signature of the fluid samples
      04  taken from collection vessels?
      05        A.    Could you clarify what mean --
      06  what you mean by "compositional signature"?
      07        Q.    Compositional -- is
      08  compositional signature a term that you use
      09  in your work at BP?
      10        A.    Okay.  As far as I recall, I did
      11  compare the liquid sample, the signature of
      12  P&A between carbon No. 6 and carbon No. 8
      13  from samples -- samples both from
      14  subsurface -- bottom hole and samples from
      15  the collection vessels.  And my comparison, I
      16  recall, showed that there was broad
      17  consistency in terms of the signature.
```

Page 277:05 to 278:19

```
00277:05        Q.      (BY MR. CRAMER)  Why did you do
      06   this comparison of the compositional
      07   signature of the Macondo reservoir fluid and
      08   the samples taken from the collection
      09   vessels?
      10        A.      Because as I pointed out
      11   previously, compositions are an integral part
      12   of the equation of state fluid
      13   characterization model and as the reservoir
      14   is being deleted I would need to know if
      15   there is any change in composition and if
      16   there is, then that needs to be reflected in
      17   my equation of state characterization model.
      18        Q.      What conclusions did you reach
      19   when you made the comparison of compositional
      20   signatures between the Macondo reservoir
      21   fluid samples and the samples taken from
      22   collection vessels?
      23        A.      Based on what I remember, I -- I
      24   concluded that the -- from the -- the piece
      25   of information that I looked at which is the
00278:01   signature of P&A between carbon No. 6 and
      02   carbon No. 7, that indication provides a --
      03   a -- a piece of evidence that tells me that
      04   there is no reason to believe that
      05   compositions have changed as the reservoir
      06   is -- the Macondo reservoir is being deleted.
      07   So therefore the equation of state model, the
      08   characterization model that I built is still
      09   adequate; however, that -- of course, that --
      10   that assessment was based on that piece of
      11   information only, and that's just one
      12   indication.
      13        Q.      When you use the term P&A what
      14   does that mean?
      15        A.      P&A stands for paraffin,
      16   napthene, and aromats.  It is the -- the
      17   distribution, the relative makeup of the
      18   different type of chemicals in the
      19   hydrocarbon mixture.
```

Page 279:05 to 279:24

```
00279:05        Q.      Good morning, Dr. Wang.  We just
      06   have a couple follow-up questions for you,
      07   then we'll get out of here for the day.
      08   We've marked two documents as Exhibit 9765,
      09   which is a page of custodial information that
      10   does not have a Bates stamp.  We provided it
      11   to the parties this morning.  And a second
      12   document ending in Bates stamp 7606 as
      13   Exhibit 9766.  And, first, just for the
```

```
14   record, we provided the custodial information
15   from -- for this document because there was
16   no cover e-mail.
17            So I just wanted to walk
18   through, for the record, what the metadata
19   provided by BP said about this document.
20   First, the formatted date provided by BP was
21   July 22nd, 2010, and this document was
22   collected from the custodial files of Farah
23   Saidi, Grace Cooling, Theresa Elizondo, and
24   Adam Ballard?
```

Page 280:02 to 280:08

```
00280:02        Q.      (BY MS. ANDRE)  So, Dr. Wang,
03   I'd like to have you look at document 9766,
04   please, and identify it for us, if you can.
05            A.      Is there a file name associated
06   with this document?
07            Q.      The custodial file titles it
08   "Preliminary EOS."
```

Page 280:17 to 281:11

```
00280:17        A.      Yeah, the title -- the file
18   title makes more sense.  The file is in a
19   unusual format.
20            Q.      It's in the format it was
21   produced to us.
22            A.      Right.  Yes.  So this file
23   looks -- seems to be a -- a database file in
24   PVTsim that -- that has the -- the equation
25   of state characterization model.
00281:01        Q.      Okay.  Earlier when you were
02   discussing with Mr. Cafferty the date of your
03   last equation of state model for the Macondo
04   fluid you said you thought it was sometime
05   around when the well was shut-in in mid July.
06   Now, the formatted date for this document
07   suggests that it was either received by one
08   of the custodians or created on July 22nd,
09   2010.  Do you have any recollection of
10   sending this equation of state to Ms. Saidi
11   or Mr. Ballard around that time?
```

Page 281:14 to 281:20

