# United States' Phase Two Offer of Proof Exhibit 23
# Designations of Volumes 1-2 of Deposition of James Wellings

Page 14:07 to 14:09

00014:07  JAMES SCOTT WELLINGS,
     08  having been first duly sworn, testified as
     09  follows:


Page 14:12 to 14:14

00014:12       Q.     Can you please state your name
     13  for the record?
     14       A.     James Scott Wellings.


Page 14:23 to 15:17

00014:23       Q.     Well, probably more than a
     24  couple, but I'll try and make it unpainful.
     25              Where are your -- where's your
00015:01  current employment?
     02       A.     I currently am employed by BP
     03  Brazil.
     04       Q.     And what's your title with BP
     05  Brazil?
     06       A.     Exploration of wells, team
     07  leader.
     08       Q.     And -- and when did you transfer
     09  over to BP Brazil?
     10       A.     It was in September 2010, after
     11  I finished the response on Macondo.
     12       Q.     Okay.  When you were working on
     13  the Macondo response, what was your title
     14  with BP?
     15       A.     I was unofficially -- they
     16  didn't really give us titles.  I was the
     17  captain stack -- or the captain team leader.


Page 15:21 to 16:22

00015:21  You were employed by BP at the
     22  time, right?
     23       A.     Correct.
     24       Q.     Okay.  And you had a position
     25  prior to the Macondo response, correct?
00016:01       A.     Okay.  Yeah, I was the wells
     02  team leader for BP Colombia doing the
     03  offshore exploration planning.
     04       Q.     Okay.  And when you say doing
     05  offshore exploration planning, can you give
     06  me some idea of what that means?
     07       A.     Well, that means we put together
     08  a well plan for an exploration well that the
     09  geophysicists and geologists would put
     10  together in terms of a play.  It was a
     11  deepwater play.  And we were doing the

```
12    planning in terms of the equipment we'd need
13    and the cost estimates and -- and engineering
14    studies and the like to get ready to do an
15    exploration operation offshore in Colombia.
16        Q.      Okay.  And when you're talking
17    about planning to, you know, work on an
18    exploration operation, are -- are you talking
19    mainly about things like casing design, what
20    types of equipment you will need to drill the
21    well?
22        A.      That's correct, yeah.
```

## Page 17:03 to 17:10

```
00017:03        Q.      Well, was there any planning,
    04    for instance, if a well blew out and the BOP
    05    was not able to shut it in, what you would do
    06    in response to that?
    07        A.      No, there was not.
    08        Q.      And was that generally how
    09    planning was done at BP for exploration
    10    wells?
```

## Page 17:19 to 18:03

```
00017:19        A.      Exploration planning at BP, we'd
    20    do the -- the standard well design and we'd
    21    do relief well contingency planning, and
    22    then, of course, all of our training in terms
    23    of well-control certifications, so --
    24        Q.      Okay.
    25        A.      And our various well-control
00018:01    planning.
    02        Q.      Now, you were -- you were put in
    03    charge of the capping stack effort, correct?
```

## Page 18:05 to 18:14

```
00018:05        Q.      It being in response to Macondo
    06    blowout, correct?
    07        A.      Yes.
    08        Q.      And the capping stack effort was
    09    comprised of the two-ram capping stack, the
    10    two-ram capping stack and the BOP-on-BOP
    11    options, correct?
    12        A.      That's correct.
    13        Q.      And -- and you were in charge of
    14    all three of those efforts, right?
```

## Page 18:16 to 18:24

```
00018:16        A.      Correct.
    17        Q.      Were there any other efforts
```

```
18  other than the three I mentioned that dealt
19  with the capping stack effort?
20        A.      There are other caps that were
21  being looked at by other groups.  One of them
22  involved a ball valve and -- and a latch cap
23  and an overshot cap.  So there was other caps
24  being looked at, if you will.
```

Page 19:06 to 19:07

```
00019:06        Q.      Okay.  Do you know why you were
     07  picked to lead the capping stack effort?
```

Page 19:09 to 19:11

```
00019:09        A.      No, I do not.
     10        Q.      Did you have any experience with
     11  capping stacks prior to the Macondo response?
```

Page 19:13 to 19:15

```
00019:13        A.      No, I did not.
     14        Q.      Had you ever worked with a
     15  capping at all prior to the Macondo response?
```

Page 19:17 to 20:05

```
00019:17        A.      The capping stack we were
     18  looking at was -- was never been invented.
     19  The only capping stacks that were available
     20  in the industry that I know of were for land
     21  operations, not for -- not for subsea.  As an
     22  industry, that was not available.
     23        Q.      So there were capping stacks
     24  that were used for surface application,
     25  correct?
00020:01        A.      Correct.
     02        Q.      And the basic idea of those
     03  capping stacks is the same as the capping
     04  stack that was applied in the Macondo,
     05  correct?
```

Page 20:07 to 21:08

```
00020:07        A.      Correct.
     08        Q.      Was anybody on your -- did
     09  anybody on your team have experience working
     10  with these surface capping stacks?
     11        A.      Yeah.  We had a member from --
     12  several members from Wild Well Control who
     13  we -- we used as -- to help us do the
     14  planning.
```

```
15        Q.      Okay.  But as far as --
16        A.      They helped us come up with the
17  design.  Excuse me.
18        Q.      No, go ahead.
19        A.      They -- they helped us come up
20  with the design based on their expertise on
21  their end.
22        Q.      As -- as far as you were aware,
23  was anybody at BP familiar with the use of a
24  surface capping stack that was working --
25  well, let me -- let me narrow that a little
00021:01  bit.
02              As far as you were aware, was
03  anybody at BP that was working in the
04  response familiar with the surface
05  application of a capping stack?
06        A.      I'm not aware of anybody.
07        Q.      So was BP totally dependent upon
08  people like Wild Well Control in that regard?
```

Page 21:10 to 21:16

```
00021:10        A.      Yeah, that's typically how we
11  would operate.
12        Q.      Had -- had anybody at BP, as far
13  as you're aware, ever looked at the
14  application of a capping stack in deep water
15  prior to the Macondo response?
16        A.      I'm not aware of anybody.
```

Page 22:01 to 22:08

```
00022:01  MR. BARR:  -- 11225.
02          (Exhibit Number 11225 marked.)
03        Q.      Is this a copy of your risumi,
04  sir?
05        A.      Yes, that's correct.
06        Q.      And -- and is this a document
07  you put together?
08        A.      Yes, that's correct.
```

Page 23:03 to 23:06

```
00023:03        Q.      Okay.  But you -- you've worked
04  in the oil industry since 1978, correct?
05        A.      Well, yeah, if you count the --
06  the college work.  Yeah.
```

Page 23:10 to 23:12

```
00023:10        Q.      And -- and it's your testimony
11  that since 1978, you've not had any
12  experience ever working with a capping stack?
```

Page 23:14 to 23:16

00023:14        A.      No, I have not.
     15        Q.      Okay.  Yet you were put in
     16  charge of the capping stack effort, correct?


Page 23:18 to 23:24

00023:18        A.      That's correct.
     19        Q.      Did you volunteer for that
     20  position?
     21        A.      I don't recall.
     22        Q.      Do you recall who came to you
     23  and asked you to lead this effort, if that's
     24  the way it happened?


Page 24:01 to 24:02

00024:01        A.      Yeah, I believe it was Mark
     02  Patteson.


Page 24:13 to 24:15

00024:13        Q.      Do you remember when you were
     14  placed in charge of the capping stack effort?
     15        A.      It would have --


Page 24:17 to 24:25

00024:17        A.      Yeah, it would have been about
     18  April 26th or 27th.
     19        Q.      So within four days --
     20        A.      Yeah, something like that.
     21        Q.      -- of knowing the well was
     22  leaking?
     23        A.      Correct.
     24        Q.      Did you ever ask anybody why you
     25  were placed in charge of that effort?


Page 25:02 to 25:16

00025:02        A.      No, I did not.
     03        Q.      So you were requested to do it,
     04  and -- and just because you were asked,
     05  agreed to lead the effort, right?
     06        A.      I mean, it's -- it's very
     07  similar to what we do.  You pull together
     08  a -- a team, you do well planning.  I mean,
     09  in this case, we were just doing a different
     10  type of planning operation, looking at
     11  possible solutions, brainstorming.  It's

```
12   mainly project management and managing teams,
13   which I've done quite a bit of, so --
14        Q.     Okay.  So it's your belief that
15   you don't need to have experience in capping
16   stacks to lead the capping stack effort?
```

**Page 25:18 to 28:12**

```
00025:18        A.     That's correct.  We had the
19   correct expertise on the team.
20        Q.     Okay.  And what did you do to go
21   about assembling your team?
22        A.     Let me see.  The initial -- I
23   guess the initial meeting we had around the
24   26th or the 27th.  We had already had Well --
25   Wild Well Control people in the office
00026:01   working with other BP teams, so -- and
02   basically, we designated -- we looked at it
03   and said, we need somebody with subsea
04   expertise, we need somebody with capping
05   expertise, and we need engineers to -- to
06   work programs and procedures to install it.
07   And so that's kind of how we assembled it.
08        Q.     Okay.  Were you --
09        A.     People were made available as I
10   requested.
11        Q.     Were you responsible for finding
12   the people for your team, or were these
13   people provided to you?
14        A.     They were provided to me.
15        Q.     Did you have any type of
16   authority to refuse somebody on the team?
17        A.     I don't think that was ever
18   designated to me whether I had the authority
19   to do or not to do that.
20        Q.     Okay.  So, basically, the team
21   was assembled by --
22        A.     BP.
23        Q.     -- others and you were asked to
24   lead it, correct?
25        A.     Well, I was involved in the --
00027:01   in the initial meeting for the capping stack,
02   so it was through the capping efforts.  So it
03   was a joint effort.  My boss at the time,
04   Mark Patteson, was there.
05        Q.     Okay.
06        A.     So --
07        Q.     Was Mr. Patteson involved in the
08   initial efforts on the capping stack?
09        A.     Yes, uh-huh.
10        Q.     And did at some point he move
11   off the team?
12        A.     Yeah.  At some point -- he was
13   still in charge of the team while they were
14   doing the top kill.  And at some point, I
```

```
       15   switched over and -- switched over to Richard
       16   Lynch.
       17        Q.      You switched over to Richard
       18   Lynch?
       19        A.      Well, the team was managed by
       20   Richard Lynch.
       21        Q.      The capping stack team?
       22        A.      Yes.
       23        Q.      And when -- when was that?
       24        A.      That would have been -- that
       25   would have been the first week of June when I
00028:01   came back from -- from working on the Q4000
       02   project for seven days, seven to ten days.
       03        Q.      Okay.  So there was a period of
       04   time after the top kill where you moved off
       05   of the capping stack team and started working
       06   on containment options, correct?
       07        A.      Correct.
       08        Q.      And then you came back to the
       09   capping stack --
       10        A.      Correct.
       11        Q.      -- team early June?
       12        A.      Correct.
```

Page 29:02 to 29:17

```
00029:02        Q.      Well, Transocean owned the BOP,
       03   correct?
       04        A.      Yeah.
       05        Q.      So did -- did -- did you as the
       06   leader of the capping stack ever go to
       07   Transocean and ask them how to close the
       08   device that they owned?
       09        A.      You're talking about the HORIZON
       10   BOP?
       11        Q.      Yes.
       12        A.      No, I did not.
       13        Q.      Did you think that was expertise
       14   that people at Transocean should have?
       15        A.      Yes.
       16        Q.      And as far as you were aware,
       17   did anybody have that expertise?
```

Page 29:19 to 29:19

```
00029:19        A.      Yes, they did.
```

Page 29:24 to 30:21

```
00029:24        Q.      No.  Well, just as far as -- no.
       25   Just as far as when you took over the capping
00030:01   stack team --
       02        A.      Uh-huh.
```

```
03        Q.      -- who at Transocean was there
04   that was able to give you expertise on how to
05   shut in the BOP?
06        A.      I wasn't working on that.
07        Q.      And what is the that you're
08   referring to?
09        A.      On closing in the BOP.
10        Q.      Are you talking about with ROVs?
11        A.      Yes.
12        Q.      Okay.  So is -- are -- are you
13   aware of anybody at Transocean having
14   expertise on how to shut in the BOP other
15   than through the use of ROVs?
16        A.      No.  No, I'm not.
17        Q.      Did anybody on the Transocean --
18   that worked for Transocean that was on your
19   capping stack team, did any of them have
20   experience working with the capping stack, as
21   far as you know?
```

Page 30:23 to 31:06

```
00030:23        A.      I don't recall.  I can't offhand
      24   remember anybody that -- that -- that worked
      25   with a similar type subsea capping stack that
00031:01   was on the team.
      02        Q.      Let me show you what I'm going
      03   to mark as exhibit 11226.
      04        MR. BARR:  11226.
      05        Q.      And this will be tab 27.  It
      06   should be in the first volume.
```

Page 31:09 to 31:09

```
00031:09   (Exhibit Number 11226 marked.)
```

Page 31:13 to 32:06

```
00031:13        Q.      Yes, sir.  You see that this is
      14   a -- it's a -- it's an e-mail attaching a
      15   PowerPoint -- and this had been previously
      16   marked as exhibit 7107 for the record -- from
      17   Dave Cameron to Rob Turlak.
      18             Do you see that?
      19        A.      Yes.
      20        Q.      And Mr. Cameron, who did he work
      21   for?  Do -- if you know.
      22        A.      Transocean.
      23        Q.      And Mr. Turlak worked for
      24   Transocean, as well, correct?
      25        A.      Correct.
00032:01        Q.      And this is dated June 10, 2010,
      02   correct?
```

```
03      A.      Correct.
04      Q.      And it's DEEPWATER HORIZON
05 Incident Capping Strategies, right?
06      A.      Yes.
```

Page 32:11 to 34:21

```
00032:11 I don't recall this document.
      12      Q.      Okay.  Well, let's look at a
      13 couple of things in it.  If you go to the --
      14 the second page of the PowerPoint, you see
      15 that there's a slide titled Capping
      16 Strategies?
      17      A.      Yes.
      18      Q.      And it says, day one Transocean
      19 employed a dedicated team of Engineers and
      20 Subsea BOP Specialists to provide solutions
      21 for capping the hydrocarbon release from the
      22 Deepwater Horizon blowout preventer.
      23              Did I read that correctly?
      24      A.      Yes.
      25      Q.      Is that consistent with your
00033:01 memory?
      02      A.      As I recall, we requested the --
      03 the engineering support.
      04      Q.      So you don't think Transocean
      05 did that?
      06      A.      No.  They -- they were in
      07 working with my team, basically.
      08      Q.      And it says, Transocean searched
      09 all available BOP equipment worldwide to
      10 mobilize in the capping effort.
      11              Did I read that correctly?
      12      A.      Yes, you did.
      13      Q.      Was that a task you assigned to
      14 Transocean?
      15      A.      I believe I did, actually.
      16      Q.      Okay.  And -- and was that a
      17 task they performed?
      18      A.      Yes.
      19      Q.      Several design options were
      20 offered up to solutions.
      21              Do you see that?
      22      A.      Correct.
      23      Q.      Okay.  And then if you go down
      24 to the -- one, two, three -- fifth bullet
      25 point, it says, due to the well design and
00034:01 instability, these options were considered
      02 and not utilized, some at the last moment
      03 prior to running.
      04              Did I read that correctly?
      05      A.      Correct.
      06      Q.      So according to this document,
      07 several different capping options were
      08 constructed, planned, and then at the last
```

```
09  moment, were not utilized; is that correct?
10       A.    It says, due to the well design
11  and instability, they were not utilized.
12       Q.    Is that your memory as to why
13  many of these capping strategies were not
14  employed was the well design and instability?
15       MR. BENTSEN:  Objection, form.
16       A.    I wasn't -- I wasn't in the
17  decision process in terms of which -- whether
18  the cap was deployed or not deployed.
19       Q.    So you were just asked to put
20  the cap together?  You weren't asked --
21       A.    Correct.
```

Page 35:01 to 35:19

```
00035:01      Q.    So you were asked just to put
02  the cap together?  You weren't asked whether
03  or not it should be used; is that what you're
04  saying?
05       A.    That's correct.
06       Q.    And nobody ever asked you,
07  Mr. Wellings, should we use this thing you've
08  put together?  Is that what you're saying?
09       MR. BENTSEN:  Objection, form.
10       A.    When we put together the
11  potential solutions for a capping option,
12  they were reviewed all the way up through to
13  Unified Command.  I don't recall anybody ever
14  asking me my opinion, other than the fact
15  that we presented it as feasible solutions.
16       Q.    Do you recall that the issue of
17  well design and instability was a -- was a
18  common issue throughout many of the response
19  efforts?
```

Page 35:21 to 36:01

```
00035:21      A.    Yeah, I do recall some
22  discussion around that.
23       Q.    There was -- there was a lot of
24  concern about whether or not there was
25  integrity in the casing, correct?
00036:01      A.    Yes.
```

Page 36:14 to 36:17

```
00036:14      Q.    Did you try to create
15  contingencies in your capping strategies to
16  deal with the issue of well design and
17  instability?
```

Page 36:21 to 37:06

```
00036:21         A.      Initially, no, we did not,
      22  but -- but later on, we did.
      23         Q.      Did you -- were -- do you recall
      24  issues surrounding the rupture disc in the
      25  16-inch casing?
00037:01         A.      Yes, I do.
      02         Q.      Okay.  And there was a
      03  significant concern that the buildup of
      04  pressure from a effort to shut in the well
      05  could lead to the well out of those rupture
      06  discs, correct?
```

Page 37:08 to 37:21

```
00037:08         A.      I do recall that, yes.
      09         Q.      Was that concern accounted for
      10  in the -- in your capping strategy?
      11         A.      Not -- not the -- not the
      12  original ones, but the later versions.
      13         Q.      Okay.
      14         A.      It called a subsea vent, or a
      15  subsea choke.
      16         Q.      Okay.  And the concern was if --
      17  if those rupture discs blew out, you could
      18  have subsea broaching, correct?
      19         A.      That's my understanding, yes.
      20         Q.      And -- and that could jeopardize
      21  the relief wells, correct?
```

Page 37:23 to 37:24

```
00037:23         A.      I don't know about that.  I
      24  didn't hear that concern.
```

Page 40:08 to 42:06

```
00040:08         Q.      Okay.  Let's go to the next page
      09  of this document.
      10                 You see it lists capping
      11  strategies?
      12         A.      Uh-huh.
      13         Q.      And you have the two-ram capping
      14  stack, the DISCOVERER ENTERPRISE BOP capping
      15  stack, the three-ram capping stack, the
      16  DEVELOPMENT DRILLER II BOP capping stack --
      17  the DEVELOPMENT DRILLER BOP capping stack
      18  with venting option --
      19         A.      Uh-huh.
      20         Q.      -- and the three-ram capping
      21  stack with venting option, correct?
      22         A.      Correct.
      23         Q.      Are those, as far as you're
      24  aware, the six capping strategies that were
```

```
        25  employed as of June 2010 -- or not employed,
00041:01  were at -- were being researched and worked
        02  up as of June of 2010?
        03       A.     From my team, yes.  There was
        04  another team working on other cap strategies.
        05       Q.     And -- and what would those
        06  other cap strategies be that the other team
        07  was working on?
        08       A.     I can recall that one employed a
        09  ball valve connected to the flexjoint on the
        10  HORIZON.
        11              I recall another one with a
        12  similar type valve with off -- eight -- eight
        13  or nine off-take points to be able to produce
        14  the well.  Those -- those are the only two
        15  that really come to mind.  That was the --
        16  Stan Bond's group was working on that.
        17       Q.     Who is it?  Stan Bond?
        18       A.     Stan Bond, yeah.
        19       Q.     And that was outside of your
        20  team?
        21       A.     Yes.
        22       Q.     Did -- did you -- did you or
        23  anyone on your team, if you know, have input
        24  into Stan Bond's team?
        25       A.     The only input we had was
00042:01  insomuch as we needed the -- the transition
        02  spool and -- and the method to remove the
        03  trans- -- transition joint from the HORIZON
        04  BOP.  And then we would land the capping
        05  stack on that transition spool and latch it
        06  and close the well in.
```

Page 42:21 to 44:10

```
00042:21       Q.     The transition spool was used
        22  with the three-ram capping stack that was
        23  used to shut in the well?
        24       A.     Correct.
        25       Q.     And then the well was
00043:01  bullheaded?
        02       A.     Correct.
        03       Q.     Who built the capping stacks?
        04  That -- 'cause -- well --
        05       MR. BARR:  Strike that.
        06       Q.     How many different capping
        07  stacks were built in the response?
        08       A.     The two-ram capping stack, that
        09  was a combination of Transocean-owned and
        10  Cameron-owned equipment.  The DISCOVERER
        11  ENTERPRISE capping stack, that -- that was
        12  the BOP stack from the DISCOVERER ENTERPRISE
        13  that was owned by Transocean.  The three-ram
        14  capping stack, that was equipment -- was
        15  actually the two-ram capping stack with
```

```
16   another stack -- another ram added.
17                    So that was
18   Transocean and Cameron who owned that
19   equipment.  The DEVELOPMENT DRILLER II, the
20   BOP was owned by Transocean.  The venting
21   option, the vent was BP's subsea choke, and
22   then same with the three-ram option, same
23   choke.
24        Q.    Was this all equipment -- and I
25   understand it hadn't been assembled, but was
00044:01   the equipment used to build these capping
02   stacks and, you know, clearly the BOPs, was
03   this equipment that was all in existence
04   prior to the Macondo incident?
05        A.    Correct.
06        Q.    And so there's nothing that you
07   know of that would have prevented BP from
08   assembling all of this preexisting equipment
09   and having a capping stack on standby ready
10   for use prior to the Macondo, correct?
```

Page 44:12 to 45:01

```
00044:12        A.    I'm not sure what you mean by
13   that.
14        Q.    Well, the equipment existed
15   prior to Macondo incident, right?
16        A.    Right.
17        Q.    It was sitting around in various
18   companies' storage, correct, or it was on a
19   boat if it's a BOP, correct?
20        A.    Uh-huh.
21        Q.    Was there anything that
22   prevented BP from having thought about
23   something like the Macondo incident and
24   assembling this equipment to build a capping
25   stack for use in deep water prior to the
00045:01   Macondo incident?
```

Page 45:03 to 45:17

```
00045:03        A.    All our training and planning
04   was around preventing something like this,
05   given that the equipment was available,
06   although the concepts were never discussed.
07   I mean, there's so many variables when you
08   look at what happened here in terms of, you
09   know, the rig sank, if it hit the -- it
10   landed on the -- on the wellhead, then, you
11   know, that would have been one scenario.
12                    I mean, it's -- yeah.  There's a
13   lot of different things that could -- could
14   really -- you really say that you couldn't
15   cover every potential scenario with one cap,
```

```
16  I guess, if you will.
17      Q.    You do that now, don't you?
```

Page 45:19 to 45:19

```
00045:19     A.    We do, yes.
```

Page 45:25 to 46:10

```
00045:25     Q.    You said you couldn't build
00046:01  anything to cover every scenario.
       02     A.    Right.  The cap we have now, I'm
       03  not sure that it covers every potential
       04  scenario.
       05     Q.    You might have to adjust the cap
       06  to deal with the scenario, but you could
       07  still use that cap, correct?
       08     MR. BENTSEN:  Objection, form.
       09     A.    Possibly, depending on what the
       10  blowing out of the well looks like.
```

Page 46:16 to 47:08

```
00046:16     Q.    Wasn't this BOP at a slight
       17  angle?
       18     A.    It was two degrees, yeah.
       19     Q.    Certainly if BP had had a
       20  capping stack available to it prior to the
       21  Macondo incident, that would have most likely
       22  decreased the amount of time oil flowed in
       23  the Gulf of Mexico, correct?
       24     MR. BENTSEN:  Objection, form.
       25     A.    Well, I don't think that's
00047:01  correct.  I mean, there was wellbore
       02  integrity issues that -- that as I understood
       03  it, it kind of drove the decision process.  I
       04  wasn't involved in that.
       05     Q.    So you think if a three-ram
       06  capping stack had been available on day one,
       07  BP would not have tried to use it
       08  immediately?
```

Page 47:10 to 48:01

```
00047:10     A.    I can't speak to that.  Like I
       11  said, I wasn't involved in that.
       12     Q.    Okay.  Let me show you what I'm
       13  going to mark as exhibit 11227.  And this is
       14  tab 37 in your notebook.
       15     (Exhibit Number 11227 marked.)
       16     Q.    You see that that is an e-mail
       17  from you to Greg -- is that Blome?
       18     A.    Blome, yeah.
```

```
19        Q.      On September 23, 2010, right?
20        A.      Yes.
21        Q.      And you moved to Brazil at this
22 point, correct?
23        A.      Yes.
24        Q.      Okay.  And he forwards you an
25 e-mail that contains some statements by Rex
00048:01 Tillerson, the ExxonMobil CEO, correct?
```

Page 48:03 to 48:11

```
00048:03        A.      Yeah.  I don't recall this --
04 this e-mail, but it looks to be what it says.
05        Q.      You responded to it, didn't you?
06        A.      Where did you hear this first,
07 was my response.
08        Q.      Right.  He sends you an e-mail
09 that the subject line is ExxonMobil CEO says
10 risk, not chances of success, dictated spill
11 response, right?
```

Page 48:13 to 48:20

```
00048:13        A.      That's what it says.  Actually,
14 I sent this to my boss, Greg Blome --
15        Q.      Right.
16        A.      -- at the time from Brazil, not
17 to -- I didn't reply to Jack Steen.
18        Q.      Jack Steen sent it to you, and
19 you forwarded it to Greg Blome, correct?
20        A.      Correct.
```

Page 49:04 to 49:22

```
00049:04        Q.      The part I'm mostly interested
05 in is down at the bottom.  You see the part
06 that says, in successfully capping the well?
07        A.      Where's that, in the last
08 paragraph?
09        Q.      It starts right here, sir.
10        A.      Oh, okay.
11        Q.      Do you see it?
12        A.      Yes.
13        Q.      It says, in successfully capping
14 the well and later killing it entirely, the
15 industry was relying on -- and here's a
16 quote -- things we already had and knew how
17 to do, Tillerson said.  The pieces were
18 there, but we had to assemble them in the
19 right way to respond.
20                Did I read that correctly?
21        A.      Yes.
22        Q.      You agree with that, don't you?
```

Page 49:24 to 50:15

```
00049:24        A.    I don't agree with it in --
     25  in -- in respect to we knew how to do.  It
00050:01  had never been done before.  I mean, some of
     02  the stuff that we -- some of the features
     03  we -- we added on there for like hydrate
     04  mitigation and -- and subsea choke for the
     05  vent and that.  We didn't -- we arrived at
     06  that based on engineering work.  I don't
     07  agree that we knew how to do that.  The
     08  equipment was available.
     09        Q.    How long has BP been drilling in
     10  deep water?
     11        MR. BENTSEN:  Objection, form.
     12        A.    I don't know specifically when
     13  they drilled their first deepwater well.  The
     14  definition of deep water has changed over the
     15  years.
```

Page 50:18 to 50:24

```
00050:18  In your time with BP, how long
     19  has BP been drilling wells in depths
     20  exceeding 4,000 feet?
     21        A.    Somewhere maybe late '90s.
     22        Q.    So at the time of the Macondo --
     23  not holding you to this date exactly --
     24  approximately 20 years?
```

Page 51:01 to 51:09

```
00051:01        A.    I don't know that for sure.
     02  That's a guess.
     03        Q.    More than ten years?
     04        A.    More than ten years, yeah.
     05        Q.    More than 15 years?
     06        A.    Maybe not.
     07        Q.    Okay.  So maybe in the area of
     08  20 -- 15, 20 years but certainly more than
     09  10, correct?
```

Page 51:11 to 51:16

```
00051:11        A.    Correct.
     12        Q.    And in that ten years, as far as
     13  you're aware, had BP ever looked at how to
     14  close in a blown-out BOP that -- that failed
     15  to shear the drill pipe and -- and close in
     16  the well?
```

Page 51:18 to 51:25

```
00051:18        A.      I'm not aware of any.
      19        Q.      Certainly when you were working
      20   on the response, nobody at BP ever came to
      21   you with anything, any research or anything
      22   like that that had been done by BP prior to
      23   the Macondo saying, we looked at this before,
      24   here's how you -- here's how you address the
      25   situation?
```

Page 52:02 to 52:05

```
00052:02        A.      I'm not aware of anything.
      03        Q.      You would agree with me that --
      04   that the best time to plan for a crisis is
      05   before a crisis, correct?
```

Page 52:07 to 52:18

```
00052:07        A.      I mean, that's why we do well
      08   control planning and casing design.  That's
      09   the planning we go to make a safe operation.
      10   That's why we periodically test BOPs to make
      11   sure they're functioning.  That's all part of
      12   our plan.
      13        Q.      Okay.  But in that well-control
      14   training and casing design and all of those
      15   things you just mentioned, none of that
      16   addressed how to kill a -- a well, an
      17   uncontrolled blowout in a well with a failed
      18   BOP, did it?
```

Page 52:20 to 53:01

```
00052:20        A.      Just the relief well planning.
      21        Q.      Just -- so relief well planning
      22   was the only plan that -- that BP had,
      23   correct?
      24        A.      Correct.
      25        Q.      And a relief well can take
00053:01   90 days or so to drill, right?
```

Page 53:03 to 53:25

```
00053:03        A.      Depending on the well, on the
      04   scenario.
      05        Q.      In this case, the relief well
      06   took -- let's see.  The well started flowing
      07   April 20th, and the relief well intersected
      08   and killed the well September 15th, correct?
      09        A.      I don't know the exact date they
      10   intersected it.
      11        Q.      That's roughly five months,
```

```
12  isn't it?
13       A.       Yeah.
14       Q.       So that's roughly 150 days,
15  correct?
16       A.       Correct.
17       Q.       Is that consistent with your
18  memory, the relief well took approximately
19  150 days to --
20       A.       I really wasn't involved in
21  that, but that sounds right to me.
22       Q.       Okay.  And so the only plan BP
23  had prior to the Macondo was a plan that took
24  150 days to intersect and kill the well,
25  right?
```

Page 54:02 to 54:07

```
00054:02      A.       It's the only plan I'm aware of.
     03       Q.       And as far as you're aware,
     04  you're not aware of at any point BP looking
     05  at quicker ways to intervene and stop the
     06  flow of oil from an uncontrolled blowout
     07  other than the relief well?
```

Page 54:09 to 54:14

```
00054:09      Q.       Right?
     10       A.       We never looked at it prior to
     11  the event.
     12       Q.       Okay.  If BP had done that, you
     13  would agree with me, would you not, that the
     14  intervention could have been done sooner?
```

Page 54:16 to 55:03

```
00054:16      A.       There's still the wellbore
     17  integrity issues that had to be dealt with.
     18       Q.       Well, BP looked at how to
     19  intervene and stop the flow from an
     20  uncontrolled blowout during the response,
     21  didn't it?
     22       A.       Yes.
     23       Q.       And it stopped it earlier than
     24  150 days, didn't it?
     25       A.       Yes.
00055:01      Q.       Okay.  So certainly if it had
     02  looked at it prior to the response, it could
     03  have done it even quicker, right?
```

Page 55:05 to 55:25

```
00055:05      A.       Yeah, that's -- that's something
     06  I don't know about.
```

```
07        Q.     You've never looked at that?
08        A.     No.
09        Q.     You know BP's looked at that
10   now, don't you?
11        A.     Yes.
12        Q.     Okay.  Let me --
13        A.     As the rest of the industry has.
14        Q.     Okay.  Well, let me ask you this
15   since you've said that a couple of times:
16   Who owned the Macondo well, BP or the
17   industry?
18        A.     BP.
19        Q.     Who was going to profit from the
20   Macondo well, BP or the industry?
21        A.     BP and partners and the federal
22   government, with the royalties.
23        Q.     Well, who had -- who had a
24   responsibility to prepare for a blowout of
25   the Macondo well, BP or the industry?
```

Page 56:02 to 56:02

```
00056:02        A.     BP.
```

Page 57:02 to 58:20

```
00057:02        Q.     Okay.  I want to show you what
03   I'm going to mark -- I think it's already --
04   it's been previously marked.  It's
05   exhibit 9345, and this is tab 97 in your
06   notebook, sir.  Okay.  I'm showing you a
07   transcript of a public forum that was held by
08   BOEMRE on September 13th, 2010.
09               Do you see that?
10        A.     Yes.
11        Q.     Were you aware that shortly
12   after the response, BOEMRE held multiple
13   public forums on the response effort?
14        A.     No, I was not aware.
15        Q.     So you didn't attend any of
16   these?
17        A.     No.
18        Q.     Okay.  I want to ask you to turn
19   to page 63 of this transcript.  And you see
20   that there's a heading indicating that the
21   speaker is Dave Barrow with Wild Well
22   Control.
23               Do you see that?
24        A.     I read that, yes.
25        Q.     Do you know Mr. Barrow?
00058:01        A.     No.
02        Q.     Was he -- so he was not one of
03   the experts that were on your capping team?
04        A.     No, he was not.
```

```
05        Q.      But Wild Well Control certainly
06 was?
07        A.      Yes.
08        Q.      Okay.  And was that primarily
09 Mr. Girlinghouse?
10        A.      Yes.
11        Q.      Was there anybody else at Wild
12 Well Control that was assisting in that
13 effort?
14        A.      I think early on when we were
15 doing the initial brainstorming, there was a
16 couple individuals in there, but they had
17 other responsibilities.  They were also
18 working on the -- the top kill and other
19 solutions.  Carey was the main contact.  I
20 don't recall their names.
```

Page 59:05 to 60:21

```
00059:05        Q.      And I'm going to read this into
06 the record.  It says -- and this is line 16,
07 through page 66, line 16.
08        A.      Okay.
09        Q.      But basically what succeeded, as
10 we will recall, is removal of the debris and
11 then installation of the lower marine riser
12 capping stack.  The debris removal basically
13 employed conventional technology and was
14 successful after five days, although, there
15 were problems involved.  And the point being
16 that it actually could have been accomplished
17 more quickly than the five days.
18              Installing the lower marine
19 riser package and capping stack, it was
20 initiated on the 12th of July.  And then
21 after testing, the well was closed in after
22 three days, on the 15th.  Overlaying those
23 successful activities on your schedule, then,
24 basically you could see that had the lower
25 marine riser package been available, once the
00060:01 debris was cleared, the total elapsed time to
02 accomplish the containment might have been
03 eight days total time.
04              In the future, assuming that
05 there would likely be some period of time for
06 assessment, deliberation and decision-making,
07 then I don't have any problem asserting or
08 offering the assertion for the group here
09 that -- given shoe and wellhead seal
10 integrity, that a containment can be
11 accomplished within one or three weeks.
12              Did I read that correctly?
13        A.      Yes, uh-huh.
14        Q.      Let's talk about what Mr. Barrow
15 said here.
```

```
16              Does he have the timeline
17 correct?
18       A.    Let's see.  Initiation on the
19 12th of July and then closing in on the 15th,
20 that seems to be correct, as far as I can
21 remember.
```

Page 61:02 to 61:06

```
00061:02     Q.    You were there.  I'm just asking
03 if you --
04       A.    I don't know who Dave Barrow is,
05 and I don't know why he would say that, to be
06 quite honest with you.
```

Page 61:12 to 61:16

```
00061:12     Q.    Okay.  He certainly makes the
13 assertion that had what he termed the lower
14 marine riser package been available, that the
15 well could have been shut in within one to
16 three weeks, correct?
```

Page 61:18 to 61:25

```
00061:18     A.    That's what it says here.
19       Q.    Okay.  That is certainly faster
20 than 87 days; is it not?
21       A.    Yes.
22       Q.    Do you have any reason to
23 disagree with Mr. Barrow's statement, given
24 his assumption of shoe and wellhead seal
25 integrity?
```

Page 62:02 to 62:09

```
00062:02     A.    That's his opinion, his
03 assumption.  I mean, it's an estimate, it
04 looks like, to me.
05       Q.    I'm asking if you disagree with
06 his estimate.
07       A.    I don't know how he arrived at
08 his estimate.  I don't -- can't agree or
09 disagree.
```

Page 62:14 to 62:18

```
00062:14     Q.    Do you believe, given the work
15 that went into the Macondo response, that if
16 that incident with the same facts and
17 circumstances were to occur tomorrow, that BP
18 could shut in the well quicker than 87 days?
```

Page 62:20 to 63:04

```
00062:20        A.      I think there's too many
      21  variables involved to make that -- that kind
      22  of assumption.
      23        Q.      I said the same facts and
      24  circumstances.
      25        A.      Well, there's still the wellbore
00063:01  integrity issues that we didn't know about.
      02        Q.      So you think it still could have
      03  taken 87 days, with the same facts and
      04  circumstances?
```

Page 63:06 to 63:15

```
00063:06        A.      I do.
      07        Q.      I mean, you understand the
      08  capping stack was placed on the well and it
      09  turned out you had casing integrity, correct?
      10        A.      Yes.
      11        Q.      And so it's your suggestion that
      12  given those same facts and circumstances and
      13  having wellbore integrity, that BP could not
      14  have done it any quicker even had a capping
      15  stack been available?
```

Page 63:17 to 63:21

```
00063:17        A.      We didn't know that we had
      18  wellbore integrity.
      19        Q.      And so the wellbore integrity
      20  was kind of driving all of the decisions made
      21  by BP?
```

Page 63:23 to 63:23

```
00063:23        Q.      Is that true?
```

Page 63:25 to 64:06

```
00063:25        A.      I wasn't involved in that
00064:01  process, but that was -- that was my
      02  understanding, which was probably, put the
      03  vent on the capping options.
      04        Q.      Right.  Because if -- if it
      05  turned out pressure was increasing too high,
      06  you could vent the capping stack, correct?
```

Page 64:08 to 64:20

```
00064:08        A.      We could produce it, yeah.
```

```
09        Q.      Okay.
10        A.      Produce it back to surface
11  through the outlets on the --
12        Q.      Right.
13        A.      -- capping stack.
14        Q.      So if you had the same facts and
15  circumstances and you had a capping stack
16  with venting options, even with wellbore
17  integrity, what would prevent BP from putting
18  that capping stack on, monitoring the
19  pressure, and relieving pressure if it needed
20  to?
```

Page 64:22 to 65:07

```
00064:22        A.      I'm not sure I understand your
23  question.
24        Q.      Well, you said it could still
25  take 87 days to shut in the well because of
00065:01  the -- 'cause you don't -- you didn't know if
02  you had wellbore integrity?
03        A.      Correct.
04        Q.      But the venting option was
05  designed to be a contingency for that,
06  correct?
07        A.      That --
```

Page 65:09 to 65:14

```
00065:09        A.      -- plus the freestanding riser
10  to produce it and the -- the -- the
11  ENTERPRISE production and then the Q4000
12  result together.
13        Q.      So you had addressed that
14  contingency, correct?
```

Page 65:16 to 65:20

```
00065:16        A.      Yes.
17        Q.      And -- and if the same incident
18  occurred in the Gulf of Mexico tomorrow, you
19  would have the equipment to address that
20  contingency, correct?
```

Page 65:22 to 65:24

```
00065:22        A.      We would.
23        Q.      So you could install this
24  equipment much quicker than 87 days, right?
```

Page 66:01 to 66:07

```
00066:01       A.     Well, it depends on the
      02  circumstances.
      03       Q.     Same facts and circumstances.
      04  We've already said that multiple times.
      05       A.     I don't know.
      06       Q.     You don't know?
      07       A.     I don't know.
```

Page 66:23 to 67:01

```
00066:23       Q.     If an incident like the Macondo
      24  well were to happen tomorrow, BP cannot state
      25  that it could shut in the well quicker than
00067:01  87 days even today?
```

Page 67:03 to 67:15

```
00067:03       A.     I'm saying there's too many
      04  variables involved to -- to say it would take
      05  87 days or -- I mean, where's the containment
      06  equipment?  We have the cap, but beyond that,
      07  there's just too many variables involved.
      08       Q.     So you can't say that if an
      09  incident like the Macondo were to happen
      10  tomorrow, that the response time would be any
      11  different --
      12       A.     I can't say --
      13       Q.     -- than the response time that
      14  happened with the Macondo?
      15       A.     I can't say with any assurance.
```

Page 74:03 to 74:25

```
00074:03  Let me show you -- this has been
      04  previously marked, but I don't have the
      05  exhibit number off the top of my head, so
      06  we're going to -- well, no.  I do.  Okay.
      07  This is in tab 16.  This exhibit has been
      08  previously marked as exhibit 9564.
      09            Now, you see that this is an
      10  e-mail from -- from Trevor Smith to Richard
      11  Harland, correct?
      12       A.     Correct.
      13       Q.     Do you know those gentlemen?
      14       A.     Yes.
      15       Q.     Both of them?
      16       A.     Yes.
      17       Q.     They both work for BP, correct?
      18       A.     Correct, at the time, yep.
      19       Q.     Mr. Smith actually was heavily
      20  involved in the response, correct?
      21       A.     Yeah, he was working on the team
      22  that was working on the ball valve cap and
```

```
      23   then the flange-to-flange transition spool
      24   and various other solutions, shins for the --
      25   for the flexjoint, so yes.
```

Page 75:03 to 75:21

```
00075:03         Q.     Do you remember if Mr. Harland
      04   worked in the response?
      05         A.     Yes, he did.  I'm trying to
      06   remember what he did.  I think initially he
      07   was working in the -- in the incident command
      08   center itself.  And after that, I don't know
      09   what he was doing.
      10         Q.     He wasn't working on your team?
      11         A.     No.
      12         Q.     Okay.  Was Mr. Smith working
      13   with your team?
      14         A.     When we made the transition
      15   to -- that was in -- when I came back after
      16   working the Q4000, they kind of organized
      17   it -- well, they organized us under -- under
      18   Stan Bond.  So we were on the same team but
      19   working on different projects, basically.  It
      20   was a -- basically, a capping team involving
      21   solutions.
```

Page 76:12 to 79:01

```
00076:12         Q.     Okay.  And what -- if you go
      13   down to the e-mail from Mr. Harland to
      14   Mr. Smith -- it starts on the bottom of the
      15   page, dated January 14, 2011.
      16         A.     Okay.
      17         Q.     Do you see that?
      18         A.     Uh-huh.
      19         Q.     And the subject is timing
      20   estimates for input and possible telecom
      21   today.
      22                Do you see that?
      23         A.     Okay.
      24         Q.     It says, Arun and I have been
      25   analyzing the times associated with Macondo
00077:01   to provide some input to the MWCS proposed
      02   timeline of closing in of a well and
      03   commencement of recovery operations with a
      04   freestanding riser system or equivalent.
      05                Do you see that?
      06         A.     Yes.
      07         Q.     MWCS, you know that that means
      08   marine well containment system, correct?
      09         A.     I believe that's a company that
      10   was preparing some options for us.
      11         Q.     Well, that was -- yes, if I
      12   recall.  And I'll represent to you that was a
```

```
13   company that was formed after the response --
14          A.    All right.  Okay.
15          Q.    -- as a joint effort of multiple
16   different companies --
17          A.    Right.
18          Q.    -- to have a system in place to
19   respond to incidents like the Macondo.
20                Does that seem correct?
21          A.    Yes.
22          Q.    He goes on to say, it's very
23   difficult to envision all the scenarios and
24   complications likely to take place, plus the
25   situation may be very different to what -- to
00078:01   that which has been surmised by the MWCS.
02   Nevertheless, if we assume a very similar
03   event, i.e., flow through a failed BOP, but
04   well integrity and condition was known or
05   obvious, then assuming all equipment for
06   suggestive responses ready and can be
07   connected at a known interface without
08   further modifications or changes.
09                And then I want to skip down to
10          A.
11                Do you see that?
12          A.    Uh-huh.
13          Q.    Well, just ahead of A, it says,
14   then the minimum time for closure or
15   commencement or recovery operations is
16   estimated at, A, shut in with a capping stack
17   or closure device, estimated time of 24 days
18   from onset of incident.
19                Did I read that correctly?
20          A.    Yes, you did.
21          Q.    So that is Mr. Harland's
22   estimation of the time it would take to shut
23   in an event like the Macondo with similar
24   facts and circumstances, he estimates 24 days
25   if we had a capping stack available for use
00079:01   on day one, right?
```

Page 79:03 to 79:10

```
00079:03          A.    That's what it appears to be
04   from his estimate here.  I don't know where
05   the estimate came from or the -- or the
06   numbers.
07          Q.    So you're --
08          A.    I hadn't seen this before.
09          Q.    He's at least with BP, correct?
10          A.    Yes, uh-huh.
```

Page 79:15 to 80:05

```
00079:15          Q.    As the leader of the capping
```

```
16   stack effort, were you asked after the
17   Macondo incident and your work was done there
18   to get involved and -- and -- and help figure
19   out a way to make sure that if something like
20   the Macondo incident were to happen again,
21   that BP could close in the well quicker than
22   87 days?
23        A.     I was not asked.  I was -- took
24   an assignment for BP Brazil, and I started
25   working on that.
00080:01       Q.     So even though you led the
02   effort, you've not been asked for your input
03   or your knowledge of what you learned during
04   that effort, correct?
05        A.     No --
```

Page 80:07 to 81:04

```
00080:07       A.     -- I have not been asked.
08        Q.     Do you think you have gained
09   experience in the response that could assist
10   BP in coming up with plans and procedures for
11   how to shut in a failed BOP?
12        A.     There are a lot of people
13   working on the team with BP, engineers.  I
14   mean, we all have similar experience, but,
15   yeah, I'm sure -- I don't think any of my
16   knowledge is unique, if you will.  It's --
17   it's not rocket science.  It's equipment that
18   was there, and we just put it together,
19   basically.
20        Q.     Okay.  Now, I want to talk about
21   the response itself.  We've kind of talked
22   generally about some policy stuff and some
23   broad things.  I -- I want to really dig into
24   the response.
25             The idea of a piece of equipment
00081:01   like one of the capping strategies, either a
02   two-ram or a three-ram capping stack or BOP
03   on BOP, that idea was thought of very quickly
04   in response to the Macondo incident, correct?
```

Page 81:06 to 82:08

```
00081:06       A.     Yeah, it would have been three
07   or four days after that when we had the first
08   meeting.  But that's, you know, from land,
09   basically.  That's Wild Well Control.
10        Q.     Well, I mean --
11        A.     It's their standard approach.
12   That's our --
13        Q.     Capping stacks are Wild Well
14   Control's standard approach?
15        A.     Correct.  But to my knowledge,
```

```
16    they've never capped a deepwater or a subsea
17    blowout.
18         Q.     If you know, had BP ever asked
19    Wild Well Control --
20         MR. BARR:  Well, strike that.
21         Q.     If you know, had BP asked Wild
22    Well Control prior to the Macondo incident to
23    look at how to cap a failed BOP in a
24    deepwater environment?
25         A.     I'm not aware that we did any
00082:01    work on that with Wild Well.
02         Q.     And you certainly are not aware
03    of any work BP did internally on that,
04    correct?
05         A.     I'm not aware of it, no.
06         Q.     Well, do you think, as the -- as
07    a leader of exploration well efforts, that
08    that's something you would be aware of?
```

Page 82:10 to 83:10

```
00082:10         A.     Insomuch as if it was in our
11    group policies on -- on well planning and
12    design, I would know about it, but I'm not
13    aware of any back then that are -- that are
14    in those policies.
15         Q.     Well, you -- you are required,
16    are you not, in your work on exploration
17    wells to have well-control training?
18         A.     Correct.
19         Q.     In any of the well-control
20    training you had prior to the Macondo, did
21    any of that well-control training address a
22    situation like the Macondo where you had a
23    failed BOP, other than, drill a relief well?
24         A.     No.  The well-control training
25    we had did not address the Macondo-type
00083:01    situation.
02         Q.     It basically gave you criteria
03    and procedures for shutting in the BOP,
04    correct?
05         A.     Shutting in the BOP and removing
06    the influx safely.
07         Q.     Right.  And if that didn't work,
08    as far as you were aware, there's nothing
09    else to be done other than drill a relief
10    well, right?
```

Page 83:12 to 84:01

```
00083:12         A.     Yeah, I was -- I was never
13    trained to do anything other than that.
14    That's correct.
15         Q.     I want to show you what's been
```

```
        16   marked previously as exhibit 2386.  And this
        17   is tab 1 in your book, which is going to be
        18   volume 1 right here, sir.
        19            You see that this is BP Gulf of
        20   Mexico Deepwater SPU Well Control Response
        21   Guide, dated January 2010, right?
        22       A.    Correct.
        23       Q.    Had you seen this document prior
        24   to the Macondo response -- prior to the
        25   Macondo incident?
00084:01      A.    I don't recall.
```

## Page 84:06 to 87:13

```
00084:06      Q.    Had you worked on deepwater
        07   wells prior to the Macondo incident?
        08       A.    Yes.
        09       Q.    Okay.  Which deepwater wells had
        10   you worked on?  And let's -- let's define
        11   worked.  When you say yes, what do you mean?
        12       A.    That means I was the wells' team
        13   leader.
        14       Q.    Okay.  And so which -- which
        15   deepwater wells were you the wells' team
        16   leader on?
        17       A.    In the Gulf of Mexico, it was
        18   the Kaskida sidetrack that we did in 2009 and
        19   then planning for the Colombia well I talked
        20   earlier about, the deepwater well.  And then
        21   back in '89, I did one in China.  At the
        22   time, it -- it was -- that was 1200 feet of
        23   water.  That was considered deepwater back
        24   then, but it's not anymore, so --
        25       Q.    Okay.
00085:01      A.    So I've worked on several.
        02       Q.    Okay.  What I want to look at in
        03   this responses guide, if you would turn to
        04   the page -- if you look at the bottom, you
        05   see the Bates number is 734.  So it's a good
        06   ways in.
        07       A.    Okay.
        08       Q.    And you see that this is a
        09   page -- the top of it has 8.12 Engineer
        10   Number 4 capping team, right?
        11       A.    Uh-huh.  Okay.
        12       Q.    And under 8.12.3, you have a
        13   level 3.
        14       A.    Okay.
        15       Q.    And you know that level 3 is
        16   a -- that's the highest level in well
        17   response, right?
        18       A.    Right.
        19       Q.    And it says, phase 2 surface
        20   intervention capping, correct?
        21       A.    Uh-huh.
```

```
22        Q.      So we're talking -- what
23  application in a deepwater well would surface
24  intervention have?
25        A.      Sorry.  Say that again.  I
00086:01  was --
02        Q.      What --
03        A.      -- just looking through this.
04        Q.      -- what application in a
05  deepwater well would surface intervention
06  have in a level 3 response?
07        A.      Well, I assume by this -- I
08  mean, it looks to me that surface
09  intervention would be capping.
10        Q.      Okay.  And so you would -- and
11  this specifically mentions a capping stack,
12  does it not?
13        A.      It does.
14        Q.      It says on the -- just counting
15  them in total, not where it tabs in, but the
16  one, two, three, four, five, six -- seventh
17  bullet point says, assist in sourcing,
18  capping, and related equipment, jet cutter
19  capping stack, correct?
20        A.      Uh-huh.
21        Q.      And this is talking about on the
22  surface, correct?
23        A.      Yeah, this -- this is probably
24  meant for -- this probably wasn't meant for
25  subsea.  It was probably -- yeah, I don't
00087:01  know.
02        Q.      Okay.  Regardless of that, do
03  you know if BP had a capping stack available
04  for use in the Gulf of Mexico at the surface?
05        A.      I do not know that.
06        Q.      We know they did not have a
07  capping stack available for subsea use,
08  correct?
09        A.      Right.
10        Q.      And -- and you don't even know
11  that even though the well-control response
12  guide calls for one, there was one available
13  for surface intervention, either, right?
```

Page 87:15 to 87:20

```
00087:15        A.      Yeah, I wasn't aware of that.
16        Q.      But we certainly know that BP is
17  aware of the use of capping stacks in a
18  deepwater environment, at least as of
19  January 2010, because it's in this document,
20  right?
```

Page 87:22 to 87:24

```
00087:22        A.    I don't know that.  Like I said,
      23  to my knowledge, there's never been a well
      24  capped like this subsea.
```

Page 88:02 to 88:08

```
00088:02  The idea of using a capping
      03  stack was being discussed in a deepwater
      04  environment in BP's well-control response
      05  guide as of January of 2010, correct?
      06        A.    This looks to me like it's a --
      07  its surface could be like a land exploration
      08  except it's on a platform.
```

Page 88:17 to 89:01

```
00088:17        Q.    Do you know of any deepwater
      18  wells in the Gulf of Mexico on land?
      19        A.    No.
      20        Q.    Okay.  And the title of this
      21  document is Gulf of Mexico Deepwater SPU --
      22        A.    Uh-huh.
      23        Q.    -- right?
      24              Well-control response guide,
      25  right?
00089:01        A.    Right.
```

Page 89:06 to 89:16

```
00089:06        Q.    Okay.  And it's discussing the
      07  use of a capping stack at the surface?
      08        A.    Correct.
      09        Q.    Right?
      10              And you don't know whether such
      11  a capping stack was even built at this point
      12  in time, right?
      13        A.    I don't know.  I have no idea.
      14        Q.    So we're discussing equipment in
      15  this document that very likely doesn't even
      16  exist, right?
```

Page 89:18 to 89:23

```
00089:18        A.    I can't say for sure.
      19        Q.    Well, do you agree that it would
      20  be a good idea if you're going to reference
      21  pieces of equipment for a level 3 response in
      22  your well-control response guide, that you
      23  should actually have that piece of equipment?
```

Page 89:25 to 90:09

```
00089:25         A.    I would assume somebody like
00090:01 Wild Well would have something like that for
    02 us.
    03         Q.    Okay.
    04         A.    It's --
    05         Q.    So does --
    06         A.    -- surface intervention.  They
    07 do that all the time.
    08         Q.    Does BP depend on third parties
    09 to provide their well-response equipment?
```

Page 90:11 to 90:17

```
00090:11         A.    What do you mean by well
    12 response equipment?
    13         Q.    Well, things that were used in
    14 the Macondo response where you just
    15 referenced maybe Wild Well Control had --
    16         A.    Yeah.
    17         Q.    -- such a capping stack.
```

Page 90:19 to 91:14

```
00090:19         A.    Well, for a surface
    20 intervention, yeah.
    21         Q.    Okay.  So BP --
    22         A.    For -- for subsea, it doesn't
    23 exist.  We had to build it.
    24               To my knowledge, it didn't
    25 exist.  To Wild Well's knowledge, it didn't
00091:01 exist, so --
    02         Q.    Are you aware that capping
    03 stacks are considered best available
    04 technology for surface intervention?
    05         MR. BENTSEN:  Objection, form.
    06         A.    I don't really know of any other
    07 technology available for surface
    08 intervention.
    09         Q.    Couldn't you drill a relief
    10 well?
    11         A.    You could.
    12         Q.    Look at tab 2, and this has been
    13 previously marked as exhibit 9828 and also
    14 9346, if that matters.
```

Page 91:17 to 93:17

```
00091:17 MR. MAZE:  I'm going to use 9828.
    18         MR. BARR:  Okay.
    19         Q.    All right.  You see that this is
    20 the draft of a document.  And it says C4,
    21 Best Available Technology, correct?
    22         A.    Yes.
```

```
23        Q.      And I -- just so you can wrap
24   your head around who this comes from, if you
25   go to the fifth page of the document, you see
00092:01   there's a chart.
02        A.      Yes.
03        Q.      And you see that it says
04   Endicott ODPCP July 2011 Revision 0, right?
05        A.      Okay.
06        Q.      You know Endicott's in Alaska,
07   right?
08        A.      I've never worked in Alaska.  I
09   assume.  If you say so.
10        Q.      It's the -- the North Slope.
11                Have you heard of that?
12        A.      Yes.
13        Q.      Okay.  And what this is talking
14   about -- if you look at the section titled
15   Source Control -- do you see that back on the
16   first page?  I just wanted you to
17   reference --
18        A.      Oh, Okay.
19        Q.      -- where this came from.
20        A.      Source control, yeah.
21        Q.      Okay.  And it says, BP XA.
22                You understand that means
23   exploration Alaska?
24        A.      Correct.
25        Q.      BP Exploration Alaska has
00093:01   conducted a thorough investigation of well
02   capping for use to regain control of a worst
03   case well blowout.
04        A.      Okay.
05        Q.      Correct?
06        A.      Correct.
07        Q.      Now, this is being done for
08   Alaska.
09                Do you know if such work was
10   ever done for deepwater Gulf of Mexico?
11        A.      I don't know of any work that
12   was done --
13        Q.      Okay.
14        A.      -- in deepwater Gulf of Mexico.
15        Q.      Which is a -- a riskier drilling
16   environment, if you know, drilling on North
17   Slope or deepwater Gulf of Mexico?
```

Page 93:19 to 95:07

```
00093:19   A.      Well, I don't know which
20   would -- you'd consider riskier.  I mean,
21   there's challenges to each.  Alaska's -- a
22   lot of times, they drill off ice islands, or
23   you're up in the summertime doing drilling
24   and working around icebergs.  And deepwater,
25   you're always got challenges just 'cause of
```

```
00094:01   the -- the water depth and the -- and the --
      02        Q.     It's certainly easier to access
      03   the wellhead for a -- a surface-type drilling
      04   environment like North Slope --
      05        A.     Correct.
      06        Q.     -- than it is deepwater Gulf of
      07   Mexico, correct?
      08        A.     Yeah.
      09        Q.     And it says, the two methods --
      10   going to the next paragraph, the two methods
      11   of regaining well control once an incident
      12   has escalated to a blowout scenario of this
      13   magnitude are well capping and relief well
      14   drilling.
      15             As a result of our
      16   investigation, BP Exploration Alaska believes
      17   well capping constitutes the best available
      18   technology for source control of a blowout.
      19   BP Exploration Alaska will continue to refine
      20   and improve our well-capping plans, tactics,
      21   decision trees, and timelines for inclusion
      22   to our -- inclusion into our production and
      23   exploration drilling plans.
      24             Did I read all that correctly?
      25        A.     Yes.
00095:01        Q.     And as far as you're aware, this
      02   type of investigation had never been done in
      03   the Gulf of Mexico, right?
      04        A.     I'm not aware of any.
      05        Q.     The Gulf of Mexico's general
      06   philosophy was, we'll use a relief well,
      07   right?
```

Page 95:09 to 95:14

```
00095:09        A.     Yeah, I don't know.  As I said,
      10   that's our standard planning processes.  When
      11   you do exploration drilling, you also plan
      12   relief wells.
      13        Q.     But other -- other divisions of
      14   BP looked at well capping, correct?
```

Page 95:16 to 96:17

```
00095:16        A.     I guess so if you show this --
      17   Alaska looked at it, apparently.  I don't
      18   know about the other divisions.
      19        Q.     And -- and at least Alaska
      20   determined --
      21        A.     Well, this is a draft, too, I
      22   mean.
      23        Q.     At least Alaska in this draft
      24   wrote that a capping -- well capping is best
      25   available technology above relief wells,
```

```
00096:01   correct?
      02        A.      Well, that was their conclusion.
      03   I don't really know what all went into that.
      04        Q.      That's --
      05        A.      As I said, there's many
      06   variables involved if a -- if a well is in a
      07   blowout situation.  So to me, making that
      08   statement, I just don't know what they're
      09   basing that on, if they've looked at a
      10   hundred different blowouts and if they've
      11   considered all the -- you know, what may
      12   happen to the wellhead, where's the rig when
      13   it -- when it blows out.  I mean, there's
      14   a -- there's a lot of variables involved.
      15        Q.      Well capping is best available
      16   technology in the Gulf of Mexico today, isn't
      17   it?
```

Page 96:19 to 97:05

```
00096:19        A.      I don't know that.
      20        Q.      You're -- you're required to
      21   have it --
      22        A.      Correct.
      23        Q.      -- under BOEMRE reg- --
      24   regulations now --
      25        A.      Correct.
00097:01        Q.      -- right?
      02        A.      Uh-huh.
      03        Q.      You're required to be able to
      04   show that you can do it, correct?
      05        A.      Correct.
```

Page 97:17 to 98:06

```
00097:17        Q.      Go to the next page.  You see
      18   the paragraph that starts, well capping?
      19        A.      Yes.
      20        Q.      It says, well capping is both
      21   compatible and feasible with all drilling
      22   operations as to the technologies applied to
      23   the surface.  There are no sensitivities to
      24   well types or location.  Well-capping
      25   techniques have been applied both on land and
00098:01   offshore locations and have just -- and have
      02   historically proven successful in regaining
      03   well control in shorter durations and are
      04   preferred over the more time-consuming
      05   alternative of drilling a relief well.
      06                Did I read that correctly?
```

Page 98:08 to 98:11

```
00098:08        A.      Yes.
     09         Q.      So at least according to this
     10  document, well capping can be accomplished
     11  quicker than a relief well, correct?
```

Page 98:13 to 98:15

```
00098:13        A.      Yeah, I mean, I -- I don't -- I
     14  don't know where any of this came from, to be
     15  quite honest with you.
```

Page 98:20 to 98:23

```
00098:20  My question was, at least
     21  according to this document, well capping can
     22  be accomplished quicker than a relief well,
     23  correct?
```

Page 98:25 to 99:03

```
00098:25        A.      According to this document.
00099:01        Q.      Okay.  According to your
     02  experience, well capping can be accomplished
     03  quicker than a relief well, true?
```

Page 99:05 to 100:06

```
00099:05        A.      No.
     06         Q.      No?  Okay.  So in deepwater Gulf
     07  of Mexico in response to the Macondo
     08  incident, it took you 87 days to cap the
     09  well, correct?  Correct?
     10         A.      I seem to remember you throwing
     11  that number out there, yeah.
     12         Q.      Well, that was by July 15th,
     13  correct?
     14         A.      Yeah.
     15         Q.      Okay.  It took until
     16  September 15th to intersect and kill the well
     17  with a relief well, right?
     18         A.      Correct.
     19         Q.      That's two months longer, right?
     20         A.      That's correct.
     21         Q.      Which was quicker, the capping
     22  or the relief well?
     23         A.      In this situation, the capping
     24  was.
     25         Q.      So your in -- in your
00100:01  experience, it's quicker, because you've only
     02  done this once?
     03         A.      Correct.
     04         Q.      In your experience, it's quicker
     05  to use a capping stack than a relief well,
```

```
     06  correct?
```

Page 100:08 to 100:11

```
00100:08      A.    Correct.
     09      Q.    So your experience is consistent
     10  with the document from BP Exploration Alaska,
     11  right?
```

Page 100:13 to 100:14

```
00100:13      A.    Yeah, that's correct, my
     14  experience.
```

Page 100:21 to 101:07

```
00100:21  Turn in your notebook to tab 66.
     22  And this has been previously marked as
     23  exhibit 3919.
     24            You see that this an e-mail
     25  attaching a PowerPoint from Bob Franklin?
00101:01      A.    Uh-huh.
     02      Q.    Who's Mr. Franklin?
     03      A.    He is a subsea engineer that was
     04  working on -- initially on the capping --
     05  excuse me -- the capping team, and he was
     06  also assisting later on with the containment
     07  team.
```

Page 101:16 to 102:10

```
00101:16      Q.    Okay.  And what he provides --
     17  and this is on April 27th of 2010, correct?
     18      A.    Correct.
     19      Q.    So this is roughly five days
     20  after we know the well's leaking, correct?
     21      A.    Correct.
     22      Q.    'Cause the well -- the DEEPWATER
     23  HORIZON explosion occurred on the 20th?
     24      A.    Uh-huh.
     25      Q.    BP discovered it was leaking on
00102:01  the 22nd, correct?
     02      A.    Correct.
     03      Q.    And he attaches a capping stack
     04  team PowerPoint, correct?
     05      A.    Correct.
     06      Q.    So within five days, you had a
     07  capping stack team, correct?
     08      A.    Correct.
     09      Q.    So capping stack technology
     10  wasn't foreign to people at BP, correct?
```

Page 102:12 to 102:13

```
00102:12        A.      That's correct.
     13         Q.      They were aware of it, right?
```

Page 102:15 to 103:21

```
00102:15        A.      I don't know specifically subsea
     16  capping.  I mean, the -- we all know about
     17  land capping operations or platform capping
     18  operations, if you will.
     19         Q.      Okay.  But -- my point being,
     20  the -- the response happens, and very quickly
     21  BP understands that one of the things it can
     22  try to use to stop this event is a capping
     23  stack?
     24         A.      Right.
     25         Q.      Right?
00103:01        A.      It's based on input from Wild
     02  Well Control.
     03         Q.      But what BP had to do to get to
     04  the point where it could install a capping
     05  stack is, it had to design a stack, right?
     06         A.      Right.
     07         Q.      That had never been done, right?
     08         A.      To my knowledge, it had not.
     09         Q.      It had to build the stack,
     10  right?
     11         A.      Correct.
     12         Q.      It had to figure out how to put
     13  it on, correct?
     14         A.      Correct.
     15         Q.      These were all things that were
     16  having be to done in the middle of a crisis,
     17  correct?
     18         A.      Correct.
     19         Q.      These are all things that could
     20  have been done prior to the Macondo incident,
     21  correct?
```

Page 103:23 to 106:02

```
00103:23        A.      Yes.
     24         Q.      And so this team has put
     25  together -- and if you go to the PowerPoint
00104:01  itself, you see where it says, Well Capping
     02  Team, April 27, 2010, Revision 1, correct?
     03         A.      Uh-huh, correct.
     04         Q.      And then it lists on the next
     05  page, Major Areas of Operation.
     06         Do you see that?
     07         A.      Uh-huh.
     08         Q.      And it said, cutting of riser to
     09  allow access to top of LMRP.  LMRP release
```

```
10   and removal; capping stack design; capping
11   stack deployment; capping stack installation;
12   capping stack operation; snubbing; capping
13   stack contingency; subsequent intervention
14   operations, correct?
15        A.     Correct.
16        Q.     So that was the general areas of
17   operation that your team was tasked with,
18   correct?
19        A.     Correct.
20        Q.     I understand all of them, but
21   could you -- could you give us a -- a better
22   explanation of what the snubbing capping
23   stack contingency was?
24        A.     It's a technique they use on
25   land where they have an anchor with wire.
00105:01   You attach it to the BOP stack.  And when you
02   stab it over the flowing oil, you pull to
03   suck it down to where you can attach the
04   capping stack to the wellhead.
05        Q.     Okay.  That's not the technique
06   that was ultimately --
07        A.     No.
08        Q.     -- run, right?
09        A.     No, it was not.
10        Q.     But y'all were -- something
11   y'all were investigating to figure out if
12   this may or may not work in deep water,
13   right?
14        A.     Correct.
15        Q.     Did y'all arrive at the
16   conclusion of whether something like that
17   could be done?
18        A.     I seem to remember that there
19   was an issue around getting the anchor point
20   to be able to do this.  They do this on land,
21   but we figured out a better way to do it, and
22   then we never pursued that any further.  That
23   was early on, as I remember.
24        Q.     Okay.  And -- and in the
25   beginning when you were looking at the
00106:01   capping stack, if -- if -- if -- did all of
02   the plans call for removal of the LMRP?
```

Page 106:04 to 107:03

```
00106:04        A.     The plans that my team were
05   working on involved removal of the LMRP.
06        Q.     Were there plans in place -- or
07   were there plans being worked up in the
08   beginning days on how to cap the well without
09   removing the LMRP?
10        A.     Not in the early days, not to my
11   knowledge.  The capping stack on -- on
12   this -- for this presentation would have a HC
```

```
13  connector on the bottom of it and install it
14  on the BOP from the HORIZON after you've
15  pulled the LMRP.
16         Q.     The ultimate design that was
17  used did not require removing the LMRP,
18  correct?
19         A.     It did not.
20         Q.     A -- a -- a transition spool was
21  placed on top of the LMRP --
22         A.     Correct.
23         Q.     -- and a capping stack was
24  landed on top of the transition spool,
25  correct?
00107:01   A.     Correct.
02         Q.     Is it safe to say that -- that
03  BP really did not want to remove the LMRP?
```

Page 107:05 to 107:15

```
00107:05   A.     I don't recall why that was --
06  the decision was made to do that.
07         Q.     Okay.
08         A.     I wasn't involved with that
09  decision.
10         Q.     I didn't -- I appreciate that
11  answer.  That's an answer to a different
12  question that I won't have to ask now.
13         But my question was, is it safe
14  to say that BP really did not want to remove
15  the LMRP?
```

Page 107:17 to 107:24

```
00107:17   A.     I don't know that I can speak to
18  what BP was -- was or wasn't going to do.  I
19  was working on building capping solutions.
20         Q.     But it all -- if those solutions
21  in the beginning called for the removal of
22  the LMRP and BP didn't want to remove the
23  LMRP, those two philosophies don't align with
24  each other, correct?
```

Page 108:01 to 108:07

```
00108:01   A.     Well, I think if you look -- I
02  was just trying to think when the flexjoint
03  solution was discussed.  Removing the
04  bolts -- I think that was shortly
05  thereafter -- that was --
06         Q.     Keep this --
07         A.     -- came up for another option.
```

Page 108:11 to 110:12

```
00108:11   But while we're talking about
      12   the LMRP, I want to show you what's been
      13   previously marked as exhibit 10542, which is
      14   located at tab 47.
      15        A.    Tab 47?
      16        Q.    Yes, sir.
      17              You see that this an e-mail from
      18   Trent Fleece to Charles Holt, correct?
      19        A.    Correct.
      20        Q.    And it -- the subject line is
      21   BOP on BOP, correct?
      22        A.    Uh-huh, right.
      23        Q.    Do you know those two gentlemen?
      24        A.    Yes.
      25        Q.    Did they work on your capping
00109:01   stack team?
      02        A.    Yes.
      03        Q.    Okay.  Both of them?
      04        A.    Well, I was working for Charles
      05   Holt at one time.  Trent Fleece worked on it
      06   for a short period of time.
      07        Q.    When you say, well, you were
      08   working for Charles Holt, do you mean, like,
      09   generally or specifically --
      10        A.    Yeah.
      11        Q.    -- on the capping stack?
      12        A.    I was reporting in to him
      13   progress --
      14        Q.    Okay.
      15        A.    -- initially.
      16        Q.    With the BOP-on-BOP option,
      17   there was pretty much no way to do that
      18   without removing the LMRP, correct?
      19        A.    That's correct.
      20        Q.    And was that primarily because
      21   of weight issues of landing an entire BOP on
      22   top of the HORIZON BOP?
      23        A.    No.  It's because there's no
      24   connector to connect to on top of the LMRP --
      25        Q.    Okay.
00110:01        A.    -- unless you use the flexjoint
      02   connector.
      03        Q.    Okay.  And was there a concern
      04   about weight issues with the flexjoint?
      05        A.    Yes.
      06        Q.    Okay.
      07        A.    That was all modeled and
      08   studied.
      09        Q.    Right.  So pretty much to land
      10   something without removing the LMRP, you had
      11   to design a smaller device, like a three-ram
      12   capping stack, correct?
```

Page 110:14 to 112:10

```
00110:14        A.    Yes, that's correct.
      15        Q.    Okay.  And so this e-mail's
      16  talking about the BOP on BOP, correct?
      17        A.    Yes.
      18        Q.    And what Mr. Fleece writes, if
      19  you look at one, two -- the third paragraph,
      20  it says, probably going to be a while before
      21  someone decides to cut off the riser &
      22  remove the LMRP.  I think the choke point is
      23  below the LMRP.
      24              Did I read that correctly?
      25        A.    Yes, you did.
00111:01        Q.    Now, did Mr. Fleece ever have
      02  any discussions with you about a hesitancy to
      03  cut off the riser and remove the LMRP?
      04        A.    I don't recall him having a
      05  discussion.  I've never seen this e-mail.
      06        Q.    Okay.  Was that a -- a -- a
      07  point of discussion on your team on concerns
      08  about cutting off the riser and removing the
      09  LMRP?
      10        A.    That was part of the thing we
      11  looked -- one of the things we looked at in
      12  terms of what would happen when you remove
      13  the LMRP in terms of flow modeling to see
      14  what -- when you try to install a BOP back on
      15  that, what kind of blastoff force you'd get.
      16  So we did some -- some modeling on that.
      17  Yes, it was -- it was a concern.
      18        Q.    Did -- did -- did you and your
      19  team believe that the LMRP could be removed
      20  and you can land a BOP on top of the HORIZON
      21  BOP safely?
      22        A.    I can't say speak for the rest
      23  of the team.  It was obviously a feasible
      24  option that we presented, and we worked
      25  through and mitigated the risks involved.  It
00112:01  wasn't without risk.  There is definitely a
      02  lot of risk involved in terms of being able
      03  to reestablish once you've removed the LMRP
      04  and then, you know, would the LMRP even
      05  release, and then also if there's pipe inside
      06  there, how do you stab back onto it -- stab
      07  over it with another BOP.  So, yeah, I mean,
      08  it was feasible, but there was risk.
      09        Q.    Okay.  Did you believe it should
      10  be done?
```

Page 112:12 to 112:23

```
00112:12        A.    I think at -- at that time --
      13  this is back in early May? -- we didn't
      14  really understand all potential risks
      15  involved with -- with capping in terms of
```

```
        16   wellbore integrity.  I certainly thought it
        17   was a feasible solution.
        18        Q.     It was never implemented,
        19   correct?
        20        A.     No.  The BOP on BOP was never
        21   implemented.
        22        Q.     BOP went with a different
        23   option, correct?
```

Page 112:25 to 113:01

```
00112:25        A.     The greater BP, the Unified
00113:01   Command, yeah.
```

Page 113:16 to 113:21

```
00113:16        Q.     You understand that BP created
        17   the plans, correct?
        18        A.     Correct.
        19        Q.     And it was BP's job to present
        20   plans to the Unified Command, correct?
        21        A.     Correct.
```

Page 113:23 to 113:24

```
00113:23        Q.     And BP would have
        24   recommendations in those plans, correct?
```

Page 114:01 to 114:07

```
00114:01        A.     I don't know that.  I don't know
        02   how that process actually worked, to be quite
        03   honest with you.
        04            We presented to -- the options
        05   to -- to BP, if you will, and then -- I
        06   wasn't involved with any kind of decision
        07   process to the Unified Command.
```

Page 114:10 to 114:12

```
00114:10   Can you go to tab 4 in your
        11   notebook?  And this has been previously
        12   marked as exhibit 9105.
```

Page 114:14 to 114:17

```
00114:14        Q.     Yes, sir.  Okay.  You see that
        15   this is a report from the on-scene
        16   coordinator, deepwater oil spill, right?
        17        A.     That's what it says, yes.
```

Page 115:20 to 116:16

```
00115:20        Q.     And it says, securing the source
      21  of the oil for the DEEPWATER HORIZON spill
      22  was challenging and complex.  As subsea
      23  drilling systems are not an area of Coast
      24  Guard cognizance and expertise, the federal
      25  on-scene coordinator was unfamiliar with the
00116:01  technologies and capabilities of the
      02  deepwater drilling industry.  Neither the
      03  Coast Guard nor any other federal agency had
      04  experience with a massive deepwater spill.
      05  Ultimately, source control had to be achieved
      06  through the responsible party whose employees
      07  were not accustomed to extensive government
      08  input to their deepwater operations, nor the
      09  federal oversight of multiple agencies,
      10  unfamiliar with working together in a large
      11  response organization.
      12             Did I read that correctly?
      13        A.     Yes, you did.
      14        Q.     So according to the on-scene
      15  coordinator, the responsible party ultimately
      16  was responsible for source control, correct?
```

Page 116:18 to 116:19

```
00116:18        A.     I'm not familiar with this
      19  document.  That's his opinion, I guess.
```

Page 117:07 to 117:12

```
00117:07        Q.     Well, at least according to the
      08  on-scene coordinator, they're saying, look,
      09  the responsible -- we don't have experience
      10  in this.  The responsible party is
      11  responsible for controlling the source,
      12  right?
```

Page 117:14 to 119:12

```
00117:14        A.     That's what he's saying.  I
      15  agree that's what he's saying.
      16        Q.     Okay.  Let's look at -- I want
      17  to look at a different document from a
      18  federal officer.  Tab 45 in your notebook,
      19  and this has been previously marked as
      20  exhibit 9099.
      21             All right.  You see that this a
      22  report from Admiral Papp, correct?
      23        A.     Yes.
      24        Q.     Commandant of the United States
      25  Coast Guard, correct?
```

```
00118:01        A.      Yes.
      02        Q.      And the subject to this is final
      03 action memorandum, incident specific
      04 preparedness review DEEPWATER HORIZON oil
      05 spill, correct?
      06        A.      Yes.
      07        Q.      And it's dated March 18, 2011,
      08 correct?
      09        A.      Yes.
      10        Q.      Go to page 115.  And if you'll
      11 kindly -- just so you can see which chapter
      12 this is part of, if you look at page 109, and
      13 you'll see that this is in the containment
      14 and sustainability of oil spill recovery
      15 operation, correct?
      16        A.      Correct.
      17        Q.      And there's a title of subsea
      18 containment and storage, correct?
      19        A.      Correct.
      20        Q.      Now let's go to page 115.  And
      21 it says lessons learned, right?
      22                Do you see that?
      23        A.      Yes.  I see the lessons learned,
      24 yes.
      25        Q.      Second bullet point, it says,
00119:01 the federal government has neither the
      02 skilled personnel, nor the appropriate
      03 equipment to respond independently to an oil
      04 blowout in deep water and must rely wholly on
      05 the responsible party to contain oil spills
      06 occurring from one of their facilities.
      07                Did I read that correctly?
      08        A.      Yes, you did.
      09        Q.      So according to the commandant
      10 of the Coast Guard, the federal government is
      11 wholly dependent upon the responsible party,
      12 and in this case that means BP, true?
```

Page 119:14 to 120:19

```
00119:14        A.      According to the commandant,
      15 yeah.
      16        Q.      One more and then we'll take a
      17 break.  Tab 89 of your notebook, and this has
      18 been previously marked as exhibit 9125.
      19                You see that this is a --
      20 minutes from a conference call on May 4,
      21 2010, correct?
      22        A.      Yes.
      23        Q.      And it's dealing with the
      24 DEEPWATER HORIZON oil spill, correct?
      25        A.      Correct.
00120:01        Q.      And the participants are lab
      02 representatives in Houston and Department of
      03 Energy headquarters, correct?
```

```
04        A.      Correct.
05        Q.      Okay.  Go to the second page.
06 And I want -- do you see the sentence that
07 starts, all decision-making?
08        A.      Right.
09        Q.      It says, all decision-making,
10 particularly about whether to make a physical
11 intervention in the damaged well, was clearly
12 BP's sole responsibility.
13               Did I read that correctly?
14        A.      Yes, you did.
15        Q.      So according to these
16 representatives of the federal government,
17 the decision of whether or not to intervene
18 in the well was solely BP's responsibility,
19 correct?
```

Page 120:21 to 120:23

```
00120:21        A.      Correct.
     22        Q.      Okay.  So it was BP that made
     23 the decision to do the top kill, correct?
```

Page 120:25 to 120:25

```
00120:25        A.      I don't know that.
```

Page 121:09 to 121:12

```
00121:09        Q.      All right.  Mr. Wellings, if we
     10 could go back to the PowerPoint we were
     11 talking about, which was tab 66 on
     12 exhibit 3919.
```

Page 121:15 to 123:06

```
00121:15        A.      Tab 66?
     16        Q.      Yes, sir.
     17        A.      Okay.
     18        Q.      All right.  We had gone through
     19 the major areas of operation.  Now I want to
     20 talk about risks that are laid out in this
     21 document.  The first one starts on page 953,
     22 if you see that?
     23        A.      Yes.
     24        Q.      And this is in reference to --
     25 if you look at the slide in front of that,
00122:01 cutting riser, access LMRP top, right?
     02        A.      Correct.
     03        Q.      And it lists out cutting
     04 operations as a risk, unconventional work for
     05 rig teams, hydrocarbons to rig/vessel,
     06 mechanical cutting blade failure, pressure
```

```
07   trapped in riser, riser movement while
08   cutting operations and recoil from stored
09   energy and riser, correct?
10        A.     Correct.
11        Q.     Does it list any other risks on
12   the cutting riser?
13        A.     On this page, no.
14        Q.     Were those the primary risks
15   that you were aware of for cutting the riser?
16        A.     Let's see.  This is April 27th.
17   This would have been the first team kind of
18   meeting to go through and start flushing out,
19   if you will, all the different risks that
20   were involved with this operation.  So as far
21   as the riser cutting, I'm trying to think if
22   there's any other ones that may have come on
23   later.
24               This would appear to me to be a
25   complete list of the risks for that
00123:01  operation.  I don't recall --
02        Q.     Others?
03        A.     -- others right offhand.
04        Q.     Were any of these risks, as far
05   as you remember, fatal to the response
06   effort?
```

Page 123:08 to 123:19

```
00123:08       A.     I don't believe we looked at it
09   in that kind of term, in terms of fatal.  We
10   looked at it in terms of, here's a risk, what
11   are we going to do to mitigate it.
12               What do you mean by fatal?  You
13   mean it would just completely prevent us?
14        Q.     Yeah, it would -- it would
15   preclude all other response efforts.
16        A.     I mean, the fact that we were
17   able to do it and mitigated all these risks,
18   I don't see any that would be fatal, or were
19   fatal, I guess.
```

Page 126:05 to 126:19

```
00126:05       Q.     Each one of these response
06   efforts that BP was investigating, one of the
07   things that was done was a hazard
08   identification, correct?
09        A.     Correct.
10        Q.     Trying to identify risks and how
11   to build any contingency for those risks,
12   correct?
13        A.     Correct.
14        Q.     Some risks are greater than
15   other risks, right?
```

```
16      A.      Correct.
17      Q.      One of the risks that's
18 discussed a lot is doing something that would
19 increase the flow, correct?
```

Page 126:21 to 126:25

```
00126:21      A.      I think that's in -- in some of
22 these risks, yeah.
23      Q.      Right.
24              Another risk that was identified
25 was jeopardizing the relief well effort,
```

Page 127:03 to 127:18

```
00127:03      A.      I don't know where that came
04 from, that statement.
05      Q.      You never heard that in any of
06 the work you did?
07      A.      No, I never heard anybody say
08 we -- whatever we do, we can't jeopardize the
09 relief well.
10      Q.      That's not what I -- I didn't
11 ask that.  I asked whether or not that risk
12 was identified in any of the work you were
13 doing.
14      A.      No.
15      Q.      Okay.  So in your work with the
16 capping stack team, the risk was never
17 identified of, if we do this, we could
18 jeopardize the relief well?
```

Page 127:20 to 128:04

```
00127:20      Q.      Whatever this is?
21      A.      That's correct, yeah.  We didn't
22 consider that.
23      Q.      Okay.
24      A.      We were -- we were building the
25 cap.
00128:01      Q.      Okay.  And certainly none of the
02 risks listed under the cutting of the riser
03 were things that would jeopardize the relief
04 well effort, correct?
```

Page 128:06 to 128:06

```
00128:06      A.      Not that I can see here.
```

Page 128:11 to 128:22

```
00128:11      Q.      And then the release -- the
```

```
12   risks listed are, the LMRP will not release,
13   right?
14         A.     Right.
15         Q.     Sling load stability, damage to
16   HC connector pin, damage to sealing area,
17   gasket stuck on wellhead, disturb BOP and
18   increase flow, drill pipe stub and the weight
19   greater than 300,000 pounds, right?
20         A.     That's correct.
21         Q.     Were any of those risks things
22   that could jeopardize the relief well effort?
```

Page 128:24 to 129:16

```
00128:24         A.     We never really looked at that.
      25   The only thing that comes to my mind is if
00129:01   you pull the LMRP and it swung over into one
      02   of the -- there were two relief wells going.
      03   Yeah.  Swung over and hit the reservoir
      04   engineer, that's the only way I can see it
      05   could jeopardize it.
      06         Q.     Okay.  And that would -- you'd
      07   just have to start over, right?
      08         A.     Right.  You'd have to repair the
      09   damage.
      10         Q.     So then you have capping stack
      11   design, right?  Correct?
      12         A.     Correct.
      13         Q.     And on the next page, we get
      14   exact diagrams of what a capping stack would
      15   look like, right?
      16         A.     Correct.
```

Page 129:18 to 130:01

```
00129:18         Q.     And this is on April 27th,
      19   right?
      20         A.     This was the first design of
      21   what a capping stack would look like.
      22         Q.     Okay.  So on April 27th, we
      23   already have designs in place?
      24         A.     Yeah.
      25         Q.     Of how to build a capping stack,
00130:01   right?
```

Page 130:03 to 130:17

```
00130:03         A.     The one thing that it's missing,
      04   it doesn't have any of the control systems
      05   that were later added.  So this is just dumb
      06   iron, if you will, as we'd call it --
      07         Q.     Uh-huh.
      08         A.     -- is putting the rams together,
```

```
09    and then there's a whole other piece that how
10    you operate it at 3 to 500 feet of water.
11          Q.    I understand.
12          A.    Yeah.
13          Q.    Point being, we can figure
14    out -- at least the people on your team can
15    figure out pretty quickly how to design a
16    capping stack, right?  They knew how to do
17    it?
```

Page 130:19 to 130:25

```
00130:19      A.    They've never done it before.
20    If you've never done it, you don't know if
21    you could do it.  But, obviously, we thought
22    we could and we moved forward to finish it in
23    terms of the control systems, the connectors,
24    how to deploy it, hydrate mitigation.  It's
25    not just this.
```

Page 131:08 to 131:19

```
00131:08      Q.    The first measure that --
09    that -- that your team put its primary focus
10    on was using the ENTERPRISE BOP as a cap,
11    correct?
12          A.    Correct.
13          Q.    And like we talked about, that
14    would require the removal of the LMRP, right?
15          A.    Right.
16          Q.    And you were basically
17    developing a capping stack as a contingency
18    if you were unable to remove the LMRP,
19    correct?
```

Page 131:21 to 132:14

```
00131:21      A.    The original two-ram capping
22    stack would have been connected after the
23    LMRP was removed.  So, basically, we were
24    working on -- on two -- two solutions to do
25    the same thing.  Subsequent to that, the --
00132:01   as the -- as it progressed with the flexjoint
02    removal and transition spool, that -- that
03    initial capping stack was -- was transitioned
04    into that solution.
05            The -- I think early on, we
06    realized that they -- the BOP on BOP, we
07    already had all the control systems in place
08    'cause it's coming -- it's attached to a rig
09    that's already been working; whereas, the --
10    the capping stack connected to the -- to the
11    rising BOP after the LMRP was removed, there
```

```
     12   was -- there was a significant amount of --
     13   of construction and work that had to be done.
     14   So we worked on both in parallel.
```

Page 132:16 to 133:04

```
00132:16   MR. BARR:  And we will mark this --
     17          MR. MAZE:  11228.
     18          MR. BARR:  -- as exhibit 11228.
     19          (Exhibit Number 11228 marked.)
     20          Q.     Now, you see that this is a
     21   PowerPoint from BP that says, Overview - Well
     22   Capping Macondo No. 1, May 13, 2010, correct?
     23          A.     Correct.
     24          Q.     Were you involved in the
     25   production of this PowerPoint?
00133:01          A.     As I recall, I did the majority
     02   of the presentation on this to the -- to the
     03   wider audience of industry, people -- BP
     04   people and Transocean people, yes.
```

Page 133:15 to 134:15

```
00133:15          Q.     So what was the purpose of this
     16   presentation?
     17          A.     The purpose of the presentation
     18   was to go through the -- the plans that we
     19   had to date and then kind of flush out
     20   what -- what we thought we were missing.  If
     21   you look on tab 14 -- or page 1439, it talks
     22   about peer assist needs --
     23          Q.     Uh-huh.
     24          A.     -- some of the things we were --
     25   we were needing help on.  This was basically
00134:01   a -- what we call a peer assist.
     02          Q.     Okay.
     03          A.     We bring experts in to go
     04   through your plans and what you've done to
     05   date and see -- kind of access the -- the
     06   readiness and, you know, what -- what -- what
     07   might we be -- we be missing.
     08          Q.     Okay.  So this was a -- one
     09   of -- I mean, peer assists were held
     10   frequently to -- to go over plans that BP was
     11   either working up or recommending, correct?
     12          A.     Correct.
     13          Q.     And this was one of those peer
     14   assist presentations, correct?
     15          A.     Correct.
```

Page 135:02 to 138:19

```
00135:02          Q.     Is this something you were asked
```

```
03  to do?
04        A.      No.  That's part of our normal
05  process as with -- in normal drilling
06  operations.  Prior to implementing a -- a
07  drilling plan, we do peer assists.  And we
08  also do peer reviews.
09        Q.      Okay.  So this is within your
10  scope of responsibilities?
11        A.      Correct.
12        Q.      Okay.  So you write, Well
13  Capping Team Challenges.  And Number 1 is,
14  start the team on day 5, correct?
15        A.      Yeah, these are the challenges
16  we -- we -- we had faced.
17        Q.      Right.  So you write -- the
18  first one is, start the team on day 5 --
19        A.      Right.
20        Q.      -- right?
21                And we've seen a couple of
22  e-mails on that, right?
23        A.      It was day 4, day 5.
24        Q.      And it says, worked capping
25  stack two days --
00136:01        A.      Uh-huh.
02        Q.      -- right?  So the first effort
03  that was made was work on a capping stack,
04  and two days was spent on that?
05        A.      Correct.
06        Q.      What was -- what was -- was that
07  the genesis of kind of the e-mail we just saw
08  that showed the designs?
09        A.      Yes, it was.
10        Q.      And then number 3, you say,
11  Reverted to Enterprise BOP on BOP for next
12  two weeks, correct?
13        A.      Correct.
14        Q.      So you kind of moved off of the
15  primary focus on the capping stack and put a
16  primary focus on the ENTERPRISE, BOP on BOP,
17  correct?
18        A.      Correct.  We continued working
19  the capping stack, as it said on there.
20        Q.      But it got less priority, true?
21        A.      For me, yes.
22        Q.      Okay.  Well, you don't have
23  infinite resources, do you?
24        A.      We had plenty of resources to
25  work both.
00137:01        Q.      So you were able to work -- were
02  you able to work both at -- at 100 percent
03  capacity?
04        A.      Myself or --
05        Q.      No, the team.
06        A.      Yes.
07        Q.      Okay.
```

```
08        A.      Absolutely.
09        Q.      So that work continued on with
10 the capping stack, but you moved over and put
11 your primary focus on the ENTERPRISE BOP?
12        A.      By focusing, I mean, that would
13 be the solution we would recommend.
14        Q.      Okay.
15        A.      We saw that as that was going to
16 be the most feasible solution.
17        Q.      Okay.  So after two days of
18 looking at the capping stack, your team made
19 the decision that our best solution is
20 probably the ENTERPRISE BOP?
21        A.      Due to all the control systems
22 and stuff you'd have to build for the capping
23 stack.
24        Q.      Okay.  And you worked on that
25 for two weeks, right?
00138:01        A.      According to this, yes.
02        Q.      And then you -- you write,
03 worked capping stack as contingency, right?
04        A.      Correct.
05        Q.      And that was the contingency we
06 discussed, that if you can't remove the LMRP
07 or we can't land this BOP, we're going to
08 keep working on the capping stack and use
09 that as a contingency?
10        A.      The capping stack contingency at
11 that time was in the event that we came up
12 with issues with landing the BOP on BOP.  At
13 that time, as I recall, that capping stack
14 there was still to be connected to the rising
15 BOP, not the flexjoint.
16        Q.      Okay.  So were you working at
17 this point in time a contingency if you were
18 unable to remove the LMRP?
19        A.      I was not.
```

Page 138:25 to 140:13

```
00138:25        Q.      Who was, if you know?
00139:01        A.      That was -- at that time, that
02 was Trevor Smith's group.  I'm not sure who
03 he was reporting to.
04        Q.      Okay.
05        A.      I don't think he was in charge
06 of that.
07        Q.      Okay.  But at some point during
08 the response, your team worked on that
09 effort, as well, correct?
10        A.      As far as the --
11        Q.      The contingency on being unable
12 to remove the LMRP or deciding we're not
13 going to remove the LMRP.
14        A.      No, we didn't work on that.
```

```
15         Q.    So you did not work on the
16   ultimate solution that was used?
17         A.    Not at that time.
18         Q.    No, I'm saying at any time.  At
19   some point, that became part of your team's
20   responsibility, didn't it?
21         A.    I mean, the capping stack that
22   we built or that we were in the process of
23   building at this time was to be connected to
24   the BOP.  That same capping stack with the
25   connector on the bottom was then ultimately
00140:01   used to install on the transition spool.
02   That was the same piece of equipment, except
03   we later on added a third ram and some
04   hydrate contingencies.
05         Q.    Right.  Okay.  Now I understand.
06         A.    Emergency disconnect.
07         Q.    All right.  I appreciate that.
08               So your team built the stack.
09               Was it a different team for
10   the -- the solution that was ultimately
11   implemented and was successful, was it a
12   different team that worked on the attachment?
13         A.    Correct.
```

Page 140:23 to 141:23

```
00140:23   Q.    Okay.  And then it says, Monday,
24   May 10, BOP on BOP move to -- that says DD-I,
25   but it should be DD-II, correct?
00141:01   A.    Yes, correct.
02         Q.    And then number 6, Last three
03   days working both options to closure,
04   correct?
05         A.    Correct.
06         Q.    So the last three days would be,
07   roughly, May 11th through May 14th or so,
08   given this is May 15th?
09         A.    Yeah, somewhere around in there.
10   May 13th.
11         Q.    All right.  Now, I want to talk
12   for a minute about the change on May 10 for
13   the BOP on BOP to the DD-II.
14               As of -- prior to May 10, you'd
15   been working on the BOP on BOP using the
16   ENTERPRISE BOP, correct?
17         A.    Correct.
18         Q.    And then a decision is made on
19   May 10 to switch that to the DD-II, correct?
20         A.    (Moves head up and down.)
21         Q.    You would agree with me that
22   that decision delayed the ability to use the
23   BOP-on-BOP option, correct?
```

Page 141:25 to 143:09

```
00141:25        A.      No, that's not correct.  The
00142:01  move to the DD-II, similar rigs, similar
      02  BOPs, the only real difference was in the
      03  joint of riser that we were going to use for
      04  a diverter.
      05        Q.      Uh-huh.
      06        A.      So everything we worked on for
      07  the ENTERPRISE with the exception of that
      08  joint of riser was transferrable to the
      09  DD-II.
      10        Q.      Didn't you have to do --
      11        A.      We had to do some -- we had to
      12  do some checks on the BOP stack weight, but
      13  that was all done in -- in parallel.
      14        Q.      Didn't you have to do new hazard
      15  IDs?
      16        A.      We did, yes.
      17        Q.      You'd already done those hazard
      18  IDs with the ENTERPRISE, correct?
      19        A.      They've been -- the new ones
      20  were done very quickly 'cause the risks were
      21  the same, basically.
      22        Q.      Okay.  But you still had to redo
      23  that work, correct?
      24        A.      It depends on what you mean by
      25  redo.  I mean, we -- we checked it,
00143:01  basically.
      02        Q.      Well, you didn't just copy.  You
      03  didn't just take the ENTERPRISE work, delete
      04  ENTERPRISE, and write DD-II on it, did you?
      05        A.      For the procedure, pretty much.
      06        Q.      When you did -- so all you did
      07  was, say, just change the name of the boats
      08  and we're good?  That's not what you did, is
      09  it?
```

Page 143:11 to 143:16

```
00143:11        A.      We went through a -- a process
      12  to check and make sure that we've done --
      13  what we had done on the ENTERPRISE was
      14  applicable to the DD-II.
      15        Q.      Okay.  And how many -- how long
      16  did that process of switching over take?
```

Page 143:18 to 143:20

```
00143:18        A.      Let's see.  At that time, the
      19  ENTERPRISE was going to deploy the cofferdam.
      20  And -- I -- I really don't know.
```

Page 144:02 to 144:02

00144:02  (Exhibit Number 11229 marked.)

Page 144:05 to 147:04

00144:05       Q.     And I'm looking primarily, sir,
     06  at the -- that goes along with that -- with
     07  the ENTERPRISE team meeting minutes that are
     08  attached to that e-mail.
     09       A.     Okay.
     10       Q.     And you see that these are
     11  meeting minutes, ENTERPRISE team, May 5,
     12  2010, correct?
     13       A.     Correct.
     14       Q.     And it says, you know,
     15  attendees -- you're one of the attendees,
     16  correct?
     17       A.     The cover e-mail says May 3rd.
     18       Q.     I'm looking at the actual
     19  meeting minutes.
     20       A.     The e-mail was sent on May 3rd,
     21  so how could it be May 5th for the --
     22       Q.     Whoever wrote that meeting
     23  minute would have to answer that question.
     24          Are you saying the meeting took
     25  place on May 3rd?
00145:01       A.     There's a conflict here.  I
     02  don't know.
     03       Q.     Okay.  So either May 3rd or
     04  May 5th, a meeting happened?
     05       A.     Correct.
     06       Q.     Do you remember a meeting of the
     07  ENTERPRISE team?
     08       A.     We had meetings regularly, yeah.
     09       Q.     Did y'all have daily meetings?
     10       A.     For the ENTERPRISE, I think
     11  early on, yes, we did.
     12       Q.     Okay.  And so this could be the
     13  3rd, it could be the 5th, but it's titled the
     14  5th?
     15       A.     It's probably the 3rd.
     16       Q.     Okay.  So you think it's
     17  probably --
     18       A.     Or somebody has taken -- somehow
     19  taken the 5th meeting minutes and associated
     20  with an e-mail on the 3rd.  That wouldn't
     21  make sense, either.  So, yeah, I don't know.
     22       Q.     So you think this is the 3rd?
     23       A.     Probably.
     24       Q.     Fair?  Okay.
     25          And -- and you're one of the
00146:01  attendees of this meeting, right?
     02       A.     Correct.
     03       Q.     And it says under rig call, BOP

```
04  stack is finished and waiting on HC connector
05  to start BOP testing, correct?
06       A.    Correct.
07       Q.    Do you know what that means by
08  BOP stack is finished?
09       A.    Yeah, I would take that to mean
10  that they finished doing the maintenance on
11  it.
12       Q.    Okay.  So that's one of the
13  things that had to be done for the BOP-on-BOP
14  option, was do some maintenance on the BOP?
15       A.    Correct.
16       Q.    And that maintenance, once you
17  switched to the DD-II, would then have to be
18  done on the DD-II BOP, correct?
19       A.    Yeah.  The DD-II at the time was
20  working out at Atlantis, I believe.  So,
21  yeah, you'd have to do between well
22  maintenance.
23       Q.    So that would be some delay,
24  correct?
25       A.    Delay in terms of if they asked
00147:01  me to install it on May 3rd or May 5th, yeah,
02  there would be some delay.
03       Q.    I mean, it -- it -- it adds
04  additional time in the workup, right?
```

Page 147:06 to 147:14

```
00147:06       A.    As it turned out, it didn't
07  delay.
08       Q.    Because you didn't do it?
09       A.    'Cause we didn't do it.
10       Q.    Let me show you -- well, is it
11  your testimony, according to your memory,
12  that the ENTERPRISE BOP, whatever work had to
13  be done on it for this procedure was
14  completed by either May 3rd or May 5th?
```

Page 147:16 to 149:06

```
00147:16       A.    I don't recall what maintenance
17  work had to be done.  It obviously hadn't
18  been pressure tested yet.  So that would
19  still -- would still have to have been done.
20  I'm just trying to -- the -- it didn't have
21  the HC connector.
22       Q.    And that was what you were
23  working on, correct?
24       A.    Yes.  Well, actually, that was
25  Cameron and Transocean sourcing another
00148:01  connector.
02       Q.    Well, this says under your
03  name --
```

```
04        A.      Right.
05        Q.      -- the HC connector was function
06 tested --
07        A.      Right.
08        Q.      -- right?
09                And -- and you found leaking on
10 the secondary unlatch function?
11        A.      Right.
12        Q.      What was the secondary unlatch
13 function?
14        A.      That's -- if the primary doesn't
15 work, you've got a secondary port that you
16 can -- you can activate hydraulic and try to
17 release it.
18        Q.      And this is to release the
19 ENTERPRISE BOP from the HORIZON BOP, correct?
20        A.      Yes.
21        Q.      Okay.  And then that leaking on
22 the secondary unlatch function was leaking
23 into the primary unlatch, right?
24        A.      Yeah, as I remember it.  That's
25 the way the Cameron HC connector works.
00149:01        Q.      Okay.  So was that something
02 that would have to be fixed before it could
03 be placed on the HORIZON BOP?
04        A.      Yes.  You don't put a BOP down
05 unless it's a hundred percent tested and
06 healthy.
```

Page 149:10 to 149:12

```
00149:10        Q.      I'm going to show you tab 74.
11 This has been previously marked as
12 exhibit 4405.
```

Page 149:17 to 151:17

```
00149:17        Q.      And this is an e-mail from you,
18 is the start of it.  And I want to focus on
19 the second e-mail in the -- on the page from
20 Trent Fleece to you on May 11th, right?  Do
21 you see that?
22        A.      Yes.
23        Q.      And -- and that e-mail is in
24 regards to the DD-II stack, G/A dwg, right?
25        A.      Correct.
00150:01        Q.      Just so we know, what does that
02 G/A dwg stand for?
03        A.      It's general arrangement
04 drawing.
05        Q.      Okay.
06        A.      G/A.
07        Q.      Okay.  And it says -- Mr. Fleece
08 writes to you.  He says, I told Charlie when
```

```
09   he first called if we're going to do this,
10   I'm all over it.  We'll know if containment
11   is going to work in the next day or two,
12   which should free me up either way, success
13   or failure.
14            Do you know what containment he
15   was talking to there?  Was that the
16   cofferdam?
17       A.    I -- I don't know.  You'd
18   probably have to ask him.
19       Q.    Okay.  You don't remember that?
20       A.    No.
21       Q.    Okay.  It says, I'm more than
22   available to make this happen.  I think it's
23   our best shot.  Let me know how Mark/I can
24   help.  I'd like to be involved as we've
25   worked it.
00151:01     A.    Right.
02       Q.    Do you see that?
03       A.    Uh-huh.
04       Q.    So according to Mr. Fleece, he
05   believes the BOP on BOP is the best shot,
06   correct?
07       A.    And it appears to be that from
08   reading this.
09       Q.    Okay.
10       A.    Like I said, I don't think I
11   ever had a conversation with him on that.
12       Q.    You respond back, for sure,
13   correct?
14       A.    Yep.
15       Q.    Now, were you saying for sure he
16   can work on it or for sure you think it's the
17   best shot?
```

Page 151:19 to 151:22

```
00151:19     A.    I was -- I was saying for sure
20   it's going to be the DD-II.
21       Q.    Okay.  Did you believe that the
22   BOP on BOP was the best shot?
```

Page 151:24 to 152:21

```
00151:24     A.    As a well cap -- not -- not
25   taking into account all the containment and
00152:01  the top kill, as just a capping method, I
02   believe it was.
03       Q.    Okay.  And then you write, are
04   you kidding?
05            What are you talking about
06   there?
07       A.    I think that was just, are you
08   kidding -- I mean, he's -- he's asking me if
```

```
09   the DD-II would be it for sure.  And I
10   replied, for sure.  Are you kidding?  Why
11   don't -- why didn't you understand that,
12   basically.
13        Q.    Okay.  And then you write, Andy
14   wants the Q-4000 for top kill, ENTERPRISE for
15   hoovering and DD-II for stack on stack or
16   capping stack on flexjoint, right?
17        A.    Correct.
18        Q.    Andy, is that Andy Inglis?
19        A.    Yes.
20        Q.    Okay.  So Andy Inglis was making
21   the decisions on which boats to use?
```

Page 152:23 to 153:06

```
00152:23        A.    I don't know that for a fact.
24        Q.    Well, he -- who told you that
25   that's what he wanted?
00153:01        A.    I don't recall.
02        Q.    Did Mr. Inglis tell you that?
03        A.    No.
04        Q.    So you don't recall where you
05   got the information on the boat lineup as
06   requested by Mr. Inglis?
```

Page 153:08 to 153:18

```
00153:08        A.    I mean, this probably came out
09   of one of the -- the joint meetings we had
10   with the different groups that were working
11   together and that's what was told to me,
12   we're going to use the Q4000 for top kill and
13   ENTERPRISE for collecting oil and then go to
14   the DD-II for the other capping options.
15        Q.    Was this the first you had
16   learned that the BOP-on-BOP option was going
17   to be shifted from the ENTERPRISE to the
18   DD-II?
```

Page 153:21 to 154:17

```
00153:21   It looks like on May 11th, I
22   requested from Transocean, Iain Sneddon, to
23   get the drawings.  So that would have been
24   around that time.
25        Q.    Okay.  What is hoovering?
00154:01        A.    Collecting oil.
02        Q.    Okay.
03        A.    This is basically the
04   top hat-type arrangement.  You create a -- a
05   lower hydrostatic pressure to allow the well
06   to start being sucked up the drill string
```

```
07  into the -- the ENTERPRISE production system.
08       Q.    Is there any reason why the
09  DD-II -- why did the ENTERPRISE have to
10  switch over to that rather than some other
11  boat?
12       A.    It was the only vessel that we
13  had that had the production process and
14  equipment on it --
15       Q.    Okay.
16       A.    -- separators, flares, storage
17  tanks, offloading station to a tanker.
```

Page 155:07 to 156:07

```
00155:07     Q.    Were you -- do you recall your
08  team being included in the discussion to
09  switch from the ENTERPRISE to the DD-II?
10       A.    No, I do not.
11       Q.    So you weren't asked whether or
12  not that's something that should be done?
13       A.    I don't recall.
14       Q.    You were just told, this is what
15  we're going to do?
16       A.    Yeah.  I don't recall being told
17  why we were doing it.
18       Q.    But if you look on your -- your
19  e-mail right before Mr. Fleece's --
20       A.    Okay.
21       Q.    -- on May 11th --
22       A.    Uh-huh.
23       Q.    -- you write, still waiting on
24  the boost line pressure.  I reviewed with
25  Andy Inglis yesterday, and they want to have
00156:01  this in the water next week.
02       A.    Okay.
03       Q.    Did I read that correct?
04       A.    Yes.
05       Q.    So the plan, as you understood
06  it, was to have the BOP on BOP in the water
07  at some point that following week --
```

Page 156:09 to 156:18

```
00156:09     Q.    -- correct?
10       A.    I'm not sure what waiting on --
11  I can't remember waiting on the boost line
12  pressure meant.
13       Q.    Okay.  But you wrote, they want
14  to have this in the water next week, right?
15       A.    Yes, I did.
16       Q.    So the plan, as you understood
17  it, was to try to use the BOP-on-BOP option
18  the following week, right?
```

Page 156:20 to 156:21

```
00156:20        A.      That's what this says.
     21        Q.      Why didn't that happen?
```

Page 156:23 to 157:01

```
00156:23        A.      Quite honestly, I wasn't
     24  involved in that -- that decision.
     25        Q.      Was -- was the BOP-on-BOP option
00157:01  ready to go that following week?
```

Page 157:03 to 158:04

```
00157:03        A.      The DD-II wasn't even finished
     04  with the well it was on, so I don't see how
     05  that would be feasible.
     06        Q.      Okay.  So it's your testimony
     07  that the following week, you did not have the
     08  BOP-on-BOP option ready; is that true?
     09        A.      That's correct.  Yeah, I mean,
     10  thinking back here, in the water next week,
     11  that was probably akin to as soon as
     12  possible.  I don't know.
     13        Q.      Look at tab 40 for me, if you
     14  don't mind, sir.
     15        A.      Uh-huh.
     16        Q.      This has been previously marked
     17  as exhibit 8542.
     18                You see that the first e-mail,
     19  which ends up being the last in time, but the
     20  first e-mail on the page is from Elaine
     21  Metcalf to you, right?
     22        A.      Uh-huh.
     23        Q.      And she's responding to an
     24  e-mail you sent to her on August 26, 2010,
     25  correct?
00158:01        A.      Correct.
     02        Q.      And the subject is, Jim Wellings
     03  way forward, correct?
     04        A.      Correct.
```

Page 158:19 to 159:05

```
00158:19        Q.      Did you move off of the response
     20  effort as soon as the well was capped?
     21        A.      No.  I went to work on the P&A
     22  team.
     23        Q.      What is the P&A team?
     24        A.      Or the -- yeah, the abandonment
     25  team, basically.  The -- they had a group
00159:01  working on the kill, the bullhead kill.  And
     02  then we were -- we started working on how we
```

```
     03  were going to reenter the well when it was
     04  killed and then clean it out and then
     05  ultimately plug and abandon the well.
```

Page 159:12 to 160:18

```
00159:12        Q.     You say, I was in charge of the
     13  team that built and installed the capping
     14  stack on the blowout.
     15        A.     Right.
     16        Q.     We were in a position early on
     17  to install a cap, and the decision was made
     18  to do the top kill first.  After the top kill
     19  failed, we where [sic] again going to install
     20  the cap.  Then the decision was made to use
     21  the top hat in containment.
     22               Did I read that correctly?
     23        A.     Yes.
     24        Q.     So according to your e-mail,
     25  prior to the top kill, BP was in a position
00160:01  to install a cap, correct?
     02        A.     That's what it says, but that's
     03  not correct.
     04        Q.     So were you not telling the
     05  truth in your e-mail?
     06        A.     That's not correct.  We weren't
     07  in a position to install it.
     08        Q.     So what did you mean when you
     09  said you were in a position to install the
     10  cap if you weren't in a position to install
     11  the cap?
     12        A.     I just miswrote the e-mail.
     13        Q.     What did you intend to say?
     14        A.     Probably said -- I probably
     15  meant to say we were in the process of -- in
     16  the process of getting ready to install the
     17  cap.
     18        Q.     The cap was built, was it not?
```

Page 160:20 to 160:24

```
00160:20        A.     I'm not sure which cap I'm even
     21  referring to.  This is -- this, at this date,
     22  would be the BOP on BOP, so, yeah.
     23        Q.     You were in a position to do
     24  that, true?
```

Page 161:01 to 161:04

```
00161:01        A.     We hadn't finished the work to
     02  install it.
     03        Q.     The maintenance had been done on
     04  the DD-II stack, right?
```

Page 161:06 to 161:13

```
00161:06        A.     It hadn't been pressure tested.
      07  Ultimately, there was another set of blind
      08  shear rams we put below it with a subsea vent
      09  choke.  That -- none of that was done.
      10        Q.     Okay.  So now you're -- you're
      11  in 2013.  Your memory's better than it was in
      12  August of 2010 as to what position you were
      13  in.
```

Page 161:16 to 161:24

```
00161:16        A.     No.  What I'm saying is I
      17  miswrote this e-mail.  That just going
      18  through this, we weren't in a position at
      19  that time --
      20        Q.     Okay.
      21        A.     -- to install it.
      22        Q.     Do you know why the decision was
      23  made to perform the top kill rather than do
      24  the BOP-on-BOP option?
```

Page 162:01 to 162:09

```
00162:01        A.     I wasn't involved in that
      02  decision.
      03        Q.     Was anybody from your team
      04  involved in that decision?
      05        A.     No.
      06        Q.     So your team was never consulted
      07  on your feelings on the potential success of
      08  the BOP on BOP and rather -- and whether that
      09  should be conducted prior to the top kill?
```

Page 162:11 to 162:14

```
00162:11        A.     That's correct.  We were never
      12  consulted.
      13        Q.     Do you know who made those
      14  decisions?
```

Page 162:16 to 162:16

```
00162:16        Q.     For BP?
```

Page 162:18 to 162:19

```
00162:18        A.     Somebody up high.  I don't know
      19  who.  I have no idea.
```

Page 162:23 to 163:05

```
00162:23        Q.      Were you involved in all -- at
      24  all with the top kill effort?
      25        A.      No, because those two projects
00163:01  were kind of running concurrently, trying to
      02  get up and running.  I don't recall getting
      03  involved other than the -- kind of the
      04  unified update meetings to go through where
      05  we are with each -- with each option.
```

Page 163:14 to 163:17

```
00163:14  When did the effort shift away
      15  from -- at least in your position, a focus on
      16  the capping stack rather than the BOP-on-BOP
      17  option?
```

Page 163:19 to 164:08

```
00163:19        A.      Okay.  So, yeah, the BOP -- that
      20  would have been when I came back -- let's
      21  see.  B -- BOP on BOP, when we switched over
      22  to containment?
      23        Q.      Uh-huh.
      24        A.      That was toward the end of May,
      25  I believe, or the end of May.  I went to work
00164:01  on the Q4000 project for ten days, getting
      02  that started up.  And then so early -- that'd
      03  probably be the 7th, 8th, 9th, 10th of June.
      04  I was instructed to go get the capping stack
      05  ready for deployment, installation.
      06        Q.      Okay.
      07        A.      First week of June, the best I
      08  remember.  10th of June, maybe.
```

Page 164:13 to 165:11

```
00164:13        Q.      Tab 67 in your notebook, we will
      14  mark this as exhibit 11230.
      15        (Exhibit Number 11230 marked.)
      16        Q.      You see that this is an e-mail
      17  from you to Charles Holt.
      18        A.      Right.
      19        Q.      And it's, Update on DD-II BOP on
      20  BOP and Capping Stack, correct?
      21        A.      Correct.
      22        Q.      All right.  So this is after the
      23  decision has been made to switch over to the
      24  DD-II?
      25        A.      Correct.
00165:01        Q.      And you write, capping stack at
      02  Cameron Berwick being built.  Should be ready
```

```
03  by Sunday.
04        A.      Correct.
05        Q.      And then you write, Enterprise
06  option BOP on BOP ready to go.
07        A.      Okay.
08        Q.      Did I read that correct?
09        A.      Yes.
10        Q.      That's consistent with your
11  e-mail in August, isn't it?
```

Page 165:13 to 165:16

```
00165:13        A.      It wasn't completed.
      14        Q.      You write in very clear English,
      15  Enterprise option BOP on BOP ready to go,
      16  don't you?
```

Page 165:18 to 166:19

```
00165:18        A.      It wasn't ready to install.
      19        Q.      You wrote it was -- what else --
      20  so ready to go does not mean ready to
      21  install?
      22        A.      No, it does not.
      23        Q.      What does ready to go mean?
      24        A.      There was -- that means the team
      25  is ready to go take it down to the third
00166:01  floor -- we were working up on the 11th
      02  floor -- and then interface with the -- the
      03  SIMOPS people downstairs, finalize the
      04  procedures that the -- the final approved
      05  procedure approved.
      06        Q.      Okay.
      07        A.      Get the final procedure
      08  approved.
      09        Q.      So --
      10        A.      And then also, we had to do some
      11  crew engagement, deploy people.  And at this
      12  point, we didn't have a subsea vent worked
      13  out for it or a -- or the blind shear rams.
      14  So --
      15        Q.      So, so far, we've looked at two
      16  e-mails written around the time of the event.
      17  Both say the option was ready to go.
      18              And it's your testimony today
      19  that those e-mails are both wrong, correct?
```

Page 166:21 to 168:23

```
00166:21        A.      On this e-mail here
      22  specifically, it was -- it was ready for us
      23  to go to take it down to the third floor and
      24  begin the process of -- of getting everything
```

```
        25  out, getting the people trained up,
00167:01  procedures finalized, and then it would be
        02  ready to install.
        03        Q.      Okay.  Then the next bullet
        04  point, you write, all the simulations,
        05  drill -- drill pipe evaluation, riser
        06  analysis, et cetera, done on the Enterprise
        07  have to be redone --
        08        A.      Correct.
        09        Q.      -- for the DD-II?
        10        A.      That's correct.
        11        Q.      Correct?
        12        A.      That's an additional work to be
        13  ready to install.
        14        Q.      Okay.  Now, the capping stack
        15  that was supposed to be ready by Sunday, was
        16  that the two-ram?  The three-ram?  Which was
        17  that?
        18        A.      That would have been the
        19  two-ram.
        20        Q.      Okay.  Why was there a switch
        21  from the two-ram to the three-ram capping
        22  stack?
        23        A.      That had to do with the -- the
        24  containment piece of the -- the capping
        25  stack.  It not only became a cap, but it also
00168:01  became a way to collect flow oil off the --
        02  the side outlets.
        03        Q.      What -- but --
        04        A.      So we had to put a third ram.
        05        Q.      Okay.  So you had to put a third
        06  ram to be able to flow oil out?
        07        A.      Well, the third ram was there in
        08  case we had to shut the well in.  We had
        09  valve -- issues with the valves flowing the
        10  oil out.
        11        Q.      Okay.
        12        A.      It was -- it was all in a
        13  response to the well integrity issues on
        14  the -- that we didn't know about, potential
        15  well integrity issues.
        16        Q.      So the two-ram did not have
        17  the -- did not have the ability to produce
        18  oil?
        19        A.      The two-ram didn't have a subsea
        20  choke.  It had outlets.  It wasn't -- I mean,
        21  that wasn't the design of the two-ram stack.
        22        Q.      Okay.  Did it have the ability
        23  to relieve pressure?
```

Page 168:25 to 170:12

```
00168:25        A.      Yeah.  Once you close those in,
00169:01  it -- it -- it can be risky opening them
        02  up -- opening up the rams under pressure.
```

```
03        Q.      But it could be done; is that
04  what you're saying?
05        A.      I'm not sure.  I'm not sure on
06  that one.  That'd have to be.
07        Q.      Well --
08        A.      I believe it was Hydril rams.
09  Some can.  Like the Cameron blind shear rams,
10  if you open up those under pressure, they --
11  you destroy the side pockets and they fall
12  apart.
13               I can't remember the -- the
14  Hydril ram was the same or not.
15        Q.      So you just don't remember as we
16  sit here today?
17        A.      Yeah.  The two-ram stack was
18  never -- I mean, that was never called to
19  duty, basically.
20        Q.      No, I understand.
21               But it's the first stack you
22  built, correct?
23        A.      Well, and it was actually -- the
24  two-ram stack became a three-ram stack.  We
25  just add another ram.
00170:01        Q.      And the -- the addition of the
02  third ram was something that was thought of
03  and devised during the response, correct?
04        A.      Well, it was the evolution of
05  the -- of just a cap versus a cap that can
06  also produce oil if we had to.  If the
07  pressure got up too high, you'd have to
08  relieve the pressure.
09        Q.      Okay.
10        A.      So that's all it was.  And it
11  was -- I don't recall that delaying
12  operations, per se.
```

Page 171:10 to 175:06

```
00171:10        Q.      All right.  Mr. Wellings, had --
11  did anybody ever approach you with the idea
12  of installing a capping stack prior to the
13  top kill?
14  MR. BENTSEN:  Objection, form.
15        A.      We were getting the capping
16  stack solution ready prior to the top kill.
17        Q.      You understand that one of the
18  issues being dealt with on the capping stack
19  was having sufficient back pressure to be
20  able to stop the flow of oil with mud --
21  bridging materials that were sent down the
22  well, correct?
23        MR. BENTSEN:  Objection, form.
24        A.      I'm not sure what you're
25  speaking to.
00172:01        Q.      What --
```

```
02       A.     Are you talking about the top
03  kill or the cap?
04       Q.     I'm talking about the top kill.
05              Are you aware of that issue?
06       A.     No.  Like I said, I didn't work
07  on that project.
08       Q.     I want to show you -- if you can
09  refer back -- we've already marked this one
10  into the record, but it's exhibit 10542 that
11  was in your book at tab 47.
12       A.     Okay.
13       Q.     And this is the e-mail between
14  Trent Fleece and Charles Holt.
15              Do you remember looking at this
16  earlier?
17       A.     Yes.
18       Q.     Dealing with the BOP on BOP on
19  May 8th.
20              And if you look down at the --
21  at the last paragraph, it says, can Neil or
22  someone model hydrate formation with the
23  higher temps?  If all the flow is coming out
24  of one spot, would think less probable to get
25  a hydrate as we stab the stack.  Can have
00173:01  methanol there for a contingency.  Once we
02  get stabbed, don't necessarily have to shut
03  in and risk the integrity.  Could move into a
04  top kill and pump down the choke kill while
05  closing the shear rams.  Top kill pressure
06  may work.
07              Did I read that correctly?
08       A.     Yes.
09       Q.     So Mr. Fleece is suggesting that
10  you could put the capping stack on prior to
11  the top kill and then perform the top kill
12  through the capping stack's choke and kill
13  lines, correct?
14       MR. BENTSEN:  Objection, form.
15       A.     That's what he seems to be
16  indicating here.
17       Q.     Was that a procedure your team
18  ever looked at?
19       A.     No.  That's something I don't
20  recall working on.
21       Q.     Okay.  Would that essentially be
22  what was done in the Macondo response where
23  you put a capping stack on and then you
24  bullheaded the well?
25       MR. BENTSEN:  Objection, form.
00174:01  A.     Yes, that would be bullheading
02  the well.
03       Q.     And that's what Fleece is
04  recommending --
05       A.     I said bullheading.
06       Q.     That's what Mr. Fleece was
```

```
07  recommending on May 8th, right?
08          A.     It appears to be that, yeah.
09          Q.     And that was the option that was
10  ultimately implemented, correct?
11          MR. BENTSEN:  Objection, form.
12          A.     With the capping stack, yeah.
13          Q.     Right.
14                 But the top kill was performed
15  without a capping stack being installed on
16  the Macondo well, correct?
17          A.     That's correct.
18          Q.     The plan -- and if you don't
19  know, you can say you don't know -- was
20  simply to inject mud at a -- hopefully, at a
21  high enough rate to overcome the flow and to,
22  for lack of a more technical way to say it,
23  V pack the oil so that you could -- you could
24  stop the flow, correct?
25          A.     Yes.
00175:01        Q.     And were you aware of the risks
02  of that plan?
03          A.     I'm sure there were risks
04  involved, but I wasn't -- like I said, I
05  wasn't working with that, so I -- on a
06  day-to-day basis.
```

Page 178:16 to 178:18

```
00178:16  way:  Turn in your notebook to tab 25.  I'm
17  going to hand you what's previously been
18  marked as exhibit 8537.
```

Page 179:01 to 180:01

```
00179:01        Q.     All right.  You see that this is
02  an e-mail from Ole Rygg to Kurt Mix?
03          A.     Yes.
04          Q.     Do you know those two gentlemen?
05          A.     I know Kurt Mix.
06          Q.     He worked -- he worked for BP,
07  correct?
08          A.     Yes.
09          Q.     And what Mr. Rygg writes to
10  Mr. Mix, he says, looks like with
11  15,000 barrels per day, you cannot kill it
12  with 50 barrels per minute.
13                 Did I read that correctly?
14          A.     Yes.
15          Q.     Now, sitting here today, did you
16  know that the approved procedures for the top
17  kill called for mud to be pumped at
18  50 barrels per minute?
19          A.     No, I do not.
20          Q.     Would you accept my
```

```
    21   representation on that, or do you want to see
    22   the document?  'Cause I can show it to you.
    23        A.    Okay.
    24        Q.    I'll show it to you.  It's
    25   tab 21 in your notebook.  It's been
00180:01   previously marked as exhibit 8538.
```

Page 181:10 to 182:05

```
00181:10        Q.    And according to Ole Rygg, if
    11   the well is flowing at more than
    12   15,000 barrels per day at 50 barrels per
    13   minute, you cannot kill the well.
    14        MR. BENTSEN:  Objection, form.
    15        Q.    Correct?
    16        MR. BENTSEN:  Same objection.
    17        A.    Well, that's what he says, but
    18   I'm not sure that he's referencing that to
    19   this procedure other than the 50 barrels a
    20   minute.  It looks like there's some other
    21   things that had to happen here.
    22        Q.    Okay.
    23        A.    I don't know if he's modeling
    24   this procedure, is what I'm trying to say.
    25        Q.    Okay.  So you just don't know
00182:01   anything about it?
    02        A.    Top kill, no.
    03        Q.    Okay.  As a result of the top
    04   kill, do you recall if whether or not the
    05   BOP-on-BOP procedure was taken off the table?
```

Page 182:07 to 182:18

```
00182:07        A.    It was still being worked as an
    08   option, but after the top kill, the decision
    09   was made to go to containment.
    10        Q.    And the decision was made to
    11   remove BOP on BOP, right?  You quit working
    12   it?
    13        A.    I think it was progressed at
    14   that point to where -- where it was ready to
    15   install, basically, by the end of May.
    16        Q.    By the end of May, the
    17   BOP-on-BOP procedure was done and ready to
    18   implement?
```

Page 182:20 to 183:04

```
00182:20        Q.    That's your testimony?
    21        A.    Yes.
    22        Q.    Okay.  Was it -- do you know if
    23   it was done and ready to implement prior to
    24   the top kill?
```

```
      25      A.      No.  As we discussed earlier, it
00183:01 wasn't ready to install prior to the top
      02 kill.
      03      Q.      So your memory is roughly five
      04 days later or so, it was ready to install?
```

Page 183:06 to 183:11

```
00183:06      A.      It was ready to install the end
      07 of May with the subsea choke and the
      08 additional blind shear ram.  And then I seem
      09 to recall there were some problems with the
      10 DD-II BOP stack getting a pressure test.
      11 They were having issue with that stack.
```

Page 183:15 to 184:10

```
00183:15 MR. BARR:  7.  07.  And this has been
      16 previously marked as exhibit 6198.
      17      Q.      You see that this is an e-mail
      18 from Trevor Hill sent to several different
      19 people on May 31, 2010, correct?
      20      A.      Correct.
      21      Q.      Is this a -- well, you know
      22 Mr. Hill, correct, Mr. Wellings?
      23      A.      I'm trying to remember him.
      24 Yeah.  I can see his face.  He was in flow
      25 assurance.
00184:01      Q.      Okay.  And he worked for BP,
      02 correct?
      03      A.      I believe so, yes.
      04      Q.      Okay.  Well, you can confirm
      05 that if you look at his e-mail?
      06      A.      E-mail, yeah.
      07      Q.      And he has attached a PowerPoint
      08 titled DEEPWATER HORIZON review, dated
      09 May 31, 2010, correct?
      10      A.      Okay.
```

Page 184:24 to 185:01

```
00184:24      Q.      And it's your testimony that the
      25 BOP on BOP was ready to go on May 30 -- by
00185:01 the end of May, right?
```

Page 185:03 to 185:16

```
00185:03      A.      I seem to remember there were
      04 issues with the DD-II, so until they sorted
      05 those out.
      06      Q.      I'm just trying to figure out
      07 what your testimony is.
      08      A.      Yeah.
```

```
09        Q.      I've got an e-mail from you in
10  August that said it was ready to go.
11        A.      Yep.
12        Q.      I've got your testimony from a
13  few minutes ago saying it was ready to go by
14  the end of May.  And then I asked you, so
15  roughly five days after the top kill, and now
16  you appear to be changing again.
```

## Page 185:18 to 185:21

```
00185:18        Q.      So I'm just trying to figure out
19  what your memory is.
20                When was the BOP on BOP ready to
21  go?
```

## Page 185:23 to 186:11

```
00185:23        A.      I honestly don't think that they
24  ever sorted out the issues with the DD-II BOP
25  stack.
00186:01        Q.      So now your testimony is --
02  'cause I asked you about removing the
03  BOP-on-BOP option, and your testimony was
04  that you believe the option was done, right?
05  You had done the workup?  That's what you
06  said, correct?
07        A.      Yeah.
08        Q.      So now is it your testimony that
09  as a result of the top kill, you stopped
10  working on the BOP on BOP and the procedure
11  was not finalized?
```

## Page 186:13 to 187:10

```
00186:13        A.      No, that's not what I said.
14  You're confusing the procedure and -- and the
15  readiness to install.  And what I was saying
16  is that the rig BOP was having issues, as I
17  remember it.
18        Q.      So BOP --
19        A.      Assuming we would have kept
20  going on and getting the DD-II BOP right and
21  pressure tested, then it would have been
22  ready to install.
23        Q.      Okay.
24        A.      Does that makes sense?
25        Q.      Yeah.
00187:01  As a result of the top kill, you
02  were told to quit working the BOP-on-BOP
03  option, correct?
04        MR. BENTSEN:  Objection, form.
05        A.      I was told to continue having
```

```
06   part of the team work on the capping stack,
07   and I was told to go work on the Q4000.  I
08   don't think I was specifically told not to
09   work on the -- on the BOP on BOP, but there
10   was no resources assigned to it, basically.
```

Page 187:14 to 187:15

```
00187:14        Q.     Do you recall what the reason
     15   given for the top kill failing was?
```

Page 187:17 to 188:25

```
00187:17        A.     No, I do not.
     18        Q.     Okay.  Look on page 6 of this
     19   PowerPoint.  It's the Bates number that ends
     20   with 280.
     21        A.     Yep.
     22        Q.     You see the slide rupture and
     23   burst disc?
     24        A.     Uh-huh.
     25        Q.     It said -- under inward rupture
00188:01   of collapsed disc, it lays out some figures,
     02   correct?
     03        A.     Yes.
     04        Q.     And then it offers a conclusion.
     05   An event-related rupture of a collapsed disc
     06   can be conjectured.
     07               Correct?
     08        A.     Yes, that's what it says.
     09        Q.     And then on the next page,
     10   there's conclusions and path forward.  And
     11   the third bullet point says, shutting the
     12   well in via BOP on BOP is no longer a viable
     13   option.  Need to maintain BOP pressure below
     14   4221 psi.
     15               Did I read that correctly?
     16        A.     Yes.
     17        Q.     Were you told this information?
     18        A.     No.  I've never seen this
     19   presentation.
     20        Q.     So nobody ever came to you, as
     21   the leader of the capping stack team -- or
     22   the capping team and said, look, because of
     23   the data we found out and the reason why we
     24   think the top kill failed, we can no longer
     25   shut the well in via BOP on BOP?
```

Page 189:02 to 189:07

```
00189:02        A.     I don't remember somebody
     03   specifically coming to me and -- and stating
     04   that.  I seem to remember that the reshuffle
```

```
    05  there was -- I went to the Q4000 was I was
    06  told in a planning meeting.  In a planning
    07  meeting.
```

Page 189:12 to 190:25

```
00189:12  (Exhibit Number 11231 marked.)
    13        Q.    You see that this an e-mail from
    14  David Clarkson?
    15        A.    Uh-huh.
    16        Q.    Do you know Mr. Clarkson?
    17        A.    Yes.
    18        Q.    Did he work on the capping
    19  effort?
    20        A.    No.  He was with -- he was
    21  Richard Lynch's deputy, doing the overall
    22  coordination and organization of all the
    23  different options.
    24        Q.    So he had like an oversight role
    25  over all of the response efforts?
00190:01        A.    Correct.
    02        Q.    Okay.  And he writes this e-mail
    03  on May 30th, correct?
    04        A.    Correct.
    05        Q.    And you're on this e-mail,
    06  right?
    07        A.    Yes, I am.
    08        Q.    Okay.  And what he writes is,
    09  please note that as we have made the decision
    10  not to go BOP on BOP, we will remove that
    11  from the next issue of the schedule.
    12              Did I read that correctly?
    13        A.    Yes.
    14        Q.    Does that refresh your memory of
    15  being told that you were no longer going to
    16  work the BOP-on-BOP option?
    17        A.    I guess -- I guess that does.
    18        Q.    Did anybody --
    19        A.    It was never told to me.  It was
    20  sent in an e-mail, I guess.
    21        Q.    Okay.
    22        A.    This is part of the planning
    23  meeting that I would have attended where I
    24  found that out.  Yeah.  And he thanked me for
    25  my support.
```

Page 191:03 to 193:14

```
00191:03  (Exhibit Number 11232 marked.)
    04        Q.    Is this an e-mail you wrote,
    05  sir?
    06        A.    Yes, it is.
    07        Q.    And this is an e-mail you wrote
    08  in your -- within your scope of
```

```
09  responsibilities?
10      A.    Yes.
11      Q.    Okay.  And you wrote on May 30th
12  of 2010 to a group of people.
13            Who are these people you've
14  written this to?
15      A.    Let's see.  Some of them were
16  working on the BOP-on-BOP option on my team.
17  Some of them were working on capping option,
18  capping stack option.  And some of them are
19  just being sent for general information.
20  Excuse me.
21      Q.    Did -- was this group primarily
22  your well capping team?
23      A.    Yes.
24      Q.    Okay.
25      A.    Well, that and the DD-II team.
00192:01    Q.    Okay.
02      A.    Excuse me.
03      Q.    And you say, subject line,
04  thanks for the good work, BOP on BOP and
05  capping stack team, right?
06      A.    Correct.
07      Q.    And you write, BP has decided to
08  go another route and will not be doing the
09  BOP on BOP for a while.  Eventually, I think
10  a BOP will have to be put on the HORIZON
11  lower BOP to clean out the well after kill
12  operations.  All the good work you guys did
13  will not go for naught.  I'm moving on to the
14  Q4000 team to set up for short-term flaring
15  operations, so we will be disbanding the
16  BOP-on-BOP team for now.
17            Did I read that correctly?
18      A.    Yes.
19      Q.    So you're no longer working the
20  BOP option -- BOP-on-BOP option and you have
21  disbanded the team, correct?
22      A.    Apparently, yes.
23      Q.    Well, that's what you wrote,
24  right?
25      A.    Uh-huh.
00193:01    Q.    Who told you to disband the
02  team?
03      A.    I don't recall.  It probably
04  would have been Dave Clarkson or Richard
05  Lynch.
06      Q.    Do you agree now that you were
07  instructed to move on from the BOP-on-BOP
08  option, to no longer work it?
09      A.    I believe I said it was worked
10  to fruition, if you will.  And they didn't
11  really see anything else left to do.  It was
12  there ready to go on another rig, if
13  available.  There wasn't any more work to be
```

```
      14   done.


Page 193:17 to 195:01

00193:17  (Exhibit Number 11233 marked.)
      18         Q.     And you see that this an e-mail
      19  from you to John Schwebel?
      20         A.     Schwebel, yep.
      21         Q.     And this is an e-mail you wrote?
      22         A.     Correct.
      23         Q.     On May 30th of 2010, right?
      24         A.     Yes.
      25         Q.     Within the scope of your
00194:01  responsibilities, correct?
      02         A.     Yes.
      03         Q.     And you wrote, the plan is
      04  long-term containment and burning oil gas
      05  with a test spread on the Q4000 and the
      06  ENTERPRISE flowing oil gas to her system via
      07  a top hat.  When the FPSO tanker is ready, I
      08  guess it will take over from the Q4000.
      09         A.     Uh-huh.
      10         Q.     No plans to put a BOP on BOP or
      11  capping stack.  I have the three-ram stack
      12  ready if you need it.
      13                Right?
      14         A.     Right.
      15         Q.     So of May 30th, you've told
      16  Mr. Schwebel you have the three-ram stack
      17  ready, right?
      18         A.     Stack was -- was -- I'm trying
      19  to remember.  I'm not sure that the -- the
      20  control system was finished being installed
      21  and the -- whether it was actually SIT
      22  tested.  But he was working on the solution
      23  to install a cap to the top of the flexjoint.
      24         Q.     So have we found another
      25  instance that you wrote ready and didn't mean
00195:01  ready?


Page 195:03 to 195:08

00195:03         A.     It doesn't state ready and
      04  install.  It says ready and we were finished
      05  working it.
      06         Q.     Okay.  Did you add any of those
      07  caveats when you said it was ready?
      08         A.     No.


Page 195:11 to 195:17

00195:11  (Exhibit Number 11234 marked.)
      12         Q.     And you see that this is another
```

```
        13  e-mail from you, sir?
        14      A.    Uh-huh.
        15      Q.    And it's dated June 9th, 2010,
        16  correct?
        17      A.    Yes.
```

Page 196:11 to 197:03

```
00196:11      Q.    Okay.  And you title this
        12  capping stack reunion, right?
        13      A.    I did.
        14      Q.    Okay.  And you say, BP would
        15  like to finalize the capping stack on
        16  flexjoint and capping stack on HORIZON BOP
        17  after removing LMRP to have these options
        18  ready to go.  Please attend the one- to
        19  two-hour meeting to review the following,
        20  correct?
        21      A.    Correct.
        22      Q.    So within nine days, your team
        23  was -- some sort of a capping team was put
        24  back together?
        25      A.    Right.
00197:01      Q.    And so you left the containment
        02  options and went back to the capping option?
        03      A.    Correct.
```

Page 197:13 to 198:05

```
00197:13      Q.    If you go back to exhibit 11232,
        14  which was tab 91 in your book --
        15      A.    Uh-huh.  Continue working it.
        16      Q.    -- you see that you have asked
        17  Dave Cameron, Rob Turlak, and Charles
        18  Curtis --
        19      A.    Yes.
        20      Q.    -- that BP would like the option
        21  of a three-ram capping stack, and you've
        22  asked them to keep working on that, correct?
        23      A.    Correct.
        24      Q.    Are any of those gentlemen with
        25  BP?
00198:01      A.    No.
        02      Q.    So you've asked people outside
        03  of BP to keep working on this three-ram
        04  stack, BP is going to focus on something
        05  else, right?
```

Page 198:07 to 199:10

```
00198:07      A.    They were working on the
        08  original capping and containment team -- or
        09  capping team -- excuse me --  my team.
```

```
    10       Q.      Okay.
    11       A.      Yeah.
    12       Q.      But you've taken some of the
    13  resources away from them, true?
    14       MR. BENTSEN:  Objection, form.
    15       A.      Well, what was left to do on
    16  that was the -- finalize the SIT testing and
    17  the patrol system and do all the pressure
    18  testing on it.  So that was something they
    19  were doing, anyway.  BP wasn't doing that.
    20  That was actually done in the Berwick
    21  facility, the Cameron Berwick facility in
    22  Louisiana.
    23       Q.      Okay.  Once you moved back to
    24  the capping team on June 9th, did you
    25  continue with that team through the
00199:01  installation of the capping stack in July?
    02       A.      Yes.
    03       Q.      Were there other efforts you
    04  were working during that time, or were you
    05  focused on the capping stack from June 9th to
    06  July 15th?
    07       A.      As I recall, that was my focus.
    08       Q.      Okay.  Were you surprised when
    09  the decision was made to remove the
    10  BOP-on-BOP project?
```

Page 199:12 to 199:19

```
00199:12       A.      I think at the time, I -- no one
    13  understood the wellbore integrity issues.  I
    14  think one of the e-mails we reviewed earlier
    15  said I think it will eventually be -- have to
    16  be done.
    17       Q.      But that was after the well
    18  kill, is what it said, right?
    19       A.      Right.
```

Page 199:23 to 200:01

```
00199:23       Q.      Well, I showed you a PowerPoint
    24  where the -- the reason given for the failure
    25  of the top kill was ruptured burst disc.
00200:01              Do you remember that?
```

Page 200:03 to 200:09

```
00200:03       A.      I remember that, but I don't
    04  remember how they arrived at that conclusion.
    05       Q.      Well, that was -- given that
    06  that was the reason given that the -- that
    07  effort failed, that was clearly a risk of
    08  that effort, correct?
```

```
      09        A.      Correct.
```

Page 200:11 to 200:12

```
00200:11        Q.      True?
      12        A.      True.
```

Page 200:14 to 200:17

```
00200:14        Q.      Yet that was a risk BP was
      15  willing to undertake, and it was not willing
      16  to undertake the risk of the BOP on BOP,
      17  true?
```

Page 200:19 to 200:22

```
00200:19        A.      Yeah, that's true.
      20        Q.      The primary difference between
      21  those two procedures is that one didn't
      22  require the removal of the LMRP, true?
```

Page 200:24 to 201:09

```
00200:24        A.      To me, the -- if they're saying
      25  that they went through all the numbers after
00201:01  the top kill and convinced themselves that
      02  the rupture disc burst, then putting a cap on
      03  it and shutting it in without any other kind
      04  of contingency would -- wouldn't be the next
      05  step -- logical step to go.
      06        Q.      But you had built that
      07  contingency in.
      08                You could relieve the pressure,
      09  correct?
```

Page 201:11 to 201:11

```
00201:11        A.      Yeah.  It was being built, yeah.
```

Page 201:25 to 202:10

```
00201:25        Q.      Would you agree with -- BP
00202:01  undertook the junk shot, right?
      02        A.      Correct.
      03        Q.      Have you ever done a junk shot
      04  before?
      05        A.      No.
      06        Q.      And you understand that the
      07  theory behind that is to inject a bunch of
      08  bridging material into the BOP to try and
      09  plug it up, essentially, right?
      10        A.      Uh-huh.
```

Page 202:12 to 202:15

00202:12          Q.     If that had been successful, how
      13    would BP -- if you can think of any way how
      14    BP could relieve the pressure from a
      15    plugged-up BOP?

Page 202:17 to 202:22

00202:17          A.     Yeah, I don't know.
      18          Q.     Don't you think it would be more
      19    feasible to relieve pressure from a BOP on
      20    top of that BOP than it would be trying to
      21    figure out how to relieve pressure from a
      22    plugged-up BOP?

Page 202:24 to 203:04

00202:24          A.     Well, here again, I wasn't
      25    involved in all the -- the decision-making,
00203:01    so --
      02          Q.     Did you ever express any concern
      03    to anyone about the decision to move away
      04    from the BOP-on-BOP project?

Page 203:06 to 203:08

00203:06          A.     I don't recall.
      07          Q.     This was a project you thought
      08    would work, correct?

Page 203:10 to 203:18

00203:10          A.     I think I previously stated
      11    that, yeah.
      12          Q.     You wanted to do it, didn't you?
      13          A.     I wanted to do it, yeah.
      14          Q.     Did you tell anybody you wanted
      15    to do it?
      16          A.     Through recommendations, yeah.
      17          Q.     You think it should have been
      18    done, as you sit here today, don't you?

Page 203:20 to 204:11

00203:20          A.     I don't know all the other
      21    extenuating circumstances that went into the
      22    other methodologies that were tried, so I
      23    don't know that I'm qualified to make that
      24    decision.
      25          Q.     Let me ask that just

```
00204:01  differently.
      02              You think it would have worked
      03  if it would have been done?
      04      A.     Assuming the -- the -- we didn't
      05  encounter any of the issues with removal of
      06  the LMRP and reestablishment, it would have
      07  worked, provided the -- the burst discs
      08  weren't ruptured.
      09      Q.     Right.
      10              In which BP convinced itself
      11  that the burst discs were ruptured --
```

Page 204:13 to 204:16

```
00204:13      Q.     -- as a result of the --
      14      A.     I did not know that at the time.
      15      Q.     But you've learned that now,
      16  right?
```

Page 204:18 to 204:24

```
00204:18      A.     I've learned that through one
      19  presentation.  I don't know any of the facts
      20  behind that or if it's even true, to be quite
      21  honest with you.
      22      Q.     You understand that we know
      23  today, the burst discs did not rupture,
      24  correct?
```

Page 205:01 to 205:19

```
00205:01      A.     Yes.
      02      Q.     Let me show you tab 100, which
      03  has previously been marked as exhibit 86 --
      04  8652.
      05              Do you see that this is a -- a
      06  document from Marcia McNutt?  Do you see
      07  that?
      08      A.     Yes.
      09      Q.     You know who Ms. McNutt is,
      10  don't you?
      11      A.     No.
      12      Q.     You were not involved with
      13  Ms. McNutt?
      14      A.     No.
      15      Q.     She works for the Department of
      16  Interior.
      17  You're not familiar with her at
      18  all?
      19      A.     Not at all.
```

Page 205:24 to 205:25

```
00205:24  You see on the second page, it
      25  says, top kill postmortem?
```

Page 206:06 to 206:17

```
00206:06       A.    Oh, I'm sorry.  I was looking at
      07  the text.  Top kill postmortem.  Okay.
      08       Q.    And it says, the big question
      09  following the top kill was where the mud had
      10  gone.  I think it went out the riser.  It
      11  couldn't go down because it couldn't overcome
      12  the velocity of the flow.
      13            So she hypothesizes very early
      14  on in this statement that the reason the top
      15  kill failed was because of the flow, right?
      16       A.    I don't know what she means by
      17  that.
```

Page 207:12 to 207:19

```
00207:12       Q.    Okay.  She offers a reason of
      13  the failure of flow, right?
      14       A.    Yeah.
      15       Q.    She doesn't say at what rate.
      16       A.    Right.
      17       Q.    But she says that's where --
      18  that's what she think happened --
      19       A.    Right.
```

Page 208:05 to 208:07

```
00208:05       Q.    She goes on to say in the last
      06  sentence of the paragraph, the discs could
      07  not be a major source of it, right?
```

Page 208:09 to 208:17

```
00208:09       A.    That's what she says, yes.
      10       Q.    She said, what this did was, BP,
      11  by concocting this story, started us all
      12  questioning the integrity of the well.
      13            Did I read that correctly?
      14       A.    You did.
      15       Q.    So according to these meeting
      16  minutes, she believes BP concocted the
      17  ruptured disc story, right?
```

Page 208:19 to 208:23

```
00208:19       A.    Can you say that again?  I was
      20  reading it.
      21       Q.    She believes BP concocted the
```

```
     22  ruptured disc story, correct?
     23       A.    That's what she says.
```

Page 208:25 to 209:02

```
00208:25      Q.     And because of that story, the
00209:01  decision was made to remove the BOP-on-BOP
     02  option, correct?
```

Page 209:04 to 209:06

```
00209:04      A.     That's what she says.
     05       Q.     An option that you believe would
     06  have worked, right?
```

Page 209:08 to 209:17

```
00209:08      A.     Provided that the ruptured discs
     09  hadn't failed and the -- we didn't have any
     10  issues with the -- removing the LMRP and --
     11       Q.     But you know the ruptured discs
     12  didn't fail.  We know that today.
     13       A.     Yeah.
     14       Q.     So sitting here today --
     15       A.     Hindsight.
     16       Q.     -- you fully 100 percent believe
     17  that the BOP on BOP would have worked?
```

Page 209:19 to 209:19

```
00209:19      Q.     True?
```

Page 209:21 to 210:08

```
00209:21      A.     Well, there's still the -- the
     22  issues around removing the LMRP, installing
     23  another BOP, assuming all the modeling we
     24  did.  I mean, there's still variables there
     25  that were never tested.  We never did it.
00210:01      Q.     Assuming you could get the BOP
     02  on and attach it, you believe it would have
     03  worked, right?
     04       A.     It would have closed in the
     05  well, yes.
     06       Q.     Okay.  And you believe that if
     07  pressure had built up to too high a level,
     08  you could relieve that pressure, correct?
```

Page 210:10 to 210:10

```
00210:10      A.     Yes.
```

Page 212:15 to 213:19

```
00212:15        Q.     I want to show you -- well, I
      16 want to show you what I'm marking as --
      17 previously marked exhibit 10514, which is in
      18 tab 5, volume 1 of your notebook.
      19            And you see that this is an
      20 e-mail from -- from Don King to Stuart
      21 Nelson, dated May 30th of 2010, correct?
      22        A.     Yes.
      23        Q.     And the subject line of this is
      24 BP HORIZON BOP pressure relief manifold,
      25 correct?
00213:01        A.     Correct.
      02        Q.     Now, were Mr. King or Mr. Nelson
      03 a part of your team working capping
      04 solutions?
      05        A.     Mr. King was kind of the overall
      06 representative of Cameron working -- he gave
      07 us advice periodically, but he was working on
      08 various other projects that Cameron had going
      09 on, like the relief manifold.
      10        Q.     Was he giving you advice on how
      11 the HORIZON BOP was designed and how it
      12 worked?
      13        A.     I don't specifically recall
      14 discussing the HORIZON BOP.  We, of course,
      15 discussed other Cameron BOPs we were looking
      16 at installing on top of the HORIZON BOP.
      17        Q.     Were you looking to him for
      18 expertise in how to conduct a BOP-on-BOP-type
      19 operation?
```

Page 213:21 to 215:01

```
00213:21        A.     We -- yeah, we were mainly
      22 working with Charles -- what's his name? --
      23 Curtis.
      24        Q.     Curtis?
      25        A.     And Charles reported to Don
00214:01 King.  And so any additional information that
      02 Charles couldn't provide, he used Don as a
      03 sounding board, if you will.
      04        Q.     Okay.  And I guess I'm just
      05 trying to find out from your perspective as
      06 the capping team leader what type of
      07 information you -- you were trying to get
      08 from Cameron.
      09        A.     Okay.  We needed the weight of
      10 the HORIZON LMRP to be able to understand
      11 the -- what type of sling that we would need
      12 to attach to it to pull it, if you will.
      13            We needed information on
      14 releasing the LMRP and how that operation is
```

```
15  done with an ROV.
16              And I'm trying to think of the
17  other things.
18              We were using them to help find
19  equipment, like collar connectors and HC
20  connectors, to -- to build the capping stack
21  and the BOP-on-BOP solution.
22              That is specifically just
23  operating procedures for their equipment.
24       Q.    Okay.
25       A.    Design limitations for their
00215:01  equipment and stuff like that.
```

Page 215:07 to 217:02

```
00215:07     Q.    Let me ask that a little better.
08              Were you asking their opinions
09  based on -- on the potential success of a
10  BOP-on-BOP operation with equipment that
11  Cameron manufactured?
12       A.    I mean, the equipment we were
13  using -- I don't specifically remember asking
14  them for that advice.  The equipment we were
15  using, for instance, for the -- for the cap,
16  that was actually Hydril equipment.
17              For Cameron, I mean, we looked
18  at feasibilities of stack angle and the
19  HC connector being able to connect to the
20  rising BOP and just general overall
21  feasibility, but I don't recall asking their
22  opinion whether it would -- would work,
23  per se.
24       Q.    And it was your determination
25  that -- your team's determination that it was
00216:01  feasible to attach a BOP, even given the
02  stack angle that it -- it could be done,
03  correct?
04       A.    Yes.  Yes.
05       Q.    And so looking at this e-mail --
06  and I'm specifically referencing the e-mail
07  from Stuart Nelson to Don King, which is in
08  the middle, on May 30th on 2010.
09              It starts, Don, I can't wait to
10  talk to you about this after it is over.
11              Do you see that?
12       A.    Yep.
13       Q.    And he says, I would have
14  thought they would have needed that
15  BOP-on-BOP solution more than ever now.  If
16  it was up to me, I would have done that in
17  the very beginning.  Everything they've done
18  so far is an experiment.  Releasing the LMRP,
19  cutting the drill pipe and installing a new
20  BOP is the way it was designed to work in the
21  first place.
```

```
     22              Did I read that correctly?
     23      A.      Yes, you did.
     24      Q.      So according to Mr. Nelson, this
     25 whole system was designed to remove the LMRP
00217:01 and place a -- a different operating BOP on
     02 top of that equipment, correct?
```

Page 217:04 to 217:20

```
00217:04      A.      I can't speak to the original
     05 design.  The LMRP is designed to release from
     06 the BOP for emergency disconnect.  So it's
     07 designed to reestablish back onto the BOP
     08 with the LMRP.
     09 I do not know that Cameron has
     10 ever looked at a BOP on BOP as to whether
     11 it's designed to do that or not.
     12      Q.      Okay.  But according to this
     13 e-mail from Mr. Nelson at Cameron, that is
     14 what this system was designed to do, correct?
     15      A.      I have not seen that design.
     16      Q.      Okay.  That's not my question.
     17 I'm not asking if you've seen it.
     18              I'm asking, based on the text of
     19 this e-mail, that's what Mr. Nelson is
     20 saying, correct?
```

Page 217:22 to 217:23

```
00217:22      A.      Yeah, I think you'd have to ask
     23 him.
```

Page 218:06 to 218:18

```
00218:06      Q.      Okay.  He -- he says this is the
     07 way the system was designed to work, right?
     08      A.      That's what he says.
     09      Q.      And he says, this -- if it was
     10 up to me, this is what I would have done in
     11 the very beginning, correct?
     12      A.      He said that, right.
     13      Q.      And you know, as we sit here
     14 today, it was never done, correct?
     15      A.      Correct.
     16      Q.      Did -- did BP think they had a
     17 better understanding of how BOPs work than
     18 Cameron does?
```

Page 218:20 to 218:23

```
00218:20      A.      This -- I mean, this statement
     21 doesn't address any of the risks involved.
     22      Q.      But can --
```

```
    23         A.      They're the manufacturer.
```

Page 219:04 to 219:06

```
00219:04  So my question was, is -- did BP
      05  think they had a better understanding of how
      06  BOPs worked than Cameron does?
```

Page 219:08 to 220:18

```
00219:08         A.      I do not have a better
      09  understanding.  I can't speak for BP.
      10         Q.      Okay.  And you were the lead of
      11  that team, right?
      12         A.      Right.
      13         Q.      Did -- did people from Cameron
      14  tell you, as the team leader, that it was
      15  their recommendation that the BOP on BOP was
      16  something BP should implement very early in
      17  the process?
      18         A.      No, they did not.
      19         Q.      But it certainly was something
      20  BP was looking at doing, correct?
      21         A.      Correct.
      22         Q.      Okay.  Turn in your notebook to
      23  tab 86.
      24  MR. BARR:  And I apologize.  I know
      25  this has been previously marked, but I don't
00220:01  have that reference.  So we will mark this as
      02  the next exhibit, which is 11235.
      03         (Exhibit Number 11235 marked.)
      04         Q.      And you see that this is the
      05  MC252 top preventer peer assist conducted on
      06  May 13th, 2010 --
      07         A.      Uh-huh.
      08         Q.      -- at BP in Houston, correct?
      09         A.      Correct.
      10         Q.      And we earlier -- I believe we
      11  saw a PowerPoint related to this peer assist.
      12         Do -- do you recall that?
      13         A.      Yes, uh-huh.
      14         Q.      And the purpose of this peer
      15  assist was to review the BOP-on-BOP procedure
      16  as well as, I believe, the double ram on
      17  flexjoint procedure, correct?
      18         A.      Correct.
```

Page 221:04 to 221:18

```
00221:04         Q.      So was this your complete
      05  capping team?
      06         A.      Michael Vandenbossche was the --
      07  he was not on my team, but he was
```

```
08   responsible.  His team was responsible for
09   cutting the riser and removing it, getting it
10   out of the way.
11        Q.     Okay.
12        A.     We had another lifting expert on
13   the capping team who was -- I'm trying to
14   remember his name.  That was another -- yeah.
15   He was in Louisiana doing some sling
16   construction, I think, for the removal of the
17   LMRP.
18        Q.     Okay.  What --
```

Page 222:05 to 223:20

```
00222:05  Was -- it's true that nobody
06   from the federal government was on the
07   capping team, correct?
08        A.     That's correct.
09        Q.     And then you had the peer assist
10   team, correct?  That's listed on the next
11   page.  It lists 16 people?
12        A.     Correct.
13        Q.     Correct?
14               And these were the people that
15   you were making your presentation to,
16   correct?
17        A.     Correct.
18        Q.     And these were the people that
19   would be attempting to identify hazards,
20   correct?
21        A.     Well, that, and they'd be
22   looking at the hazard mitigation --
23        Q.     I was going to ask you that
24   next.
25        A.     Oh, I'm sorry.
00223:01       Q.     So -- so these are the people
02   that identified and helped --
03        A.     Right.
04        Q.     -- to make sure there weren't
05   hazards you missed, right?
06        A.     Correct.
07        Q.     And then for hazards that were
08   identified, would help develop contingencies
09   or to make sure the contingencies that were
10   developed by the team were appropriate,
11   correct?
12        A.     Correct.
13        Q.     And so you have an agenda where
14   you go through the BOP on BOP and the
15   double-ram capping stack, correct?
16        A.     Correct.
17        Q.     This document on the third page
18   lists high level risks for the BOP on BOP and
19   the double ram on flexjoint, correct?
20        A.     Correct.
```

Page 223:24 to 224:12

```
00223:24        Q.     Is it true that these were the
       25  risks that were identified by your capping
00224:01  team?
       02        A.     Yes.
       03        Q.     Okay.  And so you're presenting
       04  these risks to the peer assist team, and then
       05  you're going to try and find out if they've
       06  come with up any others, right?
       07        A.     Yes.
       08        Q.     Do you recall any other risks
       09  being identified other than the risks that
       10  are identified in this agenda?
       11        A.     I don't recall, but I'm sure
       12  there's a summary of the findings.
```

Page 224:16 to 224:24

```
00224:16        Q.     You don't recall --
       17        A.     No.
       18        Q.     -- specifically any other risks
       19  being identified?
       20        A.     No.
       21        Q.     Certainly, nobody on the peer
       22  assist team thought the work y'all did was
       23  substandard and that y'all missed something
       24  major, right?
```

Page 225:01 to 227:11

```
00225:01        A.     I don't recall that -- that that
       02  was ever stated that we did that.
       03        Q.     Okay.
       04        A.     And so, yeah.
       05        Q.     And so on the BOP on BOP, the
       06  first risk is, potential to increase flow
       07  rates, right?
       08        A.     Correct.
       09        Q.     And the -- would the potential
       10  for that risk be primarily driven around the
       11  removal of the LMRP?
       12        A.     And the riser.
       13        Q.     And the riser.
       14        A.     Yeah.
       15        Q.     You could potentially remove the
       16  choke, which could cause additional flow,
       17  right?
       18        A.     Right.
       19        Q.     But you would agree with me that
       20  that additional flow would not be a risk of
       21  the entire response effort?  It wouldn't --
```

```
    22    it wouldn't, as I described earlier, be fatal
    23    to the response effort, correct?
    24          A.    I don't think we ever looked at
    25    it in terms of the other response efforts in
00226:01    terms of the risk of increased flow.
    02          Q.    Okay.
    03          A.    The -- yeah.
    04          Q.    And the increased flow risk
    05    was -- was -- I'm not trying to trivialize
    06    it, but was -- the primary goal of not -- of
    07    making sure we don't release more oil into
    08    the environment than we already are, right?
    09          A.    Correct.
    10          Q.    The second high level risk was
    11    hydrate management, correct?
    12          A.    Correct.
    13          Q.    Now, that was just -- would it
    14    be more accurate to describe that as a risk
    15    of the operation failing than some sort of
    16    risk of preventing other response efforts?
    17          A.    Yes.
    18          Q.    Could the same -- the same would
    19    be true of the unable to latch -- unlatch
    20    LMRP, right?
    21          A.    Well, that would have been -- go
    22    to another methodology.
    23          Q.    Right.
    24                If you can't unlatch it, you
    25    can't --
00227:01          A.    You can't do the operation,
    02    obviously.
    03          Q.    Right.
    04                So it's a -- it's a risk of this
    05    operation failing?
    06          A.    Correct.
    07          Q.    Not -- it's not talking about
    08    other operations?
    09          A.    Correct.
    10          Q.    The casing integrity issue dealt
    11    with all operations, right?
```

Page 227:13 to 232:11

```
00227:13          A.    We were not -- we were asked to
    14    install the cap, whether BOP on BOP or a cap.
    15    I mean, we weren't looking at casing
    16    integrity issues.
    17          Q.    So when y'all were devising the
    18    cap, you weren't thinking about the potential
    19    for casing integrity -- or a casing integrity
    20    issue?
    21          A.    Eventually, it came to that; but
    22    initially, no, we were not.
    23          Q.    Okay.  Then you've got, unable
    24    to latch BOP through flow string.
```

```
        25                And simply, that's a risk of
00228:01  this procedure failing again, right?
        02        A.      Correct.
        03        Q.      And then you've got, pressure
        04  shock load on well and equipment, correct?
        05        A.      Correct.
        06        Q.      What -- can you give us some
        07  more detail on what that means?
        08        A.      That's when you -- you close in
        09  on the -- the blind shear rams, and it's kind
        10  of like a water hammer effect.  You get --
        11  you're shutting off the flow and the pressure
        12  at the same time, and it kind of
        13  reverberates, echos up and down -- the
        14  pressure would echo and spike up and down the
        15  wellbore.
        16        Q.      Okay.  Then you go to the
        17  double-ram flexjoint, right?
        18        A.      Uh-huh.
        19        Q.      And you've got the same risks
        20  for potential for increased flow rates,
        21  right?
        22        A.      Correct.
        23        Q.      What would be the potential for
        24  increased flow rates on the double ram on
        25  flexjoint?  Would it be the -- well, I'll let
00229:01  you describe it.
        02        A.      That would be just removing the
        03  bent-over riser.  That could increase your
        04  flow rate.
        05        Q.      Okay.  Then you got the same
        06  hydrate management, correct?
        07        A.      Correct.
        08        Q.      Then you've got seal failure,
        09  correct?
        10        A.      Correct.
        11        Q.      And then you've got the same
        12  pressure shock load, correct?
        13        A.      Right.
        14        Q.      And those are all of the high
        15  level risks that were identified for these
        16  two procedures, correct?
        17        A.      As I recall, yes, unless there
        18  were some added as a result of the peer
        19  assist.
        20        Q.      Okay.  Turn in your notebook, if
        21  you would, to tab 41.  And this has been
        22  previously marked as exhibit 10505.
        23        A.      Okay.
        24        Q.      You see that this an e-mail from
        25  Paul Tooms to Harry Thierens, correct?
00230:01        A.      Correct.
        02        Q.      And he's forwarding an e-mail
        03  from John Turnbull to yourself and others,
        04  right?
```

```
05        A.      Correct.
06        Q.      And the e-mail from Mr. Turnbull
07 is dated May 15th, 2010, correct?
08        A.      Correct.
09        Q.      And it attaches top preventer
10 peer assist recommendations, true?
11        A.      Correct.
12        Q.      So these are the recommendations
13 that came back from the peer assist group,
14 correct?
15        A.      Yes, uh-huh.
16        Q.      Now, was this presented to you
17 in a presentation, or were you just given a
18 PowerPoint to look at?
19        A.      I believe it was a presentation.
20        Q.      Okay.  Do you know who gave
21 that --
22        A.      A discussion.
23        Q.      -- presentation?
24        A.      It would have been John
25 Turnbull.
00231:01   Q.      Okay.  And what was
02 Mr. Turnbull's role in this process?
03        A.      He was integrity assurance.  I'm
04 not sure when he actually came into the
05 response effort, but he's our engineering
06 technical authority worldwide.  So his role
07 was to ensure that we'd gone through the
08 correct processes to identify risk and that
09 we've -- we've gone through the risk
10 mitigation.  And then he's also there to
11 assure that we closed out the risks, or the
12 risk action, if you will, to ensure integrity
13 of the whole system and the operation.
14        Q.      Okay.  And what he writes to
15 you and others --
16        A.      Excuse me.
17        Q.      -- is, attached is the final
18 feedback from the peer assist on top
19 preventer.  This covers both the BOP on BOP
20 and the ram valve on flexjoint?
21        A.      Uh-huh.
22        Q.      Since the review was completed,
23 the stack-on-stack option has been accepted
24 as the preferred option with the ram on
25 flexjoint as a contingency option in the
00232:01 event the LMRP cannot be recovered in the
02 event it is the choke point in the well.  The
03 ball valve alternative should not be
04 progressed further.
05              Did I read that correctly?
06        A.      Yes.
07        Q.      So around mid-May, we've removed
08 the ball valve alternative.
09              We're not going to work on that
```

```
     10  anymore, correct?
     11        A.      Yes, according to this.
```

## Page 232:25 to 235:10

```
00232:25       Q.      According to Mr. Turnbull, the
00233:01  priority is going to be put on the
     02  stack-on-stack option, correct?
     03        A.      That's what this says, yeah.
     04        Q.      Do you recall who made that
     05  decision?
     06        A.      That would have been made by the
     07  peer assist team and -- and probably Harry
     08  Thierens, who is now my new boss.
     09        Q.      So they listened to what you had
     10  to present?
     11        A.      Correct.
     12        Q.      Did you recommend when you were
     13  making your presentation that the
     14  stack-on-stack option would be preferred?
     15        A.      I don't recall making a
     16  recommendation.  The point of the peer review
     17  is just to, this is what we've got, this is
     18  what we've done, this is what we've looked
     19  at, what are we missing.  It wasn't for us to
     20  recommend one or the other.
     21        Q.      Well, thinking back --
     22        A.      Excuse me.
     23        Q.      -- did you have a viewpoint back
     24  then on whether or not you believed the
     25  stack-on-stack option would be preferred or
00234:01  the ram valve on flexjoint would be
     02  preferred?
     03        A.      The capping stack on the
     04  flexjoint -- back then, I still didn't
     05  understand how we would remove the bolts,
     06  'cause that hadn't been done before.  I knew
     07  they were developing an underwater wrench
     08  that an ROV could deploy.  But, to me, back
     09  then, that wouldn't have been -- it wasn't
     10  doable.  Or they had to come up with a
     11  solution yet to do it, so --
     12        Q.      Okay.  So in your view, the
     13  stack on stack, for that reason alone --
     14        A.      Correct.
     15        Q.      -- would be the preferred
     16  option?
     17        A.      Yes.
     18        Q.      Okay.  Okay.  If you go to -- if
     19  you look at the Bates number 909 of -- let's
     20  identify what this is first.
     21               You see that attached to this
     22  e-mail is a PowerPoint slide, correct?
     23        A.      Correct.
     24        Q.      And it's titled MC252 top
```

```
        25   preventer peer assist recommendations, dated
00235:01   May 13-14, 2010, correct?
        02        A.    Correct.
        03        Q.    Did you have a role in the
        04   creation of this PowerPoint?
        05        A.    This was the summary findings of
        06   the peer assist team so insomuch as they may
        07   have some overview stuff in here that
        08   wouldn't have been done, I would have had a
        09   role in that.  But this was strictly their --
        10   their finding --
```

Page 235:12 to 243:02

```
00235:12        A.    -- typically.  I'd have to go
        13   through and read through it all to see what
        14   they took away.  But, typically, that's the
        15   way it works, you do the peer assist, peer
        16   assist team goes away, and they come back
        17   and -- and formulate their recommendations
        18   and present them to you.
        19        Q.    Okay.
        20        A.    And then you move forward from
        21   there.
        22        Q.    Does this appear to be the
        23   presentation that was given to you from -- by
        24   the peer assist team?
        25        A.    This does appear to be that,
00236:01   yes.
        02        Q.    Okay.  The slide I want to focus
        03   on is the one on the page that starts 9 --
        04   that's on 909.
        05        A.    Okay.
        06        Q.    And it's titled overall
        07   feedback.
        08        A.    Okay.
        09        Q.    BOP on BOP and ram valve on
        10   flexjoint, do you see that?
        11        A.    Correct.
        12        Q.    And what's written here is,
        13   amazing amount of work been done, great job
        14   in short time.  Key risks had all been
        15   identified.  No significant additional risks
        16   identified by review team.
        17              Correct?
        18        A.    Correct.
        19        Q.    So they didn't identify any
        20   other significant risks other than the risks
        21   we talked about that were in the agenda for
        22   the top preventer meeting, correct?
        23        A.    That is correct.
        24        Q.    And it says, review team
        25   believes that the BOP on BOP has a great
00237:01   probability of successful installation than
        02   the ram valve on flexjoint.  I believe that's
```

```
03   a poorly-worded sentence and it should say
04   has a greater probability.
05              True?
06        A.   Correct.
07        Q.   It says, review team believes
08   that the BOP-on-BOP operation is feasible and
09   can be managed safely.
10              Correct?
11        A.   Correct.
12        Q.   And it says, the ram is the
13   recommended option over the -- over the ball
14   valve for the ram valve on flexjoint, case of
15   being unable to remove the LMRP for
16   BOP-on-BOP option, right?
17        A.   Correct.
18        Q.   Key operational risks, removal
19   of LMRP, correct?
20        A.   Correct.
21        Q.   And that's described as low
22   probability, high consequence, right?
23        A.   Right.
24        Q.   And the high consequence is
25   increased flow, right?
00238:01        A.   Correct.
02        Q.   And it says dynamics, BOP
03   placement, weather, timing, et cetera, right?
04        A.   Correct.
05        Q.   So that's just, are we going to
06   have a -- a window to do this in the weather,
07   and can we actually put this thing over a
08   flowing well, right?
09        A.   Correct.
10        Q.   Subsea visibility in close
11   control, hydrate management, and inhibition,
12   true?
13        A.   Right.
14        Q.   And you thought those were all
15   manageable risks, right?
16        A.   Yes.
17        Q.   Turn to tab 87 in your notebook.
18   And we will mark this 11236.
19        (Exhibit Number 11236 marked.)
20        Q.   You see that this an e-mail from
21   you forwarding an e-mail from Chris Roberts
22   on May 20th, correct?
23        A.   Correct.
24        Q.   Now, who is Mr. Roberts?
25        A.   He was the one putting the --
00239:01   one of the gentlemen putting together the
02   overall project plan that had all the
03   different options we were working.  So he was
04   just a scheduler, basically.
05        Q.   I was going to say, a scribe?
06        A.   Scheduler.
07        Q.   Okay.
```

```
08        A.      He took notes at a lot of our
09  meetings.
10        Q.      So he didn't have any particular
11  expertise on how to do this?
12        A.      No.
13        Q.      He was just sitting in the room
14  taking notes and creating schedules?
15        A.      Correct.
16        Q.      Okay.  And so he created a
17  schedule that he sent to Harry Thierens and
18  yourself on May 19th, correct?
19        A.      This schedule was actually owned
20  by Richard Lynch and Dave Clarkson, and it
21  was an integration schedule in terms of -- it
22  was to be put into the integration with all
23  the different projects.
24        Q.      But this schedule, it would have
25  been based upon information your team
00240:01  provided --
02        A.      Right.
03        Q.      -- correct?
04        A.      Uh-huh.
05        Q.      And so what he has here, he has
06  the DD-II BOP on HORIZON BOP on, if you look
07  at Bates number that ends in 164.
08        A.      Yep.
09        Q.      Correct?
10        A.      Uh-huh.
11        Q.      And you have BOP on BOP -- and
12  this is dated May 19, 2010, correct?
13        A.      Uh-huh.
14        Q.      And you have BOP on BOP under
15  construction, Harry Thierens, right?
16        A.      Uh-huh.
17        Q.      And that just means
18  Mr. Thierens -- does that mean he's in charge
19  of this whole process?
20        A.      He is as of this day or a little
21  earlier.
22        Q.      Okay.  So then you go to
23  BOP-on-BOP installation.
24                Do you see that?
25        A.      Uh-huh.
00241:01        Q.      And it has, run BOP to depth,
02  May 28th, right?
03        A.      It does, yes.
04        Q.      So that was the schedule that
05  was in place as of May 19th, that you would
06  be able to run the BOP to depth --
07        A.      Right.
08        Q.      -- by May 28th?
09        A.      Well, finish on May 30th.
10        Q.      Okay.  But started?
11        A.      Correct.
12        Q.      You have to start it at some
```

```
13   point, and you would be starting it on
14   May 28th, correct?
15        A.    Correct.
16        Q.    That's two days after the top
17   kill started, right?
18        A.    Two days what?
19        Q.    After the top kill started?  You
20   remember that started on May 26th?
21        A.    I don't recall that.
22        Q.    You don't --
23        A.    I thought it was before that,
24   but --
25        Q.    Would you accept my
00242:01   representation that that was the date, or do
02   we want to --
03        A.    Yeah.
04        Q.    -- pull that PowerPoint back up
05   that I showed you earlier?
06        A.    That's fine.  You say it started
07   on the 26th.  Okay.
08        Q.    Okay.  And under this schedule,
09   you would land the BOP stack by June 2nd.
10   Well, and finish -- start it on the 2nd and
11   finish it on the 3rd, right?
12        A.    There seems to be a conflict
13   here.  If you look at -- okay.  No.  That's
14   correct.  Yep.  Simultaneous removing of the
15   LMRP while we were running the BOP to depth.
16        Q.    Right.
17   'Cause if you went with the --
18   if you went with the capping stack option,
19   you can do it a little quicker 'cause you
20   don't have to remove the LMRP, right?
21        A.    Well, you've got to undo the
22   bolts and put the transition spool on, so --
23        Q.    Did you have a transition spool
24   by June 1?
25        A.    I honestly can't recall.  I'm
00243:01   sure there's -- it's in one of these
02   timelines.
```

## Page 243:07 to 245:10

```
00243:07   The point, you were removing --
08   the BOP-on-BOP option was removed.
09              Were you on schedule to hit
10   these dates on this calendar?
11        A.    Well, like I said earlier, I
12   seem to remember there was an issue with the
13   DD-II BOP stack being able to pressure test.
14   So if this was the 19th, I had to look ahead
15   to -- this is 11 days.  I'm not sure where we
16   were at with the -- the finalizing the
17   testing of the --
18        Q.    But you know in -- you know in
```

```
19   any event, once we get to BOP-on-BOP
20   installation, none of those events happened,
21   right?
22        A.     Correct.  Well, yeah, we never
23   demobilized the Q4000, that's correct.
24        Q.     Looking at this calendar, can
25   you point out for the record where the
00244:01   progress stopped?
02        MR. BENTSEN:  Objection, form.
03        A.     Okay.  So the Q4000 was never
04   demobilized.  We installed the LMRP slings.
05   The riser was cut.  The riser cut was
06   complete.  And that's where it stopped.
07        Q.     Okay.  I'm focusing more on the
08   procedure development and approvals.
09        A.     Oh, up top?
10        Q.     Yes, sir.
11        A.     The upper section.  Okay.
12   Sorry.  I didn't listen.
13        Q.     That's okay.  And my question
14   wasn't clear.
15        A.     So we had the HAZID.  Update
16   procedures and submit for final approval, we
17   had done that.
18        Q.     You had?
19        A.     We had just received approval
20   from Unified Command to remove the LMRP.  I
21   never saw the final approval for installing
22   the BOP on BOP.
23        Q.     Okay.
24        A.     Never saw that procedure
25   approved.
00245:01        Q.     And where's that in this
02   calendar?
03        A.     That's line 3 down, update
04   procedures and submit for final review well
05   capping procedure.
06        Q.     Okay.
07        A.     ROV team review well capping
08   procedure, that was never done 'cause we
09   never integrated down into the hive on the
10   third floor.
```

Page 245:12 to 246:13

```
00245:12        A.     We got update to signature page
13   and submit well capping procedure.  Unified
14   Command review and accept, I mentioned that
15   already.  I got ahead of myself.  They
16   accepted the LMRP removal, but the -- like I
17   said, I never saw the -- the signed version
18   of the BOP-on-BOP procedure.
19        Q.     Okay.  So you think that's where
20   you left off, getting the -- the signed final
21   procedure back from Unified Command at the
```

```
22   point that the BOP on BOP was taken off the
23   table?
24        A.     That would be somewhere around
25   in there, yeah.  That'd be the time I
00246:01   transitioned over to the Q4000 team.
02        Q.     Okay.  Did you know that BP had
03   no plan in place for a response like the
04   Macondo response if the BOP failed?
05        MR. BENTSEN:  Objection.
06        Q.     Other than a relief well?
07        MR. BENTSEN:  Objection, form.
08        A.     I was not aware of any plan BP
09   had to handle that --
10        Q.     Okay.
11        A.     -- type of --
12        Q.     So you personally --
13        A.     -- emergency.
```

## Page 247:01 to 247:06

```
00247:01        Q.     You personally knew that in a
02   deepwater environment, if BP was facing a
03   situation of a failed BOP, that it had no
04   pre-built equipment or pre-approved plans
05   other than the drilling of a relief well,
06   correct?
```

## Page 247:08 to 247:10

```
00247:08        A.     That's correct.
09        Q.     You also knew that an event like
10   the Macondo event was foreseeable, right?
```

## Page 247:12 to 248:08

```
00247:12        A.     I can honestly say in my
13   33 years of experience, I cannot foresee that
14   happening.
15        Q.     So you don't believe it could be
16   foreseen that a BOP could fail; is that what
17   you're saying?
18        A.     With those kind of consequences.
19        Q.     Let me show you what I'm going
20   to mark as tab -- well, it's been previously
21   marked as exhibit 7353.  It's tab 17 in your
22   notebook.
23             You see that this a document
24   that we got from BP?
25        A.     Uh-huh.
00248:01        Q.     Titled IADC deepwater well
02   control guidelines.
03             Do you see that?
04        A.     Yes.
```

```
05        Q.     Have you seen this before?  And
06  if you don't recognize it, you can just say,
07  I don't recognize it.
08        A.     I don't recognize it.
```

## Page 248:11 to 248:15

```
00248:11  You can see that this is
12  dated -- it has -- it's a third printing of
13  2002.
14              Do you see that?
15        A.     Yes.
```

## Page 249:06 to 250:20

```
00249:06        Q.     I want to look at chapter 4,
07  emergency response, which starts on -- the
08  Bates number at the bottom is 946.  It's a
09  good ways in.
10        A.     Okay.  Emergency response.
11        Q.     You would agree with me that the
12  Macondo response was an emergency response,
13  right?
14        A.     Yes.
15        Q.     Do you know who the IADC is?
16        A.     Yes.
17        Q.     It's the International
18  Association of Drilling Contractors, right?
19        A.     Correct.
20        Q.     Is that a respected
21  organization?
22        A.     Yes.
23        Q.     Okay.  Let's -- let's start on
24  page 4-1, which is 952 on the Bates page.
25              It says, in this section we
00250:01  propose to give the reader background
02  information necessary to generate an
03  emergency response plan for deepwater
04  drilling, understand the success factors for
05  emergency response and well planning and
06  relief well drilling, understand the success
07  factors in a dynamic well kill operation,
08  understanding the requirements and techniques
09  of spill control, evaluate speculative ideas
10  on vertical intervention for well control.
11              Do you see that?
12        A.     Yes.
13        Q.     So one of the things that the --
14  at least the objective of this document is to
15  describe the success factors in a dynamic
16  well kill operation, correct?
17        A.     Yes.
18        Q.     And the top kill would be a
19  dynamic well kill operation, correct?
```

```
    20      A.      Correct.
```

Page 251:03 to 251:25

```
00251:03      Q.      So let's look at page 4-9, which
    04  is 960.
    05      A.      Okay.
    06      Q.      It says, well control events
    07  associated with deepwater drilling,
    08  production and workover activities present
    09  unique technical and logical challenges to
    10  the operator and service company personnel.
    11              Did I read that correctly?
    12      A.      Yes.
    13      Q.      You agree with that, don't you?
    14      A.      Yes.
    15      Q.      And out by the side, it says,
    16  consequences of sustained blowout in
    17  deepwater, correct?
    18      A.      Correct.
    19      Q.      You would agree with me that the
    20  Macondo was a sustained well out in
    21  deepwater, true?
    22      A.      I do.
    23      Q.      So at least in 2002, the IADC is
    24  talking about an event like the Macondo,
    25  true?
```

Page 252:02 to 252:08

```
00252:02      A.      True.
    03      Q.      That was something that you said
    04  you couldn't foresee, right?
    05      A.      Correct.
    06      Q.      So the IADC certainly foresee --
    07  foresaw it, didn't it?
    08      A.      Obviously.
```

Page 252:12 to 253:11

```
00252:12      Q.      Okay.  Go to page 4-13, please,
    13  which is Bates number 964.
    14      A.      964.  Okay.
    15      Q.      And there's a -- there's a
    16  heading off to the left side, direct
    17  intervention.
    18              Do you see that?
    19      A.      Uh-huh.
    20      Q.      And it says, the organization
    21  structure of the BTF for a major deepwater
    22  blowout should provide for the management of
    23  direct intervention activities and
    24  simultaneous relief well operations.
```

```
         25              Did I read that correctly?
00253:01      A.     Yes.
         02      Q.     And the BTF, if you look at the
         03 top, is the blowout task force.
         04              Do you see that?
         05      A.     Uh-huh.
         06      Q.     And so this paragraph is
         07 suggesting that we should be looking at
         08 direct intervention and relief wells, right?
         09      A.     Yes.
         10      Q.     And the only plan BP had in
         11 place was a relief well, right?
```

Page 253:13 to 254:09

```
00253:13      A.     Prior to the incident, yes.
         14      Q.     Okay.  Let's go to 4-19, which
         15 is Bates page 970.
         16              I'm looking at the top of the
         17 page.  It says, sources of flow and source
         18 control.
         19              Do you see that?
         20      A.     Uh-huh.
         21      Q.     And it says, flow from -- flow
         22 from a production wellhead or a BOP, true?
         23      A.     Yes.
         24      Q.     It says, it is highly probable
         25 that any subsea blowout will be flowing from
00254:01 either a production wellhead or a BOP.  It is
         02 difficult to imagine that a riser system will
         03 remain intact or that a drilling rig
         04 associated with a riser system could remain
         05 on location in the event of a major flow.
         06              Did I read that correctly?
         07      A.     Yes.
         08      Q.     That's the Macondo event, is it
         09 not?
```

Page 254:11 to 255:02

```
00254:11      A.     That describes it, yep.
         12      Q.     Okay.  And Macondo event, we
         13 certainly had flow from the BOP, right?
         14      A.     Correct.
         15      Q.     We -- the riser system did not
         16 remain intact, right?
         17      A.     True.
         18      Q.     And the drilling rig did not
         19 remain on location?
         20      A.     Correct.
         21      Q.     Correct?
         22      A.     Uh-huh.
         23      Q.     So that was certainly foreseen,
         24 true?
```

```
      25       A.     By the IADC.
00255:01        Q.     Yes, which is, you know, BP had
      02 this document.  You're aware of that, true?
```

Page 255:04 to 255:04

```
00255:04        A.     No, I'm not.
```

Page 255:12 to 256:08

```
00255:12        Q.     Let's go to 4-28, which is Bates
      13 page 979.
      14       A.     Yep.
      15       Q.     And this section is equipment
      16 availability and equipment compatibility.
      17              Do you see that?
      18       A.     Yes.
      19       Q.     And off to the side, it says,
      20 extended delivery schedules affect deepwater
      21 equipment availability?
      22       A.     Uh-huh.
      23       Q.     Due to the high activity level,
      24 industry has extended delivery schedules that
      25 make auxiliary equipment such as ram
00256:01 preventers and subsurface equipment a scarce
      02 commodity.  Most currently available rental
      03 equipment may not be suitable for a deepwater
      04 event.
      05              Did I read that correctly?
      06       A.     Yes.
      07       Q.     You found that to be true in the
      08 Macondo response, correct?
```

Page 256:10 to 258:05

```
00256:10        A.     Well, we found several rigs with
      11 existing BOPs in short order.  The -- I mean,
      12 we were basically -- Transocean had the --
      13 the majority of the equipment and Cameron
      14 did, as well.  So I think this speaks to more
      15 to having to go out and build a brand-new BOP
      16 versus doing what we did.
      17       Q.     Well, you had to build a capping
      18 stack, correct?
      19       A.     Yeah, but the pieces were
      20 already there and available, so --
      21       Q.     Okay.  They'd just never been
      22 put together before, right?
      23       A.     Correct.
      24       Q.     Then I want you to look at
      25 page 4-37, which is Bates page 988.
00257:01        A.     Okay.
      02       Q.     Okay.  There's a drawing on this
```

```
03  page, correct?
04       A.    Correct.
05       Q.    And the page is titled subsea
06  equipment, correct?
07       A.    Correct.
08       Q.    And this is 2002, right?
09       A.    Correct.
10       Q.    For an event you said was not
11  foreseeable, right?
12       MR. BENTSEN:  Objection, form.
13       A.    Based on my experience.
14       Q.    Okay.  What's drawn here is a
15  BOP on the -- on the surface of the ocean
16  floor, right?
17       A.    Right.
18       Q.    With a riser kink bent out of
19  the top of the BOP, right, with a listing,
20  BOP, right?
21       A.    Uh-huh.
22       Q.    With a -- with a riser that has
23  not remained intact, right?
24       A.    Correct.
25       Q.    With a leak coming from the
00258:01  riser, the BOP and the end of the riser pipe,
02  correct?
03       A.    Correct.
04       Q.    Shockingly similar to the
05  Macondo incident, correct?
```

Page 258:07 to 258:08

```
00258:07       A.    Similar.
08       Q.    Very similar, correct?
```

Page 258:10 to 258:20

```
00258:10       A.    It's similar, yeah.
11       Q.    So certainly an event like this?
12       A.    The BOP wasn't leaning near to
13  that degree.  This looks like a drive-off
14  scenario where the rig --
15       Q.    So this is even worse than the
16  Macondo incident?
17       A.    Yes.
18       Q.    So we've foreseen an event that
19  is even worse that the Macondo incident,
20  right?
```

Page 258:22 to 259:09

```
00258:22       A.    Well, it just depends on what
23  the flow rate was, I guess.
24       Q.    If this well was flowing at the
```

```
      25  rate of the Macondo incident in this drawing,
00259:01  this is a worse situation to be dealing with
      02  than the Macondo incident, correct?
      03       A.     Yes.
      04       Q.     And nothing was done between
      05  2002 when this document was put out and 2010
      06  when the Macondo incident happened to address
      07  this situation other than saying, we'll drill
      08  a relief well that takes, in this case,
      09  150 days, right?
```

Page 259:11 to 259:13

```
00259:11       A.     Yeah, I personally did not know
      12  of this document, so I wouldn't have done
      13  anything about it.
```

Page 261:10 to 262:17

```
00261:10  I'm going to show you a document
      11  that we have marked as exhibit -- it's tab 46
      12  on my CD.  We've marked it as exhibit 11237.
      13       (Exhibit Number 11237 marked.)
      14       Q.     I'd like you to look at that and
      15  tell me if you recognize it.
      16       A.     It's -- this is a -- what is
      17  this?  Okay.  This is a responder log.  Yep,
      18  I recognize this.
      19       Q.     Okay.  Now, as I understand it,
      20  you and the rest of your team members were
      21  required to maintain personal logs during the
      22  response?
      23       A.     Yes.
      24       Q.     Okay.  I'm going to show you a
      25  couple of more of these.  Tab 47 I've marked
00262:01  as 11238.
      02       (Exhibit Number 11238 marked.)
      03       Q.     Is that one of your logs, as
      04  well?
      05       A.     Yeah, that's my handwriting.
      06       Q.     All right.  And the next is
      07  tab 48, and that's been marked as 11239.
      08       (Exhibit Number 11239 marked.)
      09       Q.     Do you recognize that as one of
      10  your logs?
      11       A.     Yes, sir.
      12       Q.     All right.  And the last one is
      13  tab 49, and I've marked that as 11240.
      14       (Exhibit Number 11240 marked.)
      15       Q.     Do you recognize that as one of
      16  your handwritten logs?
      17       A.     Yes.
```

Page 265:17 to 267:09

```
00265:17        Q.      All right.  Look at the -- the
      18  first packet, which is 11237.
      19        A.      Uh-huh.
      20        Q.      And go to the Bates page ending
      21  in 1510.  I'm referring to the top set of
      22  Bates numbers.
      23        A.      Uh-huh, 1510.
      24        Q.      Yeah.  And there's a handwritten
      25  entry, the last set of writings by you.  It
00266:01  says, WH Press - 7786-7057 psi.
      02        A.      Right.
      03        Q.      What does that mean?
      04        A.      That's the wellhead pressure --
      05        Q.      Okay.
      06        A.      -- on Macondo, on the BOP stack.
      07        Q.      All right.  The next line says,
      08  worst case flow, 70,000 BPD.
      09                That's 70,000 barrels per day?
      10        A.      Yeah.  That was not the worst
      11  case -- that was not the flow coming out of
      12  the well.  That was a number that we used to
      13  run sensitivity analyses when we were doing
      14  plume modeling and also when we were doing
      15  the BOP blastoff calculations, blast-force
      16  calculations.
      17        Q.      Where did you get that number of
      18  70,000 barrels per day?
      19        A.      That came from our reservoir
      20  engineering group, and that was a calculated
      21  number.  They calculate absolute and flow
      22  potential if the well was totally unabated to
      23  flow up through the casing with -- depending
      24  on the reservoir conditions, assumed
      25  reservoir conditions.  It's a calculated
00267:01  number.
      02        Q.      Okay.
      03        A.      We -- we needed to have worst
      04  case so when we went to look at installing
      05  the cap on cap or the BOP on BOP or the
      06  capping stack, we could model those forces.
      07        Q.      Was that important to your
      08  calculations?
      09        A.      Yes, it was.
```

Page 269:09 to 269:13

```
00269:09        Q.      Okay.  Did you -- you had no
      10  involvement in the top kill?
      11        A.      No.
      12        Q.      What relationship did the top
      13  kill have to your capping stack operation?
```

Page 269:15 to 270:17

```
00269:15        A.      We didn't identify any risks in
      16  our operation in terms of the success or the
      17  failure of the top kill.  I mean -- I mean,
      18  I -- I don't recall any relationship.
      19        Q.      Okay.  Look at the -- the next
      20  handwritten packet of exhibits.  It's 11238.
      21        A.      Okay.
      22        Q.      And if you go to the Bates page
      23  ending in 1520 --
      24        A.      Okay.
      25        Q.      -- there's a date at the top,
00270:01  5-21-10, meeting with -- what is that,
      02  options leads?
      03        A.      Yeah.
      04        Q.      And the first bullet under that
      05  says, plan for top kill failure case.
      06        A.      Right.
      07        Q.      What does that mean?
      08        A.      That means we would be looking
      09  at -- if the top kill was not successful, we
      10  would be looking at a BOP-on-BOP option or a
      11  capping-stack option.
      12        Q.      Well, what were you planning in
      13  the event that top kill did fail?
      14        A.      Well, we had the containment
      15  plans, and we also had the BOP and the -- BOP
      16  on BOP and the capping stack.  Those were the
      17  plans.
```

Page 274:19 to 276:16

```
00274:19        Q.      All right.  I'm going to show
      20  you another exhibit.  It's been previously
      21  marked 10527.  It's tab 31.  It's a chart.
      22  It's called Well Capping Team, and there's a
      23  chart below it.
      24              It shows Charlie Holt as the
      25  head of the well capping team.
00275:01  Is that correct?
      02        A.      I'm not sure which date this was
      03  drafted.  He had other responsibilities.  He
      04  was involved in the -- in the top kill, as
      05  well.
      06        Q.      Okay.
      07        A.      So I reported in through him.  I
      08  think this was originally, and the reporting
      09  requirements kind of changed as we're going
      10  through the -- the months.
      11        Q.      Okay.  And the -- the two people
      12  below Charlie are yourself and Dan Stoltz?
      13        A.      Right.
      14        Q.      And below you are a number of
      15  people?
```

```
16      A.      Right.
17      Q.      Including BP personnel.
18              TOI, that's Transocean?
19      A.      Right.
20      Q.      Cameron?
21      A.      Right.
22      Q.      Wild Well Control; is that
23 right?
24      A.      Yes, uh-huh.
25      Q.      Det Norske Veritas, DNV?
00276:01      A.      Right.
02      Q.      And Frontline Group?
03      A.      Correct.
04      Q.      And Oceaneering?
05      A.      Correct.
06      Q.      Did all -- all of those people,
07 or all of those entities listed in this
08 chart, were on your team?
09      A.      Several weren't on there full
10 time.  They weren't there day-to-day, but,
11 yeah, the majority of them there were
12 day-to-day, helping out, going through the
13 processes and the procedures and the
14 equipment.
15      Q.      Okay.  What part did Transocean
16 play in your capping stack team?
```

Page 276:18 to 277:15

```
00276:18      A.      They mainly helped us acquire
19 the equipment for the -- for the cap.  They
20 also provided the subsea expertise.  Rob
21 Turlak is their subsea manager, so any kind
22 of questions concerning equipment or control
23 systems and the like, he -- he participated,
24 along with John Mackay and Iain Sneddon.
25      Q.      All right.  And Paul King?
00277:01      A.      And Paul King.  He was -- I
02 don't think that's right.  I don't remember
03 Paul King.  That should be Don King.  I think
04 he should under Cameron.  I don't recall.
05              Oh, no.  Paul King.  Yeah,
06 that's right.  Okay.  Yeah.
07      Q.      So there was --
08      A.      Yeah, he was just early -- early
09 on.  I don't -- he wasn't there very much --
10      Q.      All right.
11      A.      -- Paul wasn't.
12      Q.      All right.  Below TOI is
13 Cameron.
14              What part did Cameron play in
15 your capping stack team?
```

Page 277:17 to 278:06

```
00277:17        A.      They, again, helped procure
      18  equipment, or find equipment, to build the
      19  capping stack.  They advised us on control
      20  system and BOP systems.  And they also
      21  oversaw at their Berwick facility the
      22  construction of the capping stack.  And they
      23  were also there to -- any kind of
      24  modifications we made to a -- to a BOP, they
      25  were there to -- as manufacturers
00278:01  representative to witness that, so --
      02        Q.      Were either Cameron or
      03  Transocean involved in the design of the
      04  capping stack?
      05        A.      Yes.
      06        Q.      And to what extent?
```

Page 278:09 to 278:21

```
00278:09        A.      This is for the capping stack.
      10  The -- they supplied the -- Cameron and --
      11  and Transocean supplied the equipment.  And
      12  then they worked with Oceaneering to provide
      13  the control systems, the ROV control systems.
      14  And TOI, in conjunction with, I believe it
      15  was Oceaneering, actually built the emergency
      16  disconnect system for the capping stack.
      17        Q.      Okay.  And Oceaneering ran the
      18  ROVs, as well?
      19        A.      Correct.  They also do ROV
      20  intervention panels, which you have to put on
      21  the cap to operate the rams.
```

Page 279:12 to 281:17

```
00279:12        Q.      Well, I'm sorry, leading up to
      13  the BOP-on-BOP option that you were working
      14  on, and apparently, or obviously, the
      15  DEEPWATER HORIZON BOP had some kind of
      16  connector on the top of it --
      17        A.      Right.
      18        Q.      -- that connected the LMRP to
      19  the BOP --
      20        A.      Correct.
      21        Q.      -- correct?
      22        A.      That was a Cameron HC connector.
      23        Q.      All right.
      24        A.      When you remove the LMRP, you
      25  would have a male HC connector, Cameron HC
00280:01  connector, sticking up to put the BOP back
      02  on.  We -- we originally -- I believe the
      03  ENTERPRISE had a -- I can't remember if the
      04  ENTERPRISE had an HC connector on the bottom
      05  of the stack already, if we had to change
```

```
06  that out.  But we managed to find several of
07  them in short order --
08          Q.      You --
09          A.      -- or Transocean did.  Excuse
10  me.
11          Q.      The plan shifted from using the
12  ENTERPRISE BOP --
13          A.      Uh-huh.
14          Q.      -- to the Q4000 BOP?
15          A.      No, to the DD-II.
16          Q.      DD-II BOP?
17          A.      Uh-huh.
18          Q.      Any other BOPs being considered?
19          A.      The cap was actually
20  installed -- as installed by the DISCOVERER
21  SPIRIT, another Transocean rig.
22          Q.      Was it the DISCOVERER SPIRIT's
23  BOP that was used, or is this --
24          A.      No, no.  This was just for the
25  capping stack.
00281:01        Q.      Capping stack?
02          A.      Right.  Sorry.  I misunderstood
03  that.  No.  It was just those two rigs.
04          Q.      Did the ENTERPRISE BOP and the
05  DD-II BOP have the same connectors that would
06  have enabled them to be placed on top of the
07  HORIZON BOP without modification?
08          A.      I don't believe they did.  We --
09  I remember the DD-II, we were -- we had -- we
10  had replaced that.  And then for the
11  ENTERPRISE, we had issues with -- with one of
12  them leaking, I believe.  We talked about
13  that earlier.  So they would have -- yeah.
14  They -- we would have had to replace the
15  existing connector with a connector that
16  would -- made up with the HORIZON BOP, if you
17  will.
```

Page 281:25 to 283:14

```
00281:25        Q.      And did the experience with the
00282:01  cofferdam attempt have anything to do with
02  your work on hydrates?
03          A.      Yes.
04          Q.      Yes?
05          A.      Uh-huh.
06          Q.      And you personally were charged
07  with the job of obtaining the lessons learned
08  from the cofferdam; is that right?
09          A.      The -- I don't recall seeing the
10  detail list of lessons learned.  The only
11  lessons learned that I recall we used is that
12  you don't lower cold steel over a plume.  You
13  bring it in from the side.
14          Q.      Okay.
```

```
15        A.      So that was the plan with our --
16  with our cap.  Either the BOP on BOP or the
17  capping stack, we would bring it in just
18  above the plume, where the plume's coming out
19  of the wellhead, and that's where the hot oil
20  is.  And so it wouldn't -- it would -- very
21  unlikely to cause problems with hydrates when
22  you're stall -- installing the cap,
23  basically.
24        Q.      When you say just above, how far
25  above?
00283:01        A.      I think it was -- ended up being
02  like -- looking at it on a ROV camera, it was
03  something like that.
04        Q.      Like a foot?
05        A.      Very close, yes.
06        Q.      Okay.  Okay.
07        A.      And we actually stabbed it.
08        Q.      Okay.  I'm going to show you
09  tab 64.  It's exhibit 11241.
10        (Exhibit Number 11241 marked.)
11        Q.      And if you look at the -- after
12  the first page, it says, Document Produced
13  Natively.
14        A.      Okay.
```

Page 284:11 to 285:02

```
00284:11        Q.      And as of May 15th, it says
12  Status:  Pending?
13        A.      Okay.
14        Q.      What did you do to collect
15  lessons learned from the cofferdam work?
16        A.      Well, we had Pierre Bonnet, who
17  was one of our flow assurance people who was
18  working with the cofferdam.  We would
19  discussions with him.  We had discussions
20  with the ExxonMobil hydrate expert, Larry --
21  his name exclude -- his last name, I can't
22  remember.  And basically from -- from that,
23  we came up with a plan to pump glycol through
24  the BOP stack, bring the BOP stack in from
25  the side, and then we greased the bottom of
00285:01  any of the metal surface areas to prevent
02  hydrate formation.
```

Page 287:16 to 287:22

```
00287:16  I'm going to show you a
17  document.  It's tab 9, previously marked as
18  exhibit 5370.
19        And the second e-mail on the
20  first page is from you to Andy Frazelle and
21  others, dated May 14th, 2010; is that right?
```

```
        22        A.       That's correct.
```

Page 292:20 to 293:01

```
00292:20  (Exhibit Number 11242 marked.)
        21        Q.       This is an e-mail from Charles
        22  Holt on --
        23        A.       Excuse me.
        24        Q.       -- May 7th, 2010, to you.
        25  Subject is, capping stack deployed from
00293:01  Q4000.
```

Page 293:08 to 294:12

```
00293:08        Q.       Now, you -- you said that the --
        09  the -- the BOP on BOP was never intended to
        10  be deployed from the Q4000; is that right?
        11        A.       Correct.
        12        Q.       This -- this e-mail only related
        13  to the capping stack?
        14        A.       I haven't re- -- I haven't seen
        15  this e-mail.
        16                 Okay.
        17        Q.       What was the original vessel
        18  that was intended to deploy the capping
        19  stack?
        20        A.       I'm trying to think back.  I'm
        21  not sure we had a specific vessel.  It could
        22  be deployed from any drillship or semi that
        23  had a -- a hot line, hydraulic bind that
        24  could go along over the reel.
        25        Q.       In your -- in your e-mail to
00294:01  Charles Holt --
        02        A.       Uh-huh.
        03        Q.       -- you were telling him, no
        04  show-stoppers.
        05                 What -- what did you mean by
        06  that?
        07        A.       He -- somebody was asking if we
        08  could use the Q4000 to deploy the capping
        09  stack, and we did a -- we looked at it and no
        10  show-stoppers mean we felt confident we could
        11  proceed ahead, if that's what the decision
        12  was, and install it with the Q4000.
```

Page 295:08 to 297:11

```
00295:08        A.       Yes.
        09        Q.       All right.  Did you agree with
        10  him that the Q4000 was the right vessel to
        11  install the capping stack?
        12        A.       I don't recall this e-mail, for
        13  one.
```

```
        14              And May 6th, we would have been
        15  working on BOP -- BOP option, moving forward
        16  with that, working the capping stack in
        17  parallel, so --
        18       Q.     Well, that was --
        19       A.     I can't say that I agree or
        20  disagree.  I mean, I agree that it could have
        21  installed it.  Whether it was the right
        22  vessel, that's his opinion based on his
        23  analysis.
        24       Q.     Well, he seemed to indicate that
        25  the Q4000 was busy doing the junk shot work?
00296:01       A.     Uh-huh.
        02       Q.     Is that right?  Was that your
        03  understanding?
        04       A.     That was the top kill, I guess.
        05  Yeah, a top kill.
        06       Q.     All right.  So he was looking
        07  for a different option, a different vessel?
        08       A.     Right.  Okay.
        09       Q.     Was another vessel selected?
        10       A.     Not to my knowledge.
        11       Q.     Did the Q4000 deploy the capping
        12  stack?
        13       A.     No.
        14       Q.     Which vessel did?
        15       A.     That was the DISCOVERER
        16  INSPIRATION.
        17       Q.     Okay.
        18       A.     A drillship.
        19       Q.     All right.  I'm going to show
        20  another document.  It's at tab 29.  It's been
        21  previously marked exhibit 10523.  It's an
        22  e-mail from you to Chris Matice.
        23       A.     Uh-huh.
        24       Q.     He was with Stress Engineering,
        25  correct?
00297:01       A.     Correct.
        02       Q.     And on the second paragraph of
        03  that e-mail you ask Chris, on another
        04  subject, how are you modeling the flow from
        05  the well?  We are trying to build a test
        06  model in a test tank with an 18-3/4-inch pipe
        07  and a water pump pumping 70,000 barrels per
        08  day equivalent.  The test pipe would be
        09  6 feet tall with water jets at the bottom.
        10  How would we arrange the water jets to mimic
        11  the flow actually coming out of the well?
```

Page 298:08 to 299:09

```
00298:08       Q.     Let me show you tab 5.  I think
        09  you were shown this e-mail this morning, but
        10  I'm going to show you it to you again.  It's
        11  been previously marked exhibit 4405.
```

```
12                And it's an e-mail chain about
13   the -- using the Q4000.  And at the bottom of
14   the first page, there was an e-mail that I
15   think you were asked about, dated May 11th at
16   10:32 a.m. to Trent Fleece.
17                And you said, still waiting on
18   the boost line pressure.  I reviewed with
19   Andy Inglis yesterday, and they want to have
20   this in the water next week.
21                Remember discussing that e-mail?
22        A.    Yes, we did, uh-huh.
23        Q.    And the very top e-mail, you
24   wrote back to Trent Fleece on the same day at
25   about 3:45 in the afternoon.  And that was
00299:01   the for sure, are you kidding e-mail.
02                And you wrote, Andy wants the
03   Q4000 for top kill.
04                And I think Mr. Barr asked you,
05   did Andy tell you this personally, or did you
06   hear it in a meeting?
07                And I think you said you heard
08   it in a meeting?
09        A.    Yes.
```

Page 300:03 to 302:02

```
00300:03   (Exhibit Number 11243 marked.)
04        Q.    It's an e-mail from you to Harry
05   Thierens and several other people, dated
06   May 18th, 2010.  And the second -- starting
07   at the second sentence, you say, attached is
08   a look at options for pulling the LMRP.  The
09   DD-II crew felt that it would ease the BOP
10   landing operation and reduce complexity if
11   they came in after the LMRP was released,
12   then removed.  The capping team is
13   recommending that we use the BOA SUBSEA to
14   pull and recover the LMRP.  The Q4000 will be
15   tied up, demobilizing equipment, et cetera.
16                The Q -- you wrote 400, but I
17   think you meant 4,000 -- could finish the
18   kill, remove the C/K line -- that's the choke
19   and kill line -- from the HORIZON LMRP, drop
20   the connection to the subsea manifold, then
21   move off location.
22                The Poseidon vessel could be
23   cutting on riser as the Q4000 demobilizes and
24   the BOA SUBSEA can move in and hook its crane
25   wire to the pre-laid LMRP sling.  We would
00301:01   use BP subsea accumulator to release the LMRP
02   connection, which, per Mike's advice, is the
03   best kit to do that.
04                Do you recall having written
05   that e-mail?
06        A.    Yes, I do.
```

```
07        Q.      What is the BOA SUBSEA?
08        A.      That's one of our intervention
09 vessels with cranes.
10        Q.      Okay.
11        A.      It's not a rig.  It's a ship, if
12 you will.  They use it for subsea
13 intervention.  That's got ROVs on it, as
14 well.
15        Q.      So now on May 18th, you're
16 talking about using several vessels, one to
17 take off the LMRP?
18        A.      Correct.
19        Q.      One to put the BOP back on?
20        A.      Correct.
21        Q.      And then the Poseidon's in
22 there --
23        A.      That was --
24        Q.      -- cutting the riser?
25        A.      Correct.
00302:01        Q.      Okay.  Now, when did you come up
02 with this plan?
```

Page 302:04 to 303:11

```
00302:04        A.      That would have been in one of
05 our team meetings.  We were looking at the
06 most expeditious way to -- to get the work
07 done.  It was a complicated procedure, and we
08 were looking at how to best utilize the
09 assets we had in the field.
10        Q.      And you believe that using three
11 vessels to do this job was more efficient and
12 effective than using one?
13        A.      Well, the -- the Q4000 was never
14 planned for riser removal, so that was always
15 planned with a separate vessel.  The -- the
16 original design to recover the -- yeah, the
17 original plan to recover the LMRP with the
18 rig and then the -- install the BOP was with
19 the ENTERPRISE, which had dual derrick
20 capability.
21              The DD-II, I think it had dual
22 derrick capability, but I don't remember what
23 drove this other than the fact that they
24 reviewed the procedure and -- and decided
25 that from probably a safety standpoint, it
00303:01 would be better for them just to do one
02 operation.
03        Q.      Wasn't BP playing musical ships
04 here?  You had the ENTERPRISE originally
05 scheduled to do this, but then it got moved
06 to containment, putting the cofferdam down.
07 So now you're in the position of having to
08 find other vessels to do the BOP-on-BOP work.
09              And you're shuffling around
```

```
        10   trying to find vessels to do the job; isn't
        11   that true?
```

Page 303:13 to 303:25

```
00303:13       A.    We were looking at best ways
        14   to -- to utilize the assets we had in the
        15   field to accomplish the work that we needed
        16   to get accomplished.
        17       Q.    Sure.
        18            But -- but those vessels were
        19   being pulled from different teams because
        20   Andy Inglis wants to use the Q4000 for
        21   something else and the -- the ENTERPRISE is
        22   over here doing containment work, so you're
        23   having to hustle around to find vessels to do
        24   the job that you were working on; isn't that
        25   true?
```

Page 304:02 to 304:04

```
00304:02       A.    I wasn't hustling around, no.  I
        03   was just presenting options, this is what we
        04   could do.
```

Page 304:25 to 305:04

```
00304:25       Q.    So you don't know who made the
00305:01   decisions to deploy vessels on various
        02   projects?
        03       A.    Unified Command.
        04       Q.    Who at BP made that decision?
```

Page 305:06 to 306:21

```
00305:06       A.    I don't know.
        07       Q.    Okay.  Let's look at tab 56.
        08   And I'm going to mark this as exhibit 11244.
        09       (Exhibit Number 11244 marked.)
        10       Q.    This is a Gulf of Mexico
        11   strategic performance unit HAZID report,
        12   MC252 BOP-on-BOP capping option.
        13            You've seen this before?
        14       A.    Yes.
        15       Q.    And it's dated May 7th, and you
        16   are shown as the action responsibility?
        17       A.    Yes.
        18       Q.    And the author is S. Shaw.
        19            Who is that?
        20       A.    He is -- was part of the team.
        21   He worked for Noble Denton.  He's a HAZOP
        22   process expert that takes us through the
        23   actual HAZID, HAZOP --
```

```
        24          Q.     Okay.
        25          A.     -- and does all the recording
00306:01    and facilitates conversations.  So he's
        02    basically a facilitator, but he has very
        03    in-depth knowledge on -- on marine.
        04          Q.     Turn the page to the one ending
        05    in 2784.
        06          A.     Okay.
        07          Q.     At the bottom, just before
        08    section 4.0, there's a sentence that reads,
        09    the HAZID is based on a well fluid outflow
        10    condition of approximately 5K BBL per day.
        11    That's 5,000 barrels a day.  And the
        12    assumption that the current choke is below
        13    the lower marine riser package, LMRP, so that
        14    removal of the DWH riser and LMRP does not
        15    result in increased outflow of well fluid
        16    except as specifically identified within the
        17    HAZID.
        18          Did I read that correctly?
        19          A.     Yes.
        20          Q.     Why did you assume 5,000 barrels
        21    per day as the well fluid outflow condition?
```

Page 306:23 to 307:07

```
00306:23          A.     I don't recall where that number
        24    came from.
        25          Q.     You didn't calculate it
00307:01    yourself, did you?
        02          A.     I don't recall that number.  I
        03    recall the worst case numbers we were using.
        04    Let's see if I can figure this out.
        05          Q.     What effect would it have had on
        06    your HAZID report if the assumption had been
        07    20,000 barrels a day or 70,000 barrels a day?
```

Page 307:09 to 307:18

```
00307:09          A.     I don't think that number's
        10    correct.  I think, you know, all the work I
        11    recall doing with blastoff force and plume
        12    modeling was 70,000 barrels per day, worst
        13    case.
        14          Q.     So you're saying the --
        15          A.     I don't know why -- I don't
        16    remember why that was chosen.
        17          Q.     So you're saying your own
        18    hazardous identification report is incorrect?
```

Page 307:20 to 307:21

```
00307:20          A.     I don't recall where that number
```

```
    21   came from.
```

Page 309:24 to 310:12

```
00309:24      Q.    Okay.  You have a BS in
     25   petroleum engineering, is that correct,
00310:01   Mr. Wellings?
     02      A.    Yes.
     03      Q.    And was there any modeling work
     04   done as part of this curriculum?
     05      A.    As far as obtaining my petroleum
     06   engineering degree?
     07      Q.    Correct.
     08      A.    Yeah, we did computer -- or
     09   reservoir modeling on punch cards back in
     10   1979.
     11      Q.    And would you say that you have
     12   expert skills in technical engineering?
```

Page 310:14 to 310:24

```
00310:14      A.    In terms -- what do you mean by
     15   technical engineering?
     16      Q.    Actually, that's a term that I
     17   believe you used on your risumi, so I just
     18   was confirming that.  We can pull out that
     19   prior exhibit, if you want to look at it.
     20      A.    It's -- okay.  That's probably
     21   technical engineering relation to well
     22   design.
     23      Q.    Okay.
     24      A.    Yes.
```

Page 311:05 to 314:22

```
00311:05      Q.    Can you take me through -- I
     06   know we kind of generally covered this, but
     07   what were your job duties during the response
     08   effort?  And if you can be exhaustive with
     09   it, I'd like to get all of your job duties.
     10      A.    Okay.  I started out on
     11   April 21st at 0600 hours when I arrived at
     12   work.  And the incident was obviously
     13   ongoing.  I was asked to be the -- to work on
     14   resourcing.  The -- I don't know if you're
     15   familiar with the incident response room in
     16   Westlake 4 at BP on the third floor, but half
     17   of that floor is conference rooms and the
     18   actual IMT room where they meet for
     19   emergencies or hurricane evacuations where
     20   all the rig and -- and production platform
     21   personnel would meet in there to look at the
     22   emergency or the evacuation.
```

```
23              The other half of that floor is
24  mainly cubicles.  My office was actually on
25  one of the -- in one of those cubicles.  And
00312:01  so my first duty was to get all those
02  cubicles wired up for computer and phone.
03  So -- and then after that, I went into -- for
04  the next three or four days, I was helping
05  gather resources and -- in terms of personnel
06  and equipment.
07              And then on about April 26th or
08  27th, we started the capping stack team, if
09  you will.
10      Q.      Uh-huh.
11      A.      And our charge there was
12  basically to develop a cap to cap the well.
13  Ended up looking at the capping stack and
14  then the BOP on BOP and developing those --
15  those options.  That went on to the end of
16  May where I worked -- was reassigned to the
17  Q4000 to help get it started up.  That lasted
18  about ten days into June.
19              And that assignment was working
20  12-hour shift at nights, being the operations
21  liaison between the engineering and the
22  actual Q4000 personnel and the rig managers
23  sitting next to me, one of the rig managers.
24  So it was basically, here's what we're
25  developing to get the -- the production
00313:01  processing equipment on.  We were -- any kind
02  of information engineering team doing the
03  design work needed, we would get that for
04  them and we'd also participate in some of
05  their review sessions.
06      Q.      Okay.
07      A.      After that, I was in --
08  reassigned on around June 7th or 8th -- I
09  can't remember what day -- to go back and --
10  and finalize the three-ram capping stack and
11  the installation procedure.
12              After we'd installed it and the
13  well was shut in, I then went to work for a
14  week or two weeks -- I can't remember how
15  long -- on -- on planning the reentry after
16  we kill the well.  We would reenter it and
17  plug and abandon the well permanently.
18              So those were the -- the roles I
19  did, if you will, during the --
20      Q.      Did you have any other job
21  duties besides those that you just listed?
22      A.      I don't recall.  Those are
23  the -- those are the main ones.
24      Q.      Okay.  If you could, let's talk
25  about the team names for a little bit 'cause
00314:01  it gets a little confusing in the document.
02  So there is the capping team or
```

```
03  sometimes referred to as the capping stack
04  team?
05          A.      Uh-huh.
06          Q.      And then there's the ENTERPRISE
07  team, correct?
08          A.      Right.
09          Q.      Is the ENTERPRISE team a subset
10  of the capping team, or are they two separate
11  entities?
12          A.      The ENTERPRISE team then was --
13  they had their own wells team leader and
14  their own operations people on the rig.  So
15  we would interface with the ENTERPRISE wells
16  team leader when we were looking at doing the
17  BOP-on-BOP installation.
18                  So we were developing the
19  procedures, doing the HAZIDs, involving them
20  in what we were planning on doing.  And they
21  were sense-checking it and also discussing it
22  with the people on the ENTERPRISE.
```

Page 315:16 to 316:24

```
00315:16        Q.      Okay.  And then for the capping
     17  team, you were the team lead the entire time
     18  except for the ten or so days where it was
     19  disbanded and you moved to the Q4000?
     20          A.      Yes.
     21          Q.      When was the idea of shutting in
     22  the well with a capping stack first proposed
     23  after the blowout?
     24          A.      The first I knew about it was on
     25  the 26th when I was asked to attend that
00316:01  first organization meeting.  Prior to that, I
     02  don't -- I don't know when the first date
     03  was.
     04          Q.      And do you know who floated the
     05  idea?
     06          A.      That would have been Wild Well
     07  Control.
     08          Q.      Okay.  And when was the idea of
     09  shutting in the well with a second BOP first
     10  proposed after the blowout?
     11          A.      You talking about the BOP on
     12  BOP?
     13          Q.      Correct.  Yes, the BOP-on-BOP
     14  option.
     15          A.      It would have been somewhere
     16  around the end of April.
     17          Q.      Okay.  Prior to top kill, the
     18  BOP-on-BOP option was the preferred
     19  prioritized method, correct?
     20          A.      Correct.
     21          Q.      And on May 10th, a decision was
     22  made to switch from the DISCOVERER ENTERPRISE
```

```
        23  to the DD-II BOP, correct?
        24       A.     Sounds right.
```

Page 317:03 to 317:04

```
00317:03       Q.     Was the DISCOVERER ENTERPRISE
        04  BOP ready to go on May 10th?
```

Page 317:06 to 317:20

```
00317:06       A.     I believe we still doing
        07  pressure testing on that.  I can't recall.
        08       Q.     Okay.  Why was it decided to
        09  switch and use the DD-II over the DISCOVERER
        10  ENTERPRISE BOP?
        11       A.     They wanted to use the
        12  ENTERPRISE for oil collection.  That was the
        13  only rig we had at the time with processing
        14  facilities for handling flow back to the
        15  surface, separation of the oil and gas,
        16  flaring of the gas, storage of the oil and
        17  then off-charge of the oil to a tanker.
        18       Q.     Okay.  What are the differences
        19  between the DD-II BOP and the DISCOVERER
        20  ENTERPRISE BOP?
```

Page 317:22 to 318:07

```
00317:22       A.     You'd have to show me some
        23  diagrams, and I could -- I could go through
        24  that and -- and tell you.  But in general,
        25  they're both -- they're very similar.  They
00318:01  had different riser connections, but -- but
        02  in general, they're similar in terms of the
        03  number of rams they had and the blind shear
        04  rams.
        05       Q.     Was there an advantage to using
        06  the DD-II BOP as opposed to the DISCOVERER
        07  ENTERPRISE BOP?
```

Page 318:09 to 318:10

```
00318:09       A.     Advantage.  Not that I'm aware
        10  of.
```

Page 318:17 to 321:01

```
00318:17  (Exhibit Number 11245 marked.)
        18       Q.     Mr. Wellings, do you recognize
        19  this document?  It appears to be an e-mail
        20  chain where you're on some of the earlier
        21  e-mails but not on the later ones.  So I just
```

```
    22   wanted to make sure that was on the record.
    23        A.      This is the e-mail requesting
    24   that we look at the vent option, the
    25   feasibility of a vent option or a subsea
00319:01   choke on DD-III -- or the DD-II BOP.
    02        Q.      Okay.  So I'm going to direct
    03   you to the third e-mail, I guess, in time but
    04   on the first page.  It's at the bottom of the
    05   page.  Can you tell me who Mr. Olsen is?
    06   He's writing an e-mail on May 16th to
    07   Mr. Redd.  Do you know who either of those
    08   gentlemen are?
    09        A.      No.
    10        Q.      Okay.
    11        A.      They look like Transocean
    12   people.
    13        Q.      So you don't know either of
    14   those --
    15        A.      No.
    16        Q.      -- two gentlemen?
    17             If you could -- on the second
    18   paragraph down, it says, BP's main concern is
    19   applying too much wellhead pressure in a
    20   shut-in situation, stack on stack.
    21   Accordingly, they want to bleed/vent off the
    22   well, should pressure increase above what the
    23   wellhead and casing strings are designed for.
    24   It seems to me that -- and then I'm in
    25   particular looking at the second dash.  It
00320:01   says, Using the DD-II for the stack on stack
    02   option prevents BP from drilling a second
    03   relief well.  And the third dash says, In
    04   case of venting the well, DISCOVERER
    05   ENTERPRISE is better -- is the better rig.
    06   It has a full test and crude oil storage
    07   spread and this system is ready.  DISCOVERER
    08   ENTERPRISE is more flexible than DD-II in
    09   that we can produce to a standard surface
    10   flow tree and in event we need to stop for
    11   weather we would require some backup venting
    12   option.  In the DD-II case we would need a
    13   constant seabed choke system.  I am again
    14   sure BP is aware of this.
    15             Did I read that correctly?
    16        A.      Yes.
    17        Q.      And then on the third dash it
    18   says, BP may ask us to consider venting
    19   through the drilling chokes.  This is
    20   normally not an option but what is normal
    21   with this situation, in parens, needs
    22   evaluation.
    23             Would you agree with me that it
    24   seems like the perspective of Mr. Olsen is
    25   that the DISCOVERER ENTERPRISE would have
00321:01   been the better rig over the DD-II?
```

Page 321:03 to 321:24

```
00321:03        A.      Yeah, I don't agree with that
      04  because what he's talking about here is
      05  venting.
      06        Q.      Uh-huh.
      07        A.      That's not talking about
      08  production backup to the -- to the rig.  This
      09  was just designed as a subsea choke with a
      10  vent.
      11        Q.      Okay.
      12        A.      And then you go into other
      13  containment options.
      14        Q.      Okay.  That's fair.
      15  Let's turn to the e-mail
      16  earliest in time, so the next page down.
      17  It's an e-mail from John McKay on May 15th to
      18  yourself and others.
      19               Who is John McKay?
      20        A.      He is one of the Transocean
      21  engineers that assisted me on the capping
      22  team.
      23        Q.      Okay.  And so he was working at
      24  the request of BP?
```

Page 322:01 to 322:03

```
00322:01        A.      Yes.
      02        Q.      And he was working at the
      03  request of BP on this day, May 15th?
```

Page 322:05 to 323:06

```
00322:05        A.      I don't know where he was
      06  physically located on the 15th.  But he
      07  stated here that at the request of myself and
      08  Gary Wulf, that we look at this option.  So,
      09  yeah, he's working at our request.
      10        Q.      Okay.  The first paragraph says,
      11  Earlier today we had a meeting with Hydril
      12  BOP representatives at BP office regarding
      13  what is required to install a choke onto the
      14  DD-II BOP which would allow venting off of
      15  excess pressure once the DD-II BOP had been
      16  landed and latched onto the D -- well, DWH is
      17  DEEPWATER HORIZON, correct?
      18        A.      Uh-huh.
      19        Q.      -- lower BOP.  At the end of the
      20  meeting it was indicated that this would not
      21  be an option we should pursue, but things
      22  have since changed.
      23               Did I read that correct?
      24        A.      Yes.
```

```
        25        Q.     At the request of Jim Wellings
00323:01   and Gary Wulf in a telecom earlier tonight,
        02   I've been asked to follow up on this correct
        03   -- this request.
        04              Did I read that correctly?
        05        A.    Yes.
        06        Q.     Okay.  So what things changed?
```

Page 323:08 to 324:19

```
00323:08        A.     I don't recall.
        09        Q.     Okay.  Would you agree with me
        10   that as of May 15th, venting was on the
        11   table?
        12        A.     I think around that time we
        13   started looking at it, yeah, as well as the
        14   -- on the capping stack.
        15        Q.     And would installing a choke
        16   line to vent be considered a modification of
        17   the DD-II?
        18        A.     Yes.
        19        Q.     If you could turn with me to
        20   tab 27.  This is an exhibit that's already
        21   been marked as exhibit 5361.
        22              Mr. Wellings, do you recognize
        23   this document?
        24        A.     I do.
        25        Q.     And what is it?
00324:01        A.     It's an e-mail from Andy
        02   Frazelle to myself, Gavin Kidd, Charles
        03   Taylor, with an attachment.  Broach at the
        04   18-inch shoe briefing, PowerPoint.
        05        Q.     And did you review this document
        06   in preparation of your deposition?
        07        A.     I did.
        08        Q.     In this e-mail Andrew Frazelle
        09   writes to yourself and others on May 16th
        10   that, I don't know if you have received this
        11   from another source, but this highlights our
        12   concerns about shutting the well in with the
        13   BOP stack.  This is BP confidential.  Please
        14   do not forward or share.
        15              Did I read that correctly?
        16        A.     Yes.
        17        Q.     Why was this marked as
        18   confidential, and why were people instructed
        19   not to share?
```

Page 324:21 to 325:01

```
00324:21        A.     I don't know.  You would have to
        22   ask Andy.  I didn't question him on that.
        23        Q.     Would you agree me -- agree with
        24   me that potential risks should be shared and
```

```
     25  vetted amongst everyone evaluating the
00325:01  situation?
```

Page 325:03 to 325:23

```
00325:03       A.     I thought we were doing that,
     04  actually.  I didn't -- I didn't realize we
     05  were holding anything back.
     06       Q.     Do you know if this e-mail was
     07  ever shared with the government?
     08       A.     I do not know that.
     09       Q.     If you look down to the e-mail
     10  that he's forwarding to Cindy Yeilding, in
     11  particular, the third underline down that
     12  says, Discuss potential subsurface responses
     13  to top kill options.  And the first bullet
     14  point under that says pressure models and
     15  failure modes discussed with a bunch of BP
     16  employees, correct?
     17       A.     Okay.  Yes.
     18       Q.     Do you recognize them as BP
     19  employees, A. Inglis, J. Dupri, B. Looney?
     20       A.     Yes.
     21       Q.     Do you know if that particular
     22  modeling was ever shared with the United
     23  States government?
```

Page 325:25 to 326:04

```
00325:25       A.     I don't know if it was shared,
00326:01  no.
     02       Q.     Is this something that you would
     03  expect to be shared with the United States
     04  government?
```

Page 326:06 to 326:10

```
00326:06       A.     I really wasn't working on -- on
     07  any of this type of modeling.  I think it was
     08  shared with me in relationship to the fact
     09  that we were -- we were trying to get
     10  prepared to put a BOP on a BOP.
```

Page 328:02 to 328:13

```
00328:02  MR. BENTSEN:  It's going to be 11246.
     03       (Exhibit Number 11246 marked.)
     04       Q.     Okay.  Mr. Wellings, do you
     05  recognize this e-mail?
     06       A.     No, I do not.
     07       Q.     Okay.
     08       A.     I don't see me copied on this.
     09  Is my name on here somewhere?
```

```
  10        Q.     No.  Actually, you are not on
  11 it, although you're just mentioned in it.
  12        A.     I'm mentioned in it.  No, I
  13 don't recall this.
```

Page 328:18 to 328:22

```
00328:18        Q.     So the third e-mail down, again,
     19 we established John McKay is from Transocean.
     20 He was working at the direction of BP,
     21 correct?
     22        A.     And Transocean.
```

Page 328:25 to 329:16

```
00328:25        Q.     But Transocean was working at
00329:01 the request of BP?
     02        A.     I'm not really clear how that
     03 worked --
     04        Q.     Okay.
     05        A.     -- to be quite honest with you.
     06 I thought we were -- it was kind of an
     07 all-together effort to solve -- solve a
     08 problem.  I'm not --
     09        Q.     Okay.
     10        A.     I'm not sure who was working for
     11 who or who requested who to work for you.
     12        Q.     But in this instance, John McKay
     13 was on your well capping team, correct?
     14        A.     Yes.
     15        Q.     And he worked for you on the
     16 well capping team?
```

Page 329:18 to 329:19

```
00329:18        A.     Well, I wouldn't say he worked
     19 for me.  He worked with me.
```

Page 329:25 to 330:15

```
00329:25        Q.     Okay.  So what I'm trying to
00330:01 show at the first paragraph is, Word on the
     02 street is that the venting BOP option is
     03 being dropped for now, emphasis now returned
     04 to the DD-II BOP on DEEPWATER HORIZON BOP
     05 after unlatching DEEPWATER HORIZON LMRP, then
     06 shut in the well.
     07               Do you see that?
     08        A.     Yes.
     09        Q.     Did I read that correctly?
     10        A.     Yes.
     11        Q.     Okay.  So on May 15th we just
     12 discussed that venting was on the table.
```

```
13      A.      Right.
14      Q.      Now, two days later on May 17th,
15 venting is off the table.  Why?
```

Page 330:17 to 331:08

```
00330:17     A.      I mean, he's saying word on the
     18 street.  I don't know that it was ever off
     19 the -- off the table.
     20     Q.      Okay.  So --
     21     A.      I don't recall it being off the
     22 table.  I recall us moving forward with
     23 venting as an option, not only the BOP on BOP
     24 but also for the capping stack.
     25     Q.      Okay.  So even as of May 17th --
00331:01 so you have no recollection whatsoever of
     02 venting being not an option being considered?
     03     A.      I have no recollection, no.
     04     Q.      Okay.  And venting is something
     05 that you would do to bleed off pressure when
     06 you were concerned that the shut-in wellhead
     07 pressure would be too high?
     08     A.      Correct.
```

Page 331:11 to 331:25

```
00331:11 MR. BENTSEN:  This is going to be
     12 11247.
     13          (Exhibit Number 11247 marked.)
     14     Q.      Okay.  This is an e-mail from
     15 the same Transocean people, Mr. Olsen to
     16 Mr. Turlak and Mr. Sneddon and some others.
     17 And it's an e-mail chain between them.  I'd
     18 like to direct your attention to the middle
     19 e-mail.
     20          It says, Gents, John and I sat
     21 in on a conference call with Troy Trosclair
     22 of MMS and meeting reviewed existing issues
     23 with DD-II BOP.  Subject of modifications to
     24 provide a venting capability were not
     25 mentioned/discussed.
```

Page 332:05 to 332:13

```
00332:05     Q.      Were you in the meeting that
     06 they reference there with Troy Trosclair of
     07 MMS?
     08     A.      Of course, we had many meetings
     09 with the MMS.  I would -- I would assume I
     10 would have been in that meeting.
     11     Q.      And do you recall -- so do you
     12 recall being at that particular meeting?
     13     A.      No.
```

Page 333:10 to 333:18

```
00333:10        Q.      So the afternoon of May 26th was
      11  the meeting with MMS, Troy Trosclair, that's
      12  reference in --
      13        A.      Okay.
      14        Q.      -- Mr. Sneddon's e-mail at
      15  3:00 p.m.
      16  My question is:  How come the
      17  venting issue wasn't discussed or mentioned
      18  with them?  And by them, I mean MMS.
```

Page 333:20 to 333:22

```
00333:20        A.      I don't know that it wasn't.
      21  This is Iain's e-mail, his recollection.  I
      22  don't recall the meeting.
```

Page 334:04 to 334:08

```
00334:04        Q.      Okay.  And given your working
      05  relationship with Iain, would you have any
      06  reason to doubt that what he would put in an
      07  e-mail would be an accurate representation of
      08  what happened?
```

Page 334:10 to 334:15

```
00334:10        A.      No, I do not.
      11        Q.      So let's assume that Iain isn't
      12  lying and that MMS had this meeting that the
      13  issue of venting capability was not mentioned
      14  or discussed with them.  Why wouldn't it be
      15  mentioned or discussed?
```

Page 334:17 to 334:24

```
00334:17        A.      I don't recall the history of
      18  the -- the vent and when we put that option
      19  in.  It may -- it may have been that the --
      20  the vent modification hadn't been thoroughly
      21  vetted and it wasn't ready to share with
      22  them.  That's the only thing I could think of
      23  because we shared everything.  I mean, I
      24  don't recall it.
```

Page 335:13 to 335:18

```
00335:13        Q.      And before, you had testified
      14  that adding a choke to vent would be a
      15  modification to the DD-II.
```

```
16              So we have here MMS specifically
17   requesting this information and then it not
18   being shared with them.
```

Page 335:20 to 336:07

```
00335:20        A.      It was eventually shared with
    21   them.  Maybe not at that meeting.
    22        Q.      Okay.  You also testified that
    23   you attended a majority of the meetings with
    24   MMS, correct?  Or would you --
    25        A.      Yes.
00336:01        Q.      A significant amount?
    02        A.      Well, as relations to the --
    03        Q.      Capping?
    04        A.      -- capping, yes.
    05        Q.      At this date, May 26th, do you
    06   recall ever discussing with MMS venting
    07   options?
```

Page 336:09 to 336:12

```
00336:09        A.      No, I don't.
    10        Q.      Do you recall any meeting after
    11   May 26th where you vetted the -- or shared
    12   the information about venting with MMS?
```

Page 336:14 to 336:17

```
00336:14        A.      No.
    15        Q.      BOP on BOP was officially taken
    16   off the table as a source control option on
    17   May 30th, 2010, correct?
```

Page 336:19 to 336:23

```
00336:19        A.      Officially taken off?  I don't
    20   know what that means.
    21        Q.      Okay.  BOP on BOP was taken off
    22   the table as a source control option on
    23   May 30th -- 30th, 2010, correct?
```

Page 336:25 to 337:07

```
00336:25        A.      Where does it say that?
00337:01        Q.      Oh, I'm just -- I'm done with
    02   the document.
    03        A.      Oh.
    04        Q.      I'm just asking the question.
    05        A.      I think we discussed that this
    06   morning.  I forgot the date.  Somewhere
    07   around that time, yeah.
```

Page 337:15 to 338:14

00337:15  MR. BENTSEN:  It's going to be 11248.
      16          (Exhibit Number 11248 marked.)
      17          Q.      Mr. Wellings, this is an e-mail
      18  chain from Bernard Looney to Doug Suttles,
      19  Andy Inglis and others where he says, Team:
      20  Admiral Allen asked Tony for a simple note to
      21  get us all on the same page with regard to
      22  the decision of BOP on BOP.  We have just
      23  sent this to him.  We may get some feedback
      24  from him so you may want to hold off on using
      25  the script until we hear back.  And then
00338:01  there's an attachment named Containment
      02  Decision.
      03          Does this document refresh your
      04  recollection of why BOP on BOP was off the
      05  table?
      06          A.      I've never seen this document.
      07  Excuse me.  I've never seen this document.
      08          Q.      Okay.  Well, now as you're
      09  reviewing it, does it refresh your
      10  recollection?
      11          A.      So it's got to be May 20th --
      12  May 30th.
      13          Q.      Okay.  So on May 30th the BOP on
      14  BOP was taken off the table, correct?


Page 338:16 to 338:18

00338:16          A.      According to this e-mail, yes.
      17          Q.      Why was BOP on BOP taken off the
      18  table on May 30th post top kill?


Page 338:20 to 339:02

00338:20          A.      The reasons that -- that Bernard
      21  gave on the e-mail you just referenced.  That
      22  wasn't my decision.  I wasn't involved in
      23  that decision process.
      24          Q.      Okay.  But, essentially, what
      25  was cited was that there was a well integrity
00339:01  -- they were concerned about well integrity,
      02  correct?


Page 339:04 to 339:13

00339:04          A.      That's what this indicates, yes.
      05          Q.      The one thing that I'm still
      06  struggling with is ten days later after BOP
      07  on BOP is taken off the table on May 30th,
      08  capping stack is back on the table.

```
09        A.      Uh-huh.
10        Q.      Correct?
11                Was well integrity no longer a
12  concern on June 9th when the capping stack
13  reunion e-mail came out?
```

Page 339:15 to 340:06

```
00339:15        A.      Would you -- would you say that
16  again?  I'm sorry.
17        Q.      Sure.  If you recall earlier, I
18  believe the PSC counsel showed you
19  exhibit 11234, which was the e-mail you sent
20  regarding the capping stack reunion.  If you
21  want, I have a different version of that I
22  can show you.
23        A.      Okay.  Right.  I got you.
24        Q.      I have a tab if you want to look
25  at it.  It's just a different version.
00340:01                And so BOP on BOP was taken off
02  the table on May 30th because of well
03  integrity issues.  Nine days later, on
04  June 9th, capping stack is on the table
05  again.
06        A.      Yep.
```

Page 340:08 to 340:10

```
00340:08        Q.      I'm trying to figure out what
09  happened to the well integrity issue.  Was
10  there still a concern for that?
```

Page 340:12 to 342:02

```
00340:12        A.      I don't recall that ever being
13  told to me.  The capping stack that we were
14  going back to, it was different in terms of
15  we had the vent which we were planning.  And
16  then we were orienting it in a certain way to
17  be able to produce back to the Q4000 and then
18  to the freestanding riser.  So it was
19  actually -- it evolved into a
20  capping/production cap, if you will.
21                So versus -- rather than
22  shutting the well in and then venting to the
23  ocean, they shut it in and produce back so
24  there's no pollution.
25        Q.      Okay.
00341:01        A.      So it was -- it was an
02  evolution, the final evolution of the system.
03        Q.      When was the 2-ram capping stack
04  switched to the 3-ram capping stack?
05        A.      The best I recall, it was May --
```

```
06  the third week of May, maybe.
07        Q.     And why was it switched?
08        A.     I don't recall.
09        Q.     Was the 2 ram only intended to
10  cap and not kill?
11        A.     Yes, it was intended to cap.  I
12  don't recall putting a kill procedure
13  together after the -- excuse me -- after it
14  was capped.  I don't -- and we didn't put a
15  kill procedure together.
16        Q.     Did the 2 ram capping stack have
17  the capabilities to kill the well?
18        A.     Let's see.  We were planning on
19  closing it in on the lower ram.  There were
20  outlets above that.  Excuse me.  So I don't
21  -- I don't -- I don't know for sure if it
22  would -- if we'd be able to make that work in
23  the kill operation.
24        Q.     Okay.  Was the additional ram
25  that was added on the 2 ram to make it the
00342:01  3 ram capping stack, that was where the choke
02  line was added; is that correct?
```

Page 342:04 to 342:16

```
00342:04        A.     It was added -- added above the
05  -- the third ram.  The third ram was added on
06  the bottom.
07        Q.     Was this a reason from -- for
08  transitioning from the 2 ram to the 3 ram?
09        A.     Yeah.  I believe with the third
10  ram in there it gave us the option of being
11  able to kill the well.  I can't recall.
12        Q.     Do you recall if members of the
13  United States Coast Guard suggested to you
14  modeling hydrate formation?
15        A.     Hydrate formation on what?
16        Q.     On the stack-on-stack options.
```

Page 342:18 to 342:22

```
00342:18        A.     I don't recall them mentioning
19  that.  We did model.
20        Q.     Do you know where the idea for
21  modeling the hydrate came from?
22        A.     I don't recall.
```

Page 343:09 to 344:21

```
00343:09  MR. BENTSEN:  That would be 11249.
10        (Exhibit Number 11249 marked.)
11        Q.     Mr. Wellings, this is an e-mail
12  chain, the most recent in time from yours to
```

```
        13    Mark Patteson, Charlie Holt, and Trevor
        14    Hill --
        15         A.     Uh-huh.
        16         Q.     -- regarding U.S. Coast Guard.
        17                Do you recognize this document?
        18         A.     I do.
        19         Q.     Let's go and turn to the
        20    earliest in time e-mail, which is on the back
        21    of the first page.
        22         A.     Okay.
        23         Q.     It's an e-mail from yourself to
        24    Charlie Holt, Mark Patteson --
        25         A.     Uh-huh.
00344:01         Q.     -- subject line again, U.S.
        02    Coast Guard, and the date is May 10th.
        03         A.     Okay.
        04         Q.     It says, had a visit in room 906
        05    from two U.S. Coast Guard representatives,
        06    O'Neal and Langury.  We reviewed the
        07    stack-on-stack capping stack and deployment
        08    options.  I asked them to find Charlie if
        09    they wanted procedures, et cetera.  One thing
        10    they were concerned about was hydrates
        11    forming at the bottom of the BOP when we are
        12    stabbing the stack and hydrates in the
        13    diverter joint.
        14         A.     Uh-huh.
        15         Q.     Do you see that?
        16         A.     Yep.
        17         Q.     Did I read that correctly?
        18         A.     You did.
        19         Q.     Okay.  Does that refresh your
        20    recollection of whether USGF alerted BP to
        21    consider hydrates?
```

Page 344:23 to 344:24

```
00344:23         Q.     I apologize.  U.S. Coast Guard.
        24         A.     Yes, uh-huh.
```

Page 345:22 to 346:06

```
00345:22         Q.     Okay.  And if you can turn to
        23    tab 53 now.
        24                This is an e-mail from David
        25    Brookes, dated June 24th, to yourself and
00346:01    others --
        02         A.     Uh-huh.
        03         Q.     -- regarding DOE Team - Quick
        04    Response Assessment Complete!  is the title
        05    of the e-mail.
        06    Do you recognize this document?
```

Page 346:09 to 346:13

00346:09 MR. BENTSEN:  It will be 11250.
      10        (Exhibit Number 11250 marked.)
      11        MS. STRIPPOLI:  Sorry.
      12        A.     I don't recall this -- this was
      13 sent to me, obviously.


Page 348:05 to 350:12

00348:05        Q.     In your job duties as capping
      06 stack team leader, did you have the
      07 opportunity to work with U.S. Government
      08 representatives?
      09               Well, I guess we just saw an
      10 e-mail where you talk to the Coast Guard,
      11 but --
      12        A.     The Coast Guard and MMS and --
      13 and pretty much it.  I don't remember -- I
      14 did a presentation -- or was it a review, I
      15 think, with Ken Salazar early on.
      16        Q.     And in your experience, were
      17 those U.S. responders working diligently to
      18 address the situation?
      19        A.     Talking about in relation to
      20 this?
      21        Q.     Or just in general --
      22        A.     It looked like --
      23        Q.     -- in your experience with the
      24 U.S. Government.
      25        A.     Yeah.  They were very --
00349:01 inquiring, and they were very -- very
      02 cordial, and, you know, just wanted to do
      03 whatever they could to help out.
      04        Q.     Okay.
      05        A.     Navy, did discussions with them.
      06 They were there.  Yeah.
      07        Q.     And would you agree with me that
      08 this document talks about the Department of
      09 Energy review team doing a quick assessment
      10 in order to help the current fabri- --
      11 fabrication of the capping stack move forward
      12 on a timeline?
      13               Again, that would be the --
      14        A.     Yeah.
      15        Q.     -- the first sentence on the
      16 attachment.
      17        A.     I don't see the assessment.  Was
      18 it a quick turnaround?
      19        Q.     On the -- yeah, the first
      20 sentence says, the DOE re- -- this is what we
      21 reviewed just now.
      22               The DOE review team was asked to
      23 provide a quick turnaround assessment of the
      24 proposed pressure and temperature

```
     25  instrumentation to be included.
00350:01  We didn't go through the team's
     02  response, but that's below, just that this
     03  was done.
     04        A.     Oh, this is their quick
     05  assessment below?
     06        Q.     Correct.
     07        A.     Oh, okay.
     08        Q.     And hence, on the first e-mail
     09  why they say, here is the government
     10  scientists' approval for the pressure
     11  measurement system.
     12        A.     Okay.  I can agree to that.
```

Page 352:01 to 352:12

```
00352:01        Q.     We were talking before,
     02  Mr. Wellings, about the worst case modeling
     03  that you -- for flow rate, and you had
     04  mentioned the 70,000 barrels as a worst case
     05  input or assumption of flow rate to the --
     06  that particular model, correct?
     07        A.     Correct.
     08        Q.     And you threw around the term
     09  worst case?
     10        A.     Correct.
     11        Q.     Would you consider best estimate
     12  to mean the same as worst case?
```

Page 352:14 to 353:07

```
00352:14        A.     No, I would not.
     15        Q.     The two are different, correct?
     16        A.     Yes.
     17        Q.     If you could turn with me to
     18  tab 63, please.
     19        MS. STRIPPOLI:  I think this one's
     20  already marked as exhibit 10122.
     21        Q.     This is a e-mail chain between
     22  Chris Matice who works at Stress
     23  Engineering --
     24        A.     Uh-huh.
     25        Q.     -- to you and others.  And the
00353:01  subject line is regarding flow rate for first
     02  modeling run:  BP Macondo Plume Modeling
     03  Parameters.
     04        A.     Uh-huh.
     05        Q.     Do you recognize this document,
     06  Mr. Wellings?
     07        A.     Yes, uh-huh.
```

Page 353:12 to 357:11

```
00353:12        Q.     Okay.  And was this -- just in
      13  general, like a, you know, 10,000 bird's-eye
      14  view on this, is this CFD modeling -- the
      15  purpose of it, was it to see whether or not
      16  you could take that second BOP, move it over
      17  the flowing stream of hydrocarbons coming out
      18  of the well and land it?
      19        A.     We had two modeling studies.
      20  This was for plume modeling.  That was about
      21  what the surface pressure would look like for
      22  plume.  Worst case, we ran it at 70,035 and
      23  17,500 barrels per day to see -- it was all
      24  about having to put the rig over the -- the
      25  well to do the capping operation and the
00354:01  hydrocarbons that we would have to deal with
      02  at surface.
      03        Q.     Okay.
      04        A.     This particular one was plume
      05  modeling.
      06        Q.     Okay.  Let's start at the
      07  latest-in-time e-mail, which is April 30th,
      08  from Chris Matice to --
      09        A.     Uh-huh.
      10        Q.     -- William Burch.
      11               Actually, sorry, it's not the
      12  latest one.  Second-to-latest in time.
      13               I think we may have mentioned
      14  this earlier, but just to err on the side of
      15  safety, Chris Matice worked at Stress
      16  Engineering, correct?
      17        A.     Correct.
      18        Q.     And Stress Engineering is a
      19  contractor for BP, correct?
      20        A.     Correct.
      21        Q.     And this plume modeling and CFD
      22  modeling that Chris Matice at Stress
      23  Engineering is doing, is doing it at -- at
      24  the request of BP, correct?
      25        A.     Correct.
00355:01        Q.     Okay.  And --
      02        A.     Under contract to BP would be
      03  better.  We paid him.
      04        Q.     Okay.  And William Burch is from
      05  Wild Well, correct?
      06        A.     Correct.
      07        Q.     And same thing, Wild Well was
      08  under contract to BP?
      09        A.     Correct.
      10        Q.     And William Burch was working at
      11  the direction of BP for this particular
      12  assignment, correct?
      13        A.     Correct.
      14        Q.     Okay.  So on that e-mail on
      15  April 30th from Chris Matice to Bill, he says
      16  in the second paragraph, as we discussed, we
```

```
17   will start the modeling effort at
18   5000 barrels per day flow rate, flowing
19   vertically from the cut 18.75 inch riser.
20   Based on the data provided, we will use a
21   gas-to-oil ratio of 2900 SCF per barrel.
22            Do you see that?
23        A.   Which one is that?
24        Q.   That's the second-to-last
25   e-mail.  It kind of spans two pages.
00356:01  A.   Oh, it's over here.  That's why
01   I didn't see it.
03        Q.   Yeah.  I'm sorry.
04        A.   Yeah, I see it.
05        Q.   Okay.  And then we go to William
06   Burch's response in the second line.
07            It says, rate estimations are
08   very unknown as we discussed.  5,000 barrels
09   minimum then run some sensitivities on flow -
10   maybe 10,000, 20,000, 40,000, 80,000, 160,000
11   barrels if this is easy.  If there are
12   significant computational time in each run,
13   let's discuss the best way to capture the
14   most value for the least number of runs.
15            Do you see that?
16        A.   Uh-huh.
17        Q.   Okay.  And then Chris's response
18   says, Bill, these runs will likely take 10 to
19   12 hours each.  We should start with our best
20   estimate.
21            Do you see that?
22        A.   Correct.
23        Q.   Okay.  Let's turn the page to
24   Bill's next response.
25            And now Richard Simpson from BP
00357:01  responds and says, Chris, NOTE:  Confidential
02   information.  For the first run, use
03   70,000 barrels per day.
04            Do you see that?
05        A.   Uh-huh.
06        Q.   So in response for Chris's
07   response for the best estimate, knowing that
08   these runs are going to take awhile, Chris
09   responds -- or excuse me -- Mr. Simpson
10   responds, for the first run, use
11   70,000 barrels, correct?
```

Page 357:13 to 357:13

```
00357:13       A.   Which is --
```

Page 357:17 to 357:24

```
00357:17       A.   That's correct.  That's the way
18   he responded, yep.
```

```
19      Q.     Okay.  And Chris responds back,
20 understood, correct?
21      A.     Yes.
22      Q.     Okay.  Did you ever write Chris
23 back and tell him to use a flow rate lower
24 than 70,000 barrels as a best estimate?
```

Page 358:01 to 358:01

```
00358:01      A.     No, I don't recall.
```

Page 358:13 to 358:14

```
00358:13 MR. BENTSEN:  It's going to be 11251.
      14         (Exhibit Number 11251 marked.)
```

Page 358:19 to 360:08

```
00358:19      Q.     Mr. Wellings, do you recognize
20 this document?
21      A.     I have not reviewed this one
22 recently.  It's got my name on it, so I
23 assume it was sent to me on July 14th, 2010.
24      Q.     Actually, it was sent to you on
25 July 13th from Trevor Hill.
00359:01      A.     Okay.
02      Q.     And then you responded on
03 July 14th.
04      A.     Okay.
05      Q.     Do you see that?
06      A.     Uh-huh.
07      Q.     So Trevor Hill is a BP employee,
08 correct?
09      A.     Yes.
10      Q.     And in July 2010, what was his
11 job title, to the best that you know?
12      A.     BP engineering technical
13 authority - flow assurance.
14      Q.     Thank you.
15             And did you interact with
16 Mr. Hill often in this response effort?
17             Let's take a step back.  What
18 were your interactions with him during the
19 response effort?
20      A.     He may have been involved in
21 some of the discussions around hydrates.  I
22 don't recall him -- he was working on another
23 team with -- at this time, would have been
24 Stan Bond, I believe.
25      Q.     And when he communicated with
00360:01 you, he normally did it over e-mail, correct?
02      A.     Yeah.  There were several other
03 e-mails, I think from him, that we looked at
```

```
04  earlier.
05       Q.     But this was one of the primary
06  modes of just communicating with you would be
07  over e-mail, correct?
08       A.     Yes.
```

Page 362:04 to 362:06

```
00362:04      Q.     What work did you or your team
    05  do to predict capacity of the choke and
    06  associated pipework?
```

Page 362:08 to 362:19

```
00362:08      A.     My team did -- did no work on
    09  that.  That would have been somebody working
    10  with Trevor Hill.  The only -- the only
    11  work -- I mean, that was the choke that they
    12  added on later.  A BP choke, as I remember.
    13  A subsea choke.  In terms of doing any kind
    14  of pressure differential measurements or
    15  modeling, I'm not aware of any of that.
    16       Q.     So do you know whether Hill did
    17  any more detailed modeling done on the
    18  pressure drop/flow relationship?
    19       A.     I do not.
```

Page 363:04 to 365:25

```
00363:04      Q.     If we could now switch to tab
    05  number 86, please.
    06       MR. BENTSEN:  This will be 11252.
    07       (Exhibit Number 11252 marked.)
    08       Q.     Mr. Wellings, I'll represent to
    09  you that you are on the tail end of these
    10  e-mails but not on the most latest in time
    11  between Kurt Mix and Jonathan Sprague and
    12  Colin Leach and Kurt Mix.
    13       A.     Okay.
    14       Q.     But those are the two that I
    15  want to discuss with you.
    16       A.     Okay.  Would you like me to read
    17  it?
    18       Q.     Yeah.
    19       A.     I'm not familiar with this.
    20       Q.     Yes, please.
    21       A.     I'm not familiar with this
    22  e-mail at all.
    23       Q.     Okay.
    24       A.     I don't recall this.
    25       Q.     So --
00364:01      A.     I'm not even sure -- it looks
    02  like they're trying to do some -- inferring a
```

```
03  flow rate based on the impact from a steel
04  plate.  The -- the -- the first e-mail that
05  I'm copied on was in reference to -- well,
06  this is in reference to the work he did
07  modeling blast force against the BOP when we
08  moved it over the plume.
09          Q.     Okay.
10          A.     It wasn't -- that's all we were
11  doing.  And at the end of the day, it was
12  insignificant.  It wasn't even a
13  consideration 'cause of the weight of the
14  BOP.
15          Q.     Uh-huh.
16                 What was the concern, hence
17  prompting the modeling, about putting the
18  plate over the plume -- the --
19          A.     The BOP stack?
20          Q.     Yeah.
21          A.     Well, the BOP has a cage built
22  around it, if you will, with posts, and on
23  the bottom is a flat plate.  And then in the
24  center, you have the connector where the oil
25  would flow up when you stab over it.  Well,
00365:01  just moving the -- the plate into the plume,
02  you're going to get a force -- an upward
03  force, and we needed to understand if that
04  upward force was greater than the downward
05  force that we could apply to be able to land
06  the BOP successfully and latch it up.
07          Q.     Okay.  Thanks.
08          A.     And at the end, after all the
09  modeling and the calculations, it was
10  insignificant, the force, blast force up.
11          Q.     Okay.
12          A.     At the worst case flow rate.
13          Q.     And so CFD stands for
14  computational fluid dynamics, correct?  If
15  you don't know, that's fine.  I'll represent
16  to you that it does.
17          A.     Okay.  I forgot that.
18          Q.     So it looks like Chris Matice
19  from Stress Engineering, we see the CFD
20  results.  And so you were saying that the
21  first modeling project was the plume work
22  which was to determine how the oil would
23  react when it reaches the surface and how you
24  would essentially do with that with the
25  vessels, correct?
```

Page 366:15 to 366:20

```
00366:15  Kurt Mix was an employee of BP
16  on May 18th, correct?
17          A.     Yes.
18          Q.     And Jonathan Sprague was also a
```

```
        19   BP employee on May 18th, correct?
        20        A.     Yes.
```

Page 367:08 to 367:24

```
00367:08        Q.     Okay.  Do you know who Colin
        09   Leach is?
        10        A.     Colin Leach, I'm not sure -- I
        11   worked with Colin years ago back in Norway.
        12   He was doing -- he was doing dynamic kill
        13   planning for relief wells for us.
        14        Q.     Okay.
        15        A.     And he had -- he's an expert
        16   in -- in -- he's got -- I believe he's still
        17   got his own software, proprietary software on
        18   gas plume modeling and how dynamic kills
        19   would affect in terms of the mixing rate as
        20   you're pumping the fluid down and it's mixing
        21   with the oil and gas and it gives you a more
        22   realistic effective bottomhole pressure, if
        23   you will, when you're trying to do a dynamic
        24   kill.
```

Page 368:05 to 368:06

```
00368:05        Q.     So Argon Energy is -- are they a
        06   contractor of BP?
```

Page 368:08 to 369:23

```
00368:08        A.     I don't know in this instance --
        09        Q.     Okay.
        10        A.     -- if they were.  I lost touch
        11   with him.
        12        Q.     But in your history, they were
        13   in the past?
        14        A.     Back in 1980, yeah.
        15        Q.     Okay.  So let's turn to the
        16   e-mail now.  And it says -- from Colin Leach,
        17   on May 14th, it says, I see the discussion
        18   about the oil flow rate.  Perhaps BP does
        19   indeed know the flow rate?  If not, the
        20   results from Stress allow a rate to be
        21   measured.  Putting a plate into the flow will
        22   generate a force that can be measured.
        23   Suspect an ROV is equipped for that.  Back
        24   calculation can then give rate.
        25            Did I read that correctly?
00369:01        A.     Yes.
        02        Q.     And then Kurt's response is
        03   actually forwarding this chain and Colin
        04   Leach's comments to Jonathan Sprague on
        05   May 18th, correct?
```

```
06        A.     Yes.
07        Q.     And it says, this actually a
08 very interesting idea -- momentum -- know
09 velocity...
10               Correct?
11        A.     Yes.
12        Q.     And -- well, let me take a step
13 back.  There were many iterations of the
14 capping stack, correct?
15        A.     Several, yeah.
16        Q.     And there were modifications
17 made to the capping stack kind of
18 continuously through its work stream,
19 correct?
20        A.     Correct.
21        Q.     Okay.  Was the idea of putting
22 this plate to measure the flow on the bottom
23 of the BOP ever considered --
```

Page 369:25 to 369:25

```
00369:25       Q.     -- by the capping stack team?
```

Page 370:02 to 370:17

```
00370:02       A.     I was not involved in any of
03 this discussion.
04        Q.     Okay.
05        A.     They're not talking about --
06 they're talking about having an ROV from the
07 steel plate to where the plume was and stick
08 it in there, is what they're talking about
09 doing.
10        Q.     And this was never expressed to
11 the capping stack team as a --
12        A.     No.
13        Q.     Okay.
14        A.     It would have no value to us.
15        Q.     Let me ask you this:  Is knowing
16 the shut-in wellhead pressure important for
17 the capping stack team?
```

Page 370:19 to 370:22

```
00370:19       A.     Well, all our equipment was
20 15,000 psi rated, so it would be more of a
21 well integrity issue than a -- what we were
22 concerned with.
```

Page 371:04 to 371:14

```
00371:04       Q.     So the well capping team didn't
05 need to evaluate shut-in wellhead pressure
```

```
06  into their development of --
07       A.     No.  The -- I'm trying to think
08  back.  The -- we had an original reservoir
09  pressure somewhere along that they measured,
10  I mean, back before the well blew out.  But
11  like I said, but I seem to remember 8,000 psi
12  or somewhere around there.  And our equipment
13  was rated to 15,000, so it wasn't something
14  we were concerned with.
```

Page 371:20 to 371:21

```
00371:20  MR. BENTSEN:  It will be 11253.
      21       (Exhibit Number 11253 marked.)
```

Page 372:09 to 372:17

```
00372:09       Q.     Okay.  So this is an e-mail from
      10  you to Tim Lockett, Trevor Hill, and Jon
      11  Turnbull on May 19th, correct?
      12       A.     Correct.
      13       Q.     And the subject line is, notes
      14  from discussion with Exxon's Larry Talley,
      15  hydrate inhibition while stabbing BOP on BOP,
      16  correct?
      17       A.     Correct.
```

Page 373:01 to 374:07

```
00373:01  Well Control.
      02       Q.     Was Mr. Mix on Wild Well -- from
      03  Wild Well Control?
      04       A.     Mr. Mix, Kurt Mix --
      05       Q.     Oh.
      06       A.     -- with BP.
      07       Q.     Oh, Mix, Kurt Mix.  Okay.
      08       A.     He was on one of the previous
      09  e-mails.  I can't remember his name now.
      10  Basically, they were calculating the amount
      11  of oil bleed rate you'd have to bleed from
      12  the subsea choke to keep the pressure at a
      13  certain level in the wellbore after you shut
      14  it in.
      15       Q.     Now, I know you said before that
      16  the well capping team didn't need to evaluate
      17  shut-in wellhead pressure?
      18       A.     This is for the well integrity
      19  team.
      20       Q.     Okay.
      21       A.     As well as for the well capping
      22  team.
      23       Q.     Then why did you phrase it, I
      24  have a team running the numbers?
```

```
      25      A.      'Cause I asked them to run the
00374:01 numbers.  Somebody must have asked me.
      02      Q.      Okay.  So do you recall who
      03 asked you to ask Mix and --
      04      A.      No.
      05      Q.      -- Wild Well to -- did this
      06 often happen where you were asked to dole out
      07 modeling assignments?
```

Page 374:09 to 374:14

```
00374:09      A.      Well, this is just a
      10 calculation.  It's not really a model.
      11      Q.      Okay.  Well, how is it --
      12      A.      That's -- yeah.
      13      Q.      Okay.  What goes into the
      14 calculation, then?
```

Page 374:16 to 374:22

```
00374:16      A.      I don't recall.  It's just --
      17 it's volume-bled versus the -- yeah, I
      18 don't -- I don't know what the calculation
      19 was.
      20      Q.      Okay.  Do you remember what the
      21 calculation that Mix and Wild Well Control
      22 gave you?
```

Page 374:24 to 375:05

```
00374:24      A.      No, I don't.
      25      Q.      Do you know what modeling
00375:01 software they used?
      02      A.      No, I don't.
      03      Q.      Do you know what inputs they
      04 used?
      05      A.      No.
```

Page 390:21 to 391:09

```
00390:21        Q.      We are going to start off with
      22   some very riveting stuff this morning, which
      23   means that we're simply going to show you
      24   some documents --
      25        A.      Okay.
00391:01        Q.      -- to authenticate them.  In
      02   fact, we're going to start with a lot that
      03   you saw yesterday.  The first one is -- was
      04   previously marked as exhibit 8542.  It's an
      05   e-mail from Elaine Metcalf to you on
      06   Thursday, August 26th of 2010.  And that was
      07   after you had sent an e-mail the same day.
      08   And I'm just going to hand it back to you.
      09        A.      Okay.
```

Page 391:18 to 392:11

```
00391:18        Q.      At the time you wrote that
      19   e-mail, were you an employee of BP?
      20        A.      Yes.
      21        Q.      And that e-mail, to the best of
      22   your knowledge, was recorded on or about the
      23   date that's on the e-mail line -- or the --
      24   the date?
      25        A.      Yes.
00392:01        Q.      And you wrote that based on the
      02   knowledge that you had at the time?
      03        A.      As I previously stated, I -- I
      04   miswrote some of this.  It's not accurate.
      05        Q.      But you did write the words on
      06   the page at the time, correct?
      07        A.      Yes.
      08        Q.      Whether or not they're -- you
      09   believe them to be correct today, at that
      10   time, that is what you wrote?
      11        A.      Yes.
```

Page 392:19 to 392:24

```
00392:19        Q.      Let me rephrase it.
      20                You were working for BP at the
      21   time you -- you wrote that e-mail, correct?
      22        A.      Yes.
      23        Q.      And the e-mail relates to work
      24   you were doing for BP?
```

Page 393:01 to 396:16

```
00393:01        Q.      Or had done for BP?
      02        A.      Had done for BP.
      03        Q.      Correct?
```

```
04          A.      Correct.
05          Q.      Okay.  I want to show you
06 another e-mail.  You can hand that one to the
07 reporter.
08                  It was marked yesterday as
09 exhibit 11232.  It's an e-mail from Jim
10 Wellings to several recipients.  The subject
11 was, thanks for the good work, BOP-on-BOP
12 capping stack team.  And you sent it on
13 Sunday, May 30th of 2010.  I'll hand it back
14 to you.  You can look at it.
15                  Generally yesterday, the
16 testimony was that was the e-mail that you
17 sent to your team basically telling them that
18 the BOP-on-BOP strategy was being abandoned.
19                  Do you remember referring to
20 that e-mail yesterday?
21          A.      Uh-huh.
22          Q.      Were you an employee of BP at
23 the time that you wrote that e-mail?
24          A.      Yes.
25          Q.      Was that e-mail written or
00394:01 recorded on or about the date of May 30th,
02 2010?
03          A.      Yes.
04          Q.      You wrote that e-mail based on
05 your knowledge of the events at that time?
06          A.      Yes.
07          Q.      And you wrote that e-mail in the
08 ordinary course of your workings with BP at
09 the --
10          A.      Yes.
11          Q.      -- time?
12          A.      Yes.
13          Q.      Okay.  We'll show you the next
14 one.  It was marked yesterday as
15 exhibit 11230, an e-mail from you to Charlie
16 Holt and Mark Patteson with the subject,
17 update on DD-II BOP on BOP and capping stack.
18 It was sent May 12th, 2010.  Hand that one to
19 you.  Take a second to look it over.
20                  Do you remember discussing that
21 e-mail yesterday?
22          A.      Yes.
23          Q.      Was that e-mail written by you?
24          A.      Yes.
25          Q.      And you worked for BP at the
00395:01 time?
02          A.      Yes.
03          Q.      And it was written during May of
04 2010?
05          A.      Yes.
06          Q.      And it -- the subject -- or the
07 words that you were -- wrote were based on
08 your knowledge of working at BP?
```

```
09        A.      Yes.
10        Q.      And you wrote that based on the
11  work that you were doing for BP at the time?
12        A.      Yes.
13        Q.      Okay.  I'll hand you the next
14  one.  It was marked yesterday as
15  exhibit 11231.  It is an e-mail from David
16  Clarkson, and you are one of the persons on
17  the e-mail.  It was sent on May the 30th,
18  2010 and the subject is containment schedule.
19              And just as background, this is
20  the e-mail that said, and I'm quoting, please
21  note that as we have made the decision not to
22  go BOP on BOP, we'll remove that from the
23  next issue of the schedule?
24              I'm going to hand that to you.
25  You can just look it over.
00396:01        A.      Okay.
02        Q.      Do you remember discussing that
03  e-mail yesterday?
04        A.      Yes.
05        Q.      Were you an employee of BP on
06  May the 30th, 2010?
07        A.      Yes.
08        Q.      You did not write that e-mail,
09  correct?
10        A.      Correct.
11        Q.      But you received it from the
12  author, David Clarkson?
13        A.      Yes, I received it.
14        Q.      And the subject of that e-mail
15  was regarding work that BP was doing on
16  source control at the time, correct?
```

Page 396:18 to 396:22

```
00396:18        A.      It was on containment --
19  containment schedule, yes.
20        Q.      And David Clarkson was part of
21  the containment or source control team, for
22  lack of a better term?
```

Page 396:24 to 397:04

```
00396:24        A.      I believe he was over all the --
25  the different teams, not only source control.
00397:01        Q.      And David Clarkson would have
02  had knowledge of the decision to remove BOP
03  on BOP as an option for source control or
04  containment?
```

Page 397:06 to 397:21

00397:06        A.      I don't know that.
      07        Q.      You had knowledge that on the
      08 date of May the 30th, that BOP on BOP was
      09 removed as an option for source control and
      10 containment?
      11        A.      I don't know that, either.
      12        Q.      What day did you find out that
      13 BOP on BOP was removed as an option for
      14 controlling the source?
      15        A.      I mean, I recall that we weren't
      16 going ahead with it, but as far as in the
      17 future whether we would come back to that
      18 option, I don't know.
      19        Q.      Okay.  Was that e-mail sent to
      20 you as part of your duties as the capping
      21 stack and/or BOP-on-BOP team leader?


Page 397:23 to 398:11

00397:23        A.      Yes.
      24        Q.      Okay.  You can hand that one to
      25 the reporter.
00398:01 I'm going to hand you the four
      02 logbooks that you looked at yesterday.  They
      03 were marked exhibits 11237, 11238, 11239, and
      04 11240.  If you'll just take a minute or two
      05 and flip through and, again, just ensure that
      06 that is, indeed, your handwriting in each of
      07 those books.
      08        A.      Yes, that's my handwriting.
      09        Q.      You kept these logbooks as part
      10 of your duties for BP during the source
      11 control and containment effort, correct?


Page 398:13 to 401:05

00398:13        A.      Yes.
      14        Q.      You were informed that --
      15        MR. MAZE:  Strike that.
      16        Q.      You were asked to preserve these
      17 notes by someone at BP, correct?
      18        A.      Yes.
      19        Q.      And, in fact, the first line, if
      20 you want to look at the cover on one of them,
      21 was, the responder logbook is designed to
      22 assist you in organizing and preserving your
      23 notes during an incident or drill.
      24               Did I read that correctly?
      25        A.      Yes.
00399:01        Q.      So you understood that you had a
      02 duty to preserve these notes?
      03        MR. BENTSEN:  Objection, form.
      04        Q.      Correct?
      05        A.      Yes.

```
06        Q.      You also knew that these notes
07 could become public, correct?
08        A.      Yes.
09        Q.      And these logbooks were kept as
10 part of your duties working for BP between
11 April and, I believe it was, August of 2010?
12        A.      Yes.
13        Q.      All right.  I want you to look
14 at -- I just only have one question as a
15 follow-up for yesterday.  And it's the one
16 that has the date of 19 May on the top.
17        A.      Okay.
18        Q.      And I don't have the number.
19 It's probably the second one.  So it's
20 probably 1123 --
21        A.      38.
22        Q.      -- 38.
23        A.      Yeah.
24        Q.      All right.  If you'll turn to
25 Bates page at the bottom, 15 -- of course, on
00400:01 my copy it's cut off.  It's the one that has
02 the date of May 27th.  It's on the backside
03 of one of the pages.
04        A.      Okay.
05        Q.      Okay.  I'm just going to read
06 part of it and ask you if I read it
07 correctly.
08            May 27th, kill fails.  Areas of
09 accountability.  Number 1, cut riser.
10 Number 2, top cap over LMRP.  Number 3, prep
11 DD-II BOP.  Number 4, DEV, period, project X.
12            Did I read that correctly?
13        A.      Yes.
14        Q.      So on May the 27th, which is the
15 day the top kill fails, you were -- or
16 someone was instructed to prepare the DD-II
17 BOP; is that correct?
18        MR. BENTSEN:  Objection, form.
19        A.      That's what the note indicates,
20 yes.
21        Q.      And based on your testimony
22 yesterday, it would appear that the decision
23 to remove the BOP-on-BOP method would have
24 been May the 30th; is that correct?
25        A.      Insofar as we weren't going
00401:01 ahead with that method, yes.
02        Q.      So my question is, there was a
03 period of time after which the top kill
04 failed in which BOP-on-BOP option was still
05 on the table?
```

Page 401:07 to 401:07

```
00401:07        A.      Yeah, that appears so.
```

Page 401:18 to 403:07

00401:18   (Exhibit Number 11254 marked.)
      19        A.    Okay.
      20        Q.    Okay.  This is an e-mail chain.
      21        MR. MAZE:  I'll hand this to the
      22   reporter.
      23        Q.    This is an e-mail chain that
      24   starts on Friday, May the 7th of 2010, with
      25   an e-mail from yourself to Charlie Holt.  And
00402:01   I'm just going to read the e-mail that you
      02   wrote.
      03              Subject, capping stack deployed
      04   from Q4000.  No show-stoppers.  Their crane
      05   can pull the LMRP and multipurpose tower,
      06   MPT, can have the stack ready to stab.  Need
      07   IWOCs rental item, which we can get.  We
      08   would not run the perforated riser joint.  We
      09   would sling the capping stack below close
      10   ended drill pipe using upside down elevator
      11   and slings.
      12              Did I read that correctly?
      13        A.    Yes.
      14        Q.    Okay.  Were you an employee of
      15   BP when you wrote this e-mail?
      16        A.    Yes.
      17        Q.    Was Charlie Holt an employee of
      18   BP when this e-mail was written?
      19        A.    Yes.
      20        Q.    Was it written or recorded near
      21   the date of May the 7th, 2010?
      22        A.    Yes.
      23        Q.    The body of the e-mail, was it
      24   based on your knowledge of events that was
      25   going on while you were working for BP?
00403:01        A.    Yeah, this was look -- this was
      02   based on looking at other options to deploy
      03   the -- the capping stack.
      04        Q.    Okay.  And you wrote this in the
      05   ordinary course of your business of working
      06   for BP on the capping stack?
      07        A.    Yes.


Page 403:09 to 404:11

00403:09   tab 83.  There's going to be -- there should
      10   be an e-mail at the front and then some
      11   documents behind it.
      12              Do you see that in your --
      13        A.    I've got one page in tab 83.
      14        Q.    Okay.  And it's an e-mail from
      15   you to Lain Sneddon?
      16        A.    Yes.
      17        Q.    Okay.  You know what?  We're

```
18    going to skip that one.  We'll come back to
19    it later.
20         A.     Okay.
21         Q.     All right.  Go ahead and turn to
22    84.
23         A.     Okay.
24         Q.     All right.  Tab 84 should be an
25    e-mail from Cynthia Holik to you on Monday,
00404:01    April 26th, 2010.
02                Do you see that e-mail?
03         A.     Yes.
04         Q.     And there should be a tab behind
05    which there is several diagrams.
06         A.     Okay.
07         Q.     If you want to, just take a
08    moment to look over those diagrams.
09                All right.  Have you reviewed
10    it?
11         A.     Yes.
```

Page 404:14 to 404:14

```
00404:14  (Exhibit Number 11256 marked.)
```

Page 404:17 to 405:15

```
00404:17        Q.     At the time this e-mail was
18    written to you, were you an employee -- an
19    employee of BP?
20         A.     Yes.
21         Q.     Did you receive this e-mail on
22    or about April 26th of 2010?
23         A.     I don't recall the e-mail, but
24    it says that I received it on the 26th.
25         Q.     Do you know who Cynthia Holik
00405:01  is?
02         A.     I do not.
03         Q.     Do you know why this would have
04    been sent to you?
05         A.     I believe at the time, I was
06    transitioning to the capping team.  I was in
07    the resource group.  I'm not sure the exact
08    day I switched over, but I would assume it
09    was sent to me for -- for general
10    information.
11         Q.     And that information would be
12    because you were -- or that would have been
13    in furtherance of your role in BP's ongoing
14    source control efforts?
15         A.     Yes.
```

Page 405:17 to 405:23

```
00405:17        Q.      And you would have been
       18  authorized to receive this e-mail, correct?
       19        A.      Yes.
       20        Q.      And this would have been sent to
       21  you in the ordinary course of the work you
       22  were doing for BP at the time?
       23        A.      Yes.
```

Page 406:25 to 406:25

```
00406:25  (Exhibit Number 11257 marked.)
```

Page 407:03 to 408:15

```
00407:03        Q.      And I took this off of BP's
       04  web page.  It's -- it's under a tab on the
       05  web page called prevention and capping.  And
       06  if you'll turn to the second page, I'm going
       07  to read starting where it stays capping and
       08  containment, and just ask you if I read this
       09  correctly.
       10                Capping and containment.
       11  Containment, including the ability both -- to
       12  both cap the well and collect oil that has
       13  escaped, plays a pivotal role in being
       14  prepared to respond to any potential
       15  incident.  We have created a deepwater well
       16  capping package that can be transported by
       17  air anywhere BP has operations around the
       18  world.
       19                Mobil well cap for BP
       20  operations.  The Mobil deepwater well capping
       21  package includes about 250 pieces of
       22  specialized equipment, including the
       23  deepwater well cap, remote operating vehicle
       24  intervention system, subsea dispersant
       25  injection equipment, subsea debris removal
00408:01  equipment and crossover adapters maintained
       02  in a constant state of readiness in Houston.
       03  It is designed to be deployed and arrive
       04  wherever it is needed in just a few days.
       05                Before drilling a deepwater
       06  well, our regional drilling teams will supply
       07  and have on-call additional equipment,
       08  vessels, and procedures required to deploy
       09  the deepwater well cap and tooling package.
       10                Did I read that correctly?
       11        A.      Yes.  Yes, you did.
       12        Q.      After your work on the Macondo
       13  well, did you provide any work, input,
       14  advice, or otherwise, any work on BP's global
       15  deepwater well capping tooling package?
```

Page 408:17 to 410:13

```
00408:17       A.     Let's see.  I remember providing
      18  some information to one of the engineers on
      19  BOP-on-BOP solutions.
      20       Q.     Okay.
      21       A.     The rest of that was developed
      22  by another -- another team, the rest of this,
      23  what you're looking at.
      24       Q.     My understanding of the -- the
      25  global deepwater well cap -- and you can
00409:01  correct me if I'm wrong -- is BP has a
      02  prefabricated capping stack in Houston that
      03  is ready to deploy anywhere in the world by
      04  airplane should another deepwater blowout
      05  occur; is that correct?
      06       A.     Yes.  It's actually seven
      07  airplane loads.
      08       Q.     Right.  Because it's very heavy,
      09  obviously.
      10       A.     And there's a lot of equipment,
      11  obviously.
      12       Q.     It -- my understanding from
      13  reading the website is that before you can
      14  drill a deepwater well, the regional drill
      15  teams will supply and have on-call additional
      16  equipment required to deploy, if necessary;
      17  is that right?
      18       A.     Yes.
      19       Q.     Explain to me what that means
      20  for you as a team leader in Brazil.
      21       A.     That means we have to have a
      22  coil tubing unit on standby full time to be
      23  able to do subsea dispersant injection.
      24  We -- we have to identify and have agreements
      25  to use vessels to support a -- a 48-hour
00410:01  response during which time we would fly the
      02  equipment from Houston into Brazil to -- to
      03  cap and help in the containment operations.
      04  We also have booms, skimmers, full time on
      05  standby in Brazil.
      06       Q.     Have you run any -- first of
      07  all, have you done all of that for the well
      08  that you're preparing in Brazil?
      09       A.     Yes.  We also have done relief
      10  well contingencies.
      11       Q.     Were you doing that as part of
      12  BP Global before the Macondo incident, or is
      13  this all as a result of the Macondo incident?
```

Page 410:15 to 411:03

```
00410:15       A.     We were doing relief well
      16  contingency planning and surface containment
      17  planning and equipment, dispersant, that type
```

```
18  stuff, prior to Macondo.
19       Q.      Right.
20               And what we've added now is this
21  global well cap system?
22       A.      Correct.
23       Q.      Correct me if I'm wrong:  It
24  seems as though there are pieces or equipment
25  that are on standby to take this
00411:01  prefabricated capping stack and be able to
02  apply it to individual wells all over the
03  world; is that right?
```

Page 411:05 to 411:23

```
00411:05     A.      Correct.
06       Q.      You talk about a 48-hour
07  response time during which we would fly the
08  equipment from Houston to Brazil.  I just
09  want to ask a hypothetical.
10               Assuming that when your well is
11  ready in Brazil, a blowout occurred.
12               What would be the first step?
13       A.      The first -- well, it -- it
14  depends on if the -- the rig was viable in
15  terms of ROV intervention on a BOP stack.  If
16  it were not, we -- we have a -- have an ROV
17  vessel come in and start response to try to
18  function the -- function close the -- the BOP
19  stack.  That is the 48-hour response, along
20  with subsea dispersant.
21               The -- the cap, it's about six
22  days to get it on the ground, and then to
23  custom it out to the rig is another two days.
```

Page 412:03 to 412:05

```
00412:03     Q.      Would it be flying in the air
04  during the two days in which you tried to
05  intervene the BOP with an ROV?
```

Page 412:07 to 413:05

```
00412:07     A.      It would be mobilized
08  immediately after the blowout occurred.
09       Q.      So eight days after the blowout,
10  you could have the global deepwater well cap
11  out to the well in Brazil?  You said it took
12  six days to fly it down there and two days to
13  get it out.
14       A.      Through Customs -- well, it goes
15  through Customs, yeah.  Then put it on
16  vessels and -- and ship it out.  Yeah, that
17  sounds reasonable.
```

```
18        Q.     Okay.  So about eight days to
19  get it out to the well?
20        A.     Customs is -- yeah, that can be
21  an extra two weeks, to be quite honest with
22  you.
23        Q.     Sure.  It just depends on --
24        A.     It depends on the scenario and
25  the -- the mood of the government at the
00413:01  time, I guess.
02        Q.     If we were to use one of those
03  in the United States, though, we wouldn't
04  have the Customs problem?
05        A.     No.  It's in Houston, actually.
```

## Page 413:08 to 419:19

```
00413:08  difficulties would it be to individualize the
09  capping stack with this standby equipment
10  that you were talking about?
11        MR. BENTSEN:  Objection, form.
12        A.     I don't understand that
13  question.
14        Q.     Well, let me start from the
15  beginning.
16               The capping stack that sits in
17  Houston, would it be ready to drop on any
18  well in the world the moment it got out
19  there?
20        MR. BENTSEN:  Objection, form.
21        A.     It just depends on -- you know,
22  there's lots of different variables in terms
23  of which -- which connector you're trying to
24  connect to on the BOP stack, whether you
25  remove the LMRP.  I mean, all the different
00414:01  connector options are available.  So there
02  would be, you know, time to do the change-out
03  and then go through all the pressure testing
04  and function testing of the -- of the cap.
05        Q.     And these are things that you
06  drill for ahead of time, correct?
07        A.     Excuse me?
08        Q.     These are -- these are
09  contingencies that you drill for ahead of
10  time?
11        A.     I don't understand drill for.
12        Q.     The different -- the different
13  options.  Do -- well, let's go to the --
14        A.     Plan for?  Is that what
15  you're --
16        Q.     Yeah, plan for.
17        A.     That's planned, yes.
18        Q.     Okay.  Have you ever actually
19  run a drill in which --
20        A.     What drill?
21        Q.     Let's -- let's assume --
```

```
22        A.      Yes.
23        Q.      Like a fire drill.  Have you
24  ever done a drill in which we assume that
25  there is a -- a blowout under sea and BP
00415:01  flies the capping stack out just to test how
02  long it would take?
03        MR. BENTSEN:  Objection, form.
04        A.      We've done tabletop drills with
05  the Brazilian authorities and -- and BP in
06  Brazil.  We've never actually flown it to
07  Brazil and got it through Customs --
08        Q.      Right.
09        A.      -- and seen how long that would
10  take.
11        Q.      In the tabletop exercise, how
12  long did it take to get it out to the well?
13        MR. BENTSEN:  Objection, form.
14        A.      Six days to get in country and
15  then two days, as I discussed.  We just did
16  that back in August of last year.
17        Q.      Okay.
18        MR. MAZE:  I'm going to mark another
19  exhibit.  It's going to be 11258.
20        (Exhibit Number 11258 marked.)
21        MR. MAZE:  Two for counsel.
22        Q.      I also pulled this from the BP
23  website.  It's a PowerPoint presentation
24  called Advancing Global Deepwater
25  Capabilities.  I'll give you a few moments
00416:01  to -- to flip through it, if you like.
02  Specifically, we're going to be looking at
03  page 10.  I'm not going to ask you any
04  questions on other pages, but if you want to
05  look through it, you can.
06        A.      I've seen this.  Okay.
07        Q.      Okay.  You have seen this.
08                Explain to me where you've seen
09  it.
10        A.      This was distributed some time
11  ago to -- internally and externally, I guess,
12  on BP if they've got it on their website.
13  It's just basically an overall summary of our
14  response capabilities.
15        Q.      This is post Macondo response
16  capabilities?
17        A.      Correct.
18        Q.      Looking at page 10, the title of
19  the page is Containment - BOP Global
20  Deepwater Well Cap and Tooling Package.  And
21  I'm just going to keep reading.
22                The BP global deepwater well cap
23  and tooling package can be flown anywhere BP
24  operates.  Approximately 250 pieces of
25  specialty equipment comprise the well cap and
00417:01  tooling package, including equipment for
```

```
02  dispersing oil and removing debris.
03            Did I read the words correctly?
04      A.    Yes.
05      Q.    And on the page is pictures of
06  the subsea tooling package, which are the
07  individual pieces, the well cap itself, and
08  then a well cap adaptor; is that correct?
09  MR. BENTSEN:  Objection, form.
10      A.    Yes.
11      Q.    Have you actually seen this
12  system in person?
13      A.    I've seen pictures of it in the
14  yard, so, no.
15      Q.    Okay.  And this is the -- the
16  package that sits in Houston presently?
17      A.    I don't know that for sure.
18      Q.    Okay.
19      A.    We have several packages around
20  the world.
21      Q.    Where are the other packages
22  located?
23      A.    We've got one dedicated, as I
24  understand it, for the Gulf of Mexico.  And
25  then this cap that I have access to in Brazil
00418:01  is shared with, I believe, Brazil and maybe
02  Angola, but I'm not sure about that.  And I
03  believe we have one in the North Sea, as
04  well.
05      Q.    Okay.
06      A.    Wherever we're doing deepwater
07  operations.
08      Q.    Does this slide accurately
09  depict BP's present global deepwater well cap
10  and tooling package?
11  MR. BENTSEN:  Objection, form.
12      A.    Yeah, I'm not sure what date you
13  printed this out.  It may have -- they may
14  have added stuff to it --
15      Q.    Okay.
16      A.    -- additional contingencies.  So
17  I can't verify that.
18      Q.    Just for the record, I printed
19  this off of BP's website this morning at
20  8:00 a.m.
21      A.    Okay.  Did it say when it was
22  last updated?
23      Q.    I -- I do not know that.
24      A.    Okay.
25      Q.    Okay.  You can hand that one to
00419:01  the court reporter.  I'm going to mark
02  another exhibit, 11259.
03            (Exhibit Number 11259 marked.)
04      Q.    This is an article written by
05  Forbes magazine -- I'll hand you the copy
06  with a sticker on it -- written on May the
```

```
07  8th of 2012.  I'm going to give you two or
08  three minutes.  You can go ahead and -- have
09  you ever seen this article before?
10       A.     No.
11       Q.     Go ahead and take two or three
12  minutes and read through the article, and
13  then I'll ask you specific questions about
14  it.
15       A.     Okay.  I've read it.
16       Q.     Okay.  Does this article
17  accurately reflect your knowledge of BP's
18  global deepwater well cap and tooling
19  package?
```

Page 419:21 to 419:24

```
00419:21     A.     Well, it's a very generalized
22  article in terms of what the -- the package
23  actually consists of.  So in general terms,
24  yes, it does.
```

Page 420:05 to 420:08

```
00420:05     Q.     Just any that you -- as you read
06  through it, did you read anything that you
07  disagreed with as far as how the well cap and
08  tooling package works?
```

Page 420:11 to 420:19

```
00420:11  fasten around a gushing well pipe.  I don't
12  agree with that.
13       Q.     What would you say?
14       A.     You asked me if -- I don't know
15  what I'd say, but gushing well pipe is not an
16  accurate description.
17       Q.     How would you describe it?
18  MR. BENTSEN:  Objection, form.
19       A.     I wouldn't describe it as
```

Page 421:09 to 421:23

```
00421:09     Q.     As BP goes ever deeper and
10  farther out, however, it will need an even
11  bigger, tougher capping stack.  This one can
12  be effective on well pressures as high as
13  15,000 psi.  BP's big goal, as highlighted at
14  last week's Offshore Technology Conference,
15  is to make it routine to operate with
16  pressures of 20,000 psi.  BP has never been
17  more committed to deepwater, says Morrison.
18            Did I read that correctly?
19       A.     Yes.
```

```
    20      Q.      Morrison refers to Richard
    21 Morrison, VP of BP's global spill response
    22 group; is that correct?
    23      A.      Yes.
```

Page 422:05 to 422:08

```
00422:05      Q.      Is it accurate to say that as of
    06 May the 8th of 2012, BP's capping stack could
    07 be effective on well pressures as high as
    08 15,000 psi?
```

Page 422:10 to 423:02

```
00422:10      A.      Which paragraph is that?
    11      Q.      The same one that we just read.
    12 The second sentence says, this one can be
    13 effective on well pressures as high as
    14 15,000 psi.
    15      A.      I believe the existing one is
    16 rated at 15,000 psi.
    17      Q.      Okay.  I want to read the next
    18 paragraph.  Should coastal residents be
    19 worried?  Quote, there's still a lot of work
    20 to do, end quote, says Morrison.  But, quote,
    21 we're looking at risks at BP much differently
    22 than two years ago, end quote.
    23              Did I read that correctly?
    24      A.      Yes.
    25      Q.      Do you agree that BP looks at
00423:01 risks much differently today than it did two
    02 years ago?
```

Page 423:04 to 423:24

```
00423:04      A.      Well, I think we're adjusting
    05 the -- the risks of a deepwater blowout,
    06 as -- as indicated by the -- the equipment
    07 and procedures we have in place, you know,
    08 should this occur in the future.
    09      Q.      Okay.  If you'll go up two
    10 paragraphs, the one that starts with the word
    11 Morrison.
    12      A.      Okay.
    13      Q.      Morrison says the system cost
    14 $50 million to develop and was manufactured
    15 by BP and Cameron International.  That's a
    16 cheap insurance policy, considering BP's
    17 stated plans to keep investing more than
    18 $4 billion a year into the Gulf of Mexico.
    19              Did I read that correctly?
    20      A.      Yes.
    21      Q.      Prior to April the 20th, 2010,
```

```
          22   could BP have paid $50 million to develop and
          23   manufacture a global deepwater well cap and
          24   tooling package?
```

Page 424:01 to 424:05

```
00424:01        A.      I can't speak on behalf of BP on
       02   that.
       03        Q.      Do you think it would have been
       04   feasible to spend $50 million developing a
       05   global well capping package?
```

Page 424:07 to 424:07

```
00424:07        A.      Well, we've built one now.
```

Page 424:12 to 424:13

```
00424:12   Do you think you could have done
       13   the same thing before 2010 for $50 million?
```

Page 424:15 to 424:15

```
00424:15        A.      I don't know.
```

Page 425:01 to 425:05

```
00425:01        Q.      In your personal opinion, do you
       02   think it's feasible to spend $50 million out
       03   of 4 billion to create a well capping package
       04   so that if a blowout occurs, we will be
       05   prepared to cap it?
```

Page 425:07 to 425:13

```
00425:07        A.      Well, we've done that.
       08        Q.      You've done that after Macondo?
       09        A.      Correct.
       10        Q.      Do you know how much money BP
       11   spent on creating the capping stack that you
       12   were the team leader for during Macondo?
       13        A.      No, I do not.
```

Page 425:16 to 425:16

```
00425:16   (Exhibit Number 11260 marked.)
```

Page 425:19 to 425:22

```
00425:19        Q.      This is BP Exploration and
```

```
         20   Production's responses and objections to the
         21   United States of America's Phase 2 Cost
         22   Interrogatories.
```

Page 428:04 to 428:17

```
00428:04        Q.    All right.  There's a chart
      05   below that, the third -- the second line of
      06   which says BOP-on-BOP strategies, and it has
      07   the number 4,279,427.
      08              Did I read that correctly?
      09        A.    Yes.
      10        Q.    Right below that, capping stack,
      11   66,749,538.
      12              Did I read that correctly?
      13        A.    Yes.
      14        Q.    So combined, BP admits that it
      15   spent $70 million between April the 20th in
      16   2010 to about September the 20th, 2010; is
      17   that correct?
```

Page 428:19 to 429:06

```
00428:19        A.    I'm not familiar with this
      20   document or the numbers, so, I mean, I really
      21   can't speak to this.
      22        Q.    But that's what the document
      23   says.  If you add the two numbers together,
      24   66.7 and 4.2, BP says that it spent over
      25   $70 million on capping stack and BOP on BOP?
00429:01        A.    It's $70 million, yep.
      02        Q.    Knowing that BP spent
      03   $70 million on these two methods alone, would
      04   it have been feasible to spend $50 million
      05   making a global deepwater well capping and
      06   tooling package before April 20th, 2010?
```

Page 429:08 to 429:13

```
00429:08        A.    I don't know.
      09        Q.    So you can't say that BP could
      10   have paid $50 million before April the 20th,
      11   having knowledge that BP spent $70 million
      12   just on capping stack and BOP on BU -- BOP on
      13   BOP alone in 2010?
```

Page 429:15 to 429:16

```
00429:15        A.    That's correct, I can't say.
      16        Q.    Why can't you say?
```

Page 429:18 to 429:25

```
00429:18        A.      I'm not -- not familiar with
     19   this, and I'm not going to speak on behalf of
     20   BP.
     21        Q.      Speaking on your own personal
     22   behalf and not on behalf of BP, do you see
     23   anything that impaired or prevented BP from
     24   creating a deepwater well cap and tooling
     25   package before April of 2010?
```

Page 430:02 to 430:07

```
00430:02        A.      I don't have an opinion on that.
     03   I'm sorry.
     04        Q.      You can't name anything that
     05   would have prevented this tooling package and
     06   capping package from being created before
     07   2010?
```

Page 430:09 to 430:12

```
00430:09        A.      I don't have an opinion on this.
     10   I'm sorry.
     11        Q.      The money was obviously there,
     12   wasn't it?
```

Page 430:14 to 430:19

```
00430:14        A.      I don't have an opinion on that.
     15   I'm sorry.
     16        Q.      The technology, the actual
     17   knowledge of building a capping stack was
     18   there because one was built between April and
     19   August of 2010, correct?
```

Page 430:21 to 431:09

```
00430:21        A.      You're talking about the Macondo
     22   cap?
     23        Q.      Yes.
     24        A.      To my knowledge, that was the
     25   first one ever built.  We developed the
00431:01   technology as we went.
     02        Q.      And you told us yesterday that
     03   Wild Well Control came up with the idea
     04   within three days of finding out that the
     05   well was leaking, correct?
     06        A.      I told you that, yes.
     07        Q.      So the idea that capping stacks
     08   could be put on a seafloor was readily
     09   available?
```

```
Page 431:11 to 432:03

00431:11        A.      The idea, not the technology
      12 that we developed.
      13        Q.      And the technology was developed
      14 in a very short timespan, correct?
      15        A.      What's very short for the --
      16        Q.      Well, between April the 20th and
      17 July the 15th when the well was actually
      18 capped, your testimony would be that all that
      19 technology was put together for the first
      20 time, correct?
      21        A.      That was the first time a
      22 capping stack subsea had ever been built.
      23        Q.      And so it went from idea to
      24 being built in less than three months,
      25 correct?
00432:01        A.      Correct.
      02        Q.      And BP spent $70 million doing
      03 so, according to this document, correct?


Page 432:05 to 432:05

00432:05        A.      According to this document, yes.


Page 432:16 to 432:19

00432:16        Q.      And all the -- the capping stack
      17 that was created and put on Macondo in
      18 July 2010 was made out of existing pieces,
      19 correct?


Page 432:21 to 433:03

00432:21        A.      Existing rams.  We had to build
      22 the control systems, and the installation
      23 diverter system was new and also the hydrate
      24 mitigation system was new.
      25        Q.      And today much of that work, if
00433:01 not all of it, would be unnecessary because
      02 you have a capping stack sitting in Houston
      03 ready to deploy?


Page 433:05 to 433:05

00433:05        Q.      Correct?


Page 433:07 to 433:13

00433:07        A.      We have the capping stack ready
      08 to deploy, but it's unclear in certain
      09 situations whether it would -- would actually
```

```
10   be able to work on every -- every type of
11   situation.  There's so many variables.
12          Q.     But you could have it out to a
13   well in Brazil in eight days?
```

Page 433:15 to 433:19

```
00433:15       A.     That's our current estimate,
16   yeah.
17          Q.     So I would assume you could have
18   it out on a well in Louisiana in a lot less
19   than eight days?
```

Page 433:21 to 433:22

```
00433:21       A.     That's -- if that's your
22   assumption, yep.
```

Page 434:23 to 439:24

```
00434:23       Q.     By nature of going, you know,
24   down in the order, I'm going to repeat a lot
25   of the questions and topics you've heard, so
00435:01   I apologize for that.  It's probably mostly
02   due from my bad listening, but I'll try not
03   to repeat too much of what you've been --
04          A.     Okay.
05          Q.     -- asked about.
06             I want to confirm that you
07   reported to Charlie Holt and Mark Patteson --
08   Patteson.
09             Is that true?
10          A.     Initially, yes.
11          Q.     Okay.  And then, when did that
12   change?
13          A.     That would have changed, I
14   think, sometime around mid -- mid-May, maybe.
15          Q.     And why did it change?
16          A.     I'm not clear on the exact
17   dates.  That's when we -- they moved Richard
18   Lynch in charge of the overall response.  And
19   as I recall, they reorganized to where Mark
20   and -- and Charlie focused more on the top
21   kill, if you will.
22          Q.     So initially, as you've
23   explained it and Mr. Holt explained it,
24   Charlie Holt and Mark Patteson were -- were
25   in charge of and looking at the BOP-on-BOP
00436:01   option?
02          A.     Among other things, yes.
03          Q.     And as May 2010 progressed, they
04   were moved to the top kill?
05          A.     Correct.
```

```
06          Q.     And you remained -- even though
07   they were moved, you remained in charge of
08   the well capping team, and one of the main
09   jobs of the well capping team was the BOP on
10   BOP?
11          A.     Correct.
12          Q.     And that remained your focus
13   until May 30th, 2010 when the BOP on BOP was
14   abandoned; is that true?
15          A.     I wouldn't use the word
16   abandoned.
17          Q.     It was discontinued as an
18   option?
19          A.     It was -- I would say it was not
20   the next option, but I don't think it was
21   ever abandoned.  It was there to -- in the
22   event in the future we ever wanted to use it.
23          Q.     Okay.  We'll get into that.
24          After May 30th, what was your
25   primary focus?
00437:01          A.     I was focused on the Q4000,
02   getting it out to -- have the production
03   flaring equipment installed on it and -- and
04   connecting it to the HORIZON choke line
05   manifold -- I believe it was choke; I can't
06   remember if it was choke or kill line -- to
07   do production and flaring.
08          Q.     At the time you were put in
09   charge of the well capping team, what was
10   your position and responsibility at BP?
11          A.     I was the wells team leader
12   planning the deepwater operation for offshore
13   Colombia.
14          Q.     And at that point, how long had
15   you been with BP?
16          A.     Let's see.  AMOCO 19 years, then
17   we merged 2010.  Three -- 30 years.
18          Q.     Did you consider yourself at the
19   time, an expert in the operation of BOPs?
20          A.     Not an expert, no.
21          Q.     Was your knowledge of BOPs the
22   reason you were put in charge of the well
23   capping team, if you know?
24          A.     I was put in charge of the well
25   capping team due to my organizational skills
00438:01   and my ability to lead teams of diverse
02   people.  That's basically what I've been
03   doing for most of my career.
04          Q.     And to get the expertise you
05   needed on your well capping team, you brought
06   in people --
07          A.     True.
08          Q.     -- including people from
09   Transocean and from Cameron?
10          A.     Correct.
```

```
11        Q.     As I understood it, the
12   ENTERPRISE was initially looked at to use its
13   BOP for the BOP-on-BOP option, right?
14        A.     Correct.
15        Q.     You've testified to that, and a
16   lot of people have?
17        A.     Yes, uh-huh.
18        Q.     And that idea was, to use the
19   word again, abandoned, and the equipment was
20   switched to the DD-II?
21        A.     Yes.  The equipment was
22   switched -- or the rig of choice was switched
23   to the DD-II, yes.
24        Q.     And that's because someone made
25   the decision that the ENTERPRISE should go
00439:01  and work on containment options?
02        A.     Correct.
03        Q.     And was Andy Inglis the person
04   who made that decision?
05        A.     I honestly don't know who made
06   the decision.
07        Q.     Mr. Holt told me that Mark
08   Patteson and Mr. Dupree and Mr. Lynch made
09   most of the decisions as it related to the
10   BOP-on-BOP.
11               Do you agree with that
12   testimony?
13        A.     Who -- who did he say?
14        Q.     He said Mr. Dupree, Mr. Lynch,
15   and Mr. Patteson.
16        A.     Most of the decisions on BOP on
17   BOP, what -- meaning what?
18        Q.     Well, what equipment are you
19   going to use?  Is it going to be the number
20   one priority?  Are you going to discontinue
21   looking at that as an option?  Those
22   decisions, he said, were made by these three
23   men.
24               Do you agree with that?
```

Page 440:01 to 440:10

```
00440:01       A.     That's something I don't know.
02   I honestly don't know who made the decisions.
03        Q.     Was it you making the decisions
04   about moving the ENTERPRISE on to the -- to
05   do containment options?
06        A.     No.
07        Q.     Was it you who made the decision
08   to prioritize top kill over BOP on BO -- BOP
09   on BOP?
10        A.     No.
```

Page 440:12 to 441:04

```
00440:12        Q.    Was it you who made the decision
      13  to no longer pursue BOP on BOP at
      14  approximately May 30th, 2010?
      15        A.    No, it wasn't me.
      16        Q.    And if I'm understanding you,
      17  you don't know who made those decisions?
      18        A.    That's correct, I don't know.
      19        Q.    At the time, did you know and
      20  you don't remember as you sit here today?
      21        A.    Yeah, I -- I don't know.
      22        Q.    Well, which is it?  Did -- did
      23  you know it at one point and you don't
      24  remember as you sit here?
      25        A.    I don't know.
00441:01        Q.    Do you agree that the ENTERPRISE
      02  BOP had venting options that would have
      03  controlled back pressure had it been used to
      04  cap the well?
```

Page 441:06 to 442:15

```
00441:06        A.    We were never looking at venting
      07  options at that time.
      08        Q.    Why not?
      09        A.    Because we weren't asked to.
      10        Q.    Did -- did you know early in May
      11  that back pressure was going to be a problem,
      12  it was A concern, it was a risk you had to
      13  deal with, with the BOP on BOP?
      14        A.    That was never discussed in
      15  early May.
      16        Q.    Okay.  But you did become part
      17  of an effort -- I've seen an -- a May 18th
      18  e-mail, I think, from you where you started
      19  looking at venting options for the BOP on
      20  BOP.
      21        A.    Correct.
      22        Q.    When did that begin?  When did
      23  that effort begin?
      24        A.    Sometime around that date, I
      25  assume.
00442:01        Q.    Okay.  And back to my question:
      02  It was possible for the -- the ENTERPRISE BOP
      03  to vent, given the choke and kill lines
      04  and -- and the options it had to do those
      05  type of activities; is that true?
      06        A.    Well, the vent we were looking
      07  at was a subsea choke, so that could have
      08  been installed on the ENTERPRISE.
      09        Q.    And the same options were
      10  available when the DD-II was put forward as
      11  the BOP -- to be used BOP on BOP?
      12        A.    Correct.
      13        Q.    Had the ENTERPRISE not been
```

```
          14  transferred to containment options, when
          15  would it have been ready to go?
```

Page 442:17 to 444:06

```
00442:17        A.     Well, as I remember, we -- we
       18  hadn't gone through the -- the BOP testing.
       19  There was no vent option on it.  We had -- we
       20  hadn't finished the -- the final procedures
       21  for approval.  There was still quite a bit of
       22  work to do.
       23             I -- I would assume it took us,
       24  for the DD-II, to the end of May to -- to get
       25  the vent on there, and then we still got
00443:01  issues with pressure testing that.  So I
       02  don't know when it would have been ready.
       03        Q.     Did you --
       04        A.     There's too many variables
       05  involved as you go forward from -- from, we
       06  have a plan, it's feasible, let's go ahead
       07  and implement it.  There's lots of other
       08  steps in there that we had to do to get it
       09  ready to actually install.  So I'd -- I'd be
       10  guessing if I told you.
       11        Q.     Let me ask you some questions
       12  about exhibit 11230.  It was marked
       13  yesterday.
       14             Do you have a copy there in
       15  front of you?
       16        MR. BENTSEN:  Do you know which tab it
       17  was?
       18        MR. BAAY:  No idea.
       19        MR. BENTSEN:  Mind if I just take a
       20  quick look at it, then?
       21        MR. BAAY:  Yeah.  Yeah.  Let me just do
       22  this, then.
       23        Q.     Okay.  So this is a -- a May 12
       24  e-mail -- May 12th, 2010 e-mail from you to
       25  Charlie Holt and Mark Patteson.  And Mr. Barr
00444:01  asked you questions about it.
       02             Point 5, is the ENTERPRISE
       03  option BOP on BOP ready to go?
       04        A.     Right.
       05        Q.     From my listening skills
       06  yesterday, you -- you backed away from that.
```

Page 444:08 to 445:16

```
00444:08        A.     No, I think I explained that
       09  the -- the concept and the equipment and the
       10  feasibility had been assessed and it's ready
       11  to go to the install phase, which involved
       12  several other steps to get it ready to
       13  actually install.
```

```
14          Q.      Okay.  But you really don't say
15  that there, do you?  You -- you --
16          A.      No, I don't say that there.
17                  But I do say there's -- we're
18  preparing for peer review on Thursday
19  afternoon.  And then this is talking about
20  the ENTERPRISE leaving and using the DD-II --
21  II.  So, yeah.
22          Q.      Okay.  So back to my question:
23  If the ENTERPRISE had not been pulled for
24  containment, what is the date you think it
25  would have been ready?
00445:01        A.      Which date was that?
   02          Q.      This is May 12th, 2010.
   03          A.      12th.  Let's see.  Given the
   04  fact that we had to go through BOP testing,
   05  get the final procedure ready, get the LMRP
   06  procedure -- removal procedure approved, I'm
   07  guessing two to three weeks.
   08          Q.      Two to three weeks from
   09  May 12th?
   10          A.      Yes.
   11          Q.      And you also were asked the
   12  question, did the decision to move it to the
   13  DD-II delay things.
   14          A.      Correct.
   15          Q.      And your answer was that it did
   16  delay things.
```

Page 445:18 to 445:25

```
00445:18        Q.      Am I remembering that correctly?
   19          A.      I believe I said we could have
   20  done a lot of that work simultaneously off
   21  the critical path while we were moving
   22  forward to the install.
   23          Q.      Okay.  But, fundamentally, it
   24  did delay things when you switched from the
   25  ENTERPRISE to the DD-II?
```

Page 446:02 to 446:14

```
00446:02        A.      Fundamentally, I'm not sure what
   03  you mean by that.
   04          Q.      Well, looking back at this
   05  exhibit we've been spending time with, 11230,
   06  point 6, you say to your bosses that all of
   07  that work would have to be redone because
   08  you're making the switch to the DD-II.
   09          A.      Uh-huh.
   10          Q.      And because work has to be
   11  redone, then as a matter of fact --
   12          A.      Uh-huh.
   13          Q.      -- as a matter of common sense,
```

```
        14   it did delay the path?


Page 446:16 to 448:19

00446:16         A.      Well, as I explained, is -- is
      17   the -- the -- most of that could have been
      18   done off critical path, if you understand
      19   what off critical path means.
      20              It means you're doing that as
      21   you're moving forward to do the install,
      22   because the similarities in the BOP and the
      23   procedures are basically identical because of
      24   the type of rig it is.  So the majority of
      25   that work would not have affected the
00447:01   critical path of actually installing the BOP.
      02         Q.      So help me out.
      03              You think there was no delay
      04   because of the switch?
      05         A.      I think there'd be very little.
      06         Q.      Can you put it in terms of days?
      07         A.      Maybe a couple of days.
      08         Q.      So you think the switch from the
      09   ENTERPRISE to the DD-II caused a couple of
      10   days' delay?
      11         A.      Possibly.
      12         Q.      And, again, you didn't make that
      13   decision to bring in the DD-II?
      14         A.      No, I did not.
      15         Q.      And you don't know who did?
      16         A.      I do not.
      17         Q.      Do you understand that at the
      18   point the top kill failed, BP advertised to
      19   the world that it was not pursuing the BOP on
      20   BOP because it was concerned about well
      21   integrity?
      22         MR. BENTSEN:  Objection, form.
      23         A.      I recall that.
      24         Q.      And, specifically, it said that
      25   there might be a chance that we ruptured the
00448:01   burst discs?
      02         MR. BENTSEN:  Objection, form.
      03         A.      I recall that from yesterday,
      04   yes.
      05         Q.      And do you agree that's the
      06   reason that you stopped considering the BOP
      07   on BOP as an option?
      08         MR. BENTSEN:  Objection, form.
      09         A.      I don't honestly don't know why
      10   the decision -- why that decision was made.
      11         Q.      Is it something you agreed with?
      12         A.      Something I agreed with.
      13         Q.      Let me be more specific.
      14              There was clearly, through all
      15   the documents we've seen, a decision by BP
      16   not to pursue the BOP on BOP after the top
```

```
17    kill failed.
18              Did you agree with that decision
19    not to go forward with it?
```

Page 448:21 to 449:10

```
00448:21        A.    My charge was to develop the
      22    technology, get the procedures together and
      23    be prepared to implement whatever solution
      24    was selected.
      25              Whether I agreed or disagreed,
00449:01    I -- I don't really have an opinion on that.
      02        Q.    But at the time, you must have
      03    felt strong -- I mean, this was an option you
      04    were pursuing --
      05        A.    Right.
      06        Q.    -- and putting your energies
      07    into and having your team pursue.
      08              Surely, you had an opinion at
      09    the time when BP said, we're not going to
      10    chase it anymore?
```

Page 449:12 to 450:12

```
00449:12        A.    Well, I -- I wasn't really
      13    involved with all the other issues around
      14    wellbore integrity.  I -- I wasn't in the --
      15    in the know in -- in all that.  So I assumed
      16    that the -- the decision to move forward with
      17    another option was based on the bigger
      18    picture in terms of the whole containment
      19    scheme.  I mean, we had I don't know how many
      20    different options working in terms of
      21    containment.  There was the capping stack and
      22    the BOP on BOP.  There was another well cap.
      23    There was the freestanding riser for
      24    containment and production.
      25              So, I mean, I'm not -- I wasn't
00450:01    looking at the whole picture.  I was
      02    looking -- focused on BOP on BOP and the
      03    capping stack.
      04        Q.    That's what I'm focused on.
      05        A.    Correct.
      06        Q.    So, surely, someone at BP came
      07    to you and said, we're going to demote the
      08    BOP on BOP as of this time 'cause the top
      09    kill just failed and we don't think the well
      10    is -- has integrity at this point.
      11              Surely, someone consulted you on
      12    that decision?
```

Page 450:14 to 451:15

```
00450:14        A.      I think as I testified
      15  yesterday, I learned about that in a -- in a
      16  meeting, and then there was an e-mail to that
      17  effect.
      18        Q.      Okay.  So no one came to you and
      19  sought your advice related to that decision
      20  to not consider the BOP on BOP at that point?
      21        A.      No one came to me and consulted,
      22  no.
      23        Q.      And at the time, you made the
      24  announcement to your team that you weren't
      25  going forward with the BOP on BOP?
00451:01        A.      Correct.
      02        Q.      And, specifically, if you look
      03  at exhibit 11232, you sent an e-mail on
      04  May 30th, 2010 to several folks, including
      05  Kerry Girlinghouse and others with BP.
      06             Do you remember sending this
      07  e-mail?
      08        A.      Yes, I do.
      09        Q.      Okay.  If I can borrow it back?
      10        A.      Sure.
      11        Q.      You make the comment that BP has
      12  decided to go another route and will not be
      13  doing the BOP on BOP for a while.
      14             That wasn't exactly true, was
      15  it?
```

Page 451:17 to 451:18

```
00451:17        Q.      In other words, the BOP on BOP
      18  was dead at that point?
```

Page 451:20 to 452:25

```
00451:20        A.      No, I think, as I stated -- I'm
      21  not sure if it's in that e-mail or another
      22  e-mail, that -- that they've done a lot of
      23  good work on it and, in my opinion, we'd
      24  eventually have to use it to -- at least to
      25  reenter the well.  I think that's -- it may
00452:01  not be in that e-mail, but --
      02        Q.      Did you ever tell any of the
      03  Transocean members of your team that you
      04  were -- that BP was no longer considering the
      05  BOP on BOP?
      06        A.      At that time, they weren't, yes.
      07        Q.      My question is, did you tell
      08  Transocean folks on your team that you
      09  weren't going forward with it?
      10        A.      I think that e-mail tells it.
      11        Q.      I don't see any Transocean folks
      12  in this e-mail.  I may be wrong.
      13        A.      Okay.  Well, I'm sure I told
```

```
14  them.
15       Q.      Have you -- have you seen an
16  e-mail or -- or anything that refreshed your
17  memory as to when you told them?
18       A.      Yeah, this is all internal BP
19  people on the team on this e-mail.  I believe
20  there was another e-mail.  I don't have it,
21  but -- okay.  I mentioned Dave Cameron, Rob
22  Turlak, and Charles Curtis.  BP would like
23  to -- still like the option of a three-ram
24  stack.  And they're not copied on here.
25       Q.      Right.
```

Page 453:06 to 454:11

```
00453:06     Q.      I'm going to hand you what's
07  been previously marked as 9833.
08       A.      Uh-huh.
09       Q.      This is another May 30th, 2010,
10  e-mail from you to John Schwebel.
11       A.      Uh-huh.
12       Q.      And what you say in this
13  e-mail -- I think it's the second sentence
14  from the end -- there are no plans to put a
15  BOP on BOP or capping stack?
16       A.      Right.
17       Q.      So at that point --
18       A.      At that time.
19       Q.      -- there was no plan to go
20  forward with BOP on BOP?
21       A.      At that time, yeah.
22       Q.      But you can't recall giving an
23  explanation to Transocean or anyone else on
24  your team as to why that decision was made;
25  is that right?
00454:01     A.      I'm sure I -- I sent an e-mail
02  to them saying, thanks for your good work,
03  but we're not going forward with the BOP on
04  BOP at this time.  I seem to recall that
05  e-mail when I was reviewing documents prior
06  to coming here.
07       Q.      In your opinion, was it logical
08  to abandon the BOP on BOP as of May 30th,
09  given the fact that both the BOP on BOP and
10  the capping stack had equipment that would
11  account for the risk of pressure buildup?
```

Page 454:13 to 454:13

```
00454:13     Q.      Do you understand that question?
```

Page 454:15 to 454:20

```
00454:15      A.      Could you say that again?
     16      Q.      Sure.
     17              BP decided to go another route
     18  as of May 30th.
     19              You agree with that?  We just
     20  talked about it?
```

Page 454:22 to 455:04

```
00454:22      A.      I agree with that, yeah.
     23      Q.      And what they told the
     24  government and advertised in a press release
     25  was that they were going another route and
00455:01  moving away from the BOP on BOP because they
     02  were concerned about the fact that they might
     03  have ruptured the burst disc.
     04      A.      Yeah.
```

Page 455:06 to 455:09

```
00455:06      Q.      If that were a concern, is it
     07  logical to you that they would move to a --
     08  an option that had the same ability to
     09  control back pressure as did the BOP on BOP?
```

Page 455:11 to 455:23

```
00455:11      A.      Well, as I recall, the BOP on
     12  BOP vent was -- was strictly a vent.  Or the
     13  three-ram capping stack we ended up
     14  developing had an option to produce back to
     15  one of the vessels versus just venting into
     16  the ocean.  So it was kind of -- it was
     17  different.
     18      Q.      It was different because they
     19  had containment options; is that what you're
     20  saying?
     21      A.      Correct.
     22      Q.      And that was a priority to BP at
     23  the time?
```

Page 455:25 to 462:11

```
00455:25      A.      As we moved forward, the plan
00456:01  was to be able to cap the well, shut it in,
     02  and if there were issues with burst discs,
     03  then produce it back to the surface through
     04  the outlets on the capping stack.
     05      Q.      Is it true, Mr. Wellings, that
     06  the BOP on BOP was not limited by what your
     07  flow rate was?
     08      A.      I'm not sure what you mean by
     09  that.
```

```
10        Q.      Well, as you -- you and your
11  team prepared to use it in May, no one came
12  to you with the analysis saying we can't use
13  the BOP on BOP if the flow rate is greater
14  than 15,000 barrels per day?  No one said
15  that to you, did they?
16        A.      No.
17        Q.      And you never saw that analysis?
18        A.      I'm not sure which analysis
19  you're talking about.
20        Q.      The analysis from someone
21  indicating that there was a flow rate limit
22  as it relates to the BOP-on-BOP option.
23        MR. BENTSEN:  Objection, form.
24        A.      I'm not -- I'm not following
25  you.  I'm not aware of that analysis.
00457:01  Q.      Well, that's my point.  There
02  was nothing from BP reaching that conclusion,
03  was there?
04        A.      Not that I'm aware of.
05        Q.      And Mr. Holt told us that there
06  really was no flow rate limit when you were
07  examining the BOP on BOP as an option.
08               Do you agree with that
09  testimony?
10        A.      As I stated earlier, we did the
11  sensitivity analysis starting at
12  70,000 barrels per day and working down, and
13  we did not see the flow rate as an impact to
14  the installation of the BOP on BOP.
15        Q.      So you agree -- it sounds like
16  you agree with Mr. Holt's opinion?
17        A.      Correct.
18        Q.      Do you understand -- I think you
19  were asked the question yesterday -- that the
20  top kill did have a 15,000-barrel-per-day
21  limit where there was some analysis
22  concluding that it couldn't be successful if
23  the flow rate were over that rate.
24        MR. BENTSEN:  Objection, form.
25        Q.      Do you understand that?
00458:01  MR. BENTSEN:  Objection, form.
02        A.      I read the e-mail, and I believe
03  I said I wasn't involved in that.  I'm not
04  sure how any of the calculations were done,
05  so I can't say whether that's correct or not,
06  to be quite honest with you.
07        Q.      Well, assume that that analysis
08  exists and assume that's a fact in evidence.
09  Doesn't that fact alone seem to recommend the
10  BOP-on-BOP option over the top kill?
11        MR. BENTSEN:  Objection, form.
12        A.      I don't have an opinion on that.
13        Q.      Well, surely, you had an opinion
14  at the time, didn't you?
```

```
15          MR. BENTSEN:  Objection, form.
16          A.     I wasn't involved in the -- in
17    the top kill or any of the calculations that
18    were involved in that or any of the
19    procedures, so I don't have an opinion on
20    anything related to the top kill.
21          Q.     Didn't you ask the question at
22    the time, why are you guys promoting the top
23    kill when we have the BOP on BOP ready to go?
24          MR. BENTSEN:  Objection, form.
25          A.     I don't recall that.
00459:01          Q.     You don't recall asking that
02    question?
03          A.     No.
04          Q.     Doesn't it seem logical that
05    that would have been on your mind,
06    considering you and your team were preparing
07    one of the options that was being considered
08    at the time?
09          MR. BENTSEN:  Objection, form.
10          A.     Like I said, there was many
11    different options being considered, including
12    containment and top kill, and we were focused
13    on getting the BOP on BOP ready with the
14    cap -- the two-ram capping stack at the time
15    in parallel.  That was what I was working on.
16          Q.     As you sit here today, do you
17    have a memory of knowing in May 2010 about
18    this flow rate limit that was related to the
19    top kill?
20          MR. BENTSEN:  Objection, form.
21          A.     No, I do not.
22          Q.     So you don't recall knowing that
23    information as you worked on the BOP on BOP?
24          MR. BENTSEN:  Objection, form.
25          A.     I was never involved with --
00460:01    majority of the information wasn't shared
02    with me, that I recall, on the top kill.
03          Q.     In your experience in working on
04    a well capping team, do you believe that BP
05    informed the U.S. of correct flow rate
06    estimates as they were making decisions on
07    these source-control options?
08          MR. BENTSEN:  Objection, form.
09          A.     I'm not sure what they informed
10    to the U.S. Government in terms of flow
11    rates.
12          Q.     So you --
13          A.     The only flow rates I was
14    dealing with were worst-case for installation
15    of the BOP on BOP.
16          Q.     Why?  Why were you focused on
17    those numbers?
18          A.     Because it impacted whether or
19    not that -- that process was feasible to
```

```
        20   actually do it, basically.
        21        Q.    At what point was the operation
        22   not feasible in terms of flow rate numbers?
        23        MR. BENTSEN:  Objection, form.
        24        A.    We never found a -- I mean, like
        25   I said, we ran it to maximum open flow,
00461:01   predicted open flow with the LMRP removed and
        02   the wellbore unobstructed.  That number at
        03   70,000 maximum flow was given to us by the
        04   reservoir department, and that was not a
        05   concern when we ran the analysis for blastoff
        06   force.
        07        Q.    So according to your analysis at
        08   the time, if you had the worst-case scenario
        09   of 70,000 barrels per day, that still was not
        10   going to prevent you from using the BOP on
        11   BOP; is that right?
        12        A.    Correct.
        13        Q.    Do you agree that in the event
        14   that BP gave the U.S. incorrect flow rate
        15   estimates, that would have negatively
        16   impacted the U.S. decision-making process on
        17   selecting the best option to kill the well?
        18        MR. BENTSEN:  Objection, form.
        19        A.    No, I don't have an opinion on
        20   that.  I wasn't involved in any of that.
        21        Q.    When you say any of that, you
        22   weren't involved in conveying numbers to the
        23   U.S. Government as to what the flow rate was?
        24        A.    I wasn't involved in -- I
        25   didn't -- that information wasn't shared with
00462:01   me, if anything, that BP predicted flow
        02   rates.  I know they -- they reported
        03   containment volumes, or volumes collected.  I
        04   know of no predictions other than what we
        05   were working on.
        06        Q.    If you had been the one
        07   responsible for making the decision whether
        08   to choose the BOP on BOP over the top kill,
        09   you believe it would have been important to
        10   you to know that the flow rate limit on the
        11   top kill was 15,000 barrels per day?
```

Page 462:13 to 462:19

```
00462:13        A.    Like I said, that's something I
        14   wasn't working on.  It's not my expertise.
        15        Q.    I know.  I didn't ask if it was.
        16   My question was more, had you been the one
        17   making the decision, wouldn't that have been
        18   an important factor to know when you're
        19   choosing BOP on BOP versus top kill?
```

Page 462:21 to 463:04

```
00462:21        A.      I don't know.
     22        Q.      You don't know if it would have
     23  been important or not to you?
     24        A.      I don't know.  I don't know how
     25  that process would have been decided.
00463:01        Q.      But it seems logical, doesn't
     02  it, that flow rate would have been a
     03  consideration if you were choosing between
     04  the two options?
```

Page 463:06 to 463:07

```
00463:06        A.      I don't have an opinion on that.
     07        Q.      All right.
```

Page 463:17 to 467:21

```
00463:17        Q.      Good morning, Mr. Wellings.  My
     18  name is Prescott Smith, and I'm here with my
     19  colleague, Kena Lopez.
     20        A.      Good morning.
     21        Q.      We represent Halliburton.  And I
     22  just want to ask you a general question about
     23  Halliburton.  We've been talking for about a
     24  day and a half now about the efforts to stop
     25  the flow of hydrocarbons after the blowout of
00464:01  the Macondo well, or collect those
     02  hydrocarbons.
     03              Are you familiar with anything
     04  that Halliburton was doing in connection with
     05  those efforts?
     06        A.      No.  They weren't working as
     07  part of my team.  I'm not sure what
     08  involvement they had with the other teams
     09  working on the containment.
     10        Q.      So you didn't have any
     11  communications with yourself, or your team,
     12  with anyone over at Halliburton in connection
     13  with those efforts?
     14        A.      Yeah, I don't recall.  Honestly,
     15  I don't recall any involvement with
     16  Halliburton.
     17        Q.      Okay.  Do you have any
     18  criticisms or complaints about anything that
     19  Halliburton did or failed to do in connection
     20  with those efforts?
     21        A.      I don't know any of the efforts,
     22  so I guess I can't have an opinion on it.
     23        Q.      Sure.  Okay.
     24              Have you heard anyone else have
     25  any complaints or criticisms of Halliburton's
00465:01  work?
     02        A.      No.
```

```
03        Q.     Okay.  I wanted to ask you a
04  question about some of your testimony from
05  yesterday.  You were talking about a design
06  and building of a two-ram capping stack,
07  which at some point then gets turned into a
08  three-ram capping stack.  And I just wanted
09  to make sure I understood you.
10             Are you saying that the
11  three-ram capping stack was literally built
12  on the same physical piece of equipment as
13  the two-ram capping stack?
14        A.     Yes.  We took the two-ram
15  capping stack -- capping stack and added a
16  third ram with a transition spool and outlets
17  and the subsea choke.
18        Q.     Okay.  So it's literally the
19  same piece of apparatus, and then you just
20  added some additional features to that
21  device, right?
22        A.     Correct.
23        Q.     Okay.  And what additional
24  functionality did you gain by adding the
25  third ram to the two-ram capping stack?
00466:01        A.     That -- at the end design, that
02  allowed us to be able to produce back to the
03  surface after we shut it in.  If there was a
04  pressure issue or wellbore integrity issue,
05  we can use the -- the outlets with the double
06  valves and tie it into the production to the
07  Q4000 or the -- at the time, it was the
08  freestanding riser to an FPS.
09             So --
10        Q.     Okay.
11        A.     -- so it basically allows you
12  production capability to manage pressure
13  buildup.
14        Q.     So you had the ability to vent
15  pressure but also to collect the hydrocarbons
16  that are then vented?
17        A.     Correct.
18        Q.     Was there any other
19  functionality that was gained by adding that
20  third ram to the two-ram capping stack?
21        A.     Yeah.  The third ram there was
22  in the event that you would use that as the
23  lowermost ram.  You wouldn't operate it
24  unless you had to -- unless you had issues
25  with the flow outlets above it with the
00467:01  valves or if there was a leak.  So then you
02  could shut it in at the bottom and then
03  repair those valves.
04        Q.     And then if I'm understanding
05  you right, if you were called upon to shut
06  the lowermost valve because you were having
07  venting issues, while that lowermost valve is
```

```
08  shut, you wouldn't be able to be venting at
09  that point in time, right?
10        A.    Correct.
11        Q.    Okay.  Is there any other
12  functionality that's gained by the addition
13  of this third ram?
14        A.    Not that I recall.
15        Q.    Okay.  And let me ask you this:
16  Why didn't BP contemplate the addition of the
17  third ram at the time it was developing the
18  two-ram capping stack?  Was it -- was it
19  simply because at that time, they weren't
20  concerned yet about the issues with casing
21  integrity?
```

Page 467:23 to 468:13

```
00467:23        A.    Yeah, the two-ram stack was
24  developed as a cap, shut it in.  That was
25  what it was designed to do.
00468:01        Q.    And that would make sense if
02  you're not concerned about casing integrity
03  or pressure buildup; is that -- is that
04  accurate?
05        A.    Yes.
06        Q.    So then once you do become
07  concerned about casing integrity or the
08  possibility of pressure buildup, now you want
09  to modify the two-ram capping stack in order
10  to add the functionality to be able to vent
11  and perhaps contain the reservoir fluids,
12  correct?
13        A.    Correct.
```

Page 468:15 to 468:19

```
00468:15        Q.    Okay.  Is there any other reason
16  why BP wouldn't have added the third ram to
17  the two-ram capping stack?  For example, it's
18  not the case that the third ram that you were
19  adding wasn't available, right?
```

Page 468:21 to 468:25

```
00468:21        A.    It was available, yeah.
22        Q.    And there wasn't any kind of
23  issues about needing to have adapters or make
24  something fit into something else for that
25  third ram, correct?
```

Page 469:02 to 469:10

```
00469:02        A.    Not that I recall, no.
```

```
03        Q.      Okay.  So then if I'm
04  understanding you right, the only reason BP
05  wasn't adding this third ram with the two-ram
06  capping stack was because at the time it was
07  designing the two-ram capping stack, it
08  hadn't yet come to the conclusion that it
09  should be concerned about casing integrity
10  or -- or pressure buildup; is that fair?
```

Page 469:12 to 470:04

```
00469:12        A.      The -- the two-ram capping
13  stack, like I said, was designed to cap the
14  well, and that was all that was envisioned at
15  the time.  The transition to the -- to the
16  three-ram capping stack, I think, occurred in
17  mid-May, if that's right.  So it was a fairly
18  quick evolution.
19        Q.      Okay.
20        A.      Yeah.
21        Q.      This morning Mr. Maze for the
22  State of Alabama asked you some hypothetical
23  questions about BP's current emergency
24  contingency plan in case of a blowout.  And I
25  think you testified that within the first
00470:01  48 hours, what BP would be doing, assuming it
02  had ROV capability, would be attempting to
03  activate various rams in the existing BOP.
04                  Is that correct?
```

Page 470:06 to 470:10

```
00470:06        A.      Yeah, I mean, to me, it's --
07  there's many different scenarios there and --
08  I mean, you possibly wouldn't do that in
09  every scenario, but we would be prepared to
10  do that.
```

Page 471:14 to 472:22

```
00471:14  out and where it's blowing out from.  I mean,
15  there's lots of different variables, but
16  dynamic kill has always been there in the oil
17  business to -- as a method for dealing with
18  blowouts.
19        Q.      Okay.  Mr. Maze also called your
20  attention to what BP now calls the deepwater
21  well cap --
22        A.      Uh-huh.
23        Q.      -- which is part of some
24  prefabricated collection of devices, I guess,
25  that's -- that's ready to be shipped
00472:01  worldwide.
```

```
02        A.      Uh-huh.
03        Q.      Do you know if that deepwater
04   well cap has venting capability?
05        A.      Yes, it does.  It's actually a
06   horizontal tree, production tree.  It's been
07   adapted to be able to attach to different
08   parts of the BOP or wellhead.
09        Q.      And why does the deepwater well
10   cap have venting capability?
11        A.      That's the way it was designed,
12   to have that option.
13        Q.      Why was it designed that way, if
14   you have an understanding of that?
15        A.      I would assume it's from lessons
16   learned from the Macondo incident.
17        Q.      So is it fair to say that it's
18   your understanding that the reason the
19   deepwater well cap has venting capability is
20   to be able to deal with the possibility that
21   you need to bleed off pressures to deal with
22   concerns about casing integrity?
```

Page 472:24 to 473:13

```
00472:24        A.      I mean, I wasn't intimately
25   involved with the design.  You know, I mean,
00473:01   to me, they've taken all the work we did on
02   Macondo and used the lessons learned, and
03   that's the procedures they -- and the
04   equipment that they built to handle all those
05   type of possible contingencies for different
06   scenarios.  I mean, there's many variables,
07   as I said, as to if a well blows out, what --
08   what are you working with.
09        Q.      So is it, then, fair to say that
10   one of the lessons learned from Macondo
11   blowout was, it would be a good idea to have
12   the capability of being able to vent pressure
13   as part of a capping device?
```

Page 473:15 to 475:07

```
00473:15        A.      Yeah.  Yep.
16        Q.      You also testified yesterday
17   with respect to the two-ram capping stack
18   that it could be risky to open the ram after
19   it had already been closed.  And you said
20   something about opening it after the ram has
21   been closed could destroy or somehow damage
22   the side pocket.
23              Can you describe in a bit more
24   detail what you're talking about in terms of
25   the risk of opening a valve once it's been
00474:01   closed on a two-ram capping stack?
```

```
02        A.      Well, these BOP blind shear
03   rams -- I -- I was actually -- in that
04   instance I was referring to a -- a Cameron
05   blind shear ram.
06        Q.      Okay.
07        A.      I wasn't sure.  We were using
08   Hydril blind shear rams.
09        Q.      And does the Hydril blind shear
10   ram have the same sort of risk of damage if
11   you close it and then open it again under
12   pressure?
13        A.      As I recall, the -- the
14   manufacturer states that it could be damaged.
15   But it's a different configuration.  On -- on
16   the Cameron blind shear ram, there's side
17   pocket packers that are connected with a -- a
18   rod, if you will.  And if you open that one
19   under pressure, you'll potentially shear
20   those rods and then lose integrity, if you
21   will.  So you could open it, but you couldn't
22   close it.  It wouldn't seal if you closed it
23   again, basically.
24        Q.      Okay.  So it could close and
25   seal the first time, but if you open it and
00475:01   try to close it the second time --
02        A.      Right.
03        Q.      -- it may not be able to seal?
04        A.      Correct.
05        Q.      And did I understand you right
06   that the Hydril blind shear ram does not have
07   this particular issue?
```

Page 475:09 to 476:14

```
00475:09        A.      It doesn't have -- it's not --
10   it's not the same design.  It's -- it's a
11   different design.
12        Q.      So is the Hydril blind shear ram
13   capable, potentially, of closing a second or
14   third time if you needed to open it under
15   pressure?
16        MR. BENTSEN:  Objection, form.
17        A.      The manufacturer doesn't
18   recommend it.  I mean, they don't --
19        Q.      Okay.
20        A.      -- warrant it to that, I guess,
21   if you will.
22        Q.      Okay.  Do you know if BP still
23   utilizes ruptured discs in its deepsea wells?
24        MR. BENTSEN:  Objection, form.
25        A.      I'm not sure what their APB
00476:01   mitigation is now.
02        Q.      Are any of the wells that you're
03   responsible for in Brazil, do they have
04   rupture discs in them?
```

```
05        A.      We're drilling exploration
06 wells, which are basically expendable wells.
07 We don't envision them to be produced.  So
08 they don't have APB mitigation, per se.
09 They're designed to be plugged and abandoned,
10 basically --
11        Q.      Okay.  So -- so, ultimately,
12 your answer is, no, those wells do not have
13 rupture discs?
14        A.      Correct.
```

## Page 477:14 to 479:16

```
00477:14 Did you have any personal
15 involvement in the top kill efforts?
16        A.      No, I did not.
17        Q.      Are you familiar with any of the
18 modeling or work done in support of those
19 efforts?
20        A.      No.
21        Q.      Are you familiar with the
22 ultimate procedure that was implemented for
23 the top kill?
24        A.      No, I'm not.
25        Q.      Did you have any involvement in
00478:01 efforts to consider the integrity of the well
02 post incident?
03        A.      No, I did not.
04        Q.      Other than the efforts to use
05 the Q4000 to flow back from the DEEPWATER
06 HORIZON choke line and the use of the capping
07 stack, did you have any involvement in any
08 other collection efforts?
09        A.      No, I did not.
10        Q.      Prior to the incident, did your
11 job include duties about creating responses
12 for losses of well control?
13        A.      No, it did not.
14        Q.      Based on your prior educational
15 history and 30 years in the industry, do you
16 believe you have a good understanding of
17 drilling rigs?
18        A.      Yes, I do.
19        Q.      Do you believe you have a good
20 understanding of BOPs?
21        A.      I have a good understanding of
22 BOPs.
23        Q.      Do you believe you have a good
24 understanding of the components required to
25 carry out the BOP-on-BOP procedure?
00479:01        A.      Yes, I do.
02        Q.      Did you have a good
03 understanding of the components required to
04 build a capping stack?
05        A.      I do.
```

```
06        Q.      Did you have the knowledge and
07   experience necessary to oversee the building
08   of a capping stack?
09        A.      Yeah, I think I did.
10        Q.      Do you believe the team
11   assembled underneath you have the expertise
12   necessary to build a capping stack?
13        A.      Yes, I do.
14        Q.      Do you believe that building a
15   deepsea -- deepwater capping stack is a
16   complicated task?
```

Page 479:18 to 480:04

```
00479:18        A.      As it's never been done before,
     19   while the equipment was -- was available,
     20   there were some other complications involved
     21   that we had to handle in terms of control
     22   systems and hydrate mitigation and
     23   installation over a flowing plume.  So, yeah,
     24   it was -- it was somewhat complicated.
     25        Q.      Where did you work as part of
00480:01   the capping team within the Westlake campus?
     02        A.      The majority of the time, we
     03   were on the -- I believe it was the ninth
     04   floor.
```

Page 481:14 to 484:02

```
00481:14   (Exhibit Number 11261 marked.)
     15        Q.      You've been previously shown
     16   some -- I believe, what are called GANT
     17   charts at various points in time.
     18              Is that -- do you recall that,
     19   sir?
     20        A.      Yes, project schedules, GANT
     21   charts.
     22        Q.      Do you recall this GANT chart
     23   from May 29th?
     24              And just to be clear, this is an
     25   e-mail from David Clarkson on May 29th to a
00482:01   group of individuals, including yourself,
     02   correct, sir?
     03        A.      Correct.
     04        Q.      And the subject line is Schedule
     05   to BOP on BOP?
     06        A.      Correct.  Yeah, this would have
     07   been our project update as of May 29th in
     08   terms of the containment and BOP-on-BOP
     09   effort.  Yep.
     10        Q.      If you look at the -- it's
     11   difficult to read, but if you can see the
     12   third dark line from the bottom --
     13        A.      Yes.
```

```
14        Q.      -- the next line down says,
15   DD-II stump test.
16        A.      Correct.
17        Q.      Do you understand what that is
18   referring to?
19        A.      That is referring to the
20   pressure test on the deck of the DD-II for
21   the BOP, to get it ready to be deployed.
22        Q.      And as of May 29th, was that
23   ongoing?
24        A.      It appears from this schedule
25   that it wasn't completed.
00483:01       Q.      Okay.  And the next line down
02   says, modifications to BOP/final integration
03   and testing with guide frame.
04               Do you know what that's
05   referring to?
06        A.      That is the guide frame that we
07   built to -- to be able to ensure that the BOP
08   was landed if there was visibility issues
09   with oil pluming around the stack as you
10   stabbed it.
11        Q.      Does the modifications to BOP
12   listed there also include the installation of
13   the vent assembly?
14        A.      Yes, it does.
15        Q.      And would that also include
16   installation of a new blind shear ram instead
17   of a test ram?
18        A.      Yes, it would, uh-huh.
19        Q.      And what is the date as of
20   May 29th that it was anticipated that the
21   BOP-on-BOP procedure could be concluded?
22        A.      I can't tell.  It's June
23   something.
24        Q.      Fair.
25               But as of May 29th, it was still
00484:01   several days away, at a minimum; is that
02   correct?
```

Page 484:04 to 484:04

```
00484:04       A.      Yes.
```

Page 484:06 to 484:23

```
00484:06   I'll hand you what's previously
07   been marked as exhibit 7104.  And you can
08   take a minute to familiarize yourself with
09   that.
10               If you turn to the third page,
11   you'll see the e-mail from yourself that
12   you've dealt with a few times over the past
13   couple of days from May 30th, informing the
```

```
14    team that BOP on BOP will not be done for a
15    while.
16              Do you see that?
17        A.    Yes, uh-huh.
18        Q.    Do you know who Mike Blue is?
19        A.    Mike Blue was a manager with
20    Transocean.
21        Q.    Okay.  So, ultimately, that
22    e-mail was sent to someone at Transocean?
23        A.    Yes.
```

Page 485:18 to 486:25

```
00485:18      Q.    And in that, Mr. Curtis says,
19    the capping stack has gone as far as we can.
20    All of the equipment is stacked up and only
21    waiting on the control panels from
22    Oceaneering to test the stack.  These panels
23    should be completed by Tuesday, June 1,
24    shipped to Cameron Berwick, hooked up and
25    tested with the three-ram capping stack.
00486:01  Completion date ready to ship offshore,
02    Friday, June 1.
03              Did I read that correctly, sir?
04        A.    Yes.
05        Q.    Yesterday you used the term dumb
06    iron, I believe.
07              Could you explain that briefly?
08        A.    Dumb iron is essentially the BOP
09    rams that -- and the valves that are hooked
10    into it.
11        Q.    Is -- is dumb iron helpful if it
12    doesn't have a control panel?
13        A.    No.  In this application, you
14    have to have the -- the hydraulic control
15    systems in place to -- to be able to operate
16    the rams when you send them subsea.
17        Q.    Is your recollection consistent
18    with the e-mail from Mr. Curtis that the
19    control panels had not yet been installed as
20    of May 30th on the capping stack?
21        A.    That's correct, yep.
22        Q.    And without those control
23    panels, the capping stack was not ready to be
24    installed; is that correct?
25        A.    Yes.
```

Page 488:13 to 488:14

```
00488:13      Q.    I'm going to hand you what was
14    marked as exhibit 9828, which was PSC tab 2.
```

Page 491:08 to 492:03

```
00491:08  I'm going to hand you what's
      09  been marked as exhibit 11235, which was
      10  tab 86 in the PSC binder.
      11           I believe yesterday you
      12  described this as the kind of guide --
      13  guidelines for the top preventer peer assist,
      14  which was both the BOP on BOP as well as the
      15  capping stack; is that correct, sir?
      16      A.    Correct.
      17      Q.    I'd like to draw your attention
      18  down to under A.4, Out of Scope.
      19           Is that a list of considerations
      20  that the peer assist is not to take into
      21  account?
      22      A.    That's correct.
      23      Q.    And number E, pressure integrity
      24  of the system, except for how it might be
      25  jeopardized during installation, did that
00492:01  indicate that the peer assist on both the BOP
      02  on BOP and the capping stack was not to
      03  consider well integrity issues?
```

Page 492:05 to 492:13

```
00492:05      A.    That is correct.
      06      Q.    Okay.  I'm going to hand you
      07  what's been marked as exhibit 10505, which
      08  was tab 41 in the PSC binders.
      09           And I believe you described this
      10  yesterday as the recommendations from the
      11  peer assist that we just were talking about
      12  in a different document.
      13      A.    That's correct.
```

Page 493:03 to 493:17

```
00493:03  I'm handing you what's been
      04  previously marked as exhibit 11245, which was
      05  tab 28 in the U.S. binder.
      06           If you turn to the second page,
      07  there's an e-mail from John Mackay on
      08  Saturday, May 15th to a group of individuals
      09  with a CC to yourself and Gary Wulf.
      10           Do you see that?
      11      A.    Yes.
      12      Q.    It appears that it -- is it
      13  consistent with your memory that around
      14  May 15th was when the decision was made that
      15  venting capabilities needed to be
      16  investigated?
      17      A.    Yes.
```

Page 495:09 to 495:11

```
00495:09  I'm handing you what's been
      10  previously marked as exhibit 11246, which was
      11  U.S. tab 31.
```

Page 495:24 to 496:18

```
00495:24       Q.      And, in fact, the -- the return
      25  e-mail from Mr. Sneddon indicates that they
00496:01  are going to continue to proceed on
      02  determining venting apparatus for both the
      03  BOP on BOP as well as the capping stack; is
      04  that correct, sir?
      05       A.      Yes.
      06       Q.      So that work did, in fact,
      07  continue?
      08       A.      It appears so, yes, based on
      09  this e-mail.
      10       Q.      And the schedules we've seen
      11  earlier also --
      12       A.      Correct.
      13       Q.      -- indicated that that work was
      14  ongoing?
      15       A.      Yes.
      16       Q.      All right.  Okay.  I'm going to
      17  hand you what's been previously marked as
      18  exhibit 11248, which was U.S. 45.
```

Page 497:18 to 498:02

```
00497:18  I'm handing you exhibit 10122,
      19  which was tab 63 in the U.S. binder.
      20             Do you recall seeing this
      21  document yesterday, sir?
      22       A.      Yes.
      23       Q.      Now, there's a line of
      24  questioning about Mr. Matice asking for a
      25  best estimate to start in light of the fact
00498:01  that each model and run would take 10 to
      02  12 hours.
```

Page 498:05 to 498:11

```
00498:05       A.      Yes.
      06       Q.      And the response was for the
      07  first run to use 70,000 barrels a day; for
      08  the second run, 35,000 barrels a day; and
      09  then the third run, 17 and a half thousand;
      10  is that correct, sir?
      11       A.      Yes.
```

Page 502:17 to 503:04

```
00502:17  (Exhibit Number 11263 marked.)
      18        Q.      And -- and this purports to be
      19  a -- a diagram of the well stack.
      20             Does this appear to be the
      21  two-ram capping stack?
      22        A.      Yeah, this would be the dumb
      23  iron, if you will, on the two-ram capping
      24  stack.  I don't see any controls installed on
      25  it.
00503:01        Q.      Could -- could you just confirm
      02  for the record that this diagram is an
      03  accurate representation of the two-ram
      04  capping stack?
```

Page 503:06 to 503:12

```
00503:06        A.      Yes, I can confirm that.  It
      07  doesn't have the control system, but it's
      08  the --
      09        Q.      Okay.  So minus the control
      10  system, this is what the actual piece of
      11  equipment that was designed looked like?
      12        A.      Correct.
```

Page 503:17 to 503:22

```
00503:17  (Exhibit Number 11264 marked.)
      18        Q.      This diagram appears to be the
      19  three-ram capping stack.
      20             Can you confirm that this is an
      21  accurate diagram of the three-ram cap- --
      22  three-ram capping stack as designed?
```

Page 503:24 to 505:09

```
00503:24        A.      This was the three -- three-ram
      25  capping stack without the control system
00504:01  shown, and I do not believe it shows the
      02  subsea choke.
      03        Q.      Okay.  And where would the
      04  subsea choke be located in reference to this
      05  diagram?
      06        A.      It would be located on -- on one
      07  of the outlets coming off the side.
      08        Q.      Would that be on one of the
      09  upper blind shear rams or on the single ram
      10  on the bottom?
      11        A.      It'd be the outlet on the bottom
      12  double ram, the second ram.
      13        Q.      Okay.  Why don't we do this for
      14  the record so we -- so we have an accurate
      15  view of where that would be.
      16             Can you take this pen and
```

```
17  indicate on this exhibit where that choke
18  would be located?
19        A.    Right there (indicating).
20        Q.    Okay.  And if -- I understand
21  that you can't do the animation of it, but in
22  an animation in a diagram, what would that
23  look like if we were --
24        A.    Subsea choke?
25        Q.    Yeah, if we were going to try to
00505:01  draw that on there.  You can draw it.
02        A.    I believe it had two more
03  valves, a choke with an operator panel and
04  then a connection.  I believe it had HUD
05  connection.
06        Q.    Okay.  So now that we've added
07  this choke, is -- is -- do you believe this
08  is a fair and accurate representation of the
09  three-ram capping stack as designed?
```

Page 505:11 to 505:22

```
00505:11        A.    It's missing the temperature
12  gauges, as well, and the pressure sensor.
13        Q.    And where were those located?
14        A.    I don't recall.
15        Q.    Would -- would those affect the
16  functionality of the stack?
17        A.    No.
18        Q.    Okay.  So as a functioning
19  device, now that we've added the subsea
20  choke, you believe that this is a fair and
21  accurate representation of the three-ram
22  capping stack?
```

Page 505:24 to 505:24

```
00505:24        A.    Yes.
```

Page 509:05 to 511:25

```
00509:05  (Exhibit Number 11266 marked.)
06        Q.    You see that this is an e-mail.
07  At the top of it is from Iain Sneddon to
08  Mr. Girlinghouse, and you're one of the
09  people copied.
10              Do you see that?
11        A.    Yes.
12        Q.    And this is May 24, 2010,
13  correct?
14        A.    Correct.
15        Q.    Do you recall receiving this
16  e-mail?
17        A.    I believe this is in relation to
```

```
18    stack-up testing of the three-ram capping
19    stack.
20         Q.    But do you recall receiving it?
21         A.    In 2010, no.  And I didn't --
22    don't recall reviewing this prior to this.
23         Q.    Well, did you typically review
24    your e-mails when you received them?
25         A.    Yes.
00510:01        Q.    Do you have any reason to not
02    believe -- do you have any reason to believe
03    you did not receive this e-mail?
04         A.    No, I don't.
05         Q.    Okay.  Was it typical for
06    Mr. Sneddon to send you e-mails regarding
07    work on the capping team?
08         A.    Yes.
09         Q.    Was Mr. Sneddon part of that
10    team?
11         A.    Yes.
12         Q.    Was it your understanding that
13    it was within his scope of responsibilities
14    to have these types of discussions with you
15    as the leader of the capping stack team?
16         A.    Yes.
17         Q.    Okay.  And what he says here is
18    feedback from BP's Trevor Smith that the
19    two-ram cap with the riser flange connection
20    or ball valve are no longer -- no longer
21    intervention options, correct?
22         A.    That's what it says, yes.
23         Q.    Would this indicate to you that
24    as of May 24th, the two-ram capping stack was
25    removed as an option, as an intervention
00511:01   option?
02         A.    Yes.
03         Q.    Okay.  Do you recall why that
04    decision was made?
05         A.    I think, as I stated earlier,
06    the two-ram cap did not have any kind of
07    features, if you will, to be able to go -- go
08    into a containment mode or venting mode when
09    you -- after you install the cap and shut it
10    in.  The ball valve option was the same --
11    same issue.  It was just close it in and
12    that's all you could do with it.
13              That is why we went to the
14    three-ram stack, to allow the option for
15    venting containment after you cap the well.
16         Q.    Okay.  And the venting issue
17    revolved around the well integrity concern,
18    correct?
19         A.    Correct.
20         Q.    So that -- that was a large
21    enough concern as of May 24th that the
22    decision was made to move away from the
```

```
23   two-ram cap because it did not have the
24   capability of venting, correct?
25        A.    Correct.
```

Page 512:06 to 513:22

```
00512:06 (Exhibit Number 11267 marked.)
     07        Q.    You see that this an e-mail from
     08  Kerry Girlinghouse to you, correct?
     09        A.    Correct.
     10        Q.    Mr. Girlinghouse, again, worked
     11  for Wild Well Control, correct?
     12        A.    Correct.
     13        Q.    And he sends this to you on
     14  April 30th, 2010, correct?
     15        A.    Correct.
     16        Q.    And what he sends you is a top
     17  capping diagram for your review, right?
     18        A.    Correct.
     19        Q.    Did you request this from
     20  Mr. Girlinghouse?
     21        A.    Yes.
     22        Q.    Okay.  And so at your request,
     23  he did some work and ended up sending you a
     24  diagram for a, what he called a top capping
     25  BOP, correct?
00513:01        A.    That's what you're referring to
     02  on page 1 of 1 here in tab 1?
     03        Q.    Yes, sir.  It's the attachment
     04  to this e-mail.
     05        A.    The attachment, yes.  The --
     06  yeah.  I mean, he drafted up -- or he had
     07  drafted up the -- the diagram based on the --
     08  the input from the different team meetings we
     09  had developing the concept, basically.
     10        Q.    Okay.  And -- and this diagram
     11  represents a two-ram capping stack, correct?
     12        A.    Correct.
     13        Q.    And this diagram would not have
     14  required -- because it has it shown in
     15  here -- removal of the LMRP, correct?
     16        A.    That is correct.
     17        Q.    Okay.  And this two-ram capping
     18  stack would be attached to the flexjoint?
     19        A.    Correct.
     20        Q.    Okay.  But it doesn't have a
     21  venting option, correct?
     22        A.    No, it does not.
```

Page 514:01 to 516:25

```
00514:01 (Exhibit Number 11268 marked.)
     02        Q.    You see that this is an e-mail
     03  from Charles Curtis to yourself, Chris
```

```
04   Roberts and Kerry Girlinghouse, correct?
05        A.     Correct.
06        Q.     And Mr. Curtis worked for
07   Cameron, correct?
08        A.     Correct.
09        Q.     And he sends this to you on
10   June 9, 2010, correct?
11        A.     Correct.
12        Q.     And the subject is capping,
13   right?
14        A.     Yes.
15        Q.     So this is shortly after what
16   you referred to as the capping reunion team
17   coming back together, right?
18        A.     Yes.
19        Q.     Okay.  So you -- you've now left
20   the Q4000 and you're coming back to work on
21   the capping team, right?
22        A.     Correct.
23        Q.     Did you ask Mr. Curtis to
24   prepare or send to you the latest drawing of
25   the capping stack?
00515:01   A.     I don't recall asking him but
02   he's addressing it to gents so he's -- it's
03   for the team so, yeah.  I mean, I -- I can
04   infer that I asked him to send me this.
05        Q.     Okay.  You had certainly asked
06   after -- after the top kill and the decision
07   to discontinue the BOP on BOP option and your
08   move to the Q4000, you recall the e-mail
09   where you asked Mr. Turlak and Mr. Curtis to
10   continue working the three -- the three-ram
11   option?
12        A.     Absolutely, yeah.
13        Q.     And so they continued working
14   that?
15        A.     Correct.
16        Q.     And this is what he was able to
17   provide you on June 9th, correct?
18        A.     Correct.
19        Q.     So if you go to the next page,
20   you have a diagram with a three-ram capping
21   stack, correct?
22        A.     As installed, no, it's not
23   correct.  This is just a dumb iron again.
24        Q.     Okay.  But it doesn't have the
25   control panels but it's got the iron,
00516:01   correct?
02        A.     It doesn't look like it has the
03   subsea choke on it.
04        Q.     Right.  But this one, at least,
05   has -- this one has the transition spool,
06   correct?
07        A.     Correct.
08        Q.     And the transition spool was
```

```
09  designed to stab into the LMRP so that you
10  could attach to the capping stack, correct?
11        A.     It's stabbed in the top of the
12  flexjoint, correct.
13        Q.     Right.
14        A.     LMRP, yep.
15        Q.     So other than the control panels
16  and the subsea choke, is this diagram an
17  accurate representation of the three-ram
18  capping stack and the transition spool?
19        MR. BENTSEN:  Objection, form.
20        A.     It's also missing the pressure
21  transducer, temperature transducers, but,
22  yes, it's accurate.
23        Q.     So with those couple caveats
24  you've given, it's an --
25        A.     Correct.
```

Page 517:02 to 517:10

```
00517:02  All right.  The next thing I
03  want to show you is if you would turn in your
04  notebook to tab 28.  This has been previously
05  marked as exhibit 8541.
06              And you see that this is a
07  document that purports to be a BP document
08  titled drilling and completions, MC252-1, top
09  kill evaluation.  Do you see that?
10        A.     I do.
```

Page 517:20 to 520:07

```
00517:20        Q.     You can see that this is
21  revision A.  Do you see that in the box?
22        A.     Yes.
23        Q.     And it's a draft to review and
24  comment and it's got Jonathan Sprague and
25  Mark Patteson's name on it, correct?
00518:01        A.     Correct.
02        Q.     And Mark Patteson was the person
03  you were reporting to at this point in time?
04        A.     That's right around the time we
05  switched.
06        Q.     Okay.
07        A.     It had been close, yeah.
08        Q.     Okay.  What I want you to look
09  at is the third page of the document.  It's
10  the Bates number that ends in 491.
11        A.     Okay.
12        Q.     And the -- the first thing, it
13  says objectives.  The purpose of this
14  document is to describe the recommended
15  sequence of events to intervene on the
16  MC252#1 well using the top kill/junk shot
```

```
     17   spread currently on location in MC252.
     18   Correct?
     19        A.     Correct.
     20        Q.     And then it has principal
     21   conclusions.  Do you see that section?
     22        A.     Yes.
     23        Q.     Well, let's start with
     24   recommendations first.
     25        A.     Okay.
00519:01        Q.     And I want to look at number 3.
     02   It says, a staged approach to intervention on
     03   the MC252#1 well is recommended.  Of concern
     04   are the pressure limitations of the existing
     05   wellbore casings, including but not limited
     06   to, 16-inch burst discs and liner top seals.
     07   The junk shot and momentum kill operations
     08   could jeopardize the overall integrity of the
     09   well system.
     10               Did I read that correctly?
     11        A.     Yes.
     12        Q.     Was the risk of jeopardizing the
     13   overall integrity of the well system a risk
     14   that had been identified for the BOP on BOP
     15   option as of May 14th?
     16        A.     I don't believe so.
     17        Q.     Okay.  Then you have principal
     18   conclusions.  It says, the complexity of the
     19   current wellbore configuration makes a top
     20   kill with the Q4000 very problematic.
     21   Reservoir pressure recovers very quickly,
     22   making it very difficult.  The option of
     23   installing the DD-II stack on top of the
     24   HORIZON stack should be prioritized above the
     25   Q4000 operation for executing the kill
00520:01   operation.
     02               Did I read that correctly?
     03        A.     Yes.
     04        Q.     Were you ever told by
     05   Mr. Patteson that the project you were
     06   working on should be prioritized above the
     07   top kill?
```

Page 520:09 to 520:14

```
00520:09        A.     I don't recall being told that,
     10   no.
     11        Q.     You do know that as events
     12   transpired, the top kill was performed
     13   instead of the BOP on BOP, correct?
     14        A.     Yes.
```

Page 520:16 to 520:19

```
00520:16        Q.     Despite the fact that the -- the
```

```
17  first recommendation suggested that you
18  should prioritize BOP on BOP above top kill,
19  correct?
```

Page 520:21 to 521:05

```
00520:21      A.      That's what this says, yes.
      22      Q.      And you would agree with me that
      23  given the -- well, let me ask it this way.
      24  At some point after May 14th, the -- the
      25  issue of well integrity was identified as a
00521:01  risk for BOP on BOP or a capping stack,
      02  correct?
      03      A.      Correct.
      04      Q.      And you developed contingencies
      05  to deal with that, correct?
```

Page 521:07 to 521:11

```
00521:07      A.      Yes.
      08      Q.      And you believe those
      09  contingencies effectively would have handled
      10  that -- that risk, or should mitigate that
      11  risk?
```

Page 521:13 to 522:03

```
00521:13      A.      Yes.
      14      Q.      In any of the risks that were
      15  identified for either the capping stack
      16  projects -- well, let me ask it in two
      17  questions.
      18              In any of the risks identified
      19  for the BOP on BOP project, do you recall
      20  risking the relief well as being a risk that
      21  was identified?
      22      MR. BENTSEN:  Objection, form.
      23      A.      No, I don't recall identifying
      24  that as a risk.
      25      Q.      Do you recall in any of the work
00522:01  with the two-ram capping stack risking the
      02  relief well as -- as being a risk that was
      03  identified?
```

Page 522:05 to 522:10

```
00522:05      A.      I don't recall that being a risk
      06  that was discussed.
      07      Q.      Do you recall in your work with
      08  the three-ram capping stack risking the
      09  relief well as a risk that was ever
      10  identified?
```

Page 522:12 to 524:05

```
00522:12        A.      I don't recall that as a risk.
      13        Q.      Okay.  Well, let me show you
      14  tab 32, which has been previously marked as
      15  exhibit 6124.
      16        A.      Okay.
      17        Q.      And you see that this is a
      18  PowerPoint presentation titled DEEPWATER
      19  HORIZON review, dated Sunday, May 23rd, 2010,
      20  correct?
      21        A.      Correct.
      22        Q.      Okay.  And this is before the
      23  top kill was implemented, correct?
      24        A.      Yes.
      25        Q.      The next page specifically says
00523:01  top kill, right?
      02        A.      Correct.
      03        Q.      Okay.  And so if you kind of
      04  flip through the slides, will you agree with
      05  me that this PowerPoint is dealing with the
      06  top kill?
      07        A.      Okay.  System pressure
      08  limitation, yep.  I can see that, yes.  Yes,
      09  this is dealing with the top kill.
      10        Q.      Okay.  The slide I want you to
      11  look at is on page -- the Bates page 078.
      12        A.      Okay.
      13        Q.      And I -- I don't know why it
      14  prints out this way, but the -- so the syntax
      15  or whatever is a little messed up.  But I'll
      16  represent to you that should be don't make it
      17  worse, top risks.  Do you see that?
      18        A.      Uh-huh.
      19        Q.      The fifth bullet point down says
      20  top risks impact relief well success,
      21  correct?
      22        A.      It does say that, with a
      23  question mark.
      24        Q.      And I'll represent to you that
      25  question mark should be a bullet point, the
00524:01  way this is printed.  You can accept that if
      02  you want.
      03  Does this document appear to be
      04  identifying risking the relief well as a risk
      05  of the top kill effort?
```

Page 524:07 to 525:19

```
00524:07        A.      It appears to be doing that,
      08  yes.
      09        Q.      Let's go to the next document.
      10  This is in tab 19 of your notebook.
      11  Actually, let's not go there yet.  Let's go
```

```
12   to -- let's go to tab 46.
13        A.    Okay.
14        Q.    And we will mark this as
15   exhibit 11269.
16        (Exhibit Number 11269 marked.)
17        Q.    All right.  You see that this is
18   another PowerPoint, and this is MC252 junk
19   shot peer assist report of findings, correct?
20        A.    Correct.
21        Q.    And this has two dates on it, a
22   May 6th and a May 7th.  Do you see that?
23        A.    Yes.
24        Q.    It appears that the peer review
25   was held on May 6th and the document was
00525:01   prepared or presented on the 7th, correct?
02        A.    Correct.
03        Q.    And so I want to look at the
04   executive summary, which is on page -- the
05   second page of the PowerPoint.
06        A.    Uh-huh.
07        Q.    And it says, assess potential
08   regrets with the junk shot or kill operation.
09        Do you see that?
10        A.    Yes.
11        Q.    And then it says, lose
12   containment through casing, underground flow,
13   compromised relief well.
14        Did I read that correctly?
15        A.    Yes.
16        Q.    Is this another document that
17   appears to be identifying the risk of
18   compromising the relief well as a result of
19   performing the top kill or the junk shot?
```

Page 525:21 to 525:21

```
00525:21        A.    Yes, it does.
```

Page 526:01 to 527:01

```
00526:01   tab 19.  And we will mark this as
02   exhibit 11270.
03        (Exhibit Number 11270 marked.)
04        Q.    All right.  You see that this is
05   another PowerPoint.  It's titled DEEPWATER
06   HORIZON source control update, correct?
07        A.    Correct.
08        Q.    And it's dated Friday, May 7th,
09   2010, correct?
10        A.    Correct.
11        Q.    All right.  The slide I want you
12   to go to is slide 7 with the Bates
13   number 2298 at the bottom.
14        A.    Okay.
```

```
15          Q.      You see that this is a slide
16   titled, installation of new pressure control
17   equipment to kill well from the top.  Do you
18   see that?
19          A.      Yes.
20          Q.      And it shows some vessels on top
21   of the surface and then a junk shot manifold
22   with hoses that go into the kill and choke
23   line, correct?
24          A.      Correct.
25          Q.      Does this appear to you to be a
00527:01   diagram showing the top kill/junk shot plan?
```

Page 527:03 to 527:09

```
00527:03        A.      It appears like it's a cartoon
04   of the -- of the operation.
05          Q.      Okay.  It's -- it'd be fair --
06          A.      Simplistic.
07          Q.      It'd be fair to say that this is
08   representing and discussing the top kill/junk
09   shot, correct?
```

Page 527:11 to 528:03

```
00527:11        A.      I guess.
12          Q.      Okay.  Well, let's look at --
13   the first bullet point says conceived option
14   to seal the BOP with junk shot material,
15   correct?
16          A.      That's what it says, yes.
17          Q.      That's discussing the junk shot,
18   correct?
19          A.      Uh-huh.
20          Q.      Okay.  What I want you to look
21   at is current view.  Do you see that?
22          A.      Uh-huh.
23          Q.      It lists -- what does it list
24   for associated risks?
25          A.      High.
00528:01        Q.      And what does it list for
02   probability of success?
03          A.      Low.
```

Page 528:19 to 528:23

```
00528:19        Q.      Okay.  But you would agree with
20   me that you've now seen several documents
21   that discuss the top kill or junk shot
22   potentially compromising the relief well,
23   right?
```

Page 528:25 to 529:08

```
00528:25        A.      I've seen the documents but I
00529:01  don't understand why they would compromise
      02  the relief well.  I'm not -- not clear on
      03  that.  Like I said, I wasn't involved with
      04  the top kill team.
      05        Q.      But in your work with the
      06  capping team, you don't recall jeopardizing
      07  the relief well ever being a risk that was
      08  identified, correct?
```

Page 529:10 to 529:14

```
00529:10        A.      Yeah, I don't recall that being
      11  a risk.
      12        Q.      Okay.  Let me show you what's
      13  been previously marked as exhibit 5053.  This
      14  is tab 51 in your notebook.
```

Page 529:17 to 531:04

```
00529:17        A.      Okay.
      18        Q.      All right.  You see that this is
      19  a document titled oil spill containment,
      20  remote sensing and tracking for deepwater
      21  blowouts, status of existing and emerging
      22  technologies, correct?
      23        A.      Correct.
      24        Q.      And this is dated August 2nd --
      25  August 12th, 1999, correct?
00530:01        A.      Correct.
      02        Q.      And the -- the front of the
      03  document says this -- the project described
      04  in this report was funded by the U.S.
      05  Minerals Management Service, correct?
      06        A.      Correct.
      07        Q.      What I want to look at is on
      08  page 35 and I want to look -- it's Bates
      09  number 179, if you see that on the bottom.
      10        A.      Okay.
      11        Q.      And you see that the -- the
      12  section title is 7.5, problem summary?
      13        A.      Yes.
      14        Q.      And what it says in 1999 was for
      15  subsea oil containment, the technical hurdles
      16  to be overcome during a deepwater blowout
      17  include predicting the behavior of deepwater
      18  currents, ability to manipulate heavy objects
      19  on the seabed, ability to design subsea
      20  collectors that are flexible enough to cap a
      21  large range of subsea wellhead assemblies and
      22  accommodate a high volume of recovered oil,
      23  gas and water, ability to approach the
      24  blowing well and install containment devices
```

```
        25   on the seafloor, lack of standardization in
00531:01     subsea wellhead design.  Do you see that?
        02        A.    Yes.
        03        Q.    You agree that those were
        04   technical hurdles to be overcome, correct?
```

Page 531:06 to 531:08

```
00531:06        A.    In relation to Macondo?
        07        Q.    In relation to your work as a
        08   wells team leader.
```

Page 531:10 to 531:13

```
00531:10        A.    I've never seen this document.
        11        Q.    Okay.  Well, certainly you
        12   experienced those technical hurdles in 2010
        13   with the Macondo, correct?
```

Page 531:15 to 532:02

```
00531:15        A.    They were the only one I had --
        16   the hurdle I approached was ability to
        17   approach the blowing well and install
        18   containment devices on the seafloor.  The
        19   others are about connection and manipulation
        20   of heavy objects.  We didn't have that issue.
        21        Q.    Okay.  So -- but you personally
        22   experienced the technical hurdle of ability
        23   to approach the blowing well and install
        24   containment devices on the seafloor, correct?
        25        A.    Correct.
00532:01        Q.    And you would agree with me that
        02   that hurdle was identified in 1999, correct?
```

Page 532:04 to 532:11

```
00532:04        A.    It was identified in this
        05   document in 1999.
        06        Q.    Yes, sir.
        07        A.    Yes, I agree with that.
        08        Q.    And you would agree with me that
        09   it was your experience that nothing was done
        10   between 1999 and 2010 to overcome this
        11   hurdle, true?
```

Page 532:13 to 532:13

```
00532:13        A.    Nothing that I'm aware of.
```