# United States' Phase Two Offer of Proof Exhibit 24
# Designations of Volumes 1-2 of Deposition of Ellen Williams

Page 11:09 to 11:11

00011:09   ELLEN D. WILLIAMS, PH.D.,
      10   was called as a witness by the United States and,
      11   being first duly sworn, testified as follows:


Page 12:11 to 13:05

00012:11        Q.  Is it your understanding that you are
      12   here today on behalf of BP?
      13        A.  Yes.
      14        Q.  And that you have been designated a
      15   Corporate Representative of BP?
      16        A.  Yes.
      17        Q.  And you are here today to testify
      18   about -- I think it's three different Topics in
      19   the Deposition Notice, correct?
      20        A.  Yes.
      21        Q.  Okay.  Tab 1, which we will hand you, has
      22   been previously marked Exhibit 8664.  Have you
      23   seen this document before?
      24        A.  No, I don't believe I have.
      25        Q.  Okay.  Did you see a -- any document with
00013:01   the Topics that you were designated to testify
      02   about?
      03        A.  I have seen the Topics.
      04        Q.  Okay.
      05        A.  Yes.


Page 13:11 to 13:14

00013:11        Q.  All right.  If you would flip to Topic 4
      12   in that document -- it's on Page 3.  Is it your
      13   understanding --
      14        A.  Okay.


Page 13:16 to 13:23

00013:16        Q.  (By Ms. Chang) -- that you are here to
      17   testify on behalf of BP regarding "The manner
      18   and/or methodology that BP, BP's contractors
      19   and/or any other entity working under BP's
      20   direction, used to predict, estimate,
      21   characterize and/or measure the daily amount of
      22   hydrocarbons flowing from the Macondo Well from:"
      23   April 20th, 2010, to the present?


Page 14:04 to 16:02

00014:04        A.  I -- yes.
      05        Q.  (By Ms. Chang) Okay.  And Topic 4
      06   includes "the results of such efforts, the
      07   identity of the individuals and groups who

```
08  undertook such efforts, and a description of the
09  data, observations and assumptions on which such
10  efforts were based," correct?
11       A.  Yes.
12       Q.  Okay.  Now, as your Counsel just
13  indicated, you are here to discuss observational
14  flow rate techniques; is that correct?
15       A.  Yes.
16       Q.  What do you -- what is meant by
17  "observational flow rate techniques"?
18       A.  My understanding of "observational flow
19  rate techniques" is any direct observations of
20  hydrocarbons passing into the -- into the Gulf of
21  Mexico.
22       Q.  Would that include PIV?
23       A.  Yes, it would.
24       Q.  Would that include acoustic technologies?
25       A.  It would depend on the nature of the
00015:01  acoustic technology.
02       Q.  Okay.  And same with sonar?
03       A.  Again, it would depend on the nature of
04  the sonar.
05       Q.  Okay.  And you're prepared today to
06  discuss with us the observational flow rate
07  techniques as applied to Topic No. 4, correct?
08       A.  Yes, that is correct.
09       Q.  Okay.  And Topic No. 9 on Page 5 is
10  another Topic which you've been designated for,
11  correct?
12       A.  I -- yes, I believe so.
13       Q.  Okay.  And that includes "...efforts
14  (including all communications, modeling,
15  calculations and analysis) undertaken or used in
16  connection with:  the flow rate of 1,000 barrels
17  per day announced by Admiral Landry on April
18  24th; the flow rate estimate of 5,000 barrels per
19  day announced by Admiral Landry on April 28th;
20  the flow rate announced by the Flow Rate
21  Technical Group on or about May 27th 2010" --
22       A.  M-h'm.
23       Q.  -- "the flow rate announced by the Flow
24  Rate Technical Group on or about June 15th, 2010;
25  and the flow rate announced by the Flow Rate
00016:01  Technical Group on or about August 2nd, 2010,
02  correct?
```

Page 16:06 to 16:16

```
00016:06       Q.  (By Ms. Chang) The Flow Rate Estimates
07  announced by -- dur -- those five different Flow
08  Rate Estimates.
09       A.  Yes, I -- yes.
10       Q.  You -- Okay.
11       A.  Okay.
12       Q.  And you're prepared to speak to the Flow
```

```
        13   Rate Estimates and BP's efforts, including all
        14   its communications, modeling, calculations, and
        15   analyses undertaken or used in connection with
        16   those estimates, correct?
```

Page 16:18 to 17:05

```
00016:18        A.  I -- I believe so.
        19        Q.  (By Ms. Chang) Topic No. 16 is "All
        20   analyses, calculations, assumptions, and data
        21   cited and/or relied upon in 'BP's Preliminary
        22   Response to the Flow Rate and Volume Estimates
        23   Contained in Staff Working Paper No. 3' submitted
        24   by BP to the National Oil Spill Commission on or
        25   about October 21st, 2010," correct?
00017:01        A.  I understand that, yes.
        02        Q.  Okay.  And you're here to testify
        03   regarding Topic 16 today?
        04        A.  Yes.
        05        Q.  And you're prepared to do so?
```

Page 17:08 to 18:22

```
00017:08        A.  So, yes, sub -- subject to things I've
        09   been told about privilege.
        10        Q.  (By Ms. Chang) Okay.
        11        A.  Yeah.
        12        Q.  What did you do to prepare -- to prepare
        13   for today's deposition?
        14        A.  I reviewed documents, I talked with
        15   Counsel, I talked with some -- some people, and I
        16   reviewed some depositions.
        17        Q.  Okay.  Other than Counsel, who did you
        18   speak with in preparation for the deposition
        19   today?
        20        A.  I spoke with Simon Webster, Ryan Malone,
        21   and Trevor Hill.
        22        Q.  Who is Simon Webster?
        23        A.  Simon Webster is a BP employee.
        24        Q.  Do you know what his job title is?
        25        A.  I -- I don't know what his job title is.
00018:01        Q.  What is his function within BP?
        02        A.  Right -- B -- his -- he is now involved
        03   in one of our major technology programs called
        04   Inherently Reci -- Reliable Facilities.
        05        Q.  And what did you speak with Mr. Webster
        06   about in preparation for your deposition?
        07        A.  I talked with him about the Woods Hole
        08   proposal to use acoustic Doppler.
        09        Q.  Okay.  And what did he tell you about the
        10   Woods Hole to use acou -- acoustic Doppler?
        11        A.  He told me that Woods Hole had approached
        12   someone in the Response and the -- that the
        13   request had been forwarded to him to review, that
```

```
14   he considered the response, and it required a
15   fairly substantial commitment of ROV time, and
16   that at that time, they were using the ROVs quite
17   intensely for characterizing the status of the
18   BOP, and felt they could not commit the ROV time
19   to the Woods Hole proposal.
20       Q.  Okay.  And did he mention what timeframe
21   that those discussions were?
22       A.  It was early May.
```

Page 19:02 to 19:05

```
00019:02     Q.  Who is Ryan Malone?
03       A.  Ryan Malone, I don't know what he's doing
04   now.  At the time of the Response, he was an
05   Executive Assistant to someone in the company.
```

Page 19:08 to 20:01

```
00019:08     Q.  Why did you talk to Mr. Malone?
09       A.  I talked to Mr. Ma -- Malone because I
10   saw two E-mails with his name on it and I wanted
11   to understand the -- the context of those
12   E-mails.
13       Q.  What were those E-mails regarding?
14       A.  The E -- actually it was, I think, three
15   E-mails.  The E-mails were first an E-mail
16   stating an estimated flow, then withdrawing that
17   statement, and then following up with some
18   explanation as to the reason for the withdrawal.
19       Q.  Do you recall the timeframe those E-mails
20   were written?
21       A.  It was either very late on April 23rd or
22   very early on April 24th.
23       Q.  Do you recall who received those E-mails?
24       A.  I believe it was sent to James Dupree.
25       Q.  Do you know who sent it to James Dupree?
00020:01     A.  Ryan Malone.
```

Page 20:04 to 20:24

```
00020:04     Q.  Do you recall what the Flow Rate Estimate
05   in those E-mails was?
06       A.  The -- the number in those E-mails was 31
07   gallons per minute.
08       Q.  Did you do any conversion to how many
09   barrels per day that would be?
10       A.  I mentally estimated that, and I believe
11   it's a little less than 1100 -- let's see.
12   Thirty-one gal -- yeah, a little less than 1100
13   barrels per day.
14       Q.  Did he tell you what the basis for that
15   estimate was?
```

```
16      A.   That was the reason for my call.   So
17 you're asking me what he told me in the call?
18      Q.   Correct.
19      A.   Yes.   When I talked to him, he told me
20 that the number had been given to him by someone
21 from a company called Wild Well that was involved
22 in the ROV work where they had first discovered
23 the leak and that it was the result of visual
24 observations of the flow.
```

Page 21:09 to 27:01

```
00021:09      Q.   Okay.   And Trevor Hill, you also spoke to
10 him, correct?
11      A.   Yes.
12      Q.   Okay.   How long did you speak with him?
13      A.   Probably about a half an hour.
14      Q.   And what was the purpose of talking to
15 Mr. Hill?
16      A.   I wanted to talk to Mr. Hill about video
17 observations of flow.
18      Q.   And what was -- what was the substance of
19 your conversation?
20      A.   Mr. Hill told me about his -- what he
21 called an "eyeball estimate" of the -- of -- of
22 some videos of the plume, and he did an IP.   He
23 visually looked at the flow, estimated the -- the
24 time it took a particle or something he could --
25 some feature he could observe in the flow, the
00022:01 time that it took to go a certain distance.   From
02 that, he determined an estimated velocity, and
03 then he did some calculations to transform that
04 velocity into a -- a flow rate, an estimated flow
05 rate.
06      Q.   Okay.   And during what timeframe were --
07 was this work being undertaken?
08      A.   I believe it was the second week in May.
09      Q.   Do you recall what the estimated flow
10 rate from that work was?
11      A.   I believe his number was about 20,000
12 barrels per day.
13      Q.   Did you talk to Mr. Hill about anything
14 else in preparation for your deposition?
15      A.   No.   That was the total topic of the
16 discussion.
17      Q.   Which -- you also mentioned that you
18 reviewed some deposition transcripts?
19      A.   Yes.
20      Q.   Okay.   Do you recall whose deposition
21 transcripts you reviewed?
22      A.   The ones that I recall were Doug Suttles,
23 Dave Rainey, parts of Charlie Henry, parts of
24 Admiral Landris [sic] and I think I may have
25 re -- looked at parts of Paul Tooms.   And there
00023:01 may have been others, but those are the ones I
```

02  remember.
03      Q.  Did you identify these people as people
04  whose transcripts you wanted to review?
05      A.  I -- I think I asked to see Admiral
06  Landis' [sic] testimony.  I think the others were
07  provided to me.
08      Q.  Admiral Landry?
09      A.  Landry.
10      Q.  Mary Landry?
11      A.  Pardon me.  Mary Landry.  Pardon me.
12  Yes.  Yeah.
13      Q.  I just want to make sure it's clear on
14  the --
15      A.  Sorry.
16      Q.  -- record.
17      A.  Yes.
18      Q.  Okay.  So I believe you said you reviewed
19  parts of Admiral Landry, parts of Charlie
20  Henry's --
21      A.  Yeah.
22      Q.  -- deposition?
23      A.  Uh-huh.
24      Q.  Which parts did you review?
25      A.  I asked to have just the parts that
00024:01  corresponded to the 1,000 and 5,000 barrel per
02  day announcements pulled out for me.
03      Q.  And that was for both Landry and for
04  Henry --
05      A.  Henry --
06      Q.  -- correct?
07      A.  -- yes, uh-huh.
08      Q.  Okay.  The deposition of Doug Suttles,
09  did you review the full transcript?
10      A.  I skimmed through the full transcript.
11  Again, I was primarily looking for the parts that
12  had to do with the -- with the 1,000 and 5,000
13  barrel per day.
14      Q.  Okay.  How about for Dave Rainey's
15  transcript, what were you looking for in that?
16      A.  Okay.  I -- I -- again, I skimmed through
17  most of -- most or all of that transcript.  I was
18  looking primarily for information about the
19  surface expression work that he did.
20      Q.  What was the surface expression work that
21  he did?
22      A.  So, beginning around April 25th or 26th,
23  he was taking observational data on the amount of
24  oil on the surface and figuring out how to
25  translate those to -- to analyze those
00025:01  observations to estimate possible rates of flow.
02      Q.  Were you looking for anything else in
03  particular when you reviewed his -- Mr. Rainey's
04  deposition transcript?
05      A.  Primarily I was looking for information
06  about that and possibly who he talked to about

```
07  the work that he was doing.
08      Q.  Paul Tooms, I believe you also reviewed
09  his transcript?
10      A.  I -- I saw parts of his transcript.
11      Q.  All right.  Do you recall which parts?
12      A.  H'm --
13      Q.  What they related to?
14      A.  I think it was comments that he had made
15  about flow rate.
16      Q.  Any flow rates in particular?
17      A.  No.  I think it was general comments,
18  yeah.
19      Q.  You also mentioned that you reviewed
20  documents.
21      A.  Yes.
22      Q.  Can you give me an idea how many
23  documents you reviewed?
24      A.  It -- it seemed like many hundred
25  documents.  Often there was a lot of duplication
00026:01  because E-mail trains would sort of overlap, but
02  certainly it seemed like hundreds of documents.
03      Q.  Okay.  Over what course of time did you
04  spend preparing for this deposition?
05      A.  I began in early October, so since the
06  first week in October.
07      Q.  About how many hours of preparation would
08  you say you've put into this so far?
09      A.  Probably around a hundred hours.
10      Q.  Thank you.
11          So your title at BP is Chief Scientist?
12      A.  Yes.
13      Q.  What does that mean?
14      A.  Chief Scientist is a functional role, so
15  I'm in Group Technology.  My Direct Supervisor is
16  the Head of Group Technology.  My role is
17  strategic, so I'm tasked with looking at
18  long-term Technology trends and how they might
19  affect the Company in the future; with looking at
20  the strength of the underpinning Science in BP
21  that supports our Technology activities.
22      Q.  So you report to Head of Group
23  Technology?
24      A.  Yes.
25      Q.  What is his or her name?
00027:01  A.  That is David Eyton.  That's E-y-t-o-n.
```

Page 27:04 to 27:15

```
00027:04      Q.  (By Ms. Chang) Do you -- do you supervise
05  anybody in your role as Chief Scientist?
06      A.  Yes.
07      Q.  How many people?
08      A.  My Direct Reports are actually, at this
09  moment, two; Indirect Reports, about five or six.
10      Q.  Okay.  When did you begin at BP as Chief
```

```
11  Scientist?
12      A.  In January of 2010.
13      Q.  And prior to that, you were at the
14  University of Maryland; is that correct?
15      A.  That's correct.
```

Page 28:16 to 28:25

```
00028:16      Q.  Who held the position before you?
17      A.  Steve Koonin.
18      Q.  Could you spell that last name.
19      A.  K-o-o-n-i-n.
20          THE COURT REPORTER:  Thanks.
21      Q.  (By Ms. Chang) Do you know why he left BP
22  as Chief Scientist?
23      A.  Yes.  He had an opportunity to become
24  No. 2 in the Department of Energy, Direct Report
25  to Steve Chu.
```

Page 29:19 to 30:01

```
00029:19      Q.  Did -- were you involved at all in the
20  response to the Macondo Well blowout?
21      A.  I was not a Member of the direct
22  response.  I did do some activities in
23  relationship to the response.
24      Q.  Okay.  And generally speaking, how would
25  you catego -- categorize those activities you did
00030:01  in -- in relation to the response?
```

Page 30:03 to 31:09

```
00030:03      A.  So you would like -- could -- I guess,
04  could you clarify a little bit?
05      Q.  (By Ms. Chang) Well, sure.  I mean, I
06  don't --
07      A.  M-h'm.
08      Q.  -- I don't want to know every E-mail that
09  you sent --
10      A.  Okay.  Right.
11      Q.  -- but, you know, is --
12      A.  Yeah.
13      Q.  -- is there a way to sort of
14  categorize --
15      A.  Yes.
16      Q.  -- or broadly describe what you did in --
17      A.  All right.
18      Q.  -- relationship to the Macondo response.
19      A.  Well, some of my activities were a little
20  bit secondary, just communications or engagements
21  that came my way.  The primary activity that I
22  had that was related to the response was that I
23  was asked to help set up the Gulf Research
```

```
      24   Initiative, which was a -- a fund of money the
      25   Company put forward to set up research activities
00031:01   involving the environmental impacts of oil spills
      02   in the Gulf of Mexico.
      03        Q.  As Chief Scientist at BP, did you have
      04   any role in performing any flow rate analyses?
      05        A.  I did not do any flow rate analyses.
      06        Q.  Okay.  Did you have any role in
      07   evaluating other people's flow rate analyses?
      08        A.  Not specifically in the context of flow
      09   rate analysis.
```

Page 32:01 to 32:06

```
00032:01   Just to be clear, are you asking her with
      02   respect to the subject for which she's been
      03   designated as a Corporate Representative, limited
      04   to observational evidence, or are you asking
      05   beyond that?
      06        Q.  (By Ms. Chang) In your personal capacity.
```

Page 32:13 to 32:16

```
00032:13        Q.  (By Ms. Chang) The question is:  About
      14   how many people did BP have working during the
      15   time of the response on quantifying the amount of
      16   flow from the well?
```

Page 32:19 to 32:20

```
00032:19        A.  Okay.  I don't know in the -- in the
      20   broad scope of anything related to flow.
```

Page 33:01 to 33:07

```
00033:01        Q.  Did BP have people, beginning in May
      02   20th, 2010, working on using observational flow
      03   techniques to estimate the flow of the well?
      04        A.  Beginning in May -- May?
      05        Q.  No.
      06        A.  No.
      07        Q.  Beginning at the time --
```

Page 33:09 to 33:20

```
00033:09        Q.  (By Ms. Chang) Yeah, that was my --
      10        A.  Okay.
      11        Q.  -- question.  Sorry.
      12             Beginning in April --
      13        A.  Yes.
      14        Q.  -- on April 20th, 2010, did BP have
      15   people working on using observational flow
```

```
16  techniques to estimate the flow of the well?
17      A.  Yes.
18      Q.  Okay.
19      A.  Yeah.
20      Q.  Were those people organized in groups?
```

Page 33:23 to 33:23

```
00033:23    A.  I -- I don't -- not to my knowledge.
```

Page 34:01 to 34:15

```
00034:01    Q.  Do you know who those people were?
02      A.  I know of work that Dave Rainey did using
03  surface expression.  And I know of some
04  characterization efforts involving video, visual
05  video analysis, and the two people who I know of
06  who were engaged with that were Contractor Ole
07  Rygg and Trevor Hill.
08      Q.  Are you aware of any other individuals
09  doing work after April 20th, 2010, using
10  observational flow techniques to estimate the
11  flow of the well?
12      A.  People within BP?
13      Q.  People at all --
14      A.  H'm.
15      Q.  -- on behalf of BP.
```

Page 34:17 to 35:11

```
00034:17    A.  Okay.  I was engaged with a Scientist
18  from Cambridge who was doing some work on plume
19  modeling.
20      Q.  (By Ms. Chang)  Is that Andy Woods?
21      A.  That's Andy Woods.  I'm not aware that he
22  actually did flow estimates, per se.  Some of his
23  work related to flow estimates.
24      Q.  Have you seen the results of Dr. Woods'
25  work?
00035:01    A.  I have seen Dr. Woods' plume modeling
02  work.
03      Q.  Okay.
04      A.  Yeah.
05      Q.  So aside from Dave Rainey, Ole Rygg,
06  Trevor Hill, and Andy Woods --
07      A.  M-h'm.
08      Q.  -- are you aware of anybody doing work
09  after April 20th, 2010, using observational flow
10  techniques to estimate the flow of the well?
11      A.  Okay.
```

Page 35:14 to 35:16

```
00035:14     A.  Okay.  No, assuming that by "doing work,"
     15  you mean actually doing some calculations or
     16  characterization.
```

Page 36:03 to 36:08

```
00036:03     Q.  (By Ms. Chang) Are you aware of other
     04  individuals who were involved in using
     05  observational flow techniques --
     06     A.  Okay.
     07     Q.  -- to estimate the flow of the well?
     08     A.  No --
```

Page 36:10 to 36:10

```
00036:10     A.  -- I'm not.
```

Page 37:18 to 38:07

```
00037:18     Q.  (By Ms. Chang) Okay.  I'm going to be
     19  marking -- or handing you what's been marked as
     20  Exhibit 10333, and it's at Tab 12.
     21     A.  Okay.
     22     Q.  On -- the CD is in the binder.
     23        Have you seen that document before,
     24  Dr. Williams?
     25     A.  Yes, I believe I've seen this, or
00038:01  something very similar to it.
     02     Q.  Okay.  Do you know who Samir Khanna is?
     03     A.  Yes, I know who Samir Khanna is.
     04     Q.  Who is that?
     05     A.  Samir Khanna is a Technical Subject
     06  Matter Expert in the Company with expertise in
     07  computational fluid dynamics.
```

Page 38:23 to 39:01

```
00038:23     Q.  (By Ms. Chang) Can you tell from these --
     24     A.  M-h'm.
     25     Q.  -- E-mails what type of modeling was used
00039:01  here?
```

