# United States' Phase Two Offer of Proof Exhibit 25 Designations of Deposition of Andy Wood

Page 7:07 to 7:09

```
00007:07  ANDREW WOODS,
     08  having been first duly sworn, testified as
     09  follows:
```

Page 9:04 to 9:17

```
00009:04  (Marked Exhibit No. 11113.)
     05       Q.  (BY MS. HARVEY)  All right.  And
     06  Dr. Woods, have you seen this document before?
     07       A.  I think I've seen a version of this
     08  document.
     09       Q.  Okay.  If you can turn to Page 2.  And
     10  this lists the areas of inquiry for the deposition
     11  today.  Do you understand that you're here on
     12  behalf of the BP Institute to talk about work that
     13  was done relating to the Macondo Well?
     14       A.  Yes.
     15       Q.  Okay.  And that your answers are on behalf
     16  of the BP Institute?
     17       A.  Yes.
```

Page 11:24 to 12:20

```
00011:24       Q.  Okay.  And do you recall the names of the
     25  people at BP you spoke to?
00012:01       A.  So I mentioned to Andy Leonard, Dr. Andy
     02  Leonard, and David Eyton at BP.
     03       Q.  Okay.  And Dr. Leonard, do you know his
     04  position at BP?
     05       A.  I think he's vice president -- a vice
     06  president at BP.
     07       Q.  Okay.  And is he your primary contact at
     08  BP for the -- any work that you do for them?
     09       A.  We have a number of different projects
     10  we're involved with, and so I have a number of
     11  different contacts in BP.  But he is one of the --
     12  the main contacts.
     13       Q.  Okay.  Was he your main contact for work
     14  you did relating to the Macondo Well?
     15       A.  During the period before the work became
     16  privileged, he was one of the main people I
     17  discussed the work with with BP.  But there were
     18  one or two other people at BP I discussed the work
     19  with as well.
     20       Q.  Okay.
```

Page 14:01 to 14:24

```
00014:01       Q.  Okay.  Dr. Woods, can you state your title
     02  at BP Institute?
     03       A.  So I'm the BP professor of petroleum
```

```
04  science at the BP Institute --
05       Q.  Okay.
06       A.  -- and the University of Cambridge.
07       Q.  And how long have you been in that
08  position?
09       A.  Since 2000.
10       Q.  Okay.  And in your position as professor,
11  you -- you work within the BP Institute, or how
12  does the -- do you also work for the university?
13       A.  So the BP Institute is an institute which
14  is part of University of Cambridge.  So it's a
15  research institute.  And the faculty in the BP
16  Institute are members of the faculty -- one of the
17  faculties or one of the departments in the
18  university.  So we're all full -- full faculty in
19  the University of Cambridge.  And the BP Institute
20  is a research institute in the University of
21  Cambridge.
22       Q.  Okay.  And so what is your corresponding
23  department within the university?
24       A.  It's the Department of Earth Science.
```

Page 15:03 to 19:03

```
00015:03  And you've been at the BP Institute
04  since 2000?
05       A.  Yes.
06       Q.  Okay.  And before that, where were you?
07       A.  I was at the University of Bristol.
08       Q.  Okay.  For how --
09       A.  -- from '96 -- 1996 to 2000.
10       Q.  Okay.  And you were a professor there?
11       A.  I was a professor of applied maths in
12  University of Bristol.
13       Q.  Okay.  And did you work at an institution
14  prior to the University of Bristol?
15       A.  Yeah, I was in the University of
16  Cambridge.  I was a lecturer in the Institute of
17  Theoretical Geophysics attached to the Department
18  of Applied Maths and Theoretical Geophysics in the
19  University of Cambridge.
20       Q.  Okay.  And before that, did you -- were
21  you also at the university?
22       A.  Yes.  So before that, I was a research
23  fellow in St. John's College, where we are today
24  --
25       Q.  Uh-huh.
00016:01       A.  --  which is affiliated with part of the
02  University of Cambridge.  And during my research
03  fellowship, I spent some time working at Scripps
04  Institute of Oceanography in San Diego.  So I was
05  there for two years.  And then before that -- or
06  about two years.  And before that, I was in
07  Cambridge carrying out my graduate studies towards
08  my Ph.D.
```

```
09        Q.   Okay.  And --
10        A.   And that was -- that was in the Department
11  of Applied Maths in the University of Cambridge.
12        Q.   Okay.  Going back to your current position
13  at the BP Institute, about how many other faculty
14  members are -- are at the Institute?
15        A.   So there are six faculty members funded
16  through the BP Institute, and there's another
17  faculty member who's affiliated to the BP
18  Institute.
19        Q.   Okay.
20        A.   Including -- that's including myself.
21        Q.   Okay.  And for your position, are you
22  funded entirely through the BP Institute?
23        A.   Yes.  So there's a -- there's a BP fund.
24  So BP endowed the BP Institute to Cambridge
25  University in the late 1990s.  And the BP fund was
00017:01  established at that point, and the faculty in the
02  BP Institute are funded from that fund --
03        Q.   Okay.
04        A.   -- through -- through each of their
05  respective departments.
06        Q.   Okay.  And do you have teaching
07  responsibilities?
08        A.   Yes.
09        Q.   Okay.  And is that within the -- the BP
10  Institute Research Group, or is that within the
11  University of Cambridge?
12        A.   So the BP Institute is part of the
13  University of Cambridge.
14        Q.   Okay.
15        A.   So I have -- I give lectures to
16  undergraduates in a number of different
17  departments in the University.  I also have
18  graduate students studying for Ph.D. degrees; and
19  I supervise those, provide instructional
20  supervision to them.  They largely work to carry
21  out their research in the BP Institute, but
22  they're all formally affiliated with the
23  department, and their Ph.D.s are awarded through
24  one of the faculties in the University.
25        Q.   Okay.  And part of your responsibilities
00018:01  also include doing your own research; is that
02  right?
03        A.   Yes.
04        Q.   Okay.  And that research, what would you
05  say your -- your specialty is within -- within the
06  type of research that you do?
07        A.   So I work in the general area of fluid
08  mechanics.  And in particular, I try to model
09  processes in fluid mechanics using a combination
10  of mathematical modeling techniques and also
11  experimental models, where we're trying to
12  understand phenomena of processes and understand
13  the physical phenomena of processes and then we're
```

```
    14  trying to quantify those processes.
    15       Q.  Okay.
    16       A.  And I work largely in processes related to
    17  the natural environment in -- in one form or
    18  another --
    19       Q.  Okay.
    20       A.  -- both below the surface and on the
    21  surface.
    22       Q.  Okay.  And as part of your research, do
    23  you regularly publish work on that research?
    24       A.  Yes.
    25       Q.  Okay.  About how many publications would
00019:01  you say you've done in the past year?
    02       A.  I haven't got exactly the number, but I
    03  think it's of order eight or nine.
```

Page 19:19 to 19:23

```
00019:19       Q.  Okay.  And as part of this process, do you
    20  regularly keep the correspondence related to the
    21  publication submissions?
    22       A.  I do through E-mail -- a lot of it is done
    23  through E-mail correspondence.
```

Page 19:25 to 20:03

```
00019:25  And in addition to your work directly
00020:01  at the Institute, your research, from time to
    02  time, do you take on consultancy projects?
    03       A.  Yes.  From time to time.
```

Page 20:18 to 21:13

```
00020:18       Q.  Okay.  And to do that consultancy work, do
    19  you set up a separate entity to do that work
    20  through?
    21       A.  So I have a -- so there are two vehicles
    22  through which I carry out consultancy --
    23       Q.  Uh-huh.
    24       A.  -- projects.  The University has a
    25  technical service company, and so I do some
00021:01  consultancy projects through that.  And I also
    02  have a -- a private company.
    03       Q.  And what's the name of that?
    04       A.  That's -- that's Deep Carbon.
    05       Q.  Okay.  In terms of your clients when
    06  you're doing the consultancy work, is BP a client?
    07       A.  Yes, they're a client.
    08       Q.  Okay.  Do you have other clients?
    09       A.  Yes, I have -- I have a number of
    10  projects, so I have as a company a number of
    11  projects related to a company called "Breathing
    12  Buildings," as well, who's another -- another
```

```
    13  client.
```

Page 21:15 to 21:19

```
00021:15        A.  Or I have had, yes.
      16        Q.  Okay.  And what's the nature of that work?
      17        A.  That's looking at flues in buildings and
      18  looking at the fluid mechanics of turbulent mixing
      19  within buildings.
```

Page 22:05 to 23:17

```
00022:05        Q.  In terms of your work on the Macondo Well
      06  blowout, do you have a -- know a date when that
      07  work began?
      08        A.  I can't recall the exact date today.  But
      09  once the event began, which I became aware of
      10  through the national news --
      11        Q.  Uh-huh.
      12        A.  -- as it was being reported, I was
      13  interested in trying to understand the processes.
      14  And I think sometime in the middle of -- towards
      15  the middle of May, I -- I began to formulate a --
      16  an idea about how to model or think of some
      17  concepts about how to model or hypothesis about
      18  how to model some of the phenomena of the oil
      19  rising through the water column.  And so I began
      20  to carry out some research looking into that.
      21  Really driven by my own curi- -- curiosity about
      22  how the phenomenon might work.
      23        Q.  Okay.  And so that was work you did on
      24  your own initiative.
      25        A.  I -- I was thinking about it.  And then I
00023:01  think about lots of -- when I see fluid mechanics
      02  processes in all situations, I often think about
      03  how those processes work and think about how they
      04  might go about modeling and quantifying the
      05  processes.  So I was thinking about this.
      06              So I think towards the middle of May,
      07  I also received some E-mails from -- both from a
      08  group in the U.S. who were interested in
      09  understanding some of the processes and also from
      10  BP who were interested in understanding some of
      11  the phenomenon.  But I -- just before that, I
      12  actually started thinking about this and -- and
      13  carrying out this research.
      14        Q.  Okay.  And when you were doing the --
      15  your -- your own research, were you building
      16  models, or were you using existing models to apply
      17  them to -- to this context?
```

Page 24:14 to 25:05

```
00024:14    I -- I've carried out quite a lot of
      15    research historically in the motion of turbulent
      16    plumes in a number of different environments; in
      17    hydrothermal plumes, which are plumes of hot water
      18    which come out of the sea floor.  In some of the
      19    ventilation flow problems in buildings where you
      20    have hot plumes coming off radiators or other
      21    heating elements; looking at volcanic plumes where
      22    mixture of hot ash and gas that erupts from the
      23    volcano rises through the atmosphere.
      24            So there are modeling approaches
      25    which I was then able to develop.  But obviously,
00025:01    the details were different, because the -- the
      02    fluids were different; the density differences
      03    were different.  But I -- I drew on my knowledge
      04    to try to build a model of this particular
      05    phenomenon.
```

Page 29:02 to 29:25

```
00029:02        Q.  And you said at some point somebody from
      03    BP contacted you?
      04        A.  Yes.
      05        Q.  Okay.  And do you remember who that was at
      06    BP?
      07        A.  So I think -- I think I received an E-mail
      08    from Peter Carragher, who -- yeah.
      09        Q.  Okay.  And who's Peter Carragher?
      10        A.  So he's a person who works in BP, and I
      11    don't remember his -- I'm sorry, I don't recall
      12    his exact title, but I think at the time in the
      13    E-mail, he mentioned that he was involved in
      14    the -- BP's operation related to the oil spill and
      15    he was involved in this, and he was asking if
      16    there was a contribution we could make towards
      17    understanding the processes, but I can't remember
      18    in detail.  Perhaps there's an E-mail in the
      19    file --
      20        Q.  Yes.
      21        A.  -- so I can -- we can read the E-mail
      22    about what he exactly wrote.  But that -- that
      23    E-mail -- so in response to that E-mail, I -- this
      24    model I've been developing, I wrote a draft report
      25    or note about this --
```

Page 30:02 to 30:08

```
00030:02        A.  -- which I was planning to -- to publish,
      03    and I sent this draft note to him because I
      04    thought he would be interested, and -- and also
      05    because he could give me some information about
      06    the properties of the oil which I could put into
      07    my model to actually see if the model was
      08    consistent with what was known about the process.
```

Page 30:14 to 31:19

00030:14  (Marked Exhibit No. 11114.)
      15      Q.  (BY MS. HARVEY)  And this document begins
      16  at Bates number BP-HZN-2179MDL04893517.
      17          And, Dr. Woods, if you could turn to
      18  the second page of this document, and there
      19  appears to be an E-mail from -- is it
      20  Mr. Carragher or Dr. Carragher, do you know?
      21      A.  I'm afraid I don't know.
      22      Q.  Okay.  We'll call -- let's say Peter
      23  Carragher.
      24      A.  Peter Carragher, that's how I know --
      25      Q.  Okay.  And is this the E-mail that you
00031:01  recall receiving relating to work on the Macondo
      02  Well?
      03      A.  Yes.  As far as I -- as far as I recall,
      04  this is the E-mail, yes.
      05      Q.  Okay.  And in the E-mail he says he has a
      06  couple of questions, and one question appears to
      07  relate to estimating flow rates, and the other
      08  refers to a plume dispersal model.
      09          Do you see that?
      10      A.  Yes.
      11      Q.  Okay.  And with respect to the first
      12  question about flow rate, did you start to look at
      13  potential flow rates that were coming out of the
      14  Macondo Well after you received this E-mail?
      15      A.  So I think it was a few -- I can't exactly
      16  remember, but it was a few days before this that I
      17  had this idea in my hypothesis about how to
      18  explore the phenomenology of the oil plume rising
      19  from the sea floor.


