

Figure 29: Choke Line Dimension Schematic

CONFIDENTIAL

44 of 83

TREX 011705.0044

Table 9: Choke Line Dimension Schematic[30]

| Name | Callout Label | Dimension (inches) | Notes |
|---|---|---|---|
| Capping Stack Main Bore | φA | 18.78 | Referenced from geometry created from scans |
| Single Ram Bore Length | B | 46.89 | Referenced from geometry created from scans |
| Double Ram Bore Length | C | 23.48 | Referenced from geometry created from scans |
| Choke Outlet/Spool Bore Diameter | φD | 4-1/16 | 008_Side Outlet Valve Detail.pdf, LNL075-013264 - LNL075-013266 |
| Dual Gate Valve Bore Diameter | φE | 3-1/16 | 008_Side Outlet Valve Detail.pdf |
| Transition Spool Diameter | φF | 3-1/16 | 008_Side Outlet Valve Detail.pdf |
| Choke Outlet/Spool End Position | G | 19 | Referenced from geometry created from scans |
| Gate Valve Length | H | 37.94 | 008_Side Outlet Valve Detail.pdf |
| Angle | I | 30° | 008_Side Outlet Valve Detail.pdf |
| Transition spool blind extension | J | 11.5 | on-site measurements |
| Gate valve blind extension | K | 9.62 | on-site measurements |
| Vertical Run Length | L | 35.48 | Transition flange position of 34.48" (Relative to gate valve centerline)+ 1" for Ring |
| Vertical Run Back Length | M | 27 | 26" scaled from drawing + 1" for Ring |
| Inlet Spool Length | N | 48.125 | 032_Physical Measurements-refer to document from 2011.11.15.xlsx. BP-HZN-2179MDL06907946 |
| Crossover Fitting Overall Length | O | 3.78 | 032_Physical Measurements-refer to document from 2011.11.15.xlsx |
| Crossover Fitting Taper Length | P | 1.09 | 032_Physical Measurements-refer to document from 2011.11.15.xlsx |
| Inlet Spool Diameter | φQ | 3.05 | 032_Physical Measurements-refer to document from 2011.11.15.xlsx, 7a and 7b |
| Outlet Spool Inner Diameter | φR | 2.88 | 22-Nov-2010 document (pdf) |
| Outlet Spool Taper Length | S | 2 | 032_Physical Measurements-refer to document from 2011.11.15.xlsx |
| Outlet Spool Entrance Length | T | 6 | 032_Physical Measurements-refer to document from 2011.11.15.xlsx |
| Outlet Spool Horizontal Length | U | 35.75 | 032_Physical Measurements-refer to document from 2011.11.15.xlsx |
| Outlet Spool Vertical Length | V | 39 | 032_Physical Measurements-refer to document from 2011.11.15.xlsx |
| Bend Radius | W | 15 | 004_CC40HP Choke Pipe Dimensions.pdf. SNL144-000396 |
| Choke Valve | Choke Valve | N/A | 002_Assembly Drawings (3).pdf, IGS076-000671 - IGS076-000675, and E-mail From Cameron: "LNL067-6068-6081.pdf". |
| Ring Type 1 | Ring Type 1 | N/A | Shape and Position of Ring Type 1 (Part # 671) was obtained from scans |

---

[30] Dimensions not explicitly called-out have been obtained from scan data.

CONFIDENTIAL

TREX 011705.0045

## Transition Spool to Inlet Spool connection

A Ring Type 1 was used to connect to the Inlet and Transition Spools.  The Ring Type 1 was placed into the transitional spool taper shown in Figure 30.



Figure 30: Transition Spool outlet taper

The smaller (inner) diameter of the transition spool taper was measured indirectly with the expanding gauge.  The expanding gauge were used to directly measure the diameter of the taper when the expanding gauge were placed on the taper ledge.  A CAD model of the expanding gauge was created from measurements of the expanding gauge itself.  The CAD model of the expanding gauge is shown in Figure 31 overlaid a photo of the expanding gauge for comparison (The gauge arms were placed to equal the measured 3.710 inch diameter).



Figure 31: 3D CAD of the Gauge based on measured gauge reading of 3.71".  The gauge "arms" are drawn in to represent their position during measurement.  An average cylinder gauge diameter of 0.338" was used.

CONFIDENTIAL

TREX 011705.0046

By assuming taper tangency with the expanding gauge ends the smaller diameter can be calculated (Figure 32), using the measured Tamper depth of 1.08 inch (for reference the Kill Line depth was 1.07 inch) and the tapers' larger diameter of 4.52 inch.



Figure 32: Taper reconstructed using tangency of the end of the gauge

The scanned data for Ring Type 1 (Part # 671) was placed in the transitional spool outlet taper as shown in Figure 33.



Figure 33: Ring Type 1 (Part #671) in transitional spool taper outlet

The fluid passage was created using the scan data to create the fluid passage geometry shown in Figure 34. The fluid passage was extended to the top of the ring and then again to the crossover fitting (as the inlet spool was assumed to butt against the top of the ring type 1). The extra length (1 inch) of vertical run created by Ring Type 1 was measured in the CAD software.

CONFIDENTIAL

TREX 011705.0047



Figure 34: Choke Valve flow path geometry (green), overlaid with engineering drawing

## Choke Valve Geometry

The fluid passage geometry through the choke valve was created from the obtained engineering drawings[31] and the critical dimensions were checked[32].  The choke geometry is overlaid with the provided engineering drawings (Figure 35) to show the accuracy of the created geometry.

---

[31] 002_Assembly Drawings (3).pdf, IGS076-000671 - IGS076-000675.
[32] LNL067-6068-6081.pdf

CONFIDENTIAL

TREX 011705.0048



Figure 35: Choke Valve flow path geometry (green), overlaid with engineering drawing

The Cameron Willis flow curve CFD model (Appendix III) used the same geometry as the choke valve geometry in Figure 35.  The good agreement between the Cameron Willis flow curve and the Cameron Willis flow curve confirms the accuracy of the geometry for the purposes of CFD modeling.

## Appendix III (Roughness)

The remaining wall roughness values are reported in Figure 36, Figure 37, Figure 38 and Figure 39.



Figure 36: Wall Locations and roughness values 2

CONFIDENTIAL

TREX 011705.0049



Figure 37: Choke Line Wall Locations and roughness values 1

CONFIDENTIAL

TREX 011705.0050



Figure 38: Choke Line Wall Locations and roughness values 2



Figure 39: Choke Line Wall Locations and roughness values 3

CONFIDENTIAL

TREX 011705.0051

## Appendix IV (Material Properties)

The materials properties for the oil and gas phases in the CFD simulations were obtained from the PVT Table provided by Dr. Aaron Zick. An abbreviated selection of the properties and pressure points at 200°F are presented in Table 10.

Table 10: PVT Table, 200°F

| Pres (psia) | Liq Vol Frac | Gas Vol Frac | Liq Den (kg/m3) | Gas Den (kg/m3) | Density (kg/m3) | Liq Vis (cp) | Gas Vis (cp) |
|---|---|---|---|---|---|---|---|
| 6599.5 | 1 | 0 | 560.3 | 483.42 | 560.3 | 0.14232 | 0.08638 |
| 2190 | 0.33418 | 0.66582 | 703.66 | 126.97 | 319.69 | 0.42998 | 0.01782 |
| 2343 | 0.35666 | 0.64334 | 698.51 | 137.06 | 337.31 | 0.41117 | 0.01857 |
| 2376 | 0.36142 | 0.63858 | 697.42 | 139.26 | 340.99 | 0.40731 | 0.01874 |
| 2490 | 0.37759 | 0.62241 | 693.71 | 146.89 | 353.36 | 0.39451 | 0.01935 |
| 2615 | 0.39486 | 0.60514 | 689.73 | 155.33 | 366.34 | 0.38133 | 0.02006 |
| 3051 | 0.45107 | 0.54893 | 676.55 | 185.36 | 406.92 | 0.34135 | 0.02281 |
| 3374 | 0.48864 | 0.51136 | 667.41 | 208.16 | 432.57 | 0.31667 | 0.02514 |
| 3661 | 0.51919 | 0.48081 | 659.67 | 228.83 | 452.52 | 0.29754 | 0.02742 |
| 4138 | 0.56447 | 0.43553 | 647.5 | 264.09 | 480.51 | 0.27037 | 0.03167 |
| 4738 | 0.61329 | 0.38671 | 632.96 | 310.25 | 508.17 | 0.24197 | 0.03809 |
| 5591 | 0.67904 | 0.32096 | 610.87 | 380.12 | 536.81 | 0.20533 | 0.05095 |
| 500 | 0.06488 | 0.93512 | 779.18 | 26.67 | 75.49 | 0.85836 | 0.01293 |
| 600 | 0.08005 | 0.91995 | 772.71 | 31.98 | 91.28 | 0.80757 | 0.0131 |
| 700 | 0.09559 | 0.90441 | 766.79 | 37.36 | 107.09 | 0.76384 | 0.01327 |
| 800 | 0.11143 | 0.88857 | 761.27 | 42.82 | 122.87 | 0.72541 | 0.01345 |
| 900 | 0.12749 | 0.87251 | 756.08 | 48.35 | 138.58 | 0.69111 | 0.01364 |
| 1000 | 0.14373 | 0.85627 | 751.14 | 53.97 | 154.18 | 0.66016 | 0.01385 |
| 1100 | 0.16009 | 0.83991 | 746.43 | 59.68 | 169.62 | 0.63198 | 0.01407 |
| 1200 | 0.17651 | 0.82349 | 741.9 | 65.46 | 184.86 | 0.60615 | 0.01431 |
| ... | ... | ... | ... | ... | ... | ... | ... |

