# United States' Phase Two Offer of Proof Exhibit 27 Rebuttal Expert Report of Nathan Bushnell



11706

Exhibit No. _____

Worldwide Court
Reporters, Inc.

**Engineer • Simulate • Innovate**

**SimuTech Group – West**
**11611 Airport Road, Suite 201**
**Everett, WA 98204-3782**

# Rebuttal Report

# Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico- Capping Stack Flow Calculations, July 12 to 15, 2010

Report Prepared on Behalf of the United States

Author:

Nathan Bushnell, Ph.D.
CFD Consulting Engineer

Nathan Bushnell, Ph.D.

10th June 2013

TREX 011706.0001

## Executive Summary

This report is a rebuttal to the technical reports of Dr. Lo, Dr. Sundaresan, and Dr. Nesic.

Both Dr. Lo and I calculated the standard barrels of oil at the surface using the same basic steps:

- We used a CFD model to calculate the mass flow rate through the capping stack and

- We then converted this mass flow rate to standard barrels of oil per day at the surface based on a conversion factor (shrinkage factor).

A significant portion of the difference between Dr. Lo's results and my results as indicated by the standard barrels of oil at the surface is a result of the conversion factor selected and not CFD calculations. If we had used the same conversion factor[1], Dr. Lo would have calculated 51,000 bpod, the same 5.4% difference as the mass flow rate through the Capping Stack as shown in Table 2. This difference is well within the 8% uncertainty associated with CFD as stated in my report. Dr. Lo produced a CFD model that **agrees** within the lower bounds of my results. Using the 8% uncertainty my results also agree within the upper bounds of Dr. Lo's results. Thus, **the two CFD models are essentially predicting the same flow rate**.

Table 1 summarizes the differences between Dr. Lo's and my results for the Kill Line.

**Table 1 : Comparison between Kill Line Results**

|  | Dr. Lo | My Results | % Difference |
|---|---|---|---|
| Standard Barrels of Oil per day (bopd). | 44,631 | 54,100 | 17.5% less |
| Mass flow rate through the capping stack (kg/s). | 113.3 | 119.8 | 5.4% less |

Removing from Dr. Lo's CFD results two inputs, the Equation of State (EOS) and temperature -- which are not CFD model issues-- the difference is 1.7%. This is remarkably small considering the variety of assumptions used.

While Dr. Lo's results generally agree with and confirm my results, I believe my mass flow rate results are the more accurate representation of the flow through the capping stack.

---

[1] My choice of conversation factor is conservative. Dr Zick's oceanic separation process and its associated conversion factor results in a higher oil flow rate. The oceanic separation conversion is covered in the rebuttal report of Dr Zick.

TREX 011706.0002

I performed extensive sensitivity studies that showed my results were reasonably unaffected by changes associated with various parameters.  The extensive sensitivity study included:

- Eulerian-Eulerian flow
    - Liquid phase continuous & various bubble sizes,
    - Gas phase continuous with various droplet sizes, and
    - Multiphase model selection
- Homogeneous flow,
    - Mesh size,
    - Turbulent model selection,
    - Surface finish,
    - Various levels of geometry detail,
    - Pressure gauge uncertainty, and
    - Geometry measurement uncertainties.

I used the results of my sensitivity study and my engineering experience to conclude an uncertainty range of ±8% for the kill line CFD model results was appropriate.  In contrast, Dr. Lo did not put forth an overall range of uncertainty for his results.  It is good standard engineering practice to give uncertainty information for engineering results.

When comparing Dr. Lo's calculated choke valve model results with experimental test data for the fully opened valve position, his analysis under predicted the flow rate by about 8.0%.[2]  Dr. Lo's choke value results are consistent with the ±8% uncertainty that I had suggested in my report.

Almost all of Dr. Lo's assumptions result in a lower calculated flow rate.  Some of the assumptions that I take exception to are:

1.  Dr. Lo used the wrong boundary conditions for his exit flow model.  His exit loss model does not allow water that is entrained in the jet to be replaced by water entering his control volume through the bottom or sides.  Technically Dr. Lo's sea plenum model is no more sophisticated than the well studied sudden expansion model found in standard fluid dynamics textbooks.
2.  Dr. Lo uses the wrong geometry for the Kill Line exit.  It is not a straight pipe but has an outlet taper.
3.  Dr. Lo's exit model gives inconsistent predictions between the choke and kill line models.
4.  Dr. Lo selects the fluid temperature of 220°F that will result in the lowest flow rate.  I used 200°F, which is a value more consistent with other measurements that was used during the response.
5.  Dr. Lo used a conversion factor to convert his mass flow rate to barrels of oil at surface conditions that resulted in a significantly lower surface volume.

---

[2] Dr. Lo on page 22 of his report "The results of this study are shown in Figure 5.2 and confirm that the model reproduces the performance of the valve ".  Figure 5.2 includes the fully open position results.

TREX 011706.0003

6. Dr. Lo claims that the Eulerian-Eulerian multiphase model which includes the slip between the phases is necessary to calculate oil mass flow rate. However, his own calculated results contradict this assertion. His droplet model shows **no difference** (0.0%) in mass flow rate through the Kill Line when compared to my homogeneous multiphase model.

7. Dr. Lo made a fundamental error in determining the flow regime that existed in the 18.75 inch riser section prior to entering the kill line or choke line. He failed to apply the correction factors to account for the property differences associated with test data and the gas/oil flow in the capping stack. As a result, his plot showed an annular flow regime, yet with the application of the necessary correction factors the Hewitt-Roberts plot clearly indicates a dispersed gas (bubble) flow regime.

8. Dr. Lo's droplet size is non-conservative. He sizes his droplets based on the short section of 4 1/16" bore in the outlet spool instead of the more representative 3 1/16" bore of the gate valve and transition spool. Additionally, his droplet sizing does not take into account any additional sources of breakup that are present in the Capping Stack including droplet acceleration.

Dr. Sundaresan raises general objections to the use of CFD but does not provide an alternate approach. CFD is one of the best tools available to practicing engineers and is widely accepted in industry. Dr. Lo has written his report based on the result of CFD simulations and BP used CFD modeling during the response.

Dr. Nesic's work was focused on the erosion within the BOP. I have limited my comments to the quality of the CFD modeling undertaken by Dr. Nesic. In my opinion, his CFD modeling does not meet generally accepted industry standards for accurate CFD modeling. Given the numerous serious technical issues with Dr. Nesic's CFD models, I do not believe Dr. Nesic can use his CFD results to form any accurate conclusions.

TREX 011706.0004

# Table of Contents

Executive Summary...................................................................................................................2

Table of Contents....................................................................................................................5

Introduction ...........................................................................................................................6

Rebuttal of Dr. Lo's Report ...................................................................................................6

Rebuttal of Dr. Sundaresan's Report ...................................................................................21

Rebuttal of Dr. Nesic's Report ............................................................................................24

Appendix 1.  Exit Loss, Incorrect Geometry Details. ..........................................................33

Appendix 2.  Flow Regime Definition Description ...............................................................35

Appendix 3.  Droplet Breakup Model Details. ....................................................................44

Appendix 4. Exit Loss...........................................................................................................45

Appendix 5. Additional Sensitivity solutions......................................................................46

Appendix 6.  Nesic Report....................................................................................................52

Works Cited............................................................................................................................55

Considered Materials in Rebuttal Expert Report.................................................................56

TREX 011706.0005

## Introduction

This report is a rebuttal to the technical reports of Dr. Lo, Dr. Sundaresan, and Dr. Nesic. Dr. Lo and Dr. Nesic's reports were submitted on BP's behalf and Dr. Sundaresan submitted his report for Transocean. Dr. Lo and Dr. Nesic, like me, applied CFD methods to analyze the flow. Dr. Sundaresan's report is a general rebuttal of the use of CFD for modeling multiphase flow.

Dr. Lo modeled the flow through the Capping Stack using CFD. Dr. Nesic does not model the flow through the Capping Stack but modeled the erosion in the BOP and his work is not directly comparable to my work. I have limited my comments regarding Dr. Nesic's CFD modeling techniques, which are deficient in several ways.

Since the three reports are independent of each other, I have organized this rebuttal report into three separate sections:

1. Rebuttal of Dr. Lo's report
2. Rebuttal of Dr. Sundaresan's report
3. Rebuttal of Dr. Nesic's report

## Rebuttal of Dr. Lo's Report

Dr. Lo created CFD models that incorporated many of my model inputs and assumptions from my original report. Dr. Lo appears to focus on assumptions that would reduce the oil flow rate of my results, which the results of my sensitivity study already indicated were most likely conservative[3]. For reference, if I had based my geometry measurement on the DNV measurements, instead of the engineering drawings, the oil flow rate would have been at least 8.3% higher (Table 13), slightly higher than my upper bound.

### Oil flow rate comparison

Both Dr. Lo and I calculated the standard barrels of oil at the surface using the same basic steps.

1. A CFD model calculated the mass flow rate through the kill line of the capping stack.

2. The CFD calculated mass flow was converted to standard barrels of oil per day based on a conversion factor (shrinkage factor).

When Dr. Lo reproduced my model as the first step in his modeling process, the oil mass flow rate through the kill line was 1.7% higher than my calculated oil flow rate, page 6 of Dr. Lo's report, *"Using Dr. Bushnell's base case model implemented in STAR-CCM+, I calculate a mass flow rate of oil and gas of*

---

[3] For Dr. Lo's work, conservative means inputs or choices that would result in a *higher* flow rate. For my work, conservative means inputs or choices that would result in a *lower* flow rate.

