# United States' Phase Two Offer of Proof Exhibit 28
# Rebuttal Expert Report of Thomas Dewers

# Expert Report

# Rebuttal to Reports of Dr. Hans Vaziri and Dr. Srdjan Nesic

Prepared on behalf of the United States by:

**Thomas Dewers, Ph.D**
Albuquerque, New Mexico

June 21, 2013

11747

Exhibit No. _____

Worldwide Court
Reporters, Inc.

1
Confidential Per BP

TREX 011747.0001

# Table of Contents

Background and Credentials ........................................................ 3

Executive Summary ................................................................... 4

Background on Sand Prediction Modeling ................................. 6

Rebuttal ..................................................................................... 7

  A.  ENHANS Modeling ............................................................. 7

  B.  Statements as to Particle Size of Sanding ......................... 13

  C.  Summary ........................................................................... 13


Appendices

  Appendix A – Curriculum Vitae ............................................ 15

  Appendix B – Considered Materials ...................................... 20

Confidential Per BP

TREX 011747.0002

## Background and Credentials

I am Distinguished Member of the Technical Staff in the Geomechanics Department at Sandia National Laboratories in Albuquerque, New Mexico, where I have been employed since April of 2007. At Sandia, I work on problems ranging from experimental rock mechanics to reservoir modeling of carbon dioxide injection. I have extensive experience with many types of spatio-temporal models including reactive transport, multiphase flow, elasto-plastic finite element codes, and pore scale computational fluid dynamic (CFD) modeling methods. Prior to coming to Sandia, I was a tenured professor at the University of Oklahoma (OU) School of Geology and Geophysics for thirteen years. As my publication list demonstrates, my expertise while at OU included rock mechanics, geochemistry, microbiology, hydrogeology, and field geology. My work there was funded by the US National Science Foundation (NSF), Department of Energy, EPA, the Oklahoma Experimental Program to Stimulate Competitive Research (EPSCoR), and several oil companies. Of note was my work on induced seismicity in South African gold mines, where I was part of an international team (US, Israel, Germany, Japan, and South Africa) and served as co-principal investigator (PI) and proposal author for the NSF and International Continental Drilling (ICDP)-funded projects, and my work on a NSF-funded microbial observatory. Before being hired at Sandia, I was a hydrologist at the New Mexico Environment Department for one year. While at the New Mexico Environment Department, I worked with mining industry officials and consulting firms on groundwater and vadose zone models associated with mining activities, notably acid mine drainage and uranium issues.

While at Sandia, I have developed programs on subsurface carbon storage and shale geomechanics. Notably, I am a co-PI for the 15 million dollar DOE Energy Frontier Research Center held jointly with University of Texas faculty in the Petroleum Engineering Department. My role at Sandia includes experimental and theoretical investigations on multiphase flow, rock mechanics, and reactive transport. This includes novel work on: the geomechanics of shales; geomechanical behavior of sandstone reservoirs, including validation of advanced elasto-plastic constitutive models; work on subcritical crack growth in CO2 environments as a long-term risk factor in underground storage of CO2; and pore-scale modeling of multiphase flow and reactive transport, associated with fate and transport of leaking CO2.

As concerns this report, much of my work at Sandia has been on advanced constitutive modeling of weak porous sandstones, similar to the rock comprising the Macondo reservoir. This includes elasto-plastic responses of sandstones to different stress paths, including experimental and theoretical considerations of sand yielding and failure, which are necessary for predicting the onset of sanding in wellbores. While a lot of my work involves contract work for which many reports are not available in the public literature, there are two recent publications (Dewers et al., 2013a & b) which discuss this aspect of my expertise in detail. These concern shear and other modes of failure that we at Sandia have assessed for customers in the oil industry and for the Department of Energy as it pertains to subsurface carbon storage in weak porous sands.

I have never been deposed or served as an expert witness. I received no compensation for my expert report in this case aside from my regular salary from Sandia. My detailed *curriculum vitae* is appended to this report in Appendix A. This report contains my opinions, conclusions and reasons therefore. The facts and data I considered in forming my opinions is listed in Appendix B to this report.

TREX 011747.0003

## Executive Summary

Herein I provide a critique and rebuttal of the claims made by Dr. Hans Vaziri in his report of April 30, 2013 titled, "Appendix E. Estimation of Sand Production in the Macondo Well." Dr. Vaziri's report is an appendix to a larger Expert Report by Dr. Srdjan Nesic, dated May 1, 2013. Dr. Vaziri's report informs Dr. Nesic's assumptions about wellbore sand production ("sanding") and the influence such sand, flowing along with hydrocarbon within the wellbore and through the kinked riser and blow-out preventer, would have had on metal erosion. Dr. Nesic's report (at 12) indicates that he uses two key results on sand particle size and sanding rate from Dr. Vaziri's report:

- a dilute particulate phase comprised of sand particles with a uniform size distribution (grains of sand 500 μm in diameter)[1] and

- a five-week duration of sand production" with "half the sand was likely produced in the first two weeks, by May 4, and the other half by the end of May.

My rebuttal of Dr. Nesic's report concerns these aspects and assumptions.

Dr. Vaziri states that his report's purpose is to provide an analysis of sand production in the Macondo well, and specifically to estimate the amount, timing, and size of sand produced from the reservoir sands intersected by the Macondo well as a result of the Deepwater Horizon incident on April 20th, 2010. As concerns this purpose, Dr. Vaziri states the following conclusions:

1. The Macondo well likely produced approximately 19,300 - 40,300 pounds of sand from April 20, 2010 until the end of May 2010. This estimate is conservative and assumes that there was little sand production after May 2010 because by then the dynamic pressure conditions around the well had stabilized.

2. About half the sand produced following the Macondo incident was likely produced in the first two weeks, with the remainder likely produced by the end of May 2010.

3. The sand particles produced at the Macondo well following the incident likely ranged from 100 to 10,000 microns, with an average size of approximately 500 microns.

---

[1] Although Dr. Nesic's report indicates that uses "grains of sand 500μm in diameter," it appears that in his actual CFD modeling runs, he used a diameter of 149.86μm.  See Rebuttal Expert Report of Dr. Nathan Bushnell at 24.

My analysis of Dr. Vaziri's report, the documents listed in Dr. Vaziri's appendix of considered materials, publications on sanding by Dr. Vaziri and colleagues, and other reports and materials produced in the litigation, allow me to make the following statements and draw the following conclusions in rebuttal to these claims by Dr. Vaziri:

1. Dr. Vaziri's report and modeling results do not support his estimate of cumulative sanding volume that would have occurred at the Macondo well. Large uncertainties in the mechanical integrity of the wellbore reservoir sands prior to the incident, large uncertainties in the rock mechanical properties (especially unconfined compressive strength) used in the modeling, and simplifying practices used in the modeling itself (including the assumption of axisymmetry, coarse mesh size, and initial condition of the wellbore prior to the incident) give no basis for the bounds on sanding volume calculated in Dr. Vaziri's modeling results. This in turn impacts the amount of sanding volumes assumed by Dr. Nesic in his CFD calculations.

