# United States' Phase Two Offer of Proof Exhibit 29 Rebuttal Expert Report of Rory Davis

# EXPERT REPORT

## DEEPWATER HORIZON PHASE 2
## MECHANICAL ENGINEERING REVIEW
## OF S. NESIC REPORT

Prepared by:
**Dr. Rory R. Davis, PE**
**Talas Engineering, Inc.**
**20902 Cabot Blvd.**
**Hayward, CA 94545**

*Rory R. Davis*

---
Rory R. Davis, PhD, PE

11679

Exhibit No. _____

Worldwide Court
Reporters, Inc.

Expert Report of Rory R. Davis Deepwater Horizon Phase 2

# TABLE OF CONTENTS

I.   INTRODUCTION AND PROFESSIONAL BACKGROUND. . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

II.  SUMMARY OF OPINIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

III. COMPLETE STATEMENT OF OPINIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  5

IV.  REQUIRED INFORMATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

V.   PHASE 1 PROCEEDINGS REFERENCES CITED  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

VI.  PHASE 2 PROCEEDINGS REFERENCES CITED  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

VII.    ATTACHMENTS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

   ATTACHMENT 1. Curriculum Vitae for Dr. Rory R. Davis, PE. . . . . . . . . . . . . . . . . . . . . . . . .14

   ATTACHMENT 2. Testimony of Dr. Rory R. Davis, PE in last 4 years . . . . . . . . . . . . . . . . . . .23

   ATTACHMENT 3. List of Documents Considered. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

TREX 011679.0002

# I.  INTRODUCTION AND PROFESSIONAL BACKGROUND

I was retained by the United States Department of Justice (DOJ), via Talas Engineering, Inc., to observe the Deepwater Horizon Blowout Preventer (BOP) forensic activities at the New Orleans NASA Michoud facility.  I have previously provided opinions and findings relevant to the Deepwater Horizon accident via reports, rebuttal reports, deposition, and trial testimony in the Phase 1 proceedings.

I have B.S., M.S., and Ph.D. in Mechanical Engineering from the University of California, Davis.  My graduate work emphasized measurement/testing and analysis of complex mechanical dynamic systems, including rotating machinery.  My Ph.D. minor subject was stochastics and probabilistics.  I have over 30 years of experience in mechanical engineering, with the first 10 years spent teaching engineering at the University of California and working at Aerojet General (a rocket engine company in Sacramento, CA), and with the last 20+ years working in mechanical engineering services consulting (1990-1995 in Sacramento, CA, in Gardnerville, NV and San Diego, CA 1995 to present).  I hold current Mechanical Engineering Professional Engineer (P.E.) licenses in the states of California and Nevada

In my 30 years as a mechanical engineer, I have become highly skilled in mechanical components and systems design and analysis, including via the Finite Element Method (FEM), involving thermo-mechanical stress, strain, deflection, life, and reliability prediction to aid accurate mechanical design.  I have also been involved in many test programs to verify designs and often correlate engineering and FEM predictions, and have been operating a testing lab where material samples, components and systems are routinely tested for thermo-mechanical behavior.

My well developed engineering skills from many years of practice include performing and documenting technically accurate and validated engineering projects of moderate to high complexity, with a high degree of aptitude for efficient analysis/test correlation activities from the material sample level to full system level.  I have written many engineering reports for demanding commercial and government clients that require complete technical justification and validation for every step of the project in question, where lives and livelihoods depend on the outcome.  Such work involves developing defensible technical and logical approaches and documenting them properly and completely for peer review.

I was the lead author and testifier in Phase 1 legal proceedings for the United States relative to the BOP.  In my Phase 1 work, I gained a great depth of knowledge as the primary United States on-site observer during the Michoud forensic activities in Phase 1,

My opinions here are specifically focused on the validity of Dr. Nesic's findings, particularly with respect to the degree of substantiation or lack of same, with an emphasis on good engineering practice and scientific methodology.  It is not my intent to provide detailed quantitative opinions about well oil discharge or other factors, as those things are extensively addressed by other US phase 2 experts.

Other documents have extensively addressed the accident in question before, so general background will not be repeated here.  The reader of this report is assumed to already be knowledgeable about the Deepwater Horizon events.

I reserve the opportunity to provide additional opinions, or augment current opinions, at a later date as more information becomes available, which is anticipated.

Attachment 3 is a complete listing of documents considered in preparing this report.

TREX 011679.0003

## II. SUMMARY OF OPINIONS

Review of the S. Nesic report [2], in general, reveals a report with almost a complete lack of substantiation of opinions, and serious lack of documentation of the technical work performed. Although this report is prepared for the court, and important opinions ought to be readable by a non-engineer, proper technical documentation should also be provided to establish credibility of the work performed (via peer review by other experts in the case, friendly or adverse), as a basis for opinions rendered.

Dr. Nesic opines that erosion occurred steadily from the time of the blowout to the Top Kill more than one month after the spill began. However, his modeling does nothing to substantiate that opinion. Instead, at most, Dr. Nesic shows that erosion occurred, but proves nothing about how quickly that erosion occurred. In fact, Dr. Nesic seems to have ignored incontrovertible physical evidence of rapid erosion, including the fact that the 0.39 inch drill pipe in the BOP eroded through in less than two hours.

In addition, the report seems to mislead and obscure in important technical areas. My detailed statement of opinions in the next section, summarized below, addresses these various issues specifically:

1. **Dr. Nesic did not perform a simulation that demonstrates the rate of erosion of the BOP over time.**
   Dr. Nesic did not perform a transient erosion simulation on detailed geometry, and assumed that the results of an oversimplified transient erosion analysis can be used to interpolate in between the two detailed steady state results.

2. **There is no discussion of any erosion math/physics models.**
   There is no discussion of any erosion math models used in the work, even though erosion was apparently simulated in a simplified BSR flow model and a simplified calibration model.

3. **The calibration purported to be of key importance to results is not substantiated.**
   A calibration was said to be performed by comparing the current CFD/erosion tool predictions to test data for a set of laboratory erosion test results. However, the two data sets are not shown to be correlated in the report, and data in the report leads to the opposite conclusion.

