IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010

REBUTTAL REPORT OF JOHN MARTINEZ

ON BEHALF OF
THE UNITED STATES OF AMERICA

June 10, 2013

DATED: June 10, 2013

Signature:  John Martinez

11909

Exhibit No. ———
Worldwide Court
Reporters, Inc.

Confidential per BP

## Table of Contents

Executive Summary ........................................................................................................... 1

Background and Credentials ............................................................................................. 2

Discussion............................................................................................................................. 3

   1.   Dr. Zaldivar relies on improper inputs which cause inaccurate results ........................... 3

     A.   Annulus Flow in the DWH Riser ...................................................................................... 3

     B.   Computing the Appropriate Hydraulic Diameter for Annulus Flow in OLGA and LedaFlow .... 4

     C.   Dr. Zaldivar Failed to Compute the Appropriate Hydraulic Dimensions ..................................... 4

     D.   Corrected Hydraulic Measurements Result in a Higher Flow Rate Range .................................. 6

   2.   Dr. Zaldivar incorrectly concludes that the riser motion caused the slug flow, which leads to emphasis on a study of motion oscillations rather than on complex piping and fluid phase behavior ..... 9

   3.   Dr. Zaldivar relies on improper validation and thus underestimates the uncertainty of his analysis.. .................................................................................................................................... 12

Conclusion ......................................................................................................................... 14

Appendix A - Information Required by Federal Rules of Civil Procedure........................... 16

Appendix B: Resume of John Martinez.................................................................................. 17

Appendix C: List of Consideration Materials ....................................................................... 19

Confidential per BP

**Executive Summary**

I have been asked to respond to the expert report of Dr. Michael Zaldivar titled "Quantification of Flow Rate during Slug Flow." Dr. Zaldivar reviews his observation of slug flow from the riser of the BP well, Mississippi Canyon 252, Macondo Field, and his use of OLGA and LedaFlow software to model the behavior and assign a flow rate for the period of May 13 to May 20. There are three primary shortcomings to Dr. Zaldivar's analysis that make it unlikely that any firm conclusions can be drawn about oil flow rates from his report:

(1) **Dr. Zaldivar's modeling is based on a significant input error in his characterization of the hydraulic dimensions relating to annulus flow between the riser and drill pipe inside the riser. A review of Dr. Zaldivar's OLGA files, conducted with the assistance of an OLGA modeling lab, revealed the error, and when the OLGA models were run with one key input (hydraulic diameter values replaced by equivalent diameter corresponding to the actual cross-sectional area) corrected, the minimum pressure drop point (the path of least resistance) gives a rate of approximately 55,000 stb/d, while in Dr. Zaldivar's original simulations this point was found closer to 30,000 stb/d.**

(2) **Dr. Zaldivar makes incorrect statements about causation of slug flow, and then develops an intricate set of software models to try to prove his incorrect statement. The riser motion did not induce the slugging behavior, as Dr. Zaldivar states; rather, piping length and capacity provided conditions favorable for separated gas and liquid phases to form slugs and move to the end. The buoyancy differences associated with the gas and liquid slugging behavior caused the oscillations.**

(3) **Dr. Zaldivar attempts to validate and bound the uncertainty of his modeling results by comparing the results of two fundamentally similar programs, OLGA and LedaFlow. It is recognized in the industry that OLGA and LedaFlow may agree but nonetheless both fail to accurately reflect flow conditions. As a result, the only validation on which Dr. Zaldivar relies is in fact an unsound comparison that underestimates the uncertainty of his results.**

Confidential per BP

TREX 011909.0003

**Background and Credentials**

I am John Martinez, P.E., a production and gas lift specialist.  I am an independent consultant with 45 years of experience in oil field production and technology.  I gather data from wells and facilities to improve their performance or to plan upgrade revisions.  I am a technical advisor for the development of our company's computer program for steady state multiphase flow and also an operations specialist; in the latter capacity, I go to field sites to provide advice.  I gather well flow data to calibrate multiphase flow computer models, which can then be reliably used for prediction of future performance.

I am the editor and co-author of the API Recommended Practice 11V8 – Gas Lift System Design and Performance Prediction that lists best practices, including methods to use computer models correctly.  I observe severe slugging on some wells while obtaining flowing pressure and temperature data using electronic sensors on wireline tool strings.  I am a co-author of the API Gas Lift - Book 6 of the Vocational Training Series.

I interact with numerous companies on a professional volunteer basis in my role as an API recommended practice writer and as one of the organizers of the ASME/ALRDC Gas Lift Workshop.  I am a founding member of the API 11V (now 19G) Task Group for Gas Lift in 1979 and the initial organizer of the Gas Lift Workshop in 1980.

I teach gas lift and production courses to industry staff, both new hire engineers who need to move from their university basic education to industry practice and to experienced engineers who need to improve best practices or who require extensive design detail.

