**Tom Hunter**: Dr. Hunter has a B.S. in mechanical engineering from the University of Florida, an M.S. in mechanical engineering from the University of New Mexico, an M.S. in Nuclear Engineering from the University of Wisconsin, and a Ph.D. in nuclear engineering from the University of Wisconsin.  Dr. Hunter spent 43 years with Sandia National Laboratories, the last five of which he spent as President and Laboratories Director of Sandia.  He currently serves as Chair of the Ocean Energy Safety Advisory Committee, which was chartered to provide recommendations to the Bureau of Safety and Environmental Enforcement of the Department of the Interior regarding safety issues relating to offshore energy development.  He is also the author of numerous technical papers and presentations.  Dr. Hunter was co-lead, along with Secretary Steve Chu, of the Government-led Science Team that was assembled to assist with the response.  As part of his work, he directed the engineers and scientists from Sandia, Los Alamos, and Lawrence Livermore National Laboratories who worked on the response.

Dr. Hunter may testify regarding several flow rate calculations performed by him and the Science Team during the response.  More specifically, Dr. Hunter, if he testifies, will testify about the following three topics:

- Dr. Hunter performed a calculation of flow through the capping stack on July 14, 2010.  This calculation, which was based on comparing the pressure drop through the capping stack during periods of collection and non-collection, resulted in an estimate of 56,000 barrels of oil per day.  This calculation is summarized in Exhibit 9905, and Dr. Hunter testified about this calculation during his deposition (282:23-283:22, 324:12-328:4, 445:12-446:6, 733:21-735:2).
- Dr. Hunter oversaw calculations by members of the Science Team of flow rate through the Top Hat in mid-June 2010.  These calculations, which were performed

based on estimates of the pressure differential between the inside and the outside of the Top Hat, resulted in the conclusion that flow from the Macondo well could have been 60,000 barrels per day, or more, as of mid-June 2010.  These calculations were summarized in Exhibit 9900, and Dr. Hunter testified about these calculations during his deposition (142:8-143:9, 243:5-245:24, 254:7-264:6, 308:8-308:21, 737:2-738:25).

- Dr. Hunter helped oversee the process that led to the announcement of the official government flow rate estimate on August 2, 2010.  This included moderating meetings on July 30 and 31, 2010, at which various flow rate estimation methodologies were presented and discussed by government scientists.  The presentation for the July 30 meeting was summarized in Exhibit 8635, and the press release announcing the August 2, 2010 flow rate estimate is Exhibit 8809.  Dr. Hunter may testify about the conclusions he reached regarding the rate of flow from the well at the time of shut-in (approximately 53,000 barrels per day), the cumulative discharge from the well (approximately 4.9 million barrels), as well as the uncertainty range of that number (approximately plus or minus 10 percent), as a result of the information he reviewed before and during these meetings.  Dr. Hunter will testify that his conclusions regarding the validity of these numbers was informed by his observations of the DOE engineers who were responsible for developing the estimate, his confidence in the calculation he himself performed, the independence of NNSA engineers such as himself from outside influence, and his observation that Dr. Paul Hsieh's reservoir modeling indicated that the reservoir pressure decay was roughly

linear.  Dr. Hunter testified on these topics during his deposition (363:13-405:22, 409:18-411:5, 409:18-417:19, 729:12-730:22, 667:7-673:8, 747:17-750:10).

The United States reserves the right to supplement this disclosure to include rebuttal testimony, including rebuttal testimony to BP's Source Control expert reports.  Additionally, fact witness designations have not yet occurred, and the United States reserves the right to call Dr. Hunter as a fact witness regarding events and activities of which he has personal knowledge.