11463
Exhibit No. _____
Worldwide Court Reporters, Inc.

# REBUTTAL EXPERT REPORT
*U.S v. BP Exploration & Production, Inc., et al.*

## Flow Rates from the Macondo MC252 Well
## Submitted on Behalf of the United States

Prepared by:

**Ronald C. Dykhuizen, Ph.D.**
Principal Member of the Technical Staff
Sandia National Laboratories
Albuquerque, New Mexico

*[signature]*

Ronald C. Dykhuizen, Ph.D.

June 10, 2013

understanding of my work. I have tried to address each of their concerns within this document. Despite those experts' criticisms, I am confident in my calculations and believe they are reliable.

Below, I start by addressing Defendants' experts' primary critiques of my calculations by topic area: Top Kill, Top Hat 4 collection, and Capping Stack flow. I then address related general critiques regarding my flow models and fluid properties. Next, I explain why BP experts Dr. Johnson, Dr. Momber, and Dr. Nesic fail to demonstrate that flow was increasing over the course of the blowout. I also explain why BP expert Dr. Zaldivar's method cannot quantitatively predict the flow rate through the riser and demonstrate that the flow rate through the kink holes was nearly twice what Dr. Zaldivar calculated (8200 v. 4900 barrels per day). Finally, I respond to additional specific opinions by Dr. Strickland (Halliburton), Mr. Pollard and Dr. Sundaresan (Transocean).

The opinions expressed in this report are my own and are based on the data and facts available to me at the time of writing. Should additional relevant or pertinent information become available, I reserve the right to supplement the discussion and findings in this report.

## II. Discussion

### A. Top Kill Flow Rate Calculations

1. <u>Background</u>

In my initial report, I presented a flow rate calculation based on the pressures and flows measured during the Top Kill event at the end of May 2010. Based on these measurements, I estimate the flow rate for May 28, 2010 to be over 60,000 bopd, which is consistent with the flow rates I estimated for that same time period in the cumulative flow estimate referenced above. I also conclude that the flow rate is certainly greater than 43,000 bopd during this time period.

2. <u>Response to Dr. Adrian Johnson (BP)</u>

In point 6 on page 47 of Dr. Johnson's report, Dr. Johnson does not seem to understand the Top Kill model I presented. He states that the model assumes zero oil flow during the top kill event, and he further states this is incorrect since the pressure achieved is not above the shut-in pressure. Initially, when performing my calculation, I did assume that the oil flow was zero during the Top Kill, but this was simply to obtain a *lower limit* for the flow, and I stated this clearly in my initial report. Dr. Johnson further states that my expert report "does not address the issue further." This is not correct. On page 14 of my initial report, I relax the assumption of no flowing oil, and redo the calculation. The results are presented in Table 2 on page 15 of my report where a higher oil flow rate is obtained. This is not presented as a lower limit but a *best estimate* of over 60,000 bopd based on the BP pressure data obtained during the Top Kill event.

Dr. Johnson presents a number of arguments to attempt to discredit my estimate of the flow rate during the Top Kill event. I disagree with Dr. Johnson's arguments and address each below.

**First**, Dr. Johnson is correct when he states that I assumed that the Top Kill event had little impact on the K value (resistance) of the BOP. However, I had a good basis to reach this conclusion. I based this conclusion on the fact that the PT-B pressure measurement only

TREX 011463.0003

calculation applies to the entire period of June 3 through July 11, 2010). He claims that my use of 25,000 bopd as the collection rate is in error since that only occurred for a limited amount of time near the end of the Top Hat 4 period. This criticism is valid only if one accepts the premise that the flow rate was increasing between June 3 and June 24 (the date when 25K collections begins). I do not and the data do not support that scenario. Since the flow rate was decreasing with time during the Top Hat 4 period (as demonstrated by the PT-B pressure gauge), my estimate of the last day should serve as a conservative lower bound for the entire period. I continue to accept the conclusions provided in Dr. Griffiths' expert report where he provides evidence that the flow is decreasing with time. Thus, I stand by my claim that my estimate for a lower bound in the flow during the period of Top Hat 4 collection (and all periods prior) is still valid. In addition, I believe that my calculation of the flow rate on May 28, 2010 during the Top Kill (>60,000 bopd) is correct. I will further address Dr. Johnson's (and others) opinion that the flow is increasing with time during the flow of the Macondo well below.

### C. Capping Stack Flow Rate Calculations

#### 1. Background

No BP expert contradicts my calculation of flow rates through the Capping Stack with the exception of questioning my equation of state (EOS) which yields small changes in my flow rate estimate. In fact, BP expert Simon Lo calculates a mass flow rate through the Capping Stack nearly identical to mine at 200 F. Dr. Lo calculates a flow rate of 122 kg/s through the kill line of the Capping Stack (when he assumes a temperature of 200 F). I obtain a value of 123 kg/s with the same assumptions. The majority of difference between Dr. Lo result and mine is the conversion to standard barrels of oil.[4]

After the Capping Stack was installed on the well, accurate geometry and measured pressures allowed estimates of the flow rate through the Capping Stack hardware. When this was added to collected flows from connections to the original BOP, the total flow from the reservoir could be estimated. As described in my initial report and the DOE-NNSA Flow Analysis Report, I estimate the flow of oil from the well on July 14 and 15, 2010 (just prior to shut-in) at 53,000 barrels of oil per day (bopd). It is important to note that this is the flow rate with the Capping Stack installed. The Capping Stack provides additional backpressure reducing flow by approximately 4%. This calculation is consistent with BP estimates of 51,500 bopd[5] and 59,098 bopd[6] conducted during the same time period.

---

[4] Dr. Lo does not provide enough detail for me to understand why his conversion is significantly different than mine. My equation of state, and the conversion procedure to standard barrels was very close to the calculations by BP during the response in 2010.
[5] Exhibit 9453 (Appendix A.1 to my March 22, 2013 report).
[6] Exhibit 9491 (Appendix A.2 to my March 22, 2013 report).

TREX 011463.0007