**EXPERT REBUTTAL REPORT**
**U.S v. BP Exploration & Production, Inc., et al.**


**Oil Release from the MC252 Macondo Well**

Prepared on Behalf of the United States

Prepared by:

**Stewart K. Griffiths**
**Albuquerque, New Mexico 87122**
**June 10, 2013**


*SKGriffith*

---

Stewart K. Griffiths

11486

Exhibit No. _____

**Worldwide Court**
**Reporters, Inc.**

*Confidential per BP*

## CONTENTS

Executive Summary ............................................................................................ 3
BOP Pressure Gauge Offsets and Accuracy ........................................................ 4
Flow Rate of Oil Just Prior to Shut-In ................................................................ 6
Use of Fixed Discharge Coefficients to Describe Two-Phase Flow ...................... 7
Variation in Productivity Index and BOP Discharge Coefficient ........................ 11
Flow Rates and Discharge Before May 8 ........................................................... 13
Location of Oil Collection from BOP on July 15 ................................................ 18
Use of Non-Commercial Software ..................................................................... 19
Statement Regarding Opinions .......................................................................... 20

Appendix A:  Alternative Correction of BOP Pressures in the Period July 13 to 22 ......................... 21
Appendix B:  Calculation of Flow Rates Prior to Shut-In ...................................... 24
Appendix C:  Analysis of BOP Pressure History and Implications for Variations in PI ..................... 26
Appendix D:  Detailed Discussion of Erosion in the BOP ...................................... 31
Appendix E:  Calculations Showing Location of Oil Collection .............................. 35
Appendix F:  List of Considered Materials .......................................................... 37

*Confidential per BP*

TREX 011486.0002

## EXECUTIVE SUMMARY

In my original report, I described the use of measured pressures and flow rates along with established correlations relating these in order to calculate the cumulative oil discharge from the Macondo well. I calculated a total discharge of 5.0 million stock-tank barrels (mmstb). I also calculated that the flow rate just following the blowout was approximately 63,000 stock-tank barrels per day (stbd), which decayed to approximately 55,000 stbd just prior to installation of the capping stack. Further, I validated my model through comparison with pressures measured during shut-in, comparison with measured flow rates of collected oil, and through prediction of the observed relationship between reservoir and BOP pressures over the 86 days of flow.

Several defense experts responded to my report. Here I address their criticisms through several topical areas. The areas are:

**BOP Pressure Gauge Offsets and Accuracy:** The analysis by Dr. Trusler largely validates my opinions regarding the BOP gauge and dispels the BP notion of an offset in the gauge of -966 psi. I have made additional calculations using his proposed corrections and find the value of the total discharge increases significantly. I also provide an alternative correction to BOP pressures for the period July 13 to 22 based on my conclusion here that gauge voltages provided to Dr. Trusler were already corrected to add 966 psi.

**Flow Rate of Oil Just Prior to Shut-In:** I present three simple, independent calculations showing that the flow rate just before the capping-stack was installed was at least 53,000 stbd.

**Use of Fixed Discharge Coefficients to Describe Two-Phase Flow:** Here I provide additional evidence that use of a constant discharge coefficient properly and accurately relates actual flow rates to the square-root of the frictional pressure drop, even for parallel paths. I also show that I properly accounted for variations in gravitational pressure drops, either directly in my calculations or through my analysis of uncertainties.

**Variation in Productivity Index and BOP Discharge Coefficient:** Through additional discussion and analysis of BOP pressures, I demonstrate that neither the productivity index, the wellbore resistance, nor the BOP resistance could have varied by itself between May 8 and shut-in. I also show that it is not credible that several of these varied together in concert.

**Flow Rates and Discharge Before May 8:** I show that a rapid increase in the PI is consistent with the results of calculations by others and is consistent with the nature of erosion. I also provide additional evidence that erosion of the CSR, BSR and riser had little impact on flow rates, based in part on calculations by a defense expert. Through additional analyses, I also demonstrate that delayed failure and drop of the pipe below the BOP increases the cumulative discharge.

**Location of Oil Collection from BOP on July 15:** Through multiple additional analyses, I show that the oil was collected from locations downstream of virtually all of the BOP restriction. I additionally demonstrate that this is consistent with the known geometry of the BOP, the known points of collection along the BOP, and pressure differences measured earlier through the BOP.

**Use of Non-Commercial Software:** As stated in my original report, I chose the methodology I did because geometries up to and through the BOP and riser are largely unknown. These are required inputs to commercial fluid dynamics models, so such models cannot produce accurate results. I confirm here that my empirical approach of characterizing the well through measured pressures and flow rates is accurate and that I properly validated this model.

