# EXPERT REBUTTAL REPORT
## U.S. v. BP Exploration & Production, Inc., et al.

Prepared on Behalf of the United States

Prepared by:
Aaron A. Zick
Zick Technologies, Inc.

*[signature: Aaron A. Zick]*
Aaron A. Zick

June 10, 2013

Exhibit No. 11491
Worldwide Court Reporters, Inc.

CONFIDENTIAL

*Expert Report of Aaron Zick*     *Zick Technologies*



Figure 17. Comparison of the densities predicted by the Prosper black-oil tables (generated by the Whitson EOS) and those predicted by the Whitson EOS for the SLB 1.18 sample at 210 F.

Dr. Whitson realized that the PROSPER black-oil tables were incomplete, and he warned that any PROSPER simulations using them should be compared with EOS simulations, but he should have realized that the PROSPER tables had no chance of giving the correct results and he should not have made them available. Any BP expert relying on PROSPER simulations, using Dr. Whitson's black-oil tables, is certain to have generated erroneous results.

Halliburton's expert, Richard F. Strickland, Ph.D., also used PVTsim to generate black-oil tables for PROSPER (from an EOS fluid characterization he developed). His black-oil tables had the same problems as Dr. Whitson's, so his PROSPER simulations also generated erroneous results.

Petroleum engineering black-oil models are designed for engineering projects in which the 2-component (stock tank oil and surface gas) reservoir fluid composition can vary with time and spatial position.

In the case of the Macondo oil spill, however, the flowing fluid composition remained constant from the reservoir to the exit of the well (and perhaps even into the plume), so a simulation would not have to track the composition or assume that it could change. A valid black-oil model for the Macondo fluid system would not have to account for the possibility of varying compositions. It would only need to be capable of reproducing the same phase volumes and densities as the EOS that generated it. For a constant-composition fluid system like the Macondo's, those phase properties are independent of any surface process chosen for the black-oil model, so a valid black-oil model must be able to reproduce those phase properties regardless of the assumed surface process.

TREX 011491.0034