# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

## IN RE: OIL SPILL BY THE OIL RIG MDL NO. 2179 "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

## EXPERT REPORT OF DR. ALAN R. HUFFMAN SUBMITTED ON BEHALF OF THE THE UNITED STATES

This report discusses the expert findings of Dr. Alan R. Huffman relating to the estimation of the size of the M56 reservoir, and the compaction history and geomechanical properties of the M56 reservoirs penetrated by BP Mississippi Canyon 252 #1 well (Macondo prospect).

DATED: June 10, 2013

Signature: Dr. Alan R. Huffman



11515

Exhibit No. _____

Worldwide Court Reporters, Inc.

Highly Confidential Per BP

TREX 011515.0001

## TABLE OF CONTENTS

| | | |
|---|---|---|
| List of Figures | | 3 |
| Abbreviations | | 7 |
| Information Required by the Federal Rules of Civil Procedure | | 8 |
| I. | SUMMARY OF CREDENTIALS | 9 |
| II. | OVERVIEW AND SUMMARY OPINIONS | 11 |
| III. | ANALYSIS OF THE REPORT OF DR. CARLOS TORRES-VERDIN | 13 |
| IV. | ANALYSIS OF THE REPORT OF DR. ROBERT ZIMMERMAN | 36 |
| V. | ANALYSIS OF THE REPORT OF DR. MARTIN BLUNT | 41 |
| VI. | ANALYSIS OF THE COMPACTION AND CEMENTATION STATE OF THE MACONDO M56 RESERVOIRS | 44 |
| VII. | SPECIFIC CONCLUSIONS | 75 |

Appendices

| | |
|---|---|
| Appendix A - Statement of Compensation | 76 |
| Appendix B – Data and Documents Reviewed and References | 77 |
| Appendix C – Curriculum Vitae of Doctor Alan R. Huffman | 83 |

Highly Confidential Per BP

TREX 011515.0002

## LIST OF FIGURES

Figure                                                                                    Page

1.      Synthetic seismic model generated with Macondo well log data                        15
        and the extracted seismic wavelet from the CGG seismic data.

2.      Synthetic seismic model stack response compared to the CGG                           16
        near-angle stack and far-angle stack data at the Macondo well
        location.

3.      Comparison of seismic gathers from the report of Dr. Torres-                         17
        Verdin and the gathers provided for my analysis.

4.      Synthetic seismic gather responses for the Macondo well at                           18
        progressively higher frequencies showing the effect on the
        resolution of the reservoirs.

5.      Comparison of actual seismic gathers at the Macondo well                             20
        location showing differences in the gather responses. Red arrows
        mark the time of the M56D-E reflectors.

6.      Comparison of the AVO response on the M56 reservoir seismic                          25
        amplitudes for the AVO gathers (panel A), the conditioned AVO
        gathers (panel B) and the conditioned gathers with gain balancing
        (panel C).

7.      Comparison of the near-angle and far-angle stacks from the CGG                       26
        processed data and their amplitude spectra.

8.      A&B: Comparison of wavelet character across the Macondo well                        28-29
        location showing differences in the M56 interval and zones just
        above and below.
        C&D: Comparison of amplitude spectra across the Macondo well
        location showing differences in the M56 interval and zones just
        above and below.

                    Highly Confidential Per BP

TREX 011515.0003

9.     Comparison of the amplitude spectra of the input near-angle          30
       stack, ThinMAN stack and enhanced ThinMAN stack data.

10.    Comparison of the input near-angle stack (top), ThinMAN            31
       stack (middle) and enhanced ThinMAN stack (bottom) data
       for Inline 3415 and Xline 6813 in time domain across the
       Macondo well location with interpretation on each volume
       for the top of the M56D sand (blue horizon) and base of the
       M56E sand (red horizon) reservoirs. The green horizon on
       the bottom displays is the interpretation for the top of the
       shale layer.

11.    Comparison of the inversion results of Dr. Torres-Verdin          32
       using Vp/Vs ratio (A), ThinMAN relative impedance
       inversion (B) and enhanced ThinMAN relative impedance
       inversion (C) in depth domain.

12.    Effect of vertical effective stress to different subsurface         46
       conditions.

13.    Velocity-porosity relationships in clastic sedimentary            50
       materials. Note the change in behavior caused by the
       inception of load-bearing capability at the critical porosity
       point (about 40% porosity). At porosities less than critical
       porosity, the material behaves like a Voigt-Reuss material.
       Also note the shear wave behavior and how rapidly it
       changes from zero to non-zero as you pass the critical
       porosity. Figure after Marion et al. (1992).

14.    Experimental results from Tosaya (1982) demonstrating the          51
       relationship between effective stress and velocity in a
       granular material of approximately constant porosity. The
       schematic equation below the diagrams represents the
       observed stresses that are applied to the grains where total
       stress is applied as an external force to the rock volume, and
       pore pressure counteracts the total stress resulting in a net
       grain load that is equal to the effective stress.

15.    A 3-dimensional diagram showing the loading history of a           51
       hypothetical shale material in terms of effective stress,
       velocity and porosity. The actual 3D normal compaction
       trend and unloading limbs are projected into the velocity-
       effective stress plane to the left.

Highly Confidential Per BP

TREX 011515.0004

16.   An example of the range of possible maximum compaction          53
      stresses that can result in the same velocity being tied to
      different effective stresses.

17.   Redisplay of figure 16 showing secondary compaction and         54
      the two types of secondary compaction trends that are
      observed in real data. The blue curve represents the case
      where unloading relaxes, and the red curve represents the
      case where unloading continues with the overprint of the
      chemically-compacted velocities.

