Inline 3415 Xline 6813

*Figure 10: Comparison of the input near-angle stack (top), ThinMAN stack (middle) and enhanced ThinMAN stack (bottom) data for Inline 3415 and Xline 6813 in time domain across the Macondo well location with interpretation on each volume for the top of the M56D sand (blue horizon) and base of the M56E sand (red horizon) reservoirs. The green horizon on the bottom displays is the interpretation for the top of the shale layer.*

A
B
C

*Figure 11: Comparison of the inversion results of Dr. Torres-Verdin using Vp/Vs ratio (A), ThinMAN relative impedance inversion (B) and enhanced ThinMAN relative impedance inversion (C) in depth domain.*

Highly Confidential Per BP

TREX 011515.0032

It is clear from the results of the ThinMAN inversion that the discontinuous and somewhat noisy top of the M56D-E package that was interpreted by Dr. Torres-Verdin using the Vp/Vs ratio was indeed due to the wavelet instability in the data along with instability in the offset-dependent behavior of the gathers as discussed earlier. Dr. Torres-Verdin has pushed the original data as was technically feasible, but the limitations of the data are simply too insurmountable to allow a robust interpretation of the thickness of the reservoirs in question using those methods.

## Depth Conversion Issues

In my independent analysis of the seismic data discussed above, part of the process used was to convert the depth-migrated data back to time domain for all of the inversion processing and do initial interpretation in time domain (Figure 10) before converting to depth for the comparison to the depth-domain work of Dr. Torres-Verdin (Figure 11). I also note here that the original seismic data was acquired in the time domain, so this domain is the native domain of the data. The process of depth conversion was never discussed in Dr. Torres-Verdin's report, but it is clear that he also did a depth conversion, presumably with the same seismic velocities that I used for my work.

A close comparison of the results in figures 10 and 11 reveals an interesting observation about the Macondo reservoir that appears to have been completely ignored by Dr. Torres-Verdin. The time domain inversion data around the Macondo well shows that the well data and seismic data all tie together reasonably well in time domain. When the data are converted to depth domain, however, the inversion results always seem to appear thinner in depth which is magnified in the enhanced ThinMAN data because of the higher resolution of the method. The reason for this effect is well understood and is the result of the fact that the seismic velocities are a moving average of all of the velocities in the subsurface and are highly smoothed compared to the actual velocities of individual rock layers in the subsurface. In this case, the interval velocities from the seismic processing work at the M56 reservoir level are about 10,000 to 10,200 ft/sec at the well, but the reservoir velocities in the M56D and M56E sands are between 11,000 to 12,500 ft/sec, which is 10-25% faster than the encasing shales. Essentially, the depth conversion process in this case is averaging out the real velocities of the sandstones and causes them to appear thinner in depth domain while the lower-velocity rocks (the shales in this case) will appear thicker. If this significant depth distortion was not taken into account by Dr. Torres-Verdin, then all of the mapped apparent depth thicknesses calculated from his geobody results are too small by a factor of 10-25%. This is on top of the thickness errors in the geobodies caused by the wavelet distortion and other resolution problems that were discussed earlier. Such distortions are usually corrected by mapping the reservoir top and base boundaries in the time domain (called an "isochron") and then using the correct interval velocities for that specific reservoir package to convert them to depth thickness (called an "isopach"). In this case, the depth conversion error is a very significant contributor to the apparent smaller reservoir volumes computed by Dr. Torres-Verdin.

## General Comments on Reservoir Size

It is also worthy of note that BP's pre-drill size estimate of the Macondo reservoirs (BP-HZN-2179MDL06566208) was significantly larger than Dr. Torres-Verdin's largest model. In fact,

TREX 011515.0033

the thickness encountered of the well were significantly better than BP's initiate estimates. While this larger size could be attributed to pre-drill exploration optimism, my own experience in working with major oil companies leads me to discount this view. It is also worthy of note that the pre-drill prognosis for reservoir thickness, porosity and other properties was actually confirmed by the well to be reasonably accurate. Based on previous interactions between my company and BP senior scientists that pre-date the Macondo blow out, it is my belief that BP also has a proprietary technology that is similar to ThinMAN, and which would have likely been applied to most if not all major prospects like Macondo in an effort to characterize and de-risk the reservoirs as accurately as possible before committing to spend hundreds of millions of dollars on drilling and development work. This would be consistent with all of my experience at Exxon and Conoco as well as my experience working with most of the major companies as a consultant for the past 11 years.

It is also clear to me from previous discussions with BP internal experts that they also have the same understanding of all of the limitations and challenges relating to the complex workflows for the application of seismic inversion methods. This leads me to the obvious question of why BP would then commission a report from Dr. Torres-Verdin using methods that they know will struggle to resolve the reservoirs and will likely give them a very myopic view of the reservoir volume that is also smaller was determined pre-drill?  In fact, BP should have expected such an analysis to underestimate the volume of the reservoir.

Finally, Dr. Torres-Verdin makes the assertion on page 54 of his report that it is likely that the reservoirs do not have full hydraulic connectivity. He notes earlier in his report that he is not giving an opinion on the hydraulic connectivity, yet he assumes on page 54 that the geologic model imposes an assumption of limited hydraulic connectivity. This assertion and its use to interpret the extents of the reservoirs is simply not valid. BP's own post-mortem analysis (Dep. Ex. 9767) recognized that:

> "Reservoir pressures at Macondo are much lower than predicted – pressure in the oil bearing reservoir sands represent the only interval which falls outside of the pre-drill minimum-maximum pressure envelope. Pre-drill centroid modeling of channel sands draped over the large 4-way Macondo structure placed reservoir pressures 0.1-0.3 ppg higher than shale pressure. Actual reservoir pressures (similar reservoir pressure to Isabella) imply regional hydraulic connectivity, at least on a geologic time scale, to deeper water lower overburden/pore pressure environments to the south, or local connectivity updip beneath allochthonous salt bodies southwest and east of the prospect."

