average depth of the reservoir body. In the dynamic model, this midpoint is the balance point between seepage into the reservoir in the down-dip section of the reservoir and leakage out of the reservoir in the up-dip portion of the reservoir. In the anticlinal case, the average depth of the reservoir is shallower than the monocline, which leads to a situation where the average depth is now less than it was in the monoclinal model. When the shale pressure profile is superposed on this reservoir profile, the overall pressure profile for the sand is lower than in the monocline (Figure 25). Likewise, the synclinal model has an average depth that is greater than the monocline. In figure 25, it should also be noted that the synclinal model is close to failure at the crest of the sand body, which is evidenced by the proximity of the crestal reservoir pressure to the lithostatic pressure curve. This greater depth causes a higher pressure state in the synclinal model. All of these pressure variations can be predicted from basic physical and hydrological principles provided that the shale pressure regime, the structural setting of the reservoir, and the vertical extent of the reservoir can be defined from seismic and well data.



*Fig.24: Structural models for a permeable reservoir embedded in shales (after Stump et al, 2002).*

Highly Confidential Per BP

TREX 011515.0059



*Fig.25: Pressures in anticline, monocline and syncline models (after Stump et al, 2002).*

## The Effect of Saturating Fluids on Reservoir Properties and Pressures

Once the background pressure regime and the structural configuration and vertical extent of the reservoir have been determined, the last factor to consider is the effect of different saturating fluids on the reservoir pressure. If one goes back to the basic physics behind the buoyancy effects of different fluids, it becomes intuitively obvious that the small pressure changes for a gas column versus a brine column will cause the reservoir pressure to diverge rapidly from the background shale pressure if a reservoir has a large vertical extent. Each saturating fluid will have a hydrostatic gradient that is determined by the density of the fluid itself. If one considers the case of the same reservoir with a common centroid point but with different saturating fluids (Figure 26), the reservoir will have a different hydrostatic gradient for each fluid.

If a reservoir has sufficient vertical extent, it can attain a fluid pressure for one or more saturating fluids that will exceed the fracture pressure at the crest of the sand. In this case, the reservoir will begin to leak fluid and reduce its pressure through seal failure until the pressure in the reservoir is reduced sufficiently to close the leakage pathway. This process of charging and leakage eventually reaches an equilibrium that can determine the height of the column of oil or gas that a reservoir can hold given the pressure regime that it resides within. The typical method for determining the maximum column height of an oil or gas column can be calculated by starting with the brine hydrostatic line, and calculating how large a column of hydrocarbon fluid the reservoir can support without causing a seal failure at the crest (Figure 27).

    Highly Confidential Per BP

TREX 011515.0060

0
5000
10000
15000
20000
25000
Depth, feet
0
5000
10000
15000
20000
Pressure, psi
Fracture Pressure
Shale Pressure

*Fig.26: Fluid pressures in a reservoir with different fluid densities including brine (blue), oil (green) and gas (red).*

Pressure
Depth
h
Gas ($d_{hc}$ = 0.25)
Seal
h
Formation Water
(d = 1.05)
Chart for determining the pressure anomaly at the top of a hydrocarbon column as a function of its height and the density differential where dhc = hydrocarbon density and d = water density

*Fig.27: Simple model for calculating the effect of a gas column in a reservoir (after Mouchet and Mitchell, 1989).*

The pressure effects of buoyancy in reservoirs can also be communicated from one reservoir to another one through fault conduits in the subsurface. When a fault is actively communicating fluids between two reservoirs, the two separate reservoirs must act as one system and attain hydrostatic equilibrium between them. In such cases, the two reservoirs will behave as a single hydrostatic system and the hydrocarbon leg in each reservoir will have to balance its pressures with the other reservoir. Figure 28 demonstrates this simple physical model.



Fig.28:  Simple model for two reservoirs in pressure communication along a fault.

### Differential Compaction and Other Reservoir Issues

For water-bearing reservoirs, there are two additional factors that must be considered in dealing with structural hyper-pressuring. The first factor is the possibility that the degree of compaction may change from the top to the bottom of the reservoir with large amounts of structural relief. In this situation, the centroid pressure profile observed in the velocity data may be magnified by the vertical change in compaction state of the reservoir. The second factor is the possibility that the reservoir has been breached by a fault or other conduit that allows fluids to escape from or recharge into the reservoir. In this case, it is possible that the centroid position in the reservoir may be shifted significantly. It is also important to recognize that the seal rocks adjacent to the reservoir can be affected by breaching a reservoir. For example, if a reservoir is drained slowly and then recharged, seal rocks

                    Highly Confidential Per BP

TREX 011515.0062

adjacent to the reservoir may also undergo some compaction and reduction of fluid pressures. This results in a compaction halo whose thickness depends on the elapsed time that the drained condition has existed. Once the reservoir is recharged, this halo will stabilize and will preserve evidence of the drainage event that can be seen as a local increase in velocity and density in the seal rocks. This is important for inversion analysis because the local halo will affect the reflection coefficients between the shale and reservoir, and could result in misleading data. It will also produce shale velocities and densities that are not the same as those further from the reservoir. This effect can be detected in inversion, but would be missed by a conventional velocity analysis that measures the velocities more coarsely.

