

11,550
Exhibit No.
Worldwide Court Reporters, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO ON APRIL 20, 2010
MDL 2179

REBUTTAL EXPERT REPORT:
RATE PREDICTION FROM THE MACONDO WELL

Prepared on Behalf of the United States

Prepared by:
Mohan Kelkar
Kelkar and Associates, Inc.
528 East 104th Street
Tulsa, OK 74137

June 10, 2013

*Mohan Kelkar* (signature)

———————————
Mohan Kelkar

## TABLE OF CONTENTS

List of Figures ............................................................................................................................ 2

List of Tables ............................................................................................................................. 3

Executive Summary .................................................................................................................. 4

Section I.  Rate Predictions through the Capping Stack ........................................................... 6

    Dr. Lo's Capping Stack Analysis ....................................................................................... 7

    Capping Stack Critiques of Drs. Sundaresan and Strickland ............................................... 8

    Impact of Macondo Fluid Model ........................................................................................ 8

    Pressure Drop through Tubing .......................................................................................... 10

Section II.  Material Balance Analysis .................................................................................... 11

    Conversion of Reservoir Fluid to Stock Tank Barrels ...................................................... 11

    Estimate of Original Oil in Place ...................................................................................... 13

    Formation Compressibility ................................................................................................ 15

    Response to "Well Test" Analyses by Drs. Blunt and Gringarten ..................................... 16

Section III.  Uncertainty Analysis of Total Amount of Oil Spilled ......................................... 24

Information Required By The Federal Rules of Civil Procedure ........................................... 27

Appendix A. Response to Critiques of Choke Calculation .................................................. A-1

Appendix B.  Response to Dr. Strickland's Pressure Drop Analysis ................................... B-1

Appendix C.  Analysis of the Impact of Aquifer on Total Volume Released ...................... C-1

Appendix D.  Supplemental Facts and Data Considered in Forming Our Opinions ......... D-1

LIST OF FIGURES

Figure 1: Comparison of Zick and Whitson Models in Calculating Rates through the Choke Line........................................................................................................................ 9

Figure 2: Effect of Temperature Dependent Binary Coefficients on Rate Calculations through Choke Line ................................................................................................... 10

Figure 3: Pressure Responses Including Convolved Derivatives by Including..................... 18

and Ignoring Choke Valve Changes..................................................................................... 18

Figure 4:  Influence of the Magnitude (54,000 vs. 45,000 STB/day) ...................................... 19

Figure 5: Monte Carlo Simulation. X values are input parameters, y is oil removed .......... 26

Figure 6: Distribution of Oil Removed (Spilled) ..................................................................... 27

Figure 7: Strickland Report – Figure 3 ................................................................................. B-2

Figure 8: Calculation of Bottom Hole Pressure using PROSPER program for different BOP pressures (more restrictive flow configuration)............................................................. B-3

Figure 9: Calculation of Bottom Hole Pressure using PROSPER program for different BOP pressures (more realistic flow configuration than Stickland's configuration)........... B-5

Figure 10: Schematic of Aquifer connected to the reservoir ................................................. C-1

Figure 11: The amount of oil spilled from Macondo Reservoir including the influence of an aquifer .................................................................................................................... C-4

`<br>`

LIST OF TABLES

Table 1: Rate Comparison for different Choke Settings – Zick vs. Whitson EOS Models ... 9

Table 2: Data of Oil Released starting with 100 barrels of Reservoir Fluid (Whitson) ....... 12

Table 3. HCPV Used by Different Experts ............................................................................... 14

Table 4: Bulk Volume Uncertainty as reported in BP's Macondo Pre-Drill Report ........... 15

Table 5: Uncertainties in Input Parameters .............................................................................. 24

Table 6: BHP Values at Various Rates ..................................................................................... B-1

Table 7: Tubing Configuration .................................................................................................. B-2

Table 8: Simplified Flow Configuration ................................................................................... B-4

Table 9: Parameters used to Investigate the Influence of Aquifer ........................................ C-2

EXECUTIVE SUMMARY

In our initial expert report, submitted on March 22, 2013, we calculated the flow rate of oil from the Macondo well on the last day of the spill (54,000 stock tank barrels), as well as the cumulative amount of oil spilled from the reservoir over approximately 86 days (4.5 to 5.5 million stock tank barrels). In reports submitted on May 1, 2013, some of defendants' consultants challenged certain aspects of our analysis. We respond to those challenges here and adjust our cumulative flow estimates slightly based on a more detailed evaluation of the uncertainty surrounding certain input parameters.

