measurement on May 10." This is an ad hoc assumption and has no basis. In his model, this hypothetical, calculated and assumed pressure profile is the force that drives the reservoir to produce. Technically, for a given system, this pressure profile can yield one and only one rate profile, so if the rate profile is changed during the deconvolution process the pressures must be recalculated. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Dr. Gringarten not only assumes the pressure profile during the blowout, he further assumes that he knows the skin factor as a function of time *a priori* and that it changes with time. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

[33] Houze, O., Tauzin, E. Olivier A. (2010), New Method to Deconvolve Well-Test Data Under Changing Well Conditions, Paper SPE 132478, presented at the SPE Annual Technical Conference and Exhibition held in Florence, Italy, 19–22 September.

CONFIDENTIAL

TREX 011550.0023

[REDACTED]

In summary, credence cannot be given to the analysis in the Gringarten report, for the arbitrary assumptions made and failure to provide or honor any constraints except those chosen by Dr. Gringarten. In essence, Dr. Gringarten says that the permeability cannot be any value including the value he obtained by methods of his choosing, except the one he wills it to be. The absence of any attempt to measure rate precludes constraining rate predictions [REDACTED]

[REDACTED] The values for average pressure he arrives at are given on page 35 of his report indicate that the average pressure is in the range of 10,364 to 10,460 psi. The value we obtained using the Mead method (which Dr. Gringarten criticizes as unsophisticated and out of date) is 10,395 psi, which compares extremely favorably with the values Dr. Gringarten derives. [REDACTED]

Gringarten criticized our use of the Mead method. [REDACTED] The viability of this method may be tested with examples that are available in the literature, so that its range of applicability may be better understood. We searched the literature and compared Mead estimates with what other analysts had done using conventional well test methods. Here, we present two examples. In Dr. Lee's textbook first edition (Table 2.3), he calculates an average pressure of 4,411 psi for a particular reservoir. For the same reservoir, using Mead, we calculate 4,413 psi, a difference of just 2 psi. The second example is from the Earlougher monograph. He calculates a pressure of 3,342 psig for the reservoir in question. Using Mead, we calculate 3,326 psig, a difference of just 16 psi. These examples demonstrate how favorably the Mead method compares with more complex well test analysis methodologies. Two examples taken from the literature where rigorous methods of analysis are applied to determine average pressure are considered here.34 Using the example in Lee (Table 2.3) and Earlougher (Example 5.1) we obtain: Lee 4,411 psi, Mead 4,413 psi, Earlougher 3,342 psig, Mead 3,326 psig. Based on the observations given here,

---

[34] Lee, W. J. (1982) Well Testing, SPE Textbook Series (1), Society of Petroleum Engineers of AIME, New York, NY and Dallas. TX., 159 pp; Earlougher, R. C. Jr. (1977) Advances in Well Testing, SPE Monograph Series (5) Society of Petroleum Engineers, Dallas TX, 264 pp.

we believe that a disinterested evaluation makes clear that a blanket disregard of our approach by Dr. Gringarten is unfounded.

### SECTION III. UNCERTAINTY ANALYSIS OF TOTAL AMOUNT OF OIL SPILLED

In our initial report, we conducted sensitivity studies to understand how different parameters impact our analysis of the total amount of oil spilled from the Macondo well over the approximately 86 days of the disaster. Here, we use the Monte Carlo simulation method to quantify the uncertainties in our calculation of the total amount of oil spilled. Monte Carlo simulation is a method where the uncertainty in the output variable is determined based on uncertainties in input parameters. Because some input values are undisputed or were shown by our original sensitivity analysis to have little or no impact on the final result, we do not consider the uncertainty in every parameter. For example, we assumed that the porosity and the oil saturation are known. In Table 5 below, we provide the information about various input parameters and their respective uncertainty range.

