**REBUTTAL EXPERT REPORT**
**U.S v. BP Exploration & Production, Inc., et al.**

# Estimate of Cumulative Volume of Oil Released from the MC252 Macondo Well

Prepared on Behalf of the United States

Prepared by:
Mehran Pooladi-Darvish
Fekete Associates, Inc.
Suite 2000
540 5th Avenue SW
Calgary, AB
Canada
T2P 0M2

*M. Pooladi-Darvish*

1

11654
Exhibit No. 11654
Worldwide Court
Reporters, Inc.

TREX 011654.0001

# Table of Contents

Executive Summary ........................................................................................................................ 3

Section I: Why I did what I did, and why my analysis is superior to that of the defendants' experts .......... 5

Section II: Examining Applicability of Parameters suggested by Defendants' experts ............................... 10
Summary of Findings .......................................................................................................... 10

Shut-in Pressures ............................................................................................................... 11

Original-Oil-In-Place (OOIP) .............................................................................................. 13

Permeability ....................................................................................................................... 14

Wellbore Model .................................................................................................................. 14

Flowing wellhead pressures ............................................................................................... 15

The PVT properties ............................................................................................................. 18

All Parameters .................................................................................................................... 19

Section III: Changing restrictions in the System ................................................................... 22

Section IV: Key Weaknesses in the Works of Defendants' experts ............................................... 24
Professor Gringarten ........................................................................................................... 24

Professor Blunt .................................................................................................................... 26

Dr. Strickland ...................................................................................................................... 31

Section V: Response to the critique of my work by the defendants' experts ............................... 33
The choice and range of input parameters ............................................................................ 33

The Methodology ................................................................................................................ 34

One-dimensional resistance models and their assumption ................................................... 36

Changing Wellbore and Reservoir Conditions ..................................................................... 38

Additional Critiques ........................................................................................................... 38

Information Required By The Federal Rules Of Civil Procedure ................................................. 39



TREX 011654.0002

parameters to Professor Blunt's material balance equation and their impact on the estimate of "cumulative volume of oil released".

## OOIP

I have led the reservoir engineering aspect of many projects where the information about the reservoir volume has come from geoscience colleagues.  This experience has taught me that the uncertainty in estimation of a reservoir volume which is directly related to OOIP based solely on seismic data is very large. The uncertainty becomes larger when the reservoir is deeper, and when the level of the water below the oil (i.e., the aquifer) is unknown.  These complexities apply to the Macondo reservoir. I would not be surprised at all to see an uncertainty of more than 100%. Determining the connectivity of the reservoir is even more uncertain.  This understanding of mine is consistent with BP's interpretation of reservoir rock volume that spanned by a factor of 400% from approximately 90,000 to 360,000 ac-ft[26].

On the other hand, I have also worked with geoscientists who put a very large emphasis on results of models that often have underlying assumptions. Therefore, I am not surprised either to see that Dr. Torres-Verdin has come-up with an uncertainty of 50% on his estimation of the gross-rock volume. Defendants' expert, Dr. Strickland considers an uncertainty in the estimate of OIIP of between 56 and 239 MMST, with a most likely case of 123 MMSTB[27]. Similarly, Dr. Gringarten does not seem to be bothered by the range of OOIP that he finds from his various analyses that varies by a factor of more than two. In contrast, the uncertainty that Professor Blunt finally carries through to the estimation of cumulative volume of oil released is less than 5%.  Although it is not easy to follow Professor Blunt's analyses, his value of OOIP seems to (among other things) rely on estimate of reservoir rock volume, where he notes: "I also know gross rock volume $V=Ah$ from the BP seismic analysis (See Table A.6)[28]". In table A.6 Dr. Blunt presents a value of 1,530 MMrb for the gross rock volume. This is indeed the mid value that BP reports for the gross rock volume[29]. However, BP also reports low and high estimates of gross rock volume, each of which are 100% lower and higher than the mid-estimate (for a total difference of 400% between the low and high values).  It is not clear how this large uncertainty was diminished in Dr. Blunt's analysis.  The uncertainty that Professor Blunt considers in the estimate of OOIP is only 5%. This uncertainty is largely understated[30].

