# EXPERT REPORT
# U.S. v. BP Exploration & Production, Inc., et al.

## REBUTTAL TO REPORT OF ROBERT W. ZIMMERMAN
### On the Pore Volume Compressibility of the Macondo Reservoir

Prepared on behalf of the United States by:

**Jean-Claude Roegiers, Ph.D**
**Norman, Oklahoma**

*Jean-Claude Roegiers*

June 10, 2013


11698
Exhibit No.
Worldwide Court
Reporters, Inc.

TREX 011698.0001

**Table of Contents**

Personal Background . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Executive Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

A.  Macondo Core Sampling Plan and Procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

B.  Conventional Coring vs. Rotary Sidewall Coring . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

C.  Sample Collection and Transfer to Weatherford Laboratories . . . . . . . . . . . . . . . . . . . . 5

D.  Rebuttal to Professor Zimmerman's Conclusions Regarding the Proper Compressibility Value
    for the Macondo Reservoir . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

    1.  Orientation of testing on sidewall cores underpredicts compressibility results . . . . . . . 9

    2.  BP's recommendation of a compressibility of 12 microsips during the well integrity
        testing period was reasonable. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

    3.  "Stress Cage" (zone of disturbed stress surrounding the borehole) increases probability
        that tested samples are damaged. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

    4.  Drilling damage and mud invasion impact quality of test results. . . . . . . . . . . . . . . . . 17

    5.  Liquid saturation of samples and temperature conditions in laboratory testing did not
        follow best practices. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

    6.  Loading rate during testing may have affected compressibility results. . . . . . . . . . . . . 19

    7.  Effects of time-dependent compaction ("creep") were not measured. . . . . . . . . . . . . 20

    8.  Core samples were not of recommended dimensions. . . . . . . . . . . . . . . . . . . . . . . . . 21

    9.  No apparent evidence that lab equipment was properly calibrated. . . . . . . . . . . . . . . 23

    10. Other "stairstep" test ("multistage" hydrostatic compression) and ultrasonic velocity
        measurements during triaxial compression testing are not reliable. . . . . . . . . . . . . . . 23

Information Required by the Federal Rules of Civil Procedure. . . . . . . . . . . . . . . . . . . . . . . . 25

CONFIDENTIAL PER BP

TREX 011698.0002

## List of Figures

FIGURE 1. Excerpt from Weatherford Laboratories Rotary Inventory – Status of Samples for Macondo Prospect.

FIGURE 2. Best Practices for Uniaxial Strain Compressibility Test Protocol – Pore Pressure Depletion Method as Compared to Protocol for Testing of Macondo Samples.

FIGURE 3. Excerpt from BP 2007 Technical Memorandum, "Isabella Pore Volume Compressibility Evaluation."

FIGURE 4. CT Scan of Sample 3-16R.

FIGURE 5. Caliper Log from Macondo Well Indicating Breakouts.

FIGURE 6. Formation Compressibility as a Function of Effective Stress.

FIGURE 7. Diagram Illustrating End Effects and Friction Cones.

## Appendices

Appendix A – Curriculum Vitae

Appendix B – Correction Factor Analysis

Appendix C – Considered Materials

CONFIDENTIAL PER BP

TREX 011698.0003

## Personal Background

My field of research is Geomechanics, particularly as applied to problems associated with the production of hydrocarbons and geothermal energy. Prior to taking emeritus status in 2011, I served for over twenty years as a Professor at the University of Oklahoma, most recently as the McCasland Chair at the Mewbourne School of Petroleum & Geological Engineering. While at OU, I founded the Rock Mechanics Institute (RMI) and the Fracturing Fluid Characterization Facility (FFCF). During my tenure at OU, I raised in excess of $28 million from both governmental and industry sources. Most of my research at OU was related to borehole stability, hydraulic fracturing, and fundamental issues governing reservoir behavior.

I was formerly with Dowell Schlumberger (as leader of Rock and Fluid Mechanics research in Tulsa, Oklahoma), the Los Alamos Scientific Laboratory (as Senior Scientist for the Hot Dry Rock Project), and the University of Toronto (as a Professor in the Department of Civil Engineering, Toronto, Ontario). I also spent two sabbatical years in West Germany (Bochum University) as a von Humboldt Fellow developing in-situ stress measurement techniques, and one sabbatical year in Japan (University of Sapporo) as a Mombusho Fellow on the geomechanical aspects of nuclear repositories.

I am member of a number of professional organizations, including the Society of Petroleum Engineers, International Society of Rock Mechanics, American Rock Mechanics Association (ARMA), and have been recently inducted as ARMA Fellow. I am often called to deliver the keynote address at national and international technical meetings. I am presently a consultant for DOE (engineered geothermal systems) and NSI (geomechanics).

