ALIGNED PARTIES' LIST OF EXHIBITS / DEMONSTRATIVES
USED AND OFFERED IN CONNECTION WITH THE
EXAMINATION OF ADAM BALLARD (10/2-3/2013)

The Aligned Parties offer the following exhibits used during their October 2-3, 2013 examination of Adam Ballard into evidence: admitted 10-8-13 SK

| NUMBER | DESCRIPTION |
|---|---|
| 9155 | May 10, 2010 E-mail from Doug Suttles to Mary Landry, Subject: 01090800.PDF |
| 9155.1.1.TO | Callout of TREX-9155 |
| 9155.4.1.TO | Callout of TREX-9155 |
| 150110 | May 14, 2010 Email from Jasper Peijs to Doug Suttles, et al. re Worst Case Scenario Data |
| 150110.1.1.TO | Callout of TREX-150110 |
| 11907 | May 10, 2010 E-mail from Jasper Peijs to Doug Suttles re Updated model slide |
| 11907.1.1.TO | Callout of TREX-11907 |
| 11907.3.1.TO | Callout of TREX-11907 |
| 9330 | May 6, 2010 E-mail chain, top e-mail from Ms. McAughan to Mr. Preijs, et al., re WCD Plots |
| 9330.1.1.TO | Callout of TREX-9330 |
| 9330.3.1.TO | Callout of TREX-9330 |
| D25021 | Demonstrative comparing TREX-11907.3 and TREX-9330.3 |
| 11906 | BP Source Control and Flow Rate PowerPoint slides with embedded excel file |
| 11906.7.1.TO | Callout of TREX-11906 |
| 11906.6.1.TO | Callout of TREX-11906 |
| 11906.5.1.TO | Callout of TREX-11906 |
| 11906.4.1.TO | Callout of TREX-11906 |
| 11905R | Rebuttal Expert Report of Adam Ballard (Redacted) |
| 11905R.21.1.TO | Callout of 11905R |
| 9313 | May 16, 2010 E-mail chain, top e-mail from Mr. Mason to Mr. Birrell, et al., re FW: Macondo SIWHP Build-up Rate Final Report.doc |
| 9313.1.1.TO | Callout of TREX-9313 |
| 9446 | May 3, 2010 E-mail from Tim Lockett to Trevor Hill, Subject: Best Estimates |
| 9446.1.1.TO | Callout of TREX-9446 |
| 9446.1.2.TO | Callout of TREX-9446 |
| 3220 | May 16, 2010 E-mail from John E Lynch Jr. to David Rainey, et |

*Aligned Parties' re Adam Ballard*

*admitted 10-8-13 SK*

| | |
|---|---|
| | al. Re: Macondo Oil Rate |
| 3220.1.1.TO | Callout of TREX-3220 |
| 11905R.31.1.TO | Callout of TREX-11905R |
| 150106 | May 21, 2010 Email from Doug Suttles to Toby Odone, et al re Seeking confirmation of 5,000 barrel a day figure for amount of oil being captured by new tube |
| 150106.1.1.TO | Callout of TREX-150106 |
| D25018A | Chart by John Wilson: "BP 5,000 BOPD 'Best Estimate'" |
| 3220.1.1.TO | Callout of TREX-03220 |
| 9156 | May 11, 2010 E-mail from Mike Mason to Cindy Yeilding, Debbie Kercho and others, Subject: Meeting Presentation May 11 2010 (3).ppt |
| 9156.5.1.TO | Callout of TREX-09156 |
| 9250.2.1.TO | Callout of TREX-09156 |
| 9250 | May 14 and 16 - 18, 2010 E-mail string among Trevor Hill, Kurt Mix and others, Subject: Pressure build-up |
| 9250.1.1.TO | Callout of TREX-09250 |
| 9250.1.2.TO | Callout of TREX-09250 |
| D25013B | Organizational Chart |
| 1651 | May 24, 2010 Letter from R. Kevin Bailey, BP to The Honorable Edward Markey, U.S. House of Representatives, re Response to Chairman Markey's Correspondence |
| 1651.1.1.TO | Callout of TREX-01651 |
| 1651.1.2.TO | Callout of TREX-01651 |
| 1651.2.1.TO | Callout of TREX-01651 |
| 9475 | May 18, 2010 Email from Mike Brown to Philip Maule, et al. RE: MC 252 Fluid composition |
| 9475.5.1.TO | Callout of TREX-09475 |
| 9475.3.1.TO | Callout of TREX-09475 |
| 9475.3.2.TO | Callout of TREX-09475 |
| 9475.2.1.TO | Callout of TREX-09475 |
| 9475.1.1.TO | Callout of TREX-09475 |
| 9475.1.2.TO | Callout of TREX-09475 |
| 8656 | April 22, 2010 E-mail string between Rob Marshall, Gary Imm and Jonathan Sprague, Subject: Macondo flowing well rate |
| 8656.1.1.TO | Callout of TREX-08656 |
| 8656.1.2.TO | Callout of TREX-08656 |
| 8656.1.3.TO | Callout of TREX-08656 |
| 3220.1.1.TO | Callout of TREX-03220 |
| 9157 | May 6, 2010 Email from Kelly McAughan to Bryan Ritchie, re WCD Plots Request |
| 9157.1.1.TO | Callout of TREX-09157 |
| 9164 | May 28, 2010 Email from Mark Mazzella to Paul Tooms, et al. |

