Minute Entry
Barbier, J.
OCTOBER 9, 2013
JS 10: 6 hr 59 min

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J(1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

CASE MANAGER:                    COURT REPORTER:
STEPHANIE KALL                   KAREN IBOS (AM)
                                 JODI SIMCOX (PM)


PHASE TWO  NON-JURY TRIAL
(QUANTIFICATION)
(Day seven)

WEDNESDAY, OCTOBER 9, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING


Case resumes.

BP offers list of exhibits/demonstratives regarding exam of Paul Hsieh: ORDERED admitted. (see attached)

Witnesses: Aaron Zick, previously sworn and testified. (Expert)
           Mohan Kelkar, sworn and testified. (Expert)

BP's motion to exclude certain opinions and testimony of Dr. Mohan Kelkar, doc #[11064]: ORDERED denied.

US offers expert and rebuttal reports of Dr. Mohan Kelkar, Trex 11154R and Trex 11150R: ORDERED admitted.

US offers list of exhibits/demonstratives regarding exam of Paul Hsieh and Stewart Griffiths: ORDERED admitted. (see attached)

US offers 17 deposition bundles on flash drive. ORDERED admitted. US offers list of deposition bundles and bundle exhibits: ORDERED admitted. (see attached)

Witness: Trevor Hill, by video deposition.

US offers flash drive and transcripts of video depositions shown in court from 10/7/13 - 10/9/13, of Mike Mason, David Barnett and Trevor Hill: ORDERED admitted.

Witness: Mehran Pooladi-Darvish, sworn and testified. (Expert)

US offers expert and rebuttal reports of Dr. Pooladi-Darvish, Trex 11653 and Trex 11654R: ORDERED admitted.

US conditionally rests subject to reasons orally stated on the record.

Court recesses at 5:03 p.m.

Court will resume on Thursday, OCTOBER 10, 2013 at 8:00 a.m.


Appearances on various days throughout the trial:
Anadarko: Deb Kuchler, W. Anthony Fitch, Ky Kirby
BP:   Mike Brock, Hariklia (Carrie) Karis, Matt Regan, Barry Fields, Paul Collier, Martin Boles, Don Haycraft, J. Andrew Langan, Robert Gasaway, Joseph Eisert, Bridget O'Conner
USA:  Thomas Benson, Scott Cernich, A. Nathaniel Chakeres, Anna Cross, Bethany Engel, Stephen Flynn, Richard Gladstein, Judy Harvey, Sarah Himmelhoch, Steven O'Rourke
PSC:  Brian Barr, Robin Greenwald, Matt Lundy, Frank Petosa, Steve Herman, Jim Roy, Anthony Irpino
Louisiana:  James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Henry Dart
Alabama: Corey L. Maze, Winfield Sinclair
Halliburton:  Don Godwin, Prescott Smith, Sean Fleming, Gwen Richard, Alan York, Jenny Martinez, Bruce Bowman
Transocean: Brad Brian, Luis Li, Mike Doyen, Kerry Miller, Steven Roberts, Grant Davis-Denny, Allen Katz