# BP - Exhibits for HSIEH

BP offers the following documents it used during its examination of Dr. Paul Hsieh into evidence:

admitted 10-9-13 SC

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-24389 | Dr. Hsieh Cumulative Flow Estimates |
| D-24495 | BP Technical Memo |
| TREX-008615 | Computer Simulation of Reservoir Depletion and Oil Flow from the Macondo Well Following the Deepwater Horizon Blowout |
| TREX-008615.11.1.BP | Callout of TREX-008615 |
| TREX-008627 | Email from K. Baker - P. Hsieh et al. re Science Call Follow-Up |
| TREX-008627.2 | Page of TREX-008627 |
| TREX-008627.3.2.BP | Callout of TREX-008627 |
| TREX-008628 | PNNL, 07/30/10, unreviewed estimate - What is the effect of oil reservoir depletion? |
| TREX-008628.7.1.BP | Callout of TREX-008628 |
| TREX-008634 | Analysis of shut-in pressure through 07/29/2010 |
| TREX-008634.3.1.BP | Callout of TREX-008634 |
| TREX-008635 | Preecisional Draft of Flow Analysis Activities for the MC252 Well |
| TREX-008635.74.1.BP | Callout of TREX-008635 |
| TREX-008639.9 | Page of TREX-008639 |
| TREX-008640 | PowerPoint slides titled "History Matching" of shut-in pressure data, Paul Hsieh, USGS, marked as CONFIDENTIAL |
| TREX-008640.5.2.BP | Callout of TREX-008640 |
| TREX-008642 | Email from P. Hsieh - P. Flemings re reservoir volumes |
| TREX-008642.1.1.BP | Callout of TREX-008642 |
| TREX-008642.2 | Page of TREX-008642 |
| TREX-008642.2.1.BP | Callout of TREX-008642 |
| TREX-008642.2.2.BP | Callout of TREX-008642 |
| TREX-008643 | Handwritten notes from meeting with Mike Levitan |
| TREX-008643.1 | Callout of TREX-008643 |
| TREX-008643.1.1.BP | Callout of TREX-008643 |
| TREX-008644 | Email from S. Chu - P. Hsieh re FW: IN LIEU OF DAILY WIT BP SCIENCE CALLS - Daily Well Integrity Updates and Information |
| TREX-008644.1.1.BP | Callout of TREX-008644 |
| TREX-008644.15.1.BP | Callout of TREX-008644 |
| TREX-008645 | Email from S. Chu - P. Hsieh re Re: Rock compressibility |
| TREX-008645.1.2.BP | Callout of TREX-008645 |

*BP- re Hsieh*

| TREX-008647 | Email from M. Sogge - P. Hsieh re Draft report - MKS feedback |
| --- | --- |
| TREX-008647.10.1.BP | Callout of TREX-008647 |
| TREX-008648 | Email from H. Essaid - P. Hsieh re Colleague Review |
| TREX-008648.11.1.BP | Callout of TREX-008648 |
| TREX-008662 | Email from R. Dykhuizen - C. Morrow re RE: Flow Rate Calculation |
| TREX-008662.1.1.BP | Callout of TREX-008662 |
| TREX-009324 | Email from K. Baker - M. Tatro et al. re RE: today's presentation |
| TREX-009324.17 | Page of TREX-009324 |
| TREX-009324.3 | Page of TREX-009324 |
| TREX-009859 | Appendix C.1 Kelkar Report |
| TREX-009859.19.2.BP | Callout of TREX-009859 |
| TREX-141394 | Macondo Well Integrity Test |
| TREX-141394.12 | Page of TREX-141394 |
| TREX-141784 | Email from W. Lehr to M. McNutt re: Re: Flow Rate Calculation |
| TREX-141784.1.1.BP | Callout of TREX-141784 |
| TREX-142325 | Email from Merrill to Hsieh |
| TREX-142325.1.3.BP | Callout of TREX-142325 |
| TREX-144580 | Jaeger, J., Cook, N.G., Zimmerman, R., Fundamentals of Rock Mechanics (2007) |
| TREX-144580.1 | Page of TREX-144580 |

*admitted 10-9-13 SL*

# UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF PAUL HSIEH

The United States offers the following documents it used during its October 8, 2013 examination of Paul Hsieh into evidence:

*admitted 10-9-13 SK*

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D-21301 | Paul Hsieh Response Activities (source: TREX-130843; TREX-008653; TREX-008639; TREX-008615; TREX-009324) |
| TREX-141394 | Macondo Well Integrity Test |
| TREX-141394.12.2.US | Callout of TREX-141394 |
| TREX-008659 | Notebook of handwritten notes, marked as CONFIDENTIAL |
| TREX-008659.13.1.US | Callout of TREX-008659 |
| TREX-008660N | BP PowerPoint slides titled Shut the Well in on Paper Benefits and Risks, Paul Tooms dated July 8, 2010, marked as CONFIDENTIAL |
| TREX-008660N.7.1.US | Callout of TREX-008660N |
| TREX-008660N.8.1.US | Callout of TREX-008660N |
| TREX-008639 | PowerPoint slides, marked as CONFIDENTIAL |
| TREX-008639.15.1.US | Callout of TREX-008639 |
| TREX-008639.10 | Page 10 of TREX-008639 |
| TREX-008618 | Application of MODFLOW for Oil Reservoir Simulation During the Deepwater Horizon Crisis; five pages |
| TREX-008804 | National Incident Command, Interagency Solutions Group, Flow Rate Technical Group, Assessment of Flow Rate Estimates for the Deepwater Horizon/Macondo Well Oil Spill, U.S. Department of the Interior; 134 pages |
| TREX-008645 | Aug. 2, 2010 E-mail string from SCHU to Paul Hsieh, Subject: IN LIEU OF DAILY WIT BP SCIENCE CALLS - Daily Well Integrity Updates and Information and Aug. 2, 2010 E-mail string between Paul Hsieh and SCHU, Subject: Rock compressibility |
| TREX-008645.1.1.US | Callout of TREX-008645 |

# UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF STEWART GRIFFITHS

The United States offers the following documents it used during its October 8, 2013 examination of Stewart Griffiths into evidence:

admitted 10-9-13 SK

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D-21205 | Overview of Work and Testimony (Source: TREX-011485R, TREX-011486R) |
| D-21207 | Experience at Sandia National Laboratories (Source: TREX-011485R, TREX-011486R) |
| D-21255 | Griffiths' Expert Reports (Source: TREX-011485R, TREX-011486R) |
| TREX-011485R | Expert Report, U.S. v. BP Exploration & Production, Inc., et al, Oil Release from the Macondo Well, Prepared on Behalf of the United States, Prepared by Stewart K. Griffiths, March 22, 2013, marked as CONFIDENTIAL PER BP, 82 Pages |
| TREX-011486R | REDACTED - Expert Rebuttal Report, U.S. v. BP Exploration & Production, Inc., et al, Oil Release from the Macondo Well, Prepared on Behalf of the United States, Prepared by Stewart K. Griffiths, June 10, 2013, marked as CONFIDENTIAL PER BP; 42 pages |
| TREX-010031 | Environmental Science & Technology Oil Release form Macondo Well MC252 Following the Deepwater Horizon Accident - publication |
| D-21210 | Overview of Methodology (Source: TREX-011485R, TREX-011486R) |
| D-21211 | Relationship between Pressure Drop and Flow Rate (Source: TREX-011485R, TREX-011486R) |
| D-21212 | Discharge Coefficients (k) and Productivity Index (☐) (Source: TREX-011485R, TREX-011486R) |
| D-21213 | Using Pressures from the Bottom of the BOP (TREX-011485R, TREX-011486R, TREX-008667; Gochnour Dep. at 71-72, 168) |
| D-21214 | Pressures Used in Best Estimate Calculation (Source: TREX-011485R; TREX-011486R) |

## UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF STEWART GRIFFITHS

admitted 10-9-13 SK

| | |
|---|---|
| D-21215 | Flow Rates and Cumulative Discharge (Best Estimate) (Source: TREX-011485R, TREX-011486R) |
| D-21216 | Strengths of Methodology (Source: TREX-011485R, TREX-011486R) |
| D-21217 | Validation of Methodology, Model and Results (Source: TREX-011485R, TREX-011486R |
| D-21218 | Comparison between Calculated and Measured Pressures (Source: TREX-011485R, TREX-011486R) |
| D-21219 | Comparison With "Industry Standard" Model (Source: TREX-011145, TREX-011485R, TREX-011486R) |
| D-21235 | Comparison with Industry-Standard Models: Computational Fluid Dynamics Modeling (Source: TREX-011486R) |
| D-21221 | Best Estimate Calculation (Source: TREX-011485R, TREX-011486R) |
| D-21222 | Alternate 1 Calculation (Source: TREX-011485R, TREX-011486R) |
| D-21223 | Alternate 2 Calculation (Source: TREX-011485R, TREX-011486R) |
| D-21224 | Quantification of Uncertainties (Source: TREX-011485R) |
| D-21225 | BP/Anadarko Criticisms (Source: TREX-011485R, TREX-011486R) |
| D-21226 | Continuing Erosion in the BOP, Wellbore and Reservoir Did Not Significantly Affect Cumulative Discharge (Source: TREX-011485R; TREX-011486R) |
| D-21227 | Continuing Erosion Did Not Affect Flow Rate: Evidence of Rapid Erosion at the Upper Annular (Source: TREX-011485R, TREX-011486R, TREX-008855) |
| D-21228 | Continuing Erosion Did Not Affect Flow Rate: Phase One Evidence Confirms that Erosion Happened within Minutes (Source: TREX-000001, TREX-004248; Phase I Trial Testimony at 9191:4-10; 16-18) |
| D-21229 | Continuing Erosion Did Not Affect Flow Rate: Erosion of Blind Shear Rams (Source: TREX-011485R, TREX-011486R, TREX-008855) |

**UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF STEWART GRIFFITHS**

admitted 10-9-13 SK

| | |
|---|---|
| D-21231 | Continuing Erosion Did Not Affect Flow Rate: BP Expert Johnson Hypothetical PI Trends (Source: TREX-011488) |
| D-21253 | Continuing Erosion Did Not Affect Flow Rate: Dr. Nesic's Modeling Provides No Insight into History of Erosion or Its Impact on Flow Rates (Source: TREX-001486R) |
| TREX-011486R.27 | Page 27 of TREX-011486R |
| TREX-041026.8 | Page 8 of TREX-041026 |
| TREX-041026.57 | Page 54 of TREX-041026 |
| D-21230 | Continuing Erosion Did Not Affect Flow Rate: BOP Pressures Before May 8 (Source: TREX-011485R, 11488, 11696) |
| TREX-011486R.27.1.US | Callout of TREX-011486R |
| TREX-041026.8.1.US | Callout of TREX-041026 |
| TREX-041026.57.1.US | Callout of TREX-041026 |