# DEPOSITION BUNDLES OFFERED BY THE UNITED STATES

*admitted 10-9-13 SK*

The United States offers into evidence the following deposition bundles designated in Phase Two, not previously offered by the Aligned Parties or BP:

Phase Two deposition bundles:

1. Ballard, Adam
2. Bishop, Simon
3. Carmichael, Stephen
4. DeCoste, Albert
5. Gochnour, Matt
6. Hill, Trevor
7. Levitan, Mike
8. Lockett, Timothy
9. Knox, Tom
10. Ritchie, Bryan
11. Saidi, Farah
12. Vinson, Graham (Rule 30(b)(6) Deposition)

Phase One deposition bundles designated in Phase Two:

1. Emilsen, Morten Haug
2. Lynch, Richard
3. Skripnikova, Galina
4. Suttles, Douglas
5. Tooms, Paul

The United States also offers into evidence its designations within the deposition bundles previously offered by the Aligned Parties and BP.