

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT -9 2013
WILLIAM W. BLEVINS
CLERK

## United States' Deposition Video Clips for David Barnett

### Barnett 25:12-26:4

1.  Q. All right. What were the ones -- your --
2.  your major areas of involvement at Macondo
3.  post-spill?
4.  A. Well, the major area that I was involved
5.  with was the planning and implementation of the
6.  kill operations, both the dynamic kill that was
7.  planned for the eventual intercept of the relief
8.  well, and the top kill operations, and the
9.  eventual static kill that was implemented.
10. Q. Okay. And the relief well, was the
11. relief well beling -- being drilled primarily to
12. effect the dynamic kill?
13. A. Yes.
14. Q. Okay. And in connection with that work,
1   Wild Well performed computer modeling and flow
2   estimates?
3   A. The flow estimation was done by a company
4   that BP engaged, Add Wellflow.

### Barnett 39:21-40:20

21  And this is Bates No. WW-MDL-0061918, and
22  it's an E-mail from Mr. Burch to Christopher
23  Murphy and other individuals at Wild Well with
24  copies to Pat Campbell.
25  Who's -- who's Pat Campbell?
1   A. At that time, Pat was the President of
2   Wild Well Control.
3   Q. All right. Freddy Gebhardt?
4   A. Well, at the time, he was the Executive
5   Vice President. He's now President of Wild Well
6   Control.
7   Q. Okay. So these are Managers. Joe Dean
8   Thompson, was he also a Manager at Wild Well?
9   A. Yes.
10  Q. Okay. And the E-mail is dated Thursday,
11  April 22nd, 2010.
12  A. Yes.
13  Q. And it says: "Here's" a "synopsis of the

1

```
14    meeting today with Kurt Mix and" the
15    "Reservoir/Geology Group," correct?
16    A. Yes.
17    Q. So this indicates that Wild Well had met
18    with the Reservoir Geology Group and with Kurt
19    Mix on April 22nd, correct?
20    A. Yes.
```

## Barnett 41:1-42:15

```
1     Q. Okay. Mr. Burch was meeting with the
2     Reservoir Geology Group, it says, to get data
3     concerning the reservoir, correct?
4     A. Yes.
5     Q. All right. And that data, then, could be
6     used in the modeling efforts as you --
7     A. That's correct --
8     Q. -- described earlier?
9     A. Yes.
10    Q. All right. Let me direct your attention
11    down to these bullets. There's a -- partway down
12    the page it says: "Here's" one -- "what's known
13    at the moment (from" an "R/G group perspective)."
14    And then it talks about different aspects of the
15    well. Are -- are -- is this the kind of
16    information, then, that would be put in the
17    modeling efforts into the model?
18    A. Yes.
19    Q. Okay. And partway down it says: "PI
20    equals 50 barrels per day psi and possibly 55
21    barrels per day psi (but the" num -- "the first"
22    one "is the one there is more faith in..."
23    Can you tell me what that means, please?
24    A. What PI means, or the -- the statement
25    about the two numbers?
1     Q. "PI" means Productivity Index --
2     A. Productivity Index.
3     Q. -- correct?
4     A. Yes.
5     Q. And then what are those two numbers?
6     A. Well, that is the number that describes
7     how many barrels of oil per day will flow from
8     the reservoir per psi of pressure drop across the
9     sand face.
10    Q. Okay. So in other words, if you're
```

```
11    measuring pressure somewhere and you see a
12    pressure drop, you can take that information and
13    figure out how much oil has flowed out of the
14    reservoir --
15    A. Yes.
```

**Barnett 122:17-20**

```
17    Q. (By Ms. Flickinger) Okay. So after
18    the -- after the top kill, BP started to focus on
19    other Source Control measures, correct?
20    A. Yes.
```

**Barnett 122:22-25**

```
22    Q. (By Ms. Flickinger) And do you recall
23    what the next -- I guess they then turned to
24    collecting oil and gas through the -- through the
25    riser insertion tool?
```

**Barnett 123:2-124:10**

```
2     A. As I recall, the -- the riser insertion
3     tool, the removal of the riser, the installation
4     of the -- a series of Top Hat devices, and
5     recovery of the oil and gas back to Q4000, and
6     the ENTERPRISE.
7     Q. (By Ms. Flickinger) Right. And work on
8     the relief well continued?
9     A. Oh, yes.
10    Q. And you continued to plan because the
11    relief -- the relief well was to implement the
12    dynamic kill?
13    A. That's correct.
14    Q. So you continued to do your planning on
15    the dynamic kill --
16    A. Yes.
17    Q. -- right?
18    A. (Nodding.)
19    Q. Then the modeling you did continued to
20    use some of the earlier modeling that we saw. Do
21    you -- do you --
22    A. As I recall, that modeling was refined to
23    a -- a set of scenarios that was -- there were
24    three scenarios. One was that the flow was
```

| | |
|---|---|
| 25 | internal to the casing string. |
| 1 | Q. M-h'm. |
| 2 | A. The other scenario was that the flow was |
| 3 | external to the production casing string. And |
| 4 | the third one was that the flow could be up both |
| 5 | those pathways. |
| 6 | Q. All right. The Productivity Index that |
| 7 | we saw earlier, 50 barrels per day per psi, that |
| 8 | continued to be the Productivity Index that was |
| 9 | used? |
| 10 | A. As far as I know, yes |

