

## United States' Deposition Video Clips for Trevor Hill

**Hill 14:8-12**
8 Q. And this CV shows that from 2008 to the
9 present, you've been the "E&P Engineering
10 Technical Authority Flow Assurance."
11 Is that right?
12 A. That's right.

**Hill 282:17-18**
17 MR. CERNICH: We're going to mark
18 this as Exhibit 11188.

**Hill 282:25-283: 5**
25 Q. (BY MR. CERNICH) And this is an E-mail
1 from Roberta Wilson, dated May 30th, 2010, to Paul
2 Tooms, a copy to Cheryl Grounds. Subject, "Eng
3 Team Organagram."
4 Is that right?
5 A. It is.

**Hill 284:8-284:15**
8 Q. And then it says "Flow Rate Estimation,
9 Trevor Hill."
10 Is that right?
11 A. It does.
12 Q. So this engineering team organization
13 chart of May 30th had you listed as responsible
14 for flow es- -- for flow rate estimation. Did I
15 read that correctly?

**Hill 284:17**
17 A. You did.

**Hill 293:17-20**
17 You would acknowledge the influence
18 of flow rate in the assessment of the likely
19 overall effectiveness of source control methods,
20 right?

**Hill 293:23-294:12**
23 Q. (BY MR. CERNICH) Okay. And so flow rate
24 was relevant to -- to source control?
25 A. Flow rate was relevant to source control.

1  Q. Throughout the -- throughout the response?
2  A. That's correct.
3  Q. And it was also relevant at the time of a
4  well integrity test, correct?
5  A. At the -- yes. At the time of the test,
6  it was relevant.
7  Q. Okay. Because having an idea of -- of the
8  flow rate would provide you with a better
9  opportunity to -- to characterize the -- the
10  reservoir and the depletion from the reservoir; is
11  that right?
12  A. It -- it's a contributing factor, yes.

### Hill 24:3-19
3 Q. Have you ever conducted a well
4 integrity test?
5 A. No, I -- well, in relation to Macondo with
6 that specific definition of well integrity test,
7 yes.
8 Q. Okay. What is that specific definition of
9 "well integrity test"?
10 A. To see at what pressure the wellhead
11 pressures stabilized out at.
12 Q. Okay. And what was the purpose of
13 performing that test?
14 A. In that sense, to determine the integrity
15 of the well, its ability to retain unexpected
16 pressure.
17 Q. And that's because you were concerned that
18 there might be a leak in the wellbore somewhere
19 below the wellhead; is that right?

### Hill 24:21-24
21 A. The -- the concern about the -- the
22 bursting disks was -- was an aspect, yes.
23 Q. (BY MR. CERNICH) Okay. And even a
24 potential leak at the 18-inch shoe; is that right?

### Hill 25:1-10
1 A. I can't recall the flow -- the exact
2 numerical definition of the flow path out.
3 Q. (BY MR. CERNICH) But there was definitely
4 concern about the -- the burst disks?
5 A. Yes.
6 Q. Okay. And the concern was that if those
7 burst disks had failed at some point, that when

8 you shut in the well, you would have flow through
9 those burst disks into the surrounding formation;
10 is that right?

**Hill 25:12**
12 A. That's correct.

**Hill 26:2-9**
2 Q. Can you briefly describe for me how
3 the well integrity test was performed?
4 A. Once the so-called capping stack had been
5 fitted, the choke valve on that -- well, let me
6 just check how much -- how much detail, because
7 it -- it could be...
8 Q. Just --
9 A. The valve --

**Hill 26:11-24**
11 A. The valves at the top were shut, and the
12 pressure was monitored.
13 Q. (BY MR. CERNICH) Okay. And -- and why
14 were you mon- -- monitoring the pressure?
15 A. Firstly, to see that it came to a steady
16 value; and then to see what the magnitude of that
17 value was.
18 Q. Okay. And why were you interested in
19 seeing whether it came to a steady value?
20 A. As one of the clues to see if there was
21 flow out of the well apart from the top.
22 Q. And so a -- a low pressure value might
23 indicate that you had flow somewhere out of the
24 casing below the wellhead; is that right

**Hill 27:2-16**
2 A. The first point we were talking about was
3 did it come to a -- a steady value. Your question
4 is about the magnitude of that value.
5 Q. (BY MR. CERNICH) No. My -- my question
6 was: If it didn't come to a steady state value --
7 A. Right.
8 Q. -- that might indicate that you had a -- a
9 leak somewhere in the casing down below the
10 wellhead; is that right?
11 A. It -- it could do, yes.
12 Q. Okay. And then if it came to a steady
13 state value and then subsequent- -- subsequently

14 declined, that could also indicate a problem with
15 the integrity of the -- the casing or wellbore
16 correct?

