

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    OCT - 9 2013

WILLIAM W. BLEVINS
CLERK

## United States' Deposition Video Clips for Mike Mason

### Mason 51:13-52:2

```
13    Q. Okay. Were you asked to try and come up
14    with a flow rate by Gordon Birrell when you
15    initially pulled in your -- your modelers?
16    A. I can't recall. I -- I -- I think so,
17    but I can't recall.
18    Q. Okay. Did he explain why they wanted to
19    know the flow rate?
20    A. Yeah. We wanted to know. We -- we -- we
21    felt like it was an important aspect of how to --
22    how we would kill the well. Again, you know, if
23    we knew what the flow rate was, we knew what
24    would happen if we -- we could pre -- we might be
25    able to predict what would happen if we took the
1     kinked riser off the -- the Lower -- Lower Marine
2     Riser Package.
```

### Mason 87:4-7

```
4    And this is a document -- do you have
5    in front of you -- that's previously been marked
6    as Exhibit 9326?
7    A. Yes.
```

### Mason 87:12-89:4

```
12    Q. Okay. Do you recall this E-mail exchange
13    with Jasper Peijs?
14    A. Yes, I do.
15    Q. Okay. And I'm going to read you a couple
16    of statements in there and see if we might be
17    able to flesh out what -- what you might have
18    been referring to.
19    You said in the -- in the E-mail: "The
20    meeting with some of the nations top scientists
21    this morning was great. Tomorrow I am having a
22    meeting with two scientists to see what they come
23    up with for flow rates at different conditions -
24    we know that our models work (all the majors use
25    them) for 'normal' applications but we have never
1     used them for a few of the flow paths we may
```

1

2      have - and this may be fruitful; therefore unless
3      pushed I am holding off with any other data until
4      afterwards."
5      Did I read that correctly?
6      A. Yes.
7      Q. Okay. Do you recall what distinction you
8      were making between the normal applications and
9      then the -- the flow paths that were not normal?
10     A. Pro -- Prosper -- we used Prosper, as I
11     described earlier, for normal Production
12     Operations, maybe completing a new well,
13     immediately after you put a well on production
14     with well test data. And we were trying to use
15     Prosper in this case to do something we had never
16     done before.
17     Q. Okay. And was that some of the flow
18     paths were flow paths that Prosper was not
19     designed to model?
20     A. Correct. Prosper -- to my knowledge at
21     the time, Prosper was not designed to -- to model
22     fluid flows up and then back down again and then
23     up, and that's what we were trying to model in
24     this particular case.
25     Q. And so you brought in some of the best
1      experts you had, Simon Bishop, Tony Liao, to try
2      and devise a way to use the tools you had to --
3      to model those -- those flow paths?
4      A. That's a fair way to say it, yeah.

## Mason 89:14-90:7

14     Is it accurate that you also asked some
15     Engineers from National Labs to try to model some
16     of those unusual flow paths, to see if they were
17     coming up with results that were in the same
18     ballpark as what your BP Engineers were coming up
19     with?
20     A. Yes. To predict the performance, yes.
21     Q. Okay. And is that what the reference to
22     the "some of the nations top scientists this
23     morning" is in the E-mail?
24     A. Yes. We were -- we were working with
25     Sandia, Los -- Los Alamos, and I believe there's
1      anoth -- another National Science Lab in
2      California. I can't remember the name. Lawrence
3      Livermore, I believe.

4    Q. Okay.
5    A. Okay.
6    Q. And do you recall if they came up with --
7    with similar well performance for some
8    unusual flow paths, as – as did BP?

## Mason 90:10-20

10    A. I -- we used Prosper. We didn't tell the
11    National Science Labs what software we used.
12    We -- all we did was we gave them -- and,
13    actually, Chris Cecil is the person that you
14    should ask this question to. But I believe what
15    we did was we gave them specific pressures at
16    specific points, and we asked them if they
17    could -- if they could get the same result.
18    Q. Okay. And do you recall if they came up
19    with -- with results that were -- that were
20    consistent with the results BP came up with?

## Mason 90:22-23

22    A. I -- I believe that they could match
23    our -- our modeling performance, our models.

## Mason 91:11-19

11    What was your personal interaction with
12    the National Labs Engineers during the response?
13    And we'll start with this early period, and we'll
14    move forward.
15    A. It was variable. I met with them on a
16    few occasions. Actually, I think Chris Cecil did
17    most of the contact work with National Labs. I
18    can remember meeting with him on two or three
19    different occasions.

## Mason 92:6-19

6    Q. Okay. And were the National Labs
7    Engineers --
8    A. And there were other occasions where we
9    met with the National Labs, but we were talking
10    about shut-in wellhead pressure, the impact on --
11    potential impact on rupture disks on the back of
12    the nine and seven-eighths inch casing string.

3

13   Q. Okay. We'll get to that a little later
14   on.
15   In general, were your interactions with
16   the National Labs Engineers -- did they give you
17   the impression that they were, you know, trying
18   to do everything they could to -- to help stop
19   the flow of oil?

## Mason 92:21-25

21   A. I -- I thought they were a terrific group
22   of people.
23   Q. (By Mr. Chakeres) Okay.
24   A. And I -- I thought they were trying to
25   support us, yes.