MINUTE ENTRY
BARBIER, J.
October 11, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : | MDL NO. 2179 SECTION: J |
| Relates to: No. 12-970 | : : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. : .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

FRIDAY, OCTOBER 11, 2013 8:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

<u>STATUS CONFERENCE</u>

The Court held an in-chambers status conference to discuss how the parties and the Court should proceed in light of the October 2, 2013 decision of the Fifth Circuit Court of Appeals in case number 13-30315 c/w 13-30329.

By Tuesday, October 15 at 5:00 p.m., Class Counsel and BP shall submit revised proposed language for the "narrowly tailored" preliminary injunction, consistent with the Court's interpretation and instructions provided in chambers. Class Counsel and BP shall submit their proposed language directly to chambers, as well as to the Claims Administrator and each other.

The parties shall meet and confer next week (October 14 - 18) regarding proposed policy language for the Settlement Program, consistent with the Court's interpretation and instructions provided in chambers

By Friday, October 18 at 5:00 p.m., Class Counsel and BP shall submit a proposed scheduling order. The scheduling order shall include a hearing date on Monday, December 2, 2013 at 8:30 a.m.

1

**ATTORNEYS: See attached list.**