# CONFERENCE ATTENDANCE RECORD

DATE: 10/11/2013      TIME: 8:30

CASE NAME: In re: Deepwater Horizon

CIVIL DOCKET NO. MDL-2179
Re: 12-970

CRIMINAL DOCKET NO. _____

CIRCLE ONE:   (STATUS)   PRE-TRIAL   SETTLEMENT

ATTORNEYS PRESENT: (Please PRINT your name, telephone number and the party you represent)

| Name | Party |
|---|---|
| Jim Roy | Class Counsel |
| Steve Herman | Class Counsel |
| Joe Rice | Class Counsel |
| Frank Pantidosi | Fresh Group |
| Patrick Juneau | Claim Admin |
| Michael Juneau | Claims Admin's office |
| R___ Godfrey | BP |
| Kevin Downey | BP |
| Mark Holstein | BP |