UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing,

**IT IS ORDERED** that (R.D. 11620) Glen Lerner's Motion to File Under Seal Exhibit A in Support of (R.D. 11619) Glen Lerner's Motion for Complete Discovery from Special Master and to Continue Response Date to the Order to Show Cause Until After Complete Production of Relevant Evidence is **GRANTED**.

New Orleans, Louisiana this 11th day of October, 2013.

_____
United States District Judge