IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION "J" |
| | * | HONORABLE CARL J. BARBIER |
| | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

The Andry Law Firm, L.L.C., through undersigned counsel, respectfully requests leave of this Court to file the attached Reply Memorandum in response to the Special Master's opposition to its Second Motion for Production of Document and Extension of Time. The undersigned believes that the Reply Memorandum will assist the Court in its determination of The Andry Law Firm's motion and requests leave to file same.

1

**WHEREFORE**, The Andry Law Firm, L.L.C. prays that this Motion be granted and that it be granted leave to file the attached Reply Memorandum.

        Respectfully submitted,

        */s/ Kyle D. Schonekas*
        Kyle Schonekas, 1187
        William P. Gibbens, 27225
        Ian Atkinson, 31605
        SCHONEKAS, EVANS, MCGOEY
        & MCEACHIN, L.L.C.
        909 Poydras Street, Suite 1600
        New Orleans, Louisiana  70112
        Telephone:  (504) 680-6050
        Fax:  (504) 680-6051
        kyle@semmlaw.com
        billy@semmlaw.com
        ian@semmlaw.com

        Attorneys for The Andry Law Firm, L.L.C.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 11th day of October, 2013.

>                    */s/ Kyle D. Schonekas*
>                    Kyle D. Schonekas