IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION "J" |
| | * | HONORABLE CARL J. BARBIER |
| | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING** the foregoing Motion for Leave to File Reply Memorandum;

**IT IS ORDERED** that the Motion be and is hereby Granted and that the Reply Memorandum by The Andry Law Firm, L.L.C. be filed into the record.

New Orleans, Louisiana this _____ day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE

1