UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to: 13-cv-2323, 13-cv-2396 | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

# EXHIBIT A



Audrie Lawton < alawton@floridaattorney.com>

## MDL 2179 -- Motions for Leave to Intervene
8 messages

**Sarah Spigener** < SSpigener@farrellpatel.com>　　　　　　　　　　Mon, Oct 7, 2013 at 2:32 PM
To: don.godwin@godwinlewis.com
Cc: Audrie Lawton <alawton@floridaattorney.com>

Dear Mr. Godwin,

Pursuant to the Court's order Regarding Motions for Leave to File Complaints in Intervention [(Rec. docs. 11464, 11465 and 11523)], dated October 1, 2013, Farrell & Patel is sending this notice of conference to determine whether your client, Sperry Drilling, will oppose the above-mentioned requests for leave to intervene.

Please respond to our office no later than the end of the business on Thursday, October 10, 2013. In your response, please indicate whether you are opposed or non-opposed to the above-mentioned filing.

As noted in the order, a certificate of conference must be filed by our office by October 14, 2013, therefore, your prompt attention in this matter is sincerely appreciated.

Respectfully,

--
Sarah E. Spigener, Esq.
*Senior Litigation Associate*
**Farrell & Patel, Attorneys at Law**

Follow us on:

**Miami:**
113 Almeria Avenue
Coral Gables, FL 33134
Tel: 424-OIL-SPILL
Toll-Free: 1-866-LAW-FLORIDA
Fax: 1-800-946-6711

**Tampa:**
907 W. Hillsborough Avenue
Tampa, FL 33603
Tel: 424-OIL-SPILL
Toll-Free: 1-866-LAW-FLORIDA
Fax: 1-800-946-6711

**New Orleans:**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Direct Tel: 504-233-8585
Fax: (504) 264-5953

**Houston:**
Arena Tower Two
7324 Southwest Freeway, Suite 601
Houston, TX 77074
Direct Tel: 832-408-6270
Fax: 1-800-946-6711

IRS CIRCULAR 230 NOTICE: To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be

used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. CONFIDENTIALITY NOTICE: The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication or may be subject to a common interest privilege / protection, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or any agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone 305-798-4177, then return the original message to us by mail – Farrell & Patel, Attorneys at Law. The Farrell & Patel Building, 113 Almeria Avenue, Coral Gables, FL 33034.

---

**Sarah Spigener** < SSpigener@farrellpatel.com>   Mon, Oct 7, 2013 at 2:33 PM
To: kmiller@frilot.com
Cc: Audrie Lawton <alawton@floridaattorney.com>

Dear Mr. Miller,

Pursuant to the Court's order Regarding Motions for Leave to File Complaints in Intervention [(Rec. docs. 11464, 11465 and 11523)], dated October 1, 2013, Farrell & Patel is sending this notice of conference to determine whether your client, Transocean, will oppose the above-mentioned requests for leave to intervene.

[Quoted text hidden]
[Quoted text hidden]

---

**Sarah Spigener** < SSpigener@farrellpatel.com>   Mon, Oct 7, 2013 at 2:50 PM
To: Audrie Lawton <alawton@floridaattorney.com>

---------- Forwarded message ----------
From: **Johanns, James** <James.Johanns@godwinlewis.com>
Date: Mon, Oct 7, 2013 at 2:48 PM
Subject: FW: MDL 2179 -- Motions for Leave to Intervene
To: "SSpigener@farrellpatel.com" <SSpigener@farrellpatel.com>

> Sarah,
>
> Halliburton Energy Services, Inc., on behalf of itself and Sperry Drilling Services, has no objection. We respectfully reserve all rights and defenses.
>
> Regards,
>
> James
>
>
> James E. Johanns, Shareholder
>
> In **Dallas** Office
> James.Johanns@GodwinLewis.com
>
> ☐
>
>
> **Direct:** 214.939.4846
>
> **Fax:** 214.527.3238
>
> www.GodwinLewis.com

Toll Free: 800-662-8393

## Dallas

1201 Elm Street
Suite 1700
Dallas, Texas 75270
214.939.4400

## Houston

1331 Lamar
Suite 1665
Houston, Texas 77010
713.595.8300

## Plano

5700 Granite Parkway
Suite 450
Plano, Texas 75024
214.939.4500

---

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify **Godwin Lewis PC** immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

---

Begin forwarded message:

> **From:** Sarah Spigener <SSpigener@farrellpatel.com>
> **Date:** October 7, 2013, 2:32:40 PM CDT
> **To:** <don.godwin@godwinlewis.com>
> **Cc:** Audrie Lawton <alawton@floridaattorney.com>
> **Subject: MDL 2179 -- Motions for Leave to Intervene**

[Quoted text hidden]

[Quoted text hidden]

---

**Parish, James** < JParish@frilot.com>					Mon, Oct 7, 2013 at 8:16 PM
To: "SSpigener@farrellpatel.com" <SSpigener@farrellpatel.com>, "alawton@floridaattorney.com" <alawton@floridaattorney.com>
Cc: "Hammett, Wade" <WHammett@frilot.com>

Sarah,

We'll get back to you on this.

