# UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF RONALD DYKHUIZEN

The United States offers the following documents it used during its October 7, 2013 examination of Ronald Dykhuizen into evidence:

admitted 10-10-13 SK

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D-21145 | Overview of Dykhuizen Expert Testimony |
| D-21140 | Dykhuizen Education |
| D-21141 | Dykhuizen Professional Background |
| D-21142 | Dykhuizen Relevant Experience |
| TREX-011452 | Dykhuizen Initial Expert Report |
| TREX-011463R | Dykhuizen Rebuttal Expert Report |
| D-21143 | Summary of Expert Opinions |
| D-21122 | Dykhuizen: 3 Flow Rate Calculations (Source: TREX-011452) |
| D-21100.1 | Capping Stack (Source: TREX-011452, TREX-130530) |
| D-21101 | Measuring Flow (Source: TREX-011452) |
| D-21102 | Method 1: Standard Method for Flow Estimation (Source: TREX-011452, TREX-130530) |
| D-21103 | Method 2: Standard Method for Flow Estimation (Source: TREX-011452, TREX-130530) |
| D-21105 | Method 3 (or "Alternate Method") (Source: TREX-000001, TREX-003343, TREX-011452, TREX-130530, Dkt. No. 7076) |
| D-21104 | Method 3 (or "Alternate Method") (Source: TREX-011452) |
| D-21106 | Consistency for Capping Stack Period (Source: TREX-011452, TREX-009361) |
| TREX-006196 | August 17 Presentation by Trevor Hill, Considerations of flowrate from MC252, marked as CONFIDENTIAL |
| TREX-006196.4.1.US | Callout of TREX-006196 |
| D-21123 | BP's July 2010 Capping Stack Calculations (Source: R. Lynch Dep. |

**UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF RONALD DYKHUIZEN**

admitted 10-10-13 SK

| | |
|---|---|
| | 371:15–372:21; TREX-009453, TREX-009491) |
| ██████ | ██████ |
| ██████ | ██████ |
| D-21117 | Top Kill Time Period - Lower Bound (Source: TREX-000001, TREX-003343, TREX-011452, TREX-005066, TREX-009450, TREX-011452, TREX-130101) |
| D-21118 | Top Kill Time Period - Best Estimate (Source: TREX-000001, TREX-003343, TREX-011452, TREX-005066, TREX-009450, TREX-011452, TREX-130101) |
| TREX-005066 | E-mail from Paul Tooms to Kent Wells and others with attachments, dated June 11, 2010 |
| TREX-005066.1.1.US | Callout of TREX-005066 |
| TREX-005066.1.2.US | Callout of TREX-005066 |
| TREX-005066.3.1.US | Callout of TREX-005066 |
| TREX-009452 | June 29, 2010 E-mail from Tim Lockett to Trevor Hill Subject: Top kill simulation cases, with Attachments, marked as CONFIDENTIAL |
| TREX-009452.1.1.US | Callout of TREX-009452 |
| TREX-009452.2.1.US | Callout of TREX-009452 |
| TREX-009452.9.1.US | Callout of TREX-009452 |
| D-21109 | Top Hat Flow Lower Limit (Source: TREX-011452, TREX-130712) |
| D-21110 | Top Hat Flow Best Estimates (Source: TREX-011452, TREX-011463R) |
| D-21119 | Integrate Flow Over 86 Days (Source: TREX-011452) |
| D-21124 | Zaldivar Model Not Validated to Estimate Flow Rates (Source: TREX-011463R) |
| D-21125 | Zaldivar Instability Modes (Source: TREX-011683) |
| TREX-010650 | May 21 and 23, 2010 E-mail string among Tim Lockett, Trevor Hill and others, Subject: Plume pics_with measurements, with |

## UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF RONALD DYKHUIZEN

|  | Attachments, marked as CONFIDENTIAL |
|---|---|
| TREX-010650.1.1.US | Callout of TREX-010650 |
| D-23996A | Applying 30% Error to Dykhuizen's 5 Million STB Cumulative Estimate (Source: TREX-009361, R. Dykhuizen 6/19/13 Dep. at 68:23 - 71:4, TREX-144924 (SNL129-000232.xls)) |
| D-21160 | D23996A as marked up on ELMO in Court |

admitted 10-10-13 SK

# BP - Exhibits for POOLADI-DARVISH

BP offers the following documents it used during its examination of Dr. Mehran Pooladi-Darvish into evidence:

