IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, ON APRIL 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION "J" |
| | * | HONORABLE CARL J. BARBIER |
| | * | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ACCESS TO WITNESS

NOW COMES, Jon Andry and moves:

1.

The Freeh Report relies on information from numerous people inside the DHECC office.

2.

These include David Duvall, Mike Juneau, Tracy Steilberg, Mr. Renaldi, Kirk Fisher, Mark Staley and possibly others.

3.

The Freeh discovery redacts completely the statements of the above or fails to include the interview while referencing their information.

4.

Freeh had full access and cooperation from the claims office personnel.

5.

Jon Andry should have the same rights.

6.

The CAO has advised it cannot voluntarily provide these employees to Andry's counsel without Court authority since they are quasi judicial officers.

7.

This motion should be granted so that Andry can intelligently respond and rebut the mistakes, errors and omissions in the Freeh Report.

WHEREFORE, Jon Andry prays he be given the same access to witnesses relied on in the Freeh Report and to any other claims personnel relevant to his position.

By Attorneys:

*/s/Lewis O. Unglesby*
LEWIS O. UNGLESBY (#12498)
LANCE C. UNGLESBY (#29690)
UNGLESBY LAW FIRM
246 Napoleon Avenue
Baton Rouge, LA 70802
Telephone: (225) 387-0120
Facsimile: (225) 336-4355
Email: lisa@unglesbylaw.com

*Attorney for Jon Andry*

**CERTIFICATE OF SERVICE**

I hereby certify that on 15th day of October, 2013, a copy of the foregoing Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/Lewis O. Unglesby*
_____
LEWIS O. UNGLESBY