IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * | MDL No. 2179 |
| | * | SECTION "J" |
| | * | HONORABLE CARL J. BARBIER |
| | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF MOTION FOR ACCESS TO WITNESS

Witnesses belong to the world.  One side can never embargo access to evidence while simultaneously using that evidence for proof.

A methodology can easily be worked out between counsel for the claims office and the undersigned that will neither inconvenience the witnesses, nor distract from their work.

By Attorneys:

*/s/Lewis O. Unglesby*
LEWIS O. UNGLESBY (#12498)
LANCE C. UNGLESBY (#29690)
UNGLESBY LAW FIRM
246 Napoleon Avenue
Baton Rouge, LA 70802
Telephone: (225) 387-0120
Facsimile: (225) 336-4355
Email: lisa@unglesbylaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on 15th day of October, 2013, a copy of the foregoing Motion was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/Lewis O. Unglesby*
_____
LEWIS O. UNGLESBY