UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br>SECTION: "J"<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

This Document Applies to:

No. 12-970, Bon Secour Fisheries, Inc., et al.
V. BP Exploration & Production Inc., et al.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### LIONEL SUTTON'S MOTION FOR COMPLETE DISCOVERY FROM SPECIAL MASTER AND TO CONTINUE RESPONSE DATE TO THE ORDER TO SHOW CAUSE UNTIL AFTER COMPLETE PRODUCTION OF RELEVANT EVIDENCE

NOW COMES Lionel Sutton, through counsel, and appearing solely for the purpose of moving to complete discovery and specifically reserving all rights to assert any and all objections and defenses to the Special Master's Appointment, Authority, Report and this Court's Order, including all grounds set forth in the Federal Rules of Civil Procedure, who, hereby moves for production of complete discovery from the Special Master so that Sutton can adequately respond to this Court's Rule to Show Cause entered on September 6, 2013.

Sutton also moves to continue the response date until 21 days after the production of all relevant evidence is complete.

Sutton seeks complete discovery and a continuance for the reasons stated in the accompanying memorandum of support.

                                       Respectfully submitted,

                                       */s/ Michael S. Walsh*
                                       Michael S. Walsh, 8500
                                       Lee & Walsh, Attorneys at Law
                                       257 Maximilian Street
                                       Baton Rouge, LA   70802
                                       Telephone:   (225) 344-0474
                                       Fax:   (225) 344-9124
                                       michael@leeandwalsh.com
                                       Attorney for Lionel H. Sutton, III

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 15th day of October, 2013.

                                       */s/ Michael S. Walsh*
                                       Michael S. Walsh