IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL NO. 2179 SECTION: "J" |
| This document relates to No. 12-970 Bon Secour Fisheries, Inc. et al. v. BP Exploration & Production Inc. et al. | * | Honorable Carl J. Barbier Magistrate Judge Shushan |

\* \* \*

## ORDER

Considering the foregoing:

    IT IS HEREBY ORDERED that Lionel H. Sutton's Motion for Complete Discovery from Special Master and to Continue Response Date to the Order to Show Cause Until After Complete Production of Relevant Evidence is GRANTED, allowing Lionel H. Sutton, III access to the documents underlying Special Master Freeh's Report, and allowing twenty-one (21) days from the date of production to make any objections.

    New Orleans, Louisiana, this ____day, October, 2013.

                                        HON. CARL J. BARBIER
                                UNITED STATES DISTRICT JUDGE