

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: Oil Spill by the Oil Rig                          MDL NO. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010            SECTION J


Applies to: *All Cases*                                JUDGE BARBIER
                                         MAGISTRATE JUDGE SHUSHAN

---

**REPORT BY THE CLAIMS ADMINISTRATOR OF THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT ON THE STATUS OF CLAIMS REVIEW**

| STATUS REPORT NO. | 14 | DATE | October 15, 2013 |
|---|---|---|---|

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re:  Oil Spill by the Oil Rig        MDL NO. 2179
       "Deepwater Horizon" in the Gulf
         of Mexico, on April 20, 2012       SECTION J

Applies to: *All Cases*              JUDGE BARBIER
                                  MAGISTRATE JUDGE SHUSHAN

## REPORT BY THE CLAIMS ADMINISTRATOR OF THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT ON THE STATUS OF CLAIMS REVIEW

### STATUS REPORT NO. 14, DATED OCTOBER 15, 2013

The Claims Administrator of the Deepwater Horizon Economic and Property Settlement Agreement (the "Settlement Agreement") submits this Report to inform the Court of the status of the implementation of the Settlement Agreement as of October 10, 2013.  The Claims Administrator will provide any other information in addition to this Report as requested by the Court.

I.      STATUS OF THE CLAIMS REVIEW PROCESSES AND CLAIM PAYMENTS

A. **Claim Submissions.**

1. **Registration and Claim Forms.**

The Claims Administrator opened the Settlement Program with needed functions staffed and operating on June 4, 2012, just over 30 days after the Claims Administrator's appointment. We have received 183,594 Registration Forms and 217,032 Claim Forms since the Program opened, as shown in the Public Statistics for the Deepwater Horizon Economic and Property Damages Settlement ("Public Report") attached as Exhibit A.  Claimants have begun but not fully completed and submitted 12,280 Claim Forms.   The Forms are available online, in hard copy, or at Claimant Assistance Centers located throughout the Gulf.  Of the total Claim Forms

1

submitted, 11% of claimants filed in the Seafood Program, 18% filed Individual Economic Loss (IEL) Claims, and 35% filed Business Economic Loss (BEL) Claims (including Start-up and Failed BEL Claims).  *See* Ex. A, Table 2.  DWH staff at the Claimant Assistance Centers assisted in starting and/or completing 34,911 of these Claim Forms.  *See* Ex. A, Table 3.  The nineteen Claimant Assistance Centers also provide other forms, including Personal Representative Forms, Subsistence Interview Forms and Sworn Written Statements and Authorizations.

### 2.  Minors, Incompetents and Deceased Claimants.

The table below describes the claims filed on behalf of minors, incompetents and deceased claimants in the Settlement Program.

| Table 1.  Minors, Incompetents and Deceased Claimants | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Minor Claimants | | Incompetent Claimants | | Deceased Claimants | |
| | | Total | Change Since Last Report | Total | Change Since Last Report | Total | Change Since Last Report |
| 1. | Claims Filed | 54 | +3 | 82 | +3 | 300 | +20 |
| 2. | Referred to GADL | 5 | -3 | 3 | -1 | N/A | N/A |
| 3. | Eligible for Payment | 10 | +1 | 45 | +1 | 152 | +12 |
| 4. | Approval Orders Filed | 8 | 0 | 39 | +3 | 127 | +21 |

### 3.  Third Party Claims.

The Claims Administrator receives, processes and pays the claims and/or liens asserted by attorneys, creditors, governmental agencies, or other third parties against the payments to be made by the Claims Administrator to eligible claimants under the Settlement Agreement ("Third Party Claims") in accordance with Court Approved Procedure Order No. 1 (as entered September 9, 2012, and amended March 11, 2013) ("CAP").

We require a third party claimant to send us enforcement documentation soon after the initial Third Party Claim assertion, and we notify the claimant about an Enforced Third Party

Claim against a potential Settlement Payment as soon as we receive sufficient documentation, regardless of where the underlying Settlement Program Claim is in the review process.  The claimant may, but does not have to, object to the Third Party Claim at this time.  After we send an Eligibility Notice to the affected Settlement Program Claimant against whom an Enforced Lien has been asserted, meaning that the underlying claim and the Third Party Claim are payable, we send the claimant/claimant's attorney and the third party claimant a Notice of Valid Third Party Claim and provide the claimant 20 days to notify us of any objection to the Third Party Claim.  Any disputes over Third Party Claims must be resolved by agreement of the parties or through a dispute resolution process.

We send a Notice of Third Party Claim Dispute to all parties involved in a Valid Third Party Claim that is disputed.  If the claimant and third party claimant are unable to resolve their dispute by agreement and the dispute is over a Third Party Claim for attorney fees or fees associated with work performed in connection with a Settlement Program claim, they may participate in the Third Party Claims Dispute Resolution Process and will receive a Request for Third Party Claim Dispute Resolution Form with the Notice of Third Party Claim Dispute.   To date, we have sent approximately 80 Notices of Third Party Claim Dispute to parties with eligible Disputes to notify them that they may submit a Request Form if they are unable to resolve their Dispute by agreement.  Parties have submitted Request Forms for approximately one-third of these eligible Disputes.

