IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION "J" |
| This Document Relates To: No. 12-970 | * | HONORABLE CARL J. BARBIER |
| | * | MAGISTRATE JUDGE SHUSHAN |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## ORDER

**CONSIDERING** the foregoing Motion for Leave to File Reply Memorandum;

**IT IS ORDERED** that the Motion be and is hereby Granted and that the Reply Memorandum by The Andry Law Firm, L.L.C. be filed into the record.

New Orleans, Louisiana this  15th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE

1