UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAMERON INTERNATIONAL CORPORATION | * * * | CASE NO. 2:12-cv-00311 |
| Plaintiff | * * | **JURY TRIAL DEMANDED** |
| VERSUS | * * | **Judge Barbier** |
| LIBERTY INSURANCE UNDERWRITERS, INC. a/k/a LIBERTY INTERNATIONAL UNDERWRITERS | * * * * * | **Magistrate Judge Shushan** |
| Defendant | * * | |

* * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SERVICE OF EXPERT REPORTS

Defendant Liberty Insurance Underwriters, Inc. hereby gives notice that it served this day the expert reports of John D. Cole and Cary A. Moomjian, Jr. on counsel of record for Cameron International Corporation.

Dated: October 15, 2013

Respectfully submitted,

_____// Judy Y. Barrasso_____
Judy Y. Barrasso, 2814
Celeste, Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana  70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)

1

                Christopher W. Martin
                Federal I.D. 13515
                Gary L. Pate
                Federal I.D. 29713
                Robert G. Dees
                Federal I.D. 13899
                MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
                808 Travis, Suite 1800
                Houston, Texas 77002
                713-632-1700 (Telephone)
                713-222-0101 (Facsimile)

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Notice of Service of Expert Reports has been served on all Counsel by electronically uploading the same in accordance with Pretrial Order No. 12, on this 15th day of October, 2013.

                                            *//Robert G. Dees*
                                            Robert G. Dees