# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *No. 12-970* | * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court is a motion by the Andry Law Firm entitled "Second Motion for Production of Documents and to Extend Time to Respond to Order to Show Cause."  (Rec. Doc. 11610)[1] The motion seeks an order requiring "the Special Master to turn over all information relevant to [the Andry Law Firm] during the course of his investigation, including the redacted portions of the documents already produced."  (Rec. Doc. 11610-1 at 15)[2] The motion also requests that the Court extend the current deadline for responding to the Show Cause Order of September 6, 2013.  (*Id.*) Glen Lerner, Jon Andry, and Lionel Sutton have since filed similar motions.[3]

Having considered these motions,

IT IS ORDERED that the deadline for responding to the Court's Show Cause Order is extended from October 18, 2013, to not later than Friday, November 15, 2013;

---

[1]  Special Master Louis J. Freeh filed an opposition to the motion (Rec. Doc. 11627), and the Andry Law Firm replied (Rec. Doc. 11648).

[2]  The Court notes that the Special Master previously produced certain documents to the Andry Law Firm.  The instant motion seeks additional production.

[3]  Glen Lerner's motion appears at Rec. Doc. 11619.  An opposition by the Special Master and reply by Glen Lerner are filed at Rec. Docs. 11639 and 11663, respectively.  Jon Andry's motion appears at Rec. Doc. 11643.  Lionel Sutton's motion appears at Rec. Doc. 11644.

IT IS FURTHER ORDERED that on or before October 18, 2013, the Special Master shall provide the Andry Law Firm and Glen Lerner access to discovery of the responses of witnesses to questions asked by Mr. James A. Cobb during the course of interviews conducted by the Special Master which Mr. Cobb attended; and

IT IS FURTHER ORDERED that any remaining discovery issues raised by the Andry Law Firm, Glen Lerner, Jon Andry, and Lionel Sutton are hereby REFERRED to Magistrate Judge Sally Shushan for resolution.

New Orleans, Louisiana, this 16th day of October, 2013.

_____
United States District Judge