## IV. EVIDENCE OF AN AGREEMENT AMONG CAO ATTORNEY SUTTON AND DHECC CLAIMANT ATTORNEYS JONATHAN ANDRY AND GLEN LERNER

### A. Background of Relationships

The Special Master has found evidence of an agreement among Mr. Sutton, Mr. Jon Andry, and Mr. Lerner to corrupt the DHECC process in order to enrich themselves. More specifically, Mr. Lerner and Mr. Jon Andry, who represented hundreds of claimants before the DHECC, utilized Mr. Sutton as their "insider" at the CAO to track and to expedite their pending claims. Mr. Jon Andry further worked in concert with Mr. Sutton to expedite a payment award of $7,648,722 by the DHECC for The Andry Law Firm claim.

The evidence reflects that Mr. Lerner and Mr. Sutton intended to exercise improper personal influence within the CAO in order to advance their mutual benefit. For example, on March 16, 2012, Mr. Sutton emailed Mr. Lerner to inform him about Ms. Reitano's entry into the CAO: "Just between you and me because they have not made the announcement yet. Christine [Reitano] has been hired by the special master to run his office for the BP settlement. She starts april [sic] 1 on the transition from Fienbergs [sic] office."[51] In reply, Mr. Lerner asked about capitalizing on her new position, "How can we use that to our benefit [?]"[52] Mr. Sutton replied that he was not sure, to which Mr. Lerner asked: "Is there a conflict with my cases (Andry Lerner) going in front of her with our business relationship? Will she get my FLorida [sic] cases too?" Mr. Sutton responded, "No conflict. She will be working for the special master."[53]

In an email to Mr. Sutton dated January 29, 2013, Mr. Lerner answered his own question as to how best to use Ms. Reitano's access. Mr. Lerner wrote to Mr. Sutton not only about Ms. Reitano helping to move Mr. Lerner's claims to the front of the line, but also about how getting claims paid would benefit Mr. Sutton himself: "Can you ask Chris what I need to do to get my BP claims in some sort of priority. We have over a thousand claims and hundreds on file and yet only trickling in a check or two per week. I need my claims expedited. More money coming in means I start getting my sea legs and can keep us going in other areas."[54] Emphasizing this point, Mr. Lerner wrote to Mr. Sutton on February 15, 2013: "I'd be on easy street if Mr. Andry could settle some BP claims!"[55] At this time Mr. Sutton was receiving a $10,000 per month Crown salary from Mr. Lerner, and over $40,000 in Thonn referral fee payments from Mr. Lerner and Mr. Jon Andry.[56]

Mr. Lerner, Mr. Jon Andry, and Mr. Sutton attended Tulane Law School together more than 20 years ago.[57] Ms. Reitano and Mr. Jon Andry's brother, Mr. Gibby Andry, also attended Tulane

---

[51] Email from Lionel Sutton to Glen Lerner, Subject: Re: private (March 16, 2012 at 12:36 PM).
[52] Email from Lionel Sutton to Glen Lerner, Subject: Re: private (March 16, 2012 at 1:20 PM).
[53] Email from Glen Lerner to Lionel Sutton, Subject: Re: private (March 16, 2012 at 5:51 PM).
[54] Email from Glen Lerner to Lionel Sutton (January 29, 2013 at 7:38 AM).
[55] Email from Glen Lerner to Lionel Sutton, Subject: Re: Settlement Agreements (February 15, 2013 at 10:06 AM).
[56] Interview of Jeff Cahill (July 30, 2013).
[57] Glen Lerner Transcript at 6-9 (July 31, 2013).

EXHIBIT 2

Outlook - lhs3law@hotmail.com

Page 1 of 1

> From: glenlerneresq@aol.com
> Subject:
> Date: Tue, 29 Jan 2013 08:38:10 -0700
> To: lhs3law@hotmail.com
>
> Can you ask Chris what I need to do to get my BP claims in some sort of priority. We have over a thousand claims and hundreds on file and yet only trickling in a check or two per week. I need my claims expedited. More money coming in means I start getting my sea legs and can keep us going in other areas.

From: Sutton Lionel (lhs3law@hotmail.com)
Sent: Tue 1/29/13 11:19 AM
To: Glen Lerner (glenlerneresq@aol.com)

*2*

You can't. Yours are going pretty fast. The process will get faster on its own as grey areas are resolved and applied across the board.

What you can do is make sure that any incomplete notices are responded to asap. Previously, responses to incomplete notices were sent to the back of the line but we will be streamlining that process very soon.