Analysis of Submissions from Andry Law Group/Andry Lerner, LLC
(As of 5/9/13)

DWH 8127

| # | Registration Form Representation (Status) | Count | % |
|---|---|---|---|
| 1. | Registration Form Begun | 88 | 22% |
| 2. | Registration Form Signed w/o Claim Form | 66 | 16% |
| 3. | Claim Form Begun | 2 | <1% |
| 4. | Claim Form Signed | 246 | 61% |
| 5. | Total Number of Claimants Represented by Firm | 402 | 100% |

| # | Claim Type Identified | # | % |
|---|---|---|---|
| 1. | Seafood Compensation Program | 151 | 32% |
| 2. | Individual Economic Loss | 79 | 17% |
| 3. | IPV or Festival Vendor Economic Loss | 0 | 0% |
| 4. | Business Economic Loss | 89 | 19% |
| 5. | Start-Up Business Economic Loss | 8 | 2% |
| 6. | Failed Business Economic Loss | 3 | 1% |
| 7. | Coastal Real Property Damage | 9 | 2% |
| 8. | Wetlands Real Property Damage | 10 | 2% |
| 9. | Real Property Sales Damage | 1 | <1% |
| 10. | Subsistence Damage | 38 | 8% |
| 11. | VoO Charter Damage | 62 | 13% |
| 12. | Vessel Physical Damage | 16 | 3% |
| 13. | Total Claims Filed | 466 | 100% |

### Table 2: Notices Issued

| # | Claim Type | Eligible Payable | Eligible No Payment | Incomplete | Denied - Exclusion Denials | Denied - Prior GCCF Release | Denied - Causation Denials | Denied - Other Denials | Denied - Incomplete Denials | Withdrawn | Closed | All Claims Issued Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Seafood Compensation Program | 34 | 18 | 57 | 0 | 0 | 0 | 0 | 1 | 6 | 4 | 120 |
| 2. | Individual Economic Loss | 4 | 0 | 39 | 6 | 0 | 0 | 3 | 0 | 1 | 2 | 50 |
| 3. | IPV or Festival Vendor Economic Loss | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4. | Business Economic Loss | 14 | 1 | 26 | 1 | 0 | 3 | 0 | 2 | 2 | 0 | 49 |
| 5. | Start-Up Business Economic Loss | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 6. | Failed Business Economic Loss | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 2 |
| 7. | Coastal Real Property Damage | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 8. | Wetlands Real Property Damage | 0 | 0 | 0 | 0 | 1 | 0 | 3 | 0 | 0 | 0 | 4 |
| 9. | Real Property Sales Damage | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| 10. | Subsistence Damage | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| 11. | VoO Charter Damage | 46 | 0 | 5 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | 58 |
| 12. | Vessel Physical Damage | 4 | 0 | 4 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 10 |
| 13. | Total | 106 | 19 | 131 | 7 | 1 | 5 | 15 | 3 | 10 | 6 | 303 |

### Table 3: Payment Information

| # | Claim Type | Eligibility Notices Issued with Payment Due - Number | Eligibility Notices Issued with Payment Due - Amount | Appealed Claims - Number | Appealed Claims - Amount | Payments Made - Number | Payments Made - Amount |
|---|---|---|---|---|---|---|---|
| 1. | Seafood Compensation Program | 34 | $2,659,564 | 26 | $2,291,955 | 26 | $2,508,336 |
| 2. | Individual Economic Loss | 4 | $41,499 | 0 | $0 | 0 | $0 |
| 3. | IPV or Festival Vendor Economic Loss | 0 | $0 | 0 | $0 | 0 | $0 |
| 4. | Business Economic Loss | 14 | $4,480,471 | 11 | $3,495,447 | 9 | $1,703,287 |
| 5. | Start-Up Business Economic Loss | 1 | $54,830 | 0 | $0 | 0 | $0 |
| 6. | Failed Business Economic Loss | 0 | $0 | 0 | $0 | 0 | $0 |
| 7. | Coastal Real Property Damage | 3 | $17,370 | 3 | $17,370 | 3 | $17,370 |
| 8. | Wetlands Real Property Damage | 0 | $0 | 0 | $0 | 0 | $0 |
| 9. | Real Property Sales Damage | 0 | $0 | 0 | $0 | 0 | $0 |
| 10. | Subsistence Damage | 0 | $0 | 0 | $0 | 0 | $0 |
| 11. | VoO Charter Damage | 46 | $1,817,400 | 46 | $1,817,400 | 46 | $1,823,818 |
| 12. | Vessel Physical Damage | 4 | $26,198 | 3 | $20,842 | 2 | $18,159 |
| 13. | Total | 106 | $9,107,332 | 89 | $7,643,014 | 86 | $6,070,970 |

Chart 1: Registration and Claim Form Filings by Day

— Registration Forms    — Claim Forms



[1] Andry Law Group/Andry Lerner, LLC has confirmed representation of an additional 26 claimants, but the firm has not yet begun any Registration or Claim Forms as of the date of this report. The report does not [include them] in the DWH Program yet.

EXHIBIT 3

DEEPWATER HORIZON CLAIMS CENTER

| | |
|---|---|
| From: | glen lerner |
| To: | Sutton Lionel |
| Subject: | Re: logo |
| Date: | Thursday, May 09, 2013 2:10:57 PM |

Thank you. Can I share this with my office manager Susan

Sent from my iPhone

On May 9, 2013, at 4:51 PM, Sutton Lionel <lhs3law@hotmail.com> wrote:

> Just between me and you, here is your report:
>
> 402 claimants:
> 61% have submitted a signed Claim Form;
> 22% started a Registration Form but did not finish;
> 16% finished Registration but did file a Claim Form;
> <1% finished Registration, started a Claim Form but did not finish.
>
> 466 total claims filed:
> 89 paid;
> 179 Incompleteness Notices issued, only 93 responded to (17 of the non-responsives are waiting to get paid);
> 136 under review but no Incompleteness Notices issued;
> 47 denied
>
> Example of some problems:
> 1) Your firm was issued an incompleteness Notice on Talen's on 12/3. What appears to be a complete response was not received by us until 5/3. During that 6 month period, a lot of claims got in front of yours.
> 2) Only a little more than half of your clients have even submitted signed claims. At an intake rate of more than 200/day, your clients will be way behind.
>
>
> Lionel H. Sutton, III
> 935 Gravier St., Ste. 1910
> New Orleans, LA 70112
> Office 504 592 3230
> Cell 504 957 4689

---

Subject: Re: logo
From: glenlerneresq@aol.com
Date: Thu, 9 May 2013 15:23:19 -0400
To: lhs3law@hotmail.com

They are not paying claims. Insane

Sent from my iPhone

GJL 001621