## SWORN DECLARATION OF SUSIE GRISAFFI

I, Susie Grisaffi, declare pursuant to the provisions of 28 U.S.C. § 1746:

1. I am of the full age and majority and make the statements in this Declaration based on my own personal knowledge.

2. My full legal name is __Susanne Grisaffi__

3. A copy of my Driver's License/State-Issued ID is attached, and my current address is: __LA # 004698362__
   __130 Windsong Place__
   __Pearl River, LA. 70452__

4. I may be reached at telephone number: __985-705-4053__

5. My relationship to Casey Thonn is: __Customer / friend__

6. I routinely purchased fresh seafood from Mr. Thonn during the year(s) of:
   __✓__ 2007   __✓__ 2008   __✓__ 2009   __✓__ 2010   __✓__ 2011

7. I typically purchased approximately ___ pounds of seafood from Mr. Thonn on ___ Daily __✓__ Weekly ___ Monthly ___ Other (specify): __10-15 lbs__ intervals.

8. I purchased seafood from Mr. Thonn for the following purposes: __personal, family members.__

9. I ___ was __✓__ was not (select one) ___ previously questioned by a Gulf Coast Claims Facility ("GCCF") investigator about (select any/all that apply):
   ___ Casey Thonn   ___ his boat   ___ his shrimping activities

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __15__ day of __October__ 2013.

__Susanne (Susie) Grisaffi__
SUSIE GRISAFFI

EXHIBIT 4

## SWORN DECLARATION OF LISA THONN

I, Lisa Thonn, declare pursuant to the provisions of 28 U.S.C. § 1746:

1. I am of the full age and majority and make the statements in this Declaration based on my own personal knowledge.

2. My full legal name is __LISA NUCCIO THONN__

3. A copy of my Driver's License/State-Issued ID is attached, and my current address is:
   __003415338__
   __332 JACOB ST__
   __SLIDELL, LA__
   __70458__

4. I may be reached at telephone number: __985-768-7166__

5. My relationship to Casey Thonn is: __MOTHER__

6. I routinely purchased fresh seafood from Mr. Thonn during the year(s) of:
   ____ 2007  ✓ 2008  ✓ 2009  ✓ 2010  ✓ 2011

7. I typically purchased approximately ___ pounds of seafood from Mr. Thonn on
   ✓ Daily  ✓ Weekly  ✓ Monthly  ____ Other (specify): __other week__ intervals.
   __On average 2-300 lbs week / or every other week__

8. I purchased seafood from Mr. Thonn for the following purposes:
   __personal, friends, family, neighbors__

9. I ____ was  ✓ was not (select one) previously questioned by a Gulf Coast Claims Facility ("GCCF") investigator about (select any/all that apply):
   ✓ Casey Thonn  ✓ his boat  ✓ his shrimping activities

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __15th__ day of __October__, 2013.

_____
LISA THONN