IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION "J" |
| | * | HONORABLE CARL J. BARBIER |
| THIS DOCUMENT RELATES TO 12-970 | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * *

# ORDER

Considering the foregoing Motion for Access to Witness:

IT IS HEREBY ORDERED, that the Claims Office coordinate with Jon Andry's counsel and any other interested parties to allow reasonable access to witnesses requested by the attorneys for Jon Andry, Andry Law Firm, Glen Lerner, Andry Lerner Law Firm, Lionel Sutton, and Christine Reitano.

This _____ day of _____, 2013 at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE