UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding Motions for Leave to File Complaints in Intervention
(Rec. docs. 11464, 11465 and 11523)]

On October 1, 2013, the movers in three motions for leave file complaints in intervention were ordered to confer with counsel for defendants to determine whether the defendants oppose the requests for leave to intervene and file a certificate reporting on the outcome of the conferences. Rec. doc. 11554. The movers filed the certificate demonstrating that there is no opposition to their motions for leave to file complaints in intervention. Rec. doc. 11640.

IT IS ORDERED that the motions for leave to file complaints in Intervention (Rec. docs. 11464, 11465 and 11523) are GRANTED.

New Orleans, Louisiana, this 16th day of October, 2013.

SALLY SHUSHAN
**United States Magistrate Judge**