IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION "J" |
| | * | HONORABLE CARL J. BARBIER |
| THIS DOCUMENT RELATES TO 12-970 | | |
| | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

IT IS HEREBY ORDERED, that the Special Master respond in detail regarding all of his potential conflicts of interests in this case by the _____ day of _____, 2013.

IT IS FURTHER ORDERED, that the Andry interests are to file a motion to recuse or state on the record that they have no objection to the Special Master continuing no later than the _____ day of _____, 2013.

IT IS FURTHER ORDERED, that the Special Master cease further work regarding the Andry interests until this matter is resolved.

Any other party to this litigation who wishes to file a position oon this motion may respond within _____ days of the Freeh response.

This _____ day of _____, 2013 at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE