IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871<br>07-md-01871 |
| THIS DOCUMENT APPLIES TO:<br>ALL ACTIONS | |

### CASE MANAGEMENT ORDER NO. 1

**AND NOW**, this 28th day of February 2008, upon consideration of the Order of the Judicial Panel on Multidistrict Litigation [Doc. No. 1], it is hereby **ORDERED** as follows:

1. **APPLICABILITY OF ORDER.** This Order shall govern the practice and procedure in the actions transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to its order of October 16, 2007, all related actions originally filed in this Court or transferred or removed to this Court, and any "tag-along" actions transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to Rule 12 of the Rules of Procedure of the Panel, subsequent to the filing of the final transfer order by the Clerk of this Court. The current list of such cases is attached hereto as "Schedule A."

2. **CONSOLIDATION.** The actions described in Paragraph One of this Order are **CONSOLIDATED** for pretrial purposes.

   A. **FUTURE ACTIONS.** Any "tag-along" action later filed in, removed to or transferred to this Court, or related cases directly filed in the Eastern District of Pennsylvania, shall automatically be assigned to the undersigned and be consolidated with this action.



expenses incurred in performing the services of liaison counsel shall be shared equally by all members of the liaison group in a manner agreeable to the parties or established by the Court failing such agreement. At the first conference, liaison counsel and the parties should be prepared to discuss any additional matters consistent with the efficient operation of this function.

**On or before Tuesday, March 25, 2008, at 1:00 P.M.,** plaintiffs shall confer and submit three (3) candidates, if possible, for the position of liaison counsel. Each candidate's name shall be submitted to the Court with a current *curriculum vitae* and any other pertinent information for the Court to consider. Applications for the position of liaison counsel which were submitted prior to the entry of this Order must be resubmitted by plaintiffs counsel in order to be considered by the Court.

In accordance with the designation of the defendant, the Court hereby **APPOINTS** Pepper Hamilton LLP as liaison counsel for the defendant. Copies of all correspondence, submissions or filings directed to this Court and related to this Multidistrict Litigation shall be served on the following:

>Nina M. Gussack, Esquire
>Pepper Hamilton LLP
>3000 Two Logan Square
>18th & Arch Streets
>Philadelphia, PA 19103
>(215) 981-4000 (telephone)
>(215) 981-4750 (fax)
>gussackn@pepperlaw.com