

EXHIBIT 1

# Freeh Group International Solutions, LLC

Freeh Group International Solutions, LLC ("FGIS") is a global risk management firm serving in the areas of business integrity and compliance, safety and security, and investigations and due diligence. FGIS was founded by Louis J. Freeh, former director of the Federal Bureau of Investigation (FBI) and former federal judge. In addition to Judge Freeh, the management team of FGIS includes former senior law enforcement officials, legal consultants, accountants, and security and compliance experts.

We serve a diverse range of organizations in a cross section of industries, working to reduce risk in today's increasingly dangerous and complicated global marketplace. The FGIS approach is to assemble the best team of experts based on the need and industry of the client. A FGIS Principal or Managing Director oversees every project, ensuring all clients receive the highest level of guidance and counsel. With access to subject matter experts across the globe, FGIS can quickly assess a situation and deliver solutions virtually anywhere in the world.

INTEGRITY • CREDIBILITY • EXPERIENCE • GLOBAL REACH

**FGIS in the News**

"Report of Special Master Louis J. Freeh to the Honorable Carl J. Barbier, United States District Judge for the Eastern District of Louisiana"

"Southern District Celebrates Its Long-time Security Chief"

"United States Marshal Joseph R. Guccione to Join FGIS"

"Judge taps ex-FBI director Louis Freeh to probe alleged misconduct by BP spill claims lawyer"

Freeh Group International Solutions and the FG International Solutions logo are trademarks of Freeh Group International Solutions, LLC
©2011 Freeh Group International Solutions, LLC. All rights reserved

Privacy Policy | Disclaimer | Sitemap