# Fraud and misconduct in the Gulf settlement claims process have now been confirmed.

For weeks you've been reading our concerns about possible fraud and misconduct in the Gulf settlement claims process. Now those concerns have been confirmed by an independent investigation commissioned by the court — and the initial findings are cause for heightened concern.

Former FBI Director and Federal Judge Louis Freeh found, among other things:

- "Many" of the claims program's "key executives and senior attorneys" engaged in "pervasive" improper and unethical conduct, some of which may have been criminal.

- A New Orleans law firm tried to exert "improper personal influence" to advance both its own $7.6 million payment award and claims determinations favoring its clients, and "to corrupt" the claims process "in order to enrich" itself.

- Contrary to repeated assurances to BP and the public that the claims program's ability to detect fraud was "robust," in fact, the law firm that is "earning millions of dollars per month" to administer the settlement had ineffective anti-fraud processes and "a conflict of interest."

The evidence of conflicts of interest and misconduct documented in Judge Freeh's first report is shocking and may just be the tip of the iceberg. That is why we agree with the court's decision to expand the scope of Judge Freeh's investigation. Uncovering what is really going on in the claims facility and addressing these serious issues are essential to assuring public confidence in the integrity of the claims process.

**Read Judge Freeh's report for yourself at FreehGulfReport.org**

bp



EXHIBIT 2