# Exhibit 2

## Excerpts from Transcript of the Deposition of Dr. Curtis Whitson

## Taken July 22-23, 2013

### Page 1

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL        ) MDL NO. 2179
BY THE OIL RIG          )
"DEEPWATER HORIZON" IN  ) SECTION "J"
THE GULF OF MEXICO, ON  )
APRIL 20, 2010          ) JUDGE BARBIER
                        ) MAG. JUDGE SHUSHAN
```

****************
VOLUME 1
****************

Deposition of Curtis Hays Whitson, Ph.D., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 22nd day of July, 2013.

### Page 2

APPEARANCES

APPEARING FOR THE PLAINTIFFS STEERING COMMITTEE:
 Mr. Michael R. Robinson
 IRPINO LAW FIRM
 2216 Magazine Street
 New Orleans, Louisiana 70130

APPEARING FOR BP, INC.:
 Mr. Darin T. Beffa
 KIRKLAND & ELLIS
 333 South Hope Street
 Los Angeles, California 90071
 Mr. Devin C. Reid
 LISKOW & LEWIS
 One Shell Square
 701 Poydras Street, Suite 5000
 New Orleans, Louisiana 70139-5099

APPEARING FOR TRANSOCEAN:
 Mr. Benjamin E. Friedman
 MUNGER TOLLES & OLSON
 355 South Grand Avenue, 35th Floor
 Los Angeles, California 90071-1560

APPEARING FOR ANADARKO PETROLEUM CORPORATION:
 Ms. Deborah D. Kuchler
 KUCHLER POLK SCHELL WEINER & RICHESON
 1615 Poydras Street, Suite 1300
 New Orleans, Louisiana 70112

### Page 3

APPEARING FOR HALLIBURTON:
 Mr. Bruce W. Bowman, Jr.
 Ms. Jenny L. Martinez
 GODWIN LEWIS
 Renaissance Tower
 1201 Elm Street, Suite 1700
 Dallas, Texas 75270-2041

APPEARING FOR THE UNITED STATES:
 Ms. Bethany Engel
 Mr. Thomas A. Benson
 U.S. DEPARTMENT OF JUSTICE
 ENVIRONMENT & NATURAL RESOURCES DIVISION
 Ben Franklin Station
 Post Office Box 7611
 Washington, D.C. 20044-7611
 601 D Street, N.W.
 Washington, D.C. 20004

ALSO PRESENT:
 Mr. Peter Jennings, Videographer
 Mr. Ray Aguirre, Case Manager

### Page 4

INDEX
VIDEOTAPED ORAL DEPOSITION OF
CURTIS HAYS WHITSON, PH.D.
JULY 22, 2013
VOLUME 1

Appearances................................ 2

Direct Examination-Ms. Engel............... 6

Changes and Signature.................... 342
Reporter's Certificate................... 344

EXHIBIT INDEX

| Ex. No. | Description | Marked |
|---|---|---|
| 11569 | List provided by BP containing all facts and data relied upon by Dr. Whitson in forming opinions set forth in his Expert Report; Bates Nos. XCWX001-000001 - XCWX001-000002 | 22 |
| 11570 | Petrostreamz website information; three pages | 82 |
| 11571 | PERA website information; one page | 84 |
| 11572 | Document titled Document Produced Natively followed by spreadsheets, marked as CONFIDENTIAL; Bates No. BP-HZN-2179MDL07806545 and 19 pages without Bates numbers | 123 |
| 11573 | Excerpt from Dr. Whitson's Phase Behavior Monograph; 23 pages | 165 |

1 (Pages 1 to 4)

```
                                           13                                                     14
 1      Q. What do you mean by derivative            1   those, if you want to do that.
 2   properties?                                     2      Q. We can get to that later.
 3      A. Formation volume factors. Gas/oil ratios  3         Does your Report contain the basis for
 4   would be examples.                              4   each and every one of those opinions you've just
 5      Q. Okay. So things like FVF, Formation       5   laid out?
 6   Volume Factor, and GOR, gas to oil ratio, you   6      A. Yes. It should, yeah.
 7   believe are derivative properties of other      7      Q. Okay. Have you developed any opinions in
 8   properti -- other fluid properties?             8   connection with your work in this case that are
 9      A. In a sense, yeah.                         9   not set out in that Report in front of you?
10      Q. Okay.                                    10      A. There are no changes in any of the
11      A. Yeah, it's --                            11   opinions that we present in this Report, but
12      Q. Does your Report also offer a critique of 12   there are several reactions I have to the
13   Dr. Zick's work?                               13   Rebuttal Report of Dr. Zick.
14      A. Yes.                                     14      Q. So those opinions -- those reactions that
15      Q. Could you give me a brief summary of the 15   you have to the Rebuttal Report of Dr. Zick were
16   points you make there?                         16   developed after Dr. Zick presented his Rebuttal
17      A. The -- the Report gives, I think not     17   Report on June 10th?
18   really a critique. I think what we do is that we 18      A. Yes.
19   give -- we point out differences which we      19          MR. BEFFA: Objection.
20   consider significant between our              20      A. Yes.
21   equation-of-state model and Dr. Zick's         21      Q. (By Ms. Engel) As you sit here today, are
22   equation-of-state model, and those differences 22   there any other opinions that you intend to
23   are -- are outlined in the -- two -- two       23   express, either here in your deposition or at
24   different places as -- as points.              24   trial, that are not set out in your Expert
25         So we could go there and step through    25   Report?

                                           15                                                     16
 1      A. Could you repeat that?                    1      A. Well, honestly, I don't think -- I don't
 2      Q. Sure. As you sit here today, are there    2   think I've found any, certainly not significant.
 3   any other opinions that you intend to express,  3      Q. Nothing of substance, then?
 4   either here in your deposition or at trial, that 4     A. No. No.
 5   are not set out in your Expert Report?          5      Q. Subsequent to submitting your Report on
 6      A. I -- I have to be honest, I don't quite   6   May 1st, 2013, did you perform any additional
 7   understand the question, and the fact that I have 7  analysis related to the Macondo Well?
 8   reactions to the Rebuttal Report of Dr. Zick and 8     A. Yes.
 9   those comments and -- and discussion of that    9      Q. What was that?
10   Rebuttal Report, I'm not sure how that would be 10     A. In connection with the Rebuttal Report of
11   classified.                                    11   Dr. Zick, there was a number of calculations made
12      Q. Sure. Putting those aside, are there any 12   related to that Rebuttal Report.
13   other opinions that you plan to express today or 13    Q. What calculations did you make?
14   at trial that are not set out in your Expert   14      A. Well, the first calculation was made to
15   Report?                                        15   show that if you use physically realistic
16      A. Outside of the --                        16   assumptions in the oceanic process, instead of
17      Q. Outside of reactions you might have had  17   the unphysical assumption used by Dr. Zick, what
18   to Dr. Zick's Rebuttal work?                   18   the consequence would be on the calculated stock
19      A. I don't believe so.                      19   tank oil volumes. He basically makes three
20      Q. Okay. Are there any changes or           20   assumptions in his oceanic process that differ
21   corrections that you need to make to your Report? 21  from our oceanic process, and so we did
22      A. No.                                      22   quantitative analysis of the consequence of
23      Q. Any typos --                             23   making, instead of his unphysical assumptions
24      A. Well --                                  24   about that process, if you use physical
25      Q. -- that you've noticed?                  25   assumptions, what stock tank oil volumes would be
```

17

1 calculated.
