# Exhibit 3

## Excerpts from Transcript of the Deposition of Dr. Robert Zimmerman

## Taken July 3, 2013

335

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL    ) MDL NO. 2179
BY THE OIL RIG      )
"DEEPWATER HORIZON" IN ) SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010      ) JUDGE BARBIER
                    ) MAG. JUDGE SHUSHAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VOLUME 2
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Continuation of the deposition of Robert Wayne Zimmerman, Ph.D., taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 3rd day of July, 2013.

336

APPEARANCES

APPEARING FOR THE PLAINTIFFS STEERING COMMITTEE:
Mr Michael R Robinson
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, Louisiana 70130

APPEARING FOR BP, INC :
Mr Darin T Beffa
KIRKLAND & ELLIS
333 South Hope Street
Los Angeles, California 90071

APPEARING FOR TRANSOCEAN:
Ms Amelia L B Sargent
Ms Tamerlin J Godley
MUNGER TOLLES & OLSON
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560

APPEARING FOR ANADARKO PETROLEUM COMPANY:
Mr Duke K McCall, III
BINGHAM MCCUTCHEN
2020 K Street, Northwest
Washington, D C 20006-1806

APPEARING FOR HALLIBURTON:
Mr Floyd R Hartley, Jr
Mr Sean W Fleming
Ms Melissa A Lopez
GODWIN LEWIS
Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041

337

APPEARING FOR THE UNITED STATES:
Mr Richard Gladstein
U S DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES DIVISION
Post Office Box 7611
Ben Franklin Station
Washington, D C 20044-7611
ENRD Mailroom
601 D Street, N W
Washington, D C 20004

Ms Judy B Harvey
U S DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES DIVISION
Post Office Box 4390
Ben Franklin Station
Washington, D C 20044-4390

APPEARING FOR THE STATE OF LOUISIANA:
Mr Henry Dart
HENRY DART ATTORNEYS AT LAW
510 North Jefferson Street
Covington, Louisiana 70433

ALSO PRESENT:
Mr James Deel, Videographer
Mr Ray Aguirre, Case Manager
Dr Alan R Huffman, Ph D
Dr Jean-Claude Roegiers, Ph D , P E

338

INDEX
VIDEOTAPED ORAL DEPOSITION OF
ROBERT WAYNE ZIMMERMAN
JULY 3, 2013
VOLUME 2

Appearances                                          336

Continued Direct Examination-Mr Gladstein    341
Examination-Ms Sargent                       455
Examination-Mr Beffa                         468
Redirect Examination-Mr Gladstein            471

Changes and Signature                        475
Reporter's Certificate                       477

REQUESTED DOCUMENTS/INFORMATION

Number    Description           Page/Line

1    Data regarding the maximum
     horizontal in situ stress in
     psi at the bottom of the well     381/18

2    Documents Dr Zimmerman
     considered or relied on to
     produce his new Poisson's ratio   422/23

3    Graph showing the location of
     the eight samples correlated
     against compressional wave
     speeds                            423/20

4    Written documentation related to
     Dr Zimmerman's new opinion on
     creep                             440/4

415

1   and see if you can find it?
2         THE WITNESS: 115 --
3         THE COURT REPORTER: 11515.
4         THE WITNESS: (Nodding.)
5      (Discussion off the record.)
6      A. Yes, I have located this.
7      Q. (By Mr. Gladstein) Okay. And where --
8   what page are they on?
9      A. I have located it on Page 39 of the
10  Expert Report of Dr. Alan R. Huffman, June 10th,
11  2013.
12     Q. Okay. So let -- let me see if I
13  understand this: Are -- are you testifying
14  that -- that you believe that the -- the printout
15  that shows .33 Poisson ratio is a -- is obtained
16  from ultrasonic tests?
17        MR. BEFFA: Objection.
18     A. I read here, on Page 39 of this Report,
19  "My analysis of the Macondo in-situ reservoir
20  dynamic properties from the well log data,"
21  et cetera, et cetera, and it goes on to list
22  Poisson ratios of .3, .35, .25.
23        (Discussion off the record.)
24     A. Those are higher values than the value
25  that I used in my analysis, and that's perfectly

416

1   understandable, because these values are
2   undrained values of the Poisson ratio --
3      Q. (By Mr. Gladstein) Okay.
4      A. -- whereas my analysis requires and used
5   drained values of the Poisson ratio.
6      Q. Okay. So looking at the -- the last two
7   sentences of the -- the first full paragraph on
8   Page 39 of Dr. Huffman's Report, he says" "The
9   in-situ Poisson's Ratio values for the wet
10  portion of the M56E reservoir and the shales are
11  0.3-0.35, and the values for the oil-saturated
12  reservoirs is 0.25. The Poisson Ratio values of
13  0.13 to 0.18 obtained from the ultrasonic tests
14  are clearly wrong for the purpose and do not
15  represent the values that exist.. in-situ
16  reservoir conditions."
17        MR. MCCALL: Objection, form.
18     Q. (By Mr. Gladstein) So, at least from
19  Dr. Huffman's standpoint, what's depicted on --
20  on Tab 73, Exhibit 11524, do not appear to be
21  values derived from ultrasonic tests, do they?
22        MR. BEFFA: Objection, form.
23     A. So the ultrasonic tests are laboratory
24  tests.
25     Q. (By Mr. Gladstein) Okay.

