# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

J. Andrew Langan, P.C.
To Call Writer Directly:
(312) 862-2064
andrew.langan@kirkland.com

300 North LaSalle
Chicago, Illinois  60654

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

October 17, 2013

**By Electronic Mail**

The Honorable Carl J. Barbier
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

> Re:   MDL 2179 — Stricken Rebuttal Opinions from United States Rebuttal Witnesses Drs. Roegiers and Huffman

Dear Judge Barbier:

As the Court knows, on July 9, 2013, this Court overruled the United States' objections to Judge Shushan's June 24, 2013 Order, directing the United States to redact certain improper rebuttal opinions from (among other reports) the reports of rebuttal experts Dr. Jean-Claude Roegiers and Dr. Alan Huffman. (Rec. Docs. 10477, 10683.)  As the Court also knows, Drs. Roegiers and Huffman are expected to testify as early as tomorrow during the United States' rebuttal case.

Relevant here, the June 24 order states:

> Roegiers may criticize the sidewall v. core data used by Zimmerman, but he may not make affirmative calculations supportive of Kelkar's estimate of 12 microsips contained in his initial affirmative report. The expert report of Roegiers will be revised to eliminate such material.

(Rec. Docs. 10477, at 4; 10683 (denying the United States' objections).)  Similarly, regarding Dr. Huffman's opinion, the June 24 order states, "As with Roegiers, the criticism of the core tests is a valid rebuttal opinion.  However, the affirmative opinion supporting 12 microsips is not." (Rec. Docs. 10477, at 5; 10683 (denying objections).)

The June 24 Order therefore establishes that United States rebuttal experts may testify regarding Weatherford's testing procedures, but they may not bolster the United States' case-in-chief by testifying to new calculations or analyses to support Dr. Kelkar's election of a rock compressibility value of 12 microsips.  *Id.*; *see also* 7/1/13 Order Re Request for Partial

# KIRKLAND & ELLIS LLP

The Honorable Carl J. Barbier
October 17, 2013
Page 2

Reconsideration of Order Regarding Motion to Strike at 2 (Rec. Doc. 10556) ("[A] new estimate of microsips and compressibility is not proper rebuttal.")

More recently, the September 10, 2013 Order regarding further redactions to Dr. Huffman's report reiterated the bar against affirmative expert opinion supporting a rock compressibility value of 12 microsips (Rec. Doc. 11309). Specifically, the September 10 Order explained that criticism of data used by BP's experts is proper rebuttal; however, attempts to buttress a premise of 12 microsips contained in U.S. initial expert reports is not:

> The distinction between criticism (proper rebuttal) and affirmation (improper) was made several times in the June 24, 2013 order. Rec. doc. 10450 at 3-5. In the July 1, 2013 order regarding the U.S. motion for partial reconsideration of the June 24, 2013 order, the issue was whether the opinion of Dr. Pooladi-Darvish, U.S. rebuttal expert, was in rebuttal to an opinion expressed by Dr. Blunt. It was determined that "a new estimate of micros[]ips and compressibility" was not proper rebuttal. Rec. doc. 10556 at 2. It was not criticism but was affirmation.

(Rec. Doc. 11309, at 3-4.)

Notwithstanding multiple Orders prohibiting new estimates of compressibility, both the current versions of Dr. Roegiers's and Dr. Huffman's reports still contain the following text that explicitly attempts to affirm Dr. Kelkar's choice to use a rock compressibility value of 12 microsips. (The relevant text is provided below and is also highlighted in the report excerpts provided as attachments to this letter.)

> TREX-011515R.12 (Huffman): "It is my expert opinion that BP's original approach after the blowout, where they relied on a value of 12 microsips as the most likely correct value to use as an average UPVC number for the M56 reservoirs, is a more reasonable estimate. It is possible that the actual UPVC value is even higher in some subzones of the reservoir section, but there are likely also lower value zones so that an average property of 12 microsips is the best choice for determining reservoir performance during the blow out."

