# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL NO. 2179 |
| | : | SECTION: J |
| This Document Relates To: 10-02993; 10-01499; 10-03166; 10 -01250; 10-04489, 10-01857; 10-01324; 10-01308; 10-01764; 10-01721; 10-01613; 10-02640; 10-01341; 10-4188; 10-01315; 10-01422; 10-03164; 10-03174; 10-01229; 10-03244; 10-01540; 10-01726; 10-01541; 10-03169; 10-01767; 10-01573; 10-01615; 10-01519; 10-01322; 10-1348; 10-01515; 10-01445; 10-01339;  10-03246; 10-01338; 10-02645; 10-01246; 10-01482; 10-01539; 10-01344; 10-01462; 10-02653; 10-01249; 10-01747; 10-01196; 10-01836; 10-03168; 10-04427; 10-01345; 10-02654; 10-03173; 10-03172; 10-01245; 10-02996; 10-02997; 10-03262; 10-02683; 10-02682; 10-03176; 10-03171; 10-03170; 10-03076; 10-01313; 10-02655; 10-01574; 10-04429; 10-01411; 10-01620; 10-01502; 10-01438; 10-01314; 10-01248; 10-01295; 10-01156; 10-01484; 10-01452; 10-02673; 10-03256; 10-03163; 10-01571; 10-02995; 10-01611; 10-01332; 10-01332; 10-01489; 10-01352; 10-01507; 10-03165; 10-03260; 10-01273; 10-01841; 10-02643; 10-01243 | : : : : : : : : : : : : : : : : : : : : : : : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# **O R D E R**

Considering the Ex Parte Motion to Withdraw Counsel filed by defendants, BP Exploration and Production Inc., BP America Production Company, BP America Inc., BP Products North America Inc., BP Company North America Inc., and BP Corporation North America Inc. and for all of the reasons stated therein, it is

-2-

ORDERED that John T. Hickey Jr., of the law firm of Kirkland and Ellis LLP be withdrawn as counsel for defendants, BP Exploration and Production Inc., BP America Production Company, BP America Inc., BP Products North America Inc., BP Company North America Inc., and BP Corporation North America Inc..

New Orleans, Louisiana, this _____ day of October, 2013.

_____
DISTRICT JUDGE