**From:** Mary Olive Pierson
**Sent:** Wednesday, September 25, 2013 12:35 PM
**To:** 'Greg Paw'
**Subject:** RE: Special Master Production to Christine Reitano - 9/24/13 - Email 1 of 2

Mr. Paw:



Also, I am curious about the basis for the "attorney client privilege and the work product privilege" asserted at the bottom of the notes of the Odom and Mancuso interviews. Who is the client with the privilege?

Mary Olive Pierson

P.O. Box 14647 (70898)

8702 Jefferson Highway, Suite B

Baton Rouge, LA 70809

Office: (225) 927-6765

**EMAIL #1**


EXHIBIT C

On Sep 26, 2013, at 4:53 PM, "Greg Paw" <paw@freehgroup.com> wrote:

Dear Ms. Pierson –



Finally, you asked about the basis for the "attorney client privilege and the work product privilege" asserted at the bottom of the interview notes for Mr. Odom and Ms. Mancuso, and asked who the client is with the privilege. Our investigation was conducted at the direction of the Special Master, who is an attorney. Several attorneys, including myself, were involved in the interview and reporting process. We maintain a privilege to these work papers, which are appropriately marked so as to maintain confidentiality.

Please feel free to contact me should you have any further questions or require any further information.

Regards,

Greg

Gregory A. Paw
Counsel to Special Master Louis J. Freeh
paw@freehgroup.com
267-421-7033

**EMAIL #2**

**EMAIL #3**

On Thu, Sep 26, 2013 at 6:11 PM, Mary Olive Pierson <mop@mopslaw.com> wrote:

Last item first: you mention a lot of lawyers but you have not identified the client with your asserted. "Attorney client" privilege. Who is it?

Sent from my iPhone

**EMAIL #4**

| | |
|---|---|
| From: | Greg Paw <paw@freehgroup.com> |
| Sent: | Thursday, September 26, 2013 6:51 PM |
| To: | Mary Olive Pierson |
| Cc: | Marie Tremont |
| Subject: | Re: Special Master Production to Christine Reitano - 9/24/13 - Email 1 of 2 |

Dear Ms. Pierson --

While I thought this point was clear from my message of earlier today, please note that our client is the Special Master. If I can provide any further information to you, please let me know.

Regards,

Greg