UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

### CHRISTINE REITANO'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, INSUFFICIENT SERVICE OF PROCESS, AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED

**NOW INTO COURT**, through undersigned counsel, comes Christine Reitano, who, reserving all rights and defenses, appears solely for the purpose of filing the following Motions:

1) Federal Rule of Civil Procedure 12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction based on the fact that there is no case of controversy pending before the Court involving Ms. Reitano;

2) Federal Rule of Civil Procedure 12(b)(5) Motion to Dismiss for Insufficient Service of Process based on the fact that Ms. Reitano is not a party to these proceedings and has never been served with a Complaint, the Special Master's Report or this Court's September 6, 2013 Rule to Show Cause Order; and

3) Federal Rule of Civil Procedure 12(b)(6) Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted based on the fact that the sole justification asserted for disqualifying Ms. Reitano from representing future and unidentified CSSP clients is the unclean hands doctrine. That doctrine is inapplicable as a matter of law.

The factual and legal bases for each of these Motions is set forth in the accompanying Memorandum.

WHEREFORE, Christine Reitano respectfully requests that this Court grant her Motions to Dismiss for Lack of Subject Matter Jurisdiction, Insufficient Service of Process and Failure to State a Claim Upon Which Relief Can Be Granted.

Respectfully submitted,

**/s/ Mary Olive Pierson**
Mary Olive Pierson (La. Bar #11004)
8702 Jefferson Highway – Suite B (70809)
Post Office Box 14647
Baton Rouge, Louisiana 70898
Telephone: (225) 927-6765
Fax: (225) 927-6775
mop@mopslaw.com

*Attorney for Christine Reitano*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 17th day of October, 2013.

**Mary Olive Pierson**
/s/ Mary Olive Pierson

2