IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to Civil Action No. 12-970 | * * * | HONORABLE CARL J. BARBIER |
| | * * * * * | MAGISTRATE JUDGE SHUSHAN |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

The Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his capacity as Claims Administrator and Trustee, move this Honorable Court to enroll J. David Forsyth (La. Bar. No. 5719) of Sessions, Fishman, Nathan & Israel, L.L.C., as additional counsel of record for the Deepwater Horizon Court Supervised Settlement Program and Mr. Juneau.  Mr. Mr. Forsyth is admitted to practice in the State of Louisiana and in this Honorable Court.

**WHEREFORE**, the Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, pray that the foregoing Motion to Enroll as Additional Counsel be granted and that J. David Forsyth be allowed to enroll as additional counsel of record for the Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau, in his capacity as Claims Administrator and Trustee.

Respectfully submitted,

*/s/ Gina Palermo*
Richard C. Stanley (La. Bar No. 8487)
Gina M. Palermo (La. Bar No. 33307)
STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, LA  70112
Telephone:  (504) 523-1580
rcs@stanleyreuter.com
gmp@stanleyreuter.com

-and-

J. David Forsyth (La. Bar. No. 5719)
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
201 St. Charles Avenue, Suite 3815
New Orleans, LA  70170
Telephone:  (504) 582-1521
Facsimile:  (504) 582-1555
jdf@sessions-law.com

Attorneys for Patrick A. Juneau, as Claims Administrator

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2013, I electronically filed the foregoing Motion to Enroll as Additional Counsel of Record by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/J. David Forsyth*
J. David Forsyth