UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL by the OIL RIG        *        MDL No. 2179
"DEEPWATER HORIZON" in the GULF        *
OF MEXICO, on APRIL 20, 2010           *        SECTION J
                                       *
This Document Relates to:  13-cv-6015  *        JUDGE BARBIER
                                       *        MAGISTRATE SHUSHAN
                                       *
* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS PURSUANT TO F.R. CIV. P. 12(b)(6)

NOW INTO COURT, through his undersigned counsel, comes Patrick A. Juneau (the

"Claims Administrator"), as claims administrator of  the "Deep Water Horizon Economic Claims

Center" (the term used by the plaintiff, Naussera N. Zadeh), who moves, pursuant to F.R. Civ. P.

12(b)(6), to dismiss the complaint filed by the plaintiff in Adversary Proceeding No. 12-00771

on the docket of the United States Bankruptcy Court for the Middle District of Florida, Tampa

Division, which was  transferred to this Court as a "tag along" case now bearing Civil Action

No. 13-6015 on this Court's docket, by the October 2, 2013 Transfer Order issued by the United

States Judicial Panel on Multi District Litigation, for the reasons expressed in the accompanying

Memorandum.

WHEREFORE, the Claims Administrator prays that this motion be granted and that this

civil action be dismissed insofar as it is brought against the Claims Administrator, with

prejudice.

Respectfully submitted,

_/s/ Gina M. Palermo_____
Richard C. Stanley (La. Bar No. 8487)
Gina M. Palermo (La. Bar No. 33307)
STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, LA  70112
Telephone:  (504) 523-1580
rcs@stanleyreuter.com
gmp@stanleyreuter.com

-and-

J. David Forsyth (La. Bar. No. 5719)
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
201 St. Charles Avenue, Suite 3815
New Orleans, LA  70170
Telephone:  (504) 582-1521
Facsimile:  (504) 582-1555
jdf@sessions-law.com

Attorneys for Patrick A. Juneau, as Claims Administrator

## CERTIFICATE OF SERVICE

I hereby certify that on October 17th, 2013, the above and foregoing pleading has been served on All Counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and was also served  by United States mail on:

Mr. Naussera N. Zadeh
428 Pasaje Avenue
Tarpon Springs, FL  34689

_____/s/ Gina M. Palermo_

{00243357-1}