UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | MDL NO.     2179 |
| | NUMBER: |
| This Document relates to: 2:13-cv-1758 | SECTION:    J |
| | JUDGE:  BARBIER |
| | MAGISTRATE:  SHUSHAN |

### MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS M-I, LLC, CAMERON INTERNATIONAL CORPORATION, ANADARKO E&P LP, ANADARKO PETROLEUM CORPORATION, MOEX OFFSHORE 2007, LLC, MOEX USA CORPORATION

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Fire Protection Services, Inc., who respectfully requests the Court grant an extension of time in which to serve Defendants M-I, LLC, Cameron International Corporation, Anadarko E&P LP, Anadarko Petroleum Corporation, Moex Offshore 2007, LLC, and Moex USA Corporation with the Complaint.

1.

Plaintiff filed its Complaint on April 19, 2013 in the United States District Court, Eastern District of Louisiana. This case was assigned to this Honorable Court on April 26, 2013. On April 23, 2013, a Motion to Transfer was filed with the Judicial Panel for Multidistrict Litigation by Daniel Becnel. The Motion to Transfer included Fire Protection Services Inc. v. BP et al. Case MDL no. 2457, document no. 1. On May 20, 2013, this Honorable Court issued an Order Regarding New Related Cases Pending Consolidation, which stated that deadlines in the New Related Cases in this section are suspended until further order pending the consolidation of those

cases with this multidistrict litigation. Case 2:10-md-02179, document no. 10194. The Motion to Transfer which proposed that this action be transferred to the Southern District of Mississippi into MDL 2457 was denied by the Judicial Panel for Multidistrict Litigation August 9, 2013. Case MDL 2457, document no. 74.

**2.**

Plaintiff has been unable to effect service on M-I, LLC, Cameron International Corporation, Anadarko E&P LP, Anadarko Petroleum Corporation, Moex Offshore 2007, LLC, and Moex USA Corporation. Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, counsel for Plaintiff has forwarded to Defendants the Complaint, Notice of a Lawsuit and Request to Waive Service of Summons, two copies of a Waiver of Service and appropriate prepaid means for returning the Waiver of Service to Plaintiffs' counsel on September 13, 2013. Plaintiff has not yet received the executed Waiver of Service.

**3.**

As an extension of time to serve will not result in undue prejudice to any party, Plaintiff requests an additional 90 days from the date of the resulting Order to serve M-I, LLC, Cameron International Corporation, Anadarko E&P LP, Anadarko Petroleum Corporation, Moex Offshore 2007, LLC, and Moex USA Corporation.

**WHEREFORE,** Plaintiff, through undersigned counsel, moves this Court to extend the time in which to serve the Complaint on M-I, LLC, Cameron International Corporation, Anadarko E&P LP, Anadarko Petroleum Corporation, Moex Offshore 2007, LLC, and Moex USA Corporation for 90 days from the date of the resulting Order.

Respectfully, submitted,

*/s/ Bonnie A. Kendrick*
**STUART H. SMITH (17805)**
Email: ssmith@smithstag.com
**MICHAEL G. STAG (23314)**
Email: mstag@smithstag.com
**BONNIE A. KENDRICK (31806)**
Email: bkendrick@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

*/s/ Kelly B. Stewart*
**KELLY B. STEWART (492132)**
Email: kstewart@krupnicklaw.com
The Law Offices of Krupnick, Campbell, et al
12 Southeast 7th Street- #801
Fort Lauderdale, Florida 33301
Telephone: (954) 763-8181 #8619
Facsimile: (954) 763-8292
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion for Extension of Time has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2179, on this 17th day of October, 2013.

    */s/ Bonnie A. Kendrick*_____
**STUART H. SMITH (17805)**
Email: ssmith@smithstag.com
**MICHAEL G. STAG (23314)**
Email: mstag@smithstag.com
**BONNIE A. KENDRICK (31806)**
Email: bkendrick@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

*/s/ Kelly B. Stewart*_____
**KELLY B. STEWART (492132)**
Email: kstewart@krupnicklaw.com
The Law Offices of Krupnick, Campbell, et al
12 Southeast 7th Street- #801
Fort Lauderdale, Florida 33301
Telephone: (954) 763-8181 #8619
Facsimile: (954) 763-8292
*Attorneys for Plaintiffs*