UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | MDL NO.     2179<br><br>NUMBER: |
| This Document relates to: 2:13-cv-1758 | SECTION:   J |
| | JUDGE:  BARBIER |
| | MAGISTRATE:  SHUSHAN |

## ORDER

Considering the foregoing *Motion for Extension of Time to Serve Defendants M-I, LLC, Cameron International Corporation, Anadarko E&P LP, Anadarko Petroleum Corporation, Moex Offshore 2007, LLC, and Moex USA Corporation* ("Motion"),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is hereby GRANTED and that the time within which Plaintiff has to serve the Complaint is 90 days from the date of this Order.

New Orleans, Louisiana this _____ day of _____, 2013.

_____
**JUDGE, Eastern District of Louisiana**