Minute Entry
Barbier, J.
OCTOBER 15, 2013
JS 10: 7 hr. 55 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG<br>DEEPWATER HORIZON IN THE GULF<br>OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION<br>OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J(1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

CASE MANAGER:                                COURT REPORTER:
STEPHANIE KALL                               SUSAN ZIELIE (AM)
                                             CATHY PEPPER (PM)

PHASE TWO  NON-JURY TRIAL
(QUANTIFICATION)
(Day nine)

TUESDAY, OCTOBER 15, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Case resumes.

US offers lists of exhibits/demonstratives regarding exams of Mohan Kelkar and Mehran Pooladi-Darvish: ORDERED admitted. (see attached)

Witness: Curtis Whitson, sworn and testified. (Expert)

Motion by US for partial summary judgment as to the inclusion of dissolved oil in the calculation of the statutory maximum penalty, doc #[10752], and Motion in limine to preclude opinion testimony of Curtis Whitson as to pure question of law, doc #[11056]: ORDERED ruling reserved.

BP offers expert report of Dr. Curtis Whitson, Trex 11496: ORDERED admitted.

Witness: Jaime Loos, by video deposition
        Robert Zimmerman, sworn and testified. (Expert)

BP offers expert report of Robert Zimmerman, Trex 011497: ORDERED admitted.

BP offers flash drive and transcript of video deposition excerpt of Jaime Loos, shown in court on 10/15/13: ORDERED admitted.

Witness: Alain Gringarten, sworn and testified. (Expert)

BP offers expert report of Alain Gringarten, Trex 11696R: ORDERED admitted.

Court recesses at 6:18 p.m.

Court will resume on Wednesday, OCTOBER 16, 2013 at 8:00 a.m.

Appearances on various days throughout the trial:
Anadarko: Deb Kuchler, W. Anthony Fitch, Ky Kirby
BP:   Mike Brock, Hariklia (Carrie) Karis, Matt Regan, Barry Fields, Paul Collier, Martin Boles, Don Haycraft, J. Andrew Langan, Robert Gasaway, Joseph Eisert, Bridget O'Conner
USA:  Thomas Benson, Scott Cernich, A. Nathaniel Chakeres, Anna Cross, Bethany Engel, Stephen Flynn, Richard Gladstein, Judy Harvey, Sarah Himmelhoch, Steven O'Rourke
PSC:  Brian Barr, Robin Greenwald, Matt Lundy, Frank Petosa, Steve Herman, Jim Roy, Anthony Irpino
Louisiana:  James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Henry Dart
Alabama: Corey L. Maze, Winfield Sinclair
Halliburton:  Don Godwin, Prescott Smith, Sean Fleming, Gwen Richard, Alan York, Jenny Martinez, Bruce Bowman
Transocean: Brad Brian, Luis Li, Mike Doyen, Kerry Miller, Steven Roberts, Grant Davis-Denny, Allen Katz