# UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF MOHAN KELKAR

The United States offers the following documents it used during its October 9, 2013 examination of Mohan Kelkar into evidence:

Admitted 10-15-13 SK

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D-21651 | Dr. Mohan Kelkar - Professional Qualifications (Source: TREX-011549R) |
| D-21652 | Dr. Mohan Kelkar - Selected Professional Honors (TREX-011549R) |
| TREX-011549R | Expert Report, Rate Prediction from the Macondo Well, Prepared on Behalf of the United States, Prepared by Mohan Kelkar, March 22, 2013 marked as CONFIDENTIAL; 109 pages |
| TREX-011550R | Rebuttal Expert Report, Rate Prediction from the Macondo Well, Prepared on Behalf of the United States, Prepared by Mohan Kelkar, June 10, 2013 marked as CONFIDENTIAL; 46 pages |
| D-21653 | Summary of Opinions (Source: TREX-0011549R) |
| D-21601 | Reservoir (Source: TREX-0130931, TREX-011549R, TREX-011550R) |
| D-21654 | Material Balance Analysis (Source: TREX-011549R, TREX-130931) |
| D-21656 | Material Balance Equations (Source: TREX-011549R, TREX-130931) |
| D-21657 | Material Balance Analysis - Inputs (Source: TREX -011549R, TREX-011550R, TREX-008771, TREX-008774, TREX-008772, TREX-008770, TREX-008775, TREX-008776, TREX-008777, TREX-010841,TREX-009324, TREX-009320, TREX-005246, TREX-009732, TREX-009767, TREX-007401, TREX-003533, TREX-011137, TREX-011138, Hsieh Deposition) |
| D-21658 | Material Balance Analysis - Original Oil in Place (TREX-011549R, TREX-005246, TREX-003533, TREX-009732, TREX-009767) |
| TREX-005246 | E-mail chain, top e-mail, from Mr. Peijs to Mr. Thorseth, 17 pages |
| TREX-005246.2 | Page 2 of TREX-005246 |
| TREX-005246.16.1.US | Callout of TREX-005246 |
| TREX-009732 | E-mail from Ms. Baker to Mr. Ammerman, et al., dated 6/11/2010, Subject: FW: Black Oil Tables from EoS for All Temps |

## UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF MOHAN KELKAR

*Admitted 10-15-13 SK*

|  |  |
|---|---|
|  | 11June2010.xls |
| TREX-009732.1.1.US | Callout of TREX-009732 |
| TREX-009732.11, 12.1.US | Callout of TREX-009732 |
| D-21659 | Dr. Blunt's Original Oil in Place Analysis is Faulty (Source: TREX-0115449R, TREX-011550R) |
| D-21660 | Dr. Blunt's Original Oil in Place Analysis is Faulty (Source: TREX-0115449R, TREX-011550R, TREX-011553R, TREX-011496, TREX-007401) |
| TREX-007401 | Report, Summary and Conclusions Deepwater Horizon Incident, BP |
| TREX-007401.30.1.US | Callout of TREX-007401 |
| D-21661 | Material Balance Analysis - Compressibility (Source: TREX-011549R, TREX-011550R, TREX-009732, TREX-010841, TREX-008771, TREX-008774, TREX-008772, TREX-008770, TREX-8775, TREX-8776, TREX-8777, TREX-10841, TREX-9324, TREX-9320, Hsieh Deposition |
| D-21600 | BP's Decision to Use 12 Microsips as "Most Likely" Pore Volume Compressibility (source: TREX-008771, TREX-008774, TREX-008772, TREX-008770, TREX-008775, TREX-008776, TREX-008777, TREX-010841, TREX-009324, TREX-009320, TREX-008639) |
| TREX-008771 | E-mail from Ms. McAughan to Mr. Willson, dated Jul 06, 2010 |
| TREX-008771.1.1.US | Callout of TREX-008771 |
| TREX-008774 | E-mail string, top e-mail from Mr. Willson to Mr. Schott, et al., dated Jul 6, 2010; Subject: RE: Macondo PVC |
| TREX-008774.1.1.US | Callout of TREX-008774 |
| TREX-008774.1.2.US | Callout of TREX-008774 |
| TREX-008772 | E-mail string, top e-mail from Ms. McAughan to Mr. Schott, dated Jul 06, 2010 |
| TREX-008772.1.1.US | Callout of TREX-008772 |
| TREX-008770 | E-mail string, top e-mail from Ms. Kurtz to Ms. McAughan, dated Jul 06, 2010, 11 pages |

UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF MOHAN KELKAR

*Admitted 10-15-13 SK*

| | |
|---|---|
| TREX-008770.1.1.US | Callout of TREX-008770 |
| TREX-008775 | E-mail from Mr. Willson to Mr. Merrill, et al., dated Jul 07, 2010, three pages |
| TREX-008775.1.1.US | Callout of TREX-008775 |
| TREX-008776 | E-mail string, top e-mail from Mr. Merrill to Mr. Willson, et al., dated Jul 07, 2010 |
| TREX-008776.1.1.US | Callout of TREX-008776 |
| TREX-008777 | E-mail string, top e-mail from Ms. McAughan to Ms. Harris, et al., dated Jul 08, 2010 |
| TREX-008777.1.1.US | Callout of TREX-008777 |
| TREX-010841 | BP Reservoir Pressure Response, dated 8-July-2010 |
| TREX-010841.22.1.US | Callout of TREX-010841 |
| TREX-010841.23.1.US | Callout of TREX-010841 |
| TREX-009324 | E-mail - From: Kate Baker; To: Marjorie Tatro; Subject: RE: today's presentation |
| TREX-009324.1.1.US | Callout of TREX-009324 |
| TREX-009324.3 | Page 3 of TREX-009324 |
| TREX-009324.16 | Page 16 of TREX-009324 |
| TREX-009324.17.1.US | Callout of TREX-009324 |
| TREX-009320 | E-mail chain, top e-mail from Mr. Liao to Mr. Mix, dated Jul 15, 2010 |
| TREX-009320.1.1.US | Callout of TREX-009320 |
| TREX-009320.17.1.US | Callout of TREX-009320 |
| TREX-009320.25.1.US | Callout of TREX-009320 |
| D-21663 | Dr. Blunt's Ignores Uncertainty in Compressiblity Value (Source: TREX-011553R, TREX-011550R) |
| D-21664 | Material Balance Analysis - Pressure Drop (Source: TREX-011549R, |

UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF MOHAN KELKAR

*admitted 10-15-13 SK*

| | |
|---|---|
| | TREX-011550R, TREX-03533) |
| D-21665 | Dr. Blunt's Final Reservoir Pressure is Incorrect (Source: TREX-011550R, TREX-011553R) |
| D-21666 | Comparison of Kelkar, Gringarten, Blunt Final Reservoir Pressures (Source: TREX-011549R, TREX-011550R, TREX-011553R, TREX-011696R) |
| D-21668 | Material Balance Analysis - Cumulative Oil Released (Source: TREX-011549R, TREX-011550R) |
| D-21669 | Material Balance Analysis - Sensitivities (Source: TREX-011549R, TREX-011550R, TREX-011553R, TREX-011696R, TREX-011496, TREX-011491R, TREX-011490R) |
| D-21670 | Material Balance Analysis - Sensitivities (Source: TREX-011549R, TREX-011550R, TREX-010841, TREX-009324, TREX-011553R, TREX-011696) |
| D-21671 | Material Balance Analysis - Pros and Cons (Source: TREX-011549R, TREX-011550R) |
| D-21672 | Final Day Flow Rate Calculation (Source: TREX-011549R, TREX-011550R) |
| D-21675 | Criticisms of Dr. Gringarten - Convoluton Analysis (Source: TREX-011549R, TREX-011550R, TREX-011696R) |
| D-21676 | Criticisms of Dr. Gringarten - Convoluton Analysis (Source: TREX-011549R, TREX-011550R, TREX-011696R) |
| D-21678 | Summary of Opinions (Source: TREX-0011549R, TREX-011550R) |

# UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF MEHRAN POOLADI-DARVISH

The United States offers the following documents it used during its October 9, 2013 examination of Mehran Pooladi-Darvish into evidence:

*admitted 10-15-13 SK*

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| TREX-011653 | Expert Report of Mehran Pooladi-Darvish, 326 pages |
| TREX-011654R | Rebuttal Expert Report of Mehran Pooladi-Darvish, 160 pages |
| D-21810 | Professional Background (Source: TREX-011653.319-326) |
| D-21811 | Roadmap - Overview (Source: TREX-011653, TREX-011654R) |
| D-21812 | Overview (TREX-011653.003, TREX-011654R.0009) |
| D-21815 | Roadmap (Source: TREX-0011653, TREX-011654R) |
| D-21818 | Collection Rates (Source: TREX-009469, TREX-009471, TREX-009490, TREX-010443) |
| D-21825 | Analytical Method (Source: TREX-011653.0093) |
| D-21826 | Roadmap (Source: TREX-011653, TREX-011654R) |
| D-21829 | Example of Tubing Performance (TPC) and Inflow Performance Relation (IPR) Curves (Source: TREX-011653.0013) |
| D-21830 | Reservoir: Inflow Performance Relation (IPR) Curves (Source: TREX-011653.0127) |
| D-21831 | Uncertainty; Wellbore & BOP: Tubing Performance Curve (TPC) (Source: TREX-011653.0129) |
| D-21832 | Total of 25 Cases (Source: TREX-011653.0125) |
| D-21834 | Permeability (TREX-003533.0035) |
| D-21833 | Permeability (Source: TREX-003533.0014, TREX-009845, TREX-011527.0064) |
| D-21836 | Roadmap (Source: TREX-011653, TREX-011654R) |
| D-21837 | Numerical Method (Source: TREX-011653.0176) |

## UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF MEHRAN POOLADI-DARVISH

admitted 10-15-13 SK

| | |
|---|---|
| D-21838 | Numerical Method (Source: TREX-011653.0196) |
| D-21839A | History Matching of Shut-in Pressures (Source: TREX-011654R.0035, TREX-011654R.0064) |
| D-21840A | History Matching of Shut-in Pressures (Source: TREX-011654R.0035, TREX-011654R.0064) |
| D-21841 | Checking Against Collection Rates (Source: TREX-011653.0254) |
| D-21842 | Checking Against Collection Rates (Source: TREX-011653.0254) |
| D-21843 | Results (Source: TREX-011653.0005, TREX-011654R.0008) |
| D-21847 | Roadmap (Source: TREX-011653, TREX-011654R) |
| D-21848A | What-if (BOP) Cases (TREX-011653.0026-.0027, TREX-011654R.0035) |
| D-21849 | Roadmap – Rebuttal Cases (Source: TREX-011653, TREX-011654R) |
| D-21850 | Rebuttal Cases (Source: TREX-011654R.0011) |
| D-21851 | Rebuttal Cases (Source: TREX-011654R.0011) |
| D-21852A | Johnson Model Irregularities (Source: TREX-011654R.0132, TREX-011654R.0035) |
| D-21854 | Rebuttal Cases (Source: TREX-011654R.0011) |
| D-21856 | Criticism of Dr. Blunt's Report (Source: TREX-011654R.0009, .0013) |
| D-21857 | Criticism of Dr. Gringarten's Report (Source: TREX-011654R.0009, .0024) |

(2)