# Designation Run Report

# Loos BP Q 9-30

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  OCT 15 2013

WILLIAM W. BLEVINS
CLERK

Loos, Jaime 09-20-2012

Our Designations  00:02:09

Total Time  00:02:09



| Page/Line | Source | ID |
|---|---|---|
| | **V70-Loos BP Q 9-30** | |
| 18:2 - 18:21 | **Loos, Jaime 09-20-2012 (00:00:29)**<br>18:2   Q. What's your current job title at<br>18:3 Weatherford?<br>18:4   A. Director of project management<br>18:5 and administration.<br>18:6   Q. How long have you been in that<br>18:7 position?<br>18:8   A. Just for the last year with the<br>18:9 administration side, director of project<br>18:10 management for the last four.<br>18:11   Q. So you were a director of<br>18:12 project management at the time of the Macondo<br>18:13 project?<br>18:14   A. That's correct.<br>18:15   Q. Okay.  What does that position<br>18:16 entail, the director of -- not your current<br>18:17 position.  The director of project manager<br>18:18 position.<br>18:19   A. I'm responsible for the team of<br>18:20 project managers and oversee the projects<br>18:21 that they're responsible for. | V70.1 |
| 22:7 - 22:13 | **Loos, Jaime 09-20-2012 (00:00:16)**<br>22:7 Tell me about what Weatherford<br>22:8 does generally speaking.<br>22:9   A. We do core analysis.  So we<br>22:10 perform a number of different tests to help<br>22:11 better understand what type of oil, how much,<br>22:12 how to get it out, the characteristics of the<br>22:13 rock in different formations. | V70.2 |
| 199:16 - 199:25 | **Loos, Jaime 09-20-2012 (00:00:18)**<br>199:16   Q. (BY MR. BEFFA)  Do you believe<br>199:17 that the tests run by Weatherford on the<br>199:18 Macondo cores produced accurate and reliable<br>199:19 results?<br>199:20   A. Yes.<br>199:21   Q. Sitting here today, do you have<br>199:22 any reason to believe that any of the test<br>199:23 results reported by Weatherford in its final<br>199:24 reports are inaccurate?<br>199:25   A. No. | V70.3 |

| Page/Line | Source | ID |
|---|---|---|
| | **V70-Loos BP Q 9-30** | |
| 220:11 - 220:18 | **Loos, Jaime 09-20-2012 (00:00:25)**<br>220:11  Q. Does Weatherford have experience<br>220:12 running uniaxial pore volume compressibility<br>220:13 tests on rotary sidewall cores?<br>220:14  A. Yes, it's a common test.<br>220:15  Q. Do you consider the results of<br>220:16 uniaxial pore volume compressibility tests on<br>220:17 rotary sidewall cores to be reliable?<br>220:18  A. Yes. | V70.4 |
| 221:5 - 221:11 | **Loos, Jaime 09-20-2012 (00:00:15)**<br>221:5   Are you aware of any better way<br>221:6 to understand the uniaxial pore volume<br>221:7 compressibility of a reservoir rock other<br>221:8 than to run Weatherford's uniaxial pore<br>221:9 volume compressibility tests on available<br>221:10 cores?<br>221:11  A. No. | V70.5 |
| 143:5 - 143:6 | **Loos, Jaime 09-20-2012 (00:00:04)**<br>143:5  Q. (BY MS. ENGEL) Is it unusual to<br>143:6 run PVC testing on rotary sidewall plugs? | V70.6 |
| 143:8 - 143:16 | **Loos, Jaime 09-20-2012 (00:00:19)**<br>143:8  A. No.<br>143:9  Q. (BY MS. ENGEL) Is that a<br>143:10 standard test that's typically run by<br>143:11 Weatherford on rotary cores?<br>143:12  A. Again, we -- we perform tests<br>143:13 when clients request it.  A rotary sample can<br>143:14 be a -- a very suitable sample for this type<br>143:15 of testing.  So it's an option.  It's not<br>143:16 uncommon for us to do it. | V70.7 |

Our Designations = 00:02:09  
**Total Time = 00:02:09**