# BP - Exhibits for WHITSON

BP offers the following documents it used during its examination of Dr. Curtis Whitson into evidence:

admitted 10-16-13 *SK*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-23968 | PERA Clients |
| D-23974 | Professor Curtis Whitson: Publications |
| D-23987-1A | Shrinkage Factors from 100 Barrels of Reservoir Fluid |
| D-23988 | Prof. Whitson's Ocean-Separator Model |
| D-24584 | PERA |
| D-24586 | Why is EOS Model Needed? |
| D-24589A | EOS Models Compared to Lab Data for Single Stage |
| D-24590A | EOS Models Compared to Lab Data for Four Stage |
| D-24591 | Macondo Laboratory Tests |
| D-24595 | Key Deficiency in Dr. Zick's EOS Model Predictions |
| D-24604 | Summary of Dr. Whitson's Opinions |
| TREX-008583 | Email from J. LeBlanc - K. McAughan et al. re 36126-53 PVT Study |
| TREX-008583.1.1.BP | Callout of TREX-008583 |
| TREX-008583.3 | Page of TREX-008583 |
| TREX-008584 | Email from J. LeBlanc - K. McAughan re Macondo PVT for 36126-19 |
| TREX-008584.3 | Page of TREX-008584 |
| TREX-009734 | Email from E. Shtepani - Y. Wang et al. re MST report |
| TREX-009734.20 | Page of TREX-009734 |
| TREX-011496 | Expert Report of Curtis Hays Whitson, PhD, May 1, 2013 |
| TREX-011496.1 | Page of TREX-011496 |
| TREX-011496.180 | Page of TREX-011496 |
| TREX-011496.180.1.BP | Callout of TREX-011496 |
| TREX-011496.19.1.BP | Callout of TREX-011496 |
| TREX-011574N | Chemical data quantify Deepwater Horizon hydrocarbon flow rate and environmental distribution |
| TREX-011574N.4.2.BP | Callout of TREX-011574N |
| TREX-011575 | Schlumberger Fluid Analysis on Macondo Samples, Reservoir Sample Analysis Report Prepared for Ms. Kelly McAughan and Dr. Yun Wang |
| TREX-011575.1 | Page of TREX-011575 |
| TREX-144128 | T B Ryerson, R Camilli, J D Kessler, E B Kujawinski, C M Reddy, D L Valentine, E Atlas, D R Blake, J de Gouw, S Meinardi, D D Parish, J Peischi, J S Seewald and C Warneke, "Chemical data quantify Deepwater Horizon hydrocarbon flow rate and environmental distribution," Proceedings of the National Academy of Sciences 109(50) 20246–20253 (2012). |
| TREX-144128.1 | Page of TREX-144128 |

**UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE CROSS-EXAMINATION OF CURTIS WHITSON**

The United States offers the following documents it used during its October 15, 2013 cross-examination of Curtis Whitson into evidence:

*Admitted 10-16-13 SK*

| Exhibit/Demonstrative/Callout Number | Description |
| --- | --- |
| TREX-011496.18.1.US | callout of TREX-011496 |
| TREX-011496.23.1.US | callout of TREX-011496 |
| TREX-011574N | Article titled Chemical data quantify Deepwater Horizon hydrocarbon flow rate and environmental distribution; eight pages |
| TREX-011574N.6.1.US | callout of TREX-011574N |
| TREX-011574N.6.2.US | callout of TREX-011574N |