Minute Entry
Barbier, J.
OCTOBER 17, 2013
JS 10: 8 hr. 28 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J(1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| | |
|---|---|
| CASE MANAGER:<br>STEPHANIE KALL | COURT REPORTER:<br>SUSAN ZIELIE (AM)<br>TONI TUSA (PM) |

PHASE TWO  NON-JURY TRIAL
(QUANTIFICATION)
(Day eleven)

THURSDAY, OCTOBER 17, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Case resumes.

BP offers list of exhibits/demonstratives regarding exam of Robert Zimmerman : ORDERED admitted. (see attached)

US offers lists of exhibits/demonstratives regarding exams of Robert Merrill, Alain Gringarten, and Robert Zimmerman: ORDERED admitted. (see attached)

Witnesses:  Michael Zaldivar, previously sworn and testified. (Expert)
             Srdjan Nesic, sworn and testified. (Expert)

Motion in limine by US to Exclude the Testimony of Srdjan Nesic, doc #[11058]: ORDERED denied.

BP offers expert report of Srdjan Nesic, Trex 11529R: ORDERED admitted.

Witness: Andreas Momber, sworn and testified. (Expert)

BP offers expert report of Andreas Momber, Trex 11644: ORDERED admitted, subject to US objections regarding Phase One opinions.

Witness: Adrian Johnson, sworn and testified. (Expert)

BP offers expert report of Adrian Johnson, Trex 11488: ORDERED admitted.

BP's Letter/Memorandum [11676] regarding Improper Scope of U.S. "Rebuttal" Video Clips: ORDERED moot.

Court recesses at 6:48 p.m.

Court will resume on Friday, OCTOBER 18, 2013 at 8:00 a.m.

Appearances on various days throughout the trial:
Anadarko: Deb Kuchler, W. Anthony Fitch, Ky Kirby
BP:    Mike Brock, Hariklia (Carrie) Karis, Matt Regan, Barry Fields, Paul Collier, Martin Boles, Don Haycraft, J. Andrew Langan, Robert Gasaway, Joseph Eisert, Bridget O'Conner
USA:  Thomas Benson, Scott Cernich, A. Nathaniel Chakeres, Anna Cross, Bethany Engel, Stephen Flynn, Richard Gladstein, Judy Harvey, Sarah Himmelhoch, Steven O'Rourke
PSC:  Brian Barr, Robin Greenwald, Matt Lundy, Frank Petosa, Steve Herman, Jim Roy, Anthony Irpino
Louisiana:  James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Henry Dart
Alabama: Corey L. Maze, Winfield Sinclair
Halliburton:  Don Godwin, Prescott Smith, Sean Fleming, Gwen Richard, Alan York, Jenny Martinez, Bruce Bowman
Transocean: Brad Brian, Luis Li, Mike Doyen, Kerry Miller, Steven Roberts, Grant Davis-Denny, Allen Katz