# BP - Exhibits for ZIMMERMAN

BP offers the following documents it used during its examination of Dr. Robert Zimmerman into evidence:

admitted 10-17-13 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-23661 | Professor Robert Zimmerman: Educational Background |
| D-23662 | Professor Robert Zimmerman: Academic and Work Experience |
| D-23663 | Professor Robert Zimmerman: Sample of Courses Taught |
| D-23665 | Professor Robert Zimmerman: Books |
| D-23666 | Professor Robert Zimmerman: Editorial Positions |
| D-23667 | Professor Robert Zimmerman: Professional Affiliations |
| D-23668 | Professor Robert Zimmerman: Awards |
| D-23671 | Professor Robert Zimmerman: Industry Experience |
| D-23672 | Key Opinion |
| D-23674 | Pores in Sandstones Can Store Fluid |
| D-23675 | Pressures in a Reservoir: Confining and Pore Pressures |
| D-23676 | Pressures in a Reservoir: Confining Pressures |
| D-23677 | What is Hydrostatic Compressibility? |
| D-23677-1A | Demonstrative animation |
| D-23678 | What is Uniaxial Compressibility? |
| D-23678-1A | Demonstrative animation |
| D-23681 | What is Pore Volume Compressibility? |
| D-23682 | What is Pore Volume Compressibility? |
| D-23683 | What is Pore Volume Compressibility? |
| D-23684 | Core Samples for Rock Mechanics Tests: Acquired from Various Depths |
| D-23685 | Demonstrative animation - What is Rotary Sidewall Coring? |
| D-23686 | Weatherford Labs' Rock Mechanics Tests Provide Data for UPVC Estimate |
| D-23701 | Macondo Hydrostatic PVC Converted to UPVC |
| D-23702 | Demonstrative animation - Acoustic Velocity Tests |
| D-23719 | Reservoir Rock: Bulk Volume |
| D-23720 | Uniaxial Compression Tests on Macondo Cores |
| D-23720-1A | Demonstrative animation |
| D-23721 | Hydrostatic Stairstep Porosity Tests |
| D-23958 | Physical demonstrative |
| D-24650 | What is a Microsip? |
| D-24651 | Using Measured Data to Calculate Macondo's Average UPVC |
| D-24653 | Macondo Reservoir's Estimated UPVC Based on Acoustic Velocity Data |
| TREX-009056 | Rock Mechanics Final Report - Multi-Stage Triaxial Compressive Tests, Acoustic Velocities, Mohr-Coulomb Failure Analyses |
| TREX-009056.9.1.BP | Callout of TREX-009056 |
| TREX-009067 | Pore Volume Compressibility Test - Pore Pressure Depletion |
| TREX-009067.2.1.BP | Callout of TREX-009067 |
| TREX-011497 | Expert Report of Robert Zimmerman, Pore Volume Compressibility of the Macondo Reservoir, May 1, 2013 |

BP exhibits for Zimmerman

| TREX-011497.1 | Page of TREX-011497 |

admitted 10-17-13 SK

(2)

UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE CROSS-EXAMINATION OF ROBERT MERRILL

The United States offers the following documents it used during its October 16, 2013 cross-examination of Robert Merrill into evidence:  *Admitted 10-17-13 SK*

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| TREX-010839 | E-mail from Mr. Merrill to Ms. Baker, et al., dated Jul 05, 2010, Subject: Depletion Review with James Dupree |
| TREX-010839.31 | page 31 of TREX-010839 |
| TREX-010841 | BP Reservoir Pressure Response, dated 8-July-2010 |
| TREX-010841.38 | page 38 of TREX-010841 |
| TREX-010839.19.1.US | callout of TREX-010839 |
| TREX-010931 | July 19, 2010 E-mail string among Robert Merrill, Michael Levitan and others, Subject: MC252 Pressures, with Attachments, marked as CONFIDENTIAL |
| TREX-010931.2.1.US | callout of TREX-010931 |
| TREX-009318 | E-mail from Mr. Merrill to Mr. Thurmond, dated Jul 26, 2010 |
| TREX-009318.4.1.US | callout of TREX-009318 |
| TREX-009318.6.1.US | callout of TREX-009318 |
| TREX-009318.8 | page 8 of TREX-009318 |
| TREX-009318.8.1.US | callout of TREX-009318 |
| TREX-009318.10 | page 10 of TREX-009318 |
| TREX-009318.10.1.US | callout of TREX-009318 |

UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE CROSS-EXAMINATION OF
ALAIN GRINGARTEN

