UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 |
| | SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, *Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | MAG. JUDGE SHUSHAN |

## "SHOW CAUSE" PARTIES'S MOTION FOR EXPEDITED HEARING AND ORAL ARGUMENT ON PENDING MOTIONS FOR COMPLETE DISCOVERY FROM SPECIAL MASTER

NOW INTO COURT come the undersigned counsel, on behalf of Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, and associated law firms, Andry Lerner, LLC, and The Andry Law Firm, LLC (collectively, the "Show Cause Parties"), who, reserving all rights and defenses, appear solely for the purpose of filing this Motion for Expedited Hearing and Oral Argument on Pending Motions for Complete Discovery from the Special Master, and move this Court to promptly hold an expedited hearing and oral argument on all pending motions for complete discovery from the Special Master.

On September 6 the Court ordered the Show Cause Parties to "show cause why the Court should not adopt the findings and recommendations of the Special Master…Disallowing the Andry Law Firm's claim ….." and " Disqualifying ….(the parties to these motions)  from

representing CSSP claimants (or collecting fees from such claimants) under the Unclean Hands Doctrine." Rec. Doc. 11288.

The Court's order has extreme consequences for these parties. It threatens not only their livelihoods but also their professional reputations. They have substantial legal and factual defenses, including the ground that the Report omits or ignores material evidence they believe was reviewed by the Special Master's team of attorneys. The Court ordered that the Special Master provide the Show Cause Parties "access to information relevant to portions of the Special Master's Report concerning each of them, not later than Tuesday, September 24, 2013." Rec. Doc. 11412, Rec. Doc. 11442. Despite this clear directive, the Special Master, in a surprising and improper departure from his role as a neutral judicial officer, has denied the Show Cause Parties access to relevant evidence and has refused to produce any evidence but the most narrow excerpts and heavily redacted documents. To obtain the relevant documents and information, the Show Cause Parties filed the following motions, which are now pending before this Court:

1.    Andry Law Firm's Second Motion for Production of Documents and To Extend Time to Respond to Order to Show Cause. Rec. Doc. 11610.

2.    Glen Lerner's Motion for Complete Discovery From Special Master and To Continue Response Date To The Order to Show Cause until After Complete Production of Relevant Evidence. Rec. Doc. 11619.

3.    Lionel Sutton's Motion for Complete Discovery from Special Master and to Continue Response Date to the Order to Show Cause Until after Complete Production of Relevant Evidence. Rec. Doc. 11644.

In addition, the parties have requested information on the Special Master's relationships with BP and its law firms in order to determine if a basis for disqualification exists. *See* Rec. Doc. 11672 (Jon Andry's Motion for Information to Determine Potential Request for Recusal of Special Master).

The District Court has referred these motions to Magistrate Sally Shushan.

The Show Cause Parties have also all adopted or joined in the motions of each other. The Special Master has opposed the motions for complete discovery, arguing that he has provided discovery "supporting" the Report. Rec. Doc. 11627, Rec. Doc. 11639. The motions and accompanying memoranda demonstrate conclusively the parties are entitled to production of more than what the Special Master decides supports his report. The parties are entitled to all the evidence in the Special Master's possession in any way relevant to the issues they are required to address.

Evidence gathered by the Special Master must be available to the parties and the Court. The Court's review of the Report is *de novo* and the parties are entitled to demonstrate that the Report is not based upon evidence and is otherwise inadequate. The full record of interviews and documents, not just snippets selected by the Special Master, is essential to the Show Cause Parties' responses and they are entitled to it sufficiently in advance of the deadline to make their review of it meaningful.

They therefore request that their motions be given expedited consideration and that this Court hold a hearing on them on Monday, November 4. The grounds for productions of relevant documents and information are sufficiently similar that the motions can be heard and decided together. The Show Cause Parties have confirmed that all of the undersigned counsel are available for a hearing on that date.

For the foregoing reasons, the Show Cause Parties request the Court grant their Motion for Expedited Hearing and Oral Argument on Pending Motions for Complete Discovery from the Special Master and schedule a hearing and oral argument on all pending discovery motions on Monday, November 4.

Respectfully submitted,

/s/ Pauline F. Hardin
Pauline F. Hardin (La. Bar #6542)
James E. Wright, III (La. Bar #13700)
Virginia W. Gundlach (La. Bar #18493)
**JONES WALKER LLP**
201 St. Charles Ave. – 49th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
phardin@joneswalker.com
jwright@joneswalker.com
ggundlach@joneswalker.com

and

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
**ZUCKERMAN SPAEDER LLP**
1800 M. Street, NW – Suite 1000
Washington, D.C. 20036-5807
Telephone: (202) 778-1800
Fax: (202) 822-8106
wtaylor@zuckerman.com
amehta@zuckerman.com

*Attorneys for Glen J. Lerner*

4

*/s/Lewis O. Unglesby*
Lewis O. Unglesby (#12498)
Lance C. Unglesby (#29690)
Unglesby Law Firm
246 Napoleon Avenue
Baton Rouge, LA 70802
Telephone: (225) 387-0120
Facsimile: (225) 336-4355

*Attorney for Jon Andry*

*/s/ Mary Olive Pierson*
Mary Olive Pierson (La. Bar #11004)
8702 Jefferson Highway – Suite B (70809)
Post Office Box 14647
Baton Rouge, Louisiana 70898
Telephone: (225) 927-6765
Fax: (225) 927-6775
mop@mopslaw.com

*Attorney for Christine Reitano*

*/s/ Michael S. Walsh*
Michael S. Walsh, 8500
257 Maximilian Street
Baton Rouge, Louisiana  70808
Telephone:  (225) 344-0474
Fax:  (225) 344-9124
michael@leeandwalsh.com

*Attorney for Lionel H. Sutton, III*

*/s/ James A. Cobb*
James A. Cobb (La. Bar #4213)
Attorney & Counselor at Law
900 Emerald Street
New Orleans, Louisiana  70124
Telephone: (504) 289-7830
Fax: (504) 582-2310
jimcobb@jimcobblaw.com

*Attorney for Andry Lerner*

*/s/ William P. Gibbens*
Kyle D. Schonekas (La. Bar #11817)

5

William P. Gibbens (La. Bar #27225
Ian Atkinson (La. Bar #31605)
**SCHONEKAS, EVANS, McGOEY &
McEACHIN, L.L.C.**
909 Poydras Street – Suite 1600
New Orleans, La. 70112
Telephone: (504) 680-6050
Fax: (504) 680-6051
kyle@semmlaw.com
billy@semmlaw.com
ian@semmlaw.com

*Attorneys for The Andry Law Firm*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 18 day of October, 2013.

/s/ *Pauline F. Hardin*
Pauline F. Hardin