UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 |
| This Document Applies to: | SECTION: "J" |
| No. 12-970, *Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |

### ORDER

**CONSIDERING** the foregoing this Motion for Expedited Hearing and Oral Argument on Pending Motions for Complete Discovery from the Special Master;

**IT IS ORDERED** that the Motion be and is hereby GRANTED and that a hearing on all pending motions for discovery from the Special Master will be held on Monday, November 4, 2013.

New Orleans, Louisiana this _____ day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE