## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | **MDL 2179** **SECTION: "J"** |
| **This Document Applies to:** | **JUDGE BARBIER** |
| **No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.** | **MAGISTRATE JUDGE SHUSHAN** |

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that undersigned counsel will bring on for hearing before the Honorable Sally Shushan, the following pending motions for discovery filed by Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, Andry Lerner, LLC and The Andry Law Firm, LLC:

1.  Andry Law Firm's Second Motion for Production of documents and To Extend Time to Respond to Order to Show Cause. Rec. Doc. 11610;

2.  Glen Lerner's Motion for Complete Discovery From Special Master and To Continue Response Date To The Order to Show Cause Until After Complete Production of Relevant Evidence. Rec. Doc. 11619;

3.  Lionel Sutton's Motion for Complete Discovery from Special Master and to Continue Response Date to the Order to Show Cause Until After Complete Production of Relevant Evidence. Rec. Doc. 11644; and

4.  Jon Andry's Motion for Information to Determine Potential Request for Recusal of Special Master. Rec. Doc. 11672.

Said motions to be set for hearing at _____ o'clock a.m., on the 4th day of November 2013, at the United States Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

/s/ Pauline F. Hardin
PAULINE F. HARDIN (# 6542)
JAMES E. WRIGHT, III (#13700)
VIRGINIA W. GUNDLACH (#18493)
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre
201 St. Charles Avenue - 49th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8570
Fax:  (504) 582-8011

and

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5802
Telephone: (202) 778-1865
Facsimile: (202) 822-8106
amehta@zuckerman.com

*Attorneys for Glen J. Lerner*

/s/ Lewis O. Unglesby
Lewis O. Unglesby (#12498)
Lance C. Unglesby (#29690)
Unglesby Law Firm
246 Napoleon Avenue
Baton Rouge, LA 70802
Telephone: (225) 387-0120
Facsimile: (225) 336-4355

*Attorneys for Jon Andry*

2

{N2712562.1}

/s/ Mary Olive Pierson
Mary Olive Piersen
8702 Jefferson Hwy
Baton Rouge, LA 70809-2406
Office: (225) 927-6765
Email: mop@mopslaw.com

*Attorney for Christine Reitano*


/s/ Michael S. Walsh
Michael S. Walsh
Attorney at Law
Lee & Walsh
257 Maximilian Street
Baton Rouge, LA 70802
Office: 225-344-0474
Fax: 225-344-9124

*Attorney for Lionel H. Sutton, III*

/s/ James A. Cobb
James A. Cobb (La. Bar #4213)
Attorney & Counselor at Law
900 Emerald Street
New Orleans, Louisiana 70124
Telephone: (504) 289-7830
Fax: (504) 582-2310
jimcobb@jimcobblaw.com

*Attorney for Andry Lerner*

/s/ William P. Gibbens
Kyle Schonekas
William Gibbens
Schonekas, Winsberg, Evans & McGoey, L.L.C.
650 Poydras Street – Suite 2105
New Orleans, Louisiana 70130
Telephone: 504-680-6052 (Schonekas)
Telephone: 504-680-6065 (Gibbens)
Fax: 504-680-6051
Email: kyle@swemlaw.com
Email: billy@semmlaw.com

*Attorneys for The Andry Law Firm*

{N2712562.1}

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been forwarded to all counsel of record by electronic filing and/or depositing a copy of same in the U.S. mail, postage prepaid and properly addressed this 18 day of October, 2013 .

/s/ Pauline F. Hardin

4