UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179  SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| *No. 12-970* | * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court is Christine Reitano's Initial Objection to Freeh Report with Incorporated Memorandum and Renewed Request for (1) Production of Documents; (2) Extension of Time to File Final Objections; (3) Evidentiary Hearing on All Issues; and (4) a Status Conference with All "Show Cause" Parties **(Rec. Doc. 11414)** and Supplemental (Second) Response and Objection **(Rec. Doc. 11681)** (collectively, "the Motion").

IT IS ORDERED that the deadline for Christine Reitano to respond to the Court's Show Cause Order is extended from October 18, 2013, to not later than Friday, November 15, 2013;

IT IS FURTHER ORDERED that the discovery matters raised in the Motion are REFERRED to Magistrate Judge Sally Shushan for resolution; and

IT IS FURTHER ORDERED that the Motion is, in all other respects, DENIED at this time.

New Orleans, Louisiana, this 18th day of October, 2013.

_____
United States District Judge