

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT 17 2013
WILLIAM W. BLEVINS
CLERK

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-30714

MD 10-2179-J

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED, ET AL,

    Plaintiffs

H. FREDDIE BOOTHE, JR., Deepwater Horizon Claims Center Economic & Property Damage Claimant ID 100011039,

    Movant - Appellant

v.

DEEPWATER HORIZON COURT SUPERVISED SETTLEMENT PROGRAM; PATRICK JUNEAU, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program administering the Deepwater Horizon Economic and Property Damages Settlement Agreement, and in his offiical capacity as Trustee of the Deepwater,

    Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana
USDC No. 2:10-MD-2179 / 2:12-CV-970

Before DENNIS, HAYNES and GRAVES, Circuit Judges.

PER CURIAM:

    This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this class action complaint arising from the Deepwater Horizon Oil Spill, a



Case 2:10-md-02179-CJB-DPC   Document 11696   Filed 10/17/13   Page 2 of 3
Case: 13-30714   Document: 00512407328   Page: 2   Date Filed: 10/15/2013

13-30714

movant filed a notice of appeal from an order of the district court denying without prejudice his motion of review and motion for clarification, and his motion for leave to file amendments to those motions.

Federal appellate courts have jurisdiction over appeals from: (1) final orders, 28 U.S.C. § 1291; (2) orders that are deemed final due to jurisprudential exception or which can be properly certified as final pursuant to Federal Rule of Civil Procedure 54(b); and (3) interlocutory orders that fall into specific classes, 28 U.S.C. § 1292(a), or which can be properly certified for appeal by the district court, 28 U.S.C. § 1292(b). *See Dardar v. Lafourche Realty Co.*, 849 F.2d 955, 957 (5th Cir. 1988). The district court's order in this case is not a final or otherwise appealable order. *See Winn v. Simmons*, 254 F.2d 814, 820 (5th Cir. 1958). Accordingly, we do not have jurisdiction over this appeal and it must be dismissed.

IT IS SO ORDERED.

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana            OCT 15 2013

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 15, 2013

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

      No. 13-30714    In Re: Deepwater Horizon
                            USDC No. 2:10-MD-2179
                            USDC No. 2:12-CV-970

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

cc w/encl:

    Mr. H. Freddie Boothe Jr.
    Mr. Patrick Henry Fourroux
    Ms. Gina Marie Palermo
    Mr. Richard C. Stanley
    Ms. Jennifer L. Thornton