IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * * * * * * | MDL No. 2179 Section: J Judge Carl J. Barbier Magistrate Judge Sally Shushan |

-------------------------------------------------------------------------

**JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE
ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT**

The authorized representative of Claimant, William A. Ladnier, Sr., a Deceased

Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property

Damages Settlement respectfully move this Court to (1) approve the settlement of the claim filed

on behalf of Claimant as fair, reasonable and adequate, and (2) approve all future settlements on

behalf of Claimant in compliance with the Economic and Property Damages Settlement

Agreement as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

By: _____

Brent Coon
Attorney for Claimant's Representative
Brent Coon & Associates
215 Orleans
Beaumont, Texas 77701
(409) 835-2666

Date: _____9/27/13_____

Respectfully submitted,

By: _____

Lynn C. Greer
VSB No.: 29211
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231
(804) 521-7200

Date: _____10/17/13_____

1