UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| 10-2771, 10-4536 | * | MAGISTRATE SHUSHAN |

### ORDER
### [Regarding Phase Two Post-Trial Briefing]

At the conclusion of Phase Two, including the Source Control and Quantification segments, of the Trial of Liability, Limitation, Exoneration, and Fault, the Court announced that it would issue an order regarding post-trial briefing. Accordingly, **IT IS ORDERED** that:

**Post-Trial Briefs**

The parties shall file their Phase 2 post-trial opening briefs not later than December 20, 2013, with the following page limitations:

| Parties | Trial Segment | Page Limit |
|---|---|---|
| BP | Source Control | 40 pages |
| Transocean/Halliburton (jointly) | Source Control | 40 pages (combined total) |
| PSC/State of Alabama/ State of Louisiana (jointly) | Source Control | |
| BP/Anadarko (jointly) | Quantification | 40 pages |
| United States | Quantification | 40 pages |

Transocean and Halliburton shall coordinate their briefing with the Plaintiffs' Steering Committee and the States of Alabama and Louisiana so as to avoid duplication, and shall use their briefs solely for the purpose of briefing any issues that are unique to their claims and defenses.

Response briefs shall be filed not later than January 24, 2014, with the following page limitations:

| Parties | Trial Segment | Page Limit |
|---|---|---|
| BP | Source Control | 25 pages |
| Transocean/Halliburton (jointly) | Source Control | 25 pages (combined total) |
| PSC/State of Alabama/ State of Louisiana (jointly) | Source Control | |
| BP/Anadarko (jointly) | Quantification | 25 pages |
| United States | Quantification | 25 pages |

**Proposed Findings of Fact and Conclusions of Law**

In addition to their post-trial briefs, the parties to each Trial Segment shall submit proposed Findings of Fact and Conclusions of Law, which shall be filed on the same date as the opening briefs, not later than December 20, 2013. Proposed findings of fact shall be stated in separately numbered paragraphs, and should pinpoint cite to the trial transcript and/or exhibits that support the point being made. Proposed conclusions of law shall be stated in separately numbered paragraphs, and should cite the case law or other legal authority relied upon. As to these filings:

Source Control. The Plaintiffs' Steering Committee, the States of Alabama and Louisiana, Transocean, and Halliburton shall submit joint Findings of Fact on Source Control. Transocean and Halliburton shall submit their Conclusions of Law on Source Control jointly, as shall the PSC and the States of Alabama and Louisiana. BP shall submit its own Findings of Fact and Conclusions of Law on Source Control.

Quantification. BP and Anadarko shall submit joint Findings of Fact and Conclusions of Law on Quantification. BP (with Anadarko) may join these proposed Findings with BP's Source

Control proposed findings into a single pleading as long as there are clearly identified separate sections devoted to each segment.  The United States shall submit its own Findings of Fact and Conclusions of Law on Quantification.  The Quantification papers (Findings of Fact, Conclusions of Law, and post-trial briefs) submitted by the United States may discuss issues from the Source Control Trial Segment insofar as they may affect quantification issues, although no additional pages will be allotted for such topics.

New Orleans, Louisiana, this 21st day of October, 2013

_____
Carl J. Barbier
United States District Judge