# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

This Document Relates To: 10-02993; 10-01499; 10-03166; 10 -01250; 10-04489, 10-01857; 10-01324; 10-01308; 10-01764; 10-01721; 10-01613; 10-02640; 10-01341; 10-4188; 10-01315; 10-01422; 10-03164; 10-03174; 10-01229; 10-03244; 10-01540; 10-01726; 10-01541; 10-03169; 10-01767; 10-01573; 10-01615; 10-01519; 10-01322; 10-1348; 10-01515; 10-01445; 10-01339;  10-03246; 10-01338; 10-02645; 10-01246; 10-01482; 10-01539; 10-01344; 10-01462; 10-02653; 10-01249; 10-01747; 10-01196; 10-01836; 10-03168; 10-04427; 10-01345; 10-02654; 10-03173; 10-03172; 10-01245; 10-02996; 10-02997; 10-03262; 10-02683; 10-02682; 10-03176; 10-03171; 10-03170; 10-03076; 10-01313; 10-02655; 10-01574; 10-04429; 10-01411; 10-01620; 10-01502; 10-01438; 10-01314; 10-01248; 10-01295; 10-01156; 10-01484; 10-01452; 10-02673; 10-03256; 10-03163; 10-01571; 10-02995; 10-01611; 10-01332; 10-01332; 10-01489; 10-01352; 10-01507; 10-03165; 10-03260; 10-01273; 10-01841; 10-02643; 10-01243

MDL NO. 2179

SECTION: J

JUDGE BARBIER
MAG. JUDGE SHUSHAN

## **O R D E R**

Considering the Ex Parte Motion to Withdraw Counsel filed by defendants, BP Exploration and Production Inc., BP America Production Company, BP America Inc., BP Products North America Inc., BP Company North America Inc., and BP Corporation North America Inc. and for all of the reasons stated therein, it is

-2-

ORDERED that John T. Hickey Jr., of the law firm of Kirkland and Ellis LLP be withdrawn as counsel for defendants, BP Exploration and Production Inc., BP America Production Company, BP America Inc., BP Products North America Inc., BP Company North America Inc., and BP Corporation North America Inc..

New Orleans, Louisiana this 21st day of October, 2013.

_____
United States District Judge