UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) | MDL No. 2179 |
| | ) | SECTION J |
| This Document Relates to:   *Lucky Coin Machine Co., LLC v. BP Exploration & Productions, Inc., et al* 2:13-cv-02161-CJB-SS | ) ) ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

*******************************************************************************

### LUCKY COIN MACHINES CO., LLC'S
### AMENDING CORPORATE DISCLOSURE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Lucky Coin Machine Co., LLC, for the exclusive purpose of amending its Original Corporate Disclosure pursuant to Federal Rules of Civil Procedure Rule 15 as follows:

Pursuant to Rule 5.1, Lucky Coin Machine Co., LLC submits its Corporate Disclosure Statement. Lucky Coin Machine Co., LLC certifies that it is one-hundred percent (100%) owned by its parent corporation, Rapid Fire, LLC, a non-public traded company, and that no other publicly held company owns 10% or more of its stock.

Respectfully Submitted,

/**s/**Robert J. Diliberto

**Robert J. Diliberto** (LSBA# 24783)
Diliberto@attorneys-louisiana.com
**Damon A. Kirin** (LSBA# 24729)
kirin@attorneys-louisiana.com
Diliberto & Kirin, L.L.C.
3636 S. I-10 Service Rd. West, Suite 210
Metairie, LA 70001
Telephone: (504) 828-1600
Facsimile: (504) 828-1555

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on Oct. 21, 2013, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis File & Serve to all counsel of record.

/s/ Robert J. Diliberto
Robert Diliberto, Esq.