IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | CIVIL ACTION NO.: 12-970<br><br>MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:  *All Cases*<br><br>(Including Civil Action No. 12-9700) | * * * * | JUDGE:  BARBIER<br><br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**UNOPPOSED MOTION FOR APPOINTMENT AS
COURT-APPROVED STRUCTURED SETTLEMENT BROKER**

NOW INTO COURT, through undersigned counsel, comes CHRISTOPHER L. PALMIERI of UBS Financial Services Inc., who hereby seeks to be approved and recognized as a Court-approved structured settlement broker pursuant to the terms and conditions of this Court's ORDER PROVIDING FOR STRUCTURED SETTLEMENT OPTION AND AMENDMENT TO RELEASE [Doc. 8425], as amended on August 15, 2013 [Doc. 11020] (the "Amended Order").  The Court's Amended Order sets forth the conditions under which Claimants to the Economic and Property Damages Settlement Agreement (hereinafter referred to as the "Settlement") may elect to receive settlement payments over more than one tax year.  The Amended Order further provides that Claimants must use Court-approved structured settlement brokers and allows settlement brokers to petition the Court for approval to act as structured

settlement brokers for Claimants.  On September 17, 2013, this Court issued an Order setting forth the criteria brokers must meet to serve as structured settlement brokers. [Doc. 11404].

Mover, Christopher L. Palmieri, a resident of the state of New York, is an accomplished structured settlement broker, insurance agent, and financial advisor with a combined twelve years of experience in the structure/insurance and securities industry.[1]  He is a Director of the Settlement Solutions Group and a Senior Vice President – Wealth Management with UBS Financial Services Inc., and has special expertise in assisting Claimants in settling personal physical injury, wrongful death, product liability, medical malpractice and other types of commercial claims using structured insurance solutions.

Mr. Palmieri fully meets all requirements of this Court's Order of September 17, 2013 [Doc. 11404].  He is a fully-licensed insurance agent in good standing with the State of New York Department of Financial Services[2], as well as with the Louisiana Department of Insurance[3] and the insurance departments of thirty-seven other states[4].  His license has never been suspended or revoked.  He has Errors and Omission coverage through National Union Fire Insurance of Pittsburgh PA[5].  He maintains appointments with the Liberty Life Assurance Company of Boston and other issuers.[6]  Mr. Palmieri has read and agrees to follow the terms of

---

[1] See Exhibit 1 (Professional Biography of Christopher L. Palmieri).

[2] See Exhibit 2 (Insurance License and Certificate of Good Standing, State of New York).

[3] See Exhibit 3 (Insurance License, State of Louisiana).

[4] See Exhibit 4 (National Insurance Producer Registry PDB Reports).

[5] See Exhibit 5 (Certificate of Liability Insurance).

[6] See Exhibit 6 (Proof of Appointment of UBS's agency and Mr. Palmieri).

the Amended Order in the performance of his responsibilities as a Court-approved structured settlement broker.

For the purpose of writing structured settlements, Mr. Palmieri is affiliated with UBS Financial Services Insurance Agency Inc. ("UBS Agency").  UBS Agency has no current business relationship with British Petroleum ("BP").

UBS Agency is an indirect subsidiary of UBS AG ("UBS"), which is a global financial services company with approximately 61,000 employees offering services in more than 50 countries.  UBS AG and certain of its subsidiaries offer a wide range of financial products and services (including wealth management, investment management mandates, capital markets services, investment banking, and employee benefit programs) to individuals and entities interested in purchasing such products and services, including BP, BP's executives and BP's employees.  Based on the information we currently have available, the current business relationships between UBS and BP consist of the following:

1. UBS has individual client relationships with approximately one hundred BP employees within the United States, including one member of BP's Board.

2. UBS was recently appointed one of BP's "preferred providers" for fee-based financial planning services.

3. UBS's investment bank provides services to BP relating to UBS's equities, fixed income, corporate client services and lending platforms.

4. A UBS executive was recently invited by a BP executive to speak at a U.S. energy conference for HR officers from large oil and gas companies.

- 4 -

Undersigned counsel for Mover has conferred with Plaintiffs' Steering Committee, with Counsel for BP, and with the Claims Administrator, Patrick Juneau, and there is no objection to the approval of Christopher L. Palmieri as a Court-approved structured settlement broker.

WHEREFORE, CHRISTOPHER L. PALMIERI prays that he be approved and recognized as a Court-approved structured settlement broker, and that the proposed Order stating same and attached hereto be entered accordingly.

Respectfully submitted,

*/s/ George C. Freeman, III*
George C. Freeman, IIII, 14272
Jamie L. Berger, 32340
**BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.**
909 Poydras Street, 24th Floor
New Orleans, Louisiana  70112
Telephone:    (504) 589-9700
Facsimile:    (504) 589-9701

***Counsel for Christopher L. Palmieri***

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by emailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

/s/ George C. Freeman, III

*910322_2*