IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * CIVIL ACTION NO.: 12-970 <br> * <br> * MDL No. 2179 <br> * <br> * SECTION: J <br> * <br> * |
| This Document Relates to: *All Cases* | * JUDGE: BARBIER <br> * |
| (Including Civil Action No. 12-9700) | * MAGISTRATE SHUSHAN <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER FOR APPOINTMENT AS COURT-APPROVED STRUCTURED SETTLEMENT BROKER

Considering the *Unopposed Motion for Appointment as Court-Approved Structured Settlement Broker*, filed by CHRISTOPHER L. PALMIERI;

**IT IS ORDERED** that mover, CHRISTOPHER L. PALMIERI, be and hereby is approved and appointed to act as a Court-approved structured settlement broker pursuant to the terms and conditions of this Court's ORDER PROVIDING FOR STRUCTURED SETTLEMENT OPTION AND AMENDMENT TO RELEASE [Doc. 8425], as amended on August 15, 2013 [Doc. 11020], and the Court's Order of September 17, 2013 [Doc. 11404].

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
JUDGE

910347_1