

**UBS**

# The Settlement Solutions Group

**A powerful integration of structured settlements and wealth planning for a secure financial future**



**Jennifer L. Kraus, CIMA®**
Director, The Settlement Solutions Group
Senior Vice President–Investments
(212) 713-3488   jennifer.kraus@ubs.com

Jennifer specializes in structured settlements, future periodic payment planning and trust and estate planning for individuals who are receiving a sudden transfer of wealth or a personal injury settlement. Her practice is highly specialized in both structured settlements and future periodic payment plans to achieve client's long term financial goals. She has been deeply involved in the structured settlement industry since 1997 and has authored several papers and spoken nationally on protecting a sudden wealth recipient's financial interests.

Jennifer is a former practicing attorney who spent her legal career with the law firm Skadden, Arps, Slate, Meagher & Flom LLP, primarily in the Trust and Estates group. Jennifer is a member of the New York Bar, holds the Series 7, 63, 65 and 31 licenses from FINRA and holds Life, Health and Variable Annuity Insurance Licenses. Jennifer received her J.D. from Columbia University Law School where she was a Harlan Fiske Stone scholar and received her B.S. from Pennsylvania State University. Jennifer is also a graduate of the University of Pennsylvania's Wharton School of Business Investment Management Analyst Program, earning the Certification of Investment Management Analyst (CIMA) designation. Jennifer has been recognized in Barron's Magazine as one of the Top 100 Woman Financial Advisors in America.

**Christopher M. Palmieri, CIMA®, CSSC**
Director, The Settlement Solutions Group
Senior Vice President–Investments
(212) 713-3481   chris.palmieri@ubs.com

Chris specializes in structured settlements, investment management, asset allocation, and the distribution needs of settlement recipients and high net worth individuals. Chris' clients are predominantly people who have received a sudden transfer of wealth due to a business transaction or a personal injury settlement. He specializes in protecting and growing these transfers through the use of structured settlements and diversified investment planning. Chris has authored a number of articles and spoken on structured settlements and protecting settlement recipients' financial interests.

Chris holds the Series 7, 63, 65 and 31 licenses from FINRA and holds Life, Health and Variable Annuity Insurance Licenses. Chris received his B.A. from Colorado State University. Chris is also a graduate of the University of Pennsylvania's Wharton School of Business Investment Management Analyst Program, earning the Certification of Investment Management Analyst (CIMA) designation. Chris has also earned the Certified Structured Settlement Consultant (CSSC) designation held in conjunction with the University of Notre Dame's Mendoza School of Business and the National Structured Settlements Trade Association.

**The focus of our relationship**
We understand the financial complexities of sudden wealth and bring over 40 years of combined experience to creating the most appropriate solutions to meet the needs of our clients.

**Extensive capabilities for a range of settlement solutions**
- Structured settlements
- Future periodic payment plans
- Traditional wealth planning
- Trust and estate planning
- Life insurance and long-term care
- Banking services
- Retirement planning

**UBS Financial Services Inc.**
1285 Avenue of the Americas
20th Floor
New York, NY 10019
(877) 827-8001 toll free
(212) 713-2960 fax

**ubs.com/team/
settlementsolutionsgroup**

Please see important disclosures on reverse.

**EXHIBIT
1**

**Maria F. Lippencott, CSSC**
Senior Settlement Administrator
(212) 713-2970    maria.lippencott@ubs.com

Maria specializes in developing future periodic payment plans and analyzing settlement proceeds for placement in structured settlements. Her responsibilities include evaluating asset allocation strategies as well as creating and designing annuity plans to meet the needs of payment recipients.

Maria has over 15 years of experience in the structured settlement field.  She began her career with Met Life as a structured settlement consultant. Most recently, she worked for over a decade at The Pension Company, a private company providing structured settlement services. Her responsibilities have included client service, market research, quoting and proposal writing, document preparation and case administration.

Maria holds the Series 7 license from FINRA and has earned the Certified Structured Settlement Consultant (CSSC) designation held in conjunction with the University of Notre Dame's Mendoza School of Business and the National Structured Settlements Trade Association.  She holds her New York Life and Health Insurance Licenses in New York.

**Lauren C. Johnson**
Registered Client Service Associate
Settlement Adminstrator
(212) 713-3498    lauren.c.johnson@ubs.com

Lauren specializes in client service and administration for high net worth individuals and settlement recipients.  Lauren is responsible for all aspects of client service including presentation building, performance monitoring, quarterly reviews, monthly income distributions and administrative requests.

Lauren has been an integral part of the team since June 2007. She graduated with honors from the University of Florida with a major in finance. She holds her Series 7, 63 and 65 licenses from FINRA as well as her New York Life and Health Insurance License.

### Selected articles and presentations

"Markets in crisis—An update on how recent events will impact personal injury clients." Attorneys Information Exchange Group (AIEG) Auto Focus Seminar, San Antonio, 2008.

"Ethical and other considerations in protecting a personal injury client's financial interests." AIEG Auto Focus Seminar, New York, 2007.

"Assessing the Risks of Common Settlement Options in Today's— and Tomorrow's—Economy." *The Brief*, Fall 2006, a publication of the American Bar Association.

"Settlement Issues: Financial and legal considerations in packaging a settlement." ABA Aviation and Space Law Committee Seminar, Washington D.C., 2005.

"Risks of common settlement fund options in the 21st century economy." Paris American Academy, AIEG and State Trial Lawyers Associations, Litigation in the 21st Century, Paris, 2004.

"Ethical considerations in protecting a personal injury client's financial interests." Washington State Trial Lawyers Association Conference, Florence, 2003.

"Ethical concerns in structured settlements." Consumer Attorneys Association of Los Angeles (CAALA), Las Vegas, 2002.

CIMA® is a registered certification mark of the Investment Management Consultants Association, Inc. in the United States of America and worldwide. IMCA® is the trademark of the Investment Management Consultants Association, Inc. and denotes the highest quality of standards and education for financial professionals. **Important information about Advisory & Brokerage Services** It is important that you understand the ways in which UBS Financial Services Inc. (UBS) conducts business and the applicable laws and regulations that govern the firm. As a firm providing wealth management services to clients, UBS is registered with the U.S. Securities and Exchange Commission (SEC) as an investment adviser and a broker-dealer, offering both investment advisory and brokerage services. Though there are similarities among these services, the investment advisory programs and brokerage accounts UBS offers are separate and distinct, differ in material ways and are governed by different laws and separate contracts. It is important that you carefully read the agreements and disclosures UBS provides to you about the products or services offered. While UBS strives to ensure that these materials clearly describe the nature of the services provided, please do not hesitate to contact your Financial Advisor team, The Settlement Solutions Group at UBS if you would like clarification on the nature of your accounts or services you receive from us. For more information, please visit our website at ubs.com/workingwithus. **UBS Financial Services Inc. is a subsidiary of UBS AG.** ©2012 UBS Financial Services Inc. All rights reserved. Member SIPC. Bio_IG0229_Settle_SdfGRP

