IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | CIVIL ACTION NO.: 12-970<br><br>MDL No. 2179<br><br>SECTION: J |
| This Document Relates to: *All Cases*<br><br>(Including Civil Action No. 12-9700) | * * * * | JUDGE: BARBIER<br><br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER FOR APPOINTMENT AS
COURT-APPROVED STRUCTURED SETTLEMENT BROKER

Considering the *Unopposed Motion for Appointment as Court-Approved Structured Settlement Broker*, filed by JENNIFER L. KRAUS;

**IT IS ORDERED** that mover, JENNIFER L. KRAUS, be and hereby is approved and appointed to act as a Court-approved structured settlement broker pursuant to the terms and conditions of this Court's ORDER PROVIDING FOR STRUCTURED SETTLEMENT OPTION AND AMENDMENT TO RELEASE [Doc. 8425], as amended on August 15, 2013 [Doc. 11020], and the Court's Order of September 17, 2013 [Doc. 11404].

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
JUDGE

911400_1