**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig<br>  "Deepwater Horizon" in the<br>  Gulf of Mexico, on April 20, 2010 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | MDL NO. 2179<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

| | | |
|---|---|---|
| Plaisance, *et al.*, individually<br>and on behalf of the<br>Medical Benefits Settlement Class,<br><br>                Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc., *et al.*,<br><br>                Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | NO. 12-CV-968<br><br>SECTION: J<br><br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## JOINT DESIGNATIONS FOR RECORD ON APPEAL IN FIFTH CIRCUIT CASE NO. 13-30973

Pursuant to the October 9, 2013 Order in Fifth Circuit Case No. 13-30973, Appellants and Appellees file these joint designations for the District Court to use in constructing the Record on Appeal.  For those docket entries that have attachments or exhibits, the parties intend that these attachments or exhibits should also be included in the Record.

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| No. 10-2179 | 569 | 10/19/2010 | PRETRIAL ORDER No. 11 (Case Management Order No. 1): Instructions re filings and Deadlines are as set forth |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | in document.  Signed by Judge Carl Barbier on 10/19/10. (Attachments: #1 Exhibit A) (Reference: all cases)(sek, ) (Entered: 10/19/2010) |
| No. 10-2179 | 983 | 1/12/2011 | PRETRIAL ORDER NO. 25 – Clarifying the Pleading Bundles, Responsive Pleadings, and the Master Complaints.  Signed by Judge Carl Barbier. (Attachments: #1 Exhibit 1 – Bundle A Cases, #2 Exhibit 2 – Bundle C Cases, #3 Exhibit 3 – Short-Form Joinder, #4 Exhibit 4 – Amended PPF)(Reference: all cases)(ijg, ) (Entered: 01/12/2011) |
| No. 10-2179 | 1812 | 3/30/2011 | FIRST AMENDED MASTER COMPLAINT B3 Bundle against All Defendants filed by Plaintiffs.(Reference: Pleading Bundle B3)(Haycraft, Don) Modified filer on 3/1/2011 (mmm, ). (Entered: 02/28/2011) |
| No. 10-2179 | 5960 | 3/5/2012 | ORDER Appointing James Parkerson Roy and Stephen J. Herman as Interim Class Counsel. Signed by Judge Carl Barbier. (Reference: All Cases)(gec, ) (Entered: 03/05/2012) |
| No. 10-2179 | 5995 | 3/8/2012 | First Amended ORDER Creating Transition Process re 5988 Order. Signed by Judge Carl Barbier. (Reference: ALL CASES)(gec, )(Entered: 03/08/2012) |
| No. 10-2179 | 6049 | 3/14/2012 | ORDER Clarifying the Court's 5995 First Amended Order of March 8, 2012, Creating Transition Process. Signed by Judge Carl Barbier on 3/14/2012. (Reference: ALL CASES)(blg) (Entered: 03/14/2012) |
| No. 10-2179 | 6267 | 4/18/2012 | Joint MOTION for Settlement/Medical Preliminary Approval by Plaintiffs and Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # 1 Memorandum in Support, #2 Exhibit A (Azari Declaration), #3 Exhibit B (Garretson Declaration), #4 Exhibit C (Kinsella Declaration), #5 Exhibit D |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
|  |  |  | (Wheatman Declaration), #6 Proposed Order)(Reference: ALL CASES, 12-968)(Haycraft, Don) Modified on 4/18/2012 (blg). (Entered: 04/18/2012) |
| No. 10-2179 | 6272 | 4/18/2012 | MOTION for Certification of a Rule 23(B)(3) Class for Purposes of Settlement by Plaintiffs. (Attachments: #1 Memorandum in Support)(Reference: B3 Cases (including No. 12-968))(Herman, Stephen) Modified on 4/18/2012 (blg). (Entered: 04/18/2012) |
| No. 10-2179 | 6273 | 4/18/2012 | NOTICE of Filing of Medical Benefits Class Action Settlement Agreement by Plaintiffs and BP Exploration & Production Inc., BP America Production Company re 6267 Joint MOTION for Settlement / Medical Preliminary Approval. (Attachments: #1 Exhibit Medical Settlement Agreement, #2 Exhibit List, #3 Exhibit 1, #4 Exhibit 2, #5 Exhibit 3, #6 Exhibit 4, #7 Exhibit 5, #8 Exhibit 6, #9 Exhibit 7, #10 Exhibit 8, #11 Exhibit 9, #12 Exhibit 10, #13 Exhibit 11, #14 Exhibit 12, #15 Exhibit 13, #16 Exhibit 14, #17 Exhibit 15, #18 Exhibit 16, #19 Exhibit 17, #20 Exhibit 18, #21 Exhibit 19)(Reference: 12-968)(Haycraft, Don) Modified on 4/18/2012 (blg). (Entered: 04/18/2012) |
