**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010** | **MDL No. 2179** |
| | **SECTION J** |
| **This Document Relates to: 13-cv-2323** | **JUDGE BARBIER** |
| | **MAGISTRATE SHUSHAN** |

## CERTIFICATE OF CONFERENCE

Now Into Court, comes Plaintiff, "Movant" herein, who files this Certificate of Conference pertaining to Movant's previously filed Motion for Leave to File Complaint in Intervention in the above mentioned case.  [Rec. Doc. 11562].

Counsel for Movants certify that they have personally contacted the counsel for Respondents to discuss whether they were opposed or unopposed to Movant's Motion for Leave to File Complaint in Intervention in the case above.  *See* Exhibit A.

Movants further certify that the Respondents have indicated the following results:

| | |
|---|---|
| **BP** | **Unopposed** |
| **Halliburton Energy Services** | **Unopposed** |
| **Transocean** | **Unopposed** |
| **Sperry Drilling Services** | **Unopposed** |

Movant respectfully requests that the Court accept this as a confirmation of the certificate of conference for the above-mentioned motion.

Respectfully submitted,

**FARRELL & PATEL,**
**ATTORNEYS AT LAW**

/s/ Wesley J. Farrell, Esq.

Wesley J. Farrell, Esq., FLBN 71785
113 Almeria Ave
Coral Gables, FL 33134
Tel: 305-798-4177
Fax: 800-946-6711

Sarah E. Spigener, Esq., LSBN 31975
1515 Poydras St., Suite 1400
New Orleans, LA 70112
Tel: 504-233-8585
Fax: 504-264-5953

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Sarah E.  Spigener, Esq.