UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 <br> SECTION J <br> JUDGE BARBIER <br> MAG. JUDGE SUSHAN |
| **THIS DOCUMENT APPLIES TO:** <br> **No. 12-311** | * * | **JURY TRIAL DEMANDED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO ENROLL ADDITIONAL COUNSEL

Defendant, Liberty Insurance Underwriters, Inc. ("Liberty"), moves the Court to allow it to enroll additional counsel in this matter, as follows:

>Robert G. Dees, Federal I.D. 13899
>MARTIN, DISIERE, JEFFERSON
>  & WISDOM LLP
>808 Travis, 20th Floor
>Houston, Texas 77002
>Telephone: 713-632-1700
>Facsimile: 713-222-0101
>Email: dees@mdjwlaw.com

Accordingly, Liberty requests the Court grant its motion and enter an Order permitting Robert G. Dees to be added as additional counsel of record for Liberty Insurance Underwriters, Inc. in this matter.

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
Celeste Coco-Ewing, 25002
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana  70112
504.589.9700 (Telephone)
504.589.9701 (Facsimile)


OF COUNSEL:

Christopher W. Martin
Federal I.D. 13515
Gary L. Pate
Federal I.D. 29713
MARTIN, DISIERE, JEFFERSON &
  WISDOM LLP
808 Travis, 20th Floor
Houston, Texas 77002
713-632-1700 (Telephone)
713-222-0101 (Facsimile)


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing *Motion To Enroll Additional Counsel* has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of October, 2013.

*/s/Judy Y. Barrasso*
Judy Y. Barrasso