UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | § | MDL No. 2179 |
|    "Deepwater Horizon" in the | § | |
|    Gulf of Mexico, on | § | SECTION: "J" |
|    April 20, 2010 | § | |
| | § | Judge Barbier |
| This Document Relates to: All Cases | § | |
| | § | |
| (includes No. 2:10-cv-08888-CJB-SS) | § | Mag. Judge Shushan |

## ORDER

Considering the Motion For Leave To File Short Form Joinders Filed Beyond The September 16, 2011 Deadline and Supporting Amended Memorandum:

It is ORDERED that the late-filed Short Form Joinder filed by Claimant Crown Energy Management, LLC, in the action 2:10-cv-08888-CJB-SS is hereby considered to be a timely-filed claim in the Transocean Limitation (Civil Action No. 10-2771, by way of Civil Action No. 10-8888), in accordance with Pre-Trial Order Nos. 24 and 25.

Signed on _____, 2013.

_____
Honorable Carl J. Barbier
U.S. District Court Judge