UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAG. JUDGE SUSHAN |
| THIS DOCUMENT APPLIES TO:<br>No. 12-311 | * * | **JURY TRIAL DEMANDED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Considering Defendant Liberty Insurance Underwriters, Inc.'s Motion To Enroll Additional Counsel;

IT IS ORDERED that Liberty Insurance Underwriters, Inc.'s Motion To Enroll Additional Counsel is granted and Robert G. Dees is hereby enrolled as additional counsel for Defendant Liberty Insurance Underwriters, Inc. in the above referenced case.

New Orleans, Louisiana, this  23rd  day of October, 2013.

_____
United States District Judge