UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

[Regarding Motions for Leave to File Complaints in Intervention
(Rec. docs. 10311, 10918, 10984 and 11562)]

On October 16, 2013, three motions for leave to file complaints in intervention were granted. Rec. doc. 11669. The movers filed a certificate demonstrating that there was no opposition to their motions for leave to file complaints in intervention. Rec. doc. 11640.

On June 6, 2013, a motion for leave to intervene was filed by Jon Douglas Ferguson and others. Rec. doc. 10311. On August 2, 2013, Anthony Wilks filed a motion for leave to file a complaint intervention. Rec. doc. 10918. Both motions report that the PSC has no position on the motions.

On August 10, 2013, Steve Pemberton and Fast Flow, LLC attempted to file a complaint for damages as intervenors. The Clerk docketed the filing as a motion for leave to file intervenor complaint. Rec. doc. 10984.

On October 2, 2013, Radhika Investments, Inc. and others moved for leave to file a complaint in intervention. They reported that as of the time of the filing of the motion, they had not determined whether the defendants opposed the motion. Rec. doc. 11562.

IT IS ORDERED that **within fourteen (14) calendar days of the entry of this order**, the movers shall personally confer with counsel for defendants to determine whether the defendants oppose the requests for leave to intervene and file a certificate reporting on the outcome of the conferences.

New Orleans, Louisiana, this 23rd day of October, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**