# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig         MDL NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010       SECTION J

Applies to: *All Cases*               JUDGE BARBIER
                             MAGISTRATE JUDGE SHUSHAN

## ORDER

### [Regarding "Show Cause" Parties' Motion to Expedite (Rec. doc. 11694)]

On October 18, 2013, Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, and associated law firms, Andry Lerner, LLC, and The Andry Law Firm, LLC, filed a motion for expedited hearing and oral argument on their motions for discovery from the Special Master.  On September 6, 2013, District Judge Barbier ordered these parties to show cause why the following recommendations of the Special Master should not be adopted.

     a.      Disallowing the Andry Firm's claim under the Unclean Hands Doctrine.

     b.      Disqualifying Attorneys Lionel Sutton, Christine Reitano, Glen Lerner, and Jon Andry, as well as any associated law firms, from representing CSSP claimants (or collecting fees from such claimants) under the Unclean Hands Doctrine.

Rec. doc. 11288 at 3.

The movers seek discovery from the Special Master.  Their discovery motions were referred to the undersigned for resolution.  Rec. docs. 11664 and 11695.  The movers request expedited consideration of the discovery motions and oral argument.

The discovery issues raised by the movers are a priority and will be resolved as promptly as

possible.  The request for oral argument is denied.  The discovery motions will be submitted on briefs.

IT IS ORDERED that the "Show Cause" parties' motion for expedited hearing and oral argument on pending motions for complete discovery from Special Master (Rec. doc. 11694) is DENIED.

New Orleans, Louisiana, this 23rd day of October, 2013.

**SALLY SHUSHAN**
**United States Magistrate Judge**

2