# Exhibit A

| Company Name | DBA | Address | City | State | Zip | Short Form Joinder No. |
|---|---|---|---|---|---|---|
| Ben's Liquor LTD | Ben's Liquor | 5915 Padre Blvd. | South Padre Island | TX | 78597 | 124629 |
| Ben's Liquor LTD | Ben's Liquor | 4000 Padre Blvd., #A,B | South Padre Island | TX | 78597 | 124630 |
| Ben's Liquor LTD | Ben's Liquor | 3000 Padre Blvd. | South Padre Island | TX | 78597 | 124631 |
| Ben's Liquor LTD | Ben's Liquor | 3000 Padre Blvd. | South Padre Island | TX | 78597 | 124632 |
| Ben's Liquor LTD | Ben's Liquor | 1702 Hwy 100, #A | Port Isabel | TX | 78578 | 124633 |
| Ben's Liquor LTD | Ben's Liquor | 4500 Padre Island Hwy | Brownsville | TX | 78521 | 124634 |