UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG
"DEEPWATER HORIZON" in the GULF
OF MEXICO, on APRIL 20, 2010

This Document Relates to: 13-cv-2323

MDL No. 2179

SECTION J

JUDGE BARBIER
MAGISTRATE SHUSHAN

## EXHIBIT A

Farrell & Patel, Attorneys at Law Mail - MDL 2179: Opposition to Intervention Page 1 of 6



Audrie Lawton < alawton@floridaattorney.com>

## MDL 2179: Opposition to Intervention

4 messages

**Sarah Spigener** < SSpigener@farrellpatel.com>                    Wed, Oct 16, 2013 at 5:02 PM
To: Don.Godwin@godwinlewis.com, "Parish, James" <JParish@frilot.com>, "York, R. Alan"
<Alan.York@godwinlewis.com>, "Johanns, James" <James.Johanns@godwinlewis.com>
Cc: Audrie Lawton <alawton@floridaattorney.com>

Dear Counsel,

Good evening. Similar to three like motions ruled upon by the Court today, and to which you previously responded
on behalf of your clients, Farrell & Patel filed a Motion for Leave to file a Complaint of Intervention for two Plaintiffs in
*Roberts Hotels Shreveport, LLC; Brahma Inc., v. BP America Production Company et al*, 2:13-cv-02323, (E.D. of
La.) on October 2, 2013. In anticipation of the Court's request of such information, please indicate if your clients are
opposed to this Motion.

The Intervening Plaintiffs have nearly identical claims as the original Plaintiffs.

Thank you.

Respectfully,

--

**Sarah E. Spigener, Esq.**
*Senior Litigation Associate*
**Farrell & Patel, Attorneys at Law**

Follow us on:

**Miami:**
113 Almeria Avenue
Coral Gables, FL 33134
Tel: 424-OIL-SPILL
Toll-Free: 1-866-LAW-FLORIDA
Fax: 1-800-946-6711

**Tampa:**
907 W. Hillsborough Avenue
Tampa, FL 33603
Tel: 424-OIL-SPILL
Toll-Free: 1-866-LAW-FLORIDA
Fax: 1-800-946-6711

**New Orleans:**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Direct Tel: 504-233-8585
Fax: (504) 264-5953

**Houston:**
Arena Tower Two
7324 Southwest Freeway, Suite 601
Houston, TX 77074
Direct Tel: 832-408-6270
Fax: 1-800-946-6711

IRS CIRCULAR 230 NOTICE: To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. CONFIDENTIALITY NOTICE: The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication or may be subject to a common interest privilege / protection, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or any agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone 305-798-4177, then return the original message to us by mail – Farrell & Patel, Attorneys at Law. The Farrell & Patel Building, 113 Almeria Avenue, Coral Gables, FL 33034.

**Godwin, Donald** < Don.Godwin@godwinlewis.com>                     Wed, Oct 16, 2013 at 5:39 PM
To: Sarah Spigener <SSpigener@farrellpatel.com>, "Parish, James" <JParish@frilot.com>, "York, R. Alan"
<Alan.York@godwinlewis.com>, "Johanns, James" <James.Johanns@godwinlewis.com>
Cc: Audrie Lawton <alawton@floridaattorney.com>

James: pls respond for us. Thanks....Don

> **From:** Sarah Spigener [mailto:SSpigener@farrellpatel.com]
> **Sent:** Wednesday, October 16, 2013 5:03 PM
> **To:** Godwin, Donald; Parish, James; York, R. Alan; Johanns, James
> **Cc:** Audrie Lawton
> **Subject:** MDL 2179: Opposition to Intervention

[Quoted text hidden]

Donald E. Godwin, Esq.
Board Certified - Civil Trial Law
Texas Board of Legal Specialization
In **Dallas** Office
Don.Godwin@GodwinLewis.com

