UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Motion for Leave to File Complaint in Intervention (Rec. doc. 11562)]**

In accord with the orders of the Court, the mover for leave to file a complaint in intervention filed a certificate demonstrating that there is no opposition to its motion for leave. Rec. doc. 11723.

IT IS ORDERED that the motion for leave to file complaint in Intervention (Rec. doc. 11562) is GRANTED.

New Orleans, Louisiana, this 23rd day of October, 2013.

SALLY SHUSHAN
United States Magistrate Judge