IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to all actions. | * * * * * * * | Honorable CARL J. BARBIER Magistrate Judge SHUSHAN |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. hereby file into the record the following documents, all of which were previously submitted to the Court in support of BP's positions concerning the Court's orders of October 3, 2013 (Rec. Doc. 11566) and October 18, 2013 (Rec. Doc. 11697); *see also* Rec. Doc. 11635 (Minute Entry re: Oct. 11, 2013 Status Conference). BP previously submitted these materials *in camera* to the Court in chambers in compliance with this Court's order of October 3, 2013 (Rec. Doc. 11566), but BP has since informed chambers that it would file these documents on the public docket. *See* Ex. VII hereto.

| New Exhibit No. | *In camera* Submission Date | Document |
|---|---|---|
| I | Oct. 9, 2013 | **E-Mail from Jeff Clark to Ben Allums re: BP's Submission in Response to Order of 10/3/13** |
| I.1 | Oct. 9, 2013 | [Proposed] Order Preliminarily Enjoining The Claims Administrator's January 15, 2013 Policy Decisions |
| I.2 | Oct. 9, 2013 | Letter from Richard C. Godfrey to Hon. Carl Barbier re: Letter Brief Regarding Entry of Preliminary Injunction and Nature of Remand Proceedings |

| | | | |
|---|---|---|---|
| | I.2.A | Oct. 9, 2013 | Ex. A - Letter from Lyle W. Cayce to William W. Blevins |
| | I.2.B | Oct. 9, 2013 | Ex. B - Declaration of J. Lester Alexander, III |
| | I.2.C | Oct. 9, 2013 | Ex. C - Declaration of Todd Brents |
| | I.2.D | Oct. 9, 2013 | Ex. D - Declaration of Brian L. Gaspardo |
| | I.2.E | Oct. 9, 2013 | Ex. E - Declaration of Hal Sider |
| | I.2.F | Oct. 9, 2013 | Ex. F - BP's Proposed Policy Regarding BEL Compensation Framework |
| **II** | | **Oct. 9, 2013** | **E-Mail from Jeff Clark to Ben Allums re: Courtesy Copies of an Additional BP Submission Also Submitted Exclusively In Camera** |
| | II.1 | Oct. 9, 2013 | Letter from Richard C. Godfrey to Hon. Carl Barbier re: BP's Memorandum in Support of its Motion for Entry of a Proposed Form of Preliminary Injunction and Motion to Strike |
| | II.2 | Oct. 9, 2013 | BP's Motion for Entry of a Proposed Form of Preliminary Injunction in Compliance with the Fifth Circuit's Opinion of October 2, 2013 |
| | II.3 | Oct. 9, 2013 | BP's Memorandum in Support of Its Motion for Entry of a Proposed Form of Preliminary Injunction in Compliance with the Fifth Circuit's Opinion of October 2, 2013 |
| | II.4 | Oct. 9, 2013 | BP's Motion to Strike the October 3, 2013 Declaration of Patrick Juneau |
| | II.5 | Oct. 9, 2013 | BP's Memorandum in Support of Its Motion to Strike the October 3, 2013 Declaration of Patrick Juneau |
| **III** | | **Oct. 15, 2013** | **E-Mail from Kevin Downey to Ben Allums re: BP's Proposed Preliminary Injunction** |
| | III.1 | Oct. 15, 2013 | [Proposed] Order Preliminarily Enjoining The Claims Administrator's January 15, 2013 Policy Decisions |
| **IV** | | **Oct. 16, 2013** | **E-Mail from Kevin Downey to Ben Allums re: BP Letter** |
| | IV.1 | Oct. 16, 2013 | Letter from Kevin Downey to Hon. Carl Barbier re: Class Counsel's Proposed Exclusion Order |
| **V** | | **Oct. 18, 2013** | **E-Mail from Kevin Downey to Ben Allums re: Remand Scheduling Order** |
| | V.1 | Oct. 18, 2013 | Letter from Kevin Downey to Hon. Carl Barbier re: Scheduling Order for BEL Remand |
| | V.2 | Oct. 18, 2013 | Proposed Scheduling Order |
| **VI** | | **Oct. 18, 2013** | **E-Mail from Kevin Downey to Ben Allums re: DWH Submission** |

|     |     |     |
| --- | --- | --- |
| VI.1 | Oct. 18, 2013 | Letter from Kevin Downey to Hon. Carl Barbier: Class Counsel's Proposed Preliminary Injunction Order |
| VI.2 | Oct. 18, 2013 | Declaration of Hal Sider |
| VI.3 | Oct. 18, 2013 | Declaration of Brian L. Gaspardo |
| **VII** | **Oct. 23, 2013** | **E-Mail from Kevin Downey to Ben Allums re: BP Filings** |

<table>
<tr><td>

October 23, 2013

James J. Neath  
Mark Holstein  
BP AMERICA INC.  
501 Westlake Park Boulevard  
Houston, TX 77079  
Telephone: (281) 366-2000  
Telefax: (312) 862-2200  

Daniel A. Cantor  
Andrew T. Karron  
ARNOLD & PORTER LLP  
555 Twelfth Street, NW  
Washington, DC 20004  
Telephone: (202) 942-5000  
Telefax: (202) 942-5999  

Jeffrey Lennard  
Keith Moskowitz  
DENTONS US LLP  
233 South Wacker Drive  
Suite 7800  
Chicago, IL 60606  
Telephone: (312) 876-8000  
Telefax: (312) 876-7934  

*OF COUNSEL*

Robert C. "Mike" Brock  
COVINGTON & BURLING LLP  
1201 Pennsylvania Avenue, NW  
Washington, DC 20004  
Telephone: (202) 662-5985  
Telefax: (202) 662-6291  

</td><td>

Respectfully submitted,

  /s/ Kevin M. Downey  
Kevin M. Downey  
F. Lane Heard III  
WILLIAMS & CONNOLLY LLP  
725 Twelfth Street, N.W.  
Telephone: (202) 434-5000  
Telefax: (202) 434-5029  

Richard C. Godfrey, P.C.  
J. Andrew Langan, P.C.  
Kevin T. Van Wart, P.C.  
Wendy L. Bloom  
Jeffrey J. Zeiger  
R. Chris Heck  
KIRKLAND & ELLIS LLP  
300 North LaSalle Street  
Chicago, IL 60654  
Telephone: (312) 862-2000  
Telefax: (312) 862-2200  

Jeffrey Bossert Clark  
Steven A. Myers  
KIRKLAND & ELLIS LLP  
655 Fifteenth Street, N.W.  
Washington, D.C. 20005  
Telephone: (202) 879-5000  
Telefax: (202) 879-5200  

  /s/ Don K. Haycraft  
S. Gene Fendler (Bar #05510)  
Don K. Haycraft (Bar #14361)  
R. Keith Jarrett (Bar #16984)  
LISKOW & LEWIS  
701 Poydras Street, Suite 5000  
New Orleans, Louisiana 70139  
Telephone: (504) 581-7979  
Telefax: (504) 556-4108  

</td></tr>
</table>

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.,*  
*BP AMERICA PRODUCTION COMPANY, AND BP P.L.C.*

4

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of October, 2013.

/s/ Don K. Haycraft
Don K. Haycraft