# October 23, 2013
# Notice of Filing Exhibit I

**Clark, Jeffrey Bossert**

| | |
|---|---|
| **From:** | Clark, Jeffrey Bossert |
| **Sent:** | Wednesday, October 09, 2013 3:56 PM |
| **To:** | 'Ben_Allums@laed.uscourts.gov' |
| **Cc:** | 'Sally_Shushan@laed.uscourts.gov'; 'free@freegroup.com'; 'piantidosi@freehgroup.com'; 'paj@juneaudavid.com'; 'rcs@stanleyreuter.com'; 'pwittmann@stonepigman.com'; 'SHERMAN@hhklawfirm.com'; 'jimr@wrightroy.com'; 'jrice@motleyrice.com'; Godfrey, Richard C.; Langan, Andrew |
| **Subject:** | BP Submission in Response to Order of 10/3/13 |
| **Attachments:** | EX. C - Brents Declaration.pdf; EX. D - Gaspardo Declaration.pdf; EX. E - Sider Declaration.pdf; EX. F - BP's Proposed Policy.pdf; EX. A - CA5 Letter.pdf; EX. B - Alexander Declaration.pdf; BP Proposed Prelim Injunction.pdf; BP Letter Brief re BEL Remand.pdf |

Dear Mr. Allums,

Please find attached to this message BP's submission in response to Judge Barbier's Order of October 3, 2013 (Rec. Doc. 11566), as follows: (1) a Proposed Order Preliminarily Enjoining the Claims Administrator's January 15, 2013 Policy Decisions; (2) BP's Letter Brief Regarding Entry of Preliminary Injunction and Nature of Remand Proceedings; and (3) exhibits supporting BP's request for relief, including a proposed policy for processing BEL claims in compliance with the Fifth Circuit's decision of October 2, 2013.

Respectfully submitted,

Jeff Clark & Rick Godfrey

cc (by electronic mail):
Hon. Sally Shushan
Hon. Louis Freeh
Frank Piantidosi
Patrick Juneau
Richard Stanley
Phillip Wittmann
Stephen Herman
James Roy
Joe Rice


**Jeffrey Bossert Clark**
Partner

**KIRKLAND & ELLIS LLP**

655 Fifteenth Street, NW, Suite 1200
Washington, DC  20005
Tel +1-202-879-5960  Fax +1-202-879-5200
Cell  +1-571-438-8317

Jeffrey.Clark@kirkland.com