# October 23, 2013
# Notice of Filing Exhibit I.2.A

# EXHIBIT A

# CORRECTED October 3, 2013

## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

October 02, 2013

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 13-30315   In Re: Deepwater Horizon  
                       USDC No. 2:10-MD-2179  
                       USDC No. 2:12-CV-970  
                       USDC No. 2:12-CV-970  
                       USDC No. 2:10-MD-2179  
                       USDC No. 2:13-CV-492

Dear Mr. Blevins,

We are enclosing a copy of an opinion-order entered by the court today. We will hold this case in abeyance for 60 days from the above date pending disposition of the remand proceedings.

We are not forwarding the record on appeal as it is an electronic copy.

                                           Sincerely,

                                           LYLE W. CAYCE, Clerk

                                           By: _____  
                                           Debbie T. Graham, Deputy Clerk

Enclosure(s)  
cc:  Honorable Carl J. Barbier  
     Mr. Andrew Baker Bloomer  
     Mr. Robert C. Mike Brock  
     Mr. James Augustus Burton