# October 23, 2013
# Notice of Filing Exhibit I.2.C

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| This document relates to all actions. | * * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

## DECLARATION OF TODD BRENTS

I, Todd Brents, am over the age of 18 and the opinions, statements and conclusions expressed in this declaration are my own.

1. I am a Managing Director and senior member of AlixPartners, LLP's Information Management Services Practice. I have more than 23 years of professional experience in finance and accounting management. Prior to joining AlixPartners, I held various positions in treasury, operations analysis, and credit at Frito-Lay, Inc. and was the Assistant Controller at Color Tile, Inc. Prior to that, I was employed at Arthur Andersen, LLP in Dallas, TX where my primary duties were auditing public and non-public companies' financial statements.

2. I received my Masters in Business Administration from Southern Methodist University and my Bachelors of Business Administration in accounting from the University of Texas at Arlington. I am a Certified Public Accountant and a Certified Insolvency and Restructuring Advisor.

3. I have an extensive background in claims administration and financial reporting matters from the above experiences. Examples of cases I have worked on in these areas include

1

Innkeepers USA Trust, Bernard L. Madoff Investment Securities, Rotech Healthcare, The Scooter Store, Inc., Borders, Inc., Fairpoint Communications, Freedom Communications, The Readers Digest Association, New Century Financial Corporation, Refco, Inc., Genuity, Inc. and Exide Technologies, among others.

4. As a result, I have experience managing and resolving claims, as well as an understanding of accounting and financial statement preparation. I have provided testimony on numerous occasions, including on some of the matters above.

5. I was asked by BP America, Inc. ("BP") to review the October 3, 2013 declaration by the Claims Administrator Patrick Juneau and Settlement Program Policy No. 464 (Business Economic Loss Claims: Requirement of Monthly and Annual Profit and Loss Statements) which is attached to his declaration (rec. doc. 11566). In particular, I focused on the statement in the declaration, "Nor does the CSSP ignore accrual-basis records when submitted and instead evaluate the claim from a cash-basis perspective", and the policy from II.E.3 (a), "If the claimant submits both cash basis P&Ls and accrual basis P&Ls, the Claims Administrator typically will not use the cash basis P&Ls for any purpose. Instead, the Claims Administrator typically will use the accrual basis P&Ls for Causation Tests (if applicable) and for the Compensation Calculation on the claim." I then performed a search of claim files to determine how the Settlement Program is addressing claim files in which there are both accrual and cash basis income statements present, and whether the Settlement Program is using the accrual or cash basis income statements to make the compensation determination.

6. Specifically, at my direction, my team and I searched BEL claim files to identify examples of claims where both accrual and cash basis income statements were provided by BEL claimants. We identified and reviewed 35 BEL claim files in which both accrual and cash basis

2

income statements were present. Of these, my team found 17 claim files in which the Settlement Program computed the compensation determination using cash basis income statements and 18 claim files in which the Settlement Program computed the compensation determination using accrual basis income statements. The results of these findings are located in Tables 1 and 2.

7. Furthermore, based on my review of the 17 claim files in which the Settlement Program computed the compensation determination using cash basis income statements, I identified the following observations and commentary:

    a. There are examples where accrual basis income statements were submitted by the claimant with its GCCF claim, while cash basis income statements were submitted with the CSSP claim.

    b. One claimant's attorney stated that "This was something that had no bearing on their operations because they have not any use for cash basis P&Ls (until now)" in explaining difficulties in reconciling accrual to cash basis income statements and why the cash basis income statements were being subsequently adjusted.[1]

    c. This claimant's attorney also stated, in response to corrections being made to the accrual basis financial statements, that "This modification of the accrual basis P&Ls results in a failure to meet the V test for causation. We have asked whether we can submit the cash basis P&Ls in order to meet causation. I was advised yesterday that we would not be permitted to do so" in response to inquiries from the CSSP.[2] The email further continues "[I]f you will accept these cash basis P&Ls on the causation issue, we have no objection to your continuing to use the accrual basis P&Ls to calculate the loss, even though the loss would be higher if

---

[1] Claim ID XXX48, Doc ID 6996117
[2] Claim ID XXX48, Doc ID 6183752

the cash basis P&Ls were used.[3] Thirty-one days later, however, the claimant submitted revised cash basis income statements that were used in the causation test and compensation determination.[4]

    d. A CSSP claims reviewer stated that "Claimant provided two different versions of 2008, 2009 and 2010 P&Ls, cash and accrual. The Cash Basis Profit and Loss was used for the program calculation which matches the professionally prepared claim and more closely matches the federal tax returns. The Accrual basis P&Ls not used can be found in Documents 3768200, pages 6-48." [5]

    e. A claimant's claim preparer stated that the cash basis income statements "are more accurate" than the accrual basis, and should be used to calculate the claim.[6]

8. Except as otherwise noted, I have personal knowledge as to all of the information in my declaration. All of the facts and opinions set forth in this declaration are based upon my personal experiences and knowledge, information obtained from the Claims Portal, and my understanding of the Settlement Agreement.

