# October 23, 2013
# Notice of Filing Exhibit I.2.F

# EXHIBIT F

# Policy Regarding BEL Compensation Framework

## I.   Background

On October 2, 2013, a panel of the United States Court of Appeals for the Fifth Circuit issued its decision ("BEL Ruling") concerning the dispute over the evaluation of BEL claims. The BEL Ruling reversed the district court's March 5, 2013 order which had affirmed the Claims Administrator's January 15, 2013 BEL Policy.  The purpose of this Policy is to explain the general framework required for evaluation of BEL claims in response to the BEL Ruling.  As explained further below, this Policy framework requires the withdrawal of existing BEL Policies and the implementation of new and updated Policies to implement the BEL Ruling.[1]

## II.   Calculation of Step One Compensation Under the BEL Framework

### A.  In General

The "goal of the settlement"[2] is to "compensate claimants for real losses" resulting from the Deepwater Horizon incident.  Therefore, the calculation of Variable Profit under Exhibit 4C of the Settlement must accord "with economic reality" and with a "reasonable understanding of calculation of damages" that is consistent with what "damages recoverable in civil litigation actually are."  An "accrual-style framework" is necessary to "determine actual economic losses," because cash-basis accounting does "not result in numbers that could fairly be said to represent actual economic losses or lost 'variable profits'" and creates a "risk of artificially-inflated or entirely fictitious losses."  The "requirement of matching … is foundational for accrual-basis claims," and "only matching provides a realistic chance of achieving the … goal of the settlement of compensating claimants for real losses."  Accordingly, regardless of the accounting method used by a claimant, the Settlement Program must calculate all BEL awards pursuant to a "properly-matched accrual-basis" approach, because only "properly matched claims lead to fair and proper results."

Under accrual accounting a "fundamental principle" is that revenue is recognized "when the entity becomes entitled to receive payment, as opposed to when the payment is actually received," and in developing the "accrual style framework" consideration should be given to how and when revenue is earned in order to "determine actual economic losses."  Also, "expenses that can be readily traced to the recognized revenues are themselves recognized at the same time as those revenues."  "This correlation gives … a real time view of the net economic value of a

---

[1]   In addition, because other economic loss frameworks, including but not limited to the Multi-facility, Start-Up and Failed Business Frameworks, require both causation and accurate determination of monthly revenue and corresponding variable expense, the principles in this Policy are fully applicable to those types of claims as well.

[2]   All quotations are from the BEL Ruling unless otherwise indicated.

transaction in the period most relevant to its overall economic significance." The "matching" process "is a fundamental aspect of day-to-day record-keeping on the accrual-basis."

Determination of the Step One Compensation amount is based on the instructions in Exhibit 4C. For computation of Variable Profit, under Exhibit 4C, the claims shall be processed by following the two step calculation described on page 2 of Exhibit 4C:

1. Sum the monthly revenue over the period.

2. Subtract the corresponding variable expenses from revenue over the same period.

This two-step process requires the use of matching principles as stated above. This means that "the expenses to be subtracted must be those that correspond to the revenue earned" during the Benchmark and Compensation Periods under review. This interpretation is "consistent with general accounting and economic norms."

The determination of "variable expenses" in the above calculation shall be based upon the instructions contained on Exhibit 4C under the definition of Variable Profits as well as Exhibit 4D, which lists specific categories of variable as contrasted with fixed expenses.

## B. Determination of Revenue

The revenue to be recognized in each month in the Benchmark and Compensation Periods shall be based on accrual-style revenue recognition rules and principles to be applied to the BEL claimant's financial records based on the nature of the business and the industry in which it operates. The Claims Administrator shall develop, in consultation with the parties and in keeping with the governing principles stated above, the revenue recognition rules and principles to be used for major sub-categories of BEL claimants. The revenue recognition rules and principles shall be consistent with accrual accounting and applied consistently to BEL claimants to accurately reflect economic reality regardless of whether their contemporaneously prepared monthly income statements were maintained on an accrual basis or cash basis. Moreover, "idiosyncratically-maintained records" cannot "dictate the way Exhibit 4C is applied to a claim." Accordingly, the Claims Administrator shall develop appropriate procedures to review the financial information provided by each BEL claimant, make inquiries and seek additional records allowed under Exhibit 4A whenever necessary or appropriate "to process claims in accordance with economic reality," and then evaluate and make all adjustments necessary to ensure that the revenue earned in each month is being recognized in a manner consistent with the revenue recognition rules for that category of BEL claimant.

As further noted below, the determination of monthly revenue shall be conducted by professional accountants with the appropriate training and supervision.

## C. Determination of Corresponding Variable Expenses

The Claims Administrator shall review each BEL claim to ensure that expenses that relate to the revenue properly recognized in each month according to the foregoing principles are

properly matched.  Only the variable expenses that relate to the revenue properly recognized in a particular month shall be used for purposes of calculating Variable Profit.  The Claims Administrator shall develop specific rules and policies for categories of variable expenses that may involve different matching treatment based upon the industry or business model of the major sub-categories of BEL claimants.

The Claims Administrator shall also develop appropriate procedures to review the financial information provided by the BEL claimant, make inquiries and seek additional records allowed under Exhibit 4A, as necessary, and then evaluate and make adjustments necessary to ensure that the corresponding variable expenses to be matched to the revenue properly recognized in each month is being determined in a manner consistent with economic reality and the rules for that category of BEL claimant.

As further noted below, the determination of corresponding variable expenses shall be conducted by professional accountants with the appropriate training and supervision.

### D.  Cash Basis Claimants

"Typically, only very small and fledgling businesses keep their primary financial records in accordance with cash accounting" procedures.  These businesses report "revenue when cash from a given transaction is received and expenses when cash is paid."  "Cash accounting" for most businesses "is largely unrelated to the concepts of revenue and expenses."

BEL claimants using cash accounting must be evaluated using accrual and matching concepts.  Otherwise, the resulting calculation would lack "economic []coherence."  Cash accounting cannot properly be used to calculate lost variable profit because "subtracting temporally-related revenues and expenses recorded by cash-basis claimants would not result in numbers that could fairly be said to represent actual economic losses or lost 'variable profits.'"  Failure to adjust cash-basis records to correspond to an "accrual-style framework" would result in "some claimants … be[ing] compensated for lost 'variable profits' while others" – the cash basis claimants – "would be compensated for negative cash flows, based solely on how claimants maintained their financial records."

The Claims Administrator shall, in consultation with the parties, develop appropriate procedures for evaluating cash basis BEL claimants and applying matching principles and an accrual-style framework in keeping with the foregoing principles in order to ensure that the resulting calculation of Variable Profits is consistent with measuring actual economic performance.

### E.  Proper Matching Procedures Must Be Used

When evaluating a BEL claim for claimants that use accrual accounting, the Claims Administrator shall take appropriate steps to ensure that the financial data submitted by the claimant are accurate and properly matched.  It would be inappropriate to treat accrual basis claimants as if they were cash basis claimants.  This could occur, for example, if the CSSP were processing claims based on simply what was recorded in the financial records in certain months,

without giving appropriate consideration to other data indicating that proper matching was not fully reflected in the monthly financial statements. For example, if an accrual claimant failed to adjust its inventory records and compute cost of goods sold, instead recording purchases of inventory as if they were expenses and not assets, the CSSP would have to correct those errors and properly compute cost of goods sold in order to avoid treating the accrual claimant as a cash basis claimant. Similarly, if the accrual claimant made year-end or periodic adjusting or correcting entries outside the Compensation or Benchmark Period, the CSSP would have to adjust the monthly financial records during the relevant period as appropriate to reflect those entries, and the adjustments or corrections attributable to each month, in order to avoid treating the accrual claimant as a cash basis claimant. These two examples of treating accrual claimants as if they were cash claimants would also constitute the use of "inconsistent methodologies," and BEL claimants "are not permitted to present statements which contain inconsistent methodologies."

### III.    Rules and Procedures for Processing BEL Claims

The Claims Administrator, in consultation with the parties, shall develop new procedures or modify existing procedures for processing BEL Claims to ensure that such claims are being processed in accordance with the rules and principles set forth in this policy, the BEL Ruling, and any related provisions of the Settlement, or as directed by the court. Those procedures shall include instructions for identifying relevant information, making inquiries of claimants, seeking additional documentation where appropriate, and conducting analytical procedures to identify potential issues requiring further consideration. The Claims Administrator shall take into account differences based upon the industry or business model of significant categories of claimants and adopt procedures and policies specifically tailored to those claimant categories.

The determination of accounting related matters such as monthly revenue, corresponding variable expenses, and Variable Profit shall be conducted by professional accountants with appropriate training and supervision.

