# October 23, 2013
# Notice of Filing Exhibit II

# Clark, Jeffrey Bossert

| | |
|---|---|
| **From:** | Clark, Jeffrey Bossert |
| **Sent:** | Wednesday, October 09, 2013 4:15 PM |
| **To:** | Ben_Allums@laed.uscourts.gov |
| **Cc:** | 'Sally_Shushan@laed.uscourts.gov'; 'free@freegroup.com'; 'piantidosi@freehgroup.com'; 'paj@juneaudavid.com'; 'rcs@stanleyreuter.com'; 'pwittmann@stonepigman.com'; 'SHERMAN@hhklawfirm.com'; 'jimr@wrightroy.com'; 'jrice@motleyrice.com'; Godfrey, Richard C.; Langan, Andrew; Don K. Haycraft (dkhaycraft@liskow.com) |
| **Subject:** | Courtesy Copies of an Additional BP Submission Also Submitted Exclusively In Camera |
| **Attachments:** | BP Motion for Prelim Injunction.pdf; Motion to Strike Juneau Affidavit.pdf; Memo in Support of Motion to Strike Juneau Affidavit.pdf; EX. C - Brents Declaration.pdf; EX. D - Gaspardo Declaration.pdf; EX. E - Sider Declaration.pdf; EX. F - BP's Proposed Policy.pdf; EX. A - CA5 Letter.pdf; EX. B - Alexander Declaration.pdf; Godfrey Letter to Hon Carl Barbier.pdf; BP Memo in Support of Preliminary Injunction.pdf |

Dear Mr. Allums,

Within approximately the last 15 minutes, BP transmitted to you the submission called for in the Court's Order of October 3, 2013 (Rec. Doc. 11566).  This separate email contains additional documents.  BP has not filed these documents on ECF but is instead only submitting copies of them to the Court *in camera*, via this second email, for the reasons explained in the attached transmittal letter from Mr. Godfrey.

Other than the transmittal letter just referenced, the additional documents submitted in this fashion are as follows:  (1) a courtesy copy of a Motion for Entry of a Proposed Form of Preliminary Injunction; (2) a courtesy copy of BP's Memorandum in Support of its Motion and accompanying exhibits (these are the same exhibits attached to the five-page letter brief previously submitted, and they are identically lettered as well); (3) a courtesy copy of BP's Motion to Strike the October 3, 2013 Declaration of Patrick Juneau;  and (4) a courtesy copy of BP's Memorandum in Support of Its Motion to Strike the October 3, 2013 Declaration of Patrick Juneau.

Respectfully submitted,

Jeff Clark

cc (by electronic mail):
Hon. Sally Shushan
Hon. Louis Freeh
Frank Piantidosi
Patrick Juneau
Richard Stanley
Phillip Wittmann
Stephen Herman
James Roy
Joe Rice


**Jeffrey Bossert Clark**
Partner

1

**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, NW, Suite 1200
Washington, DC  20005
Tel +1-202-879-5960  Fax +1-202-879-5200
Cell  +1-571-438-8317

Jeffrey.Clark@kirkland.com

2