# October 23, 2013
# Notice of Filing Exhibit II.1

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

Richard C. Godfrey
To Call Writer Directly:
(312) 862-2391
richard.godfrey@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

October 9, 2013

**By Electronic Mail**

The Honorable Carl Barbier                                    *IN CAMERA* **SUBMISSION**
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

      Re:    BP's Memorandum in Support of its Motion for Entry of a Proposed Form of Preliminary Injunction and Motion to Strike

Dear Judge Barbier:

    Pursuant to the Court's October 3, 2013 Order, BP has submitted separately today its 5-page letter brief, with accompanying materials, in anticipation of this Friday's *in camera* setting.

    However, in order for the Court to craft and enter an appropriate injunction in accord with the Fifth Circuit's October 2, 2013 decision, BP believes that the record for that injunction should not be so limited, and instead that BP should be provided with the opportunity to submit a more comprehensive memorandum, including declarations, addressing the specific issues raised by the Fifth Circuit. The complexity of the injunction issue, the public importance of the issue, and the amount of money implicated all justify more comprehensive briefing.

    BP recognizes that the Court has limited the *in camera* submissions to 5-page letter briefs with their related materials. Nonetheless, BP would ask that the Court provide it with an opportunity to consider BP's more comprehensive memorandum in connection with the entry of a preliminary injunction. Rather than simply filing a public motion attaching its more comprehensive memorandum prior to this Friday's *in camera* hearing, BP is instead providing the Court and parties with courtesy copies of its Motion for Entry of a Proposed Form of Preliminary Injunction and the memorandum in support of the same. Then, during Friday's *in camera* hearing, BP would appreciate it if the Court would discuss with the parties the opportunity and procedures for making a more complete public record in connection with entry of the preliminary injunction ordered by the Fifth Circuit.

    In addition, BP is providing a courtesy copy of its Motion To Strike the October 3, 2013 Declaration of Patrick Juneau, along with a Memorandum in Support. BP respectfully believes that the Declaration of Mr. Juneau is not correct, as BP has concluded based upon its review of claim files that the Settlement Program often uses cash-basis rather than accrual-basis accounting

# KIRKLAND & ELLIS LLP

The Honorable Carl Barbier
October 9, 2013
Page 2

records when both are submitted by a claimant, and that even when the Settlement Program uses accrual-basis records it often does so in a manner that does not result in proper matching. BP believes that it should have had an opportunity to bring these issues to the Court's attention before the Court relied on the Declaration, and thus requests that Mr. Juneau's Declaration be stricken. As with the memorandum, BP respectfully requests time during Friday's *in camera* hearing to discuss its Motion to Strike.

      We greatly appreciate the Court's time and consideration regarding these issues.

      Respectfully submitted,

      /s/ Richard C. Godfrey, P.C.

      Richard C. Godfrey, P.C.

cc (by electronic mail):
The Honorably Sally Shushan
Special Master Louis Freeh
Frank Piantidosi
Patrick Juneau
Richard Stanley
Phillip Wittmann
Stephen Herman
James Roy
Joe Rice