# October 23, 2013
# Notice of Filing Exhibit II.4

SUBMITTED *IN CAMERA*
PURSUANT TO BP'S 10/9/13 LETTER

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig     "Deepwater Horizon" in the     Gulf of Mexico, on April 20, 2010 | *  *  *  * | MDL NO. 2179  SECTION: J |
| This document relates to all actions. | *  *  *  *  *  * | HONORABLE CARL J. BARBIER  MAGISTRATE JUDGE SHUSHAN |

### BP'S MOTION TO STRIKE THE
### OCTOBER 3, 2013 DECLARATION OF PATRICK JUNEAU

BP respectfully moves this Court to strike the October 3, 2013 Declaration of Claims Administrator Patrick Juneau because the Declaration was procedurally improper and, BP submits, is factually inaccurate. The Court therefore should not consider the Declaration in crafting an appropriate injunction.

First, the Claims Administrator's Declaration was procedurally improper because he did not afford BP notice of the Declaration when submitting it to the Court. BP had no opportunity to challenge or rebut Mr. Juneau's assertions or submit contrary evidence prior to the issuance of the October 3 Order. BP respectfully submits that Mr. Juneau's Declaration should not have been used to resolve what appears to be a disputed factual issue without providing BP an opportunity on the public record to review, evaluate and challenge the Declaration's assertions. *See, e.g., Commerce Park at DFW Freeport v. Mardian Const. Co.*, 729 F.2d 334, 341 (5th Cir. 1984).

Second, the problems from this procedural deficiency were compounded by the fact that Mr. Juneau's Declaration is, BP submits, factually inaccurate. Contrary to Mr. Juneau's

assurances, BP's review of claimant files shows that, in practice, the Court Supervised Settlement Program ("CSSP") has favored cash-basis accounting records over accrual-basis accounting records submitted by a claimant. In addition, the fact that the CSSP uses accrual-based accounting records on a claim does not solve the problems identified by the Fifth Circuit, because matching problems are not limited to claims that rely on cash-basis records.

      For these and other reasons set forth in BP's supporting memorandum, BP respectfully moves the Court to strike Mr. Juneau's Declaration and to not consider the Declaration in crafting an appropriate injunction.

<div style="display: flex;">

<div>

October 9, 2013

James J. Neath
Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX  77079
Telephone:  (281) 366-2000
Telefax:  (312) 862-2200

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone:  (202) 942-5000
Telefax:  (202) 942-5999

Jeffrey Lennard
Keith Moskowitz
DENTONS US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606
Telephone:  (312) 876-8000
Telefax:  (312) 876-7934

***OF COUNSEL***

</div>

<div>

Respectfully submitted,

   /s/ Richard C. Godfrey, P.C.
Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
David J. Zott, P.C.
Jeffrey J. Zeiger
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:  (312) 862-2000
Telefax:  (312) 862-2200

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 879-5000
Telefax:  (202) 879-5200

   /s/ Don K. Haycraft
S. Gene Fendler (Bar #05510)
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 662-5985
Telefax:  (202) 662-6291

***ATTORNEYS FOR BP EXPLORATION &
PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY***

</div>

</div>