# October 23, 2013
# Notice of Filing Exhibit III

## Clark, Jeffrey Bossert

| | |
|---|---|
| **From:** | Downey, Kevin <KDowney@wc.com> |
| **Sent:** | Tuesday, October 15, 2013 6:05 PM |
| **To:** | Ben_Allums@laed.uscourts.gov |
| **Cc:** | Sally_Shushan@laed.uscourts.gov; free@freegroup.com; piantidosi@freehgroup.com; paj@juneaudavid.com; rcs@stanleyreuter.com; pwittmann@stonepigman.com; SHERMAN@hhklawfirm.com; jimr@wrightroy.com; jrice@motleyrice.com; Godfrey, Richard C.; Langan, Andrew; *dkhaycraft@liskow.com; Clark, Jeffrey Bossert |
| **Subject:** | BP's Proposed Preliminary Injunction |
| **Attachments:** | 10-15-13  Proposed PI Order Post BEL Appeal Decision as Submitted.doc |

Dear Mr. Allums:

Enclosed please find BP's [Proposed] Order Preliminarily Enjoining the Claims Administrator's January 15, 2013 Policy Decisions ("BEL PI Order").  BP has shared a draft of the BEL PI Order with Class Counsel.  In response to information we received in our meeting with Class Counsel today, we subsequently added an additional paragraph 4 to make clear that matching involves both the proper treatment of revenues *and* expenses, and not *just* expenses.  We believe the BEL PI Order is narrowly tailored to allow the time necessary for deliberate reconsideration of the issues included in the Fifth Circuit's instructions on remand.

We respectfully urge the court to enter BP's proposed order.

Kevin Downey

**Kevin Downey**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5460 | (F) 202-434-5029
kdowney@wc.com | www.wc.com/kdowney

```
NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader
of this message is not the intended recipient or the employee or agent
responsible for delivering this message to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication
in error, please notify us immediately by reply or by telephone
(call us collect at (202) 434-5000) and immediately delete this message
and all its attachments.
```