# October 23, 2013
# Notice of Filing Exhibit IV

## Clark, Jeffrey Bossert

| | |
|---|---|
| **From:** | Downey, Kevin <KDowney@wc.com> |
| **Sent:** | Wednesday, October 16, 2013 7:14 PM |
| **To:** | *kdowney@wc.com1; 'Ben_Allums@laed.uscourts.gov' |
| **Cc:** | 'Sally_Shushan@laed.uscourts.gov'; 'free@freegroup.com'; 'piantidosi@freehgroup.com'; 'paj@juneaudavid.com'; 'rcs@stanleyreuter.com'; 'pwittmann@stonepigman.com'; 'SHERMAN@hhklawfirm.com'; 'jimr@wrightroy.com'; 'jrice@motleyrice.com'; Godfrey, Richard C.; Langan, Andrew; *dkhaycraft@liskow.com; Clark, Jeffrey Bossert |
| **Subject:** | BP Letter |
| **Attachments:** | Barbier Letter.pdf |

Dear Mr. Allums:

Attached please find a short letter for Judge Barbier's consideration.

**Kevin Downey**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5460 | (F) 202-434-5029
kdowney@wc.com | www.wc.com/kdowney

---

```
NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader
of this message is not the intended recipient or the employee or agent
responsible for delivering this message to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication
in error, please notify us immediately by reply or by telephone
(call us collect at (202) 434-5000) and immediately delete this message
and all its attachments.
```