# October 23, 2013
# Notice of Filing Exhibit IV.1

LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

KEVIN M. DOWNEY
(202) 434-5460
kdowney@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

October 16, 2013

*Via Electronic Mail*

The Honorable Carl Barbier
United States District Court
 for the Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

      Re:    Class Counsel's Proposed Exclusion Order

Dear Judge Barbier:

      BP respectfully submits this letter regarding Class Counsel's proposed order, filed yesterday. What Class Counsel proposes is that the Court exclude eight categories of BEL claimants from the preliminary injunction order. The practical question this proposal raises is whether the exclusions would continue to permit payment of the very claims that BP has already demonstrated (in its *in camera* submission) fail to match revenues and expenses. The Fifth Circuit has directed the Court to enjoin such claims.

      We did not have an opportunity to review and consider Class Counsel's proposed order before it was submitted. But now, consistent with the Court's instruction that the parties consult, we are looking at that question with BP's consultants and expect to be able to tell the Court on Friday whether the proposed exclusions are consistent or inconsistent with the Fifth Circuit's directive.

      Respectfully submitted,

Kevin M. Downey