# October 23, 2013
# Notice of Filing Exhibit V

**Sent:** Friday, October 18, 2013 5:29 PM
**To:** 'Ben_Allums@laed.uscourts.gov'; 'Sally_Shushan@laed.uscourts.gov'
**Cc:** 'Steve Herman'; 'Jim Roy'; 'Rice, Joe'; 'Calvin Fayard (Calvin@fayardlaw.com)'; 'Robert Cunningham'; 'Sally_Shushan@laed.uscourts.gov'; 'pjuneau@dheclaims.com'; 'Michael Juneau (mjuneau@dheclaims.com)'; 'rcs@stanleyreuter.com'; 'Special Master Freeh'; 'Frank Piantidosi (piantidosi@freehgroup.com)'; 'Steve Tidwell (tidwell@freehgroup.com)'; '*james.neath@bp.com'; 'Holstein, Mark E'; 'Godfrey, Richard C. (rgodfrey@kirkland.com)'
**Subject:**

Dear Mr. Allums:

In compliance with the Court's October 11 order, please find a proposed Remand Scheduling Order and a letter in support thereof.

Respectfully submitted,

**Kevin Downey**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5460 | (F) 202-434-5029
kdowney@wc.com | www.wc.com/kdowney

NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader
of this message is not the intended recipient or the employee or agent
responsible for delivering this message to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication
in error, please notify us immediately by reply or by telephone
(call us collect at (202) 434-5000) and immediately delete this message
and all its attachments.