# October 23, 2013
# Notice of Filing Exhibit V.2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No. 12-970 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## SCHEDULING ORDER

**CONSIDERING** the October 2, 2013 decision of the U.S. Fifth Circuit Court of Appeals in Nos. 13-30315 c/w 13-30329, and after conferring with the Parties:

**IT IS ORDERED THAT:**

1. For purposes of the remand ordered by the Court of Appeals, all evidence and other submissions in the record regarding the Claims Administrator's Policy Announcement of January 15, 2013, the Court's March 5, 2013 ruling, BP's Motion for Preliminary Injunction, and U.S. Fifth Circuit Case Nos. 13-30315 c/w 13-30329, already form part of the record, and need not be re-introduced or re-submitted.

2. On or before November 4, 2013, the BP Parties and Class Counsel shall each submit a position paper of no more than five pages, addressing the issues identified for further consideration on remand in the Fifth Circuit's decision.

3. On or before November 11, 2013, the BP Parties and Class Counsel shall each submit any and all additional evidence in support of their positions (documentary and otherwise) which is not already in the record.

4. On or before November 11, 2013, the BP Parties and Class Counsel shall identify witnesses (if any) whom they intend to call live at the evidentiary hearing on December 2, 2013, such live testimony to be permitted only for good cause shown.

5. Any rebuttal declarations will be exchanged, and any live rebuttal witnesses will be identified, by November 18, 2013, such live testimony to be permitted only for good cause shown.

6. Depositions (if any) of any witnesses expected to be called live will be permitted only on good cause shown and will be limited to four hours.

7. Briefing and Proposed Findings shall be submitted by Monday, November 25, 2013.

8. An evidentiary hearing will be held on Monday, December 2, 2013, at 8:30 a.m.[1]

**SIGNED** at New Orleans, Louisiana, this __ day of October, 2013.

**Hon. Carl J. Barbier**

---

[1] The Parties have included the date set by the Court. *See* Rec. Doc. 11635. If the Court believes that it would be helpful to have additional time to render a decision within the 60-day remand period, the Parties would respectfully suggest a Hearing Date of Monday, November 25, 2013.