# October 23, 2013
# Notice of Filing Exhibit VI

| | |
|---|---|
| **From:** | *kdowney@wc.com |
| **Sent:** | Friday, October 18, 2013 6:10 PM |
| **To:** | 'Ben_Allums@laed.uscourts.gov' |
| **Cc:** | 'Steve Herman'; 'Jim Roy'; 'Rice, Joe'; 'Calvin Fayard (Calvin@fayardlaw.com)'; 'Robert Cunningham'; 'Sally_Shushan@laed.uscourts.gov'; 'pjuneau@dheclaims.com'; 'Michael Juneau (mjuneau@dheclaims.com)'; 'rcs@stanleyreuter.com'; 'Special Master Freeh'; 'Frank Piantidosi (piantidosi@freehgroup.com)'; 'Steve Tidwell (tidwell@freehgroup.com)'; *james.neath@bp.com; *mark.Holstein@bp.com; Godfrey, Richard C.; 'Sally_Shushan@laed.uscourts.gov' |
| **Subject:** | DWH Submission |
| **Attachments:** | Sider Declaration.PDF; Gaspardo Declaration.PDF; Letter to Judge Barbier.PDF |

Dear Mr. Allums:

    Attached please find a letter for Judge Barbier's consideration following up on my October 16 letter.  Two declarations are attached.


Respectfully submitted,

Kevin Downey
Williams & Connolly LLP
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5460 | (F) 202-434-5029
kdowney@wc.com | www.wc.com/kdowney

1