Minute Entry
Barbier, J.
OCTOBER 18, 2013
JS 10: 5 hr. 23 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J(1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| CASE MANAGER: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | KAREN IBOS (AM)<br>JODI SIMCOX (PM) |

PHASE TWO  NON-JURY TRIAL
(QUANTIFICATION)
(Day twelve)

FRIDAY, OCTOBER 18, 2013   8:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

Case resumes.

Witness: Adrian Johnson, previously sworn and testified. (Expert)

BP offers lists of exhibits/demonstratives regarding exams of Robert Merrill, Michael Zaldivar, Mark Havstad, Arthur Ratzel and Trevor Hill : ORDERED admitted. (see attached).

BP and Anadarko conditionally rest subject to conditions orally stated on the record.

BP and Anadarko offer 11 deposition bundles on flash drive. ORDERED admitted. BP and Anadarko offer list of deposition bundles and bundle exhibits: ORDERED admitted. (see attached)

Witness: Leif Larsen, sworn and testified. (Expert)

US offers expert report of Dr. Leif Larsen, Trex 012102R: ORDERED admitted.

Aligned Parties offer list of exhibits/demonstratives regarding exam of Edward Ziegler in Source Control Segment: ORDERED admitted. (see attached)

Witness: Jean-Claude Roegiers, sworn and testified. (Expert)

US offers expert report of Dr. Jean-Claude Roegiers, Trex 11698: ORDERED admitted subject to any necessary agreed upon redactions.

US offers list of exhibits/demonstratives regarding exam of Michael Zaldivar: ORDERED admitted. (see attached)

Witness: Alan Huffman, sworn and testified. (Expert)

US offers expert report of Dr. Alan Huffman, Trex 11515R: ORDERED admitted subject to further redactions as stated orally on the record.

An order regarding post-trial briefs will be issued by the Court.

US offers amended/revised list of exhibits/demonstratives regarding exam of Srdjan Nesic: ORDERED admitted. (see attached)

BP offers lists of exhibits/demonstratives regarding exams of Iain Adams, Martin Blunt, Alain Gringarten and Srdjan Nesic : ORDERED admitted. (see attached).

This matter is taken under submission.

Court adjourned at 3:11 p.m.

Appearances on various days throughout the trial:
Anadarko: Deb Kuchler, W. Anthony Fitch, Ky Kirby
BP:    Mike Brock, Hariklia (Carrie) Karis, Matt Regan, Barry Fields, Paul Collier, Martin Boles, Don Haycraft, J. Andrew Langan, Robert Gasaway, Joseph Eisert, Bridget O'Conner
USA:  Thomas Benson, Scott Cernich, A. Nathaniel Chakeres, Anna Cross, Bethany Engel, Stephen Flynn, Richard Gladstein, Judy Harvey, Sarah Himmelhoch, Steven O'Rourke

PSC:  Brian Barr, Robin Greenwald, Matt Lundy, Frank Petosa, Steve Herman, Jim Roy, Anthony Irpino
Louisiana:  James (Buddy) Caldwell, Allan Kanner, Douglas Kraus, Henry Dart
Alabama: Corey L. Maze, Winfield Sinclair
Halliburton:  Don Godwin, Prescott Smith, Sean Fleming, Gwen Richard, Alan York, Jenny Martinez, Bruce Bowman
Transocean: Brad Brian, Luis Li, Mike Doyen, Kerry Miller, Steven Roberts, Grant Davis-Denny, Allen Katz