# BP - Exhibits for MERRILL

**BP offers the following documents it used during its examination of Mr. Robert Merrill into evidence:**

admitted 10-18-13 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-24698-1 | Merrill Rock Compressibility Timeline |
| D-24698-2 | Merrill Rock Compressibility Timeline |
| D-24698-3 | Merrill Rock Compressibility Timeline |
| D-24727 | BP Technical Memo |
| TREX-009318 | Email from R. Merrill - B. Thurmond et al. re Bob_Match_25July-ML review Final.ppt |
| TREX-009318.1.1.BP | Callout of TREX-009318 |
| TREX-009318.4.1.BP | Callout of TREX-009318 |
| TREX-009318.8.1.BP | Callout of TREX-009318 |
| TREX-009324 | Email from K. Baker - M. Tatro et al. re RE: today's presentation |
| TREX-009324.17 | Page of TREX-009324 |
| TREX-009324.3 | Page of TREX-009324 |
| TREX-010841 | Reservoir Pressure Response |
| TREX-010841N.1 | Page of TREX-010841N |
| TREX-010841N.3.1.BP | Callout of TREX-010841N |
| TREX-010845 | Well Integrity Test Data Review |
| TREX-010845.1 | Page of TREX-010845 |
| TREX-010845.10 | Page of TREX-010845 |
| TREX-010845.11 | Page of TREX-010845 |
| TREX-010859 | BP Macondo Technical Note - Depleted Pressure, Version A - Draft |
| TREX-010859.1.1.BP | Callout of TREX-010859 |
| TREX-010924 | Email from R. Merrill to M. Levitan re Please Review |
| TREX-010924.1.1.BP | Callout of TREX-010924 |
| TREX-010924.21.1.BP | Callout of TREX-010924 |
| TREX-010933 | Email from R. Merrill to M. Levitan re PIE_DPDerivatives_25July.xls |
| TREX-010933.3.1.BP | Callout of TREX-010933 |
| TREX-011551 | BP Macondo Technical Note: Depleted Pressure for Well Control Planning, C-Draft |
| TREX-011551.1.1.BP | Callout of TREX-011551 |
| TREX-011551.3.1.BP | Callout of TREX-011551 |
| TREX-011557 | Email from K. McAughan to S. Wilson re RE: Macondo PVC |
| TREX-011557.1.1.BP | Callout of TREX-011557 |
| TREX-011557.2.1.BP | Callout of TREX-011557 |
| TREX-130138 | Email re Macondo Technical Note - Depletion for Relief Well from Merrill, Robert to Burch, William et al |
| TREX-140863 | Preliminary Reservoir Model MC252 |
| TREX-140863.5.1.BP | Callout of TREX-140863 |
| TREX-140863.5.2.BP | Callout of TREX-140863 |
| TREX-142325 | Email from Merrill to Hsieh |
| TREX-142325.1.1.BP | Callout of TREX-142325 |

