## BP'S LIST OF DEPOSITION BUNDLES FOR THE PHASE 2 TRIAL
## (OCTOBER 18, 2013)

admitted 10-18-13 SK

BP offers into evidence the following Phase 2 deposition designation bundles not previously offered by the Aligned Parties, by BP or the United States:

Mark Havstad

Jason LeBlanc

Jamie Loos

Don Maclay

Arthur Ratzel

Nigel Richardson

Ruben Schulkes

Edmond Shtepani

Mark Sogge

Martin Trusler

Hans Vaziri

In offering each of these deposition bundles into evidence, BP does not waive but maintains all of its general and specific objections to the designated testimony and the exhibits contained within these bundles.

BP also offers into evidence its designations within the deposition bundles previously offered by the United States. BP does not waive but maintains all of its general and specific objections to the designated testimony and the exhibits contained within the deposition bundles previously offered by the United States.