# Bundle Exhibits:

October 18, 2013

## EXHIBITS DESIGNATED BY ALL PARTIES WITHIN DEPOSITION BUNDLES OFFERED/ADMITTED BY BP (Case 2:10-md-02179-CJB-SS) admitted 10-18-13 SK

| Deponent Name | Exhibit # |
|---|---|
| Havstad, Mark 2013-01-30 & 31 | 9718 |
| Havstad, Mark 2013-01-30 & 32 | 9714 |
| Havstad, Mark 2013-01-30 & 33 | 9692 |
| Havstad, Mark 2013-01-30 & 34 | 9663 |
| Havstad, Mark 2013-01-30 & 35 | 9379 |
| Havstad, Mark 2013-01-30 & 36 | 9370 |
| Havstad, Mark 2013-01-30 & 37 | 9369 |
| Havstad, Mark 2013-01-30 & 38 | 9368 |
| Havstad, Mark 2013-01-30 & 39 | 9364 |
| Havstad, Mark 2013-01-30 & 40 | 9361 |
| Havstad, Mark 2013-01-30 & 41 | 9156 |
| Havstad, Mark 2013-01-30 & 42 | 8809 |
| Havstad, Mark 2013-01-30 & 43 | 8635 |
| Havstad, Mark 2013-01-30 & 44 | 11363 |
| Havstad, Mark 2013-01-30 & 45 | 11362 |
| Havstad, Mark 2013-01-30 & 46 | 11361 |
| Havstad, Mark 2013-01-30 & 47 | 11360 |
| Havstad, Mark 2013-01-30 & 48 | 11358 |
| Havstad, Mark 2013-01-30 & 49 | 11357 |
| Havstad, Mark 2013-01-30 & 50 | 11356 |
| Havstad, Mark 2013-01-30 & 51 | 11355 |
| Havstad, Mark 2013-01-30 & 52 | 11354 |
| Havstad, Mark 2013-01-30 & 53 | 11353 |
| Havstad, Mark 2013-01-30 & 54 | 11352 |
| Havstad, Mark 2013-01-30 & 55 | 11351 |
| Havstad, Mark 2013-01-30 & 56 | 11350 |
| Havstad, Mark 2013-01-30 & 57 | 11349 |
| Havstad, Mark 2013-01-30 & 58 | 11348 |
| Havstad, Mark 2013-01-30 & 59 | 11347 |
| Havstad, Mark 2013-01-30 & 60 | 11346 |
| Havstad, Mark 2013-01-30 & 61 | 11345 |
| Havstad, Mark 2013-01-30 & 62 | 11344 |
| Havstad, Mark 2013-01-30 & 63 | 11343 |
| Havstad, Mark 2013-01-30 & 64 | 11342 |
| Havstad, Mark 2013-01-30 & 65 | 11341 |
| Havstad, Mark 2013-01-30 & 66 | 11340 |
| Havstad, Mark 2013-01-30 & 67 | 11339 |
| Havstad, Mark 2013-01-30 & 68 | 11338 |
| Havstad, Mark 2013-01-30 & 69 | 11336 |
| Havstad, Mark 2013-01-30 & 70 | 11335 |

