IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to: *All Actions*. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J<br><br>Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>BP Exploration & Production Inc.; BP America Production Company; BP p.l.c.,<br><br>                    Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 12-970<br><br>SECTION J<br><br>Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

CLASS COUNSEL'S NOTICE OF FILING
RELATING TO THE REMAND ON BEL ISSUES

NOW INTO COURT, through Co-Lead Class Counsel, come Class Counsel for the Economic & Property Damages Settlement Class, and, in light of BP's Notice of Filing,[1] respectfully file into the record Class Counsel's *in camera* submissions and associated

---

[1] *See* DOC 11726.

correspondence in association with the Court's consideration of the issues remanded by the U.S. Fifth Circuit Court of Appeals in its decision of October 2, 2013 in No. 13-30315 ("the BEL Decision")[2]:

1. CLASS COUNSEL'S *IN CAMERA* SUBMISSION, October 9, 2013.

2. Class Counsel's DRAFT PROPOSED POLICY FOR POTENTIAL "MATCHING" OF EXPENSES, October 9, 2013.

3. Class Counsel's PROPOSED INJUNCTION, October 15, 2013.

4. LETTER TO JUDGE BARBIER FROM CLASS COUNSEL RE BEL REMAND AND PROPOSED SCHEDULING ORDER, October 18, 2013.

5. Class Counsel's PROPOSED SCHEDULING ORDER, October 18, 2013.

6. LETTER BRIEF TO U.S. FIFTH CIRCUIT, in Case No. 13-30095, October 18, 2013.[3]

7. MEMO FROM CLASS COUNSEL TO CLAIMS ADMINISTRATOR, re: Development of Criteria, October 23, 2013.

This 24th day of October, 2013.


Respectfully submitted,

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

---

[2] DOC 00512394834.

[3] DOC 00512413345.

## **CERTIFICATE OF SERVICE**

      WE HEREBY CERTIFY that the above and foregoing Notice, together with the Exhibits, has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this <u>24th</u> day of <u>October,</u> <u>2013</u>.

                                              <u>/s/  Stephen J. Herman and James Perkerson Roy</u>