**Draft Proposed Policy for Potential "Matching" of Expenses** [1]

Submitted by Class Counsel

*In Camera*

Oct. 9, 2013

Based on the decision of the U.S. Fifth Circuit Court of Appeals in No. 13-30315 dated October 2, 2013, the Claims Administrator will apply the "Variable Profit" calculation contained within the Compensation Framework set forth in Exhibit 4C to Business Economic Loss (BEL) Claims as follows:

1. Accrual-basis claims are "sufficiently matched" to require no additional modification. Completed-contract and percentage-completion methods of accounting employ accrual concepts resulting in statements that are "sufficiently matched" to require no additional modification.

2. In order to "sufficiently match" expenses to Benchmark and Compensation revenues in selected cash-basis claims, cash-basis claimants identified with North American Industry Classification System ("NAICS") codes starting with 11 (except 114111, 114112, 114119, and 114210), 23, 31 (except 311711 and 311712), 32, 33, 42 (except 424460), 44, 45, 53, or 54, will have the option of:

    A. Restating their financials as accrual-basis and re-submitting to the Program; or

    B. The Program will allocate total annual variable expenses (which typically vary in relationship to revenues) to each month of the calendar year in proportion to that month's percentage of total annual revenue.

    The variable expenses to be allocated are typically the Variable Costs identified in Exhibit 4D and the variable portion of Payroll Expense and Costs of Goods Sold (COGS) as calculated in Exhibit 4C.

    However, claimants will be provided with the opportunity to show that certain "Variable Costs" are atypical, and should not be re-allocated.

    Expenses identified as fixed or listed as Fixed Costs on Exhibit 4D would not be subject to re-allocation.

---

[1] Class Counsel believe that the Court could, consistent with Part I of the Fifth Circuit opinion, determine on remand that no matching of expenses in Cash Basis claims was ever intended. However, in accordance with the Court's Order of October 3, 2013 [Doc 11566], Class Counsel respectfully submit this potential draft Policy which could be applied in the event that the Court determines that such matching of expenses should be undertaken by the Settlement Program.