IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No. 12-970 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## SCHEDULING ORDER

CONSIDERING the October 2, 2013 decision of the U.S. Fifth Circuit Court of Appeals in Nos. 13-30315 c/w 13-30329, and after conferring with the Parties:

IT IS ORDERED THAT:

I. For purposes of the remand ordered by the Court of Appeals, all evidence and other submissions in the record regarding the Claims Administrator's Policy Announcement of January 15, 2013, the Court's March 5, 2013 ruling, BP's Motions for Preliminary Injunction, and U.S. Fifth Circuit Case Nos. 13-30315 c/w 13-30329, already form part of the record, and need not be re-introduced or re-submitted.

II. On or before November 4, 2013, the BP Parties and Class Counsel shall each submit:

  1. Any and all supporting documents which each party contends establishes either that:

     a. The Parties discussed, prior to the time the agreement was signed, whether the expenses in Cash-basis Claims would be "matched" under Exhibit 4C, (similar to the way in which expenses are generally matched in Accrual-based Claims); or

     b. The Parties did not discuss, prior to the time the agreement was signed, whether the expenses in Cash-basis Claims would be "matched" under Exhibit 4C, (similar to the way in which expenses are generally matched in Accrual-based Claims).

    2. Any and all supporting documents, exchanged prior to the time the agreement was signed, which each party contends establishes either that:

        a. The Parties specifically agreed that expenses would be "matched" to revenue under Exhibit 4C for both Accrual-based and Cash-based Claims; or

        b. The Parties did not specifically agree that expenses would be "matched" to revenue under Exhibit 4C for both Accrual-based and Cash-based Claims.

    3. Any and all responses (if any) to the April 4, 2012 E-Mail from Charles Hacker to Joe Rice and Daniel Cantor, et al, and/or any other documents, (if any), exchanged prior to time the agreement was signed, which each party contends demonstrates that Exhibit 4C was changed in light of said E-Mail.

    4. Any and all documents (if any) generated prior to the time the agreement was signed, which were not exchanged, but which a party might contend demonstrates that the Parties specifically agreed that expenses would be "matched" to revenue under Exhibit 4C for both Accrual-based and Cash-based Claims.

    5. A position paper, not more than five pages, addressing the issues and associated documents (if any) identified in Nos. 1-4, above.

III. If, based on the November 4, 2013 submissions, either the Parties or the Court determine that additional evidentiary consideration is necessary, the Parties and the Court will proceed to a formal evidentiary hearing, as follows:

IV. On or before November 11, 2013, the Parties will exchange any fact declarations which they intend to submit, and identify any and all fact witnesses (if any) whom they intend to call live at the evidentiary hearing on December 2, 2013.[1]

V. Any rebuttal declarations will be exchanged, and any live rebuttal witnesses (if any) will be identified, by November 18, 2013.

VI. Depositions (if any) of any fact witnesses expected to be called live will be limited to four hours.

VII. The evidence will be limited in time and scope to the discussions or agreements (if any) which may have occurred prior to the execution of the Settlement Agreement.

---

[1] The Parties have included the date set by the Court. *See* Rec. Doc. 11635. However, if the Court feels that it needs additional time to render a decision under the 60-day remand period, the Parties would respectfully suggest a Hearing Date of Monday, November 25, 2013.

VIII. No expert opinion testimony will be permitted.

IX. Proposed Findings shall be submitted by Monday, November 25, 2013.

X. An evidentiary hearing will be held on Monday, <u>December</u> <u>2</u>, <u>2013</u>, at <u>8:30</u> <u>a.m.</u>[2]

XI. The parties and witnesses will be available at the hearing, as the Court will reserve the right to question any party or witness regarding any declaration or other documentary evidence submitted.

SIGNED at New Orleans, Louisiana, this ___ day of <u>October</u>, <u>2013</u>.

_____
**Hon. Carl J. Barbier**

---

[2] *See* Footnote 1, *supra.*