UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL No. 2179<br><br>SECTION J |
| This Document Relates to: 13-cv-2323 | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

### CERTIFICATE OF CONFERENCE

Now Into Court, come Plaintiff, "Movant" herein, who files this Certificate of Conference pursuant to the Court's order dated October 23, 2013 [Rec. Doc. 11719] pertaining to Movant's previously filed Motion for Leave to File Complaint in Intervention in the above mentioned case. [Rec. docs.10918].

Counsel for Movant certifies that they have personally contacted the counsel for Respondents to discuss whether they were opposed or unopposed to Movant's Motion for Leave to File Complaint in Intervention in the case above. *See* Exhibit A.

Movant further certifies that the Respondents have indicated the following results:

| | |
|---|---|
| **BP** | **Unopposed** |
| **Halliburton Energy Services** | **Unopposed** |
| **Transocean** | **Unopposed** |
| **Sperry Drilling Services** | **Unopposed** |

Pursuant to the Court's order, please accept this as a confirmation of the certificate of conference for the above-mentioned motion.

        Respectfully submitted,

        **FARRELL & PATEL,**
        **ATTORNEYS AT LAW**

        s/ Gregory Friedlander
        Gregory Friedlander, ALBN 0188
        Gregory M. Friedlander & Associates, P.C.
        11 S. Florida St.
        Mobile, AL 36606-1934
        (251) 470-0303
        (888) 441-2123

        /s/ Wesley J. Farrell, Esq.
        Wesley J. Farrell, Esq., FLBN 71785
        113 Almeria Ave
        Coral Gables, FL 33134
        Tel: 305-798-4177
        Fax: 800-946-6711

        /s/ Sarah E. Spigener, Esq.
        Sarah E. Spigener, Esq., LSBN 31975
        1515 Poydras St., Suite 1400
        New Orleans, LA 70112
        Tel: 504-233-8585
        Fax: 504-264-5953

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 24, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/ Sarah E.  Spigener, Esq.