

Sarah Spigener <sspigener@floridaattorney.com>

---

## MDL 2179: Opposition to Intervention(s)
1 message

---

**Sarah Spigener** <SSpigener@farrellpatel.com>　　　　　　　　　　　Wed, Oct 23, 2013 at 11:15 AM
To: "Parish, James" <JParish@frilot.com>, "York, R. Alan" <Alan.York@godwinlewis.com>, "Johanns, James" <James.Johanns@godwinlewis.com>, Don.Godwin@godwinlewis.com, "Langan, Andrew" <alangan@kirkland.com>
Cc: Audrie Lawton <alawton@floridaattorney.com>, Greg friendlander <lsee3@aol.com>

Dear Counsel

Pursuant to the Court's order Regarding Motions for Leave to File Complaints in Intervention [Rec. docs. 10311 and 10918], dated October 23, 2013, Farrell & Patel and Gregory M. Friedlander & Associates, P.C. sends this notice of conference to determine whether your client will oppose the above-mentioned requests for leave to intervene.

Please respond to our office no later than the end of the business on Monday, November 4, 2013. In your response, please indicate whether you are opposed or non-opposed to the above-mentioned filing.

As noted in the order, a certificate of conference must be filed by our office by November 6, 2013.  I. therefore, thank you in advance for your prompt attention in this matter.

Respectfully,

--

Sarah E. Spigener, Esq.
*Senior Litigation Associate*
**Farrell & Patel, Attorneys at Law**

Follow us on: 

**Miami:**
113 Almeria Avenue
Coral Gables, FL 33134
Tel: 424-OIL-SPILL
Toll-Free: 1-866-LAW-FLORIDA
Fax: 1-800-946-6711

**Tampa:**
907 W. Hillsborough Avenue
Tampa, FL 33603
Tel: 424-OIL-SPILL
Toll-Free: 1-866-LAW-FLORIDA
Fax: 1-800-946-6711

**New Orleans:**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Direct Tel: 504-233-8585
Fax: (504) 264-5953

**Houston:**
Arena Tower Two
7324 Southwest Freeway, Suite 601
Houston, TX 77074
Direct Tel: 832-408-6270
Fax: 1-800-946-6711

IRS CIRCULAR 230 NOTICE: To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. CONFIDENTIALITY NOTICE: The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication or may be subject to a common interest privilege / protection, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or any agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone 305-798-4177, then return the original message to us by mail – Farrell & Patel, Attorneys at Law. The Farrell & Patel Building, 113 Almeria Avenue, Coral Gables, FL 33034.



Sarah Spigener <sspigener@floridaattorney.com>

# RE: MDL 2179: Opposition to Intervention(s)
1 message

**Johanns, James** <James.Johanns@godwinlewis.com>  Thu, Oct 24, 2013 at 9:38 AM
To: Sarah Spigener <SSpigener@farrellpatel.com>
Cc: "York, R. Alan" <Alan.York@godwinlewis.com>

Sarah,

Our non-opposition to this motion and all similar motions is, of course, with the full reservation of all rights and defenses available to HESI, and by not opposing the motions we do not intend to waive such rights or defenses.

Regards,

James


James E. Johanns, Shareholder

In **Dallas** Office
James.Johanns@GodwinLewis.com

**GODWIN LEWIS PC**

**Direct:** 214.939.4846

**Fax:** 214.527.3238

www.GodwinLewis.com
**Toll Free:** 800-662-8393

| **Dallas** | **Houston** | **Plano** |
|---|---|---|
| 1201 Elm Street | 1331 Lamar | 5700 Granite Parkway |
| Suite 1700 | Suite 1665 | Suite 450 |
| Dallas, Texas 75270 | Houston, Texas 77010 | Plano, Texas 75024 |
| 214.939.4400 | 713.595.8300 | 214.939.4500 |

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify **Godwin Lewis PC** immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

**From:** Johanns, James
**Sent:** Wednesday, October 23, 2013 11:40 AM
**To:** 'Sarah Spigener'
**Cc:** Godwin, Donald; York, R. Alan
**Subject:** RE: MDL 2179: Opposition to Intervention(s)


Sarah,

HESI is not opposed on behalf of itself or its product service line Sperry Drilling Services. Please note that Sperry Drilling Services is not an individual corporate entity, but operates as a product service line of HESI.

If you have any questions, please do not hesitate to call me at 214-939-4846.

Regards,

James

**From:** Sarah Spigener [mailto:SSpigener@farrellpatel.com]
**Sent:** Wednesday, October 23, 2013 11:16 AM
**To:** Parish, James; York, R. Alan; Johanns, James; Godwin, Donald; Andrew Langan
**Cc:** Audrie Lawton; Greg friendlander
**Subject:** MDL 2179: Opposition to Intervention(s)


Dear Counsel

Pursuant to the Court's order Regarding Motions for Leave to File Complaints in Intervention [Rec. docs. 10311 and 10918], dated October 23, 2013, Farrell & Patel and Gregory M. Friedlander & Associates, P.C. sends this notice of conference to determine whether your client will oppose the above-mentioned requests for leave to intervene.

above-mentioned requests for leave to intervene.

