UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO:<br><br>*No. 2:13-cv-05804-CJB-SS; Elton Johnson v. BP Exploration and Production, Inc, et al* | * * * * | <br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Plaintiff's Motion to Enforce Settlement Agreement With BP

NOW INTO COURT, through undersigned counsel, comes Plaintiff Elton Johnson and submits this Motion to Enforce Settlement Agreement with BP. Elton Johnson and BP entered into a binding, written settlement agreement which BP refuses to honor. For the reasons outlined in his accompanying memorandum, the Court should enforce the settlement agreement and compel BP to pay the settlement funds owed to him.

## Conclusion

Plaintiff Elton Johnson respectfully requests that this Honorable Court grant his motion.

Respectfully submitted,

ARNOLD & ITKIN LLP

/s/ Kurt B. Arnold
_____
Kurt B. Arnold
State Bar No. 24036150
6009 Memorial Drive
Houston, Texas 77007
Telephone:   (713) 222-3800
Facsimile:   (713) 222-3850

**ATTORNEYS FOR JOHNSON**

**OF COUNSEL:**

Jason Itkin
State Bar No. 24032461
Cory Itkin
State Bar No. 24050808
6009 Memorial Drive
Houston, Texas 77007
Telephone:   (713) 222-3800
Facsimile:   (713) 222-3850

## Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all known counsel of record by CM/ECF and/or another means in accordance with the Federal Rules of Procedure on this 25th day of October, 2013.

/s/ Kurt B. Arnold
_____
Kurt B. Arnold