EXHIBIT "A"

Page 1

```
 1
 2
 3
 4
 5
 6
 7              SWORN STATEMENT OF
 8                LOUIS LONGLOIS
 9
10
11   On October 13, 2011, beginning at 3:30 P.M. at the
12   offices of Laborde & Neuner, 1001 West Pinhook
13   Road, One Petroleum Center, Suite 200, Lafayette,
14   Louisiana before me, Debbie G. Chaney, Certified
15   Court Reporter, appeared LOUIS LONGLOIS, who,
16   being by me first duly sworn, gave his oral
17   statement.
18
19   REPORTED BY:  DEBBIE G. CHANEY, CCR
20
21
22
23
24
25
```

1   A    The aluminum door.
2   Q    Okay.
3   A    This right here (indicating), I believe -- I
4        believe it's a fire door, I think.
5   Q    The engine room door?
6   A    The engine room door.
7   Q    Okay.
8   A    It's a little bit heavier door.  But when it
9        flung open, and the overhead -- the overhead
10       buckled a little bit.
11  Q    Like the ceiling?
12  A    The ceiling.
13  Q    In the change room?
14  A    In the change room.  And it came down about
15       this much, enough to catch that door.
16  Q    You mean like six inches, four inches?
17  A    Yeah, about four inches, I'd say.
18  Q    Okay.
19  A    But it was enough to catch that door.  So
20       when it came open, it stuck.
21  Q    Okay.  Did you see Mr. Johnson after the
22       blast?
23  A    Yes, I did.
24  Q    Was he standing?
25  A    Yes, he was.