# EXHIBIT "B"

was driving the vehicle and Johnson was seated in the rear.  Logsdon said he was seated in the front and did not speak to Johnson directly; however, he said he could hear Johnson and Malcolm joking and laughing in casual conversation.  Logsdon could not specifically remember what Johnson and Malcolm were discussing, but he never heard them mention any injuries incurred by Johnson.

*Jeffrey Malcolm*

On November 18, 2011, investigators interviewed Jeffrey Malcolm in Tampa Bay, Florida. In sum and substance and among other things, Malcolm said he was employed by Tidewater Marine and assigned to *PSV Bankston* as a Mate at the time of the Deepwater Horizon explosion.

Malcolm remembered occasionally seeing Johnson while crew members recovered survivors from the water.  He remembered that Johnson was working with Logan assisting survivors as they came out of the water.  Malcolm said that once the all survivors were on board *PSV Bankston*, he instructed Johnson to help escort them from one area of the main deck to the triage area; Malcolm said the footing was very slippery so it was important that survivors be assisted in their movement across the deck.  Malcolm said that Johnson also assisted with the task of moving the injured to the location where helicopters were evacuating the seriously injured.

Malcolm said that after the initial rescue effort, he asked everyone, including Johnson, if they were okay, and he recalled that no one complained of any injuries.  Malcolm said he did not notice anything unusual about Johnson throughout the incident.  He said Johnson, like all the crew members, initially appeared dazed but that it did not seem unusual, given what they had all experienced.   Malcolm said he completed a Tidewater Marine report concerning Escala's injury approximately two weeks after the incident, but that he was never asked to complete a report concerning Johnson's alleged injury.

Malcolm said that once the crew members were released in Port Fourchon, he rode in the van with Escala, Johnson, Marsh and Logsdon en route Amelia, Louisiana.  Malcolm said there was never any mention of an injury to Johnson during the trip.

Malcolm said that Johnson drove him to the New Orleans International Airport after the van arrived in Amelia, and that Johnson initially seemed happy and simply glad to be going home. According to Malcolm, Johnson received a telephone call about halfway through the trip from someone Malcolm believed to be a family member, since Johnson ended the call with the phrase, "I love you."  Malcolm recalled that after the call ended, Johnson's mood was very different and he started complaining of headaches and appeared visibly distressed.  Malcolm said that Johnson also started speaking of feeling bad emotionally, needing to go home, and not being able to

return to work.  He said Johnson may have used the word "traumatized" to describe his condition.

*Bill Wayne Marsh*

On November 22, 2011, investigators interviewed Bill Wayne Marsh in Amelia, Louisiana. In sum and substance and among other things, Marsh said he had worked for Tidewater Marine for 16 years and was assigned to *PSV Bankston* as a QMED at the time of the Deepwater Horizon explosion.  Marsh said that, following the explosion, he first remembers seeing Johnson near the FRC, where Johnson told him he did not want to get into the smaller vessel.  Marsh said he later asked Johnson to help with relocating the Jacobs ladders from the port to the starboard side of *PSV Bankston*; Marsh said Johnson refused to help, saying something to the effect that he didn't want to participate in the rescue.  Marsh said Johnson then turned away and walked back inside the Change Room door.  Marsh said that once all of the survivors were pulled from the water and safely on deck, he saw Johnson again; during this meeting Johnson reportedly told Marsh he was going to "get some money out of Tidewater."  Marsh recalled that he asked Johnson if he was hurt and that Johnson replied, "No, but everyone on the rig is going to get some money.  Why not me?"  Marsh said he then asked Johnson, "How do you expect to get money if you are not hurt?"  According to Marsh, Johnson replied, "I'm all shook up."  Marsh said Johnson never told him he was actually injured as a result of the explosion or the rescue operation.

Marsh stated that he did not inform anyone about Johnson's plan to allege an injury until the day of this interview.  He stated that he advised Tidewater's crew coordinator, Kerry Mathews, and Attorney Cliff LaCour, just before the investigators arrived in Amelia.  Marsh further related that at no time did Johnson tell Marsh he was injured as a result of the explosion or the rescue operation.

Marsh remembered the meeting of all the crewmembers held on the bridge of the *PSV Bankston* once they were dockside.  He also recalled Derwin Breaux (In-House Counsel for Tidewater) assisting with the completion of his Coast Guard report, since Marsh cannot read or write. Marsh went on that during this meeting he was asked by someone, but does not remember who, if he was all right.  Marsh also did not recall completing a Tidewater report concerning the injury to Escala.[2]

---

[2] LaCour at this time produced a Tidewater Report with Marsh's name on it; however the report was typed, without a signature or mark.  Marsh could not recall having ever seen this report before.

8