EXHIBIT "D"

Name: Elton Johnson        Date 4-26-10
Age: 22
Weight 198   B/P 132/90   Pulse ___ Resp. ___ Temp ___
Reason for today's visit: W/C off shore 4-20-10 LBP, Rt Shoulder

Working on supply boat. Attached to rig NKDA
by mud hose ≈ 4" hose. Inside boat. Lost sense
when rig exploded. Fell into door. for 5 seconds
Went outside. to to help detach hose. confused
Mud spewing out hose. Rig on fire. fell
off boat. - People jumping off rig. Launched
survivor craft. Assisted getting people on
board c̄ ⊕ burns / fractures / lacerations.
Helped lifting carrying people. W/in next 1-2 hr
LBP, ⊕ ® shoulder pain/burning.
OTC meds g̅ relief. Trouble/poor sleep.
Keep seeing rig burning. Nervous     Shoulder :
PE Clear NSR                about going   resolution after
Heart NL                    back out      4 mos P.T.
Meds NL
                                          ⊖ work restrictions
® shoulder ⊕ ant c̄ crepitus
Back ⊕ Lumbar, Flex = 6" to ground
SLR ⊖
A/P: ® Shoulder → Strain              B/P
    ② Back (Lumbar)                  Vic 7 #30
    ③ PTS - refer M.D.               50mg    #300
                                              7 m/s

Name: Elton Johnson      Date 5-4-10
Age: 22        130/[?]
Weight 195  B/P [?]  Pulse____ Resp.____ Temp____
Reason for today's visit: Ck w/c - Early

Saw D. Mellen - RX given          NICOR
And desp. helps c sleep.
Eyes hurts c HA since accident
last all day, meds help some.
- Heavy Olc - c occ. ringing. No Hx
of before. Blurry vision c HA's
@ HX 10 7wk, years ago on meds -
RX @ shoulder / LB hurts still hurts
G NSAID         meds helping
upper ch - PRRLA           Dr f appt
             PULM 2            @
Ears 7m clear
cu mmn              @ Shoulder @ c crepules
y/d                 Back @ Lumbar

O/P @ Shoulder - MRZ - Brain         
@ Back -                      c/o ? dizzy
c HA / concussion -     f/u
   @ PTS -             refer Neuro   /\

Elton Johnson
000003

Name: Elton Johnson      Date 5/25/10
Age: 22
Weight 199   B/P 144/90   Pulse ___   Resp ___   Temp ___
Reason for today's visit: Back w/c

① Shoulder impingement.
② Back still stiff/aching.
   occasional pop. HA's daily ○ sided
   last all day. Still c visual/flashback
   & dreams about. Talk in sleep.

NKDA

N(ea..
6/1/10

℞ c– MRI

HEENT – NT
Neck – NT
Should (L) ROM c crepitus
Back NT

To see Dr
July 2nd
visit

A/P HA/Concus
  ① Back –
  ② PTS–      – LPT
  ③ Shuld

Lodine 400
#60
i BID

α.