# EXHIBIT "F"



**Memorial Bone & Joint**

Zoran Cupic, MD
Stefan Kreuzer, MD
Frank A. Schroeder, MD
HoSun Hwang, MD
Kevin Lancaster, PA-C
*Joint Replacement Surgery*
*· General Orthopedics*
*Board Certified in Orthopedic Surgery*

**PATIENT:**              JOHNSON, ELTON
**DOB:**                  01/09/88
**TRANSCRIPTION REC #:**  33520 - L
**REFERRING PHYSICIAN:**  NONE

06/23/10                  **INITIAL EVALUATION:**

**HISTORY OF PRESENT ILLNESS:**

**THE PATIENT WAS INJURED ON 04/20/10.** He was onboard of a supply vessel when the BP Deepwater Horizon Oil Rig exploded. He was going through a doorway when the rig exploded. He was thrown approximately 6 feet away. He did lose consciousness. After he regained consciousness, he tried to help other people by pulling them up by their life jackets and this hurt his shoulder. He was taken to Dr. McCann. No x-rays were taken. He was given some Lortab, some anti-inflammatory medications, and some muscle relaxants. He was sent to Dr. Quinlan, who is a psychologist or a psychiatrist. He has continued to have pain with his right shoulder and low back. He is now being referred to us for an orthopaedic evaluation and treatment.

The patient had a previous problem and then surgery to his right shoulder back in 2002. After the surgery he did get better and was even able to play football after the surgical procedure. He has had absolutely no problems with his shoulder since then. He has had no previous problems with his back.

The patient comes in complaining of right shoulder pain. Anteriorly, there is some popping in his shoulder. Any type of movement of the arm causes him to have pain.

As far as the low back is concerned, he has pain at belt level and in the mid line. He has no radicular pain into the lower extremities. He has some tingling in the right leg down into the foot. He has no left leg problems. He has no problems with bowel or bladder. The patient did tell us that he has had headaches and hearing problems since the accident.

(Continued...)

1140 Business Center Drive, Suite 101 • Houston, Texas 77043 • Phone: (713) 827-9316 • Fax: (713) 827-8345

Elton Johnson
000058

PATIENT:         JOHNSON, ELTON
06/23/10         (Continuation...)
Page -2-

| ALLERGIES: | No known allergies to medications. |

### REVIEW OF SYSTEMS:

The patient does not have any known heart problems; high blood pressure; lung problems; TB; diabetes; stomach problems; kidney problems; or liver problems.

| | |
|---|---|
| Medications: | Hydrocodone, carisoprodol, clonazepam, Zoloft, and mirtazapine. |
| Surgical History: | Hernia repair in 2000 and right shoulder surgery in 2002. |
| Family History: | Diabetes and hypertension. |
| Social History: | The patient does not smoke. The patient has an occasional drink of beer. The patient does drink 1-2 cups of caffeinated beverages per day. |
| General: | Difficulty sleeping. |
| Endocrine: | N/A. |
| Blood/Hem: | N/A. |
| Psychiatric: | Depression and being seen by psychiatry for other problems. |
| Pulmonary: | N/A. |
| Neurological: | Headaches and hearing problems since the accident. |
| Genitourinary: | N/A. |
| Cardiovascular: | N/A. |
| Gastrointestinal: | N/A. |
| Musculoskeletal: | Joint pain, back pain, joint stiffness, and weakness. |
| Incision: | N/A. |
| Other: | N/A. |

(Continued...)

PATIENT:       JOHNSON, ELTON
06/23/10       (Continuation...)
Page -3-

### PHYSICAL EXAMINATION:

The patient is 5'5" tall and he weighs 201 lbs.

Examination of the shoulders revealed the patient to not be able to go into full external rotation on the right side. He was able to go into full external rotation on the left side. The internal rotation was also limited on the right side. Forward flexion was 180° on the left side and about 135° on the right side. Abduction was 90° on the left side and about 70° on the right side. The impingement sign was definitely positive. During the examination of the right shoulder there was definitely some popping and clicking, and as the patient called it, some crunching during the range of motion.

Examination of the lumbosacral spine revealed the patient to be well-developed, well-nourished, and in moderate low back distress. There was some tenderness over the lumbosacral area in the mid line. There was some tenderness over the right sacroiliac joint, but not over the left side. There was no tenderness over the sciatic notches. He was able to bend forward to about 60-70°. He could not go into hyperextension. The lateral motion was somewhat limited as well. He did have some spasm, mainly on the right side.

