# EXHIBIT "G"

**Jill Erickson**

---

**From:** Missy Theriot [MTheriot@LN-Law.com]
**Sent:** Tuesday, June 28, 2011 3:06 PM
**To:** Jill Erickson
**Cc:** Kurt Arnold; Jason Itkin; Kristina McDonald; Monica Veer
**Subject:** RE: Johnson, Elton - Maintenance Checks

Jill,

Tidewater is doing what it can to have the June 15-30 check re-routed. Additionally, they will be on the look-out for the return of the June 1-15 check. A new check cannot be issued until the original check has been returned.

Please ask Mr. Johnson advise immediately if he changes addresses so that we do not have similar issues in the future.

Thank you.
Missy

---

**From:** Jill Erickson [mailto:jerickson@ArnoldItkin.com]
**Sent:** Tuesday, June 28, 2011 1:54 PM
**To:** Missy Theriot
**Cc:** Kurt Arnold; Jason Itkin; Kristina McDonald; Monica Veer
**Subject:** Johnson, Elton - Maintenance Checks

Ms. Theriot,

Elton Johnson's maintenance checks have been going to his old address. Please provide Tidewater with his address: 728 Highway 3041, Bunkie, Louisiana 71322. Mr. Johnson advises that that the postal service has been forwarding the checks to his new address but have now stopped since it has been a year since he moved. He has not received the maintenance check for June 1-15, or June 15-30. Please have the June checks sent to the new address.

Thank you for your assistance with this matter.

Jill Erickson
*Sr. Paralegal to Kurt B. Arnold*
Arnold & Itkin LLP
1401 McKinney, Suite 2550
Houston, Texas 77010
713.222.3800 | 713.222.3850 fax

jerickson@arnolditkin.com | www.arnolditkin.com

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS A PRIVILEGED ATTORNEY CLIENT COMMUNICATION, WORK PRODUCT AND/OR CONFIDENTIAL COMMUNICATION. THIS INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY IT IS ADDRESSED TO. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

LABORDE & NEUNER
ATTORNEYS AT LAW

CLIFFE E. LABORDE III
FRANK X. NEUNER, JR. *
JAMES L. PATE
BEN L. MAYEAUX
ROBERT E. TORIAN
JAMES D. HOLLIER
MELISSA L. THERIOT *
KEVIN P. MERCHANT
JENNIE P. PELLEGRIN
BRANDON W. LETULIER
JASON T. REED

PROFESSIONAL LAW CORPORATIONS
* ALSO ADMITTED IN TEXAS

ONE PETROLEUM CENTER
SUITE 200
1001 W. PINHOOK ROAD
P.O. BOX 52828 (70505-2828)
LAFAYETTE, LOUISIANA 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450
www.LN-Law.com

C.E. LABORDE, JR.
(1913-1983)

WILL MONTZ
JEREMY N. MORROW
JED M. MESTAYER
DANIEL J. POOLSON, JR.
PHILIP H. BOUDREAUX, JR.
CLIFF A. LACOUR
JEFFREY K. COREIL

November 5, 2010
**VIA ELECTRONIC TRANSMISSION AND U.S. MAIL**

Mr. Kurt Arnold
Arnold & Itkin LLP
1401 McKinney Street, Suite 2550
Houston, TX 77010

Re: In Re: Deepwater Horizon
Elton Johnson v. BP, et al
E.D.La. MDL No. 2179; Case No. 10-1674
Date of Accident: April 20, 2010
Our File No. 17756

Dear Mr. Arnold:

We received your October 4, 2010 correspondence requesting that certain medical expenses be paid by Tidewater. Tidewater has a right and obligation to investigate claims for maintenance and cure before rendering payment, and requests documentation as indicated below.

Please note that the documentation you provided did not include a bill from Dr. Lilly, nor did it include medical records from Lemoine Therapy Services of CENLA, Counseling Services of SWLa, or James H. Blackburn, M.D. Additionally, it appears that the services offered by Dr. Blackburn and Counseling Services of SWLa are, for the most part, duplicative of each other as well as duplicative of treatment previously provided by Dr. Mielke and Dr. Quillin. Dr. Lilly has recommended an MRI of the brain, but an MRI of the brain was performed on May 10, 2010 on recommendation of Dr. McCann. Dr. Lilly's report does not indicate why a repeat MRI is necessary or that he was provided the medical records of the previous providers.

