# EXHIBIT "Q"

Case 2:10-md-02179-CJB-DPC   Document 11734-18   Filed 10/25/13   Page 2 of 3
06-15-12;01:29PM;                                          ;318 346 4125              #  2/  3
Case 4:12-cv-00989   Document 36-3   Filed in TXSD on 06/15/12   Page 2 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Elton Johnson § | |
| § | CASE NO. 4:12-cv-989 |
| Plaintiff, § | |
| § | |
| v. § | JURY DEMANDED |
| § | |
| BP Exploration and Production Inc.; BP, § | |
| p.l.c.; BP Products North America Inc.; § | |
| and BP Corporation North America, Inc.; § | |
| § | |
| Defendants. § | |

### AFFIDAVIT OF ELTON JOHNSON

Elton Johnson, after first being duly sworn upon his oath, makes this affidavit and states the following:

1. My name is Elton Johnson. I am over the age of twenty-one (21) years, am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this affidavit, and each of the facts and statements is true and correct.

2. I was injured as a result of the *Deepwater Horizon* explosion and sued BP and Tidewater. I agreed to settle my case for $2,698,095. When I agreed to this, I understood that I was completely giving up any right I had to receive any more money from anyone as a result of my injuries, the explosion, or the events that followed. I understood that I was giving up my right to sue anyone else as well.

FURTHER, AFFIANT SAITH NOT.

_____
Elton Johnson

Case 2:10-md-02179-CJB-DPC   Document 11734-18   Filed 10/25/13   Page 3 of 3
06-15-12;01:29PM;                                                      ;318 346 4125           #  3/  3
Case 4:12-cv-00989   Document 36-3   Filed in TXSD on 06/15/12   Page 3 of 3

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, by Elton Johnson, on this _/5_ day of June 2012, to certify which witness my official hand and seal of office.

_____Charlene Lyles_____ #19729
Notary Public in and for the State of Louisiana

Charlene Lyles
Notary Public
Caldwell Parish State LA
Exp. Deputy # 19729

My Commission Expires: