# EXHIBIT "S"

Filed 12 March 30 P12:38
Chris Daniel - District Clerk
Harris County
ED101J016805474
By: corey hale

CAUSE NO. 2010-73622

| | | |
|---|---|---|
| ROBERT YOUNG, | § | IN DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| BP EXPLORATION & PRODUCTION INC., ET AL. | § § § | |
| | § | |
| Defendants. | § | 234TH JUDICIAL DISTRICT |

## DEFENDANT'S ORIGINAL ANSWER TO INTERVENOR'S ORIGINAL PETITION

Defendant BP Exploration & Production Inc. ("Defendant") files this Original Answer in response to the Original Petition in Intervention filed by Elton J. Johnson.

Defendant asserts a general denial as authorized by Rule 92 of the Texas Rules of Civil Procedure.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that upon final hearing the Court enter judgment that Intervenor takes nothing and that Defendant be awarded its costs of court and such other and further relief to which it may be justly entitled.

HOU:3205445.1

Respectfully submitted,

ANDREWS KURTH LLP

By: /s/ Thomas W. Taylor (by permission)
Thomas W. Taylor
State Bar No. 19723875
600 Travis, Suite 4200
Houston, Texas 77002
(713) 220-4200
(713) 220-4285 FAX
ttaylor@andrewskurth.com

J. Andrew Langan, P.C.
Texas Bar No. 24066576
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Phone: 312.862.2000
Fax: 312.862.2200
andrew.langan@kirkland.com

ATTORNEYS FOR DEFENDANT
BP EXPLORATION & PRODUCTION INC.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to counsel of record pursuant to the Texas Rules of Civil Procedure on this 30th day of March, 2012.

| | |
|---|---|
| Frank A. Piccolo<br>Edwin G. Preis, Jr.<br>Richard Hymel<br>Robert Kallam<br>Kevin T. Dossett<br>Preis & Roy, APLC<br>Weslayan Tower<br>24 Greenway Plaza, Suite 2050<br>Houston, TX 77046 | Donald E. Godwin<br>Bruce W. Bowman, Jr.<br>Jenny L. Martinez<br>Floyd R. Hartley, Jr.<br>Godwin Ronquillo PC<br>1201 Elm Street, Suite 1700<br>Dallas, Texas 75270-2041 |
| R. Alan York<br>Jerry C. von Sternberg<br>Misty Hataway-Cone<br>Godwin Ronquillo PC<br>1331 Lamar, Suite 1665<br>Houston, Texas 77010 | Kurt B. Arnold<br>Jason Itkin<br>Cory Itkin<br>Arnold & Itkin, LLP<br>1401 McKinney Street, Suite 2550<br>Houston, Texas 77010 |
| David Beck<br>David W. Jones<br>Alex B. Roberts<br>Beck Redden & Secrest, LLP<br>1221 McKinney Street<br>Suite 4500<br>Houston, Texas 77010 | Christopher S. Mann<br>Norman F. Anseman, III<br>Jones, Walker, Waechter, Poitevent,<br>Carrere & Denegre, L.L.P.<br>600 Jefferson Street, Suite 1600<br>Lafayette, LA 70501 |

*Georgia L. Lucier*
Georgia L. Lucier