# EXHIBIT "T"

| Johnson, Mr. Elton | Case Type: PIDEEPWA | DOI: 4/20/2010 | LIM Date: Not Set |
|---|---|---|---|
| Case #: 217361 ( ) | Class: SET | Assigned: JIERICKS | Date Opened: 6/21/2010 |

6/15/2012  03:56 PM                                                                                                           Page 1 of 2

## Case Note - Page 153 of 321

**Date:** 05/09/2011  12:33 PM   **Staff:** JIERICKS                  **Topic:** Demand

From: Jill Erickson
To: ttaylor@andrewskurth.com
CC: Kurt Arnold; Jason Itkin; Cory Itkin; Paul Skrabanek; Kristina McDonald; Monica Veer
Subject: Johnson, Elton - Updated Records #2
Date Sent: 5/9/2011 12:33:32 PM

Thomas W. Taylor

Andrews Kurth LLP

600 Travis Street, Suite 4200

Houston, Texas 77002


Dear Tom:


We have updated the portal that has the relevant reports, medical records and medical billing to date. To access the updated information, please log onto the same ftp site and utilize the same Username/Password. See below for specific information. Click on the icon: "JohnsonE Updated Records - 2" and it will download to your computer.


If you have any questions, please do not hesitate to give me a call.


Sincerely,




Kurt B. Arnold

Arnold & Itkin LLP

5 Houston Center

1401 McKinney Street

Suite 2550

Houston, TX 77010

713.222.3800

713.222.3850 (fax)

karnold@arnolditkin.com <blocked::mailto:karnold@arnolditkin.com>


Download Information for Thomas W. Taylor

| | | | |
|---|---|---|---|
| Johnson, Mr. Elton | Case Type: PIDEEPWA | DOI: 4/20/2010 | LIM Date: Not Set |
| Case #: 217361 ( ) | Class: SET | Assigned: JIERICKS | Date Opened: 6/21/2010 |

6/15/2012  03:56 PM

Page 2 of 2

### Case Note - Page 153 of 321

Please take notice that this email/download contains confidential and/or privileged information and communications protected by the attorney-work product privilege and/or the attorney client privilege. This email is intended to be reviewed only by those individuals to whom the email/download is addressed. If you have received this email by error, please notify Arnold & Itkin, LLP immediately. Please do not copy, re-produce, disclose, distribute, and/or disseminate this email/download, or any attachments, to anyone. Thank you for your cooperation.

Click or type the link below into your Internet browser and then follow the prompts to enter your username/password.

ftp://ftp.trialassist.net <ftp://ftp.trialassist.net/>

Username: tt-johnsone (lowercase)

Password: tt! (lowercase)

Once you are connected, you will see a folder named "JohnsonE Updated Records - 2". Copy this folder to your desktop by dragging and dropping it to your desk top. This will not take long as they are PDFs and no videos are included. After you save it to your desktop, open the "JohnsonE Updated Records - 2" folder.

If you are using Windows Explorer to access the ftp site, you may receive the following prompt:

FTP root at ftp.trialassist.net <ftp://ftp.trialassist.net/>

To view this FTP site in Windows Explorer, click Page, and then click Open FTP Site in Windows Explorer.   To the right/top of your screen, you will see your "home" button and a "Page" button. Click the page button dropdown arrow. Choose Open FTP Site in Windows Explorer. When you do this, it may prompt you to add username and password again. Some computers do this…others do not. If so, enter it again. You will then see the "JohnsonE Updated Records 2" folder in Windows Explorer and you can proceed with process above.

For any technical assistance concerning the download of this Updated Records 2 file, you may contact my Technical Support: Mary Markert, Trial Assist, 713-819-9988, support@trialassist.net <mailto:support@trialassist.net> or mmarkert@trialassist.net <mailto:mmarkert@trialassist.net> .

Attachments:  att69656.gif

## ARNOLD & ITKIN LLP
A REGISTERED LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
1401 MCKINNEY STREET, SUITE 2550
HOUSTON, TEXAS 77010
(713) 222-3800
(713) 222-3850 (FAX)
www.arnolditkin.com

April 13, 2011

*Via Federal Express Delivery*
Gulf Coast Claims Facility
Kenneth R. Feinberg, Administrator
5151 Blazer Parkway, Suite A
Dublin, Ohio 43017

  Re: Claimant's Name:  Elton Johnson
     Claimant's ID Number: 0003495033

Dear Mr. Feinberg:

  Enclosed are additional medical records to be attached to Mr. Johnson's claim as supporting documentation.

