UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION "J" |
| THIS DOCUMENT RELATES TO: | * * | |
| *No. 2:13-cv-05804-CJB-SS; Elton Johnson v. BP Exploration and Production, Inc, et al* | * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

The Court has considered Plaintiff Elton Johnson's Motion to Enforce Settlement Agreement With BP, all responsive briefing, and/or the arguments of counsel and is of the opinion that Plaintiff's motion is meritorious. It is therefore **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED,** and **DECREED** that BP shall deliver settlement funds to Elton Johnson's counsel in the amount of $2,698,095 within seven (7) days from the entry of this order. BP shall also pay interest in the amount of 5% simple interest on this amount accruing from the date of October 10, 2011.

New Orleans, Louisiana this _____ day of _____, 2013.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE