**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL NO. 2179** |
| | * | **SECTION J** |
| **This document relates to all actions.** | * | |
| | * | **Honorable CARL J. BARBIER** |
| | * | **Magistrate Judge SHUSHAN** |

**NOTICE OF FILING**

**PLEASE TAKE NOTICE** that BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. hereby file into the record the following letters that BP sent to the Claims Administrator in light of this Court's order of October 18, 2013 (Rec. Doc. 11697):

| **Exhibit No.** | **Original Submission Date** | **Document** |
|---|---|---|
| 1 | Oct. 23, 2013 | Letter from George H. Brown to Patrick Juneau re: Development of Criteria for Sufficiently-Matched Accrual Basis Accounting for BEL Claims |
| 2 | Oct. 25, 2013 | Letter from George H. Brown to Patrick Juneau re: Response to Class Counsel's October 23 Letter re BP's Suggestions to Meet Concerning BEL Criteria |

October 25, 2013

Respectfully submitted,

/s/ Kevin M. Downey
Kevin M. Downey
F. Lane Heard III
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Telephone: (202) 434-5000
Telefax: (202) 434-5029

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kevin T. Van Wart, P.C.
Wendy L. Bloom
Jeffrey J. Zeiger
R. Chris Heck
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telefax: (312) 862-2200

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Telefax: (202) 879-5200

/s/ Don K. Haycraft
S. Gene Fendler (Bar #05510)
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

James J. Neath
Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX 77079
Telephone: (281) 366-2000
Telefax: (312) 862-2200

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Telefax: (202) 942-5999

Jeffrey Lennard
Keith Moskowitz
DENTONS US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606
Telephone: (312) 876-8000
Telefax: (312) 876-7934

***OF COUNSEL***

Robert C. “Mike” Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 662-5985
Telefax: (202) 662-6291

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP P.L.C.***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of October, 2013.

/s/ Don K. Haycraft
Don K. Haycraft