IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| This document relates to: *All Actions*. | * * | Honorable CARL J. BARBIER |
| | * * | Magistrate Judge SHUSHAN |
| | * * | |

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al., individually and on behalf of themselves and all others similarly situated, | * * * | Civil Action No. 12-970 |
| Plaintiffs, | * * | SECTION J |
| v. | * * | Honorable CARL J. BARBIER |
| BP Exploration & Production Inc.; BP America Production Company; BP p.l.c., | * * * | Magistrate Judge SHUSHAN |
| Defendants. | * * * * | |

**CLASS COUNSEL'S SUPPLEMENTAL NOTICE OF FILING
RELATING TO THE REMAND ON BEL ISSUES**

NOW INTO COURT, through Co-Lead Class Counsel, come Class Counsel for the Economic & Property Damages Settlement Class, and, as a supplement to Class Counsel's Notice of Filing [Doc 11728], respectfully file into the record Class Counsel's additional submission associated with the Court's consideration of the issues remanded by the U.S. Fifth

Circuit Court of Appeals in its decision of October 2, 2013 in No. 13-30315 ("the BEL Decision")[1]**:**

1. SUPPLEMENTAL DECLARATION OF W. ALLEN CARROLL, dated October 24, 2013.[2],[3]

This 26th day of October, 2013.

Respectfully submitted,

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

# CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Notice, together with the Exhibit, will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of October, 2013.

/s/  Stephen J. Herman and James Parkerson Roy

---

[1] DOC 00512394834.

[2] Class Counsel also provided the Claims Administrator with the original Declaration of Allen Carroll (Jan. 16, 2013) [Doc 8963-77], and the Supplemental Declaration of Allen Carroll (Feb. 18, 2013) [Doc 8963-87].

[3] BP Counsel's Letter of October 23, 2013, to which Class Counsel's Memorandum of October 23, 2013 [Doc 11728-7] and this Supplemental Declaration respond, was filed into the record by BP as DOC 11739-1.