UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

MDL No. 2179

SECTION: J
JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

**SUPPLEMENTAL DECLARATION OF W. ALLEN CARROLL, JR.**

My name is Allen Carroll and I am familiar with the compensation formulas agreed to and approved in the Deepwater Horizon Settlement Program. I previously submitted declarations to the Court which included my qualifications.

In Mr. Brown's letter to the Administrator, BP asserts:

"Revenues are attributable to the period in which the revenues are earned, based upon identifiable earnings activities and revenue drivers that are appropriate based on the industry and business cycle for major categories of claimants. " Brown letter, October 23, 2013 at 3. Brown cites no support for this statement. BP's concept of reengineering revenues is the equivalent of abandoning well-established generally accepted accounting principles (GAAP) regarding revenue recognition. An industry specific approach that abandons GAAP is unnecessary and dangerous.

For the vast majority of claimants, moving revenue as BP is proposing will be problematic and will not produce a more accurate assessment of damages. Cash basis claimants book revenue when the cash is received. Under accrual principles, revenue should not be recognized until it is realized or realizable and earned. Concepts Statement 5[1], Recognition and Measurement in Financial Statements of Business Enterprises, paragraph 83(b) states that "an entity's revenue-earning activities involve delivering or producing goods, rendering services, or other activities that constitute its ongoing major or central operations, and revenues are considered to have been earned when the entity has substantially accomplished what it must do to be entitled to the benefits represented by the revenues." [footnote reference omitted]. Paragraph 84(a) of Statement 5 continues "the two conditions (being realized or realizable and being earned) are

---

[1] Brown cites to Statement of Financial Concepts No. 6 (Statement 6) in his letter but neglects to point out Statement 6 does not address revenue recognition. Footnote 41 to Statement 6 says: "Timing of recognition of revenues—including existing recognition procedures, which usually recognize revenues when goods are delivered or services are performed but may sometimes recognize them when cash is received, when production is completed, or as production progresses—is a subject of Concepts Statement 5. This Statement contains no conclusions about recognition of revenues or of any other elements."

usually met by the time product or merchandise is delivered or services are rendered to customers, and revenues from manufacturing and selling activities and gains and losses from sales of other assets are commonly recognized at time of sale (usually meaning delivery)." [footnote reference omitted].

As explained in the accounting textbook BP's experts relied on in earlier declarations:

> A company realizes revenues when it exchanges products (goods or services), merchandise, or other assets for cash or claims to cash. Revenues are realizable when assets received or held are readily convertible into cash or claims to cash. Assets are readily convertible when they are salable or interchangeable in an active market at readily determinable prices without significant additional cost.
>
> In addition to the first test (realized or realizable), a company delays recognition of revenues until earned. Revenues are considered earned when the company substantially accomplishes what it must do to be entitled to the benefits represented by the revenues. Generally, an objective test, such as a sale, indicates the point at which a company recognizes revenue. The sale provides an objective and verifiable measure of revenue-the sales price. Any basis for revenue recognition short of actual sale opens the door to wide variations in practice. **Recognition at the time of sale provides a uniform and reasonable test**.

Kieso, Weygandt & Warfield, *Intermediate Accounting* 14th Ed at 60. (emphasis in original).

It is because of this potential for a wide variation in reporting of revenues that generally accepted accounting principles provide the above referenced guidance on recognizing revenues; the guidance BP is abandoning.

For the vast majority of claimants, the revenue recognition principles will be basically the same in practice under both cash and accrual methods. Hotels, restaurants, retail businesses, and many service providers would recognize revenue in the same period under both recognition methods. These claimants would receive cash at the time of sale, and would recognize revenue in that period. Businesses that invoice their customers and are paid later would recognize revenue based on the date of the sale. However, without the documentation to establish the date for each sale, conversion of the revenue to an accrual type date would be artificial and would not lead to more accurate results. Moving revenues creates a significant risk of distorting economic reality if recognition is not based on generally accepted accounting principles.

Even though anomalies can occur, starting with revenues as reflected on the claimants monthly P&Ls provides an objective basis for the loss calculation. The subjective argument that BP and its experts are now proposing, that revenues should be moved using some undefined methodology, adds an unacceptable level of uncertainty which is not grounded in generally accepted accounting principles.

I declare under penalty of perjury that the foregoing is true and correct.

_W. Ally Cumin Jr._