UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

[Regarding Motions for Leave to File Complaint in Intervention
(Rec. docs. 10311 and 10918)]

In accord with the order of the Court, the movers for leave to file complaints in intervention presented certificates demonstrating that there is no opposition to their motions for leave.

IT IS ORDERED that the motions for leave to file complaints in Intervention (Rec. docs. 10311 and 10918) are GRANTED.

New Orleans, Louisiana, this 28th day of October, 2013.

SALLY SHUSHAN
United States Magistrate Judge