UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10,2010 | MDL No. | 2179 |
| | | Section : | J |

This Document Relates to:　　　　　　　　　Judge Barbier
2:10-cv-08888-CJB-SS　　　　　　　　　　　Magistrate Shushan

_____

**MOTION TO WITHDRAW AS COUNSEL**

COME NOW the law firm of DOMENGEAUX, WRIGHT, ROY & EDWARDS, LLC pursuant to Local Rule 83.2.11 and moves this Court for an order allowing their withdrawal as counsel of record for only those plaintiffs listed in Attachment "A" and as grounds would state:

1.　　The Plaintiffs listed in Attachment "A" and the movants have terminated their relationship.

2.　　The Plaintiffs listed in Attachment "A" have been made aware of applicable deadlines and applicable pending court appearances.

3.　　All Plaintiffs will remain in the litigation.

4.　　This motion is made in good faith and will not prejudice any party.

WHEREFORE, the undersigned counsel, both individually and on behalf of his respective law firm moves this court for an order allowing them to withdraw as counsel of record for only those Plaintiffs set forth in Attachment "A" in the above-captioned case.

RESPECTFULLY SUBMITTED on this 28th day of October, 2013.

                                **DOMENGEAUX WRIGHT ROY & EDWARDS**

                                _s/Brian C. Colomb_
                              **BRIAN C. COLOMB (#25625)**
                              556 Jefferson Street, Suite 500
                              Post Office Box 2626
                              Lafayette, Louisiana 70502
                              Telephone: (337)233-3033
                              Fax: (337) 232-8213
                              Brianc@wrightroy.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order Number 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of October, 2013.

I FURTHER CERTIFY that the Plaintiffs have been made aware of applicable deadlines and applicable pending court appearances, and that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served by certified mail and pursuant to Local Rule 83.2.11 on those individuals listed in Attachment "A" attached hereto on this 28th day of October, 2013.

**DOMENGEAUX WRIGHT ROY & EDWARDS**

  s/Brian C. Colomb
**BRIAN C. COLOMB (#25625)**
556 Jefferson Street, Suite 500
Post Office Box 2626
Lafayette, Louisiana 70502
Telephone: (337)233-3033
Fax: (337) 232-8213
Brianc@wrightroy.com