UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10,2010 | MDL No.  2179 |
| | | Section :  J |

This Document Relates to:                     Judge Barbier
2:10-cv-08888-CJB-SS                           Magistrate Shushan

_____

ATTACHMENT "A"

| Plaintiff | Present Address | Telephone Number |
|-----------|-----------------|------------------|
| 1. A.B. Dock Services, Inc. | 1910 W. Summers Dr.<br>Abbeville, LA 70510<br>"Doc. No. 131044" | (337) 898-9166 |
| 2. Wilmer Landry | 334 Alley St.<br>Abbeville, LA 70510<br>"Doc. No. 61826" | (337) 255-7768 |
| 3. Le-Cajun Cones | 1921 Ridge Rd.<br>Duson, LA 70529<br>"Doc. No. 69018" | (337) 456-5555 |
| 4. Fluid Technology Service, Int'l, LLC | 2751 W. Willow St.<br>Scott, LA 70583<br>"Doc. No. 44716" | (337) 291-9952 |