MINUTE ENTRY
SHUSHAN, M.J.
OCTOBER 28, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases and*  *12-970 and 12-968* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

A telephone conference was held this date.

Participating: Darrell Palmer, counsel for James H. Kirby, IV;
Steve Herman, counsel for PSC; and
Andrew Bloomer, counsel for BP.

There was a telephone discovery conference concerning the scope of the deposition examination of James H. Kirby. Counsel for Mr. Kirby urged that any examination on Fed. R. Civ. P. 11 issues should be deferred until after there is a ruling on whether the PSC may proceed with its Rule 11 motion and the examination should be limited to the standing issue.

The Court responded that it is more efficient for the deposition to proceed on both issues. Any objection to a line of questioning shall be made as a continuing deposition. Pursuant to Rule 30(c)(2), Mr. Kirby may be instructed not to answer only when necessary to preserve a privilege.

This order applies to the depositions of any of the other medical class action objectors.

SALLY SHUSHAN
**United States Magistrate Judge**

MJSTAR  00:15