UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | \* | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | \* | |
| **of Mexico on April 20, 2010** | \* | SECTION "J" |
| | \* | JUDGE BARBIER |
| **This Document Relates to:** | \* | |
| *Nos. 10-2771, 10-04536, 10-2179* | \* | MAGISTRATE NO. 1 |
| | \* | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Anadarko's Motion to Withdraw Michael B. Wigmore as Counsel of Record:

**IT IS HEREBY ORDERED** that Anadarko's Motion is granted, and it is further

**ORDERED** that all other counsel of record for Anadarko will remain.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE