UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the
Gulf of Mexico, on
April 20, 2010

This Document Relates to: 2:13-cv-01786

MDL No. 2179

SECTION: J

Judge Barbier
Mag. Judge Shushan

## MOTION FOR LEAVE TO AMEND COMPLAINT FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Mohawk Traveler Transportation, LLC, who respectfully moves this Honorable Court to allow it to amend its Complaint for Damages for the following reasons:

The Prayer for Relief in the original Complaint inadvertently named "Superior Anode" as the Plaintiff. The Prayer should have read, "WHEREFORE, Plaintiff, Mohawk Traveler Transportation, LLC, demands judgment against Defendants..." An Amended Complaint for Damages is attached as Exhibit A.

**WHEREFORE,** the Plaintiff, Mohawk Traveler Transportation, LLC, prays that this Honorable Court allow it to amend its Complaint for Damages according the attached Amended Complaint.

Respectfully Submitted,
**THE DERBES LAW FIRM, L.L.C.**

/s/ *Eric J. Derbes*
ERIC J. DERBES (23464)
Frederick L. Bunol (29111)
3027 Ridgelake Drive
Metairie, Louisiana 70002
Phone: (504) 837-1230
Facsimile: (504) 832-0325
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing Motion for Leave to Amend Complaint for Damages has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2179, on this 29th day of October, 2013.

                                                              */s/ Eric J. Derbes*
                                                              **ERIC J. DERBES**