UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the
Gulf of Mexico, on
April 20, 2010

This Document Relates to: 2:13-cv-01786

MDL No. 2179

SECTION: J

Judge Barbier
Mag. Judge Shushan

## ORDER

Considering the foregoing Motion for Leave to Amend Complaint for Damages,

**IT IS HEREBY ORDERED** that the Plaintiff's original Complaint for Damages filed on April 19, 2013, be, and hereby is, amended according to Exhibit A attached to the Motion for Leave to Amend Complaint for Damages.

New Orleans, Louisiana, this ____ day of _____, 2013.

_____
**JUDGE, Eastern District of Louisiana**