UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to: 2:13-cv-01786 | Judge Barbier<br>Mag. Judge Shushan |

### AMENDED COMPLAINT FOR DAMAGES

**NOW COMES PLAINTIFF,** Mohawk Traveler Transportation, LLC, through undersigned counsel, who requests that the Complaint for Damages be amended as follows:

The Prayer for Relief should be amended to read:

WHEREFORE, Plaintiff, Mohawk Traveler Transportation, LLC, demands judgment against Defendants, jointly, severally, and *in solido,* as follows:

a. Economic and compensatory damages in amounts to be determined at trial;
b. Pre-judgment and post-judgment interest at the maximum rate allowable by law;
c. Reasonable claims preparation expenses;
d. Costs of litigation;
e. Punitive damages; and
f. Such other and further relief available under all applicable state and federal laws and any relief the Court deems just and appropriate.

Respectfully submitted,
THE DERBES LAW FIRM, L.L.C.

_____
ERIC J. DERBES (23464)
Frederick L. Bunol (29111)
3027 Ridgelake Drive
Metairie, Louisiana 70002
Phone: (504) 837-1230
Facsimile: (504) 832-0325
*Attorneys for Plaintiff*



EXHIBIT A