IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | MDL NO. 2179 <br> SECTION J |
| **This document relates to all actions.** | * * * * * | HONORABLE CARL J. BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

## Order Appointing Court-Designated Neutrals in BEL

This Court apppoints Daniel J. Balhoff and Randi S. Ellis as Court-Designated Neutrals for the purposes of investigating and resolving issues surrounding the Business Economic Loss (BEL) Program. The Court-Designated Neutrals shall have the power and authority to engage in ex parte communications with all parties, the Claims Administrator, and the Court. The Court-Designated Neutrals shall have the authority to require participation of the parties at meetings as deemed appropriate and shall report to the Court concerning any and all progress.

IT IS HEREBY ORDERED that Daniel J. Balhoff and Randi S. Ellis are appointed Court-Designated Neutrals over the Business Economic Loss (BEL) Program until further Order of the Court.

New Orleans, Louisiana this 30th day of October, 2013.

_____
Carl J. Barbier
United States District Judge