IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to: | * | HONORABLE CARL J. BARBIER |
| Civil Action Nos. 12-968 and 12-970 | * * | MAGISTRATE JUDGE SHUSHAN |

MOTION FOR ORDER REVOKING EXCLUSION FROM SETTLEMENT CLASS

Comes Now SLAWOMIR J SMEKTALA, Claim Number 1000013-01, and hereby respectfully moves this honorable Court for an Order revoking the Claimant's exclusion from the settlement class. As grounds therefore, the Claimant states as follows:

1. The Court, in its January 15, 2013 Order [Directing Claims Administrator to Send Letters Regarding Requests To Revoke Exclusion (Opt-Out) Requests] provides that revocation requests may be accepted after the deadline at the "sole and unilateral discretion" of the BP Parties **or** by order of the Court upon a showing of good cause.

2. I believe that I have good cause for requesting the revocation at this time.

3. I was unreasonably prevented from revoking my Exclusion from the class due to the Claims Program's repeated and overly extensive delays in responding to my claim information submissions, and which delays finally culminated in an improper claim denial dated March 28, 2013...coming well beyond the December deadline.

4. The length of the delays between the Program's responses to my submittals was excessive and were: from submittal of documents in June, 2012 to a response in August, 2012; from submittal in August to response in September, 2012, and most improperly and importantly here, from submittals in September, 2012 until a the next response by the Program in March, 2013...six months!

TENDERED FOR FILING

OCT 28 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



That last delay wholly prevented me from making any meaningful decision in this matter until well after the December 15, 2012 deadline. Copies of correspondence are attached hereto.

5. On August 16, 2013 I was finally notified by Deepwater Horizon Claims Center Economic & Property Damages, that my request to revoke my exclusion from the settlement class was being denied.

6. ~~The denial of my request was improper and clearly was made in bad faith by the~~ claims administrator reviewing my file.

I believe good cause has been shown why an order should issue from this Court revoking my prior election to be excluded from the settlement class and respectfully request the Court for said relief and Order.

Respectfully Submitted,

SLAWOMIR J SMEKTALA
775 Wildflower Drive
Palm Harbor FL 34683
Phone: 727-560-7675
Email: smektala1@gmail.com

**DEEPWATER HORIZON**
**CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

DWH0341488016

August 16, 2013

Slawomir J Smektala
775 Wildflower Dr.
Palm Harbor, FL 34683

Re:   **BP Denial of Late Opt-Out Revocation Request**

Dear Slawomir J Smektala:

We have received a request to revoke Slawomir J Smektala's request to opt out of the Economic & Property Damages Settlement Class. The revocation request was postmarked on 4/11/2013.

The deadline to revoke requests for exclusion ("opt-out requests") from the Economic & Property Damages Settlement Class was December 15, 2012. Section 8.2.5 of the Settlement Agreement, however, gives BP the sole and unilateral discretion to agree to revocation requests submitted after the deadline. It also permits the Court to order acceptance of a revocation request if there is a showing of good cause.

Pursuant to the terms of the Settlement Agreement, BP has reviewed your late revocation request and does not agree to the revocation. Please note that this denial means that your opt-out request is still effective and you are not a member of the Settlement Class.

**If you are represented by an attorney, you may wish to consult with your attorney about this letter. If you are not represented by an attorney and have questions about this letter, or if you believe that you have received this letter in error, please** call the Claims Administrator at 1-866-992-6174.

Sincerely,

Deepwater Horizon Claims Center
Economic & Property Damages

TOLL FREE: 1-866-992-6174   |   TTY: 1-888-584-7624   |   www.deepwaterhorizoneconomicsettlement.com

**Slawomir Jerry Smektala**
775 Wildflower Drive
Palm Harbor FL 34683

April 8, 2013

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

*My copy*

Attn: Claims Administrator

RE: Claim Number: 1000014-01, Request to Revoke Exclusion (Opt Out) after Dec. 15, 2012 deadline

Dear Claims Administrator:

I am writing to revoke my prior request for Exclusion from the settlement class in the case of *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.*

I realize that this request occurs after the December 15, 2012 deadline, but according to the Court's January15th, 2013 ORDER, [Directing Claims Administrator to Send Letters Regarding Requests To Revoke Exclusion (Opt-Out) Requests], the Economic and Property Damages Settlement Agreement provides that revocation requests may be accepted after the deadline at the "sole and unilateral discretion" of the BP Parties or by order of the Court upon a showing of good cause.

I believe that I have good cause for requesting the revocation at this time, and if need be, good cause could be shown to the Court that I was unreasonably prevented from revoking my Exclusion from the class due to the Claims Program's repeated and overly extensive delays in responding to my claim information submissions, and which delays finally culminated in an improper claim denial dated March 28, 2013...coming well beyond the December deadline.

