UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 12-970 | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

Before the Court is Jon Andry's Motion for Information to Determine Potential Request for Recusal of Special Master (Rec. Doc. 11672) and the Special Master's response thereto (Rec. Doc. 11720). For essentially the reasons provided by the Special Master,

IT IS ORDERED that the Motion for Information to Determine Potential Request for Recusal of Special Master (Rec. Doc. 11672) is DENIED.

New Orleans, Louisiana, this 31st day of October, 2013.

_____
United States District Judge