UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Magistrate Shushan |
| This Document Relates to:<br>    2:12-cv-01484<br>    2:12-cv-02194 | | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS CAUSE came before the Court upon the law firms of KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN, P.A., and SMITH STAG, LLC's Motion to Withdraw as Counsel. The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.  That KELLEY B. STEWART, ESQUIRE, and the law firm of KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK LIBERMAN, P.A., and STUART H. SMITH, ESQUIRE, and the law firm of SMITH STAG, LLC's, **Motion to Withdraw as Counsel** as to **only** those individual Plaintiffs listed in Attachment "A," be and the same is hereby **granted**.

      2.  That **Executive Adventures, LLC** and **Blackmer Equipment, LLC** must enroll new counsel within sixty (60) days from the receipt of this Order, failing which its claims may be dismissed since corporations and L.L.C.s must be represented by licensed counsel.  See <u>Southwest Exp. Co., Inc. v. I.C.C.</u>, 670 F.2d 53, 55 (5th Cir. 1982); see also <u>Collier v. Cobalt LLC</u>, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002).

      New Orleans, Louisiana this 31st day of October, 2013.

_____
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Magistrate Shushan |
| This Document Relates to:<br>2:12-cv-01484<br>2:12-cv-02194 | | |

### ATTACHMENT "A"

**Case Number: 2:12-cv-01484         121 Duval Co. v. BP**

| Plaintiff | Present Address | Telephone Number |
|---|---|---|
| 1. Blackmer Equipment, LLC | C/O Mr. Mark Blackmer<br>21206 Daugherty Road<br>Long Beach, MS 39560 | 228-697-1750 cell |

**Case Number: 2:12-cv-02194         Key Ambassador v. BP**

| Plaintiff | Present Address | Telephone Number |
|---|---|---|
| 1. Executive Adventures, LLC | C/O Mr. Christopher King<br>635 Court Street, Suite 202<br>Clearwater, FL 33765<br><br>cking@cmsgroup.net<br>hking@cmsintl.com | 727-639-4902<br>727-631-0072<br>727-450-1542<br>727-643-6388 |