IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Applies to:<br><br>No. 13-982 | § § § § § § § § § § § § § § § § § | MDL 2179<br><br>Section J<br><br>Judge Barbier<br><br>Mag. Judge Shushan |

**ORDER OF DISMISSAL OF PLAINTIFF, STANLEY (OR JOSH) COTTNER, INDIVIDUALLY AND D/B/A STAN'S RELIABLE CLEANING INC., ONLY**

**BE IT REMEMBERED** that in the above styled and numbered Cause came on this date to be heard Motion to Dismiss of Plaintiffs, Stanley (or Josh) Cottner, Individually and d/b/a Stan's Reliable Cleaning Inc., ONLY, and the Court, being of the opinion that same should be granted;

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** by the Court that the cause of action as to the Plaintiff, Stanley (or Josh) Cottner, Individually and d/b/a Stan's Reliable Cleaning Inc., **ONLY**, in the above styled cause, is hereby nonsuited without prejudice, with the costs of the Court being adjudged against the party incurring same.

New Orleans, Louisiana this 31st day of October, 2013.

_____
United States District Judge