UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| These Pleadings apply to: *Claims in "B1" Bundle* | JUDGE BARBIER |
| These Pleadings apply to: No. 2:13-cv-1439 | MAGISTRATE SHUSHAN |

CIVIL ACTION 2:13-cv-1439

SECTION: J

JUDGE BARBIER

MAGISTRATE SHUSHAN

JENSEN BEACH MARKETING, INC.,
A FLORIDA CORPORATION, ET AL.,
    Plaintiffs,
v.

BP EXPLORATION & PRODUCTION
INC.; BP AMERICA PRODUCTION
COMPANY; BP p.l.c.; TRANSOCEAN
OFFSHORE DEEPWATER DRILLING, INC.;
TRANSOCEAN HOLDINGS, LLC; and
HALLIBURTON ENERGY SERVICES, INC.,
    Defendants.

### ORDER ON MOTION FOR EXTENSION OF TIME TO SERVE PLAINTIFF PROFILE FORMS

**THIS CAUSE** came before the court on Plaintiffs' Motion for Extension of Time to Serve Plaintiff Profile Forms, and it is, therefore,

**ORDERED and ADJUDGED** that Plaintiffs are granted an extension of time up to and

including November 8, 2013, to serve Plaintiff Profile Forms in accordance with Paragraph 16 of PTO No. 25.

      New Orleans, Louisiana this 31st day of October, 2013.

                                              _____
                                                    United States District Judge