**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: OIL SPILL by the OIL RIG
"DEEPWATER HORIZON" in the GULF
OF MEXICO, on APRIL 20, 2010

This Document Relates to:
10-8888; 2:13-cv-5385

MDL No. 2179

SECTION J

JUDGE BARBIER
MAGISTRATE SHUSHAN

## ORDER

Considering the Motion to Withdraw As Counsel (Rec. Doc. 11722),

IT IS HEREBY **ORDERED, ADJUDGED AND DECREED** that said

Motion to Withdraw as Counsel is granted, and Farrell & Patel LLC is hereby allowed to

withdraw as counsel for Claimants listed in Exhibit A.

Signed in    New Orleans, Louisiana this 31st day of October, 2013.

_____
United States District Judge
UNITED STATES DISTRICT JUDGE

1

# Exhibit A

| Company Name | DBA | Address | City | State | Zip | Short Form Joinder No. |
|---|---|---|---|---|---|---|
| Ben's Liquor LTD | Ben's Liquor | 5915 Padre Blvd. | South Padre Island | TX | 78597 | 124629 |
| Ben's Liquor LTD | Ben's Liquor | 4000 Padre Blvd., #A,B | South Padre Island | TX | 78597 | 124630 |
| Ben's Liquor LTD | Ben's Liquor | 3000 Padre Blvd. | South Padre Island | TX | 78597 | 124631 |
| Ben's Liquor LTD | Ben's Liquor | 3000 Padre Blvd. | South Padre Island | TX | 78597 | 124632 |
| Ben's Liquor LTD | Ben's Liquor | 1702 Hwy 100, #A | Port Isabel | TX | 78578 | 124633 |
| Ben's Liquor LTD | Ben's Liquor | 4500 Padre Island Hwy | Brownsville | TX | 78521 | 124634 |