UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No. | 2179 |
| | | Section : | J |
| This Document Relates to: 2:10-cv-08888-CJB-SS | | Judge Barbier Magistrate Shushan | |

_____

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the court upon the law firm of DOMENGEAUX, WRIGHT, ROY & EDWARDS LLC's Motion to Withdraw as Counsel.

The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby;

ORDERED AND ADJUDGED as follows:

1.   That BRIAN C. COLOMB and the law firm of DOMENGEAUX, WRIGHT, ROY & EDWARDS, LLC's **Motion to Withdraw as Counsel** as to **only** those individual Plaintiffs listed in Attachment "A," be and the same is hereby **granted.**

New Orleans, Louisiana this 31st day of October, 2013.

_____
Honorable Carl J. Barbier,
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No. | 2179 |
| | | Section : | J |

This Document Relates to:            Judge Barbier
2:10-cv-08888-CJB-SS                Magistrate Shushan

_____

## ATTACHMENT "A"

| **Plaintiff** | **Present Address** | **Telephone Number** |
|---|---|---|
| 1. A.B. Dock Services, Inc. | 1910 W. Summers Dr.<br>Abbeville, LA 70510<br>"Doc. No. 131044" | (337) 898-9166 |
| 2. Wilmer Landry | 334 Alley St.<br>Abbeville, LA 70510<br>"Doc. No. 61826" | (337) 255-7768 |
| 3. Le-Cajun Cones | 1921 Ridge Rd.<br>Duson, LA 70529<br>"Doc. No. 69018" | (337) 456-5555 |
| 4. Fluid Technology Service, Int'l, LLC | 2751 W. Willow St.<br>Scott, LA 70583<br>"Doc. No. 44716" | (337) 291-9952 |