UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This filing relates to: | JUDGE BARBIER |

No. 10-1556 (D&H Outfitters, LLC Class Action Complaint)
No. 10-8888 [Doc. No. 70615] (D&H Outfitters, LLC's Direct Filing Short Form)

### PLAINTIFF'S *EX PARTE* MOTION TO SUBSTITUTE COUNSEL

**NOW INTO COURT** comes Claimant, D&H Outfitters, LLC, who respectfully moves this Honorable Court to substitute Stephen J. Herman, James C. Klick, Russ M. Herman, Soren E. Gisleson and Joseph E. Cain of Herman, Herman & Katz, LLC, James E. Cecchi and Lindsey H. Taylor of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, and Christopher A. Seeger and Jeffrey S. Grand of Seeger Weiss, LLP, with Jimmy Williamson and William Dills of Williamson & Rusnak Law Firm ("Substituting counsel") as counsel of record, on behalf of Claimant D&H Outfitters, in the above captioned matter.  D&H Outfitters have sought new representation through Substituting Counsel.

This request for substitution of counsel also applies to the Direct Filing Short Form filed into the limitation proceeding at 10-cv-8888-CJB-SS, Doc. No. 70615.

**WHEREFORE**, Plaintiff prays that the above relief be granted and that counsel be substituted as set forth above.

Respectfully submitted,

/s Soren E. Gisleson
Stephen J. Herman, T.A. (LA. Bar No. 23129)
James C. Klick (LA Bar No. 7451)
Russ Herman (LA Bar No. 6819)
Soren E. Gisleson (LA Bar No. 26302)
Joseph E. Cain (LA Bar No. 29785)

Herman Herman Katz & Cotlar LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax: (504) 569-6024
E-Mail: sherman@hhkc.com

And

James E. Cecchi (pro hac vice)
Lindsey H. Taylor (pro hac vice)
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Rd.
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

And

Christopher A. Seeger (pro hac vice)
Jeffrey S. Grand (pro hac vice)
SEEGER WEISS, LLP
One William Street
New York, New York 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

*Attorneys for D&H Outfitters, et al.*

And

Jimmy Williamson (pro hac vice)
William Dills (pro hac vice)
WILLIAMSON & RUSNAK
4310 Yoakum Blvd.
Houston, TX 77006
Telephone: (713) 223-3330

*Substituting Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been served upon all counsel of record *via* Lexis-Nexis File & Serve in accordance with Pre-Trial Order No. 12, and filed in the record *via* the Court's ECF electronic filing system.

this 1st day of November, 2013.

                                                    /s/    Soren Gisleson
                                                  **SOREN GISLESON**