UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 |
| This Document Applies to: | SECTION: "J" |
| No. 12-970, *Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |

## GLEN LERNER'S MOTION FOR EXPEDITED CONSIDERATION OF OBJECTIONS TO MAGISTRATE JUDGE SHUSHAN'S RULINGS

NOW INTO COURT come the undersigned counsel, on behalf of Glen Lerner, who, reserving all rights and defenses, appears solely for the purpose of filing this Motion for Expedited Consideration of Lerner's Objections to Magistrate Judge Shushan's Rulings on Lerner's Motions to Compel Discovery, and moves this Court to promptly consider Lerner's Objections to Magistrate Judge Shushan's Rulings on Lerner's Motions to Compel Discovery.

The factual and legal bases for this Motion are set forth in the accompanying Memorandum.

For the foregoing reasons, Lerner requests the Court grant his Motion for Expedited Consideration of Lerner's Objections to Magistrate Judge Shushan's Rulings on Lerner's Motions to Compel Discovery.

Respectfully submitted,

*/s/ Pauline F. Hardin*
Pauline F. Hardin (La. Bar #6542)
James E. Wright, III (La. Bar #13700)
Virginia W. Gundlach (La. Bar #18493)
**JONES WALKER LLP**
201 St. Charles Ave. – 49th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
phardin@joneswalker.com
jwright@joneswalker.com
ggundlach@joneswalker.com

and

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
**ZUCKERMAN SPAEDER LLP**
1800 M. Street, NW – Suite 1000
Washington, D.C. 20036-5807
Telephone: (202) 778-1800
Fax: (202) 822-8106
wtaylor@zuckerman.com
amehta@zuckerman.com

*Attorneys for Glen J. Lerner*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 1st day of November 2013.

/s/ *Pauline F. Hardin*
Pauline F. Hardin (La. Bar #6542)