UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This Document Applies to:<br><br>No. 12-970, *Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | MDL 2179<br><br>SECTION: "J"<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## MEMORANDUM IN SUPPORT OF GLEN LERNER'S MOTION FOR EXPEDITED CONSIDERATION OF OBJECTIONS TO MAGISTRATE JUDGE SHUSHAN'S RULINGS

On September 6, 2013, the Court ordered the Show Cause Parties to "show cause why the Court should not adopt the findings and recommendations of the Special Master...Disallowing the Andry Law Firm's claim ....." and " Disqualifying ....(the parties to these motions) from representing CSSP claimants (or collecting fees from such claimants) under the Unclean Hands Doctrine." Rec. Doc. 11288.

The Court's order has extreme consequences for Lerner, threatening not only his livelihood but also his professional reputation. The Court ordered that the Special Master provide the Show Cause Parties "access to information relevant to portions of the Special Master's Report concerning each of them, not later than Tuesday, September 24, 2013." Rec. Doc. 11412, Rec. Doc. 11442. Despite this clear directive, the Special Master has denied Lerner

access to relevant evidence and has refused to produce any evidence but the most narrow excerpts and heavily redacted documents. To obtain the relevant documents and information, Lerner filed a Motion for Complete Discovery from Special Master and To Continue Response Date To The Order to Show Cause until After Complete Production of Relevant Evidence. Rec. Doc. 11619. Lerner has also adopted or joined in the motions of the other Show Cause Parties.

On October 16, 2013, this Court referred these motions to Magistrate Judge Sally Shushan. Magistrate Judge Shushan denied the Show Cause Parties' motions for expedited hearing and oral argument and indicated that she would decide the motions on the briefs. Rec. Doc. 11721. Without explanation or legal analysis, Magistrate Judge Shushan outright denied two of Lerner and the Show Cause Parties' requests, holding that the Special Master was <u>not</u> required to produce any unredacted transcripts or interview notes of persons employed by AndryLerner LLC and the Andry Law Firm and denying Lerner and the Show Cause Parties' request for access and interviews of representatives of the Claims Administration Office ("CAO"). Rec. Doc. 11729. In addition, Magistrate Judge Shushan required the Special Master to submit various documents for *in camera* review, after which Magistrate Judge Shushan proposes to "sample" the documents or data to determine whether additional production from the Special Master is required. Magistrate Judge Shushan has not laid out any criteria or plan for identifying and reviewing the documents available to the Special Master, only stating that she will determine the documents and/or information to be sampled. *Id.* at 608. Magistrate Judge Shushan ordered the Special Master to submit the investigative record for in camera review no later than October 31, 2013; the erroneous "sampling" procedure, therefore, is likely to commence shortly.

2

This Court has ordered Lerner to respond to the Show Cause Order no later than November 15, 2013. Rec. Doc. 11664. Evidence gathered by the Special Master must be available to Lerner. The Court's review of the Special Master's Report is *de novo* and Lerner is entitled to demonstrate that the Report is not based upon evidence and is otherwise inadequate. The full record of interviews and documents is essential to Lerner's response and he is entitled to it sufficiently in advance of the deadline to make his review of it meaningful.

Accordingly, Lerner respectfully requests the Court grant his Motion for Expedited Consideration of Lerner's Objections to Magistrate Judge Shushan's Rulings on Lerner's Motions to Compel Discovery.

Respectfully submitted,

*/s/ Pauline F. Hardin*
Pauline F. Hardin (La. Bar #6542)
James E. Wright, III (La. Bar #13700)
Virginia W. Gundlach (La. Bar #18493)
**JONES WALKER LLP**
201 St. Charles Ave. – 49th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
phardin@joneswalker.com
jwright@joneswalker.com
ggundlach@joneswalker.com

and

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
**ZUCKERMAN SPAEDER LLP**
1800 M. Street, NW – Suite 1000
Washington, D.C. 20036-5807
Telephone: (202) 778-1800
Fax: (202) 822-8106
wtaylor@zuckerman.com
amehta@zuckerman.com

*Attorneys for Glen J. Lerner*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 15th day of November, 2013.

/s/ Pauline F. Hardin
Pauline F. Hardin (La. Bar #6542)