UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This Document Applies to:<br><br>No. 12-970, *Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | MDL 2179<br><br>SECTION: "J"<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

### ORDER

**CONSIDERING** the foregoing Objections to Magistrate Judge Shushan's Rulings on Lerner's Motions to Compel Discovery

**IT IS ORDERED** that the Objections be and are hereby GRANTED.

**IT IS FURTHER ORDERED** that

Magistrate Judge Shushan's ruling denying Lerner access and interviews of the representatives of the Claims Administration Office is REVERSED. Representatives of the Claims Administration Office shall make themselves available for interviews by Lerner.

Magistrate Judge Shushan's ruling denying Lerner's request for unredacted transcripts or interview notes of persons employed by the Andry Firm and the AndryLerner Firm is REVERSED. **Within three (3) calendar days,** the Special Master shall produce any unredacted

transcripts or interview notes of persons employed by the Andry Firm and the AndryLerner Firm.

With respect to all other persons interviewed by the Special Master in connection with the investigation of Lionel Sutton, Christine Reitano, Glen Lerner, Jon Andry, the Andry Firm, and the AndryLerner Firm, Magistrate Judge Shushan shall review the entirety of each witness transcript or interview memorandum to determine whether such transcript or interview contains relevant information to Lerner. If it does contain relevant information, the entire transcript or interview memorandum should be produced.

With respect to hard copy documents, Magistrate Judge Shushan shall review all documents to determine whether any document contains relevant information to Lerner. If a document contains some relevant information, the entire document should be produced.

With respect to electronic data, Magistrate Judge Shushan shall disclose how she intends to identify and review such data to identify relevant evidence. Lerner will have an opportunity to be heard about the sample methodology that Magistrate Judge Shushan proposes.

New Orleans, Louisiana this _____ day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE