# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | MDL NO.  2179 |
| | NUMBER: |
| This Order Relates to: SHORT FORM JOINDERS | SECTION: |
| Civil Action No.: | JUDGE: BARBIER |
| 2:10-cv-08888 | MAGISTRATE: SHUSHAN |

*****************************************

## OMNIBUS MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO ENROLL

NOW INTO COURT, through undersigned counsel, comes Plaintiffs:

Patricia Diane Norris Boyles (Document 75116)

Rebecca Harrell Tickell (Document 396)

Beverly Hasdorff (Document 25282)

who move this Court for an order enrolling attorneys, Stuart H. Smith, Michael G. Stag, Bonnie A. Kendrick, and Kelley B. Stewart as counsel for Plaintiffs in this matter. In further support of this Motion:

1. On or about April 30, 2012, Plaintiff Patricia Diane Norris Boyles retained the law firms of Smith Stag, LLC and The Law Offices of Krupnick, Campbell, Malone, Buser, Slama Hancock, Liberman P.A.

2. On or about September 6, 2012 Plaintiff Rebecca Harrell Tickell retained the law firms of Smith Stag, LLC and The Law Offices of Krupnick, Campbell, Malone, Buser, Slama Hancock, Liberman P.A.

3. On or about October 29, 2012 Plaintiff Beverly Hasdorff retained the law firms of Smith Stag, LLC and The Law Offices of Krupnick, Campbell, Malone, Buser, Slama Hancock, Liberman P.A.

4. From the dates mentioned above the law firms of Smith Stag, LLC and The Law Offices of Krupnick, Campbell, Malone, Buser, Slama Hancock, Liberman P.A. have been acting as counsel for Patricia Diane Norris Boyles, Rebecca Harrell Tickell, and Beverly Hasdorff, including, but not limited to, documenting losses and damages caused by the subject oil spill and filing various documents into the MDL proceedings.

WHEREFORE, Plaintiffs respectfully request that the Court enter and Order enrolling Stuart H. Smith, Michael G. Stag, Bonnie A. Kendrick, and Kelley B. Stewart as counselors and participate and for Plaintiffs.

Respectfully submitted,

/s/ Bonnie A. Kendrick_____

**STUART H. SMITH (17805)**
Email: ssmith@stag.com
**MICHAEL G. STAG (23314)**
Email: mstag@smithstag.com
**BONNIE A. KENDRICK (31806**
Email: bkendrick@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana  70130
Telephone: (504) 593-9600
Facsimile:  (504) 593-9601

Attorney for Plaintiffs

Respectfully submitted,

/s/ Kelley B. Stewart_____

**KELLEY B. STEWART (# 492132)**
Email: kstewart@krupnicklaw.com
The Law Offices of Krupnick, Campbell
Malone, Buser, Slama, Hancock, Liberman
P.A
12 Southeast 7th Street - #801
Fort Lauderdale, Florida 33301
Telephone: (954) 763-8181 #8619
Facsimile: (954) 763-8292

Co-Counselors for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st of November, the above and foregoing Motion to Enroll as Counselors of Record for Rebecca Harrell Tickell, Terri Hasdorff, and Patricia Diane Norris Boyles has been served on all counsel by electronically uploading same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

       /s/ Bonnie A. Kendrick
**STUART H. SMITH (17805)**
Email: ssmith@smithstag.com
**MICHAEL G. STAG (23314)**
Email: mstag@smithstag.com
**BONNIE A. KENDRICK (31806)**
Email: bkendrick@smithstag.com
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

/s/ Kelley B. Stewart
**KELLEY B. STEWART (492132)**
Email: kstewart@krupnicklaw.com
The Law Offices of Krupnick, Campbell, et al
12 Southeast 7th Street- #801
Fort lauderdale, Flordia 33301
Telephone: (954) 763-8181 #8619
Facsimile: (954) 763-8292

*Attorneys for Plaintiffs*