**Philip A. Garrett, CPA**
**117 Fairgrounds Blvd**
**Bush, La 70431**
**985-635-1500**
**pgarrett@garrettco.com**

Honorable Judge Carl Barbier
United States District Court
500 Poydras St.   Room C256
New Orleans, La 70130

October 31, 2013

Dear Judge Barbier,

    I have been requested by the PSC to ask for additional funds for shared litigation expenses from the Common Benefit Fee Qualified Settlement Fund.

    You previously authorized that original cash assessments be refunded to all common benefit attorneys which was completed except for $50,000.00 which is awaiting wiring information from members.

    Then $1,950,000 on 4/24/13 and 1,800,000 on July 8, 2013 was ordered to be reimbursed to the PSC members.

    Exhibit C is being filed with the court that shows the balance of cash assessments of $1,800,000.00.

    At this point the PSC's operating cash is approximately $243,000.00 with several outstanding invoices totaling over $500,000 plus monthly operating costs.

    Please approve the disbursement of $1,800,000 from the Common Benefit Fee Qualified Settlement Fund to the Shared Litigation Expense Account. The QSF currently has a balance of $201,726,370.21 and an additional fund of $22,402,337.85 is held by the Clerk of Court, as shown on the attached schedule of Escrowed Funds.

    If you have any questions please do not hesitate to contact me.

Sincerely,

Philip A. Garrett

cc: Mr Steve Herman
cc: Mr Jim Roy

# B P Deepwater Horizon
# MDL 2179
# Escrowed Funds for Plaintiffs' Fees and Costs

## 6% and 4% Funds held by Clerk of Court (Kim_Lange@laed.uscourts.gov)

| | |
|---|---|
| As of 6-24-2013 | |
| Wires from GCCF | $ 14,856,065.77 |
| Voluntary deposits | $ 7,546,272.08 |
| Total | $ 22,402,337.85 |

## Qualified Settlement Fund  (administered by Philip A. Garrett, CPA)

| | | |
|---|---|---|
| J P Morgan account | | |
| Initial deposit | | $ 75,000,000.00 |
| 4-11-2013 deposit | | $ 38,366,265.50 |
| February costs reimbursement for Cash Assessments and Selected accounts payable | $ (22,304,454.93) | $ (22,241,454.93) |
| Checks not issued | $ 63,000.00 | |
| 4-24-2013  Cost reimb to PSC | | $ (1,900,000.00) |
| 4-24-2013 Kreindler & Kreindler | | $ (50,000.00) |
| Interest income February - May | | $ 2,243.95 |
| 6/25/2013 reimb per February costs (cks not issued of $50,000.00 | | $ (13,000.00) |
| 7/11/2013 deposit | | $ 54,640,144.83 |
| 7/26/2013  Costs reimb to PSC | | $ (1,800,000.00) |
| Interest income June to August | | $ 2,558.99 |
| 10-15-2013 deposit | | $ 59,719,611.87 |
| | | $ 201,726,370.21 |