UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>These Pleadings apply to:  *All Cases*<br><br>(Including No. 12-970) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

ORDER

CONSIDERING the *Ex Parte* Motion for Reimbursement of Shared Expenses, together with the Letter of Phil Garrett dated October 31, 2013, and the Declaration of Stephen J. Herman, as well as the Economic and Property Damages Class Settlement Agreement, Pre-Trial Order No. 9, and the record in this multi-district litigation proceeding:

IT IS ORDERED that Philip A. Garrett, C.P.A., be and is hereby authorized and directed to arrange for the payment of shared cost reimbursements from the Common Benefit Fee and Cost Fund established pursuant to Section 5.16 of the Economic and Property Damages Class Settlement Agreement to the Common Benefit Attorneys and in the amounts reflected in Exhibit C.

SIGNED at New Orleans, Louisiana, this ___ day of _____, 2013.

_____
Hon. Carl J. Barbier