### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * | MDL NO. 2179 SECTION "J" |
| THIS DOCUMENT RELATES TO 12-970 | * | HONORABLE CARL J. BARBIER |
| | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

### CLAIMANT, JON ANDRY'S MOTION TO ADOPT CO-CLAIMANT'S MOTION FOR EXPEDITED CONSIDERATION OF OBJECTIONS TO MAGISTRATE JUDGE SHUSHAN'S RULINGS AND MEMORANDUM IN SUPPORT

NOW INTO COURT, comes claimant, Jon Andry, who, through undersigned counsel, respectfully requests that this Honorable Court enter an Order granting his Motion to Adopt the Motion submitted on behalf of Glen Lerner.  The adoption of this motion will avoid the needless repetition of documents and the filing of unnecessary motions with the Court.

Claimant Jon Andry also requests oral argument.

WHEREFORE, claimant, Jon Andry, prays that this Honorable Court enter an Order granting his Motion to Adopt the motion submitted on behalf of Glen Lerner in this case and his request for oral argument.

By Attorneys:

/s/Lewis O. Unglesby
LEWIS O. UNGLESBY (#12498)
UNGLESBY LAW FIRM
246 Napoleon Avenue
Baton Rouge, LA 70802
Telephone: (225) 387-0120
Facsimile: (225) 336-4355

## CERTIFICATE OF SERVICE

I hereby certify that on 5th day of November, 2013, a copy of the foregoing Motion was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.


*/s/Lewis O. Unglesby*
_____
LEWIS O. UNGLESBY