IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * | MDL NO. 2179 SECTION "J" |
| THIS DOCUMENT RELATES TO 12-970 | * | HONORABLE CARL J. BARBIER |
| | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing:

IT IS ORDERED that this Honorable Court enter an Order granting claimant, Jon Andry, his Motion to Adopt the motion submitted on behalf of Glen Lerner in this case and Claimant's request for oral argument.

New Orleans, Louisiana, this _____ day of November, 2013.

_____
JUDGE, UNITED STATES DISTRICT COURT