MINUTE ENTRY
SHUSHAN, M.J.
NOVEMBER 5, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| **Applies to:**<br>*All Cases;*<br>*12-970 (Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, et al.)*<br>*12-968 (Kip Plaisance, et al. v. BP Exploration & Production, et al.)* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

A telephone status conference was held this date.

Participating:

Steve Herman and Jim Roy, for Class Counsel;
Darrell Palmer and Ted Frank, for Objectors; and
Beth Lawson, Ellen Reisman, Andrew Bloomer, and Ethan Greene, for BP.

Following discussion, the following deadlines are established for briefing of the issues in the medical class action remand by the Fifth Circuit in Action No. 13-30221:

| | |
|---|---|
| November 12 | Objectors are to have read and signed their depositions and served any errata sheets on all counsel |
| November 19 | Class Counsel is to file its brief, no longer than 25 pages |
| December 3 | Objectors are to file their briefs, no longer than 25 pages |
| December 10 | Any reply briefs by Class Counsel and BP, not to exceed 10 pages |

Thereafter the issues will be under submission. Judge Barbier will notify counsel if oral argument is to be scheduled.

SALLY SHUSHAN
United States Magistrate Judge

MJSTAR 00:45