# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBER |
|---|---|---|
| Teague Hauling and Demolition LLC | 10/23/13 | 136362 |
| B'nai Israel Synagogue | 10/24/13 | 136367 |
| Blackout Bingo Distributors, LLC | 10/25/13 | 136369 |
| Eclipse Custom Canvas, Inc. | 10/31/13 | 136420 |
| Babcock, Dennis K. | 10/31/13 | 136421 |
| Leon, Edward  (AMENDED) | 11/01/13 | 136432 |
| Chris R. Wainscott | 11/01/13 | 136434 |
| James Hamby | 11/05/13 | 136440 |