# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBER |
|---|---|---|
| Aqua Doc Pool Service, Inc. | 10/08/13 | 136279 |
| Sci-Port Discovery Center | 10/08/13 | 136280 |
| Peterson, George D. | 10/18/13 | 136347 |
| International Insurance Institute Inc. | 10/21/13 | 136348 |
| Allen, Eugene F. | 10/21/13 | 136349 |
| Bergeron, Joselle Marie | 10/23/13 | 136361 |
| Resolve Systems, Inc. | 10/23/13 | 136363 |
| ACER, L.L.C | 10/25/13 | 136368 |
| Patel, Anilkumar N. | 10/25/13 | 136370 |
| Patel, Hemali A. | 10/25/13 | 136371 |
| Patel, Sharda A. | 10/25/13 | 136372 |
| Castro, Michael | 10/25/13 | 136373 |
| Price-Castro, Elizabeth M. | 10/25/13 | 136374 |
| Misty Creek Country Club, Inc. | 10/25/13 | 136375 |
| Accounting Made Easy, Inc. | 10/25/13 | 136376 |
| Landmark Investments of Citrus County, Inc. | 10/25/13 | 136377 |
| Riverhaven Marina, Inc. | 10/25/13 | 136378 |
| Vernon Construction Corporation dba Vernon Homes | 10/25/13 | 136379 |
| Trustee, Estate of Oscar and Mary Buras | 10/25/13 | 136380 |
| Finger, Michelle A. | 10/28/13 | 136397 |
| Value Travel Inn | 10/28/13 | 136398 |
| Penn, Rachel H. | 10/28/13 | 136399 |
| Sombreros LLC | 10/29/13 | 136400 |
| Cafe Au Lait of Florida, LLC | 10/30/13 | 136403 |
| Havro, Inc. - DBA Advanced Chiropractic | 10/30/13 | 136404 |
| Big Tex Trailer World, Inc. | 10/30/13 | 136405 |
| Banner Tire of Key West, Inc. | 10/30/13 | 136406 |
| S&P Enterprises, Inc. dba Duncan Marine | 10/30/13 | 136407 |
| Cedar Creek Plantation, LLC | 10/30/13 | 136408 |
| Patrice Messina, Inc. | 10/31/13 | 136409 |
| Endurance Transportation, LLC | 10/31/13 | 136412 |

Order on Motion for Acceptance of Limitations Short Form Joinders
Beyond the September 16, 2011 Deadline
In Re:   Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| | | |
|---|---|---|
| I Can Do Towing Inc. dba Sea Tow of Sarasota | 10/31/13 | 136313 |
| Michael Erturk | 10/31/13 | 136414 |
| Jack B. Harper Contractor, LLC | 10/31/13 | 136415 |
| Jack B. Harper Electrical, LLC | 10/31/13 | 136416 |
| Gulf Industries, Inc. | 10/31/13 | 136417 |
| Bluewater Boat Brokerage, Inc. | 10/31/13 | 136418 |
| Keys Charts, Inc. | 10/31/13 | 136419 |
| Huntsville TV, LLC | 10/31/13 | 136422 |
| Boerema, Marilynn | 10/31/13 | 136423 |
| Marion Page Manning | 11/01/13 | 136425 |
| RNR Marine, Inc. | 11/01/13 | 136426 |
| Adamson, Donald Scott Sr. | 11/01/13 | 136427 |
| Randy's Cycle | 11/01/13 | 136428 |
| DMC of Northwest Florida, Inc. dba Destin Foods | 11/01/13 | 136429 |
| Dugyver Inc. | 11/01/13 | 136430 |
| Dawn M. Lawlor | 11/01/13 | 136431 |
| Sawyer, Richard A. | 11/01/13 | 136433 |
| Myerlee Manor Condominium Association, Inc. | 11/01/13 | 136435 |
| Lifestyle Realty of Myerlee Manor, Inc. | 11/01/13 | 136436 |
| Slack Off Marine | 11/01/13 | 136437 |
| Jones Environmental, Inc. | 11/01/13 | 136438 |