IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  Section:  J |
| This document relates to: 2:10-cv-08888-CJB-SS | * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline and Supporting Memorandum of Law:

IT IS ORDERED that the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby GRANTED and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

Signed this _____ day of _____, 2013.

_____
**HONORABLE CARL J. BARBIER**
**U.S. DISTRICT COURT JUDGE**

# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBER |
|---|---|---|
| Aqua Doc Pool Service, Inc. | 10/08/13 | 136279 |
| Sci-Port Discovery Center | 10/08/13 | 136280 |
| Peterson, George D. | 10/18/13 | 136347 |
| International Insurance Institute Inc. | 10/21/13 | 136348 |
| Allen, Eugene F. | 10/21/13 | 136349 |
| Bergeron, Joselle Marie | 10/23/13 | 136361 |
| Resolve Systems, Inc. | 10/23/13 | 136363 |
| ACER, L.L.C | 10/25/13 | 136368 |
| Patel, Anilkumar N. | 10/25/13 | 136370 |
| Patel, Hemali A. | 10/25/13 | 136371 |
| Patel, Sharda A. | 10/25/13 | 136372 |
| Castro, Michael | 10/25/13 | 136373 |
| Price-Castro, Elizabeth M. | 10/25/13 | 136374 |
| Misty Creek Country Club, Inc. | 10/25/13 | 136375 |
| Accounting Made Easy, Inc. | 10/25/13 | 136376 |
| Landmark Investments of Citrus County, Inc. | 10/25/13 | 136377 |
| Riverhaven Marina, Inc. | 10/25/13 | 136378 |
| Vernon Construction Corporation dba Vernon Homes | 10/25/13 | 136379 |
| Trustee, Estate of Oscar and Mary Buras | 10/25/13 | 136380 |
| Finger, Michelle A. | 10/28/13 | 136397 |
| Value Travel Inn | 10/28/13 | 136398 |
| Penn, Rachel H. | 10/28/13 | 136399 |
| Sombreros LLC | 10/29/13 | 136400 |
| Cafe Au Lait of Florida, LLC | 10/30/13 | 136403 |
| Havro, Inc. - DBA Advanced Chiropractic | 10/30/13 | 136404 |
| Big Tex Trailer World, Inc. | 10/30/13 | 136405 |
| Banner Tire of Key West, Inc. | 10/30/13 | 136406 |
| S&P Enterprises, Inc. dba Duncan Marine | 10/30/13 | 136407 |
| Cedar Creek Plantation, LLC | 10/30/13 | 136408 |
| Patrice Messina, Inc. | 10/31/13 | 136409 |
| Endurance Transportation, LLC | 10/31/13 | 136412 |

Order on Motion for Acceptance of Limitations Short Form Joinders
     Beyond the September 16, 2011 Deadline
In Re:  Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010 - MDL No. 2179

| | | |
|---|---|---|
| I Can Do Towing Inc. dba Sea Tow of Sarasota | 10/31/13 | 136313 |
| Michael Erturk | 10/31/13 | 136414 |
| Jack B. Harper Contractor, LLC | 10/31/13 | 136415 |
| Jack B. Harper Electrical, LLC | 10/31/13 | 136416 |
| Gulf Industries, Inc. | 10/31/13 | 136417 |
| Bluewater Boat Brokerage, Inc. | 10/31/13 | 136418 |
| Keys Charts, Inc. | 10/31/13 | 136419 |
| Huntsville TV, LLC | 10/31/13 | 136422 |
| Boerema, Marilynn | 10/31/13 | 136423 |
| Marion Page Manning | 11/01/13 | 136425 |
| RNR Marine, Inc. | 11/01/13 | 136426 |
| Adamson, Donald Scott Sr. | 11/01/13 | 136427 |
| Randy's Cycle | 11/01/13 | 136428 |
| DMC of Northwest Florida, Inc. dba Destin Foods | 11/01/13 | 136429 |
| Dugyver Inc. | 11/01/13 | 136430 |
| Dawn M. Lawlor | 11/01/13 | 136431 |
| Sawyer, Richard A. | 11/01/13 | 136433 |
| Myerlee Manor Condominium Association, Inc. | 11/01/13 | 136435 |
| Lifestyle Realty of Myerlee Manor, Inc. | 11/01/13 | 136436 |
| Slack Off Marine | 11/01/13 | 136437 |
| Jones Environmental, Inc. | 11/01/13 | 136438 |