IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>Section: J |
| This filing relates to: *All Cases* | * * | Honorable Carl J. Barbier |
| (Including Civil Action No. 12-970) | * * * | Magistrate Judge Shushan |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ORDER AUTHORIZING TRANSFER OF CERTAIN DATA FOR VOO CLAIMANTS TO THE CLAIMS ADMINISTRATOR FOR THE ECONOMIC LOSS AND PROPERTY DAMAGE SETTLEMENT AGREEMENT

CONSIDERING the Economic and Property Damages Settlement Agreement, and the record in these proceedings; and

CONSIDERING that BP entered into settlement agreements, prior to the execution of the Economic and Property Damages Settlement Agreement, with certain Vessels of Opportunity ("VoO") program participants related to their claims arising out of participation in the VoO Program:

**IT IS HEREBY ORDERED**:

1. If the Claims Administrator has denied a Claim for VoO Charter Payment under Section 5.5 of the Deepwater Horizon Economic and Property Damages Settlement Agreement on the basis that the VoO Participant has previously settled with BP, and the Claimant requests Re-review or Reconsideration of the claim challenging that basis of the Claims Administrator's denial, then BP may provide the Claims Administrator with a copy of the settlement agreement entered into between the VoO Participant and BP.  Should BP provide the Claims Administrator with a copy of the settlement agreement, it shall redact the settlement amount therein.   The

Claims Administrator may incorporate the redacted settlement agreement into the claimant's claim file.

2. If the Claims Administrator has denied a Claim for VoO Charter Payment under Section 5.5 of the Deepwater Horizon Economic and Property Damages Settlement Agreement on the basis that the VoO Participant has previously settled with BP, and the Claimant submits an Appeal under Section 6.1.2.2 of the Deepwater Horizon Economic and Property Damages Settlement Agreement, then BP may provide the Appeal Panelist or Appeal Panel hearing the Appeal with a copy of the settlement agreement entered into between the VoO Participant and BP. Should BP provide the Appeal Panelist or Appeal Panel with a copy of the settlement agreement, it shall redact the settlement amount therein. The Claims Administrator may incorporate the redacted settlement agreement into the claimant's claim file.

3. The Claims Administrator, Appeal Panelist, and Appeal Panel shall review such settlement agreements for the limited purpose of evaluating the Claimant's request for Re-review, Reconsideration or Appeal of the denial of the VoO Charter Payment claim.

**SIGNED** in New Orleans, Louisiana, this 5th day of November, 2013.

_____
United States District Judge