UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This filing relates to: | JUDGE BARBIER |

No. 10-1556 (D&H Outfitters, LLC Class Action Complaint)
No. 10-8888 [Doc. No. 70615] (D&H Outfitter, LLC's Direct Filing Short Form)

## ORDER

Considering the above *Ex Parte* Motion to Substitute Counsel:

**IT IS HEREBY ORDERED** that the Plaintiff, D&H Outfitter, LLC's motion be GRANTED;

**IT IS FURTHERED ORDERED** that Stephen J. Herman, James C. Klick, Russ M. Herman, Soren E. Gisleson and Joseph E. Cain of Herman, Herman & Katz, LLC, James E. Cecchi and Lindsey H. Taylor of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, and Christopher A. Seeger and Jeffrey S. Grand of Seeger Weiss, LLP, be substituted as counsel of record for Plaintiff by Jimmy Williamson and William Dills of Williamson & Rusnak Law Firm;

**IT IS FURTHER ORDERED** that this substitution of counsel also apply to the Direct Filing Short Form in 10-cv-08888-CJB-SS at Doc. No. 70615.

New Orleans, Louisiana this 5th day of November, 2013.

_____
United States District Judge