UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April, 20, 2010 | * * * * | MDL NO.    2179<br><br>NUMBER: |
| This Order Relates to:<br>SHORT FORM JOINDERS<br>Civil Action No.:<br>2:10-cv-08888 | * * * * * * | SECTION:<br><br>JUDGE:  BARBIER<br>MAGISTRATE:  SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

CONSIDERING the Motions to Enroll Stuart H. Smith, Michael G. Stag, Bonnie A. Kendrick, and Kelley B. Stewart in the following cases:

Short-Form Joinder of Rebecca Harrell Tickell
Document 396

Short-Form Joinder of Beverly Hasdorff
Document 25282

Short-Form Joinder of Patricia Diane Norris Boyles
Document 75116

THIS MATTER having come before the Court on the Motion to Enroll as Counsel of Record, and the Court, having considered the matter, is of the opinion that the motions to enroll as counsel in the above reference cases are well taken and should be granted.

New Orleans, Louisiana this 5th day of November, 2013.

_____
United States District Judge