IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to No. 12-970 | * * * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

Considering Jon Andry's Motion to Adopt Co-Claimant's Motion for Expedited Consideration of Objections to Magistrate Judge Shushan's Rulings and Memorandum in Support (Rec. Doc. 11785):

IT IS ORDERED that Jon Andry's motion to adopt the motion submitted on behalf of Glen Lerner (see Rec. Doc. 11773) is GRANTED.

IT IS FURTHER ORDERED that Jon Andry's request for oral argument is DENIED.

New Orleans, Louisiana this 5th day of November, 2013.

_____
United States District Judge