UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | JUDGE BARRIER<br>MAG. JUDGE SHUSHAN |

**JOINT EX PARTE MOTION TO WITHDRAW AND
SUBSTITUTE COUNSEL OF RECORD**

**NOW INTO COURT**, through undersigned counsel of record, comes AndryLerner, LLC, who respectfully submits this *Joint Ex Parte Motion to Withdraw and Substitute Counsel of Record* (the "<u>Motion</u>") requesting that Mr. James A. Cobb Attorney & Counselor at Law, be allowed to withdraw as counsel for AndryLerner, LLC in the above captioned matter and that Douglas S. Draper and the law firm of Heller, Draper, Patrick & Horn, LLC be substituted in place and stead of Mr. James A. Cobb. In support of this Motion, Mr. Cobb and Mr. Draper aver as follows:

<u>LR 83.2.11 and LR 83.2.12</u>

1. Pursuant to LR 83.2.11, counsel of record may obtain permission to withdraw as counsel of record only upon joint motion (of current counsel of record and new counsel of

{00337690-2}

2.     record) to substitute counsel.  Further, pursuant to LR 83.2.12, upon motion, after counsel for a party has been permitted to withdraw, other counsel may appear for any party.

Withdrawal of James A. Cobb, Attorney & Counselor at Law and
Substitution of Douglas S. Draper, Heller, Draper, Patrick & Horn, LLC

3.     Currently, Mr. James A. Cobb is listed as attorney of record for AndryLerner, LLC.  At this time, Mr. Cobb is seeking permission to withdraw as counsel of record and that Mr. Douglas S. Draper and the law firm of Heller, Draper, Patrick & Horn, LLC be substituted in the place and stead of Mr. Cobb as attorneys of record for, AndryLerner, LLC.  This Motion is jointly submitted pursuant to LR 83.2.11 and LR 83.2.12.

4.     Mr. Cobb has advised AndryLerner, LLC through Mr. Draper of all deadlines and pending court appearances in connection with the above captioned matter.

5.     Further, this Motion is submitted with the consent of AndryLerner, LLC.

**WHEREFORE**, Mr. James A. Cobb Attorney & Counselor at Law prays that this Court enters an order withdrawing him and his firm as counsel of record for AndryLerner, LLC and granting the request for Mr. Douglas S. Draper and the law firm of Heller, Draper, Patrick & Horn, LLC be substituted in the place and stead as counsel of record for AndryLernr, LLC in this above captioned matter.

November 5, 2013

| RESPECTFULLY SUBMITTED: | RESPECTFULLY SUBMITTED: |
|---|---|
| BY: */s/James A. Cobb* | BY: */s/Douglas S. Draper* |
| James A. Cobb (La. Bar #4213) | Douglas S. Draper (La. Bar #5073) |
| Ajubita, Leftwich & Salzer, L.L.C. | Heller, Draper, Patrick & Horn, LLC |
| 1100 Poydras Street, Suite 1500 | 650 Poydras Street, Suite 2500 |
| New Orleans, LA  70163 | New Orleans, LA  70130 |
| Telephone:  (504) 582-2300 | Telephone: (504) 299-3300 |
| Facsimile: (504) 582-2310 | Facsimile: (504)299-3399 |
| jimcobb@jimcobblaw.com | ddraper@hellerdraper.com |

{00337690-2}