**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * | **MDL NO. 2179** |
| | * | **SECTION: "J"** |
| **This document relates to No. 12-970** | * | **Honorable Carl J. Barbier** |
| | * | **Magistrate Judge Shushan** |
| | *    *    * | |

<u>**JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD**</u>

       **NOW INTO COURT**, through undersigned counsel, comes claimant, The Andry Law Firm, L.L.C. ("ALF"), who moves this Honorable Court for an order enrolling and substituting Randall A. Smith and Stephen M. Gelé of Smith & Fawer, L.L.C. (collectively, "Smith & Fawer"), 201 St. Charles Avenue, Suite 3702, New Orleans, Louisiana 70170, as its counsel of record in place of Kyle Schonekas, William P. Gibbens, Ian Atkinson, and the Law Firm of Schonekas, Evans, McGoey & McEachin, L.L.C (collectively, "SEMM").  SEMM has notified Smith & Fawer and ALF of all applicable deadlines and pending court appearances.

**WHEREFORE**, claimant, The Andry Law Firm, L.L.C. prays that Randall A. Smith and Stephen M. Gelé of Smith & Fawer, L.L.C. be substituted as counsel of record for the Andry Law Firm, L.L.C.  Claimant further prays that Kyle Schonekas, William P. Gibbens, Ian Atkinson, and the law firm of Schonekas, Evans, McGoey & McEachin, L.L.C. be formally withdrawn as counsel of record for the Andry Law Firm, L.L.C.

**RESPECTFULLY SUBMITTED** on this 5th day of November, 2013.

| | |
|---|---|
| */s/ Randy Smith* | */s/ Kyle D. Schonekas* |
| Randall A. Smith, 2117 | Kyle D. Schonekas, 11817 |
| Stephen M. Gelé, 22385 | William P. Gibbens, 27225 |
| SMITH & FAWER, L.L.C. | Ian Atkinson, 31605 |
| 201 St. Charles Avenue, Suite 3702 | Schonekas, Evans, McGoey & McEachin, L.L.C. |
| New Orleans, Louisiana 70170 | 909 Poydras Street, Suite 1600 |
| Telephone: (504) 525-2200 | New Orleans, Louisiana  70112 |
| Fax: (504) 525-2205 | Telephone:  (504) 680-6050 |
| | Fax:  (504) 680-6051 |
| | kyle@semmlaw.com |
| | billy@semmlaw.com |
| | ian@semmlaw.com |
| | |
| | Attorneys for The Andry Law Firm, L.L.C. |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 5th day of November, 2013.

*/s/ Kyle D. Schonekas*
Kyle D. Schonekas