UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig           ) | MDL No.:  2179 |
|             "Deepwater Horizon" in the    ) | |
|             Gulf of Mexico, on April 20, 2010  ) | Section:  J |
|                                             ) | |
| This document relates to:  13-CV-01870    ) | Judge Barbier |
|                                             ) | Mag. Judge Shushan |

**CERTIFICATE REPORTING ON OUTCOME OF
CONFERENCES ON MOTION TO INTERVENE**

COMES NOW Plaintiffs-Intervenors, Steve V. Pemberton and Fast Flow, LLC, d/b/a Fast Flow Pumps, by and through undersigned counsel, and state as follows:

In compliance with this Honorable Court's Order, Document 11719, filed on October 23, 2013, Plaintiffs-Intervenors for the Intervention Complaint in Case Number 13-CV-01870, filed in the Eastern District of Louisiana as *Citrin et al. v. BP Exploration & Production, Inc., et al.*, has personally conferred with counsel for Defendants, and has received a written email response back from counsel for the BP Defendants on October 29, 2013, counsel for the Halliburton Defendants on October 29, 2013, and counsel for the Transocean Defendants on November 5, 2013.  *See* Correspondence exchanges, attached as Exhibit A.

None of the Defendants oppose the Motion to Intervene, but they reserve their rights and defenses to the claims, as follows:

For the BP Defendants:  "The BP Defendants do not oppose the motion to intervene, but reserve all their defenses, including all limitations and prescription defenses, to movants' claims."

For the Halliburton Defendants, including Sperry Drilling Services:  "Halliburton Energy Services, Inc., on behalf of itself and its product service line Sperry Drilling Services, is not opposed to the request to intervene, but reserves all rights and defenses to plaintiffs' claims.

1

Please note that Sperry Drilling Services is not an individual corporate entity, but operates as a product service line of HESI."

For the Transocean Defendants: "Transocean does not oppose the Motion to Intervene, but reserves all its defenses to the claims, including, but not limited to, all rights and defenses available under the Shipowners' Limitation Liability Act, 46 U.S.C. [Section] 30501, et. seq. and all other [] limitations and prescriptions defenses."

Respectfully submitted this the 6th day of November, 2013.

                                    (For Plaintiffs-Intervenors)

                       BY:   /s/*Elizabeth A. Citrin*
                                ELIZABETH A. CITRIN

Elizabeth A. Citrin, Esq. (MS Bar No.: 101368)
Elizabeth A. Citrin, P.C.
28311 North Main Street
Daphne, Alabama  36526
Phone:  251-626-8808
Fax:  251-626-8868
Cell;  251-591-6330
Email:  elizabeth@elizabethcitrin.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Plaintiffs-Intervenors' Certificate Reporting on Outcome of Conferences on Motion to Intervene has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this the 6th day of November, 2013, in compliance with this Honorable Court's Order, Document 11719, filed on October 23, 2013.

      /s/ Elizabeth A. Citrin _____
      ELIZABETH A. CITRIN