# EXHIBIT A

# ELIZABETH A. CITRIN, P.C.
ATTORNEY-AT-LAW

| | | |
|---|---|---|
| LICENSED IN ALABAMA, MISSISSIPPI, NEW YORK, AND CONNECTICUT<br>EMAIL: elizabeth@elizabethcitrin.com | 28080 HIGHWAY 98<br>SUITE G<br>DAPHNE, ALABAMA 36526 | PHONE: 251-626-8808<br>FACSIMILE: 251-626-8868<br>WEBSITE: www.elizabethcitrin.com |

October 28, 2013

***Via Emails:*** Liaison2179@liskow.com
Don K. Haycraft, Esq.
Liskow and Lewis
1 Shell Square, 701 Poydras Street, Suite 5000
New Orleans, LA  70139
Email: dkhaycraft@liskow.com

Don Godwin, Esq.
Godwin Lewis, P.C.
Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, TX  75270
Email: info@godwinlewis.com

Kerry Miller, Esq.
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA  70163
Email: kmiller@frilot.com

Phillip A. Wittmann, Esq.
Stone Pigman Walther Wittmann, LLC
546 Carondelt Street
New Orleans, LA  70130
Email: pwittman@stonepigman.com

Deborah Kuchler, Esq.
Kuchler Polk Schell Weiner and Richardson, LLC
1615 Poydras Street, Suite 1300
New Orleans, LA  70163
Email: dkuchler@kuchlerpolk.com

      Re:   *Steve Pemberton and Fast Flow, LLC v. BP, et al.*, Rec. Doc. 10984; In re: Oil Spill by the Oil Rig, "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL No.: 2179, Section J, Judge Barbier, Magistrate Judge Shushan

Dear Counsel:

    In follow-up to the Court Order dated October 23, 2013, Document 11719, filed in the

Letter to BP Defense Counsel in Pemberton
October 28, 2013
Page 2

Eastern U.S. District Court of the Eastern District of Louisiana and issued by United States Magistrate Judge Sally Shushan, we have been ordered to confer within 14 calendar days from the date of the Order, or by November 6, 2013, to determine whether Defendants oppose Plaintiffs' request for leave to intervene. We must also file a certificate reporting on the outcome of our conferences. If Defendants do not oppose our request on behalf of Plaintiffs, Steve Pemberton and Fast Flow, LLC, for leave to intervene, would you please advise us as to this fact within the next three (3) days, so that I can prepare the appropriate certificate indicating as such to the Court.

Alternatively, I would like to set up a conference call to discuss this matter further. What is your schedule, and are you available for this call on Wednesday, October 30, 2013, in the early afternoon? My cell is 251-591-6330 and my office number is 251-626-8808.

Thank you for your immediate attention to this matter, pursuant to the deadline set forth in the Court's Order. We look forward to hearing from you.

                    Very truly yours,

                    *Elizabeth A. Citrin*

                    Elizabeth A. Citrin

EAC:whs

cc:    *Via Email:* service@mdl2179plc.com
       James P. Roy, 556 Jefferson Street, Suite 500, Lafayette, LA, 70501
       Stephen J. Herman, 802 O'Keefe Avenue, New Orleans, LA, 70133

## Re: Steve Pemberton and Fast Flow, LLC v. BP, et al., Rec. Doc. 10984; In re: Oil Spill by the Oil Rig, "Deepwater Horizon"

Whitney [office@elizabethcitrin.com]

Sent: 10/29/2013 3:03 PM

To: liaison2179@liskow.com, dkhaycraft@liskow.com, infor@godwinlewis.com, kmiller@frilot.com, pwittmann@stonepigman.com, dkuchler@kuchlerpolk.com, service@mdl2179plc.com, jimr@wrightroy.com, sherman@hhklawfirm.com

Bcc: elizabeth@elizabethcitrin.com

Dear Counsel:

Please see attached. Thank you.

Very truly yours,
Whitney Sheldon,
Legal Secretary for Elizabeth A. Citrin, P.C.

