**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

10-MDL No. 2179

Section: J

This Document Relates to:

10-cv-8888

Judge Barbier
Mag. Judge Shushan

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW the law firm of RESTIVO & REILLY, LLC pursuant to Local Rule 83.2.11 and moves this Court for an order allowing their withdrawal as counsel of record for only the Plaintiffs listed in Attachment "A" and as grounds would state:

1. The Plaintiffs listed in Attachment "A" and the movant have terminated their relationship.

2. The Plaintiffs listed in Attachment "A" have been made aware of applicable deadlines and applicable pending court appearances.

3. The Plaintiffs will remain in the litigation.

4. This motion is made in good faith and will not prejudice any party.

WHEREFORE, the undersigned counsel, both individually and on behalf of her law firm, moves this Court for an order allowing them to withdraw as counsel of record for only those Plaintiffs set forth in Attachment "A" in the above-captioned case.

**RESPECTFULLY SUBMITTED on this 6th day of November, 2013.**

By___/s/ Jessica Reilly_________
Jessica Reilly, FBN 113662

Restivo & Reilly, LLC
103400 Overseas Highway, Suite 237
Key Largo, FL 33037
Tel: 305.453.4961
Fax: 888.496.4131
jessica@restivoandreilly.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

10-MD-2179

Section: J

This Document Relates to:

10-cv-8888

Judge Barbier
Mag. Judge Shushan

**ATTACHMENT "A"**

| **PLAINTIFF** | DOCUMENT ID # | **ADDRESS** | TELEPHONE NUMBER |
|---|---|---|---|
| Jamoncito Fishing Inc | 119910 | 1423 SW 92 Place, Miami, FL 33174 | 305-733-4543<br>305-972-5100 |

| | | | |
|---|---|---|---|
| Julie Becker | 119591 | 2236 River Reach Dr.<br>Naples, FL 34104 | 238-784-1910 |
| Kenly Turchetti | 120731 | 114 Fontaine Drive<br>Taverner, FL 33070 | 305-304-8254 |

| Gerald Creasman CPA | 120075 | 10691 N. Kendall Dr #207,<br><br>Miami, FL 33176 | 305-522-3245 |
|---|---|---|---|
| Gerald Creasman | 120064 | 335 Laguna Ave.<br><br>Key Largo, FL 33037 | 305-509-7868 |
| George Howells | 123864 | 1042 Caribbean Drive East<br>Summerland Key, FL 33042 | 305-434-2460 |

| Joseph Talamas | 122671 | 100430 Overseas Hwy, Key<br><br>Largo, FL 33070 | 305-394-0553 |
|---|---|---|---|
| Jose Martinez | 11977 | 201 20th Ocean, Marathon FL 33050<br><br>1423 SW 92nd Place<br>Miami, FL 33174 | 305- 733-4543 |

| Angela Rojas | 119331 | 12 Cindy Place, Key Largo, FL 33037<br><br>6 Sexton Way, Key Largo, FL 33037 | 954-325-2915 |
|---|---|---|---|
| Ulises Rojas | 119244 | 12 Cindy Place, Key Largo, FL 33037<br>6 Sexton Way, Key Largo, FL 33037 | 954-325-2915<br><br>786-294-7624 |
| Franco Micciche/<br>Made in the Shade Canvas | 120195 | 95480 Overseas Highway,<br>Key Largo, FL 33037 | 305-896-8526 |

| | | | |
|---|---|---|---|
| Franco Micciche/ Made in the Shade Canvas | 120666 | 95480 Overseas Highway, Key Largo, FL 33037 | 305-896-8526 |
| Laura Borguss | 12073 | PO Box 2760<br>Key Largo, FL 33037<br><br>PO Box 372760<br>Key Largo, FL 33037 | 305-304-5488 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel has been served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order Number 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6tth day of November, 2013.

I FURTHER CERTIFY that the Plaintiff has been made aware of applicable deadlines and applicable pending court appearances, and that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served by certified mail and pursuant to Local Rule 83.2.11 on those individuals listed in Attachment "A" attached hereto on this 6th day of November, 2013.

By___/s/ Jessica Reilly_________

Jessica Reilly, FBN 113662
Restivo & Reilly, LLC
103400 Overseas Highway, Suite 237
Key Largo, FL 33037
Tel: 305.453.4961
Fax: 888.496.4131
jessica@restivoandreilly.com
Attorney for Plaintiff