UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | JUDGE BARRIER<br>MAG. JUDGE SHUSHAN |

### ORDER GRANTING JOINT EX PARTE MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

CONSIDERING, the *Joint Ex Parte Motion to Withdraw and Substitute Counsel of Record* filed by Mr. James A. Cobb Attorney & Counselor at Law and Douglas S. Draper and the law firm of Heller, Draper, Patrick & Horn, LLC; it is hereby

**ORDERED**, that James A. Cobb Attorney & Counselor at Law is granted permission to withdraw as counsel of record for AndryLerner, LLC; and it is further

**ORDERED**, that Mr. Douglas S. Draper and the law firm of Heller, Draper, Patrick & Horn, LLC is substituted in the place and stead of Mr. Cobb as attorneys of record for, AndryLerner, LLC.

New Orleans, Louisiana this 6th day of November, 2013.

_____
United States District Judge