IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: "J" |
| This document relates to No. 12-970 | * | Honorable Carl J. Barbier |
| | * | Magistrate Judge Shushan |
| * * * | | |

### ORDER GRANTING JOINT MOTION TO SUBSTITUTE COUNSEL

Considering the foregoing Joint Motion to Substitute Counsel;

**IT IS HEREBY ORDERED** that RANDALL A. SMITH and STEPHEN M. GELÉ of SMITH & FAWER, L.L.C be substituted as counsel of record for claimant, The Andry Law Firm, L.L.C.

**IT IS FURTHER ORDERED** that KYLE D. SCHONEKAS, WILLIAM P. GIBBENS, IAN L. ATKINSON, and the law firm of SCHONEKAS, EVANS, McGOEY & McEACHIN, L.L.C. are withdrawn as Counsel of Record for Claimant, The Andry Law Firm, L.L.C.

New Orleans, Louisiana this 6th day of November, 2013.

_____
United States District Judge