

EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Deltona Corporation

V

BP, P.L.C. et al.

CIVIL ACTION

NO. 2:13-cv-02402

SECTION J ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Deltona Corporation
**NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION**

**PARENT CORPORATIONS**

None

**PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK**

None

11/6/2013
Date

Dennis C. Reich
Attorney

16739600
Bar Roll Number

4265 San Felipe, Ste. 1000
Address

Houston, TX 77027