UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This Document Applies to:<br><br>No. 12-970, *Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | MDL 2179<br><br>SECTION: "J"<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

**GLEN J. LERNER'S MEMORANDUM IN SUPPORT OF MOTION TO FILE UNDER SEAL AND *EX PARTE* HIS *EX PARTE* MEMORANDUM IN AID OF MAGISTRATE JUDGE'S *IN CAMERA* REVIEW OF DISCOVERY FROM SPECIAL MASTER**

Glen J. Lerner, who, reserving all rights and defenses, appears solely for the purpose of seeking leave of Court to file *ex parte* and under seal his *Ex Parte* Memorandum in Aid of Magistrate Judge's *In Camera* Review of Discovery from Special Master ("Memorandum"). Lerner seeks *ex parte* and under seal consideration of the Memorandum because it reflects defense counsel's strategies and opinions in responding to the Court's Show Cause Order, which neither the parties to this matter nor the Special Master are entitled to receive. Lerner also seeks leave to file the Memorandum under seal because, consistent with the Court's prior Order authorizing filing of the Special Master's disclosures to Lerner under seal, Rec. Doc. 11637, the Memorandum references and attaches evidence produced by the Special Master that is not subject to public disclosure.

4261041.2

**ARGUMENT**

On October 16, 2013, this Court referred to Magistrate Judge Sally Shushan all outstanding motions for discovery filed by the Show Cause Parties,[1] which sought, among other things, complete access to the Special Master's investigative record. Rec. Doc. 11664. In connection with that referral, the Court extended the deadline for responding to the Court's Show Cause Order, Rec. Doc. 11288, to November 15, 2013—9 days from today. On October 24, 2013, Magistrate Judge Shushan issued her ruling on the pending motions and required the Special Master to submit his investigative record for *in camera* review, after which Magistrate Judge Shushan proposes to sample the documents or data to determine whether additional production from the Special Master is required. The Special Master's productions to Magistrate Judge Shushan were due on Wednesday, October 30, 2013. Given the anticipated volume of these productions and the fast approaching deadline for Lerner's response to the Court's Show Cause Order, Lerner has filed the Memorandum to assist the Magistrate Judge in identifying pertinent and relevant documents so that Lerner has sufficient time to conduct a complete and meaningful review prior to the response date set by this Court.

Lerner seeks *ex parte* and under seal consideration of the Memorandum because it sets forth counsel's strategies, opinions, and impressions concerning the Special Master's Report and its allegations and Lerner's defense to those allegations. Neither the parties nor the Special Master are entitled to disclosure of counsel's thoughts and strategies, and for that reason the Court should accept filing of the Memorandum *ex parte* and under seal. Furthermore, the Memorandum should be accepted for filing under seal because it contains information from materials that Lerner received from the Special Master, which are not part of the public record.

---

[1] The Show Cause Parties include Jon Andry, Glen Lerner, Christine Reitano, Lionel Sutton, the Andry Law Firm, and the AndryLerner Firm.

In connection with a previous filing by Lerner, the Court accepted for filing under seal the Special Master's discovery disclosures. Rec. Doc. 11637. The Memorandum should receive the same under seal treatment.

For the foregoing reasons, Lerner requests the Court grant his Motion to File Under Seal and *Ex Parte* His *Ex Parte* Memorandum in Aid of Magistrate Judge's *In Camera* Review of Discovery from Special Master.

Respectfully submitted,

*/s/ Pauline F. Hardin*
Pauline F. Hardin (La. Bar #6542)
James E. Wright, III (La. Bar #13700)
Virginia W. Gundlach (La. Bar #18493)
**JONES WALKER LLP**
201 St. Charles Ave. – 49th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
phardin@joneswalker.com
jwright@joneswalker.com
ggundlach@joneswalker.com

and

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
**ZUCKERMAN SPAEDER LLP**
1800 M. Street, NW – Suite 1000
Washington, D.C. 20036-5807
Telephone: (202) 778-1800
Fax: (202) 822-8106
wtaylor@zuckerman.com
amehta@zuckerman.com

*Attorneys for Glen J. Lerner*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 6th day of November, 2013.

                                  */s/ Pauline F. Hardin*
                                  Pauline F. Hardin (La. Bar #6542)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 6th day of November, 2013.

                                                */s/ Pauline F. Hardin*
                                                Pauline F. Hardin (La. Bar #6542)