UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER

**CONSIDERING** the foregoing Glen J. Lerner's Motion to File Under Seal and *Ex Parte* His *Ex Parte* Memorandum In Aid of Magistrate Judge's *In Camera* Review of Discovery From Special Master;

**IT IS ORDERED** that the Motion is hereby GRANTED.

**IT IS FURTHER ORDERED** that the Memorandum be accepted for filing under seal and *ex parte*.

New Orleans, Louisiana this _____ day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE

4260821.1