UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No. 12-970 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### CLASS COUNSEL SUBMISSION ON REMAND OF BEL ISSUE

Eligible Business Economic Loss (BEL) Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class respectfully submit the following evidence in response to the Court's Order of October 25, 2013 [Doc 11735] regarding the interpretation of the BEL Compensation Framework found in Exhibit 4C to the Economic & Property Damages Settlement Agreement:

1. DECLARATION OF STEPHEN J. HERMAN, Nov. 5, 2013
2. BP Draft Proposed Compensation Framework, Sept. 15, 2011
3. BP Draft Proposed Documentation Framework, Sept. 27, 2011
4. DECLARATION OF JOSEPH F. RICE, Nov. 6, 2013
5. Ex. "A" - Index of Drafts of Business Economic Loss Frameworks Exchanged
6. Ex. "B" - Index of Rice Drafts of Settlement Agreement
7. Ex. "C" – Louisiana GCCF Payments Map (July 5, 2011)
8. Ex. "C" – Mississippi GCCF Payments Map (July 5, 2011)
9. Ex. "C" – Alabama GCCF Payments Map (July 7, 2011)
10. Ex. "C" – Florida GCCF Payments Map (July 5, 2011)
11. Ex. "C" – Texas GCCF Payments Map (Aug. 1, 2011)
12. Ex. "D" – Sample of Mapping Data utilized by BP re Businesses in GCA
13. Ex. "E" – BP Draft Proposed Compensation Framework, Sept. 15, 2011
14. Ex. "F" - PSC Memo re Economic Loss for Business Claims, Nov. 3, 2011

15.   Ex. "G" - BP Memo re Business Economic Loss Claims, Nov. 10, 2011
16.   Ex. "H" - Rice Memo re Compensation Framework, Nov. 16, 2011
17.   Ex. "I" - BP Memo re Business Economic Loss, Dec. 13, 2011
18.   Ex. "J" – P&N Illustration for Meeting re Settlement Program, March 27, 2012
19.   Ex. "K" – Orran Brown Memo re Tutorial, April 13, 2012
20.   Ex. "L" – Rice E-Mail to Godfrey transmitting Draft PowerPoint, March 5, 2012
21.   Ex. "M" – Bloom E-Mail to Rice with Edits to PowerPoint, March 6, 2012
22.   Ex. "N" – Hacker E-Mail to Rice and Cantor, et al, April 4, 2012
23.   Ex. "O" – Rice Response to Hacker, April 15, 2012
24.   Ex. "P" – Rice E-Mail to Bloom, April 10, 2012
25.   Ex. "Q" – BP Draft Tutorial Slides, May 7, 2012
26. DECLARATION OF RHON E. JONES, Nov. 5, 2013
27. DECLARATION OF MICHAEL ALLEN SCOTT, Nov. 4, 2013

In addition, Plaintiffs respectfully direct the Court's attention to the following evidence in the record which Plaintiffs suggest also relates to the question of what, if anything, the Parties discussed, prior to the execution of the Settlement Agreement, regarding the "matching" of expenses to revenues in cash-basis (and/or other) BEL Claims:

- AFFIDAVIT OF CHARLES R. HACKER, JR., March 28, 2013 [Doc 9089-3], ¶3
- E-Mail from Hacker to Rice and Cantor, et al, April 4, 2012
  [Doc 9089-3, Ex. 1, filed under seal]
- DECLARATION OF ROBERT MICHAEL WALLACE, Feb. 18, 2013 [Doc 8963-84], ¶¶2-5
- TOMLINSON DECLARATION (Feb. 18, 2013) and TEST CASES [Doc 8963-86]
- SUPPLEMENTAL DECLARATION OF JOHN E. TOMLINSON, April 1, 2013  [Doc 9087-4]

This 6th day of November, 2013.


Respectfully submitted,


   /s/   Stephen J. Herman               /s/ James Parkerson Roy
**Stephen J. Herman**, La. Bar No. 23129       **James Parkerson Roy**, La. Bar No.11511
**HERMAN HERMAN & KATZ LLC**                **DOMENGEAUX WRIGHT ROY & EDWARDS LLC**
820 O'Keefe Avenue                          556 Jefferson Street, Suite 500

| | |
|---|---|
| New Orleans, Louisiana 70113<br>Telephone: (504) 581-4892<br>Fax No. (504) 569-6024<br>E-Mail: sherman@hhklawfirm.com<br>*Lead Class Counsel* | Lafayette, Louisiana 70501<br>Telephone: (337) 233-3033<br>Fax No. (337) 233-2796<br>E-Mail: jimr@wrightroy.com<br>*Lead Class Counsel* |

## **ECONOMIC & PROPERTY DAMAGES CLASS COUNSEL**

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office: (843) 216-9159
Fax No. (843) 216-9290
E-Mail: jrice@motleyrice.com

Brian H. Barr
LEVIN, PAPANTONIO
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office: (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT, DRESCHER & IMPREVENTO
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Office: (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Office: (415) 956-1000
Telefax: (415) 956-1008
E-Mail: ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY 10003
Office: (212) 558-5802
Telefax: (212) 344-5461
E-Mail: rgreenwald@weitzlux.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office: (334) 269-2343
Telefax: (334) 954-7555
E-Mail: rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA 70601
Office: (337) 439-0707
Telefax: (337) 439-1029
E-Mail: mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA 70801-1910
Office: (225) 344-3735
Telefax: (225) 344-0522
E-Mail: mpalmintier@dphf-law.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON

8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110
E-Mail:  pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031
E-Mail:  rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail:  mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925
E-Mail:  calvinfayard@fayardlaw.

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail:  ervin@colson.com

601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514
E-Mail:  sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172
E-Mail:  ssummy@baronbudd.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, Louisiana 70360
Office: (985) 876-7595
Fax No. (985) 876-7594
E-Mail: duke@williamslawgroup.org

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Submission will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of November, 2013.

/s/ Stephen J. Herman and James Parkerson Roy