# Documentation Requirements for Business Claims[1]

### September 27, 2011

The framework outlined below applies to business claims.

In order to be eligible for compensation, business claimants must provide the following:[2]

1. Completed claim form describing the claimed losses and period of loss.

2. Federal tax returns for the claimed benchmark period as defined in the Compensation Framework for Business Claims and 2010-2011.
   - Include complete federal filing copy including all supporting statements.
   - For self employed individuals include Form 1040 pages 1 and 2, along with Schedules C, D, E and F.
   - If claimant does not have copies of its tax returns, claimant will request copies from the IRS.

3. State tax returns for all states covered by the class definition, including all relevant schedules for the claimed benchmark period as defined in the Compensation Framework for Business Claims as well as the years 2010-2011.

4. Monthly and annual profit and loss statements identifying individual line items for the claimed benchmark period and 2010-2011, or alternate source documents establishing monthly revenue such as sales and use tax returns or bank statements.

5. Additional documentation requirements for specific businesses, where applicable:
   - Retail
     - Monthly sales and use tax returns
   - Lodging
     - Lodging tax returns
     - Pace and/or occupancy reports (including unit count)
     - Documentation of how rental property is managed (e.g., by claimant or a third party).

---

[1] These Documentation Requirements relate to the Compensation Framework for Business Claims. Additional documentation requirements may be faced by claimants seeking to be compensated as start-up and failed business. There also may be additional documentation requirements for specific business types, such as developers [and others subject to further discussion].

[2] This document lays out the minimal documentation required to establish a claim. The claims administrator reserves the right to request supplemental documentation as necessary to process claims.

- Fishing
    - Trip tickets and/or related reports filed with the applicable government agencies identifying volume of catch and sale price.
- Seafood Restaurants
    - Purchase orders or invoices documenting seafood purchase costs for the claimed loss period and 2010.

6. Licenses
   - Commercial/recreational fishing
   - Real estate licenses
   - Occupancy licenses (lodging, including hotel and condo)
   - Business licenses
       - Restaurant
       - Bars (liquor)
       - Taxi/livery licenses
       - Services

7. Other Payments:
   - VoO payments
   - Payments from GCCF
   - Payments from BP
   - Other sources of income as documented in tax return

8. Copy of Articles of Incorporation.

9. Form authorizing claims administrator to verify tax records and other government filings.