Index of Drafts of Compensation, Documentation and Causation Frameworks

| | Document | PSC or BP | Date | Bates Start | Bates End |
|---|---|---|---|---|---|
| Compensation | | | | | |
| | Compensation Framework Business Claims | PSC | 8/30/2011 | | |
| | Compensation Framework Business Claims | BP | 9/15/2011 | 1430 | 1437 |
| | Memorandum and Draft Compensation Framework Business Claims | BP | 11/10/2011 | 4105 | 4108 |
| | Compensation Framework Business Claims with JFR Memo | PSC | 11/16/2011 | | |
| | Memorandum - Business Economic Loss - Causation and Compensation and transmitting email | BP | 12/13/2011 | 4567 | 4570 |
| | Compensation Framework Business Claims | BP | 12/13/2011 | 4555 | 4558 |
| | Compensation Framework Business Claims | PSC | 12/19/2011 | | |
| | Business Causation and Compensation | BP | 12/27/2011 | 5094 | 5099 |
| | Proposed Modification to Compensation Methodology | BP | 1/5/2012 | | |
| | BP Response on Business Causation and Compensation | BP | 1/11/2012 | 5271 | |
| | Compensation Framework Business Claims | BP | 1/18/2012 | 5874 | 5877 |
| | Compensation Framework Business Claims | PSC | 1/22/2012 | | |
| | Compensation Framework Business Claims | BP | 2/8/2012 | 24514 | 24517 |
| | Compensation Framework Business Claims | PSC | 2/14/2012 | | |
| | Compensation Framework Business Claims | BP | 3/1/2012 | 26288 | 26293 |
| | | | | | |
| Documentation | | | | | |
| | Documentation Requirements for Business Claims | BP | 9/27/2011 | 1528 | 1529 |
| | Documentation Requirements for Business Claims | PSC | 11/3/2011 | | |
| | Memorandum and Draft - Documentation Requirements for Business Claims | BP | 11/10/2011 | 4102 | 4104 |
| | Documentation Requirements for Business Claims | PSC | 11/15/2011 | | |
| | Documentation Requirements for Business Claims | BP | 3/1/2012 | 26245 | 26249 |
| | Documentation Requirements for Business Claims | BP LATE PM | 3/1/2012 | 26539 | 26542 |
| | | | | | |
| Causation | | | | | |
| | Causation Condition of Proof Principles for Business | BP | 8/22/2011 | | |
| | Causation Condition of Proof Principles for Business | PSC | 9/6/2011 | | |
| | Causation Condition of Proof Principles for Business | BP | 9/27/2011 | 1525 | 1527 |
| | Causation Condition of Proof Principles for Business | PSC | 10/12/2011 | | |

| | Description | Party | Date | Begin | End |
|---|---|---|---|---|---|
| | Causation Condition of Proof Principles for Business | PSC | 10/17/2011 | | |
| | Compensation Framework for Business Claims (email from Gwen) | PSC | 10/19/2011 | | |
| | Causation Condition of Proof Principles for Business | BP | 11/1/2011 | 3923 | 3927 |
| | Memo - Economic Loss for Business | PSC | 11/3/2011 | | |
| | Causation for Business Loss | PSC | 11/3/2011 | | |
| | Correction to Causation for Business Loss | PSC | 11/8/2011 | | |
| | Memorandum and Draft - BP Response Causation for Business Loss | BP | 11/10/2011 | 4094 | 4101 |
| | PSC Reply and JFR Memo | PSC | 11/16/2011 | | |
| | BP Response Causation for Business Loss | BP | 11/16/2011 | 4157 | 4164 |
| | BP Correction to Causation for Business Loss | PSC | 11/16/2011 | | |
| | Causation Requirements for Business Economic Loss Claims | BP | 12/12/2011 | 4559 | 4566 |
| | Memorandum - Business Economic Loss - Causation and Compensation and transmitting email | BP | 12/13/2011 | 4567 | 4570 |
| | Causation Requirements for Business Economic Loss Claims | PSC | 12/15/2011 | | |
| | Business Causation and Compensation | BP | 12/27/2011 | 5094 | 5099 |
| | Causation Requirements for Business Economic Loss Claims | PSC | 1/2/2012 | | |
| | Proposed Modifications to Causation Standards | BP | 1/5/2012 | | |
| | Proposed Modifications to Business Loss Causation Standards Final w/exh 1 | PSC | 1/10/2012 | | |
| | BP Response on Business Causation and Compensation | BP | 1/11/2012 | 5271 | |
| | Further Revised Newly Closed Key Issues on Busines | BP | 1/12/2012 | 5784 | 5785 |
| | Causation Requirements for Business Economic Loss Claims | BP | 1/18/2012 | 5878 | 5885 |
| | Causation Requirements for Business Economic Loss Claims | PSC | 1/25/2012 | | |
| | Causation Requirements for Business Economic Loss Claims | BP | 2/8/2012 | 24518 | 24534 |
| | Causation Requirements for Business Economic Loss Claims | PSC | 2/14/2012 | | |
| | Causation Requirements for Business Economic Loss Claims | BP | 3/1/2012 | 26231 | 26244 |
| | | | | | |
| | Causation Requirements for Business Economic Loss Claims | BP | 4/13/2012 | 28429 | 28442 |
| | Causation Requirements for Business Economic Loss Claims | BP | 4/14/2012 | 28571 | 28572 |
| | Causation Requirements for Business Economic Loss Claims | BP | 4/14/2012 | 28415 | 28428 |