Settlement Drafts Index

| Date | # of Pages |
|---:|---:|
| 7/27/2011 | 29 |
| 11/25/2011 | 62 |
| 12/3/2011 | 92 |
| 1/12/2012 | 58 |
| 2/1/2012 | 66 |
| 2/2/2012 | 66 |
| 2/6/2012 | 71 |
| 2/6/2012 | 74 |
| 2/8/2012 | 78 |
| 2/10/2012 | 75 |
| 2/10/2012 | 92 |
| 2/16/2012 | 109 |
| 2/18/2012 | 94 |
| 2/20/2012 | 97 |
| 2/22/2012 | 100 |
| 2/24/2012 | 109 |
| 2/25/2012 | 106 |
| 3-14-12b | 113 |
| 3/18/2012 | 125 |
| 3-25-12b | 172 |
| 3-27-12b | 141 |
| 3-30-12c | 59 |
| 3-30-12c | 148 |
| 4-5-12a | 161 |
| 4-6-12a | 166 |
| 4-7-12a | 160 |
| 4-10-12a | 136 |
| 4-13-12a | 159 |
| 4/14/2012 | 120 |
| 4-15-12a | 127 |
| 4-16-12a | 119 |
| 4-16-12d | 122 |
| 4-17-12a | 123 |