# Louisiana
# GCCF Program Statistics - By county
## (as of July 5, 2011)



**Amounts Paid**

- More Than $100 Million
- $25.1 Million - $100 Million
- $1.1 Million - $25 Million
- $100,000 - $1 Million
- Less Than $100,000

Bossier
135 Claims
33 Paid
$670,381.82

Claiborne
14 Claims
1 Paid
$80,400.00

Union
22 Claims
6 Paid
$171,100.00

Morehouse
53 Claims
9 Paid
$121,081.79

West Carroll
1 Paid
$18,869.96

Caddo
323 Claims
67 Paid
$1,515,556.29

Webster
31 Claims
4 Paid
$201,302.10

Lincoln
73 Claims
13 Paid
$281,909.41

East Carroll

Bienville
1 Claims
1 Paid
$8,000.00

Jackson
22 Claims
5 Paid
$42,379.64

Ouachita
291 Claims
67 Paid
$989,380.50

Richland
27 Claims
3 Paid
$134,700.00

Madison
15 Claims
4 Paid
$71,245.28

De Soto
17 Claims
2 Paid
$8,200.00

Red River

Winn
4 Paid
$100,556.71

Caldwell
15 Claims
3 Paid
$32,300.00

Franklin
30 Claims
11 Paid
$103,844.47

Tensas
13 Claims
1 Paid
$4,000.00

Natchitoches
65 Claims
10 Paid
$217,865.06

Sabine
41 Claims
4 Paid
$179,726.02

Grant
30 Claims
2 Paid
$25,500.00

LaSalle
32 Claims
1 Paid
$1,000.00

Catahoula
33 Claims
5 Paid
$46,000.00

Concordia
84 Claims
10 Paid
$211,568.32

Vernon
47 Claims
11 Paid
$209,000.00

Rapides
430 Claims
81 Paid
$1,403,320.96

Avoyelles
282 Claims
62 Paid
$1,532,871.96

W. Feliciana
60 Claims
5 Paid
$180,363.36

E. Feliciana
104 Claims
14 Paid
$270,800.00

St. Helena
193 Claims
10 Paid
$135,069.48

Washington
830 Claims
174 Paid
$3,178,632.12

Beauregard
91 Claims
15 Paid
$400,306.94

Allen
82 Claims
8 Paid
$135,828.62

Evangeline
151 Claims
32 Paid
$497,011.83

St. Landry
618 Claims
119 Paid
$2,649,852.96

Pointe Coupee
132 Claims
13 Paid
$280,800.00

E. Baton Rouge
6,756 Claims
773 Paid
$13,456,375.42

Livingston
1,044 Claims
234 Paid
$4,335,497.16

Tangipahoa
3,926 Claims
817 Paid
$13,747,534.18

St. Tammany
15,542 Claims
8,221 Paid
$110,291,889.88

Orleans
93,690 Claims
53,795 Paid
$480,986,741.97

Calcasieu
1,843 Claims
475 Paid
$11,971,006.53

Jefferson Davis
171 Claims
33 Paid
$790,289.33

Acadia
417 Claims
66 Paid
$2,395,669.05

Lafayette
3,668 Claims
1,082 Paid
$22,682,555.27

St. Martin
1,290 Claims
917 Paid
$14,985,320.10

W. Baton Rouge
294 Claims
24 Paid
$1,870,912.76

Iberville
581 Claims
204 Paid
$4,317,645.85

Ascension
2,430 Claims
214 Paid
$2,992,628.76

St. John
the Baptist
8,500 Claims
2,498 Paid
$22,203,725.96

Jefferson
91,309 Claims
45,655 Paid
$464,114,935.54

St. Bernard
9,493 Claims
4,505 Paid
$66,864,981.15

Cameron
600 Claims
410 Paid
$9,356,708.40

Vermilion
2,562 Claims
1,597 Paid
$48,117,173.28

Iberia
2,525 Claims  1,125 Paid
$22,349,607.28

Assumption
1,396 Claims
437 Paid
$7,006,485.2

St. James
1,952 Claims
162 Paid
$1,742,347.12

St. Charles
6,845 Claims
2,853 Paid
$30,840,365.83

Plaquemines
8,393 Claims
3,755 Paid
$124,707,429.03

St. Mary
3,590 Claims
1,700 Paid
$32,835,556.87

Terrebonne
12,969 Claims
6,492 Paid
$125,995,502.81

Lafourche
7,871 Claims
3,717 Paid
$78,298,930.18

Unknown County
1,170 Claims
142 Paid
$1,871,097.54

Claimant did
not provide;
GCCF
researching
33 Paid
$655,858.63