# Mississippi
# GCCF Program Statistics - By county
## (as of July 5, 2011)



**Amounts Paid**
- More Than $100 Million
- $25.1 Million - $100 Million
- $1.1 Million - $25 Million
- $100,000 - $1 Million
- Less Than $100,000

Desoto: 120 Claims, 54 Paid, $829,401.40
Marshall: 7 Claims, 4 Paid, $71,000.00
Benton
Tippah
Alcorn: 9 Claims, 3 Paid, $11,800.00
Tishomingo: 6 Claims, 1 Paid, $2,100.00
Tunica: 8 Claims, 4 Paid, $27,918.52
Tate: 1 Claim 1 Paid, $8,620.99
Prentiss
Union
Panola: 13 Claims, 3 Paid, $39,700.00
Lafayette: 45 Claims, 22 Paid, $311,141.12
Pontotoc: 1 Claim, 1 Paid, $3,017.80
Lee: 66 Claims, 26 Paid, $396,816.31
Itawamba: 13 Claims, 6 Paid, $130,300.00
Coahoma: 17 Claims, 11 Paid, $163,608.44
Quitman
Yalobusha: 6 Claims, 6 Paid, $48,290.38
Calhoun: 10 Claims, 4 paid, $136,295.89
Chickasaw: 4 Claims, 3 Paid, $33,074.82
Monroe: 30 Claims, 28 Paid, $406,122.21
Tallahatchie
Grenada: 9 Claims 4 Paid, $40,852.88
Webster: 6 Claims, 2 Paid, $28,000.00
Clay
Bolivar: 16 Claims, 2 paid, $32,300.00
Sunflower: 27 Claims, 6 Paid, $80,566.43
Leflore: 27 Claims, 11 Paid, $86,601.32
Carroll
Montgomery: 15 Claims, 4 Paid, $37,500.00
Choctaw
Oktibbeha: 56 Claims, 22 Paid, $354,045.59
Lowndes: 92 Claims, 33 Paid, $474,500.00
Washington: 66 Claims, 22 Paid, $260,548.23
Humphreys: 9 Claims, 6 Paid, $84,200.00
Holmes
Attala
Winston: 49 Claims, 3 Paid, $35,500.00
Noxubee: 21 Claims, 1 Paid, $8,800.00
Sharkey: 2 Claims, 2 Paid, $9,800.00
Issaquena: 4 Claims, 2 Paid, $15,000.00
Yazoo: 23 Claims, 7 Paid, $127,143.44
Madison: 393 Claims, 105 Paid, $1,616,994.73
Leake: 35 Claims, 5 Paid, $118,000.00
Neshoba: 76 Claims, 13 Paid, $404,862.08
Kemper: 12 Claims, 3 Paid, $133,800.00
Warren: 71 Claims, 18 Paid, $206,420.26
Hinds: 705 Claims, 101 Paid, $5,588,369.84
Rankin: 308 Claims, 75 Paid, $938,686.12
Scott: 52 Claims, 16 Paid, $227,223.94
Newton: 34 Claims, 7 Paid, $205,874.28
Lauderdale: 238 Claims, 61 Paid, $1,257,522.29
Claiborne: 16 Claims, 2 Paid, $22,600.00
Copiah: 54 Claims 4 Paid, $42,000.00
Simpson: 181 Claims, 13 Paid, $178,032.48
Smith: 155 Claims, 4 Paid, $247,849.64
Jasper: 241 Claims, 11 Paid, $179,789.60
Clarke: 141 Claims, 10 Paid, $221,732.50
Jefferson: 54 Claims, 8 Paid, $88,086.64
Jefferson Davis: 607 Claims, 6 Paid, $134,656.06
Covington: 512 Claims, 6 Paid, $29,400.00
Jones: 538 Claims, 30 Paid, $554,926.40
Wayne: 258 Claims, 20 Paid, $432,389.08
Adams: 135 Claims, 6 paid, $77,695.70
Franklin: 24 Claims, 7 Paid, $71,755.83
Lincoln: 105 Claims, 11 Paid, $317,012.04
Lawrence: 335 Claims, 23 Paid, $1,526,197.50
Wilkinson: 45 Claims, 4 Paid, $32,300.00
Amite: 51 Claims, 3 paid, $41,600.00
Pike: 411 Claims, 70 Paid, $954,841.32
Walthall: 210 Claims, 15 Paid, $192,493.36
Marion: 800 Claims, 37 Paid, $672,871.88
Forrest: 2,483 Claims, 200 Paid, $2,912,316.24
Lamar: 475 Claims, 42 Paid, $573,789.67
Perry: 279 Claims, 13 Paid, $179,189.31
Greene: 280 Claims, 34 Paid, $263,195.05
Pearl River: 2,243 Claims, 537 Paid, $5,521,150.38
Stone: 1,304 Claims, 357 Paid, $5,953,179.19
George: 998 Claims, 256 Paid, $3,663,279.70
Hancock: 6,811 Claims, 3,073 Paid, $45,774,931.92
Harrison: 41,209 Claims, 21,108 Paid, $240,994,258.54
Jackson: 21,317 Claims, 8,640 Paid, $108,497,814.99

Unknown: 309 Claims, 55 Paid, $846,152.98
Not Provided: 8 Paid, $61,256.80