# Alabama
# GCCF Program Statistics - By county
## (as of July 7, 2011)



**Amounts Paid**

- More Than $100 Million
- $25.1 Million - $100 Million
- $1.1 Million - $25 Million
- $100,000 - $1 Million
- Less Than $100,000