# Florida
# GCCF Program Statistics - By county
## (as of July 5, 2011)

