# West Texas
## GCCF Program Statistics - By county
### (as of August 1, 2011)



# East Texas
# GCCF Program Statistics - By county
### (as of August 1, 2011)



**Amounts Paid**

- 🟥 More Than $100 Million
- 🟧 $25.1 Million - $100 Million
- 🟨 $1.1 Million - $25 Million
- 🟡 $100,000 - $1 Million
- ⬜ Less Than $100,000