| ID | Company Name | SIC Category | SIC Code | NAICS Code | NAICS Description | Address | City | State | ZIP | Sales Volume | Employees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1443 | ALLEN SCHERBER FARMS | Agriculture, Forestry, And Fishing | 1251 | 115140 | All Other Miscellaneous Crop Farming | 14928 M LA HIGHWAY 82 | ABBEVILLE | LA | 70510 | 732 | 4 |
| 4259 | VICTORY FLYERS INC | Agriculture, Forestry, And Fishing | 721 | 481299 | Other Nonscheduled Air Transportation | 14506 LEON FAR RD | ABBEVILLE | LA | 70510 | 888 | 8 |
| 4417 | VOLLMER FARMS | Agriculture, Forestry, And Fishing | 112 | 111160 | Rice Farming | 13412 W LA HIGHWAY 335 | ABBEVILLE | LA | 70510 | 91 | 1 |
| 3009 | PSI MIDSTREAM | Construction | 1799 | 238990 | All Other Specialty Trade Contractors | 18421 LA HIGHWAY 85 | ABBEVILLE | LA | 70510 | 1680 | 10 |
| 49 | AGHAYAN CONTRACTORS INC | Construction | 1542 | 236220 | Commercial and Institutional Building Construction | 17102 W LA HIGHWAY 85 | ABBEVILLE | LA | 70510 | 1848000 | 350 |
| 2747 | PRECISION METAL ERECTORS INC | Construction | 1542 | 236220 | Commercial and Institutional Building Construction | 15104 CARYVILLE RD | ABBEVILLE | LA | 70510 | 528 | 3 |
| 837 | BRIAN'S ELECTRICAL SVC | Construction | 1731 | 238210 | Electrical Contractors and Other Wiring Installation Contractors | 12717 MINTON DR | ABBEVILLE | LA | 70510 | 328 | 1 |
| 1449 | BROUSSARD'S SUPPLY INC | Construction | 1731 | 238210 | Electrical Contractors and Other Wiring Installation Contractors | 6324 RICE COVE RD | ABBEVILLE | LA | 70510 | 328 | 3 |
| 471 | BRAD'S WOODWORKS | Construction | 1751 | 238350 | Finish Carpentry Contractors | 7311 W WILDCAT RD | ABBEVILLE | LA | 70510 | 161 | 1 |
| 3427 | ZACK'S CUSTOM WOODWORKS | Construction | 1751 | 238350 | Finish Carpentry Contractors | 16735 NANISM RD | ABBEVILLE | LA | 70510 | 161 | 1 |
| 1437 | CELO ENTERPRISE LLC | Construction | 1521 | 236115 | New Single-Family Housing Construction (except Operative Builders) | 31197 GILLESPIE RD | ABBEVILLE | LA | 70510 | 344 | 1 |
| 3265 | ACADIANA PRODUCTION SVC INC | Construction | 1521 | 236115 | New Single-Family Housing Construction (except Operative Builders) | 19230 W LA HIGHWAY 335 | ABBEVILLE | LA | 70510 | 2752 | 8 |
| 4356 | SAGREA CONSTRUCTION LLC | Construction | 1521 | 236115 | New Single-Family Housing Construction (except Operative Builders) | 20104 SWEET LN | ABBEVILLE | LA | 70510 | 1376 | 0 |
| 470 | BEIN'S SHEET METAL WORKS | Construction | 1711 | 238220 | Plumbing, Heating, and Air-Conditioning Contractors | 14601 SWEETHART RD | ABBEVILLE | LA | 70510 | 376 | 2 |
