Attorney Work Product
Privileged and Confidential
Do Not Distribute

# MEMO



MotleyRice®
ATTORNEYS AT LAW

**TO:** Jim Neath, Rick Godfrey, Wendy Bloom
**FROM:** Joe Rice, Calvin Fayard
**DATE:** November 3, 2011
**RE:** Economic Loss for Business Claims

The framework you have requested requires these elements to reach a recovery.

1) Class membership.

2) Compliance with the Framework for Business Loss.

3) Compliance with Causation for Business Loss.

4) Documentation for the Business Loss.

The beginning point for each of these claims is the geographical location of the business, the individual, or the loss. We feel the requested causation standard contained in your causation document provides a very stringent provision for claimants to meet. If we were to discuss and agree to that type of causation requirement, we feel a substantial number of claimants will be unjustly eliminated. We understand the legal arguments about causation, and we also understand that this is a settlement and that such matters have to be compromised in order to reach agreement. Therefore, we have formulated an overall causation standard that we believe meets all parties' needs.

Our approach builds off of all of our numerous lengthy discussions and establishes the following:

1) Geographical location: We adopt the Presumption Zone A, Presumption Zone B, and Buffer Zone approach. The buffer zone for a non US Interstate Highway shall run a .1 of a mile from either side of the highway right of way. The buffer zone from a US interstate highway shall run a .1 of a mile from either side of the highway right of way except at exit interchanges. The buffer zone at an exit

Memo.docx

Attorney Work Product
Privileged and Confidential
Do Not Distribute

interchange shall run .25 of a mile from either side of the highway right of way since the right of way itself is over .10 of a mile

2) We adopt the dividing Seafood into Primary and Secondary.  (Attached)

3) We agree with the Tourism definition we have exchanged.  (Attached)

4) We eliminate the Haircut Zones throughout the balance of the class area, so that the class would consist of Presumption Zone A, Presumption Zone B, Buffer Zone, and all else and accept the Maps of November 2. 2011 (Bates #3935-3943) and the other areas like Key West previously finalized.

5) We implement the growth rate pursuant to our discussions, resulting in an Individual Growth Rate, plus there is an Industry Growth Rate.  The Growth Rate for the Tourism Industry proposed by the PSC is 6.8%, and the Growth Rate proposed by BP for the Tourism Industry is 3.5%.  We propose to use the 6.8% for all industries across the board.

6) Attached are the following documents:

   A. Documentation Requirements for Business Claims
   B. Causation for Business Loss
   C. Seafood Distribution – Definitions
   D. Damage Calculation Methodology for Business Claims, including Sample Models

This responds to all of the issues related to determining the initial loss for each Economic Business Claim we have been discussing.

We also have the determination and application of the Risk Transfer Premium, which is subject to further discussion of the parties.

PSC Response
11/3/2011

## Documentation Requirements for Business Claims[1]

### November 3, 2011

The framework outlined below applies to business claims.

In order to document a business claim, a business claimant must provide the following:

1.　The claimant must complete the claim form describing the claimed losses and the period of loss. If the claimant is relying on documents pre-2009 to establish historical earnings, then the claimant shall provide the documents for the applicable years.  The claimant shall have the right to compare the 2010/2011 business cycle to any of the following:  2009; or 2008 and 2009; or, 2007, 2008, and 2009.

2.　Federal or state tax returns for the claimed benchmark period as defined in the Compensation Framework for Business Claims and/or Causation Framework for Business Claims documents, and federal or state tax returns for the years 2010, and if applicable, 2011.
   a)　Provide the complete federal tax return and the applicable supporting documentation.
   b)　For self employed individuals, provide Form 1040, pages 1 and 2, along with Schedules C, D, E, and F.

3.　Provide monthly and annual profit and loss statements identifying the individual line items for the claimed benchmark period and 2010 and 2011, as applicable,  or alternate source documents establishing monthly revenues such as sales and use tax returns or bank statements.

4.　Additional documentation requirements may be required depending on the causation provisions the claimant is seeking to satisfy.  Those documents may include, where applicable:
   a)　Retail
      i.　Monthly sales and use tax returns;
      ii.　Monthly credit card receipts, or customer registration logs, such as hotel registries;

---

[1] These Documentation Requirements relate to the Compensation Framework for Business Claims.  Claimants seeking to be compensated as start-up and failed businesses will need to provide the documentation required for those unique claims.  Other provisions of the settlement agreement might require additional documentation for specific business types.

1

     iii.    Documentation listing customers by location and monthly sales associated with those customers;

     iv.    Business documents reflecting contemporaneous recording of receipts from customers;

     v.    Copy of any long-term contracts claimant seeks to be reimbursed for;

     vi.    Documents demonstrating cancellation of contracts;

     vii.    Evidence of spill related reservation cancellations, such as letters, emails, hotel logs, for the relevant time;

     viii.    Documents demonstrating historical purchases of Gulf of Mexico harvested seafood;

     ix.    Documents establishing historical costs of Gulf of Mexico harvested seafood;

     i.    Other business documents the claimant believes establish causation pursuant to the terms of the settlement.

b) Lodging

     i.    Lodging tax returns;

     ii.    Occupancy reports or historical rental records, on a per unit basis if available;

     iii.    Documentation concerning how the rental property was managed, which can include an affidavit from the owner.

c) Fishing

     i.    Trip tickets and/or related reports filed with the applicable government agencies identifying volume of catch and sales price.

d) Seafood Restaurants

     i.    Purchase orders or invoices documenting seafood purchase costs for the claimed loss period, and for the year 2010 or 2011 if applicable.

5.     Licenses

a) Commercial/recreational fishing

b) Real estate licenses

c) Occupancy licenses (lodging, including hotel and condo)

d) Business licenses

     i)    Restaurant

     ii)    Bars (liquor)

     iii)    Taxi/livery licenses

     iv)    Services

6.　　　Other Payments:
    a)  VoO payments
    b)  Payments from GCCF
    c)  Payments from BP
    d)  Other sources of income as documented in tax return

8.　　　Copy of Articles of Incorporation.

9.　　　Form authorizing claims administrator to verify tax records and other government filings.

**THE DOCUMENTATION REQUIREMENTS FOR BUSINESS CLAIMS IS A WORK IN PROGRESS.  ONCE THE CAUSATION REQUIREMENTS ARE FINALIZED, THEN THE DOCUMENTATION REQUIREMENTS WILL NEED TO BE REVIEWED TO BE CERTAIN THEY SATISFY THE DOCUMENTS NEEDED TO ESTABLISH CAUSATION.**

PSC 11/3/2011
Produced Pursuant to Rule 408

## Causation for Business Loss

**BP shall fund within the Class a sum of $375 million to be used for similar purposes as BP has provided funds for during the last year to promote and market tourism, travel and related activities in the Gulf Coast such as marketing monies to agencies, contributions to the fishing tournaments, festivals, etc.   The fund would provide grants and be sure that the money was used for the appropriate purpose.**

### CAUSATION CONDITION OF PROOF PRINCIPLES FOR BUSINESSES (BP 9/27/11)[1]

I.      **Applicability**

1) If you are a business claiming Economic Loss that occurred in Zone A, , you are not required to provide any further evidence of causation.  Your losses as calculated under the Compensation Framework and Methodology for Business Claims shall be presumed to be due to or resulting from the DWH incident.

2) If you meet the definition of Seafood Processing as set forth in paragraphs 1, 2, 3, 4, and 6 on Exhibit A, you are not required to provide any further evidence of causation.  Your losses as calculated under the Compensation Framework and Methodology for Business Claims shall be presumed to be due to or resulting from the DWH incident.

3) If your business meets the definition of Secondary Seafood Processor as set forth paragraphs 5, 7, 8, and 9 on Exhibit A, and you are located in Presumption Zone A, Presumption Zone B, or the Buffer Zone, you are not require to provide any further evidence of causation.  Your losses as calculated under the Compensation Framework and Methodology for Business Claims shall be presumed to be due to or resulting from the DWH incident.

