Attorney Work Product
Privileged and Confidential
Do Not Distribute



# MEMO

**TO:** Jim Neath, Rick Godfrey, Wendy Bloom
**FROM:** Joe Rice
**DATE:** November 16, 2011
**RE:** Compensation Framework

We have not responded with a redline document but seek to identify the open issues.

1.   Salary – In the salary discussion the PSC is relying on the Working Group to resolve the treatment of the salary cost and is not going to address until the Working Group completes its work in DC which should resolve the issue.

2.   EBITDA versus variable profit –

   Step 2: The PSC and BP are in agreement the Working Group has reached substantial agreements on fixed/variable classifications and believe we should allow them to finalize that this week, and there is no discussion point for us at the current time.

   Step 1: We have discussed the current EBITDA versus variable profit issues internally and with some security litigation experts. The concern is EBITDA while still an accepted, although heavily criticized, accounting methodology for valuation of a company, it is not the appropriate starting point for determining economic injury to an ongoing business.

      BP offered to use as the starting point the average of the adjusted EBITDA and the variable profit which generally would be viewed as a reasoned resolution but here that does not work.

      1)   The PSC believes the positions they have taken in the Working Group have shown significant compromise to address the concerns the BP Working Group had on the revenue based approach.

Attorney Work Product
Privileged and Confidential
Do Not Distribute

    2)    The average approach here does not use any recognized accounting standards but is merely an adjustment that doesn't have any basis in accounting principles.

    3)    The application of the EBITDA approach has shown to be much more time consuming and difficult to calculate.

    4)    We have to provide tools that are user friendly for all businesses and we believe that all businesses can work from revenue but many will not be able to work from EBITDA. Therefore, we stand by our Step 1 approach of working from the variable profit.

    5)    GCCF does not use EBITDA but uses our approach

3.    Claimant Specific Factor –

The PSC wants to only use the positive growth in revenue with no cap. BP has proposed to use both positive and negative growth with a +20/-20 cap/floor. The growth rate is being calculated over a very short period of time and is in itself limiting. It is only comparing 2009 to 2010. The overwhelming evidence shows the expectations for the tourism season in 2010 were high for the Gulf Coast coming off the Katrina recovery years. The growth in other comparable areas reached record levels in 2010. In light of all of this, we cannot agree to the use of a negative growth rate. We will accept your cap of +20% on the growth rate but we disregard negative growth rates.

4.    Tourism Factor / Industry Factor –

The PSC wants 6.8% across the board on the growth rate for all industries. BP has proposed 4% on Tourism only. BP implies their understanding of our previous position however we do not believe there is a basis for that understanding. We have stated all along that the Gulf Coast area is driven by the Tourism Industry and the Seafood Industry. For reasons that are obvious in this negotiation, the PSC has always taken the position that the economy has to be looked at in light of the principle elements of tourism and seafood. A quick review of the studies show an economic impact that is a multiple of the seafood catch/landings value. Everything the studies talk about works from seafood and tourism. Therefore, the PSC reiterates its position that it is an overall industry number.

The PSC will agree to 5.5% across the board Growth Rate but will not entertain any proposals that ignore one group of claimants, or that pits one against the other as is suggested by BP's last proposal.