# Baden, John

| | |
|---|---|
| **From:** | Mark Staley [mstaley@pncpa.com] |
| **Sent:** | Tuesday, March 27, 2012 11:56 PM |
| **To:** | Daniel A. Cantor; John Baden |
| **Cc:** | Chuck Hacker |
| **Subject:** | Fwd: Illustrations |
| **Attachments:** | Visio-Claims Facility Structure Flowchart REVISED 3.27.2012 FINAL.pdf; ATT00001.htm |

Dan,

Per your conversation with Chuck, I am sending you the attached illustrations that we will use for the discussion tomorrow with Mr. Juneau.

Thanks,
Mark

Sent from my iPhone

Begin forwarded message:

> **From:** Mark Staley <mstaley@pncpa.com>
> **Date:** March 27, 2012 6:16:11 PM CDT
> **To:** "Charles.r.hacker@us.pwc.com" <Charles.r.hacker@us.pwc.com>
> **Cc:** "'emily.f.kent@us.pwc.com'" <emily.f.kent@us.pwc.com>, Katherine Torres <ktorres@pncpa.com>, Robin Pilcher <rpilcher@pncpa.com>, Bill Potter <bpotter@pncpa.com>
> **Subject: Illustrations**
>
> Chuck,
>
> Attached are the illustrations for the meeting tomorrow.  We will bring adequate copies for the meeting.
>
> Thanks,
>
> **Mark D. Staley, PMP**
> **Postlethwaite & Netterville**
> 8550 United Plaza Blvd., Suite 1001, Baton Rouge, LA 70809
> Direct: 225 408 4464 | Mobile: 225 281 2512 | Fax: 225 922 4611 | Email: mstaley@pncpa.com
>
> #do not encrypt#

---------------------------------------------------------------------------------------
Pursuant to IRS Circular 230 and IRS regulations we inform you that any federal tax advice
contained in this communication is not intended or written to be used, and cannot be used,
for the purpose of avoiding penalties imposed under the Internal Revenue Code.

---------------------------------------------------------------------------------------
Email Encryption

Confidentiality is a hallmark of the accounting profession and it is of the utmost
importance to our client

1





HIGHLY CONFIDENTIAL
SUBJECT TO SETTLEMENT DISCUSSIONS CONFIDENTIALITY AGREEMENT
3/23/2012