**Baden, John**

| | |
|---|---|
| **From:** | Orran L. Brown [OBrown@browngreer.com] |
| **Sent:** | Friday, April 13, 2012 8:49 PM |
| **To:** | Cantor, Daniel A.; jbaden@motleyrice.com; keith.moskowitz@snrdenton.com |
| **Cc:** | Lynn Greer; Michael J. Juneau(mjj@juneaudavid.com); Patrick A. Juneau(paj@juneaulaw.com) |
| **Subject:** | Settlement Tutorial |
| **Attachments:** | BROWNGREER-#405115-v2-Agenda-SA_Tutorial.DOCX |

The attached contains some ideas for your consideration about possible areas to cover next week.


**Orran L. Brown**
**BROWNGREER PLC**
115 S. 15th Street, Suite 400
Richmond, Virginia  23219-4209
Direct Dial:  (804) 521-7201
Facsimile:  (804) 521-7299
www.browngreer.com


*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

| AGENDA:  SETTLEMENT AGREEMENT TUTORIAL |
| --- |

**A.  Overview and General Introduction**

1.  Goals of the Program
2.  Approach to Administration of the Program

**B.  Exclusions from the Class**

1.  Opt Outs
2.  MDL Defendants and Employees
3.  BP-Branded Fuel and Employees
4.  Financial Institutions/Funds/Trusts/Other Financial Vehicles and Employees (Attachments 13 & 15)
5.  Gaming Industries and Employees (Attachments 13 & 15)
6.  Insurance Entities and Employees (Attachments 13 & 15)
7.  Oil and Gas Industry and Employees (Attachments 13 & 14)
8.  Defense Contractors (Attachments 13 & 15)
9.  Real Estate Developers and Employees (Attachments 13 & 15)
10. Moratoria Losses (Attachments 13 & 16)
11. Stigma Damages Claims
12. Foreclosures Claims
13. Governments--US/State/Local/Quasi-Government
14. GCCF Release Signed
15. Bodily Injury Claims
16. VoO Damages and Decontamination Claims
17. Menhaden Harvesting/Processing Claims

**C.  Business Economic Loss Claims**

1.  NAICS Codes
2.  Loss Zones and Mapping Software
3.  Documentation Requirements
4.  Compensation Framework
5.  Causation Requirements
6.  Fixed and Variable Costs
7.  Multi-Facility Businesses
8.  Failed Businesses
9.  Start-Up Businesses

**D.  Individual Economic Loss Claims**

1.  Base Years, Benchmark Period and Compensation Period

1

405115
4/13/12

2. Growth Factors
3. Risk Transfer Premium
4. Claimants Without Comparable Benchmark Earnings
5. Reimbursable Search Costs
6. Reimbursable Training Costs
7. Category I
8. Category II
9. Category III
10. Category IV
11. Sworn Written Statements
12. Interviews
13. Loss of Employment-Related Benefits Income
14. Individual Periodic Vendors and Festival Vendors

**E.  Seafood Program**

1. Claimants and Definitions
2. Documentation Requirements
3. Causation
4. Compensation Framework

**F.  Subsistence Claims**

1. Recreational vs. True Subsistence
2. Interviews
3. CADA
4. Affidavits
5. NRDC 2010 Gulf Coast Consumption Survey Compensation Cap
6. Loss/impairment Periods Beyond Official Closure Dates
7. Compensable Species and Pricing

**G.  Coastal Real Property Claims**

1. Administrator's Database
2. Challenges to Parcel Eligibility
3. Multiple/simultaneous owners of a Parcel
4. History of Parcel Ownership
5. Physical Damage to Real or Personal Property on the Parcel

**H.  Wetlands Real Property Claims**

1. Administrator's Database
2. Challenges to Parcel Eligibility
3. Multiple/simultaneous owners of a Parcel
4. History of Parcel Ownership
5. Physical Damage to Real or Personal Property on the Parcel

2

405115
4/13/12

## I. Real Property Sales

1. Challenges to Parcel Eligibility
2. Multiple/simultaneous Owners of a pPrcel
3. Foreclosures
4. Residential vs. Non-Residential

## J. Vessels of Opportunity

1. Claimants (Owners vs. Captains)
2. Fractional Vessel Sizes
3. Interplay with Economic Loss claims
4. Offsets

## K. Appeals Framework

## L. Claim Forms and Release

1. Claim Forms by Claim Type
2. Release Language and Six Month Rule

405115
4/13/12