**Wallace, Benee**

| | |
|---|---|
| **From:** | Rice, Joe |
| **Sent:** | Monday, March 05, 2012 2:55 PM |
| **To:** | Godfrey, Richard C. |
| **Cc:** | Calvin Fayard |
| **Subject:** | PowerPoint presentation |
| **Attachments:** | BP PSC Settlement  3-5-12 .pptx |

This is a draft of what we used with the PSC and would contemplate using this Tuesday.  Let me know if you have any issues with any of the slides.  Sending to you under Rule 408, not to disseminate.

I also have seafood related slides but since we do not have an agreement, I cannot imagine you would have an issue with my showing them.   They are basically of the NOAA data.

**Joseph F. Rice**  | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
**o.** 843.216.9159 | **f.** 843.216.9290 | jrice@motleyrice.com