# Baden, John

| | |
|---|---|
| **From:** | Bloom, Wendy L. [wbloom@kirkland.com] |
| **Sent:** | Tuesday, March 06, 2012 6:18 PM |
| **To:** | Calvin Fayard; Rice, Joe |
| **Cc:** | Wallace, Benee; Douglas, Charles W; james.neath@bp.com; Baden, John; mark.Holstein@bp.com; Godfrey, Richard C. |
| **Subject:** | Rule 408 Settlement Communication: Additional Powerpoint Comments |

Joe and Calvin,

Some additional comments on the deck:

- Slide 17: Last row "Causation" in Zone C should read Seafood (Primary and Secondary) not just Primary

- Slide 31: "total revenue" in first paragraph of II., "Total Revenue" in second paragraph. Should consistently capitalize.

- Slide 37: Equation should be (B-A)/A = Growth Rate. And in "1" incorrect to characterize as "compensation revenue" -- perhaps instead "2010 revenue"

- Slide 38: Point 2 perhaps instead use: "Economic loss is estimated by comparing results in the post-Spill period with the same months in the claimant selected Benchmark Period."

- Slide 42: "Cancellations" has two l's. And this one made me laugh -- "lost contractions" should be "lost contracts"

- Slide 43: Seems first bullet should be deleted since exclusions addressed elsewhere; otherwise should not be limited to Zone A. If for some reason intent is to focus on Zone A, then in first bullet "Does….businesses" should be a parenthetical & as noted last night "contribution" should be "construction."

- Slide 44: Equation in item c should be: "EBITDA x Relevant Multiple" instead of "EBIDTA x MVIC".

- Slide 47: To us, the "<" to indicate time is confusing; perhaps just say "after" & perhaps remove the letters a-f because it is difficult to see the equation.

- Slide 51: Instead of "January-April 2010:", the numerator should be: ( January -April 2010) minus (January -April Base Years). Note BP proposes term "Base Years" instead of Benchmark Years, but same concept if you instead use Benchmark Years. Also, Individual growth rate is capped at -1.5% not 2% and Industry Growth Factor is 1.5% not 2%.

- Slide 52: All the 2%'s in bottom row should be 1.5%'s and then in example 2 the -2% should be -1.5%. Also, the math is incorrect in an additional way that we failed to correct last night. So we will send along corrected examples shortly. Also, perhaps edit title of slide to read: Individual Economic Loss Framework for determine income absent spill

- Slide 53: "SUBSTRACT" should be "SUBTRACT"

**Wendy Bloom | Kirkland & Ellis LLP**
300 North LaSalle Street
Chicago, IL 60654

# PSC and BP
# Proposed Settlement Class Action

March 5, 2012

# Zone Presumptions

| | Presumption Zone A | Presumption Zone B | Zone C | Zone D |
|---|---|---|---|---|
| **Seafood Industry** | | | | |
| Primary | Gets Presumption | Gets Presumption | Gets Presumption | Gets Presumption |
| Secondary | Gets Presumption | Gets Presumption | Gets Presumption | Required to meet Causation Nexus |
| **Tourism Industry** | Gets Presumption | Gets Presumption | Required to meet Causation Nexus | Required to meet Causation Nexus |
| **Restaurants** | Gets Presumption | Gets Presumption | Required to meet Causation Nexus | Required to meet Causation Nexus |
| **Other Industry** | Gets Presumption | Required to meet Causation Nexus | Required to meet Causation Nexus | Required to meet Causation Nexus |
| **Causation** | All Presumption | Seafood/Tourism Presumption | Seafood (Primary) Presumption | Proof |

17

## Business Economic Loss
### Causation

**Zone A**      No One Required to Prove Causation

**Zone B or C**   If Causation Required

30

# Business Economic Loss
## Causation

**I. V- Shaped Revenue Pattern**

8.5% or more Decline of Total Revenue in 3 consecutive months May- Dec. 2010 compared to the same months in the Benchmark Period

And

5% Increase of Total Revenue In the Same 3 consecutive months in 2011 compared to 2010

