**Baden, John**

| | |
|---|---|
| **From:** | Cantor, Daniel A. [Daniel.Cantor@APORTER.COM] |
| **Sent:** | Monday, May 07, 2012 11:47 AM |
| **To:** | Baden, John; JIMR@wrightroy.com; SHERMAN@hhkc.com |
| **Cc:** | Douglas, Charles W; Moskowitz, Keith; Bloom, Wendy L. |
| **Subject:** | Slides for Tuesday Meeting -- For Settlement Purposes Only |
| **Attachments:** | Business Framework Slides_042412.pptx; Coastal Real Property Claims_050412.pptx; Individuals Framework Slides_042412.pptx; Real Property Sales_050412.pptx; Seafood Compensation Program_050412.pptx; Wetland Real Property Claims_050412.pptx |

All,

Attached please find draft slide decks that we plan to use to help facilitate tomorrow's "tutorial" meeting with the claims administration (a few additional ones will follow).  We would be pleased to discuss today.  If there are materials you plan to present, we would appreciate seeing a draft, and should coordinate in advance how items are presented. Thanks

Dan

U.S. Treasury Circular 230 Notice

Any U.S. federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

-------------------------------------------------------------------
For more information about Arnold & Porter LLP, click here :
http://www.arnoldporter.com

# Business Framework

May 8, 2012

## Business Economic Growth: Benefits

▲ Wide range of options to qualify for benefits:

– Businesses in industries and geographic Zones most impacted by the DWH Spill are not required to present any evidence of causation.

– All other businesses in the class have five different options to recover DWH Spill related losses.

– Separate frameworks created for Start-Up Businesses and Failed Businesses.

– "Business" includes claims for corporations, partnerships and business income reported on 1040 Schedules C, E or F.

▲ Tailored evaluation process to qualify for benefits.

– Businesses in industries and areas most directly effected either automatically qualify or have lower qualification standards.

| PRIVILEGED & CONFIDENTIAL – ATTORNEY WORK PRODUCT |

## Business Economic Growth: Benefits

- Qualifying businesses receive compensation for <u>all</u> losses regardless of actual facts and circumstances.
  - All Zone A businesses and others with presumptions.
  - All businesses qualifying using overall revenue trends.
  - All other businesses can claim specific losses of contracts or reservations.

- Compensation calculations are based on lost variable profit with no adjustment or offset for mitigated fixed costs.

| PRIVILEGED & CONFIDENTIAL – ATTORNEY WORK PRODUCT |

## Business Economic Growth: Benefits

▲ All qualifying businesses receive credit for 2% general growth factor regardless of prior experience.

▲ No negative growth for any qualifying business even where trends evidence declining revenues.

▲ All qualifying businesses receive credit for growth over a minimum of six months even where the effects of the DWH Spill dissipate over a shorter period.

▲ Documentation requirements designed to utilize reports and information generally available in the normal course of business.

4

| PRIVILEGED & CONFIDENTIAL – ATTORNEY WORK PRODUCT |

## Business Economic Growth: Benefits

▲ Claimants have wide optionality to present their best case.

- Five different ways to qualify for damages.

- Eighteen different comparisons against historical benchmarks available to qualify for benefits.

- May qualify using one period of loss and receive compensation based on a different period of loss to maximize benefits.

- Twenty one different options available for calculating the 2010 loss period.

- Multi-facility businesses have the option to submit a consolidated claim for facilities in the Class.

▲ Failed businesses and their owners returned to same economic position held at April 20, 2010.

- Failed businesses receive full buyout of company value as of April 20, 2010.

- Failed start-up businesses receive full equity investment as of April 20, 2010 as well as compensation for invested time and effort ("sweat equity").

| PRIVILEGED & CONFIDENTIAL – ATTORNEY WORK PRODUCT |

## Business Economic Loss Claims: Causation

▲ Many businesses receive full presumption that all post-DWH Spill 2010 losses were caused by the Spill regardless of specific circumstances:

- All businesses in Zone A.

- Tourism businesses in Zones A and B.

- All Primary Seafood Industry claimants (landing sites, certain wholesale/retail dealers, primary processors and distributors).

- Secondary Seafood Industry claimants (processors, distributors, retailers) in Zones A, B and C.

- Charter Fishing businesses in Zones A, B and C.

| PRIVILEGED & CONFIDENTIAL – ATTORNEY WORK PRODUCT |

## Business Economic Loss Claims: Causation

▲ Other businesses have multiple options to qualify for a full causation presumption providing compensation for all post-DWH Spill 2010 losses regardless of specific circumstances:

– Three revenue pattern tests based on changes when compared with historical results. Size of fluctuation depends on where the business is located (Zone B and C have lower thresholds than Zone D).

– Proxy Claimant: Small businesses (less than $75,000 revenue) may qualify by establishing a causal relationship with a nearby business which satisfied causation.

– Businesses unable to qualify based on Revenue Pattern tests may establish causation for specific lost reservations and contracts and be compensated for those losses.

| PRIVILEGED & CONFIDENTIAL – ATTORNEY WORK PRODUCT |

## Business Economic Loss Claims: Causation Revenue

### Trend Tests

Causation of economic loss can be established by showing revenue trends consistent with a temporary business disruption between May 2010 and December 2010.  Three different tests are available, and businesses make two different elections for purposes of this analysis:

- **Compensation Period:** The period of time the business claims losses due to the DWH Spill.  Claimant selects three or more consecutive months between May 2010 and December 2010.

