UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| This Document relates to: | * * | |
| SERGIO VALDIVIESO | * * | CIVIL ACTION NUMBER 2:12-cv-02004-CJB-SS |
| VERSUS | * * | SECTION "J" |
| SOUTHERN CAT, INC. EASTERN RESEARCH GROUP, INC.; BP PLC, ETC. | * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ANSWER TO AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Defendant, EMERGENCY RESPONSE GROUP, LLC, who for answer to Plaintiff's Amended Complaint, avers:

### FIRST DEFENSE

Plaintiff has failed to state a cause of action against Defendant upon which relief can be granted.

### SECOND DEFENSE

And now, in answer to the specific allegations of Plaintiff's Amended Complaint, EMERGENCY RESPONSE GROUP, LLC avers as follows:

**I.**

The allegations contained in Paragraph 1 of Plaintiff's Amended Complaint are denied for lack of sufficient information to justify a belief therein.

**II.**

This paragraph requires no response from Defendant. However, out of an abundance of caution, the allegations contained within Paragraph 2 of Plaintiff's Amended Complaint are denied for lack of sufficient information to justify a belief therein.

**III.**

This paragraph requires no response from Defendant. However, out of an abundance of caution, the allegations contained within Paragraph 3 of Plaintiff's Amended Complaint are denied for lack of sufficient information to justify a belief therein.

**IV.**

This paragraph requires no response from Defendant. However, out of an abundance of caution, the allegations contained within Paragraph 4 of Plaintiff's Amended Complaint are denied for lack of sufficient information to justify a belief therein.

**V.**

This paragraph requires no response from Defendant. However, out of an abundance of caution, the allegations contained within Paragraph 5 of Plaintiff's Amended Complaint are denied for lack of sufficient information to justify a belief therein.

**VI.**

This paragraph requires no response from Defendant. However, out of an abundance of caution, the allegations contained within Paragraph 6 of Plaintiff's Amended Complaint are denied for lack of sufficient information to justify a belief therein.

**VII.**

The allegations contained in Paragraph 7 of Plaintiff's Amended Complaint are denied except to admit that Emergency Response Group, Inc. is a foreign non-profit corporation doing business in the State of Louisiana and Texas within the jurisdiction of this Honorable Court.

## VIII.

This paragraph requires no response from Defendant. However, out of an abundance of caution, the allegations contained within Paragraph 8 of Plaintiff's Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## IX.

This paragraph requires no response from Defendant. However, out of an abundance of caution, the allegations contained within Paragraph 9 of Plaintiff's Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## X.

The allegations contained in Paragraph 10 of Plaintiff's Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## XI.

The allegations contained in Paragraph 11 of Plaintiff's Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## XII.

The allegations contained in Paragraph 12 of Plaintiff's Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## XIII.

The allegations contained in Paragraph 13 of Plaintiff's Amended Complaint are denied.

## XIV.

The allegations contained in Paragraph 14 of Plaintiff's Amended Complaint are denied.

## XV.

The allegations contained in Paragraph 15 of Plaintiff's Amended Complaint are denied.

## XVI.

The allegations contained in Paragraph 16 of Plaintiff's Amended Complaint are denied.

## XVII.

The allegations contained in Paragraph 17 of Plaintiff's Amended Complaint are denied.

## XVIII.

This paragraph requires no response from Defendant. However, out of an abundance of caution, the allegations contained within Paragraph 18 of Plaintiff's Amended Complaint are denied for lack of sufficient information to justify a belief therein.

## XIX.

The allegations contained in Paragraph 19 of Plaintiff's Amended Complaint are denied.

## XX.

The allegations contained in Paragraph 20 of Plaintiff's Amended Complaint are denied.

## XXI.

The allegations contained in Paragraph 21 of Plaintiff's Amended Complaint are denied.

## XXII.

The allegations contained in Paragraph 22 of Plaintiff's Amended Complaint are denied.

## XXIII.

The allegations contained in Paragraph 23 of Plaintiff's Amended Complaint are denied.

