UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| This Document relates to: | * * | |
| SERGIO VALDIVIESO | * * | CIVIL ACTION NUMBER 2:12-cv-02004-CJB-SS |
| VERSUS | * * | SECTION "J" |
| SOUTHERN CAT, INC. EASTERN RESEARCH GROUP, INC.; BP PLC, ETC. | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, EMERGENCY RESPONSE GROUP, LLC, provides the following information;

I.

EMERGENCY RESPONSE GROUP, LLC is a foreign Limited Liability Corporation with its principal place of business located at 8408 N. Grady Avenue, Tampa, Florida 33614.

II.

EMERGENCY RESPONSE GROUP, LLC is authorized to do and doing business in the State of Louisiana and has its registered office in Louisiana located at 3867 Plaza Tower, 1st Floor, Baton Rouge, Louisiana 70816.

Respectfully submitted,

*[signature]*

TIMOTHY B. GUILLORY (Bar No. 19603)
**BROWN SIMS, P.C.**
Poydras Center - Suite 2200
650 Poydras Street
New Orleans, LA 70130
Telephone No.: (504) 569-1007
Facsimile No.: (504) 569-9255
Email: tguillory@brownsims.com
ATTORNEY FOR EMERGENCY RESPONSE GROUP, LLC

## CERTIFICATE OF SERVICE

I, hereby certify that on the 7th day of November, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF.

*[signature]*

TIMOTHY B. GUILLORY