IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ' | MDL NO. 2179 |
|   "DEEPWATER HORIZON" in the | ' | |
|   GULF OF MEXICO, on APRIL 20, 2010 | ' | SECTION: J |
| | ' | |
| | ' | |
| This document relates to: | ' | |
| *Joshua Kritzer, et al v. Transocean, Ltd., et al* | ' | |
| (No. 2:10-cv-04427) | ' | JUDGE BARBIER |
| | ' | MAG. JUDGE SHUSHAN |

## Plaintiff Rhonda Burkeen's Motion to Remand, or in the Alternative, Motion for Suggestion of Remand to Transferor Court

Plaintiff Rhonda Burkeen respectfully moves this Honorable Court to remand her case to state court. Alternatively, she respectfully moves this Court for a suggestion of remand to the transferor court.

Rhonda Burkeen is the widow of Aaron "Dale" Burkeen and the personal representative of his estate. Dale was the crane operator killed in the April 20, 2010 explosion. Mrs. Burkeen filed a Jones Act and general maritime case in state court in May 2010. The case was improperly removed to federal court and Burkeen filed a timely motion to remand. While the motion to remand was pending, her case was transferred to MDL-2179 for pre-trial proceedings. Burkeen re-filed her motion pursuant to Pretrial Order #5. (Dkt. #914). The Phase One trial has been held and no more discovery in MDL-2179 will relate to Burkeen's claims. Further, BP has pleaded guilty to manslaughter of Dale Burkeen.

Burkeen participated in mediation over the past fifteen months, but BP has not made a single settlement offer. Instead, BP initiated a PR campaign criticizing this

Court where it claimed that it "pay legitimate claims," but was being taken advantage of by the victims of BP's conduct.  The Court should rule on Burkeen's motion to remand (or file a suggestion of remand to the transferor court).  Burkeen respectfully requests the Court to give this motion expedited consideration since Transocean recently terminated Mrs. Burkeen's death benefits in October 2013.

For the reasons more fully explained in the accompanying memorandum, the Court should grant Burkeen's motion.

<u>Conclusion</u>

Plaintiff respectfully requests that the Court grant Burkeen's motion.

Respectfully submitted,

ARNOLD & ITKIN LLP

*/s/ Kurt B Arnold*
_____
Kurt B. Arnold
State Bar No. 24036150
6009 Memorial Drive
Houston, Texas 77007
Telephone:     (713) 222-3800
Facsimile:     (713) 222-3850

**ATTORNEYS FOR BURKEEN**

**OF COUNSEL:**

Jason Itkin
State Bar No. 24032461
Cory Itkin
State Bar No. 24050808
6009 Memorial Drive
Houston, Texas 77007
Telephone:     (713) 222-3800
Facsimile:     (713) 222-3850

**<u>Certificate of Service</u>**

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all known counsel of record by CM/ECF and/or another means in accordance with the Federal Rules of Procedure on this 7th day of November, 2013.

*/s/ Kurt B Arnold*

_____

Kurt B. Arnold