UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179 SECTION: J DIVISION 1 JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: | * | |
| 2:13-cv-02401 | * | |
| ************************************** | * | |

---

## CORPORATE DISCLOSURES

---

NOW INTO COURT, through undersigned counsel, comes Plaintiff, New Bastion Development, Inc., who, pursuant to Fed. R. Civ. P. 7.1, submits its Corporate Disclosures, which are attached hereto as Exhibit A.

Respectfully submitted,

**REICH & BINSTOCK, LLP**

/s/ Dennis C. Reich
Dennis C. Reich, Esq. (Bar No. 16739600)
4265 San Felipe, Suite 1000
Houston, Texas  77027
(713) 622-7271 [Telephone]
(713) 623-8724 [Facsimile]
dreich@reichandbinstock.com

*ATTORNEY FOR PLAINTIFF*

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of November, 2013.

/s/ Dennis C. Reich
Dennis C. Reich, Esq.
Reich & Binstock, LLP
4265 San Felipe St., Suite 1000
Houston, Texas 77027
Phone: (713) 622-7271
Fax: (713) 623-8724
dreich@reichandbinstock.com