UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

New Bastion Development, Inc.

V

BP, p.l.c. et al.

CIVIL ACTION

NO.   2:13-cv-02401

SECTION  J       ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

New Bastion Development, Inc. (Florida corporation)
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

New Bastion Development, Inc. (Delaware corporation)

PARENT CORPORATIONS

New Bastion Development, Inc. (Delaware corporation)

11/7/2013
Date

Dennis C. Reich
Attorney

16739600
Bar Roll Number

4265 San Felipe, Ste. 1000
Address

Houston, Texas 77027

EXHIBIT A