# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * MDL NO. 2179 <br> * <br> * SECTION J |
| This document relates to: <br> All Cases and No. 12-970 | * <br> * Honorable CARL J. BARBIER <br> * <br> * Magistrate Judge SHUSHAN |

### SUBMISSION OF ADDITIONAL FACT EVIDENCE REGARDING BEL REMAND

Pursuant to the Court's Scheduling Order Regarding BEL Remand [Doc. No. 11735], BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively, "BP") hereby files the following additional fact evidence:

1. Declaration of Wendy L. Bloom, of Kirkland & Ellis LLP, counsel for BP, attached hereto as Exhibit 1. The exhibits to this declaration include:

| | |
|---|---|
| Ex. A: | Aug. 30, 2011 BP Draft BEL Compensation Framework |
| Ex. B: | Aug. 31, 2011 PSC Draft BEL Compensation Framework |
| Ex. C: | Sept. 21, 2011 PSC Submission to BP |
| Ex. D: | Sept. 28, 2011 PSC Submission to BP |
| Ex. E: | Oct. 17, 2011 PSC Excel Spreadsheet (Excerpt) |
| Ex: F: | Nov. 10, 2011 BP Draft BEL Compensation Framework |
| Ex. G: | Nov. 3, 2011 PSC Memo Re: Economic Loss for Business Claims |
| Ex. H: | Nov. 15, 2011 Declaration of Charles C. Cox |
| Ex. I: | Nov. 15, 2011 BP Memo Re: EBITDA |
| Ex. J: | Nov. 16, 2011 PSC Memo Re: Compensation Framework |
| Ex. K: | Nov. 16, 2011 PSC Memo Re: Causation Requirements |

      Ex. L:        Feb. 8, 2012 BP Draft BEL Compensation Framework

      Ex. M:      April 4, 2012 Email from Charles Hacker

      Ex. N:       April 10, 2012 Email from J. Rice to W. Bloom and R. Godfrey

2. Declaration of Richard C. Godfrey, of Kirkland & Ellis LLP, counsel for BP, attached hereto as Exhibit 2.

3. Declaration of Hal Sider, Executive Vice-President of Compass Lexecon, attached hereto as Exhibit 3. The exhibits to this declaration include:

      Ex. A:       Sept. 28, 2011 PSC "Sample Company" Spreadsheets

      Ex. B:       Oct. 17, 2011 PSC Excel Spreadsheets (Excerpts)

4. Declaration of Brian L. Gaspardo, Managing Member of O'Neill & Gaspardo, LLC, attached hereto as Exhibit 4.

November 7, 2013

James J. Neath  
Mark Holstein  
BP AMERICA INC.  
501 Westlake Park Boulevard  
Houston, TX  77079  
Telephone:  (281) 366-2000  
Telefax:  (312) 862-2200  

Respectfully submitted,

   /s/ Kevin M. Downey  
Kevin M. Downey  
F. Lane Heard, III  
WILLIAMS & CONNOLLY LLP  
725 Twelfth Street, N.W.  
Washington, D.C. 20005  
Telephone:  (202) 434-5000  
Telefax:  (202) 434-5029  

   /s/ Don K. Haycraft  
S. Gene Fendler (Bar #05510)  
Don K. Haycraft (Bar #14361)  
R. Keith Jarrett (Bar #16984)  
LISKOW & LEWIS  
701 Poydras Street, Suite 5000  
New Orleans, Louisiana 70139  
Telephone:  (504) 581-7979  
Telefax:  (504) 556-4108

| | |
|---|---|
| Daniel A. Cantor<br>Andrew T. Karron<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004<br>Telephone:  (202) 942-5000<br>Telefax:  (202) 942-5999<br><br>Robert C. "Mike" Brock<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone:  (202) 662-5985<br>Telefax:  (202) 662-6291<br><br>Jeffrey Lennard<br>Keith Moskowitz<br>DENTONS US LLP<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, IL  60606<br>Telephone:  (312) 876-8000<br>Telefax:  (312) 876-7934 | Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>David J. Zott, P.C.<br>Jeffrey J. Zeiger<br>Wendy L. Bloom<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone:  (312) 862-2000<br>Telefax:  (312) 862-2200<br><br>Jeffrey Bossert Clark<br>Steven A. Myers<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone:  (202) 879-5000<br>Telefax:  (202) 879-5200 |

*OF COUNSEL*

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of November, 2013.

                                          /s/ Don K. Haycraft
                                          Don K. Haycraft