UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL 02179 |
| | | SECTION J |
| | * | JUDGE BARBIER |
| Applies to: 2:12-CV-02004-CJB-SS | * * * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned will represent SWS ENVIRONMENTAL SERVICES f/k/a EAGLE-SWS, INC. a/k/a PROGRESSIVE ENVIRONMENTAL SERVICES, INC. in connection with the above-referenced claim.

Respectfully submitted,

JUGE, NAPOLITANO, GUILBEAU,
RULI & FRIEMAN

BY:   s/ Joseph B. Guilbeau
JOSEPH B. GUILBEAU #14326
3320 West Esplanade Avenue North
Metairie, Louisiana 70002
Telephone: 504-831-7270
Fax: 504-831-7284
E-Mail: jguilbeau@wcdefense.com
**Attorneys for SWS Environmental Services
f/k/a Eagle-SWS, INC.
a/k/a Progressive Environmental Services, Inc.
as Defendant**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of November, 2013.

                                              /s/Joseph B. Guilbeau
                                              Joseph B. Guilbeau