# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * MDL NO. 2179 <br> * <br> * SECTION J <br> * |
| This document relates to: <br> All Cases and No. 12-970 | * <br> * Honorable CARL J. BARBIER <br> * <br> * Magistrate Judge SHUSHAN |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. hereby file into the record the following materials transmitted to the Claims Administrator on November 7, 2013.

| Exhibit | Document |
|---|---|
| A | Nov. 7, 2013 Letter from George H. Brown to Patrick Juneau re: KPMG and Sider Declarations Referenced in November 1, 2013 Letter |
| B | Nov. 7, 2013 Declaration of John H. Davis |
| C | Nov. 7, 2013 Declaration of Hal Sider |

| | |
|---|---|
| November 7, 2013 | Respectfully submitted, |
| | |
| James J. Neath |    /s/ Kevin M. Downey |
| Mark Holstein | Kevin M. Downey |
| BP AMERICA INC. | F. Lane Heard, III |
| 501 Westlake Park Boulevard | WILLIAMS & CONNOLLY LLP |
| Houston, TX  77079 | 725 Twelfth Street, N.W. |
| Telephone:  (281) 366-2000 | Washington, D.C. 20005 |
| Telefax:  (312) 862-2200 | Telephone:  (202) 434-5000 |
| | Telefax:  (202) 434-5029 |
| | |
| |    /s/ Don K. Haycraft |
| | S. Gene Fendler (Bar #05510) |
| | Don K. Haycraft (Bar #14361) |
| | R. Keith Jarrett (Bar #16984) |
| | LISKOW & LEWIS |
| | 701 Poydras Street, Suite 5000 |
| | New Orleans, Louisiana 70139 |
| | Telephone:  (504) 581-7979 |
| | Telefax:  (504) 556-4108 |
| | |
| Daniel A. Cantor | Richard C. Godfrey, P.C. |
| Andrew T. Karron | J. Andrew Langan, P.C. |
| ARNOLD & PORTER LLP | David J. Zott, P.C. |
| 555 Twelfth Street, NW | Jeffrey J. Zeiger |
| Washington, DC 20004 | Wendy L. Bloom |
| Telephone:  (202) 942-5000 | KIRKLAND & ELLIS LLP |
| Telefax:  (202) 942-5999 | 300 North LaSalle Street |
| | Chicago, IL 60654 |
| Robert C. "Mike" Brock | Telephone:  (312) 862-2000 |
| COVINGTON & BURLING LLP | Telefax:  (312) 862-2200 |
| 1201 Pennsylvania Avenue, NW | |
| Washington, DC 20004 | Jeffrey Bossert Clark |
| Telephone:  (202) 662-5985 | Steven A. Myers |
| Telefax:  (202) 662-6291 | KIRKLAND & ELLIS LLP |
| | 655 Fifteenth Street, N.W. |
| Jeffrey Lennard | Washington, D.C. 20005 |
| Keith Moskowitz | Telephone:  (202) 879-5000 |
| DENTONS US LLP | Telefax:  (202) 879-5200 |
| 233 South Wacker Drive | |
| Suite 7800 | |
| Chicago, IL  60606 | |
| Telephone: (312) 876-8000 | |
| Telefax: (312) 876-7934 | |

***OF COUNSEL***

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY***

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of November, 2013.

          /s/ Don K. Haycraft
          Don K. Haycraft