# Exhibit A

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel 650.849.5300
www.gibsondunn.com

George H. Brown
Direct: +1 650.849.5339
Fax: +1 650.849.5039
GBrown@gibsondunn.com

Client: 12504-00006

November 7, 2013

VIA ELECTRONIC MAIL

Mr. Patrick Juneau
Claims Administrator
Court Supervised Settlement Program
935 Gravier Street, Suite 1905
New Orleans, LA 70112

Re: KPMG and Sider declarations referenced in November 1, 2013 Letter

Dear Mr. Juneau:

    As I mentioned in my letter of November 1, 2013, we are providing you with a declaration from John Davis of KPMG concerning the overarching principles in support of an accrual style framework for BEL claims ("KPMG declaration"). Of course, the KPMG declaration also is responsive to Mr. Herman's request for a copy, which he made via email the day after my recent letter. We are also providing you with a declaration from Hal Sider of Compass Lexecon, which contains a few modest suggestions on how the screens for matching might be improved.

    We are unaware of any other proposals that any party or the CSSP has offered to properly implement an accrual style framework for measuring real economic losses when calculating Variable Profit under Exhibit 4C. We believe the principles BP is proposing are sound, but remain open to the possibility that there are alternative means of achieving the same objectives. As we have noted, there are practical and efficient means of implementing the principles outlined in the attached and in my recent correspondence. We continue to believe that it would be helpful for the CSSP to meet with us to discuss these proposals. In any event, hopefully, CSSP will give these proposals serious consideration.

Very truly yours,

George H. Brown

GHB/knb
cc: Class Counsel
Enclosure(s)