# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to all actions. | * * | HONORABLE CARL J. BARBIER |
| | | MAGISTRATE JUDGE SHUSHAN |

### DECLARATION OF JOHN H. DAVIS

I, John H. Davis, declare and state as follows:

*Background*

1. I am over the age of 18 and a resident of the State of California. The opinions, statements and conclusions expressed in this declaration are my own and, if called to do so, I could testify truthfully thereto.

2. I am an audit partner at KPMG in the Los Angeles office. I have more than 37 years of experience providing financial statement audit services. I hold a BBA from University of Wisconsin-Whitewater and a MBA from DePaul University. I am a Certified Public Accountant in the State of California. A copy of my current Curriculum Vitae is attached hereto as Exhibit A.

*Scope*

3. I have been retained by BP to provide my observations, findings, and opinions regarding the development of criteria to be used for the evaluation of Business Economic Loss

Page 1 of 10

(BEL) claims to determine whether financial records used for computing compensation under Exhibit 4C would support measuring actual economic loss.

4. In order to reach my opinions, I carefully reviewed the following materials: the Deepwater Horizon Economic and Property Damages Settlement Agreement (the Settlement Agreement); the compensation framework established for the review of BEL claims as outlined in Exhibit 4C of the Settlement Agreement; the Fifth Circuit Court of Appeals' October 2, 2013 opinion (BEL Ruling) regarding the evaluation of BEL claims under this framework; and the Declaration of Patrick A. Juneau dated October 25, 2013. I also reviewed various expert declarations submitted in this case including the declarations submitted by Brian L. Gaspardo and Hal Sider.

5. I understand that the purpose of the Settlement Agreement is to compensate claimants for actual economic losses due to the Deepwater Horizon incident using a compensation framework for business claimants that "compares the actual profit of a business during the defined post-spill period in 2010 to the profit that the claimant might have expected to earn in the comparable post-spill period of 2010." (Settlement Agreement Ex. 4C, page 1). I also understand that under the Court Supervised Settlement Program (CSSP), BEL claimants submit documentation intended to serve as evidence of economic loss, as described in Exhibit 4A. These documents include, but are not limited to, monthly financial records, annual financial statements, tax returns and other supporting documents. Finally, I understand that the Settlement Agreement lays out procedures to use to calculate compensation for business claimants claiming damage from the Deepwater Horizon incident and the CSSP must calculate lost Variable Profit in a manner consistent with measuring actual economic loss and the requirements of Exhibit 4C.

*Summary of Findings and Opinions*

6. Claimants typically submit monthly financial data that reflect revenues and expenses recorded by claimants in the ordinary course of their business, and the CSSP in the past has used these records for its calculations without any adjustment. However, monthly records of this type typically cannot be used for calculating lost variable profit without additional documentation and information, because they may not reflect economic performance or reality or be a reasonable measure of lost profits. The fundamental reason for this is that monthly records maintained by businesses in the ordinary course of their business typically do not contain adjustments necessary to evaluate the business's profitability and economic performance. While monthly records maintained by a business can serve a variety of important functions in helping businesses monitor on-going activity, such as monitoring cash flow or developing initial estimates of margins and profitability, the evaluation of a business's actual performance and profitability cannot be performed without evaluating such adjustments. These adjustments to data for a given month often are not made until several months later or at the end of the business's annual accounting cycle, either because all necessary information is not yet available or, simply because the business does not need to evaluate actual profit on a monthly basis because annual measures are sufficient for tax and operating purposes.

7. The adjustments required to measure a business's actual performance and profitability on a monthly basis are routine, and are typically simple and practical. These adjustments represent a core function of a business's accounting practices, although the precise nature of the adjustments will vary by industry and by business. The CSSP should evaluate all the information submitted by the claimant or reasonably available (under the obligations to produce documents in Exhibit 4A) and calculate revenue and corresponding variable expenses to

ensure that (1) they reflect the business's actual economic performance and (2) they accurately reflect when revenues are earned and properly identify and match the corresponding variable expenses that relate to that revenue.

