# Transcript of the Testimony of
# Oral Argument Re: BP Motion for Injunction (Rough Draft)

**Date taken: July 8, 2013**

**Lake Eugenie Land & Development, Inc., et al v. BP Exploration & Production, Inc., et al**

All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   http://www.psrdocs.com

Case 2:10-md-02179-CJB-SS   Document 11826-2   Filed 11/07/13   Page 2 of 9

Oral Argument Re: BP Motion for Injunction (Rough Draft)
Lake Eugenie Land & Development, Inc., et al v. BP Exploration & Production, Inc., et al

Page 1

```
            IN THE UNITED STATES COURT OF APPEALS
                    FOR THE FIFTH CIRCUIT
                          No. 30315
                   IN RE: DEEPWATER HORIZON
---------------------------------------------------------
LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED;
BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN
REALTY, INCORPORATED; LFBP 1, L.L.C., doing
business as GW Fins; PANAMA CITY BEACH DOLPHIN
TOURS & MORE, L.L.C.; ZEKES CHARTER FLEET, L.L.C.;
WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY;
CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on
behalf of themselves and all others similarly
situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,
           Plaintiffs - Appellees
v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP
AMERICA PRODUCTION COMPANY; BP PIPE LINE
COMPANY,

           Defendants - Appellants
---------------------------------------------------------
Consolidated with: 13-30329
IN RE: DEEPWATER HORIZON
---------------------------------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED;
BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN
REALTY, INCORPORATED; LFBP 1, L.L.C., doing
business as GW Fins; PANAMA CITY BEACH DOLPHIN
TOURS & MORE, L.L.C.; ZEKES CHARTER FLEET, L.L.C.;
WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY;
CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on
behalf of themselves and all others similarly
situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,

           Plaintiffs - Appellees
v.
BP EXPLORATION & PRODUCTION, INCORPORATED; BP
AMERICA PRODUCTION COMPANY; BP, P.L.C.,

           Defendants - Appellants
---------------------------------------------------------
              FIFTH CIRCUIT COURT OF APPEAL
        ORAL ARGUMENT RE: BP MOTION FOR INJUNCTION
```

Case 2:10-md-02179-CJB-SS   Document 11826-2   Filed 11/07/13   Page 3 of 9

Oral Argument Re: BP Motion for Injunction (Rough Draft)
Lake Eugenie Land & Development, Inc., et al v. BP Exploration & Production, Inc., et al

Page 2

```
 1    BP EXPLORATION & PRODUCTION, INCORPORATED;
      BP AMERICA PRODUCTION COMPANY
 2
                 Plaintiffs - Appellants
 3    v.
 4    LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED;
      BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN
 5    REALTY, INCORPORATED; LFBP 1, L.L.C., doing
      business as GW Fins; PANAMA CITY BEACH DOLPHIN
 6    TOURS & MORE, L.L.C.; ZEKES CHARTER FLEET, L.L.C.;
      WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY;
 7    CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on
      behalf of themselves and all others similarly
 8    situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,
 9               Intervenor Defendants - Appellees
10    DEEPWATER HORIZON COURT SUPERVISED SETTLEMENT
      PROGRAM; PATRICK A. JUNEAU, in his official
11    capacity as Claims Administrator of the Deepwater
      Horizon Court Supervised Settlement Program
12    administering the Deepwater Horizon Economic and
      Property Damages Settlement Agreement, and in his
13    official capacity as Trustee of the Deepwater
14               Defendants - Appellees
15    -------------------------------------------------------
16    On appeal from the United States District Court
      for the Eastern District of Louisiana
17
          MDL No. 2179, Civ. A. Nos. 12-970 and 13-492
18
19
                  FIFTH CIRCUIT COURT OF APPEAL
20        ORAL ARGUMENT RE: BP MOTION FOR INJUNCTION
                         July 8, 2013
21
22
      ARGUMENT BY:                                     PAGE:
23
      MR. OLSEN:                                           3
24    MR. ISSACHAROFF:                                    22
      MR. STANLEY:                                        41
25    MR. OLSEN:                                          47
```

Case 2:10-md-02179-CJB-SS   Document 11826-2   Filed 11/07/13   Page 4 of 9

Oral Argument Re: BP Motion for Injunction (Rough Draft)
Lake Eugenie Land & Development, Inc., et al v. BP Exploration & Production, Inc., et al

Page 10

1    jurisdiction and the other issues that
2    are involved in this case.  This is
3    otherwise an impossible situation, and
4    injury is going to be done and it is
5    irreparable.  This is exactly what this
6    Court is for.  It is a circumstance that
7    is quite unusual, unquestionably, but
8    it's what this Court's jurisdiction is
9    for.
10   JUDGE 2:
11       I have a question, sir.  In your
12   reply brief you said the only issue in
13   this appeal is the lost profit
14   calculation, and then you were talking
15   about how the variable profit is to be
16   calculated, those issues relevant to
17   applying 4-C's causation framework.
18       My problem is, I think the real
19   issue in the case is causation and
20   consideration.  If you look at 4-B,
21   where is BP's consideration for agreeing
22   to pay those claims without proving they
23   were caused by the oil spill?
24   MR. OLSEN:
25       Well, there is -- this is a

Case 2:10-md-02179-CJB-SS   Document 11826-2   Filed 11/07/13   Page 5 of 9

Oral Argument Re: BP Motion for Injunction (Rough Draft)
Lake Eugenie Land & Development, Inc., et al v. BP Exploration & Production, Inc., et al

