UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179<br>SECTION: J<br>DIVISION 1<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO:<br>2:13-cv-02403<br>****************************************** | *<br>*<br>* | |

## CORPORATE DISCLOSURES

NOW INTO COURT, through undersigned counsel, come Plaintiffs, The Gulfside Association of the United Methodist Church, Inc., RFD CDC, Inc., Good Earth Builders, Inc., Sea Song Senior Living Community, LLC, Sea Song Land Company, LLC, Woodward Design + Build, LLC, and Seaside Interiors, Inc., who, pursuant to Fed. R. Civ. P. 7.1, submit their Corporate Disclosures, which are attached hereto as Exhibits A-G respectively.

Respectfully submitted,

**REICH & BINSTOCK, LLP**

/s/ Dennis C. Reich
Dennis C. Reich, Esq. (Bar No. 16739600)
4265 San Felipe, Suite 1000
Houston, Texas  77027
(713) 622-7271 [Telephone]
(713) 623-8724 [Facsimile]
dreich@reichandbinstock.com

1

*ATTORNEY FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of November, 2013.

            <u>/s/ Dennis C. Reich</u>
            Dennis C. Reich, Esq.
            Reich & Binstock, LLP
            4265 San Felipe St., Suite 1000
            Houston, Texas 77027
            Phone: (713) 622-7271
            Fax: (713) 623-8724
            dreich@reichandbinstock.com