UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

The Gulfside Association of the United Methodist Church, Inc. et al.
V
BP, p.l.c. et al.

CIVIL ACTION

NO. 2:13-cv-02403

SECTION  J  ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

The Gulfside Association of the United Methodist Church, Inc.
**NON-GOVERNMENTAL CORPORATE PARTY TO THIS ACTION**

**PUBLICLY HELD COMPANY THAT OWNS 10% OR MORE OF THE PARTY'S STOCK**

None

**PARENT CORPORATIONS**

None

11/8/2013
**Date**

Dennis C. Reich
**Attorney**

16739600
**Bar Roll Number**

4265 San Felipe, Ste. 1000
**Address**

Houston, Texas 77027

EXHIBIT A