UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

The Gulfside Association of the United Methodist Church, Inc. et al.

V

BP, p.l.c. et al.

CIVIL ACTION

NO. 2:13-cv-02403

SECTION   J   ( 1 )

STATEMENT IN COMPLIANCE WITH
FRCP RULE 7.1
CORPORATE DISCLOSURE

Sea Song Senior Living Community, LLC
NON-GOVERNMENTAL
CORPORATE PARTY
TO THIS ACTION

PARENT CORPORATIONS

None

PUBLICLY HELD
COMPANY THAT
OWNS 10% OR MORE
OF THE PARTY'S STOCK

None

11/8/2013
Date

Dennis C. Reich
Attorney

16739600
Bar Roll Number

4265 San Felipe, Ste. 1000
Address

Houston, Texas 77027

EXHIBIT D