UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### ORDER

**CONSIDERING** Jon Andry, Glenn J. Lerner, and AndryLerner LLC's (collectively "The AndryLerner Interests") Motion to Expedite Consideration of Their Objections to, and Motion to Amend, the Order Granting the Special Master Additional Powers and For a Hearing;

**IT IS HEREBY ORDERED** that the Motion be and is hereby GRANTED.

**IT IS FURTHER ORDERED** that the AndryLerner Interests will appear before this Court on the ___ day of November, 2013 to be heard on their Objections to, and Motion to Amend, the Order Granting the Special Master Additional Powers.

New Orleans, Louisiana this _____ day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE

4264155.1