UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 |
| | * | SECTION: J |
| This Document Relates To: 13-6360 | * * * | |
| | * * | JUDGE BARBIER |
| | * * | MAG. JUDGE SHUSHAN |
| | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. § 1447(b)**

NOW INTO COURT, through undersigned counsel, comes BP Exploration & Production Inc. (hereafter "BP") and files this certificate of compliance with 28 U.S.C. § 1447(b), as required by the Court's November 8, 2013 order.

1.

The parties in this action are plaintiff, Christine Reitano, and defendants, BP Exploration & Production Inc. and Patrick A. Juneau.

2.

Copies of all pleadings filed in state court by the parties are attached hereto as Exhibit "A."

3.

Returns on service of process filed in state court are attached hereto as Exhibit "B."

-2-

<table>
<tr><td>November 8, 2013</td><td>Respectfully submitted,</td></tr>
<tr><td></td><td>/s/ Devin C. Reid</td></tr>
<tr><td>Of Counsel:</td><td>Don K. Haycraft (Bar #14361)<br>Thomas J. McGoey, II (Bar #18330)</td></tr>
<tr><td>Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>richard.godfrey@kirkland.com<br>andrew.langan@kirkland.com</td><td>Shannon S. Holtzman (Bar #19933)<br>Devin C. Reid (Bar #32645)<br>Tyler Trew (Bar #34125)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, LA 70139<br>Telephone: (504) 581-7979<br>Facsimile: (504) 556-4120<br>dkhaycraft@liskow.com<br>tjmcgoey@liskow.com<br>ssholtzman@liskow.com<br>dcreid@liskow.com<br>ttrew@liskow.com</td></tr>
<tr><td></td><td>ATTORNEYS FOR DEFENDANT BP EXPLORATION & PRODUCTION INC.</td></tr>
<tr><td>Jeffrey Bossert Clark<br>Dominic E. Draye<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200<br>jeffrey.clark@kirkland.com<br>dominic.draye@kirkland.com</td><td></td></tr>
</table>

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 8, 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have served this filing by hand delivery, facsimile, electronic transmission, or United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

/s/ Devin C. Reid