# EXHIBIT B

 

ATTORNEY'S NAME: Pierson, Mary 11004
AND ADDRESS: 8702 Jefferson Hwy, Ste B,
Baton Rouge LA 70809-2300

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2013 -- 09913    2    DIVISION: " N "    SECTION: 8

REITANO, CHRISTINE versus BP EXPLORATION AND PRODUCTION, INC ET AL

## CITATION

TO: MR. PATRICK JUNEAU
THROUGH:
THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES
TRUST
935 GRAVIER ST., SUITE 1905
NEW ORLEANS    LA    70112

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the petition
FOR BAD FAITH BREACH OF CONTRACT, DENIAL OF EQUAL PROTECTION PURSUANT TO THE LOUISIANA CONSTITUTION DEFAMATION AND DAMAGES W/ EXHIBITS A-I ATTACHED

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default



### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

**\*\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*\***

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA    October 21, 2013 .

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA

by _____
Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this 22 day of Oct 2013 served a copy of the w/i petition FOR BAD FAITH BREACH OF CONTRACT, DENIAL OF EQUAL PROTECTION PURSUANT TO THE LOUISIANA CONSTITUTION DEFAMATION AND DAMAGES W/ EXHIBITS A-I ATTACHED | On this ___ day of ___ served a copy of the w/i petition FOR BAD FAITH BREACH OF CONTRACT, DENIAL OF EQUAL PROTECTION PURSUANT TO THE LOUISIANA CONSTITUTION DEFAMATION AND DAMAGES W/ EXHIBITS A-I ATTACHED |
| On MR. PATRICK JUNEAU | On MR. PATRICK JUNEAU |
| THROUGH: Tracy Steilberg | THROUGH: |
| _D&eta;_ Returned same day | by leaving same at the dwelling house, or usual place of abode, in the hands of ___ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said ___ |
| No. /b Deputy Sheriff of ___ Mileage: $___ | MR. PATRICK JUNEAU |
| ___ / ENTERED / ___ PAPER    , 9/04 ,    RETURN 2 | being absent from the domicile at time of said service. Returned same day No. ___ Deputy Sheriff of ___ |
| SERIAL NO.    DEPUTY    PARISH | |

Return

ATTORNEY'S NAME: Pierson, Mary  11004
AND ADDRESS: 8702 Jefferson Hwy, Ste B,
Baton Rouge   LA  70809-2300

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO:   2013 -- 09913   1   DIVISION: " N "   SECTION: 8

REITANO, CHRISTINE versus BP EXPLORATION AND PRODUCTION, INC ET AL

### CITATION

TO: BP EXPLORATION AND PRODUCTION, INC.
THROUGH: CT CORPORATION SYSTEM
5615 CORPORATE BLVD.
STE 400B
BATON ROUGE   LA   70808

**YOU HAVE BEEN SUED:**

OCT 31 2013

I made service on the named party through the CT Corporation by tendering a copy of this document to
☐ CHASITY CAILLOUET  ☐ TREVOR GAROUTTE  ☐ ANTOINE PIERCE

RECEIVED 2013 OCT 22 PM 12:53

You must either comply with the demand contained in the petition
FOR BAD FAITH BREACH OF CONTRACT, DENIAL OF EQUAL PROTECTION PURSUANT TO THE LOUISIANA CONSTITUTION DEFAMATION AND DAMAGES W/ EXHIBITS A-I ATTACHED

Baton Rouge, Louisiana
Parish of

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

\*\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA   October 21, 2013.

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

RECEIVED OCT 30 2013 EBR SHERIFF'S OFFICE

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____ Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition FOR BAD FAITH BREACH OF CONTRACT, DENIAL OF EQUAL PROTECTION PURSUANT TO THE LOUISIANA CONSTITUTION DEFAMATION AND DAMAGES W/ EXHIBITS A-I ATTACHED On BP EXPLORATION AND PRODUCTION, INC. THROUGH: CT CORPORATION SYSTEM | On this _____ day of _____ _____ served a copy of the w/i petition FOR BAD FAITH BREACH OF CONTRACT, DENIAL OF EQUAL PROTECTION PURSUANT TO THE LOUISIANA CONSTITUTION DEFAMATION AND DAMAGES W/ EXHIBITS A-I ATTACHED On BP EXPLORATION AND PRODUCTION, INC. THROUGH: CT CORPORATION SYSTEM by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ BP EXPLORATION AND PRODUCTION, INC. being absent from the domicile at time of said service. Returned same day No. Deputy Sheriff of _____ |
| Returned same day No. Deputy Sheriff of _____ Mileage: $ _____ | |

/ ENTERED /
PAPER 01 / RETURN / 01
SERIAL NO.   DEPUTY   PARISH

VERIFIED
Deputy Clerk

11/5/13