**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION "J"** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| | * | |
| **No. 13-5804** | * | **MAGISTRATE SHUSHAN** |

## ORDER

Before the Court is Elton Johnson's Motion to Enforce Settlement Agreement with BP (Rec. Doc. 11734).

On or before December 15, 2013, BP shall file a single, combined opposition and cross-motion. The memorandum shall not exceed 25 pages, double spaced.

On or before January 10, 2014, Elton Johnson shall file a single, combined reply in support of his motion and opposition to BP's cross-motion which shall not exceed 10 pages, double-spaced.

On or before January 17, 2014, BP shall file its reply in support of it's cross-motion which shall not exceed 10 pages, double -spaced.

**SO ORDERED.**

New Orleans, Louisiana, this 8th day of November, 2013.

_____
United States District Judge