UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

MDL No. 2179

SECTION: J
JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

**DECLARATION OF RHON E. JONES**

I, Rhon E. Jones, respectfully declare, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1. I have previously submitted a Declaration dated November 5, 2013, which is respectfully incorporated by reference herein.

**Response to Hal Sider Declaration**

2. In Mr. Sider's declaration filed November 7, 2013 [Doc. 11818-3], he states, "In addition, the PSC did not provide full claimant files *and did not identify the industry of a number of claimants ...*" In fact, as evidenced by the attached e-mails (attached hereto as Exhibit "A"), John Tomlinson and I did provide Wendy Bloom with industry designations for approximately seventy-five of the eighty or so test cases.

Signed, under penalty of perjury, this 12th day of November, 2013 in Montgomery, Alabama.

_____
Rhon E. Jones