EXHIBIT "A"

## John Tomlinson

| | |
|---|---|
| **From:** | John Tomlinson |
| **Sent:** | Monday, October 17, 2011 3:17 PM |
| **To:** | 'Bloom, Wendy L.'; Rhon Jones; 'Rice, Joe' |
| **Cc:** | 'Calvin Fayard'; 'Wallace, Benee'; Sandra Walters |
| **Subject:** | RE: [SPAM] Business Compensation Framework -- 20 test case files -- an additional request |

Wendy,
Here are the claimant industry designations you requested:

1)......Seafood processor
2)......Hotel
3).....Seafood wholesaler
4)......Seafood processor
5)......Seafood processor
6).......Real Estate Appraiser
7).......Construction
8).......Photography
9).......Service
10)......Real Estate Company
11)......Restaurant
12)......Wedding planner
13)......Construction
14)......Sale of motorized tourism vehicles (feel free to classify as needed)
15)......Clam wholesaler
16)......Retail
17)......Restaurant
18)......Restaurant/Retail/Wholesale
19)......Electrician
20).....Plumber

Please let me know if you have further questions on the above.

John


**John E. Tomlinson**
Shareholder


**From:** Bloom, Wendy L. [mailto:wbloom@kirkland.com]
**Sent:** Monday, October 17, 2011 9:29 AM
**To:** Rhon Jones; John Tomlinson; Rice, Joe
**Cc:** Calvin Fayard; Wallace, Benee; Sandra Walters
**Subject:** [SPAM] Business Compensation Framework -- 20 test case files -- an additional request
**Importance:** Low

Rhon, John and Joe,

## John Tomlinson

**From:** John Tomlinson
**Sent:** Wednesday, November 02, 2011 11:25 AM
**To:** John Tomlinson; 'Bloom, Wendy L.'; Rhon Jones; 'Andrew_Karron@aporter.com'
**Subject:** RE: Confidential

Industry designations for the test files.
21. Distributes Ice
22. Restaurant
23. Seafood
24. Hotel
25. Hotel
26. Restaurant
27. Hotel
28. Shrimper
29. Hotel
30. Restaurant
31. Restaurant
32. Real Estate
**33.HOLD**
34. Marine/Fishing Supply
**35. BLANK**
36. Real Estate
37. Insurance
38. Commercial Distributor
39.  Restaurant
40. Seafood
**41.BLANK**
42. Seafood
43. Hotel
44. Hotel
**45. HOLD**
46. Hotel
47. Marina
48. Travel
49. Sanitation
50. Grocery and Seafood
51. Concrete
52. Retail
53. Retail
54. Restaurant
55. Retail

**John E. Tomlinson**
Shareholder

1

## John Tomlinson

| | |
|---|---|
| **From:** | John Tomlinson |
| **Sent:** | Monday, November 07, 2011 9:41 AM |
| **To:** | 'Bloom, Wendy L.'; 'Andrew_Karron@aporter.com' |
| **Cc:** | Rhon Jones |
| **Subject:** | Industry designations |

Wendy and Andrew,
Here are the industry classifications you requested for the test files. Thanks
John

| Case | Classification |
|---|---|
| 56 | Commercial Real Estate |
| 57 | Telecommunications |
| 58 | Seafood |
| 59 | Seafood |
| 60 | Seafood |
| 61 | Seafood |
| 62 | Amusement |
| 63 | Amusement |
| 64 | Amusement |
| 65 | Recreation |
| 66 | Retail/Gaming |
| 67 | Restaurant |
| 68 | Restaurant |
| 69 | Restaurant |
| 70 | Amusement |
| 71 | Construction |
| 72 | Construction |
| 73 | Real Estate |
| 74 | Seafood |
| 75 | Seafood |

**John E. Tomlinson**
Shareholder
218 Commerce Street
Post Office Box 4160
Montgomery, AL 36104
800.898.2034
334.269.2343
334.954.7555 fax
John.Tomlinson@BeasleyAllen.com
www.BeasleyAllen.com



Beasley Allen
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
—————————————— Attorneys at law
*Helping those who need it most since 1979*