## Godfrey Declaration

| | |
|---|---|
| **"actual economic losses"** | **None** |
| **"matching of revenues and expenses"** | **None**  *(also checked "matching of expenses and revenues")* |

## Bloom Declaration

| | |
|---|---|
| **"true lost profits"** | **None** |
| **"matching revenue to expenses"** | **None**  *(also checked "matching revenues to expenses" and "matching expenses to revenues")* |
| **"matching revenue to corresponding expenses"** | **None**  *(also checked "matching revenues to corresponding expenses" and "matching expenses to corresponding revenues")* |
| **"economic reality"** | **None** |
| **"matching revenues with expenses"** | **None**  *(also checked "matching expenses with revenues")* |
| **"revenues and corresponding expenses"** | **None** |

**Gaspardo Declaration**

| | |
|---|---|
| "expense be matched to the revenue those expenses generated" | None |
| "allocate revenue in the appropriate month" | None |
| "match expenses to the revenue" | None |
| "matching expenses to the revenue generated by those expenses" | None |
| "match revenue to corresponding variable expenses" | None |
| "matching revenue to corresponding variable expenses" | None |