| | |
|---|---|
| Matching | • Exh 8C (Addendum re Compensation Related to Claimant's Loss of Employment Related Benefits Income) – Page 4: "Claimant seeking compensation for Retirement Benefit Losses must provide . . . documentation evidencing Pre-Spill Retirement Benefits could include, for example, a paystub including **matching** contributions . . . "<br><br>• Exh 8C – Pg 5:  " . . . documents evidencing a change in the terms by which the Pre-Spill Benefit-Providing Employer provided the Pre-Spill Retirement Benefits (e.g., such as an elimination of employer **matching**) . . ."<br><br>• Exh 8E (Addendum re Interviews of Claimants Alleging Individual Economic Loss and Other Individuals Providing Sworn Statements in Support of Such Claim) – Pg 1:  "The Claims Administrator shall use their best efforts to recruit and train a claims staff that is of diverse races, ethnicities, and genders **matching** the communities served by the Claims Facility . . . " |
| Match | • 3 instances above ("matching")<br><br>• Exh 19 ( Industry Types Subject to Review by Claims Administrator for Potential Moratoria Losses) – Pg 5:  "**Match**es and **match** books manufacturing" |