**From:** Michael Juneau
**Sent:** Wednesday, November 06, 2013 10:29 AM
**To:** Rice, Joe
**Subject:** Hacker / April 4, 2012 memo

Joe:

In response to the questions you asked about Chuck Hacker's 4/4/12 memo and your reply of 4/15/12, Chuck provided me with the following info:

1.  Chuck did receive your email.  An acknowledgment was sent on 4/15/12.
2.  Chuck distributed that email internally to PwC and P&N and also to Dan Cantor, counsel for BP.
3.  Chuck was unable to identify having received any sort of response from BP.

&lt;image001.png&gt;

**935 Gravier Street, Ste. 1905**
**New Orleans, LA  70112**
**mjuneau@dheclaims.com**

**From:** Rice, Joe
**Sent:** Wednesday, October 23, 2013 1:22 PM
**To:** Mike Juneau (mjuneau@dheclaims.com)
**Subject:**

Dear Mike,

I would ask your assistance in the following.  By way of background, attached is the first page of a memo that Chuck Hacker circulated on April 4, 2012.  This was attached by the Claims Administrator to his previous filings with the court.  Second page of the attachment is the cover sheet of my reply sent to Chuck Hacker on April 15, 2013.

The request I had was the following:

1. I would like Mr. Hacker to provide verification that he received this email.
2. I would like to know from Mr. Hacker if he distributed the email any further after he received it and if so to whom.
3. I would like to know if Mr. Hacker had any contact from BP in response to his original email.

Please let us know if you can present these questions to Mr. Hacker and provide us with the responses.

As I am

Sincerely,

**Joseph F. Rice**  | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
**o.** 843.216.9159 | **f.** 843.216.9290 | jrice@motleyrice.com

*dictated but not read*