**UNTIED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **AUBREY L. RONEY, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF HIS MINOR DAUGHTER, BRIANNA L. RONEY; AND AMBER N. RONEY** | **CIVIL ACTION NUMBER 13-CV-05568** |
| **VERSUS** | |
| **BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C.; APEX ENVIRONMENTAL SERVICES, L.L.C.; NATURE'S WAY MARINE, L.L.C.; UNITED STATES ENVIRONMENTAL SERVICES, L.L.C.; ENVIRONMENTAL, SAFETY & HEALTH, INC.; ABC INSURANCE COMPANY; DEF INSURANCE COMPANY; GHI INSURANCE COMPANY; JKL INSURANCE COMPANY; MNO INSURANCE COMPANY; PQR INSURANCE COMPANY; AND STU INSURANCE COMPANY** | **JUDGE BARBIER**<br><br>**MAGISTRATE JUDGE SHUSHAN** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR LEAVE TO FILE**
**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, **Aubrey L. Roney**, individually and as personal representative of his minor daughter, **Brianna L. Roney**; and **Amber N. Roney**, who, pursuant to Fed. R. Civ. P. 15, moves this Honorable Court to allow the filing of their First Supplemental and Amending Complaint, which is attached hereto, for the following reasons:

1.

Since the original Complaint was filed, Plaintiffs have determined that one of the defendants named in the Complaint may be an incorrect entity.

2.

Plaintiffs show that on October 30, 2013, Environmental, Safety & Health Consulting Services, Inc was given notice via certified U.S. mail of Plaintiff's intent to amend their Complaint naming Environmental, Safety & Health Consulting Services, Inc. as a defendant.

3.

Pursuant to LR 7.6E, consent was sought by undersigned counsel to file this Motion For Leave to File First Supplemental and Amending Complaint.  There are no objections from BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c. or United States Environmental Services, L.L.C.  Consent was sought from Apex Environmental Services, L.L.C., Nautre's Way Marine, L.L.C. and Environmental, Safety & Health, Inc. but was not obtained.

WHEREFORE Plaintiffs, **Aubrey L. Roney**, a resident of and domiciled in Mobile County, Alabama of full age, individually and as personal representative of his minor daughter, **Brianna L. Roney;** and **Amber N. Roney**, pray that their Motion for Leave to File First Supplemental and Amending Complaint be granted.

By Attorneys:

_s/John W. deGravelles_

**JOHN W. deGRAVELLES** (04808)
J. NEALE deGRAVELLES (29143)
deGravelles, Palmintier, Holthaus & Frugé, L.L.P.
618 Main Street
Baton Rouge, Louisiana 70801-1910
(225) 344-3735 • Fax: (225) 336-1146
jdegravelles@dphf-law.com
ndegravelles@dphf-law.com

_s/Richard J. Fernandez_
**RICHARD J. FERNANDEZ** (05532)
Law Office of Richard J. Fernandez, LLC
3000 West Esplanade Avenue, Ste. 200
Metairie, Louisiana 70002
(504) 834-8500 • Fax: (504) 834-1511
rick@rjfernandezlaw.com

**PLEASE SERVE:**

**BP EXPLORATION & PRODUCTION, INC.**
Through their registered agent:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, LA  70808

**BP AMERICA PRODUCTION COMPANY**
Through their registered agent:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, LA  70808

**BP P.L.C.**
through Hague Service Convention:
1 St James's Square
London SW1Y 4PD, England

**APEX ENVIRONMENTAL SERVICES, L.L.C.**
through its registered agent for service:
Ashlee Gibson
4137 South Sherwood Forest Blvd., Suite 130
Baton Rouge, LA 70816

**NATURES'S WAY MARINE, L.L.C.**
through its registered agent for service:
Jules Simon
9332 Blue Bonnet Blvd.
Baton Rouge, LA 70810

**UNITED STATES ENVIRONMENTAL SERVICES, L.L.C.**
Through its attorney of record:
Matthew R. Jackson
Adams and Reese LLP
11 North Water Street, Suite 23200
Mobile, AL  36602

**ENVIRONMENTAL, SAFETY & HEALTH, INC.**
through its attorney of record:
William J. Carver
Kramer Rayson LLP
800 South Gay Street, Suite 2500
Knoxville, Tennessee  37929

**ENVIRONMENTAL, SAFETY & HEALTH CONSULTING SERVICES, INC.**
through its registered agent for service:
L. Xavier Boucvalt, III
1730 Coteau Road
Houma, LA 70364