## UNTIED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AUBREY L. RONEY, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF HIS MINOR DAUGHTER, BRIANNA L. RONEY; AND AMBER N. RONEY** | **CIVIL ACTION NUMBER 13-CV-05568** |
| **VERSUS** | |
| **BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY; BP P.L.C.; APEX ENVIRONMENTAL SERVICES, L.L.C.; NATURE'S WAY MARINE, L.L.C.; UNITED STATES ENVIRONMENTAL SERVICES, L.L.C.; ENVIRONMENTAL, SAFETY & HEALTH, INC.; ABC INSURANCE COMPANY; DEF INSURANCE COMPANY; GHI INSURANCE COMPANY; JKL INSURANCE COMPANY; MNO INSURANCE COMPANY; PQR INSURANCE COMPANY; AND STU INSURANCE COMPANY** | **JUDGE BARBIER**  **MAGISTRATE JUDGE SHUSHAN** |

*************************************************************************

### ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint;

**IT IS HEREBY ORDERED** that Plaintiffs be and are hereby granted Leave of Court to file the First Supplemental and Amending Complaint as prayed for and as a matter of law.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**