IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to<br>No. 12-970 | * * * * * | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## ORDER

On September 6, 2013, the Court ordered Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, and any associated law firms to show cause why the Court should not adopt certain findings and recommendations of Special Master Louis Freeh. (Rec. Doc. 11288) The current deadline for filing objections or motions to the Special Master's Report is November 15, 2013. (Rec. Doc. 11664) In the meantime, various discovery motions related to Show Cause Order have been referred to Magistrate Judge Shushan (*id.*), who issued an initial ruling on October 24. (Rec. Doc. 11729) In light of ongoing discovery issues before Magistrate Judge Shushan,

IT IS ORDERED that the deadline for filing motions, objections, or otherwise responding to the Special Master's report is extended to Monday, December 16, 2013.

New Orleans, Louisiana, this 12th day of November, 2013

_____
United States District Judge