# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to: All Cases and No. 12-970 | * * * * * | Honorable CARL J. BARBIER Magistrate Judge SHUSHAN |

## SUBMISSION OF REBUTTAL FACT EVIDENCE REGARDING BEL REMAND

Pursuant to the Court's Scheduling Order Regarding BEL Remand [Doc. No. 11735], BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively, "BP") hereby files the following rebuttal fact evidence:

1.      Rebuttal Declaration of Richard C. Godfrey, of Kirkland & Ellis LLP, counsel for BP, attached hereto as Exhibit 1.

2.      Rebuttal Declaration of Wendy L. Bloom, of Kirkland & Ellis LLP, counsel for BP, attached hereto as Exhibit 2.

> Ex. A:      March 6, 2012 Email from W. Bloom to J. Rice and C. Fayard with excerpts of PowerPoint presentation

3.      Rebuttal Declaration of Hal Sider, Executive Vice-President of Compass Lexecon, attached hereto as Exhibit 3.

4.      Rebuttal Declaration of Andrew T. Karron, of Arnold & Porter LLP, counsel for BP, attached hereto as Exhibit 4.  The exhibits to this declaration include:

> Ex. A:      April 24, 2012 Email from J. Roy to B. Barr

> Ex. B:      April 24, 2012 Email from A. Karron to J. Rice

November 12, 2013

Respectfully submitted,

James J. Neath
Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX  77079
Telephone:  (281) 366-2000
Telefax:  (312) 862-2200

  _/s/ Kevin M. Downey_____
Kevin M. Downey
F. Lane Heard, III
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

  _/s/ Don K. Haycraft_____
S. Gene Fendler (Bar #05510)
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone:  (202) 942-5000
Telefax:  (202) 942-5999

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 662-5985
Telefax:  (202) 662-6291

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
David J. Zott, P.C.
Jeffrey J. Zeiger
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:  (312) 862-2000
Telefax:  (312) 862-2200

Jeffrey Lennard
Keith Moskowitz
DENTONS US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606
Telephone:  (312) 876-8000
Telefax:  (312) 876-7934

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 879-5000
Telefax:  (202) 879-5200

*OF COUNSEL*

**ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY**

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of November, 2013.

       <u>/s/ Don K. Haycraft</u>
       Don K. Haycraft