# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL NO. 2179**<br><br>**SECTION J** |
| **This document relates to**<br>**No. 12-970** | * * * * * | **JUDGE BARBIER**<br><br>**MAG. JUDGE SHUSHAN** |

## ORDER

Before the Court are the AndryLerner Interests' Objections to, and Motion to Amend, the Order Granting the Special Master Additional Powers. (Rec. Doc. 11830).

In light of previous findings related to the conduct of the AndryLerner firm and its principals, and findings related to the claim of their client Casey Thonn, the Court directed the Special Master to review claims submitted by the AndryLerner firm. The Special Master is in the process of his review, and will advise the Court and the parties of those claims that can be cleared for payment.[1] In addition, the Special Master is continuing to engage in discussions with counsel for AndryLerner to establish a protocol for payment of claims and escrow of attorneys' fees. While movants mention 500 pending claims allegedly being held up for review by the Special Master, the Court understands that most of the pending claims are still in the normal claims processing stage by the Claims Administrator and no determinations have been issued. The Special Master is reviewing a much smaller number, approximately 60-70 claims, at the present time. In addition, approximately 90 claims represented by AndryLerner were previously processed and paid. Accordingly,

IT IS ORDERED that the AndryLerner Interests' Objections to, and Motion to Amend, the

---

[1] To the extent that BEL claims are involved, they may be subject to the preliminary injunction order issued on October 18, 2013. [Rec. Doc. 11697]

Order Granting the Special Master Additional Powers (Rec. Doc. 11830) are OVERRULED and DENIED.

New Orleans, Louisiana this 12th day of November, 2013.

_____
United States District Judge