IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *  MDL NO. 2179 <br> * <br> *  SECTION J <br> * |
| This document relates to: <br> All Cases and No. 12-970 | * <br> *  Honorable CARL J. BARBIER <br> * <br> *  Magistrate Judge SHUSHAN <br> * |

## ORDER

Considering the motion of defendants BP Exploration & Production Inc., BP America Production Company and BP p.l.c. for leave to file Reply Memorandum in Support of Motion to Amend Scheduling Order re BEL Remand and Preliminary Injunction Relating to BEL Claims;

**IT IS HEREBY ORDERED** that the motion for leave to file is granted.

New Orleans, Louisiana, this _____ day of November, 2013.

_____
**UNITED STATES DISTRICT JUDGE**