UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | : : : : | MDL 2179  Section J |
| This Document Applies to: | : : | Judge Carl J. Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Sally Shushan |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter my appearance as counsel for BROWNGREER PLC in the above-captioned matter. In accordance with Pretrial Order #1, ¶ 12, I certify that I am currently a member in good standing and admitted to practice in the United States District Court for the District of Columbia, among others. I further certify that no disciplinary proceedings have been instituted against me.

Respectfully submitted,

s/ Adrian. Wager-Zito
Adrian Wager-Zito (DC Bar No. 413287)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:    (202) 879-3939
Facsimile:    (202) 626-1700
Email:    adrianwagerzito@jonesday.com

Attorney for BrownGreer PLC

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Appearance has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of November, 2013.

                                                        s/ Adrian Wager-Zito
                                                        Attorney for BrownGreer PLC