**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| **This document relates to:** | * | |
| **All Cases and No. 12-970** | * * | Honorable CARL J. BARBIER |
| | * * | Magistrate Judge SHUSHAN |

**BP'S MOTION AND INCORPORATED MEMORANDUM IN SUPPORT
TO FILE UNDER SEAL ATTACHMENT 1 TO THE DECLARATION OF
ALLISON B. RUMSEY (EXHIBIT B) IN SUPPORT OF BP'S REPLY MEMORANDUM
IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER RE BEL REMAND
AND PRELIMINARY INJUNCTION RELATING TO BEL CLAIMS**

Pursuant to Pre-Trial Order 13, Order Protecting Confidentiality (Rec. Doc. 641); the Court's Order Regarding Settlement Implementation (Rec. Doc. 6573), and the Court's Order Regarding the Confidentiality of Claims Information of the Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement (Rec. Doc. 6822), Defendants BP Exploration & Production Inc. and BP America Production Company ("BP"), by their attorneys, hereby respectfully request leave to file under seal Attachment 1 to the Declaration of Allison B. Rumsey (Exhibit B) in Support of BP's Reply Memorandum in Support of Motion to Amend Scheduling Order re BEL Remand and Preliminary Injunction Relating to BEL Claims.  This attachment is a BP Initial Proposals Regarding Claims, which contains claimant information deemed "confidential" pursuant to the above-referenced Orders.

WHEREFORE, BP respectfully prays the Court for an Order that Attachment 1 to the Declaration of Allison B. Rumsey (Exhibit B) in Support of BP's Reply Memorandum in Support of Motion to Amend Scheduling Order re BEL Remand and Preliminary Injunction, be filed under seal.

November 12, 2013

James J. Neath
Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX  77079
Telephone:  (281) 366-2000
Telefax:  (312) 862-2200

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone:  (202) 942-5000
Telefax:  (202) 942-5999

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 662-5985
Telefax:  (202) 662-6291

Jeffrey Lennard
Keith Moskowitz
DENTONS US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606
Telephone:  (312) 876-8000
Telefax:  (312) 876-7934

**OF COUNSEL**

Respectfully submitted,

 _/s/ Kevin M. Downey_
Kevin M. Downey
F. Lane Heard, III
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

 _/s/ Don K. Haycraft_
S. Gene Fendler (Bar #05510)
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
David J. Zott, P.C.
Jeffrey J. Zeiger
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:  (312) 862-2000
Telefax:  (312) 862-2200

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 879-5000
Telefax:  (202) 879-5200

**ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of November, 2013.

/s/ Don K. Haycraft
Don K. Haycraft