IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * MDL NO. 2179 <br> * <br> * SECTION J <br> * |
| This document relates to: <br> All Cases and No. 12-970 | * <br> * <br> * Honorable CARL J. BARBIER <br> * <br> * Magistrate Judge SHUSHAN |

## PROPOSED ORDER

Considering BP's Motion and Incorporated Memorandum In Support to File Under Seal Attachment 1 to the Declaration of Allison B. Rumsey (Exhibit B) in Support of BP's Reply Memorandum in Support of Motion to Amend Scheduling Order re BEL Remand and Preliminary Injunction Relating to BEL Claims, and for a further order directing that Attachment 1 to the Declaration of Allison B. Rumsey (Exhibit B) in Support of BP's Reply Memorandum in Support of Motion to Amend Scheduling Order re BEL Remand and Preliminary Injunction Relating to BEL Claims, be filed under seal:

**IT IS HEREBY ORDERED**, that BP's Motion is GRANTED; and it is further

**ORDERED** that Attachment 1 to the Declaration of Allison B. Rumsey (Exhibit B) in Support of BP's Reply Memorandum in Support of Motion to Amend Scheduling Order re BEL Remand and Preliminary Injunction Relating to BEL Claims, be filed under seal pending further order of the Court.

New Orleans, Louisiana, this __ day of November, 2013

_____
**UNITED STATES DISTRICT JUDGE**