UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
|     "DEEPWATER HORIZON" IN THE | : | |
|     GULF OF MEXICO ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Carl J. Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP* | : | Mag. Judge Sally Shushan |
| *Exploration & Production Inc., et al.* | : | |

## BROWNGREER'S RULE 53(f) RESPONSE TO
## SPECIAL MASTER'S REPORT OF SEPTEMBER 6, 2013

Pursuant to Federal Rule of Civil Procedure 53(f) and this Court's Orders (Order, Doc. No. 11664 (Oct. 16, 2013); Order, Doc. No. 11442 (Sept. 19, 2013); Order, Doc. No. 11288 (Sept. 6, 2013)), BrownGreer respectfully responds to the Special Master's Report dated September 6, 2013 as follows:

BrownGreer is committed to maintaining the utmost level of professionalism in administering and implementing settlement programs. It has a long history of aiding the federal courts and claims administrators in managing complex claim settlement systems in an efficient, timely and neutral manner, itself serving as claims administrator, trustee and Special Master in numerous programs. With respect to all of its work for Claims Administrator Patrick Juneau and the Deepwater Horizon Court Supervised Settlement Program ("CSSP" or "Program"), BrownGreer has maintained its dedication to these principles.

BrownGreer has read Special Master Louis J. Freeh's Report, dated September 6, 2013 (the "Report"). It respectfully disagrees with the criticisms of its work in that Report and it is confident that, if given an opportunity, it would present ample evidence contrary to these statements and succeed in demonstrating that its longstanding commitment to efficiency and

neutrality was not abrogated.  BrownGreer at all times was acting in the best interests of the Program.

However, given the important work facing the Claims Administrator's Office, the Freeh Group, BrownGreer and the other vendors, BrownGreer is committed to moving forward and putting aside its differences as to the Report, focusing instead on successfully implementing the Settlement Agreement and bringing relief to the people of the Gulf who suffered injuries from the BP oil spill that are compensable in the Program.  BrownGreer's objective since the CSSP's inception was to serve the Program and Mr. Juneau in implementing the Settlement Agreement; it remains BrownGreer's primary goal today.  As always, BrownGreer remains receptive to implementing any processes that advance fair and efficient administration of legitimate claims, and it is actively cooperating with all parties to do the important work of the CSSP.  In moving forward, BrownGreer is confident that it will demonstrate that it consistently operates with an exceptional level of professionalism.

    Respectfully submitted,

    s/ Adrian Wager-Zito
    Adrian Wager-Zito (DC Bar No. 413287)
    JONES DAY
    51 Louisiana Avenue, N.W.
    Washington, D.C.  20001-2113
    Telephone:     (202) 879-3939
    Facsimile:     (202) 626-1700
    Email:         adrianwagerzito@jonesday.com

    Attorney for BrownGreer PLC

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of November, 2013.

                                                s/ Adrian Wager-Zito
                                                Attorney for BrownGreer PLC