IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION "J" HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR ORAL ARGUMENT

NOW COMES, Jon Andry, who moves this Court that his Request for Status Conference to Establish Procedures for Adjudication of Charges should be handled at oral argument.

WHEREFORE, Jon Andry prays that the Court grant this request for oral argument.

By Attorneys:

/s/Lewis O. Unglesby

_____
Lewis O. Unglesby (#12498)
Unglesby Law Firm
246 Napoleon Street
Baton Rouge, LA   70802
Telephone: (225) 387-0120
Facsimile: (225) 336-4355

## CERTIFICATE OF SERVICE

I hereby certify that on 12th day of November, 2013, a copy of the foregoing Motion was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/Lewis O. Unglesby
_____
LEWIS O. UNGLESBY