IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION "J" |
| | * | HONORABLE CARL J. BARBIER |
| THIS DOCUMENT RELATES TO 12-970 | | |
| | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion:

IT IS HEREBY ORDERED, that this matter be set for status on the _____ day of _____, 2013 at _____ o'clock ___. M. in accord with the Motion by Jon Andry that any other issue parties wish to discuss at the status conference should be brought to the Court's attention, in writing, at least five (5) days prior to the scheduled conference.

This _____ day of _____, 2013 at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE