UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION:  J |
| This Document Relates to:  13-6362 | * * * * | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF COMPLIANCE WITH 28 U.S.C.§ 1447(b)**

**NOW INTO COURT**, through undersigned counsel, comes Patrick A. Juneau, Claims Administrator of the Court Supervised Settlement Program, and as Trustee of the Deepwater Horizon Economic and Property Damages Trust, and files this Certificate of Compliance with 28 U.S.C. § 1447(b), as required by the November 8, 2013 Directive issued by the Clerk of Court (R. Doc. 6 in matter 13-6362).

1.

The parties in this action are:

i. Plaintiff, Christine Reitano, represented by:

>Mary Olive Pierson, La. Bar No. 11004
>8702 Jefferson Highway, Suite B
>Baton Rouge, Louisiana  70809
>Telephone:  (225) 927-6765
>Facsimile:  (225) 927-6775
>mop@mopslaw.com

>Patrick J. Fanning, La. Bar No. 5441
>238 Huey P. Long Ave.
>Gretna, Louisiana  70053
>Telephone:  (504) 368-7888
>Facsimile:  (504) 368-7263
>pfanninglaw@gmail.com

1142992v1

ii. Defendant, BP Exploration & Production Inc., represented by:

Don K. Haycraft, La. Bar No. 14361
Thomas J. McGoey, II, La. Bar. No. 18330
Shannon S. Holtzman, La. Bar No. 19933
Devin C. Reid, La. Bar No. 32645
Tyler Trew, La. Bar No. 34125
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4120
dkhaycraft@liskow.com
tjmcgoey@liskow.com
ssholtzman@liskow.com
dcreid@liskow.com
ttrew@liskow.com

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
richard.godfrey@kirkland.com
andrew.langan@kirkland.com

Jeffry Bossert Clark
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200
jeffrey.clar@kirkland.com
dominic.draye@kirkland.com

iii. Defendant Patrick A. Juneau, represented by:

>Phillip A. Wittmann, La. Bar No. 13625
>    pwittmann@stonepigman.com
>John M. Landis, La. Bar No. 7958
>    jlandis@stonepigman.com
>Maggie A. Broussard, La. Bar No. 33033
>    mbroussard@stonepigman.com
>STONE PIGMAN WALTHER WITTMANN L.L.C.
>546 Carondelet Street
>New Orleans, Louisiana  70130
>Phone:  (504) 581-3200
>Facsimile:  (504) 581-3361
>
>David Israel, La. Bar No. 07174
>    disrael@sessions-law.biz
>Kevin G. Barreca, La. Bar No. 24015
>    kbarreca@sessions-law.biz
>SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
>Lakeway Two, Suite 200
>3850 North Causeway Boulevard
>Metairie, Louisiana  70002-7227
>Phone:  (504) 828-3700
>Facsimile:  (504) 828-3737

2.

Copies of all pleadings filed in state court by the parties are attached hereto as Exhibit A.

3.

Returns on service of process filed in state court are attached hereto as Exhibit B.

>Respectfully submitted,
>
>*/s/ Phillip A. Wittmann*
>Phillip A. Wittmann, La. Bar No. 13625
>    pwittmann@stonepigman.com
>John M. Landis, La. Bar No. 7958
>    jlandis@*stonepigman.com*
>Maggie A. Broussard, La. Bar No. 33033
>    mbroussard@stonepigman.com
>STONE PIGMAN WALTHER WITTMANN L.L.C.
>546 Carondelet Street
>New Orleans, Louisiana  70130
>Phone:  (504) 581-3200
>Fax:  (504) 581-3361

and

David Israel, La. Bar No. 07174
 disrael@sessions-law.biz
Kevin G. Barreca, La. Bar No. 24015
 kbarreca@sessions-law.biz
SESSIONS, FISHMAN, NATHAN & ISRAEL,
 L.L.C.
Lakeway Two, Suite 200
3850 North Causeway Boulevard
Metairie, Louisiana 70002-7227
Phone: (504) 828-3700
Fax: (504 828-3737

Attorneys for Patrick A. Juneau, Claims Administrator of the Court Supervised Settlement Program, and as Trustee of the *Deepwater Horizon* Economic and Property Damages Trust

- 4 -

1142992v1

- 5 -

**CERTIFICATE OF SERVICE**

        I hereby certify that the above and foregoing Certificate of Compliance with 28 U.S.C. § 1447 (b) has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of November, 2013.

                                                  */s/ Phillip A. Wittmann*
                                                  Phillip A. Wittmann

1142992v1