ATTORNEY'S NAME: Pierson, Mary   11004
AND ADDRESS:    8702 Jefferson Hwy, Ste B,
                Baton Rouge   LA  70809-2300

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO:   2013 -- 09913      2       DIVISION: " N "           SECTION: 8

REITANO, CHRISTINE versus BP EXPLORATION AND PRODUCTION, INC  ET AL

### CITATION

TO: MR. PATRICK JUNEAU
    THROUGH:
    THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES
    TRUST
    935 GRAVIER ST., SUITE 1905
    NEW ORLEANS              LA   70112

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the petition
FOR BAD FAITH BREACH OF CONTRACT, DENIAL OF EQUAL PROTECTION PURSUANT TO THE LOUISIANA
CONSTITUTION DEFAMATION AND DAMAGES W/ EXHIBITS A-I ATTACHED

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk
of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the
service hereof under penalty of default

### ADDITIONAL INFORMATION



Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the
New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the
New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

**\*\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*\***

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for
the Parish of Orleans, State of LA    October 21, 2013     .

Clerk's Office, Room 402, Civil Courts           DALE N. ATKINS, Clerk of
421 Loyola Avenue                                The Civil District Court
New Orleans, LA                                  for the Parish of Orleans
                                                 State of LA
                                                 by _____
                                                              Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this  23  day of    Oct     2013  served a copy of the w/i petition | On this _____ day of _____  _____ served a copy of the w/i petition |
| FOR BAD FAITH BREACH OF CONTRACT, DENIAL OF EQUAL PROTECTION PURSUANT TO THE LOUISIANA CONSTITUTION DEFAMATION AND DAMAGES W/ EXHIBITS A-I ATTACHED | FOR BAD FAITH BREACH OF CONTRACT, DENIAL OF EQUAL PROTECTION PURSUANT TO THE LOUISIANA CONSTITUTION DEFAMATION AND DAMAGES W/ EXHIBITS A-I ATTACHED |
| On   MR. PATRICK JUNEAU | On   MR. PATRICK JUNEAU |
| THROUGH: Tracy Stelberg | THROUGH: |
|  | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating  HIM / HER  the said _____ MR. PATRICK JUNEAU |
| Returned same day   No. 13 |  |
| Deputy Sheriff of _____ | being absent from the domicile at time of said service. Returned same day  No. ___ |
| Mileage: $_____ | Deputy Sheriff of _____ |
| / ENTERED /            PAPER    9104    RETURN  2  /     /  SERIAL NO.   DEPUTY   PARISH |  |



# EXHIBIT B

ATTORNEY'S NAME: Pierson, Mary   11004
AND ADDRESS:     8702 Jefferson Hwy, Ste B,
                 Baton Rouge   LA   70809-2300

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO:   2013 -- 09913   1   DIVISION: " N "   SECTION: 8

REITANO, CHRISTINE versus BP EXPLORATION AND PRODUCTION, INC ET AL

### CITATION

TO: BP EXPLORATION AND PRODUCTION, INC.
THROUGH: CT CORPORATION SYSTEM
5615 CORPORATE BLVD.
STE 400B
BATON ROUGE     LA   70808

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the petition
FOR BAD FAITH BREACH OF CONTRACT, DENIAL OF EQUAL PROTECTION PURSUANT TO THE LOUISIANA
CONSTITUTION DEFAMATION AND DAMAGES W/ EXHIBITS A-I ATTACHED

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA   October 21, 2013   .

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____ Deputy Clerk

RECEIVED OCT 30 2013 C.D.R. SHERIFF'S OFFICE

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition FOR BAD FAITH BREACH OF CONTRACT, DENIAL OF EQUAL PROTECTION PURSUANT TO THE LOUISIANA CONSTITUTION DEFAMATION AND DAMAGES W/ EXHIBITS A-I ATTACHED On BP EXPLORATION AND PRODUCTION, INC. THROUGH: CT CORPORATION SYSTEM | On this _____ day of _____ _____ served a copy of the w/i petition FOR BAD FAITH BREACH OF CONTRACT, DENIAL OF EQUAL PROTECTION PURSUANT TO THE LOUISIANA CONSTITUTION DEFAMATION AND DAMAGES W/ EXHIBITS A-I ATTACHED On BP EXPLORATION AND PRODUCTION, INC. THROUGH: CT CORPORATION SYSTEM by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ BP EXPLORATION AND PRODUCTION, INC. |
| Returned same day No. _____ Deputy Sheriff of _____ | being absent from the domicile at time of said service. Returned same day No. _____ Deputy Sheriff of _____ |

Mileage: $ _____

_____ / ENTERED / _____
PAPER          RETURN
01    /         01
_____ / _____ / _____
SERIAL NO.   DEPUTY   PARISH