UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

**BP'S MEMORANDUM IN FURTHER SUPPORT OF ITS OBJECTIONS TO NON-RELEVANT EXHIBITS IN PHASE 2 DEPOSITION BUNDLES**

BP objects to the admission of several documents in the Phase 2 deposition bundle of Galina Skripnikova. Eight such documents, exhibits 3514, 3515, 3516, 3518, 3519, 3520, 3370, and 3367, were not selected by any party to be on their Phase 2 trial exhibit list. As a result, BP did not have an opportunity to raise objections to those exhibits earlier as part of the prescribed objection process for Phase 2 exhibits. Because these exhibits are not relevant to Phase 2, BP objects to the admission of these documents.[1]

November 12, 2013

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar#14361)
R. Keith Jarrett (Bar#16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

---

[1] Except for exhibit 3367, these exhibits are contained in Ms. Skripnikova's Phase 1 deposition bundle. However, as all these exhibits pertain only to Phase 1, as reflected by the parties' decisions not to include any of them on their Phase 2 exhibit lists, use of them in regard to Phase 2 is also precluded under the Court's ruling regarding evidence only related to "Other Phases." (Rec. Doc. 11367)

J. Andrew Langan, P.C.
Barry E. Fields
Matthew T. Regan, P.C.
Hariklia Karis, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202-662-5985

*Attorneys for Defendants BP Exploration & Production Inc. and BP America Production Company*

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of November, 2013.

/s/ Don K. Haycraft

Don K. Haycraft