UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |
| | : | |

RESPONSE OF SPECIAL MASTER TO
<u>BROWNGREER'S RESPONSE TO ORDER TO SHOW CAUSE</u>

COMES NOW Special Master Louis J. Freeh, pursuant to Federal Rule of Civil Procedure 53(f) and this Court's Orders of September 6, 2013 (Doc. No. 11288), September 19, 2013 (Doc. No. 11442) and October 16, 2013 (Doc. No. 11664), and for his response to the statement filed by BrownGreer PLC concerning the Special Master's Report of September 6, 2013 (Doc. No. 11287), states as follows:

1. The Special Master acknowledges the willingness of BrownGreer to move forward and not revisit past events from the September 6, 2013 Report. BrownGreer has played an important part in the Deepwater Horizon Economic Claims Center ("DHECC") program, and the Special Master's Report did not find that BrownGreer's continuing role at the DHECC would interfere with the fair and efficient processing and payment of honest

- 2 -

and legitimate claims.  The Special Master welcomes BrownGreer's efforts to assist in changes to the DHECC process, even at times against the firm's economic interests.

                Respectfully submitted,

                \_\_\_\_/s/  Louis J. Freeh_____
                Louis J. Freeh
                Special Master

Dated:   November 13, 2013

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing response has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 13th day of November, 2013.

                                              /s/ Louis J. Freeh
                                              Louis J. Freeh
                                              Special Master