# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

_____

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| OIL SPILL BY THE OIL RIG | ) | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | ) | |
| GULF OF MEXICO ON APRIL 20, | ) | Section J |
| 2010 | ) | |
| | ) | JUDGE BARBIER |
| These pleadings apply to | ) | |
| | ) | |
| *Abney, et al. v. Plant Performance Services, LLC* | ) | MAGISTRATE SHUSHAN |
| *et al.*, 2:13-cv-00582-CJB-SS | ) | |
| | ) | |
| FLN/3:13-cv-00024-MCR-EMT | ) | |
_____ )

## SECOND MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF PROFILE FORMS

COME NOW the plaintiffs of the above-styled case recently transferred into the MDL 2179 effective April 29, 2013 and respectfully request the following relief:

1. This action on behalf of 667 former cleanup workers, who performed onshore cleanup duties in connection with the oil, dispersant, and contaminated debris washing up in Escambia and other counties in the Florida Panhandle in 2010 as a result of the Deepwater Horizon Oil Spill, was originally filed in the First Judicial Circuit of Florida in and for Escambia County, Case No. 2012-CA-002947 ("Abney Action") on November 16, 2012.  The undersigned also represents 174 cleanup workers who were not named in the Abney Action but who performed onshore cleanup duties in connection with the oil, dispersant, and contaminated debris washing up in the neighboring counties of Okaloosa, Walton and Bay in the summer of 2010 as a result of the Deepwater Horizon oil spill on April 20, 2010.  These

1

individuals are named in the matter now styled <u>Abood, et al. v. Plant Performance Services, LLC</u>, 2:13-cv-02964-CJB-SS, which was originally filed in the Northern District of Florida.

2.  Plaintiff Profile Forms have been drafted for each of the 667 Abney Action plaintiffs as well as for the Abood Action plaintiffs.  Numerous communications have been made with the hundreds of clients during this process over the last six months since the May 10, 2013 order (doc. 2).  Verification is ongoing as to the accuracy of the forms, which is complicated by the fact that numerous Abney Action plaintiffs have opted in to the medical settlement.  This has been further delayed by the fact that approximately half of the clients have no access to email and many do not live near the office of undersigned.  Many more have no access to vehicles to travel to the office to sign releases because they have been impoverished over the last several years.  Additionally, some of the 667 clients are transient and/or homeless clients who have limited ability to communicate with us and therefore their contact information is not up to date in many instances in spite of best efforts.

3.  The accurate completion of all forms and the releases remains a goal as opposed to a reality in spite of diligent efforts of counsel, staff and clients, many of whom are challenged by significant financial hardship.  Because of the varying answers, the multitude of documents containing relevant information, and the limitations on communication with clients with very limited financial means, including homeless and transient clients, to prepare complete and accurate forms for this group continues to be a challenge.

4.  Because a stay is in place to protect the defendants from having to respond to the complaint, there is no prejudice to the defendants if additional time is granted up to and including the lifting of the stay in place for the benefit of the defendants.

5.  It is believed that an extension up to and including the lifting of the stay that is in place with regard to the deadline to answer the complaint will not impede the efficient administration of justice.  The Court has not indicated that this matter is ready for discovery to proceed.  Accordingly, an additional extension of time to file plaintiff profile forms does not appear to be a hindrance to the Court's management of its docket.

6.  The undersigned has consulted with the Plaintiff's Steering Committee, which has conveyed that it has no objection to a continued extension.

WHEREFORE, the plaintiffs respectfully request that their deadline to file plaintiff profile forms be extended up to and including March 31, 2014; and, correspondingly, an extension of time for the Stay of Proceedings up to and including March 31, 2014.

Respectfully submitted,

   _s/Heather F. Lindsay_
HEATHER F. LINDSAY
LINDSAY & ANDREWS, P.A.
Post Office Box 586
Milton, Florida  32572
(850) 623-3200
Facsimile:  (850) 623-0104
Florida Bar No.:  073441
ONE OF THE ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing SECOND MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF PROFILE FORMS OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO SUPPLEMENT CORRECTED FORMS AT A LATER DATE has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of November, 2013.

_s/Heather F. Lindsay_____
HEATHER F. LINDSAY
LINDSAY & ANDREWS, P.A.
Post Office Box 586
Milton, Florida  32572
(850) 623-3200
Facsimile:  (850) 623-0104
Florida Bar No.:  073441
ONE OF THE ATTORNEYS FOR PLAINTIFFS