UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  ) | |
| ) | |
| OIL SPILL BY THE OIL RIG ) | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE ) | |
| GULF OF MEXICO ON APRIL 20, ) | Section J |
| 2010  ) | |
| ) | JUDGE BARBIER |
| These pleadings apply to  ) | |
| ) | |
| *Abney, et al. v. Plant Performance Services, LLC* ) | MAGISTRATE SHUSHAN |
| *et al.*, 2:13-cv-00582-CJB-SS  ) | |
| ) | |
| FLN/3:13-cv-00024-MCR-EMT  ) | |
| ) | |

**ORDER ON SECOND MOTION FOR EXTENSION
OF TIME TO FILE PLAINTIFF PROFILE FORMS**

**THIS CAUSE** came before the Court upon the Second Motion for Extension of Time to File Plaintiff Profile Forms:

**THEREFORE IT IS ORDERED AND ADJUDGED:**

The plaintiffs are granted an extension of time up to and including March 31, 2014, to submit plaintiff profile forms.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
United States District Judge