# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO.  2179 |
| | | SECTION J |
| This document relates to No. 12-970 | * * * | JUDGE BARBIER |
| | | MAG. JUDGE SHUSHAN |

## <u>ORDER</u>

Before the Court are Glen Lerner's objections to the Magistrate Judge's order of October 24, 2013, and a motion for expedited consideration of same.  (Rec. 11773)

The undersigned previously referred certain discovery motions to Magistrate Judge Shushan. (Rec. Docs. 11664, 11695)  On October 24, Magistrate Judge Shushan granted in part and denied in part these motions.  (Rec. Doc. 11729)  Notably, the Magistrate Judge's order contemplates a subsequent ruling after she reviews certain documents *in camera* .  In light of this, the Court will overrule Glen Lerner's objections/motion at this time.[1]  Mr. Lerner may refile his objections after the Magistrate Judge has ruled upon *all* of the referred discovery matters.  Accordingly,

IT IS ORDERED that Glen Lerner's Motion for Expedited Consideration of Objections to Magistrate Judge Shushan's Rulings and the attached Objections to magistrate Judge Shushan's Rulings on Glen Lerner's Motions to Compel Discovery (Rec. Doc. 11773) are DENIED at this time.

New Orleans, Louisiana this 13th day of November, 2013.

United States District Judge

---

[1]  It should also be noted that the Court recently extended the deadline for responding to the Show Cause Order from November 15 to December 16, 2013.  (Rec. Doc. 11835)