UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No. 12-970 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### CLASS COUNSEL'S MOTION FOR LEAVE TO FILE SUR-REPLY TO BP's MOTION TO AMEND SCHEDULING ORDER AND MOTION TO AMEND INJUNCTION

(RE CAUSATION)

**NOW INTO COURT**, through undersigned Co-Lead Class Counsel, come Eligible Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class, who respectfully seek leave to file a Sur-Reply to BP's Motion to Amend Scheduling Order and Injunction relating to BEL Claims,[1] for the reasons that follow:

I.

Based on the decision of the U.S. Fifth Circuit Court of Appeals in No. 13-30315 dated October 2, 2013 (*i.e.* the "BEL Decision"), the District Court appropriately defined the scope of remand to address: "whether the parties to the Settlement Agreement had discussed the intended meaning of Exhibit 4C insofar as it applies to the use of cash versus accrual basis accounting to calculate loss of variable profits."[2]

---

[1] DOC. 11819.

[2] SCHEDULING ORDER (Oct. 25, 2013) [Doc 11735], p.1; *see also,* PRELIMINARY INJUNCTION (Oct. 18, 2013) [Doc 11697], pp.2-4.

Page **1** of **3**

II.

BP, contradicting its own previous agreement and position on the issue as reflected in numerous Court filings and other representations to the Court, continues to attempt to distort the record with mischaracterizations of the nature and terms of the Settlement Agreement, its own previous statements regarding causation, and the arguments of Class Counsel in response.

III.

Class Counsel therefore desire to file a concise and focused Sur-Reply Brief to address BP's most recent filing on the issue, which seeks to admit a new exhibit that, when placed in proper context, actually demonstrates the futility of BP's current position.[3]

IV.

Class Counsel's proposed Sur-Reply is brief, and narrowly tailored to address the specific arguments raised in BP's proffered Reply.

**WHEREFORE** Class Counsel respectfully pray for an order granting Plaintiffs leave to file a Sur-Reply.

This 14th day of November, 2013.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |

---

[3] *See* BP's proffered REPLY BRIEF [Doc 11838-2] and GODFREY LETTER RE SUPPLEMENTAL INFORMATION PROGRAM ("SIP") (Dec. 7, 2012) [Doc 11838-3].

| | |
|---|---|
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

## CERTIFICATE OF SERVICE

      We Hereby Certify that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of November, 2013.

                                             /s/  Stephen J. Herman and James Parkerson Roy