UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No. 12-970 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

CONSIDERING Class Counsel's Motion for Leave:

IT IS ORDERED that leave be and is hereby granted, and that Class Counsel's Sur-Reply in Opposition to BP's Motion to Amend Scheduling Order and Injunction shall be filed into the record.

SIGNED at New Orleans, Louisiana, this ___ day of <u>November</u>, <u>2013</u>.

_____
Hon. Carl J. Barbier