UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 |
| This Document Applies to: | SECTION: "J" |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |

## GLEN LERNER'S MOTION TO JOIN JONATHAN ANDRY'S REQUEST FOR STATUS CONFERENCE TO ESTABLISH PROCEDURES

**NOW INTO COURT**, through undersigned counsel, comes Glen J. Lerner, who reserving all rights and defenses, appears solely for the purpose of joining Jonathan Andry's Request for a Status Conference to Establish Procedures for Adjudication of Charges, Rec. Doc. 11842. The factual and legal bases for this Motion are set forth in the accompanying Memorandum.

Mr. Lerner respectfully requests that the Court grant his Motion and convene the status hearing requested by Mr. Andry and, at that time, take the views of counsel as to further proceedings in this matter.

Respectfully submitted,

/s/ *Pauline F. Hardin*
Pauline F. Hardin (La. Bar #6542)
James E. Wright, III (La. Bar #13700)
Virginia W. Gundlach (La. Bar #18493)
**JONES WALKER LLP**
201 St. Charles Ave. – 49th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
phardin@joneswalker.com
jwright@joneswalker.com
ggundlach@joneswalker.com

AND

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
**ZUCKERMAN SPAEDER LLP**
1800 M. Street, NW – Suite 1000
Washington, D.C. 20036-5807
Telephone: (202) 778-1800
Fax: (202) 822-8106
wtaylor@zuckerman.com
amehta@zuckerman.com
*Attorneys for Glen J. Lerner*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 14th day of November, 2013.

/s/ Pauline F. Hardin
Pauline F. Hardin