UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER

**CONSIDERING** Glenn J. Lerner's Motion to Join Jonathan Andry's Request for a Status Conference to Establish Procedures for Adjudication of Charges;

**IT IS HEREBY ORDERED** that the Motion be and is hereby GRANTED.

**IT IS FURTHER ORDERED** that counsel for all parties will appear before this Court on the ___ day of _____, 2013 for a status conference.


New Orleans, Louisiana this _____ day of November, 2013.


_____
UNITED STATES DISTRICT JUDGE