UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 <br><br> SECTION: "J" |
| This Document Applies to: <br><br> No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

### THE ANDRY LAW FIRM'S MEMORANDUM IN SUPPORT OF MOTION TO FILE UNDER SEAL AND *EX PARTE* ITS *EX PARTE* MEMORANDUM IN AID OF MAGISTRATE JUDGE'S *IN CAMERA* REVIEW OF DISCOVERY FROM SPECIAL MASTER

The Andry Law Firm, LLC (The Andry Law Firm), who, reserving all rights and defenses, appears solely for the purpose of seeking leave of Court to file *ex parte* and under seal its *Ex Parte* Memorandum in Aid of Magistrate Judge's *In Camera* Review of Discovery from Special Master ("Memorandum"). The Andry Law Firm seeks *ex parte* and under seal consideration of the Memorandum because it reflects defense counsel's strategies and opinions in responding to the Court's Show Cause Order, which neither the parties to this matter nor the Special Master are entitled to receive. The Andry Law Firm also seeks leave to file the Memorandum under seal because, consistent with the Court's prior Order authorizing filing of the Special Master's disclosures to The Andry Law Firm under seal, Rec. Doc. 11636, the Memorandum references and attaches evidence produced by the Special Master that may not be subject to public disclosure.

### ARGUMENT

On October 16, 2013, this Court referred to Magistrate Judge Sally Shushan all

outstanding motions for discovery filed by the Show Cause Parties,[2] which sought, among other things, complete access to the Special Master's investigative record. Rec. Doc. 11664. In connection with that referral, the Court extended the deadline for responding to the Court's Show Cause Order, Rec. Doc. 11288, to November 15, 2013. This deadline was later again extended to December 16, 2013 upon the Court's order in R. Doc. No. 11835.

On October 24, 2013, Magistrate Judge Shushan issued her ruling on the pending motions and required the Special Master to submit his investigative record for *in camera* review, after which Magistrate Judge Shushan proposes to sample the documents or data to determine whether additional production from the Special Master is required. The Special Master's productions to Magistrate Judge Shushan were due on Wednesday, October 30, 2013. Given the anticipated volume of these productions, The Andry Law Firm desires to file a Memorandum to assist the Magistrate Judge in identifying pertinent and relevant documents so that The Andry Law Firm has sufficient time to conduct a complete and meaningful review prior to the response date set by this Court.

The Andry Law Firm seeks *ex parte* and under seal consideration of the Memorandum because it sets forth counsel's strategies, opinions, and impressions concerning the Special Master's Report and its allegations and The Andry Law Firm's defense to those allegations. Neither the parties nor the Special Master are entitled to disclosure of counsel's thoughts and strategies, and for that reason the Court should accept filing of the Memorandum *ex parte* and under seal. Furthermore, the Memorandum should be accepted for filing under seal because it contains information

---

[2] The Show Cause Parties include Jon Andry, Glen Lerner, Christine Reitano, Lionel Sutton, The Andry Law Firm, and the AndryLerner Firm.

from materials that The Andry Law Firm received from the Special Master, which are not part of the public record.

In connection with a previous filing by The Andry Law Firm, the Court accepted for filing under seal the Special Master's discovery disclosures. Rec. Doc. 11636. The Memorandum should receive the same under seal treatment.

For the foregoing reasons, The Andry Law Firm requests that this Honorable Court grant its Motion to File Under Seal and *Ex Parte* its *Ex Parte* Memorandum in Aid of Magistrate Judge's *In Camera* Review of Discovery from Special Master.

**Respectfully submitted,**

*/s/ Stephen M. Gelé*
**RANDALL A. SMITH, T.A. (#2117)**
**STEPHEN M. GELÉ (#22385)**
  OF
**SMITH & FAWER, L.L.C.**
201 St. Charles Avenue, Suite 3702
New Orleans, LA 70170
Tel:  (504) 525-2200
Fax:  (504) 525-2205
sgele@smithfawer.com

**Attorneys for The Andry Law Firm, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 14th day of November, 2013.

/s/ Stephen M. Gelé
Stephen M. Gelé