UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG<br>             "DEEPWATER HORIZON"<br>             In the GULF OF MEXICO on<br>             April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION:  J |
| | * | JUDGE BARBIER |
| Applies to: *All Cases* | * | MAG. JUDGE SHUSHAN |

-----------------------------------------------------------------------------

### ORDER

Considering the request of Transocean to remove, destroy, or otherwise dispose of debris related to the *Deepwater Horizon* that washed up on beaches following the April 20, 2010 incident and is currently located at Transocean's facility in Amelia, Louisiana:

**IT IS ORDERED** that Transocean's request is **GRANTED**.  Transocean is hereby permitted to remove, destroy, or otherwise dispose of the materials described above.

New Orleans, Louisiana, this 15th day of November, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

1