UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TORREY BARLOW | CASE NO:   2:12-cv-02248 |
| | c/w 10-md-2179 |
| VERSUS | JUDGE CARL J. BARBIER |
| BP EXPLORATION & PRODUCTION, INC., BP, PLC, BP AMERICA PRODUCTION COMPANY, GLOBAL FABRICATIONS, LLC, LAWSON ENVIRONMENTAL SERVICE, LLC, ODYSSEA MARINE, INC., *IN PERSONAM*, AND M/V ODYSSEA ATLAS, AND THEIR ENGINES, TACKLE, APPAREL, ETC., *IN REM* | MAGISTRATE SALLY SHUSHAN |

**MOTION & ORDER TO SUBSTITUTE COUNSEL OF RECORD**

**NOW INTO COURT**, through undersigned counsel, comes Robert S. Reich, who respectfully moves this Court for an Order substituting Francis A. Jurovich, III, of the firm Reich, Album & Plunkett, L.L.C. with Christy L. Johnson of the firm Reich, Album & Plunkett, L.L.C., as counsel of record for defendant, Global Fabrications, L.L.C.

Respectfully Submitted:

**REICH, ALBUM & PLUNKETT, L.L.C.**

**BY:** */s/ Robert S. Reich*
**ROBERT S. REICH, T.A.  (#11163)**
Two Lakeway Center, Suite 1000
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone:   (504) 830-3999
Facsimile:    (504) 830-3950
Email:          rreich@rapllclaw.com
**Attorney for Global Fabrications, LLC**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing pleading has been served upon all counsel of record to this proceeding, via hand delivery, electronic filing, facsimile transmission, or U.S. Mail, postage prepaid and properly addressed, this 15th day of November, 2013.

/s/ Robert S. Reich
**ROBERT S. REICH**