UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TORREY BARLOW | CASE NO:   2:12-cv-02248<br>c/w 10-md-2179 |
| VERSUS | JUDGE CARL J. BARBIER |
| BP EXPLORATION & PRODUCTION, INC., BP, PLC, BP AMERICA PRODUCTION COMPANY, GLOBAL FABRICATIONS, LLC, LAWSON ENVIRONMENTAL SERVICE, LLC, ODYSSEA MARINE, INC., *IN PERSONAM*, AND M/V ODYSSEA ATLAS, AND THEIR ENGINES, TACKLE, APPAREL, ETC., *IN REM* | MAGISTRATE SALLY SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Substitute as Counsel of Record;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Christy L. Johnson be substitute as counsel of record by defendant, Global Fabrication, L.L.C. in the captioned matter.

New Orleans, Louisiana this _____ day of _____, 2013.

_____
JUDGE CARL J. BARBIER