IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL NO. 2179** **SECTION J** |
| **This document relates to No. 12-970** | * * * | **JUDGE BARBIER** **MAG. JUDGE SHUSHAN** |

### ORDER

Before the Court is The Andry Law Firm, LLC's Motion to Review, and/or Objections to, Magistrate Judge Shushan's Rulings on The Andry Law Firm's Motions for Production. (Rec. 11850)

IT IS ORDERED that the Motion/Objection is DENIED at this time for the same reasons the Court denied similar objections/motions by Glen Lerner. (*See* Rec. Doc. 11847) Likewise, The Andry Law Firm may refile its objections after the Magistrate Judge has ruled upon *all* of the referred discovery matters.

New Orleans, Louisiana this 15th day of November, 2013.

_____
United States District Judge