UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| This Document Applies To: | * * | JUDGE BARBIER |
| *12-970* | * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court are BP's Motion to Amend Scheduling Order re BEL Remand and Preliminary Injunction Relating to BEL Claims (Rec. Doc. 11819) and related filings (Rec. Docs. 11826, 11838, 11840, 11848).

As a preliminary matter, IT IS ORDERED that BP's Motion for Leave to File Reply Memorandum (Rec. Doc. 11838), BP's Motion to File Under Seal Attachment 1 to the Declaration of Allison B. Rumsey (Exhibit B) in Support of BP's Reply Memorandum (Rec. Doc. 11840), and Class Counsel's Motion for Leave to File Sur-Reply (Rec. Doc. 11848) are hereby GRANTED.

IT IS FURTHER ORDERED that BP's Motion to Amend Scheduling Order re BEL Remand and Preliminary Injunction Relating to BEL Claims (Rec. Doc. 11819) is DENIED for the reasons previously stated in the Court's Preliminary Injunction Order of October 18, 2013 (Rec. Doc. 11697) and further for the reasons stated by Class Counsel.

New Orleans, Louisiana, this 15th day of November, 2013.

_____
United States District Judge