UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Applies To: | * | JUDGE BARBIER |
| | * | |
| *12-970* | * | MAG. JUDGE SHUSHAN |

### ORDER

Before the Court are Jon Andry's Request for Status Conference to Establish Procedures for Adjudication of Charges (Rec. Doc. 11842), Glen Lerner's Motion to Join in same (Rec. Doc. 11849), and a Joint Motion to Set Status Conference (Rec. Doc. 11434);

IT IS ORDERED that these motions are DENIED at this time.

New Orleans, Louisiana, this 15th day of November, 2013.

_____
United States District Judge