## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig                                      10-MDL No. 2179
"Deepwater Horizon" in the
Gulf of Mexico, on
April 20, 2010                                                          Section: J

This Document Relates to:                                    Judge Barbier
                                                                          Mag. Judge Shushan
10-cv-8888

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the Court upon the law firm of RESTIVO & REILLY, LLC's

Motion to Withdraw as Counsel. The Court having read and considered argument of counsel and

being otherwise fully apprised in the premises, it is hereby ORDERED AND ADJUDGED as

follows:

1. That JESSICA REILLY, ESQUIRE, and the law firm of RESTIVO & REILLY, LLC's

Motion to Withdraw as Counsel as to only the Plaintiffs listed in Attachment "A," is hereby granted.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana on this __15TH__ day of

__November__, 20_13_.

_____
United States District Judge