UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | | 10-MD-2179<br><br>Section: J |
| This Document Relates to:<br><br>10-cv-8888 | | Judge Barbier<br>Mag. Judge Shushan |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | | 10-MD-2179<br><br>Section: J |
| This Document Relates to:<br><br>10-cv-8888 | | Judge Barbier<br>Mag. Judge Shushan |

## ATTACHMENT "A"

| PLAINTIFF | DOCUMENT ID # | ADDRESS | TELEPHONE NUMBER |
|---|---|---|---|
| Jamoncito Fishing Inc | 119910 | 1423 SW 92 Place, Miami, FL 33174 | 305-733-4543<br><br>305-972-5100 |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| Julie Becker | 119591 | 2236 River Reach Dr. Naples, FL 34104 | 238-784-1910 |
| Kenly Turchetti | 120731 | 114 Fontaine Drive Taverner, FL 33070 | 305-304-8254 |

| | | | |
|---|---|---|---|
| Gerald Creasman CPA | 120075 | 10691 N. Kendall Dr #207, Miami, FL 33176 | 305-522-3245 |
| Gerald Creasman | 120064 | 335 Laguna Ave. Key Largo, FL 33037 | 305-509-7868 |
| George Howells | 123864 | 1042 Caribbean Drive East Summerland Key, FL 33042 | 305-434-2460 |

| | | | |
|---|---|---|---|
| Joseph Talamas | 122671 | 100430 Overseas Hwy, Key Largo, FL 33070 | 305-394-0553 |
| Jose Martinez | 11977 | 201 20th Ocean, Marathon FL 33050<br><br>1423 SW 92nd Place Miami, FL 33174 | 305- 733-4543 |

| | | | |
|---|---|---|---|
| Angela Rojas | 119331 | 12 Cindy Place, Key Largo, FL 33037<br><br>6 Sexton Way, Key Largo, FL 33037 | 954-325-2915 |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| Ulises Rojas | 119244 | 12 Cindy Place, Key Largo, FL 33037<br><br>6 Sexton Way, Key Largo, FL 33037 | 954-325-2915<br><br>786-294-7624 |
| Franco Micciche/ Made in the Shade Canvas | 120195 | 95480 Overseas Highway, Key Largo, FL  33037 | 305-896-8526 |
| Franco Micciche/ Made in the Shade Canvas | 120666 | 95480 Overseas Highway, Key Largo, FL  33037 | 305-896-8526 |
| Laura Borguss | 12073 | PO Box 2760<br>Key Largo, FL 33037<br><br>PO Box 372760<br>Key Largo, FL 33037 | 305-304-5488 |