UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Applies To: | * | JUDGE BARBIER |
| | * | |
| *12-970* | * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is Slawomir Smektala's Motion for Order Revoking Exclusion from Settlement Class. (Rec. Doc. 11760)

On or around July 5, 2012, Slawomir Smektala submitted an exclusion request to the Deepwater Horizon Court-Supervised Settlement Program, thereby opting out of the Economic Class. The deadline for revoking an opt-out was December 15, 2012. (Rec. Doc. 7928) After that date, an opt-out may be revoked if the BP Parties consent or "if the Court so orders on good cause shown." (Settlement Agreement § 8.2.5, Rec. Doc. 6430-1) On October 28, 2013, Slawomir Smektala filed the instant motion, seeking an order revoking his exclusion from the Economic Class. (Rec. Doc. 11760)[1]

Having reviewed the motion and attachments, the Court finds that good cause has not been shown. Accordingly,

IT IS ORDERED that Slawomir Smektala's Motion for Order Revoking Exclusion from Settlement Class (Rec. Doc. 11760) is DENIED.

---

[1] Slawomir Smektala previously sought BP's consent to the revocation. BP refused.

New Orleans, Louisiana, this 15th day of November, 2013.

_____
United States District Judge

**Clerk to Serve:**

Slawomir Smektala
775 Wildflower Dr.
Palm Harbor, FL 34683-5889


Deepwater Horizon Court-Supervised Settlement Program
Exclusions Department
P.O. Box 222
Hammond, LA 70404-0222