# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 |
| | | SECTION "J" |
| This Document Applies To: | * * | JUDGE BARBIER |
| *12-970* | * | MAG. JUDGE SHUSHAN |

## Scheduling Order Regarding BEL Matching Proposals

On November 8, 2013, the Court asked the Court-Designated Neutrals to coordinate with the parties to develop a Scheduling Order to control the submission of matching proposals regarding the BEL issue. After considering input from the parties and the Court-Designated Neutrals, the Court adopts following schedule:

By 5:00 p.m. on November 21, 2013, the parties will file proposals for matching which are designed to be responsive to the Fifth Circuit's BEL decision. The proposals should include any supporting argument and may cite to evidence already filed in the record. However, no additional or new evidence may be submitted. The parties must copy the Court, the Claims Administrator, opposing counsel, and the Court-Appointed Neutrals.

By 5:00 p.m. on November 26, 2013, the parties will file memoranda (not exceeding 10 pages) responding to their opponents' submissions. The memoranda may not include any new or additional evidence. The parties must copy the Court, the Claims Administrator, opposing counsel, and the Court-Appointed Neutrals.

Following receipt of these submissions, the Court will take the matter under advisement, and will advise the parties if any further information is needed, or whether a hearing will be held.

It has also come to the Court's attention that one or more parties believe there is a December 2, 2013 deadline for this Court to complete its reconsideration of the BEL issue following remand from the Fifth Circuit. This belief appears to stem from language contained in a letter from the Fifth Circuit Clerk's Office dated October 3, 2013. [Rec. Doc. 11615].

The Court has confirmed with the Fifth Circuit Clerk's Office that the December 2 date is not a deadline for completing action on the remand in the District Court, but rather a date by which the Fifth Circuit Clerk's Office will inquire of the District Court Clerk as to the status of the remand proceedings. Nonetheless, this Court intends to resolve the pending remand issue as efficiently and expeditiously as possible.

New Orleans, Louisiana, this 15th day of November, 2013.

_____
United States District Judge