UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL 2179 |
|         "Deepwater Horizon" in the Gulf | * | |
|         Of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| 12-02448 | * | MAGISTRATE SHUSHAN |

## ORDER

Considering the foregoing Motion to Substitute as Counsel of Record;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Christy L. Johnson be substitute as counsel of record by defendant, Global Fabrication, L.L.C. in the captioned matter.

New Orleans, Louisiana this _____ day of _____, 2013.

_____
JUDGE CARL J. BARBIER