UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| This Document Applies to: No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration & Production, Inc., et al | * * * | Honorable CARL J. BARBIER Magistrate Judge SHUSHAN |

**CHRISTINE REITANO'S NOTICE OF JOINDER IN JON ANDRY'S REQUEST FOR STATUS CONFERENCE TO ESTABLISH PROCEDURES FOR ADJUDICATION OF CHARGES AND MOTION FOR ORAL ARGUMENT**

NOW INTO COURT, through undersigned counsel, and reserving each and every right to object to the jurisdiction of this court and the complete lack of substantive and procedural due process as it relates to Christine Reitano, and reserving all rights in the 12B(6) motion previously filed, comes Christine Reitano who joins Jon Andry in his Request for Status Conference to Establish Procedures for Adjudication of Charges filed in the referenced litigation as Document 11842.  Additionally, Ms. Reitano joins in the Motion for Oral Argument also filed by Jon Andry as Document 11842-1.

Respectfully Submitted:

  /s/ Mary Olive Pierson
Mary Olive Pierson, La. Bar No. 11004
8702 Jefferson Highway, Suite B (70809)
Post Office Box 14647
Baton Rouge, LA 70898
(225) 927-6765 - Telephone
(225) 927-6775 - Facsimile
mop@mopslaw.com - Email
*Counsel for Christine Reitano*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Joinder was filed electronically via the CM/ECF system on this 18th day of November, 2013.  Notice of this filing will be sent (hopefully) to all known counsel of record via the CM/ECF system.

        /s/ Mary Olive Pierson
        Mary Olive Pierson