UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This Document Applies to:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MDL 2179<br><br>SECTION: "J"<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## JON ANDRY, GLEN J. LERNER, AND ANDRYLERNER, LLC'S MOTION TO CLARIFY COURT'S DENIAL OF THEIR MOTION TO EXPEDITE OBJECTIONS TO, AND MOTION TO AMEND, THE ORDER GRANTING THE SPECIAL MASTER ADDITIONAL POWERS

**NOW INTO COURT**, through undersigned counsel, comes Jon Andry, Glen J. Lerner, and AndryLerner LLC (collectively, "The AndryLerner Interests"), who, reserving all rights and defenses, respectfully move this Court to clarify its Order denying The AndryLerner Interests' Objections to, and Motion to Amend, the Order Granting the Special Master Additional Powers ("Order"). Rec. Doc. 11837. The factual and legal bases for this Motion are set forth in the accompanying Memorandum.

The AndryLerner Interests respectfully request that the Court grant their Motion and amend the Order Granting the Special Master Additional Powers.

Respectfully submitted,

/s/ Lewis O. Unglesby
Lewis O. Unglesby (#12498)
Lance C. Unglesby (#29690)
Unglesby Law Firm
246 Napoleon Avenue
Baton Rouge, LA 70802
Telephone: (225) 387-0120
Facsimile: (225) 336-4355

*Attorney for Jon Andry*


/s/ Douglas S. Draper
Douglas S. Draper (La. Bar #5073)
Heller, Draper, Patrick & Horn, LLC
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: (504) 299-3333
Fax: (504) 299-3399
ddraper@hellerdraper.com

*Attorney for AndryLerner, LLC*

/s/ Pauline F. Hardin
Pauline F. Hardin (La. Bar #6542)
James E. Wright, III (La. Bar #13700)
Virginia W. Gundlach (La. Bar #18493)
Jones Walker LLP
201 St. Charles Avenue
49th Floor
New Orleans, LA 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
phardin@joneswalker.com
jwright@joneswalker.com
ggundlach@joneswalker.com

AND

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5802
Telephone: (202) 778-1865
Facsimile: (202) 822-8106
wtaylor@zuckerman.com
amehta@zuckerman.com

*Attorneys for Glen J. Lerner*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 18th day of November, 2013.

*/s/ Pauline F. Hardin*
Pauline F. Hardin