UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al.<br>v. BP Exploration & Production Inc., et al. | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**MEMORANDUM IN SUPPORT OF MOTION TO CLARIFY COURT'S DENIAL OF JON ANDRY, GLEN J. LERNER, AND ANDRYLERNER, LLC'S MOTION TO EXPEDITE OBJECTIONS TO, AND MOTION TO AMEND, THE ORDER GRANTING THE SPECIAL MASTER ADDITIONAL POWERS**

Jon Andry, Glen J. Lerner, and AndryLerner, LLC (collectively "The AndryLerner Interests") respectfully move the Court the clarify its Order denying The AndryLerner Interests' Objections to, and Motion to Amend, the Order Granting the Special Master Additional Powers ("Order").[1] Rec. Doc. 11837. We respectfully ask for clarification because the Court's Order addresses only one of the three grounds on which The AndryLerner Interests asked the Court to modify the powers of the Special Master, namely, the request to modify the Special Master's authority review "suspicious" claims. The Order did not, however, address the movants' request to strike the Special Master's granted powers (i) to file reply briefs after the Show Cause Parties respond to the Order to Show Cause,[2] and (ii) to file "clawback" actions. Rec. Doc. 11830-1 at

---

[1] Jon Andry, Glen Lerner, and AndryLerner LLC appear solely to seek clarification of the Court's Order denying the AndryLerner Interests' Objections to, and Motion to Amend, the Order Granting the Special Master Additional Powers. The AndryLerner Interests specifically reserve their rights to make any and all objections to the Special Master's Report and any other aspects of the Order not addressed herein, including those grounds for dismissal set forth in Federal Rule of Civil Procedure 12(b) and any other grounds relating to the scope of Mr. Freeh's authority under Rule 53.

[2] As we anticipated in our Objections and Motion, the Special Master intends to, and will, exercise his granted authority to file replies to responses to the Order to Show Cause. After the Court issued the Order, the Special

11-14. The AndryLerner Interests respectfully ask the Court to rule on these additional objections so that they can be informed about the scope of the Special Master's authority; the role the Special Master will play, if any, in the Show Cause proceedings; and whether additional redress is available to limit the powers afforded the Special Master.

Respectfully submitted,

/s/ Lewis O. Unglesby
Lewis O. Unglesby (#12498)
Lance C. Unglesby (#29690)
Unglesby Law Firm
246 Napoleon Avenue
Baton Rouge, LA 70802
Telephone: (225) 387-0120
Facsimile: (225) 336-4355

*Attorney for Jon Andry*

/s/ Douglas S. Draper
Douglas S. Draper (La. Bar #5073)
Heller, Draper, Patrick & Horn, LLC
650 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3333
Fax: (504) 299-3399
ddraper@hellerdraper.com

*Attorney for AndryLerner, LLC*

/s/ Pauline F. Hardin
Pauline F. Hardin (La. Bar #6542)
James E. Wright, III (La. Bar #13700)
Virginia W. Gundlach (La. Bar #18493)
Jones Walker LLP
201 St. Charles Avenue
49th Floor
New Orleans, LA 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
phardin@joneswalker.com
jwright@joneswalker.com
ggundlach@joneswalker.com

AND

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5802
Telephone: (202) 778-1865
Facsimile: (202) 822-8106
wtaylor@zuckerman.com
amehta@zuckerman.com

*Attorneys for Glen J. Lerner*

---

Master, on November 13, 2013, filed a 2-page "response" to BrownGreer's response to the Order to Show Cause. Rec. Doc. 11845.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Memorandum has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 18th day of November, 2013.

/s/ Pauline F. Hardin
Pauline F. Hardin (La. Bar #6542)