UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al.<br>v. BP Exploration & Production Inc., et al. | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER

**CONSIDERING** Jon Andry's, Glen J. Lerner's, and AndryLerner, LLC's (collectively "The AndryLerner Interests") Motion to Clarify the Court's Denial of The AndryLerner Interests' Motion to Expedite Objections to, and Motion to Amend, the Order Granting the Special Master Additional Powers;

**IT IS HEREBY ORDERED** that the Motion be and is hereby GRANTED.

**IT IS FURTHER ORDERED** that the Special Master's authority to file a reply to any response, objections, or motions filed with respect to his Report is struck from the Court's September 6 2013, Order [Rec. Doc. 11288] (the "September 6 Order").

**IT IS FURTHER ORDERED** that the Special Master's authority to initiate legal action to "clawback" the payment of any fraudulent claims is struck from the September 6 Order.

New Orleans, Louisiana this _____ day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE