UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Applies To: | * | JUDGE BARBIER |
| | * | |
| *13-6362* | * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is the Claims Administrator's Ex Parte Motion for Extension of Time to Plead (Rec. Doc. 4 in C.A. no. 13-6362[1]).

IT IS ORDERED that the Motion is GRANTED and the deadline for Patrick A. Juneau to file a pleading responsive to Christine Reitano's Petition is extended to and including December 5, 2013.

New Orleans, Louisiana, this 19th day of November, 2013.

_____
United States District Judge

---

[1] This motion was filed before the case was consolidated with MDL 2179, and thus appears in the member case docket. Counsel is advised that subsequent filings shall be made in the master docket, 10-md-2179, with the above caption.