# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br>All Cases and No. 12-970 | * * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## DECLARATION OF ALLISON B. RUMSEY

1. I am a partner in the law firm of Arnold & Porter LLP, resident in the firm's Washington, D.C. office. I am counsel for BP Exploration & Production Inc., BP American Production Company, and BP p.l.c. (collectively, "BP") in the above-captioned case. I am over the age of 18 and, if called, competent to testify to the facts set forth herein.

2. In connection with my representation of BP, I have reviewed and become familiar with the Economic and Property Damages Settlement, as amended, in the above-captioned case. I have reviewed numerous claims awards made by the Court-Supervised Settlement Program (CSSP) pursuant to that Settlement, the briefing of appeals of claims awards by BP or Claimants, and related claims files available through the Settlement Program portal.

3. BP's Initial Proposal Regarding Claim XXX38, attached as Attachment 1 to this Declaration is a true and correct copy of BP's Initial Proposal with regard to the claim described therein.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of November, 2013 in Washington DC.

/s/ Allison B. Rumsey
Allison B. Rumsey

# Attachment 1

# (Filed Under Seal)