**Steve Herman**

| | |
|---|---|
| **From:** | Steve Herman |
| **Sent:** | Tuesday, November 05, 2013 9:41 AM |
| **To:** | darrell.palmer@palmerlegalteam.com; Ted Frank (tfrank@gmail.com) |
| **Cc:** | Jim Roy; 'Greenwald, Robin'; Soren Gisleson; Bilsborrow, James (JBilsborrow@weitzlux.com) |
| **Subject:** | BP Oil - Rule 11 (and other potential Sanctions Issues) |

Dear Mr. Palmer and Mr. Frank,

In response to your Rule 11 Letter, and in further support of sanctions in favor of the Class against you (and potentially your clients) under not only Rule 11, but also potentially and/or alternatively 28 U.S.C. §1927, Rule 37, FRAP 38, and/or the inherent authority of the Court, as communicated by, thru, and at the time of the depositions on October 28th and 29th, and as further communicated during our telephone call this morning with Judge Shushan, we believe that the following misconduct and misrepresentations in both the District Court and the Court of Appeal, with respect to both the Economic Objections and Appeal and/or the Medical Objections and Appeal, are sanctionable:

- Factual misrepresentations regarding the Objectors/Appellants' standing, class membership, properties and/or claims;

- Factual misrepresentations regarding the GCCF, the settlement negotiations, and/or the terms of the Settlement Agreement;

- Purported "objections" to settlement benefits that the objectors desire, and, in some cases, are actively pursuing;

- Purported "objections" to settlement benefits to which the objectors do not object;

- Purported "objections" to the alleged inadequacy of settlement benefits as compared to other relief (*via* formal litigation and/or the GCCF) about which the objectors have no knowledge;  made no attempt to secure;  do not presently intend to pursue;  and/or would not have been able to pursue, even had they attempted and desired to do so;

- Filing of Objections and Appeals with an improper and bad faith motive and intent;  and/or,

- Improper conduct during the Depositions.

These issues will be spelled out further in our November 19th filing.

Thanks.