UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 7, 2013
CCO-065

No. 12-4549

EDWARD T. ESSLINGER; GLORIA GLOVER; ARDATH ROGERS, and all others similarly situated; MARILYN RIVERA; DWIGHT C. SAMUELS; CYLINDA MCALISTER; PEGGY COLTON; CONSTANTINE YIANNACOPOULOS; DESHEA HEAD; JAMES W. MCKINNEY; NANCY JANOWSKI; MARGARET REENER

v.

HSBC BANK NEVADA, N.A.; HSBC CARD SERVICES, INC.; HSBC USA, INC.; HSBC FINANCE CORPORATION; HSBC BANK USA, N.A.

Sherry Shahin,
Appellant
(E.D. Pa. No. 2-10-cv-03213)

Present: RENDELL, JORDAN & VAN ANTWERPEN, Circuit Judges

1. Motion and Memorandum of Law by Plaintiff-Appellees in No. 12-4549 to Dismiss Sherry Shahin's Appeal and for Sanctions Pursuant to Fed. R. App. P. 38;

2. Joinder by HSBC Appellees in Plaintiff-Appellees' Motion to Dismiss Appeal and for Sanctions in No. 12-4549; and

3. Response by Appellant in No. 12-4549 in Opposition to Motion for Sanctions and Response in Opposition to Motion to Dismiss

4. Reply by Plaintiff-Appellees in No. 12-4549 in Further Support of Motion to Dismiss Appeal and for Sanctions.

5. Motion by Appellant Sherry Shahin to Withdraw Case Pursuant to Fed. R. App. P. 42(b).

Respectfully,
Clerk/SMW

Clerk's 03/07/2013 Order
Related to CCO-64

_____ORDER_____
The foregoing motion by Appellant Sherry Shahin to Withdraw Case Pursuant to Fed. R. App. P. 42(b) is hereby GRANTED. Appellees's motion to dismiss is DENIED as moot,

and Appellees' motion for sanctions is DENIED as moot.  The Clerk of the Court is further ordered to forward a copy of the Appellees' motion for sanctions and this order to the Attorney Discipline System of The State Bar of California for review.

            By the Court,

            /s/   Kent A. Jordan
            Circuit Judge

Dated:    April 16, 2013
Smw/cc:    Francis J. Flynn, Jr., Esq.
            Richard M. Golomb, Esq.
            Kenneth J. Grunfeld, Esq.
            Ruben Honik, Esq.
            Kevin S. Landau, Esq.
            Diane E. Sammons, Esq.
            William T. Mandia, Esq.
            David W. Moon, Esq.
            Julia B. Strickland, Esq.
            Andrew K. Stutzman, Esq.
            J. Darrell Palmer, Esq.

A True Copy:

Marcia M. Waldron, Clerk