ELIZABETH C. PRITZKER (SBN: 146267)
PRITZKER | LAW
633 Battery Street, Suite 110
San Francisco, CA 94111
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
Email: ecp@pritzker-law.com

LAURA J. BAUGHMAN (SBN: 263944)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
Email: lbaughman@baronbudd.com

Co-Lead Class Counsel

SUPERIOR COURT OF CALIFORNIA

COUNTY OF LOS ANGELES

| Coordination Proceeding Special Title (Rule 3.550) | ) CASE NO. J.C.C.P. 4657 |
|---|---|
| IN RE GIB, LLC CASES | ) **CLASS ACTION** ) ) **SUPPLEMENTAL DECLARATION OF BETHANY CARACUZZO IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |
| All included actions. | ) Date:   October 24, 2013 ) Time:   9:00 a.m. ) Dept.:  323 ) Judge:  Hon. Elihu M. Berle |

I, Bethany Caracuzzo, declare:

1. I am an attorney in good standing licensed to practice in the State of California.

2. I am an associate with the law firm of PRITZKER | LAW, which serves as Class Counsel and counsel of record for Plaintiffs Jennifer Anderson and Melise D'Angiolillo in the following action that has been made part of Judicial Council Coordinated Proceeding No. 4657 (hereafter "JCCP Action"): *Anderson et al. v Brazilian Blowout et al.*, Los Angeles County

Superior Court, No. BC448687.

3. I have personal knowledge of the facts set forth in this declaration and could competently testify to them if called as a witness.

4. Attached as **Exhibit A** hereto please find a true and correct copy correspondence PRITZKER | LAW received from Class Member Donna Armani Pineda, withdrawing her objection to the Settlement. This correspondence was received via facsimile and email to my email address at PRITZKER | LAW.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 22, 2013, at San Francisco, California.

Bethany Caracuzzo

- 2 -
SUPPLEMENTAL DECLARATION OF BETHANY CARACUZZO IN SUPPORT OF PLAINTIFFS' MOTION
FOR FINAL APPROVAL OF CLASS SETTLEMENT

EXHIBIT A

Donna Armani Pineda

October 21, 2013
Page 1 of 2

Dear Clerk of Court,

Today I spoke with Bethany Caracuzzo, an attorney a Pritzker Law. I understand that her firm represents class members in this case.

I do not want to object to the class action settlement. I did not realize that an earlier letter that was sent to the court with name on it was an objection to the settlement. I do wish to submit a claim for settlement benefits.

On September 23, 2013, I received a phone call from someone named Darrell Palmer. Mr. Palmer told me he needed to find someone who used Brazilian Blowout or Brazilian Blowout Acai products and that a mutual friend, Christy, had given him my name. He said he was calling me from his boat on Catalina Island. Although he told me he was an attorney, I did not ask him to be my attorney or to represent me. I do not believe Mr. Palmer and I have or ever had an attorney-client relationship.

In the call, Mr. Palmer said he wanted me to review and sign a letter about the settlement to send with my claim form for settlement benefits. He told me he does this "all the time" and that I had to decide and send the letter immediately, the same day. Mr. Palmer told me that the company who made the Brazilian Blowout products was claiming that they did not cause anybody harm and that the products were safe, and that he needed me to submit an objection so that company could no longer make these claims. He said he would write a letter that he put my name on, and email it to me to sign and return.

HE TOOK MY NAME AND ADDRESS, AND MY HAIRDRESSER'S NAME AND ADDRESS, TO PUT IN THE LETTER AND IN MY CLAIM FORM. EXCEPT FOR THE FIRST CALL, ALL OF MY DISCUSSIONS WITH MR. PALMER WERE BY EMAIL. I AM ATTACHING COPIES OF THOSE EMAILS TO THIS LETTER. I HAVE NOT SPOKEN OR EMAILED WITH MR. PALMER SINCE SEPTEMBER 23.

I DID NOT UNDERSTAND THAT THE LETTER MR. PALMER WROTE FOR ME WAS AN OBJECTION TO THE SETTLEMENT. I ACTUALLY THINK THE SETTLEMENT IS A GOOD THING. I WANT PEOPLE, ESPECIALLY HAIRDRESSERS LIKE MY OWN HAIRDRESSER, JEN ACITELLI, TO BE ABLE TO RECOVER MONEY AS A RESULT OF THE SETTLEMENT, AS I THINK THE PRODUCTS WERE REALLY HARMFUL. I AM VERY UPSET AND ANGRY THAT MR. PALMER TOLD ME I WAS OBJECTING TO THE COMPANY'S CLAIMS IT SOLD A SAFE PRODUCT, AND THAT HE DIDN'T TELL ME I WAS OBJECTING TO THE ENTIRE SETTLEMENT. THAT IS NOT WHAT I WANT TO DO.

I APOLOGIZE IF I WAS CONFUSED, BUT I DO NOT WANT TO OBJECT TO THIS SETTLEMENT. TO BE ABSOLUTELY CLEAR, I WITHDRAW ANY OBJECTION TO THE SETTLEMENT. I WISH AND HOPE TO RECOVER A SETTLEMENT PAYMENT UNDER THE CLAIM FORMS I SUBMITTED.

THANK YOU, Donna Armani Pineda

DONNA ARMANI PINEDA
HOME 858-756-5007
FAX 858-756-5990
DonnaArmani@Gmail.Com

P.S. I REALIZED I JUST FOUND A BRIEF EMAIL EXCHANGE ON 9/26/2013 AND I HAVE ATTACHED.