IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig      "Deepwater Horizon" in the      Gulf of Mexico, on April 20, 2010 | *  *  * | MDL NO. 2179  SECTION: J |
| This filing applies to: | * * | |
| *Plaisance, et al v. BP,* No.12-968 | * * | HONORABLE CARL J. BARBIER |
| *Bon Secour, et al v. BP,* No.12-970 | * * * * | MAGISTRATE JUDGE SHUSHAN |

**MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

**NOW INTO COURT,** through Co-Lead Class Counsel, come the Medical Benefits Class and the Economic & Property Damages Settlement Class, and respectfully seek leave to file exhibits under seal for the reasons that follow:

I.

In response to the Order of the U.S. Fifth Circuit Court of Appeals in No. 13-30221 dated September 30, 2013,[1] and the Court's Minute Entry of November 5, 2013,[2] Plaintiffs have filed a Submission on Remand of Medical Settlement (with Incorporated Motion to Strike, Motion to Dismiss, and Motion for Sanctions) [Rec. Doc. 11869].

II.

In support of said Submission, Plaintiffs offer the Depositions of Objectors-Appellants, James Kirby IV, Susan Forsyth, Patricia Sturdivant and Mike Sturdivant, which arguably contain "confidential" personal, medical and/or financial information.

---

[1] U.S. Fifth Cir. Doc. 00512391335.

[2] Rec. Doc. 11786.

III.

While undersigned counsel believe that most, if not all, of such information has already been filed into the public record by Objectors-Appellants' Counsel, Plaintiffs seek to file these deposition transcripts Under Seal, out of an abundance of caution.

**WHEREFORE** Plaintiffs respectfully pray for leave to file these Exhibits Under Seal.

This 19th day of November, 2013.

Respectfully submitted,

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of November, 2013.

/s/ Stephen J. Herman and James Parkerson Roy