IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br>SECTION: J |
| This filing applies to: | * * | |
| *Plaisance, et al v. BP,* No.12-968 | * * | HONORABLE CARL J. BARBIER |
| *Bon Secour, et al v. BP,* No.12-970 | * * * * | MAGISTRATE JUDGE SHUSHAN |

## ORDER

**CONSIDERING** Plaintiffs' Motion for Leave to File Under Seal:

**IT IS ORDERED** that leave be and is hereby granted for Plaintiffs to file the Depositions of James Kirby IV, Susan Forsyth, Patricia Sturdivant and Mike Sturdivant, as Exhibits in support of the Submission of Class Counsel on Remand of Medical Settlement (with Incorporated Motion to Strike, Motion to Dismiss, and Motion for Sanctions) [Rec. Doc. 11869] under seal.

**SIGNED** at New Orleans, Louisiana, this ___ day of <u>November</u>, <u>2013</u>.

_____
**Hon. Carl J. Barbier**