UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **This Document Applies To:** | * | **JUDGE BARBIER** |
| | * | |
| *13-6362, Reitano v. BP Exploration &* | * | **MAG. JUDGE SHUSHAN** |
| *Production, Inc., et al.* | | |

## ORDER

On November 7, 2013, the Claims Administrator filed a Motion for Extension of Time to Plead in the referenced member case. The case subsequently was consolidated with MDL 2179. On November 19, the Court granted the motion. (Rec. Doc. 11867)

Under Pretrial Order No. 1 in MDL 2179, defendants are granted an extension of time for responding to a complaint until further ordered by the Court. (Rec. Doc. 2 ¶ 8) Accordingly, and to avoid any doubt,

IT IS ORDERED that member case 13-6362 is STAYED and no responsive pleadings, motions, etc., are due until ordered by the Court.

IT IS FURTHER ORDERED that the Court's Order of November 19, 2013 (Rec. Doc. 11867) is VACATED.

IT IS FURTHER ORDERED that the Claims Administrator's Motion for Extension of Time to Plead (Rec. Doc. 4 in No. 13-6362) is, by effect of the stay, MOOT or PREMATURE.

New Orleans, Louisiana, this 20th day of November, 2013.

_____
United States District Judge