UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Applies To: | * | JUDGE BARBIER |
| | * | |
| *12-2248* | * | MAG. JUDGE SHUSHAN |

## ORDER

Considering the Motion to Substitute as Counsel of Record (Rec. Doc. 11872),

IT IS ORDERED that Christy L. Johnson of the firm Reich, Album & Plunkett, L.L.C. is hereby enrolled as counsel of record for Global Fabrications, L.L.C.

IT IS FURTHER ORDERED that Francis A. Jurovich, III of the firm Reich, Album & Plunkett, L.L.C. is hereby withdrawn as counsel of record for Global Fabrications, L.L.C.

New Orleans, Louisiana, this 20th day of November, 2013.

_____
United States District Judge