**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL No. 2179** |
| | **SECTION: J** |
| This Document Relates to: | **JUDGE BARBIER** |
| No. 12-970 | **MAGISTRATE SHUSHAN** |

**BP'S OFFER OF PROOF REGARDING MOTION TO AMEND SCHEDULING ORDER AND MOTION TO AMEND INJUNCTION**

On November 7, 2012, BP filed a motion contending that the Court's (1) entry of a scheduling order that treated the causation issue as having been resolved against BP and (2) entry of an injunction order that rejects BP's position regarding the Settlement Agreement's causal nexus requirement and does not require claimants to demonstrate that they suffered injury as a result of the spill was inconsistent with (a) the Fifth Circuit's decision in *In re Deepwater Horizon*, 732 F.3d 326 (5th Cir. 2013), (b) the Settlement, and (c) Article III and Rule 23. *See* Rec. Doc. 11819. The Court denied BP's motion on November 15, 2013, *see* Rec. Doc. 11857, one day after Class Counsel had filed a proposed surreply, *see* Rec. Doc. 11848-1. The Court's November 15, 2013 Order also granted the filing of Class Counsel's surreply, which made assertions of fact to which BP had no meaningful opportunity to respond. *See* Rec. Doc. 11857.

Because of the rapidity with which the Court ruled, BP did not have the opportunity to make a more comprehensive and appropriate record in light of various statements in Class Counsel's surreply regarding the history of the Supplemental Information Program ("SIP") contemplated by the Settlement. BP wishes to make the record and history of those discussions more complete. BP is accordingly filing the attached declaration of Richard C. Godfrey, which attaches and describes additional correspondence on the SIP topic not currently in the record.

November 20, 2013

Respectfully submitted,

*/s/ Kevin M. Downey*
Kevin M. Downey
F. Lane Heard III
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Telefax: (202) 434-5029

*/s/ Don K. Haycraft*
S. Gene Fendler (Bar #05510)
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
David J. Zott, P.C.
Jeffrey J. Zeiger
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telefax: (312) 862-2200

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Telefax: (202) 879-5200

James J. Neath
Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX 77079
Telephone: (281) 366-2000
Telefax: (312) 862-2200

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Telefax: (202) 942-5999

Robert C. “Mike” Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 662-5985
Telefax: (202) 662-6291

Jeffrey Lennard
Keith Moskowitz
DENTONS US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606
Telephone: (312) 876-8000
Telefax: (312) 876-7934

***OF COUNSEL***

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of November, 2013.

/s/ Don K. Haycraft
Don K. Haycraft