# Exhibit C

## Godfrey, Richard C.

| | |
|---|---|
| **From:** | Godfrey, Richard C. |
| **Sent:** | Friday, December 14, 2012 3:44 PM |
| **To:** | James Roy; 'Calvin Fayard'; <cfayard@gmail.com> |
| **Cc:** | Brian Barr; SHERMAN@hhklawfirm.com; Andrew_Karron@aporter.com; Bloom, Wendy L.; jeffrey.lennard@snrdenton.com |
| **Subject:** | RE: BP-- SUPP NOTICE TV ADS PAT SHOT |

Friends: what about one of these two alternatives?  Rick

If you had a loss as a result of the Spill, you may qualify under the Settlement.

    If you were damaged as a result of the Spill, you may qualify under the Settlement

Richard C. Godfrey, P. C.
Kirkland & Ellis LLP
300 North La Salle
Chicago, IL  60654
312-862-2391 DIRECT __| 312-862-2200 FAX
rgodfrey@kirkland.com


**From:** James Roy [mailto:JIMR@wrightroy.com]
**Sent:** Friday, December 14, 2012 1:48 PM
**To:** 'Calvin Fayard'; <cfayard@gmail.com>
**Cc:** Brian Barr; SHERMAN@hhklawfirm.com; Godfrey, Richard C.; Andrew_Karron@aporter.com; Bloom, Wendy L.; jeffrey.lennard@snrdenton.com
**Subject:** RE: BP-- SUPP NOTICE TV ADS PAT SHOT


thanks


**From:** Calvin Fayard [mailto:Calvin@fayardlaw.com]
**Sent:** Friday, December 14, 2012 7:44 AM
**To:** <cfayard@gmail.com>
**Cc:** Brian Barr; James Roy; SHERMAN@hhklawfirm.com; richard.godfrey@kirkland.com; Andrew_Karron@aporter.com; wendy.bloom@kirkland.com; jeffrey.lennard@snrdenton.com
**Subject:** Re: BP-- SUPP NOTICE TV ADS PAT SHOT

1

Thank you for sorting this out.

Confidential

Calvin C. Fayard, Jr.

Attorney

(225) 664-4193

On Dec 13, 2012, at 3:40 PM, "cfayard@gmail.com" <cfayard@gmail.com> wrote:

> Hopefully everyone now has the rough cut of Mr. Juneau's ad plus the transcript of what he says, and then also the draft tv scripts (nothing filmed) entitled "Freeze Frame" and "Answers." To answer Wendy and Rick's questions on length, all of the TV spots were timed to run 30 seconds. Per our experts this usually means no more than 28.5 seconds of audio. However the Juneau ad is fully timed at 30 seconds of audio.
>
> A draft radio script was attached to the end of the "Freeze frame/Answers" script submitted to the Court, and this ad is segmented by region. It is slotted at 60 seconds/58.5 seconds of voiceover sound. To date the only ad that has been filmed is the one with Mr. Juneau, and that was done on an expedited basis in order to accommodate Mr. Juneau's schedule.
>
> Please let me know if anyone needs anything else.
>
> Thanks,
> Caroline
>
> -
> Confidential
> Caroline Fayard
> Attorney at Law
> 504 810 1130

---

**From:** "Brian Barr" <BBarr@levinlaw.com>

**Date:** Thu, 13 Dec 2012 14:20:52 -0600

**To:** Jim Roy<jimr@wrightroy.com>; <SHERMAN@hhklawfirm.com>; <cfayard@gmail.com>; <Calvin@fayardlaw.com>; <