# Exhibit E

## Godfrey, Richard C.

| | |
|---|---|
| **From:** | Godfrey, Richard C. |
| **Sent:** | Saturday, December 15, 2012 10:44 AM |
| **To:** | Steve Herman |
| **Cc:** | James Roy; Calvin Fayard; <cfayard@gmail.com>; Brian Barr; Andrew_Karron@aporter.com; Bloom, Wendy L.; jeffrey.lennard@snrdenton.com |
| **Subject:** | RE: BP-- SUPP NOTICE TV ADS PAT SHOT |

Jim and Steve:

After conferring with my colleagues, I wish to express our appreciation for your willingness to work with us on this TV ad issue. Your proposal items (1) and (2) including the static language are acceptable to us as a means of avoiding the burden and expense of requiring Mr. Juneau to retape the spot, with the understanding that we will have an opportunity to view the static language to confirm that it is properly placed so that it will be readily visible to the viewer. Thus, please send what you propose to be the final version of the TV spot, so that we can review it and finalize what I think we collectively have now agreed to.

Thanks again. Rick

Richard C. Godfrey, P. C.
Kirkland & Ellis LLP
300 North La Salle
Chicago, IL 60654
312-862-2391 DIRECT __| 312-862-2200 FAX
rgodfrey@kirkland.com

**From:** Steve Herman [mailto:SHERMAN@hhklawfirm.com]
**Sent:** Friday, December 14, 2012 6:29 PM
**To:** Godfrey, Richard C.
**Cc:** James Roy; Calvin Fayard; <cfayard@gmail.com>; Brian Barr; Steve Herman; Andrew_Karron@aporter.com; Bloom, Wendy L.; jeffrey.lennard@snrdenton.com
**Subject:** Re: BP-- SUPP NOTICE TV ADS PAT SHOT

Thanks

Steve Herman

1

On Dec 14, 2012, at 6:13 PM, "Godfrey, Richard C." <rgodfrey@kirkland.com> wrote:

Jim:  thanks very much.  Let me get together with Jeff, Tres (Andy Karron) and Wendy--but I think we are very close or may be there on the specific language--depending of course on how the proposed language would actually appear in the TV spot itself.  But, we have made very good progress, and are close.  Thus, I will get back with you hopefully yet this evening.

Rick

Richard C. Godfrey, P. C.
Kirkland & Ellis LLP
300 North La Salle
Chicago, IL  60654
312-862-2391 DIRECT __| 312-862-2200 FAX
rgodfrey@kirkland.com

**From:** James Roy [mailto:JIMR@wrightroy.com]
**Sent:** Friday, December 14, 2012 4:15 PM
**To:** Godfrey, Richard C.; 'Calvin Fayard'; <cfayard@gmail.com>
**Cc:** Brian Barr; SHERMAN@hhklawfirm.com; Andrew_Karron@aporter.com; Bloom, Wendy L.; jeffrey.lennard@snrdenton.com
**Subject:** RE: BP-- SUPP NOTICE TV ADS PAT SHOT

Rick:

In response to your note below, assuming the supplemental notice TV ad Pat Juneau wrote & shot stays as is except 1) to correct web site to be www.DeepwaterHorizonSettlements.com and

2) the proposed wording we are discussing is contemplated to be in the nature of a static "disclaimer' print message at bottom of TV screen for part of the time of the ad, we'd prefer to see such a printed/disclaimer/notice to read::

> **"Damages must be as a result of Deepwater Horizon Incident as provided in Deepwater Horizon Economic and Property Damages Settlement Agreement. "**

2

This should capture your concern about 1.3.1.2, yet not do violence to our belief that the BEL right to collect under the settlement is subject to causation test in the Settlement Agreement that are mechanical, objective, formulaic — not subject to alternate cause analysis, not subjective—state of mind or otherwise.

Look forward to hearing from you. Let us know if call is needed.

