# Exhibit G

## Godfrey, Richard C.

| | |
|---|---|
| **From:** | James Roy [JIMR@wrightroy.com] |
| **Sent:** | Wednesday, January 09, 2013 10:51 AM |
| **To:** | Ben_Allums@laed.uscourts.gov; Magistrate Shushan |
| **Cc:** | Godfrey, Richard C.; *sherman@hhkc.com; Nick Gagliano (nick@gaglianogroup.com); Pat Juneau (pjuneau@dheclaims.com); Christine Reitano; Brian Barr |
| **Subject:** | BP--- DWH ECON SETTLEMENT SUPPLEMENTAL NOTICE PROGRAM----------- PROPOSED ORDER APPROVING JUNEAU TV AD |

Judge Shushan and Ben:

Attached is a Proposed Order Steve and I as Lead Class Counsel are submitting in connection with the DWH Economic Settlement Supplemental Notice Program to approve the "ad" Pat Juneau recently produced.

This matter was raised in Court last month and BP requested two changes which the parties agreed to.

The proposed (revised) ad is attached. The stock photos will lose their watermark in final production once they are purchased.

The attached ad and proposed order have both been approved by Rick Godfrey on behalf of BP.

Pat Juneau has approved the ad.

We would ask that the Court consider the attached proposed order and enter it at its earliest opportunity.

Of course if a formal motion is needed or if the Court has any questions, we will respond accordingly to accommodate the Court's wishes.

Once an order is signed approving the ad, it will be run.

If you have any questions I can be reached at 337-278-7892 (CEL).

Regards,  Jim

1

Attachments:
    Proposed Order - Juneau Spot 1-8-2013.docx (16644 Bytes)
    Juneau_501_Ver_C-Viewer.mov (3150154 Bytes)

UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § | MDL No. 2179 |
| | | SECTION: J |
| *Relates to:* No. 12-970 | § § | JUDGE BARBIER |
| | § § | MAG. JUDGE SHUSHAN |

## ORDER

Pursuant to Section 4.4.15 of the Economic and Property Damages Settlement Agreement, Class Counsel developed a televised advisory with the participation and approval of the Claims Administrator.

In light of comments made by BP, the Parties agreed to a modification which has been approved by the Claims Administrator.

The revised advisory has been provided to BP, who has raised no objection.

Now, therefore:

IT IS ORDERED that, in accordance with Section 4.4.15 of the Economic and Property Damages Settlement Agreement, the televised advisory submitted by Class Counsel be and is hereby approved by the Court.

Signed at New Orleans, Louisiana, this _____ day of January, 2013.


_____
**Hon. Carl J. Barbier**