# Exhibit K

**Godfrey, Richard C.**

| | |
|---|---|
| From: | Brian Barr [BBarr@levinlaw.com] |
| Sent: | Wednesday, March 06, 2013 4:34 PM |
| To: | Sally_Shushan@laed.uscourts.gov; 'Ben_Allums@laed.uscourts.gov |
| Cc: | SHERMAN@hhklawfirm.com; Jim Roy; Godfrey, Richard C.; Bloom, Wendy L.; *mark.Holstein@bp.com |
| Subject: | RE: Class Counsel's Response to BP's Comments to the Proposed Supplemental Information Program |

Judge Shushan/Ben:

Now that Judge Barbier has issued his Order on the Matching of Revenue and Expenses, Class Counsel would like to get the Supplemental Notice Plan implemented. I believe both sides have provided their comments and the issue is ready for determination. Thanks for your consideration!

**From:** Brian Barr
**Sent:** Tuesday, February 19, 2013 6:44 PM
**To:** Sally Shushan (Sally_Shushan@laed.uscourts.gov); "Ben_Allums@laed.uscourts.gov'
**Cc:** Steve Herman (SHERMAN@hhklawfirm.com); Jim Roy; Godfrey, Richard C. (rgodfrey@kirkland.com); Bloom, Wendy L. (wbloom@kirkland.com); mark.Holstein@bp.com
**Subject:** Class Counsel's Response to BP's Comments to the Proposed Supplemental Information Program

Judge Shushan/Ben:

Attached is Class Counsel's memorandum in response to BP's comments on the Supplemental Information Program. Thanks for your attention to this matter.

Brian Barr
Attorney at Law
Levin, Papantonio, Thomas, Mitchell, Echsner, Rafferty & Proctor, P.A.
316 S. Baylen Street
Pensacola, FL 32501
850-435-7044 V
850-436-6044 F

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION

IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR. THEN DELETE IT. THANK YOU.