UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION "J" |
| This Document Relates To:<br>12-970 | * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

NOTICE OF APPEAL

Notice is hereby given that BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively, "BP"), defendants in *Bon Secour Fisheries Inc., et al. v. BP Exploration & Production Inc., et al.*, No. 12-970, appeal to the United States Court of Appeals for the Fifth Circuit from (1) the Preliminary Injunction Related to BEL Claims entered on or about October 18, 2013 [D.E. 11697]; (2) the Scheduling Order Regarding BEL Remand entered on or about October 25, 2013 [D.E. 11735]; and (3) the Order denying BP's motion to amend the foregoing orders, entered on or about November 15, 2013 [D.E. 11857]. This protective notice of appeal is filed in an abundance of caution; BP recognizes that the Court of Appeals has retained jurisdiction over appeal No. 13-30315, to which this relates.

November 21, 2013

Respectfully submitted,

   */s/ Richard C. Godfrey, P.C.*

| | |
|---|---|
| Jeffrey Lennard<br>Keith Moskowitz<br>DENTONS LLP<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, IL 60606<br>Telephone: (281) 366-2000<br>Telefax: (312) 862-2200<br><br>Theodore B. Olson<br>Miguel A. Estrada | Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>Wendy L. Bloom<br>Andrew B. Bloomer, P.C.<br>R. Chris Heck<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Telefax: (312) 862-2200 |

| | |
|---|---|
| Thomas G. Hungar<br>Scott P. Martin<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C.  20036<br>Telephone: (202) 955-8500<br>Telefax: (202) 467-0539 | Jeffrey Bossert Clark<br>Steven A. Myers<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C.  20005<br>Telephone: (202) 879-5000<br>Telefax: (202) 879-5200 |
| George H. Brown<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone: (650) 849-5300<br>Telefax: (650) 849-5333 | */s/ Don K. Haycraft*<br>S. Gene Fendler<br>Don K. Haycraft<br>R. Keith Jarrett<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, LA  70139<br>Telephone: (504) 581-7979<br>Telefax: (504) 556-4108 |
| Daniel A. Cantor<br>Andrew T. Karron<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, N.W.<br>Washington, D.C.  20004<br>Telephone: (202) 942-5000<br>Telefax: (202) 942-5999 | |
| Jeffrey Lennard<br>Keith Moskowitz<br>DENTONS LLP<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, IL  60606<br>Telephone: (312) 876-8000<br>Telefax: (312) 876-7934 | |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP P.L.C.***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of November, 2013.

/s/ Don K. Haycraft
Don K. Haycraft