TENDERED FOR FILING
NOV 19 2013
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV 19 2013
WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AARON WALLACE

-vs-

BRITISH PETROULM
ALL PARTIES
&
THE UNITED STATES
GOVERNMENT,
NPFC

CIVIL ACTION

MDL 2179

No. 13-6153

Section ""Mag""
J (1)

"Motion to an Appeal"
"Emergency Motion" and "Request for "Expedited"
"Consideration"

   MY Request for Emergency Motion, and for an Expedited Hearing, due to a Statute of Limitation, surrounding this very important matter. Also because of my Financial Situation, due to BP's BAD, DECIPTIVE BUSINESS PRACTICE. Around June 18 2013, I was part of a so call survey, I was told by the caller that I was pick to be part of the survey, I told the caller that I was in a hurry, and did'nt have time, they insisted on me doing the survey, so I did, shortly after that BP went on a very aggresive asult against the very Claims Administrative Body that was set up to pay out the Claims, my heart goes out to the people they hurt in doing so.  That's why I did'nt to be apart of it, when someone from BP call you LOOKOUT, and another thing, I filed my Complaint with the Court, and the same day a WARRANT was posted for me for something that I had gone to court back in 2009, that is why I need this REQUEST.

Date: 11/19/13

Certificate of Service
I hereby certify that I have served a copy of this document on all counsel of record either in person or my mailing it postage prepaid on this
19 day of Nov., 2013.

Signature

AARON WALLACE
200 Mason Ct.
Ocean Springs
Ms., 39564
(228-818-4805)