TENDERED FOR FILING
NOV 19 2013
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV 19 2013
WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AARON WALLACE

-vs-

BRITISH PETROULM
   ALL PARTIES
      &
THE UNITED STATES
   GOVERNMENT,
   NPFC

CIVIL ACTION

MDL 2179

No. 13-6153

Section ""Mag""
   J   (1)

(Witness and Exhibit Lists)

1. Exhibit (A) BP posted a $3,000,000 on CNN for anyone who help them in sealing the "252 WELL", False, Decptive, or Misleading advertising has the potential to persuade people into commercial transaction that they might otherwise have avoid.

2. Exhibit (B) MY phone record shows the same time frame as my response efforts, from the time when BP & CNN advertise for help.
   Calling the Mayors office here in Ocean Springs, Ms., the White House comment line, as well the Justice Department, and talk to operator 18.  Prior to giving BP my "INTELLECTUAL PROPERTYS" the sole purpose was to document what I was doing at the time.  BP was already LIEING to CONGRESS as well to the JUSTICE DEPT. Phone records clearly shows the sole purpose for the call from the RESPONSE CENTER from Christy, one of BPs rep. was to solicit me for my concepts. Phone records will also show the call that I received from Jan another BP rep., called on June 8 2010 saying that BP was using my intellectual propertys,  After talking to her, I talk to HOMELAND SECURITY, and he was the one who ask me to go to the local POLICE DEPARTMENT, they sent me to the MAYORS office, who gave me a BP rep. for Jackson County,by the name of John Hardt.

3. Exhibit (C) The letter from THE WHITE HOUSE, is a response from the PRESIDENT, from when I called the comment line, I ask the GOVERNMENT to take over the 252 Well, and giv it to somone with a better safety record, and someone who could be trusted.

Page-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AARON WALLACE                                       CIVIL ACTION

-vs-                                                No. 13-6153

BRITISH PETROULM
  ALL PARTIES                                       Section ""Mag""
    &
THE UNITED STATES
  GOVERNMENT,
    NPFC

(Witness and Exhibit Lists)

4. Exhibit (D) The weekly/monthly planner 2010/2011, it shows a host of numbers of local officials who I talk to, and the U.S. COAST GUARD JOINT INFORMATION CENTER phone number.

5. Exhibit (E) Is a PROVISIONAL APPICATION FOR PATENT.

6. Exhibit (F)This sheet of paper has a number of things on it, one side has the web-site that I used to submit my ideas, an on the backside it has the e-mail I set up at home, also the number of Jane, the BP rep. who called on June 8, and said that BP was using my concepts.

7. Exhibit (G) After calling the Mayor, and explaining to her how BP was using my ideas, and was refusing to acknowledge that they were doing so, or pay me for my concepts. She ask me to drop off my drawing to her office, and that she was going to table at the meeting she was going that morning. Later I got a call from her office, and they gave me a number to a attorney, by the name of Bill Brown, to see if he could help me with this very important matter.

8. Exhibit (H) Is the concept of the CONTAINMENT DOME that BP BP call the LMRP.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AARON WALLACE                                              CIVIL ACTION

-vs-                                                       No. 13-6153

BRITISH PETROULM
  ALL PARTIES                                              Section ""Mag""
     &
THE UNITED STATES
  GOVERNMENT,
    NPFC

(Witness and Exhibit Lists)

9. Exhibit (I) Is the drawing that lead up to the STACKING.

10. Exhibit (J) Is the drawing of the finial SHUT_IN.

11. Exhibit (K) Is an e-mail the HORIZON RESPONSE CENTER thanking me for my (ART) proposal.

12. EXhibit (L) This is an e-mail asking BP to hook up some type of hold-down system to the LMRP, this was after asking BP to cut off the riser on top of the 252 WELL.

13. Exhibit (M) Is the BOTTOM PLATE that I drew up to go at the bottom of the LMRP, or the containment dome, BP call the LMRP, and I calledit the CONTAINMENT DOME.

14 Exhibit (N) this paper shows that I was in contact with these folks before I even talk to BP, its in the phone records.

15. Exhibit (O) Shows another DOME that I drew up.

16. Exhibit (P) Is another drawing of the BOTTOM PLATE of the dome.

17. EXhibit (Q) Here are three letters from Mr. R. R. Hymers, from the UNITED KINGDOM stated that they have me in their DATA BASE.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AARON WALLACE                                              CIVIL ACTION

-vs-                                                       No. 13-6153

BRITISH PETROULM
  ALL PARTIES
    &                                                      Section ""Mag""
THE UNITED STATES
  GOVERNMENT,
    NPFC

(Witness and Exhibit Lists)

18. Exhibit (R) I contacted the MISSISSIPPI ATTORNEY GENERAL, asking for help resolving this situation.

19. Exhibit (S) This news artical talks about the companysBP open their checks books to develop the concepts I drew up, the LMRP, and the STACKING CAP.

20 Exhibit (T) I talk to LISA-B-WATER@EXONMOB.COM about joining the NEW CONTAINMENT GROUP.

21. Exhibit (U) I filed a claim with the NPFC.

22. Exhibit (V) I paid MAria Gatlin $120.00 to scan & send a drawing to DEEPWATER, this was 1 of 3 computers that I sent drawing, and concepts to DEEPWATER, the other was the Ocean Springs library, and the one my mother set up at home.

23. Exhibit (W) Is another contact list.

24. Exhibit (Y) Here are more drawings I submitted to BP.

25. Exhibit (Z) In the lower right hand coner of the page is a refference number from the FCC, I filed a claim against BP for WIRE FRAUD.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AARON WALLACE                                    CIVIL ACTION

-vs-                                             No. 13-6153

BRITISH PETROULM
ALL PARTIES                                      Section ""Mag""
&
THE UNITED STATES
GOVERNMENT,
NPFC

(Witness and Exhibit Lists)

26. Exhibit (AA) Here are a number of GCCF papers, showing my many attemps to resolve this very important mater prio to filing withthe court, but the one that stands out is the one dated, December 17, 2010, with a sticky note on is. Patrick Knight a BP rep.,he stated at the meting that BP was ready to put up a settlement, hestated that he though that a reasonable offer of $15,000,000.00 - $35,000,000.00, I ask him to bring in the experts. He gave his name and number, and said he would be in touch.

27. Exhibit (BB) This news artical with MIKE UTSLER, stated that BP used local knowledge, and expertise in the response, and if they had to do it over, they would have done it sooner.

28.Exhibit (CC) BPs BASIC INFORMATION, #3. What is the DEEPWATER HORIZON INCIDENT? The efforts to contain the MC252 WELL, all response activities, BPs public statements related to all of the above.

29. Exhibit (DD) Here is a news artical, TESTIMONY at spill trial targets response. BP and their gave false testimony.

30. Exhibit (EE( Here is another news artical BP Executive: WELL could have been seal sooner, both articals shows that BP false testimony to the court.

Page-5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AARON WALLACE                                              CIVIL ACTION

-vs-                                                       No. 13-6153

BRITISH PETROULM
  ALL PARTIES                                              Section ""Mag""
     &
THE UNITED STATES
  GOVERNMENT,
     NPFC

(Witness and Exhibit Lists)

   There was another print last week in the Sun Hearld which also
stated that the Justice Department says that BP is decitful about
how the 252 well sealed, it was on the closing of the trial.

31. Exhibit (FF) Shortly after the REPORT TO THE PRESIDENT came
out, on a local radio staton , J.Z 94.5, reported that a sole
individual help BP seal the 252 Well via cell phone, I help BP
Seal the Well via cell phone & ideas submitted.

32. Exhibit (GG) REPORT TO THE PRESIDENT page 142, paragraph 94
CITIZENS without Costner's resourdes had trouble getting ideas
reviewed, BP took, and used my ideas.

33. Exhibit (HH). Also on page 142, at the very bottom, it clearly
states that, although INTELLECTUAL $\frac{1}{4}$ROPERTY concerns prohibit
the COAST GUARD from disclosing the proposals actually submitted

34. Exhibit (II) It appears to me that there is some sort of
SPECIAL ADMINISTRATIVE ORDER, or SPECIAL ADMINISTRATIVE
MEASURES that have been put in place, that are blocking my
"CIVIL LIBERTIES".

Page-6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AARON WALLACE                                    CIVIL ACTION

-vs-                                             No. 13-6153

BRITISH PETROULM
   ALL PARTIES                                   Section ""Mag""
        &
THE UNITED STATES
   GOVERNMENT,
   NPFC

(Witness and Exhibit Lists)

35. Exhibit (JJ) Municipality of Ocean Springs, State of Mississippi, Jackson County, Warrant Notice. This was place on me after filing my Complaint in the Court. I went to court for this back in 2009. If Im lock up in jail, I miss my APPEAL, this is intrapement, and it violates my CIVIL LIBERTIES.

36. Exhibit (KK) This is what I was doing at the time of the blow out, and coaching my mother with two MDA grants for her rentals.

37 Exhibit (LL) Fact, DAVID AXLAROD was the President's adviser, a CNN commentator, and he also has a advertising company that does all of BPs commercials. BP claim to have to have spent $500,000,000 inadvertisement, and then all the players in GOVERNment, has retied.

38. Exhibit (MM) I filed a complaint, also with The Justice Department INTELLECTUAL PROPERTY TASK FORCE.

39. EXhibit (NN) I contact the STATE OF GEORGIA CONSUMER COMPLAINT, concerning WIRE FRAUD, andINFRINGEMENT OF INTELLECTUAL PROPERTY, and FALSE ADERTISEMENT that BP, and CNN took part in finding help in sealing the 252 WELL.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AARON WALLACE                                      CIVIL ACTION

-vs-                                               No. 13-6153

BRITISH PETROULM
   ALL PARTIES                                     Section ""Mag""
      &
THE UNITED STATES
   GOVERNMENT,
      NPFC

(Witness and Exhibit Lists)

40. Exhibit (OO) Here is a letter from SEN. WICKER, after I ask him to help me with this very important matter. Also Congressmen PALAZZO.

41. Exhibit (PP) On this paper are a list of the companys that BP gave an open check book to, so they could develope the ideas, and concepts that infringe on from me.

42. Exhibit (QQ) Is a stack papers of layers that I talk to, no one wanted to go up against the OIL GAINT BP.

43. Exhibit (RR) Is a copy of my contractors license, and getting these license's I had to test for trade, and business law. I'm not a engineer, but I had to study engineering to get these, in the field, I work side by side with survey's, and engineer's.
   Studying business law, I know about BAD, DECPTIVE BUSINESS PRACTICE, that's why I did'nt want to realy do business without someone know what I was doing. I'm no attorney, but I can build a house from ground up, I can break down my 1969 Chevy truck by myself, and I can help THE OIL GAINT seal a blown-out well.

44. Exhibit (SS) Here is a paper weight, or a belt buckle, how ever you want to use it, this is what I do, help build AMERICA.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AARON WALLACE                                   CIVIL ACTION

-vs-                                            No. 13-6153

BRITISH PETROULM
  ALL PARTIES                                   Section ""Mag""
     &
THE UNITED STATES
  GOVERNMENT,
    NPFC

(Witness and Exhibit Lists)

45. (TT) The BLOW-OUT was "ALIEN/FOREIGN"to me, BP, the government & the rest of the industry. To be at the TRIAL, and hear the opening TESTIMONY, of how well the new TECHNOLOGY work was what I need to hear, I realy need to hear them say that.
    Because of the sleepless nights, the money that my mother spent, my time & effort as well as the effort others who were there for me. To see the damage to the ECO-SYSTEM & ENVIRONMENT, was hard to see. BP and the team had eight failed attemps, BP did'nt come up with this over night, nor did I, this evolved over a three to four week time frame. It took time for WILD WELDING to do what they were given to, and when to concept for STACKING CAP came to me I submitted them to BP, and they passed that on to CAMRON INT. BP though enough of my work, they offered me to join them, they offered me a job twice.
    At the time I was coaching my mom through MDA GRANT PROCESS, I had already started one house, and she was out state, and I was here with the kids. Also I was sick, and I'm still sick, I had to go to NORTH CAROLINA to address my illness. The second time BP offered me a job I told them that I could'nt, it was go to NORTH NORTH CAROLINA, my illness left me expose, and BP took advantage of.

Page-9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AARON WALLACE                                CIVIL ACTION

-vs-                                         No. 13-6153

BRITISH PETROULM
  ALL PARTIES
       &                                     Section ""Mag""
THE UNITED STATES
   GOVERNMENT,
     NPFC


(Witness and Exhibit Lists)

   This was foreign to as well as the rest, BP posted a reward for help, and I prayed about it, though back in time, and submitted my concepts to BP. Doing so BP rep.s told me that this was going to be taken of, and I was not going to need an attorney, I took them for their word, and they DECIVED me, and everybody, thats why I'm now taking CIVIL ACTION, I'v waited for BP to do the right thing, that's what have me press for time in having this case heard. I have'nt worked full time in 2 years trying to resolve this very important matter, I can'nt work in the feilds doing what I do and fight BP over this, REPRESENTING myself against BP, or anymatter is also foreign to as well.
   These pass few years have been hard on me as well as my four kids, for the past 2 years I'v been kicking cans to make it.
   Once in a while I'll get a days work, my kids and I have been living off my mom.


Date: 11/19/13

**Certificate of Service**
I hereby certify that I have served a copy of this document on all counsel of record either in person or my mailing it postage prepaid on this
19 day of Nov., 2013

Signature

Page-10

*Aaron Wallace*
AARON WALLACE
200 Mason Ct.
Ocean Springs
Ms., 39564
(228-818-4805)