UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| No. 12-970 | MAGISTRATE SHUSHAN |

**CLASS COUNSEL SUBMISSION OF PROPOSAL FOR MATCHING EXPENSES**

Eligible Business Economic Loss (BEL) Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class respectfully submit the following evidence in response to the Court's Order of November 15, 2013 [Doc 11861]:

**MAY IT PLEASE THE COURT:**

Class Counsel initially note that we continue to believe that the District Court and the Claims Administrator correctly interpreted and applied the Settlement Agreement, and that the recent submissions by Class Counsel and BP on remand confirm that no "matching" of expenses was ever discussed or intended.[1] In addition, for the reasons stated in Class Counsel's *In Camera* Submission,[2] Memo to the Claims Administrator dated October 23, 2013,[3] and Opposition to Amend Scheduling Order and Injunction,[4] Class Counsel do not believe that there should be: **(a)** additional efforts by the Program to attempt to "match" expenses in Accrual Basis

---

[1] *See generally* Class Submissions of November 6, 2013 [Doc 11804] and November 12, 2013 [Doc 11833], and BP Submissions of November 7, 2013 [Doc 11818] and November 12, 2013 [Doc 11836]. *See also,* Class Counsel Brief on the BEL Remand Issue [Doc 11862].
[2] Doc 11728-1.
[3] Doc 11728-7.
[4] Doc 11826.

Claims; **(b)** any attempts by the Program to "move" or "smooth" or otherwise reallocate the revenues recorded during the relevant Benchmark and Compensation Periods in Contemporaneous P&Ls;  or **(c)** any changes to the existing Policy regarding the interpretation and application of the Compensation Framework or the associated identification of eligible BEL Class Members as provided in Exhibit 4B.

At the same time, Class Counsel understand that the Court of Appeals' October 2nd Decision could be interpreted to suggest that at least some level of matching in Cash Basis Claims is likely required, and we understand the Court's desire to explore a potentially workable solution, in order to reduce further delays in the event that the Court unequivocally requires some additional level of matching in response to the Court of Appeals' remand.  It is in that spirit that Class Counsel respectfully submit the following Proposal regarding Expense Recognition.

Nevertheless, and out of an abundance of caution, Class Counsel respectfully note that this Proposal should not be construed as any type of waiver or admission.

With that preface, Class Counsel respectfully submit herewith:

1. Class Counsel's Proposal on Expense Recognition
2. Class Counsel's Statement regarding Revenue Recognition

This 21st day of November, 2013.

Respectfully submitted,

| | |
|---|---|
| _/s/   Stephen J. Herman_ | _/s/ James Parkerson Roy_ |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |

E-Mail: sherman@hhklawfirm.com  
*Co-Lead Class Counsel*

E-Mail: jimr@wrightroy.com  
*Co-Lead Class Counsel*

### **ECONOMIC & PROPERTY DAMAGES CLASS COUNSEL**

Joseph F. Rice  
MOTLEY RICE LLC  
28 Bridgeside Blvd.  
Mount Pleasant, SC 29464  
Office: (843) 216-9159  
Fax No. (843) 216-9290  
E-Mail: jrice@motleyrice.com

Brian H. Barr  
LEVIN, PAPANTONIO  
316 South Baylen St., Suite 600  
Pensacola, FL 32502-5996  
Office: (850) 435-7045  
Telefax: (850) 436-6187  
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit  
BREIT, DRESCHER & IMPREVENTO  
Towne Pavilion Center II  
600 22nd Street, Suite 402  
Virginia Beach, Virginia 23451  
Office: (757) 670-3888  
Telefax: (757) 670-3895  
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser  
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP  
275 Battery Street, 29th Floor  
San Francisco, CA 94111-3339  
Office: (415) 956-1000  
Telefax: (415) 956-1008  
E-Mail: ecabraser@lchb.com

Philip F. Cossich, Jr.  
COSSICH, SUMICH, PARSIOLA & TAYLOR  
8397 Highway 23, Suite 100  
Belle Chasse, LA 70037  
Office: (504) 394-9000

Robin L. Greenwald  
WEITZ & LUXENBERG, PC  
700 Broadway  
New York, NY 10003  
Office: (212) 558-5802  
Telefax: (212) 344-5461  
E-Mail: rgreenwald@weitzlux.com

Rhon E. Jones  
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P. C.  
218 Commerce St., P.O. Box 4160  
Montgomery, AL 36104  
Office: (334) 269-2343  
Telefax: (334) 954-7555  
E-Mail: rhon.jones@beasleyallen.com

Matthew E. Lundy  
LUNDY, LUNDY, SOILEAU & SOUTH, LLP  
501 Broad Street  
Lake Charles, LA 70601  
Office: (337) 439-0707  
Telefax: (337) 439-1029  
E-Mail: mlundy@lundylawllp.com

Michael C. Palmintier  
deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'  
618 Main Street  
Baton Rouge, LA 70801-1910  
Office: (225) 344-3735  
Telefax: (225) 344-0522  
E-Mail: mpalmintier@dphf-law.com

Paul M. Sterbcow  
LEWIS, KULLMAN, STERBCOW & ABRAMSON  
601 Poydras Street, Suite 2615  
New Orleans, LA 70130  
Office: (504) 588-1500

Telefax: (504) 394-9110  
E-Mail:  pcossich@cossichlaw.com

Robert T. Cunningham  
CUNNINGHAM BOUNDS, LLC  
1601 Dauphin Street, P. O. Box 66705  
Mobile, AL  36660  
Office:  (251) 471-6191  
Telefax: (251) 479-1031  
E-Mail:  rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy  
MORGAN & MORGAN, P.A.  
188 East Capitol Street, Suite 777  
Jackson, MS 39201  
Office: (601) 949-3388  
Telefax: (601) 949-3399  
E-Mail:  mike@mikespy.com

Calvin C. Fayard, Jr.  
FAYARD & HONEYCUTT  
519 Florida Avenue, SW  
Denham Springs, LA  70726  
Office:  (225) 664-4193  
Telefax: (225) 664-6925  
E-Mail:  calvinfayard@fayardlaw.

Ervin A. Gonzalez  
COLSON HICKS EIDSON  
255 Alhambra Circle, Penthouse  
Coral Gables, FL 33134  
Office: (305) 476-7400  
Telefax: (305) 476-7444  
E-Mail:  ervin@colson.com

Telefax:  (504) 588-1514  
E-Mail:  sterbcow@lksalaw.com

Scott Summy  
BARON & BUDD, P.C.  
3102 Oak Lawn Avenue, Suite 1100  
Dallas, TX  75219  
Office:  (214) 521-3605  
Telefax: (214) 599-1172  
E-Mail:  ssummy@baronbudd.com

Conrad S.P. "Duke" Williams  
WILLIAMS LAW GROUP  
435 Corporate Drive, Suite 101  
Maison Grand Caillou  
Houma, Louisiana 70360  
Office: (985) 876-7595  
Fax No. (985) 876-7594  
E-Mail: duke@williamslawgroup.org

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Submission will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 21st day of November, 2013.

/s/ Stephen J. Herman and James Parkerson Roy