```
00281:14        A.      I don't remember.  That's not
15   clear at that time.
16            Q.      (BY MS. ANDRE)  Can you tell by
17   looking at this document -- and by "this
18   document," I apologize, I mean 9766, whether
19   or not it is, in fact, your final equation of
```

```
    20   state for the Macondo fluid?
```

Page 281:23 to 281:24

```
00281:23      A.    No, it's not possible to -- to
     24   verify.  I don't --
```

Page 282:01 to 282:05

```
00282:01      A.    I don't remember.
     02      Q.    But you don't remember when the
     03   last equation of state that you created was
     04   circulated to your engineering colleagues at
     05   BP?
```

Page 282:07 to 282:13

```
00282:07      A.    I don't remember exactly who I
     08   sent to.
     09      Q.    (BY MS. ANDRE)  Or when you sent
     10   it?
     11      A.    And when I sent it.
     12      Q.    Okay.  If you could please turn
     13   to Tab 150.
```

Page 283:01 to 283:03

```
00283:01   MS. ANDRE:  I'll mark both the
     02   Bates-stamped copy and the color copy, but
     03   not the e-mail.  That's not --
```

Page 283:15 to 283:23

```
00283:15   MS. ANDRE:  No, it's not.  We -- an
     16   apparent e-mail was not produced with this
     17   document.  But we're going to mark it as
     18   Exhibit 9767.
     19      Q.    (BY MS. ANDRE)  So this document
     20   is entitled "Macondo data summary
     21   November 9th, 2010."  Have you ever seen it
     22   before?  And if --
     23      A.    Really small print.
```

Page 284:04 to 284:19

```
00284:04      Q.    (BY MS. ANDRE)  And if you could
     05   flip through this PowerPoint until you come
     06   to a page called "PVT summary."  That's the
     07   page that I have questions about.
     08      A.    Okay.  So we stay on that page,
     09   the PVT summary.  Okay.
     10      Q.    First, do you recognize this
```

```
11   document?
12        A.    As far as I remember, I think
13   I've seen slide packs similar.  I'm not sure
14   exactly if -- if the -- the -- the slide
15   packs that I've seen are exactly the same as
16   this one, but similar.
17        Q.    In looking at the document,
18   would you describe it as a summary of Macondo
19   well data?
```

Page 284:22 to 284:23

```
00284:22       A.    Looking at this particular
      23   slide?
```

Page 285:01 to 285:09

```
00285:01       A.    (Continuing)  You said "PVT
      02   Summary" is the slide we're talking about.
      03        Q.    (BY MS. ANDRE)  Yes, I'm sorry,
      04   and the following slide too.
      05        A.    Oh, it's the same title.  Could
      06   you repeat the question?
      07        Q.    Sure.  Does it look like an
      08   accurate representation of the PVT data
      09   collected from the Macondo well?
```

Page 285:11 to 286:01

```
00285:11       A.    Well, I believe this table
      12   was -- was covered in the previous question,
      13   that -- and I pointed out that in order to
      14   verify, we need -- need to check with the
      15   original PVT reports.
      16        Q.    (BY MS. ANDRE)  Sure.  And,
      17   actually, why don't we turn back to that
      18   document to compare the two tables.  If you
      19   could look back at Exhibit 9744 that counsel
      20   for BP was discussing.  And look at the table
      21   on the last page, please.
      22        A.    This one?
      23        Q.    Uh-huh.
      24        A.    Okay.
      25        Q.    Looking at these tables side by
00286:01   side, do they appear to be identical?
```

Page 286:03 to 286:04

```
00286:03       Q.    (BY MS. ANDRE)  In values for
      04   GOR and FVF?
```

Page 286:17 to 286:19

```
00286:17        Q.     (BY MS. ANDRE)  Are the values
      18  identical for the measurements for gas-oil
      19  ratio and FVF?
```

Page 286:24 to 287:01

```
00286:24        Q.     (BY MS. ANDRE)  Both the single
      25  stage and the separator test, please, just
00287:01  compare the two charts.
```

Page 287:03 to 287:09

```
00287:03        A.     I'm looking at the oil FVF at
      04  saturation pressure for the single-stage
      05  flash test and for all three labs, and it
      06  looks to me that the three values in the
      07  table from this document agree with the three
      08  values in the table from this -- this
      09  document.
```

Page 287:11 to 287:15

```
00287:11        Q.     (BY MS. ANDRE)  So just to
      12  clarify, you're saying that the tables from
      13  Exhibit 9744 and Exhibit 9767 have the same
      14  FVF for sat- -- at saturation pressure
      15  single-stage flash?
```

Page 287:17 to 287:22

```
00287:17        A.     Yes, these values for the
      18  single-stage flash FVF at saturation pressure
      19  appear to be the same.
      20        Q.     (BY MS. ANDRE)  Okay.  What
      21  about FVF at saturation pressure for the
      22  separator test?
```

Page 287:24 to 288:05

```
00287:24        A.     Again, I'm looking at the oil
      25  formation volume factor at saturation
00288:01  pressure for the separator test, and the
      02  three values from the three different labs in
      03  both documents appear to be the same.
      04        Q.     (BY MS. ANDRE)  Thank you.  What
      05  about GOR for single-stage flash?
```

Page 288:07 to 288:14

```
00288:07        A.     Again, the GOR values for
      08  single-stage flash from the three labs appear
```

```
09  to be the same in both reports.
10       Q.    (BY MS. ANDRE)  Okay.  And,
11  finally, the --
12       A.    Both documents.
13       Q.    Thank you.  Finally, the GOR for
14  the separator tests, are they the same?
```

Page 288:16 to 288:19

```
00288:16       A.    Again, it looks to me that the
17  GOR values for the separator test, multistage
18  separator test from the three laboratories
19  appear to be the same in both documents.
```

Page 289:02 to 289:04

```
00289:02       Q.    (BY MS. ANDRE)  But do you have
03  any reason to doubt the -- these charts'
04  accuracy?
```

Page 289:06 to 289:11

```
00289:06       A.    Again, without checking with the
07  actual reports, I cannot say for certain that
08  all these values are the accurate reflection
09  of what's reported.
10       Q.    (BY MS. ANDRE)  But do you have
11  any reason to doubt their accuracy?
```

Page 289:13 to 289:19

```
00289:13       A.    No, I don't, but I still need to
14  verify in order to be absolutely certain.
15       Q.    (BY MS. ANDRE)  And if BP was
16  providing a slide pack with data to its
17  employees, do you have any reason to think
18  that it would provide data that was
19  inaccurate?
```

Page 289:21 to 290:05

```
00289:21       A.    No, I have no reason to believe
22  that the intention was to provide inaccurate
23  data.
24       Q.    (BY MS. ANDRE)  Dr. Wang, I want
25  to talk to you a little bit more about your
00290:01  equation of state that you used.  Leaving
02  this document.  You testified yesterday that
03  you used the 1978 Peng-Robinson equation of
04  state with a Peneloux enhancement; is that
05  correct?
```

Page 290:07 to 290:09

00290:07        A.    It is the Peng-Robinson equation
     08  of state model, the 1978 version with
     09  Peneloux volume shift correction.


Page 290:16 to 290:20

00290:16        Q.    (BY MS. ANDRE)  In addition to
     17  the Peneloux volume shift correction did you
     18  apply any other more recent corrections to
     19  the 1978 version of the Peng-Robinson
     20  equation of state that you used?


Page 290:23 to 292:05

00290:23        A.    The equation of state model
     24  itself, the Peng-Robinson '78 version with
     25  the Peneloux volume shift correction is, as
00291:01  far as I'm aware of, the -- the most recent
     02  Peng-Robinson model, equation of state model
     03  that -- that is built in the tools that we
     04  use.  In one particular tool called PVTsim
     05  where you have -- you have features that are
     06  not, as far as I'm aware of, available in
     07  some of the other tools, and those features
     08  were used to improve the data calibration
     09  exercise; in other words, to improve the
     10  quality of the match between the model and
     11  the data.
     12        Q.    (BY MS. ANDRE)  Okay.  Could you
     13  please describe the features you used to
     14  improve the data calibration within, is it
     15  PVTsim?
     16        A.    Yes, that's PVTsim.  As far as I
     17  remember, the temperature dependent feature
     18  of the Peneloux volume correction parameters
     19  was used to improve volumetric match of the
     20  data.  And my memory is that -- is a little
     21  vague, but I seem to remember that -- that I
     22  also used the -- another feature called
     23  temperature dependent binary interaction
     24  coefficients, and I believe that is the
     25  feature that's available in PVTsim, but not
00292:01  implemented -- implemented in other tools.
     02  That feature was used to improve the -- the
     03  equation of state model's match with the data
     04  at lower temperatures, the saturation
     05  pressure data at lower temperatures.


Page 292:11 to 292:17

00292:11        Q.    Earlier BP's counsel was talking

```
12  to you a little bit about samples from
13  collection vessels, and you stated that you
14  did some comparison in composition between
15  the bottom hole samples taken from the
16  Macondo well and the samples taken from the
17  collection vessels; is that correct?
```

Page 292:19 to 293:07

```
00292:19       A.    I believe I stated that I did
      20  some comparison analysis of the what I --
      21  what I call the one -- one of the chemical --
      22  sorry, compositional signatures, which is the
      23  P&A distribution of the -- of carbon
      24  number -- between carbon No. 6 and carbon
      25  No. 8.  It was not a comparison of the full
00293:01  composition itself.
      02       Q.    (BY MS. ANDRE)  Okay.  So while
      03  the samples taken on the collection vessels
      04  may not be the ones that you want to use for
      05  PVT lab analysis, they do have some value in
      06  providing data about the Macondo fluid; is
      07  that correct?
```

Page 293:10 to 293:13

```
00293:10       A.    They have value informing me
      11  about if there is any evidence to suggest
      12  that there is a compositional change as the
      13  reservoir is being deleted.
```

Page 294:11 to 294:15

```
00294:11       Q.    (BY MS. ANDRE)  Okay.  So all
      12  I'm trying to get at is that there is data
      13  that you can collect from the samples taken
      14  from the collection vessels that can be used
      15  in fluid analysis?
```

Page 294:18 to 295:03

```
00294:18       A.    Fluid analysis is a pretty broad
      19  term.  All I'm saying is that the composition
      20  al- -- the -- the GC type of analysis that
      21  the geochemists use would help us understand
      22  the compositional variation, if there is one,
      23  over time for Macondo -- for Macondo
      24  reservoir.
      25       Q.    (BY MS. ANDRE)  So there is data
00295:01  in -- that you can collect from the
      02  collection vessel samples that is of use to
      03  you?
```

Page 295:05 to 295:12

```
00295:05        A.     Yes, that's a reasonable
      06 characterization.
      07        Q.     (BY MS. ANDRE)  Could you turn
      08 to Tab 141, please, in your binder?  We'll
      09 mark this as Exhibit 9768.  It's a one-page
      10 e-mail from Tony Liao to you, Dr. Wang, and
      11 Henry Nickens, and the date of the e-mail
      12 chain is June 29th, 2010.
```

Page 295:14 to 295:19

```
00295:14        Q.     Have you seen this e-mail
      15 before, Dr. Wang?
      16        A.     I don't remember seeing it, but
      17 it includes an e-mail from me, it looks like.
      18        Q.     You didn't review it in
      19 preparation for the deposition today?
```

Page 295:21 to 296:04

```
00295:21        A.     I don't remember reviewing this
      22 particular one.
      23        Q.     (BY MS. ANDRE)  Okay.  So I'm
      24 interested in the top e-mail from Tony Liao
      25 to yourself and Mr. Nickens.  The subject is
00296:01 "PVTSim EOS File," and the e-mail says,
      02 "Thanks, Yun for your timely help."
      03             First, what did you help
      04 Mr. Liao with?
```

Page 296:07 to 296:25

```
00296:07        A.     I don't recall exactly what
      08 happened, and it's not clear from his e-mail
      09 exactly what that help was.
      10        Q.     (BY MS. ANDRE)  If you look to
      11 the bottom e-mail, it's an e-mail from
      12 yourself to Mr. Nickens and Tony Liao is
      13 cc'd.  The e-mail states, "Henry,
      14             "The PVTSim database file I
      15 mentioned in the phone is attached here.
      16             "If you have any questions,
      17 please let me know."
      18             And then it says that there is
      19 an attachment -- it indicates that there is
      20 an attachment, which we don't have because
      21 it's not the first e-mail in the chain.
      22             But does that refresh your
      23 recollection at -- about what the content of
      24 your help to Mr. Liao and Mr. Nickens may
      25 have been?
```

Page 297:02 to 297:13

```
00297:02        A.      No, it doesn't, but, you know,
     03  you can look at the e-mail, and that --
     04  that's what I sent to -- to Mr. Nickens,
     05  so...
     06        Q.      (BY MS. ANDRE)  Okay.  Looking
     07  back up at the first e-mail after the e-mail
     08  states, "Thanks, Yun for your timely help."
     09              It says, "Henry,
     10              "Please simulate the case well
     11  has been flowing at 30k, 50k, and 60k from
     12  the beginning, then we shut in the well."
     13              Did I read that correctly?
```

Page 297:15 to 297:18

```
00297:15        A.      Yes.
     16        Q.      (BY MS. ANDRE)  Do you know what
     17  well simulations are being referenced in this
     18  e-mail?
```

Page 297:20 to 297:24

```
00297:20        A.      No, I don't.
     21        Q.      (BY MS. ANDRE)  Do you know what
     22  Tony Liao meant when he said "simulate the
     23  case well has been flowing at 30K, 50K, and
     24  60K from beginning"?
```

Page 298:01 to 298:10

```
00298:01        A.      No, I don't.
     02        Q.      (BY MS. ANDRE)  So you stated
     03  yesterday that you were on a small team with
     04  Mr. Mason, Mr. Liao, and yourself, but that
     05  you didn't know what Mr. Mason was doing,
     06  though it seems to me from this and similar
     07  e-mails that you were often cc'd when flow
     08  modeling requests were being discussed.  Is
     09  that a fair characterization of the documents
     10  we've looked at during this deposition?
```

Page 299:02 to 299:12

```
00299:02        A.      I don't remember precisely, but
     03  I wouldn't rule that out.  People do cc me on
     04  things that -- that were relevant to me,
     05  directly relevant to me, things that were
     06  indirectly relevant to me, and things were
     07  completely unrelevant.
```

```
        08        Q.      (BY MS. ANDRE)  And you were
        09  providing your equations of state to your
        10  engineering colleagues to aid them in flow
        11  modeling, as you testified yesterday,
        12  correct?
```

Page 299:14 to 299:20

```
00299:14        A.      I did provide my equation of
        15  state model to the various engineering
        16  colleagues who were simulating the -- the
        17  flow.
        18        Q.      (BY MS. ANDRE)  Okay.  But you
        19  don't know anything about how they were
        20  simulating flow, correct?
```

Page 299:22 to 300:04

```
00299:22        A.      Simulating dynamic flow using
        23  tools like PROSPER and OLGA is well beyond my
        24  area of expertise.
        25        Q.      (BY MS. ANDRE)  And even though
00300:01  you were consulting them about fluid
        02  properties directly related to their flow
        03  modeling, you don't know what they were
        04  doing?
```

Page 300:07 to 300:12

```
00300:07        A.      I do not have the expertise to
        08  understand exactly what they were doing.
        09        Q.      (BY MS. ANDRE)  And you don't
        10  know what the small team comprising of
        11  Mr. Mason, Dr. Lehr, and yourself was working
        12  on?
```

Page 300:15 to 301:01

```
00300:15        A.      First of all, based on my
        16  memory, I wasn't even sure who exactly were
        17  on this team, Mr. Mason's team.  I know Tony
        18  Liao, Simon Bishop, and Chris Cecil were on
        19  because they -- they were in -- in the same
        20  organization, same organization as Mike --
        21  Mr. Mike Mason is.  I actually was brought in
        22  from a different department.  So I don't
        23  really know exactly who was on that team.  I
        24  know these gentlemen.
        25        Q.      (BY MS. ANDRE)  How long did you
00301:01  work on Mr. Mason's team?
```

Page 301:03 to 301:12

```
00301:03        A.      I'd say started working not too
     04  long after the incident, so I'd say late --
     05  late April --
     06        Q.      (BY MS. ANDRE)  Until --
     07        A.      -- roughly.  Until whenever the
     08  well was -- was stopped.
     09        Q.      So roughly mid July 2010?
     10        A.      Yeah.
     11        Q.      And you don't know what they
     12  were doing during those months?
```

Page 301:14 to 301:22

```
00301:14        A.      I think I mentioned that I was
     15  aware they were evaluating different
     16  scenarios, different scenarios, but that's --
     17  that's the extent to which I know.
     18        Q.      (BY MS. ANDRE)  Okay.  Do you
     19  remember -- as far as the composition of the
     20  Macondo fluid at downhole conditions is
     21  concerned, do you remember what percentage of
     22  the fluid was C12 or higher?
```

Page 301:24 to 302:05

```
00301:24        A.      No, I don't -- I don't remember
     25  off the top of my head.  We can look at
00302:01  the -- the reports.
     02        Q.      (BY MS. ANDRE)  I can look at
     03  the reports.  I was just wondering if you
     04  remembered whether or not there was a large
     05  portion of heavier carbons in the fluid?
```

Page 302:08 to 302:19

```
00302:08        A.      Are you referring to the
     09  original reservoir fluid composition as
     10  measured by the three laboratories?
     11        Q.      (BY MS. ANDRE)  Yes.
     12        A.      For the samples prior to -- the
     13  bottom hole samples prior to the incident?
     14        Q.      Yes.
     15        A.      The overall original reservoir
     16  fluid compositions, as I recall, have
     17  relatively small -- that's not a precise
     18  term, relatively small amount of heavy
     19  because it is a volatile fluid.
```

Page 302:24 to 303:08

```
00302:24        Q.      (BY MS. ANDRE)  You testified
     25  yesterday that you at one time held the
```

```
00303:01  position of reservoir engineer for ARCO; is
      02  that correct?
      03         A.    I was the research engineer,
      04  that was the title.  But in terms of the line
      05  of work that I did, it was reservoir
      06  engineering work at ARCO.
      07         Q.    How about after the merger, did
      08  you hold that position at BP, also?
```

Page 303:10 to 303:11

```
00303:10         A.    In BP the title changed from
      11  research engineer to reservoir engineer.
```

Page 303:23 to 304:04

```
00303:23         Q.    (BY MS. ANDRE)  Okay.  So
      24  yesterday we talked a little bit more about
      25  your preparation for this deposition.  I want
00304:01  to ask a couple follow-up questions about
      02  that.
      03                When did you prepare for this
      04  deposition?
```

Page 304:06 to 304:11

```
00304:06         A.    I don't remember the precise
      07  date.  It was around late July, I would say,
      08  maybe even later.  I don't remember the
      09  precise date.
      10         Q.    (BY MS. ANDRE)  Okay.
      11         A.    Around that time.
```

Page 306:10 to 306:14

```
00306:10         Q.    (BY MS. ANDRE)  All right.  So
      11  the last couple things I want to ask you
      12  about just has to do with PVT data that you
      13  received from the three labs.  The Macondo
      14  project was an important project, correct?
```

Page 306:16 to 306:19

```
00306:16         A.    Yes.
      17         Q.    (BY MS. ANDRE)  Because BP was
      18  working to respond to a blowout and an oil
      19  spill; is that correct?
```

Page 306:21 to 306:25

```
00306:21         A.    Yes.
      22         Q.    (BY MS. ANDRE)  So it was
```

```
        23   important to be sure that the PVT lab data
        24   from the Macondo samples was good data,
        25   right?
```

Page 307:02 to 307:05

```
00307:02        A.     Yes.
        03        Q.     (BY MS. ANDRE)  And the PVT lab
        04   you -- data that you received was good data,
        05   right?
```

Page 307:08 to 307:14

```
00307:08        A.     Are you talking about a
        09   particular piece, or are you talking about
        10   everything?
        11        Q.     (BY MS. ANDRE)  I'm just -- I'm
        12   only talking about the Schlumberger,
        13   Intertek, and Pencor PVT analysis of the
        14   downhole samples.
```

Page 307:16 to 307:22

```
00307:16        A.     I'd say that there is broad
        17   consistency across three different
        18   laboratories, with a few exceptions, of the
        19   PVT data.
        20        Q.     (BY MS. ANDRE)  Okay.  And were
        21   you ultimately happy with the PVT work that
        22   was done --
```

Page 307:24 to 307:25

```
00307:24        Q.     (BY MS. ANDRE)  -- by those
        25   three labs?
```

Page 308:03 to 308:13

```
00308:03        A.     Overall impression is yes.
        04        Q.     (BY MS. ANDRE)  Okay.
        05        A.     But you do -- you do -- you are
        06   aware that the -- the Pencor issue of the
        07   bubble point and dew point?
        08        Q.     Right.  But apart from the --
        09        A.     And the viscosity.
        10        Q.     Apart from the viscosity issues
        11   and the dew point, bubble point
        12   characterization by Pencor, you are happy
        13   with the data?
```

Page 308:15 to 308:15

```
00308:15         A.      The PVT data, yes.
```

Page 308:25 to 309:10

```
00308:25         Q.      (BY MS. ANDRE)  Dr. Wang, I just
00309:01  have one more question.  Do you know who
      02  Mr. Nickens is?
      03         A.      Yes, I do.
      04         Q.      Who is he?
      05         A.      He was previously a petroleum
      06  engineer working in, I believe, Mike Mason's
      07  organization.  But I'm not sure at that time,
      08  at the time of Macondo, he was still with BP
      09  or had already retired from BP.  I don't -- I
      10  don't remember that precisely.
```