Page 39:04 to 40:02

```
00039:04     A.  I -- I think at the beginning -- okay.
     05  At -- on Page 296 on the top, in Samir Khanna's
     06  E-mail, he says:  "...then I can do a
     07  single-phase CFD calculation..."
     08     Q.  (By Ms. Chang) Okay.  So let's -- what's
     09  a "single-phase CFD calculation"?
     10     A.  Okay.  "CFD" is computational fluid
     11  dynamics, and "single-phase" means that the flow
```

```
12  would be treated as a homogenous fluid.
13      Q.  Would this be considered an observational
14  flow estimation technique?
15      A.  No, I don't believe so.  I think this is
16  just a computation.
17      Q.  Does this type of analysis, this
18  single-phase CFD calculation, is -- does it
19  depend on visual observations from the well?
20      A.  No.  Actually, this is a computation that
21  depends on understanding the exact geometry and
22  boundary conditions of the system to do a
23  calculation from First Principles, so it would be
24  trying to calculate flow.
25      Q.  M-h'm.  So there's -- so you wouldn't
00040:01  need to see the shape of the plume or know the
02  velocity of the plume or anything like that --
```

Page 40:05 to 40:05

```
00040:05      Q.  (By Ms. Chang) -- to do this analysis?
```

Page 40:07 to 40:13

```
00040:07      A.  Far -- as far as I can see from
08  reading -- and I haven't read it in detail --
09  this -- this E-mail, it appears that they were
10  trying to model the plume, figure out what the
11  plume would look like based on a given
12  configur -- all the configurations around -- of
13  the system.
```

Page 40:22 to 41:03

```
00040:22      Q.  Do you know whether these modeling
23  efforts described in Exhibit 10333 --
24      A.  M-h'm.
25      Q.  -- did they ultimately end up generating
00041:01  a flow rate?
02      A.  I -- I have not seen any follow-on to
03  this work.
```

Page 41:09 to 42:02

```
00041:09      Q.  At the very bottom, an E-mail from Tim
10  Lockett, it says:  "Samir
11          "Simple answer is that none of these
12  pictures are like the video footage, as the plume
13  is rising too strongly, so something must be
14  wrong with the" physics or -- "physics we are
15  trying to represent or model set-up."
16      A.  Yes, I see that.
17      Q.  Okay.  Does that indicate that they were
18  using video footage as part of this analysis?
```

```
     19      A.  It indicates that Tim had some video
     20 footage, and he was comparing Samir's cal --
     21 calculation with what he was seeing with the
     22 video footage.
     23      Q.  Okay.
     24      A.  Yeah.
     25      Q.  And would the -- the video footage would
00042:01 include an observational technique, correct?
     02      A.  Yes.
```

Page 42:24 to 43:09

```
00042:24      Q.  (By Ms. Chang) I'm going to hand you
     25 what's been marked previously as Exhibit 8866.
00043:01 It's either -- I think it's Tab 15 in our -- the
     02 binders and the CD.  Have you seen this E-mail
     03 before, Dr. Williams?
     04      A.  Yes, I've seen this, or something very
     05 similar to it.
     06      Q.  Okay.  So we talked already about Ole
     07 Rygg.  Who is Kurt Mix?
     08      A.  I -- I believe Kurt Mix was a BP
     09 employee.
```

Page 43:16 to 43:25

```
00043:16      Q.  Do you know if Kurt Mix was involved in
     17 any -- in estimating any flow using observational
     18 techniques?
     19      A.  Kurt Mix?
     20      Q.  Yes.
     21      A.  I -- I'm not aware of anything outside of
     22 this -- this workstream.
     23      Q.  Okay.  This E-mail refers to an estimate
     24 based on observational techniques, correct?
     25      A.  Yes.
```

Page 44:17 to 46:08

```
00044:17 So the question is:  Do you know if Ole
     18 Rygg did additional modeling based on this
     19 meth -- oh, you --
     20      A.  Yes.
     21      Q.  -- already answered that --
     22      A.  Right.
     23      Q.  -- one.
     24      A.  Yeah.
     25      Q.  So the next question was:  Do you know
00045:01 any of the specifics of the method that Ole Rygg
     02 was using --
     03      A.  H'm --
     04      Q.  -- here?
     05      A.  Yes.
```

06        Q.   Okay.  What -- what can you tell me about
07   that --
08        A.   Okay.
09        Q.   -- method?
10        A.   I -- my understanding is that Mr. Rygg
11   did a single-phase analysis; that he -- a
12   simple -- assumed a simple or a straightforward
13   flow equals velocity times area; that he did not
14   correct for the distortion of the pipe, and he
15   did not correct for the mixture of gas and oil
16   coming out.  And I also believe, if my memory is
17   correct, that this was his visual observation,
18   that he hadn't done any analysis other than
19   estimating the flow velocity by eye.
20        Q.   Do you know what he was using to -- to
21   estimate the flow vel -- velocity by eye?
22        A.   If I remember correctly from his
23   testimony, I believe he, rather similar to Trevor
24   Hill, simply looked at the video, tried to
25   identify features in the flow that he could
00046:01   follow, and then see how far they went in a
02   certain amount of time.
03        Q.   That was -- was that video provided to
04   him by BP?
05        A.   He says here that it was "showed" to him.
06   I believe, if I remember the testimony correctly,
07   that he saw it in maybe one of the Operations
08   Rooms.


Page 46:14 to 46:23

00046:14        Q.   Okay.  What is the basis for your
15   statement that he did not correct for distortion
16   of the pipe?
17        A.   I believe I remember seeing that in the
18   testimony, but if I look at this picture, it
19   would suggest that he used a cylindrical pipe.
20        Q.   And what is the basis for your statement
21   that he did not correct for the mixture of gas
22   and oil?
23        A.   I believe I saw that in his testimony.


Page 47:10 to 47:17

00047:10        Q.   (By Ms. Chang) All right.  We -- we're at
11   Tab 29.  This document I am handing you has been
12   marked as Exhibit 10334.
13             (Exhibit No. 10334 marked.)
14        Q.   (By Ms. Chang) Have you seen this
15   document before?
16        A.   Yes, I believe I've seen this document,
17   or something similar.

Page 47:25 to 48:10

```
00047:25      Q.  Bernard Looney, do you know who he is?
00048:01      A.  Yes.
      02      Q.  Who is he?
      03      A.  He's a Senior Official in the company.
      04      Q.  Do you know what his title is?
      05      A.  At the time, he was, I believe, the Head
      06  of North Sea.  He's now -- he's on the Executive
      07  Team.  I don't know his exact title.
      08      Q.  Do you know who Kent Wells is?
      09      A.  Kent Wells was a Senior Executive in the
      10  Company at the time of the incident.
```

Page 48:21 to 48:23

```
00048:21      Q.  And, for the record, the subject on these
      22  E-mails is "BP flow observations," and the Bates
      23  number is 2179MDL06970575 through 588.
```

Page 49:03 to 49:12

```
00049:03      Q.  If you turn to the second page of the
      04  document, the last four Bates are 0576?
      05      A.  Yes.
      06      Q.  Okay.  Mister -- is it Mr. Hill or
      07  Dr. Hill?
      08      A.  I think it's Mr. Hill.
      09      Q.  Okay.  Mr. Hill goes through several
      10  factors which he believes contributed to a
      11  reduced flow rate, a flow rate lower than those
      12  reported in the media, correct?
```

Page 49:14 to 50:12

```
00049:14      A.  Let's see.  So one, two --
      15      Q.  (By Ms. Chang) Well, let's do it this
      16  way, then.
      17      A.  Yeah.
      18      Q.  About halfway down --
      19      A.  M-h'm.
      20      Q.  -- under "Flowrate considerations" --
      21      A.  M-h'm.
      22      Q.  -- he writes:  "Estimates have been
      23  published in the media of the flowrate leaving
      24  the large pipe" -- raising -- "ranging from 5,000
      25  barrels per day of oil to much higher" estimates.
00050:01  Correct?
      02      A.  Yes.
      03      Q.  Okay.  And two paragraphs down from
      04  there, he says:  "...there are several reasons
      05  for the higher flowrate estimates to be
      06  significantly greater than the actual value."
```

```
07        Do you see that?
08        A.  Yes.
09        Q.  Okay.  And then he says:  "Firstly there
10   is" the drill -- "drill pipe protruding from the
11   end of the riser..."  Correct?
12        A.  Yes.
```

Page 52:21 to 53:01

```
00052:21        Q.  (By Ms. Chang) Do you agree that
      22   "...there is drill pipe protruding from the end
      23   of the riser, occupying some of the original flow
      24   area, reducing by 10% the flowrate estimated from
      25   a measured velocity (e.g., by particle image
00053:01   velocimetry) and the original pipe area"?
```

Page 53:07 to 53:20

```
00053:07        A.  Yes.
      08        Q.  (By Ms. Chang) Yes, you, in your personal
      09   capacity, agree that that is a true statement?
      10        A.  Yes.
      11        Q.  The next paragraph reads:  "Secondly the
      12   end of the pipe is no longer circular, due to the
      13   forces involved when the riser broke away from
      14   the Deepwater Horizon.  This further reduces the
      15   original flow area by 30%, and therefore the
      16   resulting flow rate from a measured velocity."
      17        Did I read that correctly?
      18        A.  Yes.
      19        Q.  Do you, in your personal capacity, agree
      20   with that statement?
```

Page 53:25 to 54:23

```
00053:25        A.  I -- I don't have personal knowledge of
00054:01   the 30 percent figure.
      02        Q.  (By Ms. Chang) The next paragraph:
      03   "Thirdly" four -- "40% of the average volume flow
      04   out of the pipe at the seabed is gas."
      05        Did I read that correctly?
      06        A.  Yes.
      07        Q.  Do you have any personal knowledge
      08   regarding whether or not that is true, that
      09   statement is true?
      10        A.  I don't have personal knowledge of the 40
      11   percent number.
      12        Q.  Okay.  The next paragraph reads:
      13   "Fourthly those familiar with the industry will
      14   understand that oil shrinks as gas escapes from
      15   it.  For this oil 1 barrel on the surface
      16   actually comes from about 1.6 barrels leaving the
      17   pipe at seabed conditions, giving a further 40%
```

```
18  reduction in the estimate of oil reaching the
19  surface made by looking at flow from the pipe."
20       Did I read that correctly?
21  A.  Yes.
22  Q.  Okay.  Is it your opinion that that
23  statement is correct?
```

Page 55:04 to 55:14

```
00055:04     A.  I -- I don't have personal knowledge of
05  the 1.6 or 40 percent numbers.
06  Q.  (By Ms. Chang) The next paragraph:
07  "Fifthly there is a variation in flow behaviour
08  with time, in a cycle of 2-4 minutes.  The flow
09  out of the pipe seen on the video referred to in
10  the media is only a 30 second snap shot in time.
11  It appears to be at the higher velocity end of
12  the" scale "so measurements of velocity made
13  during this time may be unrepresentatively high."
14       Did I read that correctly?
```

Page 56:01 to 56:09

```
00056:01     Q.  (By Ms. Chang) So read Paragraph 5 to
02  yourself there.
03  A.  Okay.
04  Q.  "Fifthly."
05  A.  Yes.
06  Q.  Do you agree with the statement as it's
07  written on the paper, not as I read it --
08  A.  Okay.
09  Q.  -- but do you agree with that statement?
```

Page 56:14 to 56:20

```
00056:14     A.  I -- I -- I -- I can read -- I can read
15  what it says here.  I don't have personal
16  knowledge of the cycle time.
17  Q.  (By Ms. Chang) Do you have any knowledge
18  whether a cycle time would affect the Flow Rate
19  Estimate?
20  A.  H'm --
```

Page 56:22 to 57:03

```
00056:22     A.  Are you asking me in my personal
23  capacity?
24  Q.  (By Ms. Chang) Correct.
25  A.  And the question is:  "Do you have any
00057:01  knowledge whether a cycle time would affect the
02  Flow Rate Estimate?"  Yes, I believe that is
03  correct.
```

Page 57:06 to 57:19

00057:06     Q.  (By Ms. Chang) And then finally, flipping
     07 the page.  "Sixthly, whilst in principle an
     08 average flow velocity can be determined" by --
     09 "from particle velocimetry this would require
     10 many measurements made across the whole flow area
     11 and over a time period covering several flow
     12 cycles.  Such measurements are very difficult
     13 given the opacity of the flow leaving the pipe."
     14     Did I read that correctly?
     15     A.  Yes.
     16     Q.  Okay.  Do you have any personal knowledge
     17 relating to that sixth paragraph?
     18     A.  I don't have any personal experience in
     19 this area.


Page 57:22 to 57:25

00057:22     Q.  (By Ms. Chang) Are you aware of whether
     23 BP did any analyses using observational flow
     24 techniques that took into account Item No. 1;
     25 namely, the drill pipe protruding?


Page 58:02 to 58:02

00058:02     A.  Yes.


Page 58:13 to 59:17

00058:13     Q.  (By Ms. Chang) So when we broke,
     14 Dr. Williams, we were talking about Exhibit
     15 10334, and you had just indicated that BP had
     16 done some analyses using observational flow
     17 techniques that took into account Item No. 1,
     18 which is the drill pipe protruding from the end
     19 of the riser; is that correct?
     20     A.  That is my recollection.
     21     Q.  Okay.  Can you describe for me what those
     22 analyses were?
     23     A.  All right.  I -- if my memory is correct,
     24 I believe that when Trevor Hill described to me
     25 the eyeball estimate that I told you about
00059:01 earlier, if I remember correctly, I believe he
     02 accounted for the 10 percent reduction in area of
     03 the drill pipe.
     04     Q.  Okay.  Are you aware of any other
     05 analyses that BP performed or had performed on
     06 its behalf that took into account the drill pipe
     07 protruding from the end of the riser?
     08     A.  No, not with respect to observational
     09 evidence.
     10     Q.  What is -- what was the basis for the 10

```
11  percent reduction?
12      A.  I don't know specifically.
13      Q.  Other than the eyeball estimate from
14  Trevor Hill --
15      A.  Yeah.
16      Q.  -- that you just talked about --
17      A.  Yes.
```

Page 60:01 to 60:05

```
00060:01      Q.  (By Ms. Chang) Okay.  Are you aware of
      02  any analyses undertaken by or on behalf of BP --
      03  of BP that took into account the fact that the
      04  end of the pipe was no longer circular?
      05          That's Item No. 2 on Exhibit 1033 --
```

Page 60:07 to 60:07

```
00060:07      Q.  (By Ms. Chang) -- 4.
```

Page 60:23 to 62:09

```
00060:23      A.  Again, I believe that the -- the Trevor
      24  Hill eyeball estimate did -- is the one that I'm
      25  aware of.
00061:01      Q.  (By Ms. Chang) And do you know whether --
      02  what percentage reduction Mr. Hill used for the
      03  fact that the pipe was no longer circular?
      04      A.  I believe I have seen numbers of maybe 30
      05  percent or 50 percent.  I don't precisely recall.
      06      Q.  Okay.  And do you know what the basis for
      07  that 30 or 50 percent was?
      08      A.  I'm not -- I haven't seen the specific
      09  calculation of -- of those numbers.
      10      Q.  And you didn't discuss the basis for
      11  those numbers with Mr. Hill when you dis -- when
      12  you talked to him in preparation for your
      13  deposition?
      14      A.  When Mr. Hill described what he had done,
      15  he told me that initially he hadn't seen the
      16  damage at the end of the pipe and that later he
      17  saw the damage at the end of the pipe.  And when
      18  he was mentioning the damage, my understanding,
      19  it was in the context of ev -- evaluating the
      20  area.
      21      Q.  But you didn't ask him where -- what --
      22  what the basis for his 30 percent or 50 percent
      23  estimate, based on the -- the shape of the
      24  pipe --
      25      A.  H'm --
00062:01      Q.  -- where that came from?
      02      A.  No.  I don't believe we even discussed
      03  those numbers at that time.
```

```
04      Q.  Are you aware of any studies or analyses
05  conducted by or on behalf of BP relating to the
06  40 per -- whether 40 percent of the average
07  volume flow out of the pipe at the seabed is gas?
08      A.  I -- I don't recall looking at such
09  information specifically.
```

Page 62:21 to 63:12

```
00062:21     Q.  (By Ms. Chang) Well, you're here to
22  testify on behalf of BP about the methods and --
23  let me get the exact wording -- the manner and
24  the methods that BP or its contractors "used to
25  predict, estimate, characterize...or measure" the
00063:01  daily amount of hydrocarbons in the Macondo
02  Well.
03          And that is to include "...a description
04  of the data, observation and assumptions on which
05  such efforts were based," correct?
06      A.  Yes.
07      Q.  Okay.  Now, I am simply trying to find
08  out whether it is BP's position that the
09  percentage of gas in the flow is something that
10  should be taken into account in predicting,
11  estimating, characterizing, or measuring the
12  daily amount of hydrocarbons from the well.
```

Page 63:17 to 63:19

```
00063:17     A.  I'm aware that Trevor Hill did account
18  for the fraction of gas in his analysis or -- or
19  attempted to do so.
```

Page 66:09 to 67:01

```
00066:09  Okay.  So are you aware of any estimates
10  performed by BP using observational flow
11  techniques that used a percentage other than 40
12  percent as the average volume flow out of the
13  pipe as gas?
14      A.  Yes.
15      Q.  What other percentages were used?
16      A.  Mr. Rygg's calculation was a single-phase
17  calculation, so that would have been zero.
18      Q.  Are you aware of any other estimates
19  performed by BP using observational flow
20  techniques that used a percentage other than
21  the 40 or the zero percent by Ole Rygg?
22      A.  Yes.  I -- I -- I couldn't categorize
23  what percentages of gas might have been used in
24  others.  I just don't remember.
25      Q.  What other calculations are you aware of
00067:01  that used a percentage of gas?
```

Page 67:04 to 68:16

```
00067:04      A.  Okay.  I -- I mentioned earlier some
      05  plume modeling calculations that Mr. Woods did,
      06  which led to some bounding numbers for flow.
      07  I -- I don't recall what percentages of gas he
      08  used in those calculations, if any.
      09      Q.  (By Ms. Chang) Are you aware of any other
      10  studies or analyses or calculations performed by
      11  or on behalf of BP that would have used a percent
      12  gas?
      13      A.  I -- I don't recall others.
      14      Q.  Okay.  So the fourth factor that Mr. Hill
      15  mentions is oil shrinkage.  And he says:  "For
      16  this oil 1 barrel on the surface actually comes
      17  from about 1.6 barrels leaving the pipe at seabed
      18  conditions, giving a further 40% reduction in the
      19  estimate of oil reaching the surface..."
      20          Are you aware of any analyses -- any
      21  other analyses or studies or calculations --
      22      A.  M-h'm.
      23      Q.  -- performed by or on behalf of BP that
      24  took into account oil shrinkage?
      25      A.  Again, if my memory is correct, I believe
00068:01  that Trevor Hill's eyeball estimate may have
      02  taken this into account.
      03      Q.  And do you know what the value -- what
      04  value he ascribed to the shrinkage factor in
      05  that?
      06      A.  I -- I don't recall him mentioning that,
      07  that number.
      08      Q.  So the -- the fifth factor that Trevor
      09  Hill referred to was the -- the variation in flow
      10  behavior with the cycle time of two to four
      11  minutes.
      12          Are you aware of any analyses or
      13  estimates or calculations performed by or on
      14  behalf of BP that took into account a cycle time
      15  and variations in flow behavior?
      16      A.  No, I don't believe so.
```

Page 68:24 to 69:10

```
00068:24      Q.  (By Ms. Chang) And the sixth factor that
      25  Trevor Hill refers to is difficulty in using
00069:01  particle velocimetry because of the opacity of
      02  the flow leaving the pipe, correct?
      03      A.  H'm --
      04      Q.  It's at the top of 0577.
      05      A.  Yes, it does.
      06      Q.  Now, are you aware of any studies or
      07  analyses or calculations performed by or on
      08  behalf of BP that would account for the opacity
      09  of the flow leaving the pipe?
```

```
        10      A.  No, I don't recall any such.
```

Page 69:15 to 69:18

```
00069:15  Okay.  So are you aware of any of studies
      16  or calculations or estimates performed by or on
      17  behalf of BP that have attempted to account for
      18  the opacity of the flow leaving the pipe?
```

Page 69:21 to 70:04

```
00069:21      A.  I -- I'm -- I don't recall any.
      22      Q.  (By Ms. Chang) Trevor Hill go -- in this
      23  document, this Exhibit 10334, he goes on to
      24  perform some of these calculations and the -- the
      25  reductions that -- that he's talked about
00070:01  earlier, and he reduces the original flow because
      02  of the presence of the drill pipe, by 10 percent,
      03  leaving a number of 63 barrels per day; is that
      04  correct?
```

Page 70:06 to 71:13

```
00070:06      A.  It -- it says 63,000, I believe.
      07      Q.  (By Ms. Chang) I'm sorry.  63,000 barrels
      08  per day.
      09          So is it correct that Trevor Hill, when
      10  he performed these calculations, he reduced the
      11  original flow area by 10 percent and came up with
      12  63,000 barrels per day as an estimated flow rate,
      13  taking into account the drill pipe presence?
      14      A.  Yes.  I can see the reduction from 70,000
      15  to 63,000, following attribution to reduction of
      16  area by 10 percent.
      17      Q.  Okay.  And he further reduced that
      18  estimate by 30 percent, based on the flow area
      19  reduction due to damage, correct?
      20      A.  Yes.
      21      Q.  And that resulted in a flow estimate of
      22  42,000, correct?
      23      A.  Yes.  That's what it says here.
      24      Q.  All right.  And gas presence, he took
      25  that into account and reduced the estimate a
00071:01  further 40 percent, correct?
      02      A.  I see -- that's what I see here.
      03      Q.  Resulting in 25,000 barrels per day?
      04      A.  Yes.  That's what I see here.
      05      Q.  And oil shrinkage was taken into account
      06  to reduce the number by another 40 percent,
      07  correct?
      08      A.  Yes.  That's what I see.
      09      Q.  And the result was 15,000 barrels per
      10  day?
```

```
11      A.  That's what I see, yes.
12      Q.  Okay.  Does BP have any basis to disagree
13  with these numbers?
```

Page 71:19 to 71:23

```
00071:19    A.  I'm -- I'm not aware of any reasons to
20  disagree with these numbers --
21      Q.  (By Ms. Chang) Okay.
22      A.  -- in -- in the context of -- of what's
23  shown here.
```

Page 72:01 to 72:06

```
00072:01    Q.  (By Ms. Chang) Okay.  I'm handing you
02  what's just been marked as Exhibit 10335.  It is
03  in Tab 38 in the notebooks and CDs.
04  Have you seen that document before,
05  Dr. Williams?
06      A.  (Reviewing document.)
```

Page 72:21 to 73:13

```
00072:21    A.  I -- I actually don't recall seeing this
22  specific document before.
23      Q.  (By Ms. Chang) Okay.  Now, this is a --
24  based on -- on what it says on the document --
25      A.  Uh-huh.
00073:01    Q.  -- a "Proposal for work on flowrate
02  estimation," correct?
03      A.  Yes.
04      Q.  Okay.  And it states, in the "Summary,"
05  "Given the measured flow rate information now
06  available from riser insertion tool production to
07  Enterprise, we should engage with the relevant
08  internal and external experts to quantify the
09  total flowrate."  Correct?
10      A.  Yes, that's what it says.
11      Q.  Okay.  Now, does this appear to be a --
12  an observational flow rate estimation technique
13  that's being proposed?
```

Page 73:16 to 73:23

```
00073:16    A.  I would need to read down to the
17  "Proposed work."
18      Q.  (By Ms. Chang) Please do.
19      A.  Okay.  (Reviewing document.)
20          So under "Proposed work," it mentions
21  Professor Wereley's "particle image velocimetry
22  measurements," and it mentions "video imagery
23  from ROV."  So those would be observational.
```

Page 74:19 to 74:24

00074:19      Q.  Are you aware of any issues relating to
      20  the location of ROVs and the quality of -- of
      21  data being -- video data being gathered from
      22  those ROVs?
      23      A.  Yes.
      24      Q.  What can you tell me about that?


Page 75:01 to 75:13

00075:01      A.  I recall, when I spoke with Trevor Hill,
      02  that he indicated that, in his eyeball estimate,
      03  the ROV was positioned in such a way that he did
      04  not have a direct view of the end of the riser
      05  tube.  And that later, the ROV was repositioned
      06  and that subsequent videos did have a direct
      07  view, or at least at some point, they had been
      08  able to get a direct view of the end of the riser
      09  tube.
      10      Q.  (By Ms. Chang) Are you aware of any other
      11  issues relating to either the location of the
      12  ROVs or the quality of the video data being
      13  gathered from those ROVs?


Page 75:15 to 76:10

00075:15      A.  Let's see.  I am aware -- I'm trying to
      16  think.  I am aware, from my discussion with
      17  Columbia, that it was important for them to know
      18  the relationship of the position of the ROV with
      19  respect to the plume so they could do their
      20  analysis.
      21      Q.  (By Ms. Chang) When -- did -- what
      22  analysis was Columbia performing?  Do you know?
      23      A.  I -- Columbia -- I talked with Columbia
      24  about providing them with some video data.  They
      25  wanted to do a video analysis of the plume.
00076:01      Q.  And what timeframe was that?
      02      A.  That was in the week of May 22nd.
      03      Q.  Do you know whether Columbia expressed
      04  any concerns about the quality of the ROV videos
      05  that were being obtained?
      06      A.  The -- Columbia had been in -- had --
      07  Columbia specifically re -- requested a high
      08  resolution data.
      09      Q.  Did BP provide that?
      10      A.  To -- I believe so.


Page 76:18 to 77:04

00076:18      Q.  (By Ms. Chang) I'm handing you what's
      19  been marked as Exhibit 10336.  It is Tab 45, and

```
20   the Bates numbers are 2179MDL05779002 through 04.
21        A.   (Nodding.)
22        Q.   Have you seen this document before,
23   Dr. Williams?
24        A.   Yes, I have.
25        Q.   Okay.   When did you see it?
00077:01   A.   I saw it in preparation for this
02   deposition, and I saw it originally when I was
03   engaged -- at least, I saw parts of it when I was
04   engaged in this E-mail exchange.
```

Page 77:24 to 79:02

```
00077:24   Q.   -- it notes that you are inquiring about
25   "...ROV visual data we have" -- "we" being BP --
00078:01   "and what, if any, analysis we are doing for flow
02   rate based on this data."   Is that correct?
03        A.   Yes, that's what it says.
04        Q.   Do you recall inquiring into what ROV
05   visual data was available to BP?
06        A.   Yes.
07        Q.   Okay.   And what was the purpose of you
08   inquiring about that?
09        A.   Initially, I was inquiring about the ROV
10   visual data because Bob Dudley asked me to
11   respond to a request from Columbia to have the
12   video data so that they could do an independent
13   analysis.   And then I just became curious as to
14   whether or not BP was doing internal analyses.
15        Q.   Okay.   And was BP doing internal analyses
16   of the flow rate based on the ROV visual data?
17        A.   I -- I did not -- I did not become aware
18   of it at that time.
19        Q.   Are you aware of any now?
20        A.   Only what I've mentioned to you, the --
21   the Trevor Hill and Ole Rygg work.
22        Q.   It also mentions here that you are
23   "...expecting a decision from Bob Dudley if we
24   will do our own independent flow rate analysis
25   from this data..."
00079:01        Is that an accurate statement?
02        A.   It's roughly accurate.
```

Page 79:05 to 80:07

```
00079:05   Q.   Did you hear back from Bob Dudley about
06   whether or not BP would conduct its own
07   independent flow rate analysis using the ROV
08   visual data?
09        A.   I had -- yes, I had asked Bob if it would
10   be appropriate or permissible to provide the data
11   to a -- I think I suggested an external
12   consultant, but I'm not sure, to do some
13   analysis, and he gave me permission to arrange
```

```
14  that.
15      Q.  Okay.  Did you arrange that?
16      A.  I -- I did make an arrangement to ask
17  Andy Woods to engage with some video analysis of
18  the plume, in addition to the plume modeling work
19  he was doing.
20      Q.  Okay.  Have you -- do you know whether
21  Dr. Woods did perform the video analysis of the
22  plume?
23      A.  I -- I am aware that he received the
24  videos.  I'm not familiar with what it --
25  precisely he did beyond the plume flow analysis.
00080:01  The -- the plume shape analysis that I am
02  familiar with.
03      Q.  Who would be familiar with whether or
04  not, other than Dr. Woods --
05      A.  Yes.
06      Q.  -- if he did video analysis of the plume
07  using the ROV footage?
```

Page 80:12 to 80:16

```
00080:12      A.  When I had the discussion about
13  setting -- asking Andy Woods to do this, I
14  engaged a Relationship Man -- Manager, Andy
15  Leonard, at Cambridge, to handle the
16  interactions.
```

Page 81:11 to 82:06

```
00081:11      Q.  (By Ms. Chang) M-h'm.  Do you know who
12  Graham Openshaw is?
13      A.  Yes, I have met Graham Openshaw.
14      Q.  Do you know what his role in the response
15  was?
16      A.  I'm only familiar with the direct
17  engagements I had with him.
18      Q.  During the response?
19      A.  Yes.
20      Q.  What were those in relation to?
21      A.  I talked -- Graham Openshaw helped me
22  identify and get the -- how to get the video that
23  we sent to Columbia.  And he also, I believe,
24  asked me -- he -- he forwarded me some
25  preliminary estimates or some preliminary
00082:01  documents from the National Laboratories' work,
02  and he asked me to speak to an -- a Coast Guard
03  Officer who was -- who was in Westlake at that
04  time.
05      Q.  What timeframe was that?
06      A.  That was the week of May 22nd.
```

Page 82:12 to 82:22

```
00082:12      Q.  Do you recall -- so you've mentioned that
      13  Mr. Openshaw shared with you some of -- some
      14  preliminary estimates from the National Labs'
      15  work?
      16      A.  Just some -- some calculations, and I --
      17  I -- I'm not sure I actually looked at them at
      18  the time.
      19      Q.  Were they flow rate calculations?
      20      A.  They -- they may have involved -- I think
      21  it is likely that they involved Flow Rate
      22  Estimates.
```

Page 83:01 to 83:06

```
00083:01      Q.  Did you ask Mr. Openshaw to help you
      02  obtain video data for anybody other than
      03  Columbia?
      04      A.  I may have asked him also to help with
      05  getting the video data that I believe was sent to
      06  Andy Woods.
```

Page 83:13 to 83:16

```
00083:13      Q.  (By Ms. Chang) Okay.  I'm handing you
      14  what's been marked Exhibit 10337.  It is Tab 62
      15  in the binders, and it is Bates number
      16  2179MDL01831936.  Have you seen this document
```

Page 85:16 to 85:19

```
00085:16      Q.  Okay.  Are you aware of any -- any
      17  estimates performed using observational
      18  techniques that take into account the impact of
      19  fluid temperature?
```

Page 85:21 to 85:23

```
00085:21      A.  I believe fluid temperature was -- may
      22  have been a factor in the plume modeling that
      23  Andy Woods did.
```

Page 86:06 to 86:15

```
00086:06  (Exhibit No. 10338 marked.)
      07      Q.  (By Ms. Chang) This is Tab twenty -- 122,
      08  and this has been marked Exhibit 10338.
      09      A.  Okay.
      10      Q.  And it is a document entitled "BP'S
      11  PRELIMINARY RESPONSE TO THE FLOW RATE AND VOLUME
      12  ESTIMATES CONTAINED IN STAFF WORKING PAPER
      13  NO. 3."  Have you seen this document before?
```

```
     14      A.  Yes, I have seen this document, or at
     15  least one very similar to it.
```

Page 86:20 to 86:23

```
00086:20      Q.  Did you have any personal involvement in
     21  preparing or reviewing the document before it was
     22  sent to the Oil Spill Commission?
     23      A.  No.
```

Page 87:03 to 87:07

```
00087:03      Q.  Okay.  Do you know who prepared the
     04  document?
     05      A.  No, I don't know.
     06      Q.  Do you know who would have reviewed the
     07  document?
```

Page 87:09 to 87:09

```
00087:09      A.  No, I don't know.
```

Page 88:20 to 89:15

```
00088:20      Q.  (By Ms. Chang) Okay.  BP's paper, Exhibit
     21  10338, do you know when that was prepared?
     22      A.  No, I don't.
     23      Q.  Okay.
     24      A.  Although, I believe I've seen a cover
     25  letter which would say when it was sent.
00089:01      Q.  Okay.  Does October 2010, does that ring
     02  a bell?
     03      A.  That would be consistent with the -- with
     04  the first line here.
     05      Q.  If you look in the fourth paragraph,
     06  about halfway into that long paragraph, it reads:
     07  "They rely on incomplete or inaccurate
     08  information, rest in large part on assumptions
     09  that have not been validated, and are subject to
     10  far greater uncertainties than have been
     11  acknowledged."
     12          Do you see that sentence?
     13      A.  Yes, I do.
     14      Q.  Okay.  And did I read it correctly?
     15      A.  Yes, I believe so.
```

Page 90:02 to 91:14

```
00090:02      A.  Okay.  I -- I see the Flow Rate Technical
     03  Group and --
     04      Q.  Well, do you see the sentence --
     05      A.  Oh, and the --
```

```
06        Q.   -- "As discussed below" --
07        A.   Yes.
08        Q.   -- "the August 2 DOE/FRTG Estimate and
09   other similar estimates" --
10        A.   Oh.
11        Q.   -- "are flawed"?
12        A.   Yes, I see that.
13        Q.   "They rely on incomplete or inaccurate
14   information, rest in large part on assumptions
15   that have not been validated, and are subject to
16   far greater uncertainties than have been
17   acknowledged."  Correct?
18        A.   Yes, that's what it says.
19        Q.   Okay.  And in the next paragraph, it
20   reads: "Although, as set forth below, the
21   deficiencies of previous Flow Rate Estimates and
22   analyses are evident, a reliable estimate cannot
23   yet be developed because several key pieces of
24   information have been and remain unavailable,
25   including information concerning the Blow Out
00091:01   Preventer ('BOP'), riser kink, pressure gauges,
02   capping stack, and reservoir core samples, all of
03   which are currently in the Government's
04   possession."
05          Do you see that sentence?
06        A.   Yes, I do.
07        Q.   Okay.  Did I read it correctly?
08        A.   I believe so.
09        Q.   Okay.  At the time this -- never mind.
10          And the next sentence: "BP fully intends
11   to present its own estimate as soon as the
12   information is available to get the science
13   right."  Is that correct?
14        A.   Yes, that's what it says.
```

Page 92:04 to 92:06

```
00092:04      Q.  (By Ms. Chang) All right.  So has BP
05   presented its own estimate of flow rate up to and
06   including July 17th?
```

Page 92:08 to 92:14

```
00092:08      A.   The -- the Flow Rate Estimate that I'm
09   aware of that BP had done up to that time was
10   Dave Rainey's work.
11      Q.  (By Ms. Chang) And what was that number?
12      A.   That number was a range from
13   approximately 1,000 to approximately 14,000
14   barrels per day.
```

Page 94:05 to 94:08

```
00094:05      Q.  (By Ms. Chang) So -- so are you aware of
      06  any other Flow Rate Estimates that have been
      07  perform -- performed as of July 15th -- July
      08  17th, 2010, by or on behalf of BP?
```

Page 94:11 to 94:18

```
00094:11      A.  Okay.  So I would -- again, the -- the
      12  ones that I mentioned before, Dave Rainey, Ole
      13  Rygg, Trevor Hill, and then the work that reli --
      14  re -- resulted in some bounding on the plume
      15  modeling from Andy Woods.
      16      Q.  (By Ms. Chang) And nothing else?
      17      A.  I don't recall any others based on
      18  observational evidence.
```

Page 95:07 to 95:22

```
00095:07      Q.  (By Ms. Chang) Okay.  Dr. Williams, if
      08  you would flip to Page 5 in Exhibit 10338, and
      09  you see about two-thirds of the way down, the
      10  paragraph that reads:  "Basing...flow estimates
      11  solely" -- wait.  Sorry.  Let me start again.
      12          "Basing flow rate estimates solely on
      13  reservoir depletion without considering any flow
      14  impediments very likely led to fundamental,
      15  pervasive, and cascading errors.  In particular,
      16  as explained above, flow impediments and their
      17  erosion over time would have caused the flow rate
      18  to increase, not decrease."
      19          Is that a correct reading of that
      20  paragraph?
      21      A.  Yes.
      22      Q.  Okay.  And is that BP's position?
```

Page 95:25 to 96:01

```
00095:25      A.  This -- I understand that this is BP's
00096:01  document.
```

Page 96:14 to 96:19

```
00096:14      Q.  (By Ms. Chang) Okay.  Do you know if,
      15  prior to July 17th, 2010, any modeling had been
      16  performed by or on behalf of BP that indicated
      17  that -- that "...flow impediments and their
      18  erosion over time would have caused the flow rate
      19  to increase not decrease"?
```

Page 96:22 to 96:23

```
00096:22      A.  I'm not aware of that -- of -- of such
```

```
      23  specific work.
```

Page 97:09 to 97:24

```
00097:09      Q.  (By Ms. Chang) Prior to July 17th, 2010,
      10  what analyses were relied upon, by BP, in
      11  preparing this document, Exhibit 10338?
      12      A.  I don't know.
      13      Q.  Prior to July 17th, 2010, what
      14  calculations were relied upon, by BP, in
      15  preparing this document, Exhibit 10338?
      16      A.  I don't know.
      17      Q.  Prior to July 17th, 2010, what
      18  assumptions were relied upon by BP in preparing
      19  this document, Exhibit 10338?
      20      A.  I don't know.
      21      Q.  And prior to July 17, 2010, what data was
      22  relied upon, by BP, in preparing this document,
      23  Exhibit 10338?
      24      A.  I don't know.
```

Page 99:19 to 100:24

```
00099:19  (Exhibit No. 10339 marked.)
      20      Q.  (By Ms. Chang) Okay.  And I'm going to
      21  hand you Exhibit 10339.
      22      A.  All right.
      23      Q.  And it is Tab 96.  Have you seen this
      24  document before?
      25      A.  No, I don't recall seeing this document.
00100:01      Q.  Okay.  And it reads:  "I was just in on a
      02  flow telecon with Houston.  I asked Trevor Hill
      03  what the BP calculation of flow through the wide
      04  open choke valve was.  He said they had
      05  calculated it, but he would not reveal what they
      06  calculated because of 'legal limitations placed
      07  on him.'"
      08          Do you see that sentence?
      09      A.  Yes, I do.
      10      Q.  Did I read it correctly?
      11      A.  Yes.
      12      Q.  And at the bottom it reads:  "It seems
      13  like the rules of engagement are changing.  Is it
      14  clear to the Science Team what BP is and is not
      15  allowed to reveal?  If we don't have all the
      16  information, how can we make good technical
      17  decisions?"
      18          Did I read that correctly?
      19      A.  Yes.
      20      Q.  Okay.  And you're not aware of any
      21  instructions to folks at BP about what
      22  information they could and could not share with
      23  Representatives of the United States relating to
      24  Flow Rate Estimates?
```

Page 101:04 to 101:12

```
00101:04      A.  Okay.  I just note that the date on this
     05  E-mail is July 19th, and I was not aware of -- of
     06  any such restrictions at this time.
     07      Q.  (By Ms. Chang) Okay.  Did you ask Trevor
     08  Hill, when you spoke with him preparing for this
     09  deposition, whether there were -- whether he had
     10  been instructed on what information to share with
     11  the Government and what not to share with the
     12  Government?
```

Page 101:14 to 101:22

```
00101:14      A.  No, I didn't ask him.
     15      Q.  (By Ms. Chang) Okay.  And also back in
     16  that E-mail, do you know who Curtt Ammerman is,
     17  by the way?
     18      A.  No, I don't know him.
     19      Q.  Okay.  He questions, at the end:  "If we
     20  don't have all the information, how can we make
     21  good technical decisions?"
     22          Do you agree with that statement?
```

Page 101:25 to 101:25

```
00101:25      Q.  (By Ms. Chang) In your personal capacity?
```

Page 102:04 to 102:08

```
00102:04      A.  In my personal capacity, it really
     05  depends on the context.
     06      Q.  (By Ms. Chang) So good technical
     07  decisions can be made without all the
     08  information, in your opinion?
```

Page 102:10 to 102:17

```
00102:10      A.  As -- as I said, it depends on the
     11  context.
     12      Q.  (By Ms. Chang) Would you, as a Scientist,
     13  in your personal capacity --
     14      A.  Yeah.
     15      Q.  -- would you recommend making technical
     16  decisions without all the information that was
     17  available?
```

Page 102:20 to 102:21

```
00102:20      A.  As -- as I said, it really depends on the
     21  context.
```

Page 103:15 to 103:24

```
00103:15      Q.  Do you know who Kate Baker is?
      16      A.  Yes.
      17      Q.  Who is she?
      18      A.  Ba -- Kate Baker is a Geologist who
      19 retired from BP and I believe was called back to
      20 help with the response.
      21      Q.  Do you know what her role in the response
      22 was?
      23      A.  I believe she was engaged with the DOE
      24 Science Team.
```

Page 104:23 to 104:23

```
00104:23 (Exhibit No. 10340 marked.)
```

Page 105:11 to 105:24

```
00105:11      Q.  Okay.  And it says:  "Kate & Mike -
      12 please find...my notes from our recent meetings."
      13 Correct?
      14      A.  Yes.
      15      Q.  "I recorded the presentations of their
      16 findings to the best of my ability, but caution
      17 you that I may issue a revised version of this
      18 document after reading their official reports
      19 which are expected tomorrow."
      20          Did I read that correctly?
      21      A.  Yes.
      22      Q.  Okay.  Does this indicate to you that BP
      23 was participating in meetings with the National
      24 Labs?
```

Page 106:02 to 106:13

```
00106:02      A.  I can see that -- yes, this appears to be
      03 a -- a -- a -- a meeting between -- which
      04 involved both BP people and National Labs people.
      05      Q.  (By Ms. Chang) Okay.  And if you turn to
      06 the attachment to that E-mail, it's entitled
      07 "Meeting Notes"?
      08      A.  Yes.
      09      Q.  Okay.  So on May 13th, at 8:00 a.m.,
      10 there is a reference to a meeting.  Attendees
      11 from BP include Mike Mason, Graham Openshaw,
      12 Catherine Hyde-Barber, Chris Cecil, Zenaida
      13 Lorenzo, correct?
```

Page 106:17 to 106:19

```
00106:17    A.  Yes, I believe that's what it says.
      18    Q.  (By Ms. Chang) Okay.  And those are all
      19 BP employees or Representatives?
```

Page 106:22 to 107:01

```
00106:22    A.  That's what it seems to indicate here.
      23    Q.  (By Ms. Chang) Okay.  And there were also
      24 participants from the National Labs, according to
      25 these notes, correct?
00107:01    A.  That's what it appears to indicate, yes.
```

Page 107:09 to 107:10

```
00107:09    Q.  Okay.  And Chris Cecil, a BP employee,
      10 was in attendance, according to these notes?
```

Page 107:13 to 108:04

```
00107:13    A.  I see his name listed as an attendee,
      14 yes.
      15    Q.  (By Ms. Chang) All right.  And there were
      16 Representatives of the National Labs there, as
      17 well, according to these notes, correct?
      18    A.  That's what I see, yes.
      19    Q.  And the May 14, 12:00 p.m. meeting, these
      20 notes indicate that Chris Cecil was there --
      21    A.  Yeah --
      22    Q.  -- correct?
      23    A.  That's what I see, yes.
      24    Q.  And also Representatives from the
      25 National Labs, correct?
00108:01    A.  That's what I see, yes.
      02    Q.  And the same for the May 14th, 5:00 p.m.
      03 meeting?
      04    A.  So we're on --
```

Page 108:08 to 108:13

```
00108:08    A.  We're on Page 1919 now?
      09    Q.  (By Ms. Chang) Correct.
      10    A.  And the question?
      11    Q.  Is -- were Attendees -- or did Attendees
      12 at the May 14th, 5:00 p.m. meeting include both
      13 BP and National Labs employees?
```

Page 108:16 to 108:17

```
00108:16    A.  Well, that's -- that's what the document
      17 indicates.
```

Page 109:04 to 109:07

```
00109:04      Q.  (By Ms. Chang) Were you aware of any
      05 participation by or on behalf of BP in the Flow
      06 Rate Technical Group?
      07      A.  No, I'm not aware of that.
```

Page 110:01 to 110:15

```
00110:01      Q.  (By Ms. Chang) Okay.  I've just handed
      02 you a document marked Exhibit 10341, and it is at
      03 Tab 75 in the notebooks and on CD.  The Bates
      04 number is 2179MDL07239679 [sic] through 691.
      05      A.  (Reviewing document.)
      06      Q.  Do you recognize this handwriting,
      07 Dr. Williams?
      08      A.  No, I don't.
      09      Q.  Well, I'm going to represent to you that
      10 this was taken from a notebook produced to the
      11 United States and the other parties from Kate
      12 Baker.
      13      A.  (Nodding.)
      14      Q.  So if you would, in the top right-hand
      15 corner, what is the date on these notes?
```

Page 110:23 to 110:25

```
00110:23      A.  It says "14 June."
      24      Q.  Okay.  And if you flip in -- if you flip
      25 to -- the last four Bates numbers are 9685.
```

Page 111:02 to 111:08

```
00111:02      Q.  The -- toward the top of the page, there
      03 is a notation:  "3 teams reporting out:
      04          "DOE Team
      05          "Video Team (aka Plume team)
      06          "Sonar Team (aka Acoustic Team)."
      07          Do you see where that is?
      08      A.  Yes, I see that.
```

Page 112:24 to 114:05

```
00112:24      Q.  (By Ms. Chang) Can you explain to me what
      25 your involvement in the Gulf Research Initiative
00113:01 was -- or Institute?
      02      A.  I think it's Initiative.
      03      Q.  Initiative.  Okay.  It didn't seem quite
      04 right there, but --
      05      A.  Okay.  Okay.  I was asked at the time --
      06 well, at the time that BP was planning to provide
      07 funds for research in the Gulf of Mexico, I was
      08 has -- asked to help set up the -- the structure
```

```
09   and mechanism of -- of getting that process in
10   place.
11        Q.   And how did you come to be involved in
12   that?
13        A.   I received a -- a phone call from Bob
14   Dudley asking me to -- to do that, and then I
15   talked with him subsequently.
16        Q.   Did he indicate why he had chosen you?
17        A.   I didn't ask him that.
18        Q.   And what was your understanding of the
19   goals and objectives of the -- of the GRI?
20        A.   Okay.  So we -- defining the goals and
21   objectives.  Let's see, there was a -- there was
22   a press release, where we -- where we announced
23   the GRI and its goal -- goals and objectives.
24   And I can't remember the exact wording, but
25   primarily it was to understand the environmental
00114:01   impacts.
02        It was primarily to understand the
03   environmental impacts, and then on the longer
04   term to learn how to strengthen the Gulf
05   ecosystem against future human insults.
```

Page 114:08 to 114:18

```
00114:08      Q.   (By Ms. Chang)  What is the GRI Research
09   Board?
10        A.   So the GRI Research Board, when we began
11   this process, we -- it was -- we felt it was
12   important to have the research be -- to -- to
13   have the Institute run by a group of
14   scientifically respected people independent of
15   BP, so I began -- one of the things I began early
16   on in the process was recruiting some Scientists
17   who would serve on the Technical -- the Advisory
18   Board for the GRI to -- to run the Program.
```

Page 116:22 to 116:23

```
00116:22      Q.   How many Board Members is BP authorized
23   to appoint, if any?
```

Page 117:01 to 117:04

```
00117:01      A.   Okay.  My memory is that originally BP
02   appointed ten members.  I don't know what the --
03   the governing practices are for replacing
04   members.
```

Page 117:24 to 117:24

```
00117:24  (Exhibit No. 10342 marked.)
```

Page 118:03 to 118:12

00118:03  Do you recall if you've seen this
     04  document before?
     05      A.  I -- I -- it's possible I may have.
     06      Q.  Okay.
     07      A.  Yeah.
     08      Q.  Do you know who would have prepared it?
     09      A.  I -- I believe this is a document from
     10  the -- the GRI Research Board or the
     11  administrative structure that was set up to
     12  handle the GRI.


Page 119:18 to 119:23

00119:18      A.  When the GRI was set up, I worked with
     19  the original small number of Members of the
     20  Research Board, and we developed a preliminary
     21  set of research themes, but I believe they were
     22  modified later with the entire Research Board.
     23      Q.  Okay.


Page 123:21 to 123:21

00123:21  (Exhibit No. 10343 marked.)


Page 128:17 to 128:17

00128:17  (Exhibit No. 10344 marked.)


Page 131:07 to 131:09

00131:07      Q.  Was it -- did -- did you have a sense
     08  that BP felt it was being constrained by the U.S.
     09  Government in response efforts?


Page 131:11 to 131:12

00131:11      A.  No.  I don't recall having that -- that
     12  thought.


Page 136:06 to 136:06

00136:06  (Exhibit No. 10345 marked.)


Page 140:05 to 140:10

00140:05      Q.  I'm handing you what's been marked
     06  Exhibit 10346, and it was Tab 83 in the binders.
     07          (Exhibit No. 10346 marked.)

```
08      Q.  (By Ms. Chang) And it is a July 22nd,
09 2010 E-mail from Trevor Hill to Andy Leonard, and
10 Cc Andy Woods and Paul Page.
```

Page 143:12 to 143:16

```
00143:12      Q.  Do you know whether any of the
      13 information contained in Exhibit 10346 --
      14      A.  Uh-huh.
      15      Q.  -- was used by BP to attempt to measure
      16 or estimate flow using observational techniques?
```

Page 143:19 to 143:21

```
00143:19      A.  All I can see is that from this header
      20 E-mail, apparently, this information was provided
      21 to Andy Woods.
```

Page 143:24 to 144:02

```
00143:24      Q.  So do you know if that information was
      25 used by BP to attempt to estimate the flow rate
00144:01 from the Macondo Well using observational
      02 techniques?
```

Page 144:04 to 144:11

```
00144:04      A.  Oth -- other than the possibility that
      05 Andy Woods used it, I don't know how else it
      06 might have been used.
      07      Q.  (By Ms. Chang) Are you aware that last
      08 Thursday BP agreed to plead guilty to 14 counts
      09 arising from its actions at the Macondo Well?
      10      A.  Okay.  I'm -- I'm aware that there was
      11 an -- an Agreement.
```

Page 144:13 to 144:21

```
00144:13      Q.  (By Ms. Chang) Have you reviewed the
      14 Agreement -- the Plea Agreement?
      15      A.  I -- I've reviewed several documents,
      16 yes.
      17      Q.  Okay.  When did you review those
      18 documents?
      19      A.  I believe I reviewed those documents on
      20 Friday.
      21           (Exhibit No. 10347 marked.)
```

Page 144:25 to 145:07

```
00144:25      Q.  Okay.  I'm handing you what's been marked
00145:01 Exhibit 10347, and it's Tab 2 in the binders --
```

```
02    or CDs.  And this is a copy of the Plea Agreement
03    and -- and Attachment A that was filed in Court
04    on November 15th, 2012.
05          Is this the document that you saw
06    earlier?
07          A.  Yes, I believe so.
```

Page 150:07 to 151:03

```
00150:07      Q.  Okay.  So -- so then you agree that BP
08    admitted that the Government could establish
09    beyond a reasonable doubt that:  "On or about
10    May 24, 2010, in the Eastern District of
11    Louisiana and elsewhere, BP did corruptly, that
12    is, with an improper purpose, endeavor to
13    influence, obstruct, and impede the due and
14    proper exercise of the power of inquiry under
15    which an inquiry and investigation was being had
16    by a Committee of the United States House of
17    Representatives into the amount of oil flowing
18    from the Macondo Well ('flow rate') through the
19    following omissions and false and misleading
20    statements in its May 24, 2010 response ('Markey
21    Response') to the Committee on Energy and
22    Commerce:
23          "1.  BP, through a former vice president,
24    withheld information and documents relating to
25    multiple flow-rate estimates prepared by BP
00151:01 engineers that showed flow rates far higher than
02    5,000 BOPD, including as high as 96,000 BOPD."
03          Correct?
```

Page 151:06 to 152:04

```
00151:06      A.  Yes, I agree.
07          Q.  (By Ms. Chang) And you agree that BP
08    admitted that the Government could establish
09    beyond a reasonable doubt that:  "On or about
10    May 24, 2010, in the Eastern District of
11    Louisiana and elsewhere, BP did corruptly, that
12    is, with an improper purpose, endeavor to
13    influence, obstruct, and impede the due" prop --
14    "due and proper exercise of the power of inquiry
15    under which an inquiry and investigation was
16    being had by a Committee of the United States
17    House of Representatives into the amount of oil
18    flowing from the Macondo Well ('flow rate')
19    through the following omissions and false and
20    misleading" state -- "misleading statements in
21    its May 24th, 2010 response ('Markey Response')
22    to the Committee on Energy and Commerce:
23          "BP, through" its -- "through a former
24    vice president, withheld information and
25    documents relating to internal flow-rate
```

```
00152:01  estimates he prepared using the Bonn Agreement
      02  analysis, that showed flow rates far higher than
      03  5,000 BOPD and that went as high as 92,000 BOPD."
      04          Correct?
```

Page 152:06 to 153:06

```
00152:06      A.  Yes, I agree.
      07      Q.  (By Ms. Chang) And you'd agree that BP
      08  admitted that the United States could establish
      09  beyond a reasonable -- a reasonable doubt that:
      10  "On or" before -- "On or about May 24, 2010, in
      11  the Eastern District of Louisiana and elsewhere,
      12  BP did corruptly, that is, with an improper
      13  purpose, endeavor to influence, obstruct, and
      14  impede the due and proper exercise of the power
      15  of inquiry under which an inquiry and
      16  investigation was being had by a Committee of the
      17  United States House of Representatives into the
      18  amount of oil flowing from the Macondo Well
      19  ('flow rate') through the following omissions and
      20  false and misleading statements in its May 24,
      21  2010 response ('Markey Response') to the
      22  Committee on Energy and Commerce:
      23          "BP, through a former vice president,
      24  falsely represented that the flow-rate estimates
      25  included in the Response were the product of the
00153:01  generally-accepted ASTM methodology.  At the time
      02  that this false representation was made, BP's
      03  former vice president knew...those estimates were
      04  the product of a methodology he devised after,
      05  among other things a review of a Wikipedia entry
      06  about oil spill estimation."
```

Page 153:08 to 154:11

```
00153:08      A.  Yes, I agree.
      09      Q.  (By Ms. Chang) And BP also admitted that
      10  the United States could establish beyond a
      11  reasonable doubt that:  "On or about May 24,
      12  2010, in the Eastern District of Louisiana and
      13  elsewhere, BP did corruptly, that is, with an
      14  improper purpose, endeavor to influence,
      15  obstruct, and impede the due and proper exercise
      16  of the power of inquiry under which an inquiry
      17  and investigation was being had by a Committee of
      18  the United States House of Representatives into
      19  the amount of oil flowing from the Macondo Well
      20  ('flow rate') through the following omissions and
      21  false and misleading statements in its" two
      22  thou -- May two -- "May 24, 2010 response
      23  ('Markey Response') to the Committee on Energy
      24  and Commerce:
      25          "BP, through a former vice president,
```

```
00154:01  falsely represented that the flow-rate estimates
     02  included in the Markey Response had played 'an
     03  important part' in Unified Command's decision on
     04  April 28, 2010 to raise its own flow-rate
     05  estimate to 5,000 BOPD.  At the time this false
     06  representation was made, BP's former vice
     07  president knew that those flow-rate estimates had
     08  not played 'an important part' in the Unified
     09  Command's decision to raise its flow-rate
     10  estimate and had not even been distributed
     11  outside of BP prior to that decision."
```

Page 154:13 to 154:13

```
00154:13    A.  Yes, I -- is that -- yes, I agree.
```

Page 155:16 to 156:01

```
00155:16    Q.  (By Ms. Chang) Dr. Williams, what was the
     17  basis for the 5,000 barrel per day estimate
     18  announced by the Unified Command?
     19    A.  I can speak to the work I know that took
     20  place before that estimate.
     21    Q.  Okay.
     22    A.  Okay.  I'm aware, prior to that estimate,
     23  of work done by NOAA using surface expression and
     24  using preliminary analysis of video data, and I'm
     25  aware of surface expression work done by Dave
00156:01  Rainey.
```

Page 159:03 to 160:03

```
00159:03    Q.  (By Ms. Chang) BP also admitted that the
     04  United States could establish beyond a reasonable
     05  doubt that:  "On or about May 24, 2010, in the
     06  Eastern District of Louisiana and elsewhere, BP
     07  did corruptly" without or -- "that is, with an
     08  improper purpose, endeavor to influence,
     09  obstruct, and impede the due and proper exercise
     10  of the power of inquiry under which an inquiry
     11  and investigation was being had by a Committee of
     12  the United States House of Representatives into
     13  the amount of oil flowing from the Macondo Well
     14  ('flow rate') through the following omissions and
     15  false and misleading" -- "misleading statements
     16  in its May 24, 2010 response ('Markey Response')
     17  to the Committee on Energy and Commerce:
     18        "BP falsely suggested in its May 24, 2010
     19  letter, that the Unified Command's flow rate
     20  estimate of 5,000 barrels of oil per day ('BOPD')
     21  was the 'most scientifically informed judgment'
     22  and that subsequent flow rate estimates had
     23  'yielded consistent results.'  In fact, as set
```

```
        24  forth above, BP had multiple internal documents
        25  with flow rate estimates that were significantly
00160:01  greater than 5,000 BOPD that it did not share
        02  with the Unified Command."
        03          Correct?
```

Page 160:05 to 161:08

```
00160:05      A.  Yes, I agree.
        06      Q.  (By Ms. Chang) BP also admitted that the
        07  United States could prove beyond a reasonable
        08  doubt that:  "On or about May 24, 2010, in the
        09  Eastern District of Louisiana and elsewhere, BP
        10  did corruptly, that is, with an improper purpose,
        11  endeavor to influence, obstruct, and impede the
        12  due and proper exercise of the power of inquiry
        13  under which an inquiry and investigation was
        14  being had by a Committee of the United States
        15  House of Representatives into the amount of oil
        16  flowing from the Macondo Well ('flow rate')
        17  through the following omissions and false and
        18  misleading statements in its May 24, 2010
        19  response ('Markey Response') to the Committee on
        20  Energy and Commerce:
        21          "On or about June 25, 2010, in a BP
        22  letter to Congressman Markey, BP's former vice
        23  president inserted language that falsely stated
        24  that BP's worst case discharge estimate was
        25  raised from 60,000 BOPD to 100,000 BOPD after
00161:01  subsequent 'pressure data was obtained from the
        02  BOP stack.'  At the time this false
        03  representation was made, BP's former vice
        04  president knew that the 100,000 BOPD figure was
        05  not first derived after subsequent pressure data
        06  had been obtained, but instead, he had been aware
        07  of a 100,000 BOPD worst case discharge since as
        08  early" on -- "as on or about April 21, 2010."
```

Page 161:10 to 161:10

```
00161:10      Q.  (By Ms. Chang) Correct?
```

Page 161:13 to 161:13

```
00161:13      A.  I -- I agree.
```

Page 167:13 to 167:24

```
00167:13      Q.  (By Mr. Maze) And, in fact, Ms. Karis is
        14  framing the question the way I intended to ask it
        15  to begin with.  And the way I want to begin by
        16  asking the question is:  Did BP make any efforts
        17  or assist the Federal Government with the
```

```
18   announcement of 1,000 barrels per day announced
19   by Admiral Landry on April 24th, 2010?
20        A.  Okay.  I -- I'm aware that BP
21   Representatives had some discussion with Admiral
22   Landris prior to the announce -- Ad -- Admiral
23   Landry prior to the discussions -- to the
24   announcement.
```

Page 168:01 to 168:21

```
00168:01   What were those communications?  What was
       02   said from BP to the United States Government?
       03        A.  Okay.  The only information I have on
       04   this is from Mr. Suttles' testimony, and I
       05   believe he says they had a brief discussion in
       06   which he was asked if he could agree to the
       07   thousand barrel per day number, and that he
       08   indicated there was uncertainty but he could
       09   agree to it.
       10        Q.  Okay.  My next question is, is:  Did BP
       11   assist the Federal Government with modeling,
       12   calculations, or analysis for the Flow Rate
       13   Estimate of 5,000 barrels per day announced by
       14   Admiral Landry on April 28, 2010?
       15        A.  Okay.  And, again, I'm aware that prior
       16   to the April 28 announcement, Mr. Rainey was
       17   doing surface expression calculations.  I believe
       18   he discussed them with other people in the
       19   Science Room, including some people from NOAA.
       20   I don't know how or whether that -- those
       21   discussions were communicated to Admiral Landry.
```

Page 169:04 to 170:01

```
00169:04        Q.  (By Mr. Maze) Yes.  I'll try to do it in
       05   layman's terms.  Did BP employees or BP
       06   contractors internally agree with 5,000 barrels
       07   per day when it was announced on April 24, two
       08   thousand -- April 28, 2010?
       09        A.  Okay.  I'm aware that Mr. Rainey's
       10   calculations were discussed within BP prior to
       11   the announcement on April 28th.  I believe that
       12   Mr. Suttles agreed with the announcement of the
       13   5,000 barrel per day figure.
       14        Q.  And why did Doug Suttles agree with the
       15   5,000 barrel per day estimate?
       16        A.  I don't know.
       17        Q.  Name the individuals that discussed
       18   Mr. Rainey's calculations within BP prior to the
       19   announcement of April 28, 2010.
       20        A.  Okay.  I -- I'm sorry, I don't remember
       21   the names.  I have seen notes, at least two
       22   different people's notes from an Internal Team
       23   Meeting where they recorded the numbers that --
```

```
       24    that Dave Rainey had been discussing.  So I would
       25    have to go back to the records to see what --
00170:01    whose those names were.
```

Page 170:05 to 170:23

```
00170:05    Did BP undertake efforts to assist the
       06    Federal Government by modeling, calculating, or
       07    performing another analysis that led to the Flow
       08    Rate Estimate announced by the Flow Rate
       09    Technical Group on or about May 27, 2010,
       10    according to the National Commission Staff
       11    Working Paper No. 3?
       12       A.  No, I'm not aware they assisted by
       13    modeling, calculating, or another analysis.
       14       Q.  So the announcement by the Flow Rate
       15    Technical Group on or about May 27, 2010 was done
       16    without any input or assistance by BP?
       17       A.  No.  I don't agree with that.
       18       Q.  Okay.  Why not?
       19       A.  I believe that BP was providing data to
       20    the FRTG.
       21       Q.  Did BP agree or disagree with the
       22    estimates announced by the Flow Rate Technical
       23    Group on or about May 27, 2010?
```

Page 171:02 to 171:15

```
00171:02       A.  I don't recall seeing a formal statement
       03    from BP one way or the other.
       04       Q.  (By Mr. Maze) Did BP make any
       05    communications with the Federal Government or the
       06    Flow Rate Technical Group about the accuracy of
       07    its Flow Rate Estimate announced on May 27, 2010?
       08       A.  I believe -- I -- I can't remember
       09    specifically with -- with respect to the May 27th
       10    number.  BP did make some communication in
       11    October of 2010 about its concerns about
       12    accuracy.
       13       Q.  But none prior to or leading up to May
       14    27, 2010?
       15       A.  Not that I'm aware of.
```

Page 172:06 to 172:16

```
00172:06       Q.  Okay.  The next few questions I'm going
       07    to ask you is leading up to May 27, 2010.  So
       08    what I'm trying to do is limit the scope of my
       09    question to April 20, 2010 to May 27, when the
       10    FRTG released its initial -- do -- does that make
       11    sense?
       12       A.  Yes.  I understand that.
       13       Q.  Okay.  Who within BP had made a Flow Rate
```

```
          14  Estimate or calculation based on observational
          15  types of tests on or before May 27, 2010?
          16      A.  H'm --
```

Page 172:20 to 172:21

```
00172:20      A.  I believe Mr. Rainey, Mr. Rygg, and
          21  Mr. Hill.
```

Page 173:05 to 173:09

```
00173:05      Q.  (By Mr. Maze) Okay.  What did you say?
          06      A.  I said that Andy Woods was doing plume
          07  shape modeling and that he had used his re --
          08  results to provide a bound for the possible flow
          09  rates.
```

Page 173:22 to 174:05

```
00173:22      A.  Okay.  So Mr. Woods was actually
          23  interested in calculating the trajectory of the
          24  plume as it came out and was modeling the fact
          25  that it would rise and then form a stratified
00174:01  layer at a certain depth below the surface.
          02      Q.  Okay.
          03      A.  It was as a result, then, of a comparison
          04  that he discovered he -- he could use this to put
          05  a bound on the flow rates.
```

Page 174:08 to 175:01

```
00174:08      Q.  -- the Corporate Representative of BP:
          09  Did BP ever request that Andy Woods or someone at
          10  the BP Institute estimate the rate of flow from
          11  the Macondo Well before July 15, 2010?
          12      A.  I -- I don't know if that exact wording
          13  was used in re -- in the request to Andy Woods.
          14      Q.  What's your best recollection of what the
          15  wording was?
          16      A.  I believe Andy Woods was asked to
          17  continue his plume modeling and to look at a
          18  video analysis of plumes to understand what
          19  you -- what you had to assume and what the
          20  parameters were and what the approximations were
          21  to determine a flow rate from that type of
          22  analysis.  I can't recall whether or not he was
          23  actually asked to determine the number.
          24      Q.  And you actually personally wanted
          25  someone to estimate the flow rate by looking at
00175:01  the video feeds?
```

Page 175:03 to 175:07

```
00175:03      A.  I -- I certainly provided the video feeds
     04  to Columbia for that reason, and I provided the
     05  vid -- I -- I had provided to Andy Woods the
     06  video feeds for the purpose I just described to
     07  you.
```

Page 176:01 to 176:04

```
00176:01      Q.  It has not been previously admitted, so I
     02  will need to get a sticker for that.  It's Bates
     03  number BP-HZN-2179MDL04940445.  And it will be
     04  marked as Exhibit 10348.
```

Page 176:19 to 177:02

```
00176:19      Q.  Okay.  I want you to turn to the page
     20  that ends 447.  It's the next-to-last page, and
     21  it's an E-mail that is from Andy Leonard.  And
     22  the first question is, is:  Who is Andy Leonard?
     23      A.  Andy Leonard is BP's Relationship Manager
     24  for Cambridge University.
     25      Q.  Okay.  And it is addressed to David Eyton
00177:01  and then yourself, I believe; is that true?
     02      A.  That's correct.
```

Page 177:14 to 177:25

```
00177:14      Q.  (By Mr. Maze) Okay.  Now, I'm going to
     15  read the subject and just ask you if I -- I've
     16  read it correctly.  "David/Ellen
     17          "FYI - Andy W is developing a proposal to
     18  build on the work he has been doing on the plume.
     19  I've asked him to consider whether he
     20  could/should include the impact of
     21  biodegradation" on -- "of the intrusions over
     22  time.
     23          "Andy."
     24          Did I read that correctly?
     25      A.  Yes.
```

Page 178:04 to 178:06

```
00178:04      Q.  If you'll turn back a page, it's an
     05  E-mail from you on May 25 in response.  I'm
     06  sorry --
```

Page 178:19 to 179:07

```
00178:19      Q.  I want to read the -- the first two
     20  paragraphs:
     21          "Thanks Andy - that will be useful.
```

```
22          "On a related topic - we are thinking
23     about setting up an internal effort to analyze
24     the video feeds for flow rates.  I am talking
25     with folks here about getting the data (and also
00179:01  possibly giving parallel access to an independent
02     U group that is interested.)"
03          Did I read that correctly?
04     A.  Yes.
05     Q.  And I assume "U group" is University
06     Group?
07     A.  Yes, I believe so.
```

Page 179:22 to 179:25

```
00179:22    Q.  In your capacity as BP's Corporate
23     Representative, did BP ever consider an internal
24     effort to analyze the video feeds for flow
25     rates --
```

Page 180:04 to 180:04

```
00180:04    Q.  (By Mr. Maze) -- prior to July 15, 2010?
```

Page 180:07 to 180:09

```
00180:07    A.  As I've said before, I am aware that
08     Trevor Hill did an eyeball estimate of video
09     feeds.
```

Page 180:20 to 181:03

```
00180:20    Q.  (By Mr. Maze) Okay.  In your personal
21     capacity, did Andy Woods ever give you a Flow
22     Rate Estimate?
23     A.  Other than the bounding estimates that we
24     discussed earlier, I did not get a Flow Rate
25     Estimate from Andy Woods.
00181:01    Q.  Okay.  Is that the same answer in your
02     role as BP's Corporate Representative?
03     A.  Yes, that's correct.
```

Page 181:10 to 182:04

```
00181:10    Q.  The estimate by Trevor Hill based on his
11     eyeball test was 20,000 barrels per day?
12     A.  Yes, that's my memory.
13     Q.  Okay.  And you previously testified that
14     Ole Rygg, his estimate based on the video was
15     40,000 barrels per day?
16     A.  Yes, I did.
17     Q.  And you -- and I'm asking you this as
18     BP's Corporate Representative.
```

```
     19      A.  M-h'm.
     20      Q.  BP had no other Flow Rate Estimates based
     21  on observational methods to calculate flow rate
     22  before or on May 27, 2010?
     23      A.  Oth -- other than -- you mean other than
     24  the surface expression work?
     25      Q.  Right.  By Dave Rainey.
00182:01      A.  Yes.  Okay.
     02      Q.  Okay.  Let's talk about --
     03      A.  So I'm not -- I'm not aware of any
     04  others.
```

Page 183:24 to 184:09

```
00183:24  It's been previously marked as Exhibit 11126.
     25  You should see that sticker on the bottom.
00184:01      A.  Yes.
     02      Q.  It's an E-mail chain, the top E-mail
     03  being from you to David Rainey on June 23rd,
     04  2010.
     05          Do you remember sending this E-mail?  You
     06  can take a few seconds to look over it --
     07      A.  Yep.
     08      Q.  -- if you need to.
     09      A.  (Reviewing document.)  Okay.
```

Page 184:15 to 186:03

```
00184:15      Q.  I'm just going to read it and then ask if
     16  you agree if I read it correctly:  "Hi Dave,
     17          "In the course of the last few weeks I've
     18  encountered several efforts on determining flow
     19  rates.  It's not clear to me whether there is any
     20  coordination among them.
     21          "The one I've been closest to is the
     22  Group R&T + Peter Carragher interaction with Andy
     23  Woods and SINTEF.  A question we have
     24  particularly asked Andy" is "to" -- "to address
     25  is understanding the different model assumptions
00185:01  used by different analyses so that we get an
     02  understanding of the source of variability
     03  between different claims of rates.
     04          "Anyway - here is a synopsis of what I've
     05  become aware of (some e-mail trail below fyi).  I
     06  think David would be willing to have R&T help
     07  establishing some coordination if needed.
     08          "Sandia assessment - Graham Overshaw was
     09  POC, not sure if there is any follow up on this.
     10          "Andy Woods + SINTEF - plume modeling
     11  based on fluid dynamics calculation and
     12  experiment some analysis of video data.
     13          "Mike Mason and Trevor Hill potential
     14  inflow performance of well.
     15          "Chris West and Brian Vanderheyden -
```

```
16  offer to help.
17          "Assessment based on well properties
18          "Walt Bozeman - Reservoir Engineer
19          "Debbie Kercho - Reservoir Engineer
20          "Chuck Bondurant - Geologist
21          "Binh Nguyen - Geophysicist
22          "Ellen."
23          Other than I might have butchered a few
24  names --
25      A.  Yes.
00186:01    Q.  -- did I read it correctly?
02      A.  Yes, I believe you read it collect --
03  correctly.
```

Page 186:09 to 186:12

```
00186:09    Q.  (By Mr. Maze) Did anyone ever respond to
10  your E-mail about whether there was any
11  coordination among these efforts?
12      A.  No, I don't remember a response.
```

Page 193:15 to 193:21

```
00193:15    Q.  Okay.  So your answer still would be,
16  then, that -- and I'm asking you this as BP's
17  Corporate Representative:  The only actual Flow
18  Rate Estimate that BP had under observational
19  methods by May 27, 2010, came from Trevor Hill,
20  Ole Rygg, and David Rainey?
21      A.  Yes, that's my understanding.
```

Page 194:12 to 194:17

```
00194:12    Q.  Do you understand that there were some
13  Teams who were tasked, for example, with applying
14  what they called a top kill method for stopping
15  the well?
16      A.  Yes.
17      Q.  A junk shot method of stopping the well?
```

Page 194:19 to 195:01

```
00194:19    A.  I -- I've heard those words.
20      Q.  (By Mr. Maze) Capping stack?
21      A.  I've heard those words, yes.
22      Q.  Do you know if these Flow Rate Estimates
23  from David Rainey, Ole Rygg, and Trevor Hill that
24  you have testified were created, do you know if
25  those were shared with the Teams who were
00195:01  implementing capping stack, top kill, junk kill?
```

Page 195:06 to 195:11

```
00195:06      A.  I don't know specifically the chain of --
      07  of sharing of information.
      08      Q.  (By Mr. Maze) In your role as BP's
      09  Corporate Rep, who was allowed to know the Flow
      10  Rate Estimates of David Rainey, Ole Rygg, and
      11  Trevor Hill?
```

Page 195:17 to 195:25

```
00195:17      A.  Okay.  I'm aware that Dave Rainey's, as I
      18  discussed earlier, calculations were shared
      19  verbally in Science Team meetings.  Prior to
      20  April 28th, I'm aware that some of his
      21  calculations or spreadsheets were available to
      22  NOAA.  Post April 28th, I'm not aware
      23  specifically of how they were shared and
      24  transmitted a -- among other people in the
      25  company.
```

Page 196:09 to 196:13

```
00196:09      Q.  Were you ever instructed not to share
      10  Flow Rate Estimates with other persons?
      11      A.  No, I was not.
      12      Q.  At any point?
      13      A.  No, I don't recall that.
```

Page 196:19 to 196:22

```
00196:19      Q.  The Bates number starts at
      20  BP-HZN-2179MDL07543401.  It's going to be Exhibit
      21  10349.
      22          (Exhibit No. 10349 marked.)
```

Page 197:19 to 197:25

```
00197:19      Q.  Okay.  I'm going to start with the E-mail
      20  at the bottom of that page, the one that --
      21      A.  Yes.
      22      Q.  -- you were just reading, September 5,
      23  2010.  And I'm just going to read the first part.
      24  And this --
      25      A.  Yes.
```

Page 198:08 to 198:22

```
00198:08      Q.  "Hi, Jim,
      09          "I'll get back to you later with comments
      10  on the back-up back.  After a quick look here are
      11  some general comments:
      12          "1) - We can't have any comment of any
```

```
13  sort on flow rate.  Absolutely nothing -- we'll
14  need to get an appropriate answer from legal for
15  responses to questions on that topic, and include
16  the appropriate information and back-up script."
17        Did I read that correctly?
18    A.  Yes.
19    Q.  I'm going to reask you the question I did
20  earlier:  Were you ever instructed not to comment
21  on flow rate?
22    A.  Okay.  I --
```

Page 199:03 to 200:03

```
00199:03    Q.  (By Mr. Maze) I -- I'm going to let you
04  explain --
05    A.  Okay.
06    Q.  -- what you meant.
07    A.  Okay.  When you asked the question, I
08  simply was not thinking about this line of
09  work --
10    Q.  Okay.
11    A.  -- which is quite different from what
12  we've been talking about today.
13        This was a -- a project I was running in
14  the Summer to put together a pack of slides
15  explaining how oil and gas extraction and
16  production worked, so that we could take it to
17  universities to give people technical information
18  so they could run their own judgments.
19    Q.  Okay.
20    A.  Okay.
21    Q.  So, then, what is the -- what do you mean
22  by "We can't have any comment of any sort on flow
23  rate"?
24    A.  Yeah.  As we were preparing this pack, we
25  were running it by our internal BP legal process
00200:01  to make sure that we didn't inadvertently say
02  anything wrong or misleading, and they -- they
03  had told us not to make comments.
```

Page 201:08 to 201:09

```
00201:08    Q.  What was the Flow Rate Estimate of David
09  Rainey before May 27, 2010?
```

Page 201:11 to 201:18

```
00201:11    A.  Before May 27?
12    Q.  (By Mr. Maze) Yes.
13    A.  The estimates that he did, most of them
14  in late April, using the final method that he
15  decided was most correct, ranged from 1 to 14,000
16  barrels per day, approximately.
```

```
    17      Q.  He never did an estimate that was greater
    18  than 14,000 barrels per day?
```

Page 201:20 to 202:11

```
00201:20      A.  Okay.  He tried different methods of
    21  doing analysis, and some of them yielded bigger
    22  numbers.
    23      Q.  (By Mr. Maze) What were some of those
    24  numbers?
    25      A.  There were numbers up, I believe, above
00202:01  90,000 barrels per day when he used something he
    02  called the Bonn Method.
    03      Q.  Do you understand how the Bonn Method
    04  works?
    05      A.  I understand generically how one analyzes
    06  vide -- visual observations of surface expression
    07  to estimate flow rate.
    08      Q.  And you would agree that that falls
    09  within the scope of an observational method of
    10  estimating flow rate?
    11      A.  Yes.
```

Page 202:23 to 202:25

```
00202:23      Q.  (By Mr. Maze) This, again, is the "GUILTY
    24  PLEA AGREEMENT" between the United States and BP
    25  Exploration & Production?
```

Page 203:15 to 203:21

```
00203:15      Q.  Under No. 1:  "BP, through a former vice
    16  president, withheld information and documents
    17  relating to multiple flow-rate estimates prepared
    18  by BP engineers that showed flow rates far higher
    19  than 5,000" barrels per day, "including as high
    20  as 96,000" barrels per day.
    21          Did I read that correctly?
```

Page 203:24 to 204:01

```
00203:24      Q.  (By Mr. Maze) Okay.  Did I read that
    25  correctly?
00204:01      A.  Yes.
```

Page 204:10 to 204:11

```
00204:10      Q.  What did BP agree to with regards to
    11  Point No. 1?
```

Page 204:14 to 205:14

```
00204:14      A.  Okay.  With regard to Point No. 1, BP
      15  agreed that:  "On or about May 24, 2010, in the
      16  Eastern District of" Louis -- "Louisiana and
      17  elsewhere, BP did corruptly, that is, with
      18  improper purpose, endeavor to influence,
      19  obstruct, and impede the due and proper exercise
      20  of the power of inquiry under which an inquiry
      21  and investigation was being had by a Committee of
      22  the United States House of Representatives into
      23  the amount of oil flowing from the Macondo Well
      24  ('flow rate') through the following omissions and
      25  false and misleading statements in its May 24,
00205:01  2010 response ('Markey Response') to the
      02  Committee on Energy and Commerce:
      03      Number "1.  BP, through a former vice
      04  president, withheld information and documents
      05  relating to multiple flow-rate estimates prepared
      06  by BP engineers that showed flow rates far higher
      07  than 5,000 BOPD, including as high as 96,000
      08  BOPD."
      09      Q.  (By Mr. Maze) Okay.  In your capacity as
      10  BP's Corporate Representative, what Flow Rate
      11  Estimates based on an observational method did BP
      12  withhold that showed a flow rate "far higher than
      13  5,000 BOPD, including as high as 96,000 BOPD" on
      14  or about May 24, 2010?
```

Page 205:22 to 205:22

```
00205:22  THE WITNESS:  Uh-huh.
```

Page 210:08 to 210:12

```
00210:08      Q.  (By Mr. Maze) Dr. Williams, in your
      09  capacity as BP's Corporate Representative, did BP
      10  have a Flow Rate Estimate as high as 96,000
      11  barrels per day, based on an observational flow
      12  rate method?
```

Page 210:14 to 210:24

```
00210:14      A.  I have seen from Dave Rainey's surface
      15  expression work, I believe, numbers comparable to
      16  96,000 barrels per day.
      17      Q.  (By Mr. Maze) Okay.  Looking at No. 2,
      18  and we will not read through the whole thing
      19  again because it's unnecessary for this question,
      20  but just looking at No. 2 as a context, in your
      21  capacity as BP's Corporate Representative,
      22  identify the persons, individuals, and/or groups
      23  who assisted Dave Rainey in preparing a Bonn
      24  Agreement analysis?
```

Page 211:02 to 211:24

```
00211:02      A.  My understanding is that Dave Rainey
     03  talked with other people in the Science Room,
     04  including Charlie Henry.  I believe he also
     05  talked with another NOAA Scientist, Bill Lehr, as
     06  he was working on his surface expression work.
     07      Q.  (By Mr. Maze) Did those two persons
     08  provide Mr. Rainey with the data, observations,
     09  and/or assumptions upon which his Flow Rate
     10  Estimate was based?
     11      A.  I believe the data was data from
     12  overflight, so it was visual observations from
     13  above of the -- and aerial maps of where the oil
     14  was and what its color was.
     15          I believe that Mr. Rainey obtained the
     16  document describing the Bonn Analysis
     17  independently, although I am aware that Mr. Lehr
     18  provided him with a document or paper of
     19  critiquing the Bonn Method and surface analysis
     20  in general.
     21      Q.  Who is Mr. Lehr?
     22      A.  Mr. Lehr is a Scientist with NOAA.
     23      Q.  Did Dave Rainey seek out Mr. Lehr for his
     24  assistance in his Bonn Analysis?
```

Page 212:01 to 212:24

```
00212:01      A.  I -- my memory from Mr. Rainey's
     02  testimony is that he -- that he consulted with
     03  Mr. Lehr.
     04      Q.  (By Mr. Maze) Did you speak with Dave
     05  Rainey in preparation for today's deposition?
     06      A.  No, I did not.
     07      Q.  Did you speak to Dave Rainey prior to
     08  May 24th, 2010 about his work on estimating the
     09  rate of flow?
     10      A.  No, I did not.
     11      Q.  Did you review documents that contained
     12  the manner and/or methodology which David Rainey
     13  used to come up with his Bonn Agreement estimate?
     14      A.  Yes.
     15      Q.  And you haven't seen any of those
     16  documents today?  We -- we, the attorneys,
     17  haven't shown those to you?
     18      A.  No, I don't believe you have.
     19      Q.  Okay.  In your capacity as BP's Corporate
     20  Rep, you agree that David Rainey came up with
     21  estimates that exceeded 90,000 barrels per day?
     22      A.  I -- I agree that David Rainey did
     23  calculations that yielded numbers as high as
     24  92,000 barrels per day.
```

Page 215:20 to 215:24

```
00215:20      Q.  In your capacity as BP's Corporate
      21  Representative, why does BP believe that Dave
      22  Rainey arrived at Flow Rate Estimates that ranged
      23  only from 1 to 14,000 barrels per day using the
      24  Bonn Agreement?
```

Page 216:04 to 216:10

```
00216:04      A.  Mr. Rainey did not arrive at 1 to 14,000
      05  barrels per day using the Bonn Agreement.
      06      Q.  (By Mr. Maze) What did he arrive at?
      07      A.  I don't recall the exact numbers, but the
      08  number -- the range was far -- started higher and
      09  ended as high as 92,000, as we have been
      10  discussing.
```

Page 216:16 to 217:10

```
00216:16      Q.  (By Mr. Maze) In your capacity as BP's
      17  Corporate Representative, did BP have a Flow Rate
      18  Estimate of 5,000 barrels per day on April 28,
      19  2010, when that flow rate was announced by
      20  Admiral Landry on April 28, 2010?
      21      A.  My understanding is that BP had the
      22  estimate of 1 to 14,000 barrels per day that Dave
      23  Rainey had prepared with his ASTM hybrid method
      24  at -- prior to the April 28th announcement.
      25      Q.  And what Flow Rate Estimate did BP have
00217:01  when the Flow Rate Technical Group announced its
      02  estimate on May 27, 2010?
      03      A.  As -- as I've said before, the three
      04  streams of flow -- of observational flow -- Flow
      05  Rate Estimates were Dave Rainey's, which we've
      06  just discussed --
      07      Q.  Right.
      08      A.  -- Ole Rygg's characterization, and
      09  Trevor Hill's eyeball estimate, as well as Trevor
      10  Hill's critique of Professor Wereley's estimate.
```

Page 218:01 to 218:02

```
00218:01      Q.  (By Mr. Maze) BP still does not disagree
      02  with David Rainey's Flow Rate Estimates?
```

Page 218:05 to 218:10

```
00218:05      A.  To my knowledge, the Flow Rate Estimates
      06  that Dave Rainey did, and the uncertainties
      07  associated with -- given the uncertainties
      08  associated with them, and given the understanding
      09  of how they were derived, we -- BP does not
      10  disagree with those estimates.
```

Page 219:12 to 219:25

```
00219:12  I -- I believe with both the United
      13  States and with Counsel for Alabama, you
      14  testified that there were three individuals,
      15  Mr. Rainey, Mr. Ole Rygg, and Mr. Hill, who
      16  performed Flow Rate Estimates for BP; is that
      17  right?
      18      A.   Who performed flow rates besed -- based
      19  on observational methods --
      20      Q.   Yes.  Okay.  I'm sorry.
      21      A.   Yes.
      22      Q.   Was -- did anyone else at BP do work on
      23  observational flow rate issues, not actually
      24  doing estimates, but anything involved at all
      25  with observational flow rate issues?
```

Page 220:02 to 220:09

```
00220:02      Q.   (By Ms. Greenwald) Other than those three
      03  individuals?
      04      A.   I -- I -- I'm aware of some discussions
      05  about flow rate issues.
      06      Q.   (By Ms. Greenwald) For example, do you --
      07  did anyone at BP do any work evaluating another
      08  person's observational Flow Rate Estimates from
      09  an entity that's not BP or a BP contractor?
```

Page 220:11 to 220:12

```
00220:11      A.   Yes.  Mr. Hill did an analysis of
      12  Professor Wereley's analysis.
```

Page 223:03 to 223:09

```
00223:03      Q.   Okay.  So who at BP do you recall having
      04  discussions with, again, pre-July 17th --
      05      A.   M-h'm.
      06      Q.   -- 2010, about any of the work that was
      07  done by anyone, other than someone at BP or on
      08  BP's behalf, relating to observational Flow Rate
      09  Estimates?
```

Page 223:11 to 224:15

```
00223:11      A.   H'm -- so relating to observational Flow
      12  Rate Estimates --
      13      Q.   (By Ms. Greenwald) M-h'm.
      14      A.   -- I was engaging with the engage -- I
      15  was working on the engagement with Andy Woods,
      16  and I probably discussed that with Andy Leonard,
```

```
17    with my Direct Supervisor, Mr. Eyton, and I think
18    I discussed it with Mr. Dudley, although I may
19    not have mentioned Mr. Woods' name because I
20    asked Mr. Dudley's permission to see if we could
21    give the video data to someone else.
22        Q.  Okay.  Is there anyone else, other than
23    the individuals you've mentioned, that you recall
24    today discussing these issues with?
25        A.  I recall there's a stream of work where I
00224:01  was asking around to see if I could find out who
02    was doing Flow Rate Estimate in the company, so I
03    talked to several people at that time.
04        Q.  Did you ever contact any of the
05    individuals who had done some of the
06    observational Flow Ra -- Rate Estimates, such as
07    Professor Wereley or the person at Columbia, and
08    ask them about their estimates and how they
09    derived them?
10        A.  No, I did not.
11        Q.  Do you know whether anyone at BP ever did
12    that?
13        A.  I'm aware of a communication from -- in
14    the Fall of 2010, from Mr. Hill to Professor
15    Krone at Columbia.
```

Page 227:06 to 227:11

```
00227:06  I want to show you -- give you back
07    Exhibit 10348, which --
08        A.  Okay.
09        Q.  -- Mr. Maze used when he was asking you
10    questions a few minutes ago.
11        A.  Okay.
```

Page 228:03 to 228:09

```
00228:03      Q.  (By Ms. Greenwald) H'm -- so am I correct
04    that this is an E-mail exchange between you and
05    Mr. Leonard about hiring Dr. Woods to perform
06    flow rate -- some type of Flow Rate Analysis for
07    BP?
08        A.  Certainly some of these -- these E-mails
09    refer to that subject.
```

Page 233:22 to 233:25

```
00233:22      Q.  Okay.  Did you -- had you ever worked
23    with Dr. Woods before you became a Chief
24    Scientist at BP?
25        A.  No, I had not.
```

Page 234:03 to 235:21

```
00234:03      Q.  How did you know that he would be a good
      04  person or a good -- a good suggestion to do the
      05  work that you were proposing?
      06      A.  Shortly after I joined the Company, I
      07  visited the BP Institute, and I spoke with
      08  Dr. Woods.  And also I believe prior to this
      09  E-mail chain, I would -- had already been shown
      10  some of his preliminary work on plume flow
      11  modeling.
      12      Q.  So I'm trying to understand how the plume
      13  flow modeling, which we had the pleasure of
      14  learning about last week when we were in
      15  Cambridge, which is an unbelievably beautiful
      16  place, I might add, how does that instruct the
      17  flow rate, if you know?
      18      A.  Okay.  So from my observations of what
      19  Andy was doing, he was doing a calculation with
      20  flow rate as a parameter, figuring out the shape
      21  and evolution of the plume.  And he was able to
      22  show different characteristics of the plume and
      23  how they depend on flow rate.
      24          That, by itself, was not enough for him
      25  to estimate or put any bounds on the flow rate,
00235:01  but then there was some additional information
      02  from experimental measurements of actually the
      03  height of entrained oil.  And so he took that
      04  observational other -- those other measured
      05  observations on the height, he compared it with
      06  his predictions of the height is how it depended
      07  on flow rate.  And unfortunately, it was a very
      08  weak dependence, but he was able to put some
      09  bounds based on that other set of observational
      10  information.
      11      Q.  So prior to October 15th, 2010 --
      12      A.  Yes.
      13      Q.  -- because that's the date that's
      14  relevant for BPI --
      15      A.  M-h'm.
      16      Q.  -- did Dr. Woods, or anyone at BPI, ever
      17  provide a Flow Rate Estimate to BP?
      18      A.  As far as I'm aware, I'm aware of the
      19  numbers that he gave for that bounding
      20  information from the plume, but I'm not aware of
      21  other information.
```

Page 237:01 to 237:06

```
00237:01      Q.  Am I correct, though, that a consistency
      02  demonstration is not a Flow Rate Estimate, in
      03  your opinion?
      04      A.  You asked me what I would consider it to
      05  be, I would consider it to be a consistency
      06  demonstration.
```

Page 237:15 to 237:17

00237:15      Q.  -- would one consider a consistency
     16  demonstration to be an equivalent of a Flow Rate
     17  Estimate?


Page 237:21 to 238:01

00237:21      A.  You could use it to help you understand
     22  the flow rate, so you might call it a Flow Rate
     23  Estimate.  But as I pointed out, the dependence
     24  was very weak, so the range of numbers that Andy
     25  was able to constrain was very, very wide.  It
00238:01  wasn't giving us a lot of extra information.


Page 239:01 to 239:05

00239:01      Q.  -- previously marked as 11129, and it's
     02  at Tab 37?
     03      A.  All right.
     04      Q.  So if you'd like to use this to help
     05  explain, feel free to do so.


Page 239:08 to 239:19

00239:08      A.  Okay.  So if you'd look at Figure 4,
     09  which is on Page 17927 --
     10      Q.  (By Ms. Greenwald) M-h'm.
     11      A.  -- you see height versus flow rate.  And
     12  so if you've observed a height of exactly 400,
     13  you could pick out a flow rate.
     14          But if your height -- if you were
     15  uncertain, and maybe it was 400 to 500, if you
     16  run your finger over, you see the 500 crosses at
     17  a lot farther along.  So a small -- any band of
     18  uncertainty in the height translates to a much
     19  bigger band of uncertainty in the flow rate.


Page 240:18 to 240:18

00240:18  (Exhibit No. 10350 marked.)


Page 244:06 to 244:09

00244:06      Q.  So I'm going to jump back to Dr. Woods
     07  for just a moment.  If you could look at Tab 12,
     08  please, which is previously marked 11128?
     09      A.  Okay.


Page 244:22 to 245:17

00244:22      Q.  This appears to be an E-mail exchange

```
    23  between originally you and Dr. Woods, and then
    24  discussion between you and David --
    25       Is it "I-ton" or "E-ton"?
00245:01  A.  I -- I think, actually, "I-ton."
    02  Q.  -- Eyton, okay.
    03  A.  Yeah.
    04  Q.  -- about Dr. Woods' paper.  And I'd like
    05  to draw your attention to the bottom E-mail.
    06  A.  Okay.
    07  Q.  It says this is from David Eyton to
    08  you --
    09  A.  Yes.
    10  Q.  -- and Peter Carragher.  "Andy's paper is
    11  very interesting (especially given that fluid
    12  mechanics were my degree specialism!)  My only
    13  concern is that the flow rates are all over the
    14  place, and the fact that Andy is from the BPI
    15  might be taken as a signal that BP endorses these
    16  numbers."  Do you see that?
    17  A.  Yes, I see that.
```

Page 246:03 to 246:08

```
00246:03  Q.  Okay.  Did you share that concern?
    04  A.  I was concerned about this particular
    05  draft of the paper, because Andy did have, in
    06  different places, different ranges, and so it was
    07  internally inconsistent.  I suggested he stick
    08  with one range.
```

Page 248:14 to 249:01

```
00248:14  Q.  (By Ms. Greenwald) What did you
    15  ultimately learn about the constraints or lack of
    16  constraints for purposes of Dr. Woods seeking
    17  publication of this paper?
    18  A.  I -- I actually don't recall learning a
    19  specific set of Rules or Guidelines.  I believe
    20  in the end Andy and Pete Carragher had some
    21  discussions and agreed when -- and then they
    22  eventually agreed when it was okay to release the
    23  paper.
    24  Q.  So BP ended up reviewing the paper and
    25  giving comments before Dr. Woods sent it in for
00249:01  publication; is that correct?
```

Page 249:05 to 249:07

```
00249:05  A.  I certain -- I certainly gave Andy
    06  comments on the paper, and I believe Pete gave
    07  comments on the paper, as well.
```

Page 250:14 to 250:14

00250:14  (Exhibit No. 10351 marked.)


Page 271:01 to 271:01

00271:01  (Exhibit No. 10352 marked.)


Page 277:21 to 277:21

00277:21  (Exhibit No. 10353 marked.)


Page 280:05 to 280:05

00280:05  (Exhibit No. 10354 marked.)


Page 284:17 to 284:24

00284:17      Q.  (By Ms. Greenwald) In -- in your role as
      18  Chief Scientist, since January of 2010, have you
      19  had any opportunity to work on well control
      20  measures in the event of a deepwater blowout?
      21      A.  No, I don't believe I have.
      22      Q.  Have you overseen or -- have you overseen
      23  any work at BP on well control measures, should
      24  another deepwater blowout occur?


Page 285:01 to 285:12

00285:01      A.  No, I haven't.
      02      Q.  (By Ms. Greenwald) Okay.  What is your
      03  focus, as Chief Scientist for BP?
      04      A.  So my role is primarily strategic, so I
      05  have a focus on assessing external technology
      06  trends and how they might affect the oil and gas
      07  industry.  I have, in addition, not just
      08  technology trends, but trends with regard to
      09  resources and climate change.  I have an internal
      10  facing role with respect to ensuring the
      11  underpinning scientific health of our Technology
      12  Orj -- Organization.

Page 299:17 to 302:21

```
00299:17      Q.  Before we get into the questions, I
      18  wanted to give you a quick moment to describe
      19  your educational background for us.  Can you give
      20  me a three- or four-sentence summary of your
      21  educational background?
      22      A.  Yes.  So I have a Bachelor's degree in
      23  Chemistry from Michigan State in 1976, a Ph.D. in
      24  Physical Chemistry from Cal Tech, formally
      25  awarded in 1982.  I -- and then I did a
00300:01  post-doctoral research study at University of
      02  Maryland from 1981 through 1983.
      03      Q.  What did your post-doctoral research
      04  study concern?
      05      A.  My post-doctoral research was on
      06  two-dimensional phase transitions.
      07      Q.  Can you give me a brief description of
      08  what you mean by "two-dimensional phase
      09  transitions"?
      10      A.  Well, a phase transition is when a state
      11  of matter changes, like from gas to solid, and in
      12  our normal life, that happens in three
      13  dimensions.  At a surface or an interface, atoms
      14  or molecules can be organized in two dimensions,
      15  and they can go through a transition between a
      16  disordered phase, you know, like they're spread
      17  out on a table, like marbles randomly on a table,
      18  to an ordered phase, like marbles arranged on a
      19  checkerboard.  So that would be a two-dimensional
      20  phase transition.
      21      Q.  Okay.  Did the study on two-dimensional
      22  phase transition -- did that concern any
      23  particular material or substance?
      24      A.  The work I was doing at -- I'm sorry.
      25  The work I was doing at Maryland, we looked at
00301:01  silver and nickel as the substrates.
      02      Q.  All right.  I think yesterday you
      03  testified that in regards to the Macondo
      04  Response --
      05      A.  Yeah.
      06      Q.  -- your primary activity involved the --
      07  the GRI; is that right?
      08      A.  That's correct.
      09      Q.  Okay.  Did you have any other involvement
      10  in the Macondo Response?
      11      A.  Well, let's see.  I had some secondary
      12  things I was involved with.  I -- as I mentioned
      13  yesterday, I helped transfer some videotapes to
      14  Columbia University.  I also arranged for those
      15  same videotapes to be provided to Cambridge
      16  University and arranged for Doctor -- Professor
      17  Woods to start work on analyzing -- at least I
      18  asked to have work on analyzing the video method
      19  of analysis done by Mr. Woods.
```

```
         20        And then, also, I think it came up
         21  yesterday, during that Summer I started a program
         22  to develop outreach materials to our core
         23  universities' educational materials.
         24        Q.  Okay.  When you say you helped transfer
         25  some videos to Columbia University --
00302:01        A.  Yeah.
         02        Q.  -- are you referring to ROV footage?
         03        A.  Yes.
         04        Q.  Okay.  And that's specifically ROV
         05  footage of the Macondo plume?
         06        A.  Yes.
         07        Q.  Okay.  Did you have any involvement in
         08  any of the Source Control Efforts during the
         09  Macondo Response?
         10        A.  No.
         11        Q.  Okay.  And you understand what I mean by
         12  "Source Control Efforts"?
         13        A.  Yes, I believe so.
         14        Q.  You didn't have any involvement in
         15  planning or designing the top kill?
         16        A.  No.
         17        Q.  Okay.  You didn't have any involvement in
         18  the post-Top Kill Analysis?
         19        A.  No.
         20        Q.  Okay.  I believe we should have a copy of
         21  Exhibit 8664.  It was Tab 1 in the U.S. binders.
```

Page 302:23 to 303:04

```
00302:23  My understanding is that you're the
         24  30(b)(6) Designee for Topic 4 as it relates to
         25  observational flow estimates; is that right?
00303:01        A.  That -- that's correct.
         02        Q.  And you're also the 30(b)(6) Designee for
         03  Topics 9 and 16; is that right?
         04        A.  Yes.
```

Page 303:07 to 304:06

```
00303:07  With respect to Topic 4, "The manner
         08  and/or methodology that BP, BP's contractors
         09  and/or any other entity working under BP's
         10  direction, used to predict, estimate,
         11  characterize and/or measure the daily amount of
         12  hydrocarbons flowing from the Macondo Well..."
         13  are you aware of any Transocean involvement in
         14  those efforts?
         15        A.  No, I don't recall --
         16        Q.  Okay.
         17        A.  -- seeing anything to that effect.
         18        Q.  Okay.  Transocean didn't undertake any
         19  observational flow estimates at the direction of
         20  BP or on behalf of BP; is that right?
```

```
      21      A.  No, not to my knowledge.
      22      Q.  And are -- you're not aware of any
      23 communications between anyone at BP or anyone at
      24 Transocean regarding observational flow
      25 estimates; is that right?
00304:01      A.  No, I'm not aware of any such
      02 communications.
      03      Q.  And BP did not provide any of the inputs
      04 or data used in its observational flow estimates
      05 to Transocean; is that right?
      06      A.  I --
```

Page 304:09 to 304:09

```
00304:09      A.  I don't know.
```

Page 304:11 to 304:14

```
00304:11      Q.  (By Mr. Appleman) Okay.  You're not aware
      12 of any instance where BP provided those inputs or
      13 data to Transocean; is that right?
      14      A.  No, I'm --
```

Page 304:17 to 304:17

```
00304:17      A.  No, I'm not aware.
```

Page 304:22 to 305:01

```
00304:22 You're not -- with respect to the
      23 estimates referenced in Topic No. 9, you're not
      24 aware of any Transocean involvement in -- in
      25 those estimates; is that right?
00305:01      A.  No, I'm not aware of any.
```

Page 305:06 to 305:16

```
00305:06 With respect to Topic 16, you're not
      07 aware of any Transocean involvement in the flow
      08 rate or volume estimates in "BP's...Response to
      09 the Flow Rate and Volume Estimates Contained in
      10 Staff Working Paper No. 3."  Is that right?
      11      A.  No, I'm not aware of any.
      12      Q.  Okay.  I think you testified yesterday as
      13 to -- or you testified yesterday that there were
      14 only three observational flow estimates performed
      15 between April 20th, 2010 and May 27th, 2010; is
      16 that right?
```

Page 305:18 to 306:01

```
00305:18      A.  I -- I believe I testified to the ones
```

```
       19  that I was aware of that BP was involved in.
       20      Q.  (By Mr. Appleman) Okay.  And those
       21  specifically are an analysis done by Ole Rygg,
       22  Trevor Hill, and David Rainey, right?
       23      A.  That's correct.
       24      Q.  And, specifically, I believe you
       25  testified to Ole Rygg's 40,000 barrel per day
00306:01  estimate; is that right?
```

Page 306:03 to 306:14

```
00306:03      A.  I -- I testified about the -- the work
       04  that Ole Rygg did, yes.
       05      Q.  (By Mr. Appleman) Right.  And hi -- the
       06  work that Ole Rygg did that was observational in
       07  nature resulted in a 40,000 barrel per day
       08  estimate; is that right?
       09      A.  Ole Rygg reported a 40,000 barrel per day
       10  number.
       11      Q.  All right.  And, similarly, Trevor Hill
       12  reported a 20,000 barrel per day estimate; is
       13  that right?
       14      A.  I --
```

Page 306:16 to 311:06

```
00306:16      A.  Trevor Hill told me he had a 20,000
       17  barrel per day number.
       18      Q.  (By Mr. Appleman) Okay.  And David Rainey
       19  conducted -- I believe you testified that David
       20  Rainey provided some estimates based on a surface
       21  expression methodology; is that right?
       22      A.  Yes, that's right.
       23      Q.  And David Rainey's numbers were both
       24  above and below 20,000 barrels per day, right?
       25      A.  David Rainey had different spreadsheets
00307:01  that provided different ranges of numbers.
       02      Q.  All right.  And some of those numbers
       03  were below 20,000 barrels per day; is that right?
       04      A.  That's correct.
       05      Q.  And some of those numbers were above
       06  20,000 barrels per day; is that right?
       07      A.  That's correct.
       08      Q.  All right.  Besides the -- Mr. Rainey's
       09  estimate, are you aware of any observational flow
       10  estimate conducted by or on behalf of BP between
       11  April 20th, 2010 and May 27th, 2010, that
       12  suggested flow from the Macondo Well was below
       13  20,000 stock tank barrels of oil per day?
       14      A.  No, I'm not.
       15      Q.  Okay.  In your personal capacity, are you
       16  aware of any flow estimates between 20 -- April
       17  20th, 2010 and May 27th, 2010, conducted on or --
       18  conducted by or on behalf of BP, that suggested
```

```
19   flow from the Macondo Well was below 20,000 stock
20   tank barrels of oil per day?
21        A.  Yes.  The -- yes.
22        Q.  Okay.  And what estimates are those?
23        A.  Those were Mr. Rainey's estimates.
24        Q.  Okay.  Any other ones?
25        A.  No, I'm not.
00308:01        Q.  Okay.  I believe you also testified
02   yesterday that Trevor Hill performed a critique
03   of a 70,000 barrel per day estimate; is that
04   right?
05        A.  Yes.
06        Q.  Okay.  I believe we have a copy of
07   Exhibit 10334.  It was Tab 29 in the U.S. binder.
08   Do you have a copy of that in front of you?
09        A.  Yes, I do.
10        Q.  Okay.  If you flip past the cover
11   E-mail --
12        A.  M-h'm.
13        Q.  -- there's a Memorandum.  Do you see
14   page -- starting on Page 2?
15        A.  Yes, I see it.
16        Q.  Okay.  And it's titled "Observations on
17   flow coming from the Macondo system."  Is that
18   right?
19        A.  Yes, that's what it says.
20        Q.  And then if you flip over to the next
21   page, at the bottom it says "Trevor Hill," and
22   it's dated May 15th, 2010; is that right?
23        A.  Yes, that's what it says.
24        Q.  Okay.  I'll have a couple questions about
25   this document.
00309:01   If you see the first bullet, it says:
02   "1.  General description."  Do you see that?
03        A.  Yes, I do.
04        Q.  Okay.  The next sentence says:  "Fluid in
05   the reservoir is 35 API, approximately 3000...GOR
06   oil, determined from work on" the "samples from
07   the reservoir."  Do you see that?
08        A.  Yes, I do.
09        Q.  Okay.  Do you know what samples that
10   information is taken from?
11        A.  No, I don't.
12        Q.  Okay.  If we flip down to "Flowrate
13   considerations" -- it's the second point.
14        A.  (Nodding.)
15        Q.  Do you see that?
16        A.  Yes.
17        Q.  Okay.  And now if we walk down a few
18   paragraphs, there's a paragraph titled
19   "Firstly..."  Do you see that one?
20        A.  Yes.
21        Q.  Okay.  And it reads:  "Firstly there is
22   drill pipe protruding from the end of the riser,
23   occupying some of the original flow area,
```

```
    24   reducing by 10% the flowrate estimated from a
    25   measured velocity," by PIV "and the original pipe
00310:01   area."  Do you see that?
    02        A.  Yes, I see that.
    03        Q.  Okay.  How did Trevor Hill determine that
    04   the drill pipe protruding from the end of the
    05   riser caused a 10 percent reduction in flow rate?
    06        A.  I -- I didn't ask Trevor Hill that
    07   question.
    08        Q.  Okay.  Did you do anything in your
    09   deposition to determine how Trevor Hill
    10   determined the 10 percent reduction?
    11        A.  No, I did not.
    12        Q.  Okay.  Did you come across anything in
    13   preparation for your deposition that would give
    14   an indication of any type of information he was
    15   relying upon?
    16        A.  I don't know what Trevor Hill relied on.
    17        Q.  Okay.  And if -- similarly, if we go to
    18   the next bullet point, it's -- do you see that?
    19   It starts with "Secondly..."?
    20        A.  Yes.
    21        Q.  And it states:  "Secondly the end of the
    22   pipe is no longer circular, due to the forces
    23   involved when the riser broke away from the
    24   Deepwater Horizon.  This further
    25   reduces...original flow area by 30%, and
00311:01   therefore the resulting flowrate from a measured
    02   velocity."  Do you see that?
    03        A.  Yes, I do.
    04        Q.  Okay.  Do you know how Trevor Hill
    05   determined that this would reduce the original
    06   flow by 30 percent?
```

Page 311:08 to 311:14

```
00311:08        A.  It says here "the original flow area."
    09        Q.  (By Mr. Appleman) Oh, that's right.  Do
    10   you have -- right.  Okay.  Let me reask my
    11   question, then.
    12            Okay.  Do you have -- do you know how
    13   Trevor Hill determined that that would reduce the
    14   original flow area by 30 percent?
```

Page 311:16 to 312:12

```
00311:16        A.  When I spoke with Trevor Hill, he told me
    17   that when the ROV was reoriented, they were able
    18   to see the end of the pipe and evaluate the
    19   damage at the end of the pipe.
    20        Q.  (By Mr. Appleman) Do you know how they
    21   were able to evaluate the damage in the end of
    22   the pipe?
    23        A.  My understanding from what Trevor told me
```

```
    24  was visually.
    25      Q.  Okay.  It's just a visual estimate?
00312:01    A.  I don't know.
    02      Q.  Okay.  Not aware of any other information
    03  upon what the 30 percent reduction is, rather
    04  than beyond what Trevor Hill told you in that
    05  conversation?
    06      A.  No, I don't know.
    07      Q.  Okay.  And what Trevor Hill told you,
    08  just so I'm clear --
    09      A.  M-h'm.
    10      Q.  -- is that based on visual footage from
    11  the ROV, they determined it was a 30 percent
    12  reduction?
```

Page 312:14 to 314:13

```
00312:14    A.  I -- I don't believe Trevor mentioned the
    15  30 percent number to me.
    16      Q.  (By Mr. Appleman) Okay.  But it was based
    17  on some visual footage from an ROV camera?
    18      A.  All I can say is that Trevor hol -- told
    19  me that after they reoriented the ROV, they were
    20  able to see the damage at the end of the tube and
    21  that should have been accounted for in the flow
    22  rate calculation.  I don't know more than that.
    23      Q.  Okay.  If we go down to the next bullet,
    24  it says:  "Thirdly 40% of the average flow out of
    25  the pipe at seabed is gas."  Do you see that?
00313:01    A.  Yes, I do.
    02      Q.  Okay.  Do you know how Trevor Hill
    03  determined that 40 percent of the average volume
    04  flow out of the pipe at seabed was gas?
    05      A.  No, I don't.
    06      Q.  Okay.  And if we flip to "Fourthly..."
    07  Do you see that next paragraph?
    08      A.  Yes, I do.
    09      Q.  It says:  "For this oil 1 barrel on the
    10  surface actually comes" out to "about 1.6 barrels
    11  leaving the pipe at seabed conditions, giving a
    12  further 40% reduction the estimate of oil
    13  reaching the surface made by looking at flow from
    14  the pipe."
    15          Do you know how Trevor Hill determined
    16  that this would result in a further 40 percent
    17  reduction in the estimate of oil reaching the
    18  surface?
    19      A.  No, I don't know how Trevor did that.
    20      Q.  All right.  If we flip to the next
    21  bullet, "Fifthly..." it says:  "...there
    22  is...variation in flow behaviour with time, in a
    23  cycle of 2-4 minutes."  Do you see that?
    24      A.  Yes, I do.
    25      Q.  Do you know how Trevor Hill determined
00314:01  there was variation in flow behavior with time,
```

```
02   on a cycle of two to four minutes?
03       A.  I didn't ask Trevor that question.
04       Q.  Okay.  Did you do anything during
05   preparation for your deposition to determine how
06   a variation in flow behavior with time, in a
07   cycle of two to four minutes -- I'm sorry.
08   Strike that.
09           Did you do anything in your -- in
10   preparation for your deposition to determine how
11   Trevor Hill determined there was a variation in
12   flow behavior with time, on a cycle of two to
13   four minutes?
```

Page 314:16 to 315:17

```
00314:16      A.  Other -- I did nothing other than looking
17   at the attachments to this document.
18       Q.  (By Mr. Appleman) Okay.  And then the
19   final bullet says:  "Sixthly, whilst in principle
20   in average flow velocity can be determined from
21   particle velocimetry this would require many
22   measurements made across the whole flow area and
23   over a time period concerning several flow
24   cycles.  Such measurements are very" def --
25   "difficult given the opacity of the flow leaving
00315:01  the pipe."
02           Do you see that?
03       A.  Yes.
04       Q.  Okay.  Did you have -- in your
05   conversations with Trevor Hill, do he indicate
06   anything regarding the difficulty in viewing
07   the -- in measuring the velocity of the plume
08   "given the opacity of the flow leaving the pipe"?
09       A.  When Trevor discussed with me what he
10   did, he mentioned that he identified small
11   features that he could see in the plume and
12   followed their trajectory.  I don't believe he
13   specifically mentioned opacity.
14       Q.  Okay.  And in your preparation for your
15   deposition, did anybody or any document give you
16   an indication of how opacity of the flow was
17   determined by BP?
```

Page 315:20 to 315:21

```
00315:20      A.  No, I don't recall seeing that
21   information.
```

Page 317:09 to 317:10

```
00317:09  And this is -- I'm going to mark this the
10   next exhibit.  It will be 10355.
```

Page 317:18 to 318:13

```
00317:18      Q.  (By Mr. Appleman) Let's see.  And this is
      19  an E-mail from you to Andy Woods on May 15th; is
      20  that right?
      21      A.  Yes, that's correct.
      22      Q.  Okay.  And if we go down the chain a
      23  little bit, the next E-mail down is from Daniel
      24  Lathrop.  Who is --
      25      A.  Yes.
00318:01      Q.  Who is Daniel Lathrop?
      02      A.  Daniel Lathrop is a Physics Professor at
      03  the University of Maryland.
      04      Q.  Okay.  And if we flip over to the second
      05  page, and about midway down the -- the large
      06  paragraph, there's a sentence that states:
      07  "Although I agree with their statement that the
      08  flow rate of oil cannot be calculated to a very
      09  high degree of precision, I think one could get
      10  reasonable estimates from this video."
      11          Do you see that?
      12      A.  I'm sorry.  Oh, here we go.  Yes, I see
      13  that.
```

Page 318:20 to 318:21

```
00318:20      Q.  (By Mr. Appleman) Okay.  So you don't
      21  have any reason to disagree with that statement?
```

Page 318:24 to 318:25

```
00318:24      A.  I don't have any reason to agree or
      25  disagree with that statement.
```

Page 319:09 to 319:13

```
00319:09      Q.  (By Mr. Appleman) If you would flip to
      10  Tab 11 in your binder for me.
      11          (Exhibit No. 10356 marked.)
      12  MR. APPLEMAN:  Let's go ahead and
      13  mark this the next exhibit, 10356.
```

Page 319:20 to 320:10

```
00319:20      Q.  (By Mr. Appleman) Okay.  This is an
      21  E-mail from you to Andy Leonard and David Eyton
      22  on May 25th; is that right?
      23      A.  Yes, that's correct.
      24      Q.  Okay.  And if you look for me in the
      25  second paragraph, the first sentence states:  "On
00320:01  a related topic - we are thinking about setting
      02  up an internal effort to analyze the video feeds
      03  for flow rates."
```

```
04        Do you see that?
05     A.  Yes.
06     Q.  Okay.  When -- okay.  And then it states
07  in the last sentence:  "This isn't written in
08  stone yet - I'm waiting for official approval..."
09        Do you see that?
10     A.  Yes.
```

**Page 320:20 to 321:13**

```
00320:20   Q.  (By Mr. Appleman) Sure.  When did you
21  first seek approval to set up an internal effort
22  to analyze the video feeds for flow rates?
23     A.  I -- I discussed this topic first, I
24  believe, during the week of May 22nd.  The
25  internal effort, I believe my request was whether
00321:01  it would be useful or -- or allowable to provide
02  the video flow rates to someone to be analyzed,
03  not necessarily by someone internally.
04     Q.  Okay.  And when -- or -- sorry.  Was
05  approval eventually granted?
06     A.  I was given permission to make the video
07  available to BPI.
08     Q.  Okay.  And when was the official approval
09  given?
10     A.  I simply remember a verbal discussion.  I
11  believe it was during the week of May 22nd.
12     Q.  Okay.  So sometime during that same week?
13     A.  I believe so.
```

**Page 321:21 to 323:06**

```
00321:21   Q.  Why were you setting up an internal
22  effort to analyze the video feeds for flow rate?
23     A.  Okay.  I -- I wanted to have an
24  independent way of understanding what could and
25  couldn't be understood from the videos.
00322:01   Q.  Okay.  And when you say what could and
02  couldn't be understood from the videos, to what
03  are you referring?
04     A.  So specifically, I hoped to understand
05  what assumptions and approximations would need to
06  be used to go from what you could observe to --
07  to what you could calculate.
08     Q.  Okay.  As of the date -- let me phrase it
09  this way:  When official approval was granted for
10  this internal effort, had you been provided with
11  the David Rainey, Ole Rygg, or Trevor Hill
12  observational flow estimates?
13     A.  No, I had not seen those.
14     Q.  I see.  As of the date approval was given
15  for this internal effort to analyze these video
16  feeds, had you been provided with Trevor Hill's
17  crit -- critique of the 70,000 barrel per day
```

```
        18  figure?
        19      A.  No, I had not.
        20      Q.  At any point prior to July 17th, 2010,
        21  were you provided with the David Rainey, Ole
        22  Rygg, or Trevor Hill observational estimates?
        23      A.  No.
        24      Q.  So at any point prior to July 17, 2010,
        25  were you provided with the Trevor Hill critique
00323:01  of the 70,000 barrel per day figure?
        02      A.  No.
        03      Q.  Did this internal effort to analyze the
        04  video feeds for flow rates, did it make any
        05  conclusions on which you could not observe from
        06  the flow rate or from the -- from the videos?
```

Page 323:08 to 323:12

```
00323:08      A.  No, I don't know.
        09      Q.  (By Mr. Appleman) Okay.  Did this
        10  internal effort to analyze the video feeds for
        11  flow rates, did it ever determine or calculate a
        12  flow rate?
```

Page 323:14 to 323:17

```
00323:14      A.  I don't know.
        15      Q.  (By Mr. Appleman) You agree with me,
        16  though, that analyzing video feeds for flow rate
        17  is an observational flow estimate, right?
```

Page 323:19 to 323:19

```
00323:19      A.  Yes -- yes.
```

Page 324:08 to 324:17

```
00324:08      Q.  (By Mr. Appleman) Well, do you feel there
        09  was a lack of coordination across the various
        10  efforts that BP was undertaking to estimate flow
        11  rate?
        12      A.  At that time I wasn't aware of any
        13  coordination.
        14      Q.  Okay.  As a Scientist, would you expect
        15  that there would be coordination across the
        16  various efforts at BP that were being undertaken
        17  to understand or estimate the flow rate?
```

Page 324:22 to 325:10

```
00324:22      A.  I -- I don't know.
        23      Q.  (By Mr. Appleman) All right.  Let me ask
        24  it this way:  It is fair to say that you're --
```

```
        25  you're a Scientist, right?
00325:01       A.  Yes.
        02       Q.  You're a trained Scientist, and, in fact,
        03  I think your position at BP is Chief Scientist,
        04  right?
        05       A.  Yes, that's correct.
        06       Q.  Okay.  As a Scientist, if there are
        07  multiple efforts seeking to understand a common
        08  problem, would you expect there to be
        09  coordination or sharing of data across those
        10  efforts?
```

Page 325:14 to 325:16

```
00325:14       A.  I -- I would have to know the context.
        15       Q.  (By Mr. Appleman) How about the context
        16  of predicting flow rate from the Macondo Well?
```

Page 325:21 to 325:25

```
00325:21       A.  No, I would need to know the specific
        22  context of what was going on.
        23       Q.  (By Mr. Appleman) How about the efforts
        24  in May 2010 to understand the flow from the
        25  Macondo Well?
```

Page 326:03 to 326:09

```
00326:03       A.  No, I would need to know the specific
        04  technical context.
        05       Q.  (By Mr. Appleman) Are you aware of
        06  whether there was any coordination between David
        07  Rainey and Trevor Hill in conducting their
        08  observational flow estimates?
        09       A.  I don't know.
```

Page 327:01 to 327:03

```
00327:01       Q.  All right.  In May 2010, was determining
        02  a reasonable estimate of the flow rate using
        03  observational methods a priority for BP?
```

Page 327:07 to 327:07

```
00327:07       A.  No, I don't know.
```

Page 327:11 to 328:05

```
00327:11  MR. APPLEMAN:  Let's mark this the
        12  next in sequence, 10357.
        13            THE WITNESS:  Okay.
        14        (Exhibit No. 10357 marked.)
```

```
15      Q.  (By Mr. Appleman) And this is an E-mail
16 from Donald Campbell-Brown to Mark Nichols on
17 April 29.
18         Do you see that?
19      A.  Yes.
20      Q.  And the "Subject" is "MC252 Flow Rate,"
21 right?
22      A.  Yes.
23      Q.  Okay.  And the first sentence reads:
24 "Mark - I got the impression from Paul yesterday
25 that measuring the flow rate had become less
00328:01 important."
02         Do you see that?
03      A.  Yes, I see that.
04      Q.  Was it your impression that during May
05 2010, it was less important to measure flow rate?
```

Page 328:09 to 328:13

```
00328:09    A.  I -- I don't -- I wasn't aware of any of
10 these issues in May of 2010.
11      Q.  (By Mr. Appleman) In May of 2010, do you
12 believe measuring the flow rate should have been
13 a priority for BP?
```

Page 328:17 to 328:21

```
00328:17    A.  I don't know.
18      Q.  (By Mr. Appleman) You agree with me,
19 though, that having a reasonable estimate of the
20 flow rate is important to the response efforts,
21 right?
```

Page 328:24 to 328:24

```
00328:24    A.  Yes.
```

Page 329:08 to 329:10

```
00329:08    Q.  (By Mr. Appleman) And do you have any
09 reason to -- well, if flow rate was important to
10 the response, in what ways was it important?
```

Page 329:13 to 329:17

```
00329:13    A.  Again, this is really outside my area of
14 expertise.
15      Q.  (By Mr. Appleman) And just based on your
16 personal experience in the response, in what ways
17 was it important?
```

Page 329:22 to 329:22

00329:22     A.  I -- I really don't know.


Page 330:13 to 330:18

00330:13     Q.  Flip with me to Tab 10 in your binder.
      14  Let's mark this 10358.
      15     A.  Okay.
      16         (Exhibit No. 10358 marked.)
      17     Q.  (By Mr. Appleman) This is BP's May 24th
      18  letter to Congressman Markey; is that right?


Page 330:20 to 331:24

00330:20     A.  I see it's a letter to Congressman Markey
      21  from BP, dated May 24th.
      22     Q.  (By Mr. Appleman) Have you seen this
      23  letter prior to today?
      24     A.  Yes, I believe I've seen this letter.
      25     Q.  Okay.  When did you -- when did you come
00331:01  across this letter?
      02     A.  I saw this letter in preparation for this
      03  deposition.
      04     Q.  Okay.  If you flip with me to -- I guess
      05  it's Point 12.  It's on Page 4 of the letter.  It
      06  states:  "Flow rates have been considered in
      07  connection with all efforts to stop the flow of
      08  oil."
      09         Do you see that?
      10     A.  Yes.
      11     Q.  So -- so you agree that flow rates --
      12  okay.  And the question, I guess, to which it's
      13  responding says:  "Could an increased flow from
      14  the riser pipe affect proposed or attempted
      15  efforts to stop the flow of oil, such as the
      16  failed containment dome strategy, the so called
      17  'junk shot' strategy, attempts to place an
      18  additional pipe" in "the riser, and the drilling
      19  of relief wells for plugging the well bore?"
      20  Right?
      21     A.  Yes, that's what it says.
      22     Q.  And the containment dome strategy, the
      23  junk shot, the additional pipe in the riser,
      24  those are all Source Control efforts, right?


Page 332:02 to 332:07

00332:02     A.  I'm not an expert in this area.  I --
      03  I'll accept your -- your characterization.
      04     Q.  (By Mr. Appleman) Okay.  Well, this
      05  indicates, right, that BP was considering flow
      06  rates in its efforts to stop the flow of oil,

```
     07  right?
```

Page 332:12 to 332:24

```
00332:12      A.  It says:  "Yes.  Flow rates have been
       13  considered in connection with all efforts to stop
       14  the flow of oil."
       15      Q.  (By Mr. Appleman) Okay.  I think we have
       16  previously marked Exhibit 10335.  It was U.S.
       17  Tab 38.
       18          This is a document entitled "Proposal for
       19  work on flowrate estimation," right?
       20      A.  Yes, that's the title.
       21      Q.  I'll represent to you that based on
       22  metadata this came from Trevor Hill's custodial
       23  file, and it was dated May 21st.
       24      A.  (Nodding.)
```

Page 333:09 to 333:19

```
00333:09      Q.  (By Mr. Appleman) Yeah.  I'll -- I'll
       10  represent that it came from Trevor Hill's
       11  custodial file in May 2010.
       12          Okay.  If you see one, two, three, four,
       13  five -- I guess it's the fifth paragraph down, it
       14  says:  "The government appointed Flow Rate
       15  Technical Team would benefit from access to all
       16  the information and insights available to BP."
       17          Do you see that statement?
       18      A.  Yes.
       19      Q.  And do you agree with that statement?
```

Page 333:22 to 333:25

```
00333:22      A.  H'm, I would have to really know the
       23  context of "all."
       24      Q.  (By Mr. Appleman) Do you have any reason
       25  to disagree with that statement?
```

Page 334:02 to 334:15

```
00334:02      A.  As I said, I -- I would have to know the
       03  full context.
       04      Q.  (By Mr. Appleman) Okay.  And the next
       05  sentence states:  "This would in turn be of
       06  benefit to BP in ensuring" that "any such
       07  estimate is reasonably accurate, and in giving
       08  valuable design information for" the -- "the
       09  dynamic well kill and collection options."
       10          Do you see that?
       11      A.  Yes, I do.
       12      Q.  Do you agree that sharing information
       13  about flow rate between the United States and BP
```

```
     14  would be beneficial to provide invaluable design
     15  information for the dynamic well kill?
```

Page 334:24 to 334:24

```
00334:24    A.  Okay.  I --
```

Page 335:01 to 335:02

```
00335:01    A.  -- I have no -- no expertise in things
     02  like dynamic well kill.  I really don't know.
```

Page 336:11 to 336:22

```
00336:11  You understand that the Flow Rate
     12  Technical Group was -- in May 2010 was estimating
     13  flow rate on behalf of the United States; is that
     14  right?
     15    A.  Yes.
     16    Q.  Okay.
     17    A.  Beginning around kind of late in May, I
     18  believe.
     19    Q.  Okay.  Do you believe the Flow Rate
     20  Test -- Technical Group would have benefited from
     21  access to the observational flow information
     22  available to BP?
```

Page 337:01 to 337:10

```
00337:01    A.  My understanding is that BP shared
     02  information as was requested by the FRTG.
     03    Q.  (By Mr. Appleman) Are you aware of
     04  whether BP provided Ole Rygg's 40,000 barrel per
     05  day observational estimate to the United States?
     06    A.  No, I don't know.
     07    Q.  Okay.  Are you aware of whether BP
     08  provided Trevor Hill's eyeball observational
     09  estimate to the United States?
     10    A.  No, I don't know.
```

Page 337:14 to 338:12

```
00337:14  (Exhibit No. 10359 marked.)
     15    Q.  (By Mr. Appleman) If you'll look at
     16  the -- I guess the second E-mail from the top in
     17  the chain.  This is an E-mail from you to Peter
     18  Carragher on May 19th; is that right?
     19    A.  Yes, I see that.
     20    Q.  Okay.  Who is Peter Carragher?
     21    A.  Peter Carragher was the Chief Scientist
     22  in the response.
     23    Q.  And if -- if you look at the second
```

```
       24  sentence of the E-mail, it states:  "However I
       25  will reiterate my strong opinion that BP would be
00338:01  doing much better to embrace free discussion of
       02  fundamental scientific and technical issues where
       03  the content includes no confidential
       04  information."
       05        Did I read that right?
       06    A.  Yes.
       07    Q.  Okay.  And then the next sentence states:
       08  "The scientific community reacts to the lack of
       09  information by assuming that BP is intentionally
       10  trying to hide something."
       11        Do you see that?
       12    A.  Yes, that's what it says.
```

Page 339:03 to 339:08

```
00339:03    Q.  (By Mr. Appleman) Did you -- when you
       04  state that "...BP would be doing much better to
       05  embrace free discussion of...scientific and
       06  technical issues where the content includes no
       07  confidential information," does that include BP's
       08  observational flow estimates?
```

Page 339:10 to 339:14

```
00339:10    A.  This particular statement referred
       11  specifically to some experimental studies done by
       12  Andy Woods, where he was flowing vegetable oil
       13  into a tank and imaging the formation of
       14  stratified layers.
```

Page 339:18 to 339:24

```
00339:18    Q.  (By Mr. Appleman) Is there any reason why
       19  the same would not be true with respect to
       20  observational flow estimates?
       21    A.  I don't know.
       22    Q.  So observational flow estimates, by
       23  themselves they don't contain confidential
       24  information, right?
```

Page 340:02 to 340:07

```
00340:02    A.  I don't know.
       03    Q.  (By Mr. Appleman) If you were attempting
       04  to model flow rate in May 2010, is Mr. Rygg's
       05  estimate, Mr. Hill's estimate, and Mr. Rainey's
       06  estimate, is that information you would have
       07  liked to have had?
```

Page 340:13 to 340:13

00340:13     A.  I don't know.


Page 340:15 to 340:16

00340:15     Q.  (By Mr. Appleman) Is there any reason you
     16  would not want that type of information?


Page 340:19 to 340:19

00340:19     A.  H'm.  I don't know.


Page 341:04 to 341:07

00341:04     Q.  Okay.  In the context of designing the
     05  top kill, could one make a technically sound
     06  decision without all the available flow rate
     07  information?


Page 341:16 to 342:02

00341:16     A.  Okay.  I -- I'm not an expert in anything
     17  with respect to the top kill.  I really don't
     18  know.
     19     Q.  (By Mr. Appleman) Are you familiar with
     20  any of the modeling Ole Rygg did in connection
     21  with the top kill?
     22     A.  I've -- I've seen quite a few documents.
     23  I -- I can't remember which document might or
     24  might not have been connected with Ole Rygg.
     25     Q.  Okay.  Do you recall any modeling that
00342:01  Ole Rygg did that indicated a top kill would not
     02  succeed at a flow rate of 15,000 barrels per day?


Page 342:05 to 342:12

00342:05     A.  As I said, I -- I can't recall what I've
     06  seen from -- being from Ole Rygg or not.
     07     Q.  Okay.  If that's true that modeling
     08  showed the flow rate -- the top kill would not
     09  succeed at a flow rate of 15,000 barrels per day,
     10  could you make a technically sound decision about
     11  the top kill without flow estimates suggesting
     12  flow rate was above 20,000 barrels per day?


Page 342:21 to 342:25

00342:21     A.  Okay.  I -- I have no expertise in this
     22  area.  I really can't say.
     23     Q.  (By Mr. Appleman) If you were designing
     24  the top kill, is that the type of flow
     25  information you would like to have?

Page 343:04 to 343:05

```
00343:04      A.  I -- I'm -- I'm sorry.  I just have no
      05  technical expertise in this area.
```

Page 344:14 to 345:07

```
00344:14      Q.  Doctor -- Dr. Williams, I just have a
      15  very few questions for you.
      16          First of all, just to clarify,
      17  Halliburton was not involved in any of the work
      18  that you did with respect to the investigations
      19  of the flow rate, correct?
      20      A.  I don't recall seeing any documents that
      21  had anything to do with Halliburton.
      22      Q.  Okay.  Dr. Williams, do you personally
      23  have any knowledge about any conduct on the part
      24  of Halliburton occurring between April 22nd, 2010
      25  through September 19th, 2010, relating to any
00345:01  attempts to stop the flow of oil from the Macondo
      02  Well?
      03      A.  No.
      04      Q.  Okay.  In your capacity in investigating
      05  the flow rates for BP, did you ever come across
      06  any criticisms of Halliburton as it related to
      07  any efforts to stop the flow of oil?
```

Page 345:09 to 345:10

```
00345:09      A.  I -- I don't recall that I was
      10  investigating flow rates.
```

Page 346:24 to 347:02

```
00346:24      Q.  With your involvement with your flow rate
      25  work, you did not hear about any criticisms of
00347:01  Halliburton, correct?
      02      A.  That's correct.
```

Page 348:03 to 350:12

```
00348:03      Q.  Okay.  And after earning your Ph.D., can
      04  you describe for us generally what your work
      05  experience has been?
      06      A.  So my Ph.D. was in Chemistry, and,
      07  specifically, I did my graduate work in Surface
      08  Properties.  Then I joined the Physics
      09  Department, and my -- my work involved
      10  investigating the properties of ele -- of the
      11  surfaces of electronic materials and their
      12  interfaces.
```

```
13       Q.  Okay.  And you were then at the
14  University of Maryland, correct?
15       A.  That's correct.
16       Q.  How long did you -- were you a Professor
17  at the University of Maryland?
18       A.  H'm --
19       Q.  Approximately.
20       A.  Okay.  About 27 years.
21       Q.  Okay.  And when did you join BP?  Can you
22  remind us again?
23       A.  In January of 2010.
24       Q.  All right.  And are you still employed
25  with BP as the Chief Scientist?
00349:01  A.  Yes, I am.
02       Q.  Okay.  Now, either in your educational
03  experience -- that is, when you were a student --
04  or in your capacity as a Professor, at any time
05  have you studied how to quantify the amount of
06  oil flowing from a well that's 5,000 feet below
07  surface?
08       A.  No.
09       Q.  At any time have you undertaken -- have
10  you published anything regarding estimating flow
11  rates?
12       A.  No.
13       Q.  Have you taught any courses in the area
14  of estimating flow rate?
15       A.  No.
16       Q.  Okay.  Have you had any job
17  responsibilities while you're with BP in
18  connection with actually estimating flow rate?
19       A.  No.
20       Q.  Okay.  At any time in your academic
21  career or in your career with BP, have you
22  yourself ever predicted, characterized, or
23  measured the daily amount of hydrocarbons flowing
24  from a well?
25       A.  No.
00350:01  Q.  Okay.  At any time from April 22nd
02  through today, have you ever attempted to predict
03  or estimate or measure the amount of hydrocarbons
04  flowing from the Macondo Well?
05       A.  No.
06       Q.  Okay.  Based on your experience and
07  background, do you believe you have
08  qualifications in order to predict or measure the
09  daily amount of hydrocarbons flowing from the
10  Macondo Well?
11       A.  No.  That is not my area of expertise.
12       Q.  Thank you.  Okay.
```

Page 351:06 to 355:01

```
00351:06  Is it -- at any time in preparing to
07  testify here, did you attempt to analyze the
```

```
08   accuracy of Mr. Rainey's work?
09      A.  No, I did not.
10      Q.  Okay.  And did you ever speak with anyone
11   within BP to see whether the Company had ever
12   done anything to analyze the accuracy of
13   Mr. Rainey's work?
14      A.  No.
15      Q.  Okay.  I want to refer you back to a
16   question Mr. Maze asked you yesterday.  And this
17   is at Page 218, Lines 1 through 10.
18          Mr. Maze asked you:  "BP still does not
19   disagree with Dave Rainey's Flow Rate Estimates?"
20          Do you see that question?
21      A.  Yes, I do.
22      Q.  Okay.  And then I objected to form and
23   scope.
24          And you responded and said:  "To my
25   knowledge, the Flow Rate Estimates that Dave
00352:01   Rainey did.  And the uncertainties associated
02   with -- given the uncertainties associated with
03   them, and given the understanding of how they
04   were derived," B -- "we -- BP does not disagree
05   with those estimates."
06          Do you see that testimony?
07      A.  Yes, I do.
08      Q.  Could you explain to us what you meant in
09   your response that BP does not disagree with
10   those estimates?
11      A.  Okay.  I was -- I -- I was speaking to --
12   well, first I should say that my knowl -- I
13   should have quanti -- qualified that by saying I
14   don't have any knowledge past July 17th of 2010.
15          So what I meant by this was that I was
16   not aware of any work that was done to assess the
17   accuracy, one way or the other, of Dave Rainey's
18   work, that there -- I -- I had -- I was not aware
19   of any reason to disagree with the way he did the
20   work.
21      Q.  Okay.  Were you agreeing with the way
22   Mr. Rainey had performed his work, or you had no
23   opinion either way?
24      A.  All -- all I was saying was that, to my
25   knowledge, we did not have any reason to -- we
00353:01   had not done any work to determine that it wasn't
02   correct.
03      Q.  Okay.  Are you aware whether any work has
04   been done to determine whether, in fact, it was
05   correct?
06      A.  No, I'm not.
07      Q.  Okay.  So fair to say, you're not aware
08   either way?
09      A.  That's correct.
10      Q.  Okay.  And, similarly, at the bottom of
11   Page 217 --
12      A.  Okay.
```

```
       13      Q.  -- Mr. Maze, at Line 12 -- actually, Line
       14 11 --
       15      A.  Okay.
       16      Q.  -- says:  "Last question...in your role
       17 as BP's Corporate" --
       18      A.  M-h'm.
       19      Q.  -- "Representative, does BP now disagree
       20 with the Flow Rate Estimates of" Dave "Rainey
       21 before May 27th" of "2010?"
       22      A.  Yeah.
       23      Q.  Do you see that?
       24      A.  Yes.
       25      Q.  And you responded and said:  "Again, I'll
00354:01 clarify that Dave Rainey's estimates were done
       02 only" in "late April, and I do not believe that
       03 BP disagrees with those."
       04          Do you see that?
       05      A.  Yes.
       06      Q.  Okay.  And, again, could you explain to
       07 us what you meant when you said BP -- you do not
       08 believe that BP disagrees with Mr. Rainey's
       09 estimates that were done in late April of two
       10 thousand --
       11      A.  Okay.
       12      Q.  -- and ten?
       13      A.  So -- so, again, I -- I should have
       14 quanti -- qualified that by saying I don't have
       15 any knowledge past July 17th.
       16          And then when I answered the -- the
       17 follow-on question, I was trying to clarify what
       18 I meant, which was not that the -- not -- is not
       19 an agreement with the accuracy of the numbers but
       20 simply whether or not the method was an okay
       21 method.
       22      Q.  Okay.  And have you done anything or
       23 conferred with anyone in the Company to determine
       24 whether the method Mr. Rainey applied is a proper
       25 method to use for estimating flow?
00355:01      A.  No.


Page 355:11 to 360:02

00355:11      Q.  Are you rendering any opinions as to
       12 whether Mister -- the method Mr. Rainey applied
       13 is an appropriate method to apply for estimating
       14 flow?
       15      A.  I'm not an expert in that area, and I --
       16 so I can't render an opinion on whether -- on the
       17 specific method.
       18      Q.  Okay.  Different subject.
       19          You testified regarding a conversation
       20 you had with Mr. Hill?
       21      A.  Yes.
       22      Q.  Okay.  And you were then asked some
       23 questions regarding a document Mr. Hill prepared
```

```
24   titled:  "Observation" of "flow coming from the
25   Macondo system."  And I'm going to hand it to
00356:01   you.  This is Exhibit 10334 that you were asked
02   about by various parties and most recently by
03   Counsel for Transocean.
04        Take a look at this document, please.
05   A.   Okay.  (Reviewing document.)  Okay.
06   Q.   Okay.  And to reorient ourselves, this
07   title -- document entitled "Observation" of
08   "flow" froming "from the" -- "coming from the
09   Macondo system," who do you understand to have
10   prepared that?
11   A.   I -- I believe when I was given this
12   document, I was told it was Trevor Hill's, and I
13   see on the cover note that -- there's a note from
14   Trevor Hill saying:  "Please see attached my note
15   on the flow observations..."
16   Q.   Okay.
17   A.   Okay.
18   Q.   And is that note intended to critique or
19   does it critique an estimate put out by
20   Dr. Wereley?  Or Professor Wereley, excuse me.
21   A.   Under Bullet 2 -- 2 it says:  "Estimates
22   have been published in the media of the flowrate
23   leaving the large pipe, ranging from 5000 barrels
24   per day...to much higher numbers."  I don't see
25   that it specifically references Mr. Wereley's
00357:01   name.
02        In the Page 5 of the handouts, it says:
03   "The quoted 70,000 barrels per day flowrate" -- I
04   believe was Mr. Wereley's number.
05   Q.   Okay.  Now, when you spoke to Mr. Hill,
06   you referenced an eyeball estimate that he told
07   you about.  Do you recall that?
08   A.   When I told about Mr. Hill's talking to
09   me, I referenced an eyeball estimate.
10   Q.   Correct.
11   A.   Yeah.
12   Q.   The work that you were speaking to Trevor
13   Hill about --
14   A.   Yes.
15   Q.   -- was it the work in connection with his
16   Wereley critique?
17   A.   No.  I did not talk to Re -- Trevor Hill
18   about his Wereley critique.
19   Q.   Okay.  At any time did you discuss with
20   Mr. Hill any of the analysis or critique he had
21   done in connection with the Wereley and -- paper
22   that he prepared there?
23   A.   No, I did not talk to Mr. Hill about the
24   Wereley work critique he did.
25   Q.   Okay.  And at various times, you have
00358:01   talked about an observational esti -- evidence
02   estimate that was prepared by Mr. Hill.  Do you
03   recall that?
```

```
04      A.  Yes.
05      Q.  Okay.  When you're talking about an
06 observational evidence estimate done by Mr. Hill,
07 are you referring to his Wereley critique or
08 something else?
09      A.  In that case, I would be referring to his
10 eyeball estimate.
11      Q.  Okay.  And is his eyeball estimate
12 something different than the Wereley critique?
13      A.  Yes.  Those are two different pieces of
14 work.
15      Q.  Okay.  Now, when you spoke to Mr. Hill
16 regarding his eyeball estimate, which is
17 different than the Wereley analysis there --
18      A.  (Nodding.)
19      Q.  -- did Mr. Hill indicate to you whether
20 he had any concerns about the estimate that he
21 had run doing his eyeball estimate?
22      A.  Yes.  Mr. Hill was very clear that he
23 considered that a very crude and preliminary
24 estimate.
25      Q.  Did he indicate to you why he considered
00359:01 it a very crude and preliminary estimate?
02      A.  He had -- he told me he had only a very
03 small segment of videotape time; that his
04 estimate, his eyeball estimate of the velocity,
05 was very crude.  And then he indicated at the end
06 of the conversation that at the time he did the
07 estimate, he had not seen the damage to -- to the
08 end of the riser pipe.
09      Q.  Okay.  And after doing his eyeball
10 estimate that he said was very crude --
11      A.  M-h'm.
12      Q.  -- did he indicate whether he later
13 acquired any information that caused him to
14 question the eyeball estimate he had done?
15      A.  He -- he mentioned that later when the
16 ROV was reoriented, they were able to see the end
17 of the pipe and to see the damage at the end of
18 the pipe, which indicated a reduced flow area.
19      Q.  Okay.  And did you discuss with Mr. Hill
20 whether he ever communicated to anyone within BP
21 the eyeball estimate that he had performed?
22      A.  I don't recall asking him that.
23      Q.  Okay.  And sitting here today, do you
24 have any knowledge as to whether Mr. Hill ever
25 told anybody about his eyeball estimate before
00360:01 you discussed it with him?
02      A.  No, I don't know.
```

Page 360:21 to 360:25

```
00360:21  In front of you, you have what's been
      22  marked as Exhibit 10358, and that is the
      23  May 24th, 2010 Response to Congressman Markey,
```

```
24  correct?
25      A.  Correct.
```

Page 361:09 to 361:13

```
00361:09      Q.  Okay.  Were you involved at all in
     10  preparing the Response, Exhibit 10358?
     11      A.  No.
     12      Q.  Do you know who was involved in preparing
     13  that Exhibit 10358?
```

Page 361:16 to 361:19

```
00361:16      A.  I -- I don't know who prepared Pages 1
     17  through 5.
     18      Q.  (By Ms. Chang) What about the remainder
     19  of the pages?
```

Page 361:21 to 361:25

```
00361:21      A.  I -- I recognize the remainder of the
     22  pages as coming from a memo prepared by Dave
     23  Rainey --
     24      Q.  (By Ms. Chang) Okay.
     25      A.  -- or being very similar to that.
```

Page 362:20 to 362:22

```
00362:20      A.  So the documents that I believe I've seen
     21  before in a memo from Dave Rainey are Bates
     22  numbers BP --
```

Page 363:01 to 363:01

```
00363:01      A.  -- HZN-2179MDL00000420 through 431.
```

Page 365:12 to 366:01

```
00365:12      Q.  And I want to start with your testimony
     13  yesterday about your role as Chief Scientist for
     14  BP.
     15          And you testified that you're the Head of
     16  Group Technology.  And I'm -- I'm going to quote:
     17  "My role is strategic, so I'm tasked with looking
     18  at long-term Technology trends and how they might
     19  affect the Company in the future..."
     20          Can you give me examples of the
     21  technology trends that Group Technology looks at?
     22      A.  Yes.  So Group Technology looks at things
     23  like the evolution of battery technology, the
     24  evolution of new ways of synthesizing fossil
     25  fuels, the developments in alternative energies,
```

```
00366:01  like solar energy.
```

Page 366:06 to 366:21

```
00366:06      Q.  (By Mr. Maze) Put it in your own words.
     07  What are -- what are you trying to help the
     08  Company do?
     09      A.  I'm hope -- I'm trying to help the
     10  Company understand what the -- what's happening
     11  in the area of energy, so that the Company can
     12  strategically plan its activities into the
     13  future.
     14      Q.  And those are typically production
     15  activities?
     16      A.  Those might be production activities.
     17  They might be in -- investments in other forms of
     18  energy.
     19      Q.  Name an -- an example of a time that
     20  Group Technology has researched a Source Control
     21  method to help BP have better Source Control?
```

Page 367:01 to 367:03

```
00367:01      A.  Okay.  I -- I'm not aware that Group
     02  Technology has done that.
     03      Q.  (By Mr. Maze) Ever?
```

Page 367:05 to 367:11

```
00367:05      A.  I said I'm not aware in -- in my
     06  three-year tenure, nearly three-year tenure, I'm
     07  not aware of that, and I -- I don't know if that
     08  had ever happened in the past.
     09      Q.  (By Mr. Maze) Is there any part of the
     10  Group Technology Team at BP that does study
     11  emerging technology and Source Control?
```

Page 367:13 to 367:13

```
00367:13      A.  Okay.  No.
```

Page 367:17 to 367:21

```
00367:17      Q.  Who is the Head of Group Technology?
     18      A.  David Eyton.
     19      Q.  All right.  You're the Direct Super --
     20  no, that's your Direct Supervisor?
     21      A.  That's correct.
```

Page 370:24 to 371:12

```
00370:24      Q.  Do you know the manner or method in which
```

```
        25   Dave Rainey arrived at his Flow Rate Estimates?
00371:01        A.   Yes.
        02        Q.   How?
        03        A.   I know that Dave Rainey used surface
        04   expression observations, and that he applied
        05   techniques for translating observations of area,
        06   and the color of the oil into thicknesses that
        07   could be multiplied by area to create a -- a
        08   value of volume, which could then be divided by
        09   the number of days that the oil was flowing to
        10   develop a rate.
        11        Q.   And you reviewed all of his work in which
        12   that methodology was employed?
```

Page 371:15 to 371:17

```
00371:15        A.   I don't know if I saw everything that he
        16   did.
        17        Q.   (By Mr. Maze) How much did you see?
```

Page 371:19 to 371:23

```
00371:19        A.   I recall seeing the spreadsheets in the
        20   Markey memo, and quite a few -- maybe that many
        21   more spreadsheets from various documents at
        22   the -- in the time periods of -- that he was
        23   doing the work.
```