Page 33:09 to 33:24

00033:09  again, I'm afraid I can't recall exactly.  But at
      10  some point around near this time I became aware
      11  that people had discovered that there was traces
      12  of hydrocarbon at a level of 3 to 400 meters above
      13  the sea floor that was spreading horizontally and
      14  in a lateral intrusion.  And all the -- sorry, I
      15  don't know that we know it was spreading, but
      16  there was an anomalous signal measured at 3 to 400
      17  meters above the sea floor, and this was measured
      18  not just directly above the well, but it was
      19  measured at other points.  And this seemed to me
      20  to be consistent with some of my model predictions
      21  that an intrusion would form because of the
      22  stratification of the water column would actually
      23  cause the -- the turbulent buoyant plume to
      24  deplete its buoyancy --

Page 34:01 to 34:13

```
00034:01        A.  -- and -- and then intrude laterally.  And
      02  the models that can predict this obviously require
      03  input parameters, and so you -- you need to
      04  input -- so the key -- so I guess the very -- the
      05  classical model of the turbulent buoyant plume,
      06  the height of rise depends critically on the
      07  stratification of the water column, i.e., you
      08  have -- quickly the density changes with height,
      09  and also depends on the -- the buoyancy flux,
      10  which is the flux of -- it's the volume flux
      11  multiplied by the difference in density between
      12  the fluid coming from the source and the
      13  surrounding fluid.
```

Page 34:23 to 34:24

```
00034:23  So in developing the model, I -- I
      24  had to input numbers about the buoyancy --
```

Page 35:01 to 35:05

```
00035:01        A.  -- and the temperature, and also the -- it
      02  was looking -- you need to have a flow rate to --
      03  to put into that model, and I was interested in
      04  knowing -- and also a water stratification, so you
      05  need to know the density grading --
```

Page 35:07 to 37:13

```
00035:07        A.  -- to the water.  So I ran the model
      08  perimetrically just seeing what would the height
      09  of the intrusion be as I changed these different
      10  parameters, how would it depend systemically
      11  changing the different parameters.  And what I
      12  found was I generated a series of plots in this
      13  very simple model, which had a number of quite
      14  substantial simplifications, but I was interested
      15  to see if the oil-to-water effects were -- were
      16  consistent.
      17            So -- so for a range of flow rates
      18  and a range of oil densities and temperatures, it
      19  seemed consistent with the observation and -- and
      20  values of stratification in the water column, it
      21  seemed consistent with the observation that an
      22  intrusion would form a few hundred meters above
      23  the sea floor.
      24        Q.  Okay.  And earlier you mentioned that --
      25  the various inputs that you had to your model, and
00036:01  one of the inputs you mentioned was flow rate?
      02        A.  Yeah.
      03        Q.  And in terms of your initial model, how
```

```
04    did you come up with a number for that?
05         A.  So I ran the model with -- so what -- so
06    the philosophy in modeling is that when you
07    develop a model, you have a number of input
08    parameters, and then you explore what the model
09    predicts as those input parameters change.  So I
10    did some systematic calculations looking as I
11    change those numbers, when -- when would you --
12    how high would the intrusion be, and so on.
13         Q.  Uh-huh.
14         A.  So, you know, I ran some simple
15    calculations to get order of magnitude estimates,
16    and that's what -- that's what they were, order of
17    magnitude estimates for the flow rate given some
18    estimates of the ambient stratification in the
19    water column.
20              The classical model, I should say,
21    the -- the height of rise in -- in the classical
22    model, it was a model published in 1956 on Martin,
23    Taylor & Turner predicts that the height of rise
24    varies with the -- the buoyancy flux to the pair
25    of one quarter, and that's -- so it essentially
00037:01    varies with the mass flux or the flow rate to the
02    power of one quarter.  So the height -- the actual
03    height it rises to is quite insensitive to the
04    specific number you use.  But for a range of
05    numbers, you can get a height that is in 3 to 400
06    or 4 to 500 meters, I would say.
07         Q.  Okay.  So when you said that the height of
08    rise is insensitive to the number, number meaning
09    flow rate?
10         A.  The flow rate number you -- because it
11    depends on that flow rate to the power of --
12    approximately, I should say, but it's
13    approximately to the power of one quarter.
```

Page 39:23 to 43:15

```
00039:23    Q.  Okay.  And at some point during May, did
24    BP reach out to you to do consultancy work?
25         A.  Yes.  So I think -- so I -- so I wrote
00040:01    this draft, this research we were carrying out
02    and, you know, I sent that to them.  And then
03    they -- they approached -- I can't -- I can't
04    recall exactly the details.  But there was a
05    conversation they approached me.  There was a
06    conversation to see if there were -- to see what
07    we might be able to do to contribute to the
08    understanding of the -- the whole process.  And so
09    I was keen to continue my -- so I was continuing
10    my research on the plume dynamics.
11         Q.  Uh-huh.
12         A.  But we also set out to try and explore if
13    we could develop a technique to actually try and
14    measure the flow from the source, and so that was
```

```
15  a consultancy project we set up.
16      Q.  And about when did you begin work on that
17  aspect, the -- to developing a technique to
18  measure the -- do you mean the -- the -- the oil
19  coming out of the well, the --
20      A.  Yeah.  So --
21      Q.  -- the flow?
22      A.  So I can't -- again, I can't remember
23  exactly the dates.  There was obviously a lot of
24  activity going on, but it was -- it would be
25  towards the end of May or -- or early June
00041:01  probably.  I -- I haven't got the exact date.
02  But -- yeah.
03      Q.  Okay.  And can you explain the -- the
04  technique that you are thinking you would use?
05      A.  So what we were planning to do was to --
06  we -- we had seen some of the videos, as -- as a
07  lot of people have.  And the flow was coming out
08  from the -- as a horizontal jet, and that
09  horizontal jet was then beginning to rise upwards
10  because of the buoyancy, so it was a buoyant
11  horizontal jet, and so it followed a particular
12  trajectory rising horizontally and then rising
13  vertically.
14      Q.  Uh-huh.
15      A.  And we were interested to see if we
16  could -- we could use that trajectory or -- or
17  understand what controlled the shape of that
18  trajectory, and we thought by understanding the
19  shape of that trajectory, we might be able to get
20  some understanding of the relationship between the
21  momentum flux by either the -- the -- the momentum
22  of the fluid coming out and the buoyancy flux, or
23  either the flux times the density deficit.
24          And we thought that that ratio or the
25  balance between the momentum flux causing the jet
00042:01  to move horizontally and the buoyancy flux causing
02  the material to rise vertically might give us
03  some -- well, that would control the exact shape
04  of that -- that flow structure.
05          And so our approach was to develop
06  some very simplified laboratory experiments really
07  as a scoping study to understand how that shape of
08  a horizontal buoyant jet actually varied as you
09  change the -- the flow rate for a given buoyancy.
10      Q.  And the experiments that you did, who
11  at --
12      A.  So Colm Caulfield, who I --
13      Q.  Uh-huh.
14      A.  -- mentioned, we -- we discussed this
15  plan, and he largely carried out the experiments,
16  and I -- I was there with him in some of the
17  experiments.  But we carried out a series of
18  experiments to just gain some data on these very
19  simple analog experiments.
```

```
20      Q.  Uh-huh.  And in doing the experiments, you
21 mentioned earlier that you -- in one of the
22 sources of data that you had were videos from the
23 incident.  Can you explain how you used those
24 videos?
25      A.  Okay.  So -- so when -- so the videos we
00043:01 looked at, and I think -- yes, so the videos
02 were -- were showing a flow coming out of a
03 horizontal pipe, what looked like a horizontal
04 pipe, and the flow was traveling horizontally, and
05 then it seemed to bend around and rise upwards.
06      Q.  Uh-huh.
07      A.  And I suppose we knew that fluid coming
08 out of the pipe was a mixture of oil and gas.
09      Q.  Uh-huh.
10      A.  And so it was clearly -- it was a buoyant
11 jet.  And so we used that to inform developing
12 this hypothesis that we might be able to
13 understand the structure of that curved flow by
14 comparing the importance of the buoyancy flux and
15 the momentum flux of that jet.
```

## Page 46:03 to 47:08

```
00046:03      Q.  Okay.  And you mentioned you ran these
04 experiments at different flow rates?
05      A.  Yes, yes.
06      Q.  Which I imagine were then scaled up in
07 some way?
08      A.  Well, what -- what we did was we -- we
09 were really trying to do a scoping study to
10 understand could we see a difference, a systematic
11 difference in the shape as the flow rate changed.
12           And when we carried out the
13 experiments, we found that the water change in the
14 shape as we -- so we mapped through parameter
15 space of these small-scale analog experiments, but
16 the -- the way in which the shape changed was
17 quite complicated, and it wasn't a simple --
18 initially we thought that perhaps it might -- the
19 flow might have just traveled further away from
20 the source as you increase the momentum flux, but
21 it was more complicated than that and -- and --
22 because the -- the flow is entraining ambient --
23 the ambient fluid as it comes out.  It's a
24 turbulent flow.
25           And so the approach seemed to
00047:01 illustrate that there was -- there would be a lot
02 of uncertainty in trying to use this approach as
03 a -- in an inverse modeling way.
04      Q.  Okay.  And when you talk about
05 "uncertainty," did you have an idea of kind of
06 the -- the range of uncertainty in terms of how
07 much the flow rate would vary?
08      A.  So in the experiments, we vary --
```

Page 47:15 to 48:15

00047:15        A.  So in the experiments, we -- of these
      16  flows of freshwater going into the tank of
      17  saltwater, we varied the flow rate by a factor
      18  of -- we systematically changed it by a factor
      19  of -- I think there's some -- there's a plot and a
      20  paper here, but we varied by a factor of double
      21  this and then doubled it again and so on.  But it
      22  might not have been exactly those numbers but
      23  we -- we varied it over a range of 1 to 10 in flow
      24  rate, and we looked at how the shape changed and
      25  there was overlap in the shape of the
00048:01  time-averaged flow structure between those
      02  different experiments.
      03            And so, we thought that would lead
      04  to -- it would make it very difficult to invert a
      05  particular video where we didn't have the flow
      06  rate and actually deduced which of those flow
      07  rates it was because of this overlap in the shape
      08  with the different flow rates.
      09        Q.  (BY MS. HARVEY)  Okay.  In terms -- sorry.
      10  In terms of the -- the video that you were -- that
      11  you were looking at, was this video provided by
      12  BP?
      13        A.  Yes.  I think BP sent us some -- they gave
      14  us some specific videos to do this with.  So,
      15  yeah.


Page 49:12 to 49:22

00049:12        Q.  (BY MS. HARVEY)  And do you remember what
      13  date range that video came from?
      14        A.  Well, I -- I -- so not -- not -- I can
      15  look this up if you want me to find out, but it --
      16  it was from -- the flow was, I think, coming from
      17  the end of the -- the riser pipe.  So it would be
      18  during the first -- the early -- the early period.
      19  And this analysis was carried out in -- in June,
      20  and a lot of this work we carried out in June.  So
      21  it would be video footage from the earlier part of
      22  the incident.


Page 50:04 to 50:19

00050:04        Q.  (BY MS. HARVEY)  The video that you're
      05  looking at, it was -- was it before the riser
      06  cut -- was cut?
      07        A.  So, at the time, I -- I wasn't aware of
      08  all the details about what was happening on the
      09  sea floor, but there was certainly -- it -- it
      10  looked like it was during the early phase when

```
11   fluid was coming out of the end of the riser.
12       Q.  Okay.
13       A.  So I think the -- I think the answer is
14   yes, but I...
15       Q.  Okay.  And the work that you were doing
16   with the experiments and the tank and -- and
17   looking at the direction of the plume, that work
18   was done under a consultancy project with BP?
19       A.  Yes.
```

Page 51:02 to 52:04

```
00051:02   (Marked Exhibit No. 11115.)
03       Q.  (BY MS. HARVEY)  Okay.  And Dr. Woods, do
04   you recognize this document?
05       A.  Yes.
06       Q.  Okay.  And can you tell me what it is?
07       A.  It's the -- I guess the -- the details --
08   it's the Project Agreement for this piece of work
09   we carried out.
10       Q.  Okay.  And do you know if this is the
11   final version of the contract?
12       A.  I'm sorry.  I don't know if this specific
13   document is the final version but it -- this looks
14   substantially to be the -- the document.
15       Q.  Okay.  And the Objectives that are listed
16   in the Bates No. BPI_00000413, the first page, the
17   specific objectives, the first sentence reads:
18   "To model flow rates and flow behavior on the GoM
19   Horizon incident. - use of video, and associated
20   data to determine flow rates from the riser.  This
21   work will include an assessment of key
22   uncertainties and the impact of input uncertainty
23   on the estimated rates and recommendations for
24   additional data to reduce the uncertainty range."
25              Did I read that correctly?
00052:01       A.  Yes.
02       Q.  And is that your understanding of the
03   scope of work that you were to do under the
04   project?
```

Page 52:09 to 55:12

```
00052:09       A.  Yeah.  So I -- so I think the piece of
10   work I've just described was the modeling work we
11   thought would be an interesting scoping study to
12   try to understand or to develop a technique to
13   interpret the flow in these -- in these events and
14   so, the -- this scope of work essentially
15   overlapped -- in more detail, is the scope of work
16   or the actual work I've just explained to you in
17   terms of these experiments and then carrying out
18   uncertainty and answers.
19       Q.  Okay.  And the -- in terms of the Scope of
```

```
20  Services at the bottom of the page, there's a
21  reference to preparing -- "to prepare papers for
22  publication."
23            Do you see that?
24       A.  Yes.
25       Q.  And did any -- did you prepare any such
00053:01 papers?
02       A.  So -- so the research project I described
03  earlier about looking at the dynamics of the plume
04  and the turbulent flow rising through the water
05  column, that -- that piece of research I carried
06  on and we -- we tried to get that published.
07            The remainder of this work -- but the
08  work specifically in this consultancy agreement
09  which was about doing these horizontal jets and
10  the angle flow, that work we presented to BP in
11  the form of a report.  It was a PowerPoint
12  presentation with a -- a presentation about the
13  slides, but we didn't pub- -- we didn't publish
14  that work.
15       Q.  Okay.
16       A.  It was proprietary to BP and --
17       Q.  And the PowerPoint, do you recall when
18  that was prepared or when that was presented to
19  BP?
20       A.  So this is an evolving project; and so, as
21  we developed results from our experiments and from
22  analysis of the experiments but also analysis of
23  these video clips from the incident, we prepared
24  PowerPoint slides; and we presented those results
25  through the PowerPoint slides in a discussion to
00054:01 different people in BP at different times and
02  the -- as we developed more results, the --
03  this -- the PowerPoint slide pack evolved.
04            This was a -- it was a frenetic time,
05  and it was -- there was a lot of activity going
06  on, so -- and we were learning about this
07  technique or -- and seeing how our approach would
08  actually work.
09       Q.  Okay.  Do you recall whether there was a
10  presentation dated somewhere in early July?
11       A.  I think -- I think there was, yes.  I
12  think there was --
13       Q.  Okay.
14       A.  -- a PowerPoint.  There were -- there were
15  a number of very informal discussions I had
16  ongoing during the incident, particularly with
17  Andy Leonard, about the results we were finding?
18            And David Eyton visited the BP
19  Institute.  I haven't got the exact dates with me
20  today, but he was here a number times, and we
21  presented the results to him as well.
22       Q.  Okay.  Was there anybody else at BP that
23  you recall presenting results to?
24       A.  I -- I think I reported them also to Peter
```

```
        25  Carragher during a telephone call.  Again, I can't
00055:01  recall exactly the date.  I had a number of
        02  telephone calls with Peter Carragher, and I think
        03  I presented the slides to him as well on -- on at
        04  least one of the telephone calls.
        05        Q.  Okay.
        06        A.  And I don't know who was in the room with
        07  him at the other end of the telephone.
        08        Q.  Okay.  Do you recall anybody else at BP
        09  who you shared your work with?
        10        A.  I think on one occasion I had a meeting
        11  with Trevor Hill in BP, and I shared some of the
        12  slides with him as well.
```

## Page 56:24 to 57:14

```
00056:24  THE WITNESS:  Yeah.  So there
        25  were two or three questions you asked me where --
00057:01  there was one question you asked me about who I
        02  had shared the slides with, the PowerPoint slides
        03  with on this work in BP.
        04        Q.  (BY MS. HARVEY)  Uh-huh.
        05        A.  And I'm sorry, I -- I also recall having
        06  two conversations with Ellen Williams at BP,
        07  who -- who is the chief scientist in BP.  And I
        08  presented and discussed the results with her, as
        09  well.  I apologize, I -- I just forgot that in
        10  the -- I had a number of -- I had quite a lot of
        11  meetings with different -- these different people,
        12  and I -- I just omitted that -- those -- those two
        13  meetings.
        14        Q.  Okay.
```

## Page 59:08 to 59:08

```
00059:08  (Marked Exhibit No. 11116.)
```

## Page 59:12 to 59:21

```
00059:12        Q.  Dr. Woods, do you recognize this document?
        13        A.  Yes.
        14        Q.  Okay.  Can you tell me what it is?
        15        A.  It's an update and review of oil dispersal
        16  modeling.
        17        Q.  And when we were talking earlier before
        18  the break, you mentioned you prepared PowerPoints
        19  on your work for BP.  Is this one of those
        20  PowerPoints?
        21        A.  Yes.  Yes.
```

## Page 59:23 to 60:03

```
00059:23        Q.  (BY MS. HARVEY)  And the PowerPoint has a
```

```
        24  date of July 6th --
        25       A.  Yes.
00060:01         Q.  -- on the cover page?
        02              Is that about when you prepared
        03  this -- these slides?
```

## Page 60:05 to 60:08

```
00060:05         A.  I think this is when I compiled these
        06  slides into this presentation.
        07         Q.  (BY MS. HARVEY)  Okay.  And at some point,
        08  did you present these slides to BP?
```

## Page 60:10 to 60:13

```
00060:10         A.  Yes.  Yes.
        11         Q.  (BY MS. HARVEY)  Okay.  And was it around
        12  the time that's listed on the front of the
        13  document, July 6th?
```

## Page 60:15 to 60:23

```
00060:15         A.  Yes.
        16         Q.  (BY MS. HARVEY)  Okay.  And if we could
        17  turn to the third page in the document ending in
        18  the Bates No. 444 --
        19         A.  Yes.
        20         Q.  Do you see that document?
        21              And did you prepare this slide,
        22  Dr. Woods?
        23         A.  Yes.
```

## Page 78:05 to 78:08

```
00078:05         Q.  (BY MS. HARVEY)  And in terms of how the
        06  flow rate changes overtime, is this plot showing
        07  that as the height increases, the flow rate then
        08  increases as well?
```

## Page 78:10 to 79:17

```
00078:10         A.  So -- so all I was doing with this plot
        11  was trying to just super -- I was just superposing
        12  the data I collected on the previous plot, these
        13  blue dots, and you can just see I superposed the
        14  two plots, and so they would actually line up on
        15  the Y axis in terms of height, and I was just
        16  comparing where the blue dots lay relative to
        17  these curves, and the idea was just to understand
        18  whether all of this field -- these field
        19  observations were consistent with the sort of flow
        20  rates you might expect from a -- from a well,
```

```
      21  not -- not knowing exactly what the well flow rate
      22  was, but it was just seeing how consistent they
      23  were, and it seems like they're consistent -- they
      24  could look consistent with the range of flow
      25  rates, but I think I'd -- I'd emphasis that you
00079:01  can see the red and the blue lines are very nearly
      02  flat.  I mean, they're not flat, but they don't --
      03  they don't increase very quickly with flow rate.
      04          So really what this does is it gives
      05  a -- it gives a sense that the idea that some of
      06  the oil was behaving as a turbulent buoyant plume
      07  is consistent -- perhaps is consistent with the
      08  idea that it forms this horizontal intrusion.  But
      09  I think it would be very difficult to do an
      10  inverse model and actually turn the strand, so I
      11  think there's a range of flow rates you could
      12  imagine that would be consistent with the location
      13  of these blue dots, and that's perhaps what these
      14  circles are showing these around 20 to 50,000.
      15      Q.  (BY MS. HARVEY)  But it is showing that
      16  over time, the flow rate is increasing as a
      17  function of height; is that right?
```

Page 88:13 to 88:15

```
00088:13      Q.  And so based on this modeling, can you
      14  conclude that there is a direct relationship
      15  between height of intrusion and flow rate?
```

Page 88:17 to 89:12

```
00088:17      A.  Well, I wasn't really trying to -- trying
      18  to do that.  So I think -- I sort of explained
      19  there's actually a number of -- quite substantial
      20  simplifications in the model, and so I -- you
      21  know, understanding what the dispersants did in
      22  terms of making a droplet size distribution,
      23  understanding how the gas phase evolved and
      24  whether it dissolved or turned into hydrates or
      25  stayed as a free gas phase, understanding, you
00089:01  know, if there was a phase in the plume that was
      02  actually moving faster than the bulk fluid phase,
      03  there might be some central -- how that would
      04  interact and impact the bulk phase.
      05          So I think there's lots of caveats.
      06  So it was really -- it was really a simple thing
      07  saying, this is the data we've got and, you know,
      08  how -- can we -- can we test the simple hypothesis
      09  that this is perhaps describing the way this oil
      10  got there.  Is this the -- is this the
      11  phenomenology that occurred, given there's more
      12  complex processes.
```

Page 90:06 to 91:02

00090:06  And I guess the reason for -- so the
      07  model requires rates, as you asked, but it's
      08  really to say all these rates consistent with what
      09  you might expect.  I mean, if the rates
      10  required -- for example, if the rates required to
      11  form an intrusion at 300 meters where a million
      12  barrels a day or something, you'd think, well,
      13  this model isn't explaining what's going on, but I
      14  think these rates I'm getting are consistent with
      15  what you would expect in oil fields, from my
      16  knowledge and things I've read about the typical
      17  rates you expect to see from oil wells, that for
      18  these sorts of flow rates we're getting -- we're
      19  actually printing a phenomena that seems
      20  consistent with what was actually being seen.
      21      Q.  (BY MS. HARVEY)  And in terms of the --
      22  the other rates that you're referencing in oil
      23  fields you say are consistent with the --
      24      A.  Yeah.
      25      Q.  -- the ones shown here.  Are there
00091:01  particular sources of that information that you
      02  have?


Page 91:04 to 91:19

00091:04      A.  So I -- I guess, you know, I work in -- I
      05  do quite a lot of work looking at how oil flows
      06  through oil fields, and so from my own experience,
      07  my knowledge of the literature about rates and oil
      08  wells, and also what I've been told from people in
      09  BP who run oil fields and other people in other
      10  companies who run oil field, that these are not
      11  unrepresentative values for -- for oil wells.
      12      Q.  (BY MS. HARVEY)  And do you know if any of
      13  those oil wells that you're comparing it to were
      14  in a blowout scenario?
      15      A.  No, no.  These are -- sorry, these --
      16  sorry, this is just -- these are not blowout
      17  scenarios.
      18      Q.  Commercial scenarios?
      19      A.  These are just -- yeah.  I mean, I -- it


Page 92:01 to 92:02

00092:01      Q.  If you could turn to the page ending 463
      02  in this presentation, which is Exhibit 11116.


Page 92:08 to 92:14

00092:08      Q.  Okay.  And you referred earlier to videos
      09  that you received from BP.  Is this still of -- of

```
10  such a video?
11      A.  Yeah, yeah.  And this is 25th of the
12  5th -- 24th of the 5th, 2010, I think you can see,
13  so you asked me before what date was it from.
14  That's -- that's the date on the video.
```

Page 93:17 to 93:19

```
00093:17      Q.  Are these next slides -- what are these
18  next slides?  We'll start with "Time average plume
19  shape."
```

Page 101:22 to 101:24

```
00101:22  Was there ever any attempt to, as you
23  said, invert the laboratory experiments to
24  actual -- the Macondo Well plume?
```

Page 102:01 to 102:09

```
00102:01      A.  On this piece of work, looking at these
02  horizontal jets turning to the vertical, we
03  deduced from our experiments that it would be --
04  as I said, it would be very difficult to use this
05  approach to get a very well-constrained number
06  because I think this -- the flow rates here are
07  changing by a factor of -- well, factors of 2 or 3
08  here.  So it would be very difficult to get a
09  well-constrained number.
```

Page 102:24 to 103:21

```
00102:24  So -- and we were interested to see
25  if we would get systematic changes but -- but in
00103:01  these experiments, we didn't -- we found that
02  there was too much overlap.  So it would be very
03  difficult to actually estimate -- to use this
04  method to estimate the flow rate.
05  The challenge in the real situation
06  was that not only didn't you know the flow rate
07  but you didn't know the buoyancy because the
08  buoyancy is the dense difference of that fluid
09  compared to the seawater and that was a mixture of
10  gas and oil and you'd need to know exactly how
11  much gas there was and exactly how much oil there
12  was.  And so, that would be another uncertainty.
13          And so, in trying to use this
14  approach, you know, we thought it wasn't going to
15  give us a -- so we didn't -- we didn't try
16  anything.  We didn't try -- we didn't.
17      Q.  (BY MS. HARVEY)  Yeah.  I just wanted to
18  be clear on that point, that you did not actually
19  try using this method to estimate?
```

```
        20       A.  We deduced it.  It would be very difficult
        21  to do that.
```

Page 104:02 to 104:18

```
00104:02  (Marked Exhibit No. 11117.)
        03       Q.  (BY MS. HARVEY)  And the title of the
        04  document reads:  "Some dynamical constraints on
        05  oil plumes rising through deep-water."
        06             Did I read that correctly?
        07       A.  Yes.
        08       Q.  And do you recognize this document --
        09       A.  Yes.
        10       Q.  -- Dr. Woods?
        11       A.  Yes.
        12       Q.  Is it something that you authored?
        13       A.  Yes.
        14       Q.  And earlier we were talking about work
        15  that you did to estimate or model the -- the
        16  plume.  Is this that work --
        17       A.  Yes.
        18       Q.  -- that you were doing?
```

Page 104:20 to 104:22

```
00104:20       A.  I'm sorry.  This is a report on the
        21  research we carried out trying to understand the
        22  phenomenology of the intrusion.
```

Page 111:03 to 113:05

```
00111:03       Q.  (BY MS. HARVEY)  Dr. Woods, if you could
        04  turn to Figure 2 in this report, Page No. 709.
        05       A.  Yeah.
        06       Q.  Okay.  And there are four different plots
        07  here.  Next to the blue line, it says "20,000
        08  bbl/day"; and next to a red dotted line, it says
        09  "10,000 bbl/day."
        10             Starting with the plot on the upper
        11  left, can you explain what is being depicted in
        12  this plot?
        13       A.  Okay.  So -- so these are predictions from
        14  my theoretical model.  And these are showing how
        15  the properties of this plume, the bulk properties
        16  vary with height.  So these are horizontal
        17  averages and time averages of the flow properties
        18  as a function of height in this very simplified
        19  model of the turbulent plume.
        20             And so we haven't looked at the
        21  equations, but the equations are based on the idea
        22  that we can understand the -- the properties of
        23  the flow if we average over the time scales at
        24  which eddies were in the flow is overturned, so
```

```
         25  it's time average.  And it's a horizontal average,
00112:01     so we're looking at the -- the -- I guess the --
         02  yeah, the horizontal average properties in the
         03  flow structure, modeling it as a uniform flow of a
         04  certain radius inside the plume.  And outside,
         05  there's no flow.
         06  And so what we're seeing in the plots
         07  on the top left-hand panel is the radius of this
         08  plume structure predicted by the model as a
         09  function of height above the sea floor.  So it
         10  starts off as a very small flow; and as it rises,
         11  it entrains a lot of seawater.  And the velocity
         12  of the flow changes, as well, and that causes --
         13  mainly the entrainment causing the flow to
         14  increase in radius with height.  And what you see
         15  is by the time it gets to between about 3- and 400
         16  meters, the radius increases very rapidly.  And
         17  this is corresponding to reaching the top height
         18  of the plume where the velocity of the flow, the
         19  upward velocity of the flow is predicted to fall
         20  to zero.  And so at that point, in order to
         21  conserve upward max flux, the radius is predicted
         22  to increase.
         23             And the second plot on the
         24  right-hand --
         25        Q.  I'm sorry.  Can we just spend --
00113:01        A.  Yes.  Sorry.
         02        Q.  On the first plot -- and why did you
         03  select both -- choose to plot 10,000 barrels a day
         04  in this plot?
         05        A.  Okay.  So --
```

Page 113:07 to 114:19

```
00113:07        A.  Okay.  So -- so this was -- as I've
         08  mentioned, this was a piece of research I was
         09  carrying out.  And I was interested in
         10  understanding how the base -- how the properties
         11  of the flow structure varied with height from the
         12  source up to this neutral height.  And as I was
         13  continuing such, I produced a number of these
         14  plots with different flow rates.  And the plots
         15  are very useful in terms of helping to establish
         16  whether some of the assumptions built into the
         17  model are consistent with the model predictions.
         18             And by including two different flow
         19  rates on a plot, I was able to show
         20  parametrically -- to -- to illustrate how the
         21  properties of the flow would change from a flow
         22  rate of -- in this -- in this example, it's 10,000
         23  to 20,000 barrels a day, which is the -- the
         24  dotted red line and the solid blue line.
         25             So I chose two values to illustrate
00114:01  how the properties varied.  And so -- so there's
         02  some very simple things just describing how the
```

```
03   flow evolves.  And you see there isn't a huge
04   difference in the flow properties between the two
05   values when we're in the main plume structure.
06   It's just the -- the height of rise is slightly
07   different for those two flow rates, and so the
08   dotted red line shows the intrusion being a little
09   bit lower than the solid blue line in terms of
10   where the radius increases.
11            But if we look at -- and am I
12   allowed to -- to show you a different -- if we
13   look at the figure on the top right-hand side,
14   which is the speed --
15        Q.  (BY MS. HARVEY)  So it's height versus
16   the --
17        A.  Speed.
18        Q.  -- speed?  Okay.
19        A.  So this is, again, the --
```

Page 114:21 to 116:03

```
00114:21   THE WITNESS:  Sorry.
      22        A.  So this is the speed in this very
      23   simplified horizontally average flow structure
      24   within that radius.  And by plotting the speed,
      25   what we can do is we can compare that speed
00115:01   predicted by this model with, for example, the
      02   speed of oil droplets of a certain size rising
      03   upwards.  And so by including two different flow
      04   rates here, we're seeing that the speed of the
      05   whom has two different values.  And those values
      06   are of order -- and just looking at the plot -- I
      07   can't recall the exact numbers, but looking at the
      08   plot, it looks like those numbers are of order 15
      09   to 20 centimeters per second.  And those -- in
      10   the -- in the center part of the plume.  And those
      11   values would correspond to the rise speed of oil
      12   droplets moving through water freely of a certain
      13   size.
      14            And so if this picture of a turbulent
      15   plume with a suspension of oil droplets describes
      16   the flow, it would be important that the droplets
      17   in that flow are smaller than the size predicted
      18   by that calculation.  So the -- the purpose of
      19   these plots is both to show how the properties of
      20   the flow vary with height, because that's just of
      21   interest; but also, it allows you then to test
      22   some of the assumptions for self consistency or at
      23   least to say under -- under these conditions, this
      24   model is consistent with the assumptions.
      25        Q.  (BY MS. HARVEY)  And so when you talk
00116:01   about assumptions, in this plot is flow rate an
      02   assumption?
      03        A.  So -- so --
```

Page 116:05 to 117:06

00116:05   THE WITNESS:  Sorry.
      06        A.  So these are just illustrative plots.
      07   Okay?  I could choose any particular value --
      08        Q.  (BY MS. HARVEY)  Uh-huh.
      09        A.  -- for the flow rate to illustrate how the
      10   properties change with height in the flow.  And
      11   I've chosen two values so we can get an idea about
      12   how the properties change for different flow rates
      13   to see how sensitive the properties inside the
      14   flow are -- inside the plume structure are to the
      15   different flow rates.  But these are purely
      16   illustrative calculations, just to get an
      17   appreciation about how the properties vary with
      18   height.  And so you need to choose a particular --
      19   to produce these plots, you need to choose a
      20   number.  And so I -- I -- and I haven't calculated
      21   these for a range of different numbers, but these
      22   particular numbers lie within the range of -- of
      23   values I thought were consistent as we were
      24   talking before about the fluorescence levels.  But
      25   these are purely illustrative calculations to
00117:01   illustrate the structure of the flow.  They're not
      02   in any way implying the this had anything to do
      03   with the flow rate in the particular event.  These
      04   are just illustrations of what the model predicts
      05   about how the flow would evolve, if it evolved
      06   according to this model.


Page 117:12 to 117:15

00117:12        Q.  (BY MS. HARVEY)  When you were -- when you
      13   were attempting to, you know, plot these out, are
      14   there other plots that you were using a different
      15   flow rate than 20,000 or 40,000 or 10,000?


Page 117:17 to 117:24

00117:17        A.  Yes.  So this was a piece of research, and
      18   I calculated the flow rates for a range of
      19   different values to understand how the flow
      20   pattern changed.
      21        Q.  (BY MS. HARVEY)  Is there a reason you
      22   decided to plot here the 10,000 and 20,000
      23   numbers, as opposed to other numbers that you had
      24   done cal- -- calculations for?


Page 118:01 to 118:03

00118:01        A.  So -- so as I mentioned, this was a --
      02   this was an evolving piece of research,
      03   essentially --

Page 118:05 to 119:14

00118:05      A.  -- trying to test the hypothesis and see
     06 what the model predictions were like.  Inclusion
     07 of illustrative calculations of the flow
     08 properties is important because it allows you to
     09 test certain hypotheses.
     10           I had -- I calculated in an earlier
     11 draft of this paper -- obviously, when you're
     12 writing papers, you produce many drafts until
     13 you -- in earlier drafts, I produced plots with
     14 much lower flow rates and much higher flow rates.
     15 And as I learned more about the problem, the
     16 phenomenon, as I learned more about -- more data
     17 was being collected and through discussions with
     18 the different people, and also as my understanding
     19 evolved, I thought these were -- it was important
     20 to include two values to get a comparison of the
     21 sensitivity of the flow pattern to flow rate.  But
     22 also, I thought these were illustrative numbers
     23 that were perhaps going to give a sense about what
     24 the flow -- particularly the flow speed would be
     25 as a function of height in order to help test this
00119:01 assumption that the droplets were moving in a bulk
     02 flow.  And if I used a very small number for the
     03 flow rate, much smaller than in this plot, I would
     04 have got a smaller speed, which would have implied
     05 very small droplets; and if I had used a much
     06 bigger number, I would have had a bigger speed,
     07 which would have been less restrictive on the
     08 potential size -- size of the droplets that you
     09 need to be consistent with the model.
     10 So these seemed to be two numbers
     11 that were perhaps within the range, but also would
     12 give plausible range -- plausible estimates about
     13 the range of droplet size for the sys- -- for the
     14 model to be consistent.


Page 120:13 to 120:17

00120:13      Q.  (BY MS. HARVEY)  So did you conclude that
     14 the relationship between the height and the radius
     15 of the plume, it didn't -- that flow rate wasn't a
     16 sensitive parameter when you're plotting those --
     17 the radius of the plume versus the height --


Page 120:19 to 120:19

00120:19      Q.  (BY MS. HARVEY)  -- of the intrusion?


Page 120:21 to 121:11

00120:21      A.  Yeah.  I think -- I think the first plot

```
22  shows quite -- quite clearly that the radius
23  increases with height in a way that's -- when
24  you're in the main upward flowing structure of the
25  plume, way below the intruding height, shows that
00121:01  the radius is increasing at a rate that seems
02  insensitive to the flow rate.
03       Q.  (BY MS. HARVEY)  Okay.  Thanks.
04            If we can turn to Page 711 and the --
05  towards the middle of the paragraph where you're
06  discussing Figure 3, the document says:  These
07  observations are consistent with the plume
08  predictions for source flow rates in the range of
09  20,000 to 40,000 barrels per day.
10            Did I read that correctly?
11       A.  Yes.
```

Page 121:15 to 121:20

```
00121:15       Q.  (BY MS. HARVEY)  Sorry.  I'll start again.
16  "These observations are consistent with the model
17  predictions for source flow rates in the range of
18  2,000 to 40,000 bbls/day."
19            Did I read that correctly?
20       A.  Yes.
```

Page 122:01 to 122:12

```
00122:01       Q.  (BY MS. HARVEY)  That Figure -- Figure 3
02  depicts the range of 2- -- 2,000 to 40,000 barrels
03  per day; is that right?
04            MS. DeSANTIS:  Objection; form.
05       A.  Yes.  That's -- that's -- yes.
06       Q.  (BY MS. HARVEY)  Okay.  And did --
07       A.  Modulate the caveats.
08       Q.  Right.  Under --
09       A.  The model is very simple, and --
10       Q.  I understand the caveats.  So it could be
11  greater than 40,000 barrels per day under your
12  model; is that right?
```

Page 122:15 to 123:20

```
00122:15       A.  I'm not sure that what I was trying to do
16  here was actually provide information to address
17  the flow rate.  What this flow rate here
18  corresponds to is the flow rate of an idealized
19  source of the -- of oil and gas as parametrized in
20  my model that's coming out as a source of
21  dispersed droplets rising up and all behaving in
22  this bulk flow regime, and so these predictions
23  corresponds to what flow rate would be.
24            And I wasn't really trying to
25  translate that into how that relates to the real
```

```
00123:01  problem because there's many complexities and
      02  mapping from these numbers to the numbers of the
      03  actual event where there were -- you know, you
      04  need to understand the transition from the gas/oil
      05  mixture into this dispersion of droplets.
      06        Q.  (BY MS. HARVEY)  Okay.
      07        A.  But -- but as a -- as a sort of simpler
      08  deduction, the idea would be that if you were in
      09  that -- that type of flow rate range, the -- you
      10  would expect from the model prediction and the
      11  stratification of the water column that you would
      12  see an intrusion around this height, and so all I
      13  was really trying to do is send -- the
      14  phenomenology that was seen in this fluorescent
      15  signal, it seems consistent with this range of
      16  rates of this idealized system, and that doesn't
      17  seem -- and I think the interesting thing was that
      18  didn't seem to be totally out of kilter with what
      19  you might expect from historical data of our
      20  production rates in oil wells.
```

Page 130:19 to 131:09

```
00130:19  (Marked Exhibit No. 11118.)
      20        Q.  (BY MS. HARVEY)  This is the document that
      21  begins at BP-HZN-2179MDL04894911.  And if you
      22  could turn to the last page of this document
      23  ending in 4915.
      24        A.  Yeah.
      25        Q.  And is this an E-mail that you wrote to
00131:01  BP, providing them a copy of the -- some dynamical
      02  constraints paper?
      03        A.  Yes.
      04        Q.  Okay.  And the E-mail actually -- sorry,
      05  the E-mail header begins on the page ending 4915.
      06        A.  Yeah.
      07        Q.  And it indicates a date of June 3rd, 2010;
      08  is that right?
      09        A.  Yes.
```

Page 133:20 to 134:03

```
00133:20        Q.  And his second sentence reads:  "My only
      21  concern is that flow rates are all over the place,
      22  and the fact that Andy is from the BPI might be
      23  taken as a signal that BP endorses these numbers."
      24             Did I read that correctly?
      25        A.  Yes.
00134:01        Q.  And do you know what he might have meant
      02  by "the fact that Andy is from BPI might be taken
      03  as a signal that BP endorses these numbers"?
```

Page 134:06 to 134:12

```
00134:06       A.  So -- so the BP Institute was a research
      07  institute in the University of Cambridge endowed
      08  by BP, and we're -- we're an independent research
      09  institute as part of the university, as I
      10  explained before; but in our name, we are called
      11  the BP Institute because BP was the organization
      12  that provided the endowment for the institute.
```

Page 134:19 to 134:22

```
00134:19       Q.  And is the work that you were doing
      20  related to the paper on some dynamic -- "some
      21  dynamical constraints," was that work that was
      22  funded by BP in the manner you just suggested?
```

Page 134:24 to 135:05

```
00134:24       A.  So I've explained that -- that, you know,
      25  as an independent academic, I was watching the
00135:01  news at home and I had a -- a moment when I had
      02  this hypothesis that I could model this oil flow
      03  by treating it as a series of droplets; and once I
      04  had that hypothesis and that idea, I then carried
      05  out this research as researchers do.
```

Page 135:12 to 135:17

```
00135:12  That was all university research we were carrying
      13  out, even this paper.
      14       Q.  (BY MS. HARVEY)  And as the university
      15  research, did you understand that you had the
      16  ability to publish that research freely?
      17       A.  Yes.
```

Page 135:19 to 135:23

```
00135:19       Q.  (BY MS. HARVEY)  Okay.  So for the paper
      20  that you wrote on "some dynamical constraints,"
      21  there was no restriction imposed by BP on whether
      22  or not you could publish that paper; is that
      23  right?
```

Page 135:25 to 137:01

```
00135:25       A.  So I'm -- when I wrote this paper, as I
00136:01  mentioned, I thought the results were of relevance
      02  to -- to the management of the event, ongoing
      03  event.  So I sent my results as a draft paper,
      04  noting it hadn't been published but as a draft
      05  paper on the results and the phenomenology because
      06  I thought that might be of relevance and value in
```

```
07  the operation.  So that's -- I sent that in to BP
08  and they -- and also, as I've mentioned, because
09  they had access to a lot of data to help and form
10  the model.
11          And I think because the -- the
12  gravity of the incident, it was -- it was a
13  courtesy, I guess, from my perspective to ask them
14  if they were -- you know, having asked for their
15  feedback, also to see if they were comfortable
16  with this material being published, as a courtesy.
17          That was my, you know -- I mean,
18  we -- we obviously have very good links with BP;
19  and so, given this work was so related to this
20  event, I was really seeking their thoughts on that
21  as a courtesy.
22      Q.  (BY MS. HARVEY)  And in terms of whether
23  or not to submit the "some dynamical constraints"
24  paper for publication, did you ask BP for their
25  input on whether or not you should publish the
00137:01  work?
```

Page 137:03 to 137:07

```
00137:03      A.  Yes.  I asked them as a courtesy if --
04  if -- if they felt it would be okay if I published
05  it because -- and they were -- Ellen Williams was
06  very supportive of -- of the idea that it should
07  be published.
```

Page 145:17 to 146:01

```
00145:17  (Marked Exhibit No. 11119.)
18      Q.  (BY MS. HARVEY)  And if you could turn to
19  the second page of this document at the bottom,
20  the Bates number ending 0582 and -- there appears
21  to be an E-mail from Peter Carragher.
22          Do you see that?
23      A.  Yeah.  Yes.  Yeah.
24      Q.  Okay.  And do you recall if you received
25  this E-mail from Peter Carragher?
00146:01      A.  Yeah.  I think I did, yes.
```

Page 148:10 to 148:23

```
00148:10  (Marked Exhibit No. 11120.)
11      Q.  (BY MS. HARVEY)  And it's an E-mail chain.
12  And if you could turn to the second page in this,
13  the Bates number ending 2609.  And in the middle
14  of the page, there's an E-mail that says:  "From:
15  Andrew W. Woods" and it appears to be to Andy
16  Leonard and Chris Hallett, with the subject,
17  "Paper on plumes."
18              Do you recall sending this E-mail,
```

```
19  Dr. Woods?
20       A.  I think I -- I -- I don't recall in detail
21  sending this E-mail, but it was from my account
22  and I -- I might well have sent this E-mail, yes.
23       Q.  Okay.
```

Page 150:20 to 151:04

```
00150:20       Q.  And the next paragraph reads:  "In the
21  next few weeks, we could think about running some
22  PIV experiments on these jets.  (This is a more
23  involved process) - we should perhaps discuss next
24  week what we might gain by doing this."
25               Did I read that correctly?
00151:01       A.  I think so.
02       Q.  And the -- the reference to "some PIV
03  experiments," can you explain what you meant by
04  that?
```

Page 151:06 to 151:20

```
00151:06       A.  Yeah.  So I think as this work evolved and
07  we've established these uncertainties in trying to
08  estimate or -- or use the shape -- or the time
09  averaged shape of the boundaries of the plume as a
10  means of trying to distinguish different flow
11  rates and we decided that it was actually -- it
12  would be difficult to do that, as I tried to
13  explain.  We recognized that trying to measure the
14  actual velocities inside this flow and how those
15  velocities change with distance would provide a
16  different approach to trying to estimate how these
17  flows evolved in terms of trying to quantify the
18  mixing with the ambient fluid and this balance
19  between the horizontal movement and the generation
20  of vertical motion through the buoyancy.
```

Page 152:24 to 153:01

```
00152:24  Was there a discussion that you had
25  concerning the potential for running these PIV
00153:01  experiments?
```

Page 153:03 to 153:15

```
00153:03       A.  I suspect there was.  We had a number of
04  conversations about the PIV.  We were trying to
05  understand what we could learn from this.  These
06  are non- -- non-trivial experiments to carry out.
07  They're -- you know, they're substantially more
08  complex than the -- these initial experiments we
09  were doing.  And we were really trying to
10  understand exactly what we learned by doing these
```

```
11  experiments, and so we did have some discussions
12  about -- you know, by carrying out those
13  experiments, we learned quite a lot about the
14  whole flow structure and the velocity profile
15  throughout -- throughout the flow.  So -- yeah.
```

Page 153:17 to 154:17

```
00153:17      A.  Well, so -- so you could learn a huge
    18  amount about the fluid mechanics of these flows.
    19  That would be in the idealized laboratory
    20  situation of a freshwater plume moving through
    21  saltwater.  And you -- yeah.  So -- so we would
    22  learn a lot.
    23           So I think the implication in this
    24  sentence was that, you know, there would be a lot
    25  you'd learn about the flow mechanics.  But in the
00154:01  particular context that BP had an interest in, in
    02  terms of the flow rate that we discussed, that --
    03  that the question would be how well these analog
    04  models of these simplified laboratory experiments
    05  would map across to that.
    06      Q.  And do you recall who at BP you had these
    07  discussions with about potential PIV experiments?
    08      A.  So I think the -- the concept or the idea
    09  of doing PIV experiments I discussed with or I
    10  mentioned to a few people in BP.  Because as part
    11  of the presentation of these results, we were also
    12  exploring what else might be done.  And so I -- I
    13  suspect I -- I discussed or I presented the -- the
    14  idea of doing this to Andy Leonard, David Eyton,
    15  Ellen Williams, and perhaps Peter Carragher and
    16  Trevor Hill.  So I might have explained the
    17  concept.
```

Page 155:16 to 155:18

```
00155:16      Q.  In your discussions with BP, was a
    17  decision made to go forward with the PIV
    18  experiments?
```

Page 155:20 to 156:01

```
00155:20      A.  I -- I think the -- these numerous
    21  conversations I had with people were really saying
    22  this is something we could do.  And there was --
    23  but there were other things we also discussed that
    24  we might do and might explore.  And, you know, as
    25  I mentioned, taking -- doing these experiments is
00156:01  a non-trivial -- it would take a bit of time.
```

Page 156:06 to 156:11

```
00156:06  break.  So there was -- I suppose in these
      07  discussions, people were supportive of us doing
      08  this in terms of -- but we -- in terms of just the
      09  logistics of doing them, we never got around to
      10  doing those in the pre-October 15 period.  But --
      11  yeah.
```

Page 162:07 to 162:21

```
00162:07  (Marked Exhibit No. 11121.)
      08      Q.  (BY MS. HARVEY)  And it begins with the
      09  Bates No. BPI_00002728.  And, Dr. Woods, do you
      10  recognize this document?
      11      A.  Again, there were lots of E-mails I sent.
      12  But it looks like an E-mail I wrote, yes.
      13      Q.  Okay.  And the date stamp on it is
      14  September 6th, 2010.  In the second paragraph, it
      15  says:  "I am also getting a larger flow rig set up
      16  for some 1/3 size experiments of the near well
      17  flow and mixing with PIV as this is missing from
      18  the literature and is probably key for the
      19  uncertainty" esti- -- "estimation."
      20          Did I read that correctly?
      21      A.  Yes.
```

Page 181:08 to 181:11

```
00181:08      Q.  Were you working on any work pursuant to a
      09  contract with BP related to the Macondo Well in
      10  September and October of 2010, before the 15th of
      11  October?
```

Page 181:14 to 181:23

```
00181:14      A.  Yes.  I mean, we -- we already saw the
      15  contract.  We discussed that this morning.
      16      Q.  (BY MS. HARVEY)  Okay.  And --
      17      A.  And so --
      18      Q.  -- in terms of the contract, just to be
      19  clear, that's the contract that -- Exhibit 11115.
      20  And that's Tab No. 85 -- oh, sorry, 84.
      21      A.  Tab No. 11115.
      22      Q.  Yes.  Exhibit number.
      23      A.  Yes.
```

Page 182:04 to 182:07

```
00182:04      Q.  Okay.  And were there any other contracts
      05  with BP that related to work on the Macondo Well
      06  during the April to October 15th time frame?
      07  Other than Exhibit 11114 --
```

```
Page 182:11 to 182:14
```

```
00182:11        A.  So the only contract that I was involved
      12  with was this contract, and there was a tag-along
      13  contract Dr. Caulfield had, which I think is
      14  referred to in this.
```

```
Page 182:17 to 183:08
```

```
00182:17        Q.  The tag-along contract, is that at Tab
      18  104?
      19            MS. HARVEY:  And we'll mark this
      20  Exhibit 11125.  It's actually a cover E-mail with
      21  an attachment.
      22            (Marked Exhibit No. 11125.)
      23        A.  Yeah.  So as I understand, this is the
      24  contract for the work Colm did in -- in parallel
      25  to the work I was doing.
00183:01        Q.  (BY MS. HARVEY)  Okay.  And did this
      02  contract also cover work that Julien Landel was
      03  doing?
      04        A.  Yes.  It was the work we've discussed
      05  earlier on.
      06        Q.  Okay.
      07        A.  But as far as I'm aware, there were no
      08  other contracts.
```

```
Page 185:16 to 185:16
```

```
00185:16  (Marked Exhibit No. 11126.)
```

```
Page 186:05 to 186:16
```

```
00186:05        Q.  Okay.  In the -- it is -- appears to be an
      06  E-mail from Ellen Williams to David Rainey with
      07  the subject of "Fluid flow determination," dated
      08  June 23rd, 2010.  And I'll direct your attention
      09  to the second paragraph, where your name is listed
      10  in the first sentence.  And the second sentence
      11  says:  "A question we have particularly asked Andy
      12  to address is understanding the different model
      13  assumptions used by different analyses, so that we
      14  get an understanding of the source of variability
      15  between different claims of rates."
      16            Did I read that correctly?
```

```
Page 186:19 to 186:22
```

```
00186:19        A.  I think you did, yes.
      20        Q.  (BY MS. HARVEY)  And does that E-mail
      21  sentence encompass any assignment that you
      22  received from BP or Ellen Williams?
```

Page 186:25 to 187:23

```
00186:25       A.  So the work I did pre-October 15 was --
00187:01  there were several different streams of work, so
     02  I -- I mentioned the research activity of the
     03  turbulent buoyant plume.  I mentioned our ideas
     04  about how we would use the structure of a
     05  horizontal momentum jet and the way that changes
     06  using our approach to analyzing that and looking
     07  at the boundaries.  I also received papers that
     08  were published during the time, various papers in
     09  the scientific literature relating to the
     10  incident; and I read -- I read and analyzed these
     11  papers to understand how it might inform the work
     12  I was doing and -- and also to understand -- to
     13  understand what other people were doing.
     14            So I'm not sure -- so I had -- I had
     15  one or two telephone conversations with Ellen
     16  Williams and visited her at St. James and
     17  presented what I was doing and my plans for
     18  different types of study during this period.  I
     19  don't recall having been asked in detail to do
     20  this, but I was -- in practice, I was looking at
     21  what -- or trying to understand what people were
     22  doing and -- and understand how that related to
     23  the work I was doing.
```

Page 188:15 to 188:20

```
00188:15       Q.  (BY MS. HARVEY)  And do you recall which
     16  science papers you reviewed?
     17       A.  So there was a paper by Crone, I think.
     18  And there was a paper by the Woods Hole group, and
     19  there was a paper by Hazen, Terry Hazen, who I
     20  think --
```

Page 190:04 to 190:12

```
00190:04       Q.  And -- okay.  Starting with the paper you
     05  referred to by Dr. Crone, do you recall the
     06  subject of that paper?
     07       A.  Yeah.  Yeah.  I think they were trying to
     08  work out or estimate a flow rate, as I understand
     09  it from looking at some of the video footage.
     10       Q.  Okay.  And after reviewing that paper, did
     11  you form any opinions about the methodologies used
     12  to estimate flow rate?
```

Page 190:16 to 190:23

```
00190:16       A.  I think the issue we discussed a few
     17  minutes back about the adjustment of the flow from
     18  the flow coming out of the source to the flow
```

```
19  having -- becoming a turbulent buoyant plume and
20  how the velocity profile within the flow structure
21  adjusts means that the relationship between what
22  you measure on the surface compared to what's in
23  the interior is a -- is a factor you need to have.
```

Page 197:09 to 197:12

```
00197:09      Q.  And prior to October 15th, did you
     10  undertake any analysis to try to account for the
     11  uncertainty that you referred to with respect to
     12  the flow surface of the velocity?
```

Page 197:14 to 197:17

```
00197:14      A.  Not that I can recall.  I think I was
     15  thinking it would be interesting to try and
     16  collect some data to inform -- or to use as the
     17  basis for such calculations.
```

Page 203:17 to 204:06

```
00203:17  And I have a copy for the witness and for the
     18  witness' counsel, and this is the section that I
     19  took off the BP Institute website.  I'm going to
     20  describe it for the record, and then I'm going to
     21  mark it.  It is a 29-page document with three
     22  pages of cover pages that don't appear to have
     23  numbers on them.  There's a crest on the top that
     24  says "University of Cambridge," another crest that
     25  says flow -- "BP Institute For Multiphase Flow."
00204:01  The title on the bottom right-hand corner is
     02  "Research at the BP Institute for Multiphase
     03  Flow."  And on Page 1 where it says "Foreword,"
     04  it's about the BP Institute, "Ten research themes
     05  at the BP Institute."  And I'd like to mark this
     06  as -- I don't know what number we're on.
```

Page 204:09 to 204:09

```
00204:09  (Marked Exhibit No. 11127.)
```

Page 204:23 to 204:24

```
00204:23  You said that earlier.  I apologize.  So you came
     24  onboard after it had already been created?
```

Page 205:02 to 205:12

```
00205:02      A.  So when -- when -- I think when the BP
     03  Institute had been formed, the first position --
     04  one of the first positions they advertised was the
```

```
05  BP professor, and I applied for that position.
06       Q.  (BY MS. GREENWALD)  Were you the first BP
07  professor of the institute?
08       A.  Yes.
09       Q.  When you became the first BP professor of
10  the institute, did you have any discussions with
11  anyone at BP about the relationship between the
12  institute and BP?
```

Page 205:16 to 205:20

```
00205:16      Q.  (BY MS. GREENWALD)  Generally.  I don't
17  mean about a specific project.  Just generally
18  about the relationship between the institute and
19  its work in BP as the endowed -- as a corporation
20  that endowed the institute.
```

Page 205:23 to 206:06

```
00205:23      A.  So when I went through the application
24  process to the BP Institute, this was an
25  application to the University of Cambridge, there
00206:01  was an interview panel, and I was interviewed by
02  several people.  The majority of the interview
03  panel was senior academics in the university.
04  There were -- I think there was one representative
05  on the interview panel from BP, who was a senior
06  person at BP at the time.
```

Page 206:25 to 207:01

```
00206:25      Q.  Did you participate in the drafting of
00207:01  Exhibit 11117?
```

Page 207:03 to 207:05

```
00207:03      A.  You mean 11127?
04       Q.  (BY MS. GREENWALD)  I'm sorry, 11127 --
05  I'm sorry, 11127.  Forgive me, yes.
```

Page 207:07 to 207:16

```
00207:07      A.  Yes.  I had -- I had some input into this.
08       Q.  (BY MS. GREENWALD)  Okay.  If you can turn
09  to page 3, please.  I just want to ask you sort of
10  what some of these concepts mean as describing the
11  institute under "Foreword."  The second paragraph,
12  it says, "For BP, the benefits are clear:  the
13  ability to access scientific reasoning and ideas
14  and apply these to existing and potential business
15  challenges."  Do you see that?
16       A.  Yes.
```

Page 207:19 to 207:20

00207:19  Does BP in any way dictate or
      20  determine what research is done at the institute?


Page 207:23 to 208:02

00207:23      Q.  (BY MS. GREENWALD)  Other than through
      24  individual contracts, by the way.  I don't --
      25  obviously I don't mean through individual
00208:01  contracts that it may have with certain professors
      02  or certain individuals.


Page 208:05 to 208:25

00208:05      A.  So the faculty members of the BP Institute
      06  are faculty at the University of Cambridge --
      07      Q.  (BY MS. GREENWALD)  Uh-huh.
      08      A.  -- and they're all independent academics,
      09  and that means they're free to carry out research
      10  and problems of topics of their interest driven by
      11  their intellectual curiosity.
      12          And the strength of the BP Institute
      13  is that the academics are funded through the
      14  endowments, so -- so the funding is independent
      15  for the -- and it was a specific endowment fund
      16  that funds -- funds the institute, so we're
      17  independent.
      18  As I've mentioned, we -- we have the
      19  opportunity to see and learn about some of the
      20  technical challenges in the energy business and --
      21  and other industries as well, and there's lots of
      22  interesting and difficult challenges.  But there's
      23  no bonus on anybody to actually work on any of
      24  those projects.
      25      Q.  Okay.


Page 217:14 to 217:25

00217:14      Q.  (BY MS. GREENWALD)  Give me one second.  I
      15  may -- if you can turn to Page 12, please.  The --
      16  the part where there's two columns, the first
      17  paragraph on the left, it says:  The BPI is
      18  focusing on the underpinning science behind
      19  different oil retention mechanisms, helping BP
      20  understand how to prise more oil from reservoirs.
      21          Do you see that?
      22      A.  Yes.
      23      Q.  Can you explain what work the BPI is
      24  focusing on that helps BP understand how to prise
      25  more oil from reservoirs?

Page 218:02 to 218:13

00218:02        A.  So there are some projects, research
      03  projects being funded or being carried out at the
      04  BP Institute funded through BP which have been --
      05  which have arisen as a result of discussions or
      06  workshops where specific technical problems or
      07  scientific problems have been identified where
      08  there is some basic science to understand, which
      09  is, therefore, interested one of the electrodes
      10  and is also interesting to BP.  So research
      11  projects have been set up and there's research
      12  being carried out to try and move forward with
      13  that science.


Page 222:02 to 223:06

00222:02        Q.  (BY MS. GREENWALD)  Was this -- this paper
      03  was written -- I'm sorry, I didn't mean this
      04  paper.  This piece that's on the website was
      05  written to sort of recognize the ten-year
      06  anniversary of BPI, right?
      07        A.  (Witness nods.)
      08        Q.  And so on the -- the next column on
      09  Page 12, the second column in -- I realize your
      10  copy isn't in color.  I apologize.  But there's a
      11  different type phase that's blue on the color
      12  version, and it's quote from BP.
      13              Do you see that?
      14              It's the over to the right column the
      15  last two paragraphs.  I believe it's from BP.  It
      16  says:  Ian Collins, Programme Manager of BP; is
      17  that correct?
      18        A.  Yes.
      19        Q.  He's at BP?
      20        A.  Yes.
      21        Q.  The second paragraph of that quote from BP
      22  says:  "We used the BPI for this work because it
      23  has a long track record in tackling difficult
      24  problems and delivering on them and also for
      25  applying a range of sophisticated techniques."
00223:01              Do you see that?
      02        A.  Yes.
      03        Q.  Do you know whether there's any other --
      04  whether your ten-year paper asked for quotes from
      05  any other industries that you work with at the
      06  BPI?


Page 223:09 to 223:10

00223:09        A.  I mean, I don't think we had quotes from
      10  other -- other -- other people in this document.

Page 224:07 to 224:11

```
00224:07       Q.  Okay.  Did BP, after the explosion of the
      08  DEEPWATER HORIZON on April 20th of 2010, consult
      09  with BP Institute regarding source control methods
      10  that might stop the flow of oil from the Macondo
      11  Well?
```

Page 224:14 to 225:13

```
00224:14       A.  I think, as I mentioned in the -- my
      15  earlier comments about the deposition, I can't
      16  recall having -- I think I -- I -- obviously
      17  everybody knew this event was occurring from the
      18  national news.
      19            I think my first detailed
      20  conversations about processes and so on were
      21  really when I formulated my model of the turbulent
      22  buoyant plume and I raised my notes and then I
      23  sent that to start a dialogue with BP.
      24            I don't recall having had any
      25  discussions or detailed conversations with them
00225:01  before that or about mechanisms to stop the flow.
      02            Clearly, it was something, I think,
      03  that was in the media at the time; and so I think
      04  we might have thought of -- we might have thought
      05  of things ongoing, but I can't remember any -- I
      06  can't remember anything specific.
      07       Q.  (BY MS. GREENWALD)  And BP didn't
      08  commission -- I'm sorry.  Did I cut you off?
      09       A.  No.  No.
      10       Q.  BP didn't commission or hire officially
      11  the BP Institute to assist it with source control
      12  measures following the DEEPWATER HORIZON
      13  explosion; is that right?
```

Page 225:16 to 226:06

```
00225:16       A.  I think, as I've mentioned in the
      17  deposition, that the -- you know, I've gone
      18  through the chronology of how we became and the
      19  work BP commissioned at the Institute was framed
      20  in terms of the image analysis and the flame
      21  modeling as encaptured by those two couple
      22  contracts we discussed.  And then there was the --
      23  the plume -- development of the turbulent plume
      24  model that was independent research.  That was our
      25  activity set related to the DEEPWATER Macondo
00226:01  October 15.  There weren't any other contracts
      02  with BP.
      03       Q.  (BY MS. GREENWALD)  Okay.  Prior to
      04  April 20th of 2010, did BP hire the BP Institute
      05  to create a model for flow rate calculation in the
      06  event of the DEEPWATER blowout scenario?
```

Page 226:09 to 226:13

```
00226:09      A.  Not as far as I know.
     10      Q.  (BY MS. GREENWALD)  Okay.  Prior to
     11 April 20th, 2010, did BP hire the BP Institute to
     12 develop source control methods in the event of a
     13 deepsea blowout?
```

Page 226:16 to 226:16

```
00226:16      A.  Not as far as I know.
```

Page 227:09 to 227:12

```
00227:09 First off, I just want to confirm,
     10 it's true, isn't it, that BP has a -- has been a
     11 long-term benefactor of your university?  Is that
     12 correct?
```

Page 227:17 to 227:20

```
00227:17      A.  There's been a history of collaboration
     18 between BP and -- and the University of Cambridge
     19 and have been a very generous benefaction through
     20 the establishment of the BP Institute.
```

Page 228:15 to 228:20

```
00228:15 If you'll look at Page 3 of that
     16 document, that's actually the words that someone
     17 from your institute uses, so I'm curious if you
     18 agree with that statement, that there's an
     19 exceptional and strong bond between BP and -- and
     20 your university.
```

Page 228:23 to 228:25

```
00228:23      A.  I think there's an extremely strong
     24 collaboration between BP and -- and the
     25 university, particularly the BP Institute.
```

Page 229:09 to 229:11

```
00229:09      Q.  (BY MR. DAVIS-DENNY)  Well, your
     10 institute's work would not be possible without the
     11 funding it received from BP; is that correct?
```

Page 229:14 to 229:15

00229:14      A.  So the BP Institute was endowed through
      15  BP, so it exists because of the benefaction, yes.


Page 230:01 to 230:03

00230:01      Q.  Sure.  My question was:  So the -- your
      02  institute's work would not be possible without the
      03  funding it received from BP; is that correct?


Page 230:08 to 231:01

00230:08      A.  The actual work is funded through a series
      09  of different sources of funding, and the -- the
      10  work is -- the re- -- the faculty and the
      11  institute have a whole series of interesting
      12  scientific ideas they want to explore, and they
      13  fund that through different sources of funding to
      14  fund students and post docs and so on.  The actual
      15  core infrastructure of the faculty and the
      16  building and so on, that exists because BP endowed
      17  the institute.
      18          If BP hadn't endowed the institute,
      19  these scientists would still exist and they would
      20  still be carrying out their research and they'd --
      21  they'd be getting funding from different source --
      22  from different research councils and so on.  They
      23  wouldn't be necessarily -- if we eliminated BP
      24  from the whole equation, these researchers would
      25  still be interested in the same areas of science
00231:01  and still doing analogous pieces of -- of work.


Page 232:02 to 232:07

00232:02      Q.  (BY MR. DAVIS-DENNY)  You're saying that
      03  the same work that's been performed over the last
      04  ten years at the BP Institute still would have
      05  occurred even if BP would not have given 23.1
      06  million pounds of funding to set up the institute;
      07  is that your testimony, sir?


Page 232:12 to 233:14

00232:12      A.  I'm sorry if I gave the impression the --
      13  exactly the same work may not have been carried
      14  out, but the scientists who are in the BP
      15  Institute would have still been carrying out
      16  research exploring the intellectual curiosity.
      17  And given the topics people are interested in, I
      18  suspect there would be some overlap between the
      19  work that's being carried out and the work they
      20  would have done under a different umbrella, a
      21  different institution.
      22          I think what is the case is that

```
23  there are specific technical problems or
24  challenges that we've been alerted to through
25  discussions with BP that have led us to certain
00233:01  pieces of work, and some of those have been funded
02  as research projects with BP.  But your question
03  was would that work have been done by the people
04  in the institute in any case.  I -- if I will roll
05  back the clock ten years, I can't say one way or
06  the other whether the researchers would have come
07  across that technical challenge through some other
08  route and got some other funding to do the same
09  piece of research.  But it's within their
10  technical capability to carry out the research
11  they've carried out, clearly.
12      Q.  (BY MR. DAVIS-DENNY)  Did -- did BP give
13  over 23 million pounds to found the BP Institute?
14      A.  Yes.  Yes, they did.
```

Page 235:12 to 235:16

```
00235:12      Q.  (BY MR. DAVIS-DENNY)  My question was a
13  little different.  My question was:  What
14  percentage of your income, you personally, has
15  come directly or indirectly from BP over the last
16  five years?
```

Page 235:22 to 236:03

```
00235:22      A.  So -- so you're including -- you want me
23  to include in the response to the question my
24  university salary which ultimately is sourced from
25  the BP fund?
00236:01      Q.  (BY MR. DAVIS-DENNY)  That's right.
02      A.  So the majority of my income would then
03  arise from the -- yeah.
```

Page 236:07 to 236:10

```
00236:07      Q.  All right.  If you could please look at
08  Exhibit 11115.  That was Tab 84 in the United
09  States binder.  Do you have that in front of you?
10      A.  Yes.
```

Page 241:13 to 241:15

```
00241:13      Q.  (BY MR. DAVIS-DENNY)  Now, BP retained you
14  for the purpose of modeling flow rates; is that
15  correct?
```

Page 241:17 to 241:21

```
00241:17      A.  I think, as I explained in the deposition
```

```
18  earlier, the -- yeah.  And as I said in the scope
19  here, that's what our activity was.
20      Q.  (BY MR. DAVIS-DENNY)  Okay.  The answer is
21  "yes" to my question?
```

Page 241:25 to 242:05

```
00241:25  THE WITNESS:  So I think -- I think
00242:01  in -- there was an agreed statement of purpose and
02  specific objectives, and that's what I was --
03  as -- as detailed in this document.
04      Q.  (BY MR. DAVIS-DENNY)  And one of those
05  objections -- objectives was to model flow rate?
```

Page 242:07 to 242:08

```
00242:07      A.  That's the first -- the first sentence
08  says to model flow rates and flow behavior, yes.
```

Page 246:03 to 246:06

```
00246:03      Q.  (BY MR. DAVIS-DENNY)  Sir, that, I don't
04  believe, addressed my question.  My question was:
05  Was it your view in May 2010 that performing PIV
06  experiments could benefit the flow rate analysis?
```

Page 246:11 to 246:20

```
00246:11      A.  I think as part of a whole series of
12  different investigations, we thought that might be
13  one line of attack that might help inform what the
14  flow rate was.  But it was -- it was really a --
15  if you -- if you take a text -- not a textbook of
16  fluid mechanics, but if you take -- if you think
17  through the different approaches one can use to
18  try and measure flow or estimate flow rates, that
19  would be one of the techniques that you would
20  think of.
```

Page 247:17 to 247:19

```
00247:17      Q.  (BY MR. DAVIS-DENNY)  Sorry, sir.  But my
18  question was:  Did BP encourage you to perform the
19  PIV experiments before October 15?
```

Page 247:23 to 248:06

```
00247:23      A.  So BP asked if we could carry out -- as
24  I've mentioned in the deposition, analyze some of
25  the videos using conventional PIV.  But this
00248:01  particular point here in this contract relates to
02  carrying out experiments in analog fluid tanks.
```

```
03  And we were really developing a suite of
04  investigations.  And BP were interested and
05  encouraged us to carry on with those
06  investigations.
```

Page 257:18 to 257:20

```
00257:18      Q.  (BY MR. DAVIS-DENNY)  Okay.  Did BP ever
     19  ask you to assist the flow rate technical group's
     20  PIV analysis?
```

Page 257:22 to 258:14

```
00257:22      A.  No.  When I -- my initial work, as I
     23  explained in the deposition, was to look at the
     24  turbulent buoyant plume, understand how the oil
     25  was migrating through the water column and
00258:01  treating in this lateral intrusion, and I was very
     02  much focused on that in the first instance.
     03          BP then asked as we -- which led to
     04  this contract if we could have a look at
     05  developing -- or look at how we might estimate the
     06  flow rate, and that involved really developing
     07  techniques to try and estimate the flow rate.  And
     08  as I explained early in the deposition, I
     09  explained what we -- what we did in terms of
     10  carrying out these small-scale experiments and
     11  taking our time averaging.
     12      Q.  (BY MR. DAVIS-DENNY)  So the answer is no,
     13  BP did not ask you to assist in the flow rate
     14  technical group's PIV analysis; is that correct?
```

Page 258:16 to 258:20

```
00258:16      A.  I was never asked to be involved with
     17  those people.  That was before my work with BP, as
     18  far as I can recall.  And the -- the terms of this
     19  contract are that this work was confidential to
     20  BP.
```

Page 259:10 to 259:25

```
00259:10      Q.  Do you still have Exhibit 11115 in front
     11  of you?  This is the scope of work --
     12      A.  Yes.
     13      Q.  -- the project agreement?
     14      A.  Yes, yes.
     15      Q.  If you'll look back at "Statement of
     16  purpose," Paragraph 1.1, please.
     17      A.  Yes.
     18      Q.  The last line of that entry reads, "The
     19  work is BP proprietary and cannot be shared with
     20  any other party without BP's prior approval."
```

```
21          Did I get that right?
22     A.  Yes.
23     Q.  Was it BP that asked for that provision to
24 be inserted into the agreement?
25     A.  Yes.
```

Page 261:22 to 261:24

```
00261:22     Q.  (BY MR. DAVIS-DENNY)  Did anyone from BP
     23 ever present to you what their estimate of the
     24 flow rate was prior to October 15th?
```

Page 262:01 to 262:06

```
00262:01     A.  Not as I can recall.  I think they were
     02 asking us to try and see if we could develop a
     03 technique to estimate the flow rate.
     04     Q.  (BY MR. DAVIS-DENNY)  Did BP ever share
     05 with you any of their reservoir modeling prior to
     06 October 15th?
```

Page 262:08 to 262:08

```
00262:08     A.  No, I can't recall seeing any of that.
```

Page 262:17 to 262:19

```
00262:17     Q.  (BY MR. DAVIS-DENNY)  Okay.  Did you ever
     18 have any discussions with BP about the 5,000
     19 barrel per day estimate prior to October 15th?
```

Page 262:22 to 263:16

```
00262:22     A.  I think my -- my perception of the flow by
     23 having looked at the videos and having my
     24 experience of turbulent plumes and having
     25 developed the model was that I thought there would
00263:01 be as I rehearsed in the deposition, I thought
     02 there was some uncertainty in trying to estimate
     03 very specific numbers by -- because of some of the
     04 issues we've rehearsed.  And so I didn't really
     05 discuss -- I wouldn't have discussed a number, but
     06 I think -- I think my discussions with BP were
     07 always around my concern about the -- the -- what
     08 I regarded as an incomplete set of information
     09 with which you could then actually get a
     10 measurement of the flow rate because of the
     11 uncertainties which was leading us to carry out
     12 these experiments and developing this suite of
     13 experimental inquiry.
     14     Q.  (BY MR. DAVIS-DENNY)  Did you believe that
     15 5,000 barrels per day was the most likely estimate
```

```
      16  of the flow rate?
```

Page 263:19 to 264:06

```
00263:19       A.  So as I -- I'm sorry if I wasn't clear in
      20  my deposition.  The different strands of work we
      21  did I think led to different types of that.  But
      22  the work we carried out on the turbulent buoyant
      23  plume was really looking at trying to understand
      24  why we had this whole topology of the flow with
      25  this intrusion at 3 to 400 meters, and I think the
00264:01  models we've developed showed that there was quite
      02  a wide range of possible flow rates that were
      03  consistent with that phenomenology, and so it
      04  would be very difficult to -- and very difficult
      05  from that model to try and -- and we weren't
      06  trying to get a particular number.
```

Page 264:08 to 264:25

```
00264:08       A.  It was -- but we were really understanding
      09  the phenomenology.  The work we carried out,
      10  looking at the video analysis of our angle plumes
      11  seem to suggest a little variability and
      12  uncertainty in trying to use that as a method for
      13  estimating flow rates.  So we didn't have a basis
      14  on which we could actually give any -- any
      15  perspective on specific numbers.  We were trying
      16  to develop --
      17       Q.  You didn't have -- sorry.
      18       A.  We were trying to develop what we regarded
      19  as a -- a sort of -- a methodology to -- to come
      20  out with some assessment, and so until -- and we
      21  hadn't -- we didn't -- we hadn't achieved that --
      22  while we hadn't achieved that, we didn't -- we
      23  weren't able to comment on specific numbers.
      24       Q.  You didn't have a most likely estimate of
      25  the flow rate; is that correct?
```

Page 265:05 to 265:13

```
00265:05       A.  I think as I explained, the -- the models
      06  of the turbulent buoyant plume led to a range of
      07  flow rates consistent with the field observations
      08  of this intrusion, and we were still developing
      09  the other approaches up to the point where it
      10  became privileged.
      11       Q.  (BY MR. DAVIS-DENNY)  Prior to October
      12  15th?
      13       A.  Yes.
```

Page 266:06 to 266:09

```
00266:06      Q.  But you did not, prior to October 15th,
      07  have a single value for the flow rate that you
      08  thought was the most likely estimate; is that
      09  correct?
```

Page 266:12 to 266:18

```
00266:12      A.  Well, we -- we thought the data available
      13  was consistent with the range of values, and it
      14  would be difficult -- and we had no method of
      15  assuming that into a more specific number.
      16      Q.  (BY MR. DAVIS-DENNY)  You don't recall any
      17  conversations with BP specifically about the 5,000
      18  barrel per day estimate, do you?
```

Page 267:01 to 267:10

```
00267:01      A.  So I had numerous -- I was involved in
      02  numerous telephone conversations and numerous
      03  face-to-face meetings arising from producing my
      04  paper on the turbulent buoyant plume and the range
      05  of rates.  And I can't recall specific numbers
      06  being mentioned, but that's not to say they might
      07  have been.  But I think my -- I hope I've made
      08  clear my findings from that work were -- the data
      09  on the intrusion side seemed to be consistent with
      10  the range of numbers.
```

Page 270:07 to 270:10

```
00270:07      Q.  (BY MR. DAVIS-DENNY)  Do you recall any
      08  specific comments that Ellen Williams made to you
      09  about the flow rate estimates in your papers prior
      10  to October 15th?
```

Page 270:12 to 270:15

```
00270:12      A.  Not beyond what I just mentioned in terms
      13  of illustrating the processes occurring and seeing
      14  what the best approach -- best values might be to
      15  illustrate different processes.  For example --
```

Page 270:20 to 272:19

```
00270:20      Q.  (BY MR. DAVIS-DENNY)  I'm sorry.  Please
      21  feel free.
      22      A.  I mean, for example, I think I mentioned
      23  in the deposition there was an illustrative plot
      24  showing the illustrative vertical velocity you'd
      25  see in a plume, and the plots I think we discussed
00271:01  earlier on showed a model calculation of 10,000
      02  and 20,000 barrels per day.  And the velocities
```

```
03   you predict from that as to the flow rate in the
04   center of that plume can then be used to try and
05   inform the size of oil droplets that would rise
06   and be carried with that flow, and larger oil
07   droplets would actually rise faster and actually
08   escape from the flow.
09   So given the overall range of flow
10   rates that seem consistent with the -- the height
11   of rise of the whole system, choosing two
12   illustrative values within that range actually
13   gave some indication of the impossible flow
14   rates -- I'm sorry, the possible droplet size the
15   oil would need to have been broken down to, to be
16   consistent with the model, and I think at one
17   point I -- or initially when I -- so I calculated
18   lots of different illustrative plots, but one
19   point I illustrated a plot with a low value, at
20   one point I illustrated a plot with a high value,
21   and I thought to try and get a better bound --
22   better understanding of the typical size I showed
23   values in the middle of the range, or not in the
24   middle, but I show the two values, the 10 and
25   20,000.  Not in the middle, but represents the
00272:01   values.  But those values, if I'd chosen a value
02   right at the small end and got a very low speed,
03   which would have implied the droplets needed to be
04   extremely small, and if I had a large rate, the
05   velocities would have been higher, which would
06   mean that the oil wouldn't need to be dispersed
07   into such fine droplets.
08   So there were questions of trying to
09   illustrate processes, phenomena like that, which
10   might -- my understanding of that would have
11   developed through discussing and presenting the
12   work.
13          And the people I was discussing the
14   work with were the people in BP, Ellen Williams,
15   Andy Leonard, Peter Carragher, and David Eyton
16   primarily.
17     Q.  Did Ellen Williams suggest changing the
18   illustrative flow rate values in your draft
19   papers?
```

Page 272:21 to 273:12

```
00272:21     A.  So I can't recall in detail, but I think
22   as a result of the discussion, we -- my
23   understanding of the slip velocity, I -- I revised
24   some of the calculations, some of the illustrative
25   calculations after the -- one of the
00273:01   conversations.  But after each of these
02   conversations, I would have evolved different
03   things in the model because I would have
04   understood some other issue, because by being
05   asked questions, a very simple model and thinking
```

```
06   through some of the caveats, that sort of --
07   really trying to improve the -- the way we were
08   forming the hypothesis and the conclusions was
09   forming.
10       Q.  (BY MR. DAVIS-DENNY)  Did Ellen Williams
11   suggest changing the illustrative flow rate in
12   your papers?
```

Page 273:17 to 274:07

```
00273:17       A.  So, as I mentioned, I can't recall and
18   maybe we can refer to it but I can't recall
19   specifically if there was a -- but I think
20   following each of the discussions or presentations
21   and discussions about the work, through the
22   discussion and it might have been through input
23   from the people suggested or it might have been
24   through my own understanding, I -- when you look
25   through the historical trail of the -- the way the
00274:01   paper evolved, I was getting more data and I
02   changed some of the calculations and changed some
03   of the values I was presenting.
04       Q.  Your testimony under oath is that you do
05   not recall whether -- whether or not Ellen
06   Williams suggested changing the illustrative flow
07   rates in your papers; is that correct?
```

Page 274:13 to 274:16

```
00274:13       A.  So there might -- there might be an E-mail
14   in here.  I haven't -- but I --
15       Q.  (BY MR. DAVIS-DENNY)  Based on what's in
16   your head, you don't recall?
```

Page 274:19 to 275:13

```
00274:19       A.  Yeah.  I think -- I think the -- following
20   some of the discussions, it -- we might have -- or
21   it might have arisen that there would be some
22   issue about perhaps how the gas is evolving or the
23   droplets rising or some issue that might mean a
24   particular aspect that I was reporting in one
25   draft might be improved by changing it.  But I --
00275:01   you know, I had many of these conversations with
02   different people.  I mean, perhaps, you can -- so
03   I -- you know, the paper evolved.  It was a live
04   piece of work and I was being given different
05   data, particularly on the CTD protocol.  So, you
06   know, I can't recall anything specific; but you
07   know, if you -- if there is -- it's not to say
08   that that wasn't the case.
09       Q.  (BY MR. DAVIS-DENNY)  Okay.  It's not a
10   trick question.  I'm just asking if you recall.
```

```
11  And I understand your answer to be you don't
12  recall Ellen Williams asking you to change the
13  illustrative flow rates in your paper, correct?
```

Page 275:19 to 276:12

```
00275:19      A.  Yeah, I mean -- yeah, in all the research
      20  that I carry out, you develop a model and you get
      21  predictions.  Often when you explain the work to
      22  somebody, you -- things -- the ideas gel in a
      23  different way.  You have to communicate that with
      24  someone that enhances your understanding and then
      25  you think through -- you can see a better way to
00276:01  communicate a particular idea, and that might have
      02  been -- so it might have been the consequence of
      03  the discussion was to illustrate a particular
      04  point, one would do better to do one thing than
      05  another.  But I haven't a specific
      06  recommendation -- if there was a change, it would
      07  have been inspired by some -- as far as I recall,
      08  it would have been inspired by some understanding
      09  or trying to illustrate some sort of point about
      10  the physics or the process.
      11      Q.  (BY MR. DAVIS-DENNY)  Did you change the
      12  illustrative flow rates in your paper over time?
```

Page 276:14 to 276:17

```
00276:14      A.  Yes.  They did change over time.  And so I
      15  actually had to look at that.
      16      Q.  (BY MR. DAVIS-DENNY)  Were those changes
      17  made in response to feedback you received from BP?
```

Page 276:19 to 277:22

```
00276:19      A.  I think this was an evolving piece of
      20  science and I -- I carried out a number of
      21  calculations.
      22          So in the illustrative calculations,
      23  I was looking at the structure of the flow
      24  properties and the plume at height; and in the
      25  very early draft I produced, I -- I produced -- I
00277:01  think it had a very -- it was about 5,000 barrels
      02  per day, that number; and then I produced a draft
      03  for -- I think I had 40,000 barrels a day; and
      04  then I had one where I had ten to 20,000 barrels a
      05  day.
      06          In all the time in producing those
      07  plots, I was thinking through the different issues
      08  I was trying to illustrate and demonstrate with
      09  those plots, being things like what's the recipe
      10  that the droplets that will rise through the flow
      11  with that particular velocity and what would that
```

```
12  imply about the way the flow was dis- -- actually
13  break up into small droplets from the source, and
14  I was trying to get -- I was trying to evolve, as
15  always, to get -- and I was also wondering about
16  how the gas would influence the flow; but all the
17  time, trying to evolve to something that provides
18  a -- an understanding or insight into these
19  different controls, the limitations of the model.
20      Q.  (BY MR. DAVIS-DENNY)  Did BP's feedback
21  have any role in the changes you made to the
22  illustrative flow rates in your draft papers?
```

Page 277:24 to 279:04

```
00277:24      A.  So I think it's difficult to disentangle
     25  everything, but there was a lot of -- there was
00278:01  new data arriving all the time from different CTD
     02  casts.
     03          There was information about, you
     04  know, as I mentioned earlier on, the temperature
     05  of the oil and how that influenced the flow.  And
     06  I guess there was information about the profile of
     07  the stratification of the water column that came
     08  from some of these the CTD casts as well.
     09          So all that information -- and then
     10  my presentation and discussion of what the results
     11  implied led to -- it was an evolving document,
     12  evolving piece of work as I understand more about
     13  the processes.  It's quite a complicated problem
     14  and, you know, this is work I started in the
     15  middle of May from my hypothesis and then I was
     16  trying to explore the different possible controls
     17  in terms of what the oil droplets would do, the
     18  gas and the flow.
     19          So, in presenting that work to other
     20  people, you -- you generate ideas when they ask
     21  questions about other things you can explore to
     22  try and make -- deepen your understanding of the
     23  processes.
     24          That's how I carry out my -- that's
     25  how science is carried out.  It's -- you know,
00279:01  you -- you develop an idea or a hypothesis and you
     02  test it; and then if you communicate it and you
     03  get feedback from people, it helps inform your
     04  understanding.
```

Page 279:09 to 279:11

```
00279:09      Q.  Did you change the numbers in your paper
     10  in response to comments that BP made on your
     11  papers?
```

Page 279:15 to 280:14

```
00279:15      A.  So I can take the specific example where I
      16  think we saw there was an E-mail from David Eyton.
      17  He said in this draft document that I had used
      18  slightly different numbers at different points in
      19  the text and that was because this was a live
      20  document and, you know, I was -- I was evolving
      21  specific things in the paper to try and illustrate
      22  specific points.  And that was really an editorial
      23  comment that was very helpful so that I could
      24  actually make the numbers all consistent through
      25  rather than having the slight differences between
00280:01  the different points, and that's -- you know,
      02  that's one of the things when you're writing a
      03  paper, you know, it's actually -- it's editorial
      04  issues as well.  So that's a specific example
      05  where he identified those -- some differences
      06  through the paper and I -- that was a useful
      07  comment which I addressed.  So that's one example
      08  where, yes, he had an input; and I addressed his
      09  comment.
      10      Q.  (BY MR. DAVIS-DENNY)  Okay.  In your --
      11  you view the flow rates that were in your early
      12  paper that Dr. -- or Mr. Eyton was commenting on
      13  to have been just slightly different?  Is that
      14  your testimony, sir?
```

Page 280:18 to 281:15

```
00280:18      A.  Okay.  So in the context of what I was
      19  trying to do with that piece of research, which
      20  was trying to understand if a -- you know, a large
      21  flux of oil droplets mixing with water would, as a
      22  result of entraining the deep seawater, which is
      23  stably stratified would actually lead to an
      24  intrusion at a range of heights of three to 400
      25  meters in the context of that, the testing of that
00281:01  hypothesis, as I have mentioned, the model is --
      02  is a wide range of flow rates that are consistent
      03  with that -- the model prediction of an intrusion
      04  in that range of heights, as I've explained
      05  according to the model predictions; and that's
      06  consistent with classical theory of turbulent
      07  plumes.
      08          So, in the context of that, I was --
      09  and there's uncertainties, as I mentioned, in
      10  terms of where that intrusion would have spread.
      11  Was it the neutral height or just above the
      12  neutral height?  How much mixing occurred there?
      13  Did some oil separate at the top of the plume?
      14  So, in the context, that's why I was trying to get
      15  ranges of values that were consistent.  So --
```

Page 282:02 to 282:05

00282:02      Q.  (BY MR. DAVIS-DENNY)  Let's look at
       03 Exhibit 11117.  It was a document from earlier.
       04 It's the June 15th draft of your paper.
       05      A.  Okay.

Page 282:10 to 282:19

00282:10      Q.  (BY MR. DAVIS-DENNY)  I'd like you to look
       11 at page -- the Bates page ending in 710; and by
       12 the way, by the time you issued this draft of your
       13 paper, you had received comments from BP on your
       14 earlier drafts of this paper; is that correct?
       15      A.  Yes.  Yes.
       16      Q.  Okay.  And specifically you had received
       17 comments from Mr. Eyton on the flow rate numbers,
       18 on some of the flow rate numbers in your draft
       19 paper; is that correct?

Page 282:21 to 282:24

00282:21      A.  So there was an E-mail which he sent.  I
       22 can't recall the date of this E-mail and -- but I
       23 had -- I received an E-mail from him but he
       24 mentioned there was -- yes.

Page 285:16 to 285:20

00285:16      Q.  (BY MR. DAVIS-DENNY)  I'm sorry.  You do
       17 not say in your paper that your observations are
       18 consistent with model predictions for source
       19 rates -- source flow rates in the range of 5,000
       20 to 50,000 barrels per day; is that correct?

Page 285:22 to 286:14

00285:22      A.  So I think -- I think I'm -- if we step
       23 back, the objective of this paper isn't to give a
       24 range of flow rates.  It's to actually try and
       25 understand and rationalize where this intrusion
00286:01 was occurring and I wasn't trying to use this any
       02 way as a flow meter.  That wasn't the objective.
       03           And there was a series of new data
       04 arising continuously changing the exact location
       05 of this -- this yellow zone, the new data coming
       06 in and the other point I had mentioned is that
       07 the -- the red and the blue lines were also
       08 subject to the particular assumptions one makes
       09 what happens to the gas phase in this plume and
       10 what the temperature was and how much of that heat
       11 transfer occurred into the rising water.  So
       12 there's a number of other assumptions that were
       13 built in in terms of looking at the sensitivity of

```
        14   these plots.
```

Page 286:18 to 287:06

```
00286:18       Q.  Midway through that paragraph, it begins
      19   in Figure 3.  About five lines down, there's a
      20   sentence that begins "these observations are
      21   consistent."
      22              Do you see that?
      23       A.  Yeah.
      24       Q.  These observations are consistent with the
      25   model predictions for source flow rates in the
00287:01   range of 2,000 to 40,000 barrels per day.
      02              That's what you wrote; is that right?
      03       A.  That's what I wrote, yes.
      04       Q.  And that's what you said in your June 15th
      05   draft of this paper?
      06       A.  Yes.
```

Page 288:13 to 288:13

```
00288:13   (Marked Exhibit No. 11128.)
```

Page 288:19 to 288:24

```
00288:19       Q.  (BY MR. DAVIS-DENNY)  If you will, please
      20   turn to the page that's Bates numbered 150 at the
      21   end of it.
      22       A.  This -- yes.
      23       Q.  You see that?
      24       A.  Yes.
```

Page 289:07 to 289:17

```
00289:07       Q.  (BY MR. DAVIS-DENNY)  So the record is
      08   clear, this is a June 2nd, 2010, draft of your
      09   paper; is that correct?
      10       A.  Yes, that's right.  That's correct.
      11       Q.  And this is a draft that you authored?
      12       A.  That's correct, yes.
      13       Q.  If you turn to the second page of your
      14   draft, midway down the first full paragraph, do
      15   you see the reference to "a flow rate of order,"
      16   5,000 to 50,000 barrels per day?
      17       A.  Yes, I do.
```

Page 289:20 to 290:04

```
00289:20   MR. DAVIS-DENNY:  Let's mark this as
      21   an exhibit, please.  It will be Exhibit 11129.
      22              (Marked Exhibit No. 11129.)
      23       Q.  (BY MR. DAVIS-DENNY) Is this a May 15th,
```

```
    24  2010, draft of your paper?
    25      A.  Yes.  That's what this is.
00290:01      Q.  Okay.  If you'll look at the second
    02  paragraph under the -- the introduction, does --
    03  does it reference flow rates in the range of
    04  10,000 to 100,000 barrels per day?
```

Page 290:06 to 290:10

```
00290:06      A.  Yes, it does, yes.
    07      Q.  (BY MR. DAVIS-DENNY)  Can you please turn
    08  back to Exhibit 11114, which was United States
    09  Tab 5.  It was are document that was marked
    10  earlier today the last three digits are 114?
```

Page 290:18 to 291:06

```
00290:18      Q.  (BY MR. DAVIS-DENNY)  Okay.  If you'll
    19  please look at the second page of that exhibit,
    20  and do you see the E-mail that you received from
    21  BP's Peter Carragher on May 14th of 2010?
    22      A.  Yes.
    23      Q.  Okay.  Mr. Carragher said to you that he
    24  had a couple of questions; is that correct?
    25      A.  Yes.
00291:01      Q.  What was Mr. Carragher's first question to
    02  you?
    03      A.  "Do you have a comment on the methodology
    04  proposed by Prof Wereley for estimating flow
    05  rates?  Maybe you are familiar with his book.  See
    06  the following link."
```

Page 291:13 to 291:15

```
00291:13  (Marked Exhibit No. 11130.)
    14      Q.  (BY MR. DAVIS-DENNY)  Is this the article
    15  that Mr. Carragher sent you the link to?
```

Page 292:01 to 292:14

```
00292:01      Q.  (BY MR. DAVIS-DENNY)  Is this the article
    02  that you were sent the link to by Mr. Carragher?
    03      A.  I think so.
    04      Q.  Did you read this article at the time?
    05      A.  Yes, I think that's -- I think I did, yes.
    06      Q.  Do you see the paragraph three paragraphs
    07  from the bottom that says "BP spokeswoman Rebecca
    08  Bernhard said the company is standing by the
    09  5,000-barrel figure"?
    10      A.  Yes.
    11      Q.  Did BP, at the time when they sent you
    12  this article, inform you that BP employees had
    13  concerns with BP standing behind the
```

```
        14  5,000-barrel-per-day figure?
```

Page 292:17 to 292:21

```
00292:17        A.  I don't recall ever discussing that.
      18        Q.  (BY MR. DAVIS-DENNY)  When BP sent you
      19  this article, did BP inform you that their
      20  employees believed the 5,000-barrel-per-day number
      21  had little, if no, origin?
```

Page 292:24 to 292:25

```
00292:24        A.  I really don't recall discussing that with
      25  them.
```

Page 296:05 to 296:11

```
00296:05  Prior to October 15, 2010, but
      06  following April 20, 2010, did you speak to anyone
      07  with Halliburton about any aspect of the Macondo
      08  Well blowout which occurred on April 20, 2010?
      09        A.  As far as I know, I didn't.
      10        Q.  You did not?  Okay, sir.
      11        A.  As far as I know.
```

Page 297:24 to 298:13

```
00297:24  Sir, do you have any knowledge about
      25  any conduct on the part of Halliburton occurring
00298:01  between April 22, 2010, through September 19,
      02  2010, relating to the attempt to determine flow
      03  rate or volume of hydrocarbons discharged from the
      04  Macondo Well?
      05        A.  Sorry, could you repeat that again --
      06        Q.  Yes, sir.
      07        A.  -- I --
      08        Q.  Do you have any knowledge about any
      09  conduct on the part of Halliburton occurring
      10  between April 22, 2010, through September 19,
      11  2010, relating to the attempt to determine the
      12  flow rate or volume of hydrocarbons discharged
      13  from the Macondo Well?
```

Page 298:16 to 298:22

```
00298:16        A.  Not that I know.  Not that I can recall.
      17        Q.  Okay, sir.  Do you have any knowledge
      18  about any conduct on the part of Halliburton
      19  occurring between April 20, 2010, through
      20  October 14, 2010, relating to the attempt to
      21  determine the flow rate or volume of hydrocarbons
      22  discharged from the Macondo Well?
```

Page 298:24 to 299:09

```
00298:24      A.  Sorry, was that the same question you
      25  just -- ?
00299:01      Q.  (BY MR. GODWIN)  Same question, but it
      02  extends now from April 22, 2010, up through and
      03  through October 14, 2010, the day before you
      04  became a consulting expert to BP.  I want to know
      05  if you know anything about any conduct on the part
      06  of Halliburton occurring between that period
      07  relating to the attempt to determine the flow rate
      08  or volume of hydrocarbons discharged from the
      09  Macondo Well during that period.
```

Page 299:11 to 299:11

```
00299:11      A.  Not -- not that I can recall --
```

Page 299:13 to 299:20

```
00299:13      A.  -- today.
      14      Q.  When you say you can't recall, are you
      15  telling us that you may have had conversations but
      16  don't recall; or are you saying you did not have
      17  any conversations or have any knowledge about any
      18  Halliburton involvement during that referenced
      19  period, which I'm saying ended as of October 14,
      20  2010?
```

Page 299:23 to 300:16

```
00299:23      A.  So I'm not aware of any.  But I was
      24  involved, as I've explained in the deposition, in
      25  some telephone conversations with people in the
00300:01  U.S. during the event.  And I don't have a record
      02  of all the people who were in all those telephone
      03  conversations.  So I -- so there was a prime
      04  person and I don't know if Halliburton had
      05  anything to do with any of those.
      06      Q.  (BY MR. GODWIN)  Well, that's my point,
      07  is -- is that while you say you were in
      08  conversations with people in the U.S., I want to
      09  know if -- if any -- with any call or any meeting
      10  you were ever involved in from April 22, 2010, up
      11  through October 14, 2010, were you in a meeting
      12  where the -- where the subject of determining the
      13  rate of flow of hydrocarbons from the Macondo Well
      14  was discussed when a Halliburton employee or
      15  representative was identified as being in -- in
      16  attendance, also?
```

Page 300:19 to 301:09

```
00300:19      Q.  (BY MR. GODWIN)  Were you, sir?
      20      A.  So as far as I know, there weren't.  But I
      21 didn't keep a record of all the people who -- and
      22 I -- and I wasn't always aware of all the people
      23 who -- every telecon that I was involved with.  So
      24 as far as I know, I didn't.  But I was involved in
      25 a number of telecons where there were -- I didn't
00301:01 know who all the people in the audience were.
      02      Q.  But -- but what I'm asking you, sir, is --
      03 while you may not have known who all was on the
      04 call, my question is:  Was anyone ever introduced
      05 to you or identified as being on a call as being
      06 an employee of Halliburton or representative of
      07 Halliburton from April 22, 2010, up to and through
      08 October 14, 2010?
      09      A.  Not as far as I can --
```

Page 301:13 to 301:13

```
00301:13      A.  Not as far as I can recall --
```

Page 301:15 to 301:21

```
00301:15      A.  -- given my caveat that I was in these
      16 meetings.
      17      Q.  Okay, sir.  Do you have any information or
      18 knowledge about Halliburton's involvement and
      19 quantification or the relief efforts up -- or
      20 during the period April 22, 2- -- April 22, 2010,
      21 through October 14, 2010?
```

Page 301:24 to 302:04

```
00301:24      Q.  (BY MR. GODWIN)  And I'm not asking you to
      25 speculate or guess.  I just want to know what
00302:01 knowledge or information you have, if any,
      02 regarding Halliburton's involvement, if any.
      03      A.  As I sit here today, I can't think of
      04 anything.
```

Page 302:06 to 302:09

```
00302:06 Do you personally have any criticism
      07 about any of Halliburton's conduct relating to any
      08 quantification or relief efforts from April 22,
      09 2010, through October 14, 2010?
```

Page 302:12 to 302:14

```
00302:12      A.  I guess since I'm not aware of what the
```

```
        13  relief efforts were, I'm not in a position to
        14  critique them --
```

Page 302:16 to 302:20

```
00302:16        A.  -- as far -- as far as I'm aware today.
        17        Q.  So then, you have no criticism of anything
        18  that Halliburton did or did not do during the
        19  period of April 22, 2010, through October 14,
        20  2010, do you, sir?
```

Page 302:24 to 303:01

```
00302:24        A.  I think just given the fact I don't know
        25  as I sit here today what Halliburton did, I'm not
00303:01  in a position to critique that.
```

Page 303:03 to 303:08

```
00303:03  And as a 30(b)(6) representative for
        04  the BP Institute, do you have any criticism about
        05  any of Halliburton's conduct, what it did or did
        06  not do, relating to any quantification or relief
        07  efforts for the period April 22, 2010, through
        08  October 14, 2010 --
```

Page 303:24 to 304:10

```
00303:24        Q.  (BY MR. GODWIN)  It could be that as a
        25  representative of the company, you've learned --
00304:01  that is, for BPI -- that you've learned from
        02  others about a criticism about Halliburton during
        03  that period; not that you personally observed, but
        04  you might have learned from others.
        05            I want to know:  As a 30(b)(6)
        06  witness, do you have any -- do you know of any
        07  criticism by anyone about any of Halliburton's
        08  conduct relating to any quantification or relief
        09  efforts from April 22, 2010, through October 14,
        10  2010?
```

Page 305:06 to 305:07

```
00305:06        A.  As I sit here today, I don't -- I can't
        07  think of any -- anything.
```

Page 305:14 to 305:20

```
00305:14  Do you know of anyone who has come
        15  forward with evidence or information that has been
        16  given to you by any means that a Halliburton
        17  representative acted inappropriately with respect
```

```
18   to any aspect of quantification or relief efforts
19   on and after April 22, 2010, through October 14,
20   2010?
```

Page 306:01 to 306:09

```
00306:01        Q.  Have you learned of any facts, no matter
      02   from whom or how you might have gained access to
      03   those facts, that suggest that a Halliburton
      04   employee or representative acted inappropriately
      05   in any manner with respect to any aspect of the
      06   quantification or relief efforts during the period
      07   April 22, 2010, through October 14, 2010?  Any
      08   inappropriate conduct by my client during that
      09   period.
```

Page 306:12 to 306:13

```
00306:12        A.  So again as I sit here today, I can't
      13   think of anything.
```

Page 307:13 to 308:19

```
00307:13        Q.  (BY MR. GODWIN)  I'm just asking you:
      14   Have you heard -- and I'm not trying to educate
      15   you about something you may not have heard about.
      16   But in connection with your work related to the
      17   Macondo Well and the blowout --
      18        A.  Yeah.
      19        Q.  -- and all the work you did thereafter, up
      20   through and -- up through October 14, 2010, did
      21   you learn that there had been established a
      22   Unified Area Command Team to work with the parties
      23   involved with the well?
      24        A.  So -- so perhaps I can answer it by
      25   explaining what I understood at the time.
00308:01        Q.  Okay, sir.
      02        A.  And I understood -- so I communicated with
      03   Peter Carragher, and there's a series of E-mails
      04   where we can see those communications.
      05        Q.  A gentleman from BP?
      06        A.  A gentleman from BP.
      07        Q.  All right.
      08        A.  And I understood he was involved in some
      09   group, and I'm not sure what the group was called.
      10   It might have been this group.  But he was
      11   involved in some group that was managing different
      12   aspects of the management of the event after
      13   the -- April 20th.  So I understand he was
      14   involved in some of that, and there was a group he
      15   was involved with.
      16        Q.  Okay.  And -- and did you learn that there
      17   was an admiral with the United States Coast Guard
```

```
        18  involved in some aspects of efforts following the
        19  blowout of the well?
```

Page 308:21 to 309:15

```
00308:21      Q.  (BY MR. GODWIN)  Did you learn that, sir?
        22      A.  So I think in one of the E-mails or it
        23  might have been in one of the telecons that I had
        24  with Peter Carragher, he mentioned he had shown
        25  the -- I think the photograph of the laboratory
00309:01  experiment I described to an admiral, I think in
        02  the Coast Guard.  I think that's --
        03      Q.  All right.
        04      A.  And I think -- or at least somebody in --
        05  in the Coast Guard.  And I think it was an
        06  admiral, as I recall.  And so I inferred from that
        07  that there was someone of that nature involved in
        08  the activity.
        09      Q.  All right, sir.  Did you learn through any
        10  source, up to and through October 14, 2010,
        11  following the blowout event on April 20, that any
        12  Halliburton representative, employee, or
        13  contractor was a member of -- of a -- of a team or
        14  a group known as the Unified Area Command?  Did
        15  anybody ever say anything like that to you --
```

Page 309:18 to 309:19

```
00309:18      Q.  (BY MR. GODWIN)  -- through October 14,
        19  2010?
```

Page 309:22 to 310:02

```
00309:22      A.  So to -- if I can put that in my words.
        23  You're asking did I -- was I aware if there were
        24  any Halliburton employees involved in this --
        25      Q.  (BY MR. GODWIN)  In this Unified Area
00310:01  Command?
        02      A.  As far as I recall, I was not.
```

Page 310:04 to 310:09

```
00310:04  Now, regardless of how you might have
        05  learned the information, are you aware of any
        06  Halliburton representative who was involved in any
        07  decision-making process relating to quantification
        08  or relief activities from April 22, 2010, through
        09  October 14, 2010?
```

Page 310:12 to 310:15

```
00310:12      A.  So as far as I know, I understand -- from
```

```
13  what I can recall, I didn't, no.
14       Q.  (BY MR. GODWIN)  You did not?
15       A.  I did not.
```

Page 310:17 to 310:23

```
00310:17  And with regard to the flow rate work
      18  that you were involved with -- you personally were
      19  involved with in dealing with Mr. Carragher and
      20  others with BP, did anyone with Halliburton
      21  provide you with any information that you used to
      22  discharge your duties, whatever they might have
      23  been, up through October 14, 2010?
```

Page 311:01 to 311:03

```
00311:01       A.  Not as far as I'm aware.
      02       Q.  (BY MR. GODWIN)  Okay, sir.
      03       A.  -- as far as I can recall.
```

Page 311:05 to 311:11

```
00311:05  And to your knowledge, did anyone
      06  from Halliburton -- excuse me -- Halliburton
      07  provide anyone with your company, BP Institute or
      08  the organization, with any suggestions or comments
      09  regarding how to proceed relating to the
      10  activities of the BP Institute concerning
      11  quantification or relief activities --
```

Page 311:13 to 311:14

```
00311:13       Q.  (BY MR. GODWIN)  -- up through October 14,
      14  2010?
```

Page 311:17 to 312:02

```
00311:17       A.  Not as far as I'm aware.
      18       Q.  (BY MR. GODWIN) Sir, I've -- one last
      19  question, maybe two; I think it's one.  What -- it
      20  appears to me that what you are saying to all of
      21  my questions is that so far as your involvement
      22  went with the BPI -- BP Institute and with BP,
      23  from April 22, 2010, through October 14, 2010, you
      24  knew of no involvement that my client,
      25  Halliburton, had with regard to the quantification
00312:01  or relief activities.  Is that a fair statement,
      02  sir?
```

Page 312:05 to 312:11

```
00312:05       A.  As far as I can recall, I had no
```

```
06  information about that.
07       Q.  (BY MR. GODWIN)   About Halliburton --
08       A.  Yeah.
09       Q.  -- being involved in any way?
10       A.  As far as I can recall, I had no
11  information, no.
```

Page 312:24 to 313:06

```
00312:24  Throughout the course of this
      25  deposition, there has been testimony regarding a
00313:01  paper entitled, "Some Dynamical Constraints on Oil
      02  Plumes Rising Through Deepwater," correct?
      03       A.  Yes.  Correct.
      04       Q.  And Professor Woods, that paper was
      05  submitted for publication, was it not?
      06       A.  Yes, it was.
```

Page 313:19 to 314:02

```
00313:19  (Marked Exhibit No. 11131.)
      20       Q.  (BY MS. HARVEY) -- 11131 with the Bates
      21  number beginning BPI_00000088.  It has the title
      22  at the top "Some dynamical constraints on oil
      23  plumes rising through deep-water" and it has a
      24  date on it of September 2010.
      25            Is this a version of the "dynamical
00314:01  constraints" paper drafted at about that time
      02  period, September 2010?
```

Page 314:04 to 314:04

```
00314:04       A.  Yes, this is, I think.  Yes.
```

Page 314:19 to 315:12

```
00314:19       Q.  (BY MS. HARVEY)  And if you see on the
      20  page ending in 89, the second page of the
      21  document --
      22       A.  Yes.
      23       Q.  -- the second to last sentence and the
      24  page reads:  "This corresponds to model flow rates
      25  at the well in the range of 2,000 to 50,000
00315:01  barrels per day."
      02            Did I read that correctly?
      03       A.  Yes, I think so.
      04       Q.  And in the June paper, there was a rate
      05  range listed as 2000 to 40,000 barrels per day; is
      06  that correct?  We can refer back to that document.
      07       A.  Yes.  Yes.  If that's the case, yes.  One
      08  of the June documents, I think, yes.
      09       Q.  Okay.  And what additional understanding
      10  did you obtain that led to the change in the upper
```

```
11   bound of the flow rate from 40,000 to 50,000
12   barrels per day?
```

Page 315:14 to 315:21

```
00315:14      A.  So I think there was -- there were a
    15   number of simplifications and assumptions that I
    16   had used in developing the model, and I suppose
    17   with time you -- you recognize different types of
    18   calculation you can do to actually help inform
    19   the -- inform your understanding of the results in
    20   terms of how those other processes might affect
    21   the answer; and so, in detail, I -- I can't recall
```

Page 315:24 to 316:02

```
00315:24   might have been.  So the -- I think there was data
    25   from the CTD surveys and there was more data
00316:01   showing a range of heights that might have
    02   informed some of the uncertainty.  There was -- I
```

Page 317:19 to 317:25

```
00317:19   So -- and I think also just trying
    20   to -- so I think I was trying to be -- just get
    21   ranges based on that and I -- there was, you know,
    22   a lot -- a lot more calculations that you can do
    23   to look at all these sensitivities and some of
    24   that work was ongoing, but it's not -- and some of
    25   that moved into what took place October 15.
```

Page 318:20 to 319:01

```
00318:20      Q.  (BY MS. HARVEY)  And is this the version
    21   that you submitted for publication?
    22      A.  I think this is -- this is the version,
    23   yes.  I think this is.  I -- it was in September I
    24   submitted a version to -- I think it was in
    25   September to Geophysical Research Letters, and
00319:01   this might have been the version.
```

Page 319:08 to 319:11

```
00319:08      Q.  Okay.  And do you recall receiving a
    09   response from the Geophysical Letters publication?
    10      A.  Yes.  They sent me two referees' reports
    11   back about the paper.
```

Page 320:10 to 321:03

```
00320:10      Q.  And do you -- after the referees' reports
    11   came in, did the publication give you a decision
```

```
     12   on whether or not it was going to publish the
     13   work?
     14        A.   So I can't remember -- so I can't remember
     15   in detail but the normal process -- so the editor
     16   will make a decision; but often, you know, one
     17   goes back and revises papers and resubmits them to
     18   continue the publication process.
     19             So I can't recall -- it might have
     20   been in this case the editor.  I just can't
     21   recall.  I mean, but he -- I can't recall he --
     22   perhaps we can look at the document, but he -- it
     23   was either saying he didn't want to publish this
     24   paper as it was or saying it needed substantial
     25   revision to include the effect of gas in the model
00321:01   because the second referee has asserted that and
     02   made a major difference or a major impact on the
     03   results.
```