## Calculation of oil at surface

To convert the calculated mass flow rate calculated by the solver to the volumetric flow rate at surface conditions equation (4) is used. Q is the volumetric flow rate of oil at surface conditions, $\dot{m}$ is the mass flow rate of both phases through the CFD model, MW is molar weight of the oil/gas mixture[33] and V[34] is the mole volume of the oil at the surface.

---

[33] 52.69 (kg kmol$^{-1}$) sourced from Macondo Black-Oil Lookup Tables, Aaron Zick, Zick Technologies (Jan. 29, 2013).
[34] 0.04373 (m$^{-3}$ kmol$^{-1}$) provided by Dr. Zick takes into account multistage flashing.

CONFIDENTIAL

TREX 011705.0052

$$Q = \frac{V}{MW}\dot{m}$$

(4)

## Appendix V Cameron Willis Flow Coefficient CFD model

For the Cameron Willis Flow coefficient comparison, an additional set of CFD models were created. The valve geometry used the same geometry as the choke line model. The inlet and outlet of the valve were extruded 12 inches upstream and downstream respectively, this was done to move the boundary condition further away from the area of interest (Figure 40). Extending the boundary is a commonly accepted CFD industry good practice. The walls created by the extrusion process (highlighted in Figure 40) were modeled as Free Slip walls. The use of free slip walls reduces the sensitivity of the solution to the extrusion length.



Figure 40: Cameron Willis flow curve model fluid geometry. The free slip wall condition, highlighted in green

The location of the inlet and outlet boundary conditions is highlighted in Figure 41 .

CONFIDENTIAL

TREX 011705.0053



Inlet and Outlet boundary condition locations for the Cameron Willis flow curve model

The CFD model was calculated for a number of different piston displacements. The piston was parametrically displaced prior to subtracting the piston body from the valve fluid void. Each time the piston was displaced the CFD model was updated and resolved, and any additional surfaces created by this displacement were modeled as smooth walls. All other walls except the previously mention free slip walls were modeled as rough walls with the same roughness treatment as used in the choke section of the **Choke Line** model (Figure 34).

Additional CFD model definitions:
- 1 SG water (density 998 kg m$^{-3}$, viscosity 0.0008899 kg m$^{-1}$ s$^{-1}$),
- steady state,
- isothermal,
- K-$\varepsilon$ turbulent model,
- 10 psi pressure drop (total pressure at inlet to static pressure at outlet).

The Cv was calculated from

$$Cv = Q\sqrt{\frac{SG}{\Delta P}} \qquad (5)$$

where Q is the volumetric flow rate in US gallons per minute and $\Delta P$ is the pressure drop across the valve in psi.

CONFIDENTIAL

TREX 011705.0054

## Appendix VI (Multiphase Slip)

In addition to the non-slip multiphase, the flow rate was calculated using the Eulerian-Eulerian heterogeneous multiphase model for the **Kill Line with no collection**. The Eulerian-Eulerian model includes the slip between the oil and gas phases. The most appropriate morphology for the CFD model of the capping stack was judged to be a continuous oil phase with a dispersed natural gas (bubbles) phase.

The Eulerian-Eulerian model required additional modeling parameters that the no-slip homogeneous multiphase model did not, surface tension and particle sizing. The following subsection details the calculation procedures and values for those additional parameters.

### Model Definition

The model definition of the Eulerian-Eulerian model varied from the homogenous model by the following:

- Instead of oil/ natural gas being treated as mixture each phase is individually modeled, allowing for the relative motion of each phase. The Oil phase was model as a continuous phase, while the Gas phase was modeled as dispersed phase (bubble). A representative bubble size of 0.02 (mm) was used, with the particle sizing calculation detailed in the following sections.

- The density and viscosity were defined individually for each phase using Dr. Zick's lookup tables, except for the oil density, which is discussed in the oil density section.

- Instead of a single turbulence model, the Eulerian-Eulerian model used fluid dependent turbulence models. Specifically, the Eulerian-Eulerian model uses the K-$\varepsilon$ model for the continuous phase, and the Dispersed Phase Zero Equation for the dispersed phase.

- The interphase momentum transfer was model using the Ishii Zuber Drag force, Lift Force and Favre Averaged Drag Force Turbulent Dispersion Force.

- The volume fraction was set at the inlet based on the inlet pressure. The volume fraction was not varied throughout the model based on local pressure, as this was a limitation of the Eulerian-Eulerian model.

- The treatment at walls was also different from the homogenous model. The continuous phase was set as a no-slip wall condition using the same roughness values as the homogeneous model; however the dispersed phases was treated as a free-slip wall condition.

CONFIDENTIAL

TREX 011705.0055

## Surface Tension

The surface tension was calculated from the work of (Abdu-Majeed & Abu-Soof, 2000), based on the 34.7 API report in the Schlumberger Reservoir Sample Analysis Report[35]. The dead oil surface tension ($\sigma_{do}$) was calculated from equation (6) and equation (7) (Abdu-Majeed & Abu-Soof, 2000), where T is the Temperature of the fluid in °C.

$$A = 1.11591 - 0.00305T \tag{6}$$

$$\sigma_{do} = A(38.085 - 0.259API) \tag{7}$$

A 0.1 ratio for dead oil surface tension to live oil surface tension ($\sigma_{lo}$) was calculated from Figure 29 (Abdu-Majeed & Abu-Soof, 2000), with a solution gas-oil Ratio of 151 ($m^3/m^3$). The calculated surface tension is equal to 2.4 (dyne $cm^{-1}$).



Figure 42: Dead Oil Surface Tension to Live Oil Surface Tension

## Particle Size

The Eulerian-Eulerian multiphase model requires a representative particle size. There is no commonly accepted, universal method to predict the representative particle size. In the paper by (Hesketh, Fraser Russell, & Etchells, 1987), equations were developed to determine the steady state particle size for dilute particles in a fully developed turbulent flow.

The particle sizing the Sauter mean diameter ($d_{32}$) from Hesketh (1987) general model was used to calculate the bubble size.

---

[35] 028_201000053 BP Macondo PVT Report updated 060910.pdf, IMV147-21123 - IMV147-21172.

CONFIDENTIAL

TREX 011705.0056

$$d_{32} = C_n \left\{ \frac{\dot{W}e_{crit}}{2} \right\}^{0.6} \frac{\sigma^{0.6}}{(\rho_c^2 \rho_d)^{0.2}} \epsilon^{-0.4} (1 + BN_{vi})^{0.6} \qquad (8)$$

where $c_n$ is the conversion factor =0.62, $We'_{crit}$ = 1, $\rho_c$ is the continuous phase density (oil), $\rho_d$ is the dispersed phase density (natural gas), B=1.5, $N_{vi}$ is the viscosity number calculated from equation (9) and $\sigma$ is the surface tension between the two phases.

$$N_{vi} = \left[ \frac{\mu_d (\epsilon d_{32})^{\frac{1}{3}}}{\sigma} \right] \left( \frac{\rho_c}{\rho_d} \right)^{\frac{1}{2}} \qquad (9)$$

where $\epsilon$ is the local dissipation rate which Hesketh (1987) claims in a pipeline is equal to average energy dissipation, and where $\mu_d$ is the viscosity of the dispersed phase.  This allows $\epsilon$ to be calculated from equation (10).

$$\epsilon = \frac{2fv^3}{D} \qquad (10)$$

where f is the friction factor (calculated using equation 11) and v is the superficial velocity (assumed to be the continuous phase superficial velocity).  The Reynolds Number (Re) can be determined using equation (12) where $v_c$ is the continuous phase superficial velocity and $\mu_c$ is the continuous phase viscosity.

$$f = 0.079 Re^{-0.25} \qquad (11)$$

$$Re = \frac{\rho_c v_c D}{\mu_c} \qquad (12)$$

Based on the **kill line with no collection**, the bubble size is 0.02mm.  For completeness, the calculations were repeated assuming droplets in a gas continuous phase.  The results were nearly identical and the droplet size was calculated to be 0.02mm.

CONFIDENTIAL

TREX 011705.0057

Table 11: Bubble Size Calculation (Kill Line No Collection)

| Variable | | Continuous Phase | | Units |
|---|---|---|---|---|
| | | Liquid | Gas | |
| $v_c$ | = | 89.17 | 136.66 | ft s$^{-1}$ |
| $\mu_c$ | = | 0.38 | 0.02 | centipoise |
| D | = | 3.0625 | 3.0625 | inch |
| $\rho_c$ | = | 43.06 | 9.70 | lb ft$^{-3}$ |
| Re | = | 3.8E+06 | 2.5E+07 | |
| f | = | 1.79E-03 | 1.12E-03 | |
| $\varepsilon$ | = | 922 | 2074 | m$^2$ s$^{-3}$ |
| $d_{32}$ | = | 0.02 | 0.02 | mm |
| $d_{32}$ | = | 7.5E-04 | 7.5E-04 | inch |

## Oil Density Implementation

The density for each phase is individually defined with the Eulerian-Eulerian slip model. The ANSYS CFX Solver does not directly allow a density that decreases as the pressure increases, like the oil in the Capping Stack. A multi-component fluid was used to correctly account for a decreasing density to increasing pressure relationship. The oil was modeled as two perfectly mixed constant density liquids ($\rho_A$ 800 [kg m$^{-3}$] and $\rho_B$ 500 [kg m$^{-3}$]). The mixture's density is calculated using,

$$\frac{MF_A}{\rho_A} + \frac{1 - MF_A}{\rho_B} = \frac{1}{\rho_{live\ oil}} \tag{13}$$

where the is Mass Fraction of liquid A (MF$_A$) depends on the local absolute pressure is defined by,

$$MF_A = C_1 + C_2\left(\frac{P_{abs}}{2190\ psi}\right) + C_3\left(\frac{P_{abs}}{2190\ psi}\right)^2 + C_4\left(\frac{P_{abs}}{2190\ psi}\right)^3$$
$$+ C_5\left(\frac{P_{abs}}{2190\ psi}\right)^4 + C_6\left(\frac{P_{abs}}{2190\ psi}\right)^5 \tag{14}$$

where P$_{abs}$ is the local absolute pressure and C$_1$ through C$_6$ are coefficients. The values for C$_1$ through C$_6$ were fitted using the Microsoft Excel Solver Addin by minimizing the RMS difference between the predicted density equation and the density in PVT Tables at 200$^o$F.

CONFIDENTIAL

TREX 011705.0058

These coefficients were determined to be:

$$C_1 = 1.05148949$$
$$C_2 = -0.50240939$$
$$C_3 = 0.46285314$$
$$C_4 = -0.35201155$$
$$C_5 = 0.13173383$$
$$C_6 = -0.01880131$$

An algebraic equation was used within ANSYS CFX to apply the Mass Fraction relationship (equation 25).

The calculated oil density was compared against the density in the PVT tables along a single streamline for the Baseline slip model results and the difference in density was less than 0.3% as implemented inside of Ansys CFX confirming the accuracy of the method.

CONFIDENTIAL

TREX 011705.0059

# Appendix VII (Sensitivity)

A sensitivity study was performed on a **baseline model** based on the **Kill Line No Collection** model.

For the sensitivity study only the CFD option/ parameter under study was changed while the remaining model definition of the **baseline model** was kept constant.

## Mesh Sensitivity

The calculated volumetric flow of oil at surface conditions is reported (Table 12) for a number of different meshes.  The % difference is based on the "60,447 Node" mesh.

Table 12: Mesh Sensitivity

| Number of Nodes | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|
| 60,447 | 54,100 | - |
| 97,518 | 54,000 | 0.0% |
| *144,314* | 54,200 | +0.3% |
| 450,716 | 54,700 | +1.3% |
| 174,499 | 54,000 | +0.0% |
| 288,624 | 54,200 | +0.3% |
| 316,871 | 55,100 | +1.9% |
| 465,334 | 55,100 | +1.9% |
| 2,030,772 | 54,800 | +1.4% |
| 182,812 | 55,700 | +3.1% |
| 329,372 | 55,500 | +2.7% |
| 1,398,068 | 55,500 | +2.8% |
| 1,930,092 | 55,200 | +2.1% |
| 6,617,772 | 55,000 | +1.8% |
| 8,262,097 | 54,900 | +1.5% |
| 6,476,970 | 54,900 | +1.5% |
| 2,021,002 | 54,500 | +0.9% |
| 23,712,102 | 54,800 | +1.3% |

## Time Step

The calculated volumetric flow of oil at surface conditions is reported using a number of different pseudo transient time steps instead of the **Baseline** model's 0.01 s timestep (Table 13).

CONFIDENTIAL

TREX 011705.0060

Table 13: Solver Pseudo Transient Timestep

| Solver Timestep | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|
| *0.01 s* | **54,100** | - |
| 0.005 s (TimeStep1) | 54,000 | -0.1% |
| 0.0025 s (TimeStep2) | 54,000 | -0.1% |
| 0.001 s (TimeStep3) | 54,000 | -0.1% |

## Convergence Criteria

The calculated volumetric flow of oil at surface conditions is reported using different convergence criteria instead of the **Baseline** model's $1e^{-5}$ RMS residuals and 0.01 imbalance values (Table 14).

Table 14: Convergence Criteria

| Convergence Criteria | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|
| *1e-5 RMS, 0.01 imbalance* | **54,100** | - |
| 1e-04 RMS,0.05 imbalance | 54,700 | +1.1% |
| 1e-04 MAX,0.01 imbalance | 54,000 | 0.0% |
| 1e-05 RMS,0.005 imbalance | 54,100 | 0.0% |

## Kill Line Geometry

The sensitivity of the calculated volumetric flow of the kill line model to the CFD geometry is tested and the results are presented is the following sub-section.  The same geometry labeling is used as Figure 18 and Table 7**.**

### Scanned Data and Pressure Sensor Recess

The calculated volumetric flow of oil at surface conditions is reported with a simplified geometry (Figure 7) for comparison against the original **Baseline** geometry (Table 15 and Figure 6).

Table 15: Scanned Data Sensitivity

| Geometry Complexity | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|
| *With Scanned Data* | **54,100** | - |
| With No Scanned Data | 55,000 | +1.7% |

## Alignment

To test the sensitivity of the Diameter A, Length B and Length C a new geometry was created through the single ram, double ram and 4 1/16' bore.  The new geometry was created from perfectly aligned cylinders and not from the CAD used to create the original Kill Line geometry.  This allowed for the

CONFIDENTIAL

TREX 011705.0061

geometry to be parametrically driven for Diameter A, Length B and Length C. The new geometry (Figure 43) was only used for the Alignment, Diameter A, Length B and Length C sensitivity studies. This resulted in some very small variations compared to the equivalent model created from the CAD (Figure 7). The variation in calculated oil flow rate is minor (Table 16).



Figure 43: No CAD model geometry

Table 16: Alignment Sensitivity

| Alignment Model | Oil Flow (bopd) | % difference from *"No Scanned Data"* (Figure 7) Geometry |
|---|---|---|
| *"No Scanned Data" (*Figure 7*)* | 55,000 | - |
| "No CAD" model (Figure 43) | 55,300 | 0.7% |

## Diameter A

The sensitivity of calculated volumetric flow of oil at surface conditions for Diameter A is reported at different values for comparison against the **"No CAD"** model's 18.78 inch diameter (Table 17).

CONFIDENTIAL

TREX 011705.0062

Table 17:  D Diameter Sensitivity

| Diameter A (inch) | Oil Flow (bopd) | % difference from "No CAD" (Figure 43) Geometry | Notes |
|---|---|---|---|
| 17.78" | 55,400 | +0.1% | Baseline -1" for reference |
| 18.75" | 55,400 | +0.1% | Min Reported Value[36] |
| **18.78"** | **55,300** | **-** | **"No CAD" Value** |
| 18.79" | 55,400 | 0.0% | Max Reported Value[37] |
| 19.78" | 55,400 | +0.2% | Baseline +1" for reference |

## Length B

The sensitivity of calculated volumetric flow of oil at surface conditions for Length B is reported at different values for comparison against the **"No CAD"** model's 46.89 inch length (Table 18).

Table 18:  Length B Sensitivity

| Length B (inch) | Oil Flow (bopd) | % difference from "No CAD" (Figure 43) Geometry | Notes |
|---|---|---|---|
| *45.89"* | 55,400 | 0.0% | Baseline -1" for reference |
| ***46.89"*** | **55,300** | **-** | **"No CAD" Value (also min value)** |
| 46.91" | 55,300 | 0.0% | Max Reported Value[38] |
| *47.89"* | 55,300 | 0.0% | Baseline +1" for reference |

## Length C

The sensitivity of calculated volumetric flow of oil at surface conditions for Length C is reported at different values for comparison against the **"No CAD"** model's 23.48 inch length (Table 19).

Table 19:  Length C Sensitivity

| Length C (inch) | Oil Flow (bopd) | % difference from "No CAD" (Figure 43) Geometry | Notes |
|---|---|---|---|
| *22.48"* | 55,400 | *0.0%* | Baseline -1" for reference |
| *23.45"* | 55,300 | *-0.1%* | Min Reported Value[39] |
| ***23.48"*** | **55,300** | **-** | **"No CAD" Value** |
| 23.49" | 55,400 | +0.1% | Max Reported Value[40] |
| 24.84" | 55,300 | 0.0% | Baseline +1" for reference |

---

[36] From 008_Side Outlet Valve Detail (3).pdf, LNL075-013264 - LNL075-013266.

[37] Maximum value measured using the scan data.

[38] Maximum value measured using the scan data.

[39] Minimum value measured using the scan data.

[40] Maximum value measured using the scan data.

CONFIDENTIAL

TREX 011705.0063

## Diameter D

The sensitivity of calculated volumetric flow of oil at surface conditions for Diameter D is reported at different values for comparison against the original **Baseline** model 4 1/16 inch diameter (Table 20).

Table 20:  D Diameter Sensitivity

| Diameter D (inch) | Oil Flow (bopd) | % difference from Baseline | Notes |
|---|---|---|---|
| 4" | 54,300 | +0.5% | Baseline -1/16" for reference |
| 4.043" | 54,100 | +0.1% | Min Reported Value[41] |
| *4 1/16"* | **54,100** | - | *Baseline Value* |
| 4.072" | 54,000 | 0.0% | Max Reported Value[42] |
| 4 2/16" | 54,500 | +0.8% | Baseline +1/16" for reference |

## Diameter E

The sensitivity of calculated volumetric flow of oil at surface conditions for Diameter E is reported at different values for comparison against the original **Baseline** model 3 1/16 inch diameter (Table 21).

Table 21:  E Diameter Sensitivity

| Diameter E (inch) | Oil Flow (bopd) | % difference from Baseline | Notes |
|---|---|---|---|
| 3" | 53,600 | -0.8% | Baseline -1/16" for reference |
| *3 1/16"* | **54,100** | - | *Baseline Value (also min value)* |
| 3 2/16" | 55,500 | +2.6% | Baseline +1/16" for reference |
| 3.195" | 56,000 | +3.6% | Max Reported Value[43] |

## Diameter F

The sensitivity of calculated volumetric flow of oil at surface conditions for Diameter F is reported at different values for comparison against the original **Baseline** model 3 1/16 inch diameter (Table 22).

---

[41] Minimum valve on of the onsite measurement for 1q.

[42] Minimum valve on of the onsite measurement for 1q.

[43] 1a and 1b Kill Line from 032_Physical Measurements-refer to document from 2011.11.15.xlsx, BP-HZN-2179MDL06907946.

CONFIDENTIAL

TREX 011705.0064

Table 22:  F Diameter Sensitivity

| Diameter F (inch) | Oil Flow (bopd) | % difference from Baseline | Notes |
|---|---|---|---|
| 3" | 52,800 | -2.3% | Baseline -1/16" for reference |
| 3.035" | 53,500 | -1.0% | Min Reported Value[44] |
| *3 1/16"* | **54,100** | - | *Baseline* |
| 3 2/16" | 55,500 | +2.6% | Baseline +1/16" for reference |
| 3.184" | 56,700 | +4.9% | Max Reported Value[45] |

## Length G

The sensitivity of calculated volumetric flow of oil at surface conditions for length G is reported at different values for comparison against the original **Baseline** model 29.99 inch length (Table 23).

Table 23:  Length G Sensitivity

| Length G (inch) | Oil Flow (bopd) | % difference from Baseline | Notes |
|---|---|---|---|
| 28.99" | *54,400* | *+0.7%* | Baseline -1" for reference |
| 29.95" | 54,000 | 0.0% | Min Reported Value[46] |
| *29.99"* | **54,100** | - | *Baseline* |
| 30" | 54,000 | -0.1% | Max Reported Value[47] |
| 30.99" | 54,200 | +0.2% | Baseline +1" for reference |

## Length H

The sensitivity of calculated volumetric flow of oil at surface conditions for length H is reported at different values for comparison against the original **Baseline** model 37.94 inch length (Table 24).

---

[44] Minimum valve on of the onsite measurement for 3a

[45] 3b Kill Line from Physical 032_Measurements-refer to document from 2011.11.15.xlsx, BP-HZN-2179MDL06907946.

[46] Minimum value measured using the scan data

[47] From 008_Side Outlet Valve Detail (3).pdf, LNL075-013264 - LNL075-013266.

CONFIDENTIAL

TREX 011705.0065

Table 24:  Length H Sensitivity

| Length H (inch) | Oil Flow (bopd) | % difference from Baseline | Notes |
|---|---|---|---|
| 36.94" | 54,500 | +0.8% | Baseline -1" for reference |
| 37.91" | 54,100 | 0.0% | Min Reported Value[48] |
| *37.94"* | *54,100* | - | *Baseline* |
| 38" | 54,000 | -0.1% | Max Reported Value[49] |
| 38.94" | 54,900 | +1.6% | Baseline +1" for reference |

## Angle J

The sensitivity of calculated volumetric flow of oil at surface conditions for angle J is reported at different values for comparison against the original **Baseline** model 30° angle (Table 25).

Table 25:  Angle J  Sensitivity

| Angle J (°) | Oil Flow (bopd) | % difference from Baseline | Notes |
|---|---|---|---|
| *25°* | 54,500 | +0.9% | Baseline -5° for reference |
| *30°* | *54,100* | - | *Baseline* |
| *31.6°* | 54,000 | 0.0% | Max Reported Value[50] |
| *35°* | 54,300 | +0.5% | Baseline +5° for reference |

## Length K

The sensitivity of calculated volumetric flow of oil at surface conditions for length K is reported at different values for comparison against the original **Baseline** model 24.93 inch length (Table 26).

Table 26:  Length K Sensitivity

| Length K (inch) | Oil Flow (bopd) | % difference from Baseline | Notes |
|---|---|---|---|
| 23.93" | 54,200 | +0.2% | Baseline -1" for reference |
| 24.87" | 54,000 | -0.1% | Min Reported Value[51] |
| *24.93"* | *54,100* | - | *Baseline* |
| 25.18" | 54,000 | 0.0% | Max Reported Value[52] |
| 25.93" | 54,000 | -0.1% | Baseline +1" for reference |

---

[48] Minimum valve on of the onsite measurement 1d.

[49] 1d Kill Line from 032_Physical Measurements-refer to document from 2011.11.15.xlsx, BP-HZN-2179MDL06907946.

[50] Maximum calculated angle of the on onsite measurements.

[51] 3c Kill Line from 032_Physical Measurements-refer to document from 2011.11.15.xlsx (25.9375" -1.07" for Taper) , BP-HZN-2179MDL06907946.

[52] 3c Kill Line, from 32_2011-11-15 Results of Inspection at NASA Michoud Assembly Facility-measurements provided by Fastorq.pdf (26.25" -1.07" for Taper depth), BP-HZN-2179MDL06907946.

CONFIDENTIAL

TREX 011705.0066

## Length L

The sensitivity of calculated volumetric flow of oil at surface conditions for length L is reported at different values for comparison against the original **Baseline** model 33.41 inch length (Table 27).

Table 27:  Length L Sensitivity

| Length L (inch) | Oil Flow (bopd) | % difference from Baseline | Notes |
|---|---|---|---|
| 32.41″ | 54,100 | +0.1% | Baseline -1″ for reference |
| *33.41″* | **54,100** | - | *Baseline* |
| 34.41″ | 54,000 | -0.1% | Baseline +1″ for reference |

## Length M

The sensitivity of calculated volumetric flow of oil at surface conditions for length M is reported at different values for comparison against the original **Baseline** model 11.5 inch length (Table 28).

Table 28:  Length M Sensitivity

| Length M (inch) | Oil Flow (bopd) | % difference from Baseline | Notes |
|---|---|---|---|
| 10.5″ | 54,000 | 0.0% | Baseline -1″ for reference |
| *11.5″* | **54,100** | - | *Baseline* |
| 12.5″ | 54,200 | +0.2% | Baseline +1″ for reference |

## Length N

The sensitivity of calculated volumetric flow of oil at surface conditions for length N is reported at different values for comparison against the original **Baseline** model 9.8 inch length (Table 29).

Table 29:  Length N Sensitivity

| Length N (inch) | Oil Flow (bopd) | % difference from Baseline | Notes |
|---|---|---|---|
| 8.8″ | 54,200 | +0.2% | Baseline -1″ for reference |
| *9.8″* | **54,100** | - | *Baseline* |
| 10.8″ | 54,200 | +0.2% | Baseline +1″ for reference |

## Kill Line Model Sensitivity

The model sensitivity for the Kill Line model is presented in the following sections.

## Inlet Pressure

The calculated volumetric flow of oil at surface conditions is reported with three different inlet total pressures (2606.3 (psia), 2623.7 (psia) and 2621 (psia)) instead of the **Baseline** model 2615 (psia) inlet total pressure (Table 30).

CONFIDENTIAL

TREX 011705.0067

Table 30:  Inlet Pressure Sensitivity

| Inlet Pressure (psia) | Oil Flow (bopd) | % difference from Baseline | Notes |
|---|---|---|---|
| 2606.3 | 53,500 | -1.0% | Baseline -8.7psi |
| *2615* | **54,100** | - | *Baseline* |
| 2621 | 54,400 | +0.7% | 4psi offset |
| 2623.7 | 54,600 | +1.0% | Baseline +8.7psi |

## Roughness

The calculated volumetric flow of oil at surface conditions is reported using the minimum and maximum Roughness levels provided instead of the average roughness used in **Baseline** model.  In addition, a model with only smooth walls instead of rough walls is also included for reference only (Table 31).

Table 31: Roughness Sensitivity

| Roughness | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|
| Smooth | 57,500 | +6.3% |
| min Values | 55,000 | +1.8% |
| *average Values* | **54,100** | - |
| max Values | 53,200 | -1.6% |

## Turbulence Model

The calculated volumetric flow of oil at surface conditions are reported using several different turbulence models instead of the **Baseline k-epsilon** (k-$\varepsilon$) turbulence model (Table 32).

Table 32:  Turbulence Model Selection Sensitivity

| Turbulence Model | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|
| **k-epsilon (k-$\varepsilon$)** | **54,100** | - |
| Shear Strain Transport model | 55,000 | +1.7% |
| Baseline (BSL) Reynolds Stress Model | 55,000 | +1.7% |
| BSL model with Explicit Algebraic Reynolds Stress extension model | 55,300 | +2.3% |
| SSG Reynolds Stress Model | 54,100 | 0.0% |
| RNG K-$\varepsilon$ Model | 54,000 | -0.1% |
| K-$\varepsilon$ model with Explicit Algebraic Reynolds Stress extension model | 53,700 | -0.7% |

## Inlet Turbulence Level

The calculated volumetric flow of oil at surface conditions is reported using a low inlet turbulence level instead of the **Baseline** model's high inlet turbulence level (Table 33).

CONFIDENTIAL

TREX 011705.0068

Table 33:  Inlet Turbulence Level

| Inlet Turbulence Level | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|
| *High Turbulence Levels* | **54,100** | - |
| Low Turbulence Levels | 54,000 | -0.1% |
| Zero Gradient | 54,000 | -0.1% |

## Gravity

The calculated volumetric flow of oil at surface conditions is reported without gravity instead of the more physical correct **Baseline** model's inclusion of gravity (Table 34) for reference.

Table 34:  Gravity Sensitivity

| | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|
| *With Gravity* | **54,100** | - |
| Without Gravity | 54,200 | +0.2% |

## Isothermal

The calculated oil flow rate at surface conditions is reported including the total energy equation with viscous heating for comparison against the **Baseline** model's isothermal assumption (Table 35).  The material properties lookup tables were extended to include variation in material properties due to temperature variation.  The specific heat capacity and the thermal conductivity for the mixture were calculated using the following mixing laws[53]:

$$cp_{oil,gas} = MF_{oil}cp_{oil} + MF_{gas}cp_{gas} \tag{15}$$

$$k_{oil,gas} = MF_{oil}k_{oil} + MF_{gas}k_{gas} \tag{16}$$

where cp is specific heat, k is thermal conductivity and MF is the mass fraction.  The $_{oil,}$ $_{gas}$ and $_{oil,gas}$ subscripts denote the oil phase, gas phase and the oil and gas mixture respectively.

The inlet temperature was set to 200 °F.  Additional runs were performed and the specific heat and thermal conductivity valves were varied by ±20%.

---

[53] Specific Heat and Thermal Conductivity sourced from SES-00065846 (2).ppt.

CONFIDENTIAL

TREX 011705.0069

Table 35:  Isothermal Assumption

|  | Specific Heat (J kg$^{-1}$ K$^{-1}$) | Thermal Conductivity (W m$^{-1}$ K$^{-1}$) | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|---|---|
| *Isothermal* | - | - | **54,100** | - |
| Total Energy | 2502 | 0.16 | 53,900 | -0.3% |
| Total Energy +20% CP | 3002 | 0.16 | 53,900 | -0.4% |
| Total Energy -20% CP | 2001 | 0.16 | 53,800 | -0.4% |
| Total Energy +20% k | 2502 | 0.20 | 53,900 | -0.3% |
| Total Energy -20% k | 2502 | 0.13 | 53,900 | -0.3% |

## Material Properties

As an alternative to the PVT tables the Kill Line no collection model was resolved using the material properties defined in the Black Oil Tables.  The oil volume fraction was calculated from

$$r_{oil} = 1 - \frac{\frac{V_{gas}}{V_{oil}}}{\frac{V_{gas}}{V_{oil}} + 1} \qquad (17)$$

$$\frac{V_{gas}}{V_{oil}} = \frac{(GOR_{Res} - GOR)}{FVF_{Oil}} \qquad (18)$$

where $r_{oil}$ is the oil volume fraction, $V_{gas}$ is volume of gas, $V_{oil}$ is volume of oil, $FVF_{oil}$ is the oil formation volume factor, GOR is the Gas Oil Ratio at the local pressure and $GOR_{Res}$ is the Gas Oil Ratio at Resource conditions.  A linear interpolation between the reported values in black oil table at 40 $^o$F and 80 $^o$F was used to calculate the density of both the oil and the gas at standard conditions.

The calculated volumetric flow of oil at surface conditions are reported using material properties calculated form the Black Oil Tables for comparison against the original **Baseline** model's PVT Tables (Table 36).  The flow rate through the capping stack for the Black Oil Tables was converted into stock oil barrels using the same conversion factor as documented in Appendix IV.

Table 36:  Material Property Sensitivity

| Source | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|
| *PVT Tables* | **54,100** | - |
| Black Oil Tables | 52,700 | -2.5% |

## Kill Line Multiphase Slip Modeling Sensitivity

A sensitivity study was also performed on the Eulerian-Eulerian multiphase slip model; the results of the study are presented in the following section.

CONFIDENTIAL

TREX 011705.0070

## Bubble and Droplet Size

The calculated volumetric flow of oil at surface conditions is reported in Table 37 for a number of different bubble sizes for reference instead of the **Baseline Eulerian-Eulerian** model's 0.02 (mm) bubble size.  Additionally the oil flow rate for the droplet morphology[54] and several different droplet sizes are presented in Table 38 for reference.

Table 37: Bubble Size Sensitivity

| Bubble Size (mm) | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|
| 2 | 52,700 | -2.5% |
| 0.2 | 54,800 | +1.3% |
| **0.02** | **55,400** | **+2.5%** |
| 0.005 | 55,500 | +2.8% |

Table 38: Droplet Size Sensitivity

| Droplet Size (mm) | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|
| 2 | 55,100 | +1.9% |
| 0.2 | 58,800 | +8.8% |
| 0.02 | 58,800 | +8.8% |
| 0.005 | 58,300 | +7.9% |

## Drag Law Selection

The calculated volumetric flow of oil at surface conditions is reported with two different Drag Laws (Grace and Schiller Naumann) instead of the **Baseline Eulerian-Eulerian** model's Ishii-Zuber drag law (Table 39).

Table 39:  Drag Law Selection Sensitivity

| Drag Law | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|
| *Ishii-Zuber Drag Law* | **55,400** | *+2.5%* |
| Grace Drag Law | 55,500 | +2.6% |
| Schiller Naumann Drag Law | 55,500 | +2.6% |

## Non Drag Law Interactions

The calculated volumetric flow of oil at surface conditions is reported with two additional sets of non-Drag Law interaction (no interactions and one including dispersion, virtual mass, Legendre Magnaudet

---

[54] The gas continuous phase (k-ε turbulence model) and liquid dispersed phase (dispersed phase zero equation turbulence model).

CONFIDENTIAL

TREX 011705.0071

lift force and Frank wall lubrication) instead of the **Baseline Eulerian-Eulerian** model's dispersion and virtual mass only interactions (Table 40).

Table 40: non-Drag Law Selection Sensitivity

| non drag law interactions | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|
| *with dispersion and virtual mass* | **55,400** | *+2.5%* |
| with no interactions | 55,400 | +2.6% |
| with dispersion, virtual mass, lift force and wall lubrication | 55,500 | +2.7% |

## Surface Tension

The calculated volumetric flow of oil at surface conditions is reported with two different surface tension values (24 dyne cm$^{-1}$ and 2.6 dyne cm$^{-1}$) instead of the **Baseline Eulerian-Eulerian** model surface tension value of 2.4 (dyne cm$^{-1}$) (Table 41).  The bubble size was kept constant at 0.02 (mm).

Table 41:  Surface Tension Sensitivity

| Surface Tension | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|
| *current surface tension* | **55,400** | *+2.5%* |
| high surface tension ( 24 dyne cm$^{-1}$) | 55,00 | +2.7% |

## Multiphase Turbulence

The calculated volumetric flow of oil at surface conditions is reported for different multiphase turbulence selections instead of the **Baseline Eulerian-Eulerian** bubble Heterogeneous bubble setting. In addition, the treatment of the dispersed phase at the walls is also tested against the **Baseline Eulerian-Eulerian** model's free slip condition (Table 42).

Table 42:  Multiphase Turbulence Sensitivity

| Multiphase Turbulence | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|
| *Heterogeneous, bubbles, Free slip walls* | **55,400** | *+2.5%* |
| Heterogeneous, bubbles, No slip walls | 55,600 | +2.8% |
| Homogeneous, bubbles, No slip walls | 54,500 | +0.8% |

## Continuous Phase Turbulence Model

The calculated volumetric flow of oil at surface conditions is reported using the Shear Strain Transport Turbulence model (SST) for the oil phase instead of the **Baseline Eulerian-Eulerian** K-ε turbulence model for the oil phase, Table 43.

CONFIDENTIAL

TREX 011705.0072

Table 43: Turbulence Model Selection Sensitivity

| Continuous Phase Turbulence Model | Oil Flow (bopd) | % difference from Baseline |
|---|---|---|
| K-$\varepsilon$ | 55,400 | +2.5% |
| SST | 56,700 | +5.0% |

## Choke Line Sensitivity

The Choke Line sensitivity results are presented in the following sections.

## Choke Line Mesh Sensitivity

The Choke 0 Turns was a test of mesh sensitivity.  The calculated volumetric flow of oil at surface conditions is reported using different meshes, Table 44.

Table 44:  Choke Line Mesh Sensitivity

| | Nodes | Oil Flow (bopd) | % difference from Choke 0 Turns Baseline |
|---|---|---|---|
| Baseline | 327,474 | 53,100 | - |
| Mesh 1 | 330,616 | 53,400 | +0.4% |
| Mesh 2 | 543,807 | 53,300 | +0.3% |
| Mesh 3 | 1,302,595 | 53,200 | +0.2% |

## Choke Model Diameter Q

The calculated volumetric flow of oil at surface conditions is reported values with the largest reported diameter 3.079" for comparison against the original **Choke 0 Turns Baseline** model 3.050" inch Diameter, which is also the smallest reported diameter, Table 45.

Table 45:  Choke Model Diameter Q Sensitivity

| Diameter Q (inch) | Oil Flow (bopd) | % difference from Choke 0 Turns Baseline | Notes |
|---|---|---|---|
| 3.050" | 53,100 | - | Choke Line Baseline |
| 3.079 | 53,400 | +0.4% | Max Reported Value[55] |

## Choke Model Length N

The calculated volumetric flow of oil at surface conditions is reported for a shorter Length N.  Length N was reduced by 1" to 47.125" compared with the reported 48.125", Table 46.

---

[55] 8a 32_Physical Measurements-refer to document from 2011.11.15.xlsx, BP-HZN-2179MDL06907946.

CONFIDENTIAL

TREX 011705.0073

Table 46: Choke Model Length N Sensitivity

| Length N (inch) | Oil Flow (bopd) | % difference from Choke 0 Turns Baseline | Notes |
|---|---|---|---|
| 47.125" | 53,300 | +0.4% | Choke Line Baseline -1" for reference |
| *48.125"* | *53,100* | - | *Choke Line Baseline* |

## Choke Crossover Fitting and Outlet Spool

There were significant differences between the measurements provided in the 032_2011-11-15 Results of Inspection at NASA Michoud Assembly Facility-measurements provided by Fastorq.pdf and the E032_Physical Measurements-refer to document from 2011.11.15.xlsx for the cross over fitting and outlet spool.  Onsite measurements were more consistent with the E032_Physical Measurements-refer to document from 2011.11.15.xlsx (Baseline) measurements (Table 47).  The different geometries are shown in Figure 44.  The calculated oil flow rates are given in Table 48 and the variation is minimal.

Table 47: Crossover Fitting and Outlet Spool

| Measurements Varied | 032_2011-11-15 Results of Inspection at NASA Michoud Assembly Facility-measurements provided by Fastorq.pdf | E032_Physical Measurements-refer to document from 2011.11.15.xlsx (Baseline) | SimuTech Group Measurements |
|---|---|---|---|
| O | 5.5" | 3.78" | 3.77" |
| P | 2.75" | 1.09" | 0.93" |
| T | 6.125" (3.375" 2.75") | 6" (4" + 2") | 5.9" (4" + 1.9") |
| S | 2.75" | 2" | 1.9" |
| U | 31.75" | 35.75" | 36.3" |
| V | 34.75" | 39" | 39.1" |

CONFIDENTIAL

TREX 011705.0074



Figure 44: Outlet Spool and Cross Over fitting geometries.  Dark Green, Baseline, Transparent Blue Measurements and Transparent Green Geometry based on Pdf

Table 48: Choke Crossover Fitting and Outlet Spool geometry sensitivity

| Case | Oil Flow (bopd) | % difference from Choke 0 Turns Baseline |
|---|---|---|
| E032_Physical Measurements-refer to document from 2011.11.15.xlsx (Baseline) 032_2011-11-15 Results of Inspection at NASA Michoud Assembly Facility- | *53,100* | - |
| measurements provided by Fastorq.pdf | 54,300 | +2.2% |
| SimuTech Group measurements | 53,000 | -0.3% |

## No Ring Scanned Data

The calculated volumetric flow of oil at surface conditions is reported without the protrusion of Ring Type 1 into the flow and is compared against the predicted oil flow rate which includes the protrusion Table 49.

CONFIDENTIAL

TREX 011705.0075

Table 49: Ring Type 1 Scanned Data Sensitivity

| Ring Scan | Oil Flow (bopd) | % difference from Choke 0 Turns Baseline |
|---|---|---|
| *With Ring Type 1* | *53,100* | - |
| Without Ring Type 1 | 56,300 | +6.0% |

## Choke Model Diameter R

The measurements indicate that the bore in the outlet spool maybe non-cylindrical.  The Choke Line was modeled as a cylinder using the smallest diameter.  It is reasonable to expect that the cylindrical assumption is conservative and would under predict the flow.  The calculated volumetric flows of oil at surface conditions are reported values with the largest reported diameter 3.095" for comparison against the original Choke 0 Turns Baseline model 2.88" inch Diameter in Table 50.

Table 50: Turbulence Model Selection Sensitivity

| Choke Diameter R (Inch) | Oil Flow (bopd) | % difference from Choke 0 Turns Baseline | Notes |
|---|---|---|---|
| *2.88"* | *53,100* | - | *Choke Line Baseline (also min value)* |
| 3.095" | 55,500 | +4.4% | Max Reported Value[56] |

---

[56] 11b 32_Physical Measurements-refer to document from 2011.11.15.xlsx, BP-HZN-2179MDL06907946.

CONFIDENTIAL

TREX 011705.0076

# Appendix VIII (Cited Documents)

- Surface Profiling.xlsx, BP-HZN-2179MDL06907946
- 032_Physical Measurements-refer to document from 2011.11.15.xlsx, BP-HZN-2179MDL06907946
- 032_2011-11-15 Results of Inspection at NASA Michoud Assembly Facility-measurements provided by Fastorq.pdf, BP-HZN-2179MDL06907946
- 002_Assembly Drawings (3), IGS076-000671 - IGS076-000675
- Choke Valve Drawing: "LNL067-6082-6082.pdf"
- E-mail From Cameron: "LNL067-6068-6081.pdf"
- 003_CC40FNR P&C Cv=256.pdf, LAL134-003719
- 004_CC40HP Choke Pipe Dimensions.pdf, SNL144-000396
- 007_MC252_DataDump_071810.xls Excel Workbook, SNL087-001206 - SNL087-005671
- 008_Side Outlet Valve Detail.pdf,  LNL075-013264 - LNL075-013266
- 009_Updated MC252_Sensor_Accuracy.pdf, SNL144-012780 - SNL144-012805
- 011_MC252 WIT Pressure Measurement System Accuracy rev0.pdf, BP-HZN-2179MDL06666023 - BP-HZN-2179MDL06666034
- 014_SNL046421 - Collection rates during well integrity test w_Vx.xls, SNL046-0421 - SNL046-0424
- 028_BP Macondo PVT Report updated 060910.pdf, IMV147-21123 - IMV147-21172
- 029_BP Black Oil Tables from EoS for All Temps 11June2010.xls, BP-HZN-2179MDL01587488
- Macondo Black-Oil Lookup Tables, Aaron Zick, Zick Technologies (Jan. 29, 2013)
- BP-HZN-2179MDL07266172 - BP-HZN-2179MDL07266191
- SES-00065846 (2).ppt

CONFIDENTIAL

TREX 011705.0077

## Appendix IX (Work Cited)

Abdu-Majeed, G., & Abu-Soof, N. (2000). Estimation of Gas-Oil Surface Tension, *Journal of Petroleum Science and Engineering*, 197-200.

Angeli, P., & Hewitt, G. F. (2000). Flow structure in horizontal oil-water flow. *International Journal of Multiphase Flow 26*, 1117-1140.

Arirachakaran, S., Oglesby, K. D., Malinowsky, M. S., Shoham, M. S., & Brill, J. P. (1989). An analysis of oil/water flow phenomena in horizontal pipes. *SPE Paper 18836, SPE Prod*, (pp. 155-167). Oklahoma March 13-14.

Baker, O. (1954). Simultaneous Flow of Oil and Gas. *Journal of Oil and Gas*, 185.

Brennen, C. E. (2005). *Fundamentals of Multiphase Flows.* Cambridge University Press.

Coffield, R. D., Hammond, R. B., & McKeown, P. T. (1997). *IRRECOVERABLE PRESSURE LOSS COEFFICIENTS FOR TWO OUT-OF-PLANE PIPING ELBOWS AT HIGH REYNOLDS NUMBER.* BETTE ATOMIC POWER LABORATORY.

Griffith, P. (1984). Multiphase Flow in Pipes. *Journal Petroleum Technology*, 361-367.

Hesketh, R. P., Fraser Russell, T. W., & Etchells, A. W. (1987). Bubble Size Horizontal Pipelines. *AIChE Journal*, 663-667.

Hewitt, G. F., & Roberts, D. N. (1969). Studies of Two-Phase Flow Patterns by Simultaneous X-Ray and Flash Photography. *AERE*.

Mandhane, J. M., Gregory, G. A., & Aziz, K. (1974). Flow Pattern Map for Gas-Liquid Flow in Horizontal Pipes. *Int. J. Multiphase Flow*, 537-553.

Nadler, M., & Mewes, D. (1995). The effect of gas injection on the flow on the flow of two immiscible liquids in horizontal pipes. *Chem Engng Technology 18*, 156-165.

Perry, R. H., & Chilton, C. H. (1973). *Chemical Engineers' Handbook-Fifth Edition.* New York: McGraw-Hill.

Taitel, Y., Bornea, D., & Duckler, A. E. (1980). Modeling Flow Pattern Transition for Steady Upward Gas-Liquid Flow in Vertical Tubes. *AIChe Journal*, 345-354.

CONFIDENTIAL

TREX 011705.0078

## Appendix X (Consideration Materials)

| |
|---|
| Ex. 21173 |
| IGS076-000671 - IGS076-000675 |
| LAL134-003719 |
| SNL144-000396 |
| SNL043-000735 |
| SNL043-000736 - SNL043-000737 |
| SNL087-001206 - SNL087-005671 |
| LNL075-013264 - LNL075-013266 |
| SNL144-012780 - SNL144-012805 |
| Ex. 04931 |
| BP-HZN-2179MDL06666023 - BP-HZN-2179MDL06666034 |
| LAL278-041293 - LAL278-041316 |
| LAL169-000050 - LAL169-000083 |
| SNL021-010802 - SNL021-010819 |
| OSE140-008009 - OSE140-008449 |
| OSE141-000310 - OSE141-001373 |
| OSE204-002917 - OSE204-002945 |
| SNL021-019316 - SNL021-019350 |
| LBN003-12193 - LBN003-12214 |
| SNL046-0421 - SNL046-0424 |
| SNL048-5360 - SNL048-5375 |
| SNL084-58529 - SNL084-58532 |
| BP-HZN-BLY00090904 |
| BP-HZN-BLY00090901 |
| BP-HZN-BLY00090902 - BP-HZN-BLY00090903 |
| BP-HZN-BLY00090904 |
| Ex. 06197 |
| Ex. 21669 |
| Ex. 21670 |
| Ex. 21671 |
| BP-HZN-2179MDL01942119 |
| BP-HZN-2179MDL01942120 |
| BP-HZN-BLY00297537 - BP-HZN-BLY00297538 |
| BP-HZN-BLY00297539 |
| BP-HZN-BLY00297540 - BP-HZN-BLY00297541 |
| BP-HZN-BLY00297542 - BP-HZN-BLY00297559 |
| SNL048-5360 |
| SNL045-1583 |

CONFIDENTIAL

TREX 011705.0079

| |
|---|
| SNL042-2687 |
| SNL046-73422 - SNL046-73439 |
| SNL008-2541 |
| SNL046-6421 |
| SNL084-58529 |
| BP-HZN-2179MDL02175510 |
| BP-HZN-2179MDL02175538 - BP-HZN-2179MDL02175543 |
| SNL046-82105 |
| SNL046-082142 - SNL046-082276 |
| BP-HZN-2179MDL01951916 |
| BP-HZN-2179MDL01951970 - BP-HZN-2179MDL01951972 |
| SNL075-28330 |
| SNL087-001149 - SNL087-001171 |
| SNL059-000136 |
| BP-HZN-2179MDL02175510 |
| BP-HZN-2179MDL02175525 - BP-HZN-2179MDL02175537 |
| BP-HZN-2179MDL01627169 - BP-HZN-2179MDL01627170 |
| BP-HZN-2179MDL01627171 - BP-HZN-2179MDL01627172 |
| BP-HZN-2179MDL01627173 - BP-HZN-2179MDL01627196 |
| BP-HZN-2179MDL01627197 - BP-HZN-2179MDL01627210 |
| BP-HZN-2179MDL01627211 - BP-HZN-2179MDL01627221 |
| BP-HZN-2179MDL01627222 |
| SNL046-82640 |
| LAL260-009955 - LAL260-009980 |
| LNL015-000406 - LNL015-004871 |
| SNL144-012780 - SNL144-012805 |
| LAL134-003719 - LAL134-003719 |
| SNL144-000396 - SNL144-000396 |
| SNL043-000735 - SNL043-000735 |
| SNL043-000736 - SNL043-000737 |
| LNL075-013264 - LNL075-013266 |
| IGS076-000671 - IGS076-000675 |
| BP-HZN-2179MDL02114982 |
| BP-HZN-2179MDL02114983 |
| BP-HZN-2179MDL02114984 |
| BP-HZN-2179MDL02114985 |
| SNL110-17071 |
| SNL046-71967 |
| BP-HZN-2179MDL02114983 |
| SNL046-73422 - SNL046-73439 |

CONFIDENTIAL

TREX 011705.0080

| |
|---|
| SNL0110-17071 |
| SNL084-58529 – SNL084-58532 |
| SNL046-82105 – SNL046-82141 |
| SNL046-82640 |
| SNL110-12087 |
| SNL046-70150 – SNL046-70162 |
| SNL045-1583-1611 |
| SNL021-7543 – SNL021-7548 |
| SNL042-2687 – SNL042-2688 |
| SNL048-5360 – SNL048-5375 |
| SNL075-28330 |
| SNL059-0136 – SNL059-0137 |
| SNL008-2541 |
| SNL046-0421- SNL046-0424 |
| SNL087-1149 – SNL087-1171 |
| Ex. 43327 |
| Ex. 43326 |
| DNV-SUPPL-000333 - DNV-SUPPL-000360 |
| SNL008-014532 - SNL008-014609 |
| BP-HZN-2179MDL0063084 - BP-HZN2179MDL00063084 |
| BP-HZN-2179MDL01872218 - BP-HZN-2179MDL01872218 |
| IMV147-21123 - IMV147-21172 |
| BP-HZN-2179MDL01587488 |
| SNL087-001172 - SNL087-001173 |
| BP-HZN-2179MDL06907946 |
| BP-HZN-2179MDL06907947 |
| OSE020-002852 - OSE020-002861 |
| CAPPING STACK STILLS (20111115 & 20111116) |
| TRN-MDL-01293630 |
| TRN-INV-01124871 |
| TRN-INV-01124872 |
| TRN-INV-01124874 |
| TRN-INV-01128038 |
| TRN-INV-01128039 |
| TRN-INV-01128041 |
| TRN-INV-01134230 |
| TRN-INV-01170043 |
| TRN-INV-01170045 |
| TRN-INV-01170046 |
| TRN-INV-01175345 |
| TRN-INV-01175347 |

CONFIDENTIAL

TREX 011705.0081

| |
|---|
| TRN-INV-01175348 |
| TRN-INV-01456235 |
| TRN-INV-01272646 |
| TRN-INV-01272872 |
| TRN-INV-01273064 |
| TRN-INV-01273101 |
| TRN-INV-01273753 |
| TRN-INV-01274923 |
| TRN-INV-01279262 |
| TRN-INV-01287813 |
| TRN-INV-01287835 |
| TRN-INV-01287907 |
| TRN-INV-01287953 |
| TRN-INV-01287975 |
| TRN-INV-01288017 |
| TRN-INV-01293132 |
| TRN-INV-01293133 |
| TRN-INV-01771467 |
| TRN-INV-01771468 |
| TRN-INV-01771876 |
| TRN-INV-01779707 |
| TRN-INV-03381445 |
| TRN-MDL-02482253 |
| TRN-MDL-02482360 |
| TRN-MDL-02876349 |
| TRN-MDL-08034368 |
| BP-HZN-2179MDL06149185 - BP-HZN-2179MDL06149297 |
| SNL075-948 - SNL075-966 |
| WW-MDL-00015462 - WW-MDL-00015462 |
| Macondo EOS Fluid Characterization, Aaron Zick, Zick Technologies (Sept. 4, 2012) |
| SES-00065844 |
| SES-00065845 |
| SES-00065846 |
| SES-00065847 |
| SES-00065861 |
| Macondo Black-Oil Lookup Tables, Aaron Zick, Zick Technologies (Jan. 29, 2013) |
| Deposition of Arthur Ratzel (20121017), including all exhibits |
| Deposition of Arthur Ratzel (20121018), including all exhibits |
| Deposition of Ruben Schulkes (20121112), including all exhibits |
| Deposition of Christopher Matice (20121128), including all exhibits |

CONFIDENTIAL

TREX 011705.0082

| BP-HZN-2179MDL07354167 - BP-HZN-2179MDL07354180 |
|---|
| BP-HZN-2179MDL07354181 |
| BP-HZN-2179MDL07266172 - BP-HZN-2179MDL07266191 |
| LNL067-6068-6081 |
| LNL067-6082-6082 |
| |
| Abdu-Majeed, G., & Abu-Soof, N. (2000). Estimation of Gas-Oil Surface Tension, Journal of Petroleum Science and Engineering, 197-200. |
| Angeli, P., & Hewitt, G. F. (2000). Flow structure in horizontal oil-water flow. International Journal of Multiphase Flow 26, 1117-1140. |
| Arirachakaran, S., Oglesby, K. D., Malinowsky, M. S., Shoham, M. S., & Brill, J. P. (1989). An analysis of oil/water flow phenomena in horizontal pipes. SPE Paper 18836, SPE Prod, (pp. 155-167). Oklahoma March 13-14. |
| Baker, O. (1954). Simultaneous Flow of Oil and Gas. Journal of Oil and Gas, 185. |
| Brennen, C. E. (2005). Fundamentals of Multiphase Flows. Cambridge University Press. |
| Coffield, R. D., Hammond, R. B., & McKeown, P. T. (1997). IRRECOVERABLE PRESSURE LOSS COEFFICIENTS FOR TWO OUT-OF-PLANE PIPING ELBOWS AT HIGH REYNOLDS NUMBER. BETTE ATOMIC POWER LABORATORY. |
| Giffith, P. (1984). Multiphase Flow in Pipes. Journal Petroleum Technology, 361-367. |
| Hesketh, R. P., Fraser Russell, T. W., & Etchells, A. W. (1987). Bubble Size Horizontal Pipelines. AIChE Journal, 663-667. |
| Hewitt, G. F., & Roberts, D. N. (1969). Studies of Two-Phase Flow Patterns by Simultaneous X-Ray and Flash Photography. AERE. |
| Mandhane, J. M., Gregory, G. A., & Aziz, K. (1974). Flow Pattern Map for Gas-Liquid Flow in Horizontal Pipes. Int. J. Multiphase Flow, 537-553. |
| Nadler, M., & Mewes, D. (1995). The effect of gas injection on the flow on the flow of two immiscible liquids in horizontal pipes. Chem Engng Technology 18, 156-165. |
| Perry, R. H., & Chilton, C. H. (1973). Chemical Engineers' Handbook-Fifth Edition. New York: McGraw-Hill. |
| Taitel, Y., Bornea, D., & Duckler, A. E. (1980). Modeling Flow Pattern Transition for Steady Upward Gas-Liquid Flow in Vertical Tubes. AIChe Journal, 345-354. |
| Computer modeling runs relied upon by expert |
| CAD files |
| Photographs related to inspection of capping stack |
| Non-privileged notes |
| Workbooks and spreadsheets related to inputs and outputs to computer modeling runs |

CONFIDENTIAL

TREX 011705.0083