*121.9 kg/s, a difference of 1.7% from Dr. Bushnell's results. This falls within the 3% margin calculated by Dr. Bushnell in his mesh dependency study. This demonstrates that I can reproduce Dr. Bushnell's results using STAR-CCM+."*

Dr. Lo was correct in asserting that comparing mass flow rate through the Capping Stack, prior to applying the conversion factor, is the best method of comparing the CFD model results. This is because the solution of the CFD model does not depend on the conversion factor. The different calculated oil flow rates are summarized in Table 2.

Table 2 : Comparison between Kill Line Results

| | Dr. Lo | Dr. Bushnell | % Difference | Are results within ± uncertainty range(s)[4] |
|---|---|---|---|---|
| **Standard Barrels of Oil per day (bopd).** | 44,631 | 54,100 | 17.5% less | **No** |
| **Mass flow rate through the capping stack (kg/s).** | 113.3 | 119.8 | 5.4% less | **Yes** |

The primary difference between Dr. Lo's results and my results is a result of the conversion factor selected to convert units of mass flow rate to stock tank barrels per day and not the CFD calculations. If we had used the same conversion factor, he would have calculated 51,000 bpod, the same 5.5% difference as the mass flow rate through the Capping Stack as shown in Table 2. This difference is well within the 8% uncertainty associated with CFD as stated in my report. Dr. Lo produced a CFD model that **agrees** within the lower bounds of my results. Using the 8% uncertainty, my results also agree within the upper bounds of Dr. Lo's results. Thus, **the two CFD models are essentially predicting the same flow rate**.

## CFD Mass Flow Comparison

The CFD model that Dr. Lo produced is different in a number of ways from my model.

Table 3 shows that the majority (4.1%) of the 5.4% difference in mass flow rate is due to the different material properties used in the CFD models[5]. If Dr. Lo had used the same EOS[6] as I had used and

---

[4] Using the state 8% uncertainty range in my opening report; Dr. Lo does not give an alternative uncertainty estimate.
[5] The EOS are temperature dependent, so changing the temperature also changes the CFD material properties.

assumed the same temperature, the calculated difference in oil mass flow rate would be only about 1.7%. This difference is remarkably small considering the many differences in other aspects of the two modeling approaches. Dr. Lo's results confirm the results of my extensive sensitivity study findings that the calculation of the flow rate is relatively insensitive to the variations in method used and assumptions made. Of the remaining differences in the modeling approach, Dr. Lo's incorrect "Exit Loss" model and numerics accounts for the remaining differences.

Table 3: Mass flow differences between CFD models

| Model Difference | Difference in Mass Flow Rate (kg/s) | Source | Comments |
|---|---|---|---|
| Equation of State (EOS) | -2.4% | Table 3.6 | EOS based on Dr Whitson vs. Dr Zick. Refer to Dr. Zick's reports for EOS selection. Refer to Equation of State section below for more discussion. |
| Temperature | -1.7% | Table 3.1 | Of a number of approaches, Dr. Lo selects the temperature that will result in the lowest flow rate. Refer to temperature section below for more discussion. |
| Exit Losses | -1.6% | Table 3.2 | I concluded that the static pressure at the outlet of the capping stack was the same as the static pressure in the ocean. Therefore, exit losses are insignificant. Dr. Lo's Exit Loss model is incorrect. Refer to Exit Loss section for more discussion. |
| Homogeneous vs. multiphase | 0.0% | Table 3.4 and Table 3.5 | Dr. Lo's droplet assumption is incorrect, and his droplet sizing is incomplete. Even so, his method is an additional confirmation of the validity of the homogeneous model assumption. Refer to multiphase |

---

[6] I used the conversion factor provided by Dr. Zick in his initial Report. The choice of conversion factor is addressed further in the rebuttal report of Dr. Aaron Zick. I will limit my comments to the comparison of the mass flow rate calculated by the CFD models.

TREX 011706.0008

model section below for more
discussion.

## Equation of State (EOS)

Dr. Lo defined his CFD material properties using a different Equation of State.  His work was based on the work of Dr Whitson, while I used material properties based on the work of Dr. Zick.  EOS selection is addressed in the rebuttal report of Dr. Zick.

## Temperature

Dr. Lo uses 221°F as the temperature to calculate an average flow rate.  To do so, he relies on the **maximum** temperature collected by Wood Hole Oceanographic Institute (WHOI) on June 21, 2010.  In my opinion, the 200°F value remains a reasonable and, for Dr. Lo, a more conservative selection for these flow rate calculations.  I understand that

- BP consistently used 200°F in its modeling performed during the response actions;
- that BP and WHOI collected a number of measurements that were lower than 221°F and even lower than 200°F; and
- that Halliburton expert Dr. Strickland's model also showed that the temperature of the oil and gas just before exiting to the sea would be 200°F.

## Exit Loss Model

In my original models, I considered the potential effect of exit loss and concluded that it would be insignificant.  I set the pressure at the outlet of my model using the static pressure in the ocean.  This is a standard practice in CFD and can be justified using a classic fluid dynamics sudden expansion model found in standard fluid dynamics textbooks (Appendix 4).

The DOE team independently addressed the exit loss issue during the incident.  They showed that the "exit loss" effect was not significant using a set of CFD models[7] and with a supporting theoretical conclusion[8].  The CFD models actually showed a small increase in flow rate, which was attributed to buoyancy forces, as the lighter oil/gas mixture travels through the denser surrounding seawater.  Buoyancy is the force that causes the oil and gas rise to the surface.

Dr. Lo attempts to use CFD to model the gas/oil once it has exited the capping stack and in the Gulf of Mexico.  However, the model he created is incorrect and his model is not a significant improvement over the classic fluid dynamics sudden expansion model that I used in my initial evaluation of this issue.

Dr Lo's exit loss model is incorrect for the following reasons:

---

[7] email from Wayne Miller, 6/16/2010, subject: CFD study of 2-density fluid jet on K, SNL008-003826.
[8] email from John Olsen 6/11/2010, subject: RE: Alex Slocum, SNL008-003827.

TREX 011706.0009

- Dr. Lo uses **incorrect boundary conditions**.  His boundary conditions do not allow for the correct replacement of seawater that is swept up by the oil and gas as it exits the transition spool mixing with the seawater.  His impermeable (symmetry planes) boundary conditions do not allow inflow of seawater to replace the seawater that is entrained into the gas/oil/seawater jet.  The correct boundary conditions allow for replacement of entrainment as documented in (Boersma, Brethouwer, & Nieuwstadt, 1998) and (Pradeep & Krishnan, 2004).  Essentially, Dr. Lo has created an artificial barrier in the seawater through which fluids cannot flow, when in reality no such barrier exists. Figure 1 shows how water is incorrectly coming in from the top of the model to replace water entrained in the jet.  This water should be coming in from the side and bottom of the sea plenum.

- Dr. Lo uses **incomplete geometry**.  He assumes that the transitional spool is a tube exiting into the ocean and ignores the geometry of the transition spool and the taper at the end of the transition spool.  Figure 16 in Appendix 1 shows the geometry at the kill line exit used by Dr. Lo, reproduced from Dr. Lo's report.  Figure 17 in Appendix 1 shows the drawing of the kill line.  The drawing shows the outline of the transitional spool (final section of the kill line).  The external geometry of the transition spool is significantly different from a simple pipe used by Dr Lo.  Figure 18, also in Appendix 1, shows the missing outlet taper in the photo of the end of the transition spool, missing from Dr. Lo's exit loss model.  Accurate CFD solutions are dependent on using  accurate geometry.

- Dr. Lo's CFD exit loss model appears to give **inconsistent exit loss results** between the Kill Line and Choke Line models.  Dr. Lo's exit loss model reduces the mass flow rate through the Kill Line by 1.6% but only reduces the Choke Line by 0.6%.  There is a 63% difference in "exit loss" effect on the oil flow rate between the Kill Line and Choke Line cases.  However, there is only a 2% difference in flow rates between the same cases.  Dr. Lo does not explain this inconsistency.

TREX 011706.0010



**Figure 1: Streamline from Dr Lo's Kill line model with a sea plenum[9]. The small balls indicate the start of the streamlines.**

## Multiphase Model (slip "multiphase" versus no-slip homogeneous)

In my initial report, prior to selecting the CFD multiphase model, I did a review of the published literature including work on flow regimes and concluded that the homogeneous multiphase model was the most appropriate model. The homogeneous model does not require either the selection of the morphology (bubbles vs. droplets) or a precise particle size as is required for the Eulerian-Eulerian multiphase model[10].

I confirmed the validity of the no-slip assumption by running my own Eulerian-Eulerian multiphase models, which included slip, as a part of my sensitivity studies. The results showed that including the slip model[11] resulted in a calculated oil flow rate that was 2.5% higher than the homogenous model. Thus, the homogenous model seemed to provide a more conservative oil flow rate compared to my baseline model with slip.

Dr. Lo stated on page 32 of his report that *"Dr. Bushnell incorrectly concluded that the relative motion between the oil and gas ("slip velocity") was insignificant.."*. Dr. Sundaresan also has a similar statement on page 3 of his report that *"Thus, the assumption of homogeneous flow is very likely to be inaccurate"*. The results of Dr. Lo's own analyses contradict his statement. Neither of Dr. Lo's multiphase models,

---

[9] Streamline from Dr Lo's FP_2615_EP_2190_droplets_100mu model

[10] The homogenous model is a multiphase model. Dr. Lo's "Multiphase" model is equivalent to my Eulerian-Eulerian multiphase model.

[11] 20µm bubbles with heterogeneous turbulence model and free slip walls for the gas phase. Refer to my original report.

TREX 011706.0011

with or without gas evolution, provides a calculated value for the Kill Line oil mass flow rate that was significantly different from my homogeneous model.  More specifically:

- Dr. Lo's Multiphase (without gas evolution) predicts an oil flow rate that is 0.3% greater than My Homogeneous (with gas evolution).
- There is **0.0% difference** in oil flow rate between My Homogeneous vs. Dr. Lo's Multiphase (both with gas evolution)

Table 4: Slip vs. No-slip flow rate comparison

| | Mass flow rate [kg/s] | % difference to baseline model |
|---|---|---|
| My Baseline model | 119.8 | - |
| My 20µm bubble baseline (Eulerian-Eulerian) | 122.9 | +2.5% |
| Dr. Lo's homogenous model | 121.9 | +1.7% |
| Dr. Lo's droplet model no gas evolution | 120.2 | +0.3% |
| **Dr. Lo's droplet model with gas evolution** | **119.8** | **0.0%** |

My homogeneous model, my Eulerian-Eulerian (bubble) models, and Dr. Lo's (droplet) model all use different assumptions, including morphology (bubbles vs. droplets), particle sizes and multiphase turbulences models.  However, all the models calculate essentially the same oil flow rate within the uncertainty associated with CFD simulations.  Therefore, all the results are consistent with the correct conclusion that the **homogeneous model is valid** and therefore the oil flow rate calculated by it is **accurate**.

## Morphology Selection/Flow Regime

Selection of the morphology/flow regime in an Eulerian-Eulerian model (Dr. Lo's Multiphase model) requires consideration of a number of factors.  In using a flow regime map, the following must be considered:

- Correction factors for the flow regime maps are needed because most of the published research is related to air/water systems.  There is only limited information on oil/gas and no specific information for oil/gas at over 2500 psia.

TREX 011706.0012

- There is some judgment required by the researchers to define the various flow regimes. Visual determination of flow regime was common practice. The different visual interpretations in some instances led to inconsistencies among various published documents related to flow regime.
- The experimental work underlying the flow regime maps was focused on smaller diameter pipes than the 18.75 inch bore.
- The experimental work underlying the flow regime maps was focused on significantly lower velocity flows than the flow through the 3 1/16 inch diameter sections.
- The previous work in the literature was focused on long pipes and fully developed flow.
    - o   Due to the short length of the pipe sections in the capping stack, the flow is not expected to be fully developed, particularly given the number of changes in directions.
    - o   The flow is not expected to be fully developed prior to entering the capping stack as it must travel through a tortuous path within the BOP.
- The oil coming from the reservoir is a single-phase flow until the pressure reduces below the bubble point, at which point bubbles will start to form due to the gas that evolved from the liquid. For droplet regimes, a phase inversion needs to occur or else the fluid will remain as bubbles.

In my initial report, after reviewing published flow regime literature I concluded that the liquid continuous-bubble flow was the correct morphology selection for the Eulerian-Eulerian model. Before concluding that the flow was properly characterized as bubble flow, I had evaluated more than half a dozen research papers as well as other sources.

Dr. Lo does not correct the test data by Hewitt and Roberts to the gas/oil at pressure for the oil well flow. This requirement was recognized by Baker (1954). Had Dr. Lo applied the Baker correction factors for flow in the 18.75 inch riser then:

- The ordinate values would move approximately one order of magnitude (factor of 9.4) downward,
- The abscissa of the plotted points would move about three orders of magnitude (factor of 980) to the right.

The red arrows in Figure 2 show the effects of the correction factors on 18.75 inch main bore using the Baker correction factors on the flow regime map reproduced from Dr. Lo's report.

TREX 011706.0013



Figure 2:  From Dr. Lo, Based on (Hewitt & Roberts, 1969) without Correction Factors

Applying the Baker correction factors the flow regime clearly moves from "annular flow" to "bubble flow with developing structure" as defined by (Hewitt & Roberts, 1969).  This would place the points plotted by Dr. Lo in close proximity to the values I had determined, see more detail in Appendix 2[12] to this Rebuttal.

### Flow Regime Summary

I used the work of several different authors in the published technical literature, including the work of Hewitt that Dr. Lo used (refer to Appendix 1 and 2).   The various flow regime predictions are summarized in Table 5.

Table 5  Summary of Flow Regime Papers

| Reference | 18.75 inch Vertical Bore | 3 1/16 inch Horizontal Bore | 3 1/16 inch Vertical Bore |
|---|---|---|---|
| Hewitt & Roberts | Bubble | NA | Wispy Annular |
| Mandhane, et al. | NA | Dispersed Flow | NA |
| Baker | NA | Bubble or Froth | NA |

---

[12] Appendix 1 provides a graphical presentation for the various flow regimes.

TREX 011706.0014

| Taitel, et al | Finely Dispersed Bubble | NA | Finely Dispersed Bubble |
| Brennen | Disperse | NA | Disperse |
| Griffith | Bubble | Dispersed Bubble | Bubble |

As an additional check, I also used the map of (Fair, 1960), as reproduced by (Thome, 2010). Since the Fair map already contains a correction factor, the Baker corrections were not used. Plotting the flow on the Fair Map also results in a prediction of bubble flow in the 18.75 inch vertical bore.

The flow in the 18.75 inch vertical bore was judged to be bubble, and the high turbulence in the smaller diameter pipe would almost certainly break up the inlet bubble flow into an even finer dispersion of the gas bubbles.

## Bubble Sizing for Eulerian-Eulerian model

The homogeneous model I used to calculate the oil flow rate does not require a particle size. Therefore, the key finding was not the actual size of the particles, but that they are small, since the homogeneous assumption is valid if the particles are small. Dr. Lo's prediction of small droplets (100μm) is also consistent with the homogeneous model assumption.

There is no universally accepted particle breakup model. In my Eulerian-Eulerian model in my initial Report, I calculated a bubble (and droplet) size based on the work of Hesketh, et al which was based on the experimental work performed for flow of a dilute gas phase in pipes.

Dr. Lo claims that I "did not include the concentration effect term in calculating the diameter of the bubbles in his multiphase model." This is a true statement, but it is misleading; even though I did not include a term in the particle size equation, I did account for concentration effects indirectly though my extensive sensitivity studies. In my initial report, the sensitivity study spanned from 5μm to 2,000μm to account for any inaccuracy in the particle sizing. The study showed no significant variation in the calculated oil flow rate across a very large range of bubble sizes when compared against the homogeneous model.

To isolate the effect of slip on the oil flow rate, I solved an additional set of homogeneous k-ε turbulence models with no-slip wall conditions, using both a bubble and a droplet morphology at 20μm, 61μm, and 100μm for the kill line (Table 7). The results showed that the oil flow rate varies by only 1% or less for the droplets and bubble model due to the slip of either droplets or bubbles.

TREX 011706.0015

The sensitivity studies also takes into account any additional breakup sources, such as the breakup that would occur around the 90° corner between the horizontal, vertical 3 1/16" bores in the dual gate and the acceleration at the start of the 4 1/16 inch bore that neither particle size model includes.

Dr. Lo proposes an alternative particle size model, but this model contains a number of deficiencies including:

- It starts with the incorrect selection of droplets instead of bubbles.

- It does not include any effect for the droplets formed from the stripping process of droplets at the annular film surface that is mentioned in his report on page 13. Dr. Lo concludes that "*a high-velocity gas flow will cause the liquid film to break into droplets, entraining the droplets into the gas flow. Such a high velocity was calculated in the kill line (around 100 m/s)*".

- His model also does not account for smaller particles that are created near the pipes' walls. This phenomenon is mentioned in several papers in the published technical literature (Eastwood, Armi, & Lasheras, 2004 and Hesketh, Fraser Russell, & Etchells, 1987, which refers to (Sleicher, 1962)).

- Dr. Lo chooses the short transition section of the 4 1/16" bore to size his droplets. A substantial length of the kill line flow is in the 3 1/16" bore of the gates valve and transition spool. This diameter would also have been consistent with his selection of the 3 1/16" bore for the annular film sizing. The 3 1/16" bore would reduce the size of any droplet formed in the shorter 4 1/16" bore. Using the 3 1/16" bore reduces the calculated droplet size to 61µm instead of 100µm, which would result in an increase of the calculated flow rate by 1.1%, based on a linear interpolation of Dr. Lo's results.

- Dr Lo's droplet breakup model only takes into account turbulent breakup. Droplets will break up during acceleration (slip). If the slip velocity exceeds the maximum slip velocity, which is only 1.7 m s$^{-1}$, the 100 micron droplets will break up (Pilch & Erdman, 1987). This maximum slip velocity is exceeded at a number of locations inside both the Kill and Choke Lines in Dr Lo's 100 micron droplets CFD models. The droplets in Dr Lo's model would break up into smaller droplets, as discussed in the following droplet breakup section.

### Droplet breakup

There are several droplet breakup mechanisms, as depicted in Figure 3. The Weber number is the critical parameter used to determine if breakup will occur. A low Weber number indicates a low slip velocity; correspondingly, a high Weber number indicates a greater slip velocity between the phases. The Weber number is defined as:

TREX 011706.0016

$$We = \frac{\rho_c \, dia \, Vel_{Slip}^2}{\sigma} \qquad (1)$$

Where $\rho_c$ is the gas density, dia is the droplet diameter, $Vel_{Slip}$ is the slip velocity between the droplet and the surrounding gas and $\sigma$ is the surface tension.

| Category | | | | | Weber Number |
|---|---|---|---|---|---|
| • Vibrational breakup | | | | | ~ 12 |
| • Bag breakup | | | | | < 20 |
| • Bag/ streamer breakup | | | | | < 50 |
| • Stripping breakup | | | | | < 100 |
| • Catastrophic breakup | | | | | > 100 |

Figure 3: Droplet Breakup Mechanism from the Star CCM++ user manual.  ANSYS CFX and ANSYS Fluent also refer to the same mechanisms (ANSYS Inc, 2012.

The Weber number can be rearranged to find the critical slip velocity where bag breakup start to occur.

$$Vel_{maxSlip} = \sqrt{\frac{We_{crit}\sigma}{\rho_c \, dia}} \qquad (2)$$

Where $We_{crit}$ is defined as:

$$We_{crit} = 12(1 + 1.077 Oh^{1.6}) \qquad (3)$$

And Oh is the Ohnesorge number defined as:

TREX 011706.0017

$$Oh = \frac{\mu_l}{\sqrt{\rho_l \, dia \, \sigma}} \tag{4}$$

Where $\mu_l$ is the oil viscosity and $\rho_l$ is the oil density.  For a 100 micron droplet equation (4) shows that in the capping stack the critical velocity is approximately 1.7m s$^{-1}$.

Figure 4 and Figure 5 shows that the 100 micron droplets in Dr Lo's models would break up due to the droplet slip velocity at a number of different locations, which would reduce the droplet size and result in an increased oil flow rate.



**Figure 4: Oil/gas slip velocity (trimmed to 1.7 m s$^{-1}$).  Area is red indicates regions where the 100 micron droplets will break up due to the slip between the phases.  Dr Lo's FP_261_EP_2190_droplets_100mu model.**

TREX 011706.0018



**Figure 5:Oil/gas slip velocity (trimmed to 1.7 m s-1).  Area is red indicate regions were the 100 micron droplets will breakup due to the slip between the phases.  Dr Lo's shutin_0turns model.**

To further test Dr. Lo's droplet size, I created a set of CFD models that included the motion of discrete oil droplets over the baseline solution.  100-micron diameter droplets entered through the inlet of the baseline kill line model.  The droplets are individually tracked in these simulations and the droplets will break up if the local conditions for breakup are met.  The droplets were tracked until they either left the model or reduced to smaller than 20µm.  Refer to Appendix 3 for the model details.



TREX 011706.0019

**Figure 6: Oil Droplets using TAB breakup model colored by particle size.  Track when the droplet breaks up to smaller than 20micron on the left and 1 micron on the right are stopped**

Similar results were found for four additional droplet breakup models (Appendix 3).  All models clearly showed that the 100μm droplets are breaking up into smaller droplets.  The droplets are breaking up into droplets smaller than 20μm as the droplets enter the Kill Line and travel through the horizontal bores.  This confirms that the 100μm size of Dr. Lo is non-conservative.

## Choke

In addition to the Kill Line, Dr. Lo modeled the flow through the Choke Line.  The flow through the Choke Line was calculated with the valve at the zero turns position (i.e. fully opened) in my report.  Additionally, Dr. Lo solved the flow through the Choke Line to estimate the evolution of the flow rate through the Choke Line during the shut-in process.  Dr. Lo's Choke Line model has all the same deficiencies as his Kill Line model.

- Dr. Lo used a different equation of state (EOS) and different conversion factor.  Refer to "Equation of State" section.
- The exit loss model Dr. Lo used for the Choke Line used the same incorrect boundary conditions as the Kill Line. Refer to the "Exit Loss" section.
- Dr. Lo incorrectly concluded that the flow is droplets and not bubbles.  Refer to "Flow Regime" section.
- Dr. Lo  used a fluid temperature of 220°F; whereas I used a more reasonable temperature of 200°F.  Refer to "Fluid Temperature" section.
- Dr. Lo's droplet sizing is incorrect; he fails to account for a number of different additional breakup sources.  Refer to "Droplet Size" section.
- Dr. Lo incorrectly states that the homogeneous model is invalid.  I solved the 0 Turn choke model with several additional sensitivity study models to confirm that the homogeneous model assumption is valid for the Choke Line as well as the Kill Line.  When solved with 20 micron bubbles the oil flow rate increased by 2.7% with a heterogeneous turbulence model and +0.6% for a homogenous turbulent model. Neither is significantly different from the homogenous model.

Dr. Lo also created a set of choke valve validation models, similar to the one I reported.  Dr. Lo compared his choke valve model with water test data provided by Cameron-Willis.  In the fully opened position (zero turns), Dr. Lo's calculation with the STAR-CMM+ was about 8% low.  By comparison, my calculation using CFX was within 3.6% of the test data (low).  This shows that CFD can accurately calculate the flow through the Choke valve with its associated complexity.  It also underscores the uncertainty associated with all CFD calculations, including Dr. Lo's.

I also believe that my Choke Line model is a more accurate calculation of the oil flow rate through the choke line than Dr. Lo's, as this comparison shows.

TREX 011706.0020

## Dr Lo Summary

There were no significant differences between the basic modeling methods used by Dr. Lo and by me. First, he created a CFD model, which was used to calculate the mass flow rate through the capping stack. Then, he applied a conversion factor to convert the mass flow rate at the Capping Stack exit to the barrels of oil at the surface.

Dr. Lo's CFD model has a number of deficiencies:

1. Dr. Lo uses a fluid temperature of 220°F, whereas a more reasonable and, for Dr. Lo, more conservative, approach would be to use 200°F.
2. The exit loss model that Dr. Lo used for his CFD model was incorrect. He used incorrect geometry and boundary conditions, particularly given the implied accuracy of the exit loss model.
3. Dr. Lo's droplet size was not correct, because he sized his droplets using the 4 1/16" bore instead of the more representative 3 1/16" bore. Additionally his droplet size estimate did not include consideration of additional sources of breakup. I performed some additional discrete models showing that the 100μm size droplets would break up into droplets smaller than 20μm in the Kill Line.
4. When using the flow regime map of Hewitt, Dr. Lo had to select his morphology. Dr. Lo did not account for the significant difference in material properties of the experimental fluids on which the maps are based, and the high-pressure oil/gas mixture resulting in the incorrect droplet selection. The correct selection is bubbles.
5. Dr. Lo incorrectly concluded that the multiphase model must include slip even when his own results show no significant difference in the calculated oil flow rate when compared to my homogeneous no-slip multiphase model. Thus, both of us independently proved that the homogenous no-slip multiphase model was a suitable model.

Even with the noted deficiencies, Dr. Lo and I calculated mass flow at the Kill Line exit to be within 5.4% of each other. Dr. Lo's calculation for the bopd at the surface through the Kill Line was reported to be 17.5% lower than mine. The majority of the difference was due to the different conversion factors associated with the two different equations of state (EOS). Dr. Lo's conversion factor was based on Dr. Whitson's work while I had used Dr. Zick's conversion rate. After correcting for the EOS and temperature for gas/oil flow in the Capping Stack, the two CFD analyses had mass flow rates within 1.7%. These values were much closer than had been indicated by Dr. Lo's conclusions.

## Rebuttal of Dr. Sundaresan's Report

Dr. Sundaresan indicates skepticism of CFD for complex multiphase flow problems. CFD is widely accepted in industry as one of the best engineering tools available for predicting complex flow problems. Nowhere in his comments does Dr. Sundaresan provide a recommendation for an alternate

approach.  Dr. Sundaresan provided no engineering calculations to support his opinions related to my analyses.

In the process of producing my report, I went beyond the normal checking to consider boundary conditions, and the input assumptions.  I ran multiple CFD runs related to:

- Eulerian-Eulerian flow,
  - o Liquid phase continuous & various bubble sizes,
  - o Gas phase continuous with various droplet sizes, and
  - o Multiphase model selection
- Homogeneous flow,
  - o Mesh size,
  - o Turbulent model selection,
  - o Surface finish,
  - o Various levels of geometry detail,
  - o Pressure gage uncertainty, and
  - o Geometry measurement uncertainties.

Due to the small size of the bubbles, lack of model sensitivity and the geometry of the Kill Line, the flow through the Kill Line is a relatively simple application for state-of-the-art CFD programs.

My analyses indicated that, based on the known pressure at the riser inlet and the EOS for the fluid within the Capping stack, my CFD calculated results are consistent and reasonable for a wide range of input assumptions.  Based on the current state of CFD, it is reasonable to assume the models are accurate within a reasonable uncertainty of the true value.  The Kill Line and Choke Line results were also consistent with the 1-D flow analyses and the results of other US experts' reports.  Based upon my detailed and exhaustive CFD analysis, I am confident that my results represent an accurate calculation of the oil flow rate.

## Responses to specific Concerns Expressed by Dr. Sundaresan:

Dr. Sundaresan states I "used a commercial CFD code, ANSYS Fluent®" on page 1 of his report.  I did not use Ansys Fluent.  I used ANSYS CFX for this analysis.  Aside from my resume, ANSYS Fluent is not mentioned once in my report.

### Homogeneous flow

Dr. Sundaresan states that "the assumption of homogeneous flow is very likely to be inaccurate".  Dr. Sundaresan ignores the results from the numerous multiphase models included in my sensitivity study, which showed that the homogeneous assumption was valid.  The results from BP's Dr. Lo's CFD modeling also show that the homogeneous model is accurate.

TREX 011706.0022

**Effective viscosity**

Dr. Sundaresan claims he would expect a larger effective viscosity value as a result of the volume fraction of the small bubbles.  However, he did not suggest a better method nor provide a recommended value.  The effect of viscosity was investigated indirectly by my original sensitivity study.

- The baseline homogeneous model was solved using the effective viscosity as stated in the report.

- A model was solved based on the black oil tables provided by BP with its different equation of state in my original report.  The oil viscosity was 20% higher than the baseline model (based on Dr. Zick's EOS), however this difference in properties only resulted a 2.4% difference in flow rate, and not all of this is due to changes in viscosity.

- The Eulerian-Eulerian bubble model does not use effective viscosity.  I set the viscosity for each phase independently using the EOS provided by Dr. Zick.  No significant difference was noted between the Eulerian-Eulerian models and the homogeneous model (with its effective viscosity assumption).

In addition, a separate viscosity sensitivity study was undertaken.  The effective viscosity was increased by a factor of 100.  This two orders of magnitude increase of viscosity resulted in a 1.7% reduction in mass flow rate.  It seems highly unlikely that any possible differences in the effective viscosity could be anywhere near this large.

**Turbulence and Multiphase Turbulence**

Dr. Sundaresan is skeptical of the turbulence models available within CFD, particularly multiphase models; he states on page 4 (Sundaresan Report): "turbulence model framework available in the CFD solver for the present flow problem is dubious."

Turbulence and multiphase turbulence is always an area of ongoing research.  The understanding of turbulence is limited from a scientific perspective.  However, the use of turbulence models has a long established track record in CFD including multiphase flows.  The main source of complexity in multiphase turbulence is the complex interactions that occur between the bubbles/droplet and continuous phase they are traveling in.  Since the bubbles have been calculated to be small inside the capping stack, the interactions can be considered small as well.  Thus, the bubbles will closely follow the path of the oil continuous phase.  This means the multiphase fluid will behave in a manner similar to a single-phase flow.

The turbulence models are based on a combination of theory and experimentally tuned parameters.  The large number of turbulence models available is due to the large number of different approaches different researchers have taken.  As part of my sensitivity study, I included a number of different turbulence models, including specialized multiphase turbulence models.  Most models gave very similar results.

TREX 011706.0023

Typically, validation data is used to select the best turbulence model based on a comparison between the experimental results and the different solutions, thus reducing the uncertainty of the calculation. As there is only limited validation data (only the choke valve), a comparison of the results for the various turbulence models is the next best thing. My results show very good agreement when comparing the various turbulence models.

### Gas Evolution

Dr. Sundaresan questions whether the gas evolution can fully occur in the short residence time through the capping stack: "The extent to which phase change can actually occur in these flows, given the high velocities and short residence times, is not clear" (Sundaresan Report at 4). Dr. Sundaresan claims that my CFD solutions would be a limiting case: "Thus, his CFD simulations can consider only limiting cases" (Sundaresan Report at 4).

My assumption that the gas evolution was fully complete is conservative because it lowers the flow rate of oil. As the oil flows through the capping stack, the lowering of the pressure releases gas from the oil. This increases the amount of gas in the gas/oil mixture (gas evolution). If the gas is not fully released, the gas volume fraction will be reduced, and therefore the actual flow rate would be greater than the calculated value. Dr. Sundaresan is correct that the complete gas evolution solution can be thought of as limit, but it is a **lower limit** for calculating the mass flow rate.

To give an estimate of the maximum magnitude of this effect, Dr. Lo only found a 0.3% reduction in oil flow rate between his case with gas evolution and without it. Therefore, the gas evolution has a very small effect on the oil flow rate.

## Dr. Sundaresan Summary

Dr Sundaresan raises general objections to the use of CFD but does not provide an alternate approach. CFD is one of the best tools available for practicing engineers and is widely accepted in industry.

## Rebuttal of Dr. Nesic's Report

Dr. Nesic performed a number of CFD simulations in support of his report. Dr. Nesic's CFD models' deficiencies include:

- Dr. Nesic uses the wrong particle size for the sand particles in his CFD models. He used a diameter of 149.86μm (0.0059inch) in his CFD models; yet on page 12 he reports "grains of sand 500μm in diameter". The smaller diameter particles typically hit walls at slower speeds and, for a given mass flow rate, increase the number of particles. Both factors will change the erosion rate. The incorrect particle diameter is likely to invalidate any erosion prediction, as the particle diameter is critical to any erosion calculations.

TREX 011706.0024

- Dr. Nesic's linear fit to his transient model is unfounded.  Refer to the following Blind Shear Ram (BSR) Transient Model section.
- Dr. Nesic's CFD modeling practices do not seem to be consistent with industry standards for CFD analysis:
    - The equations that define the CFD model using standard industry tests are not converged in a number of Dr. Nesic's models.  This means he does not have accurate mathematical solutions to the equations he used to define his model (refer to following convergence screen grabs section).
    - Dr. Nesic uses a poor quality mesh for some of his CFD models based on standard CFD industry practices.  The meshes are poor quality because they contain stretched elements, are missing inflation layers[13], and do not have enough elements through the small gaps.  It is generally accepted in industry that solving a CFD model on a poor quality mesh could give incorrect results.
    - Dr. Nesic did not perform a mesh independence study.  Industry standard for CFD modeling includes solving the model for several different levels of mesh refinement. The calculated results are then compared to verify that the results do not change depending on the mesh used.  Dr. Lo and I each performed mesh independence studies. There was no indication in Dr. Nesic's report that this had been done.  Without a mesh independence study, it is not possible to quantify the accuracy of his results.  This is particularly important given the lack of convergence and poor quality mesh used by Dr. Nesic.
- Some of Dr. Nesic's CFD models were solved using a transient (time dependent) model. However, Dr. Nesic seemed to arbitrarily stop the transient model solution and used an instantaneous solution value with steady particle tracking.  This approach is not correct.  If the fluid needs a transient solution, then the particles traveling through the fluid typically will need a transient solution as well.
- Dr. Nesic's models were not consistent, thus making any comparison or trends drawn between their results meaningless.
    - In different models, Dr. Nesic couples the discrete phase differently.  Some models include fluid interactions; others do not.
    - When the particles hit the walls they can bounce back into the fluid.  The momentum of the bouncing particles were set using bounce coefficients (1 is perfect elastic bounce, 0 is no bounce).  These coefficients are often tuned so particle tracking results will match experimental results.  Dr. Nesic uses a number of different values with his models. Some models assume elastic bounce (1,1), others use a reduced bounce (0.933 and 0.988 values), and his calibration model used a (0,0) bounce assumption.  The different bounce coefficients will result in different particle motion, which will in turn affect the erosion model results.  Dr. Nesic did not give any justification for the variation.

---

[13] Inflation layers are special shaped elements to help capture the gradient near the wall.

- o   Gravity is included for some models; in other models it is not.  In some models gravity is set incorrectly to 0.981 m s$^{-2}$ instead of the correct value 9.81 m s$^{-2}$, which can be found in standard physics, engineering textbooks.  The particle motion would be different, depending on which gravity value was used, as would the erosion patterns that are dependent on accurate particle motion prediction.
- Dr. Nesic did not perform any other sensitivity studies other than the high/low flow rate solutions to help quantify his assumptions.

## Blind Shear Ram (BSR) Transient model

Dr. Nesic created a transient model of the BSR to justify/obtain a linear pressure drop versus time.  To do this he created a transient model using a very simplified geometry.  The model is very poorly documented, the only available information was on page 31 of his report *"To flesh out the erosion process between these two times, I recreated simplified versions of the BSR and CSR and then performed transient CFD simulations. The simplified versions of the BOP components retained all key features important for CFD simulations of these elements, but omitted unnecessary geometrical details that complicate and lengthen the simulations."*

The information reported in Dr Nesic's report is not enough information to recreate his CFD model and the transient models are not in his "relied-on" materials.  There is a folder[14] that contains pictures that appear to be exported from an Ansys Fluent model and two Excel workbooks containing a summary of results.  I have based my critique of the transient model results on the files in this folder.

Dr. Nesic does not appear to complete (finish) the 14 days he indicates in his report (Figure 11).  He only reports the results for 12.4 days in his excel workbook and he has only 11.1 days of exported pictures. Figure 7 shows the pressure drop against time reproduced from the "BSR-Parameter Changes with Erosion Time-0.xls" workbook in his considered materials.  The final two data points vary significantly and in combination with the pictures indicate that the mesh deformation is producing extremely large "spikes".  These "spikes" typically indicate that the model is not converging.

---

[14] The folder is \\Nesic, Srdjan - Relied Upon Modeling Runs\Fluent Simulations\Fluent Simulations\BSR\Simulation results\BSR-mesh-moving-last-2013-2-26\.

TREX 011706.0026



Figure 7: Reproduced from "BSR-Parameter Changes with Erosion Time-0.xls" workbook and arrows added to show approximate time of the following pictures.



Figure 8: The surface mesh at 10.4 days.

TREX 011706.0027



Figure 9: The surface mesh at 11.1 days, with the mesh deformation "spikes".



Figure 10: Surface mesh at 11.1 days, with larger mesh deformation "spikes".  This is the final mesh in the series.

Figure 11 shows the surface mesh as reported in Dr. Nesic's report.  The 14 days value in the third picture in Figure 11 does not agree with the pictures in the folder.  The final picture has a simulation time stamp of 9.6000e+05 (s) which time is equal to 11.1 days (Figure 10).  The time stamp is located on the bottom left corner of the Figures 8 through 10.  The timestamp appears to be clipped in Figure 11.

Page 28 of 56

TREX 011706.0028

The surface mesh for the 14 days picture in Figure 11 is more similar to the surface mesh in Figure 8 than Figure 10.



Figure 11: "Figure 30. Transient simulation showing erosion of BSR flow geometry; red arrow points to locations of maximum erosion" reproduced from Dr. Nesic's report page 32.

Even ignoring the results simulated after 10.4 days[15] it can be shown, that a simple exponential function provides a better fit than the linear assumption used by Dr. Nesic (Figure 12 ).

$$f(x) = e^{-C1*t+C2} + C3$$

C1 = 0.103463

C2 = 69919.32

C3 = 8.969604

t is time in days.

---

[15] Had Dr. Nesic included the last two data points after 10.4 days, it would have resulted in an even worst linear fit.

TREX 011706.0029



**Figure 12: Pressure Drop vs. day data from "BSR-Parameter Changes with Erosion Time-0.xls" workbook extended to 24 days, with a linear and an exponential curve fits**

In general it is not a good practice to extrapolate (extend beyond available data points) CFD results, because the results may not continue to follow any trend as you move through time. However, Figure 12 clearly shows that the exponential and linear fits would give significantly different predictions as the time increases.

The exponential fit shows that the change in pressure due to erosion would be greatest during the initial time period, reducing over time. This is inconsistent with the linear relationship and Dr. Nesic's conclusions on page 32 of his report: *"For all the simulated geometries (BSR, CSR and UAP), I obtained a linear change of pressure over time"*. The exponential fit shows why Dr. Nesic should have completed his transient solution before reaching his linear assumption conclusion.

## Convergence Screen grabs
The following shows the residual plots inside of Fluent showing some of the CFD models of Dr. Nesic's that are not converged.

TREX 011706.0030



**Figure 13: Residuals for "\\Fluent Simulations\BSR\Pre-erosion BSR case\low Flow Rate (5000 bopd)\SR-Nominal-geometry-flow-crushed-pipe-v1-dpm-strat-1-two_injection-Flux=0^01m3_s.dat"**



**Figure 14: Residuals for "\\Fluent Simulations\BSR\Pre-erosion BSR case\high Flow Rate (65000 bopd)\ BSR-Nominal-geometry-flow-crushed-pipe-v1-dpm-strat-1-two_injection-v=0^686873066m_s-dpm-end.dat" model**

TREX 011706.0031



**Figure 15: Residuals for "\\Fluent Simulations\BSR\Post-erosion BSR case\high Flow Rate (65000 bopd)\ BSR-erroded-flow-crushed-pipe-v1-fluent-unsteady-steady-particle-start-end.dat"**

## Dr. Nesic Summary

I limited my comments to the CFD modeling undertaken by Dr. Nesic, but given the numerous serious problems with Dr. Nesic CFD models, I do not believe Dr. Nesic can use his CFD results to form any meaningful conclusions.

TREX 011706.0032

## Appendix 1.  Exit Loss, Incorrect Geometry Details.

Figure 16 is reproduced below showing the cross section of the geometry and mesh Dr. Lo used.  The geometry of the transitional spool in Figure 17 and the taper is shown in the photo in Figure 18



Figure 16:  Geometry of Dr. Lo Exit loss model showing geometry used.  Reproduced from Dr. Lo report



Figure 17:  Kill Line Geometry with drawing overlaid

TREX 011706.0033



Figure 18: Transition Spool outlet taper

TREX 011706.0034

## Appendix 2.  Flow Regime Definition Description

This section is intended to explain the flow regime nomenclature and how I determined that the most likely flow condition was oil continuous with gas bubbles.  It also explains the correction factor required to apply air/water data to a gas/oil application.

## Vertical Flow Regime Definition (Thome, 2010)

For co-current up-flow of gas and liquid in a vertical tube, the liquid and gas phases distribute themselves into several recognizable flow structures.  These are referred to as flow patterns and they are depicted in Figure 19 and can be described as follows:

- *Bubbly flow*. Numerous bubbles are observable as the gas is dispersed in the form of discrete bubbles in the continuous liquid phase. The bubbles may vary widely in size and shape but they are much smaller than the diameter of the tube itself.

- *Slug flow*. With increasing gas void fraction, the proximity of the bubbles is very close such that bubbles collide and coalesce to form larger bubbles, which are similar in dimension to the tube diameter. These bubbles are surrounded by a thin liquid film between them and the tube wall, which may flow downward due to the force of gravity, even though the net flow of fluid is upward.

- *Churn flow.* Increasing the velocity of the flow, the structure of the flow becomes unstable with the fluid traveling up and down in an oscillatory fashion but with a net upward flow.  The instability is the result of the relative parity of the gravity and shear forces acting in opposing directions on the thin film of liquid of the bubbles. This flow pattern is in fact an intermediate regime between the slug flow and annular flow regimes.

- *Annular flow.* Once the interfacial shear of the high velocity gas on the liquid film becomes dominant over gravity, the liquid is expelled from the center of the tube and flows as a thin film on the wall (forming an annular ring of liquid) while the gas flows as a continuous phase up the center of the tube. The interface is disturbed by high frequency waves and ripples.  In addition, liquid may be entrained in the gas core as small droplets, so much so that the fraction of liquid entrained may become similar to that in the film. This flow regime is particularly stable and is the desired flow pattern for two-phase pipe flows.

- *Mist[16] flow.* At very high gas flow rates almost all of the liquid in entrained as droplets in the continuous gas phase, analogous to the inverse of the bubbly flow regime. Impinging liquid droplets intermittently wet the tube wall locally. The droplets in the mist are often too small to be seen without special lighting and/or magnification.

---

[16] Dispersed flow

TREX 011706.0035



Figure 19: Gas Liquid Flow Regimes for Vertical Up-Flow (Brennen, 2005)

## Horizontal Flow Regime Definition(Thome, 2010)

Two-phase flow patterns are strongly influenced by gravity that acts to stratify the liquid to the bottom of the tube and the gas to the top. Flow patterns for co-current flow of gas and liquid in a horizontal tube are shown in Figure 20 and are categorized as follows:

- **Bubble flow.** The gas bubbles are dispersed in the liquid with a high concentration of bubbles in the upper half of the tube due to their buoyancy. In horizontal flows at high mass flow rates (when shear forces are dominant) the bubbles tend to disperse uniformly in the tube.

- **Stratified flow.** At low liquid and gas velocities, complete separation of the two phases occurs. The gas goes to the top and the liquid to the bottom of the tube, separated by a horizontal interface.

- **Wavy flow.** Increasing the gas velocity in a stratified flow, waves are formed on the interface and travel in the direction of flow. The amplitude of the waves is notable and depends on the relative velocity of the two phases; however, their crests do not reach the top of the tube.

- **Intermittent flow.** Further increasing the gas velocity, these interfacial waves become large enough to wash the top of the tube. This regime is characterized by large amplitude waves intermittently washing the top of the tube. Large amplitude waves often contain entrained bubbles. The top wall is nearly continuously wetted by the large amplitude waves and the thin liquid films left behind. There are two intermittent flow regimes:

  - *Plug flow.* This flow regime has liquid plugs that are separated by elongated gas bubbles. The diameters of the elongated bubbles are smaller than the tube such that the liquid phase is continuous along the bottom of the tube below the elongated bubbles. Plug flow is also sometimes referred to as *elongated bubble flow*.

TREX 011706.0036

- o  *Slug flow.* At higher gas velocities, the diameters of elongated bubbles become similar in size to the channel height. The liquid slugs separating such elongated bubbles can also be described as large amplitude waves.

- **Annular flow**. At even larger gas flow rates, the liquid forms a continuous annular film around the perimeter of the tube, similar to that in vertical flow but the liquid film is thicker at the bottom than the top. The interface between the liquid annulus and the vapor core is disturbed by small amplitude waves and droplets may be dispersed in the gas core. At high gas fractions, the top of the tube with its thinner film becomes dry first, so that the annular film covers only part of the tube perimeter and thus this is then classified as stratified-wavy flow.

- **Mist flow**. Similar to vertical flow, at very high gas velocities, all the liquid may be stripped from the wall and entrained as small droplets in the now continuous gas phase.



Figure 20: Gas Liquid Flow Regimes for Horizontal Flow (Brennen, 2005)

## Correction Factors and Evaluation of Flow Regime Maps

There are substantial differences between an air/water flow and a gas/oil flow. Nearly 60 years ago Ovid Baker determined correction factors so that he could apply air/water flow data to horizontal gas/oil pipe lines. Since that time his correction factors have continued to be used even though researchers have suggested alternate correction factors.

The Baker correction factors are:

For the gas Phase: $\qquad \lambda = \left( \dfrac{\rho_G}{\rho_a} * \dfrac{\rho_L}{\rho_w} \right)^{\frac{1}{2}}$

Page 37 of 56

TREX 011706.0037

For the liquid Phase: $\quad \psi = \dfrac{\sigma_{aw}}{\sigma_{GL}} * \left( \dfrac{\mu_L}{\mu_w} * \left( \dfrac{\rho_w}{\rho_L} \right)^2 \right)^{\frac{1}{3}}$

The correction factors are used in this section to relate air/water research to the gas/oil flow through the capping stack.

Table 6 Nomenclature and Parameter Values

| | | | |
|---|---|---|---|
| $\rho_w$ | 62.4 | $\#_m/\mathrm{ft}^3$ | Water at std conditions |
| $\rho_L$ | 44.06 | $\#_m/\mathrm{ft}^3$ | Oil at 200F and 2615 psia |
| $\rho_a$ | 0.075 | $\#_m/\mathrm{ft}^3$ | Air at std conditions |
| $\rho_G$ | 9.37 | $\#_m/\mathrm{ft}^3$ | Gas at 200F and 2615psi |
| $\sigma_{wa}$ | 73.0 | dyne/cm | Surface tension water & Air |
| $\sigma_{og}$ | 2.40 | dyne/cm | Surface tension oil & gas at 200F and 2615 psia |
| $\mu_w$ | 1.000 | cp | Water at std conditions |
| $\mu_L$ | 0.5429 | cp | Oil at 200F and 2615psi |
| $\mu_a$ | 0.0181 | cp | Air at std conditions |
| $\mu_G$ | 0.0202 | cp | Gas at 200F and 2615psi |

The correction factors values for the Macondo oil well leak were calculated to be:

Gas flow correction factor, $\lambda$ = 9.4

Liquid flow correction factor, $\psi$ = 31.3

Application of correction factors to the superficial mass velocity functions is as follows:

$m_L$  Superficial liquid mass flow per unit area.  Note that this is defined to be the mass flow rate of the liquid phase divided by the cross sectional area.  There is no consideration of the gas phase.

$m_L \psi$  Corrected to equivalent air/water

$$V_w = \frac{m_w}{\rho_w} \text{ Velocity form}$$

$V_L = \dfrac{m_L}{\rho_L} \psi$   Velocity corrected to equivalent air/water

$$\rho_w V_w^2 \text{ Momentum form}$$

Page 38 of 56

TREX 011706.0038

$$\rho_L V_L^2 = \frac{1}{\rho_L} \left( m_L \psi \right)^2$$

$m_G$  Superficial gas mass flow per unit area.  Note that this is defined to be the mass flow rate of the gas phase divided by the cross sectional area.  There is no consideration of the liquid phase.

$\dfrac{m_G}{\lambda}$  Corrected to equivalent air/water

$$V_G = \frac{m_G}{\rho_G \lambda}$$

$$\rho_G V_G^2 = \frac{1}{\rho_G} \left( \frac{m_G}{\lambda} \right)^2$$

### Vertical Flow Regime Maps

My results including the Baker correction are plotted in Figure 21 for both the 18.75 inch ram bore and the smaller 3 1/16 inch bore through the transition spool.  The box next to each point provides the calculated values for the abscissa and ordinate.  For conditions where the value is off scale an arrow is added.  As expected, this is comparable to the corrected values applied to Dr. Lo's flow map Figure 2.



**Figure 21:  From (Hewitt & Roberts, 1969): Plot of Flow in 18.75 inch riser and 3.0625 inch Flow Sections**

Dr. Lo only used the Hewitt flow regime map.  In addition to the Hewitt flow regime map stated above, I used the results from several other researchers in order to verify the results from (Hewitt & Roberts, 1969).  The results are given in the following sections.

TREX 011706.0039



Figure 22: From (Brennen, 2005): Plot of Flow in 18.75 inch riser and 3.0625 inch Flow Section



Figure 23: From (Giffith, 1984): Plot of Flow in 18.75 inch riser and 3.0625 inch Flow Section

Page 40 of 56



Figure 24:  From (Taitel, Bornea, & Duckler, 1980): Plot of Flow in 18.75 inch riser and 3.0625 inch Flow Section



Figure 25: F (Fair, 1960) as reproduced by (Thome, 2010)

## Horizontal Flow Regime Maps

The corrected flow conditions for the 3 1/16 inch horizontal pipes were also plotted against air/water environments in horizontal pipes (Figure 26 through Figure 28).

Page 41 of 56

TREX 011706.0041



Figure 26:  From (Baker, 1954): Only the 3-1/16 inch Size is Plotted



Figure 27:  From (Mandhane, Gregory, & Aziz, 1974): Only the 3-1/16 inch Size is Plotted

Page 42 of 56

TREX 011706.0042



Figure 28: From (Giffith, 1984): Only the 3-1/16 inch Size is Plotted

TREX 011706.0043

## Appendix 3.  Droplet Breakup Model Details.

In line with Dr. Lo's assumption of dispersed droplets, I have analyzed discrete droplets for the homogeneous baseline model.  The discrete droplet particles were tracked until they either exited the domain, exceeded integration limits, or broke up to droplets smaller than 20µm.

5,000 individual 100µm sized droplets were added to the inlet with no slip velocity.  The particles' interaction with the oil/gas fluid were limited to the one-way coupling; the homogeneous model already accounts for the liquid phase.  The Schiller-Naumann drag force law, with turbulent dispersion, was used to account for droplet fluid interactions.  The TAB break-up model was used calculate the droplet breakup.

The discrete droplets material properties were based on the material properties produced by Dr Zick.

- Molar Mass 100.2 kg kmol$^{-1}$
- Density 689.73 kg m$^3$
- Viscosity 0.3813 centipoise

To test the sensitivity to the droplet breakup model four additional droplet breakup models (CAB, ETAB, Reitz and Diwakar, and Schmehl) are included in the report.

Figure 29 shows particle tracks colored by droplet diameter all the models show the droplets break up to droplets smaller than 20 micron.



**Figure 29: Alternative droplet Breakup models.  Top left is the CAB model, top right is the ETAB model, bottom left the Reitz and Diwakar and bottom right is the Schmehl model.**

Page 44 of 56

TREX 011706.0044

## Appendix 4. Exit Loss

The balance of total pressures upstream and downstream of the exit can be defined by ignoring any hydraulic head difference, which is small through the exit:

$$P_{DYNAMIC\ Ocean} + P_{STATIC\ Ocean} = P_{DYNAMIC\ Upstream} + P_{STATIC\ Upstream} - Exit\ Losses$$

The exit losses in the sudden expansion as the gas and oil exits the transition spool can be defined as

$$Exit\ Losses = K * P_{DYNAMIC\ Upstream}$$

where K is the loss factor based on a sudden expansion.



Figure 30: Loss factors for sudden expansion and contraction, (White, 1999)

Substituting this back to the pressure balance yields the full equation that characterizes the exit of the system:

$$P_{DYNAMIC\ Ocean} + P_{STATIC\ Ocean} = P_{DYNAMIC\ Upstream} + P_{STATIC\ Upstream} - K * P_{DYNAMIC\ Upstream}$$

Assuming that the ocean is a plenum (large stagnation region), this implies that the ocean dynamic pressure is zero (or much smaller than the static pressure). Furthermore, K is known to be approximately equal to 1 for exit losses (expansion where the radius of the upstream pipe is negligibly small compared to plenum size). Substituting these in and simplifying yields:

$$P_{STATIC\ Ocean} = P_{STATIC\ Upstream}$$

TREX 011706.0045

# Appendix 5. Additional Sensitivity solutions

Some additional sensitivity solutions were created for this rebuttal report and are reported in this section. All the oil flow rates in Appendix 6 use the conversion factor provided by Dr. Zick documented in my original report.

## Kill Line Model Sensitivity

The model sensitivity for the Kill Line model is presented in the following sections.

### Bubble and Droplet Size

The calculated volumetric flow of oil at surface conditions is reported in Table 7 for a number of different bubble and droplets instead of the **Baseline Eulerian-Eulerian** model's 0.02 (mm) bubble size. All models use a homogeneous k-ε turbulence model with no-slip walls.

**Table 7: Particle Size Sensitivity**

| Particle Size (microns) | Droplet % difference from Baseline model | Bubble % difference from Baseline model |
|---|---|---|
| 20 | +0.2% | +0.7% |
| 61 | -0.6% | +0.4% |
| 100 | -1.0% | +0.2% |

### Temperature and Equation of State

The calculated volumetric flow of oil at surface conditions are reported at 200°F and 220°F for both Dr. Zick's provided EOS and Dr. Whitson's EOS (CL 68379DEC PVT data) used by Dr. Lo[17] in his final model. The results are compared against the baseline result for the kill line homogeneous model that uses Dr Zick's EOS at 200°F (Table 8).

**Table 8: Temperature and EOS**

| | Oil Flow Rate [bpod] | % difference from Baseline model |
|---|---|---|

---

[17] Sourced from the PVTSim Property-Whitson CL68379-DEC Fluid.xls PVT tables recreated Dr. Whitson's PVT tables.

TREX 011706.0046

| | | |
|---|---|---|
| **Dr. Zick 200°F** | **54,100** | - |
| Dr. Whitson 200°F | 53,100 | -1.7% |
| **Dr. Zick 220°F** | **52,900** | **-2.1%** |
| Dr. Whitson 220°F | 52,100 | -3.7% |

Table 9 documents the "PVTSim Property-Whitson CL68379-DEC Fluid.xls" tables that recreate the PVT look up tables from Dr. Whitson's EOS.  Only a small section of the tables is presented for brevity.

Table 9: PVTSim Property-Whitson CL68379-DEC Fluid.xls Reduced for brevity.

| .......... | | |
|---|---|---|
| **Macondo-T Peneloux (T)** | **CL68379-DEC** | **EOS = PR 78** |
| Pressure | | |
| psia | | |
| | 2000 | 2000 |
| | 2158.621 | 2158.621 |
| | 2317.241 | 2317.241 |
| | 2475.862 | 2475.862 |
| | 2634.483 | 2634.483 |
| | 2793.104 | 2793.104 |
| | 2951.724 | 2951.724 |
| | 3110.345 | 3110.345 |
| | 3268.965 | 3268.965 |
| | 3427.586 | 3427.586 |
| | 3586.207 | 3586.207 |
| | 3744.828 | 3744.828 |
| | 3903.448 | 3903.448 |
| | 4062.069 | 4062.069 |
| | 4220.689 | 4220.689 |
| | ....... | ....... |

## Inlet Pressure

The calculated volumetric flow of oil at surface conditions is reported with the different pressure reading of Professor Martin Trusler as reported by Dr. Lo.  An inlet total pressure of 2608 (psia) and an outlet pressure of 2188 (psia) was modeled instead of the **Baseline** model 2615 (psia) inlet total pressure and outlet pressure of 2190 (psia) (Table 10).

Table 10: Pressure sensitivity

TREX 011706.0047

| Inlet Pressure [psi] | Outlet Pressure [psi] | Oil Flow Rate [bpod] | % difference from Baseline model |
|---|---|---|---|
| 2615 | 2190 | 54,100 | - |
| 2608 | 2188 | 53,700 | -0.6% |

## Viscosity sensitivity

The viscosity of the **Baseline** model was scaled by a constant to test the sensitivity of calculated volumetric flow of oil at surface conditions to the viscosity of the oil gas mixture.  The **Baseline** model has an equivalent viscosity factor of one (Table 11).

Table 11: Viscosity sensitivity

| Viscosity Factor | Oil Flow Rate [bpod] | % difference from Baseline model |
|---|---|---|
| 1 | 54,000 | 0.0% |
| 2 | 54,000 | 0.0% |
| 10 | 53,900 | -0.2% |
| 50 | 53,500 | -1.1% |
| 100 | 53,100 | -1.7% |

## Geometry based on 032_Physical Measurements-refer to document from 2011.11.15.xlsx

The calculated volumetric flow of oil at surface conditions are reported using dimensions preferentially chosen from the DNV measurements (032_Physical Measurements-refer to document from 2011.11.15.xlsx) and compared against the **Baseline** as documented in my original report, Table 12 and Table 13.

Table 12: Changed Kill Line Geometric Parameters

| | Baseline (inch) | 032_Physical Measurements-refer to document from 2011.11.15.xlsx (inch) |
|---|---|---|

TREX 011706.0048

| | | |
|---|---|---|
| E | 3.0625 | 3.195 |
| F | 3.0625 | 3.17 |
| H | 37.94 | 38 |
| K | 24.93 | 24.868 |

Table 13: Geometry Source

| | Oil Flow Rate [bpod] | % difference from Baseline model |
|---|---|---|
| **Baseline** | **54,100** | - |
| 032_Physical Measurements-refer to document from 2011.11.15.xlsx | 58,500 | +8.3% |

## Pressure Drop Solution

I completed CFD solutions for other expert rebuttal reports.  The inlet pressure was varied across a range with and without considering the effects of gravity.  The range of pressure drops extends well outside of the pressure measured across the kill line and are therefore not included in the sensitivity study (Table 14).

Table 14: Pressure drop solutions for other expert reports

| Inlet Pressure (psia) | Mass flow rate (both Phases), [kg/s] with gravity | Mass flow rate (both Phases), [kg/s] with no gravity |
|---|---|---|
| 2940 | 159.5 | 160.1 |
| 2890 | 154.0 | 154.6 |
| 2840 | 148.3 | 148.9 |
| 2790 | 142.4 | 143.1 |
| 2740 | 136.3 | 136.9 |

Page 49 of 56

TREX 011706.0049

| 2690 | 130.1 | 130.5 |
| 2640 | 123.3 | 123.8 |
| 2615 | 119.8 | 120.4 |
| 2590 | 116.2 | 116.6 |
| 2540 | 108.5 | 109.1 |
| 2490 | 100.6 | 100.9 |
| 2440 | 91.8 | 92.1 |



Figure 31: square root of pressure drop vs. mass flow rate for pressure drop sweep

## Choke Line Sensitivity

The additional Choke Line sensitivity results that I ran for the rebuttal report are presented in the following sections.

TREX 011706.0050

## Bubble Size

The calculated volumetric flow of oil at surface conditions is reported in Table 15 for a number of different bubble sizes for reference.  The models use a homogenous k-ε turbulence model.

Table 15: Choke Line Bubble Size

| Bubble Size (microns) | Oil Flow Rate [bpod] | % difference from Choke Baseline model |
|---|---|---|
| Homogenous | | - |
| 20 | 53,500 | 0.8% |
| 61 | 53,600 | 0.8% |

## Heterogeneous Turbulence Bubble Size

The calculated volumetric flow of oil at surface conditions is reported in Table 16 for Choke 0 turns using the **Eulerian-Eulerian** model's 0.02 (mm) bubble size.  The liquid continuous phase (k-ε turbulence model) and a gas dispersed phase (dispersed phase zero equation turbulence model).

Table 16: Choke Line Multiphase Turbulence

| Bubble Size (microns) | Oil Flow Rate [bpod] | % difference from 0 turn choke reported in my original report |
|---|---|---|
| Homogenous | | - |
| 20 | 54,700 | 2.9% |

TREX 011706.0051

# Appendix 6.  Nesic Report

## Erosion coefficients used in Dr. Nesic's CFD model

The erosion model used by Dr. Nesic in his CFD model was extracted for use by other DOJ expects.

The erosion rate in Fluent is defined by the general equation as documented in Fluent's user guide:

$$R_{erosion} = \sum_{p=1}^{N_{particles}} \frac{\dot{m}_p C\left(d_p\right) f\left(\alpha\right) v^{b(v)}}{A_{face}}$$

Where:

$\dot{m}_p$ = Mass flow rate impacting a cell area (obtained as part of the particle tracking CFD results)

$A_{face}$ = Area of the mesh cell on the boundary  (Defined by the mesh size in the CFD model)

$C\left(d_p\right)$ is a function of the particle diameter

$b(v)$  is a function of the relative particle velocity

$f(\alpha)$  is a function of the impact angle

Dr. Nesic uses the follow value to define erosion in his CFD model:

$$C\left(d_p\right) = 3.335492 \times 10^{-7}$$

$$b(v) = 1.73$$

$$f(\alpha) = \begin{cases} -0.00023315 + 0.00894\alpha - 0.000262971\alpha^2 & 0 < \alpha < 18° \\[2mm] \begin{aligned} & 0.08148 + 2.89775x10^{-4}\alpha \\ & -4.39246 \times 10^{-5}\,\alpha^2 \;\; + 6.40607 \times 10^{-7}\alpha^3 \\ & -1.03536 \times 10^{-8}\alpha^4 \;\; + 1.53094 \times 10^{-10}\alpha^5 \\ & -1.10316 \times 10^{-12}\alpha^6 \;\; + 2.98537 \times 10^{-15}\alpha^7 \end{aligned} & 18.5° < \alpha < 90° \end{cases}$$

where $\alpha$ is the impact angle.

The screenshot in Figure 32 and Figure 33 shows the coefficients used for the impact angle function as defined in the CFD model of Dr. Nesic.

TREX 011706.0052



**Figure 32: Impact Angle Screenshot 1**



**Figure 33: Impact Angle Screenshot 2**

The screenshot in Figure 34 shows the Diameter Function coefficient as defined in the CFD model of Dr. Nesic.



**Figure 34: Diameter Function**

The screenshot in Figure 35 shows the Velocity Exponent Function coefficient as defined in the CFD model of Dr. Nesic.

Page 53 of 56

TREX 011706.0053



Figure 35: Velocity Exponent Function

TREX 011706.0054

## Works Cited

ANSYS Inc. (2013). ANSYS 14.5.7 Help. Canonsburg, PA 15317: ANSYS Inc.

Baker, O. (1954). Simultaneous Flow of Oil and Gas. *Journal of Oil and Gas*, 185.

Boersma, B. J., Brethouwer, G., & Nieuwstadt, F. T. (1998). A numerical investigation on the effect of inflow conditions on the self-similar region of a round jet. Physics of Fluid, 899-909.

Brennen, C. E. (2005). *Fundamentals of Multiphase Flows.* Cambridge University Press.

Eastwood, C. D., Armi, L., & Lasheras, J. C. (2004). The breakup of immiscible fluids in turbulent flows. *Journal Fluid Mechanics*, 309-333.

Fair, J. R. (1960). What You Need to Know to Design Thermosyphon Reboilers. *Petorleum Refiner*, 105.

Giffith, P. (1984). Multiphase Flow in Pipes. *Journal Petroleum Technology*, 361-367.

Hesketh, R. P., Fraser Russell, T. W., & Etchells, A. W. (1987). Bubble Size Horizontal Pipelines. *AIChE Journal*, 663-667.

Hewitt, G. F., & Roberts, D. N. (1969). Studies of Two-Phase Flow Patterns by Simultaneous X-Ray and Flash Photography. *AERE*.

Mandhane, J. M., Gregory, G. A., & Aziz, K. (1974). Flow Pattern Map for Gas-Liquid Flow in Horizontal Pipes. *Int. J. Multiphase Flow*, 537-553.

Pilch, M., & Erdman, C. A. (1987). Use of breakup time data and velocity histroy data to predict the maximum size of stable fragments for acceleration-induced breakup of a liquid drop. Int. J. Multiphase Flow, 741-757.

Pradeep, C. B., & Krishnan, M. (2004). Upstream entrainment in numerical simulations of spatially evolving round jets. Physics of Fluids, 3699-3705.

Sleicher, C. A. (1962). Maximum stable drop size in turbulent flow. *AIChE*, 471-477.

Taitel, Y., Bornea, D., & Duckler, A. E. (1980). Modeling Flow Pattern Transition for Steady Upward Gas-Liquid Flow in Vertical Tubes. *AIChe Journal*, 345-354.

Thome, J. R. (2010). *Engineering Data Book III, Wolverine Tube, Inc.* Decatur Alabama.

White, F. M. (1999). *Fluid Mechanics (4th ed.).* McGraw-Hill.

TREX 011706.0055

## Considered Materials in Rebuttal Expert Report

| Document |
|---|
| BP-HZN-2179MDL07806054 |
| BP Expert Prod 5 - Shortcut (Star-CCM+ 8.03 Upgrade) |
| Expert Report of Sankaran Sundaresan (20130501) |
| Expert Report of Simon Lo (20130501) |
| Expert Report of Srdjan Nesic (20130501) |
| Expert Report of Richard Strickland (20130501) |
| SNL008-002575 |
| SNL008-003826 |
| SNL008-003827 |
| Ex. 10374 |
| Ex. 10366 |
| Reliance Modeling Materials from Nesic/Vaziri and Lo |
| Windows installation package for Star-CCM+8.03 Upgrade |
| Ansys Help Manual |
| Star CCM Help Manual |
| Email correspondence with Ansys Help Desk |
| 2.1 Flow Regimes, authored by G.F. Hewitt, in Hetsroni, G. (1982). Handbook of multiphase systems. Washington, New York and London: Hemisphere Publishing Corporation. |
| Computer modeling runs relied upon by expert in rebuttal report |
| Workbooks and spreadsheets related to inputs and outputs to computer modeling runs |

TREX 011706.0056