2. The drawdown conditions that Dr. Vaziri refers to would have influenced the rate of sanding considerably, with the greatest volume in sanding occurring when the stress conditions in the wellbore would have been most favourable for sand production (coinciding with the drop in wellbore pressure at and just subsequent to the blowout). While Dr. Vaziri's report and modeling detail the influence of drawdown pressure on sanding rate, Dr. Vaziri does not present a temporal rate of change of drawdown that could be used to infer the temporal rate of change of sanding volume.

   Thus, there is no basis for Dr. Vaziri's statement of half of the sanding occurring two weeks following the incident on April 20 (presumably the fourteen days from April 20 through May 4) and half the sanding occurring subsequent to May 4 until the end of May (26 days). Without a precise temporal rate of change of drawdown pressure (not provided or alluded to in the report), there is no quantitative means to calculate the temporal rate of change of sanding volume. Nonetheless, based upon all of the information available, including the high initial drawdown pressure at the beginning of the incident and the unconfined compressive strength of the reservoir rock, it is likely that most of the sanding occurred much earlier than stated by Dr. Vaziri. This conclusion impacts the assumption of constant sanding rate assumed in Dr. Nesic's report. Although it would be difficult to assign a quantitative rate of sanding following the blowout, qualitatively it is highly likely that the greatest amount of sanding would have occurred during and just subsequent to the blowout. It would not have continued at a near constant rate for the time period assumed by Dr. Nesic.

3. There is no basis in the modeling results, nor in any past or present model for sanding production, that could predict the particle size distribution involved in any sanding at Macondo. The ENHANS model does not predict particle size, nor is there any available model that can predict the distribution of particle sizes of aggregates produced during shear failure or other comminution associated with the sanding process. While Dr. Vaziri's range of particle size given in his report, of 100 to 10,000 microns, may well be a reasonable range. However, this range provides no basis for

TREX 011747.0005

Dr. Nesic's use of a unimodal particle size of either 500 microns (as he states in his report) or ~150 microns (as apparently was actually used in the calculations as discussed in the Expert Report of Dr. Bushnell)in his CFD calculations. Nothing given in Dr. Vaziri's report or modeling results provide any basis for the use of a particle size of 500 microns.

These statements in rebuttal are more fully detailed in what follows.

## Background on Sand Prediction Modeling

A very good synopsis of sand production from weak porous sandstones and the procedures used in the modeling of sanding in Dr. Vaziri's report, is provided by Nouri et al., 2007, of which Dr. Vaziri is a co-author.[2] Nouri et al. discuss the two-part aspect of sand production (sanding). First, wellbore failure is initiated around a wellbore due to drilling-induced damage, drawdown (defined as the difference between in situ reservoir pore pressure and wellbore flowing pressure), and reservoir pressure depletion. Wellbore failure results in the degradation and disaggregation of the rock surrounding the wellbore. The second part of sanding involves removal of this disaggregated material by erosion associated with flow along the wellbore or by flow into the wellbore from the surrounding formation. The removal of material can continue "until a stable geometry of cavity is formed" (Nouri et al., 2007). All of these mechanisms are relevant to sanding within the Macondo well.

Wellbore damage can ensue due to the changing stress conditions following a drop in wellbore pressure, such as would attend a blow out. A simple analysis of borehole breakouts in wellbores within a three-dimensional stress field suggests that breakouts and/or well sanding would occur parallel to the direction of the least principal compressive stress if wellbore pressures drop below a critical value given by:

$$P_{crit} < \frac{3S_{Hmax} - C - S_{hmin})}{2}$$

where $S_{Hmax}$ and $S_{hmin}$ are the maximum and minimum horizontal principal stresses; and $C$ is rock strength, which can be related to the unconfined compressive strength of the rock near the wellbore.[3] This result assumes a vertical wellbore and that principal stresses act vertically and horizontally. Although more sophisticated failure criteria can be employed (for example including poroelastic effects or other failure criteria, see e.g.,

---

[2] Nouri, A., Vaziri, H., Belhaj, H., and Islam, M.R., Comprehensive transient modeling of sand production in horizontal wellbores, Society of Petroleum Engineers Journal, December 2007, at pp. 468-474.

[3] Haimson, B.C., Herrick, C.G., In Borehole breakouts and in situ stress, Proceedings of the 12th Annual Energy-Sources Technology Conference and Exhibition, New York, American Society of Mechanical Engineers: New York (1989), pp. 17-22; Moos, D., Zoback, M., Utilization of observations of well bore failure to constrain the orientation and magnitude of crustal stresses: Application to continental, deep sea drilling project and Ocean Drilling Program Boreholes. Journal of Geophysical Research (1990), 95, (B6), 9305-9325.

Palmer et al., 2003[4]), essentially the onset of sanding associated with shear failure follows a criteria of this type.

A good summary of current sand modeling practices is given in the recent paper by Rahmati et al., 2013, of which Dr. Vaziri also is a co-author.[5] This review article summarizes current practices in sanding models and compares among model types (i.e. continuum versus discrete) and onset or failure criteria. I agree with a number of conclusions given in this paper as to the state-of-the-art of sanding modeling, in particular the last sentence of the abstract: "Although major improvements have been achieved in the past decade, *sanding tools are still unable to predict the sand mass and rate of sanding for all field problems in a reliable form.*" (Rahmati et al., 2013) (emphasis added).

This is not to say that the use of such models is not warranted in industry practice. The use of numerical models to aid in risk and uncertainty management is common and useful, even when the predictions of such models are highly uncertain. Use of such models is "fit for purpose" and in the case of sanding, can be useful in the planning of mitigation for the upstream effects of sanding on infrastructure. The purpose of such models, however, typically is to assess sanding risks during production and to develop plans to mitigate risks, not to determine the amount, timing, or size of the sand produced. The Palmer et al., 2003, study, for example, states how BP uses the sanding model to manage sand control at the surface (i.e., to exercise sand control or not, for economic benefit), to decide if sand control can be deferred until later, and in decisions about managing wellbore drawdown. It would appear, based on Dr. Vaziri's own publications, that his modeling is useful to predict onset and in making informed decisions concerning mitigation of sanding hazards in oil production. In light of the above statements from Dr. Vaziri's publications, however, his model, as well as other sanding models, would not be reliable in predicting sand mass and sanding rate in the circumstances of the Macondo blowout.

## Rebuttal

### A. *ENHANS Modeling*

This section refers to points (1) and (2) given in Dr. Vaziri's report, which relate to sanding amount and sanding rate, respectively, and points (1) and (2) in my rebuttal summarized above in the executive summary. This section concerns Dr. Vaziri's use of the ENHANS model, a BP-proprietary model that was originally developed by Dr. Vaziri for his PhD thesis, to estimate cumulative production and sanding rate. ENHANS is a finite element code that includes an element-by-element consideration of failure criteria based on in situ stress state and drawdown pressures in the wellbore. Sanding is modeled for a particular element when: 1) The element has experienced failure (generally shear failure associated with wellbore or reservoir fluid pressure drawdown); and 2) when the state of stress associated with seepage forces within the element reaches a tensile state and may be dependent on capillary forces. The associated sanding

---

[4] Palmer, I., Vaziri, H., Willson, S., Moschovidis, Z., Cameron, J., and Ispas, I., Predicting and managing sand production: A new strategy, Society of Petroleum Engineers 84499, SPE Annual Technical Conference and Exhibition, Denver, CO (2003).

[5] Rahmati, H., Jafarpour, M., Azadbakht, S., Nouri, A., Vaziri, H., Chan, D., and Xiao, Y., Review of sand production prediction models, Journal of Petroleum Engineering (2013).

volume is then the volume associated with the element itself. Use of ENHANS is detailed by literature references given in the previous section and is briefly described in Dr. Vaziri's report.

As part of this litigation, I have been provided access to the ENHANS executable files and the input files Dr. Vaziri used in the preparation of his report. Using a computer monitored by Special Master Captain Suzanne Englebert, USCG Ret., I was able to verify that the input files provided as Dr. Vaziri's Relied Upon Modeling Runs indeed match the results provided by Dr. Vaziri in his report.

Based on his report, my access to the input files, and my assessment of the rock mechanics properties used in the modeling and detailed below, I make the following criticisms of the modeling detailed in Dr. Vaziri's report:

1.  **Rate of sanding is highly dependent on time rate of change of drawdown, which is not provided for or modeled in Dr. Vaziri's report, nor are the effects of transient drawdown explicitly accounted for in estimated of sanding volume**

One sensitive influence on sanding that Dr. Vaziri discusses is drawdown (this is the difference between the reservoir pressure and flowing bottomhole pressure, and in a strict sense will be temporally and spatially dependent unless steady conditions are reached). Drawdown increases sanding, both because a larger drawdown will result in an increase in the effective stress tensor and also will result in larger seepage or drag forces near the flowing portions of the rock surrounding the well. Dr. Vaziri shows the sensitive effect of sanding volume to drawdown in Figure 3 of his report.

As Dr. Vaziri states at the bottom of page 9, drawdown conditions would have been highly transient (time-dependent) following the blowout and would have remained transient until steady conditions would have been reached. Dr. Vaziri does not give any modeling results on rate of change of drawdown following blowout, but these are precisely the data needed to constrain sanding rates. The only constraints on drawdown amounts and its temporal variation for the Macondo blowout incident can be calculated from: the decline in reservoir pressure (which can be estimated from the difference between the initial reservoir pressure of 11,850 psi, and final pressure after 86 days of flow, such as the 10,310 psi calculated by Dr. Stewart Griffiths' Expert Report, top of his page 9); the variation in BOP measured pressure (as plotted in Dr. Griffiths' Expert Report in Figure 5, which is not monotonic but does show a steady decline over the 86 days of flow); and modeling assumptions about the wellbore permeability, phase relations for the fluid along the length of the wellbore, and wellbore constrictions including the leaking BOP. This type of modeling is not attempted in Dr. Vaziri's report, but what is clear is that steady drawdown conditions are not evidenced by the declining reservoir and mudline or BOP measured pressures, and that drawdown amounts would have remained transient throughout the 86 days of flow, never reaching any steady conditions.

The lack of any temporal variation of drawdown in Dr. Vaziri's modeling places large uncertainty on any statement of sanding volumetric rate. I agree with Dr. Vaziri's general statement on page 9 that drawdown would have been highest in the time immediately following

Confidential Per BP

the blowout incident and would have declined over the 86 days of flow.  This is consistent with a statement made by Dr. Vaziri during the incident response, on July 10, 2010, that:

> Assuming that the initial sandface DD [drawdown] had been in the order of 1,000 psi, we expect the rockface to have broken up into larger fragments and pushed against the casing with some possibly up/down in the annulus and lodged in place with smaller fragments carried up the well during the first few hours of flow.[6]

Without a constraint on drawdown temporal variation however, there is no scientific basis for Dr. Vaziri's claim in his report that "about half the sand produced following the Macondo incident was likely produced in the first two weeks, with the remainder likely produced by the end of May 2010." But one would expect, given this decline in drawdown with time, that more sanding would occur earlier in the 86-day flowing history than predicted by the modeling results of Dr. Vaziri.  Dr. Vaziri's contention that drawdown declined from 6000 psi to 1500 psi over the 86 day period, although not backed up with evidence provided in his report, would have certainly led to more sanding earlier than later.  It is very likely that the "water-hammer" or shock effect of the blowout event would have induced greater wellbore damage and sanding volume than in any time subsequent to the blowout, but this is difficult to quantify.

A conceptual model for sanding in the Macondo well that I would agree with, and which is consistent with my opinion that there was moresanding earlier than predicted by Dr. Vaziri, uses the example set by Dr. Vaziri himself in the paper by Palmer et al., 2007 (at page 7), in which ENHANS is used to model sanding following a simulated blowout event. While the conditions given in the Palmer et al. example were not of course meant to mimic the Macondo well blowout, their example shows a pulse of transient sanding immediately following the blowout followed by a period of much smaller sanding rate accompanying a decline in drawdown (Figure 11, at page 7). This conceptual model is also depicted graphically in an earlier paper by Dr. Vaziri and colleagues (Palmer et al., 2003, figure 1) in which the largest pulse of sanding occurs immediately following the onset of sanding, and declines with time and declining drawdown.

The decline in sanding also attends the geometric effects of sanding volume that is lost. The most unstable sanding zones (those with the lowest UCS values for example), which would "sand" first, will result in a cavity configuration that becomes stable. This is discussed by Palmer et al., 2007 (at page 7), but is not accounted for in the modeling included in Dr. Vaziri's report. Dr. Vaziri's graphs of cumulative sand production are based simply on simulation runs that calculate sanding volume as a function of drawdown, and not drawdown history, and so overestimate the volumes of sanding that would have occurred at higher drawdown.  In other words, the history effect of higher drawdown is not accounted for in his simulations, which would severely lead to overprediction of sanding volumes, particularly at lower drawdown levels. Thus the cumulative sanding volumes, which do not account for sanding volumes lost at higher drawdowns or this cavity-effect, would overestimate sanding volumes that might occur at lower drawdowns and later in the 86-day flowing period.

---

[6] Ex. 9477.

TREX 011747.0009

It is curious that Dr. Vaziri did not follow his own conceptual model for sanding discussed in his earlier literature publications and instead defers to a more steady sanding volume rate discussed in his report.

### 2. Dr. Vaziri's assumptions and model parameters based on the Weatherford rock mechanics results are suspect

Rock mechanical properties, which can include elastic properties, yield strength, failure envelopes, and hardening moduli, for example, can be highly variable within the same formation, and between formations of even the same age and depositional environment. Accordingly, effective modeling of rock deformation requires parameterizing mechanics models with experimental data. For the modeling discussed in Dr. Vaziri's report, and as evidenced by Dr. Vaziri's ENHANS input files, the modeling assumed a bilinear strain hardening/softening Mohr-Coulomb model of the type discussed by Nouri et al., 2007. Input parameters required for this model include cohesion (related to unconfined compressive strength), friction angle, dilation angle, and tensile strength. These parameters are generally determined by standard triaxial techniques but aside from unconfined compressive strength (UCS), the precise input parameters used in the runs are only found in the input files and are not discussed in the report. Dr. Vaziri used a range in UCS in his modeling but did not vary the other parameters, and it is not known how the model results would be sensitive to changes in these parameters, nor where or what rationale Dr. Vaziri used in obtaining values for these parameters.

The UCS values that Dr. Vaziri used in his modeling include a range from 1500 to 3500 psi (his figure 2), although the range determined form the rock mechanics testing performed by Weatherford Laboratories in the triaxial compressive strength tests ranged from 300 to 2500 psi.[7] Dr. Vaziri also reports values of UCS ranging from 1000 to 3500 psi that he apparently derived from the sonic logs. However, Dr. Vaziri does not include the method used to extract UCS values from sonic log data requires a correction factor to determine static elastic moduli from dynamic moduli, and then an empirical correction factor to relate UCS to static elastic properties. As Dr. Vaziri states in his report (see footnote 27 on page 5), this correction factor requires a field-specific calibration, i.e., using rock mechanics test results from the same reservoir. This was apparently not done, and would be suspect given the Weatherford testing procedures to derive UCS values that are detailed in the following paragraph. In addition, several days before the well was shut-in, on July 10, 2010, Dr. Vaziri stated that "it is reasonable to assume that the rock has an unconfined compressive strength (UCS) varying between 800 psi and 3,000 psi.[8]

As mentioned above, compressive testing was performed by Weatherford on sidewall cores from the Macondo well. Given the expense of obtaining vertical or sub vertical cores (also known as conventional, or whole, cores) for testing purposes, an alternative practice is to obtain sidewall cores, which is less satisfactory as detailed in Dr. Jean-Claude Roegiers' Expert Report (pages 4-10). The sidewall cores from Macondo had a lower length to diameter ratio that is used in standard practice, which can lead to end effects dominating the mechanical response. See Roegiers' Expert Report at 9. The low length to diameter ratio, and the resulting end effects

---

[7] BP-HZN-2179MDL02394183.
[8] Ex. 9477.

TREX 011747.0010

during testing, can overpredict the UCS, as also mentioned by Dr. Roegiers in his expert report (page 24).

Another large concern which would seem to bias the test results to higher UCS values is the overall generally poor sidewall core recovery. I defer to Dr. Roegiers' Expert Report, which details the poor side wall recovery and the resulting sampling bias this represents. Dr. Roegiers states on page 5 that of 150 attempted cores, that only 44 were successfully recover, and of those only a few were actually analyzed. This shows a clear sampling bias – the poor core recovery either shows that much of the reservoir sands in the two lobes were either weaker than the tested cores or damaged during drilling.

Other problems with using sidewall core for standard experimental characterization detailed in Dr. Roegiers report include mud invasion during drilling and stress cage effects associated with drilling induced damage. See Roegiers' Expert Report at 14.

The static UCS values are determined from a multistage approach in which a single rock core is tested with three stages of increasing confining pressure, with actual failure occurring only on the final, highest stage of confining pressure.[9] This does not reflect a true Mohr-Coulomb failure analysis, as the earlier two stages only demonstrate yielding and damage to the rock and not actual failure. The static UCS values were calculated by extrapolating the presumed failure envelope (straight line connecting the maximum stress levels in the three loading stages and extrapolating back to zero confining pressure) and not by actual UCS tests. The uncertainty in slope, as the two maximum stress levels do not represent actual failure, cast doubt on the UCS values obtained in such a manner. As well, while it is not detailed in Dr. Vaziri's report, any Mohr-Coulomb parameters calculated assuming this faux failure criteria are also in doubt.

### 3. The state of the wellbore was already damaged with breakouts due to drilling damage prior to the blowout event, casting doubt on Dr. Vaziri's estimate of cumulative sanding volume and rate

It is likely that the wellbore was not in a pristine undeformed condition prior to the blow out incident on April 20th, 2010. Dr. Roegiers, in Figure 5, page 15, of his expert report, shows an example of caliper logs revealing the presence of breakouts in the well, which, along with the afore mentioned poor recovery of sidewall cores, attest to the damage the wellbore had experienced. Thus, Dr. Vaziri's predicted volume of sanding in the modeling, which assumes a pristine cylindrical wellbore geometry, might be overestimated as it does not take into account the volume of material already removed from the wellbore wall via this damage. In addition, it appears that, while drilling the well, there were fracturing events and losses of thousands of barrels of drilling mud. See Expert Report of Alan Huffman (August 26, 2011) at 38; Ex. 4533. These events also could further indicate damage in the wellbore and an earlier onset of sanding. It is unknown what degree of uncertainty in Dr. Vaziri's sanding volume calculations this represents, but nonetheless attests to the degree of damage the wellbore had experienced prior to the blowout.

---

[9] BP-HZN-2179MDL02394183 (Weatherford Multi-stage Triaxial Compressive Tests).

TREX 011747.0011

### 4. Dr. Vaziri's model assumptions of axisymmetry and mesh size overestimate sanding volumes

The input files for Dr. Vaziri provided by BP show that the modeling runs assumed a rather coarse mesh size, and also assumed an axisymmetry such that the simulations assumed a radial symmetry around the wellbore. As such, the model runs were a 2D realization of the actual 3D geometry of rock surrounding the wellbore. Such an assumption cannot take into account the actual asymmetry of the sanding/breakout process which enlarge the wellbore in the direction of minimum compressive stress. For the Macondo well in the Gulf of Mexico, this would have been in the direction of the minimum horizontal compressive stress and perpendicular to the vertical wellbore direction (this state of stress is consistent with Dr. Vaziri's assumptions in Table 1 on page 5 of his report). Dr. Vaziri's assumption of radial symmetry would overestimate the volume of sanding, as the actual sanding volume, which would be limited to volumes oriented according to the stress asymmetry and would be increased by an amount equal to the rotation around the assumed wellbore axis of symmetry. In the Rahmati et al., 2013, summary study co-authored by Dr. Vaziri, it is stated on page 9 that axisymmetric models are correct only when horizontal stresses are equal.

Another issue is the mesh dependence. All finite element models use a mesh for discretization of a spatial domain, and it is common practice in finite element modeling to show the degree to which modeling results bear a dependence on the size of the mesh or grid blocks used in the modeling. Inasmuch as the sanding volume rate depends on the volume size of the mesh blocks that experience failure, it is expected that the sanding predictions are likely very sensitive to the mesh size selected. It bears upon the model study to show the degree to which the modeling results are influenced by the size of mesh chosen. No such demonstration of mesh dependence or independence was given in Dr. Vaziri's report. Confidence in the volumes of predicted sanding would only be bolstered with a demonstration of mesh-independence of modeling results.

In summary, I believe there is a the large uncertainty attending the validity of the model results in predicting the onset, rate, and volume of sanding experienced by the Maconda well. In my opinion, these results overestimate the total amounts of sanding (via the assumption of a pristine wellbore, the aforementioned mesh effect and the assumptions of axisymmetry) and there is no scientific basis for Dr. Vaziri's assertions that half of the sanding volume occurred in the first two weeks following the incident, and half occurred in the subsequent three weeks. In my view there is so much uncertainty attending the state of drawdown, the rock mechanics parameters used in the modeling, and the simplifying assumptions used in the modeling that such modeling has little, if any, actual value in predictive capability of sanding. The conceptual model used by earlier BP literature (Nouri et al., 2007, and Palmer et al., 2003) which would assume the greatest volume of sanding initially following the blowout event, and then declining as drawdown and amount of formation existing at the critical stress conditions for sanding would decline, is more accurate.

## B. Statements as to Particle Size of Sanding

Based purely on industry experience, Dr. Vaziri concludes that the sand particles produced at Macondo likely ranged from 100 to 10,000 microns, with the average size at approximately 500 microns. Dr. Vaziri further concludes that the average particle size is likely larger than 150 because the reservoir was subject to sudden and high drawdown; and the openhole geometry allowed larger particles to pass through the system than would be the case if gravel packs and screens were in place. While the conclusions in this last statement are certainly valid, the statement that the average particle size was 500 microns has no basis in any modeling conclusion by Dr. Vaziri or any literature reference of which I am aware. The use of 500 micron particles in Dr. Nesic's CFD modeling is a simplifying assumption and not warranted by any evidence presented. And, as stated by Dr. Bushnell's Expert Report, it appears that Dr. Nesic actually used a particle size closer to 150 microns. Also, as stated by Dr. Vaziri, there will be a range of particle sizes produced by any sanding, which could have a large impact on the conclusions of Dr. Nesic's erosion modeling. To model erosion at the BOP using a unimodal and constant stream of particle-laden fluid at a constant stream over a period of longer than four weeks, as Dr. Nesic has done, is an unreliable representation of the Macondo well conditions.

## C. Summary

In summary, the modeling detailed in the report by Dr. Vaziri is overly simplistic, due both to large uncertainties in drawdown history, poor experimental parameterization of the failure model predicting onset of sanding, and simplifying assumptions used in the modeling itself. Any conclusions drawn from it on the rate and amount of sanding are suspect for these reasons. Dr. Vaziri himself has acknowledged the limits of the ENHANS model in his other publications. For instance, in a paper prepared for presentation at the Society for Petroleum Engineers (SPE) Annual Technical Conference in October 2003, Dr. Vaziri wrote:

> [T]he modeling has some limitations. We are not yet able to obtain the *profile* of the transient sand event at the surface (i.e., sand volume vs. time). For example, if the drawdown is suddenly increased, we can compute the total volume of sand influx into the well, nut not the rate of influx or the total time it takes. Clearly this depends on the rate of sand uptake by the incoming fluid (e.g. factors like drag force, velocity and viscosity, and whether the fluid is oil or gas). The sanding profile also depends upon the velocity and slippage of sand particles relative to the fluid flow up the well.[10]

In 2013, Dr. Vaziri and colleagues published an article entitled "Review of Sand Production Prediction Models."[11] That paper reviews more than 25 selected approaches and models that have been developed to predict sand production. Most of the models are based on the continuum

---

[10] Palmer, I., Vaziri, H., Willson, S., Moschovidis, Z., Cameron, J., and Ispas, I., Predicting and managing sand production: A new strategy. Society of Petroleum Engineers 84499, SPE Annual Technical Conference and Exhibition, Denver, CO. (2003).

[11] Rahmati, H., Jafarpour, M., Azadbakht, S., Nouri, A., Vaziri, H., Chan, D., and Xiao, Y., Review of sand production prediction models, Journal of Petroleum Engineering (2013).

TREX 011747.0013

assumption, while a few recently have been developed based on a discrete element model. As the abstract to the paper indicates:

> Some models are only capable of assessing the conditions that lead to the onset of sanding, while others are capable of making volumetric predictions. Some models use analytic formulae, particularly those for estimating the onset of sanding while others use numerical models, particularly in calculating sanding rate. *Although major improvements have been achieved in the past decade, sanding tools are still unable to predict the sand mass and the rate of sanding for all field problems in a reliable form.*[12]

The paper concludes by stating that "[d]espite the numerous efforts in sand production and modeling, there are still some fundamental deficiencies which require to be addressed. Considering the works reported in the literature, there is still significant room for improvement in sanding models."[13]

Inasmuch as the modeling does not predict particle size nor size distribution of sanding that would result from the stress and flow conditions to which the Macondo wellbore was subject, there is no basis for the use of a unimodal particle size distribution in the CFD modeling of Dr. Nesic. Such modeling, based on ad hoc and simplistic particle size distributions, is unreliable. The modeling presented by Dr. Vaziri appears to be biased toward larger sanding volumes later in the 86-day flowing history of Macondo than would have likely occurred given the conceptual model advocated in earlier publications by Dr. Vaziri and colleagues (e.g., Nouri et al., 2007, and Palmer et al., 2003).

---

[12] Id. at 1.
[13] Id. at 12.

Confidential Per BP

TREX 011747.0014

## *Appendix A – Curriculum Vitae*

### Thomas A. Dewers

**Principal Member of Technical Staff, Geomechanics Department**
**Sandia National Laboratories**

**EDUCATION AND TRAINING:**

| Institution | Major/Area | Degree | Year(s) |
|---|---|---|---|
| Indiana University, Bloomington, IN | Geology | B.S. | 1983 |
| Indiana University, Bloomington, IN | Geology | M.S. | 1988 |
| Indiana University, Bloomington, IN | Geology | Ph.D. | 1990 |

**Professional Experience:**

Distinguished Member of Technical Staff, Geomechanics Department, Sandia National Laboratories, Albuquerque, NM, March 2013 – present.

Principal Member of Technical Staff, Geomechanics Department, Sandia National Laboratories, Albuquerque, NM, April 2007 – March 2013.

Geohydrologist, New Mexico Environment Department. Ground Water Quality Bureau, Santa Fe, NM, December 2005 – March 2007.

Associate Professor, School of Geology and Geophysics, University of Oklahoma, Norman, OK, October, 1997 to December 2005.

Assistant Professor, School of Geology and Geophysics, University of Oklahoma, Norman, OK, January 1992 to October 1997.

Post-Doctoral Fellow, Center for Tectonophysics, Texas A&M University, College Station, TX, 77843-3115, October 1990 to December 1991

Consultant, CONOCO, Ponca City, Oklahoma, 74601, 1993-1994.

Consultant, GEO-CHEMICAL RESEARCH ASSOCIATES, 105 N. Jefferson St., Bloomington, IN. 47401, 1986 to 1990.

Consultant, PETROTRENDS, 12081 West 60 Ave., Arvada, Colorado, 80004, 1989 to 1990.

**Peer-Reviewed Publications:**

Zhang, Y., Person, M., Rupp, J., Ellett, K., Celia, M., Gable, C., Bowen, B., Evans, J., Bandilla, K., Mozley, P., **Dewers**, T., and Elliot, T., 2013, Is fluid injection into basal aquifers a good idea?, Groundwater 52 (to appear, available online).

**Dewers**, T., Issen, K., Holcomb, D., and Olsson, W., 2013, Strain localization, elastic-plastic coupling, and constitutive modeling of experimental sandstone deformation. Journal of Geophysical Research Solid Earth, 47 p., in review (revised version in preparation)[SAND2011-1459J]

**Dewers**, T., Newell, P., Broome, S., Heath, J., and Bauer, S., 2013, Geomechanical Behavior of Cambrian Mount Simon Sandstone Lithofacies, Iowa Shelf, USA. Interntional Journal of Greenhouse Gas Control (to appear)

Yoon, H., and **Dewers**, T., 2013, Characteristics of pore structures of Mississippian Selma Chalk using dual focused ion and SEM 3D imaging and lattice-Boltzmann simulations. Geophysical Research Letters (to appear).

Heath, J., McKenna, S., Dewers, T., Roach, J., and Kobos, P., 2013, Multi-well CO2 Injectivity: Impact of boundary conditions and brine extraction on Geologic CO2 storage efficiency and pressure build-up. Environmental Science and Technology (in review).

Heath, J., Bryan, C., Matteo, E., Dewers, T., and Wang, Y., 2013, Adsorption and capillary condensation in porous media as afunction of the chemical potential of water in carbon dioxide. Water Resources Research (in review).

Heath, J., **Dewers**, T, McPherson, B., Nemer, M., and Kotula, P., 2012, Pore-lining phases and capillary breakthrough pressure of mudstone caprocks: Sealing efficiency of geologic storage sites. International Journal of Greenhouse Gas Control 11, pp. 204-220.

Dewers, T., Heath, J., Ewy, R., and Duranti, L., 2012, Three-dimensional pore networks and transport properties of a shale gas formation determined from focused ion beam serial imaging. Int. J. Oil, Gas and Coal Technology 5, pp. 229-248.

Yoon, H., A. J. Valocchi, C. J. Werth, and T. Dewers, 2012, Pore-scale simulation of mixing-induced calcium carbonate precipitation and dissolution in a microfluidic pore network, Water Resour. Res., 48, doi:10.1029/2011WR011192

Heath, J., Kobos, P., Roach, J., Dewers, T., and McKenna, 2012, Geologic heterogeneity and economic uncertainty of subsurface carbon dioxide storage, Society of Petroleum Engineers Economics and Management, Paper SPE 158241.

Wang, Y., Bryan, C., Dewers, T., Heath, J., and Jove-Colon, C., 2012, Ganglion dynamics and its implications to geologic carbon dioxide storage. Environmental Science and Technology dx.doi.org/10.1021/es301208k.

Kobos, P., Capelle, M., Krumhansl, J., Dewers, T., McNemar, A., and Borns, D., 2011, Combining power plant water needs and carbon dioxide storage using saline formations: Implications for carbon dioxide and water management policies. Int. J. Greenhouse Gas Control 5, 2011, p. 899-910. [SAND2010-6380 J]

Heath, J., Dewers, T., McPherson, B., Petrusak, R., Chidsey, T., and Rinehart, A., 2011, Pore networks in continental and marine mudstones: characteristics and controls on sealing behavior.  Geosphere 7, p. 429-454. [SAND2010-8012 J]

Acosta-Vigil, A., London, D., Morgan, G., and Dewers, T., 2006, Dissolution of quartz, albite, and orthoclase in $H_2O$-saturated haplogranitic melt at 800°C and 200 MPa: Diffusive transport properties of granitic melts at crustal anatectic conditions. Journal of Petrology 47, 231-254.

Senko, J.M., Dewers, T. and Krumholz, L. 2005, The effect of the form of Fe(II) and oxidation rate on microbial nitrate-dependent Fe(III) mineralogy.  Appl. Env. Microbiol. 71, 7172-7177.

Senko, J, Mohamed Y, Dewers T, and Krumholz L, 2005, Role for Fe(III) minerals in nitrate-dependent microbial U(IV) oxidation. Environ Sci Technol. 39, 2529-2536.

Wilson, B., Dewers, T., Reches, Z., and Brune, J., 2005, Particle size and energetics of gouge in earthquake rupture zones, Nature, 134, 749-752.

Reches, Z., and Dewers, T., 2005, Gouge formation by dynamic pulverization during earthquakes. Earth and Planetary Science Letters, 235, 361-374.

Senko, J., Campbell, B., Henricksen, J., Dewers, T., and Krumholz, L., 2004, Surficial barite deposition resulting from phototrophic sulfide oxidation, Geochimica et Cosmochimica Acta, 68, 773-780.

Elshahed, M.S., F.Z. Najar, B.A. Roe, T.A. Dewers and L.R. Krumholz. 2004. Survey of Archaeal diversity reveals abundance of halophilic Archaea in a low-salt, anaerobic sulfur spring. Applied and Environmental Microbiology 70, 5520-5529..

Tarhule, A., Dewers, T., Young, R., Witten, A., and Halihan, T., 2003, Integrated subsurface imaging techniques for detecting cavities in the gypsum karst of Oklahoma. Oklahoma Geological Survey Circular 109, 77-84.

Miller, G., Dewers, T., and Tarhule, Aondover, 2003, Laser positioning and three dimensional digital mapping of gypsum karst, western Oklahoma, in Johnson, K.S. and Neal, J.T. (eds.) Evaporite karst and engineering/environmental problems in the United States, Oklahoma Geological Survey Circular 109, 71-75.

Acosta-Vigil, A., London, D., Morgan, G.B. and Dewers, T.A., 2003, Solubility of excess aluminum in hydrous granitic melts in equilibrium with peraluminous minerals at 700-800oC and 200 MPa; significance and applications of the aluminum saturation index. Contributions to Mineralogy and Petrology 146, 100-119.

Elshahed, M.S., Senko, J., Dewers, T., Spear, J., Majar, F., Kenton S., Roe, B., and Krumholz, L., 2003, Bacterial diversity and sulfur cycling in a mesophilic sulfide-rich spring. Applied and Environmental Microbiology 69, 5609-5621.

Muhuri, S., Dewers, T., Scott, G., and Reches, Z., 2003, Strength recovery and slip instability of laboratory faults, Geology, 31, p. 881-884.

Acosta-Vigil, A., London, D., Dewers, T.A., and Morgan, G.B. VI, 2002, Dissolution of corundum and andalusite in H2O-saturated haplogranitic melts at 800?C and 200 MPa: constraints on diffusivities and the generation of peraluminous melts.  Journal of Petrology 43, pp. 1885-1908.

Dewers, T., and Raines, M., 2000, Reply to Comment on ?Mixed transport/reaction control of gypsum dissolution kinetics: Chemical Geology 168, 275-278.

Rogers, S., Forgotson, J., and Dewers, T., 2000, Depositional and diagenetic history of Mississippian Chat Reservoirs, Northern Oklahoma:, in Johnson, K. S. (ed.), Platform carbonates in the southern Midcontinent, Oklahoma Geological Survey Circular 101, 157-161.

TREX 011747.0016

Hajash, A., Carpenter, T., and **Dewers**, T., 1998, Dissolution and time-dependent compaction of albite sand: Experiments at 100?C and 160?C in pH-buffered organic acids and distilled water: Tectonophysics 295, pp. 93-115.

Merino, E., and **Dewers**, T., 1998, Implications of replacement for reaction-transport modeling: Journal of Hydrology 209, pp. 137-146.

Kennedy, L., Everett, J., **Dewers**, T., Pickins, W., and Edwards, D., 1998, Natural attenuation at a hydrocarbon fuel contaminated aquifer: mineral-microbial interactions, Journal of Contaminant Hydrology 89, pp. 354-367.

Raines, M. and **Dewers**, T., 1997, Mixed kinetics control of water-rock interaction in reservoir production scenarios: Journal of Petroleum Science and Engineering 17, 139-155.

Raines, M.  and **Dewers**, T., 1997, Mixed transport/reaction control of gypsum dissolution kinetics in aqueous solutions: Implications for karst development: Chemical Geology 140, 29-48.

Raines, M., and **Dewers**, T., 1997, Dedolomitization as a driving mechanism for karst development: Carbonates and Evaporites, 24-29.

**Dewers**, T., and Hajash, A., 1995, Rate laws for water-assisted densification and stress-induced water-rock interaction in sandstones: Journal of Geophysical Research, 100, pp.12,015-12,027.

**Dewers**, T., and Hajash, A., 1994, Rate laws for water-assisted densification and stress-induced water-rock interaction in sandstones: Proceedings of Workshop LXIII on the Mechanical Influence of Fluids on Faulting, National Earthquake Hazards Reduction Program; United States Department of Interior, U. S. Geological Survey Open File Report 94-228, pp. 576-611.

Franklin, S., Hajash, A., **Dewers**, T.A., and Tieh, T.T., 1994, The role of carboxylic acids in albite and quartz dissolution: An experimental study under diagenetic conditions: Geochimica et Cosmochimica Acta, 58, pp. 4259-4280.

**Dewers**, T. and Ortoleva, P., 1994, Nonlinear dynamical aspects of deep basin hydrology: Fluid compartment formation and episodic fluid release: American Journal of Science, 294, pp. 281-312.

**Dewers**, T. and Ortoleva, P., 1994, Formation of stylolites, marl/limestone alternations, and clay seams accompanying chemical compaction of argillaceous carbonates: in (G.V. Chilingarian and K.H. Wolf, eds.) Diagenesis IV: Developments in Sedimentology, Elsevier, pp. 524-591.

**Dewers**, T. and P. Ortoleva, 1992, Non-Linear Dynamics in Chemically Compacting Porous Media. In W.E. Fitzgibbon and M.F. Wheeler, eds., Modeling and Analysis of Diffusive and Advective Processes in Geosciences, pp. 100-121, Philadelphia, SIAM.

Ortoleva, P., **Dewers**, T., and Sauers, B., 1992, Modeling diagenetic bedding, stylolites, concretions, and other "mesoscopic" mechano-chemical structures, in Proceedings of Symposium and Workshop on Carbonate Microfabrics, Texas A&M University, College Station, TX, August, 1992, pp. 165-178.

**Dewers**, T. and Ortoleva, P., 1991, Interaction of reaction, mass transport, and rock deformation during diagenesis: Mathematical modeling of intergranular pressure solution, stylolites, and differential compaction and cementation: in (Meshri, I. and Ortoleva, P.) Prediction of Reservoir Quality Through Chemical Modeling, American Association of Petroleum Geologists Memoir 49, pp. 147-160.

**Dewers**, T. and Ortoleva, P., 1991, Influences of clay minerals on sandstone cementation and pressure solution: Geology, 19, pp. 1045-1048.

**Dewers**, T. and Ortoleva, P., 1990, Force of crystallization during the growth of siliceous concretions: Geology, 18, pp. 204-207.

**Dewers**, T. and Ortoleva, P., 1990, Geochemical self-organization III: A mechano-chemical model of metamorphic differentiation: American Journal of Science, 290, pp. 473-521.

**Dewers**, T. and Ortoleva, P., 1990, A coupled reaction/transport/mechanical model for intergranular pressure solution, stylolites, and differential compaction and cementation in clean sandstones: Geochimica et Cosmochimica Acta, 54, pp. 1609-1625.

**Dewers**, T. and Ortoleva, P., 1990, Differentiated structures arising from mechano-chemical feedback in stressed rocks: Earth Science Reviews, 29, pp. 283-298.

Park, A., **Dewers**,T., and Ortoleva, P., 1990, Cellular and oscillatory self-induced methane migration: Earth Science Reviews, 29, pp. 249-265.

**Dewers**, T. and Ortoleva, P., 1989, Mechano-chemical coupling in stressed rocks: Geochimica et Cosmochimica Acta, 53, pp. 1243-1258.

**Dewers**, T. and Ortoleva, P., 1988, The role of geochemical self-organization in the migration and trapping of hydrocarbons: Applied Geochemistry, 3, pp. 287-316.

**Dewers**, T. and Ortoleva, P., 1988, The self-organization of mineralization patterns in metamorphic rocks through mechano-chemical coupling: Journal of Physical Chemistry, 93, 1988, pp. 2842-2848.

TREX 011747.0017

**Conference Papers**

Kobos, P., Roach, J., Heath, J., **Dewers**, T., McKenna, S., Klise, G., Krumhansl, J., Borns, D., Gutierrez, K., and McNemar, A., 2012, Economic uncertainty in subsurface CO2 storage: Geological injection limits and consequences for carbon management costs, 30th USA/IAEE North American Conference, Washington, DC, USA, October 9, 2012.

Issen, K., Ingraham, M., and **Dewers**, T., 2011, Strain localization conditions under true triaxial stress states. In Advances in Bifurcation and Degradation in Geomaterials: Proceedings of the 9th International Workshop on Bifurcation and Degradation in Geomaterials (eds. S. Bonelli, C. Dascalu, and F. Nicot). Springer, New York, 329p.[SAND2011-6108C]

Stone, C.M., Martinez, M.J., **Dewers**, T., Hansen, F.D., Hardin, E.L., and Arguello, J.G., 2011, Coupled thermal-hydrological-mechanical-chemical analyses of a repository in clay/shale for high-level waste. Paper presented at 45th U.S. Rock Mechanics/Geomechanics Symposium, San Francisco, June 26-29. ARMA 11-243, 10p.[SAND2011-4139C]

Kobos, P., Roach, J., Heath, J., **Dewers**, T., McKenna, S., Klise, G., Krumhansl, J., Borns, D., Gutierrez, K., and McNemar, A., 2011, Economic uncertainty in subsurface CO2 storage: Geological injection limits and consequences for carbon management costs. Paper presented at 30th USAEE/IAEE North American Conference, Oct. 9-12, 2011, Washington, D.C., 11 p.[SAND2011-5975C]

Kobos, P., Roach, J., Klise, G., Krumhansl, J., Heath, J., **Dewers**, T., Borns, D., McNemar, A., and Cappelle, M., 2011, Expanding the potential for saline formations: Modeling carbon dioxide storage, water extraction and treatment for power plant cooling. Paper presented at Eighth Annual Conference on Carbon Capture and Sequestration, DOE/NETL, May 4th-7th, Pittsburg, PA, 10p.[SAND2011-2756C]

Kobos, P.H., Roach, J.D., Klise, G.T., Krumhansl, J.L., **Dewers**, T.A., Heath, J.E., Dwyer, B., Borns, D.J., and McNemar, A. 2010a. Storing Carbon Dioxide in Saline Formations:  Analyzing Extracted Water Treatment and Use for Power Plant Cooling, *Proc.*, 29th USAEE/IAEE North American Conference, Calgary, Canada, October 14-16.[SAND2010-6821C]

Kobos, P.H., Cappelle, M.A., Krumhansl, J.L., **Dewers**, T., Borns, D., Brady, P.V., and A. McNemar, 2008, Using Saline Aquifers for Combined Power Plant Water Needs and Carbon Sequestration.  28th USAEE/IAEE North American Conference.  SAND2008-6482C.

Kobos, P., Krumhansl, J., **Dewers**, T., Heath, J., Cappelle, M., Borns, D., Klise, G., and McNemar, A., 2009, Combining power plant water needs and carbon storage using saline aquifers: An assessment tool. 8th Annual Conference on Carbon Capture and Sequestration.  May 4-7, 2009, SAND2009-2557C

Heath, J., McPherson, B., Phillips, F., Cooper, S., and **Dewers**, T., 2009, Natural helium as a screening tool for assessing caprock imperfections at geologic CO2 storage sites. Energy Procedia 1, Issue 1, pp. 2903-2910. SAND2008-7719C

**Sand Reports**

Kobos, P., Krumhansl, J., **Dewers**, T., Klise, G., Dwyer, B., Tidwell, V., Kottenstette, R., Borns, D., and McNemar, A., 2011, Thermoelectric Power Plant Water Demands Using Alternative Water Supplies: Power Demand Options in Regions of Water Stress and Future Carbon Management. SAND 2011-5808 P., Sandia National Laboratories, Albuquerque, NM.

Kobos, P., Roach, J., Klise, G., Krumhansl, J., **Dewers**, T., Heath, J., Dwyer, B., Borns, D., McNemar, A., 2011, Study of the Use of Saline Formations for Combined Thermoelectric Power Plant Water Needs and Carbon Sequestration at a Regional Scale: Phase III Report,  SAND 2011-5808 P.,  Sandia National Laboratories, Albuquerque, NM.

Kobos, P.H., Krumhansl, J.L., **Dewers**, T.A., Cappelle, M.A., Heath, J.E., Dwyer, B.P., Borns, D.J., and McNemar, A. 2010b. *Study of the Use of Saline Formations for Combined Thermoelectric Power Plant Water Needs and Carbon Sequestration at a Regional Scale: Phase II Report*, SAND2010-8073P. Sandia National Laboratories, Albuquerque, NM.

Freeze, G., Arguello, J.G., Bouchard, J., Criscenti, L., **Dewers**, T., Edwards, H., Sassani, D., Schultz, P., and Wang, Y., 2011, Nuclear Energy Advanced Modeling and Simulation (NEAMS) Waste Integrated Performance and Safety Codes (IPSC): FY10 Development and Integration. SAND2011-0845, Sandia National Laboratories, Albuquerque, NM.

Martinez, M., Notz, P., Turner, D., Subia, S., Hopkins, P., Moffat, H., Jove-Colon, C., **Dewers**, T., Klise, K., Red-Horse, J., Carnes, B., Mesh, M., Field, R., Davison, S., Yoon, H., Bishop, J., Newell, P., Bean, J., and Alger, N.,

2011, Computational Thermal, Chemical, Fluid, and Solid mechanics for Geosystems Management. SAND2011-6643, Sandia National Laboratories, Albuquerque, NM.
(5 additional SAND Reports)

**Abstracts and Invited Presentations**
Over 150 abstracts/presentations, 10 invited presentations.

**Additional**
I am an active member of the Society of Petroleum Engineers, The American Geophysical Union, and the Geochemical Society. I have taught 17 courses at the University level including Geochemistry, Environmental Geology, Hydrogeology, Groundwater Chemistry and Quality, Historical and Physical Geology, and Field Geology. I am an Adjunct Faculty in the Earth and Environmental Science Department at New Mexico Tech, and am a reviewer for SPE, Journal of Geophysical Research, Geophysical Research Letters, Water Resources Research, and other journals.

Confidential Per BP

TREX 011747.0019

### *Appendix B – Considered Materials*

| **MDL Exhibits** |
| --- |
| Ex. 4533 |
| Ex. 8851 |
| Ex. 9477 |
| Ex. 9506 |
| Ex. 9525 |
| Ex. 141841 |
| Ex. 140303 |
| Ex. 140075 |
| **Bates Nos.** |
| BP-HZN-2179MDL02393883 |
| BP-HZN-2179MDL02394183 |
| BP-HZN-2179MDL02394185 |
| BP-HZN-2179MDL04367671 |
| BP-HZN-2179MDL04367672 |
| BP-HZN-2179MDL04367673 |
| BP-HZN-2179MDL04440691 |
| BP-HZN-2179MDL04842298 |
| BP-HZN-2179MDL07088215 |
| BP-HZN-2179MDL07808076 |
| HCG119-10025 |
| XSNX002-0429 |
| **MDL Expert Reports and Modeling Runs** |
| Expert Report of Srdjan Nesic (May 1, 2013) |
| Expert Report of Hans Vaziri, Appendix E to Expert Report of Srdjan Nesic (April 30, 2013) |
| Vaziri – BP Hard Drive 3 – Modeling Run Files |
| Expert Report of Stewart Griffiths (March 22, 2013) |
| Expert Rebuttal Report of Alan R. Huffman, Appendix 1 (November 7, 2011) |
| Expert Rebuttal Report of Nathan Bushnell (June 10, 2013) |
| Expert Rebuttal Report of Jean-Claude Roegiers (June 10, 2013) |
| Expert Rebuttal Report of Alan R. Huffman (June 10, 2013) |
| Expert Report of Alan R. Huffman (August 26, 2011) |
| Expert Rebuttal Report of Leif Larsen (June 10, 2013) |
| **Publications** |
| Haimson, B.C., Herrick, C.G., In Borehole breakouts and in situ stress, Proceedings of the 12th Annual Energy-Sources Technology Conference and Exhibition, New York, American Society of Mechanical Engineers (1989). |

TREX 011747.0020

Moosand, D., Zoback, M., Utilization of Observations of Well Bore Failure to Constrain the Orientation and Magnitude of Crustal Stresses: Application to Continental, Deep Sea Drilling Project and Ocean Drilling Program Boreholes. Journal of Geophysical Research (1990).

Nouri, A., Vaziri, H., Belhaj, H. and Islam, R., Comprehensive Transient Modeling of Sand Production in Horizontal Wellbores, Society of Petroleum Engineers Journal (2007).

Palmer, I., Vaziri, H., Willson, S., Moschovidis, Z., Cameron, J., and Ispas, I., Predicting and managing sand production: A new strategy, Society of Petroleum Engineers 84499, SPE Annual Technical Conference and Exhibition, Denver, CO (2003).

Rahmati, H., Jafarpour, M., Azadbakht, S., Nouri, A., Vaziri, H., Chan, D., and Xiao, Y., Review of sand production prediction models, Journal of Petroleum Engineering (2013).

21