4. **Dr. Nesic attempts to demonstrate erosion rates through unreliable models, but ignores physical evidence of rapid erosion.**

5. **The technical data are mostly normalized, obscuring relevant absolute information.**

6. **No substantiation is given for the fluid and particulate data used in simulations.**

7. **No substantiation for the flow simulation boundary conditions are given for the bent-over riser.**

8. **An over-simplified BSR flow/erosion model is used to characterize erosion from April 22 to May 27, 2010.**

TREX 011679.0004

## III.    COMPLETE STATEMENT OF OPINIONS

### 1.    DR. NESIC DID NOT PERFORM A TRANSIENT EROSION SIMULATION THAT DEMONSTRATES THE RATE OF EROSION OF THE BOP OVER TIME

Dr. Nesic implies that he performed CFD modeling that simulated erosion of the BOP over time from April 20 to late May 2010. He did not. He presents no data concerning erosion math models or his results. While it is clear that the inside of the BOP eroded, nothing in Dr. Nesic's work tells us whether that erosion occurred over minutes, hours, or days.

In section 6.2, about the detailed BOP component CFD simulations, called "Pre- and Post-Erosion Simulations", Dr. Nesic states:

> "For each case, I ran Fluent flow and erosion simulations to calculate change in pressure drop caused by erosion of each component."

In section 6.3, Dr. Nesic says:

> "The pre- and post-erosion simulations discussed above capture two points in time—the beginning and end of the erosion process. In other words, the simulations establish the flow restriction provided by each component at the beginning and end of erosion."

The CFD pre- and post-erosion simulations captured two points in time only (one point in time each), as the second statement asserts and did not model or predict actual erosion rates over the time period between April 20 and May 25, 2010. Erosion is a process that occurs over a finite period of time, and an erosion simulation would be over a finite period of time and numerous time steps, implying a transient simulation, that is, one that evolves over time. Dr. Nesic simply chose a rate and interpolated an erosion process between a start point and an end point, based on a separate analysis using an over-simplified model of BOP flow and unverified erosion assumptions.

The "predicted erosion" plots of the pre- and post-erosion results, for example Figures 14, 19, and 26, have no labels or units, or a time value, so it is not clear what the quantity displayed actually is, and what it means. It is already known by a casual observer that erosion of the BOP components took place, and any competent engineer would recognize that such erosion varies in intensity across the geometry, as the aforementioned figures are possibly intended to show, and that the erosion had some effect of increasing flow through the BOP (given similar inlet conditions before and after erosion). So the entire section 6.2 of Dr. Nesic's report, the largest section, say nothing that was not already known, i.e., that erosion changes the geometry and thus changes the flow. Dr. Nesic's modeling does not tell us the rate at which the BOP erosion happened.

The aforementioned predicted erosion figures could be conjectured to be graphical display of some "erosion potential" or calculated erosion rate quantity (not actual erosion), the utility of which is not explained. However, actual erosion simulation is different than a possible rate at one instant in time.

TREX 011679.0005

There is no discussion of any erosion math models used in the pre- and post- CFD simulations, i.e. assumptions for the physical erosion process that would have to be implemented in Fluent for an erosion simulation. No Appendices of technical data or information are given in this regard.

In Dr. Nesic's Appendix C, footnote 14 states:

> "Moving-mesh simulations are computer intensive and could be executed only for simple geometries such as the one for erosion model calibration."

This statement indicates that erosion simulation, which requires moving mesh to represent eroded material, was not done with the more complex pre- and post- CFD simulations.

Dr. Nesic's statements that the predicted erosion of the BSR and CSR flow paths "broadly agree" with observed erosion, Nesic Report at 17-18, 21, are unsubstantiated. No erosion data for the BSR and CSR is presented to provide any opportunity for agreement.

## 2. THERE IS NO DISCUSSION OF ANY EROSION MATH/PHYSICS MODELS

Nowhere in the Nesic report is any information given about the physics model of erosion that was used in any of the analysis. Erosion is a complex and uncertain process, and simulation of it requires a formula or an algorithm, and numerous parameters. Any predictions concerning erosion that one might make should be prefaced by establishing the physics model being used and whether it is reliable and accurate. Such an obvious validation is especially germane in the context of this case, where magnitude of oil flow, influenced by erosion, is the primary point of contention.

Subsequent to Dr. Nesic's report, Simutech Group [4] deciphered Dr. Nesic's Fluent files, and reconstructed an erosion model that was used in some analyses, where the parameters involved include impingement mass flow rates and angles, and several coefficients and exponents, among others. However, there is no rationale given by Dr. Nesic in his report or analysis file production to establish the validity of the model and coefficients chosen. A competent technical investigator should always explain or reference the validity of key tools used, and if not, the work ought to be rejected by responsible reviewers.

In most erosion locations in the BOP, metal and elastomers are present together, which will wear at different rates and according to different physics models. There is no discussion anywhere about differential erosion of metal vs elastomer.

Even the documentation of calibration simulations of Dr. Nesic's Section 6.1 and Appendix C include nothing about the erosion physics model in use, except that it was fine-tuned in some way not described.

## 3. THE CALIBRATION PURPORTED TO BE OF KEY IMPORTANCE TO RESULTS IS NOT SUBSTANTIATED

It has already been discussed that there is no description of the erosion models used in the report. Further, how this model was calibrated to test data was not described (See Dr. Nesic's Appendix C). A calibration was said to be performed by comparing the current CFD/erosion tool predictions to test data for a set of laboratory erosion test results. In his report, Dr. Nesic claims that his calibration was performed against a "well documented flow/erosion case." He did not cite to this well documented flow/erosion case in his report. It was later disclosed by BP counsel that the case was in fact based on a 20-year old article on

TREX 011679.0006

Case 2:10-md-02179-CJB-DPC   Document 11624-30   Filed 10/10/13   Page 8 of 25

which Dr. Nesic was a co-author (Erosion in Disturbed Liquid/Particle Pipe Flow: Effects of Flow Geometry and Particle Surface Roughness, J. Postlethwaite and S. Nesic, Corrosion Engineering, Vol. 49, No. 10 (1993)).

Dr. Nesic's 20-year old paper does not, however, provide a calibration. The two data sets are not shown to be correlated in the current report. Data presentation is misleading, designed to present a correlation that simply does not exist.

The primary comparison purported to show calibration is shown in Figure 1 below. **There is absolutely no match indicated by the data at the peaks.** The CFD data (left side) has vertical scale truncated at 10 mm/y, whereas the test data (right side) shows a first peak at about 135 mm/y and a second peak at about 100 mm/y.

**Just to the right of each peak, there is absolutely no match indicated either.** To the right of the first peak, CFD levels rise to about 1.5-3.0 mm/Y and the test data shows about 6 mm/yr, and an opposite shape (high to low, vs. low to high). The magnitude difference is at least a factor of 2. To the right of the second peak, the CFD level is about 1-2 mm/Y, and the test data is 7-10 mm/Y, a difference of roughly 5 times, and again the shape is reversed.

This cannot be considered a calibration, correlation, or match in any sense. Showing the data on different scales to erroneously give the appearance of a correlation goes beyond sloppiness or lack of review. I would not expect such work from a purportedly skilled engineer presuming to be qualified as an expert in such an important case. **Further, if Dr. Nesic used such a low estimate of erosion rate as indicated here compared to actual data, then the data of his Figure 34 could be grossly underestimated between the end points.**

The test data used water with entrained sand, not oil, within a simple stepped steel pipe, under different state conditions (pressure, temperature) and Dr. Nesic has no explanation why this data would even be applicable for the analysis of BOP flow of oil with entrained sand, rocks, and whatever else. Such an explanation would require discussing the physics model, and how the parameters of one case, once calibrated, could be altered to reliably apply to the other case. There is no information given in this regard.

But one of the most important omissions from this "calibration" discussion in Dr. Nesic's report is that local erosion rate actually varied by up to a factor of about 3, depending on the microroughness of the sand particles, in testing. Also noted in Dr. Nesic's test report technical paper [3], excerpt given below, that overall erosion was influenced by a factor of two due to this effect:

> ❖ Particle microroughness was one of the key parameters determining particle erosiveness. In the present experiments, reduction in the microroughness of the sand particles, by exposure in the flow loop over a period of 24 h, reduced the erosion rates by a factor of two. However, the resulting erosion rates were still 2 orders of magnitude higher than those obtained with glass beads of similar size but with a smooth surface.

7

TREX 011679.0007

However, there is absolutely no discussion of this important parameter anywhere in Dr. Nesic's report. There is not even any discussion of what the microroughness assumption was for the analysis, or whether it was even accounted for or how used by any erosion model actually used.



Figure 38. (a) CFD simulation results and (b) measurements of the erosion rate for a case of flow of water with dispersed particles through a pipe with a sudden constriction, groove, and sudden expansion used for erosion model calibration. Red arrow points to the same location of maximum erosion.

**Figure 1: Nesic report [2], Figure 38.**

## 4. DR. NESIC ATTEMPTS TO DEMONSTRATE EROSION RATES THROUGH UNRELIABLE MODELS, BUT IGNORES PHYSICAL EVIDENCE OF RAPID EROSION.

Another important omission is no discussion of the actual Deepwater Horizon erosion evidence in relation to time duration. One very important piece of information is shown in Figure 2 [1]. This is the piece of drill pipe known to be at the top of the Upper Annular ("UA") until just before the sinking of the rig on April 22, 2010 (named pipe "1-B-1", "Z" upper end of pipe ). The upper flat surface was a cut during intervention, and the second view shows the other piece in position. Over two thirds of the circumference of the pipe is eroded away, importantly, almost completely from the outside only. The remaining area was broken, most likely when the rig sank and bent the pipe, and the pipe migrated upward and was caught in the riser kink above the flex joint as the rig sank. If the pipe had broken any time earlier, it would have migrated higher than the riser kink.

The lack of erosion on the broken surface indicates that the erosion ceased when the pipe broke and migrated into the riser, so we know the end point in time of this erosion as approximately the rig sinking time. Then, the external erosion of the pipe clearly indicates that likely the Autoshear cut time of the drill pipe was the start time of this erosion . The Autoshear cut of the drill pipe allowed additional annulus flow above the Blind Shear Ram ("BSR") via the partially open cut pipe trapped in the BSR. Thus, the erosion seen on this piece, which includes wear through the entire thickness of the 5.5 inch diameter pipe wall (appox. 0.39 inch) for more than two thirds of the circumference, occurred in only about 2 hours, the time from Autoshear to the time of rig sinking. This indicates a very high rate of erosion that, if

8

extrapolated to other parts of the BOP flow path, would result in very fast erosion and stabilization of flow rate in a matter of hours, not days or weeks.

One may also argue that before the explosion on April 20, after the UA was closed and before the VBRs were closed, a time of roughly 5 minutes, could be another period of substantial external erosion on this piece of pipe. So the total external erosion time to reach the Figure 2 result might be adjusted slightly, but the story is the same – this large erosion occurred in about 2 hours, not days or weeks.

This very important information was not considered by Dr. Nesic, and strongly indicates that erosion rates are much higher than anything assumed by Dr. Nesic, once the drill pipe was partially cut by the BSR. This finding does not depend on any erosion model, but rather is a logical engineering conclusion from observing evidence and understanding the timeline of events. This finding contradicts Nesic's Figure 34 result, and implies that the flow likely stabilized at the full "100%" level or nearly so, on or shortly after April 22. The only useful and correct feature of Figure 34 is that the CSR closure likely did cause a small momentary reduction of flow, but it would only last a short time (one may estimate a day or less) because of the high erosion rates.

TREX 011679.0009



**Figure 2: Drill pipe 1-B-1-Z recovered from bent riser [1].  This erosion occurred in less than two hours.**

TREX 011679.0010

5. **THE TECHNICAL DATA IS MOSTLY NORMALIZED, OBSCURING RELEVANT ABSOLUTE INFORMATION**

The vast majority of technical data in Dr. Nesic's report is presented in normalized form, obscuring relevant absolute information that would be useful to the court and technical reviewers. Absolute scales are intentionally removed from numerous graphs presented, such as the "predicted erosion" figures already discussed, and the main results of Figures 33 and 34.

It is presumed that the primary result deemed important in Dr. Nesic's report by the author is Figures 33 and 34. However, with no description or validation of the erosion models used in simulations, this result cannot be relied upon. The shape of the curve has its entire basis in the erosion models used, which have not been described or validated in any way.

There is no substantive proof or even argument given in the report that the erosion models which predict the decrease in resistance of Figure 33 or increase in flow of Figure 34 are valid in any way, and thus the variations presented have not been validated in any way.

6. **NO SUBSTANTIATION IS GIVEN FOR THE FLUID AND PARTICULATE DATA USED IN SIMULATIONS**

Footnote 5 provides narrow ranges for the viscosity and density of flow assumed in the Nesic analysis. No discussion is given to verify that these are appropriate ranges, and the source of the data is not identified. Ranges used in the analysis should be based on level of knowledge of the fluid conditions, and in areas of uncertainty, ranges used should be established to reasonably "bracket" the problem. There is no indication in the report how the parameters were chosen.

Dr. Nesic provided no account to the particle microroughness within the well, which the tests for calibration [3] showed were *critical* to erosion calculation accuracy.

7. **NO SUBSTANTIATION IS GIVEN FOR THE FLOW SIMULATION BOUNDARY CONDITIONS FOR THE BENT-OVER RISER**

The bent riser CFD analysis by Dr. Nesic (Section 6.2.4.2) assumed a 300 psi delta pressure from the flex joint to the other end of the riser. However, there is no explanation for why this assumption is correct or applicable.

8. **AN OVER-SIMPLIFIED BSR FLOW/EROSION MODEL IS USED TO CHARACTERIZE EROSION FROM APRIL 22 TO MAY 27, 2010.**

The analysis of Section 6.3 shows a transient analysis done with a grossly simplified geometry of the partially closed BSR flow path. There is absolutely no explanation how this simplified model, which does not account for metal vs. elastomers and numerous fitted parts, applies whatever as a proxy for the real BSR flow path, let alone as a proxy for the more detailed BSR flow model of Section 6.2.

11

TREX 011679.0011

At the very least, the flow through the detailed CFD model, pre- or post- erosion, in Section 6.2, could have been compared to the flow through this model with the same boundary conditions, but even that simple demonstration to verify flow rate alone was not done, let alone any correlating effort for erosion. Simply stating that there is "broad agreement" between two flow plots (Dr. Nesic's Figures 8 and 19), which have no units or description, and may not even be shown at the same color scale, is insufficient to establish the usefulness of this simplified model.

In addition, the eroded geometry of the true BSR path, for example, is unusually rough and complex. The complexity of this erosion was not demonstrated to be predicted by Dr. Nesic's Section 6.3 simplified model. Dr. Nesic's Figure 30 is intended to show predicted erosion, but no details are visible, and no correlation is made to the actual eroded hardware. In fact, such a correlation would be impossible, because the real hardware has numerous pieces, including elastomers, in the flow path, whereas the simplified model has none of that. There is no evidence or explanation how this simplified model makes any predictions that have relevance whatever to the actual hardware and flow history.

This model, completely unvalidated as it is, is subsequently used to define the flow variation over time through the BSR with an unknown (to the reader) and unverified erosion model.

Supposedly, similar analyses were done for simplified CSR and UA as well, though absolutely no information about those were presented in the report. Then by unknown and unexplained methods, these three results were combined to arrive at the Figure 33 and 34 results.

TREX 011679.0012

## IV.    REQUIRED INFORMATION

My *curriculum vitae*, which documents my publications, is presented as Attachment 2.  Attachment 3 provides a list of testimony at trial/deposition in the last four (4) years. My work on this case has been compensated at a rate of $275/hr.

## V. PHASE 1 PROCEEDINGS REFERENCES CITED

1. Davis, R.R., photos taken at evidence storage facility, NASA Michoud, overseen by S. Englebert, Jan 19, 2012 – TREX 36720.006 and 36720.010.

## VI. PHASE 2 PROCEEDINGS REFERENCES CITED

2.  Expert Report of Srdjan Nesic, Ph.D (May 1, 2013).

3. Erosion in Disturbed Liquid/Particle Pipe Flow: Effects of Flow Geometry and Particle Surface Roughness, J. Postlethwaite and S. Nesic, Corrosion Engineering, Vol. 49, No. 10 (1993).

4. Erosion Information from Dr. Nesic's CFD Models provided by Simutech, Expert Report of Nathan Bushnell, Ph.D. (June 10, 2013).

TREX 011679.0013

# VII. ATTACHMENTS

**ATTACHMENT 1.  Curriculum Vitae for Dr. Rory R. Davis, PE**

### CURRICULUM  VITAE

### DR. RORY R. DAVIS, P.E.
### CONVERGENCE ENGINEERING CORP.
### 1638 Finch Drive
### Gardnerville, NV 89410
### rorydavis@convergence-eng.com
### (775) 790-6496

**Post-Secondary Education:**

B.S., Mechanical Engineering, University of California, Davis, 1979
B.S. Senior Project: Design of Aluminum Bicycle Frames

M.S., Mechanical Engineering, University of California, Davis, 1980
M.S. Thesis: Measurement of Foot-Pedal Loads During Bicycling

Ph.D., Mechanical Engineering, University of California, Davis, 1989
Ph.D. Dissertation: Practical Nonlinear Simulation of Rotating Machinery Dynamics With Application to Turbine Blade Rubbing

**Positions Held:**

**10/2012-present:**      **Lead Engineer of Analysis-Driven Design & Senior Technical Advisor**
                                    Employer:     ATA Engineering, Inc.
                                                        San Diego, CA
           Duties: A technical leader for the company in analysis driven design and mechanical engineering. Specific coverage in the areas of engineering applied mechanics, thermal/stress and design analysis, structural dynamics, advanced composite and metallic design.  Major tasks include 1) metallic and composite hardware thermal, stress, dynamic, and fatigue analysis, 3) mechanical design, concept, and prototype development.

           Project subjects: Amusement park rides and equipment, satellite composite overwrapped high pressure tanks, aircraft seat crash durability, airport train systems, solid rocket motors.

**12/90-present:**      **Chief Engineer and Chief Executive Officer**
                                 Employer:     Convergence Engineering Corp.
                                                     Gardnerville, NV
           Duties: Technical leader for the company in mechanical engineering.  Specific coverage in the areas of engineering applied mechanics, thermal/stress and design analysis, structural dynamics, and advanced probabilistic, optimization and statistical methods.  Major tasks include 1) metallic and composite hardware thermal, stress, dynamic, and fatigue analysis, 2)

14

TREX 011679.0014

composite material testing, including sample design and test planning, 3) mechanical design, concept development, prototype hardware testing and development, 4) vibration qualification test design and execution, 5) complex dynamic system analysis, including rotordynamics and nonlinear multi-energy domain systems, 5) multi-disciplinary system analysis and optimization, 6) expert witness consulting to attorneys and insurance companies.

Brief major project descriptions:

1)     Multi-disciplinary optimization of upper stage liquid rocket engines using numerous existing analysis tools (power system analysis, ANSYS FEA, and pump/turbine component design) in an integrated optimization tool (Northrop Grumman, Blue Origin, AFRL, Sierra Engineering).

2)     Lead expert on mechanical engineering team on Deepwater Horizon failure forensic investigation, including on-site inspections, test observations, analysis of Blowout Preventer and well equipment, reporting, and testimony (U.S. Dept. of Justice, Talas Engineering)

3)     Cryogenic and room temperature flexure/fatigue testing of prototype liquid rocket engine propellant line flexible bellows in CEC lab (Blue Origin)

4)     Extensive new methodologies development and applications of FEA for taut-fabric geodesic radome design analysis, including prestretch, thermal, gravity, and wind loads (World Radomes).

5)     Detailed thermo-structural and acoustic design/FEA of new combustion stability study test equipment (Air Force Research Lab).

6)     Impact and load testing of spacecraft landing gear systems utilizing energy dissipating crush materials. Required buildup of novel high loading rate and large travel fixturing/actuation systems (Blue Origin).

7)     Design and analysis of a new low cost steam turbine for solar energy installations. (Sierra, IAS).

8)     Detailed thermo-structural design analysis of pneumatically controlled high speed hot gas sleeve valves for liquid rocket engine turbine control (Blue Origin).

9)     Detailed thermo-structural design analysis and testing in support of very high accuracy graphite/sandwich construction optical benches. Testing in CEC lab of laminates and sandwiches including insert pullout under multi-axial loads (AMA, Boeing SVS).

10)     Design analysis of very large land-based antenna systems, including tracking mounts and other support structures, under thermal, earthquake and wind loads (General Dynamics).

11)     Development of a large 1.2MW Vertical Axis Wind Turbine (VAWT), using more flexible and non-conventional supercritical rotordynamic designs for minimum cost and maximum structural efficiency, including fiberglass airfoils and closed loop structural dynamics control. Design supported by fiberglass composite coupon characterization in CEC lab (Great Wind Enterprises).

12)     Military space vehicle development for Air Force FAST program. Extensive use of composites and novel composite cryogenic propellant tank and propellant line application, verified by sophisticated composite loads/stress analysis via FEA, coupled with CFD and other tools for aero loads (CRC, USAF, Boeing).

13)     High fidelity cryogenic TPA design analysis, with ANSYS, for rotordynamics, clearance/tolerance, stress/strength, and deflection evaluation. Full detailed housing simulation coupled with shaft/rotor, including main and secondary cryogenic transient flows and pressures. Transient and steady state thermal and structural analysis (Northrop Grumman).

14)     Design and analysis (thermal and structural) of rocket engine test stand facilities for vacuum engine operation (Blue Origin).

TREX 011679.0015

15)     Detailed analysis of in-space thermal, deployment/firing shock and vibration, and launch acoustic/vibe loads on space station structures with small thrusters (Sierra, Orion).

16)     Extensive analysis/test correlation of composite structure buckling for aerospace vehicle hardware (JSF engine bypass ducts, braided and fabric construction). Complete test program, including basic coupons, flange subcomponents, and scaled size major components in CEC lab. Nonlinear large deflection FEA of irregular duct designs, predicting pre to post buckling deflections, and verified by test in CEC lab (AFRL, Wright Patterson AFB, SBIR Phase II, I).

17)     Design analysis and vibration problems troubleshooting/resolution by analysis and test correlation of advanced centrifugal separator systems. Analysis includes complex coupled rotordynamic analysis of rotors with flexible housings and floor mount structures, contained fluids, and nonlinear rolling bearing stiffness (CINC, SDS). Some systems in nuclear service.

18)     Design of composite radomes for military missiles and ground based systems. Sophisticated thermal and structural design with transient and static FE analysis, incorporating composite material characterization test results. Often, material characterization performed at CEC lab of monolithic and sandwich laminates (AMA, CEI, AASC, and others).

19)     Design analysis of aircraft instrumentation/remote sensor turrets, radomes, and mounting systems (Raytheon, SDG, and others)

20)     Extensive thermo-structural design and analysis of metallic rocket engine components (calorimeters, preburners, injectors, and thrust chambers) for life and strength, for next generation hydrocarbon fuel NASA (TR107), Air Force (IHPRPT), and commercial (Sierra Engineering, Microcosm, Blue Origin, RocketPlane) launch systems.

21)     Innovative new rocket chamber test hardware thermo-structural design and analysis, utilizing favorable properties of graphite solids and foams (Sierra Engineering, AFRL).

22)     Acousto-Structural coupled analysis of a new large 650,000 lb thrust cryogenic rocket engine. Analysis included combustion/acoustic stability, chug coupling, and structural response in ground test, including test stand structural dynamics. Test correlation was included (TRW).

23)     Extensive NHRA Top Fuel drag car frame investigation, including on-track loads testing, nonlinear large deflection and plastic material FEA, full chassis lab testing for correlation with FEA, and detailed design recommendations (BME, SFI, NHRA). Now CEC is one of a few accredited laboratories performing required acceptance testing of chrome-moly tubing for chassis builders, on an ongoing basis.

24)     Development of carbon graphite rear subframe/airbox for off-road motorcycles. Nonlinear large deflection composite FEA (Yamaha Japan).

25)     Extensive laboratory testing of a very high perfromance ammonia coolant heat exchanger system for laser weapons application. All system assembly, instrumentation, testing, and data acquisition/reduction in CEC lab (Sierra, Northrop Grumman).

26)     Design by FEA of specialized titanium hardware, to minimize cost and maximize structural performance. Subjects include bicycle frames, work shoe toe boxes, electroplating equipment, and heat exchangers (Titan Mfg.).

27)     Design by FEA, testing, and test data processing of off-road motorcycle accessory hardware, including new generation handlebars, foot pegs, and hand contol levers (Tucker-Rocky, Answer Products).

28)     Design by FEA, testing, and test data processing of race car engine components, including new generation pistons, wrist pins, connecting rods, and Nitro drag racing superchargers (BME, for NASCAR, NHRA).

29)     Detailed FEA of complex nuclear powerplant steam dryers, for vibration response and fatigue life of welded steel structures. Nuclear industry requirements for analysis documentation and procedures (GE Nuclear).

TREX 011679.0016

30) Optimal design of electron beam etching machine vacuum chambers and handling mechanisms utilizing structural system optimization for dynamic deflection cancellation (Perkin-Elmer, AIBT).

31) Earthquake qualification of standby battery banks by nonlinear transient analysis, shock analysis, and testing (TYCO).

32) Earthquake retrofit system mechanical design, analysis, and testing including kinematic design and nonlinear inelastic structural dynamics. Major development projects, including analysis and testing verification of several different technologies (EiLand).

33) Optimal structural design of a 24 ft aircraft radome for the Navy's E2-C Hawkeye, to produce the lightest radome ever for this platform (Loral, Navy).

34) Mechanical and structural design of a continuously variable transmission for bicycles, emphasizing low manufacturing cost and high reliability, for a Kennewick, WA company, involving complex kinematics and linear/nonlinear stress analysis with elastomers.

35) Structural design of lightweight fiberglass/steel hybrid military van and municipal solid waste semitrailers, including complete road environment fatigue analysis and material characterization testing. Units successfully underwent qualification testing at Aberdeen Proving Grounds (Altamont Technologies, ARMY).

36) Space station composite sandwich structure design for solar electricity system transformers (AASC, Loral).

37) Design analysis of a new laminated wing heater for MD-80 aircraft. Analysis included structural and thermal FEA with composites and flexible nonlinear bonding materials (AASC, TDG).

38) Proof of principle analysis and prototype testing of a new internal combustion engine/compressor/pump design (Transcovest Ltd., Ireland). Convergence contributed novel kinematic design refinements to enable the concept to be more efficient than existing piston machine designs. Key performance issues were proven in subscale laboratory tests by CEC.

39) Developed a highly automated structural analysis system for Vertical Axis Wind Turbines, which reduced design iteration analysis time from 4-6 weeks to 2 days. The system was applied to development of a structurally optimized next generation high aspect ratio wind turbine, and a prototype was built, tested (at Tehachapi, CA wind farm) and correlated with analysis predictions (Flowind Corp).

40) Detailed FEA was performed on carbon graphite/honeycomb thrust reverser blocker door designs for the Boeing 757 and 777 aircraft. Complex 3-D laminate solid models were constructed and used for static pressure and dynamic vibration loading analyses, including sophisticated layup optimization analysis, strength, and fatigue analyses of the composite and metallic components. Fatigue testing of PR500 carbon graphite laminate coupons was performed, and complete statistical analysis was provided for B.P. characterization test programs. Comprehensive design review presentations were made, and expertise was provided for customer technical interface and B.P. technical planning. Convergence Engineering also provided vibration qualification testing services for the 757 and 777 blocker door programs, and supported static and fatigue qualification tests (B.P. Chemicals Aerospace Composites).

41) More than 220 legal cases, involving product liability or patent disputes, with varied subjects ranging from furniture to drilling rigs to shaker tables for vibration testing. Plaintiff and defense, mechanical engineering analysis and testing. High technology applied to legal cases, greatly reducing cases brought to trial, instead settled based on quantitative engineering information.

TREX 011679.0017

**7/84-11/90 :**     **Engineering Specialist**

          Employer:    System Analysis Department
                       Aerojet Propulsion Division
                       Sacramento, CA

Duties: Technical leader for the company in the areas of structural dynamics and advanced probabilistic and statistical methods. Led the building of most of the company's analytical capability in rotordynamics over the last five years (see Ph.D. dissertation on page 1). Planned and performed original research under company IR&D in the areas of rolling element bearings, fluid film bearings, and rotordynamic nonlinear coupled system analysis methods. Also acted as subgroup manager including task allocation, review, and project planning of structural dynamics efforts.

Performed a NASA technology contract entitled Modeling of Rolling Element Bearing Mechanics, which was a result of the IR&D work. Included detailed nonlinear static and dynamic analysis of rolling element bearings with flexible races and housing interface gaps.

Applied probabilistic analysis knowledge to the Advanced Launch System project in areas of sensitivity, variability, and thrust/mixture ratio trimming of candidate engine power systems. Applications of experiment design, regression, and variance propagation methods were involved. Developed new approaches to the probabilistic description of trimming operations.

Other previous significant work at Aerojet included:

1) Participated as a dynamics expert on Titan 34D failure analysis teams and provided continuing support to the Titan program in areas of design loads definition, vibration analysis, and start transient structural system response. Failure analysis included comprehensive structural start transient response prediction, and support of POGO analysis. Involved in reviews at Aerospace Corp., Sheldon Rubin in charge.

2) Performed extensive structural random and transient dynamic response analysis of High Endoatmospheric Interceptor (HEDI) components and systems. Also led the overall dynamic analysis effort for this project.

3) Provided ongoing leadership within the company in methods development and planning to address customer needs and increase productivity.

4) Led the development and implementation of a comprehensive dynamic system analysis computer code, RODYNE. Initially developed to perform complex time and frequency domain rotordynamic analysis in an interactive environment, it was also useful for engine power system and other analyses. The effort was recognized by the company via an innovation award (see below).

5) Performed as lead dynamicist on the Space Shuttle Engine Study. Work included turbine blade and disk vibration analysis, rotordynamic analysis including structural coupling of engine mounting, and detailed ball bearing analysis.

6) Performed extensive modeling and stress analysis of Titan pump housings for uprate applications.

**9/82 - 7/84 : Mechanical Engineering Consultant**

                    Employer:     Self

Duties: Private part time business performing engineering consulting for varied clients. Jobs included farm equipment failure troubleshooting (strain gage testing and finite element analysis), dump truck failure analysis, vibrating equipment stress testing, library research and on-site investigations for liability cases, and beer can design refinement using finite element methods.

**9/82 - 7/84 : Visiting Lecturer and Researcher**

18

TREX 011679.0018

<table>
<tr><td>Employer:</td><td>Mechanical Engineering Department<br>University of California<br>Davis, CA</td></tr>
</table>

Duties: Course preparation, instruction, and student consultation in upper division mechanical engineering subjects. Courses taught included introductory and intermediate dynamics, introductory and intermediate mechanical design, and probabilistic design. Also developed new computer-aided design teaching methods for intermediate mechanical design courses.

## 7/80 - 9/82 : Project Manager, Consulting Services

<table>
<tr><td>Employer:</td><td>Structural Dynamics Research Corporation<br>San Diego, CA</td></tr>
</table>

Duties: Solved difficult mechanical design and vibration problems on a consulting basis for various industrial clients. Sophisticated computer analysis methods were commonly used. Responsibilities included all items for the satisfaction of clients, including:

1) Sales calls and initial customer contacts
2) Research, financial planning, and preparation of contract proposals
3) Data collection on site, often including modal and vibration tests of existing mechanical equipment.
4) Comprehensive analysis of mechanical systems under study using static and dynamic techniques, most often via finite element methods with computers.
5) Interpretation of test and analysis data and determination of proper courses of action for the client.
6) Ongoing financial tracking and control.
7) Preparation of complete engineering reports.

Some of the subjects of study were seismic qualification of hardware, heavy truck ride studies, electron beam etching machine vibration control, train hopper car stress analysis, beer can holder design analysis, electronic equipment vibration isolation, and CNC machine tool frame design to minimize vibration.

## pre-1980 : Engineering Intern and others

Employer: IBM, Weyerhauser, University of California

Duties: Various summer internships, teaching assistant, research assistant, and reader jobs. Highlights include:

1) work in UC Davis agricultural engineering dept. building forest engineering research equipment (welding, mechanic, mechanical designer)
2) Weyerhauser work on a new tree nursery cultivation implement which led to an invention report. Implement was conceived, designed, built, and tested in 3 months.
3) IBM work in hard drive mechanical engineering and electromagnetics.

## Specific Skills:

-Extensive mechanical design and analysis experience, including function, failure, and durability.
-Extensive experience in the analysis of rolling element bearing mechanics.
-Extensive knowledge in structural dynamics, including rotating machinery dynamics and rotordynamics as a subset.

19

TREX 011679.0019

-Extensive knowledge in modal synthesis and other structural dynamics analysis techniques with application to real dynamic systems.
-Extensive experience in the use of finite element methods and computer programs. Experienced in porting/coupling finite element analysis with other codes for different analyses. Particular experience in the use of ANSYS, with some experience with NASTRAN and others.
-Extensive knowledge of probabilistic, optimization, and statistical methods and their application to engineering problems, including experiment design, regression, response surface methodology and optimization, hypothesis testing, probabilistic design methods, and advanced signal processing.
-Training in general system dynamics, including classical and modern control.
-Engineering-oriented computer coding experience, mostly with FORTRAN. Also experience with assembly language, APL, and BASIC, VISUAL BASIC, GAUSS, EXCEL, MATHCAD.
-Instrumentation, testing, and machinery diagnosis experience using strain gages, accelerometers, proximity probes and modern filtering and analog/digital data acquisition equipment.
-Hands on experience with design and fabrication of analog electronics.
-Welding and general mechanical proficiency. Experienced in prototype fabrication and testing.

**Honors and Awards:**
-R.B. Young Technical Innovation Award, Aerojet TechSystems Company, 1987,"RODYNE: Simple and Efficient Linear/Nonlinear Integrated Dynamic Analysis"
-Earl C. Anthony Fellowship, University of California, Davis, 1983-84
-Distinguished Scholar Research Award, University of California, Davis, 1979-80
-Graduate Division Fellowship, University of California, Davis, 1979-80
-B.S. Degree with highest honors and Mechanical Engineering Departmental Citation, University of California, Davis, 1979
-William Stout Award, University of California, Davis, 1977
-Cal Aggie Alumni Association Award, University of California, Davis, 1977

**Affiliations and Licenses:**
-American Society of Mechanical Engineers (ASME)
- Society of Automotive Engineers (SAE)
-Tau Beta Pi Engineering Honor Society
-Phi Kappa Phi Honor Society
-Registered Professional Engineer in California, Mechanical, No. 22810
-Registered Professional Engineer in Nevada, Mechanical, No. 11336

**Patents:**
co-inventor,"Pedalling Efficiency Indicator", U.S. Patent No. 4,463,433, July 1984.
co-inventor,"Force-Resisting Devices and Methods for Structures", U.S. Patent No. 7,043,879, May 2006.
co-inventor,"Force-Resisting Devices and Methods for Structures", U.S. Patent No. 7,458,187, December 2008.
co-inventor,"Force-Resisting Devices and Methods for Structures", U.S. Patent No. 7,997,042, August 2011.
co-inventor,"Force-Resisting Devices and Methods for Structures", U.S. Patent No. 8,082,703, December 2011.
co-inventor,"Building Structure Configured to Exhibit a Prescribed Load-Deflection Relationship When a Force Is Applied Thereto", U.S. Patent No. 8,127,502, March 2012.

**Publications:**

TREX 011679.0020

1. Brinkley,A.L., and Davis,R.R., "Response Surface Modeling of a Closed-Cycle Split-Expander Liquid Rocket Engine" 6th JANNAF Modeling and Simulation Subcommittee Meeting, Orlando, FL, December, 2008.

2. Raymer,D.P, Doupe,C., Zweber,J., Fry,T., Munro,B., Davis,R., Crockett,D., Mallick,K., and Weatherly,H., "An Affordable Flight Demonstrator for Fully-Reusable Access to Space Technologies", paper presented in Session 3C at the 54th JANNAF Joint Propulsion Meeting (JPM 2007), Denver, CO, May 14, 2007.

3. Cheng,G.C, Davis,R.R., Johnson,C.W., Muss,J.A., Greisen,D.A., and Cohn, R.K., "Development of GOX/Kerosene Swirl-Coaxial Injector Technology", paper AIAA 2003-4751, presented at the 39th AIAA/ASME/SAE/ASEE Joint Propulsion Conference and Exhibit, Huntsville, AL, July 20, 2003.

4. Johnson,C.W., Palmer, S.M., and Davis,R.R., "Improvements to ROCETS (ROCket Engine Transient Simulation)", presented at JANNAF Conference, JANNAF Interagency Propulsion Committee, 3rd Modeling and Simulation Subcommittee, Colorado Springs, CO, December 1-5, 2003 (limited distribution, Critical Technology).

5. Davis, R.R., "The Ball Piston Engine – A New Concept in High Efficiency Power Machines", SAE Paper #970066, presented at the SAE International Congress and Exposition, Detroit, Michigan, February 24, 1997.

6. Davis, R.R.,"Practical Nonlinear Simulation of Rotating Machinery Dynamics With Application to Turbine Blade Rubbing", Ph.D. Dissertation, University of California, Davis, 701 pg, May 1989.

7. Davis, R.R.,"Enhanced Rotor Modeling Tailored for Rub Dynamic Stability Analysis and Simulation", *Rotordynamic Instability Problems in High Performance Turbomachinery 1988*, Proceedings of a workshop held at Texas A&M University, College Station, Texas, pp. 431-444, May 16-18 1988.

8. Davis, R.R. and Vallance, C.S.,"Incorporating General Race and Housing Flexibility and Deadband in Rolling Element Bearing Analysis", *Rotordynamic Instability Problems in High Performance Turbomachinery 1988*, Proceedings of a workshop held at Texas A&M University, College Station, Texas, pp. 373-387,May 16-18 1988.

9. Davis, R.R.,"Enhanced Rotor Modeling Tailored for Dynamic Stability Analysis and Nonlinear Simulation", presented at the Second International Symposium on Transport Phenomena, Dynamics, and Design of Rotating Machinery, Honolulu, Hawaii, *Proceedings Preprints, Vol. 2: Dynamics*, pp. 182-193, April 3-6 1988.

10. Davis, R.R. and Vallance, C.S.,"Incorporating General Race and Housing Flexibility and Deadband in Rolling Element Bearing Analysis", presented at the Second International Symposium on Transport Phenomena, Dynamics, and Design of Rotating Machinery, Honolulu, Hawaii, *Proceedings Preprints, Vol. 2: Dynamics*, pp. 241-254, April 3-6 1988.

11. Davis, R.R. and Hull, M.L.,"Design of Aluminum Bicycle Frames", *ASME J. of Mechanical Design*, vol. 103, no. 4, pp. 901-907, October 1981.

TREX 011679.0021

12. Hull, M.L. and Davis, R.R.,"Measurement of Pedal Loading in Bicycling: I. Instrumentation", *J. of Biomechanics*, vol. 14, no. 12, pp. 843-856, 1981.

13. Davis, R.R. and Hull, M.L.,"Measurement of Pedal Loading in Bicycling: II. Analysis and Results", *J. of Biomechanics*, vol. 14, no. 12, pp. 857-872, 1981.

14. Davis, R.R. and Hull, M.L.,"Performance Analysis of Bicycle Pedalling", *1981 Biomechanics Symposium*, ASME Publication AMD-Vol. 43, no. G00201, pp. 109-112, June 1981.

15. Hull, M.L. and Davis, R.R.,"Biomechanics of Overuse Injuries in Bicycling: Instrumentation", *1980 Advances in Bioengineering*, ASME Publication no. G00176, pp. 129-132, November 1980.

16. Davis, R.R. and Hull, M.L.,"Pedalling Efficiency in Bicycling", *1980 Advances in Bioengineering*, ASME Publication no. G00176, pp. 133-136, November 1980.

17. Hull, M.L. and Davis, R.R.,"A Six-Axis Bicycle Pedal Load Measurement System", presented at the ISA/80 International Conference and Exhibit, Houston, Texas, Instrument Society of America Publication no. C.I. 80-698, pp. 677-689, October 1980.

18. Davis, R.R.,"Measurement of Foot-Pedal Loads During Bicycling", M.S. Thesis, University of California, Davis, 49 pg, October 1980.

19. Davis, R.R. and Hull, M.L.,"Design of Aluminum Bicycle Frames", *California Engineer*, vol. 58, no. 4, pp. 10-15, Spring 1980.

TREX 011679.0022

**ATTACHMENT 2. Testimony of Dr. Rory R. Davis, PE in last 4 years**

**In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, April 20, 2010**
**U.S. District Court, Eastern District of Lousiana, No. 10-md-02179 (Phase 1 civil trial)**
Deep water oil drilling blowout preventer electro-mechanical design, function, maintenance, and accident
      intervention
Engineer expert representing the United States Department of Justice
Deposition testimony: Nov, 2011, New Orleans, LA
Trial testimony: March, 2013, New Orleans, LA

**Bohanon v. UniSys, et al**
Automated sensing equipment, outdoor protective box failure
Engineer expert representing plaintiff
Deposition testimony: Oct, 2011
Case in Sacramento, CA, settled before trial

**EiLand vs. Simpson Strong-Tie Co., et al**
**U.S. District Court, Eastern District of Texas, Marshall Division**
Earthquake restraint systems, patent infringement
Facts witness only (inventor), for plaintiff
Deposition testimony: July, 2011
Settled before trial

    \*Testimony includes depositions, trials, arbitrations, does not include inspections, investigations,
analysis, testing, reports to client

TREX 011679.0023

## ATTACHMENT 3. List of Documents Considered

| | |
|---|---|
| Expert Report of Nathan Bushnell, Ph.D. | March 22, 2013 |
| Expert Report of Ronald C. Dykhuizen, Ph.D. | March 22, 2013 |
| Expert Report of Stewart K. Griffiths | March 22, 2013 |
| Expert Report of Kelkar and Raghavan | March 22, 2013 |
| Expert Report of Mehran Pooladi-Darvish | March 22, 2013 |
| Expert Report of Aaron A. Zick | March 22, 2013 |
| Expert Report of Srdjan Nesic, Ph.D. | May 1, 2013 |
| Postlethwaite, J and S. Nesic. "Erosion in Disturbed Liquid/Particle Pipe Flow: Effects of Flow Geometry and Particle Surface Roughness." Corrosion Engineering, Vol. 49, No. 10. (Oct. 1993) | October 1993 |

I provided a list of considered materials with my Phase 1 report.

TREX 011679.0024