Confidential per BP

TREX 011909.0004

**Discussion**

This report is an evaluation of the expert report of Dr. Michael Zaldivar regarding his modeling of the riser motion associated with slug flow observed by the ROV. He used OLGA and his LedaFlow computer software program to develop two models of the riser: a "Kink Model" from below the kink to the end of the riser and a "No-Kink Model" from above the kink to the riser end. He used these models to attempt to quantify the flow rate range during the slug flow period observed by the ROV. However, both of these models suffer from serious shortcomings that make their results unreliable.

As discussed further below, Dr. Zaldivar's analysis fails for several reasons: (1) Dr. Zaldivar made a significant error in his inputs of the hydraulic dimensions relating to annulus flow between the riser and drill pipe inside the riser. (2) Dr. Zaldivar relies on a fundamental error in causation that undermines his entire analysis. Finally, (3) Dr. Zaldivar attempts to validate his modeling by looking to a fundamentally similar modeling program, which causes him to underestimate the uncertainty in his analysis.

Even if Dr. Zaldivar's modeling did not suffer from the second two flaws, once his model is run with the correct hydraulic dimensions, Dr. Zaldivar's model indicates that the slug flow he bases his opinions on is consistent with a dramatically higher flow rate. Thus, Dr. Zaldivar's conclusions are flawed because his model has incorrect input data.

### 1. Dr. Zaldivar relies on improper inputs which cause inaccurate results

The commercial codes OLGA and LedaFlow have been developed mainly for simulating long distance multiphase transport in pipelines. Annulus flows are seldom simulated in this application, and annulus flow in the riser is associated with increased uncertainties that are difficult to quantify. In addition to the general uncertainty inherent in modeling annulus flow in OLGA and LedaFlow, the uncertainty of the results is magnified by a fundamental error in Dr. Zaldivar's OLGA and LedaFlow modeling. Specifically, an analysis of Dr. Zaldivar's OLGA and LedaFlow modeling input data shows that the cross-sectional flow area of the riser annulus he used is incorrect, causing a significant discrepancy in his results.

### A. Annulus Flow in the DWH Riser

The Deepwater Horizon (DWH) riser was a 19.5" ID pipe with a short section containing two 5.5" inner pipes at the kink and above, followed by a longer section containing one inner pipe with 5.5" and a very long section with 6.625" inner pipe. Thus, the gas and oil in the riser were flowing in an annulus.

Confidential per BP

TREX 011909.0005

Each joint of drill pipe has a tool joint with a diameter different from that of the main pipe. The tool joint dimensions[1] are documented for each drill pipe size. The change in diameter at each connector would not be significant in additional friction loss, but when considering slug development and movement, the diameter changes from 6 5/8" drill pipe with a short 8" to 8 1/2" tool joint inside the 19.5" ID riser would have a complicating effect in modeling the slugs.

## B. Computing the Appropriate Hydraulic Diameter for Annulus Flow in OLGA and LedaFlow

Correct hydraulic calculation of single phase flow in an annulus requires the correct values of the cross-sectional area, perimeter and hydraulic diameter to be used. For multiphase flow this method is very approximate and subject to uncertainties that are hard to quantify.

If one needs to simulate a turbulent annulus flow using a software program that is only designed to simulate a standard circular pipe cross-section and not an annulus, it is much more important to represent the pipe with the correct cross-sectional area than with the correct hydraulic diameter. The reason is that the pressure drop depends much more strongly on the velocity, which is inversely proportional to the cross-sectional area, than it depends on the hydraulic diameter.

The hydraulic dimensions are based on the physical pipe data. This is illustrated as a drill pipe circle within a riser circle. The outer circumference of the drill pipe is its perimeter and the inner circumference of the riser is its perimeter. The cross-section of each pipe can be calculated based on the measured diameter; the correct cross-sectional area for flow is equal to area of the riser minus the area of the drill pipe. The equations for hydraulic diameter and equivalent diameter are given below but complexity is added if the drill pipe is lying on the bottom of the riser:

## C. Dr. Zaldivar Failed to Compute the Appropriate Hydraulic Dimensions

Table 1 (from Dr. Zaldivar's report Appendix F-2 page F-2-4 with mm data added) shows the cross sectional area, perimeter, and hydraulic diameters in the different sections of the riser:

*Table 1 – Calculated hydraulic diameter used as model parameters*

| Section | Area | Perimeter | $d_h$ | $d_h$ (mm) |
|---|---|---|---|---|
| 2 5.5" drill pipes | 251 | 96 | 10.5 | 266.3 |
| 5.5" drill pipe | 275 | 78.5 | 14 | 355.6 |
| 6.625" drill pipe | 264 | 82 | 12.875 | 327.025 |
| Kink | 12.9 | 80 | 4 | 101.6 |

---

[1] http://www.scribd.com/doc/136264615/GrantPrideco-Drill-Pipe-Data-Tables-pdf.

4

Confidential per BP

The hydraulic diameter for a concentric annulus as used by Dr. Zaldivar (denoted $d_h$ in his report) is given by:

$$d_{hydraulic} = D - d$$

Where $D$ is the ID of the outer pipe and $d$ is the OD of the inner pipe.

The equivalent diameter giving the correct cross-sectional area of the annulus is given by:

$$d_{equivalent} = (D^2 - d^2)^{0.5}$$

Consider a case of water flowing at 5 m/s (1.52 ft/s) velocity in a horizontal annulus with 50 cm (19.685 ft) inner diameter of the outer pipe and 15 cm (5.905 ft) diameter of the inner pipe (similar to the riser but single phase flow). This corresponds to a water flow rate of 0.893 m$^3$/s (31.536 ft$^3$/s). The annulus pressure drop calculated with the correct area, perimeter and hydraulic diameter, using Blasius' formula, was **210 Pa/m (0.0093 psi/ft)**.

Approximating the annulus system using a pipe with diameter equal to the hydraulic diameter (35 cm), as Dr. Zaldivar did, gave a velocity that was 85.7% too high (at the same volume flow rate of 0.893 m$^3$/s) and a pressure drop that was **196% too high**.

Using instead a pipe with a diameter equal to the equivalent diameter (47.7 cm) giving the correct flow area and the correct flow velocity at the same flow rate of 0.893 m$^3$/s, the pressure drop is a more reasonable **32% too low**.

The cross-sectional flow area of the riser annulus in Dr. Zaldivar's modeling is incorrect – in fact, the area is approximately 40% too small throughout the length of the riser downstream of the kink, giving severely wrong flow velocities and flow pattern behavior in the riser in the simulations. The reason is that the **hydraulic diameters** of the riser annulus are used as **actual pipe diameters** in his simulation files, giving the wrong cross sectional area throughout the riser. Figure 1 shows Dr. Zaldivar's input of 327.025 mm (12.875") which is the hydraulic diameter listed in Table 1. The correct entry would be the equivalent diameter obtained from the cross-sectional area of annulus flow.

Confidential per BP



*Figure 1: Example of original pipe diameter used in OLGA input by Michael Zaldivar*

Inspection of LedaFlow input files found the same error to be the case for all simulations that were checked.

### D.  Corrected Hydraulic Measurements Result in a Higher Flow Rate Range

OLGA computer model calculations[2] to assess the impact of the errors in Dr. Zaldivar's hydraulic dimensions were conducted in conjunction with the staff of the IFE (Institute for Energy Technology)[3] in Kjeller, Norway.

Table 2 shows the corrected riser equivalent diameters used in our simulations compared to the hydraulic diameters used by Dr. Zaldivar.  Figure 2 also shows the differences in flow areas based on use of hydraulic diameter versus equivalent diameter.  Using the equivalent diameter results in the same flow area as the actual flow area.

---

[2] The OLGA simulations are being produced contemporaneously with this report.

[3] IFE is the original developer of the OLGA model and conducts joint industry projects (JIP) to improve its capability.

6

Confidential per BP

*Table 2 – Comparison of corrected equivalent diameter to hydraulic diameter data*

| Section | Hydraulic diameter used by Dr. Zaldivar (mm) | Hydraulic diameter used by Dr. Zaldivar (in) | Simulated flow area based on hydraulic diameter (in²) | Corrected equivalent diameter (mm) | Corrected equivalent diameter (in) | Simulated flow area based on equivalent diameter (in²) |
|---|---|---|---|---|---|---|
| 2 5.5'' drill pipes | 266.3 | 10.5 | 86 | 454 | 17.88 | 251 |
| 5.5'' drill pipe | 355.6 | 14 | 154 | 475 | 18.71 | 275 |
| 6.625'' drill pipe | 327.025 | 12.875 | 130 | 466 | 18.34 | 264 |



*Figure 2: Comparison of simulated flow areas using hydraulic diameter versus equivalent diameter*

Using the latter, corrected equivalent diameter values calculated based on the data from Dr. Zaldivar's report Appendix F-2 page F-2-4, significantly increases the simulated flow area in the models, lowers the velocity, and alters the flow pattern. These areas, still approximate but better

7

Confidential per BP

than the original values, gave the new steady state pressure drop versus flow rate chart shown in **green** in Figure 3 below compared to the Dr. Zaldivar's behavior shown in **red**. The velocity associated errors with the new approximation are likely to decrease as one goes from friction dominated to gravity dominated flow (from right to left in the diagram).



*Figure 3: Pressure drop in the riser computed with OLGA 7.2 using original and modified (equivalent) pipe diameter definitions from Table 2 (1 bar = 14.5 psi)*

Figure 3 shows that the corrected flow behavior is very different from Dr. Zaldivar's results. The minimum pressure drop point **(the path of least resistance)** is now approximately 55,000 stb/d, while in his original simulations this point was found closer to 30,000 stb/d. This is an effect of Dr. Zaldivar's simulations giving severely wrong flow velocities of gas and liquid throughout the riser due to the incorrect cross-sectional area applied in his simulation input files. Since slug flow characteristics such as the slug velocities and the amount of gas entrained into the slugs are strongly dependent on the flow velocities, it is unlikely that Dr. Zaldivar's simulations represent the real fluid flow physics in the sunken DWH riser.

I conclude that because Dr. Zaldivar's simulations use an incorrect flow area throughout the DWH riser, they do not represent the true physics of the flow in the riser, and that it is not possible to draw any firm conclusions about the released gas and oil flow rates from his work.

8

Confidential per BP

**2. Dr. Zaldivar incorrectly concludes that the riser motion caused the slug flow, which leads to emphasis on a study of motion oscillations rather than on complex piping and fluid phase behavior**

Throughout his report, Dr. Zaldivar reiterates his conclusion that the motion of the riser caused the slug flow that underlies his flow rate analysis:

- "I concluded that the motion of the buoyant loop was the cause of the slug flow that was observed at the Riser End." (page 9)
- "This led to the investigation and confirmation that the observed slug flow was indeed caused by the riser movement." (page 32)
- "However, it was not obvious to me that the riser motion was the cause of the observed slug flow until later in my investigation." (page H-1)
- "Initially, I evaluated whether the section of the riser that settled on the DWH rig was initiating terrain slugs (see Figure 1) and whether those terrain slugs were responsible for the riser motion and the observed slug flow. This analysis assumed that the riser motion was a result of slug flow (and not the cause), and therefore the early models did not include riser motion." (page H-1)

In fact, however, he has reversed the causation relationship between slug flow and riser motion. Vapor-liquid separation caused by flowing pressures and temperatures below the bubble point of the reservoir fluid permitted accumulation of large slugs in the riser upstream of the joints that Dr. Zaldivar studied. The large accumulation of gas vapor slug caused the floating effect that Dr. Zaldivar noted on page 17 of his report:

"Prior to May 13, the vertical oscillating motion of the riser was not observed. As shown in Figure 9, ROV surveys on May 4 and May 8 showed that the riser was floating higher than on May 13 (see Figure 9). Eventually, as the buoyant part of the riser sank to the sea floor it began the cyclic motion. Once the cyclic motion began, the buoyant loop moved between resting on the sea floor and floating above the sea floor (the maximum height of the buoyant loop decreased over time)." Zaldivar Report at page 17.

Figure 4 (cited by Zaldivar as his source for Figure 9 on page 18) shows the gas slug created buoyant effect on May 4 and, as the gas and liquid slugs are expelled from the riser loop, the gas content diminishes and the riser declines to the seabed. The gas and liquid slugs exiting the loop cause the slug flow effect observed by the ROV at the riser exit from May 13 to 20. The motion induced by the slugs can be repeated in a simple garden experiment. When you finish watering the garden, you drain the hose before hanging it in the garage. The next time that you use the hose, you attach it to the faucet and turn on the water. If you fully open the faucet (replicating a well that is blowing out), the hose is packed with air and with water, which causes slug development and motion of the hose if you are not restraining it. This is the effect of slugs flowing in the riser and it is not riser motion inducing slugs as Dr. Zaldivar states. Put simply, the pipe will not rise without some force lifting it. The pipe does not rise automatically. The only possible applicable force is buoyant forces, and these only apply when the density of the

9

Confidential per BP

fluid inside the pipe is sufficiently low. The density inside the pipe is reduced by gas slugs and increased when the gas exits the pipe. There is no other conceivable mechanism for this behavior.



*Figure 4: Riser Survey Data from BP[4] (cited by Zaldivar report Figure 9 page 18)*

Dr. Zaldivar did not create a model to match this observed behavior and the slugging in the riser. In Appendix H –Slug Initiation, Dr. Zaldivar concentrates his analysis on the riser end, but does not present results at points in the piping upstream where gas-liquid slugs could be originating. Multiple software programs, including LedaFlow, QtScript, and Python (Appendix F-5 - Riser Motion), were used to model the oscillating behavior, but also increase potential for input error. Dr. Zaldivar concentrated on simulating oscillations and failed to focus on the complex piping, which caused his hydraulic dimensioning error.

The upstream riser in Figure 5 addresses the complexity of a 19 ½" ID riser looped around with a 6 5/8 drill pipe (8" to 8 ½" tool joints) inside. This survey shows its May 21 position and shows prior surveys (the prior surveys are undated). The torturous path indicated provides geometry for slug accumulation when the fluids are at pressures below the bubble point. Note the kink and other sharp bends in the May 21 survey.

---

[4] BP-HZN-2179MDL04996568

10

Confidential per BP



*Figure 5: BP riser survey[5] May 21, 2010 – purple line - gray lines are surveys on prior dates*

Figure 6 is BP's isometric drawing of the riser survey; it further illustrates the pipe length available for slug development which causes the riser float noted on May 4 and subsequently causes the riser motion with associated ROV observations at riser end as the slugs flow through the piping. The riser motion did not induce the slugging behavior, as Dr. Zaldivar states, rather piping length and capacity provided conditions favorable for separated gas and liquid phases to form slugs and move to the end.

---

[5] LBN003-271024

11

Confidential per BP



*Figure 6: BP riser isometric survey[6] May 21, 2010 – purple line - gray lines are surveys on prior dates*

### 3. Dr. Zaldivar relies on improper validation and thus underestimates the uncertainty of his analysis

Dr. Zaldivar relies on OLGA and LedaFlow to try to model annulus flow in the riser. Neither program was developed for this annulus flow application, thus there are high uncertainties associated with results from OLGA and LedaFlow modeling. Dr. Zaldivar tries to overcome this uncertainty by pointing to the consistency of the OLGA and LedaFlow results. However, the two programs are based mostly on the same fundamental concept and have been at least partly tuned against the same experimental data; they therefore have many similarities. The two programs also may have similar deficiencies. Indeed, it is recognized in the literature that OLGA and LedaFlow can produce similarly inaccurate results. In a paper[7] by Ioannou et al (2012), the authors tried to simulate actually measured severe slugging in a 5 mile long 8 inch pipeline with OLGA and LedaFlow. The codes give similar results but fail to reproduce the observed slugging behavior. Other studies have shown that the codes sometimes fail to predict slugging, or fail to reproduce accurately the conditions where slugging starts to occur, or sometimes they match the predicted onset of slugging very well, but not the detailed slug characteristics. For examples, see Kashou and Shea (2005), Valle and Utvik (2005), Lockett et al

---

[6] LBN003-271025

[7] Ioannou K, Widener M, Kashou S and Estanga D: *Terrain slugging in a subsea tieback: when predictions fail.* Proceedings of the 8th North American Conference on Multiphase Technology, Banff, Canada, 20-22nd June, 2012. BHR Group 2012. ISBN 978 1 85598 130 0.

12

Confidential per BP

(2007), Zakarian and Larry (2008) and Andreussi et al (2011).[8]  Thus, it should not in general be assumed that when OLGA and LedaFlow give similar results, those results accurately represent flow conditions. Dr. Zaldivar does no additional validation studies to confirm his results.

Dr. Zaldivar also missed an opportunity to validate his model against known data from the Macondo well. His "Kink model" starts upstream of the kink to incorporate the leaks that developed at the kink area. Dr. Zaldivar used a constant pressure upstream of the kink based on the mud line pressure gauge data. The data Dr. Zaldivar used from the mud line pressure gauge, included below, is from a 10,000 psig (full scale) analog drilling pressure gauge that had to be visually read with an ROV camera.  These gauges are notoriously insensitive and not designed for precision. The BP file[9] has the following text and data table:

> Additional readings have been taken from the mud line pressure gauge installed above the BOP. This gauge is an analog gauge and can only be read by visual inspection – readings are not recorded nor trended. The gauge measures differential pressure between ambient and above the BOP (upstream of the kink).

| Date | Observed Value |
|------|----------------|
| May 11, 7 PM | 400 psi (gauge) |
| May 15, 4 AM | 500 psi (gauge) |
| May 15 (after insertion of the Riser Insertion Tool) | 600 psi (gauge) |

---

[8] Kashou S and Shea R H: Severe slugging field measurement, modeling and field verification. Proceedings of the 12th International Conference on Multiphase Production Technology, Barcelona, Spain, 25-27 May, 2005. BHR Group 2012. ISBN 1 85598 064; Valle A and Utvik O H: Field tests and analysis of hydrodynamic slugging in multiphase crude oil flow lines. Proceedings of the 12th International Conference on Multiphase Production Technology, Barcelona, Spain, 25-27 May, 2005. BHR Group 2012. ISBN 1 85598 064 9; Lockett T J, Chupin G, Vanstone D, Ng T S, Saidi F, Groseth M A and Mackay D: Understanding flow stability on the Na Kika deepwater flowline system. Proceedings of the 13th International Conference on Multiphase Production Technology, Edinburgh, Scotland, 13-15 June, 2007. BHR Group 2007. ISBN 1 85598 087 7; Zakarian E and Larrey D: Analysis of multiphase flow instabilities in the Girassol deep offshore production system. Proceedings of the 6th North American Conference on Multiphase Technology, Banff, Canada, 20-22nd June, 2008. BHR Group 2008. ISBN 1 85598 097-6; Ioannou K, Widener M, Kashou S and Estanga D: Terrain slugging in a subsea tieback: when predictions fail. Proceedings of the 8th North American Conference on Multiphase Technology, Banff, Canada, 20-22nd June, 2012. BHR Group 2012. ISBN 978 1 85598 130 0; Andreussi P, Sangnes E, Bonizzi M, Nordsveen M, Sletfjerding E and Martiniussen I B: Hydraulic analysis of the Heidrun offshore field. Proceedings of the 15th International Conference on Multiphase Production Technology, Cannes, France, 15-17 June 2011. BHR Group 2011. ISBN 978 1 85598 125 6.

[9] BP-HZN-2179MDL06314451

Confidential per BP

TREX 011909.0015

This mud line pressure gauge data is not of a quality and precision to serve as the basis for rate calculations in the Kink model.

If Dr. Zaldivar wanted more precision, he should have created a model of the complete system and used the pressure measured with an electronic transmitter device below the BOP stack (PT-B) for validating flow rates and serve as the feed to the BOP and then to the kink in the riser. The pressures recorded at PT-B are not constant, far different than the constant pressure that he assumed. Thus, Dr. Zaldivar's Kink model is invalid because the quality of input pressure feed is extremely unreliable and is not a constant value.


**Conclusion**


I conclude that the flow rates from the riser of the BP well, Mississippi Canyon 252, Macondo Field, for the period of May 13 to May 20 as presented by Dr. Michael Zaldivar in his report titled "Quantification of Flow Rate during Slug Flow" are invalid for the following reasons:

(1) Dr. Zaldivar used OLGA and LedaFlow software to model the behavior of flow in the annulus between the riser and the drill pipe and to assign a flow rate based on those models. The review of computer files revealed a significant input error: he improperly used the hydraulic diameter to simulate the annulus area for flow, but should have used the equivalent diameter. The hydraulic diameter is calculated from the pipe cross-section areas and the perimeters (same as the circumference). It is suitable for laminar or turbulent single phase flow but not for multiphase flow. Its use as input to the computer program causes the software to calculate a simulated annulus flow area that is much smaller than the actual flow area. This error causes the velocity to be too high, which affects simulated slugging behavior, and leads to under-prediction of flowrate. These invalid calculations led to his erroneous conclusions that the estimated total flow rate was between 24,900 stbpd and 35,900 stbpd. The correct computer input should have been the equivalent diameter, which causes the software to calculate a simulated annulus flow area that is equal to the actual flow area. If Zaldivar had run his model using equivalent diameter instead of hydraulic diameter, the model would have calculated a flow rate of approximately 55,000 stb/d.

(2) Dr. Zaldivar incorrectly states that riser motion caused the observed slugging flow at the riser end. Nothing existed externally to the riser to cause it to oscillate. The causes of movement were the buoyancy differences associated with the gas and liquid slugging that originated upstream. The riser piping length and volumetric capacity provided conditions favorable for separated gas and liquid phases to form slugs and move to the end. Dr. Zaldivar incorrectly targeted downstream riser oscillation which precluded a

14

Confidential per BP

more extensive study of hydrodynamic and terrain induced slugging in the upstream section of the riser close to the BOP.

(3) Dr. Zaldivar incorrectly states that his modeling results are acceptable because they have been validated by another software program; however the only correct validation method is to compare simulation results to measured pressure and rate data and observed slugging behavior. Prior field case studies could be used for validation, but, as documented in the literature, OLGA and LedaFlow may agree but nonetheless both fail to accurately reflect flow conditions. Moreover, the two software models have been developed for flow inside pipelines, not annulus flow, which raises the level of uncertainty in Dr. Zaldivar's analysis.

Accordingly, it is unlikely that any firm conclusions can be drawn about oil flow rates from Dr. Zaldivar's report.

15

Confidential per BP

**Appendix A - Information Required by Federal Rules of Civil Procedure**

The following is a list of the items required by the Federal Rules of Civil Procedure:

1. This report contains my opinions, conclusions and the reasons therefore.

2. A general statement of my qualifications is contained in the Background and Credentials Section above. A more detailed statement of my qualifications is included in Appendix B.

3. All of my publications are included in Appendix B.

4. My compensation for the preparation of this report and any testimony as an expert witness at trial or deposition is $330 per hour.

5. During the previous four years, I have not testified as an expert witness in deposition. I have not previously testified as an expert witness at trial.

6. The facts and data I considered in forming my opinions are listed in Appendix C.

The opinions expressed in this report are my own and are based on the data and facts available to me at the time of writing. Should additional relevant or pertinent information become available, I reserve the right to supplement the discussion and findings in this report.

Confidential per BP

TREX 011909.0018

Appendix B: Resume of John Martinez

# JOHN MARTINEZ

**Production Advisor and Artificial Lift Engineer**
**Production Associates**
**PO Box 821105**
**Houston TX 77282**
Phone: 281 933 0564   Fax: 281 879 4763   Email: pa.amart@juno.com

**Experience Summary:** 45 years experience in oil field production technology with a specialty in production facility revision and artificial lift operations, with extensive expertise in gas lift. This includes well deliverability, transient pressure testing, downhole equipment evaluation and selection. Surface facility design experience includes multiphase pipelines, separation, metering, compression, dehydration, water treatment and disposal, and pumps. Specialist in revising and upgrading lift and surface facilities to reduce failures and operating cost.

**Date of Birth:** 1942
**Citizenship:** U.S.A.
**Education:** The University of Texas at Austin, B.S. in Mechanical Engineering (1967), M.S. in Mechanical Engineering (1968)
**Professional:** Registered Professional Engineer - Texas
American Society of Mechanical Engineers, ASME
Society of Petroleum Engineers, SPE
National Association of Corrosion Engineers, NACE
API - Gas Lift Equipment Task Group
ASME/API/ISO Gas Lift Workshop organizer

## WORK EXPERIENCE:
**PRODUCTION ASSOCIATES**          **1979-Present**      **Houston**

Consulting Production Engineer

Design and implement facilities for oil and gas production, water treatment and disposal, and artificial lift equipment. Field development planning, revision of existing fields, and on-site well testing to develop field data. Wellbore deliverability and pressure transient testing. Directed software development for production nodal analysis and multiphase flow PC programs. Gathered field performance data, conducted production tests, and obtained downhole data for use in audits, revisions, and legal assessments. Conducted facilities, production, and artificial lift courses. Clients located in USA, Middle East, Asia, South America, Mexico and Canada.

**EXXON PRODUCTION RESEARCH**      **1973-1979**      **Houston**

Senior Engineering Specialist - Production

Conducted studies of field production facilities, artificial lift or lift comparison. Provided on-site consulting or conducted schools in Houston, Los Angeles, Venezuela, Saudi Arabia, Abu Dhabi, Malaysia, Canada, Libya, Iran, and Australia.

**EXXON COMPANY USA**      **1968-1973**      **Corpus Christi**

Senior Engineer

Engineering design and commissioning of gas production, compression, and dehydration facilities. Designed and commissioned artificial lift, salt water disposal systems, injection wells, and oil production equipment. Designed and implemented workovers.

17

Confidential per BP

**JOHN MARTINEZ** **Production Advisor and Artificial Lift Engineer**

## PROJECTS & COMPANY PUBLICATIONS

1. Castaic Junction Field Study, California
2. Ahwaz Bangestan Artificial Lift Study, Iran
3. Santa Barbara Completion Design Study, Offshore California
4. Khurais Artificial Lift Study, Saudi Arabia
5. Khurais Re-evaluation of Artificial Lift for 190 MBCD Rate, Saudi Arabia
6. Onshore Gas Facilities and Gas Pipelines, Malaysia
7. Mabruk Field Artificial Lift Study, Libya
8. Gas Lift vs. Submersible Pumping for North Uthmaniyah, Saudi Arabia
9. East Cameron 272 Well Performance Study, Offshore Louisiana
10. Control of Gas Coning Through Use of Chemical Blocking Agents, Norway
11. North Fields Onshore Development Plan, Saudi Arabia
12. Troll Field Artificial Lift, Norway
13. Arzanah Artificial Lift Study, Abu Dhabi
14. Arzanah Submersible Pump Selection, Abu Dhabi
15. Arzanah Recommended ESP Installation and Test Procedures, Abu Dhabi
16. SW Hardin Gas Lift System Evaluation, Texas
17. Khaskeli Artificial Lift Study, Pakistan
18. Gas Lift Analysis of Rankin Field, Texas
19. Khaskeli Gas Lift Design, Pakistan
20. Neale Field Gas Lift Evaluation, Louisiana
21. Maggie Branch Gas Lift Evaluation, Texas
22. Ras Budran Gas Lift Optimization, Egypt
23. Hilbig Well Tests and Gas Lift Implementation, Texas
24. Ras Budran Gas Lift Optimization Review and Revisions, Egypt
25. $CO_2$ Gas Lift Study and Installation, Texas
26. Zeit Bay Gas Lift Optimization, Egypt
27. Rod Pump Design Revisions in a $CO_2$ Flooded Field, Texas
28. Zelten Field Rod Pump Revisions, Egypt
29. Mumbai High Gas Lift Optimization, India
30. Poza Rica and Chicontepec Artificial Lift Optimization, Mexico
31. Ursa Field Gas Lift Optimization, Offshore Louisiana
32. Offshore and Onshore Gas Lift Optimization, Qatar
33. Poza Rica Field Waterflood Facility Design, Mexico
34. Heavy Oil Artificial Lift and Reservoir Delivery Review, Venezuela
35. Completion and Artificial Lift Selection, Pakistan
36. Gas Well Delivery Analysis, Pakistan
37. Gas Well Analyses and Velocity Strings, Texas
38. Numerous Pressure Build Up Test projects

## PUBLICATIONS

1. API GAS LIFT - BOOK 6, 1984, 1995 - co-authored
2. API RP 11V-7 "Repair, Testing, and Setting Gas Lift Valves" - co-authored
3. API RP 11V-8 "Gas Lift System Design and Performance Prediction" - co-authored
4. "Effect of Temperature and State of Stress on Hydrogen Embrittlement of High Strength Steel", Corrosion, Vol. 28, No. 10, 1972 co-authored
5. "Proper Tools, Usage Make Marginal Wells Profitable", The American Oil Gas Reporter, Vol. 30, No. 1, 1987 co-authored
6. SPE 30197 Modeling Coiled Tubing Velocity Strings for Gas Wells June 1995 co-authored
7. SPE 46030 Coiled Tubing Velocity Strings Expanding the Cases April 1998 co-authored
8. SPE 52163 $CO_2$ Gas Lift Is It Right For You? March 1999

Confidential per BP

**Appendix C: List of Consideration Materials**

| Modeling Runs of Zaldivar |
|---|
| TREX-011163 |
| TREX-011145 |
| BP-HZN-2179MDL06089077 |
| BP-HZN-2179MDL06336851 |
| SNL0871206 |
| SNL022-7753-8405 |
| SNL088-72912-72947 |
| XMTX002-0019122 |
| BP-HZN-2179MDL06876116 |
| BP-HZN-2179MDL07806039 |
| TREX-009139 |
| TREX-141694 |
| TREX-141684 |
| BP-HZN-2179MDL01439366 |
| TREX-140374 |
| TREX-140358 |
| BP-HZN-2179MDL01448258 |
| BP-HZN-2179MDL06314451 |
| LBN003-271024 |
| LBN003-271025 |
| TREX-141021 |
| BP-HZN-2179MDL04904634 |
| Ex 130049 |
| BP-HZN-2179MDL04907457 - BP-HZN-2179MDL04907459 |
| BP-HZN-2179MDL02693155 |
| http://www.youtube.com/watch?v=9rrANH49sH0&list=PL75F915826D702D43&index=8 |
| http://www.oilspillhub.org/ |
| SNL087-1206 |
| Expert Report of Martin Trusler |
| PT-B Final Pressures-JM rev-cut |
| BP-HZN-2179MDL00412975 |
| BP-HZN-2179MDL07806037 |
| BP-HZN-2179MDL07806038 |
| TREX-9361 |
| http://www.scribd.com/doc/136264615/GrantPrideco-Drill-Pipe-Data-Tables-pdf |
| TREX-041026 |

19

Confidential per BP

TREX 011909.0021

Kashou S and Shea R H: *Severe slugging field measurement, modeling and field verification.* Proceedings of the 12th International Conference on Multiphase Production Technology, Barcelona, Spain, 25-27 May, 2005. BHR Group 2012. ISBN 1 85598 064 9

Valle A and Utvik O H: *Field tests and analysis of hydrodynamic slugging in multiphase crude oil flow lines.* Proceedings of the 12th International Conference on Multiphase Production Technology, Barcelona, Spain, 25-27 May, 2005. BHR Group 2012. ISBN 1 85598 064 9

Lockett T J, Chupin G, Vanstone D, Ng T S, Saidi F, Groseth M A and Mackay D: *Understanding flow stability on the Na Kika deepwater flowline system.* Proceedings of the 13th International Conference on Multiphase Production Technology, Edinburgh, Scotland, 13-15 June, 2007. BHR Group 2007. ISBN 1 85598 087 7

Zakarian E and Larrey D: *Analysis of multiphase flow instabilities in the Girassol deep offshore production system.* Proceedings of the 6th North American Conference on Multiphase Technology, Banff, Canada, 20-22[nd] June, 2008. BHR Group 2008. ISBN 1 85598 097-6

Ioannou K, Widener M, Kashou S and Estanga D: *Terrain slugging in a subsea tieback: when predictions fail.* Proceedings of the 8th North American Conference on Multiphase Technology, Banff, Canada, 20-22[nd] June, 2012. BHR Group 2012. ISBN 978 1 85598 130 0.

Andreussi P, Sangnes E, Bonizzi M, Nordsveen M, Sletfjerding E and Martiniussen I B: *Hydraulic analysis of the Heidrun offshore field.* Proceedings of the 15th International Conference on Multiphase Production Technology, Cannes, France, 15-17 June 2011. BHR Group 2011. ISBN 978 1 85598 125 6.

Hoyer N, Kirkedelen M B, Biberg D, Johnson G W, Valle A, Johansson P S and Nossen J: *A Structured Approach for the Evaluation of Uncertainties in Flow Assurance Systems.* Accepted for publication at the 16th International Conference on Multiphase Production Technology, Cannes, France, 12-14 June 2013. BHR Group 2013.

| |
|---|
| Adrian Johnson Expert Report, May 01, 2013 |
| Alain Gringarten Expert Report, May 01, 2013 |
| Andreas Momber Expert Report, May 01, 2013 |
| Carlos Torres-Verdin Expert Report, May 01, 2013 |
| Curtis Whitson Expert Report, May 01, 2013 |
| Martin Blunt Expert Report, May 01, 2013 |
| Martin Trusler Expert Report, May 01, 2013 |
| Michael Zaldivar Expert Report, May 01, 2013 |
| Robert Zimmerman Expert Report, May 01, 2013 |
| Simon Lo Expert Report, May 01, 2013 |
| Srdjan Nesic Expert Report, May 01, 2013 |
| Nathan Bushnell Expert Report, Mar 22, 2013 |
| Ronald Dykhuizen Expert Report, Mar 22, 2013 |
| Stewart Griffiths Expert Report, Mar 22, 2013 |
| Mohan Kelkar Expert Report, Mar 22, 2013 |
| Pooladi-Darvish Expert Report, Mar 22, 2013 |
| Aaron Zick Expert Report, Mar 22, 2013 |
| Computer modeling runs relied upon by expert |

20

Confidential per BP

TREX 011909.0022