Having read and considered the various defense expert reports, I do not feel that any of their criticisms are sufficiently valid so as to alter my estimates of flow rates or the cumulative discharge. I therefore confirm that my original analysis correctly describes flow from the well and that my best estimate of the total discharge remains valid.

*Confidential per BP*

TREX 011486.0003

## BOP PRESSURE GAUGE OFFSETS AND ACCURACY

**Background**

Several defense experts addressed the measured BOP pressures used in my report. Some criticized my treatment of the data, while others validated it. After examining their analyses, I can confirm that my treatment of these data was appropriate and that the results presented in my report remain valid.

Dr. Johnson states flatly that "The offset that Dr. Griffiths calculated for PT-B is incorrect," [1] and goes on to make a number of criticisms based on analyses that were originally done by BP during the top-kill period.[2] These analyses led BP to conclude that the PT-B gauge exhibited an offset of -966 psi, and Dr. Johnson asserts that this is valid. The flaw here, as discussed in my original report, is that the PT-C and PT-K pressures used in this analysis were inappropriately corrected according to a calculated pressure at the bottom of a mud column such that the resulting offset in the PT-B gauge is too large by about 100 psi.

Dr. Strickland, on the other hand, acknowledges my examination of this issue, and states that "Dr. Griffiths conducted a detailed analysis of the PT_B error with which I largely agree." He also states that "I determined that the BOP gauge had a persistent error, and I created an adjustment very similar to that of Dr. Griffiths except that I also accounted for the variation of the error with pressure." [3]

In contrast to such general statements, Dr. Trusler undertook a careful examination focused entirely on this issue of gauge accuracy.[4] His analyses support my conclusion that the BOP pressures are generally reliable, and his proposed corrections are entirely consistent with mine for the period prior to July 9. He does however make a few statements that I believe are overly strong. I also feel that there is a better alternative explanation for behavior of the BOP transducer for the period from July 13 to 22.

**Reply**

In the event that Dr. Trusler is entirely correct in his analysis, I have recalculated the cumulative discharge based on the various corrections to the BOP pressures presented in his report. The result is a total discharge of 5.4 million stock-tank barrels (mmstb), an increase from my best-estimate of 5.0 mmstb.

### *BOP Pressures Prior to July 11*

I find that the corrections proposed by Dr. Trusler seem reasonable and credible for the period prior to July 11. As he points out, these corrections are perhaps not "best" represented by a constant offset but instead vary somewhat with pressure. From a practical perspective, however, a constant offset is sufficiently accurate for my analysis, as demonstrated here through examination of Dr. Trusler's results. I therefore feel that some of his statements are too strong.

Dr. Trusler states that "fixed offsets are incompatible with the data" and that "it is not possible to reconcile the data fully by means of a simple offset model." While this may be true in the most literal sense, I disagree that fixed offsets are "incompatible" with the data. This is illustrated in Fig. 1 below. Here I calculated corrected pressures using Dr. Trusler's equations and used these corrected values to calculate his pressure-dependent offset relative to reported values for the periods of May 8 to 18 and May 19 to July 11.

---

[1] Expert report of A. E. Johnson. Page 31, heading 4.6.

[2] BP-HZN-2179MDL02208359.

[3] Expert Report of Richard F. Strickland. Page 11, items 40 and 37.

[4] Expert report of J. P. Martin Trusler.

*Confidential per BP*

TREX 011486.0004

+/-130 psi is fully justified in light of Dr. Truslers analysis. Finally, I believe that this uncertainty is appropriate given the calibration of the PT-B transducer.

### *BOP Pressures for July 13 to 22*

I do not agree with the corrections to PT-B proposed by Dr. Trusler for the period July 13 to 22. This is not because I found related errors in his analysis, but rather because the data he was provided do not reflect the true output of the transducer. I instead believe that the "raw" voltages he was provided were already corrected by +0.1932 V, corresponding to a correction in BOP pressures of +966 psi. This is illustrated in Fig. 3 of Appendix A on page 23. My belief is substantiated by two facts: (1) the first appearance in the network diagram for July 15 stating that a correction of +966 was applied; and (2) the offset in voltage between July 8 and July 13 coincides almost exactly with the corresponding correction of 0.1932 V. [5]   Based on this, I have developed an alternative correction for the period July 13 to July 22. This leads to an estimated effective resistance of 255.8 $\Omega$, which is close to the nominal expected value of 250 $\Omega$. In contrast, the correction of Dr. Trusler requires an effective resistance of 278.5 $\Omega$, far from the expected value, and which he freely acknowledges is supported by no corroborating information. Details of this alternative correction are provided in Appendix A.

Using Dr. Trusler's corrections for the period before July 11 and my alternative correction beginning July 13, my calculated cumulative discharge is 5.1 mmstb. This is very close to my best estimate value of 5.0 mmstb and well within the range of uncertainty stated in my original report.

### *Capping-Stack Pressures (PT-3K-2)*

Finally, Dr. Trusler examined corrections for the capping-stack transducer, PT-3K-2, and pressures from this gauge were also used in my analysis via the parameter estimation. For all pressures encountered during shut-in, the maximum correction he proposed is less than 35 psi. Such small uncertainties in the capping-stack pressure have no discernable influence on any results presented in my original report.

## FLOW RATE OF OIL JUST PRIOR TO SHUT-IN

### Background

Several of the defense experts have stated that I assumed that the flow rate just before shut-in was roughly 50,000 stbd or that I assumed a productivity index or other conditions that necessarily gave a flow rate of this magnitude. Others have indicated that the flow rate at this time was much lower than my estimate of roughly 50,000 stbd, on the order of 30,000 to 40,000 stbd.

### Reply

I make no assumptions regarding either the flow rate or the conditions at shut-in that would predetermine the flow rate. The productivity index, discharge coefficients, and flow rate at this time are in fact all determined as part of my parameter estimation using just measured pressures, the measured flow rate of collected oil, and the fundamental requirement that mass must be conserved along the flow path. These coefficients and the flow rate were both determined entirely by the least-squares minimization algorithm.

---

[5] From BP-HZN:2179MDL01514072. Exhibit 8690, page 20. The 966 psi correction is included in the only conversion presented for PT-B and the associated 301 address.

*Confidential per BP*

TREX 011486.0006

It is a simple matter to show that the flow rate at this time was roughly 50,000 stbd using pressures and flow rates of collected oil that were measured on July 14 and 15 with the capping stack in place. I have calculated these flow rates using two different methods, using all credible values of the BOP gauge offset, and both values of the kill line discharge coefficient resulting from my parameter estimation. Neither method requires a productivity index, reservoir pressure, or any direct information about the state of wellbore. The second method additionally requires no use of BOP pressures. Details of these calculations are presented in Appendix B.

For all of these variants (Tables 2 and 3 of Appendix B), the total flow rate I calculated for no collection ranges from 51,290 to 53,240 stbd. That during collection ranges from 53,410 to 54,670 stbd. I believe that the values during collection most accurately reflect conditions just prior to installation of the capping stack and so conclude that the flow rate at that time was at least 53,000 stbd.

Calculations of this sort have also been performed by other experts in this case, including Drs. Dykhuizen and Hunter.[6] They all reached similar conclusions, as did BP during the response.[7]

## USE OF FIXED DISCHARGE COEFFICIENTS TO DESCRIBE TWO-PHASE FLOW

### Background

A few defense experts assert that my results are somehow in error because I use fixed discharge coefficients to describe multi-phase flow in the wellbore, BOP, and various portions of the capping stack. One variant of this argument is that I segregate gravitational and frictional pressure drops, and that this is somehow inappropriate, especially for two flow paths in parallel. Another variant is that flow rates might not be proportional to the square-root of the pressure difference. In a related issue, one expert states that I assume a constant gravitational pressure drop or elevation head. Finally, one expert states that my discharge coefficients fail to account for the presence of gas in the two-phase mixture.

### Reply

#### *Gravitational Pressure Drop*

I do not assume that the gravitational pressure drop (elevation head) is constant over the 86 days. Per Fig. 5 of my original report, the initial elevation head I use is 3120 psi, the difference between 11,850 and 8730 psi. The final head is 3050 psi, the differences between 10,310 and 7620 psi. My best-estimate calculations therefore account for variation in elevation head over the 86 days preceding shut-in. Further, I specifically address uncertainties in this variation through its influence on fluid density and its overall impact on the calculated cumulative discharge. This is shown in Table 1 next to the heading "Wellbore Density" and is discussed in Appendix G of my original report. The uncertainties associated with this are small, just -1.3% and +1.1%.

All numerical methods used in fluid dynamics for both single and multi-phase flows separate gravitational and frictional pressure drops, and only the frictional pressure drop is used to calculate the fluid speeds and associated flow rates. This is a fundamental tenet of fluid dynamics. To argue that this is in error or inappropriate is misleading. The only substantive issue here is how variations in the

---

[6] Exhibit 9905. Page 2.

[7] Exhibit 9453. Page 3, last line; Exhibit 9491. Page 2 (calculation by Adam Ballard).

*Confidential per BP*

TREX 011486.0007

capacity to vary the net-pay height in a continuous fashion. Mr. Emilsen simply observed that flow rates would have to increase to match the observed pressures, and he implemented this in his model in a step-wise fashion. I therefore believe that my extrapolation is valid. There was *something* at the bottom of the well that was causing the resistance in this region to fall rapidly, and there is no reason to believe that this rapid decay in the resistance would suddenly stop at 21:50 on April 20.

Dr. Johnson also presented two possible scenarios for the time-history of the PI (or other restriction at the bottom of the well) that might have occurred over the 86 days.[19] Both of these are hypothetical, and no physical basis is offered for either. In both cases, the PI varies from 10 to 43.8 stbd/psi over the 86 days, but differ in their time histories. In one case, the PI remains at 10 stbd/psi for 30 days, then increases linearly to the final value. In the other, it increases linearly over the entire 86 days. I do not believe that either of these is credible. As discussed elsewhere in my rebuttal, I believe there is sound evidence that the PI did not vary beyond May 8, just 17 days following the blowout. Moreover, both of the scenarios require that the rapid evolution of the PI determined by Mr. Emilsen suddenly stops or slows dramatically by April 21. This is also not credible in my opinion. Finally, I believe that the character of erosion when there are multiple resistances in series is such that it happens quickly when apertures are small and fluid velocities are high and that the rate of erosion drops dramatically as apertures are enlarged and fluid speeds fall. This character is not exhibited in either of the scenarios presented by Dr. Johnson.

Finally, Dr. Momber commented on my conclusion that the PI was increasing rapidly and showed a number of calculations suggesting that this would not be consistent with erosion of cement.[20] Dr. Momber misquotes my original report multiple times, however, to give the impression that I based this conclusion solely on erosion of the cement plug. In fact, I repeatedly state in that report that I do not know the nature of the restriction in the bottom of the well or why it was evolving rapidly. I only suggest, in a footnote, that the "likely mechanism" was erosion and never indicate that this was erosion of the cement plug. My only statements specifically about erosion of the cement were that if it happened, then it happened quickly. As discussed previously, I also believe that the results of Mr. Emilsen could equally describe erosion of the reamer shoe, the float valve, the skin surrounding the wellbore, or any other restriction that might have existed in the bottom of the well.

The analysis of Dr. Momber is also based entirely on the properties of fully-cured, fully-hardened cement. The rebuttal report of Mr. Benge, however, indicates that the cement in fact had not cured and that its strength at the time of the blowout was negligible.[21] As such, the cement would not either fragment or erode as described by Dr. Momber. It would simply be washed from the area by the flow of oil from the reservoir leaving some other restriction to limit flow rates. From this perspective, all of the results of Dr. Momber are irrelevant to what actually occurred following the blowout and so in no way contradict my conclusions.

In light of these discussions, I remain convinced that the PI increased rapidly beginning on April 20, reached the value I estimated within several hours or a very few days, and remained very nearly constant from that point until shut-in on July 15.

### *Erosion in the BOP*

As noted in my original report, my best-estimate flow rates after May 8 are based on the reservoir and BOP pressures and just the PI and wellbore discharge coefficient. Through this methodology, any erosion in the BOP occurring after May 8 is already properly accounted for in my best estimate of the cumulative

---

[19] Expert report of A. E. Johnson. Page 12.

[20] Expert Report of Andreas Momber.

[21] Rebuttal report of Glen Benge.

*Confidential per BP*

TREX 011486.0015

through the leaking annular was quite similar to that for flow through the leaking test rams. In another section of this report, I also provide evidence that the pipe did not drop any time after May 8.

I do believe that that pipe dropped before April 29 and use this opinion in my estimate of the flow rate for the period of April 29 to May 8. This early drop does not, however, lead to high estimates of the cumulative discharge. On the contrary, my estimate of the total discharge would increase if the pipe dropped later on.

When attached to be BOP, the entire length of the pipe resides within the 9-inch portion of the casing and so offers a relatively large annulus for flow between the pipe and casing. When dropped into the well, at least some portion of the pipe must reside within the 7-inch casing, significantly reducing the size of the annulus. As such, pipe drop would increase the resistance of the wellbore, reducing the wellbore discharge coefficient. Since my estimate of the wellbore discharge coefficient is based on conditions at shut-in, when the pipe had already dropped, my estimated value would be too low if the pipe were still attached to the BOP. As such, my estimate of the discharge would also be too low if the pipe remained attached to the BOP over an extended period.

To illustrate this, I have calculated the discharge for various pipe-drop times of 20, 40, and 60 days from the blowout. These yield discharges 5.1, 5.3, and 5.5 mmstb in contrast to my best-estimate value of 5.0 mmstb.[28] From my perspective, the entire issue of when the pipe dropped is therefore academic as I would not defend these higher values of the discharge because I do not believe that they are consistent with what actually occurred in the well.

## LOCATION OF OIL COLLECTION FROM BOP ON JULY 15

**Background**

As described in my original report, my best-estimate calculations employ a well-justified assumption that the collection of oil on July 15 occurs from locations that are downstream of most or all of the resistance to flow in the BOP. Several experts have questioned the validity of this. Dr. Strickland states that "In fact, the collection of about 60% of the fluids for constraint number two occurs upstream of one of the restrictions which accounted for about 450 psia of pressure drop prior to collection."[29] However, he offers no analysis and his citations do not support this. Dr. Sundaresan similarly says that I assumed "...oil collection at the location that it physically did not occur ..."[30] He also offers no supporting analysis or citation.

**Reply**

Based on three distinct analyses, I conclude that collection of oil from the BOP on July 15 came from locations downstream of nearly all of the BOP restriction. At most, about 3% of the distributed BOP restriction resided upstream of either location from which oil was collected. Details of these three analyses are provided in Appendix E.

---

[28] These values are based on my best-estimate values of the PI as reported in Appendix D of my original report. The wellbore discharge coefficient before pipe drop is taken as 1410 stbd/psi$^{1/2}$ per Tony Liao's calculations (BP-HZN-2179MDL04920969.xls) and my best-estimate value thereafter.

[29] Expert report of Richard F. Strickland. Page 78, item 271.

[30] Expert report of Dr. Sankaran Sundaresan. Page 8.

*Confidential per BP*

TREX 011486.0018

I addressed this issue very early in my study by calculating my parameters and the cumulative discharge using two distinct methods. One of these implicitly assumes that collection of oil occurs exclusively downstream of the BOP restriction. Without any assumptions, the other is agnostic to the point of collection and admits collection at any point between the bottom and top of the BOP. These two methods yield essentially identical results, indicating that the assumption that collection occurred exclusively downstream of the BOP restriction is well justified.

I have also demonstrated this conclusion using capping stack and BOP pressures that were measured with and without oil collection. This shows that the pressure difference between the BOP and capping stack increased when oil was collected. This could not occur if oil were collected upstream or midway along a distributed BOP restriction because the mean flow rate through the BOP would then fall when oil was collected, and that would require that the pressures difference between the BOP and capping stack also fall. Instead, this difference rose by 78 psi, indicating that effectively no collection occurred upstream or midway along the BOP restriction. Details of this analysis are also provided in Appendix E.

Finally, the geometry of the BOP supports my conclusion that collection of oil occurred downstream of the BOP restriction. Oil was collected on July 15 from the upper kill line and the upper gas vent on the choke line. The only restriction between this point on the choke line and the capping stack were the two annular preventers, which provided almost no restriction to flow at this time. And, the only significant restriction between the upper kill line and the capping stack was the blind shear ram (BSR). My analysis of the measured pressure drop through these various BOP elements shows that at most 3% of the distributed BOP restriction resided upstream of either collection point.     Again, details are provided in Appendix E.

## USE OF NON-COMMERCIAL SOFTWARE

### Background

Several defense experts questioned my use of specialized software developed just for the Macondo well and suggest that it would be more appropriate to use general-purpose commercial software to model the flow.

### Reply

I chose the methodology and model employed in my study because I felt that it would provide the most accurate description of flow rates, both at shut-in and over the 86 days, and that it would therefore provide the most accurate estimate of the cumulative discharge. I have developed similar software dozens of times over my career at Sandia, addressing a broad range of such specialized problems. I also hold two software copyrights and have licensed both of these models commercially.

The reason I did not use commercial software is that the true physical dimensions and geometry of the BOP, float collar, and drill pipe in the well are not sufficiently well characterized to enable accurate calculations of flow rates using the methodologies employed in commercial software. Such dimensions are required inputs for all commercial software, and if these input dimensions are not accurate then the calculated flow rates are not either. The productivity index is also not known accurately from measured permeabilities because the geometry of the flow path between the reservoir and wellbore is not well characterized. My methodology does not require these dimensions or the PI because flow rates through the reservoir, wellbore, and BOP are all characterized empirically using pressures and flow rates measured on the actual system.

*Confidential per BP*

TREX 011486.0019

Confidence in the results of any numerical model, commercial or otherwise, must be based on validation of the model through comparison with actual data. My methodology and the resulting software I developed are built on such data from the ground up. Beyond this, however, I validated my model by demonstrating that it accurately reproduces all of the BOP and capping stack pressures measured during shut-in, that it accurately reproduces measured flow rates of collected oil under multiple conditions, and that it accurately predicted the observed relationship between pressure decay rates in the BOP and reservoir over the 86 days of flow. In contrast, I cannot find a single example in the defense reports of Dr. Johnson, Dr. Nesic, and Dr. Lo in which they validate their models against *anything* actually measured on the Macondo well. They instead resort simply to statements that they use "industry standard" models. That may be true, but it is not a sufficient basis for confidence in their results.

Finally, I do recognize the value and importance of commercial general-purpose fluid dynamic software. When geometries and dimensions are well defined, the fluid is well characterized, and the results are properly validated, these computational tools are invaluable in system design and evaluation across many industries. Here, however the geometries and dimensions within and below the BOP are not known accurately, so these commercial tools cannot produce accurate results. In contrast, my methodology and the resulting software I developed represents a specialized model that describes the Macondo well exactly as it existed. It is not a general-purpose tool and would not be useful in that capacity. I do believe, however, that it provides the most accurate description possible for flow in the Macondo reservoir, wellbore, BOP and capping stack.

## STATEMENT REGARDING OPINIONS

The opinions expressed in this report are my own and are based on the data and facts available to me at the time of writing. Should additional relevant or pertinent information become available, I reserve the right to supplement the discussion and findings in this report. The information required by the Federal Rules of Civil Procedure was provided in my original report and has not changed. A list of considered materials is provided in Appendix F.

*Confidential per BP*

TREX 011486.0020

## APPENDIX B: CALCULATION OF FLOW RATES PRIOR TO SHUT-IN

Flow rates just before shut-in can be calculated directly from the pressures measured at the BOP and capping stack on July 14 when the capping stack was closed except for the kill line and on July 15 when oil was collected from the BOP with, again, the capping stack closed except for the kill line.

When there is no oil collection and only the capping-stack kill line is open, the flow rate through the BOP must equal that through the kill line. In the nomenclature of my report, this can be expressed as

No Collection:
$$Q = k_{BOP}\sqrt{(P_{BOP} - \delta) - P_{CS}} = k_{kill}\sqrt{P_{CS} - P_{amb}} \tag{1}$$

where $Q$ is the total flow rate from the well, $P_{BOP}$ is the reported BOP pressures, $\delta$ is the BOP gauge offset correction, $P_{CS}$ is the measure capping stack pressure, and $P_{amb}$ = 2198 psi is the ambient sea pressure at the exit of the kill line. The two constants $k_{BOP}$ and $k_{kill}$ are discharge coefficients for the BOP and kill line. Their values are not prescribed but can are instead determined as part of this calculation.

Similarly, when there is collection, the flow rate through the BOP must equal the sum of the flow rates of the collected oil and the flow rate through the kill line. That is

With Collection:
$$Q' = k_{BOP}\sqrt{(P'_{BOP} - \delta) - P'_{CS}} = k_{kill}\sqrt{P'_{CS} - P_{amb}} + Q_{coll} \tag{2}$$

Where $Q'$ is the total flow rate from the well, including the collected oil, and $Q_{coll}$ is the flow rate of oil that is collected. In this case, primes on the BOP and capping-stack pressures indicate they are during the period of collection.

The conditions used in these calculations are shown in Table 1.[33]

| **Table 1.** Conditions used to compute flow rates prior to shut in. Pressures are in psi. Flow rate is stbd. | | $P_{BOP}$ | $P_{CS}$ | $P_{amb}$ | $Q_{coll}$ |
|---|---|---|---|---|---|
| | **No Collect** | 4379 | 2625 | 2198 | 0 |
| | **Collection** | 4208 | 2376 | 2198 | 20,296 |

Given an offset for the BOP gauge, these two simple equations can be solved to yield total flow rates from the well both with and without collection. These are not necessarily the same because the collection of oil reduces the resistance of the system downstream of the BOP.

Here I consider three possible offset corrections for the BOP: (1) 620 psi as used in my report; (2) 320 psi corresponding to the proposed offset of Dr. Trusler at a reported BOP pressure of roughly 4300 psi; and (3) 520 psi based on my alternative to Dr. Trsuler for this pressure, as discussed elsewhere in this report. The results of these calculations are shown in Table 2.

---

[33] From BP file "MC252_DataDump_071810", SNL087-001206.   Values are averages of PT_B_301 and PT_3K_2 for July 14, 2010, from 18:00 to 21:00 hours. From BP file "MC252_DataDump_071810", SNL087-001206.   Values are averages of PT_B_301 and PT_3K_2 for July 15, 2010, from 01:30 to 02:30 hours. Oil collection rate is from BP file "BP-HZN-2179MDL07266155.XLS."   Q4000 mean flow rate for the period 01:30-02:30 on July 15 is 8040 stbd, leading to a total collected oil flow rate of 20,296 stbd based on HP1 collection per "BP-HZN-2179MDL07265827.XLS".

*Confidential per BP*

TREX 011486.0024

The total flow rate without collection ranges from 52,300 to 53,240 stbd. That with collection ranges from 54,050 to 54,670 stbd. Again flow rates with collection are slightly higher because collection reduces the resistance to flow downstream of the BOP.

| **Table 2.** Flow rates calculated using various BOP gauge offset corrections. Units of discharge coefficients are stbd/psi$^{1/2}$. | **Offset Corr** | $k_{BOP}$ | $k_{kill}$ | Q (stbd) | Q' (stbd) |
|---|---|---|---|---|---|
| | **620 psi** | 1553 | 2530 | 52,300 | 54,050 |
| | **520** | 1499 | 2548 | 52,650 | 54,290 |
| | **320** | 1406 | 2577 | 53,240 | 54,670 |

Table 2 clearly shows that flow rates with and without collection exceed 50,000 stbd. Further, the case in which oil is collected more accurately reflects conditions just before the capping stack was installed, so I conclude from these results that the flow rate before installation was at least 54,050 stbd.

Still another sort of calculation of the flow rate during this can be done using just the ambient and capping-stack pressures, along with my estimated values of the kill line discharge coefficient from my parameter estimation. These were $k_{kill}$=2551 stbd/psi$^{1/2}$ for my best estimate conditions and 2482 stbd/psi$^{1/2}$ for my baseline case. With these, the total flow rates with and without collection can be expressed as

$$Q = Q_{kill} = k_{kill}\sqrt{P_{CS} - P_{amb}} \qquad \text{and} \qquad Q' = Q'_{kill} + Q_{coll} = k_{kill}\sqrt{P'_{CS} - P_{amb}} + Q_{coll} \quad (3)$$

In the first of these, without collection, the total flow rate is the same as that through the kill line, $Q_{kill}$. With collection, the total flow rate is the sum of the collected oil plus the flow rate through the open kill line.

| **Table 3.** Flow rates based on capping stack and ambient pressures. | $k_{kill}$ | $Q_{kill}$ | $Q'_{kill}$ | Q (stbd) | Q' (stbd) |
|---|---|---|---|---|---|
| | **2482** | 51,290 | 33,110 | 51,290 | 53,410 |
| | **2551** | 52,710 | 34,030 | 52,710 | 54,330 |

The results of these calculations for my two values of the kill line discharge coefficients. Here the total flow rate without collection ranges from 51,290 to 52,710 stbd. That with collection ranges from 53,410 to 54,330 stbd.

*Confidential per BP*

TREX 011486.0025

## APPENDIX E: CALCULATIONS SHOWING LOCATION OF OIL COLLECTION

Early in my investigation, while still at Sandia, I was concerned about whether the collection point was upstream or downstream of the BOP restriction, or whether it might occur at some point midway along this restriction. To resolve this issue, I performed my calculations by two different means. The first employed the method described in my report in which the flow rate of collected oil is determined through the discrepancy between the flow rates through the BOP and through the kill line. The first of these flow rates was calculated using the reservoir and capping pressures (RES-CS); the second was calculated using the capping stack and ambient pressures (CS-AMB). The difference between these two flow rates is the flow rate of collected oil. This method carries the implicit assumption that oil collection occurs downstream of the main restriction in the BOP.

In the second method, the flow rate of collected oil was taken as the discrepancy between the flow rate up the wellbore and that through the open kill line. These were calculated using the reservoir and BOP pressures (RES-BOP) and the capping stack and ambient pressures (CS-AMB), respectively. This method is entirely agnostic as to the location of collection so long as the collection occurs somewhere between the pressure gauge at the very bottom of the BOP and the gauge in the capping stack.

The results of these two methods, computed using my baseline conditions, are illustrated in Table 1. All of the parameters from the two methods are identical for all practical purposes, and the calculated cumulative discharge differs between the two methods by just 0.2%.

| | | Upstream | Agnostic |
|---|---|---|---|
| **Table 1.** Comparison of parameters and cumulative discharge assuming BOP restriction upstream of the collection point and agnostic with regard to collection point. | $k_{DS}$ | 2511 stbd/psi$^{1/2}$ | 2500 stbd/psi$^{1/2}$ |
| | $k_{kill}$ | 2482 stbd/psi$^{1/2}$ | 2462 stbd/psi$^{1/2}$ |
| | $k_{BOP}$ | 1529 stbd/psi$^{1/2}$ | 1507 stbd/psi$^{1/2}$ |
| | $k_{well}$ | 1219 stbd/psi$^{1/2}$ | 1238 stbd/psi$^{1/2}$ |
| | $K_{opn-chk}$ | 2258 stbd/psi$^{1/2}$ | 2227 stbd/psi$^{1/2}$ |
| | PI | 47.2 stbd/psi | 44.1 stbd/psi |
| | **Cum Discharge** | 5.447 mmstb | 5.438 mmstb |

Since one of these methods employs the assumption that collection occurs exclusively downstream of the BOP restriction, while the other is agnostic to the location, I concluded at the time that this assumption was fully justified. I still believe that is the case.

Beyond these analyses, it is possible to demonstrate that oil collection on July 15 occurred downstream of the BOP restriction just by examining how pressure differences across the BOP and kill line varied between cases with and without collection. It is well established that when a flow rate increases, the pressure difference for a fixed geometry must also increase. Similarly, the pressure difference must fall if the flow rate declines. And, the converse of both of these is also true.

On July 14 and 15, there were periods when the kill line alone was open and oil either was or was not collected. Pressures associated with each of these are given in Table 2. These values are averages over the intervals from 18:00 to 21:30 on July 14 (no collection) and 01:30 to 02:30 on July 15 (with collection).[44]

---

[44] From BP file "MC252_DataDump_071810", SNL087-001206.

35                                                                 *Confidential per BP*

| **Table 2.** BOP and capping-stack pressures with and without collection. All pressures are in psi. | | $P_{BOP}$ | $P_{CS}$ | $P_{BOP}-P_{cs}$ | $P_{CS}-P_{amb}$ |
|---|---|---|---|---|---|
| | **No Collect** | 4379 | 2625 | 1754 | 427 |
| | **Collection** | 4208 | 2376 | 1832 | 178 |
| | **Change** | | | + 78 | -249 |

From these we see that the pressure difference between the BOP and capping stack increases by 78 psi upon collection, indicating a higher flow rate through the BOP when oil is collected.[45] In contrast, the difference between the capping stack and ambient pressures falls by 249 psi, indicating a reduction in flow rate with collection due to the oil now diverted to collection before entering the kill line.

This increase in the pressure difference across the BOP would not be possible if the oil collection were upstream or midway along the BOP restriction. If either of these were the case, the mean flow rate through the BOP would be reduced, and the pressure drop through BOP would fall when oil is collected, and this is not the case. Instead, this differences increases by 78 psi due to the slightly higher flow rate resulting from the reduced resistance downstream of the BOP when oil is being collected. In contrast, the pressure difference across the kill line does indeed fall, as expected, owing to the lower flow rate due to the diversion of oil upstream of its location. As such, the notion that any significant portion of the collected oil comes from upstream of the BOP restriction is not credible.

Finally, there is the geometry of the BOP. Oil was collected on July 15 from the upper kill line and the upper gas vent on the choke line. The only restriction between this point on the choke line and the capping stack were the two annular preventers, which were wide open at that time. And, the only restriction between the upper kill line and the capping stack was the blind shear ram (BSR). On May 25, BP measured pressure drops through various portions of the BOP with the test rams closed and so replicating the conditions on July 15. The measured pressure drop through the BSR was 52 psi, while the drop upstream of this point was 1751 psi. This is very close to the value of 1754 psi in Table 1 when no collection occurred. As such, the fraction of the pressure drop through the BOP that is downstream of the lowest collection point (kill line) is 52/(1754+52)=0.029 or 2.9%. From this I conclude that at most 3% of the resistance in the BOP resided at a point downstream of any collection point. Equivalently, 97% of the resistance was upstream of any collection point.

---

[45] This change in the pressure difference is not affected by any offset in the PT-B pressure because the same offset would apply to both the collection and no collection cases.

*Confidential per BP*