18.   Example of fluid transmission from a deep sand to a shallow      55
      sand along a fault.

19.   Example of a fluid column in a reservoir with a separate         56
      hydrostatic pressure from the shales.

20.   Schematic of a sand body under shallow burial (after Stump       57
      et al, 2002).

21.   Pressure regime in a buried horizontal sand body under deep      57
      burial (after Stump et al, 2002).

22.   Schematic of a structured sand body under deep burial (after     58
      Stump et al, 2002).

23.   Dynamic steady flow model for a permeable reservoir              58
      embedded in shales (after Stump et al, 2002).

24.   Structural models for a permeable reservoir embedded in          59
      shales (after Stump et al, 2002).

25.   Pressures in anticline, monocline and syncline models (after     60
      Stump et al, 2002).

26.   Fluid pressures in a reservoir with different fluid densities    61
      including brine (blue), oil (green) and gas (red).

27.   Simple model for calculating the effect of a gas column in a     61
      reservoir (after Mouchet and Mitchell, 1989).

28.   Simple model for two reservoirs in pressure communication        62
      along a fault.

Highly Confidential Per BP

TREX 011515.0005

## II.   OVERVIEW AND SUMMARY OPINIONS

BP and its experts have presented a large body of evidence regarding the rock and fluid properties of the Macondo M57 and M56 reservoirs rocks that are being used to make the assertion for the Phase II Trial that a specific amount of oil was expelled from the reservoir. I have reviewed their analyses and made my own conclusions about the reservoir.

It has been asserted by BP through their expert Dr. Carlos Torres-Verdin of the University of Texas at Austin that the M56 reservoir has a particular shape, extent and volume based on the application of seismic inversion technology.

It has been further asserted by BP through their expert Dr. Robert Zimmerman of Imperial College London using Laboratory tests from Weatherford Laboratories on a small set of core samples from the M56 interval of the Macondo well that the best estimate of the average uniaxial pore volume compressibility for the Macondo reservoir sandstone is 6.35 microsips.

It has been further asserted by BP through their expert Dr. Martin Blunt of Imperial College London that the results of Dr. Zimmerman's work among other factors including the initial and final reservoir pressures can be used to determine the total volume of oil expelled from the reservoir.

It has been further asserted by BP through their employee Dr. Ann Marchand that the M56 primary oil reservoir encountered in the Macondo well has specific physical properties based on the temperature regime at the reservoir depth along with the mineralogy of the reservoir, and that these processes result in a more consolidated sandstone which will reduce the rate of compaction and that the Macondo sandstone displays "rigid" behavior.

To complete this task, I have reviewed in detail the expert reports listed above along with several other supporting expert reports that will be discussed below.  I have also been provided with the Weatherford Laboratory Core Test Results on the Macondo cores, along with additional documents and emails from BP to aid in assessing the veracity of the BP expert reports and the data that those reports were based on.

With these facts in evidence, I have been asked to opine within the limits of my technical expertise on the following issues:

(1) the quality of the input data used by the BP experts,

(2) the validity of the technical basis of the work of the BP experts,

(3) the technical merits of the methodologies used by the BP experts,

(4) the validity of the interpretations made by the BP experts,

(5) the impact of all of these factors on the veracity of their findings, and

(6) to render an independent interpretation of certain results of the BP experts where my analysis indicates that the data, technical basis, methods, interpretation and/or final conclusions are in error

    Highly Confidential Per BP

TREX 011515.0011

I have undertaken an independent analysis of the seismic data and integrated this new information with my Phase I expert reports and testimony. This independent analysis which will be discussed below, will demonstrate that the expert opinions rendered by the BP experts are flawed and incorrect based in part on problems with the input data that were used, with the methods employed to process and analyze the data, and with the interpretations that were made by the BP experts based on these faulty data.

My general conclusions are as follows:

**Reservoir Volume:** It is my opinion that in the absence of any new data or evidence to the contrary, that the BP reservoir size from their pre-drill estimates are a better estimate of the reservoir size than the work presented by BP Experts for this case.

**Reservoir Compressibility Experiments**: It is my expert opinion that the core tests performed by Weatherford were done under the wrong conditions and thus cannot be used to assign a reliable UPVC value to the M56D or M56E reservoirs. Since no tests were done for any other zones, those zones also cannot be assessed.

**Report of Dr. Torres-Verdin**: It is my expert opinion that the analysis of Dr. Torres-Verdin cannot be used to determine accurately the size of the M56 interval reservoirs, and that the total reservoir volume available for flow of hydrocarbons during the blowout is much larger than Dr. Torres-Verdin's results would indicate.

**Report of Dr. Robert Zimmerman**: I have serious questions about the compressibility value generated by Dr. Zimmerman's results as he bases his value on the Weatherford Tests. As I mention above, it is my opinion that the Weatherford Tests cannot be used to generate a reliable UPVC value. It is my expert opinion that BP's original approach after the blowout, where they relied on a value of 12 microsips as the most likely correct value to use as an average UPVC number for the M56 reservoirs, is a more reasonable estimate. It is possible that the actual UPVC value is even higher in some subzones of the reservoir section, but there are likely also lower value zones so that an average property of 12 microsips is the best choice for determining reservoir performance during the blow out.

**Report of Dr. Martin Blunt:** The combination of the use of unreasonably low compressibilities combined with unreasonably low permeabilities suggests to me that the total material balance calculations of Dr. Blunt are underestimating significantly the total amount of oil that was available to flow and that may have been produced from April 20 until the well was finally shut in.

**Statements by Dr. Ann Marchand:** I believe that Dr. Marchand's view of the reservoirs is incorrect and that the M56 sands are currently in a pressure and temperature condition where only patchy and weak cementation will exist that will not result in "rigid" behavior. It is my conclusion that Dr. Marchand's view of cementation in the M56 reservoirs is simply not supported by the data and observations from the Macondo well.

Highly Confidential Per BP

TREX 011515.0012

## III.   ANALYSIS OF THE REPORT OF DR. CARLOS TORRES-VERDIN

### Seismic Inversion-Based Reservoir Analysis

Dr. Carlos Torres-Verdin was hired by BP to perform a reservoir analysis using industry-standard methods for seismic inversion to predict the size of the Macondo reservoir. The method that Dr. Torres-Verdin employed to do this analysis is called ***deterministic elastic inversion*** which he noted correctly is an industry standard technique. This method is also called inverse elastic modeling because it is the reverse process of doing a forward model from rock properties logs to create a seismic model. In the inverse problem, the seismic data are used to get back to the rock properties. In theory, both approaches are physically correct, but in practice, the inversion problem can be challenging due to several factors.

The premise of the inversion method is that the seismic data can be used to predict the rock properties using the pre-stack seismic gathers under a specific set of constraining assumptions. These assumptions include:

1. That the wavelet can be estimated accurately to allow the inversion to be done,
2. That the wavelet, once determined, represents spatially and temporally the wavelets contained in the 3D data,
3. That the seismic data actually has the resolution to see the physical properties using the dominant frequency of the data,
4. That the seismic data has been processed in such a way such that it has not distorted or destroyed the ability to invert for the rock properties.
5. That the rock properties are sufficiently well understood to allow the inversion to be interpreted in terms of those properties

The technology employed by Dr. Torres-Verdin is industry standard and used commonly in many oil companies and service companies. I found his discussion regarding the technical details on seismic inversion to be reasonable. My primary concerns are with the assumptions above, several of which were violated in this specific case because of the limitations of the data, and which must lead to the conclusion that the method employed by Dr. Torres-Verdin is simply inadequate to resolve the reservoirs properly, and thus cannot be used to estimate accurately the size and thickness of the M56 reservoirs as was done in this case. The following sections of this report will address each of the issues in more detail.

### Summary Conclusions Regarding The Work of Dr. Carlos Torres-Verdin

It is my expert opinion that the inversion work of Dr. Torres-Verdin is not adequate to properly resolve the reservoirs at Macondo. The use of a high, mid and low cases for the reservoir size ignores the reality that (1) much of the reservoir is below the resolution of the seismic data being used, (2) the lateral wavelet distortion effects are creating artifacts that are being mis-interpreted as variations in rock properties at thicknesses well below resolution limit, (3) Dr. Torres-Verdin excludes the M56F sand from his thickness estimates and (4) the depth conversion method used will underestimate the total reservoir thickness by 10-25%.

Highly Confidential Per BP

TREX 011515.0013

The conclusion of my analysis of Dr. Torres-Verdin's work is that it cannot be used to determine accurately the size of the M56 interval reservoirs, and that the total reservoir volume available for flow of hydrocarbons during the blowout is much larger than Dr. Torres-Verdin's results would indicate. It is my further opinion that in the absence of any new data or evidence to the contrary, that the BP reservoir size from their pre-drill estimates are a better estimate of the reservoir size than are the results of Dr. Torres-Verdin's work.

## Rock and Fluid Properties at Macondo – Log Analysis from Phase I Trial

In my rebuttal report in Phase I of the Deepwater Horizon Litigation, I presented well-log analysis work that was performed to determine the elastic rock properties for the entire last interval drilled in the Macondo well below the 9 7/8" casing shoe in the depth range from 17,150 ft to the bottom of the well at about 18,285 ft. These results were provided in Appendix I to that rebuttal report. The analysis provided therein showed log calculations that included the total and effective porosity, the volume of sandstone and shale, the saturation levels of water and hydrocarbons, and other critical properties including the Young's Modulus, Bulk Modulus, Shear Modulus, Poisson's Ratio ("PR"), and other important rock properties. These properties, along with the measured log properties including gamma ray, resistivity, neutron porosity, bulk density, P-wave sonic velocity, S-wave velocity and caliper among others were used to assess the pore pressure conditions and fracture strength of the rocks to compare to the drilling parameters from the well.

Those same rock properties are also very valuable for doing forward models where the logs are used to generate a synthetic seismic model for the layers of rock measured in the Macondo well, and are also suitable for use as a calibration data set for the seismic inversion method that was employed in this case. Dr. Torres-Verdin did extensive testing of the well data and seismic data in what he refers to as a feasibility study before embarking on the full 3D inversion project. This is a process that I have also used many times in such projects.

As part of my assessment of Dr. Torres-Verdin's analysis in this case, I undertook to perform forward models using the Macondo well log data to determine what the seismic response of the rock properties should be at Macondo. To perform this work, I used the Hampson and Russell AVO modeling software which is very similar to the Fugro-Jason software employed by Dr. Torres-Verdin and is also widely used by both oil and service companies in the industry along with the Fugro-Jason Workbench. The results of this forward modeling included estimating a wavelet from the seismic data to assure that the models have a similar frequency content and bandwidth compared to the seismic data. Using the well logs and the extracted wavelet, a synthetic seismic model was generated for the Macondo well to determine the seismic response of the reservoirs of interest (figure 1) and compare the synthetic trace to the near and far stacks from CGG. The synthetic models were initially constructed using the wavelet extracted directly from the seismic data so that the models will match as closely as possible the wavelet characteristics of the seismic.

14

Highly Confidential Per BP



*Figure 1: Synthetic seismic model generated with Macondo well log data and the extracted seismic wavelet from the CGG seismic data.*

The synthetic response for the in-situ Macondo well logs shows clearly that the seismic frequencies which exist in the 3D survey over the well location are not sufficient to resolve the primary M56D-E thick sand package. In fact, as noted by BP in its predrill prognosis (Dep. Ex. 9283) and by Dr. Torres-Verdin in his report, the reservoirs are all well below the resolution limits of the seismic and are at or below the *tuning thickness* of the seismic wavelet. The tuning thickness is the layer thickness for a specific set of reflections where the two reflectors interfere constructively to make their overall amplitude look brighter than they really are because the two reflectors are exactly the correct distance apart to produce this effect.

Careful study of the rock properties at Macondo also shows that the oil-bearing sands in the M56D and M56E reservoirs have seismic impedances (velocity x density) that are very close to the encasing shales. The only exception to this statement is the shale layer between the M56D and M56E sand which is slightly higher impedance (this observation will be discussed again in section VI of this report as it relates to the pore pressure history of the reservoirs). In addition, the log data shows clearly that the M56D and M56E reservoirs have Poisson's Ratio's ("PR") that are significantly lower than the encasing shales. These two observations are very critical to understanding the seismic response of the reservoirs in this section of the well.

Highly Confidential Per BP

TREX 011515.0015

The similar seismic impedance values for the sands results in seismic responses with very weak reflectivity for the M56D and E reservoirs at near-offsets (close to vertical ray paths). In contrast, the low values of PR in these zones will result in a change in amplitude with longer offsets (AVO effect) such that the top of the M56D reservoir will produce a progressively stronger negative reflection at larger reflection angles, and the base of the M56E will produce a progressively stronger positive reflection at larger reflection angles. The model also included a synthetic seismic gather with traces representing a range of offsets of reflection to simulate the *Amplitude Versus Offset* ("AVO") response of the rocks at the same frequency along with the raw PSDM gathers and AVO gathers for comparison (Figure 2). These types of seismic responses are critical to the identification of hydrocarbons from seismic data before a well is drilled.



(Iso-angle curves are 10,20,30 & 40 degrees)

*Figure 2: Synthetic seismic model stack response compared to the CGG near-angle stack and far-angle stack data at the Macondo well location.*

In terms of modeling the seismic response, the Hampson-Russell software was also used to compare the synthetic gather for the in-situ rock properties at Macondo with the actual gathers from the TGS data that were depth-migrated by CGG.   The complexity of the seismic response is clearly shown by the comparison of the model gathers against the raw PSDM and AVO gathers.

The seismic gathers provided for my work (Figure 3, panel C), when compared side by side with the input gathers used by Dr. Torres-Verdin (BP-HZN-2179MDL07793710 feasibility study PPT

        Highly Confidential Per BP

TREX 011515.0016

file slide 50, Figure 3, panel B) show that the gathers used by Dr. Torres-Verdin were not muted consistent with the AVO gathers provided for my work or with the sample gather that Dr. Torres-Verdin in slide 16 if this same document (Figure 3, panel A). While this is a concern because it means that we cannot be sure that we are using the same data, it is my belief that the gathers I was provided for my analysis were essentially the same data because the traces in panels A and C of Figure 3 are very similar as a function of offset. It is important to note here that the original unmuted gathers (panel B of Figure 3) show a distinct drop off in amplitude on the farthest offsets that suggests that the AVO behavior on the gathers may be falling off at the longest offsets. This will be discussed further below.



A                          B                          C

*Figure 3: Comparison of seismic gathers from the report of Dr. Torres-Verdin and the gathers provided for my analysis.*

In addition to these simple modeling tests, and in recognition of the fact that the reservoirs are clearly below tuning and resolution limits in the seismic data, an additional set of models were run using progressively higher frequencies to demonstrate at which frequencies the reservoirs in the M56 interval would begin to be resolved by the seismic data. The results of this analysis (Figure 4) show clearly that frequencies above 20-30 Hz are required to properly resolve just the top of the M56D and the base of the M56E as distinct reflection events. Furthermore, the ability to resolve the shale between the M56D and M56E sands as well as the thinner sands in the M56A through C zones requires seismic frequencies of 60 Hz or higher. It is noted here also that these models are "noise-free" models which means that they have none of the usual noise or "chatter" that real seismic data often has embedded in it. As such, these models represent the best case scenario for what can be resolved by the seismic data. When noise, complex wavelets and other factors such as lateral changes in the reservoir architecture are included, the complexity of the problem gets much greater.

Highly Confidential Per BP

TREX 011515.0017



**(Iso-angle curves are 10,20,30 & 40 degrees)**

*Figure 4: Synthetic seismic gather responses for the Macondo well at progressively higher frequencies showing the effect on the resolution of the reservoirs.*

It is also important to consider what the seismic response of the M56D and M56E reservoirs will look like if there were brine saturated in place of the oil saturations observed in the Macondo well. Without getting into a long-winded discussion about how to recalculate the velocity and density of the reservoir sands by what is called fluid replacement, there is a simple way to determine from the well log data and first principles of seismic reflection theory what the wet reservoirs in the M56D and E sands will look like on the seismic data. On the log plot from Appendix I of the Phase I Rebuttal report, there is a line shown at a depth of 18,185.5 feet that denotes the ***Oil-Water Contact*** ("OWC") in the M56E sand. A quick evaluation of the P-wave velocity, density and PR logs shows that the wet sand reservoirs will have a significantly higher P-wave velocity, a significantly higher density and a higher PR value around 0.35 vs. the 0.25 value shown in the oil-bearing sand. Using these values as a simple proxy for the overall reservoir response, the expected seismic response for the wet sand will be a modest high impedance event (peak) for the top of the M56D sand and a modest low impedance event (trough) for the base of the M56E sand. The higher PR value will result in a decrease in amplitude with offset, which means that the wet reservoir will look very different from the oil-bearing reservoir. This distinction is very important for assessing the depths of the fluid contacts in the structure around Macondo as BP did in their pre-drill package, and also has direct bearing on the assessment of the aquifer system that may or may not be supporting the fluid expulsion from the well during the blow out.

TREX 011515.0018

## Issues With The Data, Methods, and Interpretation of Dr. Torres-Verdin

With the modeling constraints defined in the previous section in mind, I have performed a critical analysis of the seismic data and methods employed by Dr. Torres-Verdin relating to the seismic inversion work. This analysis reveals numerous problems relating to the seismic data quality, the ability of the seismic to resolve the reservoirs in question, and the overall ability of the deterministic elastic inversion method to accurately detect and predict the thickness and lateral extent of the Macondo reservoirs.

In his report and the feasibility study that was performed by Dr. Torres-Verdin, he analyzed two different seismic surveys including a Q-Marine survey provided by Schlumberger-Western Geophysical and a second survey provided by TGS that was reprocessed by another company called CGG-Veritas. Dr. Torres-Verdin analyzed the two data sets and determined correctly that the TGS data contained slightly better frequencies than the Q-Marine data (BP-HZN-2179MDL07793710). This issue is an important one to raise in light of the fact that the seismic data is being relied upon to image ("see") the reservoirs before a well is drilled, and is now being interpreted further in hindsight after the well was drilled. As will be discussed further in this report, each seismic survey that was acquired over the Macondo area was acquired and processed with different technologies that provide a different image of the reservoir that must be interpreted. In reality, each seismic survey contains specific limitations based on the acquisition and processing sequence applied to produce the final image volumes that are under discussion in this case. This is compounded by the fact that the geological layers we are trying to image are usually thinner than the resolution limits of the seismic data. It is important to realize that these limitations also impose limits on what we can infer from the use of the seismic data, and not all data sets will give exactly the same answers when we interrogate them. In essence, each seismic volume is an "image" of the subsurface that can be interpreted to come up more than one realization of the geology.

Dr. Torres-Verdin's analysis of the seismic data began with a data set called AVO Gathers that were provided by BP in this case. These gathers had already been conditioned ("pre-processed") before Dr. Torres-Verdin received them. In his report and supporting documents, he shows the sequence of his additional conditioning work on the gathers where he applied a standard set of procedures including a far-angle mute, random noise attenuation, and trace alignment (also called "trim static") to improve the signal and flatten the events as a function of time to improve the results of later steps in his procedure. These steps are typical and did improve the quality of the input AVO gathers. The problem with this approach is that Dr. Torres-Verdin did not compare the AVO gathers with the original depth-migrated gathers to see if the processes that were applied before his work had potentially harmed the AVO gathers that were the starting input to his work. Dr. Torres-Verdin appears to have accepted the AVO gathers as being an acceptable input to his workflow, but a careful comparison of the raw depth-migrated gathers that were the input to the AVO gathers (Figure 5) reveals that there are potential problems with the AVO gathers at the farthest offsets as noted earlier. I applied a similar conditioning workflow to the raw PSDM gathers as was applied to the AVO input gathers based on information contained in the seismic header files, and this simple testing process shows that our proprietary data conditioning flow produces a somewhat different result that would affect the results of any later inversion work. It is important to realize in this case given how far Dr.

Highly Confidential Per BP

TREX 011515.0019

Torres-Verdin is trying to push the limits of the seismic data in his elastic inversion scheme, that these pre-processing steps will most likely impact his final results significantly. I am particularly concerned about the apparent loss of the amplitudes on the farthest offsets in the AVO gathers compared to the original depth-migrated gathers and this suggests that the pre-conditioning that was applied to the AVO gathers that Dr. Torres-Verdin used may have been damaged by the processing contractor. If this is correct, then the AVO gathers will not produce the same result as our conditioned gathers would produce, leading to further doubts about the veracity of any results that are produced from these input data.



*Figure5: Comparison of actual seismic gathers at the Macondo well location showing differences in the gather responses. Red arrows mark the time of the M56D-E reflectors.*

In BP's pre-drill package for the Macondo well (BP-HZN-2179MDL06566208) they correctly note (slide 110) that the resolution of the seismic is limited to 180 feet and that the tuning thickness of the data is on the order of 110 feet. Dr. Torres-Verdin also notes on page 20 of his report that the resolution limits of his data are 148 feet. These two estimates of the resolution limit are both reasonable and the differences are most likely due to using different processed volumes. As noted above, each seismic volume will have different limitations, and these calculations demonstrate this fact. The resolution limits and tuning thickness are important because the primary M56D and M56E reservoir package at Macondo have a combined thickness of approximately 130 feet, which means that they are below the resolution limits of either data

Highly Confidential Per BP

TREX 011515.0020

set and close to the tuning thickness of the data. This means that the reservoirs are nearly the optimal thickness to produce what is called a tuning anomaly that can cause the reservoir to appear brighter in the seismic data than its actual impedance values would indicate as shown by a classic wedge tuning models initially discussed by Widess, 1973 (see his figure 2) and later expanded upon by Puryear and Castagna, 2008 (see their figure 1 and 8). The corollary to this statement is that as that reservoir gets thinner so that it is significantly below the tuning thickness, the apparent amplitude will begin to decline until the reservoir is not detectible any longer. The inversion method employed by Dr. Torres-Verdin cannot remedy this condition, but can only attempt to interpret through the effects to infer ("guess") what the thicknesses below tuning actually are. This is a fundamental limitation of the approach he is using.

## Wavelet Estimation

The method used by Dr. Torres-Verdin uses a wavelet estimation technique to determine a single wavelet that best represents the overall seismic data in the window that will be inverted. This process is important because it is well known that as a seismic wave travels through the earth, the layers of the earth act as a 3D filter that changes the shape and frequency content of the wave. These changes typically lead to distortions in the wavelet shape and to a loss of high-frequencies (called "*attenuation*") as the wave travels deeper into the earth. The wavelet can also become more complex with lots of side lobe energy because of interference effects from the thin-bedded nature of the geology. All of these factors conspire to make the wavelet less stable which in turn can cause artifacts in the results of any inversion.

Typically, the inversion algorithm is designed to run in a narrow window in time to assure that any changes in the wavelet are small enough that they will not damage or distort the inversion results. When the rock formations are thick enough to be resolved by the seismic, and where the impedance contrasts across a reflector are strong enough, the wavelet distortion becomes less of a problem and the inversion result can be robust. In cases where the beds are all below the resolution limits of the seismic data and the impedance contrasts are also weak, even small variations and distortions in the wavelet both vertically and laterally can cause significant distortions in the results of the inversion.

In addition to these issues, the use of a stationary (single) wavelet that is not changing across the data is usually tied to the peak frequency of the data being used in the inversion. This means that the inversion result will essentially be tuned to the wavelet shape and frequency content that exists in the data, and the results will therefore be a monochromatic view of the reservoir dominated by that specific frequency on which the inversion is based.

As was shown above in the modeling discussion, the frequencies required to correctly image the top and base of the M56D-E package and the intervening shale layer are much higher (20-30 Hz) than the frequencies contained in the seismic data that Dr. Torres-Verdin had available to him for his work. In fact, the peak frequencies shown in his wavelet analysis displays (see figure 13 of his report) are about 15 Hz which is far below the frequency range required to detect and accurately estimate the impedances of the thickest of the M56 reservoirs in Macondo. The wavelet analysis also shows a wavelet amplitude difference across the partial stacks that may be problematic in that it demonstrates an offset-dependent bias in the amplitudes that is not typical.

          Highly Confidential Per BP

TREX 011515.0021

While the processing in the headers of the AVO gathers state that the AVO gathers have been amplitude balanced, the wavelet analysis shown in Dr. Torres-Verdin's report suggests that there may be some amplitude drift across the angle stacks that he has generated.  I will discuss this issue again during the discussion of my analysis of the seismic data.  Ultimately, all of the indications from the seismic data suggest that the frequency and amplitude limitations of the seismic data used by Dr. Torres-Verdin supports the view that where the impedance of the reservoir is not being resolved by the inversion, the reservoir may be thicker than assumed but still below the 148 ft resolution of the data.

This fundamental limitation in the resolution of the base seismic data is, in this case, a fatal problem with the method being employed by Dr. Torres-Verdin because of its impact on the mapping of apparent thicknesses of the reservoirs.  As will be shown below, it is my expert opinion that the inversion and the resulting impedances produced by Dr. Torres-Verdin are severely affected by lateral variations in the wavelet that the Fugro-Jason software is not designed to handle because of its stationary wavelet assumption, and which are compounded by the subtle nature of the impedance differences in the rock properties data and how the seismic data were conditioned prior to the inversion.

## Mapping and Interpretation Issues

I turn now to an evaluation of Dr. Torres-Verdin's interpretation of his seismic inversion results. Dr. Torres-Verdin applied a cutoff figure to differentiate between oil sands and all other rock. The rock properties analysis shows conclusively that the impedance contrast for the oil sands in the M56D-M56E section are not very large and thus will be more difficult to detect. Furthermore, the elastic component of the inversion that results in the $V_p/V_s$ ratio volumes will also be affected by the low frequencies of the data and the wavelet artifacts.

In addition to these issues, the rock properties work also shows that the wet sands will have a very different seismic response than the oil-bearing sands.  Given this fact, I find it very curious that Dr. Torres-Verdin repeatedly talks in his report about providing an independent estimate of the "net rock volume" (page 1) and later says that he is trying to "differentiate between sandstone units and embedding shales in the reservoir zone" (page 37) based on relative cutoffs derived from cross-plotting of the $V_p/V_s$ ratio and impedance data.  It is important to note here for clarity that the cutoffs he is using actually segregate only the sands with the correct hydrocarbon response for oil sands (i.e. low Vp/Vs ratio) that are resolved by the seismic data, NOT the entire oil-bearing sand body or the wet aquifer portion of the reservoir.  This will be important later on in this report for discussion about the aquifer system at Macondo.  The cross-plotting technique that Dr. Torres-Verdin uses in his work (figure 42) uses $V_p/V_s$ ratios that are indicative only of the primary oil-bearing reservoir, but is still fundamentally restricted by the resolution limits of the seismic data, which he correctly states as being about 148 feet (page 20).  The nature of the resolution limits on the seismic data also create a paradox in that while the thinner sand bodies may not be resolved by the inversion at all, leading to under-estimation of the total volume of oil-bearing sands, the resolution limits of the data also create a situation where even the thickest zones, if they are below the resolution limit of the data will all appear to be the same thickness, but with an change in the apparent impedance and $V_p/V_s$ response that will be affected by tuning artifacts so that the values are stronger at the tuning thickness of about 100-120 feet, but that will

Highly Confidential Per BP

TREX 011515.0022

then decline at smaller thicknesses. All of these factors come into play in determining a size of the reservoir using the inversion results. Essentially, what this means is that the seismic being used in Dr. Torres-Verdin's interpretation is incapable of truly estimating a minimum reservoir area because all estimates of the total oil-bearing rock volume will likely leave out significant volumes of reservoir that the data simply cannot see. This is especially true in the case of a complex channel reservoir system as is believed to be the case for the M56 depositional system. As such, any size estimate generated from this technique will likely underestimate the total rock volume of hydrocarbon-bearing reservoir. It also is totally incapable of estimating the additional volumes in the M56A and M56F sands that are far below the resolution limits and were excluded completely from Dr. Torres-Verdin's geobody analysis.

The approach taken by Dr. Torres-Verdin for the geobody mapping using cutoffs for $V_p/V_s$ ratio is commonly used in mapping seismic data. In this case, part of the problem with this approach is that the geobody mapping is being affected by the lateral variations in the wavelet, which are creating artifacts in the upper boundary of the M56D sand mapping because of the subtle nature of the boundary and also because of the use of a stationary wavelet. The result of this problem is that the apparent reservoir thickness is being affected by the residual wavelet artifacts which are perturbing the seismic response in a way that mimics changes in thickness, but are not real. This effect appears as a rapidly changing top of the sand body (figure 27) that leads to an image of the reservoir in 3D (figure 24) that appears to be broken up and patchy in character. There is also the possibility that the apparent thickness variations he is observing are real and are related not to changes in reservoir thickness but rather due to changes in the thickness of the shale layer that exists between the sand bodies. This issue will be discussed further below and also in the next section of this report in my independent analysis of the data.

Beyond these fundamental limitations on the mapping of the reservoirs, there are additional challenges that are not addressed by Dr. Torres-Verdin's interpretation work. In his work, he makes the assumption that the shale layer between the M56D and M56E reservoirs is a ubiquitous feature across the structure and he then removes that volume from the total reservoir volume that he has computed. This approach is also flawed because the seismic data is once again incapable of resolving the shale interbed with the data that Dr. Torres-Verdin is using. As such, he is assuming that the shale is present everywhere, which is an assumption based solely on the presence of this shale in the Macondo 1-dimensional well penetration of the M56 rocks that exists in a complex 3D channel system. There is absolutely no evidence in the seismic data that this shale exists or does not exist away from the Macondo well, and in fact, the very nature of the channel system that all of BP's experts are invoking in their analysis is contrary to the concept that this shale or any other rock layer in the channel system should be ubiquitous across the area. The more likely scenario is that the shale is coming and going, that the M56 D and M56E channels are also changing in thickness, and possibly that the M56A and M56F sands also have much thicker areas beyond the Macondo wellbore that could also be contributing to the total reservoir volume that was available for flow during the blowout. In fact, the pressure data that will be discussed in section VI of this report suggest that the M56D and M56E reservoirs are likely connected hydrostatically and that the shale is not acting as a barrier based on the common fluid columns observed in those two reservoirs.

Highly Confidential Per BP

**Independent Assessment of Macondo Reservoirs Using More Advanced Technologies**

I undertook an independent assessment of the seismic data using the raw depth-migrated seismic gathers, the AVO gathers, the partial-stack and full stack data and seismic migration velocities provided by the Department of Justice. The goal of this analysis was to confirm the limitations of the seismic data that were reported by Dr. Torres-Verdin and then perform a separate seismic inversion study using a proprietary technology available from my company that can in some cases overcome the wavelet and resolution limitations discussed above. To prepare the data for this analysis, the depth-migrated gathers and stacks were converted back to time domain to compare to the results of Dr. Torres-Verdin. The synthetic seismogram was generated from the Macondo well logs and the synthetic was compared to the seismic near and far stack data as discussed earlier. The seismic gathers in time domain were conditioned using an approach similar to that employed by Dr. Torres-Verdin with a combination of Sigma[3] proprietary technology and Hampson-Russell commercial software. BP provided me with both the raw depth-migrated gathers and the same AVO gathers that Dr. Torres-Verdin used for his work. This allows me to make a careful comparison of Dr. Torres-Verdin's data conditioning flow using the raw gathers and the AVO gathers with a separate data conditioning workflow (see figure 5). Such an exercise is very constructive for understanding the nature of the seismic data. The differences in the gathers displayed in Dr. Torres-Verdin's report and the gathers from my analysis emphasize the point that the variations observed in the gathers are sufficient to cause problems with the elastic inversion scheme being used.

Once the gathers were conditioned, and first step was to plot the AVO response of the amplitudes on the gathers from the M56D-E primary seismic event at about 5.65 seconds two-way-time for the AVO gathers, the conditioned PSDM gathers and the conditioned gathers with a long-gate automatic gain control ("AGC"). The result of this AVO plot for the top and base of the sand package (figure 6) for each set of gathers provides significant insight into the problems that plagued Dr. Torres-Verdin's analysis. The top reflection of the sand package (blue data points) and the base reflection (red data points) and the curve fits to these events (blue and red curves) show clearly that the AVO response with angle is not smoothly varying in the AVO gathers, but instead shows amplitude swings that confirm that the events are tuning at certain offsets (higher amplitudes), creating instability in the elastic response of the reservoir on the seismic data that will clearly affect the 6 partial stacks that were generated by Dr. Torres-Verdin for his work. The data conditioning applied by Sigma[3] to the depth-migrated gathers improves the stability of the AVO response to some degree, but the reality is that every process applied to the data modifies the offset-dependent behavior to some degree. This observation reinforces the notion that the elastic inversion process was being hampered significantly by the limitations of the seismic data.

Another basic quality control step was performed on the near-angle stack and far-angle stack from CGG to confirm that the AVO response of the M56D and M56E package was present in the CGG data and also assess the frequency content of the two angle stacks. A comparison of the two stacks and their amplitude spectra (Figure 7) shows clearly that the far-angle stack has a much stronger amplitude response due to the hydrocarbon presence within the resolution limits of the seismic data. In particular, the near-angle stack contains significantly higher frequencies

Highly Confidential Per BP

TREX 011515.0024

than the far-angle stack, and will therefore be more suitable for resolving thin beds than will the far-angle stack.



*Figure 6: Comparison of the AVO response on the M56 reservoir seismic amplitudes for the AVO gathers (panel A), the conditioned AVO gathers (panel B) and the conditioned gathers with gain balancing (panel C).*

Highly Confidential Per BP

TREX 011515.0025



*Figure7: Comparison of the near-angle and far-angle stacks from the CGG processed data and their amplitude spectra.*

As noted earlier in this report, the limitations of the seismic inversion method are preventing us from being able to resolve the reservoirs at Macondo.  As part of the work for this trial, it was decided to employ a more advanced spectral inversion technology called ThinMAN[TM] that was developed by my company about 8 years ago (Portniaguine and Castagna, 2004, 2005, and Puryear and Castagna, 2008) and which has been proven to enhance the resolution of seismic data in hundreds of projects for oil companies around the world.  The concept behind ThinMAN is to overcome the limitations of traditional inversion by (1) performing a 3-dimensional wavelet extraction that accounts for all spatial and temporal variations in the wavelet and (2) utilizing a proprietary wavelet-transform spectral decomposition method that separates out the frequencies in the seismic data so that each component of the spectrum can be inverted separately to resolve the thinner beds that the peak frequency of the original data cannot see.  As Puryear and Castagna (2008) noted in their paper, the ThinMAN spectral inversion method is specifically designed to overcome the limitations and assumptions of the wedge model of Widess (1973) so that the seismic data can be used properly to see thin beds that are well below the tuning thickness.  The success of this approach still requires that the seismic data have sufficient bandwidth (i.e. high enough frequencies) to allow the technique to see the thin beds. Essentially, the ThinMAN wavelet extraction approach overcomes the limitations created by the use of the single stationary wavelet so that the artifacts described earlier can be removed and a

Highly Confidential Per BP

TREX 011515.0026

correct impedance image of the reservoir can be determined, and also allows the wavelet variations in the data to be quantified so that they can be understood better. The use of spectral decomposition and multi-channel simultaneous spectral inversion further improves the data by being able to invert the higher-frequency portion of the spectrum that is usually suppressed by the stronger signal of the peak frequency that traditional inversion relies on for its results.

## Wavelet Instability In The Macondo Data

The ThinMAN wavelet extraction algorithm was used to document the inherent wavelet variations in the seismic data that were used by Dr. Torres-Verdin to perform his inversion analysis. Due to limited time available for my analysis, this work was done on the near-angle stack only as part of the ThinMAN processing and also to demonstrate the variations in the wavelet. The results of this process (Figure 8) reveal clearly that in both the inline and crossline directions across the Macondo well even over short distances of 4000 and 8000 feet that the wavelets and amplitude spectra of the data vary significantly both above, below and in the interval containing the Macondo reservoirs. These differences demonstrate clearly why the 3D spatial and temporal extraction of the wavelets is essential to removing these effects from the seismic data before an inversion is performed.

A comparison of the total spectrum of the near-angle stack before ThinMAN to the ThinMAN spectrum (Figure 9) shows that the ThinMAN spectrum has significantly higher frequencies than the input data, and also is able to bring up the energy in the far tail of the spectrum despite a severe drop of energy (called a "notch") in the spectrum of the data between 25-45 Hz. Such spectral notches are common in seismic data and can destroy the ability of most inversion methods to take advantage of the data beyond the notch, forcing the processor to filter out the higher-frequency signals. In contrast, the presence of these weak high-frequency signals is something that ThinMAN is designed to exploit if handled properly. As shown in the far right panel of Figure 9, the ThinMAN results can be customized to the specific data challenge, which is this case involves inverting the frequencies beyond the notch separately using the spectral decomposition process to separate these frequencies out and allow them to see some of the energy from the thin beds that are present well below the tuning frequency of the original data.

## ThinMAN Inversion and Comparison to The Deterministic Inversion Results

The ThinMAN inversion was performed on the near-angle stack after completion of the wavelet extraction process. The results of the standard ThinMAN inversion and the enhanced ThinMAN inversion were plotted in both the inline and crossline direction (Figure 10) along with the original near-angle stack data and their spectra to compare the resolution improvement that is achieved with the process. The result of each inversion was interpreted for the top of the M56D sand and the base of the M56E which appear as the two primary reflections in the original data.

Highly Confidential Per BP

TREX 011515.0027



A - Inline 3415



B - Xline 6813

*Figure 8A and B: Comparison of wavelet character across the Macondo well location showing differences in the M56 interval and zones just above and below.*

      Highly Confidential Per BP

TREX 011515.0028



## A - Inline 3415



## B - Xline 6813

*Figure 8C and D: Comparison of amplitude spectra across the Macondo well location showing differences in the M56 interval and zones just above and below.*

Highly Confidential Per BP

TREX 011515.0029



Near stack (Original)　　　　ThinMAN　　　　Enhanced ThinMAN

*Figure 9: Comparison of the amplitude spectra of the input near-angle stack, ThinMAN stack and enhanced ThinMAN stack data.*

The same reflections were interpreted in the ThinMAN and enhanced ThinMAN volumes to demonstrate the changes to the resolution of the data. The normal ThinMAN process does improve the resolution of the data and also stabilizes the data because of the robustness of the wavelet extraction and the multi-spectal nature of the inversion. The enhanced ThinMAN brings out additional detail including the complex inter-fingered nature of the M56D and M56E reservoirs. It is important to note at this point that both versions of ThinMAN are still inversions, which means that like the elastic inversion performed by Dr. Torres-Verdin, are different realizations of the same input data, but with more advanced techniques that are designed to extract additional information from the data by breaking down the spectrum into its components and treating them separately.

The ThinMAN inversion results were converted to depth and then compared to the original results of Dr. Torres-Verdin in depth domain to demonstrate the improvement in resolution from ThinMAN and the enhanced ThinMAN for interpretation purposes versus his approach of using the $V_p/V_s$ ratio crossplotting (Figure 11). ThinMAN clearly resolves the top of the M56D (magenta horizon) and the base of the M56E reservoirs (white horizon) better and more consistently. The higher frequencies that are being resolved by the enhanced ThinMAN clearly shows that the M56D and M56E reservoirs are most likely connected in multiple places in 3D and that the shale layer between them is NOT ubiquitous as assumed by Dr. Torres-Verdin. It is also evident that the M56D and E sands are thicker in some places away from the well location and that the inversion results from Dr. Torres-Verdin were incapable of resolving these thickness variations because they were below the resolution limit of his method as noted earlier. The enhanced ThinMAN also shows that there is some reflection energy coming from the M56A to M56C sands, but they are sufficiently thin along the line shown in Figure11 that mapping them is challenging even with the enhanced ThinMAN data. The M56A sand that is gas-bearing shows some amplitude in the ThinMAN data, but it is not thick enough to detect a top and base reflector for that zone. For the M56F, although this zone also appears to have a resolved top and base associated with it near the well, it shows clear evidence of thickening in the down-dip direction on the right side of Figure 11C (see green arrows on Figure 11).

　　　　Highly Confidential Per BP

TREX 011515.0030