This view is consistent with my view that the M56 reservoir section is part of a larger hydrologically connected ("plumbed") system of reservoirs that also act as a regional migration pathway for fluids and explains why the Macondo well encountered the high reservoir pressured in the M57C sand (the 14.15 PPG sand at 17700 to 17712 ft) and then showed much lower pressures in the M56 sands just below it that were completely out of equilibrium with the encasing shales which still showed much higher pressures. In fact, the M56D and M56E sand appear to be part of the same hydrocarbon column that is supported by a single aquifer drive down-dip from the local structural crest at Macondo. This issue will be discussed in greater detail in section VI of this report as it also is very germane to the debate over the physical state

Highly Confidential Per BP

of the reservoirs which is controlled to a significant degree by the level of mechanical and chemical compaction that the M56 reservoirs have experienced during their burial history.

## Detailed Conclusions Regarding The Work of Dr. Carlos Torres-Verdin

Based on all of the issues and limitations with the resolution limits of the seismic data, with the inversion method employed, and the way that the interpretation was performed and the assumptions embedded therein, it is my expert opinion that the inversion work of Dr. Torres-Verdin is not adequate to properly resolve the reservoirs at Macondo. The use of a high, mid and low cases for the reservoir size ignores the reality that (1) much of the reservoir is below the resolution of the seismic data being used, (2) the lateral wavelet distortion effects are creating artifacts that are being mis-interpreted as variations in rock properties at thicknesses well below resolution limit, (3) Dr. Torres-Verdin excludes the M56F sand from his thickness estimates and (4) the depth conversion method used will underestimate the total reservoir thickness by 10-25%. The size estimates that Dr. Torres-Verdin generates also included a reduction in size by assuming that the shale layer between the M56D and M56E sand is ubiquitous, which is also not resolvable in the data he used, and thus represents an assumption on his part and not a valid conclusion that is supportable with the available data. In fact, the enhanced ThinMAN inversion proves that this assumption is false and unsupportable using the seismic data. Furthermore, the geologic model which he uses to invoke a complex, laterally-varying channel system would also argue against the presence of a ubiquitous shale layer across the entire prospect. If this shale layer is not ubiquitous, it also has a direct impact on the geologically driven assumption that the sands are not in hydraulic communication with each other.

The method also fails totally to account for any contribution to the reservoir volumes from the M56A and M56F sands which were ignored in his analysis but which are clearly resolvable on the enhanced ThinMAN data. The geologic model he is assuming was used to argue for a disconnected and complex system of channels, yet he ignored the fact that the M56A and M56F sands may also have much thicker channel geometries nearby in 3D space that were not penetrated by the well but could still contribute significant flow volumes to the well from the thinner sand zones the well did contact.

The final conclusion of my analysis of Dr. Torres-Verdin's work is that it cannot be used to determine accurately the size of the M56 interval reservoirs, and that the total reservoir volume available for flow of hydrocarbons during the blowout is much larger than Dr. Torres-Verdin's results would indicate. It is my further opinion that in the absence of any new data or evidence to the contrary, that the BP reservoir size from their pre-drill estimates are a better estimate of the reservoir size than are the results of Dr. Torres-Verdin's work.

Highly Confidential Per BP

TREX 011515.0035

rock, in this case the shales and silty zones. Rock layers stacked in series will be dominated by the weaker layer. This means that the results of the compressibility tests are going to be very sensitive to the lithologic contents of the core plug and the character of the fine layering in the core plug. This observation is also consistent with the large amount of literature available on the effects of seismic anisotropy that is observed in seismic and acoustic logging data and which impact all aspects of geophysics from seismic processing to pore pressure prediction (Huffman, 2002, AAPG Memoir 76). At this point, I defer to the expert report of Dr. J.C. Roegiers who has done a more thorough analysis of this issue. See Appendix B of Dr. Roegiers' report. I would note that my analysis concurs wholly with his expert findings.

## Temperature Effects on the Tests

It has long been recognized and accepted that elevated temperatures affect the strength of rocks and minerals under a wide range of pressure and saturation conditions. The effect of temperature on quartz crystals and on quartz-rich rocks (Blacic et al, 1981, Karner et al, 2008) has been well known and heavily studied for decades.

The crucial issue regarding the Weatherford tests is that they were not done at reservoir temperature but were done instead at ambient (room temperature) conditions. The failure to perform the tests under the proper conditions of 100 to 110 degrees C at 18,000 ft in the M56D and M56E reservoirs has significant implications for the validity of the tests. The thermal regime plays a very significant role in how stiff the rocks will behave, and had the tests been done at the correct temperature, it is my opinion that the samples would have exhibited much higher compressibility than the Weatherford tests indicate. In fact, BP's disclosure containing a very brief summary of the opinions of its non-retained expert, Dr. Ann Marchand suggests that her belief is that the temperature conditions of the M56 reservoirs are such that other thermally-activated processes will also start to occur at these depths, confirming to me that BP clearly understands that temperature plays a role in both mechanical and chemical compaction processes. Why BP requested test conditions that did not replicate the downhole temperature conditions of the M56 reservoirs is therefore a question that needs to be addressed.

## The Effect of Saturation on the Tests

It is a well-documented fact from nearly 50 years of lab experiments that the presence of water in quartz-rich rocks causes a significant reduction in the strength of quartz under significant loads (Linker and Kirby, 1981, Kekulawala et al, 1981, Hobbs, 1985, Mackwell and Paterson, 1985, Ord and Hobbs, 1986, Chester et al, 2007). Unfortunately, the uniaxial compression tests on the Macondo RSWCs were done using kerosene as a saturating fluid after the samples had dried out and not with water as a partial saturating fluid. See Ex. 9053. No attempt was made to re-saturate the samples with brine before they were flushed with kerosene or other fluid similar to the Macondo oil. From the standpoint of experimental rock mechanics, the proper procedure to recreate the reservoir saturating conditions in the tests would be to begin by saturating the sample with brine under vacuum followed by placing the sample in the jacket for the test, and then flowing several volumes of brine through the sample to assure complete saturation. Following this sample saturation preparation, the sample should have then been flushed with oil similar to the Macondo oil until the oil coming out of the sample assembly showed no evidence

Highly Confidential Per BP

TREX 011515.0038

of brine flushing. This would result in an oil saturated sand sample with residual water saturation along the grains, which is the condition of the M56D and M56E reservoirs that were being tested in the lab. The use of kerosene as a saturating fluid on extracted cores (that is cores without any liquid in them) is absolutely the wrong way to perform these tests if the intent is to get a valid estimate of the pore volume compressibility under conditions close to the in-situ reservoir state.

The stair step compression tests and the ultrasonic velocity measurements were done on dry extracted cores with no saturating fluid at all. This approach will always result in a compressibility that is based on a dry frame modulus and Poisson's Ratio that are not valid for compaction of real rocks that are always partially saturated by water and that are at higher temperatures of 100 C and higher. My analysis of the Macondo in-situ reservoir dynamic properties from the well log data (Appendix 1, Huffman Phase I Rebuttal Report) shows clearly that these reservoirs are "wetted", i.e., that the sands were originally 100% brine-saturated and are still brine saturated along the grains even though oil saturation are 90% or higher at present. The log measurements show definitively that the residual brine saturation in the oil-bearing sands results in a Poisson's Ratio that is significantly higher than the values obtained in the dry tests. The in-situ Poisson's Ratio values for the wet portion of the M56E reservoir and the shales are 0.3-0.35, and the values for the oil-saturated reservoirs is 0.25. The Poisson's Ratio values of 0.13 to 0.18 obtained from the ultrasonic tests are clearly wrong for the purpose and do not represent the values that exist at in-situ reservoir conditions.

I also reviewed the internal BP documents that discussed the testing work on the Isabella RSWCs which were done under different conditions. That review included presentations (BP-HZN-2179MDI03693851), test results (Ex. 8770) and email traffic between BP staff regarding the testing (BP-HZN-2179MDI03693851 ). It is my view that the loading rates (i.e. the rate of strain and pressure changes on the sample during testing) on the Isabella cores were higher than preferred, and these tests were also done at ambient (room) temperature like the Macondo tests which is not the right way to perform the test. I understand that Dr. Roegiers also discusses this issue. Despite these issues, the fact that they were done after being saturated with 2% KCL brine solution means that they at least accounted correctly for the well-documented effect of water wetting on the deformation of quartz grains, and therefore should have produced results that are more reasonable as a proxy for the actual compaction of the reservoir under rapid changes in pore pressure under constant external loading.

I have also reviewed an email chain from Steve Willson on July 7, 2010 (Ex. 8776) where he discusses Macondo PVC values in light of other wells and a separate powerpoint presentation by Willson entitled "Pore Volume Compressibility in Weakly Cemented Sandstones", dated November 15, 2008 where he discusses the application of UPVC data to weakly-cemented sandstones. These documents demonstrate that BP's internal experts have an excellent understanding of the application of these tests to real reservoir problems. From my analysis of these documents, it is clear that Isabella is the correct analog to use for Macondo because the same M56 sands at Isabella were similarly under-pressured (i.e. low pore pressure and higher effective stresses) and thus will provide the best analog for the Macondo reservoirs, and was noted in the Macondo pre-drill as one of the best analogs for the Macondo prospect (Dep. Ex. 3377). The Isabella data tests at Omni Labs yielded UPVC values of 12 and 18 microsips on the

Highly Confidential Per BP

TREX 011515.0039

samples tested (Ex. 8770). The Isabella data were obtained under effective stresses of 1850 and 2100 psi respectively and similar initial pore pressures of 11,800 to 12000 psi, Ex. 8770, which is reasonably close to the Macondo M56 interval pore pressures, and is also much closer to the actual effective stresses on the samples in situ at Isabella and Macondo. The Isabella sample porosities were 33% for the high UPVC value of 18, and 25% for the lower value of 12 microsips. Ex. 8770. Extrapolating to the 23-24% porosities at Macondo under similar loading conditions, this should produce UPVC values no lower than 10 microsips, not the much lower values of 6.35 being claimed by Zimmerman and other BP experts.

My evaluation of the Isabella core tests leads me to the interpretation that the deeper test on a 25% porosity core was probably a much better proxy for the UPVC values at Macondo than the Macondo tests that were done without being wetted before the test was done. The test result on this sand was about 12 microsips at room temperature, which means that if it had been done at the correct elevated reservoir temperature, the computed UPVC value would have been significantly higher.

Highly Confidential Per BP

TREX 011515.0040

## V.  ANALYSIS OF THE EXPERT REPORT OF DR. MARTIN BLUNT

### Basic Methodology and Data Inputs

Dr. Martin Blunt was hired by BP to determine how much oil the Macondo M56 reservoirs could have produced during the period in which the well was flowing in an uncontrolled manner in 2010 after the blow out occurred. Dr. Blunt used several key parameters in his calculations of the oil volume expelled during the blow out. These parameters included the total oil in place that can actually reach the well to flow out to the surface, the reservoir compressibility and the amount of pressure depletion that occurred. I have serious concerns about two of the key inputs to his model, namely the assumptions about the reservoir volume available to flow and the compressibility of the reservoir. I did not evaluate Dr. Blunt's pressure depletion analysis.

### Opinion Regarding The Impact of These Factors on Dr. Blunt's Results

In summary, the combination of the use of unreasonably low compressibilities and low total reservoir connectivity combined with lower permeabilities suggests to me that the total material balance calculations of Dr. Blunt are underestimating significantly the total amount of oil that may have been produced from April 20 until the well was finally shut in.

### The Reservoir Volume and Connectivity

As discussed in section III of this report, the total volume of reservoir available to flow to the well as estimated by Dr. Carlos Torres-Verdin is not valid in my expert opinion. The same conclusion applies to Dr. Blunt's reservoir volume estimate for many of the reasons set forth in Section III. The facts show that not only does Dr. Torres-Verdin's method and results underestimate the total thickness of the M56D and M56E reservoirs, it also ignored the volumes available to the well from the M56A and M56F reservoirs. In fact, Dr. Blunt did not use Dr. Torres-Verdin's results in his final computation and it is unclear from his report if this was because he didn't believe the results or that he just had another option within his own field of expertise to come up with a different number. In any event, Dr. Blunt's analysis is also at odds with the data.

Even if one excludes Dr. Torres-Verdin's results as Dr. Blunt chose to do, Dr. Blunt's assumptions about poor connectivity of the reservoirs are not valid as demonstrated clearly by the ThinMAN analysis in section III of this report. The ThinMAN results show unequivocally that the M56D-E sands form a system of sand bodies that are hydraulically connected and which contain a shale layer that is not ubiquitous across the area, and allowing the two sands to act as a single reservoir system. Both the M56D and M56E reservoirs show evidence of greater thickness in 3D relative to the measured reservoir thicknesses at the Macondo location. The M56A-C is another system that could flow into the well during the blowout and the M56F also needs to be considered to get a correct total reservoir volume available to flow into the well. The enhanced ThinMAN data also show that the M56F reservoir is present away from the well location and may thicken down dip from the Macondo well location. I will discuss the hydraulic connectivity issue further in the next section of this report but it is important to note here that all

                    Highly Confidential Per BP

TREX 011515.0041

of the results of the ThinMAN analysis have direct impact on Dr. Blunt's assertions about reservoir connectivity that cannot be ignored in the material balance calculations.

Dr. Blunt makes a statement regarding how he determined the connectivity section 4.1.6 (page 24) of his report that reads "10 feet is the limit of the seismic resolution". As I have shown in section III of this report, the seismic resolution limit is much higher than 10 feet given the limitations of the data. He then tries to combine this imaginary resolution limit with his pressure data and permeability calculations to estimate a connectivity of 87-90%. He then takes these imaginary limits and tries to infer connectivity from an artificial clay model (his figure 4.5 on page 22) that is also totally imaginary and not based on any real data. This approach completely misses the fact that the seismic data cannot resolve the thin reservoirs using conventional methods, which makes the entire basis of his model questionable at best.

Dr. Blunt also makes a statement on page 47 about higher permeabilities being related directly to connectivity. He is confusing reservoir architecture with small scale flow properties which are two totally different issues. Channels can vary rapidly in 3 dimensions, and the channel itself can have very high perms while the channel edges and levies of the same body can have much lower permeabilities. Also, permeability in complex sand systems is highly heterogeneous and also highly anisotropic such that $k_V$ and $k_H$ can vary by several orders of magnitude. Essentially, it is possible to have a high-k reservoir that has very poor connectivity (e.g. anastomosing channels) or a low-k reservoir with high connectivity (e.g. long-shore silt bodies). I can also have these same features with high-k zones that flow laterally with shale layers on a small scale that cause the vertical permeability to be very small compared to the lateral k values as was documented in cores at Ram-Powell field by Clemenceau (2000), at Auger field by Fugitt (2000) and at Tahoe field by Kendrick (2000).

Based on all of the data that I have seen, it is my expert opinion that the most reasonable values for permeability to use for the M56D and E sands are in the 400-500 mD range which agrees with Dr. Blunt's mean value of 442 mD from the 16 cores that he obtained data from on page 65 of his report. The value of 238 mD cited by Dr. Blunt from the expert report of BP expert Dr. Alain Gringarten is, in my opinion, too low of a value for the entire M56 reservoir section. Dr. Gringarten used measurements of the permeability from MDT tests where the reservoir was pumped and sampled. His results are significantly inconsistent with the core and log data I have analyzed. Other United States experts have directly addressed the problems with Dr. Gringarten's analysis and his unreasonably low permeability estimates. Dr. Gringarten's estimates also suffer from the same inherent sampling bias and risk of being unrepresentative of the overall reservoir that was discussed in section IV of this report for the core test data. Based on the range of porosities in the interval from the log analysis, I would expect from basic porosity to permeability relationships that the higher-porosity parts of the reservoir may have permeabilities significantly higher than 500 mD, but the lower-porosity parts of the reservoir will have values in to 200-300 mD range. This supports the average value in the 500 mD range for the overall reservoir.

Highly Confidential Per BP

## VI.  ANALYSIS OF THE COMPACTION AND CEMENTATION STATE OF THE MACONDO M56 RESERVOIRS

### BP Comments on Compaction and Cementation State of The Macondo Reservoirs

BP experts have made certain assertions regarding the compaction and cementation state of the Macondo M56 reservoirs in support of their claims that (1) the reservoir permeabilities are lower than prognosed by United States experts, and (2) the compressibilities of the reservoir are lower because of these effects.

BP's May, 2013 filing reports that Dr. Ann Marchand, BP's Gulf of Mexico Rock Quality Specialist suggests that she may make the following "assertions" in support of BP's position:

(1) **Temperature effect on rock hardness and compaction rate:** The main constituent of sandstones such as the Macondo reservoir is grains of quartz (silica). When sandstone is buried deeper and deeper through geological time, the rock will be exposed to increasingly higher temperatures. Solubility of minerals increases with temperature and around 200 degrees Fahrenheit silica at grain-to-grain contacts dissolves and reprecipitates on the quartz grains as cement. This cement stabilizes the sandstone grain packing and results in harder more consolidated sandstone which will reduce the rate of compaction.

(2) **Mineralogy effect on rock hardness and compaction rate:** Rock hardness is affected by the percentage of constituent mineral grains that are "rigid" such as quartz versus other softer minerals, known as "ductiles". Given the same subsurface conditions, sandstone composed predominantly of "rigid" quartz grains for example, the Macondo sandstone will retain more pore space upon compaction due to increasing overburden than "ductile" sandstone. Sandstones with >75% quartz grains in their framework including the Macondo sandstone display "rigid" behavior.

As an initial matter, Dr. Marchand has not provided an expert report, so in large part I am guessing about what she might actually say based on limited materials provided by BP. This section is my attempt to discuss the issue in general terms while anticipating Dr. Marchand's potential testimony. Depending on Dr. Marchand's actual testimony, other points might need to be raised in response, and I reserve the right to do so.

### Opinion Regarding Current Pressure, Temperature and Rock Properties of the Macondo M56 Reservoirs

With the general concepts that follow this conclusion section in mind, I would like to address some of the statements made by Dr. Ann Marchand.  She argues for significant cementation and lower compressibilities in the quartz-rich sands in the M56 interval based on arguments about the effect of temperatures above 200 degrees F on the cementation of the quartz.  She argues for "rigid" behavior of the sands but does not cite any sources or real data to back up these assertions.  I believe that her overall view is incorrect and that the M56 sands are currently in a pressure and temperature condition where only patchy and weak cementation will exist that will

Highly Confidential Per BP

TREX 011515.0044

not result in rigid behavior. It is my conclusion that Dr. Marchand's view of cementation in the M56 reservoirs is simply not supported by the data and observations from the Macondo well.

## Technical Discussion in Support Of The Conclusions Above

A detailed technical response to Dr. Marchand's assertions requires that we consider some basic principles and physics of the deposition and burial of sediments under pressure and temperature and also discuss the physics of compaction processes in nature, as the burial history of the shales and sands penetrated by the Macondo well will be determined by the physics of these processes.

My analysis and expert witness work in Phase I of the Deepwater Horizon litigation was focused primarily on the drilling and regulatory issues relating to safe drilling practices and the relationships between pore pressure, fracture pressure and other key properties of the rocks penetrated by the Macondo well. That discussion did not address the basic concepts regarding the models for how pressure regimes in sedimentary basins evolve over time as sedimentation, salt tectonics and other forces act on the rocks during their burial history.

## Background on Pore Pressure and Fracture Pressure Prediction

Knowledge of formation pore pressure is not only essential for safe and cost-effective drilling of wells, but is also critical for assessing exploration risk factors including the migration of formation fluids and seal integrity as well as the performance of reservoirs under varying pressure and loading conditions

Pre-drill pressure prediction using geophysical data and methods has historically been done using very simple models and overly simplistic estimates of the Earth's velocity field. The methods usually incorporate a locally calibrated set of curves for pressure that contained imbedded assumptions about the cause of pressure in the geological section sampled by the control wells. The advent of the effective stress concept and the pressure prediction methods that developed from that concept led to a much-needed inclusion of fundamental physics into the art of pressure prediction. The use of effective stress methods has become the standard for pressure prediction with many variants including the Eaton method, the Bowers method, and the Sperry Sun method to name a few. The range of software available for pressure prediction has grown significantly in recent years, along with the sophistication of the parameters used. Still, weaknesses remain due to (1) the limitations of the seismic velocities themselves, (2) the lack of understanding of the basic causes of pressure and (3) the effects of pressure on physical properties, including velocity, density and porosity, of the rocks. In spite of the level of sophistication that is used in pressure prediction today, most practitioners are concerned primarily with pre-drill prediction and overlook the vast significance of pressure variations at the basin and prospect scale.

                           Highly Confidential Per BP

TREX 011515.0045

**Some Definitions**

During burial, normally pressured formations are able to maintain hydraulic communication with the surface. *Pore pressure* or *formation pressure* is defined as the pressure acting on the fluids in the pore space of a formation. So, this pore fluid pressure equals the hydrostatic pressure of a column of formation water extending to the surface and is also commonly termed as *normal pressure*. Figure 12 illustrates such a subsurface condition. Hydrostatic pressure is controlled by the density of the fluid saturating the formation. As the pore water becomes saline, or other dissolved solids are added, the hydrostatic pressure gradient will increase.

Also, sonic velocity, density and resistivity of a normally pressured formation will generally increase with depth of burial and the way such rock properties vary with burial under normal pore pressure conditions is termed its *normal compaction trend*.

*Pore pressure gradient* is defined as the ratio of the formation pressure to the depth and is usually displayed in units of psi/ft or equivalent mud weight units in pounds per gallon (ppg).



*Figure 12: Effect of vertical effective stress to different subsurface conditions*

*Overburden pressure* at any depth is the pressure that results from the combined weight of the rock matrix and the fluids in the pore space overlying the formation of interest. Overburden pressure increases with depth and is also called the *vertical stress*.

*Effective pressure* is defined as the pressure acting on the solid rock framework. Terzaghi defined it as the difference between the overburden pressure and the pore pressure. Effective pressure thus controls the compaction that takes place in porous granular media including sedimentary rocks and this has been confirmed by laboratory studies (Tosaya, 1982; Dvorkin (1999)). Any process or condition causing a reduction of effective stress will result in

46                              Highly Confidential Per BP

TREX 011515.0046

overpressure. In overpressures, the pore fluids bear part of the weight of the overlying rocks. A lower effective stress and a higher porosity tend to lower the rock velocity. Consequently, a relationship between velocity and effective stress, porosity and lithology could be used to study pore pressures.

## Causes of Overpressure

Overpressures in sedimentary basins have been attributed to different mechanisms but the main ones are related to increase in stress and in-situ fluid generating mechanisms. The ability of each of these processes to generate overpressures depends on the rock and fluid properties of the sedimentary rocks and their rate of change under the normal range of basin conditions.

*Increase in stress*: During deposition of sediments, with the increase in vertical stress, the pore fluids escape as the pore spaces try to compact. If a layer of low permeability, e.g. clay, prevents the escape of pore fluids at rates sufficient to keep up with the rate of increase in vertical stress, the pore fluid begins to carry a large part of the load and pore-fluid pressure will increase. This process is referred to as *undercompaction* or *compaction disequilibrium* (Hubbert and Rubey, 1959), and is by far the most well understood overpressure mechanism used to explain and quantify overpressures in Tertiary basins where rapid deposition and subsidence occur, e.g. the Mississippi, Orinoco and Niger Delta regions (Yassir and Addis, 2002).

Tectonic subsidence or overthrusting can also result in an effect similar to undercompaction in that the increased vertical stress is taken up by the pore fluids and the reflected as enhanced pore pressures (Dutta, 1987). Some notable occurrences of over pressuring and present day compressional tectonics include the Barbados Accretionary Prism (Trinidad), the Andes, Papua New Guinea, California and Gulf of Alaska.

It is generally recognized that velocity varies as a function of pore pressure. However, the level of understanding about the relationships between various physical properties and pore pressure varies widely. Many people still are unaware that there is more than one cause of pressure and that present day pressure regimes are the result of the complete loading path that a rock has undergone since its deposition.

The causes of abnormal pressure can be divided into two types. Undercompaction, also known as compaction disequilibrium, is related to the compaction process itself and occurs when the rates of deposition and burial are sufficiently great relative to the vertical permeability of the sediments. When large loading rates are applied to rocks such as shales with relatively low vertical permeability, the confined fluids in the rock mass cannot escape rapidly enough to maintain a hydrostatic fluid pressure gradient. This type of abnormal pressure is observed in many young Tertiary basins worldwide and is usually recognized in seismic velocity data by the slow decrease in the velocity gradient with depth.

The other class of abnormal pressure mechanisms is not associated with the compaction process, and occurs when the pressure of the fluid in the rockmass is allowed to increase relative to hydrostatic through one of several mechanisms (Plumley, 1980). These

                    Highly Confidential Per BP

TREX 011515.0047

mechanisms include (1) aquathermal fluid expansion (Magara, 1975), (2) hydrocarbon source maturation and fluid expulsion (Spencer, 1987), (3) clay diagenesis (Bruce, 1984), (4) fluid pumping from deeper pressured intervals during fluid migration, and (5) decreases in overburden caused by tectonic activity. Although each one of these mechanisms are distinctly different in their behavior, they all produce a similar effect in pressured rocks in that they work to cause a decrease in the effective stress on the formation for a given porosity. In particular, clay diagenesis, aquathermal expansion and source maturation occur at elevated temperatures so that cold sediments should not be affected by these mechanisms. In contrast, fluid pumping and overburden decreases can occur in any sediments. When secondary pressure occurs, it is usually manifested through a reversal in the velocity trend with depth without an increase in porosity. Although not all velocity reversals are caused by secondary pressure, it is important to remember that reversals caused by secondary pressure contain some of the most severe pressure increases are observed. Thus, it is prudent to treat velocity reversals as if they are caused by secondary pressure unless there is clear evidence from well data that the velocity reversals are due to undercompaction, lithology changes or other possible causes. It is also important to realize that velocity reversals, if not recognized as being due to secondary pressure, will overestimate porosity if it is assumed that the rocks are simply undercompacted.

*Secondary Pressure (Fluid Expansion) Mechanisms*: The second class of pressure mechanisms have been grouped together under the heading of secondary pressure mechanisms because they occur on top of primary compaction and undercompaction processes. These mechanisms are also called *unloading* mechanisms because they tend to cause the in-situ pore pressure to increase at a fixed overburden, which results in a decrease in the effective stress on the matrix, hence the term unloading. The basis for the unloading concept comes from the rock mechanics literature where the role of effective stress on compaction of porous granular media has been studied for over 50 years. As noted in figure 1, unloading is identified by the reduction in effective stress as the pore pressure increases rapidly under specific conditions.

*Fluid Expansion Unloading Mechanisms*: Over pressure in the pore spaces of a formation can result by fluid expansion mechanisms as the rock matrix constrains the increased volume of the pore fluid. These include processes like heating, clay dehydration (Dutta, 1987), hydrocarbon maturation (source rock to oil and gas), etc. Of these mechanisms, the two that are most significant in real rocks are clay diagenesis and hydrocarbon maturation. In particular, hydrocarbon maturation is the most dangerous mechanism because it generates fluid pressures that locally exceed the fracture strength of the rocks as the hydrocarbon fluids fracture out of the source interval to migrate to lower pressure environments.

*Lateral transfer*: A fluid-expansion type of mechanism can also result when sediments under any given compaction condition has fluid injected into it from a more highly-pressured zone (Fertl, 1976). This could happen when migration of fluid along faults takes place or if a high-permeability pathway such as a reservoir, or a connected network of reservoirs and faults allows transmission of pore fluid from a deeper trap to a shallower one, a process termed lateral transfer.

Highly Confidential Per BP

TREX 011515.0048

*Structural Uplift*: A very dangerous form of unloading occurs when sediments are uplifted by tectonic activity. Uplift of sediments alone will not cause unloading if the overburden load is not changed, but when the overburden is reduced during uplift either by syn-depositional tectonic processes or by erosion, the accompanying reduction in overburden results in the original in-situ pore pressure being contained by a much lower overburden, which results in a reduction of the effective stress, and unloading.

For more details on overpressure generation in sedimentary basins, the reader is referred to Osborne and Swarbrick (1997) and Huffman (2002).

## Effective Stress And Loading Path Dependency Of Pressure

To understand the relationships between effective stress, porosity and velocity, consider the concept of critical porosity which was first defined by Marion et al (1992). Figure 13 shows the relationship between porosity and velocity for clastic materials from laboratory experiments. The boundary between the Wood's Equation behavior and the loading-bearing behavior occurs at porosities of 38 to 50% and is defined as the critical porosity. The trend of velocity with porosity shows two dominant trends that follow (1) the Wood equation (Wood, 1941) at porosities above the critical porosity, and (2) a modified Voigt-Reuss behavior at porosities below the critical porosity. The Wood equation behavior is characteristic of slurries, and the modified Voigt-Reuss behavior is characteristic of frame-bearing solids including clastic rocks under significant effective stress conditions. Figure 2 shows how velocity increases as porosity decreases. This trend correlates with the degree of compaction that the material has undergone, and is part of the reason that some pressure methods use porosity as a proxy in determining the compaction state of a material.

We must also consider the relationship between velocity and effective stress that defines the normal compaction trend. Tosaya (1982) performed experiments on clastic rocks to demonstrate the critical role of the effective stress. Figure 3 shows that the velocity of the material follows the effective stress nearly perfectly regardless of the total overburden stress that is applied. This experimental result is an excellent demonstration that the Terzhagi effective stress relationship is valid and can be correlated to velocity changes in clastic materials.

One way to think about the two causes of abnormal pressure is to recognize that the velocity of any rock in the subsurface is a direct function of its depositional and burial history. Figure 15 shows a hypothetical loading path for a rock in a clastic basin in porosity-velocity-effective stress space. This diagram is a 3-dimensional composite of figures 13 and 14 that demonstrates the interplay between velocity, porosity and effective stress. The loading path starts at an effective stress of zero, and the velocity increases and porosity decreases until the material changes over from a Wood's Equation material to a frame-bearing clastic rock that can support an effective stress on the grains. The Wood's Equation portion of the loading path (blue curve) occurs as the material is initially deposited and compacted near the surface. Once the critical porosity is reached, the material follows the primary compaction curve (black curve), achieving either a compacted or undercompacted state. If allowed to compact normally with fluid draining out of the pore spaces, a rock will continue up the normal

Highly Confidential Per BP

TREX 011515.0049

loading path and velocity will increase and porosity will decrease. Both of these properties are dependent on the effective stress on the grains that are bearing the external load. If at some point the fluid is prevented from escaping, the rate of ascent up the normal pressure curve will decrease so that the rock has a lower velocity and effective stress than would be expected at normal pressure conditions at a given depth of burial. This condition is known as undercompaction or compaction disequilibrium. The key to understanding undercompaction is to recognize that a rock under these conditions still remains on the normal compaction trend, only it is not as compacted as you would expect it to be at that depth of burial under normal hydrostatic pressure.



*Figure 13: Velocity-porosity relationships in clastic sedimentary materials. Note the change in behavior caused by the inception of load-bearing capability at the critical porosity point (about 40% porosity). At porosities less than critical porosity, the material behaves like a Voigt-Reuss material. Also note the shear wave behavior and how rapidly it changes from zero to non-zero as you pass the critical porosity. Figure after Marion et al. (1992).*

Highly Confidential Per BP

TREX 011515.0050



Figure 15: A 3-dimensional diagram showing the loading history of a hypothetical shale material in terms of effective stress, velocity and porosity. The actual 3D normal compaction trend and unloading limbs are projected into the velocity-effective stress plane to the left.



Figure 14: Experimental results from Tosaya (1982) demonstrating the relationship between effective stress and velocity in a granular material of approximately constant porosity. The schematic equation below the diagrams represents the observed stresses that are applied to the grains where total stress as an external force is applied to the rock volume, and pore pressure counteracts the total stress resulting in a net grain load that is equal to the effective stress.

TREX 011515.0051

Unlike undercompaction, a rock subjected to secondary pressure cannot stay on the normal compaction curve. When fluid is pumped into a rock or expands within the pore spaces in the rock, the compaction process is arrested and the rock begins to display a form of hysteresis behavior in velocity-effective stress space. When this occurs, the porosity essentially doesn't change except for some minor elastic rebound (Moos and Zwart, 1998), and the velocity behavior is strictly controlled by the contact area and the grain-to-grain contact stresses in the rock. Because there is essentially no porosity change, the net effect is to flatten out the velocity-effective stress trend and produce an unloading trend that is different from the compaction trend. The unloading curve must start from the velocity-porosity-effective stress point on the primary compaction curve where the unloading begins. This is why unloading (red curves on figure 15) always starts from a porosity-velocity-effective stress point on the primary compaction curve. Note that the unloading paths occur essentially in the velocity-effective stress plane as the porosity decrease associated with compaction is arrested during unloading and very little elastic rebound (less than 1 porosity unit) occurs during the unloading process. As the effective stress decreases due to higher fluid pressures at fixed overburden, the velocity decreases in direct relation to the stress change. Once a rock is on an unloading path, the rock doesn't change porosity unless other phenomena such as diagenesis or cementation are occurring concurrently with the pressure changes. For the rock to begin compacting again, the secondary pressures must first bleed off, or the overburden must increase sufficiently by additional sediment loading to counterbalance the secondary fluid pressures that were added to the rock mass and increase the effective stress. In either case, the rock will respond to the change in effective stress and will move back up the unloading path until it contacts the normal compaction curve again. Once the effective stress has exceeded the value where unloading began, the rock can begin to compact again. If the stress never reaches this level, the rock will remain on the unloading path indefinitely. It is important to recognize in this context that the normal compaction curve is also the maximum compaction, maximum velocity and minimum porosity that a material can achieve at normal pressure for a given effective stress.

To properly predict pressure ahead of the bit, it is essential to know not only the normal compaction trend, but also the slope of the secondary pressure curve and the maximum stress-velocity state that was achieved before unloading began. It is important to recognize that the presence of two possible pressure mechanisms and a range of possible maximum velocities for unloading leads to a range of possible predicted pressures according to which mechanism is assumed to be at work and where unloading began. For any velocity (Figure 16), there are a range of pressures that are a function of the normal trend, the maximum velocity attained by the rock, and the unloading curve slope. In practical terms, for any observed velocity value, the minimum pressure case is represented by the normal trend curve (equivalent depth of burial) and the maximum pressure case is represented by the greatest reasonable maximum velocity on the normal trend and the slope of the unloading curve from that point back to the observed velocity value. Thus, it is imperative that the pressure prediction expert be aware of both causes of pressure and also recognize when and how to apply unloading corrections to the velocity data. Figure 5a is the velocity-depth plot used to predict pressure, and figure 1.6b is the velocity-effective stress plot that is used to show the normal compaction trend and unloading behavior. Point D in figure 16a represents the velocity in the zone being determined in the analysis, and correlates to the velocity D in

          Highly Confidential Per BP

TREX 011515.0052

figure 16b.  Point A represents the maximum loading case where the material has been completely unloaded from the normal compaction state.  Point B represents the case where the velocity zone just above the unloaded interval represents the maximum compaction state.  Point C represents the equivalent depth point above the unloaded zone (point D) that would have to be used if the material displayed no unloading characteristics in the zone.

## Chemical Compaction

As sediments are buried progressively deeper, they eventually reach a pressure and temperature state where chemical processes such as pressure solution, cementation and overgrowth development and other thermally-activated processes can become very significant.  The temperature limit for the onset of this process is 160-170 C.  In such environments, the chemical processes can cause the velocities of the rocks to increase while pressures continue to increase.    In this environment, the normal relationship between effective stress and pore pressure characterized by the Eaton (1969, 1972), Bowers (1994) and other methods can break down.    This condition requires that temperatures be high enough to induce the thermally-activated processes that underlie the phenomenon, and typically occur at very high pore pressures.



Figure 16: An example of the range of possible maximum compaction stresses that can result in the same velocity being tied to different effective stresses.

   Highly Confidential Per BP

TREX 011515.0053

The onset of chemical compaction can be identified in velocity–effective stress space by trends in the data that deviate from the unloading curve and begin to form a new apparent compaction trend that displays increasing velocities at relatively low effective stresses and high pore pressures. The range of behaviors in this domain include cases where the unloading process has subsided at depth, and cases where the unloading process continues to cause increases in in-situ pore fluid volumes that cause the effective stress to continue dropping with depth. In the former case where the unloading process has subsided, the effective stress will begin to increase as it would for mechanical compaction, but the increase in velocity that is observed is driven by cementation and other processes that work to reduce the porosity and increase the stiffness and rigidity of the framework of the rock. In this setting, the chemical compaction curve will follow a Bowers-like trajectory that can be sub-parallel to the original primary compaction curve, but will start from a position on the unloading curve. In the second case where unloading continues to occur along with the thermally-activated processes, the effective stress may continue to decrease while the velocities increase due to the cementation and other thermal processes. In this setting, the secondary compaction trend can have a negative slope, curving back toward zero effective stress with increasing velocity. Both of these behaviors are shown in Figure 17. Because both cases can occur in the same geologic area, local calibration is critical to assure that the secondary pressure behavior in a given area can be documented for prediction purposes.



*Figure 17: Redisplay of figure 16 showing secondary compaction and the two types of secondary compaction trends that are observed in real data. The blue curve represents the case where unloading relaxes, and the red curve represents the case where unloading continues with the overprint of the chemically-compacted velocities.*

Highly Confidential Per BP

TREX 011515.0054

## Basic Concepts for Pore Pressures in Reservoirs

The basic physics behind pressure behavior in reservoirs is reasonably well understood and has been well documented in the literature.  The purpose of this section is to document the basic physics of reservoir behavior as it applies to the problem of pressure prediction.  The fundamental driver on the observed behavior of reservoirs is the relative buoyancy force caused by different fluids in the subsurface.

Several authors (e.g. Stump et al, 1998; Heppard et al, 1998) have addressed the centroid effect on pressures in structurally positioned reservoirs.  This effect can be significant enough to cause seal failures and serious drilling problems if it is not recognized pre-drill.  To date, however, the industry has not tackled the issue of how to detect this effect pre-drill using seismic data.

## Basic Physics of Reservoir Pressures

The fundamental difference between reservoirs and seal rocks is that reservoir rocks have significant porosity and permeability while seal rocks typically have very low permeability.  The high permeability of reservoirs makes them easy conduits for the flow of fluids in the subsurface.  It is this ability to transmit fluids that makes reservoirs dangerous during drilling.  When reservoirs with different pressures are connected by faults or other vertical conduits, these conduits can also allow fluids to migrate vertically (Figure 18).  This movement of fluids through reservoirs and faults is called *Fluid Transmission* and also called *Lateral Transfer*.  The pressure difference between two sands connected by a fault can be calculated in a straightforward manner as shown in figure 18.



*Fig.18:  Example of fluid transmission from a deep sand to a shallow sand along a fault.*

Highly Confidential Per BP

TREX 011515.0055

Any reservoir, when filled with a specific fluid, will exhibit a fluid pressure profile governed by the fluid density of that fluid. For water, this density is typically close to 1 gm/cc with a fluid gradient of around 8.0 to 8.5 PPG. For oil and gas, the fluid densities are lower, and the resulting fluid gradients are lower as well. If a sand body is sufficiently thick, separate pressure measurements at various depths will show a **Hydrostatic Gradient** in the sand that matches the density of the fluid saturating the reservoir. If a reservoir is thick enough, the pressure difference from the top to the base can be very significant. Consider the case of a very tall cylindrical sand body juxtaposed in a shale background pressure regime that has a pressure gradient significantly higher than hydrostatic (Figure 19). In this case, the sand body will have a pressure gradient that is the same as the shale at a given depth, but the sand will have higher pressures at depths above this shale equilibrium point, and will have lower pressures than the shale below the shale equilibrium point. In any circumstance where the shale pressure regime has a higher gradient than the saturating fluid in the reservoir, this pressure difference will occur. Once this basic principle is understood, the rest of the physical behavior of reservoir rocks can be deduced from common sense.



*Fig.19: Example of a fluid column in a reservoir with a separate hydrostatic pressure from the shales.*

## The Effect of Structure on Reservoir Properties and Pressures

If a reservoir body of finite thickness is deposited and then buried in a shale matrix that develops overpressure, the sand will show the same pressure behavior as the shales (Figure 20-21). If this sand body is tilted, the sand will develop a hydrostatic gradient for the saturating fluid contained in the sand. When this occurs, the sand will have a single point where it is in equilibrium with the shales. At shallower depths above this equilibrium depth, the sand pressures will be higher than the shales. At greater depths below the equilibrium depth, the sand pressure will be lower (Figure 22).

            Highly Confidential Per BP

TREX 011515.0056

The basic structural behavior shown in figures 20-22 is a universal property of a dipping permeable layer in the earth. The models shown in figures 20-22 are a simple static model that reasonably simulates what is observed on a short time period response of a reservoir. On longer scales (i.e. geologic time) this same reservoir can behave in a more dynamic fashion that allows some interaction between the reservoir and the encasing shales (Figure 23). In this dynamic model, fluids are continuously migrating from high pressure regimes to low pressure regimes through both the shales and the reservoirs. In this model, the reservoirs become "short-circuits" in this slow migration process because they allow fluids to move very rapidly compared to the shales. This more hydrologic approach is also part of the basis for the emplacement of hydrocarbons, and can explain the presence of things like low-saturation gas that gets trapped in reservoirs during migration of gas through a geologic section over long periods of time.



Fig.20: Schematic of a sand body under shallow burial (after Stump et al, 2002).



Fig.21: Pressure regime in a buried horizontal sand body under deep burial (after Stump et al, 2002).

Highly Confidential Per BP

TREX 011515.0057



*Fig.22: Schematic of a structured sand body under deep burial (after Stump et al, 2002).*



*Fig.23: Dynamic steady flow model for a permeable reservoir embedded in shales (after Stump et al, 2002).*

Another important component of reservoir pressure behavior comes from variations in structural configuration of the reservoir. It has been recognized that different structural types (e.g. synclinal, anticlinal and monoclinal) lead to different pressure responses. In particular, a reservoir that is buried in a shale regime with increasing pressure vs. depth (Figure 24) will display different pressures based on the structural condition of the reservoir. In the dynamic model, a reservoir in a synclinal structure is actually buried more deeply than its monoclinal cousin. Likewise, a reservoir on an anticline is buried less deeply than its monoclinal cousin. If we consider the monoclinal model as the average case, it can be shown that the equilibrium (or centroid) point of the monoclinal model is the midpoint of the reservoir, which is also the

58                                                          Highly Confidential Per BP

TREX 011515.0058