For hydrocarbon bearing reservoirs, the effect of the hydrocarbons on the velocity field must also be taken into account in estimating the reservoir pressures. In this case, either the hydrocarbon effect must be calculated and removed by performing a Gassmann fluid replacement calculation, or the reservoir pressure calibration itself must be adjusted to include the hydrocarbon effect. In either case, enough must be known about the reservoir and its fluids to permit these adjustments to be made.

Recent work in deepwater drilling hazards has also suggested that Shallow Water Flows (SWF) are the result of structural hyper-pressuring (Huffman and Castagna, 2000). These shallow sands usually occur within a few thousand feet of the mudline in rapidly depositing basins, and exhibit pore pressures close to fracture gradient and near-zero effective stresses. They are probably the most significant hazard currently facing deepwater drilling and should be studied in the context of pressure prediction.

## Methods for Predicting Reservoir Pressures

Now that we have discussed the basic physics of reservoir pressure behavior, we will now turn our focus to using this information to intelligently predict pressures in reservoirs using only geophysical data in the pre-drill case. While direct well measurements allow us to constrain a reservoir pressure regime reasonably well, the pre-drill scenario is often poorly constrained, both in terms of the known vertical extent of the reservoir, and how the reservoir is connected hydraulically in the subsurface. The presence of small sub-seismic faults and the difficulty in mapping 3D reservoir extents accurately in the water leg often precludes the analyst from being able to accurately constrain the reservoir with the seismic data. All of these factors must be taken into account in attempting to predict reservoir pressures pre-drill.

## Centroid Modeling

The most common method for calculating reservoir pressures is through centroid modeling. The centroid model assumes that the centroid pressure point occurs at the average depth of the mapped reservoir. In many cases where the sand geometry is not clearly defined, a monoclinal model is used to keep things simple. This average depth is then tied to the shale pressure trend at that depth in the appropriate location in the 3D survey, and the up-dip and down-dip pressures are calculated from that location. The fluid densities used for this exercise typically include brine with a fluid gradient of 0.465 psi/ft, light oil with a gradient of 0.3 psi/ft, and high-gas saturated model with a gradient of 0.1 psi/ft. Pressure values are

Highly Confidential Per BP

TREX 011515.0063

then calculated at the proposed location using the penetration point for the reservoir to predict the actual kick expected at a specific well location. The fluid pressure gradients in the reservoir can be adjusted to local fluid characteristics where required.

The centroid modeling approach is very robust provided that a reasonable 3D shale pressure model has been calculated, and the structural configuration of the reservoir is reasonably constrained. If these factors are well understood, the only remaining issue is to determine the vertical extent of the reservoir body. This is sometimes more difficult than others according to the impedance difference (or lack thereof) between the reservoir and sealing shales. Consider a simple model for a brine-filled sandstone (Figure 29) and the same sandstone with a gas leg above the brine leg. Note the difference in pressure at the top of the reservoir between the brine case (8175 psi) and the gas case (9050 psi). This difference in pressure due to the buoyancy differences between the fluids causes a change from 15.73 PPG for the crestal pressure gradient in the brine-filled sandstone to a pressure gradient of 17.40 PPG for the crestal pressure in the gas case. As hydrocarbon columns get larger, the pressure difference between light hydrocarbons and brine can be dramatic and can cause seal failures at the crest of the structure.



Fig.29:  Simple sandstone pressure model with brine (top) and gas over brine (bottom).

Highly Confidential Per BP

TREX 011515.0064

An additional complicating factor in the centroid model is the relationship of the sand body to the background shale model. As the shale pressures increase with depth, the size of the sand body can actually become a limiting factor on the size of the hydrocarbon accumulation. Consider the model shown in Figure 30, which shows an increasing shale pressure regime with depth that has the same sand body embedded in the model at progressively greater depths. The shallow reservoir (around 10,000 feet) has a crestal pressure in the gas case that is over 3 PPG lower than the fracture gradient at that depth. The second sand body (around 15,000 feet) has less margin than the shallow reservoir by about 2.5 PPG. The deepest reservoir at around 20,000 feet, which is below the top of hard pressure, has a crestal margin between the pore pressure and fracture pressure that is only about 1.2 PPG. This behavior is commonly observed as pressures increase with depth. In fact, it can be argued that as shale pressure increases and approaches the fracture gradient, too much vertical extent of reservoirs becomes the enemy of the explorer because they simply can't hold a seal for significant hydrocarbon columns.

In most centroid modeling exercises on real seismic data, the reservoirs are frequently pressured at levels close to failure. In fact, it is possible for a reservoir to be incapable of holding any hydrocarbons at the primary crest of a reservoir structure, while it can still trap significant oil or gas in a protected trap at a greater depth (Figure 31). In such cases, the primary structure may be leaking up to shallower zones while the deeper structure can still hold significant hydrocarbons.



*Fig.30: Centroid models for the same sand body at different depths showing the change in drilling margin as a function of the change in the drilling window between the shale pore pressure and fracture pressure.*

Highly Confidential Per BP

TREX 011515.0065



*Fig.31:  Centroid model for a reservoir that is in failure on its primary structure but still is capable of trapping hydrocarbons in a down-dip protected trap.*

**Fracture Failure Modeling**

Another method for reservoir pressure prediction is the fracture failure method, which is suitable for estimating reservoir pressures in regimes where the reservoir is charged to the point of incipient failure at the crest of a structure as was shown in Figure 31. The fracture gradient method assumes that the reservoir has a pressure equal to the fracture gradient at the top of the reservoir. The depth value at the crest of the sand is matched to the fracture gradient at the crestal location, and the down-dip pressures are calculated from that maximum value. From this estimate at the crest of the structure, the pressures are calculated down to the maximum down-dip extent of the possible fluid column for each saturating fluid. This background brine model can then be used to superpose a proposed gas or oil column at a prospect using the local closure, spill points and structural crest to model the maximum gas or oil column that a structure can hold without leaking.

The value of the fracture failure model is that this model is the highest pressure that the reservoir can attain within the constraints of the shale pore pressure model determined from the seismic data. This model is of particular benefit in planning wells, because once the fracture pressure at the crest of the reservoir body is constrained from the 3D seismic results, this pressure can be projected down dip on the reservoir to determine the maximum reservoir pressure that can physically exist at the penetration point for the proposed well.

There is a distinct advantage to modeling reservoirs using both the centroid model approach and the fracture failure approach. It has been observed that when a reservoir is close to failure, the centroid model and the fracture failure model should converge to the same solution for the brine model. At first glance, this may not seem very significant. However, the convergence of the models is significant because the fracture failure model is being

Highly Confidential Per BP

TREX 011515.0066

calculated by starting from the crestal position of the reservoir using the fracture gradient, while the centroid model is calculated by starting from the centroid location of the reservoir using the pore pressures in the shales. The fact that these two models have been shown to converge robustly in numerous predictions around the world demonstrates the robustness of the approach to predicting accurately the pressures in a reservoir.

## Errors in Reservoir Pressure Prediction

All predictions of reservoir pressures have intrinsic errors that are caused by a range of factors. The first and foremost factor is poor definition of the reservoir body due to seismic data limitations. Most centroid models assume a given extent of the reservoir. The reality is that these models may often have substantial errors. However, these errors can be reduced significantly through the application of other geophysical technologies that can reduce the uncertainty on the estimates of reservoir extent. One approach to estimating the extent of the reservoir is to take a statistical approach to the problem. In this approach, the most likely reservoir extent is determined by using basic seismic attributes such as amplitude and AVO analysis. The mapped extent of the reservoir from this approach is the P50 or most likely case. This model is then supplemented with a maximum extent case that is bounded either by the maximum extent of the fault block containing the reservoir, or the maximum structural extent defined by the structural spill point or other feature. My experience is that the maximum models tend to predict reservoir pressures that are close to failure or actually exceed the failure pressure using the fracture failure model described above. When the application of the P10 maximum model using centroid modeling produces a crestal pressure that greatly exceeds the predicted fracture pressure at the crest of the sand, this is a good indication that the maximum model is too large and should be reduced. A common sense approach to this prediction process can yield very good results.

One complicating factor in the prediction of reservoir pressures is the issue of reservoir connectivity and architecture. The actual extent of a given reservoir body can often be less than predicted from seismic data because of details of the reservoir architecture that are hidden by the seismic data. Such complexity is commonly observed in many geologic settings including deepwater environments. It is important that the geophysicist and geologist apply appropriate reservoir characterization technologies required to identify these reservoir complexities so that they can be included in the centroid models wherever possible. These methods can predict the presence of complexities that can complicate reservoir pore pressure models so that several realizations of the reservoir behavior can be considered. It is also often observed in drilling wells that sands in close proximity can exhibit very different pore pressures due to their stratigraphic configuration. For example, if two sands are drilled in a configuration where the first sand is penetrated near the crest of the sand body, this sand will exhibit a relatively high centroid pressure that is higher than the shale pressures. If the next sand has a larger vertical extent than the first sand and this sand is far from its crest, it can actually display a pore pressure that is significantly lower than the shales, and thus also significantly lower than the first sand. This situation is common in deepwater environments, and can lead to a situation where the mud weight required to control the first sand is much higher than the pore pressure in the lower sand body. In some cases, the pressure differences can be so large that the well can start losing mud into the lower sand body because its

                    Highly Confidential Per BP

TREX 011515.0067

fracture gradient is lower than the mud weight required to control the first sand body. This scenario can cause a complete loss of drilling margin that forces an operator to either plug the well or immediately case off the first high pressure sand to isolate it and avoid the situation where the well goes out of control due to the pressure differential across the two sand bodies.

Another critical factor in predicting reservoir pressures is to understand that velocity errors due to presence of gas or oil can cause errors in the centroid and fracture failure models. Typically, the presence of oil or gas will cause the velocities to decrease in the proximity of the reservoir. When this happens, it can affect the resulting pore pressures and fracture pressure estimates, which will then propagate errors into the reservoir pressure models. When this occurs, there are several options for how to address the errors. One approach is to select a centroid pressure value by moving laterally away from the reservoir at the centroid depth until the velocity and pressure values stabilize and no longer show the hydrocarbon-induced effects. This approach works well in less complex geologic settings. The second approach is to use an averaging method to smooth through the perturbation in the shale pressure regime that is caused by the Gassmann effects of the hydrocarbon fluids. Optimally, these two approaches should converge to the same answer if there are no complicating factors. When they differ from each other, the two separate estimates can be used to bracket the potential error in the prediction.

One last problem with centroid models is the prediction of pressures in depleted reservoirs that have not yet affected the encasing shales. When reservoirs have been depleted from geologic causes over long periods of time, the encasing shales will usually show a shale compaction halo around the reservoir that will exhibit higher velocity and density. This halo can be from a few meters to a hundred meters thick and typically tapers away from the reservoir as the shale slowly transitions back to its undrained condition away from the reservoir. The low permeability of shales means that the pressure depletion signatures take very long times to develop to the point where they can be detected by physical measurements. The problem with this fact is that reservoirs which have been depleted recently by production of the fluids will not produce a log signature in the shales because they will not have had the time to drain their fluids into the reservoir. In this scenario, there is virtually no way to predict the presence of the depleted reservoir, even if the seismic data were acquired after the reservoir was depleted.

The other significant challenge in drilling deepwater wells with narrow margins is managing the differences between the shale pressures and reservoir pressures related to centroid effects in complex stratigraphy. It is commonly observed that the sands will have different pressures, with some sands exhibiting influxes while others can exhibit low pressures that cause losses through invasion of the sands or fracturing of the sands in cases where the sand fracture gradient is anomalously low because of low pore pressures. In some cases, the sand fracture gradient can actually be less than the mud weights required to control other sands and maintain wellbore stability in the shales. When such a situation occurs, it can result in a complete loss of drilling margin. In extreme examples of this behavior, it is possible in complex deepwater stratigraphy for one sand to be penetrated high on its crest with very high influxes, while the next sand is penetrated well down structure with formation pressures that are 1-2 PPG lower because the

                    Highly Confidential Per BP

TREX 011515.0068

second sand extends much further up dip than the first sand. In such conditions, it is possible to create a situation where the mud weight required to control the first sand is much higher than the second sand, and the fracture gradient in the second sand is low enough that it is close to or below the mud weight that is required to control the first reservoir. In this situation, the well has a high risk of a well control event because the drilling operation is faced with an unstable situation where any change in MW can cause total losses or influxes. The normal option in this situation is to set casing as quickly as possible through the first reservoir to isolate the high pressure interval from the lower pressure sands so that the lower drilling margin situation can be remedied.

## The Loading Path and Current Compaction State of the Macondo M56 Reservoirs

The M56 reservoirs have undergone mechanical compaction for the majority of their burial history and have been primarily subject to significant undercompaction as the primary cause of abnormal pressure. Recently, the reservoirs have been buried deeply enough so that temperatures have increased to above 100 C. The 100 C boundary is critical because it is at this temperature where clay diagenesis is usually first observed. The well log velocity, porosity and density data for the M56 reservoirs and their encasing shales are indicative of rocks that have been compacted significantly and are just being subjected to thermal processes at depth. The interpretation that the M56 reservoirs are in the transition zone from mechanical compaction to diagenetic unloading is also consistent with the expert report of Dr. Andrew Hurst from Phase I of this trial where he discusses the "Golden Zone."

It is my view based on all of the available data that the M56 sands are just getting into the top of the diagenetic unloading window (100 C and hotter) and thus should show only modest cementation. The porosity values in the 22-25% range are also consistent with this state. The sands are reasonably well compacted but not heavily cemented yet. This is also most likely the reason why most of the RSWC samples fell apart. Many of them were not cemented sufficiently to survive the freezing and transportation procedure to the lab.

The M56 reservoirs at Macondo are part of a complex channel system that appears to have a significant lateral extent from the NW to the SE as shown in BP's pre-drill package (Dep. Ex. 9283). This system is in lateral hydraulic communication over an extended area such that the reservoir system has significant vertical extent both above and below the depths of the Macondo structure (Figure 32; BP-HZN-MBI00180472). The M56 reservoir section appears to have a crestal leak point to the SE at a nearby salt dome where the reservoir reaches depths of 13,000 to 14,000 feet. The reservoir also extends down-dip into a major syncline to the west and northwest at depths up to 25,000 feet (Figure 33; BP-HZN-MBI00180472). In contrast, the M57 sand section appears to pinch out at much greater depth as shown in the seismic display and thus should have a much deeper structural crest than the M56 reservoirs. This observation will be critical to the understanding of the pressure differences between the two reservoir intervals.

Highly Confidential Per BP

TREX 011515.0069

Highly Confidential Per BP          70



*Fig 33: Regional cross-section through the Macondo location showing the stratigraphy and interpretation of the M57 and M56 reservoirs and their down-dip and up-dip structure.*



*Fig 32: Seismic sections across the Macondo structure showing the structural setting around the well and the amplitude map for the M56 interval.*

The M56 was likely at lower effective stress (i.e. higher pore pressures) until recent geologic time when the structural tilting related to salt tectonics allowed the seals at the structural crest to the southeast to fail and allow fluids to move laterally in the system and bleed off the high pressures. BP notes this same issue in their pre-drill documents where they talk about "thief beds" in the M55 below the oil reservoirs that enable fluids to migrate laterally across the area. In fact, part of the reason the Macondo structure has oil columns in the local trap is because the Macondo structure is a downdip "protected trap" as shown in the model diagram above (figure 31). This is a common condition where a reservoir system can be leaking at its crest but still trap fluids in a down-dip position.



*Figure 34: BP final pressure prognosis with centroid pressure models based on GeoTap and MDT data from the Macondo well.*

To demonstrate the general condition of the M56 reservoirs and their relationship to the higher pressure M57 zone just above, I have constructed a diagram (Figure 34) using the "Drillability" plot from the Macondo Postwell Pressure Summary Excel file of May 17, 2010 that was prepared by Martin Albertin of BP (BP-HZN-2179MDL05114193). The Plot was simplified by removing some the data including the trip margin and kick margin curves to allow the curves for BP's final most-likely (ML) pore pressure, fracture gradient and overburden data is easy to see on the plot. The MDT data and GeoTap data were added to the plot to show how the pressure data match with the ML pore pressure curve on the plot. I have also added to the plot additional

                Highly Confidential Per BP

TREX 011515.0071

curves that represent (1) the computed brine pressure gradient for the M57C sand, (2) a brine gradient for the M56B and C sand along with a gas column tied to the M57A sand, and (3) an oil column for the M57D and E sand and the imputed brine gradient that should exist downdip of the oil column. The brine curves for all 3 models were extended to the assumed crestal depths for each zone, which coincide reasonably with the general trend of the fracture gradient at the Macondo well. It is important to note that this analysis would normally project the crestal failure pressure in 3D to the actual position where the crest is located. In this case, I did not have the luxury of having a full 3D pore pressure and fracture gradient model to work with, so the ML shale fracture gradient at the Macondo well must be used as an assumed proxy for this curve.

The reservoir pressures measured at the Macondo well before the blowout represent the in-situ reservoir condition that has been created by the interaction of the reservoirs and their encasing shales with the structures created by the large scale sedimentary and salt diaper deformation which is occurring as the sediments are buried progressively deeper with time. As noted above, each of the hydrocarbon zones are likely in communication with brine saturated sands somewhere in the subsurface as these sands must provide hydraulic migration pathways to allow the hydrocarbons to migrate into sands that were 100% wet at some earlier date. In the case of the M56A gas zone, I have inferred that this reservoir is likely possibly to the M56B and M56C sands or other sands nearby that are cross-talking hydraulically to all of these sand bodies. For simplicity's sake, the brine curve for the M56B and C sands has been constructed so that it ties these sands but also allows a gas column to exist in the M56A sand that is connected down-dip at some point. Another interpretation would be that the M56B and C sands are completely isolated from the M56A sand in which case a separate brine curve would need to be constructed for the M56A sand that might look slightly different. Without further data, there is no way to distinguish between these two options, so I merely note that there is room for interpretation here.

The M56D and M56E sands, assuming the fluid column of about 750-800 feet based on the seismic and a local structural crest at about 17,800 feet, will be connected to an aquifer that is tied to the oil-water contact downdip. For the purposes of this discussion, I have simply drawn the brine curves for both the M56D-E brine pressures and the M56 B-C brine pressures to show their presumed crestal failure tie point to the fracture gradient curve with the understanding as stated above that I was not able to do a full 3D study over a larger area as part of my work for this case. It is important to note at this point that the overall structure of the brine curves is consistent with the structural setting documented in BP's pre-drill report that was cited earlier. I note here that the log data for the shales around the M56 sands do show slightly higher densities but the velocities are not changing very much compared to the M57 higher pressure section above. These observations support the contention that the M56 reservoirs have not been at their current lower pressures for a very long period of time or the shales would start to show evidence of pressure bleed off into the reservoirs that would produce depressurization halos. The drilling data discussed in my expert report from Phase I of the trial (p. 34 of my Phase One report) also support the notion that the shales are at higher pressures than the M56 sands at the present time.

In the case of the M57C sand system, it is clear that this higher-pressure sand body that had measured pressure of 14.15 PPG based on MDT and GeoTap data is a totally separate hydraulic system from the M56 sands, as I discussed in my Phase One report. The M57C is a brine-saturated sand that is overpressured relative to the encasing shales and thus out of equilibrium

                                    Highly Confidential Per BP

TREX 011515.0072

with the shales at the Macondo well location. Analysis of the log data at this interval confirms the fact that the shales just above and below the M57C have anomalously low velocities suggesting that the M57C sand is transmitting pressure into the adjacent shales to create a "pressure halo" around the sand body. The measured brine pressure in the M57C sand can also be used to construct a brine centroid pressure model for this interval. It is noted that even though this higher pressure brine sand is located at a shallower depth than the M56 sands, the brine model will intersect the fracture gradient at a much greater depth of about 16,000 feet. This means that the seal failure point for this sand must actually occur deeper in the section or the sand would begin to bleed off pressure and the high measured pore pressures would not be sustainable. This observation and the sharp changes in the pore pressures of the M56 and M57 sand systems demonstrates how critical it is to understand the interplay between the sand architecture and connectivity and the relationship of these properties to the overall basin structural setting and shale pressure regime if one expects to be able to predict reservoir pressures and properties and then utilize them for the purposes being discussed in this and other expert reports for this case.

### Extended Opinion Regarding Current Pressure, Temperature and Rock Properties of the Macondo M56 Reservoirs

With the general concepts that precede this conclusion section in mind, I would like to address some of the statements that BP has indicated will be subjects of testimony from Dr. Ann Marchand. She appears to argue for significant cementation (and implicitly lower compressibility) in the quartz-rich sands in the M56 interval based on arguments about the effect of temperatures above 200 degrees F on these cementation of the quartz. She argues for "rigid" behavior of the sands but does not cite any sources or real data to back up these assertions. I would offer the following comments to explain why I believe that her overall view is incorrect and that the M56 sands are currently in a pressure and temperature condition where only patchy and weak cementation will exist that will not result in rigid behavior.

As a general rule, we do not normally see significant quartz cementation until temperatures reach the 150-170 C range during the onset of chemical compaction. When we run compaction and diagenetic unloading models in pore pressure prediction work, the normal approach is to invoke diagenetic unloading (clay diagenesis that expels water from the interlayers to drive up the pore pressure) at temperatures above 80-100 C. The typical response of the rocks to this process is to show a significant reduction in the seismic and sonic log velocities, but no decline in density. This is the classic "onset of hard pressure" and signifies the point at which the water explusion from the clay minerals pushes back against further compaction and prevents the porosities from dropping further with depth. This zone of diagenetic unloading can be several hundred to several thousand feet thick according to the rates of loading from above and the geothermal gradient in the area.

As you bury the rocks deeper, the temperatures continue to rise and you get to a point where the cementation effects become significant enough that the seismic and sonic log velocities start to increase due to cementation effects even though the pore pressures remain high. This is also the point at which the reservoir quality begins to deteriorate significantly due to cementation and porosity loss due to deformation creep and the compressibility of the reservoirs declines

                    Highly Confidential Per BP

significantly as porosities drop into the 10-15 percent range (much lower than the porosities at Macondo). At these conditions, the reservoir sonic velocity and density will increase more rapidly than the shales so that you tend to get high-impedance reservoirs that are much higher velocities (13,000 to 15,000 ft/sec) while all velocities including the shales will begin to increase as cementation increases over time. The velocity and density data from the M56 reservoirs indicate that mild cementation may be present but should be poorly developed such that the reservoirs are still going to be mainly friable sandstone that will be highly variable and weak in its degree of cementation. The sonic velocities in the M56D and M56E sands are in the range of 11,000 to 13,000 ft/sec with total porosities in the 21-25% range and effective porosities that are nearly equal to total porosity. These rock properties do not support the premise that there is significant cementation in the reservoir rocks in this interval.

The other factor that Ann Marchand does not discuss in her brief comments is that the degree of quartz cementation is also a function of the effective stress on the grains. The quartz dissolution (this dissolution to get the silica into the brine has to happen before cementation can occur) is usually driven by high stress contact points in the wetted quartz where the point-loading of the grains on each other enables the silica to dissolve into the boundary layer of water and move around as dissolved solids in the brine fluid. Once the silica moves away from the high stress area, it will precipitate elsewhere in a lower stress (i.e. lower boundary energy) environment. The fact that the effective stresses are so low in the M56 sand will act to suppress the cementation processes significantly. The pore pressures in the M57C sand just above the oil sands is much higher (13,000 psi) with overburden of 14,490 psi which is an effective stress of only 1490 psi, or half of the M56 sand effective stress (around 3000 psi). It is my view that the M56 sands were also pressured similarly to the M57C reservoir until recent times when the seals began to leak and caused the pore pressure to drop and effective stress to increase. As such, the amount of time available for the sands to "cement themselves up" has been limited.

All of these factors combined lead me to the conclusion that Dr. Marchand's view of cementation in the M56 reservoirs is simply not supported by the data and observations from the Macondo well.

          Highly Confidential Per BP

TREX 011515.0074

## VIII.  SPECIFIC CONCLUSIONS

### 1.  Reservoir Size and Connectivity

BP's experts attempt to reduce the total size and connectivity of the reservoir using a combination of geophysical and engineering data, much of which does not and cannot support their conclusions. The inversion analysis provided by BP is clearly myopic and cannot resolve all of the reservoirs. Furthermore, the application of low, middle and high side estimates based on that inversion scheme is not supportable. The integration of all of the available data including my analysis from Phase I of this trial leads to the conclusion that the M56 reservoirs are part of a large depositional system of sand bodies that are connected across a large area, and that any attempt to make them as small as claimed by BP's experts is not reasonable. It is my opinion that the BP reservoir size from their pre-drill estimates are a better estimate of the reservoir size than are the results of Dr. Torres-Verdin's work.

### 2.  Reservoir Compressibility

BP's experts attempt to reduce significantly the reservoir compressibility of the Macondo M56 reservoirs from the value that they had accepted for their own computations after the blowout by using core measurements that have been clearly shown to be unsuitable for the purpose. The correct UPVC value that should be used for the average reservoir compressibility of the Macondo M56 reservoirs is 12 microsips, which is the same value that BP had been using for their own computations. It is possible that the overall value is even higher.

### 3.  Reservoir State of Compaction, Cementation and Permeability

BP's experts wish to characterize the M56 reservoirs as tight, cemented competent sands that are strong from a geomechanical perspective and will not permit large volumes of oil to move into the Macondo well during the blowout. The well log, core, pore pressure and other supporting data including analogs from other nearby fields demonstrate very clearly that these assertions are false. The M56 reservoirs have existed at relatively high pore pressures and low effective stresses through most of their lifetime, and that pressure regime combined with low to moderate temperatures below 100 C for most of their lifetime has resulted in moderate states of compaction as demonstrated by the well log and core data measurements. The permeabilities of the M56 reservoir are likely in the 500 mD range as an average with some zones possibly having even higher permeability values.

### 4.  Material Balance Calculations

BP's experts attempt to reduce the total mass balance so that the total oil spilled from the Macondo well can be reduced. This computation is based on faulty assumptions for the reservoir volume, permeability and compressibility. Given the fallacy of the assumptions, the final computations for material balance are also lower than is reasonable.

Attached below: Appendices A, B and C

Highly Confidential Per BP

TREX 011515.0075

**CURRICULUM VITA**                                    **APRIL 2013**

### ALAN R. HUFFMAN Ph.D.
18 Carriage Pines Court
The Woodlands, Texas 77381
Cell: (281)-744-4338
Residence: (281)-681-1481
email: a.huffman@sigmacubed.com

## CAREER SUMMARY



A senior energy executive and proven oil finder with over 25 years of experience in international and domestic exploration and production in both conventional and unconventional plays.

Recognized internationally as a technology leader in several areas including pore pressure prediction, rock physics, seismic detection of hydrocarbons, seismic analysis technologies, and shock wave and stress effects in natural materials.

Accomplished in all aspects of E&P including project management, exploration portfolio management and risking, business development and mergers and acquisitions. Experienced in corporate planning and strategy, corporate recruiting, personnel development and integration of technology into a global business enterprise. Personal traits include excellent leadership, communication, and interpersonal skills. Maintains strong interfaces with customers, academic institutions, government and commercial partners. Previous experience includes computer software design and implementation, hardware/software integration, and technology commercialization in the petroleum industry.

## EDUCATION

- **1990;** Ph.D, Geophysics, Texas A&M University, College Station, Texas
- **1983;** B.A., Geology, Franklin and Marshall College, Lancaster, Pennsylvania

## EMPLOYMENT HISTORY

**Sigma³ Integrated Reservoir Solutions Inc.**                    **January 2011 to Present**

**Chief Technology Officer.** Duties include P&L responsibility for Fusion subsidiaries of Sigma³ and management and implementation of technology and R&D across the value chain of the business. FusionGeo Inc. and its subsidiaries were merged into Sigma³ in January of 2011 in a private equity transaction.

**Fusion Petroleum Technologies Inc.**                    **January 2007 to December 2011**

**Chairman & CEO.** Duties include P&L responsibility for the enterprise including all subsidiaries and global growth of the company. Also President and CEO of all Fusion subsidiaries under Sigma³ holding company. Designed and completed two major acquisitions including Renegade Geophysics LLC in 2007 and 3DGeo Inc. in 2008.

84                              Highly Confidential Per BP

TREX 011515.0084

Huffman, A.R., and Castagna, J.P., (2000), Shallow Water Flow Prediction From Seismic Analysis Of Multicomponent Seismic Data, Proceedings of The Offshore Technology Conference, May, 2000.

Huffman, A.R., Brown, J.M., and Carter, N.L., (1990), Temperature-Dependence of Shock-induced Microstructures in Tectosilicates, in: S. C. Schmidt et al (editors), Shock Compression of Condensed Matter 1989, Elsevier: 649-652.

Huffman A.R., Brown, J.M., Carter, N.L. and W. U. Reimold, (1993), The Microstructural Response of Quartz and Feldspar to Shock Loading at Variable Temperature, Journal of Geop. Res., vol. B98. no. 12: 22171-22197.

Huffman, A.R., Crocket, J.H., Carter, N.L., Borella, P.E., and Officer, C.B., (1991), Chemistry and Mineralogy Across the Cretaceous/ Tertiary Boundary at DSDP Site 527, Walvis Ridge, South Atlantic Ocean, in, V.L. Sharpton and P. Ward, editors, Global Catastrophes in Earth History, GSA Special Paper 247: 319-334.

Huffman A.R., Meyer, J., Gruenwald, R., Buitrago, J., Suarez, J., Diaz, C., Munoz, J.M., Dessay, J., (2013), Recent Advances in Pore Pressure Prediction in Complex Geologic Environments, Offshore Technology Conference, Houston, Texas, May, 2013.

Huffman, A.R., and Reimold, W.U. (1996), Experimental Constraints on Shock-Induced Microstructures In Naturally Deformed Silicates, Tectonophysics, vol.256: 165-217.

McCartney, K., Huffman, A.R., and M. Tredoux, (1991), A Paradigm for Endogenous Causation of Mass Extinctions, in V.L. Sharpton and P. Ward, editors, Global Catastrophes in Earth History, GSA Special Paper 247: 125-138.

Moreno, C., Perez, M. A., Meyer, J., Huffman, A. R., Etemadi, M. and Benkovics, L., (2009), Exploration Prospect Interpretation and Risking Using Modern Geophysical Technology – Hydrocarbon Prospecting in Deepwater Trinidad Using AVO and Spectral Decomposition, Proceedings of The Offshore Technology Conference, May 2009.

Moreno, C., Castagna, J. P., Huffman, A. R., and Bertagne, A., (2003), The Vp/Vs inversion procedure: A methodology for shallow water flow (SWF) prediction from seismic analysis of multicomponent data, Proceedings of The Offshore Technology Conference, May 2003.

Swarbick, R.E., Huffman, A.R., and G.L. Bowers, (1999), Summary of The AADE Forum: Pressure Regimes In Sedimentary Basins and Their Prediction, The Leading Edge, SEG, vol. 18, no. 4: 511-513.

**PERSONAL HISTORY**

| | |
|---|---|
| **Born:** | March 7, 1960, Philadelphia, PA |
| **Married:** | August 13, 1983, to Maria Beverly Nellett |
| **Wife's Profession:** | Registered Nurse (BSN, RN, CCRN) |
| **Children:** | One daughter, Andrea Lynn, age 25 years |
| **Health:** | Excellent |
| **Citizenship:** | U.S. |

**REFERENCES:** available upon request

Highly Confidential Per BP

TREX 011515.0095