Importantly, there were a number of aspects of our analysis that were either *not* challenged by defendants or where their analyses are consistent with ours. For example, the only analysis of flow rate through the capping stack on the last day, presented by Dr. Simon Lo on behalf of BP, calculates a mass flow rate almost identical to ours (and to that calculated by United States' expert Dr. Nathan Bushnell using the same methodology). Other instances where defendants' conclusions are consistent with ours are:

- Dr. Gringarten's average reservoir pressure calculations are consistent with ours: we calculated an average pressure of 10,396 psia while Dr. Gringarten obtained a range from 10,364 to 10,460 psia.
- Our average estimate of hydrocarbon pore volume in the original report was 264 million reservoir barrels. Dr. Blunt predicts a value of 258 million reservoir barrels, BP's own internal estimate is 256 million reservoir barrels, and Dr. Torres-Verdin's mid-point estimate is 259 million reservoir barrels. These values show remarkable consistency among various engineers that have examined the issue.
- In our initial report we used an initial formation volume factor ($B_{oi}$) value of 2.14 bbl/STB. This value is consistent with the oceanic analysis provided by Dr. Curtis Whitson on behalf of BP. Dr. Whitson predicted a value of 2.08 to 2.14 bbl/STB. This value of 2.14 was also used by BP's Phase 1 expert Morton Emilsen.[1]

Based on our evaluation of the defendant experts' reports as well as our own subsequent analysis, we have reached the following conclusions:

**Rate Calculations through Capping Stack**
- The oil flowing through the well on the last day before the well was finally shut-in was approximately 54,000 STB/day. In our initial report, we calculated this rate using the fluid model developed by United States' expert Dr. Aaron Zick, as well as black oil tables generated by BP in June 2010. We have now confirmed this rate using the fluids model provided by Dr. Whitson on behalf of BP.
- Our analysis and calculated rate is further confirmed by the United States' Computational Fluid Dynamics (CFD) expert Dr. Bushnell as well as by Dr. Lo, both of whom did CFD analysis of flow through the capping stack on the last day of the spill.

---

[1] TREX 7401, Morton Emilsen Expert Report (Oct. 17, 2011), p. vi, Section 1.7, 3.2 of Appendix W.

CONFIDENTIAL

4

- Dr. Lo's mass flow rate calculations provide essentially the same values as ours, putting aside his unreasonable assumption that 10% of the oil released into the ocean should not be included in his calculation of stock tank barrels because it allegedly dissolved in the Gulf of Mexico.

**Macondo Fluid Analysis**
- As noted above, our value of initial formation volume factor of 2.14 is consistent with that calculated by various fluids experts on behalf of BP. The United States' fluids expert Dr. Aaron Zick[2], using his own ocean separation methodology that accounts for liquid dropout, predicts a value of 1.972 to 2.045 bbl/STB. We conclude that this value is more appropriate since Dr. Whitson's analysis ignores the stock tank oil that will drop out of the gas phase as the reservoir fluid flows through the ocean.
- Dr. Blunt and Dr. Gringarten used the laboratory tests to represent $B_{oi}$. Because their values are based on single stage separation compared to oceanic separation (as analyzed by both Dr. Zick and Dr. Whitson), those values under-represent the stock tank oil volumes.

**Estimate of Original Oil in Place in the Macondo Reservoir**
- Dr. Blunt is incorrect in stating that we did not include geology in our initial report. In our original report, we relied on BP's own interpretation of geology and seismic data to estimate our original oil in place.
- In this analysis, because of problems associated with the analysis done by Dr. Torres-Verdin, we use BP's original pre-drill report to determine the distribution of initial oil in place. Our analysis indicates that 60.4 MMSTB represents the 10 percentile value, 125.5 MMSTB represents the 50 percentile value and 254.1 MMSTB represents the 90 percentile value.
- Based on analyses by United States experts Drs. Roegiers and Huffman, we conclude that, despite the conclusions set forth in the report by Dr. Zimmerman on behalf of BP, our most likely value of formation compressibility from our initial report – 12 microsips – is reasonable.
- We also show that the amount of hydrocarbon pore volume present in the reservoir based on our own values as well as Drs. Blunt, Torres-Verdin and BP's internal experts are consistent with one another, ranging from 256 million to 264 million reservoir barrels. These reservoir barrels can be converted to standard conditions using initial $B_{oi}$. For example, using a $B_{oi}$ of 2.14 and Dr. Torres-Verdin's pore volume estimate of 259 million barrels we derive an original oil in place of approximately 121 MMSTB.

**Well Test Interpretation**
- 

- It is a fundamental tenet of well test analysis that one must account for the specific rate schedule that occurred just prior to the test. Here, Dr. Blunt has completely ignored the

---
[2] Dr. Zick, A.: "Expert Rebuttal Report," June 10, 2013.

TREX 011550.0006

rate variation that occurred just prior to shut-in as the choke valve closed, and Dr. Gringarten has not given adequate explanation as to how he handled this rate variation.

- 

- 

- 

- Dr. Gringarten focuses his criticism of our average reservoir pressure calculation on the methodology we employed. This is entirely irrelevant since our calculated average reservoir pressure (10,396 psia) is in the middle of the range indicated by Dr. Gringarten (10,364 to 10,460 psia).

**Total Volume of Oil Released**
- Using a Monte Carlo simulation method, we developed an uncertainty distribution of the cumulative volume of oil released over the approximately 86 days of the spill, using the material balance analysis done in our initial report. The average value of oil released is 5.9 MMSTB with 10 percentile value equal to 8.3 MMSTB and 90 percentile value equal to 3.7 MMSTB. These values are calculated based on the assumption that there is no aquifer supporting the reservoir.
- Dr. Blunt's calculation of cumulative oil released is incorrect because he uses overly conservative inputs to his material balance calculation.
- Dr. Gringarten's cumulative oil released calculations are unreliable because his calculation of bottom hole pressures is incorrectly assumed to be independent of the rate profile.

SECTION I. RATE PREDICTIONS THROUGH THE CAPPING STACK

In our original report, we calculated flow rates through the capping stack as the well was progressively shut by closing a choke valve, and concluded that the flow from the well on July 15 was approximately 54,000 STB/day. In addition, we calculated the rates through the kill line during the same time period and obtained similar rates. None of the reports submitted by defendants directly challenge our flow rate calculations through the capping stack. Instead, a few of the defendants' reports present disjointed critiques of our capping stack analysis that are inconsequential. Indeed, only BP's Dr. Lo[3] presents a calculation through the capping stack, using a methodology that is very similar to that used by United States expert CFD modeler Dr. Nathan Bushnell. Notably, Dr. Lo's base analysis results in mass flow rates that are remarkably close (less than 1% difference) to the rates calculated by Dr. Bushnell and in our original report.

---

[3] Dr. Lo, S. Report: "CFD Analysis of the flow Through Capping Stack," May 1, 2013.

Specifically, we first address the reports of Dr. Simon Lo (BP), Dr. Sankaran Sundaresan[4] (Transocean) and Dr. Richard Strickland (Halliburton).[5] All three reports evaluate our rate calculations through the capping stack. We then evaluate the influence of fluid models provided by Dr. Whitson (BP) on our analysis, and provide a critique of Dr. Strickland's analysis of pressure drop in the wellbore.

**Dr. Lo's Capping Stack Analysis**

Dr. Simon Lo used a Computational Fluid Dynamics (CFD) methodology to calculate the flow rate through the capping stack just before the well was shut in on July 15. Similar to our calculations, Dr. Lo also calculates the rates through both choke and kill lines, and his analysis is essentially the same as that done by United States expert CFD modeler Dr. Nathan Bushnell. Dr. Lo criticizes our model in four respects:

1. <u>We used a one-dimensional model instead of a three dimensional model.</u> It is true that we used one dimensional model to calculate pressure drop across the capping stack; that model obtained virtually the same results as Dr. Lo. Moreover, what we used is indeed a standard industry practice. If one examines any commercial software today which is commonly used in the oil industry, every one of them uses a one dimensional model to calculate pressure drop across pipelines, tubing and restrictions. CFD modeling is not used to calculate the pressure drop across the restrictions unless there is a special need for highly precise calculations through finely defined flow paths, which is not strictly necessary for purposes of calculating flow through the capping stack. Our model is further validated by the fact that the flow rate we calculated through both the choke line and the kill line are consistent with Dr. Bushnell's and Dr. Lo's mass flow rate results.

2. <u>We used lower fluid temperature.</u> In our report, we showed that the temperature uncertainty has some effect on the calculations of the rate. We write in our report that the temperature change by 20 F results in about maximum of 2% error. The rate is lower when the temperature is higher. This number is consistent with Dr. Lo's observation that 20 F difference results in 1.7% error in his calculations. Because BP did not take any continuous temperature measurements at the exit, we do not know that value with certainty.[6] We, therefore, simply assumed certain temperature uncertainty and calculated the impact of temperature variation on the flow rate.

3. <u>We did not account for Exit Loss.</u> Dr. Lo is simply incorrect. We did account for the exit loss in our model. Figure 1 of our report clearly shows a K factor value equal to 1 to account for pressure loss associated with sudden expansion in the ocean.

4. <u>We did not account for slippage.</u> Once again, Dr. Lo is incorrect. We did account for slippage between gas and liquid flows. We used a commercial model PROSPER to do all our

---

[4] Dr. Sundaresan, S. Report: "Estimates of Flow Rates Preceding Shut-in on July 14-15, 2010," May 1, 2013
[5] Dr. Strickland, R. Report, May 1, 2013.
[6] Indeed, the temperature measurement relied on by Lo was not taken by BP.

CONFIDENTIAL
7

TREX 011550.0008

calculations.[7] PROSPER uses standard two phase flow equations to calculate the pressure drop across each of the components including pipelines and other segments. For multi-phase flow, it calculates the appropriate flow regimes and determines the slippage across the two phases. We included those effects in our model.

**Capping Stack Critiques of Drs. Sundaresan and Strickland**

Both Dr. Sundaresan (Transocean) and Dr. Strickland (Halliburton) also criticize our rate calculations through the choke as well as through the kill line. However, they do not provide an independent assessment of the rates.[8] We respond to the reports by Drs. Sundaresan and Strickland in Appendix A.

**Impact of Macondo Fluid Model**

Finally, although none of the defendants challenged our selection of fluid model, for purposes of completeness we have run additional sensitivities on our capping stack calculations using Dr. Whitson's EOS model.[9] In doing our original rate calculations we had used the compositional EOS developed by Zick as well as black oil tables developed by BP in 2010. The rates calculated using those two fluid models deviated by less than 0.5%. To further confirm that our rate calculations are not significantly impacted by fluid properties, we repeated our exercise using Whitson's EOS.[10] Figure 1 below shows the plot of our flow rate calculations as the choke valve is closed prior to shut-in, using the Zick and Whitson EOS models. Table 1 shows a comparison of the calculated rates. As can be seen, the differences in the two rate calculations are negligible.

---

[7] PROSPER – System Analysis Program, V. 11.5, Petroleum Experts, Edinburgh, U.K.
[8] Dr. Strickland does calculate a rate by evaluating the pressure drop through the tubing. We address that analysis below.
[9] Dr. Whitson, C.: "Expert Report of Curtis Hays Whitson, PhD," May 1, 2013.
[10] We wanted to compare the two EOS models; one generated by our expert Zick and one generated by Dr. Whitson for BP. Since we ran our initial analysis with Dr. Zick's compositional model, we compared the results with Whitson's compositional model rather than the black oil tables he generated for PROSPER. Indeed, Dr. Whitson's report included a warning to those using his PROSPER black oil tables: "Any Prosper applications using black-oil PVT tables for the DWH Incident will, as a result, be uncertain when the fluid at issue is near-critcal, and should be validated using an EOS-based compositional version of Prosper." Whitson Report, p. 34.

temperature.[11]  PROSPER can only accept one set of binary coefficients.  In Figure 1 we used the binary coefficients corresponding to 243 F (reservoir temperature).  To ensure that this effect is not significant, we also calculated the rates by setting Dr. Whitson's binary coefficients to correspond to 180 F, the lowest wellhead temperature used in the sensitivity analysis in our initial report.  Figure 2 below shows the comparison of flow rates calculated using Dr. Whitson's EOS with binary coefficients set at 243 F and at 180 F.  As shown in Figure 2, the difference is negligible.



**Figure 2: Effect of Temperature Dependent Binary Coefficients on Rate Calculations through Choke Line**

We also compared the flow rates through the kill line using Whitson's model.  As expected, we found that the difference between the Zick model and the Whitson model was negligible (52,000 STB/day for Zick's model versus 51,250 STB/day for Whitson's model).

**Pressure Drop through Tubing**

Dr. Strickland's report[12] also evaluates pressure drop through the Macondo well bore.  Unfortunately, his methodology is based on an overly restrictive well flow and does not reflect the true Macondo well bore configuration.  Because of the overly restrictive tubing flow – through only the drill pipe inside of the BOP – Dr. Strickland's flow rates are too low and unreliable.   These rates are not reflective of what is observed on the last day before the well was shut-in, or at any other time over the course of the blowout.  Because his fundamental assumption is wrong, his analysis is unreliable and should be disregarded.  We discuss Dr. Strickland's pressure drop analysis in Appendix B.

---

[11] Dr. Whitson, C.: "Expert Report of Curtis Hayes Whitson, PhD," May 1, 2013, p. 16.
[12] Dr. Strickland, R.: "Expert Report," May 1, 2013.

CONFIDENTIAL

TREX 011550.0011

### SECTION II. MATERIAL BALANCE ANALYSIS

Material balance analysis is a method based on conservation of mass. The unique advantage of this technique is in its simplicity. For oil reservoirs, to apply the material balance technique, we need to know how much oil volume was present in the reservoir at the beginning and how much oil volume was present at the end. Knowing the two, we can calculate the amount of oil produced from the reservoir. The input parameters needed to apply material balance are volume of oil in place at the beginning, the initial and final reservoir pressures and the total compressibility of the reservoir.[13] In addition, if an underlying aquifer is influencing the production, we will need to know also the size, shape and other properties of the aquifer.

In our original report, we applied the material balance technique to calculate the amount of oil released. We explained that the amount of oil released – based on a sensitivity study – was in the range of 4.5 to 5.5 million stock tank barrels. We did not explicitly consider the impact of an aquifer in our analysis; however, we did state in our report that our predicted results are conservative because any influence from an aquifer would result in an additional volume of oil released.

In this report, we formalize our analysis by quantifying the uncertainties in the amount of oil released. Rather than performing a sensitivity analysis (where we discretely understand the impact of various input parameters) we have conducted a more exhaustive Monte-Carlo simulation to understand the impact of various input parameters. Based on our Monte Carlo simulation, we conclude that our best estimate of the total volume of oil spilled from the Macondo well is 5.89 MMSTB, with an absolute lower and upper bound of 2.5 MMSTB to 11 MMSTB. We do not believe the actual amount of oil spilled is close to the range of either the upper or lower bound. Rather, we conclude that the average generated by our rigorous Monte Carlo analysis represents our best estimate of the total amount of oil spilled from the Macondo well.

### Conversion of Reservoir Fluid to Stock Tank Barrels

In our original report, we used the equation of state (EOS) developed by United States fluids expert Dr. Aaron Zick to represent the Macondo fluid properties in our analysis of calculation of flow rates through choke as well as kill line. We compared our results with black oil model generated by BP in June of 2010, which was also based on compositional modeling. As discussed above, we compared our flow rate results using Whitson's compositional model and our results are similar.

What is common in these three models is the assumption that the oil is separated using a multi-stage process. Both Dr. Blunt and Dr. Gringarten use single stage separation properties to calculate the formation volume factor for oil.[14] Dr. Blunt claims that it is better to use single

---

[13] Because of the simple nature of material balance analysis, it can be greatly influenced by uncertainty in the input parameters.

[14] Dr. Blunt, M.: "A Calculation of the volume of Oil Released during the Deepwater Horizon Accident," May 1, 2013, p. 27; Dr. Gringarten, A.: "Well Test Analysis," May 1, 2013, p. 58.

CONFIDENTIAL

11

Table 3. HCPV Used by Different Experts[18]

|  | HCPV MM res bbls |
|---|---|
| Blunt | 258 |
| BP | 256 |
| Kelkar and Raghavan | 264 |
| Torres-Verdin | 259 |

These numbers are remarkably – and, we believe, indisputably – close to each other, and illustrate that the hydrocarbon pore volume we used in our original report is consistent with what BP engineers have used.

It is worth discussing Dr. Carlos Torres-Verdin's report briefly to further clarify the numbers he has reported. The standard industry practice in reporting the uncertainty in reservoir volumes is to provide three possibilities: 10th percentile (P10), 50th percentile (P50), and 90th percentile (P90) values. Dr. Torres-Verdin relies on seismic consultant Fugro-Jason to interpret the Macondo seismic data and make recommendations about the reservoir bulk volumes. In several early versions of a Fugro-Jason presentation provided with Dr. Torres-Verdin's report, the three volumes are identified as P10, P50 and P90 (standard nomenclature in the industry).[19] Strangely, in all the later versions, this nomenclature is removed.[20] Instead, the nomenclature of low, middle and high values is used. In his report, Dr. Torres-Verdin then goes on to state that the low value is the most likely value because the degree of shale laminations within sand units are not included.[21] This is true, except that seismic resolution precludes small shale laminations within sand units as well as small sand fingering within shale units. The two should cancel each other since error in seismic resolution can go both ways. Secondly, shale content in sand is already considered since the effective porosity within each unit already accounts for any presence of shale within the unit.

---

[18] Dr. Blunt, M.: "A Calculation of the Volume of Oil Released during the Deepwater Horizon Incident," May 1, 2013; we calculated HCPV in Blunt's report by multiplying STOIIP for mid-case on p. 51 with appropriate value of $B_{oi}$ for each lab. The average is 258 MM reservoir barrels. BP "PIE Matches of 25-July," BP-HZN-2179MDL04923120; for the most commonly used value of 110 MMSTB, BP reported the value of reservoir barrels to be 256 MM. Kelkar, M. and Raghavan, R.: "Rate Prediction from Macondo Well," March 22, 2013; in our original report, we used two values of STOIIP, 110 MMSTB and 137 MMSTB. We took the average of the two and multiplied by 2.14 bbl/STB to convert it to reservoir barrels. Torres-Verdin, C.: "Expert Report of Dr. Carlos Torres-Verdin," May 1, 2013; we selected the mid-value in the report of 174,685 acre-feet, multiplied it by the porosity of 0.2172 and oil saturation of 0.88 to arrive at the number 259 MM reservoir barrels.

[19] Fugro-Jason: "Kirkland-Macondo rev 3," powerpoint presentation, Feb 12, 2013, BP-HZN-2179MDL07796663. The same nomenclature is also evident in versions 1 and 2 of the "Kirkland-Macondo" powerpoint presentation: see BP-HZN-2179MDL07805937 and BP-HZN-2179MDL07805896.

[20] For example, Fugro-Jason: "Kirkland-Macondo rev 4," powerpoint presentation, Feb 14, 2013, BP-HZN-2179MDL07796900.

[21] Dr. Torres-Verdin, C.: "Expert Report," May 1, 2013, p. 51.

TREX 011550.0015

Dr. Torres-Verdin also states that greater concentration of shale may be present away from the well location. He used a seismic attribute cut-off to determine the reservoir volume. This cut-off represented the ability to distinguish reservoir from non-reservoir rocks. The same cut-off is used across the reservoir. Therefore, by virtue of the same cut-off, the same quality reservoir should be present away from the well as long as the seismic attribute captures the reservoir. It is simply conjecture on Dr. Torres-Verdin's part to speculate about the presence of shale away from the well without showing why the same cut-off will result in a different quality reservoir.

To summarize, Dr. Torres-Verdin's conclusion that the low-end reservoir volume he calculated is the most likely value is highly suspect for several practical reasons: (1) the fact that Fugro-Jason have defined these volumes as P10, P50 and P90 in their original presentations, (2) the fact that Dr. Torres-Verdin's mid-case matches with the hydrocarbon pore volumes used by other experts, and (3) the fact that Dr. Torres-Verdin's conclusion that the low estimate is the best estimate is highly unusual conclusion.

Therefore, instead of using Dr. Torres-Verdin's analysis, which we believe is suspect, we conclude that it is most reasonable to use BP's original bulk volume estimates to bound our estimate of the original oil in place. In fact, as stated by Dr. Huffman in his expert report, BP's own seismic interpretation and the associated areal coverage of the reservoir is much more reasonable than that predicted by Dr. Torres-Verdin. For completeness, we reproduce data from BP's pre-drill report.[22] We multiplied the reservoir size by the thickness, and then multiplied by 90% to determine the bulk volume of the reservoir connected to the Macondo well. This 90% connectivity value is also used by Dr. Blunt in his analysis.[23]

**Table 4: Bulk Volume Uncertainty as reported in BP's Macondo Pre-Drill Report**

|  | 90 | 50 | 10 |
|---|---|---|---|
| Reservoir Size (acres) | 3639 | 4498 | 8697 |
| thickness (ft) | 25 | 42 | 44 |
| % Connectivity | 90% | 90% | 90% |
| Connected Bulk Volume (Acre-ft) | 81,878 | 170,024 | 344,401 |

**Formation Compressibility**

In our original report, we used a formation compressibility value of 12 microsips. We justified the use of this value based on what BP presented during the Macondo crisis.[24] Specifically, BP used a range of values for rock compressibility from 6 to 18 microsips with a mid-range value of 12 microsips, which was highlighted in his presentation. A common industry

---

[22] BP Macondo Technical Assessment Memorandum, April 2009.
[23] Dr. Blunt, M.: "A Calculation of Volume Released during Deepwater Horizon Accident," May 1, 2013, p. 25.
[24] BP Powerpoint Presentation, Reservoir Response, 8_july-2010, BP-HZN-2179MDL07033641.

TREX 011550.0016

understanding of such a presentation implies that 12 microsips is the most likely value, with low and high cases of 6 and 18 microsips. Dr. Blunt criticizes our selection of this value.[25] He uses a value of 6 microsips as a base case. Dr. Blunt justifies his use of 6 microsips based on rotary sidewall core compressibility measurements taking from the Macondo well. However, as discussed in detail by United States experts Drs. Alan Huffman and Jean-Claude Roegiers,[26] sidewall core measurements are not as reliable as full core measurements. Further, they conclude that it is likely that the values observed in the sidewall cores are substantially lower than the reservoir's effective core compressibility values. Based on BP's original presentation and the conclusions of Drs. Huffman and Roegiers, we conclude that the value of 12 microsips used in our original report is reasonable.

### Response to "Well Test" Analyses by Drs. Blunt and Gringarten

Drs. Blunt and Gringarten recognize the need for reliable rate measurements. There are a few things that are common to the approaches taken by them and a few that are distinct. Both experts use identical bottom-hole pressure measurements calculated by Dr. Blunt for the final buildup period that lasted approximately 20 days. Both analyses are based on the estimate of MDT permeability obtained by Dr. Gringarten. Similar to the conclusions of the government experts, both Dr. Blunt and Dr. Gringarten conclude that the Macondo well is located in a rectangular reservoir of a finite size. However, the estimates of average pressure determined by Drs. Blunt and Gringarten are distinct: Dr. Gringarten concludes that the average pressure is in the range 10,364 to 10,460 psi, and Dr. Blunt concludes that it is in the range 10,433 to 10,531 psi.

The paths taken by Drs. Blunt and Gringarten to arrive at their conclusions are distinctly different. Dr. Gringarten estimates the rate profile through a process known as deconvolution and considers choke changes that occurred just before final well shut in, although he does not provide details on how exactly he handled the choke changes in his analysis. In fact, he recognizes in his report that this approach is an approximation. Dr. Blunt, on the other hand, ignores the choke changes that took place at Macondo and presumes that one may analyze the buildup response by assuming a "fixed albeit unspecified" rate. The differences in the results obtained by these two appears to be primarily a result of the rate schedule. The principal observation to be derived from the work of Drs. Blunt and Gringarten is that many rate schedules will fit the buildup pressures equally well. Dr. Gringarten is also particularly critical of average pressure estimates we obtained in our initial report, principally in terms of provenance; we show his criticism is unfounded. Indeed, our analysis of average reservoir pressure using the Mead method obtained a value in the middle of the range calculated by Dr. Gringarten. Below we provide specific observations and critiques of the methods employed by Drs. Blunt and Gringarten based on generally accepted petroleum engineering principles.

---

[25] Dr. Blunt, M.: "A Calculation of the Volume of Oil Released during the Deepwater Horizon Incident," May 1, 2013; p. 30.
[26] Dr. Roegiers, J.C.: "Rebuttal to the Report of Dr. Robert Zimmerman," June 10, 2013; Dr. Huffman, A.: "Expert Report," June 10, 2013.

TREX 011550.0017

**Dr. Blunt.**

The errors in Dr. Blunt's analysis are plainly apparent from the language of his own report. It is a basic tenet of pressure data analysis that flow rate information is critical to that analysis. Footnote 86 of the Blunt report acknowledges the need for flow rate information and indicates that a rate was not used where he notes "I … have not relied on commercial pressure transient analysis software. Such software requires an assumed flow rate…" On page 49, this refrain is repeated when Dr. Blunt notes that his analysis is based on "…a mathematical model that assumed a fixed (albeit unspecified) flow rate." Later, on page 115, Dr. Blunt acknowledges: "My pressure analysis has assumed a constant flow rate, followed by an instant stopping of the flow. In contrast, in Macondo, there was a complex sequence of changes in flow rate as the choke was closed." Further, page 117 of the report acknowledges "I must emphasize though that *the flow rates I have used are for illustrative purposes only*…" (emphasis added).

Analysis of pressure data is authentic only if the rate schedule that actually occurred is used. The statements excerpted from the Blunt report acknowledge that he only models hypothetical events that have no meaning to reality and do not reflect the events that took place at Macondo.

Interpretations using the pressure derivative curve depend on the rate schedule prior to a test, and any conclusions drawn from that interpretation in Dr. Blunt's report are suspect; see Page 41of the Blunt report ("…flow rate history does impact the pressure response"). As already noted, however, Dr. Blunt asserts that he can analyze the pressure buildup test by assuming a "fixed" (and "unspecified") rate, which ignores the choke valve changes that occurred just prior to the start of the pressure buildup. By doing so, he tacitly acknowledges that he does not know the flow rate schedule immediately prior to shut in, and therefore that many rate schedules will fit the buildup pressure equally well. Dr. Blunt attempts to compensate for the fact that he ignores the choke valve turns – and the corresponding rate changes – just prior to shut in by also ignoring the first 10,000 seconds (2.78 hours) of the buildup period after the Macondo well was shut in. It is generally agreed among experts in the field of well test analysis that knowledge of the well response for a few minutes prior to and after the onset of pressure buildup are crucial to the analysis. Dr. Blunt's exclusion of the first 2.78 hours of data ignores almost 2 log cycles of the data that are available; that is, Dr. Blunt completely ignores almost one-half the number of log cycles of data that that are available for evaluation. It is this early part of a test that helps one identify the segment of the pressure buildup curve that should be used to estimate the permeability-thickness product and identify other features of the reservoir such as faults and boundaries that may be useful in proceeding with the analysis.



If indeed the Blunt report had included the influence of the choke valve turns that really took place at Macondo and replaced the unspecified rate schedule, and considered the entire duration of the test that was actually conducted at Macondo, then he would have found that the derivative curve shown in the "centre-piece" of the analysis to be located in a much different place. We illustrate this matter in Figure 3.



Figure 3: Pressure Responses Including Convolved Derivatives by Including and Ignoring Choke Valve Changes

In the above Figure, the topmost curve (green circles) represents the change in the pressure response that occurred during the pressure buildup test. The bottommost curve (orange diamonds) represents the corresponding convolved derivative curve for the rate schedule that we used in our initial report, and reflects the influence of the choke valve turns that occurred prior to shut-in using our calculated shut in rate of 54,000 stb/day. The middle curve (blue diamonds) represents the convolved derivative curve ignoring that the choke turns; that is, it assumes, as Dr. Blunt has done, that the rate was held constant during the choking period and equal to the rate before choking commenced. We simply note that the two derivative curves are distinct for the entire time range of the pressure buildup test, and Dr. Blunt's assumption that the choke valve turns can be ignored is not justified. The shaded area of the above figure presents data after

TREX 011550.0019

10,000 seconds and displays the portion of the response used by Dr. Blunt. The portion of the figure that is not shaded illustrates that Dr. Blunt has ignored almost half of the data (2 log cycles) that are available to him.



The reasoning Dr. Blunt gives in his report is circular because, by assuming both a flow rate and the duration of the production period, the cumulative oil produced may simply be obtained by multiplying the two numbers. Ironically, this is exactly the (unfounded) criticism that Dr. Blunt leveled against certain of the United States' experts ("… and then assumed a fixed outflow performance over the period of the spill. This pre-determined – within narrow bands – the cumulative flow").[27]

---

[27] Dr. Blunt, M.: "A Calculation of the Volume of Oil Released during the Deepwater Horizon Incident," May 1, 2013; p. 137.

[28] Tidwell, W. C., and J. L. Wilson (2000), Heterogeneity, permeability patterns, and permeability upscaling: Physical characteristics of a block of Massillon sandstone exhibiting nested scales of heterogeneity, *SPE Res. Eval. Eng.,* 3(4), 283–291; Raghavan, R., and F. Kuchuck (2009), Multilayer reservoirs, in Transient Well Testing, edited by M. M. Kamal, Monograph 23, Society of Petroleum Engineers, Richardson, Texas

[29] Whittle, T. M., J. Lee, and A. C. Gringarten, Will Wireline Formation Tests Replace Well Tests? Paper presented at the SPE Annual Technical Conference and Exhibition held in Denver, Colorado, U.S.A., 5-8 October 2003; Al-Harbi, A., A. Gringarten,  R. Akkurt (2007), A Practical Approach to Determine Permeability from Wireline Measurements, SPE Saudi Arabia Section Technical Symposium, 7-8 May, Dhahran, Saudi Arabia.

[30] Strangely, Dr. Blunt does not rely on the seismic analysis performed by Carlos Torres-Verdin on behalf of BP.

CONFIDENTIAL

TREX 011550.0021

**Dr. Gringarten.**

The Gringarten report begins by recognizing the importance of rate for pressure analysis by noting that "well testing cannot be used to infer the critical parameter of permeability reliably unless flow rate history is known"; see page 9. Further on page 25, the report notes the principal limitation of well testing by the statement "and that is exactly what a well test can tell us, *provided we know the flow rate*." That reliable rate measurements are part and parcel of a viable pressure analysis is undeniable. Through a series of steps, Dr. Gringarten uses a technique known as deconvolution to arrive at the results shown in Figure 5.10.

The procedure used by Dr. Gringarten for his deconvolution process is outlined on Page 36, Section 5.1 of his report. Here he acknowledges that a rate must be known to begin the deconvolution process where he notes that "I must first assume a flow-rate history as a starting point." He also recognizes that his assumed rates are approximate. In outlining his philosophy of calculating rates, Dr. Gringarten starts with two hypothetical profiles for the flow rate, provides these two rate profiles to Dr. Johnson and asks him, Dr. Johnson, to calculate the bottom-hole pressure corresponding to these profiles. The pressures determined by Dr. Johnson are then used in the deconvolution process to calculate the rate profile that may have occurred during the blow out. But Dr. Johnson does not provide a pressure profile for the entire duration of the blowout and thus Dr. Gringarten must make additional assumptions, for on Page 36 he notes that the "pressure decreases linearly" from the instant of blowout until "the first pressure

---

[31] Kamal, M. M. (2009), Transient Well Testing, Monograph 23, Society of Petroleum Engineers, Richardson, Texas (page 38).

[32] Whittle, T. M., J. Lee, and A. C. Gringarten, Will Wireline Formation Tests Replace Well Tests? Paper presented at the SPE Annual Technical Conference and Exhibition held in Denver, Colorado, U.S.A., 5-8 October 2003.