**Table 5: Uncertainties in Input Parameters**

| Input data | | | |
|---|---|---|---|
| | Minimum | Most Likely | Maximum |
| Gross Rock Volume (triangular distribution) (Acre-feet) | 81,878 | 170,024 | 344,401 |
| Initial Formation volume factor (uniform) (bbl/STB) | 1.972 | | 2.045 |
| Ratio of Final FVF to initial (FVF) (constant) (dimensionless) | | 1.021 | |
| Initial Reservoir Pressure (constant) (psia) | | 11,856 | |
| Final Reservoir Pressure (triangular) (psia) | 10,364 | 10,396 | 10,460 |
| Formation Compressibility x $10^6$ (triangular) ($psi^{-1}$) | 6 | 12 | 18 |
| Oil Compressibility x $10^6$ (constant) ($psi^{-1}$) | | 14.3 | |
| water Compressibility x $10^6$ (constant) ($psi^{-1}$) | | 3 | |
| Porosity (constant) | | 0.2172 | |
| Oil Saturation (constant) | | 0.8795 | |

We assume triangular distribution for gross rock volume (bulk volume) with minimum and maximum values calculated based on BP's pre-drill report. For the purposes of our analysis, we will use the low and high end average reservoir pressure at the time of shut-in as defined based on the analysis by Dr. Gringarten, with the most likely value provided in our original report based on Mead method. The formation compressibility uncertainty (using triangular

CONFIDENTIAL
24

distribution) was determined based on the report by Drs. Roegiers and Huffman. We also considered uncertainty with respect to $B_{oi}$ based on Dr. Zick's report. All the other values are assumed to be known.

For the purpose of our Monte Carlo simulation, we used the same equation as in our original report to calculate the total amount of oil spilled. The equation is given below.

$$Oil\ Removed = \frac{STOIIP \times c_t \times (p_i - \bar{p})}{(1 - S_{wi})} \frac{B_{oi}}{B_o}$$

STOIIP (original oil in place in stock tank barrels or STB) is calculated by

$$STOIIP = PV \times S_o/B_{oi}$$

The total compressibility, $c_t$, is calculated by

$$c_t = c_o S_o + c_w S_w + c_f\ [35]$$

The same compressibility equation is also used by Dr. Blunt in his report.

In a Monte Carlo simulation, instead of using a single value for each input parameter, we consider several possible input values and calculate the output (in our case, total oil removed from the reservoir) for each of the possibilities. For example, taking the range of bulk reservoir volume values in BP's original pre-drill report, we sample one of the values from the distribution and calculate the value of STOIIP. We will also sample one value of average pressure and one value of formation compressibility and calculate the total compressibility. Once we have value of every input parameter, we can calculate the oil removed. We repeat the same procedure a large number (thousands) of times so that multiple values of the output variable (oil removed) are calculated. The more times we repeat these calculations, the more rigorous is our understanding of uncertainty with respect to oil removed.

Conceptually, Figure 5 below shows how the procedure works. We sample from the distribution of input parameters, and repeat that procedure a large number of times so that we can obtain the distribution of oil removed. On the left hand side we have multiple input parameters and their distributions. In our case, these input parameters would include formation compressibility, formation volume factor, average reservoir pressure etc. Knowing the distributions of each of the input parameters, we sample from that distribution and choose that value (if the parameter has only a single value, we choose that value for every iteration). Our oil removed equation above represents the variable y which is dependent on all the input parameters. We then calculate the oil spilled and store that single value. By repeating the steps of sampling from the input parameters thousands of times, we generate the distribution of the output (in our case, oil spilled).

---

[35] This equation is also used by Dr. Blunt in his report.

TREX 011550.0026



**Figure 5: Monte Carlo Simulation. X values are input parameters, y is oil removed**

Using this procedure, we sampled 2,500 times to determine the oil removed. Using those 2,500 values, we determined the distribution of oil removed. Figure 6 below shows the distribution of oil removed (spilled).



Figure 6: Distribution of Oil Removed (Spilled)

As can be seen from this figure, there is zero percent possibility that less than 2.5 million STB of oil spilled and zero percent possibility that more than 11 million barrels of oil is spilled. The average value of oil spilled is 5.89 million STB. The average is shown with a red line. The y axis represents the relative frequency of each column. The higher the value of relative frequency, the more likely that particular value is to be true. All the relative frequencies add up to one, constituting all the possibilities.

INFORMATION REQUIRED BY THE FEDERAL RULES OF CIVIL PROCEDURE

Together with our original report, this report contains our opinions, conclusions, and the reasons therefore. The information required by the Federal Rules of Civil Procedure was set forth in our original report.

The opinions expressed in this report are our own and are based on the data and facts available to us at the time of writing. Should additional relevant or pertinent information become available, we reserve the right to supplement the discussion and findings in this report.

APPENDIX A. RESPONSE TO CRITIQUES OF CHOKE CALCULATION

Both Dr. Sudaresan (Transocean) and Dr. Strickland (Halliburton) also criticize our rate calculations through the choke as well as through the kill line. However, they do not provide an independent assessment of the rates. We address Dr. Sundaresan's report here. To the extent Dr. Strickland's critiques overlap with those of Dr. Sundaresan we address those, too.

Dr. Sundaresan criticizes our report (as well as rate calculations performed by other United States experts) because of inherent uncertainty in rate calculations under multi-phase flow conditions. To put it succinctly, using Dr. Sundaresan's logic, if there is any uncertainty in calculating the flow rate for a given pressure drop, we should not even attempt to calculate the rate. What Dr. Sundaresan fails to recognize is that in any multi-phase flow configuration, there is an inherent uncertainty in calculating the pressure drop for a given rate, and vice versa. However, in the oil industry, we routinely use multi-phase flow correlations to calculate the pressure drop for a given rate. Over many years of experience we have developed significant confidence in our ability to calculate pressure drop under multi-phase flow conditions including flow through chokes and other restrictions. Since the 1940s many researchers have developed correlations to calculate the pressure drop under multi-phase flow conditions. We also have studied flow through restrictions under multi-phase flow conditions since the 1970s. Although uncertainty exists, these correlations, over the years, have been compared against the lab and the field data and have been perfected to match those observations.

Specifically, Dr. Sundaresan criticizes our report using following observations.

1.  Pressure Drop Calculations using resistance coefficient (K factor) methods. Dr. Sundaresan criticizes the approach of using a resistance coefficient method to calculate the rate. He points out the uncertainties in K values reported by various researchers. Dr. Sundaresan writes: "over the past several decades, researchers have sought to identify K Factor values for various flow transitions such as pipe bends."[36] Clearly, the use of K factor values is wide spread in the industry and any uncertainties in K factor should not mean that the use of K factor to calculate the pressure drop is inappropriate. A good analogy is the use of correlations that have been developed over the last thirty years to calculate the pressure drop under multiphase flow conditions. These correlations provide slightly different results for a given input, but the remaining uncertainties in these pressure drop calculations do not invalidate these correlations. We simply need to be cognizant of these uncertainties. The same thing is true for K factor values. Various researchers have proposed these K factor values and some uncertainty does exist in reporting these values. However, the very common usage of these K factors in the industry also illustrates the relative confidence people have in using these values.

In addition, the effect of two phase flow on K factor values has been studied, including in the reference provided by Dr. Sundaresan.[37] The data we used to calculate the impact of two-phase flow on K factors is based on experimental data analyzing the impact of multiphase flow

---

[36] Sundaresan, S.:" Estimates of Flow Rates Preceding Shut-in on July 14-15, 2010," May 1, 2013, p.5
[37] Sundaresan, S.:" Estimates of Flow Rates Preceding Shut-in on July 14-15, 2010," May 1, 2013, p.5; see the reference to the work by Chisholm.

CONFIDENTIAL
A-1

through a choke valve. As stated in our original report, at high pressures, the impact of two-phase flow becomes significantly smaller (gas behaves more like liquid at high pressures). Therefore, the uncertainty due to two-phase flow becomes negligible. We extended this correction for two-phase flow to other restrictions as well to ensure that the rates we obtain are conservative estimates. We believe it is quite possible that at high rates (which was the situation for the Macando well), the slippage between the two phases is negligible and hence the two phase effect will be very small. However, to be on a conservative side, we used a correction for two-phase flow based on what was available in the literature.

      2.    <u>Anomaly in Rate Calculations through Choke</u>. Both Dr. Sundaresan and Dr. Strickland criticize our rate calculations through the choke line. In our calculations of rate through choke for various choke valve settings, we observed that the rate goes through a maximum as choke is progressively closed. In our original report, we cautioned that the rate calculations for certain choke interval should be treated with caution since those observations are inconsistent with what we would expect to observe. We note that this same observation has been made by every engineer that has modeled flow through the capping stack, including Dr. Lo on behalf of BP.[38] Both Dr. Sundaresan and Dr. Strickland fail to mention that when the choke is progressively closed, the rates are calculated at each of the choke turns and we observe consistent results for the majority of choke turns. Just because there are anomalies at certain choke turns does not automatically discredit the results for all of the choke turns, particularly when those results are consistent with results from other calculation methods. For example, we also have calculated the flow rate through kill line for various scenarios and our results are consistent with the rate calculations through the choke line. This further validates our choke line rate calculations. Although we used a K factor approach to calculate the rate, the rates calculated by CFD methods are also similar to the ones we have calculated. This further confirms our analysis.

      In summary, Dr. Sundaresan's criticism is predicated on the fact that if there is any uncertainty in analysis (which exists in every multi-phase flow calculation), we should not calculate the rate. The reality in the oil industry is otherwise. We routinely use multi-phase correlations to calculate the pressure drop across pipes, tubings and various restrictions. Over the years, by comparing the actual observations with the predictions of various correlations, we have perfected these correlations and have reduced the uncertainties in our predictions. Using Dr. Sundaresan's logic, without having a perfect correlation at one's disposal, one would never calculate the rate for Macondo well.

---

[38] Dr. Lo, S.: "CFD Analysis of the Flow through the Capping Stack," May 1, 2013, p.26.

### APPENDIX B. RESPONSE TO DR. STRICKLAND'S PRESSURE DROP ANALYSIS

In our initial report, in addition to calculating the rate through capping stack, we also calculated the bottom hole pressure (BHP) values in the tubing at various rates. For completeness, we reproduce from that report the pressure drop in the tubing for various rates in Table 6, below. The pressure provided in Table 6 is at the PT-3K-2 pressure gauge. When the choke is fully open, the BOP pressure gauge (PT-B) is approximately 1,000 psi greater than PT-3K-2. This means that the BOP pressure is about 4,000 psia at the time the choke was fully open. Therefore, the difference in the pressure from the BOP to bottom hole is approximately 4,000 psi according to our calculations. In our calculations, we simply assume that the flow is inside the production casing.

Table 6: BHP Values at Various Rates

| Turns | % Open Choke | p(PT-3K-2) (psig) | Oil Rate (STB/d) | BHP (psig) |
|---|---|---|---|---|
| 1.0 | 99 | 3074 | 54000 | 8104 |
| 2.0 | 86 | 3075 | 54000 | 8104 |
| 2.5 | 78 | 3099 | 54300 | 8133 |
| 3.0 | 69 | 3138 | 54300 | 8151 |
| 3.5 | 59 | 3230 | 55000 | 8232 |
| 4.0 | 50 | 3384 | 55500 | 8333 |
| 4.5 | 41 | 3671 | 57000 | 8577 |
| 5.0 | 32 | 4149 | 57900 | 8912 |
| 5.5 | 23 | 4748 | 55200 | 9237 |
| 6.0 | 16 | 5606 | 46400 | 9654 |
| 6.5 | 9 | 6220 | 24000 | 9624 |
| 7.0 | 5 | 6408 | 12500 | 9660 |
| 7.5 | 2 | 6553 | 10857 | 9783 |
| 8.0 | 1 | 6581 | 2350 | 9780 |
| 8.5 | 0 | 6600 | 0 | 9820 |

In contrast to our calculations, Dr. Strickland assumes a different tubing configuration in determining the pressure drop, as shown in Table 7. This configuration requires that the drill pipe is connected to the capping stack and the flow is through the drill pipe only.

**Table 7: Tubing Configuration**

| Depth from BOP, ft | Diameter, ID, inches |
|---:|---:|
| 0 | 18.75 |
| 66 | 18.75 |
| 2566 | 4.778 |
| 3366 | 2.992 |
| 7802 | 8.825 |
| 13303 | 6.074 |

As indicated in the above table, he is assuming that drill pipe is still connected to the BOP and there is 800 feet of pipe which has an inside diameter of 2.992". Using this assumption, Dr. Strickland calculates the pressure drop in the tubing and generates the following graph using the Orkiszewski correlation.[39]



**Figure 7: Strickland Report – Figure 3**

Although Figure 7 (Figure 3 from Dr. Strickland's report) is expressed in terms of mass flow rate, the mass flow rate can be converted to STB/day. For example, 100 lbm/sec represents 10,000 STB/day and 278 lbm/sec represents 50,000 STB/day. Using this graph, Dr. Strickland contends that the well will be unable to produce from the formation if the flow rate exceeds 50,000 STB/day since the pressure at the bottom hole will exceed the initial pressure of 11,850

---

[39] Dr. Strickland, R.: "Expert Report," May 1, 2013, p. 22.

psia.  We note that Dr. Strickland also starts with BOP pressure of 4,000 psia.  However, at the rate of 240 lb/sec (43,000 STB/day), the BHP reaches a value of 12,200 psia.  That is a pressure drop of 8,000 psi which is twice as much as what we predict and also with a lower rate.  The above graph is constructed by assuming that the flow is through the **restricted drill pipe only** and not around it.

We used the PROSPER program and tried to reproduce the graph using exactly the same configuration.  Although Dr. Strickland does not provide a value of roughness of the pipe, we assumed a roughness of 0.001 inches.  Using this information, we calculate the bottom hole pressure as shown below.



**Figure 8: Calculation of Bottom Hole Pressure using PROSPER program for different BOP pressures (more restrictive flow configuration)**

Each line on the graph represents a different BOP pressure value.  As shown on the right hand side, we varied the BOP pressure from 3000 psig to 6000 psig.  We used Dr. Zick's compositional model to do the calculations.[40]  The oil rate varied between 10,000 STB/day (56 lbm/sec) to 70,000 STB/day (389 lbm/sec).  As can be seen from this graph, the pressure approaches 12,000 psig (higher than initial pressure) at a BOP pressure of 4000 psig at the rate of 60,000 STB/day.  Our predicted rate is slightly higher than what Strickland predicts; however, as can be seen, the pressure drop in the system increases dramatically when the flow is restricted only through the drill pipe.  We used the same equation (Orkiszewski) as Dr. Strickland and our results are similar to Dr. Strickland.

---

[40] Halliburton did not present an alternate fluids model, and as we have previously shown, the differences between the Zick model and Whitson models have a negligible impact on rate calculations.

CONFIDENTIAL

B-3

More importantly though, based on available data, the well was producing from both **inside and outside** the drill pipe during the 86 days.[41] That is, contrary to Dr. Strickland's assumption the flow was not restricted to the small diameter drill pipe. If we make that assumption, the pipe configuration can be simplified as

Table 8: Simplified Flow Configuration

| Depth from BOP, ft | Diameter, ID, inches |
|---|---|
| 0 | 18.75 |
| 66 | 18.75 |
| 7802 | 8.625 |
| 13303 | 6.094 |

It is true that if the drill pipe is still connected to the BOP, there will be additional frictional losses through the tubing up to the depth of where the drill pipe is located. However, we can safely say that the effective diameter of the pipe is going to be much greater than compared to flow through the drill pipe only. Using the above configuration, we used the PROSPER program for the same range of BOP pressures and re-calculated the bottom hole pressure using the Orkiszewski correlation. The resulting graph is shown in Figure 9, below. As can be seen, the pressure drop in the well bore is lot less and at a BOP pressure of 4000 psig (Line 2 on the graph below), the bottom hole pressure reaches 7,500 psig at 50,000 STB/day. This pressure is less than the initial reservoir pressure of 11,858 psia and the well can clearly flow at the rate of 50,000 STB/day.

---

[41] Rygg, O.B.: "Static Kill Operation – Flow Path Analysis," August 2010, AE-HZN-2179MDL00064585.



**Figure 9: Calculation of Bottom Hole Pressure using PROSPER program for different BOP pressures (more realistic flow configuration than Stickland's configuration)**

We also compared our results with Dr. Johnson (BP) who considered the case of the drill pipe being connected to the capping stack where flow is both inside and outside the drill pipe. This result is reproduced by Dr. Gringarten in his report.[42] Dr. Gringarten also assumes that the BOP pressure at the time of shut-in was 4,000 psia. Using that value, he reproduces the results of Dr. Johnson. For the assumption of drill pipe connected to the capping stack, Dr. Gringarten shows the BHP is in the range of 7,800 psia to 8,200 psia at a rate of 45,000 STB/day. These values are consistent with our Figure 9 above.

Dr. Strickland's assumed well bore profile is clearly inconsistent with other analysis done by BP and the government. He states in his report that the well cannot produce more than 50,000 STB/day. However, as we have shown in the previous section, both one dimensional and CFD models have shown that the well is capable of producing more than 50,000 STB/day, and in fact did produce in excess of 50,000 STB/day during the spill.

By using a very restricted tubing configuration, Dr. Strickland proceeds with the calculation of matching the BOP pressure to calculate the amount of oil spilled. However, because his tubing configuration is incorrect, the rate calculated is much smaller, hence, he derives a smaller amount of total oil spilled. Because the rates calculated by Dr. Strickland are smaller, the reservoir pressure is also bigger than what we predict.

---

[42] Dr. Gringarten, A.: "Well Test Analysis," May 1, 2013, Appendix F, p. 23, Figure 25.

In addition, Dr. Strickland asserts that if a layered reservoir model had been used, then a phenomenon known as differential depletion will govern buildup behavior.[43] Based on the properties used by Dr. Strickland, our view is that differential depletion and back flow should be negligibly small because of the small contrasts in the pore volume of the layers.[44] Dr. Strickland also mischaracterizes Dr. Dake in his report.[45] We believe material balance is an important, if perhaps less precise, tool available to reservoir engineers. According to Dr. Dake: "It seems no longer fashionable to apply the concept of material balance to oil fields, the belief being that it has now been superseded by the application of the more modern technique of numerical simulation modelling (sic). Acceptance of this idea has been a tragedy and has robbed engineers of the most powerful tool investigating reservoirs and understanding their performance rather than imposing their wills upon them, as is often the case when applying numerical simulation directly in history matching."[46]

---

[43] Dr. Strickland, R.: "Expert Report," May 1, 2013, p. 31.
[44] Gao, C., Jones, J.R., Raghavan, R., and Lee, W.J. 1994. Interpretation of Responses of Commingled Systems with Mixed Inner and Outer Boundary Conditions Using Derivatives. SPE Formation Evaluation, 9(4), 264-271.
[45] Dr. Strickland, R.: "Expert Report," May 1, 2013, p. 38.
[46] Dake, L.P. (1994) The Practice of Reservoir Engineering, Developments in Petroleum Science, 36, Elsevier Science, B. V. Amsterdam.

APPENDIX C. ANALYSIS OF THE IMPACT OF AQUIFER ON TOTAL VOLUME RELEASED

The pressure data gathered from Macondo during the blow out is inadequate to know if the aquifer surrounding the reservoir is important not in determining the amount of oil spilled. However, during the spill, while trying to understand how the reservoir will behave, BP examined the possibility that an aquifer may be present and used different sizes of aquifers to study the impact.[47] The presence of an aquifer in most Gulf of Mexico reservoirs is not uncommon, so it is common practice to investigate the impact of aquifer. So, what BP did during the spill is what any oil company would do under the circumstances. Table 9 below shows the parameters we used in our analysis. Although both Dr. Blunt[48] and Dr. Gringarten claim that an aquifer is absent based on their pressure derivative analysis, as we have discussed in the previous section, the derivative analysis is extremely sensitive to the rate profile assumed prior to shut-in. In the absence of reliable rate data, the derivative values can be significantly influenced by assumed rates just prior to shut-in. Therefore, any conclusions drawn based on derivative analysis are unreliable.

We assumed the shape of the reservoir to be rectangular with length to width ratio of 10 to 1. We further assumed that aquifer is connected on both the east and west sides of the reservoir. We used BP's pre-drill report of its 50th percentile value as our base case.



Figure 10: Schematic of Aquifer connected to the reservoir

Figure 10 shows the picture of the aquifer and how it is attached to the reservoir. We assumed that the size of the reservoir is given by 174,685 acre-feet bulk volume. Using the bulk volume and assuming a thickness of 65 feet, we determined the size of the reservoir. The dimensions of the rectangle are provided in the figure.

---

[47] BP Macondo Technical Note, June 15, 2010, BP-HZN-2179MDL01945306; BP Preliminary Reservoir Model, July 6, 2010, BP-HZN-2179MDL04804766.
[48] Dr. Blunt, M.: "A Calculation of the Volume of Oil Released during the Deepwater Horizon Incident," May 1, 2013; p. 47; Dr. Gringarten, A.: "Well Test Analysis," May 1, 2013, p. 35.

TREX 011550.0037

Table 9: Parameters used to Investigate the Influence of Aquifer

| | Minimum | Most Likely | maximum |
|---|---|---|---|
| Reservoir Volume (Constant) (ac-feet) | | 170,024 | |
| Porosity (constant) | | 0.2172 | |
| Oil saturation (constant) | | 0.8795 | |
| Final Formation Vol Factor (constant) (bbl/STB) | | 2.0515 | |
| Reservoir thickness (Constant) ft | | 65 | |
| Final reservoir pressure (constant) (psia) | | 10,395 | |
| Aquifer Compressibility (constant) ($1 \times 10^6$ psi$^{-1}$) | | 9 | |
| Reservoir Compressibility (Constant) ($1 \times 10^6$ psi$^{-1}$) | | 20.3 | |
| Reservoir Permeability (constant) (md) | | 300 | |
| Aquifer Shape (Length to Width) | | 10 | |
| Aquifer k to Reservoir k (uniform) | 0.05 | | 0.2 |
| Viscosity of water (constant) (cp) | | 0.315 | |
| Aquifer Size (uniform) (ratio of aquifer to reservoir) | 0 | | 3.8 |
| Aquifer (% connectivity) (uniform) (% of surface connected to reservoir) | 0.05 | | 0.2 |

In Table 9 above, we assume base values for most of the parameters. We also assume the formation compressibility to be 6 microsips, which is the value used by Dr. Blunt in his analysis. This value is on the conservative side; however, we wanted to investigate the influence of an aquifer using a conservative value of compressibility. Based on experience, we assume that the permeability of the aquifer is not as good as that of the formation. Therefore, we assume that the permeability of the aquifer is anywhere between 0.05 to 0.2 times the permeability of the reservoir. The aquifer size can take a value as low as zero (no aquifer) to as much as 3.8 times the size of the reservoir.[49] We also assume that the aquifer may not be perfectly connected to the reservoir. So we assume that the actual connectivity (f) to the reservoir is anywhere from 0.05 to 0.2. That is, only 5% to 20% of the actual connection would be active.

---

[49] BP: "Macondo Technical Note," June 15, 2010, BP-HZN-2179MDL01945308.

Using these assumptions, we calculated the influence of water influx using Fetkovich method.[50] In using the Fetkovich method, we first determine the maximum amount of water from the aquifer that can expand into the oil reservoir. The equation is given by

$$W_{ei} = W_i \times c_a \times p_a$$

In the above equation, $W_i$ represents the size of the aquifer in reservoir barrels, $c_a$ represents aquifer compressibility and $p_a$ represents initial pressure in the aquifer (which is assumed to be the same as reservoir initial pressure or 11,856 psia). The productivity index or J can be calculated as[51]

$$J = \frac{0.001127 \times 3 \times khL \times 2 \times f}{\mu W}$$

In the above equation, k is the permeability of the aquifer, h is the thickness of the aquifer (same as reservoir thickness or 65 feet), f is the fractional connectivity, L and W are length and width of aquifer on each side respectively, µ is the viscosity of water and the multiplier 2 represents the aquifer on both sides. Once the J value is calculated, we can determine the amount of water influx after 86 days as

$$W_e = W_{ei} \times (11{,}856 - 10{,}395) \times (1 - exp(-J \times 11856 \times 86/W_{ei}))$$

Once we determine the water influx, we can then calculate the amount of oil released into the ocean as

$$N_p = \left[ \frac{N_i \times B_{oi} \times c_t \times (11{,}856 - 10{,}395)}{S_o \times B_o} + \frac{W_e}{B_o} \right]$$

As in the previous section, we used Monte Carlo simulation to determine the amount of oil spilled using the above equation. We considered the uncertainties as stated in Table 9.

The results of the distribution of oil spilled are shown in Figure 11 below:

---

[50] Dake, L.P.: "Principles of Reservoir Engineering," Elsevier Publications, 1978, chapter 9.
[51] Dake, L.P.: "Principles of Reservoir Engineering," Elsevier Publications, 1978, chapter 9.



Figure 11: The amount of oil spilled from Macondo Reservoir including the influence of an aquifer

The average oil spilled is 6.3 MMSTB in this case. This Figure further illustrates that the value we have calculated when we did not consider an aquifer is quite conservative. If we include the influence of an aquifer using reasonable values regarding the size and strength of the aquifer, the amount of oil spilled significantly increases.