## Rock compressibility

The compressibility of the rock was obtained by Weatherford. Dr. Zimmerman has evaluated the lab results and has suggested that the laboratory experiments suggest a value of approximately 6 microsips. I used a similar value for my base case scenario. I used (and continue to use) the value of 6 microsips, *not* because I believe that value must be correct, but because I did not have other quantitative values

---

[26] TAM, Exhibit 5232 at Section 6.17
[27] Page 17 of Strickland report
[28] Page 109, Section D.1.6 of Blunt report
[29] TAM, Exhibit 5232 at Section 6.17
[30] Elsewhere, in Table 4.1, Professor Blunt presents an uncertainty of more than 30% in the reservoir area. However, by the time he arrives at his estimate of OOIP, his reported degree of uncertainty has reduced to 5%.



with which to begin my analysis. In my opinion, there could be a significant difference between a value of rock compressibility obtained on a few small samples that collectively can be held in one hand and the value of rock compressibility of between one and two hundred thousand acre-ft of the reservoir rock. All of us have observed the variations in rock properties over small distances on hiking trails, let alone changes over miles.

Furthermore, there are differences between the laboratory conditions under which the rocks were tested and what the reservoir rock experiences as the Macondo well flowed. An uncertainty of 100% was not surprising to BP engineers and scientists who were considering development of the Macondo reservoir, and studied it while it was flowing.  In fact, during the well integrity testing period, BP reservoir engineers recommended using 12 microsips as the "most likely" rock compressibility of the Macondo reservoir.[31] Depending on whether the average rock compressibility of the Macondo rock is 3 or 12 microsips, the total compressibility of the Macondo reservoir (including its oil) could vary by more than 50% between approximately 16 and 25 microsips.  I have varied rock compressibility over a wide range in my modeling, and have obtained matches with the low and the high end of that range.  Thus, I do not believe that Dr. Blunt can claim with confidence that the range of compressibility is small, nor would such a claim alter my best estimate of cumulative oil released.

## Average Reservoir Pressure

In reservoir engineering, the average reservoir pressure is often estimated from well-test interpretation of the shut-in pressure.  The thinking goes as follows. If a well is shut-in for a very long time the reservoir pressure equalizes such that the pressure at the bottom of the well would be equal to the average reservoir pressure.  However, often the well is not shut-in long enough for the reservoir pressure to fully equalize. Instead, the rise of pressure with time is studied to predict what the pressure would be after infinite-time.  This is one of the objectives of well-test interpretation.  While extrapolation of the trend of pressure vs. time on specialized plots (which is somewhat similar to use of a French curve) has been used, more recent methods rely on matching the pressure response using a mathematical model of the reservoir, and then allowing the model to equalize to an average pressure or directly reading the average pressure of the model. This introduces one uncertainty; depending on the choice of the reservoir model the average pressure at which the reservoir equalizes may be different.  This study is generally done using analytical models, similar to what I used in the analytical section of my initial report and what I presented in Section III (and Appendix III). Professor Gringarten too used an analytical well test model for his interpretation. However, there is no requirement for using analytical models for well-test interpretation The main reason that analytical models are preferred over numerical models are speed and ease of use that the former provides. With this in mind, all of my sensitivity cases that led to a good match of the shut-in pressure present valid well-test interpretations.  They provide a range of between 10,200 to 10,400 psia. The range of average reservoir pressure estimated by Professor Gringarten is 10,360 to 10,380 psia. My range of uncertainty is 200 psi as compared to 20 psi for Dr. Blunt.

---

[31] See Exhibits 10841 and 8769-9777 from the Deposition of Pinky Vinson.