Over the course of my career, I have published more than 250 technical papers, focusing my research on various aspects of applied Rock Mechanics, including borehole stability, thermo-poroelasticity, in-situ stress measurements, naturally-fractured reservoirs, and high pressure/high temperature reservoirs.

I received my Ph.D. in geo-engineering/rock mechanics at the University of Minnesota, Minneapolis in 1974. My undergraduate studies were completed at the Université de Liège (Belgium), where I received the equivalent of my bachelor's and masters' degrees in civil engineering in 1967 and 1969, respectively.

My detailed *curriculum vitae* is appended to this report at Appendix A.

TREX 011698.0004

## Executive Summary

I provide a critique of the expert report prepared by Professor Robert Zimmerman, who offers opinions on the value of pore volume compressibility (PVC) of the Macondo MC-252 Reservoir based on laboratory tests performed on several rotary sidewall core rock samples extracted from the formation near the wellbore prior to the blowout. Pore volume compressibility, or the relative change in pore volume divided by the change in reservoir pressure that is caused by the change in pore volume, is an input parameter for several reservoir models that have been used to estimate the flow rate of hydrocarbons from the Macondo blowout well.

Professor Zimmerman concludes that 6.35 microsips (μsips) is the best estimate of the average UPVC of the Macondo Reservoir. He bases this conclusion on the results of three laboratory tests performed by Weatherford Laboratories on core rock samples taken prior to the Macondo blowout. Due to several key reasons outlined in our report, however, I conclude that the Weatherford testing on these samples cannot be used to yield an accurate or reliable estimate of compressibility value that is representative of the Macondo Reservoir.

I have completed a series of calculations to estimate a correction factor between the compressibility results obtained from the rotary sidewall core samples conducted in the lab and the compressibility results that might have been obtained from conventional cores. Rotary sidewall cores tests are conducted on samples oriented differently than the direction that the rocks would naturally deform during pressure depletion while in the reservoir formation, which would be in the vertical direction. By contrast, samples taken from conventional (or whole) cores are tested in a direction that mimics the vertical direction of compaction, i.e., perpendicular to the rock layers in the reservoir. My analysis demonstrates that a correction factor of at least 2 (going from rotary sidewall to conventional cores) can be easily supported, leading me to conclude that BP's decision during the response to increase its compressibility estimate from 6 μsips (from the Weatherford testing on rotary sidewall cores) to 12 μsips was reasonable.

In support of his opinions, Professor Zimmerman conducts an analysis of: 1) the raw data of the uniaxial compression test conducted by Weatherford on three core samples from Macondo; 2) Weatherford's measurements of the pore volume changes that occurred in the three additional core samples under hydrostatic compression; and 3) measurements of ultrasonic wave velocities as part of the multi-stage triaxial compressive tests.

Only the first data set—from the uniaxial compression test—yields a direct measurement of uniaxial pore volume compressibility. However, the tested cores were not representative of

TREX 011698.0005

reservoir rock in formation and the testing conducted on these cores did not appropriately simulate the reservoir conditions, casting doubt on the accuracy and reliability of any results derived from this test.

In addition to the different orientation of the samples during the uniaxial compressibility testing, there are a number of other issues that undermine the accuracy and reliability of the results. First, the samples likely are not representative of the reservoir rock in the formation because they were extracted from the disturbed zone of stress near the well (area around borehole of larger stress than the surrounding reservoir) and had been subjected to substantial drilling damage (bit vibration, drilling mud invasion, and chemical additives). Second, the uniaxial testing protocol for the Macondo samples did not follow best industry practices, leading to conditions in the lab that did not properly simulate reservoir conditions. For example, the uniaxial tests were conducted at ambient conditions, as opposed to reservoir conditions of 243 degrees F. Other deviations from best practices include the dimensions of the rock samples used in the testing and the loading rate (pressure build-up) during testing.

Many of these same issues also impact the ability of drawing any conclusions from the two other laboratory tests that Professor Zimmerman argues supports the results from the uniaxial test: the "stairstep" test and ultrasonic velocity measurements from the triaxial test. However, the main issue with these other tests is that they are indirect ways to measure compressibility. The "stairstep" test requires a conversion from hydrostatic to uniaxial pore volume compressibility. The ultrasonic velocity measurements require a correction factor to switch from dynamic to static values. These are indirect techniques that I do not consider reliable.

### A. Macondo Core Sampling Plan and Procedure

In the fall of 2009, prior to drilling at the Macondo wellsite, BP developed an evaluation program of the sampling and logging collection and analysis to be completed at the conclusion of drilling the exploratory well.[1] Among the sampling issues debated was whether to take conventional core samples or rotary sidewall core samples.[2] Ultimately BP decided to pursue rotary sidewall coring, concluding that the expense associated with conventional coring (approximately $7 million) was not worth the cost.[3] In doing so, however, BP recognized that while "whole core compressibility measurements are 100% accurate," deriving compressibility

---

[1] E.g., BP-HZN-2179MDL03693851.
[2] Id.
[3] Id.; BP-HZN-2179MDL00356996.

CONFIDENTIAL PER BP

Weatherford Laboratories describes extraction and testing of conventional and rotary sidewall cores on its website. According to Weatherford, conventional core sampling is done through extraction of a solid cylinder of rock at the bottom of the borehole, approximately 4" to 5" in diameter and 30' long. It is considered the most accurate coring method in the industry.[12] Conventional coring can provide reliable estimates of reservoir conditions, such as compressibility, as well as elastic properties (such as porosity, permeability, Young's modulus, and Poisson's ratio) and strength parameters (such as cohesion and angle of friction). Conventional coring, however, is significantly more expensive than other types of coring, and so is not run at every well.[13]

According to Weatherford, another method, rotary sidewall coring, allows numerous core samples to be collected in a single run.[14] The rotary sidewall method uses a small robotic core bit of approximately 1" in diameter to drill sideways into the formation. Cores up to 2" long are removed and stored inside the main coring tool; this process is repeated to collect up to 50 sidewall cores at a time.[15]

### C. Sample Collection and Transfer to Weatherford Laboratories

At Macondo, three wireline runs were conducted in April 2010, prior to the blowout, to obtain rotary sidewall cores.[16] During the first two runs, a total of 8 cores were recovered out of 100 total attempts. In the third run, 50 cores were attempted and 36 cores were recovered.[17] The wellsite procedure plan for the Macondo sampling provided that if the cores were unconsolidated (i.e., poor or no cohesion), the cores were to be frozen in the receiver tube and a layer of saran wrap would be placed around the sample.[18] Evidence I have reviewed indicates that the cores were frozen for transport off the Deepwater Horizon rig.[19] The sidewall cores were then transported to Weatherford Laboratories for testing. Weatherford received 44

---

[12] See Weatherford Laboratories, Conventional Core, http://www.weatherfordlabs.com/resources/sample-types/conventional-core.
[13] Id.
[14] See Weatherford Laboratories, Rotary Sidewall Cores, http://www.weatherfordlabs.com/resources/sample-types/rotary-sidewall-cores.
[15] Id.
[16] Ex. 6397.
[17] WFT-MDL-00082953.
[10] Ex. 8787.
[19] Ex. 8788 (chronology constructed by Weatherford employee for Macondo samples includes entry on April 17, 2010, that the laboratory "[r]eceived 44 rswc frozen in receiver tube"). See also Ex. 8790 (on spreadsheet entitled "Rotary Inventory – Status of Samples," the "Notes" column states that eight of the samples, including the three samples used in the uniaxial compressibility tests, were "wrapped in teflon tape.").

rotary sidewall cores frozen in a receiver tube.[20] Many of the samples collected were broken or fractured into small pieces. Weatherford Laboratories' Rotary Inventory report for Macondo, copied as Figure 1 below, indicates that of the forty-four samples collected, twenty-two list "frac," "rubble," or "pieces," in the "sample condition" column.[21] These fractured samples were unusable for purposes of the uniaxial compressibility test; therefore there is an inherent sampling bias in the uniaxial laboratory test. Weatherford ultimately performed uniaxial pore volume compressibility tests on only 3 of the 44 samples that were recovered from the well (0.68%).

FIGURE 1. Excerpt from, Weatherford Laboratories Rotary Inventory – Status of Samples for Macondo Prospect (WFT-MDL-00070779).

| Sample No. | Sample Depth | Original Sample Length | Sample Weight in Grams | Sample Condition |
|---|---|---|---|---|
| 3-1R | 17706.90 | 1.0 | 10 | frac pieces |
| 3-2R | 17805.00 | 1.0 | 12 | frac/rubble |
| 3-3R | 17987.90 | 0.2 | 11 | frac/rubble |
| 2-1R | 18030.60 | 1.7 | 34 | cyl |
| 2-2R | 18067.90 | 1.3 | 20 | frac pieces/rubble |
| 3-4R | 18069.80 | 1.8 | 28 | cyl |
| 3-5R | 18072.00 | 1.8 | 28 | cyl |
| 3-6R | 18074.90 | 1.7 | 24 | cyl |
| 1-1R | 18077.00 | 1.4 | 34 | frac/rubble |
| 3-7R | 18080.00 | 1.7 | NA | cyl |
| 3-8R | 18081.80 | 1.7 | 30 | cyl |
| 3-9R | 18083.00 | 0.5 | 12 | frac pieces |
| 3-9R | 18083.00 | 1.7 | 28 | cyl |
| 3-10R | 18084.90 | 1.5 | 24 | cyl |
| 2-4R | 18087.00 | 1.7 | 20 | cyl |
| 3-11R | 18114.90 | 1.5 | 34 | frac cyl |
| 3-12R | 18121.00 | 1.6 | 20 | partial frac sm cyl |
| 3-13R | 18123.00 | 1.5 | 34 | frac rubble |
| 3-14R | 18124.90 | 1.7 | NA | cyl |
| 3-15R | 18127.00 | 1.7 | 35 | frac pieces |
| 3-16R | 18129.10 | 1.7 | 28 | cyl |
| 3-17R | 18131.90 | 1.7 | 26 | cyl |
| 3-18R | 18134.10 | 1.7 | 38 | frac |
| 3-19R | 18141.90 | 1.7 | 24 | cyl |
| 3-20R | 18143.90 | 1.7 | 30 | frac |
| 3-21R | 18147.90 | 1.7 | 30 | cyl |
| 3-22R | 18150.00 | 1.7 | 24 | cyl |
| 3-23R | 18154.00 | 1.6 | 24 | partial frac sm cyl |
| 3-24R | 18157.90 | 1.7 | NA | cyl |
| 3-25R | 18161.00 | 1.7 | 28 | cyl |
| 1-2R | 18163.10 | 1.8 | 30 | cyl |
| 3-26R | 18166.00 | 1.7 | 26 | cyl |
| 3-27R | 18167.90 | 1.5 | 30 | frac |
| 3-28R | 18170.90 | 0.2 | 11 | rubble |
| 1-3R | 18174.00 | 1.7 | 22 | frac cyl |
| 3-29R | 18178.00 | 1.5 | 26 | cyl |
| 3-30R | 18180.10 | 1.8 | 20 | frac |
| 3-31R | 18183.10 | 1.8 | 28 | cyl |
| 3-32R | 18184.90 | 0.1 | 9 | rubble |
| 1-4R | 18188.00 | 1.5 | 44 | frac |
| 3-33R | 18214.40 | 0.5 | 10 | sm cyl |
| 3-34R | 18231.00 | 0.3 | 20 | frac |
| 3-35R | 18232.90 | 1.5 | 24 | cyl |
| 3-36R | 18235.80 | 0.1 | 7 | rubble |

---

[20] Ex. 8788.
[21] WFT-MDL-00070779.

### D. Rebuttal to Professor Zimmerman's Conclusions Regarding the Proper Compressibility Value for the Macondo Reservoir

Since rock properties are dependent on pressure and temperature, it is essential that the tests be run under simulated downhole conditions, i.e., testing at the same pressures and temperature as the rock would encounter in the reservoir formation. Because all of these conditions were not properly replicated in the lab, I do not consider Professor Zimmerman's conclusion about the values derived from the uniaxial compressibility tests to be reliable.

Figure 2 depicts the best practices for testing compressibility in the laboratory so as to best simulate reservoir conditions, [22] and provides alongside the tests protocol for samples from the Macondo well. As shown below, testing at Macondo deviated in some cases from the best practices; the discussion following Figure 2 describes how those deviations substantially diminish the reliability of the compressibility test results.

---

[22] The best practices in Figure 2 have been adapted from a draft document developed by the International Society of Rock Mechanics (ISRM) Working Group on suggested methods for uniaxial strain compaction testing. "Proposal for Establishing a Working Group on ISRM Suggested Method for Uniaxial-Strain Compressibility Testing." In my view, the best practices contained in Figure 2 simulate reservoir conditions.

TREX 011698.0010

FIGURE 2. Best Practices for Uniaxial-Strain Compressibility Test Protocol as Compared to Protocol for Testing of Macondo Samples.

| Best Practices | Macondo Practices[23] |
|---|---|
| 1. *Sample taken from whole core.* | Rotary sidewall core sample. |
| 2. *Sample size:* Nominal 1.5-inch diameter by approximately 3-inch length or 1-inch diameter by approximately 2-inch length. Preferred L:D ratio of 2:1. | Diameter = approx. 0.92"; Length = approx. 1.1." |
| 3. *Sample orientation:* Vertical is preferred, such that the compaction direction matches that in the reservoir. | Horizontal orientation. |
| 4. *Sample preparation:* Cylinder ends are ground flat and parallel. | Cylinder ends ground flat and parallel. |
| 5. *Saturation:* Can be as-received and topped off with inert laboratory oil or solvent-cleaned and saturated with formation brine and inert laboratory oil. | Extracted and 100% lab oil. |
| 6. *Jacketing sample with heat shrink Teflon* | Teflon jacketed. |
| 7. *Calibration:* Rock Frame calibrated with aluminum billet and jacketed with same material as core samples and under same conditions of temperature, stresses, and loading rates as the sample. | Unknown. |
| 8. *Test temperature:* Reservoir temperature. | Ambient temperature. |
| 9. *Pore pressure:* The pore pressure is increased to the *in-situ* reservoir pressure condition. | In-situ. |
| 10. *Stresses at the start of uniaxial strain:* Reservoir. | Reservoir. |
| 11. *Apply In-Situ Stress Conditions:* Increase the pore pressure and the confining pressure simultaneously to their target values at a rate of <1 psi/s (hydrostatic loading - target values are initial *in-situ* reservoir stress conditions). During this loading segment, grain compressibility can be determined. At this point, the confining and pore pressures are held constant while the axial stress is increased at a rate of <1 psi/s to the *in-situ* overburden stress condition (triaxial loading) – bulk compressibility can be determined from this loading segment. Biot's coefficient alpha may be calculated from the grain and bulk compressibility values. | 4.2 psi/s. |
| 12. *Hold at in-situ stresses to stabilize strains before initiating uniaxial strain depletion:* 4 hr. minimum. | Not done. |
| 13. *Initiate pore pressure depletion under uniaxial strain:* Maintaining uniaxial strain boundary conditions (no radial deformation) and constant total axial stress (constant overburden stress), decrease the pore pressure at a rate of -0.1 psi/s to the target value (e.g., the reservoir abandonment pressure). Confining stress will vary due to the imposed uniaxial strain boundary conditions. | 0.5psi/s. |
| 14. *Ultrasonic velocity measurements:* Tests conducted with concurrent ultrasonic velocity measurements, capture ultrasonic velocity (P-wave and S-wave) waveforms at selected intervals throughout the duration of the uniaxial strain portion of the test. | No velocity measurements. |
| 15. *Hold at maximum depletion to measure "Creep" for a minimum of 4 hrs.* | Not done. |
| 16. *Re-pressure back to in-situ stress conditions to quantify in-elastic compaction.* | Not done. |

---

[23] The procedures for the uniaxial strain pore volume compressibility test performed on the Macondo rock samples are contained in Ex. 9053 and 9058. Information about the sample size and dimensions is taken from Ex. 8987 and BP-HZN-2179MDL02394185.

CONFIDENTIAL PER BP

TREX 011698.0011

As set forth in Figure 2, the best practice for generating compressibility values from laboratory testing is to do the testing on conventional, or whole, cores. BP elected not to take conventional cores, and performed analysis on rotary sidewall cores (RSWC) instead. There are several reasons why I conclude that analysis of sidewall cores here cannot be used here to generate a reliable compressibility value that is representative of the conditions in the Macondo Reservoir.

### 1. Orientation of testing on rotary sidewall cores underpredicts compressibility results.

The most important issue impacting the reliability of the uniaxial laboratory results is the inherent orientation of the sidewall core as compared to a whole core. BP stressed the importance of this issue in a Technical Memo relating to a nearby well, "Isabella Pore Volume Compressibility Evaluation," October 11, 2007. There, BP states:

> Testing protocols and samples size effects (specifically length-to-diameter ratio) may result in this value underestimating the actual reservoir compressibility. Work could be undertaken to quantify the magnitude of these effects. . . . The Isabella samples were collected as RSWC, presumably parallel to bedding, and tested for compaction within a bedding plane. Compaction in the field is expected to occur perpendicular to bedding (see figure 1). Typically, reservoir sandstones are stiffer within a bedding plane than in the direction perpendicular to bedding. These test results may therefore underestimate expected compaction in the field.[24]

Figure 3 below, reproduced from the 2007 BP memorandum, illustrates how the orientation of the sidewall core during laboratory testing may generate artificially low compressibility results. As the Figure demonstrates, uniaxial testing on rotary sidewall cores does not simulate the direction of compaction that would occur in the reservoir. This is because, as BP indicates, in the formation, the bedding planes (i.e., surfaces that separate different layers of rock deposits) would be in a direction *perpendicular* to the direction of the compaction, in which rocks are typically softer. In the laboratory with rotary sidewall cores, however, the bedding planes are oriented *parallel* to the direction of compaction during the test, in which rocks are typically stiffer. As a result, the BP memorandum concludes, and I agree, uniaxial pore volume compressibility tests in the laboratory may underpredict compressibility.

---

[24] BP-HZN-2179MDL00195208, at -208, 209.

CONFIDENTIAL PER BP

FIGURE 3. Excerpt from BP 2007 Technical Memorandum, "Isabella Pore Volume Compressibility Evaluation."[25]



Figure 1. PVC tests in the laboratory may underpredict compaction, since RSWC undergo compaction parallel to bedding planes in which rocks are typically stiffer. In the field, compaction occurs perpendicular to bedding in which rocks are typically softer.

The orientation of the core during laboratory testing is particularly important if any kind of anisotropy—or layering of different rock types—has been detected, such as laminations (i.e., observed silt/sandstone/shale laminations)[26] and/or grain alignment,[27] as reported here. Weatherford's initial visual inspection indicated that some of the cores had lamination, although not the ones selected for the uniaxial compression testing.[28] However, lamination is not always detected by such initial inspection.[29] It is my opinion that the subsequent CT scan taken of one of the samples used in the uniaxial compression tests, sample 3-16R, indicates the presence of laminations.

---

[25] BP-HZN-2179MDL00195208, at -210.
[26] Dep. of Jaime Loos (Weatherford Laboratories 30(b)(6)), Sept. 20, 2012, at 59, 238-39; Ex. 8789.
[27] Ex. 8774 (email exchange from July 6, 2010 regarding compressibility at Macondo, in which BP Reservoir Engineer David Schott reports, "we know from Santa Cruz data and intuitively that sidewall core data is conservative just from the way the grains are aligned).
[28] Loos Dep., at 59, 238-39; Ex. 8789.
[29] Loos Dep., at 238-39.

FIGURE 4. CT Scan of Sample 3-16R.[30] The presence of light and dark shading here indicates presence of laminations.



These facts are indicative of anisotropy.[31] Indeed, based on its own interpretation of logging data, BP also reported anisotropic conditions at Macondo. In its July 26, 2010 Technical Memorandum, Post-Well Subsurface Description of Macondo Well, BP stated:

> Based on core measurement (lower porosity and permeability values and laser grain size analysis) M56D is probably slightly different rock type and more heterogeneous than M56E. Nuclear-magnetic resonance (CMR) and RT Scanner logs response also show higher rock anisotropy of M56D lobe . . . . .
>
> Type 2 in the M56D unit may be associated with some thin bedded pay as evidenced by increased anisotropy from the tensor resistivity data and the CMR bin porosity distribution.[32]

Professor Zimmerman discounts the potential effect of anisotropy, citing a paper by Thomsen, which Professor Zimmerman argues supports only assigning a 10-20% difference in compressibility values when anisotropy is present. Other literature, however, indicates that some sandstone reservoirs exhibit anisotropies much larger than 20%.[33]

---

[30] WFT-MDL-00039352.

[31] Lamination is best detected through taking "thin sections" of the rock, but that was not done here. See Ex. 9075 (summary of analyses completed by Weatherford Laboratories on Macondo samples).

[32] Ex. 3533, Technical Memorandum, Post-Well Subsurface Description of Macondo Well, July 26, 2010, at 13, 34. See also BP-HZN-2179MDL0088853.

[33] Lo, T.W., K.B. Coyner & N. Toksoe, "Experimental Determination of Elastic Anisotropy of Berea Sandstone, Chicopee Shale, and Chelmsford Granite," Geoph., vol.51, nb.1, pp.164-171, Jan. 1986.; Boyce, R.E., "Laboratory-determined Sound Velocity, Porosity, Wet-bulk Density, Acoustic Impedance,

TREX 011698.0014

I have performed a series of calculations to demonstrate the difference between the compressibility results obtained from the rotary core samples conducted in the lab and the compressibility results that would most likely have been obtained from conventional cores, in which the pressure would be applied perpendicularly to the direction of the rock layers (here, sandstone and shale) in the reservoir. Appendix B details this effort.

Appendix B shows that the compressibility measured in a direction perpendicular to laminations (as would be measured on a conventional core) is always larger, and in some cases three to four times larger, than the compressibility measured parallel to these laminations (as would be measured on a rotary sidewall core). My analysis demonstrates that a correction factor of at least 2 can be easily supported, leading me to conclude that BP's decision during the response to increase its compressibility estimate from 6 μsips to 12 μsips[34] was reasonable.

2. **BP's recommendation of a compressibility of 12 μsips during the well integrity testing period was reasonable.**

BP's doubling of the recommended compressibility from 6 to 12 μsips for the Macondo reservoir during the well-integrity testing period in July 2010 was reasonable based on the bias toward lower compressibility results from sidewall as opposed to whole cores, as discussed above, and based on BP's comparison of the compressibility at Macondo, and other nearby wells, including the Isabella and Santa Cruz wells.

In July 2010, during tests to determine whether the shut-in of the Macondo well was likely to have integrity, BP performed a variety of simulations of reservoir pressure response and conditions.[35] Robert Merrill, then BP's Senior Advisor for Reservoir Engineering Community of Practice, was responsible for performing this reservoir modeling.[36] Rock compressibility was one of the inputs to this modeling.[37] Based on the Weatherford rotary sidewall core tests, BP

---

*Acoustic Anisotropy, and Reflection Coefficients for Cretaceous-Jurassic Turbidite Sequences at Deep Sea drilling Project Sites 370 and 416 Off the Coast of Morocco,"* Chap. 48, Physical Properties and reflection Coefficients, Dec. 1981.

[34] See, e.g., Ex. 8776.

[35] Ex. 10841 (Reservoir Pressure Response), BP-HZN-2179MDL07033640-642); Ex. 9320 (Emails attaching Pressure Measurement Network Architecture, July 15, 2010, BP-HZN-2179MDL07117793, 7802, 7807); Ex. 10845 (Well Integrity Test Data Review, July 16, 2010); Ex. 10853 (Well Integrity Test Data Review, July 26, 2010, BP-HZN-2179MDL02180635, -80656).

[36] Dep. of Robert Merrill (January 15, 2013), at 34-44.

[37] Ex. 10841 (Reservoir Pressure Response), BP-HZN-2179MDL07033640-642); Ex. 9320 (Emails attaching Pressure Measurement Network Architecture, July 15, 2010, BP-HZN-2179MDL07117793,

CONFIDENTIAL PER BP

TREX 011698.0015

On July 6, Mr. Schott wrote that "[i]f you think the Macondo rocks are lower compressibility, you might use a similar upgrade going from sidewall to whole core as what we found going from the sidewall in SC and Isabela to whole core in SC."[45] In response to a comment from Mr. Willson, Mr. Schott wrote "[n]ot honoring the sidewall data is the point isn't it. Because, we know from Santa Cruz data and intuitively that sidewall core data is conservative just from the way the grains are aligned. I don't get what you and Steve are driving at, we shouldn't be strictly confined to the sidewall data at Macondo or anywhere."[46]

On July 7, Mr. Willson sent an email attaching a Macondo rotary sidewall core PVC comparison with other Na Kika and similar uncemented sands. He stated that "An Isabela/Santa Cruz comparison would put you at 15 microsips or so. So 15 could be a reasonable compromise if you wish, with 20 as an upside and 5 microsips as a downside?"[47]

Ms. McAughan replied: "How about we use 6-12-18." Mr. Willson responded: "That sounds very reasonable to me Kelly." Mr. Merrill followed by stating: "Me too."[48]

While it was not possible to precisely measure the compressibility of the Macondo rock, based on the information available to BP at the time of the incident, it was certainly reasonable for BP to conclude that the "most likely" compressibility for Macondo was 12 μsips.[49]

3. "Stress Cage" (zone of disturbed stress surrounding the borehole) increases probability that tested samples are damaged.

Another issue with using sidewall cores is the fact that they are taken within what is referred to as the "stress cage," a zone where the in-situ stresses are concentrated as the result of drilling the borehole.[50] Sampling cores in areas of disturbed stress makes it unlikely that the compressibility values obtained through the laboratory testing are in fact representative of the compressibility in the reservoir. The area surrounding the borehole, extending out approximately 3-4 times the diameter of borehole, has greater stress conditions than the overall reservoir stress conditions. This stress concentration, or zone of disturbed stress, could

---

[45] Ex. 8772.
[46] Ex. 8774.
[47] Ex. 8775.
[48] Ex. 8776.
[49] Ex. 10841.
[50] In Ex. 9054, an email exchange, BP provided the following estimates of the stress conditions at Macondo to Weatherford Laboratories for use in the uniaxial testing: Overburden stress = 14,800 psi; Horizontal (lateral) minimum effective stress = 13,300 psi; Original pore pressure = 11,800 psi; Effective stress ("net confining stress" or NCS) = 2,000 psi.

## APPENDIX B – CORRECTION FACTOR ANALYSIS: RESULTS OF UNIAXIAL TESTING OF ROTARY SIDEWALL CORES SAMPLES COMPARED TO CONVENTIONAL CORES SAMPLES

I have quantified the difference between the compressibility results obtained from the rotary core samples conducted in the lab and the compressibility results that likely would have been obtained from conventional cores, in which the pressure would be applied perpendicularly to the direction of the rock layers (here, sandstone and shale layers) in the reservoir.

I considered two cases: a sidewall core (Case A) and a whole core (Case B). As illustrated below, Case A is stiffer than Case B. A correction factor was quantified, knowing that the compressibility Case A that was derived from the Weatherford Laboratories testing ($C_A$) = 6.35 µsips, and letting the ratios of the stiffnesses of the composite material vary. I conclude that the multiplier is always larger than unity for all cases, showing that the compressibility in Case B is always larger than for Case A. (In this Appendix, E represents Young's modulus, K represents the bulk modulus, v represents Poisson's ratio, and C represents the compressibility. As far as the subscripts are concerned: A is related to Case A, B is related to Case B, ss represents sandstone, and sh represents shale).

* **Case A – Rotary Sidewall Core:** This case schematically represents the testing performed by Weatherford Laboratories on Macondo cores, i.e., the axial load has been applied parallel to the bedding planes.



Case A: Rotary Core Testing – Pressure Applied in Direction Parallel to Sandstone and Shale Bedding Planes - *Compaction is stiffer*

Key
E = Young's Modulus (or, the ratio of stress to strain)
ss = Sandstone
sh = Shale

$E_A = E_{ss} + E_{sh}$

1
CONFIDENTIAL PER BP

If one assumes that those bedding planes represent the laminations discussed in the body of my report at pages 12-14, the layering constitutes an assembly of sandstones interbedded with shales.

This is similar to loading springs in parallel, one representing sandstone (ss), and one representing shale (sh). Each of the layers has its own stiffness, represented by its Young's modulus (E).

From spring theory, the total stiffness for this Case A, i.e. $E_A$, can be represented as:

$$E_A = E_{ss} + E_{sh}$$

In this particular Case A, a uniaxial compression (plane strain) test, carried out by Weatherford, revealed a pore compressibility value of:

$$C_A = 6.35 \times 10^{-6}$$

In the uniaxial laboratory test, the Poisson's Ratio (v) is equal to zero. This is because plane strain conditions were imposed in the lab, restricting the ability of the sample to deform laterally.

* **Case B – Whole Core.** If one had tested whole cores, the axial applied load would have been perpendicular to the bedding planes.



Case B: Conventional Core Testing – Pressure Applied in Direction Perpendicular to Sandstone and Shale Bedding Planes - *Compaction is softer*

2
CONFIDENTIAL PER BP

Using spring theory, there are a number of layers in series, in which case the total stiffness for Case B, i.e. $E_B$, is now given by:

$$1/E_B = (1/E_{ss}) + (1/E_{sh})$$

or,

$$E_B = (E_{ss} \times E_{sh}) / (E_{ss} + E_{sh})$$

and,   $C_B = 1/K_B = [3(1-2v_B)] / E_B$  (Equation from chapter 1 of S.Timoshenko, "Strength of Materials", 1940)

Consequently, the multiplying factor to obtain the compressibility value for a whole core, knowing the compressibility for a side core, can be estimated from the following expression:

$$C_B / C_A = K_A / K_B = (E_A / E_B) \{[3(1-2v_B)] / [3(1-2v_A)]\} \quad \text{for the general case}$$

and,   $C_B / C_A = (E_A / E_B)(1 - 2v_B)$   for the case of $v_A = 0$

and,   $C_B / C_A = E_A / E_B$   for the case of $v_A = v_B$

It can be shown that:

$$(E_A / E_B) = [(E_{ss} + E_{sh})^2 / (E_{ss} \times E_{sh})]$$

Let us first consider the case where both sidewall core and whole (vertical) core are tested in plane strain (i.e. $v_A = v_B = 0$).

As can be seen from the next table, the multiplying factor for several cases of $(E_{ss}/E_{sh})$ is at least equal to 4, leading to a value of 24 μsips for the compressibility, had the testing been completed on conventional core samples.

| $E_{ss}/E_{sh}$ | 1.0 | 1.5 | 2.0 | 2.5 | 3.0 |
|---|---|---|---|---|---|
| $C_B/C_A$ | 4.0 | 4.2 | 4.5 | 4.9 | 5.3 |

If one considers another case, where the sidewall core has been tested under plane strain conditions, while the whole core was tested under triaxial conditions, the following multiplying values can be obtained for different values of $(E_{ss}/E_{sh})$:

| $E_{ss}/E_{sh}$ | 1.0 | 1.5 | 2.0 | 2.5 | 3.0 |
|---|---|---|---|---|---|
| $C_B/C_A$ | 1.0 | 2.08 | 2.25 | 2.45 | 2.67 |

3
CONFIDENTIAL PER BP

TREX 011698.0070

As can be seen from the above table, the correcting value is of the order of 2.3, leading to a compressibility of 14 µsips, had the testing been completed on conventional core samples. A ratio of 1.0 would occur only if no laminations or anistrophy were present, which is not the case here.

It should be pointed out that this last table required an input value for the Poisson's ratio for case B, a value of 0.25 was assumed.

CONFIDENTIAL PER BP

TREX 011698.0071