Aligned Parties' re- Adam Ballard

|  | RE: BJ and Halli Data |
|---|---|
| 9164.2.1.TO | Callout of TREX-09164 |

admitted 10-8-13 SK

# ALIGNED PARTIES' LIST OF EXHIBITS / DEMONSTRATIVES USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF IAIN ADAMS (10/3/2013)

The Aligned Parties offer the following exhibits and demonstratives used during their October 3, 2013 examination of Iain Adams into evidence:

admitted 10-8-13 SL

| NUMBER | DESCRIPTION |
|---|---|
| 11738R.5.2.TO | Callout of TREX-11738R |
| 21176 | Blowout and Well Control Handbook by Robert Grace |
| 21176.268.1.TO | Callout of TREX-21176 |
| 21176.268.5.TO | Callout of TREX-21176 |
| 27716.269.6.TO | Callout of TREX-21176 |
| 11737R.8.5.TO | Callout of TREX-11737R |
| 140914 | May 18, 2010 email from Jason Caldwell to Jasper Peijs et al. re Interface Notes for your review |
| 140914.2.3.TO | Callout of TREX-140914 |
| 9148 | Top Kill Procedure for MC 252-1 Contingency: Alternative LCM Pills |
| 9148.5.3.TO | Callout of TREX-9148 |
| 144843 | May 16, 2010 email from Tony Rediger to Secretary Chu et al. re FW: 16 May Science Meeting Slide Pack |
| 144843.1.1.TO | Callout of TREX-144843 |
| 144843.10.2.TO | Callout of TREX-144843 |
| 9250 | May 18, 2010 email from Dougla Wood to Trevor Hill and Tim Lockett re RE: Pressure build-up |
| 9250.1.1.TO | Callout of TREX-9250 |
| 130491 | May 16, 2010 email from Ole Rygg to Mark Patteson et al. re RE: Summary on updated models |
| 130491.1.2.TO | Callout of TREX-130491 |
| 9160 | May 27, 2010 text message from Kurt Mix to Jon Sprague |
| 9160.1.2.TO | Callout of TREX-9160 |
| 11737R.15.3.TO | Callout of TREX-11737R |
| 11614 | May 29, 2010 BP Presentation re Top Kill Analysis |
| 11614.1 | Page of TREX-11614 |
| 11613.40.5.TO | Callout of TREX-11613 |
| 11614.6.4.TO | Callout of TREX-11614 |
| 11614.9.2.TO | Callout of TREX-11614 |
| 11613.40.7.TO | Callout of TREX-11613 |

## Aligned Parties' re Iain Adams

| | |
|---|---|
| 11614.4 | Page of TREX-11614 |
| 11737R.13.6.TO | Callout of TREX-11737R |
| 11737R.13.7.TO | Callout of TREX-11737R |
| 4319 | May 26, 2010 email from Iain Sneddon to Asbjorn Olsen et al. re RE: BOP Guidance Frame |
| 4319.1.1.TO | Callout of TREX-4319 |
| 11738R.6.2.TO | Callout of TREX-11738R |
| 11737R.13.2.TO | Callout of TREX-11737R |
| 8542 | August 26, 2010 email from Elaine Metcalf to Jim Wellings re RE: Jim Wellings Way Forward |
| 8542.1.1.TO | Callout of TREX-8542 |
| 142700 | May 24, 2010 email from Doug Suttles to Andy Inglis and James Dupree re Ltr to Admiral Landry re: Top Kill Operation |
| 142700.2.1.TO | Callout of TREX-142700 |
| 142700.2.3.TO | Callout of TREX-142700 |
| 142700.3.1.TO | Callout of TREX-142700 |
| 10505 | May 17, 2010 email from Paul Tooms to Harry Thierens re FW: Top Preventer Peer Assist Recommendations |
| 10505.25.1.TO | Callout of TREX-10505 |
| 10505.5.2.TO | Callout of TREX-10505 |
| 10505.15.1.TO | Callout of TREX-10505 |
| 10505.5.1.TO | Callout of TREX-10505 |
| 141123 | Lower Marine Riser (LMRP) Removal Procedures – Deepwater Horizon (DWH) for MC-252 #1 |
| 141123.1.1.TO | Callout of TREX-141123 |
| 141123.12.1.TO | Callout of TREX-141123 |
| D25026 | Model of 3-Ram Capping Stack |
| D25029 | Physical Chart |
| D25030 | Physical Chart |

admitted 10-8-13 SK

# BP - Exhibits for HUNTER

BP offers the following documents it used during its examination of Dr. Tom Hunter into evidence:

admitted 10-8-13 SC

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-24368 | Pressures |
| D-24388-2 | Top Hat Exterior |
| TREX-008628 | PNNL, 07/30/10, unreviewed estimate - What is the effect of oil reservoir depletion? |
| TREX-008628.58.1.BP | Callout of TREX-008628 |
| TREX-008635 | Preecisional Draft of Flow Analysis Activities for the MC252 Well |
| TREX-008635.96.1.BP | Callout of TREX-008635 |
| TREX-008635.97.1.BP | Callout of TREX-008635 |
| TREX-009361 | Sandia Report - DOE-NNSA Flow Analysis Studies Associated with the Oil Release following the Deepwater Horizon Accident |
| TREX-009361.46 | Page of TREX-009361 |
| TREX-009671 | Email from M. McNutt - T. Hunsaker et al. re Re: tom hunter feedback on new data |
| TREX-009671.1.1.BP | Callout of TREX-009671 |
| TREX-009671.2.1.BP | Callout of TREX-009671 |
| TREX-009671.3.1.BP | Callout of TREX-009671 |
| TREX-009692 | Estimates of Conditions in the Gulf |
| TREX-009692.3.2.BP | Callout of TREX-009692 |
| TREX-009706 | Flow Modeling Activities: Team Review with Tom Hunter |
| TREX-009706.1 | Page of TREX-009706 |
| TREX-009706.26.1.BP | Callout of TREX-009706 |
| TREX-009706.4 | Page of TREX-009706 |
| TREX-009706.5 | Page of TREX-009706 |
| TREX-009718 | Email from T. Hunsaker - S. Chu et al. re Re: Brief summary for tomorrow/whenever |
| TREX-009718.1.1.BP | Callout of TREX-009718 |
| TREX-009718.1.2.BP | Callout of TREX-009718 |
| TREX-009725 | Handwritten notes of Curt Oldenburg re FRTG telecon |
| TREX-009725.2.1.BP | Callout of TREX-009725 |
| TREX-009906 | Notes on FRT Conference Call, July 30, 2010 |
| TREX-009906.3.3.BP | Callout of TREX-009906 |
| TREX-009908 | Email fom J. Borghei - T. Hunsaker et al. re Re: containment report |
| TREX-009908.2.2.BP | Callout of TREX-009908 |
| TREX-009929 | Handwritten Notes by Tom Hunter |
| TREX-009929.95 | Page of TREX-009929 |

# BP - Exhibits for CHU

BP offers into evidence the following documents used during the portion of Mr. Steven Chu's deposition played in Court on October 3, 2013:

admitted 10-8-13 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-011303 | Statement from Admiral Allen on the Successful Completion of the Relief Well |
| TREX-011303.1 | Page of TREX-011303 |
| TREX-011303.1.2.BP | Callout of TREX-011303 |
| TREX-011305 | Email from SCHU to D. Leistikow, et al. re Conf call tps and q & a |
| TREX-011305.1 | Page of TREX-011305 |
| TREX-011305.1.7.BP | Callout of TREX-011305 |
| TREX-011305.2 | Page of TREX-011305 |
| TREX-011305.2.11.BP | Callout of TREX-011305 |
| TREX-011305.2.8.BP | Callout of TREX-011305 |

# BP - Exhibits for BALLARD

BP offers the following documents it used during its examination of Mr. Adam Ballard into evidence:

admitted 10-8-13 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-23207B | Examples of Uncertainties Associated with Hydraulic Modeling Inputs at Macondo |
| D-23208 | Purposes of Hydraulic Modeling Performed in April and May 2010 |
| D-23209 | Mason's Modeling Indicated That Under Reasonable Conditions, The Flow Rate Could Be 5,000 bopd |
| D-23212 | Adam L. Ballard, Ph.D. |
| D-23213 | Adam L. Ballard, Ph.D. |
| D-23214 | Dr. Adam Ballard: Summary of Opinions |
| D-23238 | Government Did Not Rely on BP for Flow Rate Estimates |
| D-23885 | Dr. Rygg's Relief Well Modeling |
| D-23888 | Flow Rate Group Preliminary Best Estimate of Oil Flowing From BP Oil Well (May 27, 2010) |
| D-23922 | Trevor Hill: Purpose of April 28 Modeling |
| D-23923 | Mike Mason: Purpose of May 11 Modeling |
| TREX-005063 | Email from T. Hill to G. Birrell re: Action Items from 3:00 PM Sunday telecon - flow modeling |
| TREX-005063.1.2.BP | Callout of TREX-005063 |
| TREX-005063.4.3.BP | Callout of TREX-005063 |
| TREX-005063.4.5.BP | Callout of TREX-005063 |
| TREX-005063.4.6.BP | Callout of TREX-005063 |
| TREX-009156 | Email from M. Mason - C. Yeilding et al. re FW: Meeting Presentation May 11 2010 (3).ppt |
| TREX-009156.1.1.BP | Callout of TREX-009156 |
| TREX-009156.6.1.BP | Callout of TREX-009156 |
| TREX-009156.7.1.BP | Callout of TREX-009156 |
| TREX-009266 | Email from O. Rygg - K. Mix re blowout Rates |
| TREX-009266.2.1.BP | Callout of TREX-009266 |
| TREX-009313 | Email from M. Mason - G. Birrell et al. re FW: Macondo SIWHP Build-up Rate Final Report.doc |
| TREX-009313.1.1.BP | Callout of TREX-009313 |
| TREX-009446 | Email from T. Lockett - T. Hill re Best estimate |
| TREX-009446.1.1.BP | Callout of TREX-009446 |
| TREX-010603 | Email from W. Burch - K. Mix et al. re Dynamic Kill Technical Fact Note |
| TREX-011902 | Flow Rate Group Provides Preliminary Best Estimate of Oil Flowing from BP Oil Well |
| TREX-011905R | Rebuttal Expert Report of Adam L. Ballard, Ph.D. |
| TREX-011905R.15.1.BP | Callout of TREX-011905R |

BP- re Adam Ballard

| TREX-011905R.17.1.BP | Callout of TREX-011905R |
|---|---|

admitted 10-8-13 SL

(2)

# BP - Exhibits for HUNTER

BP offers into evidence the following documents used during the portion of Mr. Tom Hunter's deposition played in Court on October 3, 2013:

*admitted 10-8-13 SK*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-009146 | Email from C. Browner - J. Messina et al. re Important News |
| TREX-009146.1 | Page of TREX-009146 |
| TREX-009146.1.8.BP | Callout of TREX-009146 |
| TREX-009146.1.9.BP | Callout of TREX-009146 |

# UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF THOMAS HUNTER

The United States offers the following documents it used during its October 7, 2013 examination of Thomas Hunter into evidence:

*admitted 10-8-2013 SK*

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| TREX-009916 | May 17, 2010 E-mail from David Keese to Richard Garwin, Amy Bodette and others, Subject: Additional background info for more margin, with Attachments; May 17, 2010 E-mail from David Keese to SCHU, Subject: Ball bearing impedance for more margin, with Attachments; May 17, 2010 E-mail string among Kathleen Hurst, Paul Tooms and others, Subject: Questions for National Labs, with Attachments; May 16 and 17, 2010 E-mail string among Kathleen Hurst, Kate Baker and others, Subject: Well Plan, with Attachments, marked as CONFIDENTIAL |
| TREX-009916.3.1.US | Callout of TREX-009916 |
| TREX-009916.4.1.US | Callout of TREX-009916 |
| D-21500 | Government-Led Science Team Organization (Source: Hunter 10/30/2012 Depo. 18:2-19:6) |
| TREX-141394 | Macondo Well Integrity Test |
| TREX-141394.12.1.US | Callout of TREX-141394 |
| D-21006.2 | Top Hat Flow(Source: TREX-011452) |
| D-21011.2 | Model of Capping Stack (Source: TREX-130530) |
| TREX-011280.1.1.US | Callout of TREX-011280 |

Aligned Parties' Amended List of Exhibits / Demonstratives Used and Offered in Connection with the Examination of James Dupree on 10/2/2013      admitted 10-8-13 SK

| NUMBER | DESCRIPTION |
|---|---|
| 142819.3.PSC | Cover Slide of May 16 Science Meeting Slide Pack attached to Email from J. Caldwell to troy.trosclair@mms.gov  (Same as #142819N.2) |
| 9313 | E-mail chain, top e-mail from Mike Mason to Gordon Birrell and James Dupree dated May 16, 2010. Subject: FW: Macondo SIWHP Build-up Rate Final Report.doc |
| 100208.284.1.PSC | Callout from Deposition Transcript of Dupree, James (In Re: Oil Spill by the Oil Rig "Deepwater Horizon"), Vol. II |
| 9573 | BSEE MWCC Shell Capping Drill 24-31 July 2012 - Presentation |
| 10347.17.1.PSC | Callout from GUILTY PLEA AGREEMENT, United States of America v. BP Exploration & Production, Inc., Filed 11/15/12 |
| 6124 | BP Deepwater Horizon Review dated May 23, 2010 |
| 6124.2.1.PSC | Callout from BP Deepwater Horizon Review dated May 23, 2010 |
| 150307N | Video Clip Of Tony Hayward (Court admitted on October 3, 2013) |
| 9353 | Letter from Douglas Suttles to Rear Admiral Landry, dated May 26, 2010 |
| 120227 | Email from James Dupree to Jason Caldwell; Subject: Letter; Attachment: Dear Admiral Landry.doc |
| 120227.2.1.PSC | Callout from Email from James Dupree to Jason Caldwell; Subject: Letter; Attachment: Dear Admiral Landry.doc |
| 142700 | Email from D. Suttles to A. Inglis and J. Dupree re: Ltr to Admiral Landry re: Top Kill Operation |
| 142700.1.1.PSC | Callout from Email from D. Suttles to A. Inglis and J. Dupree re: Ltr to Admiral Landry re: Top Kill Operation - Page 1 |
| 142700.2.1.PSC | Callout from Email from D. Suttles to A. Inglis and J. Dupree re: Ltr to Admiral Landry re: Top Kill Operation Page 2 |