### Barnett 119:23-121:5

| | |
|---|---|
| 23 | Q. Yes. Do you recall writing a final |
| 24 | Project memo for the top kill? |
| 25 | A. I do. |
| 1 | Q. All right. What conclusions did you |
| 2 | reach as to why it did not succeed? |
| 3 | A. I'm sorry? |
| 4 | Q. What conclusions did you reach as to why |
| 5 | it did not succeed? |
| 6 | A. That the -- essentially the flow path |
| 7 | through the BOP was too large to either plug with |
| 8 | the debris, or certainly to create enough |
| 9 | frictional pressure by just pumping alone. |
| 10 | Q. Okay. So -- so to the extent it was |
| 11 | thought that there were restrictions in the |
| 12 | wellbore that would make it possible to plug with |
| 13 | debris, it turned out that was not the case? |
| 14 | A. That's correct. |
| 15 | Q. And that it was a larger flow path than |
| 16 | originally -- than -- than anticipated? |
| 17 | A. Well, we never really knew whether it was |
| 18 | a series of small flow paths or one larger flow |
| 19 | path. We -- I think one could conclude by the |
| 20 | fact that we pumped two-and-a-half inch diameter |
| 21 | debris, that there was at least a flow path that |
| 22 | was larger than that. |
| 23 | Q. All right. And you also concluded that |
| 24 | there was very little restriction offered by some |
| 25 | of the rams in the BOP? |
| 1 | A. Yes, especially -- excuse me, especially |
| 2 | the upper portion of the BOP, as I recall. |

3   Q. Okay. So that was your conclusion at the
4   time?
5   A. Yeah.

### Barnett 121:11-13

11   Q. (By Ms. Flickinger) Do you recall them
12   saying that burst rupture disks were the reasons
13   the top kill failed?

### Barnett 121:15-23

15   A. Well, I remember that there was some
16   speculation that some of the kill fluid went down
17   the well and that that could be an indication
18   that the burst disks were ruptured. I do recall
19   that.
20   Q. (By Ms. Flickinger) And do you recall
21   that Wild Well did not agree with that assessment
22   of that analysis of the reason for the top kill
23   failure?

### Barnett 121:25-122:2

25   A. I do. I -- I personally didn't agree
1   with it, and I think that was the consensus among
2   Wild Well Control.

### Barnett 239:8-240:23

3   Q. Okay. Did you have any subsequent
4   discussions with BP about why the top kill had
5   failed?
6   A. Yes, we had some discussions about it.
7   Q. When did those discussions occur?
13   A. Well, when we returned, of course, we
14   were offshore on the rig, implementing this kill
15   operation, so we had some discussions there on
16   the rig after the kill operation failed and then
17   a series of discussions once me and the -- the
18   Team arrived back at the office.
19   Q. Who from BP was involved in these
20   discussions?
21   A. Oh, Mark Patteson, Jon Sprague, Mark
22   Mazzella.
23   Q. Were Patteson, Sprague, and Mazzella all

5

| | |
|---|---|
| 24 | out on the rig during the top kill? |
| 25 | A. Mazzella was. |
| 1 | Q. Mazzella. Okay. And so when you talked |
| 2 | about having conversations on the rig about why |
| 3 | the top kill had failed, that was with |
| 4 | Mr. Mazzella? |
| 5 | A. Well, he was the only -- the -- the BP |
| 6 | Representative, yes. There were others. |
| 7 | Q. Okay. Who were the others involved in |
| 8 | that conversation? |
| 9 | A. Oh, Bob Grace, Jace Larrison, who was |
| 10 | also a BP employee. Primarily, that was it. |
| 11 | Q. Okay. Did anyone in those conversations |
| 12 | on the rig express a view as to why they thought |
| 13 | the top kill may have failed? |
| 14 | A. As far as I recall, everyone was in |
| 15 | fairly close agreement that it was simply a |
| 16 | matter of the flow path was too big. |
| 17 | Q. Okay. So Mr. Mazzella agreed with that |
| 18 | view? |
| 19 | A. I believe that was -- yes. |
| 20 | Q. Mr. Grace agreed with that view? |
| 21 | A. Yes. |
| 22 | Q. And Mr. Larrison agreed with that view? |
| 23 | A. Yes. |