### Hill 27:18-28:6
18 A. If it -- if it changed with time, yes.
19 Yeah.
20 Q. Okay. Have you ever prepared a procedure
21 for a well integrity test?
22 A. For that well integrity test, yes.
23 Q. Okay. Are you familiar with the term
24 "single point of accountability"?
25 A. I am.
1 Q. And that's -- at BP, that's often
2 abbreviated SPA; is that right?
3 A. Correct.
4 Q. And you were the SPA for the well
5 integrity test; is that right?
6 A. That's correct.

### Hill 101:13-102:10
13 Q. Thank you. Now, you have a section there
14 called "Blow Out Preventers"; and the second
15 paragraph there, you write: "Possible flow paths
16 have been identified for all combinations of BOP
17 and pipe."
18 Did I read that correctly?
19 A. Yes.
20 Q. And then you wrote: "Only flow
21 restrictions of approximately 3 inches diameter
22 are significant."
23 Did I read that correctly?
24 A. Yes.
25 Q. And that was based on a variety of – of
1 modeling, orifice modeling that BP had been
2 conducting to try to determine the effect of
3 different orifices on -- on flow rate; is that
4 right?
5 A. Don't have a direct recollection; but I
6 believe that would be the case, yeah.
7 Q. Okay. And the -- based on that modeling,
8 you had concluded here that only flow restrictions
9 of less than approximately 3 inches diameter were
10 significant?

### Hill 102:12-21
12  A. Yeah. I can't specifically recollect me
13  personally, but that -- that's in the document as
14  a record, yeah.
15  Q. (BY MR. CERNICH) And that's what you
16  wrote in the document?
17  A. Yes, it is.
18  Q. And you wouldn't have written that in the
19  document if you didn't have a basis for writing
20  that, correct?
21  A. That's correct.

### Hill 653:15-654:2
14  A. Yes.
15  Q. Okay. You recall that Dr. Lockett did
16  some modeling with OLGA of the Top Kill in June of
17  2010; is that right?
18  A. Yes, I do.
19  Q. Okay. And -- and you recall that he
20  modeled a flow rate at the time of Top Kill that
21  ranged from 47,000 barrels per day to 72,000
22  barrels per day; is that right?
23  A. I recall something of that order being in
24  his document.
25  Q. Okay. Do you recall ever sharing that
1  information with anyone from the United States?
2  A. I don't recall specifically.

### Hill 173:16-24
16  MR. CERNICH: We're going to mark
17  this as Exhibit 11171.
18  (Marked Exhibit No. 11171.)
19  Q. (BY MR. CERNICH) And this is an E-mail
20  dated July 4th, 2010, from yourself to Nathan
21  Block with a copy to Mr. Birrell with subject
22  "Flowrate change on cutting riser."
23  Do you see that?
24  A. I do.

### Hill 179:6-19
6  Q. (BY MR. CERNICH) Okay. And then if we
7  move down a few paragraphs there, you write: "For
8  a reduction in back pressure of 250 psi, caused by
9  removing the kink and riser, the predicted flow

10 rate increase was 2 to 5 percent (given that the
11 drill pipe is in place) whatever the starting
12 wellhead flowing pressure and flow path option."
13 Do you see that?
14 A. Yes.
15 Q. Okay. And so, it was your conclusion that
16 for whatever the starting wellhead flowing
17 pressure and flow path option, the predicted flow
18 rate increase was 2 to 5 percent upon removing of
19 the riser and the kink?

### Hill 179:21-180:10
1 Q. And you wouldn't have wrote that unless
2 you -- you meant it, correct?
3 A. Correct.
4 Q. Okay. And then you go on to write: "This
5 value was used in internal BP discussions and with
6 DoE representatives."
7 So you provided that 2 to 5 percent
8 analysis and the back pressure of 250 psi to DoE
9 representatives, correct?
10 A. That's my recollection, yes.

### Hill 631:4-7
4 Q. (BY MR. CERNICH) Okay. I'm going to give
5 you again what was marked as Exhibit 11191. We
6 looked at this yesterday. That's Ms. Saidi's
7 handwriting, isn't it?

### Hill 631:12-16
12 A. By context, but not by direct knowledge of
13 her handwriting.
14 Q. (BY MR. CERNICH) Okay. So based on the
15 context, you believe that's -- that's more likely
16 than not to be Ms. Saidi's handwriting, correct?

### Hill 631:18-19
18 A. Yeah, I believe that's -- that's a fair
19 statement.

### Hill 632:2-4
2 Q. (BY MR. CERNICH) Okay. And it says:
3 "Government prediction verified 51-54K."
4 Is that right?

**Hill at 632:7**
7  A. That's what it says.

**Hill 634:24-25**
24  Q. (BY MR. CERNICH) Ms. Saidi is -- is
25  reporting a calculation to you there, isn't she?

**Hill 635:3-6**
3  A. Yes, it would appear so.
4  Q. (BY MR. CERNICH) Okay. And as far as you
5  know, Ms. Saidi performed this calculation; is
6  that right?

**Hill 635:9-14**
9  A. That's my assumption from this report.
10  Q. (BY MR. CERNICH) And Ms. Saidi is
11  employed by BP; is that correct?
12  A. That's correct.
13  Q. And she performed this calculation within
14  the scope of her employment at BP, correct?

**Hill 635:17-21**
17  A. That's my understanding, yes.
18  Q. (BY MR. CERNICH) Okay. And this form
19  says: "Government prediction verified, 51 to
20  54 K."
21  Correct?

**Hill 635:24**
24  A. Yes, it does.

**Hill 636:18-637:15**
18  THE WITNESS: Yes, I would just like
19  to check to make sure that I wasn't talking at
20  cross purposes with you before and ask if you can
21  clarify when you were asking the question about
22  the -- the timing that the calculation was done,
23  the actual timing of the work, please, in your
24  previous questions.
25  Q. (BY MR. CERNICH) I'm not specifying
1  when -- well, yes -- well, no, I'm not specifying
2  when the work was done.
3  I want to know: There was a

```
 4  calculation done. I don't care when it was done,
 5  but it was a calculation of the flow rate at some
 6  point on July 14th or 15th before the well was
 7  shut in.
 8  A. Right. And to that -- to that extent, I
 9  need to clarify the answer. I was taking the
10  question as being when the work was -- was done.
11  So a calculation was done by Ms. Saidi of the flow
12  rate. She did the calculation after the well was
13  shut in using the capping stack pressure
14  measurements that were obviously just before the
15  well was shut in.
```

### Hill 658:7-659:4

```
 7  Q. (BY MR. CERNICH) I'm going to give you an
 8  exhibit marketed 11221. This is an E-mail from
 9  yourself to Arthur Ratzel dated August 23rd, 2010.
10  This is Tab 166. Art writes -- you write: "Art,
11  good morning. Talking with Farah and Kate, it
12  would be helpful for me to look at the
13  presentation that you gave on flow rate estimation
14  covering the three methods on July 30th after I
15  had left for the UK.
16  "Would it be possible for me to have
17  a copy, please, or otherwise get a chance to look
18  at via one of the team in Houston."
19  Did I read that correctly?
20  A. Yes, you did.
21  Q. Okay. So you were asking Dr. Ratzel at
22  that point for a slide presentation that he had
23  presented to Ms. Saidi and Kate Baker?
24  A. Yes. It appears so, yes.
25  Q. And Kate -- and Ms. Baker and Ms. Saidi
 1  met with Dr. Ratzel sometime towards the end of
 2  July 30th where Dr. Ratzel essentially gave them a
 3  rundown on the Government flow rate estimate,
 4  correct?
```

### Hill 659:6-12

```
 6  A. It is not specific what the three methods
 7  were doing but --
 8  Q. (BY MR. CERNICH) I didn't ask about the
 9  three methods. I'm just asking whether he had a
10  meeting with them at the end of -- near the end of
```

11  July where he shared -- shared the Government flow
12  rate estimates.

### Hill 659:14-22
14  A. It says the presentation he -- he gave
15  them on flow rate estimation covering the three
16  methods.
17  Q. (BY MR. CERNICH) Okay. Did you ever
18  provide Dr. Ratzel with any of BP's flow rate
19  estimates after the well was shut in?
20  A. I don't believe so, no.
21  Q. You didn't share any of the -- the work
22  that you were doing, correct?

### Hill 659:24-660:4
24  A. Work on input data, yes.
25  Q. (BY MR. CERNICH) Yes. You -- you – you
1   sent him -- sent him some data, but you didn't --
2   you didn't make any presentation or -- or share
3   your -- your flow rate estimates with Dr. Ratzel,
4   correct?

### Hill 660:6-13
6   A. Yes.
7   MS. KARIS: Are you referring to
8   privileged work post July 17th?
9   MR. CERNICH: Any. Any. It doesn't
10  matter to answer the question.
11  MS. KARIS: Okay. Go ahead and
12  answer.
13  A. I don't believe we did.