Thanks,

James Parish
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Phone: 504.599.8297
Fax: 504.599.8276
jparish@frilot.com

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you may not review, copy, or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Sarah Spigener
**Sent:** Monday, October 7, 2013 2:33 PM
**To:** Miller, Kerry J.
**Cc:** Audrie Lawton
**Subject:** MDL 2179 -- Motions for Leave to Intervene

Dear Mr. Miller,

Pursuant to the Court's order Regarding Motions for Leave to File Complaints in Intervention [(Rec. docs. 11464, 11465 and 11523)], dated October 1, 2013, Farrell & Patel is sending this notice of conference to determine whether your client, Transocean, will oppose the above-mentioned requests for leave to intervene.

[Quoted text hidden]
[Quoted text hidden]

---

**Sarah Spigener** < SSpigener@farrellpatel.com>     Tue, Oct 8, 2013 at 9:36 AM
To: Audrie Lawton <alawton@floridaattorney.com>

[Quoted text hidden]

---

**Parish, James** < JParish@frilot.com>     Thu, Oct 10, 2013 at 2:28 PM
To: "SSpigener@farrellpatel.com" <SSpigener@farrellpatel.com>, "alawton@floridaattorney.com" <alawton@floridaattorney.com>
Cc: "Hammett, Wade" <WHammett@frilot.com>

Sarah,

Transocean does not oppose the Motions to Intervene (Rec. Docs. 11464, 11465, and 11523), but reserves all its defenses to the claims including, but not limited to, all rights and defenses available under the Shipowners' Limitation of Liability Act, 46 U.S.C. § 30501, et. seq. and all other all limitations and prescription defenses.

James

----- Reply message -----
From: "Parish, James" <JParish@frilot.com>
To: "SSpigener@farrellpatel.com" <SSpigener@farrellpatel.com>, "alawton@floridaattorney.com" <alawton@floridaattorney.com>
Cc: "Hammett, Wade" <WHammett@frilot.com>
Subject: MDL 2179 -- Motions for Leave to Intervene
[Quoted text hidden]
[Quoted text hidden]

---

**Sarah Spigener** < SSpigener@farrellpatel.com>     Thu, Oct 10, 2013 at 2:35 PM
To: Audrie Lawton <alawton@floridaattorney.com>

We should have them all now. Great.

Sent from my iPhone

Begin forwarded message:

> **From:** "Parish, James" <JParish@frilot.com>
> **Date:** October 10, 2013 at 12:28:36 PM PDT
> **To:** "SSpigener@farrellpatel.com" <SSpigener@farrellpatel.com>, "alawton@floridaattorney.com" <alawton@floridaattorney.com>
> **Cc:** "Hammett, Wade" <WHammett@frilot.com>
> **Subject: Re: MDL 2179 -- Motions for Leave to Intervene**

[Quoted text hidden]

---

**Audrie Lawton** < alawton@floridaattorney.com>　　　　　　　　　　　　Thu, Oct 10, 2013 at 3:34 PM
To: Sarah Spigener <SSpigener@farrellpatel.com>

Yep.

I am preparing the report and I will email it to you to review so we can file it first thing on Monday.

[Quoted text hidden]

--
**Audrie Lawton**
*Attorney*
**Farrell & Patel, Attorneys at Law**

Follow us on:

**Miami:**
The Farrell & Patel Building
113 Almeria Avenue
Coral Gables, FL 33134
Tel: 424-OIL-SPILL
Toll-Free: 1-866-LAW-FLORIDA
Fax: 1-800-946-6711

**Tampa:**
1726 East 7th Avenue, Suite 12
Tampa, FL 33605
Tel: 424-OIL-SPILL
Toll-Free: 1-866-LAW-FLORIDA
Fax: 1-800-946-6711

**New Orleans:**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Direct Tel: 504-233-8585
Fax: 1-800-946-6711

**Houston (by appointment only):**
Arena Tower Two
7324 Southwest Freeway, Suite 601
Houston, TX 77074
Direct Tel: 832-408-6270
Fax: 1-800-946-6711

IRS CIRCULAR 230 NOTICE: To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be



Audrie Lawton < alawton@floridaattorney.com>

## Fwd: MDL 2179 -- BP Notice of Non-Opposition to Motions for Leave to Intervene
2 messages

**Sarah Spigener** < SSpigener@farrellpatel.com>  Mon, Oct 7, 2013 at 10:47 AM
To: Audrie Lawton <alawton@floridaattorney.com>

---------- Forwarded message ----------
From: **Langan, Andrew** <alangan@kirkland.com>
Date: Thu, Oct 3, 2013 at 12:17 PM
Subject: MDL 2179 -- BP Notice of Non-Opposition to Motions for Leave to Intervene
To: Sally Shushan <Sally_Shushan@laed.uscourts.gov>, Mike O'Keefe <Mike_OKeefe@laed.uscourts.gov>
Cc: "terrygray@floridaattorney.com" <terrygray@floridaattorney.com>, "SSpigener@farrellpatel.com" <SSpigener@farrellpatel.com>, "DefenseLiaison2179@liskow.com" <DefenseLiaison2179@liskow.com>, Jim Roy <jimr@wrightroy.com>, "SHERMAN@hhklawfirm.com" <SHERMAN@hhklawfirm.com>

Dear Judge Shushan --

here is a courtesy copy of a pleading we have filed relating to the recent request for intervention and the Court's October 1 Order (Rec. Doc. 11554). BP does not oppose the intervention requests but files this pleading to make clear the history of the "meet and confer" efforts that were made (not not made).

Respectfully submitted,

Andy Langan

**J. Andrew Langan, P.C.**

**KIRKLAND & ELLIS LLP**

300 North LaSalle Street Chicago, IL 60654

Tel. +1-312-862-2064  Fax +1-312-862-2200

andrew.langan@kirkland.com

**From:** Ritter, Kristopher
**Sent:** Thursday, October 03, 2013 11:59 AM
**To:** Langan, Andrew
**Subject:** MDL 2179 -- BP Notice of Non-Opposition to Motions for Leave to Intervene

**Kristopher S. Ritter** | Kirkland & Ellis LLP
300 N. LaSalle | Chicago, IL 60654
Tel +1-312-862-7118 | Fax +1-312-862-2200

kristopher.ritter@kirkland.com

***************************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***************************************************************

--
Sarah E. Spigener, Esq.
*Senior Litigation Associate*
**Farrell & Patel, Attorneys at Law**

Follow us on:

**Miami:**
113 Almeria Avenue
Coral Gables, FL 33134
Tel: 424-OIL-SPILL
Toll-Free: 1-866-LAW-FLORIDA
Fax: 1-800-946-6711

**Tampa:**
907 W. Hillsborough Avenue
Tampa, FL 33603
Tel: 424-OIL-SPILL
Toll-Free: 1-866-LAW-FLORIDA
Fax: 1-800-946-6711

**New Orleans:**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Direct Tel: 504-233-8585
Fax: (504) 264-5953

**Houston:**
Arena Tower Two
7324 Southwest Freeway, Suite 601
Houston, TX 77074
Direct Tel: 832-408-6270
Fax: 1-800-946-6711

IRS CIRCULAR 230 NOTICE: To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. CONFIDENTIALITY NOTICE: The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication or may be subject to a common interest privilege / protection, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or any agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone 305-798-4177, then return the original message to us by mail – Farrell & Patel, Attorneys at Law. The Farrell & Patel Building, 113 Almeria Avenue, Coral Gables, FL 33034.

📎 **BP Notice of Non-Opposition to Motions for Leave to Intervene.pdf**
227K

---

**Sarah Spigener** < SSpigener@farrellpatel.com>                                    Mon, Oct 7, 2013 at 10:47 AM
To: Audrie Lawton <alawton@floridaattorney.com>

---------- Forwarded message ----------
From: **York, R. Alan** <Alan.York@godwinlewis.com>
Date: Thu, Oct 3, 2013 at 12:49 PM
Subject: RE: MDL 2179 -- BP Notice of Non-Opposition to Motions for Leave to Intervene
To: Andrew Langan <alangan@kirkland.com>, Sally Shushan <Sally_Shushan@laed.uscourts.gov>, Mike O'Keefe <Mike_OKeefe@laed.uscourts.gov>
Cc: "terrygray@floridaattorney.com" <terrygray@floridaattorney.com>, "SSpigener@farrellpatel.com" <SSpigener@farrellpatel.com>, "DefenseLiaison2179@liskow.com" <DefenseLiaison2179@liskow.com>, Jim Roy <jimr@wrightroy.com>, "SHERMAN@hhklawfirm.com" <SHERMAN@hhklawfirm.com>

Judge Shushan:

Reserving its rights to any and all defenses, including defenses based on limitations, HESI likewise has no opposition to these motions for leave to intervene.

Alan York

Alan York, Shareholder

Board Certified - Civil Appellate Law
Texas Board of Legal Specialization

In **Houston** Office
Alan.York@GodwinLewis.com



**Direct:** 713.595.8301

**Fax:** 713.595.8333

www.GodwinLewis.com
**Toll Free:** 800-662-8393

| **Dallas** | **Houston** | **Plano** |
|---|---|---|
| 1201 Elm Street | 1331 Lamar | 5700 Granite Parkway |
| Suite 1700 | Suite 1665 | Suite 450 |
| Dallas, Texas 75270 | Houston, Texas 77010 | Plano, Texas 75024 |
| 214.939.4400 | 713.595.8300 | 214.939.4500 |

---

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify **Godwin Lewis PC** immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

---

**From:** Langan, Andrew [mailto:alangan@kirkland.com]
**Sent:** Thursday, October 03, 2013 12:17 PM
**To:** Sally Shushan; Mike O'Keefe
**Cc:** terrygray@floridaattorney.com; SSpigener@farrellpatel.com; DefenseLiaison2179@liskow.com; Jim Roy; SHERMAN@hhklawfirm.com
**Subject:** MDL 2179 -- BP Notice of Non-Opposition to Motions for Leave to Intervene

Dear Judge Shushan --

[Quoted text hidden]
[Quoted text hidden]