*Admitted 10-10-13 SK*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-24543 | Dr. Pooladi-Darvish: Original Base and Sensitivity Cases |
| D-24544 | Dr. Pooladi-Darvish: Collection Matching Process |
| D-24545-3 | Dr. Pooladi-Darvish: 38 Total Base, Sensitivity, and "What-if" Cases |
| D-24546-1 | Dr. Pooladi-Darvish: Cases Designed to Consider BOP Erosion |
| D-24546-2 | Dr. Pooladi-Darvish: Cases Designed to Consider BOP Erosion |
| D-24549 | Dr. Pooladi-Darvish: "Flat BOP" Case |
| D-24550 | Dr. Pooladi-Darvish: "Extrapolated BOP" Case |
| D-24551 | Dr. Pooladi-Darvish's Resistance Coefficients |

# BP - Exhibits for KELKAR

BP offers the following documents it used during its examination of Dr. Mohan Kelkar into evidence:

admitted 10-10-13 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-24402 | Permeability Values (in milliDarcies) |
| D-24403 | Porosity Values |
| TREX-008772.1.1.BP | Callout of TREX-008772 |
| TREX-009283 | Macondo RSDP Pre-drill Review |
| TREX-009283.43 | Page of TREX-009283 |
| TREX-009318 | Email from R. Merrill - B. Thurmond et al. re Bob_Match_25July-ML review Final.ppt |
| TREX-009318.4.1.BP | Callout of TREX-009318 |
| TREX-009318.8.1.BP | Callout of TREX-009318 |
| TREX-009767 | Macondo data summary Powerpoint |
| TREX-009767.19 | Page of TREX-009767 |
| TREX-009859 | Appendix C.1 Kelkar Report |
| TREX-009859.17 | Page of TREX-009859 |
| TREX-009859.19 | Page of TREX-009859 |
| TREX-010841N | Reservoir Pressure Response |
| TREX-010841N.3.1.BP | Callout of TREX-010841N |
| TREX-011550R.7.1.BP | Callout of TREX-011550R |
| TREX-011551 | BP Macondo Technical Note: Depleted Pressure for Well Control Planning, C-Draft |
| TREX-011551.1.1.BP | Callout of TREX-011551 |
| TREX-011551.3.1.BP | Callout of TREX-011551 |
| TREX-011557.1.1.BP | Callout of TREX-011557 |
| TREX-011557.2.1.BP | Callout of TREX-011557 |
| TREX-011560 | SPE 115669 Water-Flooding Incremental Oil Recovery Study in Middle miocene to Paleocene Reservoirs, Deep-Water Gulf of Mexico |
| TREX-011560.1.1.BP | Callout of TREX-011560 |
| TREX-011560.4.1.BP | Callout of TREX-011560 |

# BP - Exhibits for ZICK

BP offers the following documents it used during its examination of Dr. Aaron Zick into evidence:

Admitted 10-10-13 SR

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-011490R.25.4.BP | Callout of TREX-011490R |
| TREX-011490R.34.1.BP | Callout of TREX-011490R |
| TREX-011491R.20.1.BP | Callout of TREX-011491R |
| TREX-011492 | LinkedIn profile of Curtis Hays Whitson, Professor at NTNU |
| TREX-011492.2.2.BP | Callout of TREX-011492 |
| TREX-011495 | Spreadsheet summarizing modeling runs |
| TREX-011495.1.1.BP | Callout of TREX-011495 |

# BP - Exhibits for GRIFFITHS

BP offers the following documents it used during its examination of Dr. Stewart Griffiths into evidence:

*Admitted 10-10-13 SC*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-23401 | Dr. Griffiths's Constant Discharge Coefficients |
| D-23997-1A | Griffiths's Adjusted PT-B (BOP Pressure) Plot |
| D-23997-2A | Griffiths's Adjusted PT-B (BOP Pressure) Plot with April 20 to May 8 Griffiths Extrapolation |
| D-24368 | Pressures |
| D-24369 | Upstream of PT-B |
| D-24370 | Downstream of PT-B |
| D-24372-1 | Dr. Griffiths's Constant Discharge Coefficients (Part 1 of 6) |
| D-24372-2 | Dr. Griffiths's Constant Discharge Coefficients (Part 2 of 6) |
| D-24372-3 | Dr. Griffiths's Constant Discharge Coefficients (Part 3 of 6) |
| D-24372-4 | Dr. Griffiths's Constant Discharge Coefficients (Part 4 of 6) |
| D-24372-5 | Dr. Griffiths's Constant Discharge Coefficients (Part 5 of 6) |
| D-24372-6 | Dr. Griffiths's Constant Discharge Coefficients (Part 6 of 6) |
| D-24374 | "Best Estimate" |
| D-24375 | Alternative 1 |
| D-24376 | Alternative 2 |
| D-24401 | Pressures (Flow Increases, Flow Decreases) |
| D-24408 | Dr. Griffiths's Alternative 2 |
| D-24409 | "Best Estimate," Alternative 1, and Alternative 2 |
| D-24527 | Dr. Griffiths's Adjusted PT-B Pressure |
| D-24531 | Dr. Griffiths's "Best Estimate" |
| D-24532 | Dr. Griffiths's Alternative 1 |
| TREX-011485R.11.3.BP | Callout of TREX-011485R |
| TREX-011485R.9.1.BP | Callout of TREX-011485R |
| TREX-011486R.12.6.BP | Callout of TREX-011485R |
| TREX-011486R.14.1.BP | Callout of TREX-011485R |
| TREX-011486R.29.2.BP | Callout of TREX-011485R |
| TREX-011488.17.2.BP | Callout of TREX-011488 |
| TREX-011653.27.1.BP | Callout of TREX-011653 |
| TREX-041026 | Appendix W to BP Internal Investigation Report: Dynamic Simulations Deepwater Horizon Incident |

# BP - Exhibits for DYKHUIZEN

**BP offers the following documents it used during its examination of Dr. Ronald Dykhuizen into evidence:**

Admitted 10-10-13 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-23996A | Applying 30% Error to Dykhuizen's 5 Million STB Cumulative Estimate |
| D-24369 | Upstream of PT-B |
| D-24370 | Downstream of PT-B |
| D-24401 | Pressures (Flow Increases, Flow Decreases) |
| D-24406 | Flow Rate Prediction: DOE-NNSA |
| D-24407 | Flow Rate Prediction: DOE-NNSA |
| D-24496 | Applying 30% Error to Dykhuizen's 5 Million STB Cumulative Estimate (marked up in Court) |
| TREX-008635 | Preecisional Draft of Flow Analysis Activities for the MC252 Well |
| TREX-008635.96.3.BP | Callout of TREX-008635 |
| TREX-008809 | U.S. Scientific Teams Refine Estimates of Oil Flow from BP's Well Prior to Capping |
| TREX-008809.1.1.BP | Callout of TREX-008809 |
| TREX-009361 | Sandia Report - DOE-NNSA Flow Analysis Studies Associated with the Oil Release following the Deepwater Horizon Accident |
| TREX-009361.1 | Page of TREX-009361 |
| TREX-009361.24.1.BP | Callout of TREX-009361 |
| TREX-009361.49.1.BP | Callout of TREX-009361 |
| TREX-009361.71 | Page of TREX-009361 |
| TREX-009361.71.1.BP | Callout of TREX-009361 |
| TREX-009379 | Email from A. Ratzel - R. Dykhuizen et al. re Ratzel hopefully final draft of flow report |
| TREX-009379.1.2.BP | Callout of TREX-009379 |
| TREX-009388 | Email from R. Dykhuizen - S. Tieszen et al. re food for thought. |
| TREX-009388.1.1.BP | Callout of TREX-009388 |
| TREX-009389 | Flow Uncertainty Position |
| TREX-009389.1.1.BP | Callout of TREX-009389 |
| TREX-009389.2.1.BP | Callout of TREX-009389 |
| TREX-009706 | Flow Modeling Activities: Team Review with Tom Hunter |
| TREX-009706.4 | Page of TREX-009706 |
| TREX-009706.5 | Page of TREX-009706 |
| TREX-009924 | Email from R. Dykhuizen - M. Tatro et al. re writeup |
| TREX-009924.1.1.BP | Callout of TREX-009924 |
| TREX-009924.3.2.BP | Callout of TREX-009924 |
| TREX-010650 | Email from T. Lockett to T. Hill re RE: Plume pics_with measurements |
| TREX-010650.2.1.BP | Callout of TREX-010650 |
| TREX-011435 | Email from S. Griffiths to R. Dykhuizen et al. re Re: well flow rates and total discharge |
| TREX-011435.1.1.BP | Callout of TREX-011435 |
| TREX-011436 | Email from S. Griffiths to A. Ratzel et al. re FW: summary of your |


BP re Dykhuizen

|  | model |
| --- | --- |
| TREX-011436.2.1.BP | Callout of TREX-011436 |
| TREX-011436.2.2.BP | Callout of TREX-011436 |
| TREX-011453R.12.1.BP | Callout of TREX-011453 |
| TREX-011456 | Document Produced Natively: WednesdayNightRush.xls |
| TREX-011456.1.1.BP | Callout of TREX-011456 |
| TREX-011534 | Flow Estimate by Analysis of Top Hat and Riser; National Labs - Houston Team, June 15, 2010 |
| TREX-011534.1 | Page of TREX-011534 |
| TREX-011534.16 | Page of TREX-011534 |

admitted 10-10-13 SK

# UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF AARON ZICK

The United States offers the following documents it used during its October 9, 2013 examination of Aaron Zick into evidence:

Admitted 10-10-13 SC

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D-22001 | Background and Expertise (Source: TREX-011490R) |
| TREX-011490R | REDACTED - Expert Report, U.S. v. BP Exploration & Production, Inc., et al, Equation-of-State Fluid Characterization and Analysis of the Macondo Reservoir Fluids, Prepared on Behalf of the United States, Prepared by: Aaron A. Zick, March 22, 2013, marked as CONFIDENTIAL; 64 pages |
| TREX-011491R | REDACTED - Expert Rebuttal Report, U.S. v. BP Exploration & Production, Inc., et al, Prepared on Behalf of the United States, Prepared by: Aaron A. Zick, June 10, 2013, marked as CONFIDENTIAL; 37 pages |
| D-22002 | Summary of Opinions (Source: TREX-011490R, TREX-011491R) |
| D-22003 | Methodology (Source: TREX-011490R, TREX-011491R) |
| D-22004 | Conversion of Reservoir Barrels to Stock Tank Barrels (Source: TREX-011490R, TREX-011491R) |
| D-22005 | Conversion of Reservoir Barrels to Stock Tank Barrels: An Example (Source: TREX-011490R, TREX-011491R) |
| D-22006 | BP Contractor Labs: Pencor, Schlumberger, and Intertek (Source: TREX-060988, TREX-130815, TREX-011575, TREX-130963) |
| TREX-060988 | Report: Core Lab Reservoir Optimization- Volatile Oil Reservoir Fluid Study By Pencor |
| TREX-60988.3.1.US | Callout of TREX-060988 |
| D-22007 | Zick Multi-Stage Separator Conditions (Source: TREX-011490R) |
| D-22008 | Dr. Zick's Oceanic Separation Process (Source: TREX-011491R) |
| D-21023 | Conversion of Reservoir Barrels to Stock Tank Barrels using Zick EOS (Source: TREX-011490R, TREX-011491R, TREX-011501) |
| TREX-060988.26.1.US | Callout of TREX-060988 |

## UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF AARON ZICK

| | |
|---|---|
| TREX-011491R.12.1.US | Callout of TREX-011491R |
| D-22009 | Dr. Whitson's Opinion Regarding Shrinkage Factor (Source: TREX-011496) |
| D-22013 | Summary of Conversion Factors (Source: TREX-011490R, TREX-011491R, TREX-011527, TREX-011496, TREX-060988, TREX-130815, TREX-011575, TREX-130963) |

admitted 10-10-13 SK