We continue to process and pay Third Party Claims as reflected in Table 2 below.

| | Table 2.  Third Party Claims | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Type of Third Party Claim ("TPC")** | **TPCs Asserted** | **TPCs Asserted Against Claimants With a DHCC ID** | **TPCs[1] Asserted Against Payable Claims** | **Valid TPCs Asserted Against Payable Claims** | **TPCs Paid/ Ready for Payment (TPClmt)** | **Claims with TPCs Paid/ Ready for Payment (Clmt)** |
| **1.** | **Attorney's Fees** | 2,494 | 2,026 | 391 | 224 | 143 | 481 |
| **2.** | **IRS Levies** | 575 | 532 | 54 | 55 | 57 | 70 |
| **3.** | **Individual Domestic Support Obligations** | 309 | 185 | 90 | 73 | 67 | 82 |
| **4.** | **Blanket State-Asserted Multiple Domestic Support Obligations** | 4 states | N/A | N/A | N/A | 0 | 0 |
| **5.** | **3rd Party Lien/Writ of Garnishment** | 678 | 287 | 15 | 8 | 3 | 5 |
| **6.** | **Claims Preparation/ Accounting** | 1,570 | 1,367 | 42 | 21 | 8 | 14 |
| **7.** | **TOTAL** | **5,626** | **4,397** | **592** | **381** | **278** | **652[2]** |

To date, we have removed 1,835 lien holds due to parties releasing their claims or resolving disputes.[3]

**B.  Claims Review.**

We completed our first reviews and issued our first outcome notices on July 15, 2012, and Payments on July 31, 2012.  There are many steps involved in reviewing a claim so that it is ready for a notice.

**1.  Identity Verification.**

Our Tax Identity Number (TIN) verification review is the first step in the DWH claims review process.  The Claimant Identity Team has initiated verifications for 156,748 claimants.

---

[1] The streamlined enforcement requirements allow us to assess validity earlier in the process, although we will not know if a Valid TPC is asserted against a payable claim until the Eligibility Notice goes out.

[2] If the TPC amount is in dispute, we pay the claimant the undisputed portion of the Settlement Payment.  A TPC can be asserted against one or more Settlement Program Claims.  For these reasons, this total may not be equal to the total of the two preceding columns.

[3]  This number may fluctuate due to reassertions of released or disallowed liens.

Of those, we matched the TIN and claimant's name to public records databases and verified identity for 86,852 claimants from the initial query through LexisNexis and/or D&B.  Initially, 69,896 claimants' information could not be matched to the public records databases and we reviewed these claims to determine if we can identify name changes or typographical errors and re-queried these claims through public searches to resolve 54,914 claimants' records and verified the identity.   After this initial review, we could still not match 14,982 claimants' data to public records databases and issued Notices to claimants asking for official documentation from the Internal Revenue Service or Social Security Administration that confirms the claimant's TIN.  Of these, 12,857 claimants have submitted information/documents that helped confirm the claimants' information and verify the identity.  Of the remaining 2,125 claimants whose identity has not yet been verified, 654 are still within the time period to respond to the Notice.  Of the 654 still within the time period, 46 responded to the Notice and are under review to determine if we can verify the identity.  Of the remaining 1,471, 1,174 responded to the Notice but the response did not help verify the identity – 25 after the initial and 1,148 after the follow up Notice -- and 297 did not respond to the Notice and their time to respond has passed.

        The table below contains information on the number of claimants that were verified during an initial Identity Verification review, and the type and number of TIN Verification Notices issued when we could not verify identity after the initial review.

| Table 3.  Identity Verification Review Activity. | | | | |
|---|---|---|---|---|
| Outcome | Claims Reviewed Since Last Report | Monthly Percentage | Total Claims Reviewed | Total Percentage |
| 1. **Verified During Review** | 2,390 | 78.8% | **54,914** | **78.4%** |
| 2. **SSN Notice Issued** | 40 | 1.3% | **2,404** | **3.4%** |
| 3. **ITIN Notice Issued** | 6 | .2% | **421** | **.6%** |
| 4. **EIN Notice Issued** | 598 | 19.7% | **12,347** | **17.6%** |
| 5. **Total Reviewed** | **3,034** | **100%** | **70,086** | **100%** |

The table below contains information on the number of TIN Verification Notices issued, how many have been cured after the claimant responded to the Notice, and the average time to cure in days.

| Table 4.  Identity Incompleteness Activity. | | | | |
|---|---|---|---|---|
| | Notice Type | Notices Issued | Number Cured | Percentage Cured | Days to Cure |
| 1. | **SSN Notice** | 2,404 | 1,982 | 82.4% | 48 |
| 2. | **ITIN Notice** | 421 | 358 | 85.0% | 29 |
| 3. | **EIN Notice** | 12,347 | 10,637 | 86.2% | 32 |
| 4. | **Total Issued** | 15,172 | 12,977 | 85.5% | 36 |

### 2.   Employer Verification Review ("EVR").

The EVR process ensures that all employees of the same business are treated uniformly and that each business is placed in the proper Zone.  The review also walks through the intricate analysis necessary to assign the right NAICS code to a business. The EVR team has completed the EVR analysis for over 200,000 businesses and rental properties.

From September 11, 2013, through October 10, 2013, the team completed the EVR step for 7,572 businesses and properties.  We identified an average of 263 new businesses and properties to review each day and completed the EVR review for an average of 252 businesses

and properties each day.  We continue to review new businesses and rental properties on a first-in, first-out basis.

### 3. Exclusions.

The Exclusions review process ensures that claims and claimants excluded under the Settlement Agreement are appropriately denied.  The Exclusions team guides the reviewers and the EVR team when questions arise during the exclusion determination.  Table 5 below shows the number of Denial Notices issued to date for each Exclusion Reason and the team responsible:

| | Exclusion Reason | Team Responsible | Denial Notices Since Last Report | Total Denial Notices |
|---|---|---|---|---|
| | **Table 5.  Exclusions** | | | |
| 1. | GCCF Release | Exclusions | 81 | 7,175 |
| 2. | BP/MDL 2179 Defendant | | 13 | 276 |
| 3. | US District Court for Eastern District of LA | | 0 | 23 |
| 4. | Not a Member of the Economic Class | Claims Reviewers | 4 | 225 |
| 5. | Bodily Injury | | 2 | 6 |
| 6. | BP Shareholder | | 0 | 8 |
| 7. | Transocean/Halliburton Claim | | 0 | 0 |
| 8. | Governmental Entity | Claims Reviewers/ EVR | 15 | 729 |
| 9. | Oil and Gas Industry | | 99 | 678 |
| 10. | BP-Branded Fuel Entity | | 2 | 40 |
| 11. | Menhaden Claim | EVR | 0 | 15 |
| 12. | Financial Institution | | 10 | 241 |
| 13. | Gaming Industry | | 8 | 677 |
| 14. | Insurance Industry | | 7 | 175 |
| 15. | Defense Contractor | | 2 | 338 |
| 16. | Real Estate Developer | | 25 | 193 |
| 17. | Trust, Fund, Financial Vehicle | | 0 | 14 |
| 18. | **Total Denial Notices from Exclusions** | | **268** | **10,813** |

### 4.  Claimant Accounting Support Reviews.

A special team handles Claimant Accounting Support ("CAS") reviews.  CAS reimbursement is available under the Settlement Agreement for IEL, BEL, and Seafood claims. After a claim is returned from the Accountants or BrownGreer's reviewers as payable and the Compensation Amount is known, the CAS team reviews accounting invoices and CAS Sworn Written Statements.  Table 6 includes information on the number of CAS reviews we have completed to date, whether the Accounting Support documentation was complete or incomplete, and the amounts reimbursed.

| | | CAS Review Result | | | | Total CAS Reviews | | CAS $ Amount Reimbursed | |
| | | Complete | | Incomplete | | | | | |
| | Claim Type | Since Last Report | Total to Date | Since Last Report | Total to Date | Since Last Report | Total to Date | Since Last Report | Total to Date |
|---|---|---|---|---|---|---|---|---|---|
| | **Table 6.  Claimant Accounting Support Reviews** | | | | | | | | |
| 1. | BEL | 797 | 10,017 | 85 | 968 | 882 | 10,985 | $1,285,555.96 | $15,606,759.53 |
| 2. | IEL | 232 | 1,932 | 46 | 323 | 278 | 2,255 | $34,583.17 | $262,050.48 |
| 3. | Seafood | 78 | 3,638 | 0 | 715 | 78 | 4,353 | $33,647.08 | $1,483,366.91 |
| 4. | TOTAL | 1,107 | 15,587 | 131 | 2,006 | 1,238 | 17,593 | $1,353,786.21 | $17,352,176.92 |

### 5.  QA Review.

The Quality Assurance ("QA") process addresses three fundamental needs of the Settlement Program, which are to: (a) ensure that all claims are reviewed in accordance with the policies of the Settlement Agreement by targeting anomalous claims results through data metrics analysis; (b) provide a mechanism to monitor reviewer performance and the necessary tools to efficiently and effectively provide feedback to reviewers; and (c) identify areas of review resulting in high error rates that require retraining or refined review procedures and data validations.

We have implemented a reviewer follow-up process for all claim types.  We provide daily follow-up to reviewers whose claims resulted in different results after a QA review the day before.  We also have a report that identifies specific reviewers who require re-training, and reveals whether there are issues that warrant refresher training for all reviewers.  Table 7 shows, by Claim Type, the number of claims identified for QA review through the database QA process, as well as how many QA reviews have been completed, how many are in progress, and how many are awaiting review.

| | **Table 7.  Quality Assurance Reviews** | | | | | |
|---|---|---|---|---|---|---|
| | **Claim Type** | **Total Claims Needing QA To Date** | **QA Reviews Completed** | **% Completed** | **QA Reviews in Progress** | **Claims Awaiting QA** | **QA Reviews Completed Since Last Report** |
| **1.** | Seafood | 24,245 | 23,868 | 98% | 304 | 73 | 604 |
| **2.** | IEL | 23,750 | 22,083 | 93% | 1,001 | 666 | 1,465 |
| **3.** | BEL | 20,318 | 17,822 | 88% | 354 | 2,142 | 2,969 |
| **4.** | Start-Up BEL | 1,662 | 1,466 | 88% | 25 | 171 | 205 |
| **5.** | Failed BEL | 1,857 | 1,726 | 93% | 11 | 120 | 140 |
| **6.** | Coastal Real Property | 18,759 | 18,741 | 100% | 2 | 16 | 429 |
| **7.** | Real Property Sales | 758 | 758 | 100% | 0 | 0 | 14 |
| **8.** | VoO Charter | 7,609 | 7,604 | 100% | 3 | 2 | 43 |
| **9.** | Subsistence | 26,248 | 16,969 | 61% | 1,638 | 8,641 | 5,316 |
| **10.** | Wetlands | 3,508 | 3,369 | 96% | 39 | 100 | 162 |
| **11.** | Vessel Physical Damage | 1,244 | 1,232 | 99% | 3 | 9 | 108 |
| **12.** | **TOTAL** | **129,958** | **114,638** | **88%** | **3,380** | **11,940** | **11,455** |

### 6.  Claim Type Review Details.

Table 8 provides information on the number of claims filed, how many claims have been reviewed to Notice, the claims remaining to review, and how many claims were reviewed to

either a Notice or "Later Notice" to date, by claim type.  Table 8 splits the claims reviewed to a

"Later Notice" into separate sections distinguishing claims receiving Notices after we conduct a

Reconsideration review from claims reviewed for additional materials submitted by a claimant in

response to an Incompleteness Notice.

| Table 8.  Throughput Analysis of Claims Filed and Notices Issued | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **A. Claims Reviewed to First Notice** | | | | | | | | | |
| | **Claim Type** | **Status of All Claims Filed** | | | | | **Productivity Since Last Report on 9/11/13** | | |
| | | **Total Claims Filed To Date** | **Reviews Completed to Notice** | | **Claims Remaining to Review** | | **New Claims Filed** | **Avg Daily Claims Filed** | **Reviews Completed to First Notice** | **Avg Daily Reviews to First Notice** |
| 1. | Seafood | 24,281 | 23,740 | 98% | 541 | 2% | 68 | 2 | 636 | 21 |
| 2. | IEL | 33,986 | 31,345 | 92% | 2,641 | 8% | 832 | 28 | 1,009 | 34 |
| 3. | IPV/FV | 263 | 244 | 93% | 19 | 7% | 2 | 0 | 5 | 0 |
| 4. | BEL | 71,765 | 40,727 | 57% | 31,038 | 43% | 4,396 | 147 | 3,688 | 123 |
| 5. | Start-Up BEL | 4,369 | 3,341 | 76% | 1,028 | 24% | 211 | 7 | 246 | 8 |
| 6. | Failed BEL | 3,025 | 2,552 | 84% | 473 | 16% | 100 | 3 | 186 | 6 |
| 7. | Coastal  RP | 30,021 | 29,462 | 98% | 559 | 2% | 895 | 30 | 1,335 | 45 |
| 8. | Wetlands RP | 8,835 | 4,621 | 52% | 4,214 | 48% | 1,425 | 48 | 253 | 8 |
| 9. | RPS | 1,366 | 1,338 | 98% | 28 | 2% | 31 | 1 | 96 | 3 |
| 10. | Subsistence | 29,180 | 9,800 | 34% | 19,380 | 66% | 2,106 | 70 | 1,590 | 53 |
| 11. | VoO | 8,576 | 8,511 | 99% | 65 | 1% | 35 | 1 | 123 | 4 |
| 12. | Vessel | 1,365 | 1,304 | 96% | 61 | 4% | 24 | 1 | 67 | 2 |
| 13. | TOTAL | 217,032 | 156,985 | 72% | 60,047 | 28% | 10,125 | 338 | 9,234 | 308 |

| **B. Claims Reviewed to Later Notice** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Claim Type** | **Initial or Preliminary Incompleteness Response** | | | **Follow-Up Incompleteness Responses** | | | **Requests for Reconsideration** | | |
| | | **Total Responses** | **Claims with Later Notice** | **Remaining Claims** | **Total Responses** | **Claims with Later Notice** | **Remaining Claims[2]** | **Total Requests** | **Claims with Later Notice** | **Remaining Claims[2]** |
| 1. | Seafood | 5,733 | 4,975 | 758 | 2,563 | 2044 | 519 | 3,140 | 2,456 | 684 |
| 2. | IEL | 14,669 | 12,258 | 2,411 | 6,624 | 4779 | 1,845 | 3,584 | 2,820 | 764 |
| 3. | IPV/FV | 84 | 80 | 4 | 32 | 29 | 3 | 35 | 32 | 3 |
| 4. | BEL | 21,025 | 13,186 | 7,839 | 7,421 | 4414 | 3,007 | 3,676 | 2,326 | 1,350 |
| 5. | Start-Up BEL | 1,877 | 1,328 | 549 | 968 | 601 | 367 | 384 | 203 | 181 |
| 6. | Failed BEL | 823 | 610 | 213 | 464 | 286 | 178 | 401 | 280 | 121 |
| 7. | Coastal  RP | 4,552 | 4,394 | 158 | 1,235 | 1192 | 43 | 1,430 | 1,303 | 127 |

| Table 8.  Throughput Analysis of Claims Filed and Notices Issued | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8. | Wetlands RP | 301 | 219 | 82 | 51 | 43 | 8 | 449 | 332 | 117 |
| 9. | RPS | 219 | 215 | 4 | 61 | 60 | 1 | 166 | 163 | 3 |
| 10. | Subsistence | 3,847 | 436 | 3,411 | 559 | 31 | 528 | 98 | 48 | 50 |
| 11. | VoO | 878 | 860 | 18 | 364 | 352 | 12 | 598 | 588 | 10 |
| 12. | Vessel | 714 | 679 | 35 | 307 | 283 | 24 | 172 | 158 | 14 |
| 13. | TOTAL | 54,722 | 39,240 | 15,482 | 20,649 | 14,114 | 6,535 | 14,133 | 10,709 | 3,424 |

### C.  Claim Payments.

#### 1.  Notices and Payments.

We issued our first payments to claimants on July 31, 2012.  Tables 4 and 5 of the Public Report attached at Exhibit A provide detail on the notices and payments issued to date.  As of October 10, 2013, we have issued 58,725 Eligibility Notices with Payment Offers totaling over $4.9 billion. As of that date, we also have made over $3.7 billion in payments on 50,132 claims.

#### 2.  Claimants in Bankruptcy.

We have issued Bankruptcy Notices to 295 claimants with active claims who identified an open bankruptcy case on their Registration Forms.  We continue to review these claim files to determine whether the claimants have submitted the documents necessary to remove the bankruptcy hold so the claims can be paid.  For claimants who have not submitted all of the requested documentation, we continue to reach out to those claimants to let them know what needs to be submitted so they can receive payment on their claims.  To date, we have removed 700 bankruptcy holds after determining that the bankruptcy is closed and not subject to revocation, or that the claimant submitted the required documents to receive payment.

### D.  Re-Reviews, Reconsiderations and Appeals.

#### 1.  Re-Review Reviews and Outcomes.

The Claims Administrator implemented a Re-Review process beginning on January 18, 2013, that provides claimants with the opportunity to request a Re-Review of their claim within

30 days after an Eligibility or Denial Notice if they have additional documents not previously submitted to support their claim.  This Re-Review leads to a Post Re-Review Notice, from which claimants may then request Reconsideration if they wish.  To date, there have been 58,496 Eligibility and Denial Notices issued from which claimants can seek Re-Review.  Of those, 2,272 are still within the 30 day window to seek Re-Review and have not yet done so, leaving 56,224 that have passed the window for seeking Re-Review.  Of those, claimants have asked for Re-Review of 3,930 claims.  Thus, the rate of Re-Review from all final determinations is 7.0%.  The rate of Re-Review from Eligibility Notices is 4% and the rate of Re-Review from Denial and Incompleteness Denial Notices is 13%.

Table 9 summarizes the Re-Reviews Reviews we have completed, the number of Post-Re-Review Notices we have issued, and whether the outcome of the Re-Review review resulted in an award that was higher (↑), lower (↓),or the same (↔). The table also includes information showing whether an original Exclusion Denial was confirmed or overturned on Re-Review.  The number of Notices issued is fewer than the reviews completed because there is a 36 hour lag time between when the review is completed and when the Notice is issued.

| Table 9.  Re-Reviews | | | | | |
|---|---|---|---|---|---|
| A.  Re-Review Requests and Reviews | | | | | |
| | Claim Type | Requests Received To Date | Reviews Completed To Date | | |
| | | | Total | Completed Since Last Report | Average Weekly Reviews |
| 1. | Seafood | 717 | 624 | 9 | 13 |
| 2. | IEL | 527 | 426 | 13 | 9 |
| 3. | IPV/FV | 9 | 9 | 0 | 0 |
| 4. | BEL | 1,451 | 1,211 | 19 | 24 |
| 5. | Start-Up BEL | 99 | 73 | 0 | 2 |
| 6. | Failed BEL | 131 | 92 | 0 | 2 |
| 7. | Coastal | 564 | 553 | 27 | 11 |
| 8. | Wetlands | 236 | 220 | 4 | 5 |

| 9. | Real Property Sales | 37 | 37 | 0 | 1 |
|---|---|---|---|---|---|
| 10. | Subsistence | 62 | 42 | 2 | 1 |
| 11. | VoO | 54 | 48 | 3 | 1 |
| 12. | Vessel | 43 | 41 | 1 | 1 |
| 13. | TOTAL | 3,930 | 3,376 | 78 | 70 |

| Table 9.  Re-Reviews | | | | | | |
|---|---|---|---|---|---|---|
| **B.  Re-Review Notices Issued** | | | | | | |
| | | Notices Issued | | Outcome of Review | | |
| | Claim Type | Total Issued to Date | Weekly Average | Compensation Amount for Eligible Claims | | Exclusion/Denials |
| | | | | ↑ | ↓ | ↔ | Confirmed | Overturned |

| | Claim Type | Total Issued to Date | Weekly Average | ↑ | ↓ | ↔ | Confirmed | Overturned |
|---|---|---|---|---|---|---|---|---|
| 1. | Seafood | 547 | 11 | 299 | 12 | 176 | 49 | 4 |
| 2. | IEL | 371 | 7 | 92 | 13 | 106 | 149 | 2 |
| 3. | IPV/FV | 9 | 0 | 0 | 0 | 0 | 9 | 0 |
| 4. | BEL | 1,011 | 20 | 260 | 11 | 84 | 613 | 10 |
| 5. | Start-Up BEL | 68 | 2 | 17 | 0 | 5 | 43 | 0 |
| 6. | Failed BEL | 86 | 2 | 1 | 0 | 0 | 82 | 0 |
| 7. | Coastal | 399 | 8 | 54 | 3 | 78 | 262 | 12 |
| 8. | Wetlands | 149 | 3 | 3 | 1 | 4 | 141 | 1 |
| 9. | Real Property Sales | 25 | 1 | 1 | 0 | 1 | 23 | 0 |
| 10. | Subsistence | 30 | 1 | 1 | 0 | 1 | 28 | 0 |
| 11. | VoO | 48 | 1 | 9 | 5 | 16 | 18 | 2 |
| 12 | Vessel | 39 | 1 | 20 | 0 | 11 | 8 | 1 |
| 13. | TOTAL | 2,782 | 57 | 757 | 45 | 482 | 1,425 | 32 |

## 2.  Reconsideration Reviews and Outcomes.

To date, there have been 115,337 Eligibility, Denial and Incompleteness Denial Notices issued from which claimants can seek Reconsideration.  Of those, 5,324 are still within the 30 day window to seek Reconsideration and have not yet done so, leaving 110,013 that have passed the window for seeking Reconsideration.  Of those, claimants have asked for Reconsideration of 14,133 claims.  Thus, the rate of Reconsideration from all final determinations is 12.8%.  The rate of Reconsideration from Eligibility Notices is 6% and the rate of Reconsideration from Denial and Incompleteness Denial Notices is 22%.

Table 10 summarizes the Reconsideration Reviews we have completed, the number of Post-Reconsideration Notices we have issued, and whether the outcome of the Reconsideration review resulted in an award that was higher (↑), lower (↓),or the same (↔). The table also includes information showing whether an original Exclusion Denial was confirmed or overturned on Reconsideration.  The number of Notices issued is fewer than the reviews completed because there is a 36 hour lag time between when the review is completed and when the Notice is issued.

| Table 10.  Reconsideration | | | | | |
|---|---|---|---|---|---|
| A.   Reconsideration Requests and Reviews | | | | | |
| Claim Type | Requests Received To Date | Reviews Completed To Date | | | |
| | | Total | Completed Since Last Report | Average Weekly Reviews | |
| 1. Seafood | 3,140 | 2,558 | 72 | 36 | |
| 2. IEL | 3,584 | 3,051 | 134 | 43 | |
| 3. IPV/FV | 35 | 32 | 0 | <1 | |
| 4. BEL | 3,676 | 2,169 | 14 | 31 | |
| 5. Start-Up BEL | 384 | 173 | 1 | 2 | |
| 6. Failed BEL | 401 | 286 | 4 | 4 | |
| 7. Coastal | 1,430 | 1,339 | 8 | 19 | |
| 8. Wetlands | 449 | 356 | 58 | 5 | |
| 9. Real Property Sales | 166 | 166 | 1 | 2 | |
| 10. Subsistence | 98 | 72 | 5 | 1 | |
| 11. VoO | 598 | 595 | 7 | 8 | |
| 12. Vessel | 172 | 162 | 5 | 2 | |
| 13. TOTAL | 14,133 | 10,959 | 309 | 156 | |
| B.   Reconsideration Notices Issued | | | | | |
| Claim Type | Notices Issued | | Outcome of Review | | |
| | Total Issued to Date | Weekly Average | Compensation Amount for Eligible Claims | | Exclusion/Denials |
| | | | ↑ | ↓ | ↔ | Confirmed | Overturned |
| 1. Seafood | 2,456 | 35 | 640 | 98 | 396 | 1,318 | 4 |
| 2. IEL | 2,820 | 40 | 93 | 209 | 83 | 2,430 | 5 |
| 3. IPV/FV | 32 | <1 | 0 | 0 | 0 | 32 | 0 |
| 4. BEL | 2,326 | 33 | 351 | 92 | 187 | 1,659 | 37 |
| 5. Start-Up BEL | 203 | 3 | 11 | 9 | 13 | 167 | 3 |

| Table 10.  Reconsideration | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6. | **Failed BEL** | 280 | 4 | 0 | 4 | 1 | 275 | 0 |
| 7. | **Coastal** | 1,303 | 18 | 92 | 22 | 343 | 831 | 15 |
| 8. | **Wetlands** | 332 | 5 | 20 | 1 | 25 | 273 | 13 |
| 9. | **Real Property Sales** | 163 | 2 | 1 | 0 | 3 | 157 | 2 |
| 10. | **Subsistence** | 48 | <1 | 0 | 0 | 1 | 47 | 0 |
| 11. | **VoO** | 588 | 8 | 59 | 4 | 119 | 364 | 42 |
| 12 | **Vessel** | 158 | 2 | 47 | 4 | 13 | 93 | 1 |
| 13. | **TOTAL** | **10,709** | **151** | **1,314** | **443** | **1,184** | **7,646** | **122** |

### 3.  Appeals.

#### (a) BP Appeals.

To date, we have issued 17,904 Eligibility Notices that meet or exceed the threshold amounts rendering them eligible for BP to appeal.  Of those, 193 are still within the time for BP to appeal and BP has not yet appealed them, leaving 17,711 that BP has either appealed or the window has passed for BP to consider whether to appeal.  Of those 17,711, BP has appealed 3,690 claims, or only 20.8%. However, out of the 3,690 claims BP has appealed, BP has subsequently withdrawn 263 appeals, and another 1,218 have been resolved for the same or greater amount than the Eligibility Notice (not including the 5% increases that claimants who prevail upon appeal receive).  Thus, out of the 3,690 claims BP has appealed, 1,481 have either been withdrawn or resolved.  If we remove those 1,481 from the 3,690 BP has appealed to arrive at a more realistic "rate of disagreement" BP has with our results, that leaves 2,209 claims out of 17,711, or a 12.5% rate of disagreement.

Table 11 provides summary information on the status of BP's appeals.

| Table 11.  Status of BP Appeals | | | |
|---|---|---|---|
| **A.   Appeal Filing/Resolution** | | | |
| **Status** | **As of 9/10/13** | **Since Last Report** | **Total** |
| **1.  BP Appeals Filed** | **3,176** | **514** | **3,690** |
| **2.  Appeals Resolved** | **2,014** | **390** | **2,404** |
| (a)  Withdrawn | 220 | 43 | 263 |
| (b)  Panel Decided | 1,301 | 201 | 1,502 |
| (c)  Settled by Parties | 346 | 60 | 406 |
| (d)  Remanded by Panel | 75 | 22 | 97 |
| (e)  Administratively Closed | 7 | 1 | 8 |
| (f)  Closed for Reconsideration Review | 65 | 63 | 128 |
| **B.  Pending Appeals** | | | |
| **3.  In Pre-Panel Baseball Process** | 718 | | |
| **4.  Currently Before Panel** | 465 | | |
| **5.  Under Discretionary Review** | 103 | | |
| **6.  TOTAL PENDING** | **1,286** | | |

**(b) Claimant Appeals.**

Before a claimant may appeal, he must seek Reconsideration and receive a Post-Reconsideration Notice. To date, we have issued 9,500 Post-Reconsideration Notices (excluding Post-Reconsideration Incompleteness Denial Notices, which are covered in paragraph (d) below).   Of those, 1,476 are still within the time for the claimant to appeal and the claimant has not yet appealed, leaving 8,024 that the claimant has either appealed or the window has passed for the claimant to consider whether to appeal.  Of those 8,024, claimants have appealed 922 claims, or 11.5%. Of the 922 claimant appeals, 562 are appeals of Post-Reconsideration Denial Notices and 360 are appeals of Post-Reconsideration Eligibility Notices.

Table 12 provides summary information on the status of Claimant Appeals:

16

| Table 12.  Status of Claimant Appeals | | | | |
|---|---|---|---|---|
| **A. Appeal Filing/Resolution** | | | | |
| | **Status** | **As of 9/10/13** | **Since Last Report** | **Total** |
| **1.** | **Claimant Appeals Filed** | **861** | **61** | **922** |
| **2.** | **Appeals Resolved** | **448** | **146** | **594** |
| (a) | Panel Decided | 368 | 116 | 484 |
| (b) | Settled by Parties | 38 | 30 | 68 |
| (c) | Remanded by the Panel | 12 | 1 | 13 |
| (d) | Administratively Closed | 6 | -1 | 5 |
| (e) | Withdrawn | 24 | 0 | 24 |
| **B.  Pending Appeals** | | | | |
| **3.** | **In Pre-Panel Baseball Process** | 61 | | |
| **4.** | **In Pre-Panel Non-Baseball Process** | 156 | | |
| **5.** | **Currently Before Panel** | 69 | | |
| **6.** | **Under Discretionary Review** | 42 | | |
| **7.** | **TOTAL PENDING** | **328** | | |

**(c)  Resolved Appeals.**

As reported in the tables above, 2,998 claimant and BP appeals have been resolved. Table 13 provides a summary of these resolved appeals by Claim Type. The comparison of the award amount to the amount in the original notice is made without consideration of the 5% increases that claimants who prevail upon appeal receive.

| Table 13. | | Outcome After Appeal | | | | | | | | | |
|-----------|--|---------------------|--|--|--|--|--|--|--|--|--|
| | | Appeals Settled or Decided by Panel | | | | | | Withdrawn | Admin. Closed | Closed Because Claimant Asked For Recon. | Total |
| | Claim Type | Award Amount after Appeal, Compared to Original Notice | | | | | | | | | |
| | | Higher | Lower | Same | Denial Upheld | Denial Over-turned | Remand | | | | |
| 1. | Seafood | 2 | 80 | 70 | 13 | 1 | 5 | 41 | 3 | 8 | 223 |
| 2. | BEL | 110 | 544 | 1,072 | 129 | 28 | 79 | 199 | 6 | 101 | 2,268 |
| 3. | Wetlands Real Property | 1 | 1 | 2 | 21 | 0 | 0 | 2 | 0 | 16 | 43 |
| 4. | Coastal Real Property | 27 | 5 | 12 | 29 | 1 | 2 | 4 | 1 | 0 | 81 |
| 5. | Real Property Sales | 1 | 1 | 7 | 22 | 0 | 0 | 2 | 0 | 0 | 33 |
| 6. | VoO Charter Payment | 15 | 29 | 28 | 24 | 26 | 5 | 26 | 2 | 0 | 155 |
| 7. | IEL | 9 | 33 | 29 | 35 | 4 | 9 | 5 | 1 | 3 | 128 |
| 8. | VPD | 3 | 25 | 20 | 1 | 0 | 10 | 8 | 0 | 0 | 67 |
| 9. | Total | 168 | 718 | 1,240 | 274 | 60 | 110 | 287 | 13 | 128 | 2,998 |

**(d) Incompleteness Appeals.**

The Appeal for Insufficient Documentation ("Incompleteness Appeal") allows Economic Class Members ("claimants") to have their claims reviewed by a separate Documentation Reviewer when the Claims Administrator denies their claims because of insufficient documentation. The Documentation Reviewer reviews the claimant's documents and determines whether the Program correctly denied the claim.

Before sending the claim to the Documentation Reviewer, we review the appeal request along with any newly submitted documents. If the claimant has submitted the requested documents and cured the incompleteness, we issue the appropriate Notice. If the claimant still

has not submitted the requested documents, we send the claim to the Documentation Reviewer for review.

Before a claimant may seek an appeal of an Incompleteness Denial, he must seek Reconsideration and receive a Post-Reconsideration Incompleteness Denial Notice.  To date, we have issued 2,487 Post-Reconsideration Incompleteness Denial Notices.  Of those, 295 are still within the time for the claimant to appeal, leaving 2,192 that have passed the window for the claimant to consider whether to appeal.  Of those 2,487 claims eligible for appeal, there are 1,032 appeal requests, or 41.5%.

Table 14 provides summary information on the status of Incompleteness Appeals:

| Table 14.  Incompleteness Appeals | | | |
|---|---|---|---|
| A.  Incompleteness Appeal Filing/Resolution | | | |
| Status | Prior to 9/11/13 | Since 9/11/13 | Total |
| 1. | **Incompleteness Appeals Filed** | **628** | **404** | **1,032** |
| 2. | **Appeals Resolved** | **169** | **382** | **551** |
| (a) | Withdrawn/Closed | 1 | 0 | 1 |
| (b) | Cured | 47 | 30 | 77 |
| (c) | Incompleteness Denial Affirmed | 114 | 347 | 461 |
| (d) | Incompleteness Denial Overturned | 7 | 5 | 12 |
| B.  Pending Incompleteness Appeals | | | |
| 3. | **In Pre-Documentation Reviewer Process** | 334 | | |
| 4. | **Currently Before Documentation Reviewer** | 147 | | |
| 5. | **TOTAL PENDING** | 481 | | |

As reported in Table 14 above, 551 Incompleteness Appeals are resolved.

## II.    CLAIMANT OUTREACH EFFORTS

We have continued our Claimant Outreach efforts since the previous Court Status Report as detailed below:

A.  **Law Firm Contacts.**

The Law Firm Contacts team continued outreach efforts for all damage categories related to incompleteness reasons. Over the past several weeks, Law Firm Contacts focused outreach efforts on Incomplete Seafood Compensation Program claims. This outreach campaign has been highly successful at resolving the remaining Incomplete SCP claims. Firm Contacts assisted firms by continuing Incomplete Payment Documentation outreach as well as Release Incompleteness outreach. Finally, Firm Contacts continue to facilitate conference calls held in collaboration with the accountants to efficiently address documentation requirements and resolve outstanding Program questions.

B.  **Communications Center (CCC).**

CCC Agents contributed to Claimant Outreach by placing calls to claimants to provide information concerning how to comply with Bankruptcy and DMI requirements, with Multi-Facility Business Claim filing requirements, and with Seafood Compensation Program untimely filing requirements.  Our agents also contacted claimants to request additional information to supplement the processing of their claims, such as documentation verifying property ownership, forms to update claimant names and taxpayer identification numbers, documentation verifying claimants' identity, and death certificates and divorce decrees. Lastly, the CCC's participation in Payment Documentation Incompleteness outreach helped to resolve claimant payment issues and led to over $20,000,000 in payments.

C.  **Claimant Assistance Centers (CACs).**

The Claimant Outreach Program (COP) continues at the CACs.  To date, the COP has completed over 74,000 outreach calls.  The CACs continued outreach efforts to claimants with incomplete claims across all damage categories, and claimants who started claim forms on the Portal but have not yet submitted them.  The COP also continued outreach to claimants with

incomplete Subsistence claims from the Bridge City CAC and Naples CAC.  The CAC comment card program has consistently shown that over 90% of visitors to CACs responded "Strongly Agree/Agree" that they received thorough, prompt, professional service and would return to the same location for further information and assistance.

### D. **Summary of Outreach Calls.**

The table below summarizes some of the Claimant Outreach Program efforts:

| | **Table 15. Outreach Call Volume** (As of 10/10/13) | | | | | | |
|---|---|---|---|---|---|---|---|
| **Row** | **Location** | **Calls Made** | **Incomplete Claims Affected** | **Claims With New Docs After Call** | **% of Claims With New Docs After Call** | **Claimants Visiting CAC After Call** | **% of Claimants Visiting CAC** |
| **1.** | BrownGreer | 74,432 | 26,893 | 20,377 | 76% | 9,603 | 36% |
| **2.** | Garden City Group | 62,029 | 8,264 | 5,937 | 72% | 636 | 8% |
| **3.** | P&N | 27,487 | 6,211 | 5,351 | 86% | 171 | 3% |
| **4.** | PWC | 805 | 350 | 333 | 95% | 9 | 3% |
| **5.** | **Total** | **164,753** | **41,718** | **31,998** | **77%** | **10,419** | **25%** |

### III.  CONCLUSION

We offer this Report to ensure that the Court is informed of the status of the Program to date.  If the Court would find additional information helpful, we stand ready to provide it at the Court's convenience.

/s/ Patrick A. Juneau
PATRICK A. JUNEAU
CLAIMS ADMINISTRATOR

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of October, 2013.

<u>/s/ Patrick A. Juneau</u>
Claims Administrator