2     So those are the -- the most important
3 calculations that were made after our Report.
4     **Q. And what assumptions do you think**
5 **Dr. make -- Zick made that are nonphysical?**
6     A. The first assumption that he makes is
7 that the gas and the oil plume that rises
8 together, meaning that the gas and oil -- his
9 first assumption, which is -- is okay, which I
10 find plausible, is that the gas and the oil
11 entering the seabed rises to the surface
12 unaltered, in terms of composition. There's no
13 change in composition from the seabed to the
14 surface, and that's one possible assumption
15 that -- it differs from ours, but it's plausible.
16     But the assumption he makes is that that
17 composition does not interact with the seawater,
18 which physically and thermodynamically is not
19 correct. He, himself, states in his original
20 Report, that thermodynamics of gas, oil, and
21 water interaction is -- is fundamental, and it's
22 part of nature, and -- and so we looked at the --
23 what would happen if you included the
24 thermodynamics of gas, oil, and water
25 interaction, and how that would affect the

18

1 resulting stock tank oil at the surface, when it
2 did surface.
3     So those calculations, in any level of
4 detail you're interested, I could explain at some
5 point.
6     The second assumption that he makes that
7 is totally physically unrealistic is that the gas
8 and oil, as it moves up through the column of
9 ocean water, the gas and oil move together in a
10 plume, but he does not allow the gas and oil
11 to -- to touch each other, to equilibrate, even
12 though they're flowing together to the surface.
13     So he -- he puts up this invisible
14 membrane that says the gas and oil cannot touch,
15 the gas and oil do not thermodynamic
16 equilibrate -- and this is ignoring the water
17 now, just between the gas and oil. So that gas
18 and oil are not allowed to equilibrate, even
19 though they're flowing together from the seabed
20 to the surface through 5,000 feet.
21     And then, at the same time -- so he
22 allows no mixing there. But at the same time, he
23 allows the gas that's flowing up, if it does
24 condense some liquid, it allows that condensed
25 liquid to flow over to the other side, through

19

1 this membrane, to be together with the already
2 existing liquid.
3     And on the other side of the membrane
4 that he's created, any gas that evolves from that
5 liquid, he allows that gas to magically flow
6 through the membrane to the other side, where you
7 have already existing gas.
8     So he allows -- he allows mixing when he
9 wants to, and he doesn't allow mixing when he
10 doesn't want to. And the selection of when to
11 allow mixing and when not to allow mixing is
12 based on what will maximize or try to reach a
13 maximum stock tank oil volume, and it has nothing
14 to do with the physical process. You either have
15 mixing or you don't. And because his process is
16 saying that the total composition remains
17 constant throughout, then the gas and oil have to
18 travel together to the surface, he's allowing
19 some mixing, but doesn't allow other mixing.
20     So that -- it's just not a -- a physical
21 process that any -- I don't believe the Court
22 could find any other Expert, in thermodynamics,
23 engineering, scientists, to corroborate that
24 assumption, if they take into account physics,
25 the physical process. It's not a physical

20

1 process that can exist.
2     **Q. Okay.**
3     A. So that's -- that's -- so what we did is
4 that we -- if you limit -- we looked at the
5 calculations. If you eliminate that unphysical
6 assumption, what is the consequence on the
7 surface stock tank oil volume. So we re -- redid
8 his -- his calculations of the oceanic process,
9 in the one case including water, and in the other
10 case of allowing mixing, instead of selective
11 mixing, and calculated the stock tank oil volume
12 at the surface for both of those cases, to
13 compare with what he reports.
14     **Q. Okay. Other than these responses to**
15 **Dr. Zick's Report that are not contained in your**
16 **original Report, did you do any other analysis**
17 **subsequent to submitting your Expert Report?**
18     MR. BEFFA: Objection, form.
19     A. I have to think a little bit, so --
20 other than what I just described to you?
21     **Q. (By Ms. Engel) Yes.**
22     A. I'm -- I'm not thi -- I -- I know some
23 calculations were made, but if -- if -- if I
24 think of those later, then can I bring those up
25 at a later time? I --

5 (Pages 17 to 20)

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

17

1 calculated.
2         So those are the -- the most important
3 calculations that were made after our Report.
4     Q. And what assumptions do you think
5 Dr. make -- Zick made that are nonphysical?
6     A. The first assumption that he makes is
7 that the gas and the oil plume that rises
8 together, meaning that the gas and oil -- his
9 first assumption, which is -- is okay, which I
10 find plausible, is that the gas and the oil
11 entering the seabed rises to the surface
12 unaltered, in terms of composition. There's no
13 change in composition from the seabed to the
14 surface, and that's one possible assumption
15 that -- it differs from ours, but it's plausible.
16         But the assumption he makes is that that
17 composition does not interact with the seawater,
18 which physically and thermodynamically is not
19 correct. He, himself, states in his original
20 Report, that thermodynamics of gas, oil, and
21 water interaction is -- is fundamental, and it's
22 part of nature, and -- and so we looked at the --
23 what would happen if you included the
24 thermodynamics of gas, oil, and water
25 interaction, and how that would affect the

18

1 resulting stock tank oil at the surface, when it
2 did surface.
3         So those calculations, in any level of
4 detail you're interested, I could explain at some
5 point.
6         The second assumption that he makes that
7 is totally physically unrealistic is that the gas
8 and oil, as it moves up through the column of
9 ocean water, the gas and oil move together in a
10 plume, but he does not allow the gas and oil
11 to -- to touch each other, to equilibrate, even
12 though they're flowing together to the surface.
13         So he -- he puts up this invisible
14 membrane that says the gas and oil cannot touch,
15 the gas and oil do not thermodynamic
16 equilibrate -- and this is ignoring the water
17 now, just between the gas and oil. So that gas
18 and oil are not allowed to equilibrate, even
19 though they're flowing together from the seabed
20 to the surface through 5,000 feet.
21         And then, at the same time -- so he
22 allows no mixing there. But at the same time, he
23 allows the gas that's flowing up, if it does
24 condense some liquid, it allows that condensed
25 liquid to flow over to the other side, through

19

1 this membrane, to be together with the already
2 existing liquid.
3         And on the other side of the membrane
4 that he's created, any gas that evolves from that
5 liquid, he allows that gas to magically flow
6 through the membrane to the other side, where you
7 have already existing gas.
8         So he allows -- he allows mixing when he
9 wants to, and he doesn't allow mixing when he
10 doesn't want to. And the selection of when to
11 allow mixing and when not to allow mixing is
12 based on what will maximize or try to reach a
13 maximum stock tank oil volume, and it has nothing
14 to do with the physical process. You either have
15 mixing or you don't. And because his process is
16 saying that the total composition remains
17 constant throughout, then the gas and oil have to
18 travel together to the surface, he's allowing
19 some mixing, but doesn't allow other mixing.
20         So that -- it's just not a -- a physical
21 process that any -- I don't believe the Court
22 could find any other Expert, in thermodynamics,
23 engineering, scientists, to corroborate that
24 assumption, if they take into account physics,
25 the physical process. It's not a physical

20

1 process that can exist.
2     Q. Okay.
3     A. So that's -- that's -- so what we did is
4 that we -- if you limit -- we looked at the
5 calculations. If you eliminate that unphysical
6 assumption, what is the consequence on the
7 surface stock tank oil volume. So we re -- redid
8 his -- his calculations of the oceanic process,
9 in the one case including water, and in the other
10 case of allowing mixing, instead of selective
11 mixing, and calculated the stock tank oil volume
12 at the surface for both of those cases, to
13 compare with what he reports.
14     Q. Okay. Other than these responses to
15 Dr. Zick's Report that are not contained in your
16 original Report, did you do any other analysis
17 subsequent to submitting your Expert Report?
18         MR. BEFFA: Objection, form.
19     A. I have to think a little bit, so --
20 other than what I just described to you?
21     Q. (By Ms. Engel) Yes.
22     A. I'm -- I'm not thi -- I -- I know some
23 calculations were made, but if -- if -- if I
24 think of those later, then can I bring those up
25 at a later time? I --

**Worldwide Court Reporters, Inc.**
PURSUANT TO CONFIDENTIALITY ORDER

346

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL      ) MDL NO. 2179
BY THE OIL RIG        )
"DEEPWATER HORIZON" IN ) SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010        ) JUDGE BARBIER
                      ) MAG. JUDGE SHUSHAN

****************
VOLUME 2
****************

Continuation of the deposition of Curtis Hays Whitson, Ph.D., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 23rd day of July, 2013.

347

1    APPEARANCES
2
3
4    APPEARING FOR THE PLAINTIFFS STEERING COMMITTEE:
        Mr. Michael R. Robinson
5       IRPINO LAW FIRM
        2216 Magazine Street
6       New Orleans, Louisiana 70130
7
8    APPEARING FOR BP, INC.:
        Mr. Darin T. Beffa
9       KIRKLAND & ELLIS
        333 South Hope Street
10      Los Angeles, California 90071
11      Mr. Devin C. Reid
        LISKOW & LEWIS
12      One Shell Square
        701 Poydras Street, Suite 5000
13      New Orleans, Louisiana 70139-5099
14
15   APPEARING FOR TRANSOCEAN:
        Mr. Benjamin E. Friedman
16      MUNGER TOLLES & OLSON
        355 South Grand Avenue, 35th Floor
17      Los Angeles, California 90071-1560
18
19   APPEARING FOR ANADARKO PETROLEUM CORPORATION:
        Ms. Deborah D. Kuchler
20      KUCHLER POLK SCHELL WEINER & RICHESON
        1615 Poydras Street, Suite 1300
21      New Orleans, Louisiana 70112
22
23
24
25

348

1   APPEARING FOR HALLIBURTON:
       Mr. Israel R. Silvas
2      Mr. Bruce W. Bowman, Jr.
       GODWIN LEWIS
3      Renaissance Tower
       1201 Elm Street, Suite 1700
4      Dallas, Texas 75270-2041
5
6   APPEARING FOR THE UNITED STATES:
       Ms. Bethany Engel
7      Mr. Thomas A. Benson
       U.S. DEPARTMENT OF JUSTICE
8      ENVIRONMENT & NATURAL RESOURCES DIVISION
       Ben Franklin Station
9      Post Office Box 7611
       Washington, D.C. 20044-7611
10     601 D Street, N.W.
       Washington, D.C. 20004
11
12
    ALSO PRESENT:
13     Mr. Peter Jennings, Videographer
       Mr. Ray Aguirre, Case Manager
14
15
16
17
18
19
20
21
22
23
24
25

349

1            INDEX
2    VIDEOTAPED ORAL DEPOSITION OF
     CURTIS HAYS WHITSON, PH.D.
3         JULY 23, 2013
            VOLUME 2
4
5
6    Appearances................................. 347
7
     Continued Direct Examination-Ms. Engel....... 351
8    Examination-Mr. Beffa........................ 392
     redirect Examination-Ms. Engel............... 408
9
10   Changes and Signature........................ 430
     Reporter's Certificate....................... 432
11
12
13           EXHIBIT INDEX
14
     Ex. No.    Description          Marked
15
16   11575   Schlumberger Fluid Analysis on
             Macondo Samples, Reservoir Sample
17           Analysis Report dated May 19,
             2010, updated 06/09/10, Report
18           #201000053, marked as
             CONFIDENTIAL; Bates Nos.
19           BP-HZN-2179MDL00062844 -
             BP-HZN-2179MDL00062893        352
20
     11576   LexisNexis Report dated Feb. 18,
21           2013, PERA AS; two pages      363
22   11577   SPE 155499 article titled PVT in
             Liquid-Rich Shale Reservoirs; 25
23           pages                         368
24
25

1 (Pages 346 to 349)

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

390

1  A. It would have been wrong to do it; and,
2  therefore, we didn't do it.
3  Q. Okay. But my question was: Did you do
4  it?
5      MR. BEFFA: Objection.
6  A. We didn't do it --
7  Q. (By Ms. Engel) Okay. Thank you.
8  A. -- because it would have been wrong.
9      MS. ENGEL: Okay. Thank you. I
10 don't have anything further.
11     THE VIDEOGRAPHER: The time is
12 9:35 a.m. We're off the record, ending Tape 10.
13     (Recess from 9:35 a.m. to 9:37 a.m.)
14     MR. FRIEDMAN: Are we ready?
15     THE COURT REPORTER: One second.
16 And this will be on the video, Peter?
17     THE VIDEOGRAPHER: Yes, sir.
18     (Discussion off the record.)
19     THE VIDEOGRAPHER: The time is
20 9:37 a.m., and we're back on the record,
21 beginning Tape 11.
22     MR. FRIEDMAN: Benjamin Friedman for
23 Transocean. We continue to object to the Court's
24 ruling that bars Transocean from questioning
25 Quantification Experts, both generally and

391

1  specifically, as it applies to Dr. Whitson.
2      Transocean reserves the right to question
3  Dr. Whitson at a later date, should the Court's
4  Ruling be modified or reversed.
5      MR. SILVAS: My name is Israel
6  Silvas, and I'm here today on behalf of
7  Halliburton Company and Halliburton Energy
8  Services, Inc.
9      I'm prepared and ready to go forward with
10 the questions on my client's behalf in the time
11 previously allotted to them in this deposition.
12 However, on Monday, July 15th, 2013, Magistrate
13 Judge Shushan sent an E-mail to the Parties
14 stating that my clients will be precluded from
15 asking any questions in quantification
16 depositions, including this deposition.
17     Given the ongoing issues that may
18 directly impact Halliburton and HESI during the
19 quantification phase of the trial, we object to
20 being barred from asking questions during the
21 depositions of Quantification Witnesses.
22     Halliburton and HESI reserve the right to
23 reopen the deposition in order to cross-examine
24 the witness and all other rights they may have.
25     THE VIDEOGRAPHER: The time is

392

1  9:39 a.m. We're off the record.
2      MR. BEFFA: Give me a minute and
3  I'll be right back.
4      (Recess from 9:39 a.m. to 9:42 a.m.)
5      THE VIDEOGRAPHER: The time is
6  9:42 a.m. We're back on the record, beginning
7  Tape 12.
8          EXAMINATION
9  QUESTIONS BY MR. BEFFA:
10 Q. Good morning, Dr. Whitson. You have read
11 Dr. Zick's Rebuttal Expert Report in this case,
12 correct?
13 A. Yes.
14 Q. That Report was previously marked as
15 Exhibit 11491. Do you have that exhibit in front
16 of you?
17 A. Yes.
18 Q. If you could turn to Page 8, please. The
19 first sentence of the second paragraph on
20 Page 8 reads: "I have also developed an oceanic
21 process model to simulate how the Macondo
22 reservoir fluid might have separated into stock
23 tank oil and surface gas on its way to the ocean
24 surface."
25     Do you see that?

393

1  A. Yes.
2  Q. Have you read that sentence before?
3  A. Yes.
4  Q. Do you agree that Dr. Zick has simulated
5  how the Macondo Reservoir fluid might have
6  separated into stock tank oil and surface gas on
7  its way to the ocean surface?
8  A. No, I don't.
9  Q. Why not?
10 A. Dr. Zick makes three fundamental
11 assumptions in his oceanic process. The first is
12 what he refers to as a "pseudo-steady state
13 process," whereby the -- the stream of fluid
14 entering at the seabed, which is the same stream
15 leaving the reservoir, that that stream flows
16 together as a -- a plume, if you will, a mixture
17 of hydrocarbons through the entire ocean from the
18 seabed to the surface.
19     And in doing so, this implies that the
20 gas and oil are -- are flowing up together to the
21 surface. That, in itself, as an assumption,
22 is -- is plausible, but his -- he makes two
23 additional assumptions, and those are both
24 nonphysical.
25     The -- the one assumption is that there's

394

no interaction with water, which, obviously, looking at the thermodynamics of this system, is -- is incorrect physically. This is even stated by Dr. Zick in his original Report, that there is an interaction between the gas and the oil and the water and component exchange between these three phases. He ignores that. So that's an assumption that's not physical.

But the most important assumption he makes, which is -- is physically impossible, is what I'll refer to as "selective mixing." And that assumption is that the gas and oil, as it's moving up together to the surface, that the gas and -- equilibrium gas and oil that's moving up does -- does not mix. They're moving up separately, he puts up a -- a -- an impermeable barrier between the gas and the oil. So he doesn't let them equilibrate as it moves up to the surface.

But, at the same time, at each depth, he allows the gas to evolve oil through condensation, and he allows that condensed oil to move through this impermeable barrier to the other side to -- to mix with the already existing oil. And he allows the already existing oil to

395

evolve gas, as it moves upwards, coming out of solution, he allows that gas to move across the impermeable barrier to the other side and mix with the free gas.

So he allows mixing when he wants to, and he doesn't allow mixing when he doesn't want to. That's -- is physically impossible to have such a system, as certainly provided by Mother Nature in the ocean.

So that's -- that's the -- that's the assumption that's -- that -- that just can't -- can't exist. So that's -- that's -- that's why. He's not simulating what actually happens in the ocean. You -- so -- yes.

**Q. If Dr. Zick were to include the thermodynamic effects of water in his ocean separator model, what would be the effect?**

A. Well, we've studied that in detail, and by making three-phase thermodynamic equilibrium calculations, and the net result is that you basically end up with a stock tank oil volume. When you allow equilibrium of the gas and the oil, even using his -- his -- his nonphysical selective mixing, when you allow the gas and oil to equilil -- equilibrate with water as it moves

396

upwards, then you end up with a final oil at the surface. That -- that is approximately the same volume as the single-stage flash.

And so that's basically what happens. It depends on how much water you contact the system with, and the amount of water that you need to contact to -- to reach this single-stage liquid volume is, in fact, the amount of water required to dissolve all of the C1, C2, and C3 completely into the water, so that there's no more C1, C2, C3 in the -- in the stock tank oil.

And when you reach that condition, that stock tank oil volume has a value equal basically to the single-stage flash stock tank oil volume.

**Q. If you were to remove from Dr. Zick's ocean separator the barrier that you described a few minutes ago, what would be the effect?**

A. Now, we're retaining his general pseudo-steady state flow assumption, we're assuming there's no interaction with water which is his other assumption, but we'll keep that intact, and we'll simply introduce a physical mixing, which is what you would expect for a plume of gas and oil flowing up together, so you allow mixing as it -- as it moves from the seabed

397

to the surface.

And when that happens, the -- the gas and oil will be equilibrating with each other continuously from the seabed to the surface.

What you'll find when you get to the surface is that the stock tank oil volume will be exactly, to 15 significant digits, equal to the single-stage flash stock tank oil volume.

**Q. Of these separation processes that have been presented in this case, which do you find to be the most physically realistic?**

A. Well, I believe our oceanic process with its assumptions are all physical assumptions. They're -- I think this is the -- the only all -- alternative.

And so I think that a second alternative is to use the pseudo-steady state assumption of -- of -- of Zick, Dr. Zick, but to remove this nonphysical barrier. That would also be a plausible oceanic process.

So, I think either -- either of those.

**Q. Dr. Whitson, we talked yesterday about the calculations you made about the solubility of hydrocarbons in ocean water, correct?**

A. Yes.

13 (Pages 394 to 397)

Worldwide Court Reporters, Inc.
PURSUANT TO CONFIDENTIALITY ORDER

**Page 398**

1  Q. And when you made those calculations, you
2  were accounting for the thermodynamic interaction
3  between hydrocarbons and water?
4  A. Yes.
5  Q. You -- you mentioned several times that
6  the -- under certain assumptions, the volume of
7  stock tank oil that your ocean separator process
8  predicts is approximately the same as the number
9  of stock-tank barrels of oil under a single-stage
10 flash separation process, correct?
11 A. Yes.
12     MR. BENSON: Objection, form.
13 Q. (By Mr. Beffa) Under which -- or what
14 level of solubility allows the -- your ocean
15 separator model to predict roughly the same
16 number of stock-tank barrels as the single-stage
17 flash method?
18 A. Well, basically, what we found is that if
19 you remove -- if you remove methane, ethane,
20 propane, butanes, and pentanes, C1 through C5
21 components, these are the traditional gaseous
22 components in -- in the petroleum -- in petroleum
23 systems. If those are removed completely from
24 the stock tank oil, through the assumption this
25 occurs in interaction with large amounts of

**Page 399**

1  oceanic water mixing, then that results in a
2  stock tank oil volume very close to the
3  single-stage flash stock tank oil volume.
4     Now, when we did those original
5  calculations in the original Report, we did not
6  base that on -- on rigorous thermodynamic
7  calculations of gas, oil, and -- and -- and
8  water. Those calculations have been done
9  subsequent to the -- Dr. Zick's Rebuttal Report,
10 where we have actually made rigorous three-phase
11 gas/oil/water thermodynamic calculations, and
12 find that you get basically the -- the same stock
13 tank oil volume with rigorous three-phase
14 calculations, where all of the components are
15 allowed to partition in varying amounts,
16 according to the thermodynamics.
17     And -- and as that stock tank oil that
18 you calculate from the more rigorous method,
19 as -- as the methane, ethane, and propane
20 basically disappear from that stock tank oil
21 through these calculations, according to certain
22 amount of water it's in contact with, at that
23 point, where basically all of the methane,
24 ethane, and propane have disappeared, that is
25 where you're seeing the stock tank oil volume

**Page 400**

1  being equal to this single-stage flash volume.
2  Q. And methane, ethane, and propane, what
3  carbon numbers are those?
4  A. C1, C2, and C3.
5  Q. And you discuss, in your answer, the C1
6  through C5 components. Do those components
7  include aromatics?
8  A. No.
9  Q. Shifting gears, Dr. Whitson, which EOS
10 model presented in this case do you believe fits
11 the PVT data better?
12 A. I believe that our equation of state fits
13 the PVT data better.
14 Q. Why?
15 A. Well, I believe the -- the PVT data of
16 most importance to this particular case are --
17 are clearly fit better, and that's the reason.
18 It's the emphasis on -- on certain data, in
19 particular, the liquid stock tank oil volume, the
20 single-phase densities, which ensures the
21 conversion from mass rates, mass volumes to stock
22 tank oil volumes and the -- basically these
23 are -- are the most important.
24     And it also appears that the -- the
25 description of the systems being gas condensate

**Page 401**

1  with dew points and oils with bubble points have
2  some impact; and we were able to capture that
3  correctly, as the measured data show. There are
4  gas condensate systems and oils in the four
5  samples. So we also predict that correctly.
6     So I think those are the -- the main
7  reasons that I consider our equation of state
8  better than Dr. Zick's; but the most important
9  related to this case is the fact that it better
10 predicts the stock tank oil volumes, particularly
11 for the four-stage separator tests, which are
12 designed specifically to measure accurately the
13 stock tank oil volumes. So that's to be noted.
14 Q. (By Mr. Beffa) Dr. Whitson, do you recall
15 that, in Dr. Zick's Expert Report, he claims that
16 his EOS model predicts molecular weights more
17 closely than does your EOS model?
18     MR. BENSON: Object to the form.
19 A. Yes.
20 Q. (By Mr. Beffa) Do -- do you believe that
21 it is important for your EOS model to accurately
22 predict molecular weights?
23 A. Not really, for two reasons: The first
24 reason being that the measurement of molecular
25 weights is highly uncertain; and the second

402

1  reason is that in this particular case we're
2  looking at, there's no need to convert from molar
3  volumes -- molar rates to stock tank volumetric
4  rates.
5       One is only converting
6  volumetric-to-volumetric conversions, or
7  mass-to-volume conversions. And in those cases,
8  we're getting the -- the -- the densities more
9  accurate, the volumetric conversions more
10 accurate and -- and therefore, the molar
11 conversion is -- is not -- is not so important.
12     Q. Dr. Whitson, do you still have
13 Exhibit 11491 in front of you? That's Dr. Zick's
14 Rebuttal Expert Report.
15     A. Yes.
16     Q. If you could, turn to Page 19, please.
17     A. (Complying.)
18     Q. Do you see the first full sentence on
19 Page 19 where Dr. Zick writes: "I have already
20 shown (in Table 5) that the single-stage gas-oil
21 ratios predicted by Dr. Whitson's EOS were biased
22 between 2 and 14% too high."
23     A. Yes.
24     Q. Turn with me to Page 14. Do you see
25 Table 5 on Page 14?

403

1      A. Yes.
2      Q. Do you agree that your EOS predicts
3  single-stage gas-oil ratios between 2 and
4  14 percent too high?
5      A. (Reviewing document.) Well, no, I don't.
6      Q. (By Mr. Beffa) Why not?
7      A. Well, the Schlumberger sample, our
8  equation of state underpredicts the measured
9  data, so --
10     Q. If you could turn to Page 20 of this same
11 exhibit, in the first sentence of the first
12 paragraph on Page 20, Dr. Zick writes:
13 "Dr. Whitson can rightly claim that his shrinkage
14 factor predictions are slightly more accurate
15 than mine for the four-stage separations, but the
16 exact opposite is true for the four-stage GORs."
17     Do you see that statement?
18     A. Yes.
19     Q. Do you believe that it was important for
20 your EOS model to accurately predict four-stage
21 GORs?
22     A. Well, not really, because the -- the gas
23 volumes were -- are really not being considered
24 in this -- in this case. That's the first thing.
25     The second thing is that his suggestion

404

1  that these predictions are slightly more accurate
2  is -- it's three and a half to 4 percent more
3  accurate, and that's a lot of accuracy difference
4  when it comes to stock tank oil volumes in this
5  case.
6       So it's a fundamental difference between
7  our equations of state, is that our equation of
8  state predicts the stock tank oil volumes
9  unbiased plus/minus 2 percent, from the
10 laboratory data, whereas, his calculates a biased
11 overprediction of the stock tank oil volumes by
12 three and a half to 4 percent more than ours --
13 equation of state -- does.
14     Q. Further down on Page 20, at the beginning
15 of the second paragraph -- strike that.
16     Further down on Page 20 in the middle of
17 the second paragraph, the second sentence reads:
18 "In all cases (not counting the erroneous
19 Intertek experiment), my EOS predicted the
20 shrinkage factors, liquid densities, and
21 cumulative GORs for those first three stages more
22 accurately than Dr. Whitson's EOS did."
23     Do you see that statement?
24     A. Yes.
25     Q. Is the difference between the predictions

405

1  of your EOS model and Dr. Zick's EOS model for
2  the first three stages of the four-stage
3  separator on the Schlumberger sample material?
4      A. The -- the differences in the
5  Schlumberger sample are -- are very minor. The
6  differences between the two equations of state,
7  they're almost symbol thickness difference.
8      Q. Where are you looking to see that?
9      A. That would be Figure 9, Figure 10,
10 Figure 11. Those are --
11     Q. Those figures being within Exhibit 11491?
12     A. Yes.
13     Q. Okay. Do you believe that it was
14 important for your equation-of-state model to
15 closely predict liquid densities from the first
16 three stages of the four-stage separator test?
17     A. If the liquid densities reported were
18 accurate, then -- then you would expect that if
19 stock tank oil densities and reservoir fluid
20 densities are predicted accurately, which they
21 are for our -- for our equation-of-state model,
22 that those intermediate oil densities would also
23 be predicted accurately.
24     And the -- I just simply believe that
25 where you see significant differences in oil

15 (Pages 402 to 405)

406

1  densities -- those oil densities of the
2  intermediate stages are not measured oil
3  densities. They're calculated by material
4  balance and direct mol -- volume measurement of
5  the oil. So that the data, themselves, are very
6  uncertain.
7      The reported intermediate oil densities
8  are not calculated by any -- any of the
9  laboratories; and those calculated and reported
10 by Pencor, the Core Lab study, we know from
11 independent communication with Pencor that
12 they -- those intermediate-stage oil volumes are
13 inaccurate; and, therefore, the oil densities
14 would be inaccurate. So -- so it's not -- I
15 don't consider it an issue, certainly for the
16 Pencor samples.
17     Q. **Do you believe it was important for your**
18 **EOS model to closely predict the gas/oil ratios**
19 **for the first three stages of the four-stage**
20 **separator test?**
21     A. Well, those -- those gas/oil ratios of
22 the intermediate stages are also reported
23 relative to the -- the separator oil volumes; and
24 if those separator oil volumes have
25 uncertainties, data error, then that would

407

1  reflect itself in the -- in the GOR, intermediate
2  GORs.
3      And the only place where we're not
4  predicting intermediate GORs accurately is for
5  the Pencor in Figure 14, the Pencor sample in
6  Figure 14.
7      Q. And that's Figure 14 of Exhibit 11491?
8      A. Yes.
9      Q. **Dr. Whitson, are you aware of any**
10 **instance where a BP Expert applied your EOS or**
11 **its outputs incorrectly?**
12     MR. BENSON: Object to the form.
13     A. No.
14     MR. BEFFA: What's the objection?
15     MR. BENSON: Foundation.
16     Q. (By Mr. Beffa) Okay.
17     A. No, I'm not aware of that.
18     MR. BEFFA: I have no further
19 questions. Thank you.
20     THE VIDEOGRAPHER: The time is
21 10:06 a.m. We're off the record, ending Tape 12.
22     (Recess from 10:06 a.m. to 10:21 a.m.)
23     MS. ENGEL: I'm ready when you are.
24     THE VIDEOGRAPHER: All set?
25 The time is 10:21 a.m. We're back on the

408

1  record, beginning Tape 13.
2          REDIRECT EXAMINATION
3  QUESTIONS BY MS. ENGEL:
4      Q. (By Ms. Engel) Welcome back, Dr. Whitson.
5      A. Thank you.
6      MS. ENGEL: First, for the record,
7  the United States objects to the witness offering
8  any surrebuttal opinions, including any
9  calculations or analysis in response to or
10 performed subsequent to Dr. Zick's Rebuttal
11 Report dated June 10th, 2013.
12     We further object to Dr. Whitson offering
13 any such opinions, calculations, or analysis, and
14 preserve our objections for trial.
15     Q. (By Ms. Engel) Now, Dr. Whitson, your
16 Counsel just asked you a bunch of questions, but
17 one series of them focused on your -- your
18 post-Report analysis of Dr. Zick's oceanic
19 separation analysis, correct?
20     A. Post-Report?
21     Q. Right. Meaning they are calculations and
22 analysis done subsequent to your Report dated May
23 1st, 2010. Right?
24     A. Yes.
25     Q. And they're also subsequent to

409

1  Dr. Zick's Rebuttal Report dated June 10th, 2013,
2  right?
3      A. Yes.
4      Q. And I think I said May 1st, 2010 for your
5  Report. I meant May 1st, 2013. I have 2010 on
6  the brain.
7      So you said that one of your -- your
8  concerns about his analysis is that he does
9  something that you termed "selective mixing." Is
10 that right?
11     A. Yes.
12     Q. And that's where you say he assumes that
13 gas and equilibrium oil don't mix as they move to
14 the surface, for the most part, right?
15     MR. BEFFA: Objection.
16     A. Gas and oil are not allowed to
17 equilibrate is what I said, I think.
18     Q. (By Ms. Engel) Okay. Thank you. But
19 then he does allow gas to evolve oil from -- he
20 allows gas to evolve oil, which then moves over
21 toward the oil phase, and he also allows -- I'm
22 sorry. Let me start that over.
23     A. M-h'm.
24     Q. I was jotting notes quickly as you spoke.
25     You said he allows gas to evolve from the

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

```
                                    410
1   oil, which then moves over towards the gas
2   stream, and also allows oil to condense from the
3   gas stream, which then moves over and joins the
4   oil phase. Is that right?
5       A. Yes.
6       Q. Okay. Are you familiar with the concept
7   of interfacial tension?
8       A. The interfacial tension of what?
9       Q. Of a fluid?
10      A. No.
11      Q. Okay. Are you familiar with the concept
12  of the interfacial tension between oil and gas?
13      A. Yes.
14      Q. Could you describe that concept for me,
15  please?
16      A. The interfacial tension of oil and gas?
17      Q. M-h'm.
18      A. It describes the tension between a gas
19  phase and an oil phase.
20      Q. Okay. So if you have both oil and oil
21  droplets, and gas bubbles floating through a body
22  of water, would it be likely, given the
23  interfacial tension effects between oil and gas,
24  that the gas bubbles coalesce with each other or
25  with the oil droplets?
```

```
                                    411
1           MR. BEFFA: Objection.
2       A. Surface chemistry is not my area of
3   expertise. You're talking about interfacial
4   effects, bubbles, drops, and things that are --
5   that are outside my area of expertise.
6       Q. (By Ms. Engel) Okay.
7       A. It's not -- it's not part of the
8   thermodynamics of this.
9       Q. So you have no expertise in how the oil
10  droplets and gas bubbles would interact with one
11  another, as they move through the ocean?
12      A. Not in any detail.
13      Q. Okay. So you don't know whether it would
14  be more likely for the liquid droplets to
15  coalesce with each other, as opposed to with the
16  gas bubbles?
17      A. It would be speculation. You'd have to
18  find an Expert to discuss that.
19      Q. Okay. So you don't know whether it would
20  be more likely for the gas bubbles to remain
21  completely isolated or to coalesce with other gas
22  bubbles that they might collide with, as they
23  move through the ocean?
24      A. I think all of what you're talking about
25  is speculation.
```

```
                                    412
1       Q. Okay. So you don't know the answers to
2   any of these questions, is what you're saying?
3           MR. BEFFA: Objection.
4       A. I think I know that it's speculation.
5       Q. (By Ms. Engel) Speculation by you,
6   because you don't have the expertise in this
7   area?
8       A. M-h'm.
9       Q. Is that a "Yes"?
10      A. I'm assuming you're not an Expert in the
11  area, so I'm assuming the questions are
12  speculation, as well.
13      Q. My question was: Is that speculation by
14  you, because you don't have expertise in the
15  area, Dr. Whitson?
16          MR. BEFFA: Objection.
17      A. Well, it would be speculation by me to
18  state one way or another as to how the gas and
19  oil actually evolve within the ocean.
20      Q. (By Ms. Engel) Because you don't have
21  expertise in that area, correct?
22      A. Yes, that's correct.
23      Q. Now, your oceanic separation assumed that
24  gas doesn't -- other than the initial exit gas,
25  that oil does not condense from the gas phase as
```

```
                                    413
1   it passes through the ocean from the seabed to
2   the surface, correct?
3           MR. BEFFA: Objection.
4       A. Our assumption, if I can just restate it
5   for conci -- for -- to be conci -- or more
6   precise then -- can I restate what --
7       Q. (By Ms. Engel) Sure, go ahead.
8       A. Okay. Our assumption is that the gas
9   evolving at the exit point, we allow it to
10  condense out liquids at standard conditions, but
11  we assume there is no condensate that makes it to
12  the surface from the other gases evolving from
13  the oil.
14      Q. But what is actually happening in the
15  ocean, as the gas phase moves through the water,
16  is that oil is condensing from that gas phase,
17  correct?
18      A. No one made that calculation.
19      Q. That's not a -- a general concept?
20      A. No.
21      Q. "No"? I think you testified yesterday
22  that, in fact, as the gas phase moves through the
23  ocean, that some condensate would come out of
24  that gas phase. Do you recall that?
25          MR. BEFFA: Objection.
```

**Page 414**

1  A. I don't think I said anything like that.
2  Q. (By Ms. Engel) Okay. So if you said
3  that, you'd be changing your testimony now?
4      MR. BEFFA: Objection.
5  A. Yes, I mean, I -- I don't think I said
6  that.
7  Q. (By Ms. Engel) Okay. So that's a
8  simplification that you made in your model.
9  Right?
10     MR. BEFFA: Objection.
11 A. The simplification, the assumption, yeah.
12 It's a simplifying assumption is that those gases
13 that evolve from the oil do not condense more oil
14 that makes it to the surface, so we ignore that,
15 as is done in multistage processing in the
16 industry, so that's -- that -- that was our
17 assumption, good or bad, that was our assumption,
18 and quantitatively, I also said yesterday, that
19 quantitatively, to assess the additional surface
20 oil that might result from each and every gas
21 evolving, and it's condensation of oil to the
22 surface, would result in an intractable number of
23 calculations, that we didn't even try to do, as
24 Dr. Zick didn't try to do, as well, because
25 there's just too many calculations.

**Page 415**

1  Q. Well, Dr. Zick did consider oil coming
2  out of the gas phase as it moved through the
3  ocean, didn't he?
4  A. No, he did not.
5  Q. Okay. I'm confused, then, about your
6  explanation of his, quote/unquote, selective
7  mixing process.
8  A. Well, he -- he did with his -- with
9  his -- his assumption of selective mixing, yes,
10 he does. And then you can do the condensation
11 calculation from the gas, but --
12 Q. So he did -- sorry, I didn't mean to
13 interrupt you. Go ahead.
14 A. Yeah. So under using this -- this --
15 this selective mixing process that can't exist
16 in -- in -- in reality, he then makes
17 calculations of gas evolving from the oil and
18 condensate evolving from the gas.
19    But if he had just left the system mix,
20 then the same condensation would have occurred
21 but within the system.
22 Q. You think that the oil and gas phases,
23 you think that gas doesn't evolve from -- from
24 the oil phase as it moves through the ocean?
25     MR. BEFFA: Objection.

**Page 416**

1  A. Yes, I -- I do.
2  Q. (By Ms. Engel) You do think that gas
3  evolves from the oil phase as it moves through
4  the ocean?
5  A. Yes, and that's in our oceanic process
6  calculated.
7  Q. Okay. And so then doesn't gas also
8  evolve from the -- or oil also evolve from the
9  gas phase as it moves through the ocean?
10 A. We didn't make the calculation. Dr. Zick
11 didn't make the calculation. It could be, and it
12 could be not. We -- we just didn't make the
13 calculation.
14 Q. So you did consider whether the oil would
15 shrink on the way to the surface, right, the oil
16 stream?
17 A. Well, that was the purpose of the
18 calculation of any -- any process that you're
19 going to -- the whole purpose of the process
20 calculation was to find out an estimate of the
21 stock tank oil volume.
22 Q. Right. And so if you ignored the
23 condensate that came out of the gas phase as it
24 moved through the ocean, you would be
25 short-changing the volume of stock-tank barrels,

**Page 417**

1  wouldn't you?
2      MR. BEFFA: Objection.
3  A. You might be.
4  Q. (By Ms. Engel) Okay. Now, another
5  simplification that you made in your model was
6  that you didn't examine the amount of time it
7  might take for C1 through C5 and any aromatics to
8  dissolve in the ocean, correct?
9  A. Yes.
10 Q. And you didn't examine that because the
11 question was too complicated?
12 A. Yes. It's outside the scope of the
13 thermodynamic treatment we were looking at.
14 Q. It's outside the scope of your expertise?
15 A. Yes.
16 Q. Did you try to bring in any other Experts
17 who might be able to examine that question, to
18 work with you?
19 A. No, we didn't.
20 Q. I believe you testified earlier -- and,
21 again, you know, my notes may not be your words
22 verbatim, but you testified under questioning by
23 your Counsel that you didn't do any rigorous
24 analysis of the interactions of oil, gas, and
25 water prior to reading Zick's Rebuttal Report

418

1  dated June 10th, 2013, correct?
2      MR. BEFFA: Objection.
3      A. I don't think I said we didn't do any
4  rigorous gas/oil/water thermodynamic
5  calculations. I think I said we initiated more
6  rigorous three-phase gas/oil/water equilibrium
7  calculations as part of our assessment of the new
8  oceanic process introduced in Dr. Zick's Rebuttal
9  Report.
10     Q. (By Ms. Engel) So you didn't include this
11 more rigorous analysis of the three-phase
12 interaction in your Expert Report, correct?
13     A. No. That was --
14     MR. BEFFA: Objection.
15     A. Yeah, that -- those calculations were
16 made in response to the new oceanic process
17 introduced by Dr. Zick in his Rebuttal Report,
18 which was in, what, June 2013.
19     Q. (By Ms. Engel) And you're aware that the
20 Court ruled that proper Rebuttal, correct?
21     MR. BEFFA: Objection.
22     A. I -- I'm not aware of what the Court's
23 ruled on anything.
24     Q. (By Ms. Engel) You're not a lawyer,
25 right?

419

1      A. That's correct.
2      Q. Okay. So none of these calculations that
3  you just described under questioning by Counsel
4  related to the -- the calculations and analysis
5  that you did in response to Dr. Zick's Rebuttal
6  Report, specifically, his oceanic separation
7  process? None of those are contained in your
8  Expert Report, right?
9      MR. BEFFA: Objection.
10     A. Can you just repeat that one more time?
11 It was long.
12     Q. (By Ms. Engel) Sure. That was long.
13     None of the calculations or analysis that
14 you just discussed under questioning by your
15 Counsel that you performed in response to
16 Dr. Zick's Rebuttal Report are contained in your
17 Expert Report, correct?
18     MR. BEFFA: Objection.
19     A. Yes. That would have been physically
20 impossible.
21     Q. (By Ms. Engel) So that's a "No," they're
22 not in your Expert Report?
23     MR. BEFFA: Objection.
24     A. No.
25     Q. (By Ms. Engel) You've used the term

420

1  "thermodynamic" a few times when we've been
2  talking about the -- the solubility question.
3      A. Yes.
4      Q. What do you mean by "thermodynamics"?
5      A. In the context of what we're doing here
6  in the oceanic process, it's the phase equilibria
7  of gas, oil, and water, basically just bringing
8  that system to a thermodynamic equilibrium, as
9  three bulk phases --
10     Q. Okay. And in that --
11     A. -- each phase having the same pressure.
12     Q. And in considering that question of
13 thermodynamic equilibrium, you're able to
14 ignore --
15     A. I can maybe finish that. If it wasn't --
16 well, I mean -- I -- I wasn't finished. I was --
17 if I can finish the --
18     Q. Sure. If you want to finish, please --
19 please finish.
20     A. Yeah. The -- the thermodynamics of the
21 three phases was -- was being considered,
22 bringing the system to equal -- what I call is
23 the equilibrium. And the "equilibrium" means
24 that the -- the chemical energy of each
25 component, as an example, methane, that the

421

1  chemical energy of that component, methane, in
2  the gas phase, is equal to the chemical energy of
3  the methane in the oil phase, is equal to the
4  chemical energy of the methane in the water
5  phase.
6      And, likewise, for all of the components,
7  10 or 40, or however many you have, each -- for
8  each component, you would have that -- that
9  condition. Once it's reached would be -- the
10 system would be at chemical equilibrium --
11     Q. But as you testified --
12     A. -- thermodynamic equilibrium.
13     Q. Sure. As you testified yesterday, that
14 thermodynamic analysis does not include the
15 question of what happens to a particular
16 hydrocarbon component after it dissolves in the
17 Gulf, right?
18     A. Yes.
19     Q. Okay. And that's because you don't have
20 the expertise to evaluate that question?
21     A. Yes.
22     Q. Okay. Dr. Whitson, do you agree that the
23 question of whether dissolved oil should be
24 counted toward the maximum penalty under the
25 Clean Water Act, in this case, is a legal

19 (Pages 418 to 421)

422

1  question?
2      MR. BEFFA: Objection.
3  A. Yes.
4  Q. (By Ms. Engel) Okay. Are you familiar
5  with how the maximum penalty is measured under
6  the Clean Water Act?
7  A. No.
8  Q. Have you reviewed that Statute with
9  Counsel at all?
10 A. No.
11 Q. When you were being asked questions by BP
12 Counsel a few minutes ago -- and, again, I might
13 not have your words ber -- verbatim, but I think
14 I have the concept of your testimony -- you said
15 that fourth -- four-stage separator tests are
16 designed specifically to measure stock tank
17 barrels. Correct?
18     MR. BEFFA: Objection.
19 A. The most important result from the
20 multistage separator test is the ultimate
21 shrinkage of the stock tank barrel, the -- that's
22 correct.
23 Q. (By Ms. Engel) And that's why you
24 weighted the fourth stage shrinkage factor more
25 heavily than the first three stages in your own

423

1  EOS tuning?
2      MR. BEFFA: Objection.
3  A. Yes, for -- that's one of the reasons.
4  Q. (By Ms. Engel) Okay. And why do you say
5  that the -- the most important result from the
6  multistage separator test is the ultimate
7  shrinkage of the -- of stock tank barrels? Why
8  is that important?
9  A. It's important because the stock tank oil
10 volume is the -- the main source of -- of revenue
11 in petroleum production, and that ability to
12 calculate its magnitude, volumetric magnitude, is
13 important for -- for that purpose.
14 Q. And is that what you referred to as,
15 quote/unquote, "sellable oil" yesterday?
16 A. H'm, generally --
17     MR. BEFFA: Objection.
18 A. -- it's sellable.
19     (Discussion off the record.)
20 Q. (By Ms. Engel) I want to turn quickly to
21 your Report, Exhibit 11496, Page 35, please.
22     (Discussion off the record.)
23 Q. (By Ms. Engel) All right. I might be on
24 the wrong page, so let's -- let's put this to the
25 side for a second, but I'm going to come back to

424

1  it, so don't close it --
2  A. M-h'm.
3  Q. -- all the way.
4  A. Right.
5  Q. Under questioning by your Counsel, again,
6  you described some differences between your
7  Report -- or your EOS and Dr. Zick's. Correct?
8  A. Yes.
9  Q. But on the whole, your EOS fluid
10 characterization and Dr. Zick's are actually
11 quite similar, aren't they?
12 A. "On the whole" is not a concept I deal
13 with. I -- I -- there are specific calculations
14 where there's a significant difference.
15 Q. There are some calculations where his EOS
16 performs better than yours. Correct?
17 A. Yes.
18 Q. Which of those calculations -- which --
19 which -- in which calculations do Dr. Zick's EOS
20 perform better than yours?
21     MR. BEFFA: Objection.
22 A. H'm. Should we go through datapoint by
23 datapoint in all of the Reports, looking for
24 those?
25 Q. (By Ms. Engel) I don't think anyone in

425

1  the room would appreciate if we took all the time
2  to do that. I guess let's -- can you give me
3  general areas or general factors, EO -- EOS
4  factors, where your -- where Dr. Zick's model --
5  EOS model performs better than yours?
6      MR. BEFFA: Objection.
7  A. Yeah, you'll have to repeat that
8  question. There was an adjective I'm missing.
9  Q. (By Ms. Engel) Sure. I asked you
10 earlier: There are some calculations where
11 Dr. Zick's EOS performs better than yours,
12 correct?
13 A. Yes.
14 Q. And you said "Yes"?
15 A. (Nodding.)
16 Q. And so I'm asking you which -- when you
17 answer "Yes," which calculations are you thinking
18 of?
19 A. Amongst the ones we talked about?
20 Q. You -- you talked about with me?
21 A. That's what I didn't -- can -- can you
22 repeat it one more time? I --
23 Q. Sure. There are some calculations where
24 Dr. Zick's EOS performs better than yours,
25 correct?

20 (Pages 422 to 425)

Worldwide Court Reporters, Inc.
PURSUANT TO CONFIDENTIALITY ORDER

```
                                                  426
1    A. Yes.
2    Q. When you say "Yes," what -- what
3    calculations are coming to mind?
4    A. Well, no, we have to go --
5         MR. BEFFA: Objection.
6    A. -- through the Report, all three Reports.
7    We can look for those numbers one by one.
8    Q. (By Ms. Engel) Okay. Then let's put that
9    to the side for a minute, and we'll do it if I
10   have time at the end.
11   A. Okay.
12   Q. You can't think of any general concepts?
13   You need to go through the Report page by page in
14   order to answer that question?
15        MR. BEFFA: Objection.
16   A. To make a meaningful answer, yes.
17   Q. (By Ms. Engel) Okay. Are you familiar
18   with the Rebuttal Expert Report of the United
19   States Expert, Dr. Kelkar?
20   A. No, I don't believe so.
21   Q. So you're not aware that Dr. Kelkar ran
22   his flow rate modeling using your EOS modeling?
23        MR. BEFFA: Objection.
24   A. I've not read that Rebuttal Report.
25   Q. (By Ms. Engel) Okay. You're -- so then
```

```
                                                  427
1    you're also not aware that when Dr. Kelkar ran
2    your model and when he ran Dr. Zick's model, he
3    got virtually identical flow rates?
4         MR. BEFFA: Objection.
5    A. I haven't read the Report, so I don't
6    know anything about it.
7    Q. (By Ms. Engel) Have you -- are you aware
8    of any BP Experts that have evaluated whether
9    using your EOS versus Dr. Zick's EOS makes a
10   difference in their flow rate calculations?
11   A. No, I don't -- I don't think I've seen
12   that comparison.
13   Q. So you're not aware of any BP Expert who
14   has done that comparison?
15   A. No. I can't -- no, I don't think so.
16   Q. A few minutes ago when we were talking
17   about shrinkage, I believe you referred to the
18   fourth stage shrinkage factor as the "ultimate
19   shrinkage factor." Is that right?
20   A. If I did, the term "ultimate" meant
21   final.
22   Q. The final shrinkage factor. Okay.
23   All right. Dr. Whitson, you're aware
24   that Dr. Zick was deposed in this case about a
25   month ago?
```

```
                                                  428
1    A. Yes.
2    Q. Did you read the transcripts of
3    Dr. Zick's deposition?
4    A. I listened to the -- to the deposition.
5    I watched the deposition.
6    Q. You watched a live stream of --
7    A. Yeah.
8    Q. -- Dr. Zick's deposition?
9    A. Right.
10   Q. Okay. Did you read the transcript in
11   preparation for your -- your deposition today?
12        MR. BEFFA: Objection.
13   A. Not in any great detail, no.
14   Q. (By Ms. Engel) But you --
15   A. Just parts, yeah.
16   Q. You read parts of --
17   A. Yeah.
18   Q. -- Dr. Zick's deposition transcripts in
19   preparation for your deposition today and
20   yesterday?
21   A. Yes. Just -- just parts. Not -- not
22   completely.
23   Q. Okay.
24        MS. ENGEL: Okay. Dr. Whitson,
25   thank you for your time. I have no further
```

```
                                                  429
1    questions.
2         THE WITNESS: Thank you.
3         THE VIDEOGRAPHER: The time is
4    10:50 a.m. We're off the record, ending Tape 13.
5         (Deposition concluded at 10:50 a.m.)
```

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**