417

1      A. I do not believe that the values
2   mentioned in Exhibit 11524 were obtained in the
3   laboratory, because I believe you told me that
4   these were log data.
5      Q. Okay. So you believe they're obtained
6   from sonic log data, or you're just -- you're
7   just not sure where they come from?
8         MR. BEFFA: Objection, form.
9      A. My understanding is that this was log
10  data. This was given to me -- to me, by you. If
11  that understanding is not correct, I would like
12  you to -- to correct it for me.
13        Certainly, the discussion on Page 39 of
14  the Huffman Report refers to Poisson ratios. My
15  reading of this paragraph -- and it refers to
16  Poisson ratios that Dr. Huffman derived by
17  looking at in situ reservoir dynamic properties
18  from the well log data.
19        He is contrasting that with the values
20  that I used.
21     Q. (By Mr. Gladstein) M-h'm.
22     A. As we discussed earlier today, my current
23  best estimate of the Poisson ratio of these cores
24  is 0.2.
25     Q. M-h'm. Right.

418

1      A. It is derived from drain tests which
2   is -- which yields the value of Poisson ratio
3   that is relevant for the calculation of pore
4   volume compressibility.
5         I should also point out that, as a
6   general rule, when the word "Poisson ratio" is
7   used, it refers to the drained Poisson ratio.
8   When a distinction needs to be made, usually the
9   subscript "u" is used to indicate undrained for
10  undrained values of Poisson ratio.
11     Q. What I'd like to do is move to your
12  Exhibit 11500, "Dr. Robert Zimmerman's List of
13  Opinion Topics Responding to United States
14  Rebuttal Reports."
15        MR. BEFFA: Objection.
16     Q. (By Mr. Gladstein) Okay. And you've got
17  1 through 10. You -- the first listing is -- is
18  "Poisson ratio." What is your -- your new
19  opinion related to Poisson's ratio?
20        MR. BEFFA: Objection, form.
21     A. My new opinion is that the Poisson ratio
22  of the three cores that were tested for uniaxial
23  pore volume compressibility is 0.20.
24     Q. (By Mr. Gladstein) Okay. No. 2,
25  "Drilling/coring damage." What is your new

419

1 **opinion related to drilling/coring damage?**
2  A. My new opinion developed in response to
3 some of the concerns raised in the Rebuttal
4 Reports is that, whereas, we have no direct
5 evidence that drilling or coring damage did occur
6 in -- in the samples that were tested, if such
7 damage did occur, it would lead to a higher pore
8 value compressibility than existed in the
9 reservoir itself, in which case the reservoir
10 would indeed have a lower pore volume
11 compressibility than would be estimated by the
12 laboratory data.
13  **Q. Okay. No. 3, what is your new opinion**
14 **related to "Sample representativeness"?**
15  A. My new opinion related to the issue of
16 "Sample representativeness" is that there is good
17 reason to believe that the eight samples that
18 formed the basis of my estimation of uniaxial
19 pore volume compressibility did provide a
20 reasonable statistical representation of the pore
21 volume compressibility of the entire thickness of
22 the reservoir at the well.
23  **Q. Okay. And what is your new opinion**
24 **related to "Calibration"?**
25  A. My new opinion, as it relates to the

420

1 issue of "Calibration," which was developed in
2 response to this issue being raised in one of the
3 Rebuttal Reports, is that based on comments made
4 in the deposition of Ms. Loos, based on
5 statements made in some of the Weatherford
6 Reports, and based on the general expectations of
7 what would reasonably be expected to occur in an
8 oil field services laboratory that conducts such
9 petrophysical measurements on a routine basis,
10 based on all those considerations, I would
11 conclude that the -- it is very likely that the
12 experimental apparatus that was used in these
13 tests was properly calibrated.
14  **Q. Okay. So I'm going to have to backtrack**
15 **a little bit.**
16  **On -- on your Poisson ratio of .0 --**
17 **well, it's point -- 0.2, not 0.02 -- well, it is**
18 **0.02, isn't it?**
19   MR. BEFFA: Objection, form.
20  **Q. (By Mr. Gladstein) What's -- what's your**
21 **Poisson ratio?**
22  A. It's 0.2.
23  **Q. Yeah, 0.2. That -- that's just for**
24 **clarification.**
25   **Did you make any written -- did you do**

421

1 **any writing or calculations to support your new**
2 **opinion as to the Poisson ratio?**
3  A. If you're asking whether I've written
4 this up in any Report form --
5  **Q. No, not in a Report form.**
6  A. No?
7  **Q. Notes, notes or any -- any paper, did you**
8 **do any writing in the process of calculating your**
9 **new Poisson ratio?**
10  A. I wrote down the equation on a piece of,
11 essentially, scratch paper that represents the
12 relationship between the Poisson ratio and the
13 ratio between confining pressure and pore
14 pressure during a uniaxial compression test.
15   I then did one or two lines of
16 calculation to invert that relationship --
17  **Q. Okay.**
18  A. -- to express the Poisson ratio in terms
19 of those parameters.
20  **Q. Uh-huh.**
21  A. And then I did a couple of very simple
22 hand-calculator calculations.
23  **Q. Okay. And did you -- did you put this on**
24 **an Excel spreadsheet or -- or any other computer**
25 **documentation?**

422

1  A. No. They're -- they're very simple
2 calculations that can be done with -- with a hand
3 calculator --
4  **Q. Okay.**
5  A. -- in -- in --
6  **Q. Okay. And are those --**
7  A. -- two or three steps.
8  **Q. I'm sorry. Are -- are -- are those**
9 **writings preserved? Do you still have them?**
10  A. As I said, it is basically a piece of
11 scratch paper. I do have that page. I could
12 certainly write it up in a more readable form for
13 you, if that -- if that -- I would imagine that
14 this piece of scratch paper I have would not be
15 intelligible to anyone.
16   I'm perfectly happy to explain these
17 calculations in detail, so if -- if the Court
18 would be happy for me to write up a small,
19 half-page document, I'd be happy to do that.
20   As I said, the page -- the sheet itself
21 does not actually have any of the calculations.
22 It just has a few scribbled equations.
23   MR. GLADSTEIN: Counsel, we would
24 ask for production of -- of any of the -- the
25 documents that Dr. Zimmerman has considered or

423

1 relied on to produce his -- his new Poisson's
2 ratio.
3    Q. (By Mr. Gladstein) With respect to
4 "drilling/coring damage," did you create any
5 written documentation with respect to your new
6 opinion on drilling/coring damage?
7    A. No.
8    Q. Okay. With respect to "sample
9 representativeness," did you create any -- any
10 documentation with respect to that opinion?
11    A. Yes. There is a graph showing the
12 location of the eight samples --
13    Q. Is this --
14    A. -- correlated against the -- the
15 compressional wave speeds.
16    Q. (By Mr. Gladstein) Yeah. Is that a new
17 graph that you created for purposes of this new
18 opinion?
19    A. Yes.
20       MR. GLADSTEIN: Okay. We would ask
21 for production of that graph, Counsel.
22    Q. (By Mr. Gladstein) Any -- any other
23 written documentation in -- in support of that
24 new opinion?
25    A. No.

424

1    Q. With respect to calibration, did you
2 create any documents in support of that new
3 opinion?
4    A. No.
5    Q. Okay. For these four new opinions, did
6 you consider any new literature in support of --
7 of the Poisson ratio?
8    A. No. I only consulted papers that were
9 already referenced in my May 1st Report.
10    Q. Okay. How about for drilling/coring
11 damage?
12    A. No, I did not consult any new materials.
13    Q. How about for sampling
14 representativeness?
15    A. No. With regard to the issue of sample
16 representativeness, I did not consult any new
17 documents.
18    Q. What about for calibration?
19    A. With regard to the issue of calibration,
20 I did not consult any documents, other than those
21 which were already mentioned in my May 1st
22 Report.
23    Q. Okay. With respect to Poisson ratio, did
24 anyone assist you in developing that new opinion?
25       Did you work with anyone in developing

425

1 that new opinion?
2    A. No.
3       MR. BEFFA: Hold on. I think the
4 limit has been, in this case, that you can ask
5 whether he relied on communications with anyone.
6       MR. GLADSTEIN: You're right.
7 You're right. Yes, yes.
8    Q. (By Mr. Gladstein) Okay.
9       MR. BEFFA: So with that
10 qualification, if you relied on any -- any
11 communications from anyone in forming your
12 opinions --
13       MR. GLADSTEIN: Yeah.
14       MR. BEFFA: -- then you can talk
15 about that.
16    Q. (By Mr. Gladstein) Yeah.
17    A. Please repeat the question.
18    Q. (By Mr. Gladstein) Did you rely on any
19 information from anybody else in forming your new
20 opinion with respect to Poisson ratio?
21    A. No, I do not believe I did.
22    Q. Okay. Did you rely on any information
23 from anyone else in forming your opinion, your
24 new opinion, related to drilling/coring damage?
25    A. No.

426

1    Q. Did you rely on information from anyone
2 else in forming your new opinion related to
3 sample representativeness?
4    A. Yes.
5    Q. Who?
6    A. I relied on information provided to me by
7 Mr. Beffa.
8    Q. Mr. who?
9    A. Mr. Darin Beffa.
10    Q. Who -- who is he?
11       MR. BEFFA: I'm sitting right here.
12       MR. GLADSTEIN: (Indicating.) I
13 apologize.
14     (Laughter.)
15    Q. (By Mr. Gladstein) Okay. What
16 information did Mr. Beffa provide you with?
17       MR. BEFFA: That you relied on in
18 forming your opinion.
19    A. Mr. Beffa provided me --
20       MR. BEFFA: Can we -- just so I can
21 make sure we're not -- the witness is not going
22 to divulge any --
23       MR. GLADSTEIN: Go ahead. Go ahead.
24       MR. BEFFA: -- work product or
25 attorney/client privilege.

427

1  Thank you. Let's take a short
2  break.
3      THE VIDEOGRAPHER: The time is
4  9:59 a.m., and we're off the record.
5      (Recess from 9:59 a.m. to 10:15 a.m.)
6      MR. GLADSTEIN: Ready.
7      THE VIDEOGRAPHER: All set? Please
8  stand by.
9      The time is 10:15 a.m., and we're back on
10 the record.
11     MR. GLADSTEIN: Okay. Mr. Beffa,
12 you had asked to take a break?
13     MR. BEFFA: Yes.
14     MR. GLADSTEIN: And so where are we?
15     MR. BEFFA: I think there was a
16 question pending, if you want to ask the witness
17 again.
18     MR. GLADSTEIN: Okay.
19     Q. (By Mr. Gladstein) I'm going to ask the
20 question.
21     I believe we were talking about sample
22 representativeness, and I asked you did you rely
23 on information from anyone, and I believe you --
24 you told me that you relied on information that
25 you received from Mr. Beffa; is that correct?

428

1  A. I made use of a log document that I
2  received from the lawyers, as all of the
3  documents that I have made use of came to me from
4  the Legal Team, not from BP or any other source,
5  yes.
6      Q. Okay. Let's go to your new opinion on --
7  on calibration. Same -- same questions, did you
8  make any writings related to your new opinion on
9  calibration?
10     A. No.
11     Q. Okay. Did you consult any literature for
12 your new opinion on calibration?
13     A. No literature, other than Reports that
14 were al -- already referenced in my Expert
15 Report.
16     Q. Did you rely on information from anyone
17 in support of your new opinion on calibration?
18     A. No, no additional information, other than
19 the Reports that were already listed --
20     Q. Okay. Thank you.
21     A. -- in -- in my May 1st Report.
22     Q. Okay. Your fifth new opinion is "Fluid
23 type."
24     A. Yes.
25     Q. What -- what is -- what is your new

429

1  opinion related to fluid type?
2      A. My new opinion is that the issue of
3  whether the pore volume compressibility
4  measurements were made with brine or with
5  kerosene would have no effect on the measured
6  values of the pore volume compressibility.
7      (Discussion off the record.)
8      A. And, furthermore, that, for the purposes
9  of compressibility measurements, the issue of
10 returning the cores to their initial saturation
11 state is not relevant, as it might be, for
12 example, for capillary pressure or relative
13 permeability measurements.
14     Q. (By Mr. Gladstein) Did you create any new
15 documents related to your new opinion on fluid
16 type?
17     A. No.
18     Q. Did you rely on any new literature for
19 your new opinion on fluid type?
20     A. Well, I have now refreshed my memory,
21 prodded by your question yesterday, to locate
22 specific papers that had, in fact, used
23 kerosene --
24     Q. M-h'm.
25     A. -- as a pore fluid saturant. As we had

430

1  discussed yesterday, I previously had a general
2  perception in my memory that I had seen many such
3  papers --
4      Q. M-h'm.
5      A. -- using this pore fluid. Now I have
6  looked at -- concretely at two such papers.
7      Q. Okay. And did you rely on any new
8  information from anyone related to your new
9  opinion on fluid type?
10     A. No.
11     Q. No. 6 is "Temperature effect." What is
12 your new opinion on temperature effect?
13     A. My new opinion with regard to the effect
14 of temperature on the uniaxial pore volume
15 compressibilities of the Macondo rocks is that
16 these compressibilities are probably about 5
17 percent higher at the reservoir temperature than
18 they were at room temperature, as measured by
19 Weatherford.
20     Q. Do you have any writings that reflect
21 this new opinion?
22     A. No.
23     Q. No calculations?
24     A. I did two very simple calculator
25 calculations, one of which was to scale down the

24 (Pages 427 to 430)

431

1  data from the paper by Von Gonten and Choudhary
2  on the Berea sandstone where they presented data
3  that went -- that presented two data points that
4  went from about 20 degrees C to 200 degrees C, I
5  did a very simple calculation to scale that back
6  to see what the effect would be from two hun --
7  from 20 degrees C to 110 degrees C.
8      I also did some very simple calculations
9  looking at a table in the paper by Soga, which I
10  believe we've mentioned previously.  And that's,
11  again, a very simple calculation.  It doesn't
12  even require any writing.  It's just sort of
13  interpolating some values from his chart, from
14  his table.
15      **Q.  Okay.  Okay.  So did you write down any**
16  **of your calculations for purposes of your new**
17  **temperature effect opinion?**
18      A.  No.  Those calculations were just done
19  with a -- with a calculator.  There -- there was
20  not -- there was no writing.
21      **Q.  Okay.  With -- and did you rely on any**
22  **new information from anyone related to your**
23  **temp -- new temperature effect opinion?**
24      A.  No.
25      **Q.  Okay.  No. 7, "Rate of sample loading."**

432

1  **What is your new opinion related to "Rate of**
2  **sample loading"?**
3      A.  My new opinion with regard to the issue
4  of rate of sample loading is that the sample
5  loading rates used in the Weatherford experiments
6  are:  A, not appreciably different than the rates
7  that have been suggested in the Rebuttal Reports
8  by -- Rebuttal Report by Professor Roegiers; and,
9  B, I do not believe that that rate was nearly
10  high enough to cause any damage or any unexpected
11  influence on the results.
12      **Q.  Okay.  Now, are you referring to the --**
13  **the loading rate during the depletion phase or**
14  **the loading rate to load to -- to in situ?**
15          MR. BEFFA:  Objection.
16      A.  Well, my -- actually, my -- I -- I may
17  have conflated these two issues in -- in my
18  response to you, but my answer to both of those
19  questions would essentially be the same.  There
20  are -- there are two different phases we're
21  talking about --
22      **Q.  (By Mr. Gladstein) M-h'm.**
23      A.  -- and two different loading rates.
24          In all cases, I believe those loading
25  rates still to be within the generally accepted

433

1  rate.  They're not appreciably different than the
2  ones suggested by Professor Roegiers, bearing in
3  mind that, for example, dynamic loading rates
4  would be many, many orders of magnitude larger
5  than these loading rates.
6          I think all the loading rates that are
7  being discussed here, either the ones suggested
8  by Professor Roegiers or used by Weatherford, I
9  would classify them all more or less in this same
10  range of quasi-static loading.
11      **Q.  Okay.  Now, let's turn to Tab 38, please,**
12  **Exhibit 9057.**
13          THE COURT REPORTER:  53.
14      **Q.  (By Mr. Gladstein) 53.**
15          THE WITNESS:  Tab --
16          THE COURT REPORTER:  38.
17          (Discussion off the record.)
18      **Q.  (By Mr. Gladstein) So this is the**
19  **"ROCK MECHANICS FINAL REPORT (Uniaxial Pore**
20  **Volume Compressibility Tests)" performed by**
21  **Weatherford that we've looked at before.  Looking**
22  **at the "Procedures..." can you identify the --**
23  **the loading rate during the depletion phase that**
24  **it -- was used for these tests?**
25      A.  Yes.

434

1      **Q.  Okay.  Where is it?**
2      A.  I believe Point (10) mentions the
3  change -- the pressure change rate during the
4  depletion test.
5      **Q.  Okay.  And that's during the depletion**
6  **phase, correct?**
7      A.  Yes.
8      **Q.  Okay.  Can you identify the loading rate**
9  **where the samples were loaded to in situ?**
10          MR. BEFFA:  Objection.
11      A.  (Reviewing document.)  I cannot find it
12  on this document.
13      **Q.  (By Mr. Gladstein) Okay.  Have you seen**
14  **it on any other documents that you recall?**
15      A.  I --
16          (Discussion off the record.)
17      **Q.  (By Mr. Gladstein) (Nodding.)**
18      A.  I seem to recall that this rate is
19  mentioned, if I'm not mistaken, in the document
20  by Professor Roegiers.
21      **Q.  Okay.  Did you do any new documentation**
22  **of your new opinion on rate of sample loading?**
23      A.  No, I did not do any calculation or write
24  any equations or -- or -- or notes in any written
25  form.

Worldwide Court Reporters, Inc.
PURSUANT TO CONFIDENTIALITY ORDER

435

1  Q. Okay. Did you rely on any or consider
2  any new literature in forming your new opinion on
3  rate of sample loading?
4      MR. BEFFA: Objection.
5  A. No.
6  Q. (By Mr. Gladstein) And did you consult --
7  did you rely on any information from anyone else
8  on your new opinion related to sample loading?
9  A. No.
10 Q. Okay. No. 8 is "Depletion rate." What
11 is your new opinion on depletion rate?
12 A. My new opinion on depletion rate is that,
13 A, the depletion rate using the experiment was
14 not appreciably different than the one suggested
15 by Dr. Roegiers in his Report; and, B, in any
16 event, it seems to be within the range of the
17 depletion rates that I have seen used in other
18 pore volume compressibility measurements as
19 reported in the literature; and, thirdly, as this
20 rate is nowhere near what would be considered
21 into the range of dynamic loading rates, I find
22 it unlikely that this rate would have any
23 appreciable effect on the -- on the results of
24 the measurements and, consequently, on the -- the
25 computed pore volume compressibilities.

436

1  Q. Did you create any written documentation
2  of your new opinion on depletion rate?
3  A. No.
4  Q. Did you consult any new literature with
5  respect to your new opinion on depletion rate?
6  A. No.
7  Q. Did you rely on any new information from
8  anyone for your new opinion on depletion rate?
9  A. No.
10 Q. Okay. No. 9, "Return to initial
11 pressure," what is your new opinion on return to
12 initial pressure?
13 A. In the Rebuttal Report prepared by
14 Professor Roegiers, it was suggested that it
15 would have been advantageous for Weatherford,
16 after the pressure had been reduced to 3800 psi
17 at the end of their pore volume compressibility
18 test, to then increase the pressure back up to
19 the initial reservoir pressure of 11,800 psi.
20 The suggestion was that that would indicate
21 whether or not inelastic deformation had occurred
22 in the core.
23     That is true. However, if that test had
24 been conducted, it would have indicated -- it may
25 have indicated that inelastic deformation

437

1  occurred. If such an inelastic deformation had
2  occurred, it would by necessity have occurred
3  towards the end of that test, rather than at the
4  beginning of that test. It would, therefore,
5  probably not give us -- not have given us any
6  relevant information, relevant to whether
7  inelastic deformation will occur within the
8  pressure range of 11,800 psi down to 10,400 psi,
9  which is the range of interest for the purpose
10 of -- of -- of this case.
11 Q. Okay. Did you do any written
12 documentation of your new opinion on return to
13 initial pressure?
14 A. No.
15 Q. Did you consult any new literature on
16 your new opinion on return to initial pressure?
17 A. No.
18 Q. And did you consult with -- rely on any
19 information obtained from any -- anyone else on
20 your new opinion on return to initial pressure?
21 A. No.
22 Q. Okay. No. 10, "Creep," what is your new
23 opinion on creep?
24 A. In response to suggestions in one or both
25 of the Rebuttal Reports, that perhaps creep could

438

1  have been of significance during the three-month
2  period of leakage in the reservoir.
3      I have done some thinking about this
4  issue and some reading about this issue.
5  Several -- I have read several papers, but
6  primarily I relied on a pape -- a recent paper in
7  the Journal of Geophysical Research by authors
8  Heap, et al., that's H-e-a-p, et al. That paper
9  indicates that creep in the sandstone would not
10 be expected to occur until the effect of
11 differential stresses reach about 60 percent of
12 the level of the effect of differential stress
13 that would be expected to cause complete failure
14 of the rock.
15     Then based on the strength data of the
16 Macondo rocks, as reported by Weatherford, which
17 gives us, essentially, a boundary in the
18 mathematical plane in which one axis is the
19 lateral confining stress and the other axis is
20 the vertical stress, gives us a boundary
21 corresponding to the point where failure would
22 occur for the rock. If I then calculate that
23 curve corresponding to 60 percent of that stress,
24 that gives me a boundary at which one would
25 expect that creep would begin to occur.

26 (Pages 435 to 438)

439

1    I then compared that curve with the
2  differential effect of stresses that existed
3  during the uniaxial pore volume compressibility
4  tests, which were intended to mimic the stress
5  state evolution that was undergone in the
6  reservoir during the leakage period, and my
7  conclusion is that the stress state was not
8  sufficient to cross that threshold line and
9  initiate creep.
10    Q. Okay. And what was the new literature
11  that you relied on?
12    (Discussion off the record.)
13    A. This paper that I mentioned by H-e-a-p,
14  et al., I believe is from the "Journal of
15  Geophysical Research."
16    MR. GLADSTEIN: I know that, but
17  where are they in here?
18    (Discussion off the record.)
19    Q. (By Mr. Gladstein) Did you do any written
20  documentation of your new opinion on creep?
21    A. No, other than some, again, rough
22  scratching and scribbles on -- on a scrap paper.
23  I certainly would be prepared to prepare a proper
24  discussion of -- of this, if -- if -- if that's
25  required at some point in the future.

440

1    Q. Okay. Did you keep your rough scratches
2  on scrap paper?
3    A. I -- I believe I -- I -- I did, yes.
4    MR. GLADSTEIN: Okay. Counsel, we'd
5  ask for production of -- of any written
6  documentation that he has related to his new
7  opinion on creep.
8    Q. (By Mr. Gladstein) Okay. In addition to
9  these ten new opinions, have you formed any other
10  new opinions?
11    MR. BEFFA: Objection, form.
12    A. I believe all the new opinions I have
13  formed would fall under these ten headings, to
14  the best of my recollection at this time.
15    (Discussion off the record.)
16    Q. (By Mr. Gladstein) Okay. Let's turn to
17  Exhibit 3 -- or Tab 3.
18    MR. GLADSTEIN: It's -- we'll mark
19  this as our next exhibit. Do you know what our
20  next exhibit would be?
21    THE COURT REPORTER: 11527.
22    MR. GLADSTEIN: 11557.
23    MR. BEFFA: 527.
24    MR. GLADSTEIN: 11527.
25    (Exhibit No. 11527 marked.)

441

1    Q. (By Mr. Gladstein) And this is the
2  "Modelling Macondo" Report done by Martin J.
3  Blunt.
4    I'd ask you to turn to Page 61 of --
5    THE WITNESS: Whoops.
6    Q. (By Mr. Gladstein) -- Mr. Blunt's Report.
7  Have you reviewed mis -- the Blunt Report,
8  Dr. Zimmerman?
9    A. I've read some of it, not all of it.
10    Q. Okay. Do you recall reading Page 61?
11    A. (Reviewing document.) I believe I did
12  read through up to this page, yes.
13    Q. Okay. In the third paragraph on the
14  page, it start -- there's a sentence that -- that
15  says: "There are correlations in the literature
16  to predict pore volume compressibility from
17  porosity for sandstones."
18    Do you see that, Dr. Zimmerman?
19    A. Yes, I do see that line in the Report.
20    Q. And -- and then the next sentence says:
21  "For instance," Hall 1953 -- "the Hall (1953)
22  correlation can be used to calculate
23  compressibility from porosity."
24    Now, let's turn back to Tab 2, which was
25  your -- your Dissertation, the Exhibit number on

442

1  Tab 2 --
2    THE COURT REPORTER: 11514.
3    Q. (By Mr. Gladstein) -- was 11514.
4    A. Yes, I have now located it. Sorry.
5    Q. Okay. Please turn to Page 67 of your
6  dissertation.
7    A. (Complying.) Yes.
8    Q. Okay. In the last sentence in the -- in
9  the first full paragraph there you say: "These
10  considerations" -- referring to the Hall 1953
11  paper -- "From these considerations, it seems
12  unlikely that" compressibility "would depend
13  purely on the porosity, unless it were shown that
14  the 'typical aspect ratio' was somehow a function
15  only of porosity."
16    Do you remember we discussed that
17  yesterday, Dr. Zimmerman?
18    A. Yes.
19    Q. Okay. So do you agree or disagree with
20  Dr. Blunt's statement, on Page 61, where he says:
21  "The Hall (1953) correlation can be used to
22  calculate compressibility from porosity"?
23    MR. BEFFA: Objection, form.
24    A. Well, literally, is it true that it can
25  be used. It's -- it's not something that I would

Worldwide Court Reporters, Inc.
PURSUANT TO CONFIDENTIALITY ORDER

467

1 Transocean employees either during the
2 preparation of my Report, subsequent to it, or as
3 far as I can recall, before -- before the
4 preparation of my Report.
5 Q. There are -- are you aware that there are
6 BP Experts who rely on your best estimate of a
7 val -- of the value for UPVC to estimate flow
8 rate from the Macondo Well?
9 A. I believe that my Report, after it was
10 submitted, was given to some of the other BP
11 Experts. Those Experts would have needed
12 estimates of uniaxial pore volume compressibility
13 to do some of their calculations, so I can assume
14 that my Report did inform their -- their
15 opinions.
16 Q. Keeping all other variables equal, is it
17 true that changing a rock compressibility value
18 from 12 to 6 will yield a lower flow rate?
19     MR. BEFFA: Objection.
20 A. Yes, I believe that is true.
21 Q. (By Ms. Sargent) Okay.
22     MS. SARGENT: If I could just take a
23 quick break, I may be finished, if I can just --
24     MR. BEFFA: Fine with me.
25     MS. SARGENT: -- take a quick break.

468

1     THE VIDEOGRAPHER: The time is
2 11:30 a m., and we're off the record.
3     (Recess from 11:30 a.m. to 11:32 a m.)
4     MS. SARGENT: Ready.
5     THE VIDEOGRAPHER: All set? Please
6 stand by.
7     The time is 11:32 a.m. We're back on the
8 record.
9     MS. SARGENT: Dr. Zimmerman, thank
10 you very much for your time today. I have no
11 further questions.
12     THE WITNESS: Thank you.
13     THE VIDEOGRAPHER: The time is
14 11:32 a m., and we're off the record.
15     (Recess from 11:32 a.m. to 11:34 a m.)
16     MR. BEFFA: I'm ready.
17     THE VIDEOGRAPHER: All set? Please
18 stand by.
19     The time is 11:34 a.m., and we're back on
20 the record.
21         EXAMINATION
22 QUESTIONS BY MR. BEFFA:
23 Q. Dr. Zimmerman, do you recall that earlier
24 you were discussing opinions you've developed
25 regarding temperature effect in response to

469

1 Rebuttal Expert Report submitted by the United
2 States?
3 A. Yes.
4 Q. And do you remember discussing literature
5 that you relied on in support of those opinions?
6 A. Yes.
7 Q. Are there any other pieces of literature
8 that you relied on that you have not yet
9 mentioned?
10 A. Yes. I also rely on a book by W. H.
11 Somerton. I do not have the title of that book
12 off the tip of my tongue. It's a very, very long
13 title, something to the effect of
14 temperature-related properties of rock/fluid
15 systems.
16 Q. And, Dr. Zimmerman, earlier we looked at
17 Exhibit 11500. Do you have that in front of you?
18 A. Yes, I do.
19 Q. And what -- what is that document?
20 A. Exhibit 11500 is the list of the topics
21 upon which I have reached new conclusions and new
22 opinions subsequent to the submission of my
23 Report on the 1st of May.
24 Q. And why did you develop those opinions
25 and conclusions?

470

1 A. I developed these new opinions in
2 response to issues that were raised in the
3 Rebuttal Reports of Drs. Huffman and Roegiers.
4     (Discussion off the record.)
5     MR. MCCALL: Take a quick break.
6     MR. BEFFA: Can we go off the record
7 for one minute?
8     THE VIDEOGRAPHER: The time is
9 11:36 a.m., and we're off the record.
10     (Recess from 11:36 a m. to 11:37 a.m.)
11     THE VIDEOGRAPHER: Please stand by.
12     The time is 11:37 a m., and we're back on
13 the record now.
14 Q. (By Mr. Beffa) Dr. Zimmerman, do you
15 intend to offer opinions in this case about the
16 propriety or impropriety of a particular value of
17 uniaxial pore volume compressibility offered by
18 others?
19     MS. HARVEY: Objection, form.
20     THE COURT REPORTER: Who was that?
21     MR. GLADSTEIN: Objection.
22     MS. HARVEY: (Indicating.)
23     THE COURT REPORTER: (Nodding.)
24 A. I think it's reasonable to expect that I
25 might receive questions asking me to comment

34 (Pages 467 to 470)

471

1  about other purported values that have been
2  proposed for the uniaxial pore volume
3  compressibility; and I, therefore, would be
4  prepared to have comments and opinions about
5  those other values insofar as they may differ
6  from the value that I come up with on the basis
7  of my calculations.
8       MR. BEFFA:  Thank you.  No further
9  questions.
10      THE VIDEOGRAPHER:  The time is
11  11:39 a.m., and we're off the record.
12      (Recess from 11:39 a m. to 11:45 a.m.)
13      MR. GLADSTEIN:  I'm ready.
14      THE VIDEOGRAPHER:  All set?  Please
15  stand by.
16      The time is 11:45 a m., and we're back on
17  the record.
18          REDIRECT EXAMINATION
19  QUESTIONS BY MR. GLADSTEIN:
20      Q.  Okay.  I think we're going to get you out
21  of here pretty soon, Dr. Zimmerman.
22      You had mentioned a paper by a gentleman
23  named Heap; is that correct?
24      A.  Yes.
25      Q.  Can you tell me any more information

472

1  about that paper, the -- the title of the paper,
2  the year of the paper, so we can identify it?
3      A.  Obviously, I don't -- don't have the
4  document with me at hand.  I believe the initials
5  are M. J. Heap.  One of the other co-authors of
6  that paper is P. Meredith.
7      Q.  M-h'm.
8      A.  One of the other coauthors of that paper
9  is I. Main, M-a-i-n.
10     Q.  M-h'm.
11     A.  I hope that -- that should be sufficient
12  information for you -- for you to -- to track it
13  down by a search.  I believe it appeared in the
14  Journal of Geophysical Research, certainly within
15  the last half dozen years.
16     Q.  Okay.  Thank you.
17     Let's turn again to Exhibit 11150,
18  please.  That's -- these are your additional
19  opinions.
20     MR. BEFFA:  I think it's 11500.
21     MR. GLADSTEIN:  11500.
22     Q.  (By Mr. Gladstein) Other than what you've
23  testified to today, specifically about each of
24  these topics, do you expect to render additional
25  opinions that fall within the topics listed on

473

1  Exhibit 11500?
2      MR. BEFFA:  Objection.
3      A.  I believe that we've touched upon most of
4  the opinions that I'm expecting to testify to
5  regarding these ten issues.  I may as a result of
6  being questioned at the trial elaborate on them,
7  perhaps a little bit more than I have, but I
8  believe that we've actually touched on all of
9  the -- the issues, as far as I can recall right
10  now.
11      Q.  (By Mr. Gladstein) Okay.  And you also
12  gave us a new estimate of the UPVC of .55
13  microsips today, correct?
14      MR. BEFFA:  6.55.
15      Q.  (By Mr. Gladstein) 6.5 micros -- 6.55
16  microsips, correct?
17      A.  Yes.
18      Q.  So other than the -- the ten new opinions
19  listed on Exhibit 11500 and your -- your new
20  opinion as to your best estimate of the -- of the
21  rock compressibility for the reservoir, are there
22  any other new opinions that you're intending to
23  offer at -- at -- at trial?
24      MR. BEFFA:  Objection.
25      A.  Well, as I mentioned, this is a list of

474

1  the opinion topics.  We've already discussed each
2  of these topics in some detail.  Off the top of
3  my head, it seems to me that I've covered most of
4  the points that would fall under these topics,
5  although I am expecting that I will, perhaps,
6  elaborate on them a little bit more at a later
7  date than I have today, but I believe this covers
8  the -- the topics.
9       (Discussion off the record.)
10      MR. GLADSTEIN:  Thank you.  I don't
11  have any further questions.
12      THE WITNESS:  Thank you.
13      THE VIDEOGRAPHER:  The time is
14  11:50 a.m., and we're off the record.
15      (Deposition concluded at 11:50 a.m.)