> TREX-011515R.36 (Huffman): "It is my expert opinion that BP's original approach after the blowout where they relied on a value of 12 microsips as the most likely correct value to use as an average UPVC number for the M56 reservoirs (Ex. 8776) is a more reasonable estimate. It is possible that the actual UPVC value is even higher in some subzones of the reservoir section, but there are likely also lower

# KIRKLAND & ELLIS LLP

The Honorable Carl J. Barbier
October 17, 2013
Page 3

value zones so that an average property of 12 microsips is the best choice for determining reservoir performance during the blow out."

TREX-011515R.43 (Huffman): ", and further assert that the original value of 12 microsips as an average compressibility for the reservoirs is much more reasonable."

TREX-011515R.75 (Huffman): "The correct UPVC value that should be used for the average reservoir compressibility of the Macondo M56 reservoirs is 12 microsips, which is the same value that BP had been using for their own computations. It is possible that the overall value is even higher."

TREX-011698R.19 (Roegiers): "This implies that one might anticipate large compressibility values, at least at the start of production, as Figure 6 demonstrates."

TREX-011698R.20 (Roegiers): Figure 6 and the accompanying text, "Figure 6 contains type-curves for Gulf of Mexico sandstones, illustrating the formation compressibility as a function of effective stress. A curve for the Macondo reservoir would fall within the zone between friable and unconsolidated sandstone curves. As indicated by the type curves, then, an effective stress of 2,000 psi (as estimated at Macondo) in that zone corresponds to a compressibility range of between 10-40 msips."

On Monday, we reached out to the United States in an attempt to resolve this issue informally, but the United States declined to remove the clearly improper passages from these reports.

We now respectfully request that the Court enforce its Orders — and require the United States to redact these reports as directed before they are offered into evidence.

    Respectfully submitted,

    /s/ J. Andrew Langan, P.C.

    J. Andrew Langan, P.C.

cc (via electronic email):
The Honorable Sally Shushan     Ben Allums
United States MDL Counsel     Mike O'Keefe
Aligned Party Counsel

# Annotated Excerpts from the Expert Report of Dr. Alan Huffman

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

# IN RE: OIL SPILL BY THE OIL RIG MDL NO. 2179 "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

# EXPERT REPORT OF DR. ALAN R. HUFFMAN SUBMITTED ON BEHALF OF THE THE UNITED STATES

This report discusses the expert findings of Dr. Alan R. Huffman relating to the estimation of the size of the M56 reservoir, and the compaction history and geomechanical properties of the M56 reservoirs penetrated by BP Mississippi Canyon 252 #1 well (Macondo prospect).

DATED: June 10, 2013

Signature: Dr. Alan R. Huffman



11515
Exhibit No.
Worldwide Court
Reporters, Inc.

Highly Confidential Per BP

TREX-011515R.0001



My general conclusions are as follows:



**Reservoir Compressibility Experiments**: It is my expert opinion that the core tests performed by Weatherford were done under the wrong conditions and thus cannot be used to assign a reliable UPVC value to the M56D or M56E reservoirs. Since no tests were done for any other zones, those zones also cannot be assessed.



**Report of Dr. Robert Zimmerman**: I have serious questions about the compressibility value generated by Dr. Zimmerman's results as he bases his value on the Weatherford Tests. As I mention above, it is my opinion that the Weatherford Tests cannot be used to generate a reliable UPVC value. It is my expert opinion that BP's original approach after the blowout, where they relied on a value of 12 microsips as the most likely correct value to use as an average UPVC number for the M56 reservoirs, is a more reasonable estimate. It is possible that the actual UPVC value is even higher in some subzones of the reservoir section, but there are likely also lower value zones so that an average property of 12 microsips is the best choice for determining reservoir performance during the blow out.

**Report of Dr. Martin Blunt:** The combination of the use of unreasonably low compressibilities combined with unreasonably low permeabilities suggests to me that the total material balance calculations of Dr. Blunt are underestimating significantly the total amount of oil that was available to flow and that may have been produced from April 20 until the well was finally shut in.

## IV. ANALYSIS OF THE REPORT OF DR. ROBERT ZIMMERMAN

**Basic Methodology and Data Inputs**

Dr. Robert Zimmerman was hired by BP to determine how much the Macondo M56 reservoirs compacted (or consolidated) during the rapid decrease in pore pressure and increase in the effective stress on the reservoirs during the Macondo blow out event by using the results of a series of tests performed by Weatherford Laboratories on a selected set of side well cores from the Macondo well. Dr. Zimmerman concluded from these tests that the compressibility of the M56 reservoirs is 6.35 microsips. I have serious concerns about Dr. Zimmerman's use of and interpretation of the Weatherford core tests based on my expertise in experimental rock mechanics, and also based on my previous analysis of the well log and pressure data in the Macondo well from Phase I of this Trial.

**Opinion Regarding The Actual UPVC For The M56 Reservoir**

In summary, it is my expert opinion based on all of the issues discussed above that the core tests performed by Weatherford cannot be used to assign a reliable UPVC value to the M56D or M56E reservoirs. Since no tests were done for any other zones, those zones also cannot be assessed. As such, this raises serious doubts about the results of Dr. Zimmerman's work because he bases his conclusions about the UPVC value on the Weatherford tests.

==It is my expert opinion that BP's original approach after the blowout where they relied on a value of 12 microsips as the most likely correct value to use as an average UPVC number for the M56 reservoirs (Ex. 8776) is a more reasonable estimate. It is possible that the actual UPVC value is even higher in some subzones of the reservoir section, but there are likely also lower value zones so that an average property of 12 microsips is the best choice for determining reservoir performance during the blow out.==

**Concerns About The Weatherford Laboratory Tests**

The importance reservoir compressibility under changing pressure conditions is well known in the industry (Yale et al, 1993 and Steve Willson, 2008). The purpose of the UPVC test is to determine the geomechanical properties of the reservoir that are needed to compute the amount of porosity change from compaction that will occur as a reservoir is depressurized. This topic is covered at length in the United States' rebuttal expert report of Dr. J.C. Roegiers.

The three tests that were done on the Macondo cores relied on by Dr. Zimmerman are described in detail in the reports of Weatherford's Dr. Ohmyoung Kwon (WFT-MDL-00130933; WFT-MDL-00129171; WFT-MDL-00082902). The goal of the tests was to determine the critical parameters needed to derive the Uniaxial Pore Volume Compressibility (UPVC) of the M56D and M56E reservoirs based on a set of 8 specific Rotary Sidewall Cores (RSWC) that were taken from the Macondo well. While the general principles of these tests are well understood, there are several critical issues that raise serious concerns about whether the tests are valid for estimating properly the UPCV values for the reservoirs in question.

**Reservoir Compressibility**

Without revisiting all of the details of section IV of this report, I simply repeat my opinion that the use of the 6.35 microsip value for the UPVC of the Macondo reservoirs is not correct, and further assert that the original value of 12 microsips as an average compressibility for the reservoirs is much more reasonable.  As such, the 6.35 microsip input to Dr. Blunt's models is also highly questionable and will cause the estimates of total oil flow to be lower than is reasonable.



### 2. Reservoir Compressibility



The correct UPVC value that should be used for the average reservoir compressibility of the Macondo M56 reservoirs is 12 microsips, which is the same value that BP had been using for their own computations. It is possible that the overall value is even higher.

### 3. Reservoir ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Permeability

### 4. Material Balance Calculations

BP's experts attempt to reduce the total mass balance so that the total oil spilled from the Macondo well can be reduced. This computation is based on faulty assumptions for the reservoir volume, permeability and compressibility. Given the fallacy of the assumptions, the final computations for material balance are also lower than is reasonable.

Attached below: Appendices A, B and C

# Annotated Excerpts from the Expert Report of Dr. Jean-Claude Roegiers

# EXPERT REPORT
# U.S. v. BP Exploration & Production, Inc., et al.

## REBUTTAL TO REPORT OF ROBERT W. ZIMMERMAN
## On the Pore Volume Compressibility of the Macondo Reservoir

**Prepared on behalf of the United States by:**

**Jean-Claude Roegiers, Ph.D**
**Norman, Oklahoma**

*Jean-Claude Roegiers*

**June 10, 2013**

11698
Exhibit No.
Worldwide Court
Reporters, Inc.

TREX-011698R.0001

log shows, diameter of the hole increases substantially from 8.5" in diameter to diameters in excess of 10.5," indicating breakout conditions.

Such breakouts can result from shear failure due to the existence of large differential stresses, or can also result from buckling failure due to high circumferential stresses. The reliability of rotary sidewall cores that have been subjected to such stress conditions is suspect.[55]

In addition, incline photos of some of the samples indicate that the surface of the rock has been eroded, indicating that the rock is friable.[56] This further indicates to me that the rock came from the damaged zone.

The Macondo Reservoir was also highly over-pressurized, as indicated from effective stresses (or "net confining stresses") estimated to be on the order of 2,000 psi at depth.[57] This implies that one might anticipate large compressibility values, at least at the start of production, as Figure 6 demonstrates.

---

[55] Yale, P., G.W. Nabor, J.A. Russell, HD. Pham, and M. Yousef, "Application of Variable Formation Compressibility for Improved Reservoir Analysis," 69th Ann. Tech. Exh., Houston, SPE 26647, Oct. 1993.
[56] See WFT-MDL-00039838; WFT-MDL-00039839; WFT-MDL-00039840; WFT-MDL-00039841.
[57] Ex. 3533, BP-HZN-BLY00082887; Ex. 9054; BP-HZN-2179MDL04367671 – 2179MDL04367673.

CONFIDENTIAL PER BP

TREX-011698R.0019

**FIGURE 6. Formation Compressibility as a Function of Effective Stress.**



Figure modified from Yale, et al., 1993.

Figure 6 contains type-curves for Gulf of Mexico sandstones, illustrating the formation compressibility as a function of effective stress. A curve for the Macondo reservoir would fall within the zone between friable and unconsolidiated sandstone curves.[58] As indicated by the type curves, then, an effective stress of 2,000 psi (as estimated at Macondo) in that zone corresponds to a compressibility range of between 10-40 μsips.

4. Drilling damage and mud invasion impact quality of test results

Another issue affecting the reliability of a sidewall rotary core sample is the potential damage induced by the coring itself. Specifically, upon cutting the sidewall core, there is an instantaneous differential relaxation. When the core is liberated from the reservoir rock, and also from the downhole stresses, it instantaneously expands differentially as a function of the stress differential the core has been subjected to at depth (difference between overburden, minimum horizontal, and maximum horizontal stresses).[59] This three-dimensional expansion is due to the relaxation of inherent microcracks and the data interpretation can provide the

---

[58] Ex. 8787 ("Wellsite Procedures, Draft – 3/01/10, for BP Macondo Prospect, Friable to Unconsolidated Rotary Sidewall Cores") ("As the cores might be friable enough to be considered unconsolidated..."). Incline photos taken of some of the samples indicate that the surface of the rock has eroded, indicating that the rock is friable. See WFT-MDL-00039838; WFT-MDL-00039839; WFT-MDL-00039840; WFT-MDL-00039841.

[59] Voight, B., "Determination of the Virgin State of Stress in the Vicinity of a Borehole from Measurements of a Partial Anelastic Strain Tensor in Drill Cores," Felsmech. Ingenieurgeol., vol. 6, 1968.