The United States offers the following documents it used during its October 15, 2013 cross-examination of Alain Gringarten into evidence:

admitted 10-17-13 SK

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| TREX-011696-R.37.1.US | callout of TREX-011696-R |
| TREX-011696-R.53.1.US | callout of TREX-011696-R |
| D21770 (as marked on the ELMO) | Figure 6: Comparison of BOP Datum Pressure from PTB and PT3K2 with Linearly Interpolated Pressures (Source: TREX-011696R.129) |
| TREX-011696-R-N.45.1.US | callout of TREX-011696-R-N |
| TREX-130529 | BP 2011 Annual Report |
| TREX-130529.236.1.US | callout of TREX-130529 |
| TREX-144820 | PresComm - Flow Rate - Amount and Fate of Oil |
| TREX-144820.3.1.US | callout of TREX-144820 |
| TREX-011696-R.73.US | callout of TREX-011696-R |
| D21161 | Imperial College (source: TREX-011553-R-NoHC-2, TREX-011696R, TREX-011657, TREX-011497) |
| D21781 | Imperial College (source: TREX-011553-R-NoHC-2, TREX-011696R, TREX-011657, TREX-011497) |
| D21783 | Direct Numeric Inputs into Gringarten's Analysis (source: TREX-011553-R-NoHC-2, TREX-011696R, TREX-011657, TREX-011497, TREX-011496, TREX-011488) |
| TREX-011696-R-N.28.1.US | callout of TREX-011696-R-N |
| TREX-011696-R.113.1.US | callout of TREX-011696-R |
| TREX-011697 | Publication entitled SPE 84086 Will Wireline Formation Tests Replace Well Tests? Authored by Whittle, et al; 12 pages |
| TREX-011697.4.1.US | callout of TREX-011697 |
| TREX-011696-R-N.104.1.US | callout of TREX-011696-R-N |

## UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE CROSS-EXAMINATION OF ALAIN GRINGARTEN

admitted 10-17-13 SK

| | |
|---|---|
| TREX-003533 | Gulf of Mexico SPU; Technical Memorandum, dated 26th July 2010 |
| TREX-003533.35.1.US | callout of TREX-003533 |
| TREX-003533.13.1.US | callout of TREX-003533 |

# UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE CROSS-EXAMINATION OF ROBERT ZIMMERMAN

The United States offers the following documents it used during its October 15, 2013 cross-examination of Robert Zimmerman into evidence:

*admitted 10-17-13 SK*

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| TREX-011503 | Oct. 22, 2009 E-mail string among Tanner Gansert, Alexander Zamorouev, Walt Bozeman and others, Subjects: Macondo Core VOI and Logs for Macondo, with Attachments, marked as CONFIDENTIAL, 13 pages without Bates numbers |
| TREX-011503.1.1.US | callout of TREX-011503 |
| TREX-011503.25.1.US | callout of TREX-011503 |
| TREX-008772 | E-mail string, top e-mail from Ms. McAughan to Mr. Schott, dated Jul 06, 2010 |
| TREX-008772.1.4.US | callout of TREX-008772 |
| TREX-130863 | October 26, 2009 e-mail from David Schott to Brad Simpson, Walt Bozeman and Tanner Gansert, Subject: RE: Macondo Core |
| TREX-130863.1.1.US | callout of TREX-130863 |
| TREX-008770 | E-mail string, top e-mail from Ms. Kurtz to Ms. McAughan, dated Jul 06, 2010, 11 pages |
| TREX-008770.1.2.US | callout of TREX-008770 |
| TREX-011505 | Oct. 11, 2007 BP Memo from Randy Hickman to Joe McCutcheon, David Schott and others, Titled: Isabella Pore Volume Compressibility Evaluation, marked as CONFIDENTIAL |
| TREX-011505.1.1.US | callout of TREX-011505 |
| TREX-011505.3.1.US | callout of TREX-011505 |
| TREX-011501 | Description of Rotary Sidewall Cores from the Weatherford Laboratories website; one page |
| TREX-011501.1.1.US | callout of TREX-011501 |
| TREX-011505.1.2.US | callout of TREX-011505 |

## UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE CROSS-EXAMINATION OF ROBERT ZIMMERMAN

admitted 10-17-13 SK

| | |
|---|---|
| TREX-008774 | E-mail string, top e-mail from Mr. Willson to Mr. Schott, et al., dated Jul 6, 2010; Subject: RE: Macondo PVC |
| TREX-008774.1.3.US | callout of TREX-008774 |
| TREX-008776 | E-mail string, top e-mail from Mr. Merrill to Mr. Willson, et al., dated Jul 07, 2010 |
| TREX-008776.1.2.US | callout of TREX-008776 |
| TREX-008776.1.3.US | callout of TREX-008776 |