# STATE OF NEW YORK DEPARTMENT OF FINANCIAL SERVICES

## KRAUS, JENNIFER L

**KRAUS, JENNIFER L**
**Ubs Financial Services**
**1285 Avenue Of The Americas Fl 20**
**New York, NY 100196028**

## LICENSE NUMBER:   LA-919048

PRODUCER IS LICENSED AS AN INSURANCE AGENT FOR:

Life    Accident and Health    Variable Life/Variable Annuities

**EFFECTIVE DATE:**     **August 09, 2013**
**EXPIRATION DATE:**    **August 08, 2015**
**UNLESS SOONER CANCELLED, SUSPENDED OR REVOKED**

**In Witness Whereof,**
I have caused my official seal to
be affixed at the city of Albany

**Beniamin M. Lawskv**
**Superintendent**

EXHIBIT
2



## NEW YORK STATE
## DEPARTMENT *of*
## FINANCIAL SERVICES

Andrew M. Cuomo
Governor

Benjamin M. Lawsky
Superintendent

KRAUS, JENNIFER L

Ubs Financial Services
1285 Avenue Of The Americas Fl 20
New York, New York 100196028

### CERTIFICATE OF LICENSING STATUS

THE ABOVE (KRAUS, JENNIFER L, DOB 8/8/1967) HAS COMPLIED WITH OUR QUALIFICATION STANDARDS AND IS/WAS
LICENSED AND IN GOOD STANDING AS INDICATED.  IF CURRENTLY LICENSED, THE ABOVE IS NOT IN VIOLATION OF
NEW YORK STATE CONTINUING EDUCATION REQUIREMENTS.

| LICENSE TYPE | LINE NUMBER - LINE DESCRIPTION | | | EXPIRATION DATE |
|---|---|---|---|---|
| LIFE AND/OR ACCIDENT/HEALTH AGENT | 1 -Life | 2 -Accident and Health | 6 -Variable Life/Variable Annuities | 8/8/2015 |



IN WITNESS WHEREOF, I HAVE CAUSED MY OFFICIAL
SEAL TO BE AFFIXED AT THE CITY OF ALBANY

Benjamin M. Lawsky
Superintendent
September 30, 2013

www.dfs.ny.gov

# State of Louisiana

## Commissioner of Insurance

*certifies that*

**Jennifer L Kraus**
**Ubs Financial Services**
**1285 Avenue Of The Americas Fl 20**
**New York, NY 10019**

*has properly met the requirements for licensure of the*
*Louisiana Department of Insurance.*

License Number:  **274910**

| License Code | Issue Date | Expiration Date |
| --- | --- | --- |
| Producer - Accident and Health | 09/13/2013 | 08/31/2014 |
| Producer - Life | 09/13/2013 | 08/31/2014 |
| Producer - Variable Contracts | 09/13/2013 | 08/31/2014 |



**James J. Donelon**
**Commissioner of Insurance**





**EXHIBIT**
**3**



# PDB Report

| Name: | JENNIFER L KRAUS | | |
|---|---|---|---|

| | | | **Last Updated** |
|---|---|---|---|
| **FEIN:** | | **Demographics:** | 09/20/2013 |
| **NPN:** | 3424531 | **Producer Licensing:** | 09/20/2013 |
| **Report Type:** | Licensing, Regulatory Action | **Appointments:** | 09/23/2013 |
| **Report Date:** | 09/30/2013 | **RIRS:** | No Information Available |

**Active Resident States:**      NY

**Resident Licensed States:**      NY

**Non-Resident Licensed States:**      AK  AL  AR  AZ  CA  CO  CT  DC  DE  FL  GA  HI  ID  IL  IN
KY  LA  MA  MD  ME  MI  MN  MO  MS  MT  NC  NE  NH  NJ  OH
PA  RI  SC  TN  TX  VA  VT  WA  WV

---

## Resident Licensed State(s)

**Summary For State:**   NY      **NPN:**   3424531                **Date:**   09/30/2013

## JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS               **NPN:**   3424531      **Date:**   09/30/2013

**State:**  NY          **Designated Home State:**   None

**License #:**  LA-919048      **Issue Date:** 08/09/2013  **Expiration Date:**  08/08/2015  **Last Updated:**   08/14/2013

**Class:**  Life/Accident & Health      **Residency:** R      **Active:**  Yes   * Indicates current LOA status

**CE Compliance:**  Not in compliance   **CE Credits Needed:**         **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Accident & Health | | Active * | | 06/30/1999 |
| Life | | Active * | | 06/30/1999 |
| VARIABLE LIFE/VARIABLE ANNUITY | | Active * | | 06/30/1999 |

**EXHIBIT 4**

## Non-Resident Licensed State(s)

**Summary For State:**  AK      **NPN:**  3424531           **Date:**  09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS              **NPN:**  3424531   **Date:**  09/30/2013

**State:**  AK         **Designated Home State:**  None

**License #:**  88376         **Issue Date:** 08/24/2010  **Expiration Date:**  08/08/2015  **Last Updated:**  06/14/2013

**Class:**  Producer        **Residency:** NR      **Active:**  Yes     * Indicates current LOA status

**CE Compliance:**          **CE Credits Needed:**                **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Health | 07/28/2011 | Active  * | | 08/24/2010 |
| Life | 07/28/2011 | Active  * | | 08/24/2010 |
| Variable Annuity | 07/28/2011 | Active  * | | 08/24/2010 |
| Variable Life | 07/28/2011 | Active  * | | 08/24/2010 |

## Non-Resident Licensed State(s)

**Summary For State:**  AL          **NPN:**  3424531                    **Date:**  09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS                **NPN:**  3424531   **Date:**  09/30/2013

**State:** AL          **Designated Home State:**  None

**License #:**  633450          **Issue Date:** 10/22/2012  **Expiration Date:**  08/31/2015  **Last Updated:**  06/17/2013

**Class:**  Producer          **Residency:** NR          **Active:**  Yes     * Indicates current LOA status

**CE Compliance:**   In compliance      **CE Credits Needed:**                 **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Accident & Health or Sickness | 10/22/2012 | Active  * | | 06/17/2013 |
| Life | 10/22/2012 | Active  * | | 06/17/2013 |
| VAR LIFE & VAR ANNUITY PRODUCT | 10/22/2012 | Active  * | | 06/17/2013 |

## Non-Resident Licensed State(s)

**Summary For State:**   AR      **NPN:**   3424531                    **Date:**   09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS           **NPN:**   3424531   **Date:**   09/30/2013

**State:** AR             **Designated Home State:**   None

**License #:**   256485        **Issue Date:** 06/05/2003   **Expiration Date:**   08/08/2015 **Last Updated:**   07/26/2013

**Class:**  Non-resident Producer     **Residency:** NR        **Active:**   Yes    * Indicates current LOA status

**CE Compliance:**            **CE Credits Needed:**             **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| ACCIDENT, HEALTH & SICKNESS | 06/04/2003 | Active  * | | 08/04/2005 |
| Life | 06/04/2003 | Active  * | | 08/04/2005 |
| VARIABLE PRODUCTS | 06/04/2003 | Active  * | | 08/04/2005 |

## Non-Resident Licensed State(s)

**Summary For State:** AZ   **NPN:** 3424531   **Date:** 09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS   **NPN:** 3424531   **Date:** 09/30/2013

**State:** AZ   **Designated Home State:** None

**License #:** 156971   **Issue Date:** 07/22/2003   **Expiration Date:** 08/31/2016   **Last Updated:** 06/08/2012

**Class:** Insurance Professional   **Residency:** NR   **Active:** Yes   * Indicates current LOA status

**CE Compliance:**   **CE Credits Needed:**   **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Producer, Life | 07/22/2003 | Active | * Active License | 07/22/2003 |
| Producer,Accident/Hlth/Sicknes | 07/22/2003 | Active | * Active License | 07/22/2003 |
| Producer,Variab Life/Annuities | 07/22/2003 | Active | * Active License | 07/22/2003 |

## Non-Resident Licensed State(s)

**Summary For State:**  CA    **NPN:**   3424531              **Date:**   09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS              **NPN:**   3424531   **Date:**   09/30/2013

**State:**  CA    **Designated Home State:**   None

**License #:**   0D03838      **Issue Date:** 08/15/2000  **Expiration Date:**  08/31/2014 **Last Updated:**   06/16/2012

**Class:**  Insurance Producer    **Residency:** NR    **Active:**   Yes    * Indicates current LOA status

**CE Compliance:**      **CE Credits Needed:**       **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| ACCIDENT AND HEALTH AGENT | 08/15/2000 | Active   * | | 08/15/2000 |
| LIFE ONLY AGENT | 08/15/2000 | Active   * | | 08/15/2000 |
| Variable Contracts | 08/15/2000 | Active   * | | 08/15/2000 |

## Non-Resident Licensed State(s)

**Summary For State:** CO    **NPN:** 3424531    **Date:** 09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS    **NPN:** 3424531   **Date:** 09/30/2013

**State:** CO    **Designated Home State:** None

**License #:** 141023    **Issue Date:** 06/11/2002 **Expiration Date:** 08/31/2015 **Last Updated:** 06/05/2013

**Class:** Producer    **Residency:** NR    **Active:** Yes    * Indicates current LOA status

**CE Compliance:**    **CE Credits Needed:**    **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Accident and Health | 06/11/2002 | Active  * | | 06/11/2002 |
| Life | 06/11/2002 | Active  * | | 06/11/2002 |
| VAR LIFE & VAR ANNUITY PRODUCT | 06/11/2002 | Active  * | | 06/11/2002 |

## Non-Resident Licensed State(s)

**Summary For State:**  CT     **NPN:**  3424531          **Date:**  09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS          **NPN:**  3424531   **Date:**  09/30/2013

**State:**  CT     **Designated Home State:**  None

**License #:**  002356616     **Issue Date:** 07/13/2010  **Expiration Date:**  08/08/2015  **Last Updated:**  05/30/2013

**Class:**  Producer     **Residency:** NR     **Active:**  Yes     * Indicates current LOA status

**CE Compliance:**  In compliance     **CE Credits Needed:**          **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Accident & Health | 07/13/2010 | Active   * | | 07/13/2010 |
| CREDIT PRODUCTS | 07/13/2010 | Active   * | | 07/13/2010 |
| Life | 07/13/2010 | Active   * | | 07/13/2010 |
| Travel Accident & Baggage | 07/13/2010 | Active   * | | 07/13/2010 |

## Non-Resident Licensed State(s)

**Summary For State:**  DC      **NPN:**  3424531           **Date:**  09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS              **NPN:**  3424531    **Date:**  09/30/2013

**State:** DC         **Designated Home State:**  None

**License #:**  1013106      **Issue Date:** 08/01/2000 **Expiration Date:**  08/31/2015 **Last Updated:**  07/08/2013

**Class:** Producer        **Residency:** NR      **Active:**   Yes    * Indicates current LOA status

**CE Compliance:**  N/A        **CE Credits Needed:**              **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Accident & Health or Sickness | 08/01/2000 | Active  * | | 07/08/2013 |
| Life | 08/01/2000 | Active  * | | 07/08/2013 |
| VARIABLE LIFE AND ANNUITIES | 08/01/2000 | Active  * | | 07/08/2013 |

## Non-Resident Licensed State(s)

**Summary For State:**  DE      **NPN:**  3424531           **Date:**  09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS           **NPN:**  3424531   **Date:**  09/30/2013

**State:** DE        **Designated Home State:**  None

**License #:**  1109017        **Issue Date:** 03/10/2010  **Expiration Date:**  02/28/2015 **Last Updated:**  12/03/2012

Class:  Producer        **Residency:** NR      **Active:**   Yes    * Indicates current LOA status

**CE Compliance:**   N/A      **CE Credits Needed:**            **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Health | 03/10/2010 | Active  * | | 03/01/2013 |
| Life | 03/10/2010 | Active  * | | 03/01/2013 |
| Variable Annuities | 01/26/2012 | Active  * | | 03/01/2013 |

## Non-Resident Licensed State(s)

**Summary For State:**  FL    **NPN:**  3424531                    **Date:**  09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS              **NPN:**  3424531   **Date:**  09/30/2013

**State:** FL          **Designated Home State:**   None

**License #:**   D049758       **Issue Date:** 09/09/2000  **Expiration Date:**         **Last Updated:**  08/16/2011

**Class:**  Agent          **Residency:** NR      **Active:**   Yes    * Indicates current LOA status

**CE Compliance:**   In compliance    **CE Credits Needed:**          **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Life, Health & Variable Ann. | 09/09/2000 | Active  * | | 09/09/2000 |

12 of 41

## Non-Resident Licensed State(s)

**Summary For State:**  GA     **NPN:**   3424531                    **Date:**   09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS                **NPN:**   3424531   **Date:**   09/30/2013

**State:**  GA        **Designated Home State:**   None

**License #:**   2737441        **Issue Date:** 08/25/2010  **Expiration Date:**   08/31/2014 **Last Updated:**   09/28/2012

**Class:**  Agent-Nonresident     **Residency:** NR      **Active:**   Yes    * Indicates current LOA status

**CE Compliance:**             **CE Credits Needed:**               **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| AGENT - ACCIDENT AND SICKNESS | 08/25/2010 | Active * | | 08/25/2010 |
| AGENT - LIFE | 08/25/2010 | Active * | | 08/25/2010 |
| AGENT - VARIABLE PRODUCTS | 08/25/2010 | Active * | | 08/25/2010 |

## Non-Resident Licensed State(s)

**Summary For State:**  HI          **NPN:**   3424531                    **Date:**   09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS                    **NPN:**   3424531   **Date:**   09/30/2013

**State:**  HI          **Designated Home State:**   None

**License #:**   313658          **Issue Date:** 07/09/2003  **Expiration Date:**  08/16/2014  **Last Updated:**   09/20/2013

**Class:**  Producer          **Residency:** NR          **Active:**   Yes     * Indicates current LOA status

**CE Compliance:**   Not in compliance     **CE Credits Needed:**                    **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Accident & Health or Sickness | 10/22/2012 | Active  * | | 10/22/2012 |
| Life | 07/09/2003 | Active  * | | 07/09/2003 |
| VARIABLE LIFE & VARIABLE ANNUITY PRODUCTS | 07/09/2003 | Active  * | | 07/09/2003 |

## Non-Resident Licensed State(s)

**Summary For State:** ID    **NPN:** 3424531              **Date:** 09/30/2013

JENNIFER L KRAUS

**License Summary**    JENNIFER L KRAUS          **NPN:** 3424531   **Date:** 09/30/2013

**State:** ID          **Designated Home State:** None

**License #:** 432758          **Issue Date:** 12/07/2012 **Expiration Date:** 08/31/2015 **Last Updated:** 12/07/2012

**Class:** NON RESIDENT          **Residency:** NR        **Active:** Yes    * Indicates current LOA status
PRODUCER
**CE Compliance:**                **CE Credits Needed:**                  **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | | Status Reason | Status Date |
|---|---|---|---|---|---|
| DISABILITY (HEALTH) | 12/07/2012 | Active | * | | 12/07/2012 |
| Life | 12/07/2012 | Active | * | | 12/07/2012 |
| Variable | 12/07/2012 | Active | * | | 12/07/2012 |

## Non-Resident Licensed State(s)

**Summary For State:**  IL    **NPN:**  3424531              **Date:**  09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS         **NPN:**  3424531   **Date:**  09/30/2013

**State:** IL       **Designated Home State:**   None

**License #:**  3424531       **Issue Date:** 04/06/2006  **Expiration Date:**  08/31/2014 **Last Updated:**  09/06/2013

Class:  Producer       **Residency:** NR      **Active:**   Yes    * Indicates current LOA status

**CE Compliance:**       **CE Credits Needed:**              **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Health | 04/06/2006 | Active * | | 04/06/2006 |
| Life | 04/06/2006 | Active * | | 04/06/2006 |
| Variable Contract | 04/06/2006 | Active * | | 04/06/2006 |

## Non-Resident Licensed State(s)

**Summary For State:** IN     **NPN:** 3424531                    **Date:** 09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS                  **NPN:** 3424531   **Date:** 09/30/2013

**State:** IN          **Designated Home State:**   None

**License #:**  848880        **Issue Date:** 10/24/2012 **Expiration Date:** 08/31/2015 **Last Updated:** 10/24/2012

**Class:** Producer - Individual    **Residency:** NR      **Active:** Yes    * Indicates current LOA status

**CE Compliance:**          **CE Credits Needed:**               **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Life, Accident & Health | 10/24/2012 | Active * | | 10/24/2012 |
| VARIABLE LIFE & ANNUITY | 10/24/2012 | Active * | | 10/24/2012 |

## Non-Resident Licensed State(s)

**Summary For State:**   KY      **NPN:**   3424531                    **Date:**   09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS          **NPN:**   3424531   **Date:**   09/30/2013

**State:**  KY        **Designated Home State:**   None

**License #:**   DOI-738514      **Issue Date:** 09/29/2010  **Expiration Date:**  08/31/2015 **Last Updated:**  07/19/2013

**Class:**  Agent          **Residency:** NR       **Active:**   Yes    * Indicates current LOA status

**CE Compliance:**   N/A        **CE Credits Needed:**              **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Health | 09/29/2010 | Active | * Active License | 09/29/2010 |
| Life | 09/29/2010 | Active | * Active License | 09/29/2010 |
| VARIABLE LIFE/VARIABLE ANNUITY | 09/29/2010 | Active | * Active License | 09/29/2010 |

## Non-Resident Licensed State(s)

**Summary For State:**  LA     **NPN:**  3424531          **Date:**  09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS          **NPN:**  3424531   **Date:**  09/30/2013

**State:**  LA      **Designated Home State:**  None

**License #:**  274910      **Issue Date:** 09/13/2013 **Expiration Date:**      **Last Updated:**  09/16/2013

**Class:**  Producer      **Residency:** NR    **Active:**  Yes    * Indicates current LOA status

**CE Compliance:**        **CE Credits Needed:**        **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Accident & Health | 09/13/2013 | Active  * | | 09/13/2013 |
| Life | 09/13/2013 | Active  * | | 09/13/2013 |
| VARIABLE LIFE & VARIABLE ANNUITY PRODUCTS | 09/13/2013 | Active  * | | 09/13/2013 |

## Non-Resident Licensed State(s)

**Summary For State:**   MA     **NPN:**   3424531                                **Date:**   09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS                **NPN:**   3424531     **Date:**   09/30/2013

**State:**  MA            **Designated Home State:**   None

**License #:**   1888777           **Issue Date:** 09/15/2010  **Expiration Date:**  08/08/2016 **Last Updated:**   06/13/2013

**Class:**  INDIVIDUAL PRODUCER  **Residency:** NR        **Active:**   Yes     * Indicates current LOA status

**CE Compliance:**   In compliance     **CE Credits Needed:**              **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | | Status Reason | Status Date |
|---|---|---|---|---|---|
| Accident & Health or Sickness | 09/15/2010 | Active | * | | 09/15/2010 |
| Life | 09/15/2010 | Active | * | | 09/15/2010 |
| VAR LIFE & VAR ANNUITY PRODUCT | 09/15/2010 | Active | * | | 09/15/2010 |

20 of 41

## Non-Resident Licensed State(s)

**Summary For State:**   MD      **NPN:**   3424531                    **Date:**   09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS                    **NPN:**   3424531   **Date:**   09/30/2013

**State:** MD            **Designated Home State:**   None

**License #:**   145737          **Issue Date:** 08/28/2000   **Expiration Date:**   08/31/2014 **Last Updated:**   04/19/2013

**Class:** Producer          **Residency:** NR        **Active:**   Yes     * Indicates current LOA status

**CE Compliance:**               **CE Credits Needed:**                    **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | | Status Reason | Status Date |
|---|---|---|---|---|---|
| Health | 04/28/2006 | Active | * | | 01/30/2012 |
| Life | 04/28/2006 | Active | * | | 01/30/2012 |
| VARIABLE LIFE & VARIABLE ANNUITY PRODUCTS | 04/28/2006 | Active | * | | 01/30/2012 |

## Non-Resident Licensed State(s)

**Summary For State:**   ME     **NPN:**   3424531                    **Date:**   09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS               **NPN:**   3424531   **Date:**   09/30/2013

**State:**  ME          **Designated Home State:**   None

**License #:**   PRN180708     **Issue Date:** 08/24/2010  **Expiration Date:**          **Last Updated:**   08/25/2010

**Class:**  Producer (NonResident)   **Residency:** NR        **Active:**   Yes     * Indicates current LOA status

**CE Compliance:**              **CE Credits Needed:**                  **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Life and Health | 08/24/2010 | Active  * | | 08/24/2010 |
| Variable Contracts | 08/24/2010 | Active  * | | 08/24/2010 |

## Non-Resident Licensed State(s)

**Summary For State:** MI   **NPN:** 3424531   **Date:** 09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS   **NPN:** 3424531   **Date:** 09/30/2013

**State:** MI   **Designated Home State:** None

**License #:** 3424531   **Issue Date:** 08/27/2010   **Expiration Date:**   **Last Updated:** 06/14/2013

**Class:** NON RESIDENT PRODUCER   **Residency:** NR   **Active:** Yes   * Indicates current LOA status

**CE Compliance:** N/A   **CE Credits Needed:**   **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Accident and Health | 08/27/2010 | Active * | | 08/27/2010 |
| Life | 08/27/2010 | Active * | | 08/27/2010 |
| Variable Annuities | 08/27/2010 | Active * | | 08/27/2010 |

## Non-Resident Licensed State(s)

**Summary For State:**   MN     **NPN:**   3424531                          **Date:**   09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS              **NPN:**   3424531     **Date:**   09/30/2013

**State:** <u>MN</u>          **Designated Home State:**   None

**License #:**   40318576        **Issue Date:** 01/11/2013 **Expiration Date:**  08/31/2014 **Last Updated:**  01/12/2013

<u>**Class:**</u>  Producer          **Residency:** NR       **Active:**   Yes     * Indicates current LOA status

**CE Compliance:**              **CE Credits Needed:**                 **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Accident & Health | 01/11/2013 | Active * | | 01/11/2013 |
| Life | 01/11/2013 | Active * | | 01/11/2013 |
| VAR. LIFE & VAR. ANNUITIES | 01/11/2013 | Active * | | 01/11/2013 |

## Non-Resident Licensed State(s)

**Summary For State:** MO   **NPN:** 3424531   **Date:** 09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS   **NPN:** 3424531   **Date:** 09/30/2013

**State:** MO   **Designated Home State:** None

**License #:** 117249   **Issue Date:** 09/28/2000 **Expiration Date:** 09/28/2014 **Last Updated:** 07/02/2012

**Class:** Producer   **Residency:** NR   **Active:** Yes   * Indicates current LOA status

**CE Compliance:** N/A   **CE Credits Needed:**   **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Accident & Health | 09/28/2000 | Active * | | 07/02/2012 |
| LIFE, VARIABLE CONTRACTS | 09/28/2000 | Active * | | 07/02/2012 |
| Life | 09/28/2000 | Active * | | 07/02/2012 |

## Non-Resident Licensed State(s)

**Summary For State:**   MS     **NPN:**   3424531                    **Date:**   09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS                **NPN:**   3424531   **Date:**   09/30/2013

**State:**  MS        **Designated Home State:**   None

**License #:**   10276001        **Issue Date:** 01/07/2013  **Expiration Date:**  08/31/2014 **Last Updated:**   01/08/2013

**Class:**  Insurance Producer        **Residency:** NR      **Active:**   Yes    * Indicates current LOA status

**CE Compliance:**            **CE Credits Needed:**                **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Accident and Health | 01/07/2013 | Active  * | | 01/07/2013 |
| Life | 01/07/2013 | Active  * | | 01/07/2013 |
| VARIABLE LIFE & VARIABLE ANNUITY PRODUCTS | 01/07/2013 | Active  * | | 01/07/2013 |

## Non-Resident Licensed State(s)

**Summary For State:**   MT      **NPN:**   3424531                    **Date:**   09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS              **NPN:**   3424531   **Date:**   09/30/2013

**State:** MT           **Designated Home State:**   None

**License #:**   770664      **Issue Date:** 03/06/2013  **Expiration Date:**  08/01/2015  **Last Updated:**   05/10/2013

**Class:**  Producer        **Residency:** NR      **Active:**   Yes    * Indicates current LOA status

**CE Compliance:**           **CE Credits Needed:**                    **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| DISABILITY (HEALTH) | 03/06/2013 | Active  * | | 03/06/2013 |
| Life | 03/06/2013 | Active  * | | 03/06/2013 |
| Variable | 03/06/2013 | Active  * | | 03/06/2013 |

## Non-Resident Licensed State(s)

**Summary For State:**   NC      **NPN:**   3424531                    **Date:**   09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS              **NPN:**   3424531      **Date:**   09/30/2013

**State:** NC          **Designated Home State:**   None

**License #:**   3424531          **Issue Date:** 08/24/2010  **Expiration Date:**   03/31/2014 **Last Updated:**   01/09/2012

**Class:** Producer          **Residency:** NR      **Active:**   Yes    * Indicates current LOA status

**CE Compliance:**   N/A          **CE Credits Needed:**              **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Accident & Health or Sickness | 08/24/2010 | Active  * | | 01/04/2012 |
| Life | 08/24/2010 | Active  * | | 01/04/2012 |
| VARIABLE LIFE & VARIABLE ANNUITY PRODUCTS | 08/24/2010 | Active  * | | 01/04/2012 |

## Non-Resident Licensed State(s)

**Summary For State:** NE    **NPN:** 3424531    **Date:** 09/30/2013

JENNIFER L KRAUS

**License Summary**    JENNIFER L KRAUS    **NPN:** 3424531    **Date:** 09/30/2013

**State:** NE    **Designated Home State:** None

**License #:** 3424531    **Issue Date:** 08/24/2010 **Expiration Date:** 08/31/2015 **Last Updated:** 05/29/2013

**Class:** Producer    **Residency:** NR    **Active:** Yes    * Indicates current LOA status

**CE Compliance:**    **CE Credits Needed:**    **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Life and Annuities | 08/24/2010 | Active * | | 05/29/2013 |
| Sickness, Accident & Health | 08/24/2010 | Active * | | 05/29/2013 |
| Variable Contracts | 08/24/2010 | Active * | | 05/29/2013 |

## Non-Resident Licensed State(s)

**Summary For State:**   NH      **NPN:**   3424531                **Date:**   09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS           **NPN:**   3424531   **Date:**   09/30/2013

**State:** <u>NH</u>        **Designated Home State:**   None

**License #:**   2073622      **Issue Date:** 08/23/2010 **Expiration Date:**   08/31/2014 **Last Updated:**   07/02/2012

<u>Class:</u>  Producer          **Residency:** NR      **Active:**   Yes    * Indicates current LOA status

**CE Compliance:**   N/A          **CE Credits Needed:**              **CE Renewal Date:**   07/01/2012

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| A&H | 08/23/2010 | Active   * | | 09/01/2012 |
| Life | 08/23/2010 | Active   * | | 09/01/2012 |
| Variable Contracts | 08/23/2010 | Active   * | | 09/01/2012 |

## Non-Resident Licensed State(s)

**Summary For State:**   NJ      **NPN:**   3424531                    **Date:**   09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS            **NPN:**   3424531   **Date:**   09/30/2013

**State:** NJ         **Designated Home State:**   None

**License #:**   0086087         **Issue Date:** 08/14/2000   **Expiration Date:**   08/31/2014 **Last Updated:**   07/05/2012

**Class:** Producer - Individual      **Residency:** NR      **Active:**   Yes   * Indicates current LOA status

**CE Compliance:**   N/A         **CE Credits Needed:**            **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| ACCIDENT HEALTH OR SICKNESS | 08/14/2000 | Active  * | | 08/14/2000 |
| Life | 08/14/2000 | Active  * | | 08/14/2000 |
| Variable | 12/15/2003 | Active  * | | 12/15/2003 |

## Non-Resident Licensed State(s)

**Summary For State:** OH   **NPN:** 3424531   **Date:** 09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS   **NPN:** 3424531   **Date:** 09/30/2013

**State:** OH   **Designated Home State:** None

**License #:** 821762   **Issue Date:** 08/26/2010   **Expiration Date:** 08/31/2014   **Last Updated:** 09/03/2012

**Class:** MAJOR LINES   **Residency:** NR   **Active:** Yes   * Indicates current LOA status

**CE Compliance:**   **CE Credits Needed:**   **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | | Status Reason | Status Date |
|---|---|---|---|---|---|
| Accident & Health | 08/26/2010 | Active | * | | 09/01/2012 |
| Life | 08/26/2010 | Active | * | | 09/01/2012 |
| Variable | 08/26/2010 | Active | * | | 09/01/2012 |

## Non-Resident Licensed State(s)

**Summary For State:**   PA       **NPN:**   3424531                 **Date:**   09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS              **NPN:**   3424531   **Date:**   09/30/2013

**State:**  PA        **Designated Home State:**   None

**License #:**   378428        **Issue Date:** 05/17/2004  **Expiration Date:**   08/31/2015 **Last Updated:**   07/08/2013

**Class:**  NON RES PRODUCER INDIV        **Residency:** NR        **Active:**   Yes      * Indicates current LOA status

**CE Compliance:**              **CE Credits Needed:**                  **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Accident & Health | 05/17/2004 | Active | * | 05/17/2004 |
| Life & Fixed Annuities | 05/17/2004 | Active | * | 05/17/2004 |
| VARIABLE LIFE/VARIABLE ANNUITY | 05/17/2004 | Active | * | 05/17/2004 |

# Non-Resident Licensed State(s)

**Summary For State:** RI   **NPN:** 3424531   **Date:** 09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS   **NPN:** 3424531   **Date:** 09/30/2013

**State:** RI   **Designated Home State:** None

**License #:** 2092231   **Issue Date:** 08/23/2010 **Expiration Date:** 08/31/2014 **Last Updated:** 08/23/2013

**Class:** Insurance Producer   **Residency:** NR   **Active:** Yes   * Indicates current LOA status

**CE Compliance:**   **CE Credits Needed:**   **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Accident & Health or Sickness | 08/23/2010 | Active * | | 07/02/2012 |
| Life | 08/23/2010 | Active * | | 07/02/2012 |
| VARIABLE ANNUITIES/VAR LIFE | 08/23/2010 | Active * | | 07/02/2012 |

## Non-Resident Licensed State(s)

**Summary For State:**   SC      **NPN:**   3424531                    **Date:**   09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS               **NPN:**   3424531   **Date:**   09/30/2013

**State:**  SC        **Designated Home State:**   None

**License #:**   568250        **Issue Date:** 08/23/2010  **Expiration Date:**        **Last Updated:**  01/30/2013

**Class:**  Producer       **Residency:** NR      **Active:**   Yes    * Indicates current LOA status

**CE Compliance:**        **CE Credits Needed:**          **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Accident & Health | 08/23/2010 | Active | * Active | 08/23/2010 |
| Life | 08/23/2010 | Active | * Active | 08/23/2010 |
| Variable Contracts | 08/23/2010 | Active | * Active | 08/23/2010 |

## Non-Resident Licensed State(s)

**Summary For State:**   TN      **NPN:**   3424531                    **Date:**   09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS               **NPN:**   3424531   **Date:**   09/30/2013

**State:** TN        **Designated Home State:**   None

**License #:**   2013841        **Issue Date:** 08/23/2010 **Expiration Date:**  08/31/2014 **Last Updated:**  07/18/2012

**Class:**  Producer        **Residency:** NR      **Active:**   Yes    * Indicates current LOA status

**CE Compliance:**   N/A        **CE Credits Needed:**                **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Accident & Health | 08/23/2010 | Active | * | 07/17/2012 |
| Life | 08/23/2010 | Active | * | 07/17/2012 |

## Non-Resident Licensed State(s)

**Summary For State:**   TX      **NPN:**   3424531                    **Date:**   09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS          **NPN:**   3424531   **Date:**   09/30/2013

**State:** TX          **Designated Home State:**   None

**License #:**   1094317          **Issue Date:** 04/19/2001   **Expiration Date:**   04/19/2015 **Last Updated:**   01/31/2013

**Class:**  General Lines Agncy/Agnt  **Residency:** NR          **Active:**   Yes     * Indicates current LOA status

**CE Compliance:**                  **CE Credits Needed:**                        **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Life, Accident, Health and HMO | 04/19/2001 | Active   * | | 04/19/2001 |

## Non-Resident Licensed State(s)

**Summary For State:** VA    **NPN:** 3424531    **Date:** 09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS    **NPN:** 3424531    **Date:** 09/30/2013

**State:** VA    **Designated Home State:** None

**License #:** 550353    **Issue Date:** 07/31/2000  **Expiration Date:**    **Last Updated:** 09/20/2008

**Class:** Producer    **Residency:** NR    **Active:** Yes    * Indicates current LOA status

**CE Compliance:**    **CE Credits Needed:**    **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Health | 07/31/2000 | Active  * | | 07/31/2000 |
| Life and Annuities | 07/31/2000 | Active  * | | 07/31/2000 |
| Variable Contracts | 07/31/2000 | Active  * | | 07/31/2000 |

38 of 41

## Non-Resident Licensed State(s)

**Summary For State:**  VT          **NPN:**  3424531                    **Date:**  09/30/2013

## JENNIFER L KRAUS

**License Summary**    JENNIFER L KRAUS              **NPN:**    3424531    **Date:**    09/30/2013

**State:**  VT          **Designated Home State:**    None

**License #:**  713784          **Issue Date:** 08/30/2010  **Expiration Date:**  03/31/2015 **Last Updated:**  01/31/2013

**Class:**  NON RES PRODUCER INDIV          **Residency:** NR          **Active:**    Yes      * Indicates current LOA status

**CE Compliance:**                    **CE Credits Needed:**                    **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Accident & Health | 08/30/2010 | Active  * | | 08/30/2010 |
| Life | 08/30/2010 | Active  * | | 08/30/2010 |
| VARIABLE LIFE AND ANNUITIES | 08/30/2010 | Active  * | | 08/30/2010 |

## Non-Resident Licensed State(s)

**Summary For State:**   WA      **NPN:**   3424531                **Date:**   09/30/2013

JENNIFER L KRAUS

**License Summary**   JENNIFER L KRAUS            **NPN:**   3424531   **Date:**   09/30/2013

**State:** WA            **Designated Home State:**   None

**License #:**   820305         **Issue Date:** 10/24/2012 **Expiration Date:**   08/08/2014 **Last Updated:**   10/24/2012

**Class:**  Producer            **Residency:** NR      **Active:**   Yes      * Indicates current LOA status

**CE Compliance:**            **CE Credits Needed:**                  **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Disability | 10/24/2012 | Active  * | | 10/24/2012 |
| Life | 10/24/2012 | Active  * | | 10/24/2012 |
| VARIABLE LINE | 10/24/2012 | Active  * | | 10/24/2012 |

## Non-Resident Licensed State(s)

**Summary For State:** WV     **NPN:** 3424531            **Date:** 09/30/2013

JENNIFER L KRAUS

**License Summary** JENNIFER L KRAUS          **NPN:** 3424531   **Date:** 09/30/2013

**State:** WV          **Designated Home State:** None

**License #:** 3424531       **Issue Date:** 08/23/2010  **Expiration Date:** 08/31/2015 **Last Updated:** 06/05/2013

**Class:** Producer       **Residency:** NR      **Active:** Yes     * Indicates current LOA status

**CE Compliance:**        **CE Credits Needed:**              **CE Renewal Date:**

| Line of Authority | Authority Issue Date | Status | Status Reason | Status Date |
|---|---|---|---|---|
| Accident and Sickness | 08/23/2010 | Active * | | 06/04/2013 |
| Life | 08/23/2010 | Active * | | 06/04/2013 |
| VARIABLE LIFE AND VARIABLE ANNUITY | 08/23/2010 | Active * | | 06/04/2013 |

---

### Regulatory Actions    **NPN:** 3424531            **Date:** 09/30/2013

JENNIFER L KRAUS

No Information Available

---

### Comments    **NPN:** 3424531            **Date:** 09/30/2013

JENNIFER L KRAUS

No Information Available

The Producer Database (PDB) compiles information provided by participating state insurance departments including licensing information on insurance producers and/or registered securities brokers and regulatory actions on insurance producers, companies and other entities engaged in the business of insurance. Not every state participates actively or fully in the PDB. The Producer Database does not report adverse licensing or regulatory action information on individuals if the information is more than seven (7) years old. Users are cautioned that the absence of information on a particular individual or entity should not be taken as conclusive that no licensing or regulatory action information exists. The information is provided "AS IS" and there is no guarantee of the truth or accuracy of the information provided by the state insurance department. There is no guarantee the information in the PDB has not been modified, revised or updated and not reported by the state insurance department to the PDB.

Copyright © 2013 National Insurance Producer Registry. All rights reserved.          09/30/2013



# PDB Report

| | | | |
|---|---|---|---|
| **Name:** | JENNIFER L KRAUS | | |
| | | | **Last Updated** |
| **FEIN:** | | **Demographics:** | 09/20/2013 |
| **NPN:** | 3424531 | **Producer Licensing:** | 09/20/2013 |
| **Report Type:** | Regulatory Action | **Appointments:** | 09/23/2013 |
| **Report Date:** | 10/03/2013 | <u>RIRS:</u> | No Information Available |

| | |
|---|---|
| **Active Resident States:** | NY |
| **Resident Licensed States:** | NY |
| **Non-Resident Licensed States:** | |

---

## Regulatory Actions    NPN:    3424531         Date:    10/03/2013

JENNIFER L KRAUS

No Information Available

---

## Comments    NPN:    3424531         Date:    10/03/2013

JENNIFER L KRAUS

No Information Available

The Producer Database (PDB) compiles information provided by participating state insurance departments including licensing information on insurance producers and/or registered securities brokers and regulatory actions on insurance producers, companies and other entities engaged in the business of insurance. Not every state participates actively or fully in the PDB. The Producer Database does not report adverse licensing or regulatory action information on individuals if the information is more than seven (7) years old. Users are cautioned that the absence of information on a particular individual or entity should not be taken as conclusive that no licensing or regulatory action information exists. The information is provided "AS IS" and there is no guarantee of the truth or accuracy of the information provided by the state insurance department. There is no guarantee the information in the PDB has not been modified, revised or updated and not reported by the state insurance department to the PDB.

Copyright © 2013 National Insurance Producer Registry. All rights reserved.                    10/03/2013

ACORD

# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 7/1/2013 |

| PRODUCER | 877-945-7378 |
|---|---|
| WILLIS OF NEW YORK<br>One World Financial Center<br>200 Liberty Street<br>New York, NY 10281 | |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

| INSURED | INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|---|
| UBS AG and its Subsidiaries<br>1285 Avenue of The Americas<br>New York, NY 10019 | INSURER A: National Union Fire Ins Co of Pittsburgh PA | 19445 |
| | INSURER B: National Union Fire Ins Co of Pittsburgh PA | |
| | INSURER C: AIG Europe Limited | |
| | INSURER D: | |
| | INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADDL INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| | | **GENERAL LIABILITY**<br>☐ COMMERCIAL GENERAL LIABILITY<br>☐ CLAIMS MADE ☐ OCCUR<br>☐<br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>☐ POLICY ☐ PROJECT ☐ LOC | | | | EACH OCCURENCE | $ |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | MED EXP (Any one person) | $ |
| | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | GENERAL AGGREGATE | $ |
| | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | | **AUTOMOBILE LIABILITY**<br>☐ ANY AUTO<br>☐ ALL OWNED AUTOS<br>☐ SCHEDULED AUTOS<br>☐ HIRED AUTOS<br>☐ NON-OWNED AUTOS<br>☐<br>☐ | | | | COMBINED SINGLE LIMIT (Each Occurrence) | $ |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY**<br>☐ ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN          EA ACC | $ |
| | | | | | | AUTO ONLY:             AGG | $ |
| | | **EXCESS/UMBRELLA LIABILITY**<br>☐ OCCUR ☐ CLAIMS MADE<br><br>☐ DEDUCTIBLE<br>☐ RETENTION $ | | | | EACH OCCURRENCE | $ |
| | | | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANY PROPRIETOR/PARTNER/EXECU-TIVE OFFICER/MEMBER EXCLUDED?<br>If yes, describe under SPECIAL PROVISIONS below | | | | ☐ WC STATU-TORY LIMITS  ☐ OTH-ER | |
| | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A<br><br>B | | **OTHER**<br>Fidelity Bond<br>Errors & Omissions<br>Excess Fidelity Bond/E&O | 7113505<br>7113506<br>R-410A083J100000 | 07/01/2013<br>07/01/2013<br>07/01/2013 | 07/01/2014<br>07/01/2014<br>07/01/2014 | Limit: $ 5,000,000<br>Limit: $ 5,000,000<br>Limit: $ 5,000,000 | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

Evidence of Insurance

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| UBS AG and its Subsidiaries<br>1285 Avenue of The Americas<br>New York, NY 10019 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE INSURER AFFORDING COVERAGE WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE |

ACORD 25 (2001/08)

The ACORD name and logo are registered marks of ACORD

© 1988-200

**EXHIBIT**

**5**

 ACORD

# CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 7/1/2013 |

| PRODUCER | 877-945-7378 |
|---|---|
| WILLIS OF NEW YORK<br>One World Financial Center<br>200 Liberty Street<br>New York, NY 10281 | |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

| INSURED | INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|---|
| | INSURER A: National Union Fire Ins Co of Pittsburgh PA | 19445 |
| UBS AG and Its Subsidiaries<br>1285 Avenue of The Americas<br>New York, NY 10019 | INSURER B: National Union Fire Ins Co of Pittsburgh PA | |
| | INSURER C: AIG Europe Limited | |
| | INSURER D: | |
| | INSURER E: | |

With respects the Fidelity bond/Errors & Omissions policy: R-410A083J100000

a.  "This certificate of insurance contains a broad outline of the policy coverage and does not include all terms, conditions and exclusions of the policies. The policies contain the full and complete agreement with regard to coverage. In the event of any inconsistency between this certificate of insurance and the policies, the language contained in the policies shall control.";

b.  "The policies are part of an international insurance program and interpretation of the policies is in accordance with the laws of the relevant policy."

c.  "UBS AG and certain of its affiliated entities are covered by the policies and all of the covered entities share the same per occurrence and aggregate limits of liability."

d.  "The insurance evidenced by this certificate consists of (i) primary coverage under a local policy; and (ii) coverage under a Swiss policy on a difference in limits basis such that where the amount of loss claimed under a local policy is greater then the un-exhausted limit of indemnity (if any) under the local policy, the Swiss policy will provide indemnity provided that the loss would have been covered under the terms of the Swiss Policy.";

e.  "The insurance cover is "claims made", the coverage of each policy is limited to liability for claims that are first made against the insured during the policy period and reported in writing to the insurer pursuant to the terms of the policy.";

f.  "Amounts incurred for legal defense shall reduce the limit of liability available to pay judgments or settlements."; and

g.  "The insurer does not provide any representation on the adequacy of the limits of liability for the exposures covered by each policy."

© 1988-2009 ACORD CORPORATION. All rights reserved.

# IMPORTANT

If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

# DISCLAIMER

The Certificate of Insurance on the reverse side of this form does not constitute a contract between the issuing insurer(s), authorized representative or producer, and the certificate holder, nor does it affirmatively or negatively amend, extend or alter the coverage afforded by the policies listed thereon.

# Warrick, Lance

| | |
|---|---|
| **From:** | Palmieri, Chris |
| **Sent:** | Thursday, October 03, 2013 2:12 PM |
| **To:** | Warrick, Lance |
| **Cc:** | Peterson, David; Brady, Kellie P. |
| **Subject:** | FW: Welcome to Liberty Life Assurance Company of Boston ("Liberty Life")- UBS Financial Services Insurance Agency Inc - Structures |

Christopher M. Palmieri, CIMA ®, CSSC
Senior Vice President - Wealth Management
Director, The Settlement Solutions Group

UBS Financial Services Inc.
1285 Avenue of the Americas, 20th Fl.
New York, NY 10019
Toll 888-300-3209
Tel 212-713-3481
Fax 212-713-2960
chris.palmieri@ubs.com

www.ubs.com

---

**From:** Tobey, Michele [mailto:Michele.Tobey@LibertyMutual.com]
**Sent:** Thursday, October 03, 2013 2:11 PM
**To:** Palmieri, Chris; Kraus, Jennifer
**Cc:** Meloon, Lisa; Rogers, Jo-Anne
**Subject:** Welcome to Liberty Life Assurance Company of Boston ("Liberty Life")- UBS Financial Services Insurance Agency Inc - Structures

We are pleased to announce that your appointment with Liberty Life Assurance Company of Boston has been completed.

Below are your appointment details:

- Agency: **UBS Financial Services Insurance Agency Inc**
- Liberty Life Agent #: **S0058**
- State(s) appointed: **CA, CT, DC, HI, KS, KY, NJ, PA, UT, WA, SC, TN, MN, MD, GA, FL, OR, WI, MO, WV, NC, NM, MS, NE, RI, IL, IN, CO, AZ, DE, AL, AR, NV, OH, OK, NY, ID, ND, LA, MA, NH, MI, MT, VA, SD, TX, ME**
- Effective date of the appointment: **10-02-2013**

Thank you for your interest in Liberty Life, we look forward to earning your business and contributing to your on-going success.

**Michele Tobey | Individual Life**
**Liberty Life Assurance Company of Boston, a Liberty Mutual Company**
NAIC # 0111-65315
100 Liberty Way - Mail stop 03D | Dover, N.H. 03820
Tel: 800.451.7065 Ext. 35255 | Fax: 800.837.4669



EXHIBIT

6

10/3/2013

**Kraus, Jennifer**

| | |
|---|---|
| **From:** | Tobey, Michele [Michele.Tobey@LibertyMutual.com] |
| **Sent:** | Thursday, October 10, 2013 11:40 AM |
| **To:** | Johnson, Lauren C.; Kraus, Jennifer |
| **Subject:** | Welcome to Liberty Life Assurance Company of Boston ("Liberty Life")- Jennifer Kraus - Structures |

**Attachments:** Legal Disclaimer.txt

We are pleased to announce that your appointment with Liberty Life Assurance Company of Boston has been completed.  We have enclosed our Compliance Guide for your reference.   Below are your appointment details:

- Agent name:                              Jennifer Kraus
- Agency:                                       UBS Financial Services Insurance Agency Inc
- Liberty Life Agent #:                  S1236
- State(s) appointed:                    AZ, CO, ME, MI, NJ, WV
- Effective date of the appointment:      10/9/2013
- State(s) appointed:                    AK, AL, AR, CA, CT, DC, DE, FL, GA, HI, ID, IL, IN, KY, LA, MA, MD, MN, MO, MS, MT, NC, NE, NH, NY, OH, PA, RI, SC, TN, TX, VA, VT, WA
- Effective date of the appointment:      10/3/2013


Thank you for your interest in Liberty Life, we look forward to earning your business and contributing to your on-going success

**Michele Tobey | Individual Life**
**Liberty Life Assurance Company of Boston, a Liberty Mutual Company**
NAIC # 0111-65315
100 Liberty Way - Mail stop 03D | Dover, N.H. 03820
Tel: 800.451.7065 Ext. 35255 | Fax: 800.837.4669