| No. 10-2179 | 6419 | 5/2/2012 | ORDER re Rec. Doc. 6267, 6272, 6273, and 6399, preliminarily and conditionally certifying the Medical Benefits Settlement Class and preliminarily approving the proposed Medical Benefits Class Settlement. Signed by Judge Carl Barbier on 5/2/2012. (Reference: Actions within B3 Pleading Bundle, 12-968)(blg) (Entered: 05/02/2012) |
| No. 10-2179 | 6427 | 5/3/2012 | NOTICE of Filing of Medical Benefits Class Action Settlement Agreement as Amended on 5/1/2012, and as Preliminary Approved by the Court on 5/2/2012 by Medical Benefits Class Representatives, and Defendants BP |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Exploration & Production Inc., BP America Production Company. (Attachments: #1 Deepwater Horizon Medical Benefits Class Action Settlement Agreement, as Amended on May 1, 2012, #2 Index of Exhibits, #3 Exhibit 1, #4 Exhibit 2, #5 Exhibit 3, #6 Exhibit 4, #7 Exhibit 5, #8 Exhibit 6, #9 Exhibit 7, #10 Exhibit 8, #11 Exhibit 9, #12 Exhibit 10, #13 Exhibit 11, #14 Exhibit 12, #15 Exhibit 13, #16 Exhibit 14, #17 Exhibit 15, #18 Exhibit 16, #19 Exhibit 17, #20 Exhibit 18, #21 Exhibit 19)(Reference: 10-2179; 12-968)(Haycraft, Don) Modified on 5/4/2012 (blg). (Entered: 05/03/2012) |
| No. 10-2179 | 6454 | 5/7/2012 | ANSWER to Complaint (Medical Class Action) by Defendants BP America Production Company, BP Exploration & Production Inc., BP p.l.c. (Reference: 10md2179; 12-968)(Haycraft, Don) Modified on 5/8/2012 (blg). (Entered: 05/07/2012) |
| No. 10-2179 | 6616 | 6/4/2012 | PRETRIAL ORDER NO. 49: Establishing Special Docket for Filing Objections to the Proposed Settlements (10-7777). Signed by Judge Carl Barbier on 6/4/2012. (Reference: 12-968 and 12-970; cases within pleading bundles B1 and B3)(blg) (Entered: 06/04/2012) |
| No. 10-2179 | 7105 | 8/13/2012 | NOTICE of Filing of Status Update From the Medical Benefits Settlement Claims Administrator by Medical Benefits Class Representatives, BP Exploration & Production Inc., and BP America Production Company. (Attachments: #1 Report of Medical Benefits Claims Administrator)(Reference: 12-968)(Haycraft, Don) Modified on 8/14/2012 (gec, ). (Entered: 08/13/2012) |
| No. 10-2179 | 7112 | 8/13/2012 | MOTION for Final Approval of the Medical Benefits Class Action Settlement by Defendants BP Exploration & Production Inc. and BP |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | America Production Company. (Attachments: #1 Memorandum in Support of Motion for Final Approval of the Medical Benefits Class Action Settlement, #2 Exhibit A, #3 Exhibit B, #4 Exhibit C, #5 Exhibit D, #6 Exhibit E, #7 Exhibit F, #8 Exhibit G)(Reference: 12-968)(Haycraft, Don) Modified on 8/14/2012 (gec, ). (Entered: 08/13/2012) |
| No. 10-2179 | 7113 | 8/13/2012 | NOTICE by Medical Benefits Class Representatives, BP Exploration & Production Inc., and BP America Production Company of Joint Filing of the Declarations of Cameron R. Azari; John C. Coffee, Jr.; and Bernard D. Goldstein. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3)(Reference: 12-968)(Haycraft, Don) Modified on 8/14/2012 (gec, ). (Entered: 08/13/2012) |
| No. 10-2179 | 7116 | 8/14/2012 | MEMORANDUM IN SUPPORT OF FINAL APPROVAL OF MEDICAL BENEFITS CLASS ACTION SETTLEMENT by Plaintiffs. (Attachments: # 1 Exhibit Harbut, #2 Exhibits: Klonoff, Issacharoff, Herman, Greenwald, K.) |
| No. 10-2179 | 7176 | 8/27/2012 | ORDER Extending the Exclusion (Opt-Out) Deadlines for the Deepwater Horizon Economic and Property Damages Settlement Agreement and the Deepwater Horizon Medical Benefits Class Action Settlement Agreement. The Court makes a one-time extension by modifying Paragraph 29 of its May 2, 2012 Preliminary Approval ORDER regarding the Medical Benefits Class Action Settlement 6419 to extend the deadline by which requests for exclusion (requests to opt-out) must be postmarked from October 1, 2012 to November 1, 2012. Signed by Judge Carl Barbier. (Reference: 12-968, 12-970)(gec, )(Entered: 08/27/2012) |
| No. 10-2179 | 7225 | 8/31/2012 | ORDER Regarding a One Week Extension of the Deadline for the Filing |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | and Service of Objections to the Two Class Action Settlements. ORDERED that the deadline to file and serve objections to the settlements is extended for one week through Friday, September 7, 2012. Signed by Magistrate Judge Sally Shushan.(Reference: ALL CASES)(gec, ) (Entered: 08/31/2012) |
| No. 10-2179 | 7231 | 8/31/2012 | NOTICE of Appearance and Notice of Intent to Appear at Final Fairness Hearing by Joseph Darrell Palmer on behalf of Mike Sturdivant, Patricia Sturdivant, James H. Kirby, III, James H. Kirby, IV, Susan Forsyth. (Reference: 12-968, 12-970, 10-7777)(Palmer, Joseph)(Entered: 08/31/2012) |
| No. 10-2179 | 7233 | 8/31/2012 | ERROR – SHOULD HAVE BEEN FILED IN CASE 10-7777. (Clerk re-filed in case 10-7777) OBJECTIONS by Susan Forsyth, James H. Kirby, IV, Mike Sturdivant, Patricia Sturdivant *to Medical Benefits Portion of Proposed Class Action Settlement* (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C)(Reference: 12-968, 12-970, 10-7777, Cases within Pleading bundles B1 and B3)(Palmer, Joseph) Modified on 9/5/2012 (gec). Modified on 9/13/2012 (gec). (Entered: 08/31/2012) |
| No. 10-2179 | 7358 | 9/11/2012 | ORDER REGARDING PROCEDURES FOR NOVEMBER 8, 2012 FAIRNESS HEARING as set forth in document. Signed by Judge Carl Barbier on 9/11/12. (Reference: all cases, 12-970, 12-968)(sek, ) (Entered: 09/11/2012) |
| No. 10-2179 | 7587 | 10/5/2012 | REPORT OF GUARDIAN AD LITEM (Jack C. Watson) MEDICAL BENEFITS CLASS PROPOSED SETTLEMENT AGREEMENT. (Reference: 12-968)(gec, ) (Entered: 10/05/2012) |
| No. 10-2179 | 7672 | 10/17/2012 | ORDER Approving Procedure for the Processing by the Claims Administrator of the Deepwater Horizon Medical Benefits Class Action Settlement of |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Claims on Behalf of Class Members Who are Deceased, Minors, Lacking Capacity or Incompetent as set forth in document. Signed by Judge Carl Barbier on 10/17/12. (Reference: All Cases (including Civil Action No. 12-970))(sek, ) (Entered: 10/17/2012) |
| No. 10-2179 | 7727 | 10/22/2012 | REPLY to Response to Motion filed by All Plaintiffs re 7114 MOTION for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012. (Attachments: #1 Exhibit A revision (Seafood Program), #2 Exhibit C (Summary of Objections), #3 Exhibit D (in globo) (GCCF Winding Down), #4 Affidavit Klonoff – Supplemental Report, #5 Affidavit Greenwald, #6 Exhibit Haycraft Ltr (VoO Offset), #7 Exhibit BP Submission (VoO Offset), #8 Exhibit Cantor Ltr (VoO Offset), #9 Exhibit Ltr to Wilson (Customer Mix), #10 Exhibit Citizen Article, #11 Exhibit Palmer Orders)(Reference: B1 Cases; VoO Charter Disputes; No. 12-970; No. 10-7777)(Herman, Stephen) (Entered: 10/22/2012) |
| No. 10-2179 | 7728 | 10/22/2012 | REPLY to Response to Motion filed by All Plaintiffs re 7112 MOTION for Final Approval of the Medical Benefits Class Action Settlement. (Attachments: #1 Exhibit A (Summary of Medical Objections), #2 Affidavit Klonoff - S–pplemental Report, #3 Affidavit Harbut – Supplemental Declaration)(Reference: B3 Bundle Cases; No. 12-968; 10-7777)(Herman, Stephen) (Entered: 10/22/2012) |
| No. 10-2179 | 7729 | 10/22/2012 | NOTICE of Filing of Status Update from the Deepwater Horizon Medical Benefits Settlement Claims Administrator by Garretson Resolution Group, the Medical Benefits Class Representatives, BP Exploration & Production Inc., and BP |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | America Production Company. (Attachments: #1 Exhibit) (Reference: ALL CASES & 12-968)(Haycraft, Don) Modified text on 10/23/2012 (sek, ). (Entered: 10/22/2012) |
| No. 10-2179 | 7730 | 10/22/2012 | NOTICE of Joint Filing of the Declarations of Cameron R. Azari; John C. Coffee, Jr.; Matthew Garretson; and Bernard D. Goldstein by Medical Benefits Class Representatives, BP Exploration & Production Inc., and BP America Production Company. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4)(Reference: ALL CASES & 12-968)(Haycraft, Don) Modified text on 10/23/2012 (sek, ). (Entered: 10/22/2012) |
| No. 10-2179 | 7732 | 10/22/2012 | Reply in Support of BP's Motion for Final Approval of the Medical Benefits Class Action Settlement by BP. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4, Exhibit 4, #5 Exhibit 5, #6 Exhibit 6) (Reference: all cases & 12-968)(Haycraft, Don) Modified text on 10/23/2012 (sek, ). (Entered: 10/22/2012) |
| No. 10-2179 | N/A | 11/8/2012 | Transcript of Final Fairness Hearing Proceedings Heard Before the Honorable Carl J. Barbier United States District Judge |
| No. 10-2179 | 7878 | 11/9/2012 | ORDER: [Regarding Exchange & Submission of Lists of Exclusion (Opt-Out) Requests for the Deepwater Horizon Economic & Property Damages Settlement Agreement & Deepwater Horizon Medical Benefits Class Action Settlement Agreement]; ORDERED that: Pursuant to the authority provided to the Court in Section 28.1 of the Amended Deepwater Horizon Economic & Property Damages Settlement Agreement (Rec. Doc. 6430-1) & based on the agreement of parties, the Court hereby modifies Paragraph 41 of its May 2, 2012 Preliminary Approval Order |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | regarding the Economic & Property Damages Settlement (Rec. Doc. 6418) to extend the deadline by which the parties are to exchange a complete list of all timely & valid requests for exclusion (requests to opt-out) to November 21, 2012. The parties shall submit the list of all such opt-out requests to the Court by that date as well.  Additionally, based on the agreement of parties, the Court hereby orders that the parties shall likewise exchange, & submit to the Court, a complete list of all timely & valid requests for exclusion (requests to opt-out) from the Medical Benefits Class Action Settlement (Rec. Doc. 6427-1) by November 21, 2012. Signed by Judge Carl Barbier on 11/9/12. (Reference: 12-968 and 12-970) (sek, ) (Entered: 11/09/2012) |
| No. 10-2179 | 7886 | 11/14/2012 | EX PARTE/CONSENT MOTION for Extension of Deadlines for Opt-Out Revocation by BP Exploration & Production Inc., BP America Production Company and Class Counsel. (Attachments: #1 Proposed Order) (Reference: 12-970; 12-968)(Haycraft, Don) Modified on 11/15/2012 (gec, ). (Entered: 11/14/2012) |
| No. 10-2179 | 7898 | 11/15/2012 | ORDER granting 7841 Motion for Extension of the opt out deadline and the opt outs for the following persons/business are deemed timely: Ergin Tek, authorized representative for Gengiz Khan Restaurant, Inc., economic loss; Michael Hickmann, authorized representative for Tropic Breeze MHP, LLC, economic loss; Michael Hickmarm, authorized representative for Fisherman's Cove Resort, LLC, economic loss; Michael Hickmann, authorized representative for Hudson Holding Company, LLC, d/b/a Lakewood Travel Park, economic loss; Alan Lucas, authorized representative for |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
|  |  |  | Mansion House Hotel, Inc., economic loss; Don Ershig, authorized representative for Summit Food Services, Inc. d/b/a Coconuts Restaurant and Sports Bar, economic loss; Thomas Brooks Haisten, authorized representative for Chicken Foot Development, Inc., d/b/a Zaxby's, economic loss; Rumit Nana, authorized representative for MLD 2, LLC, economic loss; Jerri Stotts, authorized representative for Lazy Lizard Enterprises, Inc., economic loss; Peter Thomas, authorized representative of Pete's BBQ Restaurant, economic loss; Michael Hickmann, authorized representative of Sun Village, LLC, economic loss; Tiffany Duke, medical. Signed by Judge Carl Barbier on 11/13/12. (Reference: 12-968, 12-970)(sek, ) (Entered: 11/15/2012) |
| No. 10-2179 | 7900 | 11/8/2012 | Minute Order. FINAL FAIRNESS HEARING held before Judge Carl Barbier: The Court held a Final Fairness Hearing relative to two motions for final approval of two class action settlements: (1) Motion for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 (Rec. Doc. 7114, see also Rec. Doc. 7104, 7110); (2) Motion for Final Approval of the Medical Benefits Class Action Settlement (Rec. Docs. 7112, see also Rec. Docs. 7116, 7113). The Court took both Motions for Final Approval (Rec. Docs. 7114, 7112) UNDER ADVISEMENT. (Court Reporter Cathy Pepper.) (Reference: 10md2179)(sek, ) (Entered: 11/15/2012) |
| No. 10-2179 | 7928 | 11/16/2012 | ORDER re Extending Deadlines for Revocation of Exclusion (Opt-Out) Requests for the Deepwater Horizon Economic and Property Damages Settlement Agreement and the |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Deepwater Horizon Medical Benefits Class Action Settlement Agreement as set forth in document. Signed by Judge Carl Barbier on 11/16/12. (Reference: 12-968 & 12-970)(sek, ) (Entered: 11/16/2012) |
| No. 10-2179 | 7932 | 11/16/2012 | The BP Parties' ANSWER to Complaint (FIRST AMENDED MASTER COMPLAINT IN ACCORDANCE WITH PTO NO. 11 [CASE MANAGEMENT ORDER NO. 1] SECTION III.B(3) [B3 BUNDLE]).(Reference: All Cases in Pleading Bundle B3; 10-2771)(Haycraft, Don) Modified text on 11/19/2012 (sek, ). (Entered: 11/16/2012) |
| No. 10-2179 | 7944 | 11/19/2012 | NOTICE of Filing of the Declaration of Matthew Garretson by Medical Benefits Class Representatives, BP Exploration & Production, Inc., and BP America Production Company. (Attachments: #1 Exhibit 1 (Declaration of Matthew Garretson)(Reference: 12-968)(Haycraft, Don) Modified on 11/20/2012 (gec, ). (Entered: 11/19/2012) |
| No. 10-2179 | 7946 | 11/20/2012 | Proposed Findings of Fact & Conclusions of Law in support of Final Approval of the Medical Benefits Class Action Settlement and Plaintiffs' Motion to Certify a Medical Benefits Settlement Class by BP Exploration & Production Inc. and BP America Production Co. and Class Counsel. (Attachments: #1 Proposed Order)(Reference: 12-CV-968)(Haycraft, Don) Modified text on 11/20/2012 (sek, ). (Entered: 11/20/2012) |
| No. 10-2179 | 7989 | 11/21/2012 | NOTICE of Filing of Declaration of Matthew Garretson by Medical Benefits Class Representatives, BP Exploration & Production, Inc., and BP America Production Company. (Attachments: #1 Exhibit Declaration of Matthew Garretson)(Reference: 12-968)(Haycraft, Don) Modified on 11/21/2012 (gec, ). |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
|  |  |  | (Additional attachment(s) added on 12/11/2012: #2 SEALED Exhibit A, #3 SEALED Exhibit B, #4 SEALED Exhibit C, #5 SEALED Exhibit D, #6 SEALED Exhibit E, #7 SEALED Exhibit F, #8 SEALED Exhibit G, #9 SEALED Exhibit H, #10 SEALED Exhibit I, #11 SEALED Exhibit J, #12 SEALED Exhibit K, #13 SEALED Exhibit L) (gec, ). (Additional attachment(s) added on 12/11/2012: #14 Exhibit A – REDACTED, #15 Exhibit B – REDACTED, #16 Exhibit C – REDACTED, #17 Exhibit D – REDACTED, #18 Exhibit E – REDACTED, #19 Exhibit F – REDACTED, #20 Exhibit G – REDACTED, #21 Exhibit H – REDACTED, #22 Exhibit I – REDACTED, #23 Exhibit J – REDACTED, #24 Exhibit K – REDACTED, #25 Exhibit L – REDACTED) (gec, ). (Entered: 11/21/2012) |
| No. 10-2179 | 7994 | 11/21/2012 | Memorandum Report on Objections on and Opt-Outs from the Deepwater Horizon Medical Benefits Class Action Settlement, as Amended on May 1, 2012 by Class Counsel and BP (Attachments: #1 Exhibits 1-5)(Reference: 12-968)(Haycraft, Don) Modified on 11/21/2012 (gec, ). (Entered: 11/21/2012) |
| No. 10-2179 | 8088 | 12/7/2012 | ORDER Regarding Joint Report on Settlement Objections and Opt-Outs – Exhibits Under Seal – 7989, 8001. Signed by Judge Carl Barbier. (Reference: 12-968, 12-970)(gec, ) (Entered: 12/12/2012) |
| No. 10-2179 | 8217 | 1/11/2013 | ORDER & REASONS Granting Final Approval of the Medical Benefits Class Action Settlement as set forth in document re 7112, 7116. Signed by Judge Carl Barbier. (Reference: No. 12-968, Plaisance et al. v. BP Exploration & |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Production Inc., et al. and All Actions)(gec, ) Modified on 1/11/2013 (gec, ). (Entered: 01/11/2013) |
| No. 10-2179 | 8218 | 1/11/2013 | ORDER AND JUDGMENT Granting Final Approval of Medical Benefits Class Action Settlement and Confirming Certification of the Medical Benefits Class re 7112, 7116 as set forth in document. Signed by Judge Carl Barbier. (Reference: 12-968, Plaisance, et al. v. BP Exploration & Production Inc., et al., and All Cases) (gec, ) (Entered: 01/11/2013) |
| No. 10-2179 | 8256 | 1/16/2013 | ORDER: Directing Medical Benefits Settlement Claims Administrator to Send Letters Regarding Requests to Revoke Exclusion (Opt-Outs) Requests. Signed by Judge Carl Barbier on 1/16/13. (#1 Attachments)(Reference: 12-968)(sek, ) (Entered: 01/16/2013) |
| No. 10-2179 | 8271 | 1/17/2013 | NOTICE OF APPEAL by Mike Sturdivant, Patricia Sturdivant, James H. Kirby, IV, Susan Forsyth as to 8138 Order & Reasons, 8217 Order & Reasons, 8139 Order and Judgment, 8218 Order and Judgment. (Credit Card not accepted or unavailable – payment of filing fee due within 2 business days) (Reference: 10-7777)(Palmer, Joseph) Modified on 1/18/2013 (gec, ). (Entered: 01/17/2013) |
| No. 10-2179 | 8546 | 2/11/2013 | NOTICE OF APPEAL by Reynaldo Abreu, Adonay Aparecio, Miguel Arellanoas to 8218 Order. (Credit card not accepted or unavailable – payment of filing fee due within 2 business days) (Reference: 12-968, All Cases)(Friedman, Jeremy) Modified on 2/13/2013 (gec, ). (Entered: 02/11/2013) |
| No. 10-2179 | 10924 | 8/2/2013 | MOTION to Require Professional Objector Joseph Darrell Palmer and the Four Remaining Appellant-Objectors to Post an Appeal Bond to Secure Payment of Costs on Appeal by Plaintiff Medical Benefits Settlement Class |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Representatives. (Attachments: #1 Memorandum in Support, #2 Proposed Order) (Reference: No. 12-968)(Herman, Stephen) Modified on 8/5/2013 (gec, ). (Entered: 08/02/2013) |
| No. 10-2179 | 10950 | 8/6/2013 | ORDERED that any responses to Class Counsel's Motion to Require Professional Objector Joseph Darrell Palmer and the Four Remaining Appellant-Objectors to Post an Appeal Bond to Secure Payment of Costs on Appeal (Rec. Doc. 10924) shall be filed no later than Tuesday, August 13, 2013. Signed by Judge Carl Barbier on 8/6/13. (Reference: 12-968)(sek, ) (Entered: 08/06/2013) |
| No. 10-2179 | 11007 | 8/14/2013 | RESPONSE/MEMORANDUM in Opposition filed by Mike Sturdivant, Patricia Sturdivant, Susan Forsyth, James H Kirby IV re 10924 MOTION to Require Professional Objector Joseph Darrell Palmer and the Four Remaining Appellant-Objectors to Post an Appeal Bond to Secure Payment of Costs on Appeal. (Reference: 12-968) (Palmer, Joseph) (Modified on 8/15/2013 (gec, ). Modified on 8/22/2013 (gec, ). (Entered: 08/14/2013) |
| No. 10-2179 | 11009 | 08/14/2013 | MOTION for Leave to File Opposition to Bond Motion on Aug 14 (Doc. 11007) by Mike Sturdivant, Patricia Sturdivant, Susan Forsyth, James H Kirby IV. (Attachments: #1 Affidavit of Darrell Palmer)(Reference: 12-968)(Palmer, Joseph) Modified on 8/15/2013 (gec, ). Modified on 8/22/2013 (gec, ). (Entered: 08/14/2013) |
| No. 10-2179 | 11042 | 8/19/2013 | REPLY to Response to Motion filed by All Plaintiffs re 10924 MOTION to Require Professional Objector Joseph Darrell Palmer and the Four Remaining Appellant-Objectors to Post an Appeal Bond to Secure Payments of Costs on Appeal. (Attachments: #1 Affidavit Garretson, #2 Exhibit Flonase Order, #3 |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Exhibit Uponor Decision, #4 Exhibit Motorola Opinion)(Reference: No. 12-968) (Herman, Stephen) Modified on 8/20/2013 (gec, ). Modified on 8/22/2013 (gec, ). (Entered: 08/19/2013) |
| No. 10-2179 | 11101 | 8/23/2013 | ORDER granting 11009 Objectors' Motion for Leave to Allow Late Filing of Opposition to Motion for Appeal Bond. Signed by Judge Carl Barbier on 8/23/13. (Reference: 12-968)(sek, ) (Entered: 08/23/2013) |
| No. 10-2179 | 11174 | 8/28/2013 | ORDER re 10924 Class Counsel's Motion to require an appeal bond: ORDERED that Mike Sturdivant, Patricia Sturdivant, James H. Kirby IV, and Susan Forsyth shall post an appeal bond in the amount of $50,000. Appellant-objectors are jointly and severally responsible for this bond. Appellant-objectors shall post this bond with the Clerk of Court within fourteen (14) days of this Order. Signed by Judge Carl Barbier on 8/28/13. (NEF: financial appeals) (Reference: 12-968)(sek, ) (Entered: 08/28/2013) |
| No. 10-2179 | 11245 | 9/4/2013 | EX PARTE/CONSENT MOTION for Extension of Deadlines re Posting of Bond by Mike Sturdivant, Patricia Sturdivant, James H Kirby IV, Susan Forsyth. (Attachments: #1 Affidavit of Darrell Palmer in Support, #2 Proposed Order) (Reference: 12-968)(Palmer, Joseph) Modified text on 9/6/2013 (sek, ). (Entered: 09/04/2013) |
| No. 10-2179 | 11295 | 9/9/2013 | ORDER granting in part 11245 Motion for Extension of time to Post Bond as follows: Appellants are granted an extension of 7 days, up to and including September 18, 2013, to post a $50,000 appeal bond. No further extensions shall be granted. Signed by Judge Carl Barbier on 9/9/13. (Reference: 12-968)(sek, ) (Entered: 09/09/2013). |
| No. 10-2179 | 11354 | 9/12/2013 | NOTICE OF APPEAL by Mike Sturdivant, Patricia Sturdivant, Susan |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Forsyth, James H Kirby IV as to 11174 Order on Motion to Require an Appeal Bond, 11335 Order on Motion for Reconsideration. (Credit Card not accepted or unavailable – payment of filing fee due within 2 business days) (Reference: 12-968)(Palmer, Joseph) Modified on 9/13/2013 (gec, ). (Entered: 09/12/2013) |
| No. 10-2179 | 11398 | 9/17/2013 | ACKNOWLEDGMENT of receipt of funds on 9/13/2013 in compliance with 11174, 11295, 11335, Orders requiring Mike Sturdivant et al., to post appeal bond in the amount of $50,000. (Reference: 12-968)(sek, ). (Entered: 09/17/2013) |
| No. 10-7777 | 124 | 9/5/2012 | OBJECTIONS to the Medical Benefits Class Action Settlement Agreement filed by Mike Sturdivant et al. (Originally filed on 8/31/2012, 10md2179 doc #7233)(gec, ) (Entered: 09/05/2012) |
| No. 12-0968 | 1 | 4/16/2012 | Medical Class Action Complaint |
| No. 13-30221 (Fifth Circuit) | 00512284014 | 6/22/2013 | UNOPPOSED MOTION filed by Appellants Mr. Reynaldo Abreu, Mr. Adonay Aparecio and Mr. Miguel Arellano *Amended Motion* to dismiss appeal pursuant to Fed. R. App. P. 42 [7394366-2]. |
| No. 13-30221 (Fifth Circuit) | 00512285910 | 6/25/2013 | CLERK ORDER granting motion to dismiss appeal pursuant to Fed. R. App. P. 42 filed by Appellants Mr. Reynaldo Abreu, Mr. Adonay Aparecio and Mr. Miguel Arellano [7394366-2]. |
| No. 13-30221 (Fifth Circuit) | 00512334990 | 8/7/2013 | OPPOSED MOTION filed by Appellee Medical Benefits Settlement Class to dismiss the appeal, OR, in the alternative to remand case to the United States District Court for determination of Appellants' standing [7429699-2]. |
| No. 13-30221 (Fifth Circuit) | 00512351532 | 8/22/2013 | MOTION FOR SANCTIONS AND INCORPORATED RESPONSE/OPPOSITION filed by Ms. Susan Forsyth, Mr. James H Kirby, IV, Mr. Mike Sturdivant, and Ms. Patricia Sturdivant *Opposition to Motion to* |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | *Dismiss* [7441698-1]. |
| No. 13-30221 (Fifth Circuit) | 00512352944 | 8/26/2013 | REPLY filed by Appellee Medical Benefits Settlement Class [7442739-1] to the response to the motion to dismiss appeal filed by Appellee Medical Benefits Settlement Class in 13-30221 [7429699-2], to the motion to remand case filed by Appellee Medical Benefits Settlement Class in 13-30221 [7429699-3]. |
| No. 13-30221 (Fifth Circuit | 00512371179 | 9/12/2013 | MOTION filed by Appellants Ms. Susan Forsyth, Mr. James H. Kirby, IV, Mr. Mike Sturdivant, and Ms. Patricia Sturdivant *for leave to respond to new arguments made in Plaintiffs' Reply Brief for Motion to Dismiss* to file sur reply [7455625-2]. |
| No. 13-30221 (Fifth Circuit) | 00512376941 | 9/17/2013 | RESPONSE/OPPOSITION filed by Medical Benefits Settlement Class [7459768-1] to the motion for leave to file a reply filed by Appellants Mr. Mike Sturdivant, Ms. Patricia Sturdivant, Mr. James H. Kirby, IV, and Ms. Susan Forsyth in 13-30221 [7455625-2]. |
| No. 13-30221 (Fifth Circuit) | 00512377139 | 9/17/2013 | REPLY filed by Appellants Ms. Susan Forsyth, Mr. James H. Kirby, IV, Mr. Mike Sturdivant and Ms. Patricia Sturdivant [7459870-1] to the response/opposition filed by Appellee Medical Benefits Settlement Class in 13-30221 [7459768-2], to the motion for leave to file a reply filed by Appellants [7455625-2] |
| No. 13-30221 (Fifth Circuit) | 00512391335 | 9/30/2013 | COURT ORDER remanding this case to the district court for the limited purpose of allowing the district court to determine whether appellants are members of the class in this case after which the record, along with the district court's ruling, should be returned to the Clerk of this court so that the appeal may proceed. If either party wants to appeal the district court's order on remand, the clerk will establish an appropriate expedited briefing schedule. Thereafter |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
|          |          |            | the clerk will route that appeal to this motion panel.  All other pending motions are denied without prejudice. |

Dated:  October 21, 2013

Respectfully submitted,

_____/s/   Stephen J. Herman_____          _____/s/ James Parkerson Roy_____
**Stephen J. Herman**, La. Bar No. 23129          **James Parkerson Roy**, La. Bar No.11511
**HERMAN HERMAN & KATZ LLP**                 **DOMENGEAUX WRIGHT ROY & EDWARDS LLC**
820 O'Keefe Avenue                          556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                Lafayette, Louisiana 70501
Telephone: (504) 581-4892                   Telephone: (337) 233-3033
Fax No. (504) 569-6024                      Fax No. (337) 233-2796
E-Mail: sherman@hhklawfirm.com              E-Mail: jimr@wrightroy.com
*Medical Benefits Co-Lead Class Counsel*    *Medical Benefits Co-Lead Counsel*

**MEDICAL BENEFITS CLASS COUNSEL**

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office:  (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT DRESCHER & IMPREVENTO
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Office:  (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008
E-Mail: ecabraser@lchb.com

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY  10003
Office:  (212) 558-5802
Telefax: (212) 344-5461
E-Mail: rgreenwald@weitzlux.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN, PORTIS
& MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office:  (334) 269-2343
Telefax: (334) 954-7555
E-Mail: rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029
E-Mail: mlundy@lundylawllp.com

Michael C. Palmintier

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail:  pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031
E-Mail:  rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail:  mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925
E-Mail:  calvinfayard@fayardlaw.

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail:  ervin@colson.com

deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522
E-Mail:  mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS,     KULLMAN,     STERBCOW     &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax: (504) 588-1514
E-Mail:  sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172
E-Mail:  ssummy@baronbudd.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, Louisiana 70360
Office: (985) 876-7595
Fax No. (985) 876-7594
E-Mail: duke@williamslawgroup.org

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office: (843) 216-9159
Fax No. (843) 216-9290
E-Mail: jrice@motleyrice.com

*ATTORNEY   FOR   APPELLANTS-OBJECTORS   MIKE   STURDIVANT,   PATRICIA
STURDIVANT, SUSAN FORSYTH, AND JAMES H. KIRBY, IV*

/s/ Joseph Darrell Palmer
Joseph Darrell Palmer

Law Offices of Darrell Palmer PC
603 N. Highway 101, Suite A
Solana Beach, CA 92075
Phone: (858) 792-5600
Fax: (866) 583-8115
E-Mail: darrell.palmer@palmerlegalteam.com

## **CERTIFICATE OF SERVICE**

We hereby certify that the above and foregoing pleading has been served on All Counsel

by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial

Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of October, 2013.

/s/ James Parkerson Roy and Stephen J. Herman