# GODWIN LEWIS PC

**Direct:** 214.939.4412

**Fax:** 214.527.3112

www.GodwinLewis.com
**Toll Free:** 800-662-8393

| **Dallas** | **Houston** | **Plano** |
|---|---|---|
| 1201 Elm Street | 1331 Lamar | 5700 Granite Parkway |
| Suite 1700 | Suite 1665 | Suite 450 |
| Dallas, Texas 75270 | Houston, Texas 77010 | Plano, Texas 75024 |
| 214.939.4400 | 713.595.8300 | 214.939.4500 |

-----------------------------------------------------------------------------------------------------------------

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify **Godwin Lewis PC** immediately by telephone (800.662.8393) and destroy the original message.  Messages sent to and from us may be monitored.

-----------------------------------------------------------------------------------------------------------------------

**Sarah Spigener** < SSpigener@farrellpatel.com>                                    Wed, Oct 16, 2013 at 8:54 PM
To: "Johanns, James" <James.Johanns@godwinlewis.com>, Don.Godwin@godwinlewis.com
Cc: Audrie Lawton <alawton@floridaattorney.com>

Thank you.
[Quoted text hidden]

> On Wed, Oct 16, 2013 at 5:39 PM, Johanns, James <James.Johanns@godwinlewis.com> wrote:
> Sarah,
>
> Halliburton Energy Services, Inc. is not opposed to the motion for leave.
>
> Regards,
>
> James
>
>
> On Oct 16, 2013, at 5:02 PM, "Sarah Spigener"
> <SSpigener@farrellpatel.com<mailto:SSpigener@farrellpatel.com>> wrote:
>
> Dear Counsel,
>
> Good evening.  Similar to three like motions ruled upon by the Court today, and to which you previously responded on behalf of your clients, Farrell & Patel filed a Motion for Leave to file a Complaint of Intervention for two Plaintiffs in Roberts Hotels Shreveport, LLC; Brahma Inc., v. BP America Production Company et al, 2:13-cv-02323, (E.D. of La.) on October 2, 2013.  In anticipation of the Court's request of such information, please indicate if your clients are opposed to this Motion.
>
> The Intervening Plaintiffs have nearly identical claims as the original Plaintiffs.
>
> Thank you.
>
> Respectfully,
>
> --
>
> Sarah E. Spigener, Esq.
>
> Senior Litigation Associate
>
> Farrell & Patel, Attorneys at Law
>
>
> Follow us on: [Facebook] <http://www.facebook.com/pages/Farrell-Patel-Attorneys-at-Law/153918578015448>
>  [Twitter] <https://twitter.com/Farrell_Patel>
>
>
> Miami:

113 Almeria Avenue

Coral Gables, FL 33134
Tel: 424-OIL-SPILL
Toll-Free: 1-866-LAW-FLORIDA
Fax: 1-800-946-6711

Tampa:
907 W. Hillsborough Avenue
Tampa, FL 33603
Tel: 424-OIL-SPILL
Toll-Free: 1-866-LAW-FLORIDA
Fax: 1-800-946-6711

New Orleans:
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Direct Tel: 504-233-8585
Fax: (504) 264-5953

Houston:
Arena Tower Two
7324 Southwest Freeway, Suite 601
Houston, TX 77074
Direct Tel: 832-408-6270
Fax: 1-800-946-6711

IRS CIRCULAR 230 NOTICE: To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. CONFIDENTIALITY NOTICE: The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication or may be subject to a common interest privilege / protection, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or any agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone 305-798-4177, then return the original message to us by mail – Farrell & Patel, Attorneys at Law. The Farrell & Patel Building, 113 Almeria Avenue, Coral Gables, FL 33034.

James E. Johanns, Shareholder

In Dallas Office
James.Johanns@GodwinLewis.com<mailto:James.Johanns@GodwinLewis.com>

[http://www.godwinlewis.com/email-logo.jpg]

Direct: 214.939.4846

Fax: 214.527.3238

www.GodwinLewis.com
Toll Free: 800-662-8393

Dallas

1201 Elm Street

Suite 1700

Dallas, Texas 75270

214.939.4400


Houston

1331 Lamar

Suite 1665

Houston, Texas 77010

713.595.8300


Plano

5700 Granite Parkway

Suite 450

Plano, Texas 75024

214.939.4500


This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Lewis PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.


---

**Parish, James** < JParish@frilot.com>                                       Fri, Oct 18, 2013 at 2:45 PM
To: Sarah Spigener <SSpigener@farrellpatel.com>
Cc: Audrie Lawton <alawton@floridaattorney.com>, "Hammett, Wade" <WHammett@frilot.com>


Sarah,


Transocean does not oppose the motion to intervene, but reserves all its defenses to the claims including, but not limited to, all rights and defenses available under the Shipowners' Limitation of Liability Act, 46 U.S.C. § 30501, et. seq. and all other all limitations and prescription defenses.


Thanks,

James Parish

Frilot, LLC

1100 Poydras Street, Suite 3700

New Orleans, LA 70163

**Phone:** 504.599.8297

**Fax:** 504.599.8276

jparish@frilot.com

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you may not review, copy, or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Sarah Spigener [mailto:SSpigener@farrellpatel.com]
**Sent:** Wednesday, October 16, 2013 5:03 PM
**To:** Don.Godwin@godwinlewis.com; Parish, James; York, R. Alan; Johanns, James
**Cc:** Audrie Lawton
**Subject:** MDL 2179: Opposition to Intervention

Dear Counsel,

[Quoted text hidden]



**FARRELL PATEL**                                       Audrie Lawton < alawton@floridaattorney.com>

---

## Fwd: MDL 2179 -- BP Notice of Non-Opposition to Motions for Leave to Intervene
2 messages

---

**Sarah Spigener** < SSpigener@farrellpatel.com>                      Mon, Oct 7, 2013 at 10:47 AM
To: Audrie Lawton <alawton@floridaattorney.com>

---------- Forwarded message ----------
From: **Langan, Andrew** <alangan@kirkland.com>
Date: Thu, Oct 3, 2013 at 12:17 PM
Subject: MDL 2179 -- BP Notice of Non-Opposition to Motions for Leave to Intervene
To: Sally Shushan <Sally_Shushan@laed.uscourts.gov>, Mike O'Keefe <Mike_OKeefe@laed.uscourts.gov>
Cc: "terrygray@floridaattorney.com" <terrygray@floridaattorney.com>, "SSpigener@farrellpatel.com"
<SSpigener@farrellpatel.com>, "DefenseLiaison2179@liskow.com" <DefenseLiaison2179@liskow.com>, Jim Roy
<jimr@wrightroy.com>, "SHERMAN@hhklawfirm.com" <SHERMAN@hhklawfirm.com>


Dear Judge Shushan --


here is a courtesy copy of a pleading we have filed relating to the recent request for intervention and the Court's
October 1 Order (Rec. Doc. 11554).   BP does not oppose the intervention requests but files this pleading to make
clear the history of the "meet and confer" efforts that were made (not not made).


Respectfully submitted,


Andy Langan


J. Andrew Langan, P.C.


KIRKLAND & ELLIS LLP

300 North LaSalle Street Chicago, IL 60654

Tel. +1-312-862-2064  Fax +1-312-862-2200


andrew.langan@kirkland.com

**From:** Ritter, Kristopher
**Sent:** Thursday, October 03, 2013 11:59 AM
**To:** Langan, Andrew
**Subject:** MDL 2179 -- BP Notice of Non-Opposition to Motions for Leave to Intervene

**Kristopher S. Ritter** | Kirkland & Ellis LLP
300 N. LaSalle | Chicago, IL 60654
Tel +1-312-862-7118 | Fax +1-312-862-2200

kristopher.ritter@kirkland.com

*************************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
*************************************************************

--

**Sarah E. Spigener, Esq.**
*Senior Litigation Associate*
**Farrell & Patel, Attorneys at Law**

Follow us on: 

**Miami:**
113 Almeria Avenue
Coral Gables, FL 33134
Tel: 424-OIL-SPILL
Toll-Free: 1-866-LAW-FLORIDA
Fax: 1-800-946-6711

**Tampa:**
907 W. Hillsborough Avenue
Tampa, FL 33603
Tel: 424-OIL-SPILL
Toll-Free: 1-866-LAW-FLORIDA
Fax: 1-800-946-6711

**New Orleans:**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Direct Tel: 504-233-8585
Fax: (504) 264-5953

**Houston:**
Arena Tower Two
7324 Southwest Freeway, Suite 601
Houston, TX 77074
Direct Tel: 832-408-6270
Fax: 1-800-946-6711

IRS CIRCULAR 230 NOTICE: To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. CONFIDENTIALITY NOTICE: The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication or may be subject to a common interest privilege / protection, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or any agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone 305-798-4177, then return the original message to us by mail – Farrell & Patel, Attorneys at Law. The Farrell & Patel Building, 113 Almeria Avenue, Coral Gables, FL 33034.

📄 **BP Notice of Non-Opposition to Motions for Leave to Intervene.pdf**
227K

---

**Sarah Spigener** < SSpigener@farrellpatel.com>                Mon, Oct 7, 2013 at 10:47 AM
To: Audrie Lawton <alawton@floridaattorney.com>

---------- Forwarded message ----------
From: **York, R. Alan** <Alan.York@godwinlewis.com>
Date: Thu, Oct 3, 2013 at 12:49 PM
Subject: RE: MDL 2179 -- BP Notice of Non-Opposition to Motions for Leave to Intervene
To: Andrew Langan <alangan@kirkland.com>, Sally Shushan <Sally_Shushan@laed.uscourts.gov>, Mike O'Keefe <Mike_OKeefe@laed.uscourts.gov>
Cc: "terrygray@floridaattorney.com" <terrygray@floridaattorney.com>, "SSpigener@farrellpatel.com" <SSpigener@farrellpatel.com>, "DefenseLiaison2179@liskow.com" <DefenseLiaison2179@liskow.com>, Jim Roy <jimr@wrightroy.com>, "SHERMAN@hhklawfirm.com" <SHERMAN@hhklawfirm.com>

Judge Shushan:

Reserving its rights to any and all defenses, including defenses based on limitations, HESI likewise has no opposition to these motions for leave to intervene.

Alan York

Alan York, Shareholder

Board Certified - Civil Appellate Law
Texas Board of Legal Specialization

In **Houston** Office
Alan.York@GodwinLewis.com



**Direct:** 713.595.8301

**Fax:** 713.595.8333

www.GodwinLewis.com
**Toll Free:** 800-662-8393

| **Dallas** | **Houston** | **Plano** |
|---|---|---|
| 1201 Elm Street | 1331 Lamar | 5700 Granite Parkway |
| Suite 1700 | Suite 1665 | Suite 450 |
| Dallas, Texas 75270 | Houston, Texas 77010 | Plano, Texas 75024 |
| 214.939.4400 | 713.595.8300 | 214.939.4500 |

--------------------------------------------------------------------------------

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify **Godwin Lewis PC** immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

--------------------------------------------------------------------------------

**From:** Langan, Andrew [mailto:alangan@kirkland.com]
**Sent:** Thursday, October 03, 2013 12:17 PM
**To:** Sally Shushan; Mike O'Keefe
**Cc:** terrygray@floridaattorney.com; SSpigener@farrellpatel.com; DefenseLiaison2179@liskow.com; Jim Roy; SHERMAN@hhklawfirm.com
**Subject:** MDL 2179 -- BP Notice of Non-Opposition to Motions for Leave to Intervene

Dear Judge Shushan --

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]