I declare under penalty of perjury that the foregoing is a true and correct statement of my opinions and analysis.

Executed this ___9___ day of October, 2013.

_____
Todd B. Brents
AlixPartners, LLP

---

[3] Claim ID XXX48, Doc ID 6183752
[4] Claim ID XXX48, Doc ID 6997723 and 6997794
[5] Claim ID XXX42, Doc ID 10830953
[6] Claim ID XXXX70, Doc ID 10186115

4

Table 1

| TABLE 1: SETTLEMENT PROGRAM COMPENSATION DETERMINATION USING CASH BASED INCOME STATEMENTS | | | | |
|---|---|---|---|---|
| Claimant ID | Cash Financials (Doc File ID) | Accrual Financials (Doc File ID) | Financial Data Used By Accountants (Doc File ID) | Eligibility Notice (Doc File ID) |
| XXXXXXX40 | 16587280 | 16507154 | 18828209 | 18887594 |
| XXXXXXX57 | 17589061 | 1214 | 17635495 | 17651680 |
| XXXXXXX71 | 17275899 | 227868 | 17636215 | 17664726 |
| XXXXXXX78 | 16841977 17265455 | 18080438 18080445 18080450 18080464 18080467 | 18355808 | 18406059 |
| XXXXXXX61 | 17787369 17787374 | 17028748 17028755 17028762 | 17885445 | 17907807 |
| XXXXXXXX18 | 18413207 18413211 18413215 18413218 | 17333239 17333245 | 18634146 | 18723009 |
| XXXXXXX29 | 19123547 | 17233583 | 19126660 | 19148403 |
| XXXXXXXX96 | 17824722 | 15679403 | 18094641 | 18117402 |
| XXXXXXX05 | 18055539 18055540 | 16128224 16128225 | 18282180 | 18304006 |
| XXXXXXX92 | 17186630 17426288 | 16182615 16182621 16182627 16182630 | 18319398 | 18364924 |
| XXXXXXX03 | 17852373 | 17067201 17970838 | 18889679 | 18960732 |
| XXXXXXX96 | 18635640 | 16416081 | 19060572 | 19090328 |
| XXXXXXX34 | 17768724 | 17764125 | 19477751 | 19512671 |
| XXXXXXX18 | 17007617 | 15825508 | 18439998 | 18460839 |
| XXXXXXX35 | 18100315 18917820 | 18471074 18917817 | 18982240 | 19029796 |
| XXXXXXX52 | 475645 | 311740 | 16546050 | 16561871 |
| XXXXXXX18 | 16532828 | 16532761 | 18995986 | 19048331 |

Table 2

| Claimant ID | Cash Financials (doc File ID) | Accrual Financials (doc File ID) | Calculation Worksheet (doc File ID) | Eligibility Notice (doc File ID) |
|---|---|---|---|---|
| XXXXXXX21 | 17202200<br>17257975 | 16985522<br>16985581<br>16985736<br>16985739<br>16985741 | 18793943 | 18825490 |
| XXXXXXX99 | 16568046 | 17988151<br>17640347<br>17139940<br>16935515 | 18107753 | 18366015 |
| XXXXXXX68 | 16668912<br>16676107<br>16676537 | 16278899<br>16683908<br>16731928<br>16905242 | 16943016 | 16954704 |
| XXXXXXX63 | 18080457 | 16306667 | 18512147 | 18693599 |
| XXXXXXX19 | 507724 | 17134159 | 17834441 | 18069025 |
| XXXXXXX39 | 17066382 | 16798979 | 17113437 | 17234517 |
| XXXXXXX23 | 17122343 | 17122346<br>18114641<br>18100517 | 18416847 | 18441749 |
| XXXXXXX00 | 17397196 | 17397190 | 18772475 | 19094664 |
| XXXXXXX70 | 17660480 | 17660472 | 18483690 | 18498599 |
| XXXXXXX58 | 18517152 | 17887739 | 19094573 | 19159913 |
| XXXXXXX77 | 472228 | 472217<br>472234<br>646945 | 17081470 | 17193087 |
| XXXXXXX67 | 124314<br>124318 | 124293<br>124294<br>124295<br>124300<br>124320<br>124323<br>124329<br>18250356<br>18272387<br>18272396<br>18272399 | 18468251 | 18572793 |
| XXXXXXX28 | 18447124 | 16521362 | 18474969 | 18498626 |
| XXXXXXX40 | 18108068 | 18115513 | 18162399 | 18193614 |
| XXXXXXX43 | 17185301 | 17883367 | 18376648 | 18396461 |
| XXXXXXX49 | 18905760 | 17483615 | 19020017 | 19073917 |
| XXXXXXX20 | 18536437 | 16798464 | 19050729 | 19091393 |
| XXXXXXX81 | 17041415 | 19095111 | 19210628 | 19234268 |