### IV.    Rules for Prevention, Detection and Mitigation of Errors and Fraud

The Claims Administrator, in consultation with the parties, shall develop new controls and procedures or modify existing controls and procedures designed to provide reasonable assurance that significant errors, irregularities, or fraud do not occur and remain undetected prior to determining and paying BEL claims. Such procedures shall include the use of properly trained professionals for the determination of monthly revenue, corresponding variable expenses, Variable Profit and other accounting related matters, and the proper supervision of employees engaged in processing claims. The Claims Administrator shall take into account differences based upon the industry or business model of significant categories of claimants and adopt procedures and policies specifically tailored to those claimant categories.

The error and fraud prevention controls and procedures shall include procedures for recovering amounts paid to BEL claimants that were paid based on erroneous or fraudulent documentation or representations, or improperly processed claims.

V.    **Causation**

    **A. Background**

       The BEL Ruling states that if a claimant "has no colorable claim that the loss was caused by the spill, it also lacks standing and cannot state a claim." The class cannot include "members that had not sustained losses at all, or had sustained losses unrelated to the oil spill." It is necessary that the causation methodology be modified to conform to the BEL Ruling.

       Until the BEL Ruling, the Claims Administrator evaluated causation solely by applying the methodology set forth in Exhibit 4B. Moreover, to the extent that monthly revenue amounts were relevant to an evaluation under Exhibit 4B, the Claims Administrator relied on claimant-supplied data that was subject to the types of errors specified in the BEL Ruling. Furthermore, the Claims Administrator did not consider any objective facts or data indicating that the claim included, in whole or in part, purported losses that could not have been "traceable to loss from the Deepwater Horizon accident." Accordingly, the Policy Announcement of October 10, 2012 is vacated, as are any other causation-related Policies or practices and the Claims Administrator shall formulate new policies and practices intended to preclude payment to claimants who did not "experience[] actual injury traceable to loss from the Deepwater Horizon accident." The following principles will direct that formulation.

    **B. Initial Causation Review and Evaluation**

       The Claims Administrator shall develop rules and procedures to identify and distinguish BEL claims from claimants who are not proper class members or are otherwise not entitled to payment. Claimants who have not suffered any economic loss at all during the period May-December 2010 (taking into account the presumed growth factor reflected in Settlement Agreement Exhibit 4C), or whose loss is shown by objective data not to have been caused by the oil spill are not class members and lack standing to maintain a legal claim against BP. Only claimants who satisfy these requirements and, therefore, have "colorable claims" for economic loss due to the oil spill are class members whose claims are then subject to evaluation under the existing requirements of Exhibit 4B to determine whether they have sufficiently shown that any losses may be deemed caused by the oil spill for purposes of the settlement.

       If there are any objective facts in the claimant file or available from other reliable sources which indicate that in whole or in part the claimant did not suffer any spill-related loss, then the claimant is not a class member and such damages are not compensable under the settlement. Detailed programs shall be developed to assure adequate investigation and identification of such facts.

    **C. Objective Indicators Requiring Further Review/Investigation**

       In addition to the foregoing, a set of objective indicators shall be established which shall cause the Claims Administrator to engage in appropriate review and investigation to assure compliance with the BEL Ruling that a claimant's injuries not traceable to the Deepwater

Horizon accident are excluded.  These objective indicators shall include, but are not limited to, the following:

1.  Facts indicating that the claimant's injury were due to a claimant dropping selling or changing a line of business; or

2.  The claimant suffered a casualty loss; or

3.  The injury was the result of regulatory restrictions or limitations; or

4.  The injury was the result of illness or other infirmity of key personnel; or

5.  The claimant experienced a diminution of revenues because of repairs or refurbishing of business facilities independent of the Deepwater Horizon accident; or

6.  The losses were the result of the termination of business relations with a customer outside the Class geographic scope; or

7.  The claimant's losses were the result of an independent business decision or course of action unrelated to the Deepwater Horizon accident; or

8. Numerical tests, standards or measurements which would reasonably indicate that there should be further investigation to determine the cause of the claimed economic loss; or

9.  Other objective facts meriting further investigation.


### D.  Application of the V-Test Under Exhibit 4B

The Claims Administrator shall develop new procedures and policies to ensure that the causation tests under Exhibit 4B are applied using the revenue that is determined as a result of the policies and procedures referenced in this policy.  The new procedures may require that the causation assessment be applied upon the initial review of a claim based upon the claimant's original submission, but, in any event, shall require a subsequent review and consideration of the causation requirement after a final identification of monthly revenue is completed as part of the BEL claims review process.

The procedures for evaluating causation must include a requirement that the causation assessment and decision-making be reviewed by a professional accountant trained in evaluating revenue recognition concepts and accounting.


### E.   Withdrawal of Prior Policies and Claimant Communications

All prior Policies related to the determination of causation for BEL claimants are withdrawn.

**F.   Claimant Communications and Claims Forms**

The Claims Administrator shall develop rules and procedures to deter BEL claims, Start-Up claims, or Failed Business claims from claimants who are not proper class members or are otherwise not entitled to payment.  Claimants who have not suffered injury caused by the oil spill are not class members and lack standing to maintain a legal claim against BP.  Thus the claim forms for such claims will be modified to include the following revised language which is consistent with the terms of the Settlement Agreement and the existing claim forms.  This language and other consistent modifications will be designed to assure that claimants are fully notified that they are not to submit claims if they are seeking damages not traceable to loss from the Deepwater Horizon accident.  In particular, the following changes shall be made:

1.      After the first sentence of the second paragraph of the claim form, the following language shall be added:

Such economic loss only includes actual loss of profits, income or earnings that was caused by, due to, or arising or resulting  from the Deepwater Horizon Oil Incident, including the oil spill and response activities and, therefore, constitutes [1] actual injury that is [2] traceable to loss from the Deepwater Horizon accident.  It does not include reductions in profits, income or earnings that are traceable to causes other than the Deepwater Horizon accident where objective data negate the possibility of causation by the Deepwater Horizon accident.

2.      The Signature section of the form shall be revised to read as follows:

*I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that this Claim to the Court-Supervised Settlement Program under the Deepwater Horizon Economic and Property Damages Settlement  is submitted in compliance with the Instructions for Completing the Registration Form and the  Instructions for Completing the Business Economic Loss Claim Form; that this Claim is submitted for loss of profits income or earnings; that I believe in good faith that such claimed actual losses were caused by, due to, or arising or resulting  from the Deepwater Horizon Oil Incident, including the oil spill and response activities; that the information provided in this Claim Form is true and accurate to the best of my knowledge; and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.*

3.      The Registration form and other claims forms shall be revised as appropriate to conform to the Fifth Circuit's ruling.

The updated claims forms should be substantially in the form of the exemplar accompanying this Policy as Attachment A.

The Claims Administrator shall update the Settlement Program's website and other communications directed to claimants to clearly communicate the updated policies.

VI.     **Existing Policies and Procedures to be Reconsidered and Updated**

All prior BEL claims-related policies or procedures are vacated until further notice. The Claims Administrator shall review and evaluate each existing BEL claims policy and, in consultation with the parties, revise and update those policies as needed to conform to this policy and the BEL Ruling, and any related determinations by the court.

# ATTACHMENT 1

# DEEPWATER HORIZON ECONOMIC AND PROPERTY SETTLEMENT
# BUSINESS ECONOMIC LOSS CLAIM FORM
# (PURPLE FORM)



After you complete and sign your Claim Form, submit it to the Claims Administrator as directed in the Instructions Booklet that accompanies this Claim Form.  If you submit your Claim Form by mail or delivery, do not separate this cover page from the Claim Form.  If you have to take this Claim Form apart to photocopy or fax it, make sure you include this cover page as the first page when you submit it.

**Business Economic Loss Claim Form**

# DEEPWATER HORIZON ECONOMIC AND PROPERTY SETTLEMENT
# BUSINESS ECONOMIC LOSS CLAIM FORM
# (PURPLE FORM)

To make a **Business Economic Loss Claim** under the Deepwater Horizon Economic and Property Damages Settlement Agreement (the "Settlement") for damages arising from the Deepwater Horizon Incident on April 20, 2010 (the "Spill"), you must complete and submit this Claim Form and all documentation required by the Settlement ("Supporting Documentation") to the Claims Administrator on or before April 22, 2014, or six months after the Effective Date of the Settlement, whichever is later.

The **Business Economic Loss Clai**m is for businesses (including those reporting on Form 1040 Schedules C, E, or F) that assert economic loss due to the Spill. Commercial Fishermen, Seafood Vessel Owners, Seafood Boat Captains, Seafood Crew, and Oyster Leaseholders who want to make a claim for economic losses relating to Seafood must use the Seafood Compensation Program Claim Form (Yellow Form) and not this Business Economic Loss Claim Form.

Such economic loss only includes actual loss of profits, income or earnings that was caused by, due to, or arising or resulting from the Deepwater Horizon Oil Incident, including the oil spill and response activities and, therefore, constitutes [1] actual injury that is [2] traceable to loss from the Deepwater Horizon accident.  It does not include reductions in profits, income or earnings that are traceable to causes other than the Deepwater Horizon accident where objective data negate the possibility of causation by the Deepwater Horizon accident.

When completing this Claim Form, refer to the accompanying booklet called "Instructions for Completing the Business Economic Loss Claim Form (Purple Form)," which contains detailed instructions for completing and submitting this Claim Form, helpful definitions, and the list of Supporting Documentation required to prove your claim.

If you have access to a computer with an internet connection, it will be far easier for you to fill out and submit your Claim Form online, rather than on this paper Claim Form. The online claim process will guide you through only the specific questions you need to answer, and will instruct you about the specific Supporting Documentation you must submit, based on the answers you enter as you go along. Go to www.deepwaterhorizonsettlements.com to submit a claim online.

If you do not have access to the internet, you may visit a Claimant Assistance Center for assistance with submitting a claim in person. Section 5 of the Business Economic Loss Instructions Booklet lists the Claimant Assistance Centers.

## A. Claimant Information

Provide the following information about your Failed Business on behalf of which you are filing this claim for Business Economic Loss.

**1. Business Name:**

**2. Social Security Number:**
*or*
**Individual Taxpayer Identification Number:**
*or*
**Employer Identification Number:**

SSN or ITIN
| | | | - | | | - | | | | |

EIN
| | - | | | | | | |

**3. Claimant Number:** If you previously filed a claim with the Gulf Coast Claims Facility ("GCCF"), you will keep that same seven-digit Claimant Number in the Deepwater Horizon Settlement Program. Check the box at the right called "GCCF Claimant Number" and provide that seven-digit Claimant Number.

If you did not file a claim with the GCCF, you will receive a new Claimant Number when you file your initial Registration Form with the Deepwater Horizon Settlement Program. If you have already received your new Settlement Program Claimant Number, check the box called "Deepwater Horizon Settlement Program Claimant Number" and provide that nine-digit Claimant Number.

If you do not yet have a Claimant Number, leave this question blank.

☐ GCCF Claimant Number:

| | | | | | | |

OR

☐ Deepwater Horizon Settlement Program Claimant Number:

| | | | | | | | |

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

CF-4
v.1

## B. Information Required for a Business Economic Loss Claim

If you are making a Business Economic Loss Claim for more than one Claiming Facility, photocopy this section of the Claim Form before completing it and attach the copy to the Claim Form for submission. Make one copy for each additional Claiming Facility.

1. **You cannot make an economic loss claim for a business that falls into any of the categories listed below. Check any and all boxes that describe your business.**

   Refer to Section 2 of the Business Economic Loss Instructions Booklet for more detailed descriptions of these categories.

   ☐  (a) Financial Institution.

   ☐  (b) Fund, financial trust, or other financial vehicle.

   ☐  (c) Gaming.

   ☐  (d) Insurance.

   ☐  (e) Oil and gas industry.

   ☐  (f) Defense contractor or subcontractor.

   ☐  (g) Real estate development.

   ☐  (h) Selling or marketing BP-branded fuel at anytime from April 20, 2010, through April 16, 2012.

   **If you check the box next to any of the above categories, your business is not eligible to make an Economic Loss Claim, and you should not complete or submit this Claim Form.**

| | |
|---|---|
| 2. **During the period from April 1, 2010, through December 31, 2010, did your business maintain more than one separate and distinct physical location?** If you check "Yes," continue to Question 3. If you check "No," go to Question 7. | ☐ Yes    ☐ No |
| 3. **Is your business's headquarters located within the Gulf Coast Areas?** | ☐ Yes    ☐ No |
| 4. **Are all of your business's Facilities located within the Gulf Coast Areas?** | ☐ Yes    ☐ No |
| 5. **Does your business maintain separate profit and loss statements for each Claiming Facility?** | ☐ Yes    ☐ No |
| 6. **Is your business submitting a claim for all Facilities located within the Gulf Coast Areas?** If you checked "Yes" for Question 3, you may file a consolidated claim for all Facilities or you may elect to file individual claims for each Claiming Facility separately. If you checked "No" for Question 3, information must be provided on a Facility-by-Facility basis, but you may send in each of those claims together to facilitate efficient processing.<br><br>By checking "Yes" to this question, you are indicating that you are submitting a consolidated Claim for *all* Facilities located within the Gulf Coast Areas. If you wish to file a claim for each Facility separately, check "No." You may not file a consolidated Claim for only a subset of your business's Facilities located within the Gulf Coast Areas.<br><br>If you are filing a Business Economic Loss Claim for a Multi-Facility Business and are providing information on a Facility-by-Facility basis, you must complete Section B, C, D, and E for each Claiming Facility. Questions 2 through 6 in this section are not required for each individual Facility. Only Question 1 is required for each individual Facility. Photocopy each section before completing it and attach the copy to this Claim Form for submission. Make as many copies as you need. | ☐ Yes    ☐ No |

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

**7. What is the address of your business?** Provide the address of your business. If you are a Multi-Facility business, provide the address of each Facility for which you are claiming, regardless of whether you have elected to have your Facilities in the Gulf Coast Area evaluated as a consolidated claim or as separate Facilities.

| Business Name | |
|---|---|

| Business Address:<br><br>Headquarters ☐ | Street<br><br>City / State / Zip Code<br><br>Parish/County |
|---|---|

| Business Phone Number: | ( \|   \|   \| )   \|   \|   \|   \| - \|   \|   \|   \|   \| |
|---|---|

**8. In which Economic Loss Zone is your business located?** Go to www.deepwaterhorizonsettlements.com, call toll free at 1-866-992-6174, or visit a Claimant Assistance Center to determine in which Economic Loss Zone your business is located.

☐ Zone A
☐ Zone B
☐ Zone C
☐ Zone D

**9. Provide the NAICS (North American Industry Classification System) Code for your business that forms the basis of your Economic Loss Claim.** You can search for your code using www.census.gov/naics.

_____

**Provide a description of your business:**



**10.** Businesses/employers that fall within the NAICS codes and descriptions marked with an "x" in Exhibit 19, Section II must answer the following question:

**In 2009, did your business provide significant services, goods, and/or supplies to businesses in the offshore Oil & Gas Industry in the Gulf of Mexico?** The Claims Administrator considers that an entity provided "significant" services, goods, and/or supplies to businesses in the offshore oil and gas industry in the Gulf of Mexico in 2009 if 33% or more of its 2009 net revenue was derived from such activities.

☐ **Yes**      ☐ **No**

**11. Has your business ceased operations, declared bankruptcy or liquidated substantially all of its assets since May 1, 2010?** If your business failed between May 1, 2010, and December 31, 2011, stop filling out this Claim Form and submit the **Failed Business Economic Loss Claim Form (Red Form)** instead.

☐ **Yes**      ☐ **No**

If "Yes," provide the date your business ceased operations:

_____/_____/_____
(Month/Day/Year)

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

CF-4
v.1

**12. Is your business a Start-Up Business?** If your business's operations began on or after January 1, 2009, stop filling out this Claim Form and submit the **Start-up Business Economic Loss Claim Form (Gray Form)** instead. If your business's operations began after October 20, 2008, but before January 1, 2009, you have the option of using this Business Economic Loss Claim Form (Purple Form) and selecting 2009 as your Benchmark Period or proceeding under the Start-Up Business Economic Loss Claim Form (Gray Form).

☐ **Yes**      ☐ **No**

**13. Did your business participate in the Vessels of Opportunity ("VoO") program?**

☐ **Yes**      ☐ **No**

Identify any months after the Spill in which your business received revenue from the VoO program, and the amount of that revenue. Leave this section blank if your business did not receive any revenue because of participation in the VoO program.

☐ **May 2010**        $ _____      ☐ **September 2010**   $ _____

☐ **June 2010**       $ _____      ☐ **October 2010**     $ _____

☐ **July 2010**       $ _____      ☐ **November 2010**    $ _____

☐ **August 2010**     $ _____      ☐ **December 2010**    $ _____

                                        ☐ **All Months 2011**  $ _____

Identify any months after the Spill in which your business incurred expenses because of participation in the VoO program, and the amount of those expenses. Leave this section blank if your business did not incur expenses because of participation in the VoO program.

☐ **May 2010**        $ _____      ☐ **September 2010**   $ _____

☐ **June 2010**       $ _____      ☐ **October 2010**     $ _____

☐ **July 2010**       $ _____      ☐ **November 2010**    $ _____

☐ **August 2010**     $ _____      ☐ **December 2010**    $ _____

                                        ☐ **All Months 2011**  $ _____

**14. Identify other sources of income to your business that can be used to reconcile tax returns with business financial statements, if any.**

CF-4
v.1

**For Questions 15 – 19, consult the definition section in the Business Economic Loss Instructions Booklet to determine if your business meets the definition or criteria. Go online to www.deepwaterhorizonsettlements.com, call toll free at 1-866-992-6174, or visit a Claimant Assistance Center to determine in which Economic Loss Zone your business is located and whether it meets the Tourism Definition.**

| | |
|---|---|
| **15. Does your business sell to customers in multiple Economic Loss Zones?** | ☐ **Yes**    ☐ **No** |
| **16. Is your business a Landing Site, Commercial Wholesale or Retail Dealer A, or a Primary Seafood Processor?** | ☐ **Yes**    ☐ **No** |
| **17. Is your business a Commercial Wholesale or Retail Dealer B, a Secondary Seafood Processor, a Seafood Wholesaler or Distributor, or a Seafood Retailer?** | ☐ **Yes**    ☐ **No** |
| **18. Does your business fall within the Tourism Definition?** | ☐ **Yes**    ☐ **No** |
| **19. Is your business a Charter Fishing Operation?** | ☐ **Yes**    ☐ **No** |
| **20. Did specific market changes outside your control, unrelated to the Spill, and occurring after April 20, 2010, prevent your business from earning revenues in 2011 that were comparable to pre-Spill periods?** | ☐ **Yes**    ☐ **No** |

**If Yes, describe these market changes.**  Examples may include, but are not limited to, the following:  (1) the entry of a competitor in 2011; (2) the bankruptcy of a significant customer in 2011; (3) nearby road closures affecting your business; (4) unanticipated interruption resulting in closure of your business; (5) the replacement of a product or service by a customer; or (6) the loss of financing and/or reasonable terms of renewal.

| | |
|---|---|
| **21. Did the Spill directly result in the cancellation of a contract that your business was unable to replace?**  A Canceled Contract is a contract that was in place on April 20, 2010, and which was to be performed between April 21, 2010, and December 31, 2010, but was canceled between April 21, 2010, and December 31, 2010, and that you were unable to replace on the same or similar terms. | ☐ **Yes**    ☐ **No** |

**If Yes, attach the contract and describe your efforts and inability to replace the contract:**

---

**22. Did the Spill result in reservation cancellations that your business was unable to rebook?**  A Canceled Reservation is a reservation that was in place on April 20, 2010, and which was to occur between April 21, 2010, and December 31, 2010, but was canceled between April 21, 2010, and December 31, 2010, and that you were unable to replace on the same or similar terms.

☐ **Yes**    ☐ **No**

**If Yes, describe the cancellations and your efforts and inability to rebook the cancellations:**

## C. Selection of Benchmark and Compensation Periods

**Claimants must make several elections to qualify for benefits.  Claimants select one historical set of years for all comparisons throughout the claims process (the Benchmark Period year(s)).  In addition, claimants select two Compensation Periods.  Consult the "Instructions for Completing the Business Economic Claim Form (Purple Form)" for more information.**

1. **Select Benchmark Period years.**  Choose one of the following periods, which will serve as the baseline for measuring your business's historical financial performance.  The Claims Administrator will review all the documents and information you submit to determine the best Benchmark Period that maximizes your recovery, even if that differs from the period you select.  If you do not wish to pick a Benchmark Period at all and instead would like the Claims Administrator to select your best Benchmark Period, select "Claims Administrator Selected Benchmark Period."

   ☐  **2009; or**

   ☐  **Average of 2008 and 2009; or**

   ☐  **Average of 2007, 2008, and 2009; or**

   ☐  **Claims Administrator Selected Benchmark.**

2. **Select Step 1 Compensation Period.**  Choose three or more consecutive months from May 2010 through December 2010.  You can check all of the boxes or as few as three.  However, all boxes checked must be consecutive.  The Claims Administrator will review all the documents and information you submit to determine the best Step 1 Compensation Period that maximizes your recovery, even if that differs from the period you select.  If you do not wish to pick a Step 1 Compensation Period at all and instead would like the Claims Administrator to select your best Step 1 Compensation Period, select "Claims Administrator Selected Step 1 Compensation Period."  If you are eligible for compensation, a different Compensation Period may be selected to determine your Total Compensation.  Refer to the Settlement for further information on how your business's Step 1 Compensation Period will be used in calculating Total Compensation.

   ☐  **May 2010**          ☐  **September 2010**

   ☐  **June 2010**          ☐  **October 2010**

   ☐  **July 2010**           ☐  **November 2010**

   ☐  **August 2010**       ☐  **December 2010**

   ☐  **Claims Administrator Selected Step 1 Compensation Period**

3. **Select Step 2 Compensation Period.**  Choose one of the following periods, which will serve as your business's Step 2 Compensation Period.  If your business is eligible for compensation, the Step 2 Compensation Period you select will be used to determine your business's Total Compensation.  The Claims Administrator will review all the documents and information you submit to determine the best Step 2 Compensation Period that maximizes your recovery, even if that differs from the period you select.  If you do not wish to pick a Step 2 Compensation Period at all and instead would like the Claims Administrator to select your best Step 2 Compensation Period, select "Claims Administrator Selected Step 2 Compensation Period."  Refer to the Settlement for further information on how your business's Step 2 Compensation Period will be used in calculating Total Compensation.  NOTE:  If you select a seven-consecutive-month or eight-consecutive-month period for your Step 1 Compensation Period in Question 2, that same period of consecutive months in 2010 shall be used as your Step 2 Compensation Period.

   ☐  **May – October 2010; or**

   ☐  **June – November 2010; or**

   ☐  **July – December 2010; or**

   ☐  **Use same 7 or 8 month period as in Question 2; or**

   ☐  **Claims Administrator Selected Step 2 Compensation Period**

CF-4
v.1

## D. Documentation Required for a Business Economic Loss Claim

Such business economic loss includes actual loss of profits, income or earnings that was caused by, due to, or arising or resulting from the Deepwater Horizon Oil Incident, including the oil spill and response activities and, therefore, constitutes actual injury traceable to loss from the Deepwater Horizon accident. It does not include reductions in profits, income or earnings that are traceable to causes other than the Deepwater Horizon accident where objective data negate the possibility of causation by the Deepwater Horizon accident.

## E. Payment

1. **If You Have Your Own Attorney.** Unless you check the box below, the Claims Administrator will make any payments jointly to you and to your attorney, which means that both you and your attorney will need to endorse the check before a bank will honor it.

   ☐ Check here if you want the Claims Administrator to make payments in connection with this and any other claim you may file in the Deepwater Horizon Economic and Property Settlement *only to your attorney*. This means that the Claims Administrator will send your payment to your attorney, who will then pay you pursuant to the retainer agreement you have with him/her.

2. **If You Do Not Have Your Own Attorney.** If you have not retained an attorney to represent you in connection with your Spill-related claim, the Claims Administrator will make any payments to which you are entitled directly to you by check. Payment checks will be sent by First Class Mail to the address you provided in the Registration Form or to the address that the Claims Administrator confirms for you during the processing of your Claim. **You have an obligation to notify the Claims Administrator if your address changes.**

   The Claims Administrator will report annually to federal and state taxing authorities, using a Form 1099 or state form equivalent, for certain payments made. The Claims Administrator will send you a copy of that form, but cannot give you any tax advice regarding any payment issued to you. You should consult with your own tax advisor to determine the tax impact of any payment you receive from the Claims Administrator.

3. **Garnishments, Liens and other Attachments.** Legally authorized garnishments, liens, or similar forms of attachments relating to your claim will be honored and deducted from your payment.

4. **W-9 Form Requirement.** All claimants must provide a W-9 Form. To obtain a copy of that form, go to www.deepwaterhorizonsettlements.com, or request one at a Claimant Assistance Center or by calling 1-866-992-6174.

5. **Do you intend to seek reimbursement for Claimant Accounting Support Services in connection with your claim?**

   ☐ **Yes**      ☐ **No**

   If you check "Yes" for Question E.5, you must submit the documents listed in Section 4.E of the Business Economic Loss Instructions Booklet.

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

## F. Signature

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that this Claim to the Court-Supervised Settlement Program under the Deepwater Horizon Economic and Property Damages Settlement is submitted in compliance with the Instructions for Completing the Registration Form and the  Instructions for Completing the Business Economic Loss Claim Form; that this Claim is submitted for loss of profits income or earnings; that I believe in good faith that such claimed actual losses were caused by, due to, or arising or resulting from the Deepwater Horizon Oil Incident, including the oil spill and response activities; that the information provided in this Claim Form is true and accurate to the best of my knowledge; and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

I certify that I am authorized to act on behalf of the business submitting this Claim Form.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my claim for compensation and any payment resulting from that claim.

| Signature: | | Date: | _____/_____/_____ <br> (Month/Day/Year) |
|---|---|---|---|
| **Printed Name:** | First | Middle | Last |
| **Title:** | | | |

An authorized business representative must sign this Claim Form personally.

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

CF-4
v.1

# DEEPWATER HORIZON ECONOMIC AND PROPERTY SETTLEMENT
# START-UP BUSINESS ECONOMIC LOSS CLAIM FORM
# (GRAY FORM)



After you complete and sign your Claim Form, submit it to the Claims Administrator as directed in the Instructions Booklet that accompanies this Claim Form. If you submit your Claim Form by mail or delivery, do not separate this cover page from the Claim Form. If you have to take this Claim Form apart to photocopy or fax it, make sure you include this cover page as the first page when you submit it.

**Start-Up Business Economic Loss Claim Form**

# Deepwater Horizon Economic and Property Settlement
# Start-Up Business Economic Loss Claim Form
# (Gray Form)

To make a **Start-Up Business Economic Loss Claim** under the Deepwater Horizon Economic and Property Damages for damages arising from the Deepwater Horizon Incident on April 20, 2010 (the "Spill"), you must complete and submit this Claim Form and all documentation required by the Settlement ("supporting Documentation") to the Claims Administrator on or before April 22, 2014, or six months after the Effective Date of the Settlement, whichever is later.

The **Start-Up Business Economic Loss Claim** is for businesses (including those reporting on Form 1040 Schedules C, E, or F) that began operations after October 20, 2008, who prove economic loss as a result of the Spill. If your business began operations on or before October 20, 2008, see the Business Economic Loss Claim Form (Purple Form). If your business began operations after October 20, 2008, but before January 1, 2009, you have the option of using this Start-Up Business Claim Form or proceeding under the Business Economic Loss Claim Form.

Such economic loss only includes actual loss of profits, income or earnings that was caused by, due to, or arising or resulting from the Deepwater Horizon Oil Incident, including the oil spill and response activities and, therefore, constitutes [1] actual injury that is [2] traceable to loss from the Deepwater Horizon accident.  It does not include reductions in profits, income or earnings that are traceable to causes other than the Deepwater Horizon accident where objective data negate the possibility of causation by the Deepwater Horizon accident.

When completing this Claim Form, refer to the accompanying booklet Start-Up Business Economic Loss Claim Form (Gray Form), which contains detailed instructions for completing this Claim Form, guidance on how to submit it, helpful definitions, and the list of Supporting Documentation required to prove your claim.

If you have access to a computer with an internet connection, it will be far easier for you to fill out and submit your Claim Form online, rather than on this paper Claim Form. The online claim process will guide you through only the specific questions you need to answer, and will instruct you about the specific documentation you must submit, based on the answers you enter as you go along. Go to www.deepwaterhorizonsettlements.com to submit a claim online.

If you do not have access to the internet, you may visit a Claimant Assistance Center for assistance with submitting a claim in person. Section 5 of the Start-Up Business Instructions Booklet lists the Claimant Assistance Centers.

## A. Claimant Information

Provide the following information about your Failed Business on behalf of which you are filing this claim for Business Economic Loss.

**1. Business Name:**

**2. Social Security Number:**
    *or*
**Individual Taxpayer Identification Number:**
    *or*
**Employer Identification Number:**

SSN or ITIN

| | | | | - | | | - | | | | |

EIN

| | | - | | | | | | |

**3. Claimant Number:** If you previously filed a claim with the Gulf Coast Claims Facility ("GCCF"), you will keep that same seven-digit Claimant Number in the Deepwater Horizon Settlement Program. Check the box at the right called "GCCF Claimant Number" and provide that seven-digit Claimant Number.

If you did not file a claim with the GCCF, you will receive a new Claimant Number when you file your initial Registration Form with the Deepwater Horizon Settlement Program. If you have already received your new Settlement Program Claimant Number, check the box called "Deepwater Horizon Settlement Program Claimant Number" and provide that nine-digit Claimant Number.

If you do not yet have a Claimant Number, leave this question blank.

☐ GCCF Claimant Number:

| | | | | | | |

OR

☐ Deepwater Horizon Settlement Program Claimant Number:

| | | | | | | | | |

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

CF-5
v.1

## B. Information Required for a Start-Up Business Economic Loss Claim

If you are making a Start-Up Business Economic Loss Claim for more than one Claiming Facility, photocopy this section of the Claim Form before completing it and attach the copy to the Claim Form for submission.  Make one copy for each additional Claiming Facility.

1.  **You cannot make an economic loss claim for a business that falls into any of the categories listed below. Check any and all boxes that describe your business.**

Refer to Section 2 of the Start-Up Business Economic Loss Instructions Booklet for more detailed descriptions of these categories.

☐  (a) Financial Institution.

☐  (b) Fund, financial trust, or other financial vehicle.

☐  (c) Gaming.

☐  (d) Insurance.

☐  (e) Oil and gas industry.

☐  (f) Defense contractor or subcontractor.

☐  (g) Real estate development.

☐  (h) Selling or marketing BP-branded fuel at anytime from April 20, 2010, through April 16, 2012.

**If you check the box next to any of the above categories, your business is not eligible to make an Economic Loss Claim, and you should not complete or submit this Claim Form.**

| | |
|---|---|
| 2.  **During the period from April 1, 2010, through December 31, 2010, did your business maintain more than one separate and distinct physical location?** If you check "Yes," continue to Question 3.  If you check "No," go to Question 7. | ☐ **Yes**   ☐ **No** |
| 3.  **Is your business's headquarters located within the Gulf Coast Areas?** | ☐ **Yes**   ☐ **No** |
| 4.  **Are all of your business's Facilities located within the Gulf Coast Areas?** | ☐ **Yes**   ☐ **No** |
| 5.  **Does your business maintain separate profit and loss statements for each Claiming Facility?** | ☐ **Yes**   ☐ **No** |
| 6.  **Is your business submitting a claim for all Facilities located within the Gulf Coast Areas?**  If you checked "Yes" for Question 3, you may file a consolidated claim for all Facilities or you may elect to file individual claims for each Claiming Facility separately.   If you checked "No" for Question 3, information must be provided on a Facility-by-Facility basis, but you may send in each of those claims together to facilitate efficient processing.  By checking "Yes" to this question, you are indicating that you are submitting a consolidated Claim for *all* Facilities located within the Gulf Coast Areas.  If you wish to file a claim for each Facility separately, check "No."  You may not file a consolidated Claim for only a subset of your business's Facilities located within the Gulf Coast Areas.  If you are filing a Business Economic Loss Claim for a Multi-Facility Business and are providing information on a Facility-by-Facility basis, you must complete Section B, C, D, and E for each Claiming Facility.   Questions 2 through 6 in this section are not required for each individual facility.  Only Question 1 is required for each individual facility.  Photocopy each section before completing it and attach the copy to this Claim Form for submission.  Make as many copies as you need. | ☐ **Yes**   ☐ **No** |

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

CF-5
v.1

**7.** **What is the address of your business**  Provide the address of your business.  If you are a Multi-Facility business, provide the address of each Facility for which you are claiming, regardless of whether you have elected to have your Facilities in the Gulf Coast Area evaluated as a consolidated claim or as separate Facilities.

| **Business Name:** | |
|---|---|

| **Business Address:** <br><br> Headquarters ☐ | Street |
|---|---|
| | City | State | Zip Code |
| | Parish/County |

| **Business Phone Number:** | ( \|   \|   \| )  \|   \|   \|   \|  -  \|   \|   \|   \|   \| |
|---|---|

**8.** **In which Economic Loss Zone is your business located?**  Go to www.deepwaterhorizonsettlements.com, call toll free at 1-866-992-6174, or visit a Claimant Assistance Center to determine in which Economic Loss Zone your business is located.

☐ **Zone A**
☐ **Zone B**
☐ **Zone C**
☐ **Zone D**

**9.** **Provide the NAICS (North American Industry Classification System) Code for your business that forms the basis of your Economic Loss Claim.**  You can search for your code using www.census.gov/naics.

_____

**Provide a description of your business:**




**10.** Businesses/employers that fall within the NAICS codes and descriptions marked with an "x" in Exhibit 19, Section II must answer the following question:

**In 2009, did your business provide significant services, goods, and/or supplies to businesses in the offshore Oil & Gas Industry in the Gulf of Mexico?**  The Claims Administrator considers that an entity provided "significant" services, goods, and/or supplies to businesses in the offshore oil and gas industry in the Gulf of Mexico in 2009 if 33% or more of its 2009 net revenue was derived from such activities.

☐ **Yes**     ☐ **No**

**11.** **What was the date on which your business commenced operations?**  If your business commenced operations after , 2008, but before January 1, 2009, you may alternatively choose to file under the Business Economic Loss framework and use 2009 as your Benchmark Period year.

____/____/____
(Month/Day/Year)

**12.** **Has your business ceased operations, declared bankruptcy or liquidated substantially all of its assets since May 1, 2010?**  If your business failed between May 1, 2010, and December 31, 2011, stop filling out this Claim Form and submit the **Failed Business Economic Loss Claim Form (Red Form)** instead.

☐ **Yes**     ☐ **No**

If "Yes," provide the date your business ceased operations:

____/____/____

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

CF-5
v.1

| | (Month/Day/Year) |
|---|---|
| | |

| | |
|---|---|
| **13.** Did your business participate in the Vessels of Opportunity ("VoO") Program? | ☐ **Yes**      ☐ **No** |

Identify any months after the Spill in which your business received revenue from the VoO program, and the amount of that revenue.  Leave this section blank if your business did not receive any revenue because of participation in the VoO program.

| | | | | | |
|---|---|---|---|---|---|
| ☐ | **May 2010** | $ _____ | ☐ | **September 2010** | $ _____ |
| ☐ | **June 2010** | $ _____ | ☐ | **October 2010** | $ _____ |
| ☐ | **July 2010** | $ _____ | ☐ | **November 2010** | $ _____ |
| ☐ | **August 2010** | $ _____ | ☐ | **December 2010** | $ _____ |
| | | | ☐ | **All Months 2011** | $ _____ |

Identify any months after the Spill in which your business incurred expenses because of participation in the VoO Program, and the amount of those expenses.  Leave this section blank if your business did not incur expenses because of participation in the VoO program.

| | | | | | |
|---|---|---|---|---|---|
| ☐ | **May 2010** | $ _____ | ☐ | **September 2010** | $ _____ |
| ☐ | **June 2010** | $ _____ | ☐ | **October 2010** | $ _____ |
| ☐ | **July 2010** | $ _____ | ☐ | **November 2010** | $ _____ |
| ☐ | **August 2010** | $ _____ | ☐ | **December 2010** | $ _____ |
| | | | ☐ | **All Months 2011** | $ _____ |

**14.** Identify other sources of income to your business that can be used to reconcile tax returns with business financial statements, if any.

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

CF-5
v.1

**For Questions 15 – 19, consult the definition section in the accompanying booklet called "Instructions for Completing the Start-Up Business Economic Claim Form (Grey Form)" to determine if your business meets the definition or criteria. Go online to www.deepwaterhorizonsettlements.com, call toll free at 1-866-992-6174, or visit a Claimant Assistance Center to determine in which Economic Loss Zone your business is located and whether it meets the Tourism Definition.**

| | | |
|---|---|---|
| **15. Does your business sell to customers in multiple Economic Loss Zones?** | ☐ **Yes** | ☐ **No** |
| **16. Is your business a Commercial Fisherman, Landing Site, Commercial Wholesale or Retail Dealer A, or a Primary Seafood Processor?** | ☐ **Yes** | ☐ **No** |
| **17. Is your business a Commercial Wholesale or Retail Dealer B, a Secondary Seafood Processor, a Seafood Wholesaler or Distributor, or a Seafood Retailer?** | ☐ **Yes** | ☐ **No** |
| **18. Does your business fall within the Tourism Definition?** | ☐ **Yes** | ☐ **No** |
| **19. Is your business a Charter Fishing Operation?** | ☐ **Yes** | ☐ **No** |
| **20. Did specific market changes outside your control, unrelated to the Spill and occurring after April 20, 2010, prevent your business from earning revenues in 2011 that were comparable to pre-Spill periods?** | ☐ **Yes** | ☐ **No** |

**If Yes, describe these market changes.** Examples may include, but are not limited to, the following: (1) the entry of a competitor in 2011; (2) the bankruptcy of a significant customer in 2011; (3) nearby road closures affecting your business; (4) unanticipated interruption resulting in closure of your business; (5) the replacement of a product or service by a customer; or (6) the loss of financing and/or reasonable terms of renewal.

| | | |
|---|---|---|
| **21. Did the Spill directly result in the cancellation of a contract that your business was unable to replace?** A Canceled Contract is a contract that was in place on April 20, 2010, and which was to be performed between April 21, 2010, and December 31, 2010, but was canceled between April 21, 2010, and December 31, 2010, and that you were unable to replace on the same or similar terms. | ☐ **Yes** | ☐ **No** |

**If Yes, attach the contract and describe your efforts and inability to replace the contract:**

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

CF-5
v.1

| 22. **Did the Spill result in reservation cancellations that your business was unable to rebook?** A Canceled Reservation is a reservation that was in place on April 20, 2010, and which was to occur between April 21, 2010, and December 31, 2010, but was canceled between April 21, 2010, and December 31, 2010, and that you were unable to replace on the same or similar terms. | ☐ **Yes**   ☐ **No** |
|---|---|

**If Yes, describe the cancellations and your efforts and inability to rebook the cancellations:**

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

## C. Selection of Benchmark and Compensation Periods

**You may elect to establish expected revenue and expected costs based on financial projections for the Start-Up Business. Consult the "Instructions for Completing the Start-Up Business Economic Claim Form (Grey Form)" for more information.**

1. **Select Benchmark Period.** Select three or more consecutive months from May 2011 through April 2012 to use as your business's Benchmark Period. You can check all of the boxes or as few as three. However, all boxes checked must be consecutive. The Benchmark Period you choose will be compared to the same months between May 2010 and April 2011 (the Compensation Period) to estimate your business's Expected Profit during 2010. The Claims Administrator will review all the documents and information you submit to determine the best Benchmark Period that maximizes your recovery, even if that differs from the period you select. If you do not wish to pick a Benchmark Period at all and instead would like the Claims Administrator to select your best Benchmark Period, select "Claims Administrator Selected Benchmark Period." Refer to the Settlement for further information on how your business's Benchmark Period will be used in calculating your business's Compensation.

☐ **May 2011**  ☐ **November 2011**

☐ **June 2011**  ☐ **December 2011**

☐ **July 2011**  ☐ **January 2012**

☐ **August 2011**  ☐ **February 2012**

☐ **September 2011**  ☐ **March 2012**

☐ **October 2011**  ☐ **April 2012**

☐ **Claims Administrator Selected Benchmark Period**

2. **Select Compensation Period.** Select three or more consecutive months from May 2010 through April 2011 to use as your business's Compensation Period. You can check all of the boxes or as few as three. However, all boxes checked must be consecutive. The months you select for Compensation Period must match the months you selected above. The Compensation Period you choose will be compared to the same months between May 2011 and April 2012 (the Benchmark Period) to estimate your business's Expected Profit during 2010. The Claims Administrator will review all the documents and information you submit to determine the best Compensation Period that maximizes your recovery, even if that differs from the period you select. If you do not wish to pick a Compensation Period at all and instead would like the Claims Administrator to select your best Compensation Period, select "Claims Administrator Selected Compensation Period." Refer to the Settlement for further information on how your business's Compensation Period will be used in calculating your business's Compensation.

☐ **May 2010**  ☐ **November 2010**

☐ **June 2010**  ☐ **December 2010**

☐ **July 2010**  ☐ **January 2011**

☐ **August 2010**  ☐ **February 2011**

☐ **September 2010**  ☐ **March 2011**

☐ **October 2010**  ☐ **April 2011**

☐ **Claims Administrator Selected Compensation Period**

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

CF-5
v.1

## D. Documentation Required for a Start-Up Business Economic Loss Claim

In addition to this Claim Form, you must submit certain Supporting Documentation to prove your Start-Up Business Economic Loss Claim.  The list of required documents, and instructions for how to submit them, are in Section 4 of the Start-Up Business Economic Loss Instructions Booklet.  If you do not submit the required Supporting Documentation, the Claims Administrator will not be able to review your claim and you will not receive payment for your claim.

## E. Payment

1.  **If You Have Your Own Attorney.**  Unless you check the box below, the Claims Administrator will make any payments jointly to you and to your attorney, which means that both you and your attorney will need to endorse the check before a bank will honor it.

    ☐ Check here if you want the Claims Administrator to make payments in connection with this and any other claim you may file in the Deepwater Horizon Economic and Property Settlement *only to your attorney*.  This means that the Claims Administrator will send your payment to your attorney, who will then pay you pursuant to the retainer agreement you have with him/her.

2.  **If You Do Not Have Your Own Attorney.**  If you have not retained an attorney to represent you in connection with your Spill-related claim, the Claims Administrator will make any payments to which you are entitled directly to you by check.  Payment checks will be sent by First Class Mail to the address you provided in the Registration Form or to the address that the Claims Administrator confirms for you during the processing of your Claim.  **You have an obligation to notify the Claims Administrator if your address changes.**

    The Claims Administrator will report annually to federal and state taxing authorities, using a Form 1099 or state form equivalent, for certain payments made.  The Claims Administrator will send you a copy of that form, but cannot give you any tax advice regarding any payment issued to you.  You should consult with your own tax advisor to determine the tax impact of any payment you receive from the Claims Administrator.

3.  **Garnishments, Liens and other Attachments.**  Legally authorized garnishments, liens, or similar forms of attachments relating to your claim will be honored and deducted from your payment.

4.  **W-9 Form Requirement.**  All claimants must provide a W-9 Form.  To obtain a copy of that form, go to www.deepwaterhorizonsettlements.com, or request one at a Claimant Assistance Center or by calling 1-866-992-6174.

5.  **Do you intend to seek reimbursement for Claimant Accounting Support Services in connection with your claim?**

    ☐ **Yes**      ☐ **No**

    If you check "Yes" for Question E.5, you must submit the documents listed in Section 4.E of the Start-Up Business Economic Loss Instructions Booklet.

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

CF-5
v.1

## F. Signature

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that this Claim to the Court-Supervised Settlement Program under the Deepwater Horizon Economic and Property Damages Settlement is submitted in compliance with the Instructions for Completing the Registration Form and the  Instructions for Completing the Business Economic Loss Claim Form; that this Claim is submitted for loss of profits income or earnings; that I believe in good faith that such claimed actual losses were caused by, due to, or arising or resulting from the Deepwater Horizon Oil Incident, including the oil spill and response activities; that the information provided in this Claim Form is true and accurate to the best of my knowledge; and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

I certify that I am authorized to act on behalf of the business submitting this Claim Form.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my claim for compensation and any payment resulting from that claim.

| Signature: | | Date: | _____/_____/_____ (Month/Day/Year) |
|---|---|---|---|
| **Printed Name:** | First | Middle | Last |
| **Title:** | | | |

An authorized business representative must sign this Claim Form personally.

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

# DEEPWATER HORIZON ECONOMIC AND PROPERTY SETTLEMENT
# FAILED BUSINESS ECONOMIC LOSS CLAIM FORM
# (RED FORM)



After you complete and sign your Claim Form, submit it to the Claims Administrator as directed in the Instructions Booklet that accompanies this Claim Form.  If you submit your Claim Form by mail or delivery, do not separate this cover page from the Claim Form.  If you have to take this Claim Form apart to photocopy or fax it, make sure you include this cover page as the first page when you submit it.

**Failed Business Economic Loss Claim Form**

CF-6
v.1

# DEEPWATER HORIZON ECONOMIC AND PROPERTY SETTLEMENT
# FAILED BUSINESS ECONOMIC LOSS CLAIM FORM
# (RED FORM)

To make a **Failed Business Economic Loss Claim** under the Deepwater Horizon Economic and Property Damages Settlement Agreement (the "Settlement") for damages arising from the Deepwater Horizon Incident on April 20, 2010 (the "Spill"), you must complete and submit this Claim Form and all documentation required by the Settlement ("Supporting Documentation") to the Claims Administrator on or before April 22, 2014, or six months after the Effective Date of the Settlement, whichever is later.

The **Failed Business Economic Loss Claim** is for businesses (including those reporting on Form 1040 Schedules C, E, or F) that, after May 1, 2010, but before December 31, 2011, either: (1) ceased operations and wound down; (2) entered bankruptcy (through the filing of a petition for bankruptcy protection in a court or competent jurisdiction); or (3) otherwise initiated or completed a liquidation of substantially all of its assets.

Such economic loss only includes actual loss of profits, income or earnings that was caused by, due to, or arising or resulting from the Deepwater Horizon Oil Incident, including the oil spill and response activities and, therefore, constitutes [1] actual injury that is [2] traceable to loss from the Deepwater Horizon accident.  It does not include reductions in profits, income or earnings that are traceable to causes other than the Deepwater Horizon accident where objective data negate the possibility of causation by the Deepwater Horizon accident.

When completing this Claim Form, refer to the accompanying booklet called "Instructions for Completing the Failed Business Economic Loss Claim Form (Red Form)," which contains detailed instructions for completing this Claim Form, guidance on how to submit it, helpful definitions, and the list of Supporting Documentation required to prove your Claim.

If you have access to a computer with an internet connection, it will be far easier for you to fill out and submit your Claim Form online, rather than on this paper Claim Form. The online claim process will guide you through only the specific questions you need to answer, and will instruct you about the specific Supporting Documentation you must submit, based on the answers you enter as you go along. Go to www.deepwaterhorizonsettlements.com to submit a claim online.

If you do not have access to the internet, you may visit a Claimant Assistance Center for assistance with submitting a claim in person. Section 5 of the Failed Business Economic Loss Instructions Booklet lists all the Claimant Assistance Centers.

## A. Claimant Information

Provide the following information about your Failed Business on behalf of which you are filing this claim for Business Economic Loss.

**1. Business Name:**

**2. Social Security Number:**
   *or*
**Individual Taxpayer Identification Number:**
   *or*
**Employer Identification Number:**

SSN or ITIN | | | - | | - | | | | |

EIN | | - | | | | | | |

**3. Claimant Number:** If you previously filed a claim with the Gulf Coast Claims Facility ("GCCF"), you will keep that same seven-digit Claimant Number in the Deepwater Horizon Settlement Program. Check the box at the right called "GCCF Claimant Number" and provide that seven-digit Claimant Number.

If you did not file a claim with the GCCF, you will receive a new Claimant Number when you file your initial Registration Form with the Deepwater Horizon Settlement Program. If you have already received your new Settlement Program Claimant Number, check the box called "Deepwater Horizon Settlement Program Claimant Number" and provide that nine-digit Claimant Number.

If you do not yet have a Claimant Number, leave this question blank.

☐ GCCF Claimant Number:

| | | | | | | |

OR

☐ Deepwater Horizon Settlement Program Claimant Number:

| | | | | | | | |

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

CF-6
v.1

## B. Information Required for a Failed Business Economic Loss Claim

If you are making a Failed Business Economic Loss Claim for more than one Claiming Facility, photocopy this section of the Claim Form before completing it and attach the copy to the Claim Form for submission.  Make one copy for each additional Claiming Facility.

1. **You cannot make an economic loss claim for a business that falls into any of the categories listed below. Check any and all boxes that describe your business.**

   Refer to Section 2 of the Failed Business Economic Loss Instructions Booklet for more detailed descriptions of these categories.

   ☐ (a) Financial Institution.

   ☐ (b) Fund, financial trust, or other financial vehicle.

   ☐ (c) Gaming.

   ☐ (d) Insurance.

   ☐ (e) Oil and gas industry.

   ☐ (f) Defense contractor or subcontractor.

   ☐ (g) Real estate development.

   ☐ (h) Selling or marketing BP-branded fuel at anytime from April 20, 2010, through April 16, 2012.

   **If you check the box next to any of the above categories, your business is not eligible to make an Economic Loss Claim, and you should not complete or submit this Claim Form.**

| | |
|---|---|
| 2. **During the period from April 1, 2010, through December 31, 2010, did your business maintain more than one separate and distinct physical location?**  If you check "Yes," continue to Question 3.  If you check "No," go to Question 7. | ☐ **Yes**   ☐ **No** |
| 3. **Is your business's headquarters located within the Gulf Coast Areas?** | ☐ **Yes**   ☐ **No** |
| 4. **Are all of your business's Facilities located within the Gulf Coast Areas?** | ☐ **Yes**   ☐ **No** |
| 5. **Does your business maintain separate profit and loss statements for each Claiming Facility?** | ☐ **Yes**   ☐ **No** |
| 6. **Is your business submitting a claim for all Facilities located within the Gulf Coast Areas?**  If you checked "Yes" for Question 3, you may file a consolidated claim for all Facilities or you may elect to file individual claims for each Claiming Facility separately.  If you checked "No" for Question 3, information must be provided on a Facility-by-Facility basis, but you may send in each of those claims together to facilitate efficient processing.  By checking "Yes" to this question, you are indicating that you are submitting a consolidated Claim for *all* Facilities located within the Gulf Coast Areas.  If you wish to file a claim for **each Facility separately, check "No."**  You may not file a consolidated Claim for only a subset of your business's Facilities located within the Gulf Coast Areas.  If you are filing a Business Economic Loss Claim for a Multi-Facility Business and are providing information on a Facility-by-Facility basis, you must complete Section B, C, D, and E for each Claiming Facility.  Questions 2 through 6 in this section are not required for each individual facility.  Only Question 1 is required for each individual facility.  Photocopy each section before completing it and attach the copy to this Claim Form for submission.  Make as many copies as you need. | ☐ **Yes**   ☐ **No** |

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

**7. What is the address of your business?** Provide the address of your business. If you are a Multi-Facility business, provide the address of each Facility for which you are claiming, regardless of whether you have elected to have your Facilities in the Gulf Coast Area evaluated as a consolidated claim or as separate Facilities.

| Business Name: | |
|---|---|

| Business Address:<br><br>Headquarters ☐ | Street |
| | City | State | Zip Code |
| | Parish/County |

| Business Phone Number: | ( \|__\|__\| )  \|__\|__\|__\| - \|__\|__\|__\|__\| |
|---|---|

**8. In which Economic Loss Zone is your business located?** Go to www.deepwaterhorizonsettlements.com, call toll free at 1-866-992-6174, or visit a Claimant Assistance Center to determine in which Economic Loss Zone your business is located.

☐ **Zone A**
☐ **Zone B**
☐ **Zone C**
☐ **Zone D**

**9. Provide the NAICS (North American Industry Classification System) Code for your business that forms the basis of your Economic Loss Claim.** You can search for your code using www.census.gov/naics.

_____

**Provide a description of your business:**

**10.** Businesses/employers that fall within the NAICS codes and descriptions marked with an "x" in Exhibit 19, Section II must answer the following question:

**In 2009, did your business provide significant services, goods, and/or supplies to businesses in the offshore Oil & Gas Industry in the Gulf of Mexico?** The Claims Administrator considers that an entity provided "significant" services, goods, and/or supplies to businesses in the offshore oil and gas industry in the Gulf of Mexico in 2009 if 33% or more of its 2009 net revenue was derived from such activities.

☐ **Yes**     ☐ **No**

**If you are seeking Sweat Equity Compensation, complete questions 11-15 which apply only to Failed Start-Up Businesses as defined in the accompanying booklet called "Instructions for Completing the Failed Business Economic Loss Claim Form (Red Form)."** That booklet also explains Sweat Equity Compensation. Sweat Equity Compensation provides payment to Start-Up Business owners who provided services to the Failed Start-Up Business prior to when the business began operations but received no compensation or less than fair market value compensation. If you are not seeking Sweat Equity Compensation, go to Question 16.

**11. Did your business begin operations on or after November 1, 2008, and subsequently cease operations, declare bankruptcy or complete a liquidation of substantially all of its assets since May 1, 2010?**

☐ **Yes**     ☐ **No**

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

| | |
|---|---|
| **12.** **What is the Commencement Date of the Failed Start-Up Business?** The Commencement Date is the day that the Failed Start-Up Business began operations. | _____/_____/_____ <br> (Month/Day/Year) |
| **13.** **If your business began after November 1, 2008, what is the Sweat Equity Contribution Start Date?** Refer to the **Instructions for Completing the Failed Business Economic Loss Claim Form (Red Form)** to determine your Sweat Equity Contribution Start Date. | _____/_____/_____ <br> (Month/Day/Year) |
| **14.** **What is the Sweat Equity Benchmark Period Start Date?** Refer to the **Instructions for Completing the Failed Business Economic Loss Claim Form** to determine your Sweat Equity Benchmark Period Start Date. | _____/_____/_____ <br> (Month/Day/Year) |
| **15.** **What is the Sweat Equity Benchmark Period End Date?** The Sweat Equity Benchmark Period End Date means the end of the last full month preceding the Sweat Equity Contribution Start Date. | _____/_____/_____ <br> (Month/Day/Year) |
| **16.** **Did your business participate in the Vessels of Opportunity ("VoO") program?** | ☐ Yes     ☐ No |

**Identify any months after the Spill in which your business received revenue from the VoO program, and the amount of that revenue. Leave this section blank if your business did not receive any revenue because of participation in the VoO program.**

| | | | |
|---|---|---|---|
| ☐ **May 2010** | $ _____ | ☐ **September 2010** | $ _____ |
| ☐ **June 2010** | $ _____ | ☐ **October 2010** | $ _____ |
| ☐ **July 2010** | $ _____ | ☐ **November 2010** | $ _____ |
| ☐ **August 2010** | $ _____ | ☐ **December 2010** | $ _____ |
| | | ☐ **All Months 2011** | $ _____ |

**Identify any months after the Spill in which your business incurred expenses because of participation in the VoO program, and the amount of those expenses. Leave this section blank if your business did not incur expenses because of participation in the VoO program.**

| | | | |
|---|---|---|---|
| ☐ **May 2010** | $ _____ | ☐ **September 2010** | $ _____ |
| ☐ **June 2010** | $ _____ | ☐ **October 2010** | $ _____ |
| ☐ **July 2010** | $ _____ | ☐ **November 2010** | $ _____ |
| ☐ **August 2010** | $ _____ | ☐ **December 2010** | $ _____ |
| | | ☐ **All Months 2011** | $ _____ |

**17.** **Identify other sources of income to your business that can be used to reconcile tax returns with business financial statements, if any.**

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

CF-6
v.1

**For Questions B.18 – B.21, consult the Failed Business Economic Loss Instructions Booklet to determine if your business meets the definition or criteria.  Go online to www.deepwaterhorizonsettlements.com, call toll free at 1-866-992-6174, or visit a Claimant Assistance Center to determine in which Economic Loss Zone your business is located and whether it meets the Tourism Definition.**

| | |
|---|---|
| **18. Is your business a Landing Site, Commercial Wholesale or Retail Dealer A, or a Primary Seafood Processor?** | ☐ **Yes**      ☐ **No** |
| **19. Is your business a Commercial Wholesale or Retail Dealer B, a Secondary Seafood Processor, a Seafood Wholesaler or Distributor, or a Seafood Retailer?** | ☐ **Yes**      ☐ **No** |
| **20. Does your business fall within the Tourism Definition?** | ☐ **Yes**      ☐ **No** |
| **21. Is your business a Charter Fishing Operation?** | ☐ **Yes**      ☐ **No** |

## C. Documentation Required for a Failed Business Economic Loss Claim

In addition to this Claim Form, you must submit certain Supporting Documentation to prove your Failed Business Economic Loss Claim.  The list of required documents, and instructions for how to submit them, are in Section 4 of the Failed Business Economic Loss Instructions Booklet.  If you do not submit the required Supporting Documentation, the Claims Administrator will not be able to review your claim and you will not receive payment for your claim.

## D. Payment

1. **If You Have Your Own Attorney.**  Unless you check the box below, the Claims Administrator will make any payments jointly to you and to your attorney, which means that both you and your attorney will need to endorse the check before a bank will honor it.

   ☐ Check here if you want the Claims Administrator to make payments in connection with this and any other claim you may file in the Deepwater Horizon Economic and Property Settlement *only to your attorney*.  This means that the Claims Administrator will send your payment to your attorney, who will then pay you pursuant to the retainer agreement you have with him/her.

2. **If You Do Not Have Your Own Attorney.**  If you have not retained an attorney to represent you in connection with your Spill-related claim, the Claims Administrator will make any payments to which you are entitled directly to you by check.  Payment checks will be sent by First Class Mail to the address you provided in the Registration Form or to the address that the Claims Administrator confirms for you during the processing of your Claim.  **You have an obligation to notify the Claims Administrator if your address changes.**

   The Claims Administrator will report annually to federal and state taxing authorities, using a Form 1099 or state form equivalent, for certain payments made.  The Claims Administrator will send you a copy of that form, but cannot give you any tax advice regarding any payment issued to you.  You should consult with your own tax advisor to determine the tax impact of any payment you receive from the Claims Administrator.

3. **Garnishments, Liens and other Attachments.**  Legally authorized garnishments, liens, or similar forms of attachments relating to your claim will be honored and deducted from your payment.

4. **W-9 Form Requirement.**  All claimants must provide a W-9 Form.  To obtain a copy of that form, go to www.deepwaterhorizonsettlements.com, or request one at a Claimant Assistance Center or by calling 1-866-992-6174.

5. **Do you intend to seek reimbursement for Claimant Accounting Support Services in connection with your claim?**

   ☐ **Yes**        ☐ **No**

   If you check "Yes" for Question D.5, you must submit the documents listed in Section 4.F of the Failed Business Economic Loss Instructions Booklet.

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

CF-6
v.1

## E. Signature

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that this Claim to the Court-Supervised Settlement Program under the Deepwater Horizon Economic and Property Damages Settlement is submitted in compliance with the Instructions for Completing the Registration Form and the  Instructions for Completing the Business Economic Loss Claim Form; that this Claim is submitted for loss of profits income or earnings; that I believe in good faith that such claimed actual losses were caused by, due to, or arising or resulting from the Deepwater Horizon Oil Incident, including the oil spill and response activities; that the information provided in this Claim Form is true and accurate to the best of my knowledge; and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

I certify that I am authorized to act on behalf of the business submitting this Claim Form.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my claim for compensation and any payment resulting from that claim.

| Signature: | | Date: | _____/_____/_____ <br> (Month/Day/Year) |
|---|---|---|---|
| **Printed Name:** | First       Middle       Last | | |
| **Title:** | | | |

An authorized business representative must sign this Claim Form personally.

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

CF-6
v.1