# BP - Exhibits for ZALDIVAR

**BP offers the following documents it used during its examination of Dr. Michael Zaldivar into evidence:**

admitted 10-18-13 SL

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-23468 | Multiphase Flow Patterns in Horizontal Pipes |
| D-23470 | Slug Flow from Riser End |
| D-23478A | Holes in Kink Section |
| D-23479A | Kink Leaks: May 13-20 |
| D-23480-3 | Schematic of No Kink Model |
| D-23480-4 | Schematic of No Kink Model |
| D-23481 | Schematic of Kink Model |
| D-23481-3 | Schematic of Kink Model |
| D-23482 | Riser Elevation Profile Diagram (Smoothed) |
| D-23484 | Annular Flow |
| D-23840 | Slug Flow in Horizontal Pipe |
| D-23864 | Sensitivity Analysis Results In Thousands of Stock Tank Barrels Per Day |
| D-23865 | Determination of Qualifying Flow Rates In Stock Tank Barrels Per Day |
| D-23866 | Flow Rate Estimates During May 13 - May 20 In Thousands of Stock Tank Barrels Per Day |
| D-23866.1.1.BP | Callout of D-23866 |
| D-23916 | Slug Flow from Riser End |
| D-24252 | Slug Flow from Riser End |
| D-24257 | Slug Flow Observed to Be Very Regular |
| D-24552-1 | Questions Asked |
| D-24552-2 | Questions Asked and Opinions Reached |
| D-24552-4 | Questions Asked and Opinions Reached |
| D-24553 | Michael Zaldivar, Ph.D |
| D-24560 | Expert Report of Dr. Michael Zaldivar |
| D-24561 | Analysis Performed to Reach Opinions |
| D-24563 | Transient Multiphase Flow Simulators |
| D-24564 | Government Scientists Confirm Slug Flow in Mid-May 2010 |
| D-24567 | Riser Motion Periods Match Slug Flow Periods |
| D-24568 | Slug Mechanism |
| D-24569 | Two Models |
| D-24570 | Sensitivity to Pipe Roughness |
| D-24571 | Sensitivity Studies Performed for Key Input Parameters |
| D-24643 | The Need for Geometric Transformation for Non-Circular Geometrics |
| D-24644 | Hydraulic Diameter (Dh): Geometric Transformation |
| D-24679 | Lay of the Land |
| D-24680 | Lay of the Land |
| D-24681 | Lay of the Land |
| D-24682A | Slug Flow Linked to Riser Motion |
| D-24683A | Slug Flow Modeling Matches Slug Flow |
| D-24686 | Inputs to Riser Models |

BP - Exhibits re Zaldivar

| D-24688 | Hydraulic Diameter is Appropriate to Calculate Pressure Drop |
|---|---|
| D-24740 | M. Zaldivar: Equivalent Pipe versus Annular Pipes |
| TREX-011683 | Expert Report of Michael Zaldivar, PhD, Quantification of Flow Rate during Slug Flow, May 1, 2013 |
| TREX-011683.16.1.BP | Callout of TREX-011683 |
| TREX-011683.30.2.BP | Callout of TREX-011683 |
| TREX-011683.9.1.BP | Callout of TREX-011683 |
| TREX-011683.93.1.BP | Callout of TREX-011683 |
| TREX-130544.444 | Page of TREX-130544 |

admitted 10-18-13 Sk

(2)

# BP - Exhibits for HAVSTAD

**BP offers into evidence the following documents used during the portion of Dr. Mark Havstad's deposition played in Court on October 10, 2013:**

*admitted 10-18-13 SK*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-009368 | Email from M. Havstad - R. Dykhuizen et al. re RE: flow variation calibration of total flow |
| TREX-009368.1.2.BP | Callout of TREX-009368 |

# BP - Exhibits for RATZEL

**BP offers into evidence the following documents used during the portion of Dr. Arthur Ratzel's deposition played in Court on October 10, 2013:**

*admitted 10-18-13 SK*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-009361 | Sandia Report - DOE-NNSA Flow Analysis Studies Associated with the Oil Release following the Deepwater Horizon Accident |
| TREX-009361.13.5.BP | Callout of TREX-009361 |
| TREX-009361.13.6.BP | Callout of TREX-009361 |
| TREX-009361.13.7.BP | Callout of TREX-009361 |
| TREX-009375 | Email from A. Ratzel - R. Dykhuizen et al. re write-up |
| TREX-009375.1.5.BP | Callout of TREX-009375 |
| TREX-009375.1.6.BP | Callout of TREX-009375 |
| TREX-009376 | Impact of Capping Stack on Well Flow Rate |
| TREX-009376.1.2.BP | Callout of TREX-009376 |
| TREX-009376.2.5.BP | Callout of TREX-009376 |
| TREX-009376.2.6.BP | Callout of TREX-009376 |

# BP - Exhibits for HILL

**BP offers into evidence the following documents used during the portion of Mr. Trevor Hill's deposition played in Court on October 10, 2013:**

admitted 10-18-13 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-011217 | Email from T. Hill from M. Mason, et al. re Meeting on Monday |
| TREX-011217.1.10.BP | Callout of TREX-011217 |
| TREX-011217.1.11.BP | Callout of TREX-011217 |
| TREX-011217.1.5.BP | Callout of TREX-011217 |
| TREX-011217.2.4.BP | Callout of TREX-011217 |
| TREX-011217.2.5.BP | Callout of TREX-011217 |
| TREX-011217.2.6.BP | Callout of TREX-011217 |

**ALIGNED PARTIES' AMENDED LIST OF EXHIBITS, DEMONSTRATIVES
AND CALLOUTS USED AND OFFERED WITH THE
EXAMINATION OF EDWARD ZIEGLER (10/1/2013)**

**The Aligned Parties offer the following exhibits used during their October 1, 2013
examination of Edward Ziegler into evidence:**   admitted 10-18-13 SK

| Trial Exhibit / Callout / Demonstrative Number | Description |
|---|---|
| TREX-011578R-v2 | REDACTED Report: Expert Report of Ed Ziegler (subject to final redactions) |
| TREX-011579R-v2 | REDACTED Report: Expert Rebuttal Report of Ed Ziegler (subject to final redactions) |
| TREX-010072 | Email - From: Don King To: Melvin Whitby and others - Subject: Re: Update 29May10 |
| TREX-010072.1.1.HESI | Callout of TREX-010072 |
| TREX-010072.4.1.HESI | Callout of TREX-010072 |
| TREX-010072.3.1.HESI | Callout of TREX-010072 |
| TREX-010072.3.2.HESI | Callout of TREX-010072 |
| TREX-011625 | Report: Neal Adams Firefighters, Inc. Final Report - Joint Industry Program for Floating Vessel Blowout Control, DEA-63 |
| TREX-011625.1.HESI | Callout of TREX-011625 |
| TREX-011625.27.1.HESI | Callout of TREX-011625 |
| TREX-009827 | Report: Best Available Technology (BAT) Analysis Well Blowout Source Control |
| TREX-009827.1.1.HESI | Callout of TREX-09827 |
| TREX-011581 | Email - From: Liz Birnbaum To: Keith Good - Subject: Fw: Deepwater Horizon Incident - Reply from Apache Corporation to Secretary Salazar's request |
| TREX-011581.1.1.HESI | Callout of TREX-011581 |
| TREX-011581.2.1.HESI | Callout of TREX-011581 |
| D-26007 | Landing Capping Stack |
| TREX-003918 | Email - From: Kerry Girlinghouse To: Bob Franklin and others - Subject: PM#13 - SS Well Capping Rev2, with attachment |
| TREX-003918.1.1.HESI | Callout of TREX-003918 |
| TREX-003918.2.1.HESI | Callout of TREX-003918 |
| TREX-003918.4.1.HESI | Callout of TREX-003918 |
| D-26009A | Timeline of Discrete Tasks to Accomplish Capping at Macondo |
| TREX-011578R.52.1.HESI | Callout of TREX-011578R |

**UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE CROSS-EXAMINATION OF MICHAEL ZALDIVAR**

The United States offers the following documents it used during its October 17, 2013 cross-examination of Michael Zaldivar into evidence:

*admitted 10-18-13 Sk*

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D22201 | Mass Flow Rate formula |
| D22210 | Hydraulic Diameter for Annular Flow (source: TREX-011683) |
| D22205 | Flow Area (source: TREX-011683) |
| TREX-011488.24.1.US | callout of TREX-011488 |
| TREX-011488.24.2.US | callout of TREX-011488 |
| D22485 | Water Tank Drawing with 1" Square and Hole (ELMO) |
| D22486 | Water Tank Drawing with 1" Square and Multiple Holes  (ELMO) |
| D22487 | Water Tank Drawing with Connecting Holes (ELMO) |
| TREX-010650 | May 21 and 23, 2010 E-mail string among Tim Lockett, Trevor Hill and others, Subject: Plume pics_with measurements, with Attachments, marked as CONFIDENTIAL |
| TREX-010650.1.1.US | callout of TREX-010650 |
| TREX-130713 | Excerpts from book: Miller, Internal Flow Systems, ISBN 0-947711-77-5, 1990 |
| TREX-130713.35.1.US | callout of TREX-130713 |
| TREX-130713.36.1.US | callout of TREX-130713 |
| TREX-130713.44.1.US | callout of TREX-130713 |
| TREX-130713.46.1.US | callout of TREX-130713 |
| TREX-130544.444.1.US | callout of TREX-130544 |
| TREX-130544.429.1.US | callout of TREX-130544 |

**UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE CROSS-EXAMINATION OF SRDJAN NESIC**

Amended | Revised

The United States offers the following documents it used during its October 17, 2013 cross-examination of Srdjan Nesic into evidence: admitted 10-18-13SC

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D-22820 | BSR "Hard" Numbers (source: TREX-011529R) |
| D-22800 | Dr. Nesic's "Simplified" Transient Geometrics (source: TREX-011529R) |
| D-22801 | Explosion of Transient Model (source: TREX-130970, TREX-130972) |
| D-22802 | Blind Shear Ram Transient Modeling Results (TREX-130979) |
| D-22803 | Blind Shear Ram Transient Modeling - Linear Fits (TREX-130979) |
| D-22804 | Blind Shear Ram Transient Modeling - Pressure Drop Comparison (TREX-130979, TREX-011529R) |
| TREX-011735 | Document: Chart of Erosion and pressure |
| TREX-011735.1.1.US | Callout of TREX-011735 |
| TREX-11529R.35.1.US | Callout of TREX-011529R |
| D-22805 | Linear Trend (source: TREX-011529R) |
| D-22806 | Linear v. Exponential Fit to BSR Data (source: TREX-130979) |
| TREX-011732 | Screen shots, seven pages |
| TREX-011732.5 | Page 5 of TREX-011732 |
| D-22818 | Fluid Properties: Density (source: TREX-011529R, TREX-009732, TREX-140857) |

# BP - Exhibits for ADAMS

BP offers the following documents it used during its examination of Mr. Iain Adams into evidence:

admitted 10-18-13 SC

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-23771A | Demonstrative animation |
| D-23774A | 2-Ram Capping Stack vs. 3-Ram Capping Stack |
| D-23784 | Iain Adams - Norwell |
| D-23785 | Iain Adams - Evaluated Deepwater Horizon Source Control Response |
| D-23788 | Iain Adams - Overview of Opinions |
| D-23791 | Top Kill Was a Reasonable Effort to Control the Well |
| D-23793A | Top Kill Risks and Mitigations |
| D-23798 | Federal Science Team Agreed That Top Kill Should Proceed |
| D-23799 | Federal Science Team Got Data in Real Time, Conducted Independent Analysis |
| D-23808 | Enterprise BOP: West Engineering Assessment Highlights |
| D-23811-1 | Why Did the Intervention BOP Need Modification? |
| D-23822 | Riser Cut: Two Pieces of Drill Pipe |
| D-23823 | The Three-Ram Capping Stack |
| D-23831 | Iain Adams - Approach to Assignment |
| D-23837 | Closing the Well with a Capping Stack: Factors the Aligned Parties Have Missed |
| D-23933 | Enterprise BOP: Choke and Kill Line Hoses |
| D-24365 | Transocean Witness Robert Turlak |
| TREX-009160 | Text re top kill failure |
| TREX-009245 | Email from K. Baker - B. Kirton et al. re Draft for your comment; summary points from the KWOP discussion |
| TREX-009245.2.4.BP | Callout of TREX-009245 |
| TREX-009245.2.5.BP | Callout of TREX-009245 |
| TREX-011305 | Email from SCHU to D. Leistikow, et al. re Conf call tps and q & a |
| TREX-011613.45.1.BP | Callout of TREX-011613 |
| TREX-011677 | Letter from D. Moore to D. Stoltz re Discover Enterprise: Acceptance of Well Control Equipment |
| TREX-011677N | Letter from D. Moore to D. Stoltz re Discover Enterprise: Acceptance of Well Control Equipment |
| TREX-011677N.1.2.BP | Callout of TREX-011677N |
| TREX-011737R | Expert Report of Iain Adams submitted on behalf of BP Exploration & Production Inc., May 10, 2013 |
| TREX-011738R | Rebuttal Expert Report of Iain Adams submitted on behalf of BP Exploration & Production Inc. |
| TREX-011743 | WEST Engineering Services GSF Development Driller II, dated 12 July 2010 |

(1)

BP- re Adams

| | |
|---|---|
| TREX-011743.1.1.BP | Callout of TREX-011743 |
| TREX-140700 | Email from P. O'Bryan to D. Chmura re: Riser on Horizon Lower Stack |
| TREX-140700.12.1.BP | Callout of TREX-140700 |
| TREX-141245 | Email from A. Inglis to R. Dudley and K. Wells re: Deepwater Horizon slide pack - May 31, 2010 |
| TREX-141245.1.1.BP | Callout of TREX-141245 |
| TREX-141245.2.1.BP | Callout of TREX-141245 |
| TREX-141758 | Email from D. Sullivan re: "End" of Day Update |
| TREX-142700 | Email from D. Suttles to A. Inglis and J. Dupree re: Ltr to Admiral Landry re: Top Kill Operation |
| TREX-142700.2 | Page of TREX-142700 |
| TREX-144625 | Photograph of cut riser showing two pieces of drill pipe |

admitted 10-18-13 SK

(21

# BP - Exhibits for BLUNT

**BP offers the following documents it used during its examination of Dr. Martin Blunt into evidence:**

admitted 10-18-13 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-23500 | Dr. Martin Blunt Reservoir Analysis |
| D-23501 | Dr. Blunt's Early Industry Experience |
| D-23502 | Stanford University |
| D-23503 | Imperial College, London |
| D-23504 | Industry Applications of Research |
| D-23505 | Additional Industry Experience |
| D-23506 | Industry Recognition |
| D-23507 | Dr. Blunt's Report |
| D-23508 | Dr. Blunt's Conclusions |
| D-23509 | Graphic |
| D-23510A | Demonstrative Animation |
| D-23511A | Material Balance Analogy |
| D-23513 | Material Balance Equation |
| D-23514 | Points of Agreement and Dispute |
| D-23515 | First Variable: Connected Oil Volume |
| D-23516 | Material Balance Equation |
| D-23518 | Seismic and Geological Data |
| D-23520 | BP's 3 Well Plan |
| D-23521 | Conclusions re Macondo's Geology. Limited Connectivity Between Channels |
| D-23522 | Calculating Connectivity Using Pressure Analysis |
| D-23523 | Calculating Connectivity Using Pressure Analysis |
| D-23523-1A | Demonstrative animation |
| D-23524 | Calculating Connectivity Using Pressure Analysis |
| D-23525 | Calculating Connectivity Using Pressure Analysis |
| D-23529 | Converting Reservoir Volume to Surface Oil |
| D-23532 | Connected Oil Volume |
| D-23533 | What Difference Does Connected Oil Volume Make? |
| D-23535 | Material Balance Equation |
| D-23536A | Reservoir Analysis: Reservoir Properties |
| D-23537 | Pressure and Compressibility: Flow Drivers |
| D-23538 | Pressure and Compressibility: Flow Drivers |
| D-23539 | Pressure and Compressibility: Flow Drivers |
| D-23540 | Rock Compressibility is the Issue |
| D-23541 | Measured Value is 6 microsips |
| D-23544 | Data Confirms 6 microsips |
| D-23545 | Pre-Drill Analysis Predicted 6 microsips |
| D-23547 | What Difference Does Compressibility Make? |
| D-23548 | Consistency Check |
| D-23550 | Material Balance Equation |
| D-23551 | Third Variable, ΔP, Pressure Drop |



BP re Blunt

| D-23552 | Photograph - 3rd Variable: ΔP |
|---|---|
| D-23552-1A | Demonstrative animation |
| D-23553 | Graphic - 3rd Variable: ΔP |
| D-23553-1A | Demonstrative animation |
| D-23554 | Initial Reservoir Pressure: April 12 / Capping Stack Pressures: July 15 to Aug 3 |
| D-23555 | Build-Up of Pressure after Well Shut-in |
| D-23556 | Distance Between Capping Stack and Reservoir |
| D-23557 | Capping Stack Pressure at Shut-in: July 15 |
| D-23558 | The Second Law of Thermodynamics: Hot Things Cool Down |
| D-23559 | Graphic - 3rd Variable: ΔP |
| D-23559-1A | Demonstrative animation |
| D-23560 | What Difference Does Pressure Change Make in Material Balance? |
| D-23561 | Key Differences Between Blunt's and Kelkar's Material Balance Analysis |
| D-23562 | Correcting Dr. Kelkar's Errors |
| D-23563 | Permeability Governs Flow Rate |
| D-23564 | Permeability |
| D-23565A | Pressure Curve Steepness: Indication of Permeability |
| D-23566 | Permeability (in milliDarcies) |
| D-23567 | 3.26MMstb cumulative flow is consistent with a flow rate history that matches pressure data and known flow-rate intervals |
| D-23958 | Physical demonstrative: Core |
| D-23962 | Physical demosntrative: Clay model |
| D-23963 | Physical demonstrative: Spring |
| D-23964 | Physical demonstrative: Spring |
| D-24356-1-1 | 86 Days of Flow |
| D-24362 | Multiple Channels Compose the Macondo Reservoir |
| D-24465 | Seismic Data: Location of the Oil |
| D-24468 | Second Variable: Compressibility |
| D-24469 | Measured Value is 6 microsips |
| D-24471 | Kelkar's Survey of GoM: Middle Value of 3 and "extreme" "High" Value of 10 |
| D-24482 | Third Variable: Pressure Change |
| D-24577 | Physical demonstrative: Sand |
| D-24605 | Dr. Blunt's Connected Oil Volume |
| D-24606 | Dr. Blunt's Pressure Analysis |
| D-24607 | Dr. Blunt's Rock Compressibility |
| D-24608 | Dr. Blunt's Pressure Drop |
| TREX-009283 | Macondo RSDP Pre-drill Review |
| TREX-011553R | Expert Report of Martin J. Blunt, Prepared on Behalf of BP Exploration & Production Inc. and Anadarko: Modelling Macondo, A calculation of the volume of oil released during the Deepwater Horizon incident |
| TREX-011560 | SPE 115669 Water-Flooding Incremental Oil Recovery Study in Middle miocene to Paleocene Reservoirs, Deep-Water Gulf of Mexico |

admitted 10-18-13 SL

(2)

# BP - Exhibits for GRINGARTEN

**BP offers the following documents it used during its examination of Dr. Alain Gringarten into evidence:**

admitted  10-18-13 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-23596A | Permeability |
| D-23599 | Well Test Analysis |
| D-23599A | Darcy's Law |
| D-23600 | Opinion 1: Permeability Calculated with "MDT Tool" |
| D-23601A | Opinion 2: Calculating Flow Rates |
| D-23603 | Permeability |
| D-23604-1B | Demonstrative animation - Permeability Based on April 12, 2010 Downhole "MDT Tool" |
| D-23604-2 | Demonstrative animation |
| D-23608A | Deconvolution Sharpens Hubble Images |
| D-23614 | Education |
| D-23615 | Industry Experience |
| D-23616 | Most-Likely FLow Rate History |
| D-23617 | Advances in the State of the Art |
| D-23618 | Awards and Recognition |
| D-23620A | Flow Rate Trend From Deconvolution |
| D-23622 | Most-Likely Flow Rate Estimate |
| D-24222 | Most-Likely Flow Rate History |
| D-24223 | Alternative Flow Rate Estimates |
| D-24660 | Expert Report of Alain Gringarten |
| D-24661 | Dr. Gringarten's Opinions |
| D-24662 | Permeability |
| D-24665 | Permeability from Derivative Plot |
| D-24666 | Verification: Horner Plot |
| D-24667 | Well Test Analysis Tools for Calculating Permeability |
| D-24668 | Permeability Conclusions |
| D-24671-5A | Roadmap of Flow Rate Reconstruction |
| D-24676 | Pressure Derivative (Log-Log Plot) |
| D-24689 | Will Wireline Formation Tests Replace Well Tests? |
| D-24696 | Consistency Check: Does it all make sense in light of buildup? |
| D-24697 | Consistency Check: Does Skin Plot Look as Expected? |
| TREX-003533 | Technical Memo : Post Well Subsurface Description of Macondo well |
| TREX-011696R | Expert Report of Alain Gringarten, Well-Test Analysis, May 1, 2013 |

# BP - Exhibits for NESIC

**BP offers the following documents it used during its examination of Dr. Srdjan Nesic into evidence:**

Admitted 10-18-13 sk

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-23626 | Dr. Srdjan Nesic: Metal Erosion Expert |
| D-23628A | Pressure Drop vs. Flow Rate |
| D-23629 | Expert Report of Dr. Srdjan Nesic |
| D-23631 | Dr. Srdjan Nesic: Summary of Expert Opinions |
| D-23632 | Studied Geometries |
| D-23633B | Timeline of Significant Erosion Events |
| D-23635A | Blind Shear Rams: Activated April 22 |
| D-23637A | Casing Shear Rams: Activated April 29 |
| D-23639A | Upper Annular Preventer and Drill Pipe: Activated April 20 |
| D-23644B | Recovered Riser: Kinked April 22 |
| D-23645 | Dr. Hans Vaziri |
| D-23648 | Dr. Srdjan Nesic: Methodology |
| D-23892 | Identifying a Trend |
| D-23945 | Changing Flow Restrictions |
| D-23995B | Relative Flow Rate Change Due to Metal Erosion |
| D-24200 | Physical demonstrative |
| D-24201 | Physical demonstrative |
| D-24202 | Physical demonstrative |
| D-24203 | Physical demonstrative |
| D-24207A | Demonstrative animation |
| D-24207A-1 | Simulation of Particles Passing Through Kinked Riser |
| D-24210A | Demonstrative animation |
| D-24210A-1 | Simulation of Particles Passing Through Eroded Blind Shear Rams |
| D-24213A | Demonstrative animation |
| D-24213A-1 | Simulation of Particles Passing Through Pre-Eroded Blind Shear Rams |
| D-24246A | Kinked Riser Erosion |
| D-24452 | Erosion in Kinked Riser |
| D-24603 | Demonstrative animation - Erosion of Steel Due to Impact of Sand Particles |
| D-24723 | Recovered Riser |
| TREX-011529R | Expert Report of Srdjan Nesic, Ph.D, May 1, 2013 |
| TREX-142692 | Email from Trevor Hill to Derek Wapman re RE: Photos and videos |
| TREX-143132 | Starboard BSR |
| TREX-143133 | Holes in Kinked Riser |
| TREX-143145 | CSR |
| TREX-143175 | CSR |
| TREX-143198 | Upper Annular Elements |
| TREX-143201 | BSR |
| TREX-144872 | Snap_05_19_10 07_53_04.jpg |