| | |
|---|---|
| Havstad, Mark 2013-01-30 & 71 | 11334 |
| Havstad, Mark 2013-01-30 & 72 | 11333 |
| Havstad, Mark 2013-01-30 & 73 | 11332 |
| Havstad, Mark 2013-01-30 & 74 | 11331 |
| Havstad, Mark 2013-01-30 & 75 | 11327 |
| Havstad, Mark 2013-01-30 & 76 | 11326 |
| Havstad, Mark 2013-01-30 & 77 | 11325 |
| Havstad, Mark 2013-01-30 & 78 | 11324 |
| Havstad, Mark 2013-01-30 & 79 | 11323 |
| Havstad, Mark 2013-01-30 & 80 | 11322 |
| Havstad, Mark 2013-01-30 & 81 | 11321 |
| Havstad, Mark 2013-01-30 & 82 | 10779 |
| Havstad, Mark 2013-01-30 & 83 | 10655 |
| Havstad, Mark 2013-01-30 & 84 | 10340 |
| Havstad, Mark 2013-01-30 & 85 | 10037 |
| LeBlanc, Jason 2012-09-10 | 5239 |
| LeBlanc, Jason 2012-09-11 | 8580 |
| LeBlanc, Jason 2012-09-12 | 8581 |
| LeBlanc, Jason 2012-09-13 | 8582 |
| LeBlanc, Jason 2012-09-14 | 8583 |
| LeBlanc, Jason 2012-09-15 | 8584 |
| LeBlanc, Jason 2012-09-16 | 8585 |
| LeBlanc, Jason 2012-09-17 | 8586 |
| LeBlanc, Jason 2012-09-18 | 8587 |
| LeBlanc, Jason 2012-09-19 | 8588 |
| LeBlanc, Jason 2012-09-20 | 8589 |
| LeBlanc, Jason 2012-09-21 | 8590 |
| LeBlanc, Jason 2012-09-22 | 8591 |
| LeBlanc, Jason 2012-09-23 | 8592 |
| LeBlanc, Jason 2012-09-24 | 8593 |
| LeBlanc, Jason 2012-09-25 | 8594 |
| LeBlanc, Jason 2012-09-26 | 8595 |
| LeBlanc, Jason 2012-09-27 | 8596 |
| LeBlanc, Jason 2012-09-28 | 8597 |
| LeBlanc, Jason 2012-09-29 | 8598 |
| LeBlanc, Jason 2012-09-30 | 8599 |
| LeBlanc, Jason 2012-09-31 | 8700 |
| LeBlanc, Jason 2012-09-32 | 8701 |
| LeBlanc, Jason 2012-09-33 | 8702 |
| LeBlanc, Jason 2012-09-34 | 8703 |
| LeBlanc, Jason 2012-09-35 | 8704 |
| LeBlanc, Jason 2012-09-36 | 8705 |
| LeBlanc, Jason 2012-09-37 | 8706 |
| LeBlanc, Jason 2012-09-38 | 8707 |
| LeBlanc, Jason 2012-09-39 | 8708 |
| LeBlanc, Jason 2012-09-40 | 8709 |
| LeBlanc, Jason 2012-09-41 | 8710 |
| LeBlanc, Jason 2012-09-42 | 8711 |
| LeBlanc, Jason 2012-09-43 | 8712 |
| LeBlanc, Jason 2012-09-44 | 8713 |
| Loos, Jamie 2012-09-20 | 8785 |
| Loos, Jamie 2012-09-21 | 8786 |

| | |
|---|---|
| Loos, Jamie 2012-09-22 | 8787 |
| Loos, Jamie 2012-09-23 | 8788 |
| Loos, Jamie 2012-09-24 | 8789 |
| Loos, Jamie 2012-09-25 | 8791 |
| Loos, Jamie 2012-09-26 | 8792 |
| Loos, Jamie 2012-09-27 | 8793 |
| Loos, Jamie 2012-09-28 | 8794 |
| Loos, Jamie 2012-09-29 | 8795 |
| Loos, Jamie 2012-09-30 | 8796 |
| Loos, Jamie 2012-09-31 | 8797 |
| Loos, Jamie 2012-09-32 | 8799 |
| Loos, Jamie 2012-09-33 | 9050 |
| Loos, Jamie 2012-09-34 | 9051 |
| Loos, Jamie 2012-09-35 | 9052 |
| Loos, Jamie 2012-09-36 | 9053 |
| Loos, Jamie 2012-09-37 | 9054 |
| Loos, Jamie 2012-09-38 | 9055 |
| Loos, Jamie 2012-09-39 | 9056 |
| Loos, Jamie 2012-09-40 | 9057 |
| Loos, Jamie 2012-09-41 | 9058 |
| Loos, Jamie 2012-09-42 | 9059 |
| Loos, Jamie 2012-09-43 | 9060 |
| Loos, Jamie 2012-09-44 | 9061 |
| Loos, Jamie 2012-09-45 | 9063 |
| Loos, Jamie 2012-09-46 | 9064 |
| Loos, Jamie 2012-09-47 | 9065 |
| Loos, Jamie 2012-09-48 | 9066 |
| Loos, Jamie 2012-09-49 | 9067 |
| Loos, Jamie 2012-09-50 | 9068 |
| Loos, Jamie 2012-09-51 | 9069 |
| Loos, Jamie 2012-09-52 | 9070 |
| Loos, Jamie 2012-09-53 | 9071 |
| Loos, Jamie 2012-09-54 | 9072 |
| Loos, Jamie 2012-09-55 | 9073 |
| Loos, Jamie 2012-09-56 | 9074 |
| Loos, Jamie 2012-09-57 | 9075 |
| Maclay, Don 2012-10-31 & 11-01 | 3375-CUR |
| Maclay, Don 2012-10-31 & 11-02 | 3533 |
| Maclay, Don 2012-10-31 & 11-03 | 8627 |
| Maclay, Don 2012-10-31 & 11-04 | 9734 |
| Maclay, Don 2012-10-31 & 11-05 | 9840 |
| Maclay, Don 2012-10-31 & 11-06 | 9841 |
| Maclay, Don 2012-10-31 & 11-07 | 9842 |
| Maclay, Don 2012-10-31 & 11-08 | 9844 |
| Maclay, Don 2012-10-31 & 11-09 | 9845 |
| Maclay, Don 2012-10-31 & 11-10 | 9846 |
| Maclay, Don 2012-10-31 & 11-11 | 9850 |
| Maclay, Don 2012-10-31 & 11-12 | 9851 |
| Maclay, Don 2012-10-31 & 11-13 | 9852 |
| Maclay, Don 2012-10-31 & 11-14 | 9853 |
| Maclay, Don 2012-10-31 & 11-15 | 9854 |
| Maclay, Don 2012-10-31 & 11-16 | 9856 |

| Entry | Number |
|---|---|
| Maclay, Don 2012-10-31 & 11-17 | 9858 |
| Maclay, Don 2012-10-31 & 11-18 | 9859 |
| Maclay, Don 2012-10-31 & 11-19 | 9860 |
| Maclay, Don 2012-10-31 & 11-20 | 9861 |
| Maclay, Don 2012-10-31 & 11-21 | 9862 |
| Maclay, Don 2012-10-31 & 11-22 | 9864 |
| Maclay, Don 2012-10-31 & 11-23 | 9868 |
| Maclay, Don 2012-10-31 & 11-24 | 9869 |
| Maclay, Don 2012-10-31 & 11-25 | 9871 |
| Maclay, Don 2012-10-31 & 11-26 | 9872 |
| Maclay, Don 2012-10-31 & 11-27 | 9873 |
| Ratzel, Arthur 2012-10-17 & 18 | 7270 |
| Ratzel, Arthur 2012-10-17 & 19 | 8621 |
| Ratzel, Arthur 2012-10-17 & 20 | 8628 |
| Ratzel, Arthur 2012-10-17 & 21 | 8635 |
| Ratzel, Arthur 2012-10-17 & 22 | 8678 |
| Ratzel, Arthur 2012-10-17 & 23 | 8809 |
| Ratzel, Arthur 2012-10-17 & 24 | 8827 |
| Ratzel, Arthur 2012-10-17 & 25 | 9132 |
| Ratzel, Arthur 2012-10-17 & 26 | 9202 |
| Ratzel, Arthur 2012-10-17 & 27 | 9361 |
| Ratzel, Arthur 2012-10-17 & 28 | 9362 |
| Ratzel, Arthur 2012-10-17 & 29 | 9363 |
| Ratzel, Arthur 2012-10-17 & 30 | 9364 |
| Ratzel, Arthur 2012-10-17 & 31 | 9365 |
| Ratzel, Arthur 2012-10-17 & 32 | 9366 |
| Ratzel, Arthur 2012-10-17 & 33 | 9367 |
| Ratzel, Arthur 2012-10-17 & 34 | 9368 |
| Ratzel, Arthur 2012-10-17 & 35 | 9369 |
| Ratzel, Arthur 2012-10-17 & 36 | 9370 |
| Ratzel, Arthur 2012-10-17 & 37 | 9371 |
| Ratzel, Arthur 2012-10-17 & 38 | 9372 |
| Ratzel, Arthur 2012-10-17 & 39 | 9373 |
| Ratzel, Arthur 2012-10-17 & 40 | 9374 |
| Ratzel, Arthur 2012-10-17 & 41 | 9375 |
| Ratzel, Arthur 2012-10-17 & 42 | 9376 |
| Ratzel, Arthur 2012-10-17 & 43 | 9377 |
| Ratzel, Arthur 2012-10-17 & 44 | 9378 |
| Ratzel, Arthur 2012-10-17 & 45 | 9379 |
| Ratzel, Arthur 2012-10-17 & 46 | 9380 |
| Ratzel, Arthur 2012-10-17 & 47 | 9381 |
| Ratzel, Arthur 2012-10-17 & 48 | 9382 |
| Ratzel, Arthur 2012-10-17 & 49 | 9383 |
| Ratzel, Arthur 2012-10-17 & 50 | 9385 |
| Ratzel, Arthur 2012-10-17 & 51 | 9386 |
| Ratzel, Arthur 2012-10-17 & 52 | 9387 |
| Ratzel, Arthur 2012-10-17 & 53 | 9388 |
| Ratzel, Arthur 2012-10-17 & 54 | 9389 |
| Ratzel, Arthur 2012-10-17 & 55 | 9390 |
| Ratzel, Arthur 2012-10-17 & 56 | 9391 |
| Ratzel, Arthur 2012-10-17 & 57 | 9392 |
| Ratzel, Arthur 2012-10-17 & 58 | 9393 |

| | |
|---|---|
| Ratzel, Arthur 2012-10-17 & 59 | 9394 |
| Ratzel, Arthur 2012-10-17 & 60 | 9395 |
| Ratzel, Arthur 2012-10-17 & 61 | 9396 |
| Ratzel, Arthur 2012-10-17 & 62 | 9397 |
| Ratzel, Arthur 2012-10-17 & 63 | 9398 |
| Ratzel, Arthur 2012-10-17 & 64 | 9399 |
| Ratzel, Arthur 2012-10-17 & 65 | 9435 |
| Ratzel, Arthur 2012-10-17 & 66 | 9700 |
| Ratzel, Arthur 2012-10-17 & 67 | 9701 |
| Ratzel, Arthur 2012-10-17 & 68 | 9702 |
| Ratzel, Arthur 2012-10-17 & 69 | 9703 |
| Ratzel, Arthur 2012-10-17 & 70 | 9704 |
| Ratzel, Arthur 2012-10-17 & 71 | 9705 |
| Ratzel, Arthur 2012-10-17 & 72 | 9706 |
| Ratzel, Arthur 2012-10-17 & 73 | 9707 |
| Ratzel, Arthur 2012-10-17 & 74 | 9708 |
| Ratzel, Arthur 2012-10-17 & 75 | 9709 |
| Ratzel, Arthur 2012-10-17 & 76 | 9710 |
| Ratzel, Arthur 2012-10-17 & 77 | 9711 |
| Ratzel, Arthur 2012-10-17 & 78 | 9712 |
| Ratzel, Arthur 2012-10-17 & 79 | 9713 |
| Ratzel, Arthur 2012-10-17 & 80 | 9714 |
| Ratzel, Arthur 2012-10-17 & 81 | 9715 |
| Ratzel, Arthur 2012-10-17 & 82 | 9716 |
| Ratzel, Arthur 2012-10-17 & 83 | 9717 |
| Ratzel, Arthur 2012-10-17 & 84 | 9718 |
| Ratzel, Arthur 2012-10-17 & 85 | 9719 |
| Ratzel, Arthur 2012-10-17 & 86 | 9720 |
| Ratzel, Arthur 2012-10-17 & 87 | 9721 |
| Ratzel, Arthur 2012-10-17 & 88 | 9722 |
| Ratzel, Arthur 2012-10-17 & 89 | 9723 |
| Ratzel, Arthur 2012-10-17 & 90 | 9724 |
| Ratzel, Arthur 2012-10-17 & 91 | 9725 |
| Ratzel, Arthur 2012-10-17 & 92 | 9726 |
| Schulkes, Ruben 2012-11-12 | 9361 |
| Schulkes, Ruben 2012-11-13 | 11112 |
| Schulkes, Ruben 2012-11-14 | 11039 |
| Schulkes, Ruben 2012-11-15 | 11033 |
| Schulkes, Ruben 2012-11-16 | 11030 |
| Schulkes, Ruben 2012-11-17 | 11027 |
| Schulkes, Ruben 2012-11-18 | 11024 |
| Schulkes, Ruben 2012-11-19 | 11021 |
| Schulkes, Ruben 2012-11-20 | 11017 |
| Schulkes, Ruben 2012-11-21 | 11016 |
| Schulkes, Ruben 2012-11-22 | 11014 |
| Schulkes, Ruben 2012-11-23 | 11009 |
| Schulkes, Ruben 2012-11-24 | 11008 |
| Schulkes, Ruben 2012-11-25 | 11006 |
| Schulkes, Ruben 2012-11-26 | 11005 |
| Schulkes, Ruben 2012-11-27 | 11002 |
| Schulkes, Ruben 2012-11-28 | 11000 |
| Shtepani, Edmond 2012-11-30 | 9767 |

| | |
|---|---|
| Shtepani, Edmond 2012-11-31 | 9762 |
| Shtepani, Edmond 2012-11-32 | 9734 |
| Shtepani, Edmond 2012-11-33 | 10427 |
| Shtepani, Edmond 2012-11-34 | 10426 |
| Shtepani, Edmond 2012-11-35 | 10425 |
| Shtepani, Edmond 2012-11-36 | 10424 |
| Shtepani, Edmond 2012-11-37 | 10423 |
| Shtepani, Edmond 2012-11-38 | 10422 |
| Shtepani, Edmond 2012-11-39 | 10421 |
| Shtepani, Edmond 2012-11-40 | 10420 |
| Shtepani, Edmond 2012-11-41 | 10419 |
| Shtepani, Edmond 2012-11-42 | 10418 |
| Shtepani, Edmond 2012-11-43 | 10417 |
| Shtepani, Edmond 2012-11-44 | 10416 |
| Shtepani, Edmond 2012-11-45 | 10415 |
| Shtepani, Edmond 2012-11-46 | 10414 |
| Shtepani, Edmond 2012-11-47 | 10413 |
| Sogge, Mark 2012-09-18 & 19 | 3220 |
| Sogge, Mark 2012-09-18 & 20 | 8801 |
| Sogge, Mark 2012-09-18 & 21 | 8802 |
| Sogge, Mark 2012-09-18 & 22 | 8803 |
| Sogge, Mark 2012-09-18 & 23 | 8804 |
| Sogge, Mark 2012-09-18 & 24 | 8805 |
| Sogge, Mark 2012-09-18 & 25 | 8806 |
| Sogge, Mark 2012-09-18 & 26 | 8808 |
| Sogge, Mark 2012-09-18 & 27 | 8809 |
| Sogge, Mark 2012-09-18 & 28 | 8811 |
| Sogge, Mark 2012-09-18 & 29 | 8814 |
| Sogge, Mark 2012-09-18 & 30 | 8815 |
| Sogge, Mark 2012-09-18 & 31 | 8816 |
| Sogge, Mark 2012-09-18 & 32 | 8820 |
| Sogge, Mark 2012-09-18 & 33 | 8821 |
| Sogge, Mark 2012-09-18 & 34 | 8822 |
| Sogge, Mark 2012-09-18 & 35 | 8824 |
| Sogge, Mark 2012-09-18 & 36 | 8825 |
| Sogge, Mark 2012-09-18 & 37 | 8826 |
| Sogge, Mark 2012-09-18 & 38 | 8827 |
| Sogge, Mark 2012-09-18 & 39 | 8828 |
| Sogge, Mark 2012-09-18 & 40 | 8829 |
| Sogge, Mark 2012-09-18 & 41 | 8830 |
| Sogge, Mark 2012-09-18 & 42 | 8831 |
| Sogge, Mark 2012-09-18 & 43 | 8832 |
| Sogge, Mark 2012-09-18 & 44 | 8833 |
| Sogge, Mark 2012-09-18 & 45 | 8834 |
| Sogge, Mark 2012-09-18 & 46 | 8835 |
| Sogge, Mark 2012-09-18 & 47 | 8836 |
| Sogge, Mark 2012-09-18 & 48 | 8839 |
| Sogge, Mark 2012-09-18 & 49 | 8841 |
| Sogge, Mark 2012-09-18 & 50 | 8842 |
| Sogge, Mark 2012-09-18 & 51 | 8843 |
| Sogge, Mark 2012-09-18 & 52 | 8844 |
| Sogge, Mark 2012-09-18 & 53 | 8848 |

| | |
|---|---|
| Sogge, Mark 2012-09-18 & 54 | 8849 |
| Sogge, Mark 2012-09-18 & 55 | 8850 |
| Sogge, Mark 2012-09-18 & 56 | 8851 |
| Sogge, Mark 2012-09-18 & 57 | 8852 |
| Sogge, Mark 2012-09-18 & 58 | 8853 |
| Sogge, Mark 2012-09-18 & 59 | 8854 |
| Sogge, Mark 2012-09-18 & 60 | 8855 |
| Sogge, Mark 2012-09-18 & 61 | 8863 |
| Sogge, Mark 2012-09-18 & 62 | 8865 |
| Sogge, Mark 2012-09-18 & 63 | 8866 |
| Sogge, Mark 2012-09-18 & 64 | 8867 |
| Sogge, Mark 2012-09-18 & 65 | 8868 |
| Sogge, Mark 2012-09-18 & 66 | 8869 |
| Sogge, Mark 2012-09-18 & 67 | 8870 |
| Sogge, Mark 2012-09-18 & 68 | 8873 |
| Sogge, Mark 2012-09-18 & 69 | 8874 |
| Sogge, Mark 2012-09-18 & 70 | 8876 |
| Sogge, Mark 2012-09-18 & 71 | 8877 |
| Sogge, Mark 2012-09-18 & 72 | 8878 |
| Sogge, Mark 2012-09-18 & 73 | 8879 |