Please respond to our office no later than the end of the business on Monday, November 4, 2013. In your response, please indicate whether you are opposed or non-opposed to the above-mentioned filing.

As noted in the order, a certificate of conference must be filed by our office by November 6, 2013. I, therefore, thank you in advance for your prompt attention in this matter.

Respectfully,

--

Sarah E. Spigener, Esq.

*Senior Litigation Associate*

**Farrell & Patel, Attorneys at Law**

Follow us on: 

**Miami:**
113 Almeria Avenue

Coral Gables, FL 33134
Tel: 424-OIL-SPILL
Toll-Free: 1-866-LAW-FLORIDA
Fax: 1-800-946-6711

**Tampa:**
907 W. Hillsborough Avenue
Tampa, FL 33603
Tel: 424-OIL-SPILL
Toll-Free: 1-866-LAW-FLORIDA
Fax: 1-800-946-6711

**New Orleans:**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Direct Tel: 504-233-8585
Fax: (504) 264-5953

**Houston:**
Arena Tower Two
7324 Southwest Freeway, Suite 601
Houston, TX 77074
Direct Tel: 832-408-6270
Fax: 1-800-946-6711

IRS CIRCULAR 230 NOTICE: To the extent that this message or any attachment concerns tax

matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. CONFIDENTIALITY NOTICE: The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication or may be subject to a common interest privilege / protection, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or any agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone 305-798-4177, then return the original message to us by mail – Farrell & Patel, Attorneys at Law. The Farrell & Patel Building, 113 Almeria Avenue, Coral Gables, FL 33034.



Sarah Spigener <sspigener@floridaattorney.com>

## RE: MDL 2179: Opposition to Intervention(s)
1 message

**Ritter, Kristopher** <ritterk@kirkland.com>  Thu, Oct 24, 2013 at 7:54 AM
To: "SSpigener@farrellpatel.com" <SSpigener@farrellpatel.com>
Cc: "Langan, Andrew" <alangan@kirkland.com>, "James.Johanns@GodwinLewis.com" <James.Johanns@godwinlewis.com>, "don.godwin@godwinlewis.com" <don.godwin@godwinlewis.com>, "Alan.York@GodwinLewis.com" <Alan.York@godwinlewis.com>, "JParish@frilot.com" <JParish@frilot.com>

Sarah,

The BP Defendants do not oppose the two motions to intervene, but reserve all their defenses, including all limitations and prescription defenses, to movants' claims.

Regards,

Kris

**Kristopher S. Ritter** | Kirkland & Ellis LLP
300 N. LaSalle | Chicago, IL 60654
Tel +1-312-862-7118 | Fax +1-312-862-2200

kristopher.ritter@kirkland.com

---

**From:** Sarah Spigener [mailto:SSpigener@farrellpatel.com]
**Sent:** Wednesday, October 23, 2013 11:16 AM
**To:** Parish, James; York, R. Alan; Johanns, James; Don.Godwin@godwinlewis.com; Langan, Andrew
**Cc:** Audrie Lawton; Greg friendlander
**Subject:** MDL 2179: Opposition to Intervention(s)

Dear Counsel

Pursuant to the Court's order Regarding Motions for Leave to File Complaints in Intervention [Rec. docs. 10311 and 10918], dated October 23, 2013, Farrell & Patel and Gregory M. Friedlander & Associates, P.C. sends this notice of conference to determine whether your client will oppose the above-mentioned requests for leave to intervene.

Please respond to our office no later than the end of the business on Monday, November 4, 2013. In your response, please indicate whether you are opposed or non-opposed to the above-mentioned filing.

As noted in the order, a certificate of conference must be filed by our office by November 6, 2013. I. therefore, thank you in advance for your prompt attention in this matter.

Respectfully,

--

Sarah E. Spigener, Esq.
*Senior Litigation Associate*
**Farrell & Patel, Attorneys at Law**

Follow us on: 

**Miami:**
113 Almeria Avenue
Coral Gables, FL 33134
Tel: 424-OIL-SPILL
Toll-Free: 1-866-LAW-FLORIDA
Fax: 1-800-946-6711

**Tampa:**
907 W. Hillsborough Avenue
Tampa, FL 33603
Tel: 424-OIL-SPILL
Toll-Free: 1-866-LAW-FLORIDA
Fax: 1-800-946-6711

**New Orleans:**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Direct Tel: 504-233-8585
Fax: (504) 264-5953

**Houston:**
Arena Tower Two
7324 Southwest Freeway, Suite 601
Houston, TX 77074
Direct Tel: 832-408-6270
Fax: 1-800-946-6711

IRS CIRCULAR 230 NOTICE: To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. CONFIDENTIALITY NOTICE: The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication or may be subject to a common interest privilege / protection, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or any agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone 305-798-4177, then return the original

message to us by mail – Farrell & Patel, Attorneys at Law. The Farrell & Patel Building, 113 Almeria Avenue, Coral Gables, FL 33034.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



Sarah Spigener <sspigener@floridaattorney.com>

# RE: MDL 2179: Opposition to Intervention(s)
1 message

**Hammett, Wade** <WHammett@frilot.com>   Thu, Oct 24, 2013 at 2:03 PM
To: "SSpigener@farrellpatel.com" <SSpigener@farrellpatel.com>
Cc: "Parish, James" <JParish@frilot.com>, "Miller, Kerry J." <kmiller@frilot.com>, "Ritter, Kristopher (ritterk@kirkland.com)" <ritterk@kirkland.com>, "Langan, Andrew (alangan@kirkland.com)" <alangan@kirkland.com>, "York, R. Alan (Alan.York@GodwinLewis.com)" <Alan.York@godwinlewis.com>, "Godwin, Donald (Don.Godwin@GodwinLewis.com)" <Don.Godwin@godwinlewis.com>, "alawton@floridaattorney.com" <alawton@floridaattorney.com>

Sarah,

Transocean does not oppose the two motions to intervene, but reserves all its defenses to the claims including, but not limited to, all rights and defenses available under the Shipowners' Limitation of Liability Act, 46 U.S.C. § 30501, et. seq. and all other all limitations and prescription defenses.

Thanks,

Wade B. Hammett

FRILOT L.L.C.

1100 Poydras Street, Suite 3700

New Orleans, LA  70163

Direct Phone:  (504) 599-8244

Direct Fax:    (504) 619-4982

whammett@frilot.com

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you may not review, copy, or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

From: "Ritter, Kristopher" <ritterk@kirkland.com>
To: "SSpigener@farrellpatel.com" <SSpigener@farrellpatel.com>
Cc: "Langan, Andrew" <alangan@kirkland.com>, "James.Johanns@GodwinLewis.com" <James.Johanns@GodwinLewis.com>, "don.godwin@godwinlewis.com" <don.godwin@godwinlewis.com>,

"Alan.York@GodwinLewis.com" <Alan.York@GodwinLewis.com>, "Parish, James" <JParish@frilot.com>
Subject: MDL 2179: Opposition to Intervention(s)
Date: Thu, Oct 24, 2013 8:54 AM

Sarah,

The BP Defendants do not oppose the two motions to intervene, but reserve all their defenses, including all limitations and prescription defenses, to movants' claims.

Regards,

Kris

**Kristopher S. Ritter** | Kirkland & Ellis LLP
300 N. LaSalle | Chicago, IL 60654
Tel  +1-312-862-7118 | Fax  +1-312-862-2200

kristopher.ritter@kirkland.com

---

**From:** Sarah Spigener [mailto:SSpigener@farrellpatel.com]
**Sent:** Wednesday, October 23, 2013 11:16 AM
**To:** Parish, James; York, R. Alan; Johanns, James; Don.Godwin@godwinlewis.com; Langan, Andrew
**Cc:** Audrie Lawton; Greg friendlander
**Subject:** MDL 2179: Opposition to Intervention(s)

Dear Counsel

Pursuant to the Court's order Regarding Motions for Leave to File Complaints in Intervention [Rec. docs. 10311 and 10918], dated October 23, 2013, Farrell & Patel and Gregory M. Friedlander & Associates, P.C. sends this notice of conference to determine whether your client will oppose the above-mentioned requests for leave to intervene.

Please respond to our office no later than the end of the business on Monday, November 4, 2013. In your response, please indicate whether you are opposed or non-opposed to the above-mentioned filing.

As noted in the order, a certificate of conference must be filed by our office by November 6, 2013.  I. therefore, thank you in advance for your prompt attention in this matter.

Respectfully,

--

Sarah E. Spigener, Esq.
*Senior Litigation Associate*
**Farrell & Patel, Attorneys at Law**

Follow us on:

**Miami:**
113 Almeria Avenue
Coral Gables, FL 33134
Tel: 424-OIL-SPILL
Toll-Free: 1-866-LAW-FLORIDA
Fax: 1-800-946-6711

**Tampa:**
907 W. Hillsborough Avenue
Tampa, FL 33603
Tel: 424-OIL-SPILL
Toll-Free: 1-866-LAW-FLORIDA
Fax: 1-800-946-6711

**New Orleans:**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Direct Tel: 504-233-8585
Fax: (504) 264-5953

**Houston:**
Arena Tower Two
7324 Southwest Freeway, Suite 601
Houston, TX 77074
Direct Tel: 832-408-6270
Fax: 1-800-946-6711

IRS CIRCULAR 230 NOTICE: To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. CONFIDENTIALITY NOTICE: The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication or may be subject to a common interest privilege / protection, and as such, is privileged and confidential. If the reader of this message is not the intended recipient or any agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone 305-798-4177, then return the original message to us by mail – Farrell & Patel, Attorneys at Law. The Farrell & Patel Building, 113 Almeria Avenue, Coral Gables, FL 33034.


***********************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***********************************************************