The patient had a normal heel-to-toe gait. The patient was able to heel walk and toe walk with difficulty. The deep tendon reflexes at the achilles and patellar areas were present and equal bilaterally. The extensor halluces longus, anterior tibialis, posterior tibialis, and peroneals were of comparable strength, bilaterally. The straight-leg raising test was positive on the right side at about 50° and on the left side at about 60-70°. The vascular examination was within normal limits and showed good pulses in both lower extremities.

Examination of both hips revealed the patient to have a full range of motion. There was full rotation, good flexion, good extension, good abduction, and good adduction of both hips. There was no tenderness in the groin area. All the motions tested were painless.

Examination of both knees revealed the patient to have full flexion and full extension. There was no ligamentous laxity, either medially or laterally. There

(Continued...)

PATIENT:           JOHNSON, ELTON
06/23/10           (Continuation...)
Page -4-

was no medial or lateral joint line tenderness. No major swelling could be elicited.

### X-RAYS:

X-rays of the right shoulder, two views taken, did not reveal any obvious evidence of fractures, dislocation, bony neoplasm, or calcifications.

X-rays of the lumbosacral spine, five views taken, revealed no congenital anomalies. There was no evidence of spondylolysis or spondylolisthesis. There was no evidence of trauma to the bony parts of the lumbar spine. There was no evidence of an arthritic or degenerative process.

X-rays of the pelvis, one view taken, both hip joints and both sacroiliac joints did not reveal any major abnormalities. There was no evidence of fracture, dislocation, bony neoplasm or calcifications.

### DIAGNOSIS:

1) LUMBOSACRAL STRAIN.
2) POSSIBLE HERNIATED NUCLEUS PULPOSUS OF THE LUMBOSACRAL SPINE.
3) TRAUMATIC IMPINGEMENT SYNDROME OF THE RIGHT SHOULDER.
4) POSSIBLE TEAR OF THE RIGHT ROTATOR CUFF.
5) PREVIOUS ARTHROSCOPIC SURGERY OF THE RIGHT SHOULDER IN 2002.

### RECOMMENDATIONS & TREATMENT PLAN:

1. The patient was started on Medrol Dosepack, to be followed by Celebrex 200 mg once a day for the anti-inflammatory effect.

    The patient was warned about the interaction that can occur between alcohol and medications.

(Continued...)

**PATIENT:**      **JOHNSON, ELTON**
06/23/10      (Continuation...)
Page -5-

2. The patient was given a back booklet so that he can learn the exercises and learn how to care for his back properly. The exercises in the booklet are to be learned and used at home.

   He is to be given a Thermophore heating pad, to be used in between the exercise sessions to apply heat to the back in order to lessen the spasm.

3. I explained to the patient that the x-rays did not show any major abnormalities, but that the x-rays only show us bones. There could be many different things wrong with the soft tissues; such as muscles, ligaments, disks, or nerves, that we would not be able to see on the x-ray and therefore, further testing with an MRI of the right shoulder and lumbosacral spine will need to be done for further evaluation.

_____
Zoran Cupic, M.D.
ZC/sj

**PATIENT:** JOHNSON, ELTON
**DOB:** 01/09/88
**TRANSCRIPTION REC #:** 33520 - L

---

**07/21/10**          **FOLLOW-UP VISIT:**

The patient returned for follow-up. He still continues to complain of some shoulder pain on the right side. There was definitely some popping in his shoulder and that seemed to be bothering him the most. As far as the low back is concerned, he had some tenderness in the mid line.

| ALLERGIES: | No known allergies to medications. |
|---|---|

On examination, the impingement sign was definitely positive. He could not go into full external rotation. He could not go into full internal rotation. Forward flexion was 180° on the left and 150° on the right. Abduction was 90° on the left and 80° on the right. There was some tenderness over the biceps tendon, anteriorly, as well.

Examination of the lumbosacral spine, the patient was well-developed, well-nourished, and in moderate low back distress. There was tenderness in the mid line over the L5-S1 area. There was tenderness over both sacroiliac joints. There was no tenderness over the sciatic notches. He was able to bend forward to about 50-60°. The lateral motion was limited as well. There was some spasm on both sides.

Neurologically, the patient had a normal heel-to-toe gait. The deep tendon reflexes at the achilles and patellar areas were present and equal bilaterally. The extensor halluces longus, anterior tibialis, posterior tibialis, and peroneals were of comparable strength, bilaterally. The straight-leg raising test was positive bilaterally at about 50-60°, perhaps a little bit more on the right than on the left. The vascular examination was within normal limits and showed good pulses in both lower extremities.

Examination of both hips revealed the patient to have a full range of motion. There was full rotation, good flexion, good extension, good abduction, and good adduction of both hips. There was no tenderness in the groin area. All the motions tested were painless.

(Continued...)

PATIENT:        JOHNSON, ELTON
07/21/10        (Continuation...)
Page -2-

Examination of both knees revealed the patient to have full flexion and full extension. There was no ligamentous laxity, either medially or laterally. There was no medial or lateral joint line tenderness. No major swelling could be elicited.

The MRI of the right shoulder, which was done on 06/23/10, was reviewed. He had an impingement syndrome, a biceps tenosynovitis, a bursitis, and a subacromial tendinitis; but there was no evidence of a rotator cuff tear.

The MRI of the lumbosacral spine, which was done on 06/23/10, was reviewed. There was some straightening of the normal lumbar lordotic curve. There were some bulging disks at L3-L4; moreso at L4-L5. There was a protrusion that is more than likely a disk herniation at L5-S1.

The patient was placed on Relafen 750 mg, to be taken twice a day for the anti-inflammatory effect; Fexmid 7.5 mg, to be taken three times a day for the spasm; and Ultracet, two tablets every 6-8 hours for the pain.

The patient was warned about the interaction that can occur between alcohol and medications.

He is to continue to exercise and return here in 6 weeks for further evaluation.

I discussed the results of the MRI of the shoulder and the MRI of the lumbosacral spine with the patient and he fully understood what is going on. I told him that we may have to do arthroscopic surgery of the right shoulder. We are going to try to avoid doing surgery of his low back because he is only 22 years old, although he may need an L5-S1 laminectomy, diskectomy, and fusion with instrumentation.

_____
Zoran Cupic, M.D.
ZC/sj

PATIENT: JOHNSON, ELTON
DOB: 01/09/88
TRANSCRIPTION REC #: 33520 - L

04/06/11                    FOLLOW-UP VISIT:

The patient returned for follow-up. He is still having a lot of problems with his low back. He is quite painful in the lumbosacral spine. Most of the pain seems to be going to the right side into the right buttock area down into the right lower extremity. He has some burning sensation. He states that they have a baby and that when he sits and holds the baby for a while, he has a burning sensation. This pain and burning sensation goes into the right lower extremity but he has none on the left side.

| ALLERGIES: | No known allergies to medications. |
|---|---|

The patient is 5'5" tall and he weighs 225 lbs.

As far as the right shoulder is concerned, he still had some problems going into a full range of motion. He still had a positive impingement sign.

Examination of the lumbosacral spine revealed the patient to be well-developed, well-nourished, and in moderate low back distress. He still had some tenderness in the mid line, right over the top, in the L5-S1 area. There was tenderness over the right sacroiliac joint but not so much on the left side. He was able to bend forward to about 50°. He could not hyperextend. The lateral motion was limited because of the pain and the spasm.

The straight-leg raising test was still positive on the right side at about 60-70° and on the left side at about 80°.

Examination of both hips revealed the patient to have a full range of motion. There was full rotation, good flexion, good extension, good abduction, and good adduction of both hips. There was no tenderness in the groin area. All the motions tested were painless.

Examination of both knees revealed the patient to have full flexion and full extension. There was no ligamentous laxity, either medially or laterally. There was no medial or lateral joint line tenderness. No major swelling could be elicited.

(Continued...)

PATIENT:         JOHNSON, ELTON
04/06/11         (Continuation...)
Page -2-

We had another long discussion and I explained to him that the lumbosacral spine MRI that was done on 06/23/10 showed a bulging disk at L3-L4 and L4-L5, but there was definitely a herniation at L5-S1. I explained to the patient that because of his age we are trying to avoid the surgery; but that obviously, if his pain gets worse and if he gets to a point where he has more bad days instead of good days, and if the pain becomes really excruciating, then we may have to consider doing a one-level laminectomy, diskectomy, and fusion with instrumentation at L5-S1. Obviously, if the pain gets bad enough, then we will have to consider that at any age.

The other thing that we did discuss is the fact that if he continues to have problems with the right shoulder, we may need to do arthroscopic surgery and a subacromial decompression on the right side.

At this point, we are going to give him some Relafen 750 mg, to be taken twice a day for the anti-inflammatory effect. He was also given some Amrix 15 mg once a day for spasm.

The Amrix is to be taken at about 6-7 o'clock in the evening because it peaks at its most effectiveness about 8 hours later. This will keep the spasm down to a minimum and last throughout the night to help the patient sleep better.

The patient was warned about the interaction that can occur between alcohol and medications.

He is to continue to do the exercises and return here in about 6-8 weeks for further evaluation.


Zoran Cupic, M.D.
ZC/sj