Finally, Tidewater requests independent medical examinations by an orthopedist, neuropsychologist, neurologist and psychiatrist. Before those examinations take place, we will need the films referred to in the reports of the other physicians, as well as complete records, including raw data generated from the testing performed in the psychiatric, psychological or neuropsychiatric or neuropsychological evaluations. Please forward these records to me at your

earliest convenience. Additionally, I have enclosed an authorization for the release of medical records in this matter so that these records may be obtained expeditiously and at Tidewater's expense.

Thank you very much, and I will look forward to hearing from you.

Sincerely,

Missy Theriot

Melissa Lutgring Theriot

MLT/mfr
Enclosure



November 19, 2010

Arnold & Itkin LLP.
1401 McKinney Street
Suite 2550
Houston, TX 77010

Re: Elton Johnson

To Whom It May Concern,

I have attached Tidewater's check in the amount of $2371.46, which covers medical expenses for our claimant, Elton Johnson.

Sincerely,

TIDEWATER INC.

Jennie H. Taylor

/jht

attachment

**TIDEWATER INC.**
Pan-American Life Center
601 Poydras Street, Suite 1900
New Orleans, Louisiana 70130-6040
Telephone: (504) 568-1010

42961 ARNOLD & ITKIN LLP 000564993

| VOUCHER NUMBER | INVOICE NUMBER | INVOICE DATE | AMOUNT AS RENDERED | ADJUSTMENTS | DISCOUNTS | NET AMOUNT |
|---|---|---|---|---|---|---|
| 00C23258 | JOHNSON, ELTON | 062310 | 2,371.46 | .00 | .00 | 2,371.46 |

| CHECK DATE | CHECK NUMBER |
|---|---|
| 11/19/10 | 000564993 |

*Please Detach This Portion Before Depositing*

ADJUSTMENT CODES

C - Credit Memo
E - Extension
F - Freight
M - Miscellaneous
S - Sales Tax

| TOTAL AMOUNT |
|---|
| 2,371.46 |

THE FACE OF THIS DOCUMENT HAS A VOID PANTOGRAPH FEATURE AND MICROPRINTING

TIDEWATER
P.O. Box 61117
New Orleans, Louisiana 70161

50-937
213

JPMorgan Chase Bank, N.A.
6040 Tarbell Road
Syracuse, NY 13206

CHECK NO. 000564993

| DATE | PAY EXACTLY |
|---|---|
| 11/19/10 | $2,371.46 |

Void After 180 Days

Pay to the Order of

ARNOLD & ITKIN LLP
1401 MCKINNEY STREET
SUITE 2550
HOUSTON, TX 77010

TIDEWATER INC.

[signature]

ORIGINAL CHECK IS PRINTED ON CHEMICAL REACTIVE PAPER WHICH CONTAINS A WATERMARK

⑈000564993⑈ ⑆021309379⑆601883440⑈



May 16, 2011

Mr. Kurt B. Arnold
Arnold & Itkin LLP
1401 McKinney Street
Suite 2550
Houston, TX 77010

Re: Elton Johnson
Our File: 103-0056C

Dear Mr. Arnold:

Please find enclosed, Tidewater's check made payable to Arnold & Itkin LLP in the amount of $1,248.47, which covers reimbursement for Walgreens Pharmacy ($548.47) as well as reimbursement for Counseling Services of S.W. La. ($700.00).

If you have any questions, please do not hesitate to contact me.

Sincerely,

TIDEWATER INC.

Vincent R. Almerico, III

VRA/cho

Enclosure

cc: Cliffe E. Laborde, III
Melissa L. Theriot

TIDEWATER INC.
Pan-American Life Center
601 Poydras Street, Suite 1900
New Orleans, Louisiana 70130-6040
Telephone: (504) 568-1010

42961 ARNOLD & ITKIN LLP 000569391

| VOUCHER NUMBER | INVOICE NUMBER | INVOICE DATE | AMOUNT AS RENDERED | ADJUSTMENTS | DISCOUNTS | NET AMOUNT |
|---|---|---|---|---|---|---|
| 00C23559 | JOHNSON, ELTON | 040611 | 1,248.47 | .00 | .00 | 1,248.47 |

| CHECK DATE | CHECK NUMBER |
|---|---|
| 5/13/11 | 000569391 |

*Please Detach This Portion Before Depositing*

ADJUSTMENT CODES . .
C - Credit Memo
E - Extension
F - Freight
M - Miscellaneous
S - Sales Tax

| TOTAL AMOUNT |
|---|
| 1,248.47 |

THE FACE OF THIS DOCUMENT HAS A VOID PANTOGRAPH FEATURE AND MICROPRINTING

TIDEWATER
P.O. Box 61117
New Orleans, Louisiana 70161

CHECK NO. 000569391

DATE 5/13/11

PAY EXACTLY $1,248.47

Void After 180 Days

TIDEWATER INC.

Pay to the order of
ARNOLD & ITKIN LLP
1401 MCKINNEY STREET
SUITE 2550
HOUSTON, TX 77010

ORIGINAL CHECK IS PRINTED ON CHEMICAL REACTIVE PAPER WHICH CONTAINS A WATERMARK

⑈000569391⑈ ⑆021309379⑆601883440⑈



Tidewater

June 21, 2011

Attn: Dr. Zoran Cupic
Memorial Bone & Joint
P. O. Box 710205
Houston, TX 77271

Re: Elton Johnson
Our File: 11-103-0056C

Dear Dr. Cupic:

Enclosed are two Tidewater checks in the amount of $1,657.50 and $1,048.09 respectfully, made payable to Memorial Bone & Joint.

Note that in addition to the enclosed payment, there remains an outstanding charge in the amount of $75.00 (service date 01/03/11). We have spoken to your patient account department and they are sending the undersigned a revised billing statement with the proper "no show" coding. Upon receipt, we will promptly place in line for audit and processing.

Sincerely,

TIDEWATER INC.

Vincent R. Almerico, III

VRA/cho

Enclosure

cc: Cliffe E. Laborde, III – Laborde & Neuner
Missy L. Theriot – Laborde & Neuner
Kurt B. Arnold – Arnold & Itkin



CLIFFE E. LABORDE III
FRANK X. NEUNER, JR. *
JAMES L. PATE
BEN L. MAYEAUX
ROBERT E. TORIAN
JAMES D. HOLLIER
MELISSA L. THERIOT *
KEVIN P. MERCHANT
JENNIE P. PELLEGRIN
BRANDON W. LETULIER
JASON T. REED

PROFESSIONAL LAW CORPORATIONS
* ALSO ADMITTED IN TEXAS

ONE PETROLEUM CENTER
SUITE 200
1001 W. PINHOOK ROAD
P.O. BOX 52828 (70505-2828)
LAFAYETTE, LOUISIANA 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450
www.LN-Law.com

C.E. LABORDE, JR.
(1913-1983)

WILL MONTZ
JEREMY N. MORROW
JED M. MESTAYER
PHILIP H. BOUDREAUX, JR.
CLIFF A. LACOUR
JEFFREY K. COREIL
SARA RODRIGUE
JACLYN BRIDGES
VICTORIA VIATOR

September 13, 2011

**VIA ELECTRONIC TRANSMISSION AND U.S. MAIL**

Mr. Kurt Arnold
Arnold & Itkin LLP
1401 McKinney Street, Suite 2550
Houston, TX 77010

Re: In Re: Deepwater Horizon
Elton Johnson v. BP, et al
E.D.La. MDL No. 2179; Case No. 10-1674
Date of Accident: April 20, 2010
Our File No. 17756

Dear Mr. Arnold:

We received your August 24, 2011 correspondence. The pharmacy charges will be placed in line for payment. Please submit the original Forms CMS-1500 for the Memorial Bone & Joint appointments for May 25, 2011 and July 20, 2011.

With regard to the remaining charges for Memorial Bone & Joint for June 23, 2010, the medical auditor retained by Tidewater advised that the separate charges for special reports/insurance forms and for patient education are not reasonable and necessary costs for medical treatment. Additionally, the charges for special supplies should have been included in the cost of the original procedure, which was previously adjusted and negotiated. Consequently, we do not believe these charges are within Tidewater's maintenance and cure obligation. Should you have an information to the contrary, please forward that information to us.

We have not been provided medical records for the outstanding charges from Counseling Services of S.W. La. Please forward at your earliest convenience, or have your client sign the attached authorization for the release of medical records and return to us.

With regard to the charges for Dr. Blackburn, we have requested an explanation of the reasonableness and necessity of his evaluation, which appears duplicative of the evaluations performed by Dr. Dilkes, Dr. Mielke and Dr. Quillin, particularly since Dr. Blackburn does not appear to be a treating provider, but have received no response. Additionally, while you submitted a copy of a check for $1250, we cannot locate an invoice showing that payment being posted to the account. Please clarify these issues.

With regard to the charges for Dr. Lilly, we have requested but have never received an itemized invoice or billing statement for Dr. Lilly, only a copy of your check to Dr. Lilly. Please provide a bill, preferably the original Form CMS-1500.

Finally, attached is a printout of payments made to Dr. McCann, Dr. Mielke, and the Knoll law firm for amounts owed to Dr. Quillin and Dr. Trahant. Please note that the amount submitted by Dr. McCann was reduced slightly to reflect reasonable charges and negotiated with Dr. McCann.

Thank you very much, and I will look forward to hearing from you.

Sincerely,

Melissa Lutgring Theriot

MLT/mfr

Enclosure

09/02/2011 [illegible] Claim Payments for Selected Claimants by Pay Code Page
[S0061] Pay Codes Selected: 102,103

| S | Claim # | Date of Loss | Soc. Sec. Num | Claimant/ Payee | Area | BUNT | Name/Batch Journal | | Description/ Pay Code Description | Date Paid | Paid From | Paid To | Amount Paid | A S | # of Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 101-9056?C | 04/20/10 | 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 | JOHNSON, [illegible] | 1100 | 3167 | DAMON B. BANKSTON | | | | | | | | |
| | | | | THE NIXON LAW FIRM, LLC | 00914 | | 039916 | 00028258 | 102 MEDICAL | 11/19/10 | 06/01/10 | 06/01/10 | 550.00 | N | 1 |
| | | | | DAVID M. [illegible] M.D. | 00914 | | 039916 | 00023780 | 102 MEDICAL | 11/12/10 | 05/16/10 | 06/15/10 | 305.00 | N | 47 |
| | | | | ARNOLD & ITKIN LLP | 00914 | | 039916 | 00023250 | 102 MEDICAL | 12/13/10 | 06/22/10 | 06/22/10 | 2,271.36 | N | 1 |
| | | | | DAMON C. [illegible] M.D. | 00920 | | 039958 | 00023554 | 102 MEDICAL | 01/07/11 | 04/26/10 | 05/25/10 | 663.44 | Y | 30 |
| | | | | ARNOLD & ITKIN LLP | 00935 | | 039986 | 00013559 | 102 MEDICAL | 05/13/11 | 11/08/10 | 04/06/11 | 5,240.47 | Y | 150 |
| | | | | MEMORIAL BONE & JOIN[illegible] | | | 039912 | 00001313 | 102 MEDICAL | 05/31/11 | 07/21/10 | 07/21/10 | 114.88 | Y | 1 |
| | | | | MEMORIAL BONE & JOIN[illegible] | | | 039912 | 00001315 | 102 MEDICAL | 05/31/11 | 11/10/10 | 11/10/10 | 114.88 | Y | 1 |
| | | | | MEMORIAL BONE & JOIN[illegible] | | | 039912 | 00001316 | 102 MEDICAL | 05/31/11 | 09/03/10 | 09/09/10 | 119.80 | Y | 1 |
| | | | | MEMORIAL BONE & JOIN[illegible] | | | 039912 | 00001309 | 102 MEDICAL | 05/31/11 | 01/26/11 | 01/26/11 | 222.49 | Y | 1 |
| | | | | MEMORIAL BONE & JOIN[illegible] | | | 039912 | 00001310 | 102 MEDICAL | 05/31/11 | 04/06/11 | 04/06/11 | 222.49 | Y | 1 |
| | | | | MEMORIAL BONE & JOIN[illegible] | | | 039912 | 00001311 | 102 MEDICAL | 05/31/11 | 06/23/10 | 06/23/10 | 256.47 | Y | 1 |
| | | | | MEMORIAL BONE & JOIN[illegible] | | | 039912 | 00001314 | 102 MEDICAL | 05/31/11 | 07/21/10 | 07/21/10 | 207.50 | Y | 1 |
| | | | | MEMORIAL BONE & JOIN[illegible] | | | 039912 | 00001312 | 102 MEDICAL | 05/31/11 | 06/25/10 | 06/25/10 | 850.00 | Y | 1 |
| | | | | MEMORIAL BONE & JOIN[illegible] | | | 039912 | 00001312 | 103 MEDICAL | 05/31/11 | 06/28/10 | 06/28/10 | 850.00- | Y | 1 |
| | | | | MEMORIAL BONE & JOIN[illegible] | | | 039912 | 00001314 | 102 MEDICAL | 05/31/11 | 07/21/10 | 07/21/10 | 207.50- | Y | 1 |
| | | | | MEMORIAL BONE & JOIN[illegible] | | | 039912 | 00001311 | 102 MEDICAL | 05/31/11 | 06/23/10 | 06/23/10 | 256.47- | Y | 1 |
| | | | | MEMORIAL BONE & JOIN[illegible] | | | 039912 | 00001309 | 102 MEDICAL | 05/31/11 | 01/26/11 | 01/26/11 | 222.49- | Y | 1 |
| | | | | MEMORIAL BONE & JOIN[illegible] | | | 039912 | 00001310 | 102 MEDICAL | 05/31/11 | 04/06/11 | 04/06/11 | 222.49- | Y | 1 |
| | | | | MEMORIAL BONE & JOIN[illegible] | | | 039912 | 00001313 | 102 MEDICAL | 05/31/11 | 07/21/10 | 07/21/10 | 114.88- | Y | 1 |
| | | | | MEMORIAL BONE & JOIN[illegible] | | | 039912 | 00001315 | 102 MEDICAL | 05/31/11 | 11/10/10 | 11/10/10 | 114.88- | Y | 1 |
| | | | | MEMORIAL BONE & JOIN[illegible] | | | 039912 | 00001316 | 102 MEDICAL | 05/31/11 | 09/04/10 | 09/09/10 | 119.88- | Y | 1 |
| | | | | MEMORIAL BONE & JOIN[illegible] | | | 039912 | 00001311 | 102 MEDICAL | 05/31/11 | 07/21/10 | 07/21/10 | 114.88 | Y | 1 |
| | | | | MEMORIAL BONE & JOIN[illegible] | | | 039912 | 00001315 | 102 MEDICAL | 05/31/11 | 11/10/10 | 11/10/10 | 114.88 | Y | 1 |
| | | | | MEMORIAL BONE & JOIN[illegible] | | | 039912 | 00001316 | 102 MEDICAL | 05/31/11 | 09/04/10 | 09/09/10 | 114.88 | Y | 1 |
| | | | | MEMORIAL BONE & JOIN[illegible] | | | 039912 | 00001309 | 102 MEDICAL | 05/31/11 | 01/26/11 | 01/26/11 | 222.49 | Y | 1 |
| | | | | MEMORIAL BONE & JOIN[illegible] | | | 039912 | 00001310 | 102 MEDICAL | 05/31/11 | 04/06/11 | 04/06/11 | 222.49 | Y | 1 |
| | | | | MEMORIAL BONE & JOIN[illegible] | | | 039912 | 00001311 | 102 MEDICAL | 05/31/11 | 06/23/10 | 06/23/10 | 256.47 | Y | 1 |
| | | | | MEMORIAL BONE & JOIN[illegible] | | | 039912 | 00001314 | 102 MEDICAL | 05/31/11 | 07/21/10 | 07/21/10 | 207.50 | Y | 1 |
| | | | | MEMORIAL BONE & JOIN[illegible] | | | 039912 | 00001312 | 103 MEDICAL | 05/31/11 | 06/23/10 | 06/22/10 | 850.00 | Y | 1 |
| | | | | | | | | | | | | | [illegible] | | 25[illegible] |



Case 4:12-cv-00989 Document 37-2 Filed in TXSD on 06/15/12 Page 13 of 14

September 19, 2011

Mr. Kurt B. Arnold
Arnold & Itkin LLP
1401 McKinney Street
Suite 2550
Houston, TX 77010

Re: Elton Johnson
Our File: 103-0056C

Dear Mr. Arnold:

Please find enclosed, Tidewater's check made payable to Arnold & Itkin LLP in the amount of $186.28, which covers reimbursement for Walgreens Pharmacy.

If you have any questions, please do not hesitate to contact me.

Sincerely,

TIDEWATER INC.

Vincent R. Almerico, III

VRA/cho

Enclosure

cc: Cliffe E. Laborde, III
Melissa L. Theriot

**TIDEWATER INC.**
Pan-American Life Center
601 Poydras Street, Suite 1900
New Orleans, Louisiana 70130-6040
Telephone: (504) 568-1010

Check Date: 09/16/2011 Vendor Number: 0200000495 Check No. 572817

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Taken | Paid Amount |
|---|---|---|---|---|---|
| JOHNSON, ELTON | 07/27/2011 | 00009792 | 186.28 | 0.00 | 186.28 |

| CHECK DATE | CHECK NUMBER | | TOTAL AMOUNT |
|---|---|---|---|
| 09/16/2011 | 572817 | *Please Detach This Portion Before Depositing* | $186.28 |

⑈572817⑈ ⑆021309379⑆ 601883440⑈