              Sincerely,

              Jill Erickson
              *Sr. Paralegal to Kurt B. Arnold*

JE:mv
Enclosures

cc: *Via Federal Express Delivery*
  Mary Pat Fox
  Feinberg Rozen, LLP
  The Willard Office Building
  1455 Pennsylvania Avenue, NW
  Suite 390
  Washington, DC 20004-1008

## Jill Erickson

| | |
|---|---|
| **From:** | Jill Erickson |
| **Sent:** | Wednesday, July 13, 2011 1:32 PM |
| **To:** | 'info@gccf-claims.com'; 'Mary Pat Fox'; 'mkrozen@feinbergrozen.com' |
| **Cc:** | Kurt Arnold; Jason Itkin |
| **Subject:** | Johnson, Elton - Claimant ID No. 0003495033 |
| **Attachments:** | GCCF - Doc Submission Coverpage.PDF; Medical Billing 07.12.11.PDF; Cupic_s Follow Up Visit 05.25.11.PDF; DL, W2s, Diploma & Training Certificates.PDF; S60BW-111062816220.pdf; S60BW-111062816220.pdf |

Attached are the following documents regarding Elton Johnson:

Updated past medical expense chart and documentation totaling $30,489.72;
Follow-Up Visit Report from Zoran Cupic, MD, dated 5.25.11;
Mr. Johnson's driver's license;
Mr. Johnson's 2010 W-2s;
Mr. Johnson's 2009 W-2s;
Mr. Johnson's high school diploma and training certificates;
Smooth Master Log for the PSV Damon B. Bankston dated April 20, 2010

Please let me know if you need any further information or documentation.

**Jill Erickson**
*Sr. Paralegal to Kurt B. Arnold*
Arnold & Itkin LLP
1401 McKinney, Suite 2550
Houston, Texas 77010
713.222.3800 | 713.222.3850 fax

jerickson@arnolditkin.com | www.arnolditkin.com

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS A PRIVILEGED ATTORNEY CLIENT COMMUNICATION, WORK PRODUCT AND/OR CONFIDENTIAL COMMUNICATION. THIS INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY IT IS ADDRESSED TO. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

**ARNOLD & ITKIN LLP**
A REGISTERED LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
1401 MCKINNEY STREET, SUITE 2550
HOUSTON, TEXAS 77010
(713) 222-3800
(713) 222-3850 (FAX)
www.arnolditkin.com

October 4, 2010

<u>Via CMRRR # 7009 2250 0001 7208 5062</u>
Cliff A. LaCour
Laborde & Neuner
1001 W. Pinhook Road, Suite 200
Lafayette, Louisiana 70503

    Re:   Tidewater Employee:    Elton Johnson
             DOA:                       April 20, 2010

Dear Mr. LaCour:

    As an American Seaman, Elton Johnson is entitled to payment of his ongoing medical expenses related to the injuries he sustained on April 20, 2010, while aboard the Deepwater Horizon. Mr. Johnson is not at maximum medical improvement and needs further medical treatment as evidenced by the medical reports which are attached.

    We submit the following bills for payment under Tidewater's maintenance and cure obligations to Mr. Johnson:

Darron McCann, MD                                     $ 720.73
*$720.73 payable to Darron McCann, MD for balance due.*

David H. Mielke, MD                                      $ 785.00
*$785.00 payable to David H. Mielke for balance due.*

James W. Quillin, PhD                                   $ 581.00
*$200.00 payable to Knoll Law Firm for amount previously paid; and*
*$381.00 payable to Arnold & Itkin LLP for amount previously paid.*

Lemoine Therapy Services of CENLA           $1,298.00
*$1,298.00 payable to Arnold & Itkin LLP for amount previously paid.*

Daniel J. Trahant, MD                                    $ 350.00
*$350.00 payable to Knoll Law Firm for amount previously paid.*

Walgreens Pharmacy                                      $ 507.46
*$507.46 payable to Arnold & Itkin LLP for amount previously paid.*

Ralph B. Lilly, MD                                         $4,000.00
*$4,000.00 payable to Arnold & Itkin LLP for amount previously paid.*

Cliff A. LaCour
October 4, 2010
Page 2

| | |
|---|---|
| ACI Hearing & Balance Center, Inc. | $ 185.00 |

*$185.00 payable to Arnold & Itkin LLP for amount previously paid.*

| | |
|---|---|
| Counseling Services of SWLa | $3,745.00 |

*$190.00 payable to Arnold & Itkin LLP for amount previously paid; and $3,555.00 payable to Counseling Service of SWLa for balance due.*

| | |
|---|---|
| James H. Blackburn, M.D. | $1,250.00 |

*$1,250.00 payable to Arnold & Itkin LLP for amount previously paid.*

Please advise me in writing if Tidewater does not intend to honor its cure obligations to Mr. Johnson.

Sincerely,

*/s/ Kurt B. Arnold*

Kurt B. Arnold

KBA:je
Enclosures