The length of the delays between the Program's responses to my submittals was excessive and were: from submittal of documents in June, 2012 to a response in August, 2012; from submittal in August to response in September, 2012, and most improperly and importantly here, from submittals in September, 2012 until a the next response by the Program in March, 2013...six months! That last delay wholly prevented me from making any meaningful decision in this matter until well after the December 15, 2012 deadline.

Due to the foregoing good cause shown, I ask that you approve the revocation without necessity that I move the Court for the requested relief I am requesting.

Please advise within ten days of the date of this letter as to your decision in this matter or I will assume that it will be necessary to move the Court for the relief requested and will retain counsel to bring that motion.

Thank you for your immediate attention to this matter,

Sincerely,

**Slawomir (Jerry) Smektala**

**DEEPWATER HORIZON
CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

DWH0329539653

Slawomir J Smektala
775 Wildflower Dr.
Palm Harbor, FL 34683

November 27, 2012

**Re:   Extended Deadline to Revoke Opt Out Request By Slawomir J Smektala**

Dear Slawomir J Smektala:

On November 16, 2012, the Court issued an Order extending the deadline to revoke requests for exclusion ("opt out requests") from the Economic & Property Damages Settlement Class to December 15, 2012. That Order is attached. We received a request to exclude you from the Economic & Property Damages Settlement Class. *If you still wish to exclude yourself from the Settlement Class, no action is required, and you may disregard this letter.*

If you choose to revoke your opt out request, you must also agree to withdraw and waive any objections that you may have to the Economic Loss & Property Damages Settlement. To revoke your opt out request, complete the enclosed form and mail it to the following address:

> Deepwater Horizon Court-Supervised Settlement Program
> Exclusions Department
> P.O. Box 222
> Hammond, LA 70404-0222.

**Your request must be postmarked by December 15, 2012 and must be personally signed by you, not your attorney.**

If you choose to revoke your opt out request, this does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for benefits under the Settlement. These determinations are made under the terms of the Settlement Agreement, which is available at www.deepwaterhorizoneconomicsettlement.com.

If you have questions about this letter, you may call the Claims Administrator at 1-866-992-6174. If you are represented by an attorney, you should also consult your attorney about the decision to remain excluded from the Settlement Class or to revoke your opt out request.

Sincerely,

Exclusions Department
Deepwater Horizon Claims Center
Economic & Property Damages



MARCH 28, 2013

SLAWOMIR J SMEKTALA
775 WILDFLOWER DR
PALM HARBOR, FL 34683-5889

Re:  *Claim Determination Notification*
     Claim Number: 1000013-01   ,06|06| 2012 oviginal aplication to BP

Dear SLAWOMIR J SMEKTALA:

The BP Claims Program has evaluated the above-referenced claim submitted on behalf of SLAWOMIR J SMEKTALA in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent oil spill. We have concluded that, based on the information submitted, you have not established a right to compensation under the Oil Pollution Act of 1990 ("OPA").[1] Among the reasons for BP's conclusion are that you have not demonstrated that the claimed losses resulted from the Deepwater Horizon Incident, and you have not demonstrated that you suffered any losses related to the Deepwater Horizon Incident.

You may have a right to file a claim with the National Pollution Funds Center ("NPFC"). For more information, please visit the NPFC's Oil Spill Claims website at www.uscg.mil/npfc/Claims or call the NPFC toll-free at 1-800-280-7118.

Sincerely,

BP Claims Program

---

[1] This letter does not constitute a finding that the presentment requirements of the Oil Pollution Act have been satisfied.

To (866) 542-4785 BP.

Please confirm receiving the financial information by email transmition



September 21, 2012

Slawomir J. Smektala
775 Wildflower Dr
Palm Harbor, FL 34683

Re: Request for Documentation Related to Your Claim
Claim Number: 1000013-01

Dear Slawomir J. Smektala:

The BP Claims Program has reviewed the claim form(s) that you submitted on behalf of Slawomir J. Smektala and determined that your claim file is missing certain information required to properly evaluate your claim. Unfortunately, we cannot take further action on your claim until we have received this missing information, including:

1. Commission statements from your employer that shows exactly when you earned your commissions from January 1, 2009 through December 31, 2011.

Please provide the requested information within 30 days of this correspondence. You can send documents to us by mail at the following address:

BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

Talk to Tiffany ;     03/24/13

Please write your claim number and Social Security Number or Taxpayer ID on each page of the documentation you submit, so that we can properly associate your documents with your claim file.
If you have questions about the BP Claims Program or wish to speak with one of our representatives, please contact us toll-free at: 1-866-542-4785. Please reference the above claim number when calling. Additional information is also available at www.bp.com/claims.

*All claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement of claims or signing a release of legal rights.*

Sincerely,

BP Claims Program



August 22, 2012

Slawomir J. Smektala
775 Wildflower Dr
Palm Harbor, FL 34683

Re:   *Request for Documentation Related to Your Claim*
      Claim Number: 1000013-01

Dear Slawomir J. Smektala:

The BP Claims Program has reviewed the claim form(s) that you submitted and determined that your claim file is missing certain information required to properly evaluate your claim. Unfortunately, we cannot take further action on your claim until we have received this missing information, including:

1. Commission statements showing all commissions earned from January 1, 2009 through December 31, 2011. — *Form 1099 for 2011 in file — confirm on 08/27/12 by tel conversation*
2. Copy of 2009 Federal tax return including all accompanying schedules.

*Attch to E-Mail 08/27/12*

Please provide the requested information within 30 days of this correspondence. You can send documents to us by mail at the following address:

BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

Please write your claim number and Social Security Number or Taxpayer ID on each page of the documentation you submit, so that we can properly associate your documents with your claim file.
If you have questions about the BP Claims Program or wish to speak with one of our representatives, please contact us toll-free at: 1-866-542-4785. Please reference the above claim number when calling. Additional information is also available at www.bp.com/claims.

***All claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement of claims or signing a release of legal rights.***

Sincerely,

BP Claims Program

*08/27/12*
*Tax for 2009-2010 with 1099 forms (commision) + 2011 — 1099 Form*



**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

DWH0329539653

Slawomir J Smektala
775 Wildflower Dr.
Palm Harbor, FL 34683

November 27, 2012

**Re:    Extended Deadline to Revoke Opt Out Request By Slawomir J Smektala**

Dear Slawomir J Smektala:

On November 16, 2012, the Court issued an Order extending the deadline to revoke requests for exclusion ("opt out requests") from the Economic & Property Damages Settlement Class to December 15, 2012. That Order is attached. We received a request to exclude you from the Economic & Property Damages Settlement Class. *If you still wish to exclude yourself from the Settlement Class, no action is required, and you may disregard this letter.*

If you choose to revoke your opt out request, you must also agree to withdraw and waive any objections that you may have to the Economic Loss & Property Damages Settlement. To revoke your opt out request, complete the enclosed form and mail it to the following address:

> Deepwater Horizon Court-Supervised Settlement Program
> Exclusions Department
> P.O. Box 222
> Hammond, LA 70404-0222.

**Your request must be postmarked by December 15, 2012 and must be personally signed by you, not your attorney.**

If you choose to revoke your opt out request, this does not automatically mean that you are a member of the Economic & Property Damages Settlement Class or are eligible for benefits under the Settlement. These determinations are made under the terms of the Settlement Agreement, which is available at www.deepwaterhorizoneconomicsettlement.com.

If you have questions about this letter, you may call the Claims Administrator at 1-866-992-6174. If you are represented by an attorney, you should also consult your attorney about the decision to remain excluded from the Settlement Class or to revoke your opt out request.

Sincerely,

Exclusions Department
Deepwater Horizon Claims Center
Economic & Property Damages

TOLL FREE: 1-866-992-6174   |   TTY: 1-888-584-7624   |   www.deepwaterhorizoneconomicsettlement.com

From

Slawomir J Smektala Tel (727) 560-7675

775 Wildflower Dr, Palm Harbor Fl 34683

To:

Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222

7/5/2012


I wish to be excluded from the Economic Class.


*[signature]*  07/05/12


bp

6/29/2012

~~Slawomir J Smektala~~
775 Wildflower Dr
Palm Harbor, FL 34683

2551 Drew #303
Clearwater.

Re:   Court Supervised Settlement Facility
      Claim No.: 1000013-01

Dear Slawomir J Smektala:

The BP Claims Program has received your claim form submitted on behalf of Slawomir J Smektala. The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179*; or (2) voluntarily opt out of the class action settlement. Upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement. This settlement established a Court Supervised Settlement Program that accepts claims for economic and property damage for class members who have not voluntarily opted out of the settlement.

BP cannot advise you as to whether or not you should opt out of the class. For information on the class settlement, including what claims are eligible under the terms of the settlement agreement and the process for opting out of the settlement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com. You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program

BP   855-359-2327

BP-OPA.   855-687-2631

*1000013*



U.S District Court
500 Poydras St, Room C-151
New Orleans, LA 70130

Slawomir Smektala
775 Wildflower Dr.
Palm Harbor, FL 34683-5889