Elizabeth A. Citrin, Esq.
Elizabeth A. Citrin, P.C.
Attorney-at-Law
28080 Highway 98, Suite G
Daphne, AL 36526
Phone: (251) 626-8808
Fax: (251) 626-8868
E-mail: elizabeth@elizabethcitrin.com
Website: www.elizabethcitrin.com

Licensed in Alabama, Connecticut, Mississippi, and New York.

GENERAL NOTICE: Due to Presidential Executive Orders, the National Security Agency may read this email without warning, warrant, or notice. CONFIDENTIALITY NOTICE: This e-mail is confidential and protected under attorney-client privilege. It constitutes a communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. § 2510 and is Privileged Confidential Information under the Code of Alabama 1975 § 34-3-20. Its disclosure is limited to the recipient intended by the sender. All contents & documents contained or attached are intended only for the intended recipient. If you are not the intended recipient, any dissemination, copying or other use of these documents is prohibited. If you have received this e-mail in error, please notify the sender.

Attachments:     Pemberton-BP Letter to All Defense Counsel-10-28-13.pdf

Copyright © 2003-2013. All rights reserved.

# Letter to All Defense : Pemberton v. BP

**Whitney** [office@elizabethcitrin.com]

Sent: 10/29/2013 3:17 PM
To: info@godwinlewis.com

Dear Counsel:

Please see attached. Thank you.

Very truly yours,
Whitney Sheldon,
Legal Secretary for Elizabeth A. Citrin, P.C.

Elizabeth A. Citrin, Esq.
Elizabeth A. Citrin, P.C.
Attorney-at-Law
28080 Highway 98, Suite G
Daphne, AL 36526
Phone: (251) 626-8808
Fax: (251) 626-8868
E-mail: elizabeth@elizabethcitrin.com
Website: www.elizabethcitrin.com

Licensed in Alabama, Connecticut, Mississippi, and New York.

GENERAL NOTICE: Due to Presidential Executive Orders, the National Security Agency may read this email without warning, warrant, or notice. CONFIDENTIALITY NOTICE: This e-mail is confidential and protected under attorney-client privilege. It constitutes a communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. § 2510 and is Privileged Confidential Information under the Code of Alabama 1975 § 34-3-20. Its disclosure is limited to the recipient intended by the sender. All contents & documents contained or attached are intended only for the intended recipient. If you are not the intended recipient, any dissemination, copying or other use of these documents is prohibited. If you have received this e-mail in error, please notify the sender.

**Attachments:**   Pemberton-BP Letter to All Defense Counsel-10-28-13.pdf

Copyright © 2003-2013. All rights reserved.

# FW: Steve Perberton and Fast Flow, LLC v. BP, et al., Rec. Doc. 10984; In re: Oil Spill by the Oil Rig, "Deepwater Horizon"

**Ritter, Kristopher** [ritterk@kirkland.com]

Sent: 10/29/2013 6:56 PM
To: office@elizabethcitrin.com
Cc: liaison2179@liskow.com, *dkhaycraft@liskow.com, infor@godwinlewis.com, kmiller@frilot.com, pwittmann@stonepigman.com, dkuchler@kuchlerpolk.com, service@mdl2179plc.com, jimr@wrightroy.com, sherman@hhklawfirm.com

Whitney and Elizabeth,

The BP Defendants do not oppose the motion to intervene, but reserve all their defenses, including all limitations and prescription defenses, to movants' claims.

Regards,
Kris

**Kristopher S. Ritter** | Kirkland & Ellis LLP
300 N. LaSalle | Chicago, IL 60654
Tel +1-312-862-7118 | Fax +1-312-862-2200
kristopher.ritter@kirkland.com

**From:** Whitney [mailto:office@elizabethcitrin.com]
**Sent:** Tuesday, October 29, 2013 3:03 PM
**To:** liaison2179@liskow.com; *dkhaycraft@liskow.com; infor@godwinlewis.com; kmiller@frilot.com; pwittmann@stonepigman.com; dkuchler@kuchlerpolk.com; service@mdl2179plc.com; jimr@wrightroy.com; sherman@hhklawfirm.com
**Subject:** Re: Steve Perberton and Fast Flow, LLC v. BP, et al., Rec. Doc. 10984; In re: Oil Spill by the Oil Rig, "Deepwater Horizon"

Dear Counsel:

Please see attached. Thank you.

Very truly yours,
Whitney Sheldon,
Legal Secretary for Elizabeth A. Citrin, P.C.

Elizabeth A. Citrin, Esq.
Elizabeth A. Citrin, P.C.
Attorney-at-Law
28080 Highway 98, Suite G
Daphne, AL 36526
Phone: (251) 626-8808

Fax: (251) 626-8868
E-mail: elizabeth@elizabethcitrin.com
Website: www.elizabethcitrin.com

Licensed in Alabama, Connecticut, Mississippi, and New York.

GENERAL NOTICE: Due to Presidential Executive Orders, the National Security Agency may read this email without warning, warrant, or notice. CONFIDENTIALITY NOTICE: This e-mail is confidential and protected under attorney-client privilege. It constitutes a communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. § 2510 and is Privileged Confidential Information under the Code of Alabama 1975 § 34-3-20. Its disclosure is limited to the recipient intended by the sender. All contents & documents contained or attached are intended only for the intended recipient. If you are not the intended recipient, any dissemination, copying or other use of these documents is prohibited. If you have received this e-mail in error, please notify the sender.

************************************************************

IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
************************************************************

Attachments:    Pemberton-BP Letter to All Defense Counsel-10-28-13.pdf

Copyright © 2003-2013. All rights reserved.

**Subject:** RE: Steve Pemberton and Fast Flow, LLC v. BP, et al., Rec. Doc. 10984; In re: Oil Spill by the Oil Rig, "Deepwater Horizon"
**From:** "Johanns, James" <James.Johanns@GodwinLewis.com>
**Date:** Tue, Oct 29, 2013 3:49 pm
**To:** "'elizabeth@elizabethcitrin.com'" <elizabeth@elizabethcitrin.com>
**Cc:** "Godwin, Donald" <Don.Godwin@GodwinLewis.com>, "York, R. Alan" <Alan.York@GodwinLewis.com>

Dear Ms. Citrin,

Halliburton Energy Services, Inc., on behalf of itself and its product service line Sperry Drilling Services, is not opposed to the request to intervene, but reserves all rights and defenses to plaintiffs' claims. Please note that Sperry Drilling Services is not an individual corporate entity, but operates as a product service line of HESI.

Regards,

James Johanns

**From:** Whitney [mailto:office@elizabethcitrin.com]
**Sent:** Tuesday, October 29, 2013 3:03 PM
**To:** liaison2179@liskow.com; dkhaycraft@liskow.com; infor@godwinlewis.com; kmiller@frilot.com; pwittmann@stonepigman.com; dkuchler@kuchlerpolk.com; service@mdl2179plc.com; jimr@wrightroy.com; sherman@hhklawfirm.com
**Subject:** Re: Steve Perberton and Fast Flow, LLC v. BP, et al., Rec. Doc. 10984; In re: Oil Spill by the Oil Rig, "Deepwater Horizon"

Dear Counsel:

Please see attached. Thank you.

Very truly yours,
Whitney Sheldon,
Legal Secretary for Elizabeth A. Citrin, P.C.

Elizabeth A. Citrin, Esq.
Elizabeth A. Citrin, P.C.
Attorney-at-Law
28080 Highway 98, Suite G
Daphne, AL 36526
Phone: (251) 626-8808
Fax: (251) 626-8868
E-mail: elizabeth@elizabethcitrin.com
Website: www.elizabethcitrin.com

Licensed in Alabama, Connecticut, Mississippi, and New York.

GENERAL NOTICE: Due to Presidential Executive Orders, the National Security Agency may read this email without warning, warrant, or notice. CONFIDENTIALITY NOTICE: This e-mail is confidential and protected under attorney-client privilege. It constitutes a communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. § 2510 and is Privileged Confidential Information under the Code of Alabama 1975 § 34-3-20. Its disclosure is limited to the recipient intended by the sender. All contents & documents contained or attached are intended only for the intended recipient. If you are not the intended recipient, any dissemination, copying or other use of these documents is prohibited. If you have received this e-mail in error, please notify the sender.

James E. Johanns, Shareholder

In **Dallas** Office
James.Johanns@GodwinLewis.com

# GODWIN LEWIS PC

**Direct:** 214.939.4846

**Fax:** 214.527.3238

www.GodwinLewis.com
**Toll Free:** 800-662-8393

| **Dallas** | **Houston** | **Plano** |
|---|---|---|
| 1201 Elm Street | 1331 Lamar | 5700 Granite Parkway |
| Suite 1700 | Suite 1665 | Suite 450 |
| Dallas, Texas 75270 | Houston, Texas 77010 | Plano, Texas 75024 |
| 214.939.4400 | 713.595.8300 | 214.939.4500 |

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify **Godwin Lewis PC** immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

Copyright © 2003-2013. All rights reserved.

RE: Steve Pemberton and Fast Flow, LLC v. BP, et al., Rec. Doc. 1098...

Case 2:10-md-02179-CJB-DPC   Document 11798-1   Filed 11/06/13   Page 10 of 11

**Subject:** RE: Steve Pemberton and Fast Flow, LLC v. BP, et al., Rec. Doc. 10984; In re: Oil Spill by the Oil Rig, "Deepwater Horizon"
**From:** "Hammett, Wade" <WHammett@frilot.com>
**Date:** 11/5/2013 5:01 PM
**To:** "office@elizabethcitrin.com" <office@elizabethcitrin.com>
**CC:** "Parish, James" <JParish@frilot.com>, "elizabeth@elizabethcitrin.com" <elizabeth@elizabethcitrin.com>, "Miller, Kerry J." <kmiller@frilot.com>

Whitney,

Transocean does not oppose the Motion to Intervene, but reserves all its defenses to the claims including, but not limited to, all rights and defenses available under the Shipowners' Limitation of Liability Act, 46 U.S.C. § 30501, et. seq. and all other all limitations and prescription defenses.


Wade B. Hammett
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA  70163
Direct Phone:  (504) 599-8244
Direct Fax:      (504) 619-4982
whammett@frilot.com

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential. If you are not an intended recipient, you may not review, copy, or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

----- Forwarded message -----
From: "Whitney" <office@elizabethcitrin.com>
To: "Parish, James" <JParish@frilot.com>
Subject: Steve Pemberton and Fast Flow, LLC v. BP, et al., Rec. Doc. 10984; In re: Oil Spill by the Oil Rig, "Deepwater Horizon"
Date: Tue, Nov 5, 2013 5:47 PM

Dear Mr. Parish,

Please see attached.  In follow up to the email sent to Mr. Kerry Miller on October 29, 2013, about the above reference matter.  We have yet to receive a response. Please review the attachment and respond at your earliest convenience.  The deadline for a response is tomorrow.  Thank you.

Very truly yours,
Whitney Sheldon
Legal Secretary for Elizabeth A. Citrin, P.C.


Elizabeth A. Citrin, Esq.
Elizabeth A. Citrin, P.C.
Attorney-at-Law

28080 Highway 98, Suite G
Daphne, AL 36526
Phone: (251) 626-8808
Fax: (251) 626-8868
E-mail: elizabeth@elizabethcitrin.com
Website: www.elizabethcitrin.com

Licensed in Alabama, Connecticut, Mississippi, and New York.

GENERAL NOTICE: Due to Presidential Executive Orders, the National Security Agency may read this email without warning, warrant, or notice. CONFIDENTIALITY NOTICE: This e-mail is confidential and protected under attorney-client privilege. It constitutes a communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. § 2510 and is Privileged Confidential Information under the Code of Alabama 1975 § 34-3-20. Its disclosure is limited to the recipient intended by the sender. All contents & documents contained or attached are intended only for the intended recipient. If you are not the intended recipient, any dissemination, copying or other use of these documents is prohibited. If you have received this e-mail in error, please notify the sender.

──Attachments:──────────────────────────────────────────────

| | |
|---|---|
| Pemberton-BP Letter to All Defense Counsel-10-28-13.pdf | 19.6 KB |