| 1146 | TOUCHET'S HEATING & COOLING | Construction | 1711 | 238220 | Plumbing, Heating, and Air-Conditioning Contractors | 15911 W CLOMA RD | ABBEVILLE | LA | 70510 | 564 | 0 |
| 1442 | HACKEN CAROLE A C & ELEC SVC | Construction | 1711 | 238220 | Plumbing, Heating, and Air-Conditioning Contractors | 14525 S AIRPORT RD | ABBEVILLE | LA | 70510 | 376 | 2 |
| 3443 | R & B COOLING HTG & SHEETMETAL | Construction | 1711 | 238220 | Plumbing, Heating, and Air-Conditioning Contractors | 12197 N COUGAR RD | ABBEVILLE | LA | 70510 | 376 | 2 |
| 571 | TIGER TANKS | Construction | 1711 | 238220 | Plumbing, Heating, and Air-Conditioning Contractors | 21793 LA HIGHWAY 333 | ABBEVILLE | LA | 70510 | 600 | 0 |
| 3521 | JOE'S SEPTIC CONTRACTOR INC | Construction | 1711 | 238910 | Site Preparation Contractors | 13484 W LA HIGHWAY 82 | ABBEVILLE | LA | 70510 | 400 | 0 |
| 563 | HARGRAVE'S WATER WELL DRILLING | Construction | 1781 | 237110 | Water and Sewer Line and Related Structures Construction | 17207 MINGS RD | ABBEVILLE | LA | 70510 | 250 | 1 |
| 3556 | TIDELAND REALTY | Finance, Insurance, And Real Estate | 6531 | 522110 | Commercial Banking | 10932 W LA HIGHWAY 82 | ABBEVILLE | LA | 70510 | 0 | 0 |
| 3744 | B L MOBILE HOME PARK | Finance, Insurance, And Real Estate | 6515 | 531190 | Lessors of Other Real Estate Property | 19293 W LA HIGHWAY 335 | ABBEVILLE | LA | 70510 | 188 | 2 |
| 3507 | HOUSING SEACOR | Finance, Insurance, And Real Estate | 6719 | 551112 | Offices of Other Holding Companies | 20011 LA HIGHWAY 333 | ABBEVILLE | LA | 70510 | 4646 | 0 |
| 1135 | ZAPATA HAYNIE FACTORY | Manufacturing | 3999 | 339999 | All Other Miscellaneous Manufacturing | 9730 ANDREW RD | ABBEVILLE | LA | 70510 | 970 | 0 |
| 26 | BROUSSARD BROTHERS INC | Manufacturing | 3732 | 336612 | Boat Building | 2581T LA HIGHWAY 333 | ABBEVILLE | LA | 70510 | 28880 | 110 |
| 2751 | REFINERY | Manufacturing | 2077 | 311225 | Fats and Oils Refining and Blending | 9790 ANDREW RD | ABBEVILLE | LA | 70510 | 399500 | 300 |
| 3283 | VERMILION GATOR FARM | Manufacturing | 2092 | 311712 | Fresh and Frozen Seafood Processing | 18105 W LA HIGHWAY 330 | ABBEVILLE | LA | 70510 | 6960 | 20 |
| 587 | ACTION OIL RECOVERY INC | Manufacturing | 2911 | 324110 | Petroleum Refineries | 18844 | ABBEVILLE | LA | 70510 | 18944 | 2 |
| 3747 | L & L OIL & GAS SVC LLC | Manufacturing | 2911 | 324110 | Petroleum Refineries | 24823 LA HIGHWAY 333 | ABBEVILLE | LA | 70510 | 48958 | 14 |
| 22 | INTRACOASTAL CITY DRY DOCK | Manufacturing | 3731 | 336611 | Ship Building and Repairing | 18098 LYE OAK RD | ABBEVILLE | LA | 70510 | 6660 | 30 |
| 1049 | GRAND ISLE SHIPYARD | Mining | 1311 | 211111 | Crude Petroleum and Natural Gas Extraction | 19933 W LA HIGHWAY 82 | ABBEVILLE | LA | 70510 | 0 | 0 |
| 5800 | FLUIDS | Mining | 1311 | 211111 | Crude Petroleum and Natural Gas Extraction | 22515 LA HIGHWAY 333 | ABBEVILLE | LA | 70510 | 4131 | 0 |
| 2741 | CHEVRON | Mining | 1311 | 211111 | Crude Petroleum and Natural Gas Extraction | 22515 LA HIGHWAY 333 | ABBEVILLE | LA | 70510 | 4131 | 0 |
| 3751 | DEVON ENERGY CORP | Mining | 1311 | 211111 | Crude Petroleum and Natural Gas Extraction | 24865 LA HIGHWAY 333 | ABBEVILLE | LA | 70510 | 16534 | 50 |
| 3739 | PIONEER NATURAL RESOURCES USA | Mining | 1311 | 211111 | Crude Petroleum and Natural Gas Extraction | 25817 LA HIGHWAY 333 | ABBEVILLE | LA | 70510 | 1377 | 7 |
| 3934 | AM BAILLON STAR | Mining | 1311 | 211111 | Crude Petroleum and Natural Gas Extraction | 17601 SCHRIEFER RD | ABBEVILLE | LA | 70510 | 390 | 0 |
| 3005 | HALLIBURTON BARGO | Mining | 1381 | 213111 | Drilling Oil and Gas Wells | 9723 THLVN RD | ABBEVILLE | LA | 70510 | 10600 | 4 |
| 3306 | OSCA | Mining | 1381 | 213111 | Drilling Oil and Gas Wells | 12440 OFFSHORE RD | ABBEVILLE | LA | 70510 | 600 | 5 |
| 3745 | NA SWACO | Mining | 1389 | 213890 | Site Preparation Contractors | 12354 OFFSHORE RD | ABBEVILLE | LA | 70510 | 2000 | 5 |
| 3738 | SERVICE OFFSHORE DOCKS LLC | Mining | 1389 | 238910 | Site Preparation Contractors | 12384 OFFSHORE RD | ABBEVILLE | LA | 70510 | 1400 | 1 |
| 5500 | W & T OFFSHORE INC | Mining | 1389 | 238910 | Site Preparation Contractors | 18105 W LA HIGHWAY 330 | ABBEVILLE | LA | 70510 | 800 | 2 |
| 907 | PSC IND DVC | Mining | 1389 | 238910 | Site Preparation Contractors | 26988 LA HIGHWAY 333 | ABBEVILLE | LA | 70510 | 1000 | 1 |
| 1158 | L A FILTER RECYCLING LLC | Mining | 1389 | 238910 | Site Preparation Contractors | 9728 ETHLVN RD | ABBEVILLE | LA | 70510 | 600 | 50 |
| 2834 | RIVER ENVIRONMENTAL & RENTAL | Mining | 1389 | 238910 | Site Preparation Contractors | 12440 OFFSHORE RD | ABBEVILLE | LA | 70510 | 1400 | 6 |
| 3934 | AM BALLOW STAR | Mining | 1389 | 238910 | Site Preparation Contractors | 12354 OFFSHORE RD | ABBEVILLE | LA | 70510 | 600 | 14 |
| 3005 | SERVICE OFFSHORE DOCKS LLC | Mining | 1389 | 238910 | Site Preparation Contractors | 25319 LA HIGHWAY 333 | ABBEVILLE | LA | 70510 | 2800 | 9 |
| 3306 | SERVICES CO | Mining | 1389 | 238910 | Site Preparation Contractors | 10650 CLEMONS RD | ABBEVILLE | LA | 70510 | 1500 | 9 |
| 4666 | TRUSSCO ICY FACILITY | Mining | 1389 | 238910 | Site Preparation Contractors | 12892 OFFSHORE RD | ABBEVILLE | LA | 70510 | 3000 | 18 |
| 4459 | IPS | Mining | 1389 | 238910 | Site Preparation Contractors | 12902 OFFSHORE RD | ABBEVILLE | LA | 70510 | 800 | 4 |