4) If you are in Zone A or Zone B, and you meet the definition of Tourism as set forth in Exhibit C, you are not required to provide any further evidence of causation.  Your losses as calculated under the Compensation Framework and Methodology for Business Claims shall be presumed to be due to or resulting from the DWH incident.

II.     If you are not entitled to a presumption as set forth in (I) above and your loss occurred in Zone B or the Buffer Zone then a claimant seeking recovery for economic losses for a business loss may satisfy the causation element by making one of the following showings:

---

[1] These Documentation Requirements relate to the Compensation Framework for Business Claims.  Claimants seeking to be compensated as start-up and failed businesses will need to provide the documentation required for those unique claims.  Other provisions of the settlement agreement might require additional documentation for specific business types.

PSC 11/3/2011
Produced Pursuant to Rule 408

A.  V-Shaped Revenue Pattern:

- o  Business revenue shows the following pattern:

    1.  <u>DOWNTURN:</u> a decline of 5% or more  in total revenues during a period of  two consecutive months between May-December 2010 or 2011 if applicable, compared to the same months in 2009; AND

    2.  <u>LATER UPTURN:</u>  an increase of 5% or more in total revenues in the same two month period in 2011 compared to the same period in 2010 or if the increase in total revenues in the same period in 2011 compared to the same period in 2010 did not occur, a written explanation of why the revenues did not increase  in 2011.

OR

B.  Modified V-Shaped Revenue Pattern:
1.  <u>DOWNTURN:</u> a decline of 5% or more in revenues during each of two consecutive months between May-December 2010 compared to the same months in 2009; AND
2.  <u>LATER UPTURN:</u>  an increase in revenues of 3% or more in each of the two consecutive months in 2011 compared to the same three consecutive month period as claimant selected for the DOWNTURN in 2010; AND

<u>ONE OR MORE OF THE FOLLOWING</u>:
<u>a.</u>  The claimant demonstrates proof of a  5% decline in the share of total revenue generated by non-local customers traveling to the Gulf from the feeder markets defined on Exhibit 1 over a period of two consecutive months from May-December 2010 compared to the comparable period in 2009, as reflected in:
- • monthly customer credit card receipts; or
- • customer registration logs (e.g., hotel registries).

OR

<u>b.</u>  The claimant demonstrates proof of a  5% percent decline  in the share of revenue generated by customers located in presumption or buffer zones over a period of  two consecutive months from May-December 2010 compared to the comparable period in 2009, as reflected in:
- • monthly customer credit card receipts; or
- • documentation listing customers by location and monthly sales associated with those customers; or
- • business documents reflecting contemporaneous recording of receipts or invoices listing customers by location.

OR

PSC 11/3/2011
Produced Pursuant to Rule 408

<u>c.</u>  The claimant provides contemporaneous written evidence of the cancellation of a long-term contract as the direct result of the spill that claimant was not able to replace.  Proof of a spill-related contract cancellation only establishes causation for the specific contract substantiated by the claimant and may result in recovery of damages solely associated with such contract.

C.  No Recovery Revenue Pattern:

1.  <u>DOWNTURN:</u>  a decline of 5% or more in revenues during each of two consecutive months between May-December 2010 compared to the same months in 2009 without a recovery in the corresponding months of 2011; AND

2.  Specific documentation identifying factors outside the control of the claimant that prevented the recovery of revenues in 2011:
   - The entry of a competitor in 2011
   - Bankruptcy of a significant customer in 2011
   - Road closures affecting the business
   - Unexplained interruption resulting in closure of the business; AND

3.  <u>ONE OR MORE OF THE FOLLOWING:</u>

- The claimant demonstrates proof of a  5% percentage point decline in the share of revenue generated by non-local customers traveling to the Gulf from the feeder markets defined on Exhibit 1 over a period of two consecutive months from May-December 2010 compared to the comparable period in 2009, as reflected in:
   o  monthly customer credit card receipts; or
   o  customer registration logs (e.g., hotel registries).

- The claimant demonstrates proof of a  5% percentage point decline  in the share of revenue generated by customers located in presumption or buffer zones over a period of   two consecutive months from May-December 2010 compared to the comparable period in 2009, as reflected in:
   o  monthly customer credit card receipts; or
   o  documentation listing customers by location and monthly sales associated with those customers; or
   o  business documents reflecting contemporaneous recording of receipts or invoices listing customers by location.

OR

PSC 11/3/2011
Produced Pursuant to Rule 408

D.  Proof of Spill-Related Cancellations

- Claimant may establish causation by providing contemporaneous written evidence of spill-related reservation cancellations (*i.e.*, letters, emails, hotel logs for the relevant time, or an affidavit from an independent third party citing the spill as the reason for cancellation) that the claimant was unable to rebook. Proof of spill-related reservation cancellations only establishes causation for the specific cancellations substantiated by the claimant and may result in recovery of damages solely associated with such cancellations established as causally resulting from the spill.  However, if the lodging facility has food and/or beverage services on site, the evidence of cancellation shall satisfy causation for the specific losses corresponding to such cancellations in those service areas as well.
- The claimant provides contemporaneous written evidence of the cancellation of a long-term contract as the direct result of the spill that claimant was not able to replace.  In the absence of contemporaneous written evidence, the claimant must present an affidavit from an independent third party affirming that the cancellation was spill-related.  Proof of a spill-related contract cancellation only establishes causation for the specific contract substantiated by the claimant and may result in recovery of damages solely associated with such contract.

OR

E.  For claimants defined as "Seafood Retailers" (including restaurants):

- Claimant demonstrates purchases of Gulf of Mexico harvested seafood from Presumption or Buffer Zone vendors represented at least 10% of Seafood costs during 2009, as reflected in historical purchase orders and/or invoices.

    AND

- Claimant demonstrates a 10% decline in net profit during a period of two consecutive months between May-December 2010 compared to the same months in 2009.

OR

F.  A claimant that has a close geographical connection to a separate claimant may rely on the evidence submitted by such separate claimant to provide causation for the Claimants losses being due to or as a result of the DWH Incident.  (ie: A roadside vendor located near a historical site or amusement park.)

PSC 11/3/2011
Produced Pursuant to Rule 408

III.    If you are a business claiming Economic Loss that occurred outside of Presumption Zone A, Presumption Zone B or the Buffer Zone but within the geographical boundaries of the Class, and you are not entitled to a Presumption under Paragraph I above, then your Economic Loss will be established as due to or resulting from the DWH Incident if you establish one of the following:

   A.   V-Shaped Revenue Pattern:

   o   Business revenue shows the following pattern:

   3.   DOWNTURN:  a decline of 15% or more in total revenues during a period of  three consecutive months between May-December 2010 compared to the same months in 2009; AND

   4.   LATER UPTURN:   an increase 10% or more in total revenues in the same period in 2011 compared to the same three consecutive month period as Claimant selected for the downturn in 2010 or if the increase in total revenues in the same period in 2011 compared to the same period  in 2010 did not occur, a written explanation of why the revenues did not increase  in 2011.

OR

B.      Reduced 2010 revenue compared to 2009 revenue for the same period of time plus an Additional Showing of either:

   o   Claimant meets the causation threshold if its revenue follows this pattern:

   1.   DOWNTURN:  a decline of 10% or more in total revenues during a period of threeconsecutive months between May-December 2010 compared to the same months in 2009; AND

   2.   LATER UPTURN:   an increase in revenues of 7% or more in each of the two consecutive months in 2011 compared to the same two consecutive month period as claimant selected for the DOWNTURN in 2010; AND

   ONE OR MORE OF THE FOLLOWING:

   •   The claimant demonstrates proof of a  5% decline in the share of revenue generated by non-local customers traveling to the Gulf from the feeder markets defined on Exhibit 1 (Waiting on Definition) over a period of  two

PSC 11/3/2011
Produced Pursuant to Rule 408

consecutive months from May-December 2010 compared to the comparable period in 2009, as reflected in:[2]
- o   monthly customer credit card receipts; or
- customer registration logs (e.g., hotel registries).

- The claimant demonstrates proof of a  5% decline  in the share of revenue generated by customers located in presumption or buffer zones over a period of  two consecutive months from May-December 2010 compared to the comparable period in 2009, as reflected in:
  - o   monthly customer credit card receipts; or
  - o   documentation listing customers by location and monthly sales associated with those customers; or
  - o   business documents reflecting contemporaneous recording of receipts

- The claimant provides contemporaneous written evidence of the cancellation of a long-term contract as the direct result of the spill that claimant was not able to replace.  Proof of a spill-related contract cancellation only establishes causation for the specific contract substantiated by the claimant and may result in recovery of damages solely associated with such contract.

OR

C.       Proof of Spill-Related Reservation Cancellations

- Claimant may establish causation by providing contemporaneous written evidence of spill-related reservation cancellations (*i.e.*, letters, emails, hotel logs for the relevant time) that the claimant was unable to rebook.  Proof of spill-related reservation cancellations only establishes causation for the specific cancellations substantiated by the claimant and may result in recovery of damages solely associated with such cancellations established as causally resulting from the spill.  However, if the lodging facility has food and/or beverage services on site, the evidence of cancellation shall satisfy causation for the losses in those service areas as well.

OR

D.       For claimants defined as "Seafood Retailers":

---

[2].       For example, in order to satisfy this test, the claimant needs to demonstrate that the share of its credit card revenue generated by non-local customers fell from 40% to 38% of total revenue.

PSC 11/3/2011
Produced Pursuant to Rule 408

- Claimant demonstrates purchases of Gulf of Mexico harvested seafood from Presumption or Buffer Zone vendors represented at least 10% of seafood costs during 2009, as reflected in:
    - Historical purchase orders

E.      Restaurants outside of Presumption Zone

- Claimant demonstrates the purchase of Gulf of Mexico harvested seafood from Presumption or Buffer Zone vendors represented at least 10% of seafood costs during 2009, as reflected in:
    - Historical purchase orders

Or
Restaurants may qualify under A, B,, C or E above.

F.      A claimant that has a close georgraphical connection to a separate claimant may rely on the evidence submitted by such separate claimant to provide causation for the Claimants losses being due to or as a result of the DWH Incident.  (ie: A roadside vendor located near a historical site or amusement park.)

PSC Reply October 31, 2011

SEAFOOD DISTRIBUTION - DEFINITIONS

1. "Seafood" means "fish and shellfish caught in the U.S. Gulf of Mexico waters within the boundaries set forth on Ex. _____"

2. "Commercial Fisherman" means "a person or entity which holds a commercial fishing license issued by the United States and/or the State(s) of Alabama, Florida, Louisiana, Mississippi and/or Texas and derives income from catching and selling Seafood that he caught."

3. "Landing Site" means "a business at which boats first land their catch, including facilities for unloading and handling Seafood.  A landing site may also include the provision of ice, fresh water, fuel, and boat repair or service in connection with the landing of Seafood."

4. "Commercial Wholesale or Retail Dealer A" means "an entity that holds a commercial wholesale or retail dealer license issued by the State(s) of Alabama, Florida, Louisiana, Mississippi and/or Texas for which 75% or more of the 2009 cost or volume of the product it purchases constitutes Seafood purchased directly from Commercial Fisherman or Landing Site and re-sells to Primary Seafood Processors, Seafood Distributors, Seafood Wholesalers and Seafood Retailers including restaurants."

5. "Commercial Wholesale or Retail Dealer B" means "an entity that holds a commercial wholesale or retail dealer license issued by the State(s) of Alabama, Florida, Louisiana, Mississippi and/or Texas for which less than 75% of the 2009 cost or volume of the product it purchases constitutes Seafood purchased directly from Commercial Fisherman or Landing Site and re-sells to Primary Seafood Processors, Seafood Distributors, Seafood Wholesalers and Seafood Retailers."

6. "Primary Seafood Processor" means "an entity that receives and prepares Seafood purchased from a Commercial Fisherman, Landing Site, or Commercial Wholesale or Retail Dealer including, but not limited to, cleaning, cooking, canning, smoking, salting, drying or freezing, grading by size, packing or storing Seafood for shipment."

7. "Secondary Seafood Processor" means "an entity that purchases Seafood from a Primary Seafood Processor in order to add further value including, but not limited to, cleaning, cooking, canning, smoking, salting, drying or freezing, grading by size packing and storing seafood for shipment."

8. "Seafood Wholesaler or Distributor" means "an entity that purchases Seafood in bulk quantities and sells to retailers such as restaurants, fish shop and supermarkets."

9. "Seafood Retailer" means "an end user of Seafood such as a restaurant, fish shop or super market."

10. If you meet the definition of Seafood Processing as set forth in paragraphs 1, 2, 3, 4, and 6 above, you are not required to provide any further evidence of causation.  Your losses

Highly Confidential
Subject to Settlement Discussion Confidentiality Agreement

as calculated under the Compensation Framework and Methodology for Business Claims shall be presumed to be due to or resulting from the DWH incident.

11.  If your business meets the definition of Secondary Seafood Processor as set forth paragraphs 5, 7, 8, and 9 above, and you are located in Presumption Zone A, Presumption Zone B, or the Buffer Zone, you are not require to provide any further evidence of causation.  Your losses as calculated under the Compensation Framework and Methodology for Business Claims shall be presumed to be due to or resulting from the DWH incident.

PSC 11/3/2011
Produced Pursuant to Rule 408

## Damage Calculation Methodology for Business Claims

The Settlement is intended to take the performance of a business for a Benchmark Period pre-DWH incident and compare that performance to the post-DWH incident period of May1, 2010 through December 31, 2010. In order to accurately project what the 2010 anticipated business performance would have been in the absence of the DWH incident, we add both an Individual (Claimant-Specific) Growth Rate and an Industry Growth Rate to the Benchmark Period performance. In order to accurately review both the Benchmark Period performance and the post-DWH incident period we must adjust for Variable Operating Expenses that did not occur due to the incident or its impact on 2010 revenues, and for Fixed Cost of Goods Sold Expenses that were still incurred even after the DWH incident. Since Payroll Expense (salaries, wages, payroll taxes and employee benefits) is an area that may include both fixed and variable components, it is necessary to analyze and, to the extent possible, identify the monthly fixed and variable dollar amounts. The parties have agreed to the list of certain expense items in section VI. of this document that will be treated as Variable Operating Expenses and Fixed Cost of Goods Sold Expenses, not exclusive of other expenses.

Based on these considerations, the resulting 2- Step calculation is performed to determine the total economic loss for businesses due to or resulting from the DWH incident.

I.    **Definitions:** For the purposes of this 2-Step calculation, the following terms are defined as follows:

1.  **Benchmark Period:** The pre-DWH incident period a claimant chooses to use as the historical financial performance to compare the 2010 and, if applicable, 2011 revenue and expenses.

2.  **Claimant-Specific Factor (aka Growth Rate):** Each claimant shall be entitled to apply a growth rate to their Benchmark Period revenue. The growth rate is to compute the growth in revenue that would have occurred in the absence of the DWH incident. To compute the Claimant -Specific Growth  Factor the following steps are followed:

    (a) Compare total revenue for January through April of the Benchmark Period to the total revenue for January through April 2010.

    (b) Determine the difference in revenue for the two periods. Divide the revenue difference by the revenue sum for the Benchmark Period to derive the Claimant-Specific factor. **Note that only positive claimant-specific factors are used in further calculations.**

3.  **Industry-Specific Factor (aka Industry Growth RateAs ):**
    Each claimant shall be entitled to apply an industry growth rate to their benchmark period revenue. The growth rate is to compute the growth in a specific industry that would have occurred in the absence of the DWH incident. The Industry-Specific Factor will be  6.8% for all business claims

4.  **Variable Operating Expenses (aka Selling General &Admimistrative Variable Expenses):**
    The monthly benchmark revenues and the 2010 or, if applicable, 2011 revenues must be adjusted by the Variable operating Expenses. Variable Operating Expenses, expenses that fluctuate up or down based on the changes in revenue, are to be subtracted from the monthly revenue thus resulting in reduced Variable Profit. The parties have agreed to expense items that will be treated

1

PSC 11/3/2011
Produced Pursuant to Rule 408

as Variable Operating Expenses (See section VI. below) by way of illustration but not exclusive of other similar expenses.

5. **Fixed Cost of Goods Sold Expenses (aka Fixed COGS)**: The monthly benchmark revenues and the 2010 or, if applicable, 2011 revenues must be adjusted by the Fixed Cost of Goods Sold Expenses. Fixed COGS Expenses, expenses that DO NOT fluctuate up or down based on changes in revenue, are to be removed from the monthly COGS and added back to the monthly revenue thus resulting in increased revenue now called the Variable Profit. The parties have agreed to expense items that will be treated as Fixed COGS Expenses (See section VI. below) by way of illustration but not exclusive of other similar expenses.

6. **Variable Payroll Rate (COGS and/or SG&A)**: Payroll expenses (salaries, wages, payroll taxes and employee benefits) may be found in both the COGS and SG&A expense categories. Since payroll is an area that may include both fixed and variable components, it is necessary to analyze and, to the extent possible, identify the monthly fixed and variable dollar amounts. This is accomplished by calculating the *Variable Payroll Rate*. Note the Variable Payroll Rate calculation is described in detail later in this document.

7. **Minimum Baseline Payroll (COGS and/or SG&A)**: Based on the understanding that every business must operate with a *minimum core staff*, it is necessary to establish a reasonable upper limit for the monthly Variable Payroll Amount (as calculated using the previously described Variable Payroll Rate). Failure to include this step could potentially overstate the monthly Variable Payroll Amount. Note the Minimum Baseline Payroll calculation is described in detail later in this document.

8. **Modified Gross Profit**: The typical Gross Profit calculation is Revenue less Cost of Goods Sold. For purposes of determining lost profits, we must limit the COGS amount to the variable components. Therefore, the formula agreed to for the Settlement is Revenue less COGS *plus Fixed COGS items*.

9. **Incremental Revenue**: Benchmark Period revenue is multiplied by the Claimant-Specific Factor and the Industry-Specific Factor to calculate *Incremental Revenue* for the post-DWH incident period May through December 2010. This represents additional growth-related revenue that would have been achieved but for the the DWH incident.

10. **Variable Margin**: This factor is multiplied by the Incremental Revenue amount to calculate what is referred to as *Step-2 Damages* which is the profit portion of the claimant's lost revenue growth. The Variable Margin is computed as follows:
    (a) Sum the monthly benchmark period revenue.
    (b) Subtract the corresponding cost of goods sold.
    (c) Subtract the corresponding variable expenses.
    (d) Add the corresponding COGS fixed expenses.
    (e) The result is referred to as *Variable Profit (for the benchmark period)*.

2

PSC 11/3/2011
Produced Pursuant to Rule 408

(f)  Divide the Variable Profit by the total revenue (step-a) to calculate the Variable Margin.

11. **Variable Profit**: By comparing Benchmark Period to 2010 variable profit amounts, we can calculate *Step-1 Damages*. This represents the lost base business profits without regard to growth calculations (Step-2 Damages).

II.   **Step 1 Damage Calculation – Establishing Base Damage using Benchmark Period**

A.  The Total Step-1 loss calculation will be determined as the net loss by a claimant-designated loss period within the benchmark period. The months contained within this loss period must be contiguous. Using monthly profit and loss statements and/or those documents listed in the Documentation Requirements for Business Claims for the claimant's chosen Benchmark Period and May through December 2010 (post-DWH incident period) for the Claimant-Designated Contiguous Loss Period:

1.  Obtain revenue amounts.

2.  Obtain cost of goods sold (COGS) amounts.

3.  Identify and obtain Fixed COGS Expense amounts (See section VI. below):

    a)  This may require payroll analysis to determine Fixed Payroll amounts.
        *The payroll analysis (Step 1&2) is described in this document below.*

    b)  *This* may also require an additional detail schedule from claimant.

4.  Identify and obtain Variable Operating Expense amounts (See section VI. below ):

    a)  This may require payroll analysis to determine Variable Payroll amounts.
        *The payroll analysis (Step 1&2) is described in this document below.*

    b)  This may also be determined based upon further established criteria.

B.  Modified Gross Profit is calculated by taking Revenue *less* COGS *plus* Fixed COGS expenses.

C.  Variable Profit for the Benchmark and 2010 post -DWH incident periods are calculated by taking the Modified Gross Profit *less* Variable Operating Expenses.

D.  Lost Business Profits (a/k/a Step 1 Damages) are calculated by taking the Variable Profit for the Benchmark period and subtracting the Variable Profit for the post-DWH incident period.

III .   **Step 2 Damage Calculation- Claimant and Industry Growth Factor Adjustment**

A.  Using Monthly profit and loss statements and/or those documents listed in the Documentation Requirements for Business Claims for the Benchmark and 2010 periods

1. Calculate total revenue amount

2. Calculate the Claimant Specific Growth Factor

a) Compare total revenue for January through April of the Benchmark Period to total revenue for January through April 2010.
b) Calculate the difference in revenue for the two periods.
c) Divide the revenue difference by the revenue sum for the Benchmark Period to derive the Claimant-Specific Factor. Note that _**only positive**_ Claimant-Specific Factors are used in further calculations. Negative results are ignored for further calculation steps.

3. Multiply total Benchmark Period revenue by the Claimant-Specific Factor.
4. Multiply total Benchmark Period revenue by the Industry-Specific factor of 6.8%.
5. Add the Claimant-Specific and Industry-Specific calculated amounts to derive the Incremental May through December 2010 revenue.
6. Calculate the Variable Margin Rate:
    a) Sum the monthly Benchmark Period revenue.
    b) Subtract the corresponding cost of goods sold.
    c) Subtract the corresponding variable expenses.
    d) Add the corresponding COGS fixed expenses.
    e) The result is referred to as _Variable Profit_.
    f) Divide the Variable Profit by the total revenue (step-a) to calculate the Variable Margin Rate.
7. Multiply Incremental May through December 2010 revenue by the variable margin rate to determine Step 2 damages.
8. Calculate **TOTAL DAMAGE AMOUNT** before RTP applied:
    a) Add Damage Step-1 and Damage Step-2 to determine Total Damage Amount.
    b) Apply the RTP
    c) Provide a credit for the cash payments made to the claimant for economic loss by BP or GCCF.

IV.  **COGS Payroll Analysis -- Fixed vs Variable Payroll Expense**

A. **Payroll Step 1**-Using monthly profit and loss statements and/or those documents listed in the Documentation Requirements for Business Claims for May through December 2009:

1. Obtain monthly payroll related amounts for the following expenses:
    a) Salaries & wages
    b) Payroll taxes
    c) Employee benefits
2. Sum these payroll expenses on a monthly-basis to determine the Total COGS Payroll Expense _for each month_.
3. Obtain the corresponding monthly revenue amounts.
4. Identify the three _Peak Revenue Months_ (highest amounts) and the corresponding total monthly payroll expense.

PSC 11/3/2011
Produced Pursuant to Rule 408

5. Identify the three *Off-Peak Revenue Months* (lowest amounts) and the corresponding total monthly payroll expense.
6. Calculate the Average Monthly Peak revenue and payroll expense.
7. Calculate the Average Monthly Off-Peak revenue and payroll expense.
8. Calculate the dollar variance between Peak and Off-Peak for average revenues and payroll expense.
9. Divide the average payroll expense variance by the average revenue variance to calculate the *Variable COGS Payroll Rate*.
10. From the list of three Off-Peak months, select the *lowest payroll expense* amount. This amount is deemed the COGS Minimum Baseline Payroll and represents the Maximum Variable Payroll Limit (e.g., *minimum core staff level*).

B. **Payroll Step-2:** Using monthly profit and loss statements and/or those documents listed in the Documentation Requirements for Business Claims for the Benchmark Periods and May through December 2010 (post-DWH incident period):
1. Obtain monthly payroll related amounts for the following COGS expenses:
   a) Salaries & wages
   b) Payroll taxes
   c) Employee benefits
2. Sum these payroll expenses on a monthly-basis to determine the Total COGS Payroll expense *for each month*.
3. Multiply the monthly Revenue by the *Variable COGS Payroll Rate* (Payroll Step-1) to calculate the COGS Variable Payroll expense.
   a) The calculated COGS Variable Payroll expense ***may not exceed*** the COGS Minimum Baseline Payroll.
4. The difference between the monthly Total COGS Payroll and the COGS Variable Payroll is the monthly COGS Fixed Payroll expense which is included with other Fixed COGS expenses (See I. A. 3(a) above).

V.  **SG&A Payroll Analysis – Fixed vs Variable Payroll Expense**

A. **Payroll Step-1:** Using monthly profit and loss statements and/or those documents listed in the Documentation Requirements for Business Claims for May through December 2009:
1. Obtain monthly payroll related amounts for the following SG&A expenses:
   a) Salaries & wages
   b) Payroll taxes
   c) Employee benefits
2. Sum these payroll expenses on a monthly-basis to determine the Total SG&A Payroll expense *for each month*.
   a) Obtain the corresponding monthly Revenue amounts.
   b) Identify the three *Peak Revenue Months* (highest amounts) and the corresponding total monthly payroll expense.

PSC 11/3/2011
Produced Pursuant to Rule 408

   c) Identify the three *Off-Peak Revenue Months* (lowest amounts) and the corresponding total monthly payroll expense.

   d) Calculate the Average Monthly Peak revenue and payroll expense.

   e) Calculate the Average Monthly Off-Peak revenue and payroll expense.

   f) Calculate the dollar variance between Peak and Off-Peak for average revenues and payroll expense.

   g) Divide the average payroll expense variance by the average revenue variance to calculate the *Variable SG&A Payroll Rate*.

   h) From the list of three Off-Peak months, select the *lowest payroll expense* amount. This amount is deemed the SG&A Minimum Baseline Payroll and represents the Maximum Variable Payroll Limit (e.g., *minimum core staff level*).

**B.** **Payroll Step-2:** Using monthly profit and loss statements and/or those documents listed in the Documentation Requirements for Business Claims for the benchmark periods and May through December 2010 (post-DWH incident period):

   1. Obtain monthly payroll related amounts for the following SG&A expenses:

     a) Salaries & wages

     b) Payroll taxes

     c) Employee benefits

   2. Sum these payroll expenses on a monthly-basis to determine the Total SG&A Payroll expense *for each month*.

   3. Multiply the monthly Revenue by the *Variable SG&A Payroll Rate* (Payroll Step-1) to calculate the SG&A Variable Payroll expense.

     a) The calculated SG&A Variable Payroll expense ***may not exceed*** the SG&A Minimum Baseline Payroll.

   4. The monthly SG&A Variable Payroll expense is included with other Variable SG&A expenses (See I.A.4.(a) above).

VI. Each Claimant shall be entitled to use monthly profit and loss statements to calculate damages. If monthly profit and loss statements are not available, each Claimant may use any documentation listed in the Documentation Requirements for Business Claims to calculate a claim as set forth above.

VII. **Fixed Cost of Goods Sold Expenses include, but are not limited to, the following items:**

     Fixed Cost of Goods Sold Payroll

     Amortization

     Depreciation

     Insurance expense

     Interest expense

PSC 11/3/2011
Produced Pursuant to Rule 408

Contract services

**<u>Variable Operating Expenses</u> include, but are not limited to, the following items:**

Variable salaries & wages

Bad debts

Commissions

Consumable goods

Contract labor

Credit card fees

Donations / contributions

Freight

Fuel expense

Overtime wages

Repairs (excluding Maintenance)

Sales tax

Training expense

Travel and entertainment

(Will add to Fixed and Variable list other costs as agreed to by the accounting working group.)

**Sample Company**
**PSC Damage Formula**

### Step 1: Damages on Base using  2009 Benchmark Period

|  | [a] | [b] | [c] = [a] - [b] |
|---|---|---|---|
|  | May - Dec Actual 2009 | May - Dec Actual 2010 | Step 1 Damages |
| Revenue | $   13,215,864 | $   12,209,733 | $   1,006,131 |
| COGS | (12,642,282) | (11,731,970) | (910,312) |
| Fixed COGS Expenses | 1,632,997 | 1,297,148 | 335,849 |
| Gross Profit | 2,206,579 | 1,774,911 | 431,668 |
| Variable Operating Expenses | (32,993) | (37,299) | 4,306 |
| **Variable Profit** | $   2,173,586 | $   1,737,612 | $   435,974   *[d]* |
| *Variable Profit %* | *16.4%* | *14.2%* | |

### Step 2: Damages on Should-Have-Been Growth

|  | *Method A* |  |
|---|---|---|
| 2009 Actual Revenue (May-Dec) | $   13,215,864 | *[e]* |
| Claimant-Specific Factor | 15.4% | *[f]* |
| Industry-Specific Factor | 5.0% | *[g]* |
| Incremental May-Dec 2010 Revenue | 2,696,036 | *[h] = ([e]*[f])+([e]*[g])* |
| Variable Margin | 16.5% | *[i]* |
| **Step 2 Damages** | $   444,846 | *[j] = [h] * [i]* |
| **TOTAL DAMAGES (Step 1 + Step 2)** | $   880,820 | *[k] = [d] + [j]* |

**Sample Company**
Computation of Damages
Historical Revenue and Variable Margin
Calculations for May - December 2009

| Gross Revenue by Month | | 2009 |
|---|---|---|
| May | $ | 1,741,596 |
| June | | 2,193,046 |
| July | | 1,876,863 |
| August | | 1,514,650 |
| September | | 1,371,829 |
| October | | 1,405,499 |
| November | | 1,399,279 |
| December | | 1,713,102 |
| Period-13 | | - |
| | | |
| * TOTAL GROSS REVENUE | $ | 13,215,864 |
| | | |
| **COGS, Variable Expenses & Other Adjustments:** | | |
| Total Cost of Goods Sold (COGS) | $ | (12,642,282) |
| SG&A Variable Expenses | | (32,993) |
| COGS Fixed Expenses | | 1,632,997 |
| | | |
| TOTAL COGS & VARIABLE EXPENSES | $ | (11,042,278) |
| | | |
| INCREMENTAL PROFIT | $ | 2,173,586 |
| | | |
| **VARIABLE MARGIN** | | **16.5%** |

**Sample Company**
Computation of Damages
Claimant-Specific Factor (Growth) Calculations

*Growth Factor Calculation*

| Months | 2007 | | 2008 | | 2009 | | 2010 |
|---|---|---|---|---|---|---|---|
| January | $ | - | $ | - | $ | 1,379,106 | $ | 1,470,285 |
| February | | - | | - | | 1,452,442 | 1,690,721 |
| March | | - | | - | | 2,020,653 | 2,211,722 |
| April | | - | | - | | 1,610,043 | 2,083,852 |
| Totals | $ | - | $ | - | $ | 6,462,244 | $ | 7,456,580 |
| Growth or (Decline) | | | $ | - | $ | - | $ | 994,336 |
| | | | | 0.0% | | 0.0% | | 15.4% |

**Method A: 2009:**
| | | |
|---|---|---|
| Benchmark Revenue | $ | 6,462,244 |
| Revenue Increase or (Decrease) | $ | 994,336 |
| **Claimant-Specific Factor** | | **15.4%** |

**Method B: Avg 2008-2009:**
| | |
|---|---|
| Benchmark Revenue | n/a |
| Revenue Increase or (Decrease) | n/a |
| **Claimant-Specific Factor** | **0.0%** |

**Method C: Avg 2007-2009:**
| | |
|---|---|
| Benchmark Revenue | n/a |
| Revenue Increase or (Decrease) | n/a |
| **Claimant-Specific Factor** | **0.0%** |

# Fixed Cost of Goods Sold Items - PSC

Claimant Name: Sample Company
Contact Name:
Telephone:
Prepared By:
Date Prepared:

| Expense Description | Class % Variable | Class % Fixed | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 | Per-13 | 2009 Total | 2009 Variable | 2009 Fixed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fixed COGS Payroll (see COGS Payroll Calc) | n/a | 100.00% | 191,034 | 191,034 | 191,034 | 191,034 | 191,034 | 191,034 | 191,034 | 197,097 | 0 | 1,534,335 | n/a | $ 1,534,335 |
| Amortization | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - |
| Depreciation-Equip | 0.00% | 100.00% | 2,341 | 2,341 | 2,341 | 2,341 | 2,341 | 2,341 | 2,341 | 2,341 | 0 | 18,728 | $ - | $ 18,728 |
| Insurance expense | 0.00% | 100.00% | 13,805 | 13,805 | 7,220 | 13,905 | 13,805 | 13,805 | 13,805 | 14,055 | 0 | 104,205 | $ - | $ 104,205 |
| Interest expense | 0.00% | 100.00% | 3,600 | 3,000 | 4,000 | (170) | 0 | 3,700 | 2,653 | 3,500 | 0 | 20,583 | $ - | $ 20,583 |
| Contract services | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - |
| Utilities | 10.00% | 90.00% | 23,374 | 30,216 | 30,473 | 27,549 | 28,408 | 25,559 | 21,699 | 12,624 | 0 | 199,912 | 19,991 | $ 179,921 |
| Depreciation-Truck | 0.00% | 90.00% | 0 | (50) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (50) | $ - | $ (50) |
| Truck insurance | 0.00% | 100.00% | 2,160 | 1,988 | 2,080 | 1,944 | 1,959 | 2,085 | 2,101 | 2,100 | 0 | 16,427 | $ - | $ 16,427 |
| Truck tags | 0.00% | 100.00% | (15) | (33) | 494 | (38) | (36) | (22) | (21) | 269 | 0 | 598 | $ - | $ 598 |
|  | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | $ - | $ - |
|  | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | $ - | $ - |
|  | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | $ - | $ - |
|  | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | $ - | $ - |
|  | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | $ - | $ - |
|  | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | $ - | $ - |
|  | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | $ - | $ - |
|  | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | $ - | $ - |
|  | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | $ - | $ - |
|  | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | $ - | $ - |
|  | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | $ - | $ - |
|  | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | $ - | $ - |
|  | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | $ - | $ - |
|  | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | $ - | $ - |
|  | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | $ - | $ - |
|  | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | $ - | $ - |
|  | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | $ - | $ - |
|  | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | $ - | $ - |
|  | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | $ - | $ - |
|  | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | $ - | $ - |
| **TOTALS** |  |  |  |  |  |  |  |  |  |  |  | $ 1,894,738 | $ 19,991 | $ 1,874,747 |

# Fixed Cost of Goods Sold Items - PSC

Claimant Name: Sample Company
Contact Name:
Telephone:
Prepared By:
Date Prepared:

| Expense Description | Class % Variable | Class % Fixed | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | Per-13 | 2010 Total | 2010 Variable | 2010 Fixed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fixed COGS Payroll (see COGS Payroll Calc) | n/a | 100.00% | 191,034 | 191,034 | 191,034 | 191,034 | 191,034 | 191,034 | 191,034 | 191,034 | 0 | 1,528,272 | - | 1,528,272 |
| Amortization | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |
| Depreciation-Equip | 0.00% | 100.00% | 2,826 | 2,341 | 2,341 | 2,826 | 2,826 | 2,826 | 2,826 | 2,826 | 0 | 21,638 | - | 21,638 |
| Insurance expense | 0.00% | 100.00% | 14,447 | 13,805 | 13,903 | 14,547 | 14,447 | 14,447 | 14,447 | 14,447 | 0 | 114,490 | - | 114,490 |
| Interest expense | 0.00% | 100.00% | 2,870 | 2,000 | 2,000 | 29 | 0 | 12 | 0 | 107 | 0 | 5,227 | - | 5,227 |
| Contract services | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |
| Utilities | 10.00% | 90.00% | 21,468 | 23,856 | 23,582 | 21,677 | 23,327 | 20,796 | 17,989 | 7,931 | 0 | 160,626 | 16,063 | 144,563 |
| Depreciation-Truck | 0.00% | 100.00% | 0 | 892 | 892 | 0 | 0 | 0 | 0 | 0 | 0 | 1,784 | - | 1,784 |
| Truck insurance | 0.00% | 100.00% | 1,917 | 2,232 | 2,224 | 1,951 | 1,955 | 1,947 | 1,970 | 1,955 | 0 | 16,151 | - | 16,151 |
| Truck tags | 0.00% | 100.00% | (31) | (25) | 150 | 278 | (17) | 1,631 | (11) | 1,560 | 0 | 3,535 | - | 3,535 |
| TOTALS | | | | | | | | | | | | 1,851,723 | 16,063 | 1,835,660 |

Operating Expense Analysis - PSC

Claimant Name: Sample Company
Contact Name:
Telephone:
Prepared By:
Date Prepared:

| Expense Description | Class % Variable | Class % Fixed | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 | Per-13 | 2009 Total | 2009 Variable | 2009 Fixed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL OPERATING EXPENSES | n/a | n/a | $ 122,334 | $ 140,372 | $ 128,458 | $ 123,328 | $ 134,135 | $ 124,360 | $ 126,638 | $ 128,953 | $ - | $ 1,028,629 | $ 32,471 | $ 996,158 |
| Variable Salaries & wages (see SG&A Payroll Calc) | 100.00% | 0.00% | 0 | 668 | 563 | 454 | 412 | 422 | 420 | 514 | 0 | $ 3,443 | $ 3,443 | $ - |
| Fixed Salaries & wages (see SG&A Payroll Calc) | 0.00% | 100.00% | 88,629 | 102,144 | 90,347 | 89,629 | 102,428 | 88,831 | 90,357 | 97,824 | 0 | $ 750,589 | $ - | $ 750,589 |
| Amortization | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - | $ - |
| Depreciation | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - | $ - |
| Interest Expense (if included in SG&A) | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - | $ - |
| Bad debts | 100.00% | 0.00% | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 0 | $ 8,000 | $ 8,000 | $ - |
| Commissions | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - | $ - |
| Consumable goods | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - | $ - |
| Contract labor | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - | $ - |
| Credit card fees | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - | $ - |
| Donations / contributions | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - | $ - |
| Freight | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - | $ - |
| Fuel expense | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - | $ - |
| Overtime wages | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - | $ - |
| Repairs (excluding Maintenance) | 100.00% | 0.00% | 3,149 | 2,437 | 1,183 | 2,196 | 705 | 1,640 | 2,555 | 1,083 | 0 | $ 14,998 | $ 14,998 | $ - |
| Sales tax | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - | $ - |
| Training expense | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - | $ - |
| Travel and entertainment | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - | $ - |
| Workman's Comp Insurance | 100.00% | 0.00% | 750 | 760 | 760 | 760 | 750 | 750 | 750 | 750 | 0 | $ 6,030 | $ 6,030 | $ - |
| Credit Services | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - | $ - |
|  | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - | $ - |
|  | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - | $ - |
|  | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - | $ - |
|  | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - | $ - |
|  | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - | $ - |
|  | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - | $ - |
|  | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - | $ - |
|  | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - | $ - |

# Operating Expense Analysis - PSC

Claimant Name: Sample Company
Contact Name:
Telephone:
Prepared By:
Date Prepared:

| Expense Description | Class % Variable | Class % Fixed | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | Per-13 | 2010 Total | 2010 Variable | 2010 Fixed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL OPERATING EXPENSES | n/a | n/a | $129,795 | $132,170 | $116,671 | $129,105 | $117,024 | $159,191 | $136,207 | $117,937 | $ - | $1,040,100 | $34,958 | $1,005,142 |
| Variable Salaries & wages (see SG&A Payroll Calc) | 100.00% | 0.00% | 0 | 615 | 0 | 346 | 0 | 0 | 360 | 0 | 0 | 1,321 | 1,321 | - |
| Fixed Salaries & wages (see SG&A Payroll Calc) | 0.00% | 100.00% | 88,829 | 94,872 | 88,829 | 91,988 | 88,829 | 88,829 | 92,431 | 88,829 | 0 | 723,436 | - | 723,436 |
| Amortization | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - |
| Depreciation | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |
| Interest Expense (if included in SG&A) | 0.00% | 100.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |
| Bad debts | 100.00% | 0.00% | 2,000 | 2,000 | 1,879 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 0 | 15,879 | 15,879 | - |
| Commissions | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |
| Consumable goods | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |
| Contract labor | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |
| Credit card fees | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |
| Donations / contributions | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |
| Freight | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |
| Fuel expense | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |
| Overtime wages | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |
| Repairs (excluding Maintenance) | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |
| Sales tax | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |
| Training expense | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |
| Travel and entertainment | 100.00% | 0.00% | 2,923 | 425 | 1,229 | 2,123 | 760 | 3,350 | 1,678 | 1,270 | 0 | 13,758 | 13,758 | - |
| Workman's Comp Insurance | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |
| Credit Services | 100.00% | 0.00% | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 0 | 4,000 | 4,000 | - |
| | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |
| | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |
| | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |
| | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |
| | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |
| | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |
| | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |
| | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |
| | 100.00% | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - | - | - |

# Variable vs Fixed Payroll Calculation - PSC

Claimant Name: Sample Company
Contact Name:
Telephone:
Prepared By:
Date Prepared:

| COGS PAYROLL CALCULATION | Variable | Fixed | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 | Per-13 | 2009 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COGS Salaries | | | 24,128 | 30,160 | 24,128 | 24,128 | 30,160 | 24,128 | 24,128 | 30,160 | 0 | $ 211,120 |
| COGS Payroll taxes | | | 1,846 | 2,307 | 1,846 | 1,846 | 2,307 | 1,846 | 1,846 | 2,307 | 0 | $ 16,151 |
| Employee benefits | | | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 0 | $ 48,000 |
| Other COGS Wages | | | 154,263 | 173,384 | 163,867 | 157,824 | 144,020 | 158,522 | 147,745 | 194,403 | 0 | $ 1,294,028 |
| Other payroll taxes | | | 12,670 | 15,637 | 11,892 | 10,555 | 13,603 | 9,866 | 11,315 | 12,879 | 0 | $ 98,617 |
| Other employee benefits | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| TOTAL PAYROLL EXPENSE | | | 198,907 | 227,488 | 207,733 | 200,353 | 196,290 | 200,362 | 191,034 | 245,749 | 0 | $ 1,667,916 |
| | | | | | | | | | | | | |
| Revenue | | | 1,741,596 | 2,193,046 | 1,876,863 | 1,514,650 | 1,371,829 | 1,405,499 | 1,399,279 | 1,713,102 | | $ 13,215,864 |
| Variable Payroll Calculation Test | **2.84%** | 97.16% | 49,461 | 62,283 | 53,303 | 43,016 | 38,960 | 39,916 | 39,740 | 48,652 | 0 | $ 375,331 |
| COGS Minimum Baseline Payroll | | | 191,034 | 191,034 | 191,034 | 191,034 | 191,034 | 191,034 | 191,034 | 191,034 | 191,034 | n/a |
| Variable Payroll Amounts | | | 7,873 | 36,454 | 16,699 | 9,319 | 5,256 | 9,328 | 0 | 48,652 | 0 | $ 133,581 |
| Fixed Payroll | | | 191,034 | 191,034 | 191,034 | 191,034 | 191,034 | 191,034 | 191,034 | 197,097 | 191,034 | $ 1,534,335 |

| SG&A PAYROLL CALCULATION | Variable | Fixed | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 | Per-13 | 2009 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Officer Salaries | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| Payroll Taxes | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| Employee Benefits | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| TOTAL OFFICER COMPENSATION | | | | | | | | | | | | |
| Salaries & Wages | | | 75,413 | 91,127 | 78,378 | 77,058 | 92,188 | 77,244 | 75,497 | 91,767 | 0 | $ 658,672 |
| Payroll Taxes | | | 5,987 | 7,518 | 6,240 | 6,064 | 7,521 | 6,244 | 6,062 | 7,452 | 0 | $ 53,088 |
| Employee Benefits | | | 6,186 | 3,730 | 6,292 | 6,232 | 3,081 | 5,341 | 7,273 | 5,050 | 0 | $ 43,185 |
| | | | 207 | 427 | | 929 | 50 | 424 | 1,945 | (5,931) | | |
| TOTAL PAYROLL EXPENSE | | | 87,793 | 102,802 | 90,910 | 90,283 | 102,840 | 89,253 | 90,777 | 98,338 | 0 | $ 752,996 |
| | | | | | | | | | | | | |
| Revenue | | | 1,741,596 | 2,193,046 | 1,876,863 | 1,514,650 | 1,371,829 | 1,405,499 | 1,399,279 | 1,713,102 | | $ 13,215,864 |
| Variable Payroll Calculation Test | **0.03%** | 99.97% | 522 | 658 | 563 | 454 | 412 | 422 | 420 | 514 | 0 | $ 3,965 |
| SG&A Minimum Baseline Payroll | | | 88,829 | 88,829 | 88,829 | 88,829 | 88,829 | 88,829 | 88,829 | 88,829 | 88,829 | n/a |
| Variable Payroll | | | 0 | 658 | 563 | 454 | 412 | 422 | 420 | 514 | 0 | $ 3,443 |
| Fixed Payroll | | | 88,829 | 102,144 | 90,347 | 89,829 | 102,428 | 88,831 | 90,357 | 97,824 | 88,829 | $ 750,589 |

# Variable vs Fixed Payroll Calculation - PSC

Claimant Name: Sample Company
Contact Name:
Telephone:
Prepared By:
Date Prepared:

| COGS PAYROLL CALCULATION | Class % Variable | Class % Fixed | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | Per-13 | 2010 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COGS Salaries | | | 24,128 | 30,160 | 24,128 | 24,128 | 24,128 | 24,128 | 30,160 | 24,128 | 0 | $ 205,088 |
| Payroll taxes | | | 1,846 | 2,307 | 1,846 | 1,846 | 1,846 | 1,846 | 2,307 | 1,846 | 0 | $ 15,690 |
| Employee benefits | | | 8,000 | 8,000 | 6,000 | 7,500 | 7,500 | 8,000 | 9,000 | 8,200 | 0 | $ 62,200 |
| Other COGS Wages | | | 143,458 | 146,227 | 119,785 | 101,359 | 99,334 | 116,057 | 122,353 | 128,395 | 0 | $ 976,968 |
| Other payroll taxes | | | 14,154 | 12,977 | 8,516 | 8,170 | 6,272 | 9,898 | 9,460 | 7,124 | 0 | $ 76,571 |
| Other employee benefits | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| **TOTAL PAYROLL EXPENSE** | | | 191,586 | 199,671 | 160,275 | 143,003 | 139,080 | 159,929 | 173,280 | 169,693 | 0 | $ 1,336,517 |
| | | | | | | | | | | | | |
| Revenue | | | 2,642,345 | 2,051,520 | 1,493,225 | 1,152,432 | 1,013,420 | 1,424,647 | 1,201,382 | 1,230,762 | 0 | $ 12,209,733 |
| Variable Payroll Calculation Test | 2.84% | | 75,043 | 58,263 | 42,408 | 32,729 | 28,781 | 40,460 | 34,119 | 34,954 | 0 | $ 346,757 |
| COGS Minimum Baseline Payroll | | 97.16% | 191,034 | 191,034 | 191,034 | 191,034 | 191,034 | 191,034 | 191,034 | 191,034 | 191,034 | n/a |
| | | | | | | | | | | | | |
| Variable Payroll Amounts | | | 552 | 8,637 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 9,189 |
| | | | | | | | | | | | | |
| **Fixed Payroll** | | | 191,034 | 191,034 | 191,034 | 191,034 | 191,034 | 191,034 | 191,034 | 191,034 | 0 | $ 1,528,272 |

| SG&A PAYROLL CALCULATION | Class % Variable | Class % Fixed | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | Per-13 | 2010 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Officer Salaries | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| Payroll Taxes | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| Employee Benefits | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| **TOTAL OFFICER COMPENSATION** | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ - |
| | | | | | | | | | | | | |
| Salaries & Wages | | | 75,420 | 88,889 | 73,976 | 83,881 | 74,164 | 72,160 | 86,115 | 74,377 | 0 | $ 628,982 |
| Payroll Taxes | | | 6,001 | 7,259 | 5,903 | 6,920 | 5,960 | 3,471 | 7,105 | 6,016 | 0 | $ 48,635 |
| Employee Benefits | | | 5,209 | (661) | 6,685 | 553 | 4,442 | 3,192 | (1,372) | 2,203 | 0 | $ 20,251 |
| | | | 1,094 | 0 | 50 | 980 | 619 | 0 | 943 | 492 | 0 | $ 1,321 |
| **TOTAL PAYROLL EXPENSE** | | | 87,724 | 95,487 | 86,614 | 92,334 | 85,185 | 78,823 | 92,791 | 83,088 | 0 | $ 702,046 |
| | | | | | | | | | | | | |
| Revenue | | | 2,642,345 | 2,051,520 | 1,493,225 | 1,152,432 | 1,013,420 | 1,424,647 | 1,201,382 | 1,230,762 | 0 | $ 12,209,733 |
| Variable Payroll Calculation Test | 0.03% | | 793 | 615 | 448 | 346 | 304 | 427 | 360 | 369 | 0 | $ 3,662 |
| SG&A Minimum Baseline Payroll | | 99.97% | 88,829 | 88,829 | 88,829 | 88,829 | 88,829 | 88,829 | 88,829 | 88,829 | 88,829 | n/a |
| | | | | | | | | | | | | |
| Variable Payroll | | | 0 | 615 | 0 | 346 | 0 | 0 | 360 | 0 | 0 | $ 1,321 |
| | | | | | | | | | | | | |
| **Fixed Payroll** | | | 88,829 | 94,872 | 88,829 | 91,988 | 88,829 | 88,829 | 92,431 | 88,829 | 88,829 | $ 723,436 |

# COGS Payroll Analysis

Claimant Name: Sample Company
Contact Name:
Telephone:
Prepared By:
Date Prepared:

| Months 2009 | MANAGEMENT COMPENSATION Salaries | MANAGEMENT COMPENSATION Payroll Taxes | EMPLOYEE COMPENSATION Employee Benefits | EMPLOYEE COMPENSATION Wages | EMPLOYEE COMPENSATION Payroll Taxes | EMPLOYEE COMPENSATION Employee Benefits | TOTAL COGS PAYROLL |
|---|---|---|---|---|---|---|---|
| May | $ 24,128 | $ 1,846 | $ 6,000 | $ 154,263 | $ 12,670 | $ - | $ 198,907 |
| June | 30,160 | 2,307 | 6,000 | 173,384 | 15,637 | - | 227,488 |
| July | 24,128 | 1,846 | 6,000 | 163,867 | 11,892 | - | 207,733 |
| August | 24,128 | 1,846 | 6,000 | 157,824 | 10,555 | - | 200,353 |
| September | 30,160 | 2,307 | 6,000 | 144,020 | 13,803 | - | 196,290 |
| October | 24,128 | 1,846 | 6,000 | 158,522 | 9,866 | - | 200,362 |
| November | 24,128 | 1,846 | 6,000 | 147,745 | 11,315 | - | 191,034 |
| December | 30,160 | 2,307 | 6,000 | 194,403 | 12,879 | - | 245,749 |
| Period-13 | - | - | - | - | - | - | - |
| **TOTALS** | $ 211,120 | $ 16,151 | $ 48,000 | $ 1,294,028 | $ 98,617 | $ - | $ 1,667,916 |

## TOTAL

| Months 2009 | Revenue | Payroll Expense |
|---|---|---|
| May | $ 1,741,596 | $ 198,907 |
| June | 2,193,046 | 227,488 |
| July | 1,876,863 | 207,733 |
| August | 1,514,650 | 200,353 |
| September | 1,371,829 | 196,290 |
| October | 1,405,499 | 200,362 |
| November | 1,399,279 | 191,034 |
| December | 1,713,102 | 245,749 |
| Period-13 | - | - |
| **TOTALS** | $ 13,215,864 | $ 1,667,916 |

### Average Monthly

| | Revenues | Payroll Expense |
|---|---|---|
| | $ 1,937,168 | $ 211,376 |
| | $ 1,392,202 | $ 195,895 |
| Change | $ 544,966 | $ 15,481 |
| | | 2.84% |

### PEAK MONTHS (Top 3)

| Months 2009 | Revenue | Payroll Expense |
|---|---|---|
| May | $ 1,741,596 | $ 198,907 |
| June | $ 2,193,046 | $ 227,488 |
| July | $ 1,876,863 | $ 207,733 |
| **TOTALS** | $ 5,811,505 | $ 634,128 |

### OFF-PEAK MONTHS (Bottom 3)

| | Revenue | Payroll Expense |
|---|---|---|
| September | $ 1,371,829 | $ 196,290 |
| October | $ 1,405,499 | $ 200,362 |
| November | $ 1,399,279 | $ 191,034 |
| **TOTALS** | $ 4,176,607 | $ 587,686 |

### COGS Minimum Baseline Payroll

$ 191,034

### Variable Payroll Rate Calculation

| | Revenues | Payroll Expense |
|---|---|---|
| Number of months selected | 3 | |
| Peak Season | $ 1,937,168 | $ 211,376 |
| Off-Peak Season | $ 1,392,202 | $ 195,895 |
| Change | $ 544,966 | $ 15,481 |
| Variable COGS Payroll Rate | | 2.84% |

# SG&A Payroll Analysis

Claimant Name: Sample Company
Contact Name:
Telephone:
Prepared By:
Date Prepared:

## EMPLOYEE COMPENSATION

| Months 2009 | Salaries & Wages | Payroll Taxes | Employee Benefits | TOTAL SG&A PAYROLL |
|---|---|---|---|---|
| May | $ 75,413 | $ 5,987 | $ 6,186 | $ 87,586 |
| June | 91,127 | 7,518 | 3,730 | 102,375 |
| July | 78,378 | 6,240 | 6,292 | 90,910 |
| August | 77,058 | 6,064 | 6,232 | 89,354 |
| September | 92,188 | 7,521 | 3,081 | 102,790 |
| October | 77,244 | 6,244 | 5,341 | 88,829 |
| November | 75,497 | 6,062 | 7,273 | 88,832 |
| December | 91,767 | 7,452 | 5,050 | 104,269 |
| Period-13 | - | - | - | - |
| TOTALS | $ 658,672 | $ 53,088 | $ 43,185 | $ 754,945 |

## TOTAL

| Months 2009 | Revenue | Payroll Expense |
|---|---|---|
| May | $ 1,741,596 | $ 87,586 |
| June | 2,193,046 | 102,375 |
| July | 1,876,863 | 90,910 |
| August | 1,514,650 | 89,354 |
| September | 1,371,829 | 102,790 |
| October | 1,405,499 | 88,829 |
| November | 1,399,279 | 88,832 |
| December | 1,713,102 | 104,269 |
| Period-13 | - | - |
| TOTALS | $ 13,215,864 | $ 754,945 |

## PEAK MONTHS (Top 3)

| Revenue | Payroll Expense |
|---|---|
| $ 1,741,596 | $ 87,586 |
| $ 2,193,046 | $ 102,375 |
| $ 1,876,863 | $ 90,910 |
| | |
| | |
| | |
| $ 5,811,505 | $ 280,871 |

## OFF-PEAK MONTHS (Bottom 3)

| Revenue | Payroll Expense |
|---|---|
| | |
| | |
| | |
| $ 1,371,829 | $ 102,790 |
| $ 1,405,499 | $ 88,829 |
| $ 1,399,279 | $ 88,832 |
| $ 4,176,607 | $ 280,451 |

## Variable Payroll Rate Calculation

| | Average Monthly Revenues | Payroll Expense |
|---|---|---|
| Number of months selected | 3 | |
| Peak Season | $ 1,937,168 | $ 93,624 |
| Off-Peak Season | $ 1,392,202 | $ 93,484 |
| Change | $ 544,966 | $ 140 |
| Variable Payroll Rate | 0.03% | |

SG&A Minimum Baseline Payroll: $ 88,829