OR

**II. Modified V- Shaped Revenue Pattern**

A decline of an aggregate of 5% or more in total revenue in 3 consecutive months between May-Dec 2010 compared to the same months in the Benchmark Period selected by the claimant

And

An increase of an aggregate of 5% of Total Revenue for same period of 3 consecutive months 2011 compared to 2010

And either
1. 10% Decline Non-Local Customer
2. 10% Decline Zone A, B, or C Customer
3. Evidence of Loss of Contract

31

# Business Economic Loss
## Causation

III. **Decline-Only Revenue Pattern**
    A decline of an aggregate of 8.5% or more in total revenue in 3 consecutive months between May-Dec 2010 compared to the same months in the Benchmark Period selected by the claimant
    **And**
    1. Document Outside Control (New Competitor, Big Customer went Bankrupt, etc.)
    **And either**
        a. 10% Decline Revenue for Non-Local
        **Or**
        b. 10% Decline Revenue for Zone A, B, or C
    **OR**
IV. **Proof of Spill Related Cancellations**
V. **Documentation submitted by Causation Proxy Claimant**

32

# Zone D

## I. V- Shaped Revenue Pattern

15% or more Decline of Total Revenue in 3 consecutive months May- Dec. 2010 compared to the same months in the Benchmark Period

And

10% Increase of Total Revenue In the Same 3 consecutive months in 2011 compared to 2010

**OR**

## II. Modified V- Shaped Revenue Pattern

A decline of an aggregate of 10% or more in total revenue in 3 consecutive months between May-Dec 2010 compared to the same months in the Benchmark Period selected by the claimant

And

An increase of an aggregate of 7% of Total Revenue for same period of 3 consecutive months 2011 compared to 2010

And either

1. 10% Decline Non-Local Customer
2. 10% Decline Zone A, B, or C Customer
3. Evidence of Loss of Contract

33

# Zone D

III. **Decline-Only Revenue Pattern**

A decline of an aggregate of 15% or more in total revenue in 3 consecutive months between May-Dec 2010 compared to the same months in the Benchmark Period selected by the claimant without a recovery in the corresponding months of 2011.

And

   1. Document Outside Control (New Competitor, Big Customer went Bankrupt, etc.)

And either

     a. 10% Decline Revenue for Non-Local

    Or

     b. 10% Decline Revenue for Zone A, B, or C

OR

IV. **Proof of Spill Related Cancellations**

34

# Zone D

## V. Seafood Retailers (Including Restaurants)

Purchases of Gulf of Mexico harvested seafood from Zone A, B or C vendors represented at least 10% of food costs during 2009.

**And**

Decline of 7.5% in gross profits over a period of 3 consecutive months between May-Dec 2010 compared to the same months in 2009.

**OR**

## VI. Documentation submitted by Causation Proxy Claimant

35

Case 2:10-md-02179-CJB-DPC   Document 11804-21   Filed 11/06/13   Page 10 of 12

# Business Economic Loss Framework

**April 20, 2010**

Benchmark Years ⇦ ⇨ Compensation Period

2007 — 2008 — 2009 | May Jun Jul Aug Sep Oct Nov Dec
2010

Claimants Selects any 3 months or more (3 to 8 months)

**Benchmark Period** same months claimant selected for compensation point averaged if use < 2009

36

# Growth Rate

1. Benchmark Year Revenue compared to Compensation Revenue

2. Benchmark Year Revenue     Compensation Period
   January – April             January – April 2010
   (A)                            (B)

3. $\frac{B}{A} = Growth\ Rate$

4. Growth Rate may not Exceed 10% nor be lower than -2%

5. Industry Growth Rate of +2% added to all claims

37

## Business Economic Loss Framework

**Compares 2010 to either:**
 a) 2009
 b) Average of 2008 & 2009
 c) Average of 2007, 2008 & 2009

1. Claimant may select any 3 months or more between May and December as damaged period.
2. Must use same months in Benchmark and 2010 for Economic Loss
3. Every Business Economic Loss has
 a) A claimant specific growth rate:
  - Claimants actual up to 10%, never lower than -2.0%
 b) A Gulf Coast Business Rate of +2.0%