- **Benchmark Period year(s):** The pre-Spill years chosen by the claimant as the business' historical performance in all compensation and causation calculations.  Claimants may select 2009, the average of 2008-2009, or the average of 2007-2009.

| PRIVILEGED & CONFIDENTIAL – ATTORNEY WORK PRODUCT |

8

# Business Economic Loss Claims: Causation Revenue

## Trend Tests

### V-Shaped Revenue Pattern

Revenue decline in 2010 Compensation Period (Zone B & C= 8.5%; Zone D= 15%) compared to the same months in the Benchmark Period year(s) followed by recovery (increase in revenues) in the same months of 2011 (B & C= 5%; D= 10%).



### Modified V-Shaped Revenue Pattern

Revenue decline in 2010 Compensation Period (B & C= 5%; D= 10%) compared to the same months in the Benchmark Period year(s) followed by recovery (increase in revenue) in the same months of 2011 (B & C= 5%; D= 7%) plus additional items.



### Decline Only Revenue Pattern

Revenue decline in 2010 Compensation Period (Zone B & C= 8.5%; Zone D= 15%) compared to the same months in the Benchmark Period year(s) plus additional items including factors outside company's control preventing recovery.



| PRIVILEGED & CONFIDENTIAL – ATTORNEY WORK PRODUCT |

9

## Business Economic Loss Claims: Compensation

▲ Compensation is based on the difference between the company's 2010 actual profit post-DWH Spill and expected profit in the absence of the DWH Spill.

▲ For purposes of determining compensation, the Claimant may select a Compensation Period different than used in establishing causation, but the Benchmark Period year(s) must be the same as in causation test:

   – **Compensation Period**: The period of time the business claims losses due to the DWH Spill.  Claimant selects three or more consecutive months between May 2010 and December 2010.

   – **Benchmark Period year(s)**: The pre-Spill years chosen by the claimant as the business' historical performance in all compensation and causation calculations.  Claimants may select 2009, the average of 2008-2009, or the average of 2007-2009.

| PRIVILEGED & CONFIDENTIAL – ATTORNEY WORK PRODUCT |

## Business Economic Loss Claims: Compensation

▲ Compensation is divided into two steps:

– **Step 1:** Compensates claimant for reduction in 2010 post-DWH Spill profits relative to the same months in the Benchmark Period year(s).

– **Step 2:** Compensates claimant for lost profit associated with potential post-DWH Spill revenue growth in 2010 across a minimum six month period.  Even where the business claims losses over a shorter period of time in Step 1, compensation will be paid for six months worth of lost growth.

| PRIVILEGED & CONFIDENTIAL – ATTORNEY WORK PRODUCT |

## Business Economic Loss Claims: Step 1

## Step 1 Calculation

1. Claimant selects three or more consecutive months between May 2010 and December 2010 as the Compensation Period.

2. Variable profit in the months selected as the Compensation Period is calculated as revenues less variable costs specified in the Settlement Agreement for both:

   – Benchmark Period year(s)

   – 2010

3. Any difference calculated in (2) represents Step 1 compensation (may be positive or negative).

| PRIVILEGED & CONFIDENTIAL – ATTORNEY WORK PRODUCT |

## Business Economic Loss Claims: Step 2

## Step 2 Calculation

1. The Company's revenue growth rate is calculated by comparing January-April revenue in 2010 with revenue over the same months in the Benchmark Period year(s) plus a 2% general growth factor.

   – Combined growth rate may not be less than 0% or greater than 12%.

2. Claimant selects six consecutive month period between May and December as the period of lost growth (period may be extended to seven or eight months if also chosen as Compensation Period in Step 1).

3. Revenue during the Benchmark Period year(s) is totaled for the months selected in (2).

4. Total revenue calculated in (3) is multiplied by the revenue growth factor calculated in (1) to determine the amount of lost Incremental Revenue.

5. The lost Incremental Revenue calculated in (4) is multiplied by the company's variable profit margin during May through December of the Benchmark Period year(s) used in (3) to determine Step 2 compensation.

| PRIVILEGED & CONFIDENTIAL – ATTORNEY WORK PRODUCT |

13

## Business Economic Loss Claims: Total Compensation

▲ Total Compensation to the claimant is equal to the compensation from Step 1 and Step 2 increased by the RTP and then reduced by any prior DWH Spill-related payments:

**Lost Variable Profits =**

(Step 1 Compensation + Step 2 Compensation)

**Total Compensation =**

Lost Variable Profits + (Lost Variable Profits x RTP) - (DWH Spill Related Payments & VoO Offset)

| PRIVILEGED & CONFIDENTIAL – ATTORNEY WORK PRODUCT |

## Business Economic Loss Claims: Documentation

▲ Documents required are generally available in the normal course of business. In some situations which require additional information, claimants will generally need to provide:

- Completed Claim Form.
- Annual Income Tax Returns.
- Monthly financial statements.
- Business structure and organization information.
- Sales or use tax returns and lodging tax returns (where applicable).
- Customer sales information (where applicable).
- Licensing information (where applicable).
- Other documents as necessary based on claim.

| PRIVILEGED & CONFIDENTIAL – ATTORNEY WORK PRODUCT |