## XXIV.

The allegations contained in Paragraph 24 of Plaintiff's Amended Complaint are denied.

## XXV.

The allegations contained in Paragraph 25 of Plaintiff's Amended Complaint are denied.

## XXVI.

The allegations contained in Paragraph 26 of Plaintiff's Amended Complaint are denied.

## XXVII.

The allegations contained in Paragraph 27 of Plaintiff's Amended Complaint are denied.

## XXVIII.

The allegations contained in Paragraph 28 of Plaintiff's Amended Complaint are denied.

## XXIX.

The allegations contained in Paragraph 29 of Plaintiff's Amended Complaint is admitted that Plaintiff requests a trial by jury.

## XXX.

To the extent that any allegations are contained in the prayer for relief in Plaintiff's Complaint for Damages, said allegations are denied and Plaintiff's prayer for relief is denied. To the extent that any other allegations in Plaintiff's Complaint for Damages have not been answered herein, said allegations are denied for lack of sufficient information to justify a belief therein. EMERGENCY RESPONSE GROUP, LLC reserves its right to supplement and/or amend its affirmative defenses and answer and to assert any other rights, claims and defenses.

Further, denies the entirety of the contents and allegations of Plaintiff's Original Complaint for Damages filed in the District Court of Harris County, Texas, to the extent that any allegations would apply to the liability of EMERGENCY RESPONSE GROUP, LLC.

## THIRD DEFENSE

EMERGENCY RESPONSE GROUP, LLC avers that Plaintiff has failed to mitigate his damages.

## FOURTH DEFENSE

EMERGENCY RESPONSE GROUP, LLC denies that it, or anyone for whom it may be legally responsible, was guilty of any negligence, unseaworthiness, strict liability, want of due care, or other legal fault constituting a proximate case or legal cause of the alleged accident in question.

## FIFTH DEFENSE

In the alternative, EMERGENCY RESPONSE GROUP, LLC avers that if Plaintiff was injured as alleged, which is denied, such injuries were the result of his own sole or comparative negligence, and that such negligence was a proximate or legal cause in whole or in part, of Plaintiff's injuries, if any, and recovery by Plaintiff is barred or reduced by this comparative fault.

## SIXTH DEFENSE

In the further alternative, EMERGENCY RESPONSE GROUP, LLC avers that if Plaintiff was injured as alleged, which is denied, that his injury was caused by the fault and/or

negligence of others for whose negligence EMERGENCY RESPONSE GROUP, LLC is not responsible.

## SEVENTH DEFENSE

EMERGENCY RESPONSE GROUP, LLC avers that if Plaintiff was injured as alleged, which is specifically denied, that such injury was caused by an open and obvious condition and, therefore, Plaintiff is responsible for his own injury, if any.

## EIGHTH DEFENSE

EMERGENCY RESPONSE GROUP, LLC avers that Plaintiff's injuries and damages, if any, were the result of an unavoidable accident.

## NINTH DEFENSE

EMERGENCY RESPONSE GROUP, LLC respectfully requests a trial by jury on all issues herein.

WHEREFORE, the premises considered, EMERGENCY RESPONSE GROUP, LLC prays that this Answer to Plaintiff's Amended Complaint be deemed good and sufficient and that after all due proceedings be had, there be a judgment dismissing all of the claims of Plaintiff at Plaintiff's costs, and for all other general and equitable relief.

Respectfully submitted,

/s/ Timothy B. Guillory
TIMOTHY B. GUILLORY (Bar No. 19603)
**BROWN SIMS, P.C.**
Poydras Center - Suite 2200
650 Poydras Street
New Orleans, LA 70130
Telephone No.: (504) 569-1007
Facsimile No.: (504) 569-9255
Email: tguillory@brownsims.com
ATTORNEY FOR EMERGENCY RESPONSE GROUP, LLC

**CERTIFICATE OF SERVICE**

I, hereby certify that on the 7th day of November, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF.

_____
TIMOTHY B. GUILLORY