8.      If the monthly revenues and corresponding variable expenses reflected in the financial statements submitted by the claimant are not properly matched, then the CSSP must take steps to achieve proper matching by attributing revenue to the appropriate month and identifying and subtracting the corresponding variable expenses from that revenue.

### *General Principles*

9.      A practical and reasonable accrual-style framework for determining actual economic losses should be used to measure a business's actual economic performance during the relevant time period due to the Deepwater Horizon incident.  This framework should be used to evaluate whether the monthly financial statements a business submits accurately measure the business's economic performance during each relevant month and, if they do not, the CSSP should use underlying source document records to determine accurate monthly revenue and corresponding variable expenses to be used for the Exhibit 4C analysis.  This framework should determine the business's actual economic performance and consider when revenues are earned and what variable expenses were incurred to generate that revenue and, therefore, correspond to that revenue and are appropriately matched to it.  This framework must therefore have rules for proper attribution of revenue to each month, and for identifying and subtracting corresponding variable expenses.  The proper matching of revenue and expenses should result in measures of the business's economic performance and profitability for each month in which revenue was earned (e.g., when economic activity that generated revenue was undertaken).  This approach is essential to the proper measurement of Variable Profit in the relevant periods.

10. "Revenues" are actual or expected cash inflows (or the equivalent) that have occurred or will eventuate as a result of an entity's ongoing major or central operations. *See* Financial Accounting Standards Board (FASB) Statement of Financial Accounting Concepts (SFAC) No. 6, ¶ 78. Revenues should be attributed to the periods in which the revenues are earned, based upon identifiable earnings activities and revenue drivers that are appropriate for the claimant's industry and earnings cycle.

11. "Expenses" are actual or expected cash outflows (or the equivalent) that have occurred or will eventuate as a result of the entity's ongoing major or central operations. *See* SFAC No. 6, ¶ 80. Expenses are generally attributed to periods when an entity's economic benefits are used up in delivering or producing goods, rendering services, or other activities that constitute its ongoing major or central operations. Notably, this means that the timing of expenses are often different from the timing of expenditures or disbursements of cash. The term "variable expenses" is defined in Exhibit 4C in the language describing the Variable Profits calculation, and in Exhibit 4D. The phrase "corresponding variable expenses" means the variable expenses that are related to the revenue that has been attributed to the period under consideration.

*Revenue Attribution Criteria*

12. The BEL Ruling stated that the "goal of the settlement" is to "compensat[e] claimants for real losses." *See* BEL Ruling at 21. I understand that, therefore, the overarching goal in developing these revenue attribution guidelines is to ensure that BEL claims are processed in a manner that measures a business's actual economic loss, if any. The CSSP should use an "accrual-style framework" to measure "economic reality" and "determin[e] actual economic losses." *See* BEL Ruling at 19, 20, 24.

13. Revenue attribution criteria should focus on the earning activities of a business in order to most closely reflect the measurement of actual economic performance in the relevant periods. Revenues are earned in relation to "enhancements of assets of an entity" from "activities that constitute the entity's ongoing major or central operations." *See* SFAC No. 6. Asset enhancing activities are the work a business does or the costs it incurs that give rise to the right to receive cash or other consideration. Those activities that constitute the business's major or central operations are referred to as the business's "revenue drivers." The revenue drivers will differ depending upon the business model and the earnings cycle of a business.

14. Revenue should be attributed to the relevant month based upon the asset enhancing activity that occurred in that month. In circumstances where correcting or period-end entries concerning revenue attributable to one or more months (cumulative corrections) are reflected in the claimants' records in a single month, the CSSP must take appropriate steps to attribute that revenue to the proper months in accordance with the Settlement Agreement criteria.

15. Accurate measurement of asset enhancing activity within a particular period and attribution of revenue to particular months necessarily depends in part on the type of business and its earnings cycle. An earnings cycle is the process a business engages in from the acquisition of basic inputs like employee labor and raw materials, through the activities that create the product or service, the selling of the product or service, and consequently the increase in the assets of the entity, ultimately resulting in the collection of cash. The actual collection of cash will often occur substantially after the earnings activity, but may also occur prior to the earnings activities (for example, an advance payment). Earnings cycles differ based on different business models. At the same time, businesses in different industries can often have similar earnings cycles. It is possible to develop practical and workable rules for attributing revenue to

months for businesses in a variety of industries by focusing on the business's earnings cycle. The following are five categories of business earnings cycles that could be used for identifying objective revenue drivers:

      (a)    *Short Earnings Cycle*

16. For businesses with short earnings cycles, inputs and earnings activity occur roughly in the same short time period as completion of the earnings process; usually within one month. Industries that typically have short earnings cycles include, but are not limited to manufacturers, retail, wholesalers and distributors, healthcare, tourism and hospitality, and bars and restaurants. The revenue drivers for industries with short earnings cycles are generally at the point of sale, when services are rendered or when goods are delivered. Due to the contemporaneous asset enhancement activity for these industries, revenue attribution should be contemporaneous with the revenue drivers, regardless of the actual receipt of payment. In this group of companies, the revenue driver is the point of sale transaction, such as daily cash register totals, or shipping records, or similar indicators that a transaction was completed. Revenue should be attributed based on the point of sale or similar records for each month.

      (b)    *Project or Job Based Earnings Cycle*

17. Job or project based revenue generating activities are generally based on arrangements with customers to produce an asset (e.g., office building, shopping complex, hotel) over more than one financial statement period. The revenue driver that leads to the enhancement of assets can be measured by the efforts expended and progress made towards completion. Compensation for such activity is generally based on specific contract arrangements such as the completion of the asset; however, value is created throughout the creation or building process. The primary revenue driver is the progress or percentage-of-completion achieved. This can be

measured by the current cost relative to the total estimated cost (input method) or the units of completion relative to the total units required (output method). Because the Variable Profits calculation is based on a historical analysis where contingencies have been resolved and the actual facts are known, certain project or job based activities that were conducted on a speculative basis should also be considered using the percentage of completion revenue attribution approach.

(c) *Effort Based Earnings Cycle*

18. For businesses with effort based earnings cycles, the most direct input activity that contributes to earning revenues is the amount of effort expended by the business through its employees. Revenue should be attributed by identifying objective data related to the effort expended and apportioning over the period of service provided, reflecting the amount of effort each month relative to the total effort expended. Many service businesses fall into this category, including law firms.

(d) *Time Based Earnings Cycle*

19. For businesses with time based earnings cycles, the passage of time is the most direct input activity that contributes to the increased asset enhancement that earns revenue for the business. Agricultural businesses engaged in growing crops would fall into this category. Here proceeds from sale of crops for a given crop year should be identified and attributed ratably over the growing season.

(e) *Presence in the Marketplace Based Earnings Cycle*

20. Market presence is a business earnings cycle in which revenue is generated by maintaining relevance and visibility within a particular market. For example, real estate is an

industry where market relevancy and presence is the primary revenue driver for measuring economic performance. Real estate brokers and agents receive compensation from commissions and transactional fees based on the number of transactions performed which is impacted by the market presence and market share of an area. For the purpose of the BEL claim calculation, the total revenue generated from the on-going presence in the market place should be attributed ratably to the months during the calendar year that the broker or agent operated. This historical analysis of economic activity benefits from the ability of being able to verify the actual earnings activity that has already occurred.

*Corresponding Variable Expenses*

21. The CSSP also needs to ensure that variable expenses that relate to the monthly revenue are identified and subtracted from that revenue for purposes of computing Variable Profit for each month. At the same time, any other expenditures or variable expenses that do not relate to the revenue for a month should not be subtracted during that month for purposes of computing Variable Profit for the month. To the extent that variable expenses attributable to several months are recorded in one month on a cumulative basis, to "true up" expenses over a longer reporting period, the CSSP should conduct sufficient analysis to match the variable expenses contained in that cumulative amount to the months in which the revenue to which those expenses actually relate was earned.

22. Corresponding variable expenses can be identified using the usual and customary information available based on the industry type and business model. Application of this general matching principle may require guidelines for matching based upon the particular industry or business model in which the BEL claimant operates. For example, a business in the construction industry using the percentage of completion method of revenue attribution should use the same

direct costs that are used to estimate the percentage of completion of construction in progress when attributing corresponding variable expenses to the revenue earned during a particular month.

23. The approach proposed is simple and workable, and will result in a reliable measurement of a business's actual economic performance. This is consistent with sound, widely accepted accounting and economic practices and can be relatively simple to accomplish.

I declare under penalties of perjury that the foregoing is a true and correct statement of my findings, observations and opinions.

By,

_____

John H. Davis

November 7, 2013



Exhibit A



**JOHN H. DAVIS**
*Partner*

KPMG LLP
355 South Grand Avenue, Suite 2000
Los Angeles, CA 90071

Tel  213-955-8730
Fax 213-652-0667
Cell 626-644-4073
jdavis@kpmg.com

#### Function and Specialization
John specializes in audit services

#### Representative Clients
- CBRE Group, Inc.
- Duke Realty Corporation
- Essex Property Trust
- Kennedy-Wilson Holdings, Inc.
- ProLogis
- The Macerich Company
- William Lyon Homes

#### Professional Associations
- Member, AICPA
- Member, California Society of Certified Public Accountants
- Member, National Association of Real Estate Investment Trusts (NAREIT)

#### Languages
English

#### Education, Licenses & Certifications
- MBA degree, DePaul University
- BBA degree, University of Wisconsin – Whitewater
- Licensed CPA, California

### Background

John is a senior audit partner in the Los Angeles office. He has more than 37 years of experience providing financial statement audit services.

John began his career in the Chicago office in 1976 and transferred to the San Diego office in 1987. He was elected to the partnership in 1988, and he was the San Diego office Professional Practice Partner – Audit from 1995 through March 2004 when he transferred to the Los Angeles office to assume the same role, which he held until October 2009.

### Professional and Industry Experience

John has provided professional audit service to several large multinational companies in accordance with PCAOB requirements and U.S. GAAP. He has extensive accounting and auditing experience in several industries. In particular, John provides advice and assistance in matters involving compliance with SEC requirements, such as SEC filing and financial reporting requirements, and implementation and application of generally accepted accounting principles with respect to routine filings. John has experience in assisting clients with the adoption and continuing application of complex financial accounting standards including revenue recognition under long-term contracts and arrangements with multiple deliverables. He also has considerable experience with the evaluation of company financial transactions, including complex accounting and financial matters.

John also has significant experience with venture capital funds. He has participated in many public and private offerings of equity and debt securities. He has been a member of the firm's Quality Professional Review Process committee. John was formerly KPMG's designated representative on NAREIT's accounting committee as well as a member of its Best Financial Practices Task Force. He also served on the nominating committee for KPMG's board of directors.

In addition to being deposed multiple times on several engagements pertaining to financial matters, John has also assisted attorneys and their clients with preparation of deposition and interrogatory questions, research related to accounting and litigation issues, and preparation of declarations.

### Technical Skills

Auditing, Real Estate Accounting, and SEC Reporting

Extensive engagement partner and/or SEC reviewing partner responsibility for many of the firm's clients

### Publications and Speaking Engagements

Instructor for various KPMG training courses

Presenter and panelist at several NAREIT conferences

### Other Activities

Board member, National Association of Corporate Directors – Southern California Chapter

Board member and current board president, Maranatha High School

Former board member and former board president, The San Diego Children's Museum

© 2009 KPMG LLP, a U.S. limited liability partnership and a member firm of the KPMG network of independent member firms affiliated with KPMG International, a Swiss cooperative. All rights reserved. Printed in the U.S.A.