Page 11

```
 1          settlement, and with respect to the
 2          causation issue, that is not the issue
 3          that is before this Court, of course, we
 4          haven't briefed that.  That is a
 5          separate --
 6          JUDGE 2:
 7              Well, it will be here sooner or
 8          later.
 9          MR. OLSEN:
10              It may be, but --
11          JUDGE 2:
12              It may control this entire
13          disposition.
14          MR. OLSEN:
15              It may be.  But that settlement
16          agreement with respect to 4-B as to
17          causation provided a mechanism which
18          allowed someone to come through the
19          door, to be then entitled to prove the
20          amount of actual lost profits.
21              It was a compromise, which every
22          settlement agreement is.  With respect
23          to causation issues, some businesses
24          that are very close to the oil spill,
25          the causation issue is waived entirely.
```

Case 2:10-md-02179-CJB-SS   Document 11826-2   Filed 11/07/13   Page 6 of 9

Oral Argument Re: BP Motion for Injunction (Rough Draft)
Lake Eugenie Land & Development, Inc., et al v. BP Exploration & Production, Inc., et al

Page 12

```
 1              With respect --
 2         JUDGE 2:
 3              Right.  I'm not talking about
 4         those.  I'm talking about the example
 5         that Administrator Juneau sent out for
 6         comments, where if there's an accounting
 7         firm of three members, one is
 8         hospitalized for several months, of
 9         course they lose money.  It's totally
10         unrelated to the oil spill, but yet the
11         BP lawyers, two of them, in fact, said
12         that that would be recoverable, that
13         that would be presumed.  How can that
14         logically be correct?  Where is the
15         legal connexity between a damage or an
16         injury and the ability to make BP pay
17         for it?
18         MR. OLSEN:
19              It was a part of a compromise,
20         which there's going to be thousands --
21         tens of thousands --
22         JUDGE 2:
23              But where's the consideration?
24         MR. OLSEN:
25              The consideration is a
```

Oral Argument Re: BP Motion for Injunction (Rough Draft)
Lake Eugenie Land & Development, Inc., et al v. BP Exploration & Production, Inc., et al

Page 13

```
 1          consideration of a settlement class as a
 2          whole.  But the causation issue is going
 3          to be different with respect to each
 4          particular claimant.  Judgments were
 5          made with respect to compromises on a
 6          proof of causation in order, but only in
 7          order, to get to the point of proving
 8          the actual lost profits.  And that's
 9          what is the fundamental issue that was
10          decided below, and it's what is being --
11          JUDGE 1:
12               Well, your major consideration is
13          no one can bring suit against you on the
14          oil spill outside of this class action,
15          which you have announced you have
16          settled.
17          MR. OLSEN:
18               Exactly, Your Honor.
19          JUDGE 2:
20               But they couldn't bring suit
21          against you anyway if it wasn't caused
22          by --
23          MR. OLSEN:
24               They could bring suit.  They'd have
25          to prove causation.  They could bring --
```

Case 2:10-md-02179-CJB-SS  Document 11826-2  Filed 11/07/13  Page 8 of 9

Oral Argument Re: BP Motion for Injunction (Rough Draft)
Lake Eugenie Land & Development, Inc., et al v. BP Exploration & Production, Inc., et al

Page 14

1         they could. And this is a compromise of
2         tens of thousands of claims.
3              But the important thing and the
4         issue that we're talking about here is,
5         assuming causation, assuming that a
6         claimant gets through the door and is
7         now entitled to prove lost profits, we
8         then come to what everyone agrees in
9         this case -- the appellees say this on
10        page 27 of their brief -- this appeal
11        presents a straightforward question of
12        contract interpretation.
13             The judge, when he reviewed the
14        reasonableness of the settlement,
15        specifically said, to paraphrase him,
16        that this is -- the process was intended
17        to calculate actual lost profits
18        according to generally accepted and
19        widely understood accounting terms and
20        common and regularly applied
21        methodologies.
22             Now our point with respect to this
23        is that the formula provides for a
24        calculation of revenue and expenses.
25        Those terms are commonly understood and

Case 2:10-md-02179-CJB-SS   Document 11826-2   Filed 11/07/13   Page 9 of 9

Oral Argument Re: BP Motion for Injunction (Rough Draft)
Lake Eugenie Land & Development, Inc., et al v. BP Exploration & Production, Inc., et al

Page 15

```
 1           widely accepted in the accounting and
 2           economic profession with respect to
 3           calculation of lost profits.  Those are
 4           the --
 5      JUDGE 1:
 6             Aren't you just taking individual
 7           words out of the settlement and
 8           constructing a purpose and a scheme that
 9           you would like based on that?  This is
10           not -- this case has not been tried.
11           This is an agreement between the
12           parties, and the parties have opposing
13           interests.  And the parties have given
14           up things in order to gain things.
15      MR. OLSEN:
16             Yes, but --
17      JUDGE 1:
18             And it seems to me that something
19           that you gave up was -- the agreement
20           defines what is a lost profit in a
21           particular way, and you had a chance to
22           not agree to that, several chances.  So
23           why -- how can we go beyond the four
24           corners of the agreement?
25      MR. OLSEN:
```

Professional Shorthand Reporters, Inc.                       1-800-536-5255
Offices in New Orleans and Baton Rouge                       www.psrdocs.com