Jim

**From:** Godfrey, Richard C. [mailto:rgodfrey@kirkland.com]
**Sent:** Friday, December 14, 2012 3:44 PM
**To:** James Roy; 'Calvin Fayard'; <cfayard@gmail.com>
**Cc:** Brian Barr; SHERMAN@hhklawfirm.com; Andrew_Karron@aporter.com; Bloom, Wendy L.; jeffrey.lennard@snrdenton.com
**Subject:** RE: BP-- SUPP NOTICE TV ADS PAT SHOT

Friends: what about one of these two alternatives?  Rick

If you had a loss as a result of the Spill, you may qualify under the Settlement.

    If you were damaged as a result of the Spill, you may qualify under the Settlement

Richard C. Godfrey, P. C.
Kirkland & Ellis LLP

3

300 North La Salle
Chicago, IL 60654
312-862-2391 DIRECT __| 312-862-2200 FAX
rgodfrey@kirkland.com

**From:** James Roy [mailto:JIMR@wrightroy.com]
**Sent:** Friday, December 14, 2012 1:48 PM
**To:** 'Calvin Fayard'; <cfayard@gmail.com>
**Cc:** Brian Barr; SHERMAN@hhklawfirm.com; Godfrey, Richard C.; Andrew_Karron@aporter.com; Bloom, Wendy L.; jeffrey.lennard@snrdenton.com
**Subject:** RE: BP-- SUPP NOTICE TV ADS PAT SHOT

thanks

**From:** Calvin Fayard [mailto:Calvin@fayardlaw.com]
**Sent:** Friday, December 14, 2012 7:44 AM
**To:** <cfayard@gmail.com>
**Cc:** Brian Barr; James Roy; SHERMAN@hhklawfirm.com; richard.godfrey@kirkland.com; Andrew_Karron@aporter.com; wendy.bloom@kirkland.com; jeffrey.lennard@snrdenton.com
**Subject:** Re: BP-- SUPP NOTICE TV ADS PAT SHOT

Thank you for sorting this out.

Confidential

Calvin C. Fayard, Jr.

Attorney

(225) 664-4193

On Dec 13, 2012, at 3:40 PM, "cfayard@gmail.com" <cfayard@gmail.com> wrote:

> Hopefully everyone now has the rough cut of Mr. Juneau's ad plus the transcript of what he says, and then also the draft tv scripts (nothing filmed) entitled "Freeze Frame" and "Answers." To answer Wendy and Rick's questions on length, all of the TV spots were timed to run 30 seconds. Per our experts this usually means no more than 28.5 seconds of audio. However the Juneau ad is fully timed at 30 seconds of audio.
>
> A draft radio script was attached to the end of the "Freeze frame/Answers" script submitted to the Court, and this ad is segmented by region. It is slotted at 60 seconds/58.5 seconds of voiceover sound. To date the only ad that has been filmed is the one with Mr. Juneau, and that

4

was done on an expedited basis in order to accommodate Mr. Juneau's schedule.

Please let me know if anyone needs anything else.

Thanks,
Caroline

-
Confidential
Caroline Fayard
Attorney at Law
504 810 1130

---

**From:** "Brian Barr" <BBarr@levinlaw.com>

**Date:** Thu, 13 Dec 2012 14:20:52 -0600

**To:** Jim Roy<jimr@wrightroy.com>; <SHERMAN@hhklawfirm.com>; <cfayard@gmail.com>; <Calvin@fayardlaw.com>; <richard.godfrey@kirkland.com>; <Andrew_Karron@aporter.com>; <wendy.bloom@kirkland.com>; <jeffrey.lennard@snrdenton.com>

**Subject:** FW: FW: BP-- SUPP NOTICE TV ADS PAT SHOT

To make things easier for everyone, here is the script as shot.

*************************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
*************************************************************


*************************************************************

IRS Circular 230 Disclosure:

To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenu