# EXHIBIT 2

**[Proposed] Guidelines for Implementation of BEL Claims Processing Consistent with Fifth Circuit BEL Opinion**

**November 21, 2013**

# TABLE OF CONTENTS

Page

I.    Introduction ...................................................................................................1

II.   Five Steps for Evaluating BEL Claims for Matching Issues .................................2

      A.   Perform an analytical review to assess whether errors or irregularities or matching type issues are present in the BEL claim submission. ......................... 2

      B.   Attribute revenue to the month in which the appropriate earnings metric occurred, based on the revenue attribution guidelines appropriate for the particular business under review. ................................................. 4

      C.   Identify the corresponding variable expenses that relate to the revenue attributed to each month. ....................................................... 4

      D.   Perform the BEL computations using the correct revenue and corresponding variable expense data. ....................................... 5

      E.   Evaluate the preliminary BEL claim determination for consistency with economic reality. ............................................................ 5

III.  Conceptual Framework for Determining Revenue and Corresponding Variable Expenses 6

      A.   Revenue Attribution ................................................................. 6

           (1)   Short Earnings Cycle ....................................................... 7

           (2)   Long Earnings Cycles ..................................................... 10

                 (a)   Project or Job Based Earnings Cycle ........................... 11

                 (b)   Effort Based Earnings Cycle ..................................... 15

                 (c)   Time Based Earnings Cycle ...................................... 19

                 (d)   Market Presence ................................................. 22

      B.   Identification of Corresponding Variable Expenses .......................... 22

      C.   Non-Revenue Items ............................................................... 31

IV.   Appendix of Additional Examples ........................................................34

I.       **Introduction**

BP has developed a set of Proposed Guidelines for implementation of the Business Economic Loss (BEL) Framework (and other business economic loss frameworks, including Start-Up and Failed Businesses, collectively "BEL claims") in the wake of the Fifth Circuit's BEL Opinion.[1]  These Guidelines seek to provide specific guidance regarding processing of BEL claims that is consistent with (i) the language of the Settlement Agreement as (ii) interpreted in the BEL Opinion.

For claimants that establish a causal nexus to the spill,[2] the CSSP must determine Variable Profit in the pre-spill Benchmark Period and the post-spill Compensation Period by identifying for each period "the monthly revenue over the period" and subtracting therefrom the "corresponding variable expenses . . . over the same time period."  (Settlement Ex. 4C.)  The difference in Variable Profit between the 2010 Compensation Period selected by the claimant and the Variable Profit over the comparable months of the Benchmark Period is the Step 1 BEL compensation.

Measuring actual economic losses in a manner consistent with a traditional lost profits framework and that reflects economic reality is the starting point for a plan to properly implement the BEL Opinion.  BP's plan therefore uses this starting point as the overarching frame within which the other aspects of BEL implementation must fit.  Thus, BP's Proposed Guidelines focus on whether the end result is effective for achieving a traditional lost profits measure consistent with economic reality.

The Guidelines seek to implement an "accrual-style framework" that identifies monthly revenue and corresponding variable expense to calculate monthly variable profit in accord "with economic reality."[3]  As discussed further below, the Guidelines are based on FASB Concept Statement No. 6, cited by the Fifth Circuit, defining revenue as the enhancement of the business's assets based on earnings activities during the period, and focus on identification of revenue drivers which approximate these earnings.

Thus, BP has developed an approach that achieves a proper determination of revenues and corresponding variable expenses consistent with measuring actual economic losses, by using easy to apply concepts that are consistent with both the measurement of economic loss and widely accepted accounting practices.  In addition, we remain open to similar alternative proposals that achieve the end goal of reliably identifying monthly revenue and expenses and determining actual economic losses.

---

[1]  *See In re Deepwater Horizon*, 732 F.3d 326 (5th Cir. 2013) (hereafter "BEL Opinion").

[2]  The BEL Ruling also addresses causation, stating that if a claimant "has no colorable claim that the loss was caused by the spill, it also lacks standing and cannot state a claim."  *See* BEL Opinion, 732 F.3d 326, 340.  Thus, the class cannot include "members that had not sustained losses at all, or had sustained losses unrelated to the oil spill."  *Id.* at 343.  These Guidelines do not address the nexus and class membership issues that are addressed in BP's other court filings on those issues.

[3]  *Id.* at 337, 339.

We discuss below the key provisions of the BP Guidelines including the basic steps required for evaluation of BEL claims, the conceptual framework for revenue attribution and identification of corresponding variable expenses, and some of the procedural issues that should be considered in connection with a proper implementation of the BEL Opinion.

## II.   Five Steps for Evaluating BEL Claims for Matching Issues

The proper processing of BEL claims consistent with the above principles can be done in a practical and efficient manner by the CSSP Accounting Vendors.  There are several basic steps that should be followed to perform the Compensation calculation.  This is not a process that must be mechanically followed in every instance, but a description of the logical steps in the process. The five basic steps are:

- Perform an analytical review to assess whether errors or irregularities or matching type issues are present in the BEL claim submission.

- Attribute revenue to the month in which the actual economic activity occurred, based on the revenue attribution guidelines appropriate for the particular business under review.  Review for causation under Exhibit 4B.

- Identify the corresponding variable expenses that relate to the revenue attributed to each month.

- Perform the BEL computations using the correct revenue and corresponding variable expense data.

- Evaluate the preliminary BEL claim determination for consistency with economic reality.

These summary steps do not attempt to describe every task that the BEL claim reviewer will and must perform.  The CSSP must, of course, detect irregularities, errors, fraud, and, in the first instance, determine whether a causal nexus to the Oil Spill exists.

### A.   Perform an analytical review to assess whether errors or irregularities or matching type issues are present in the BEL claim submission.

After a BEL claim file has been received and initial processing[4] has occurred, it should be assigned to an appropriately trained professional accountant for evaluation of the claim.  The first step that should be done by the professional accountant is an analytical review of the available information about the business.  This analysis should be performed using data analysis and metrics that could be generated by using computer assisted techniques.  The "Declaration Tab" of the financial data analysis model developed by the Accounting Vendors could also serve as a tool for developing initial data metrics for review.

---

[4]   We do not address here the details of initial processing of claims, which should include appropriate inquiries along with error and fraud prevention and detection procedures.

A variety of metrics can be generated to help the professional accountant discern whether a matching problem may exist. *See, e.g.*, October 9, 2013 Declaration of Hal Sider (Doc. No. 11726-8) (identifying metrics); October 25, 2013 Declaration of Patrick Juneau ("Juneau Declaration") (Doc. No. 11741) (identifying seven criteria to be used for identifying matching issues); November 7, 2013 Declaration of Hal Sider (Doc. No. 11819-3) (proposing modest changes to the screens used by CSSP). The screens and triggers proposed by BP and by the CSSP to identify potential matching issues can be used as part of the initial analytical review. For example, identifying monthly revenue as a percentage of the annual revenue is a useful method for identifying recorded revenue spikes that should be flagged for further review. Negative variable profit margins or wide variation in profit margins also can serve as appropriate flags for further investigation. While the current tools developed by the Accounting Vendors should be quite useful to this effort, they are not the only data metrics that should be used. In addition, the Accounting Vendors should continually review and monitor the effectiveness of the data analysis tools they use and identify additional metrics that may prove useful.[5]

In addition to generating the data analysis and metrics, an analytical review can make use of charts and graphics to help review data over the Benchmark and Compensation Periods. For example, the Accounting Vendors can develop charts for each claim file with a graph of the monthly revenue and monthly variable profit margin percentage during the Benchmark and Compensation periods based on the claimant's data. Often, it is easy to see potential matching issues when viewed in the form of a graphical depiction.

The professional accountant must also make an effort to understand the claimant's business and review information in the claim file and/or readily available documents to help inform the review for matching issues. It would be helpful for the CSSP Accounting Vendors to organize the review teams around common business characteristics such as business type or size, and to have industry and other technical specialists available to review particular issues and common problems.

The professional accountant, along with more senior reviewers, should exercise their judgment about whether matching issues exist. For example, companies that sell products (as opposed to services) should have certain accounts related to inventory and costs of goods sold. The professional accountant reviewing the file should be attentive to whether the amounts recorded in the costs of goods sold account are reasonable in the context of the claimant's financial statements and are consistent with expectations for that particular business. Similarly, if the business is a franchise that pays a franchise fee that is a consistent percentage of total sales, then the reviewer should be alert for anomalies in the monthly expense for that line item. Again, computer assisted techniques can be used to help with a review of all line items in the P&L statements to identify matching issues.

As part of the review, the professional accountant should be taking standard steps such as comparing sales tax returns to monthly sales, and similar reconciliations of information from the annual tax returns and other information. Many of these steps can be assisted through data metrics provided by utilizing computer assisted techniques.

---

[5]  *See* Nov. 7, 2013 Sider Declaration (Doc. No. 11819-3) at ¶¶ 8-10.

The professional accountant reviewing the file should follow up on matching issues identified by contacting the claimant or claimant's accountant as required and making additional inquiries, seeking documents the CSSP is entitled to under Exhibit 4A, and performing any other research that may help with identification of the matching issue and the proper manner of fixing the issue.

Once appropriate information is obtained to help address any issues identified, the professional accountant can proceed with the evaluation of the BEL claim by following the additional steps below.

B.      **Attribute revenue to the month in which the appropriate earnings metric occurred, based on the revenue attribution guidelines appropriate for the particular business under review.**

The CSSP accountant reviewer should make a determination of the proper amount of revenue to be attributed to each month in the relevant Benchmark and Compensation Periods. Revenue attributed to a month can be determined based on metrics that correspond to the earnings activities of enhancing assets over time, which we explain further below.  *See* III.A, *infra*.  The specific metrics used to determine asset enhancement over time, and thus revenue attributed to a given month, will vary by industry.  However, in many instances the nature of asset enhancement and the basis for revenue attribution should be apparent from a review of the file.  In addition, if an erroneous entry was made to revenue in a particular month, and was corrected in a later month, then the steps to attribute revenue to the correct month often will be apparent to the accountant reviewer.  Or, if a cash receipt representing a deposit from a customer was recorded as revenue, instead of as an obligation of the business, then the accountant reviewer should take steps to make sure the final determination of revenue does not include the improperly recorded amount.

The causation requirement under Exhibit 4B should be evaluated once a final determination of proper revenue attribution has been completed.

We provide further explanation and examples below, and in the Appendix.

C.      **Identify the corresponding variable expenses that relate to the revenue attributed to each month.**

After revenue is properly attributed to each month, the accountant reviewer should make a determination about whether the corresponding variable expenses have been properly identified and attributed to the month when the related revenue was attributed.  The term "variable expenses" is defined in Exhibit 4C in the language describing the Variable Profits calculation, and in Exhibit 4D.

The phrase "corresponding variable expenses" means the Variable expenses that are related to the revenue attributed to the period under consideration.  *See* BEL Opinion at 18.  Only properly identified corresponding variable expenses should be used in computation of Variable Profit.  Expenses that are not "variable" as defined by the parties should not be included in the calculation of Variable Profit, and expenses that do not relate to revenue earned in the relevant month should not be used to calculate Variable Profit for that month.  Appropriate adjustments to

payroll expenses should also be made, in accordance with the agreed upon approach reflected in Exhibit 4C.

Often the accountant reviewer will be able to determine the nature of the matching issue based on the specific details presented by the particular claim under review.  For example, a claimant may have made a correcting or "true up" entry in a single month that reflects activity over a several month period.  By obtaining the details from the claim file or through follow up with the claimant, the professional accountant should be able to readily determine the proper treatment for those corresponding variable expenses and attribute them to the correct months. Other times, the accountant reviewer will have to make attributions of corresponding variable expenses based upon guidelines developed for businesses of that type or business model, as discussed further below.

We provide examples in the Appendix and below illustrating these observations.

D.     **Perform the BEL computations using the correct revenue and corresponding variable expense data.**

Once revenue is properly attributed to the correct months, and the corresponding variable expenses have been identified and attributed to the correct months, the CSSP accountant reviewer can calculate the amount of base compensation pursuant to Step One and Step Two of Exhibit 4C.  This process can be automated, using computer assisted techniques, and can include the use of computational algorithms to identify the maximum amount of compensation the claimant may be entitled to, based upon the properly attributed revenues and corresponding variable expenses.

E.     **Evaluate the preliminary BEL claim determination for consistency with economic reality.**

The claims determination conducted by the initial accountant reviewer should be reviewed by a more senior professional with appropriate training and experience in the underlying issues raised by the claim before it becomes ready for final processing.  This supervisory review should include an analytical review of appropriate metrics, a review of any significant determinations that were made concerning revenues and corresponding variable expenses, and a review of any red flags or special industry or other technical concerns that are common among businesses of that type, size, and geographic location.  The level of attention and time spent on a review should be appropriately tailored to the size and complexity of the claim.

Divergence between BEL base offer amounts and losses suffered by claimants in the post-spill period are indicators of both matching problems and losses that fail to approximate economic reality.  Therefore, claims with base offers that are materially larger than the losses in variable profits suffered by the claimant after the spill should be re-reviewed.  The CSSP should compare Step 1 losses it determines with the loss in claimant's variable profits during the post-

5

spill period, and Step 1 offers that are materially in excess of this benchmark should be subject to a re-evaluation.[6]

The supervisory review also must include a final causation review under Exhibit 4B, using the correctly attributed revenue amounts, if there are any additional changes.

Once the supervising professional accountant has become satisfied that the revenues and corresponding variable expenses have been properly attributed and all issues resolved in a satisfactory manner, the claim determination can proceed for final processing.

## III.   Conceptual Framework for Determining Revenue and Corresponding Variable Expenses[7]

### A.   Revenue Attribution

As noted, the CSSP must develop rules for revenue attribution to specific months.  The Guidelines propose that revenue attribution rules should be based on objective indicators that correspond to the asset enhancement process, and thus the timing of when revenue is earned.[8] The Guidelines refer to these indicators as "revenue drivers."[9]  It is necessary to determine when revenue was earned in order to ensure that the Variable Profit calculation results in a calculation of losses that reflect economic reality.  The focus on revenue drivers is also consistent with the definition of revenue used in the accounting literature, in particular SFAC No. 6.  Thus, revenue drivers result in the measure of "asset enhancement" that is part of the basic definition of revenue.

The appropriate revenue drivers and revenue attribution rules vary by industry and firm, but are all based on widely understood economic and accounting concepts and practices.  For

---

[6]  *See* October 9, 2013 Sider Declaration (Doc. No. 11726-8), ¶¶ 19-20, which states that "a useful method of identifying offers that rely on data that do not properly match monthly revenue and corresponding variable expenses is to identify claims for which the CSSP's base offer is unrealistically large relative to the decline in variable profits. . . . A BEL offer which implies that a claimant's 2010 variable profit in the absence of the spill would have been at least 25% greater than the claimant's variable profit in the Benchmark Period is defined here (and in my March 14 declaration) as a 'disproportionately large' offer.  The existence of a disproportionately large offer is a strong indicator that the CSSP is compensating claimants for artificial losses due to reliance on financial data that do not properly match monthly revenue with corresponding variable expenses."  Sider's economic logic and analysis has not been challenged by the PSC.

[7]  The CSSP Accounting Vendors must exercise judgment about the level of complexity and size of a claim and implement the suggested rules in a practical manner that does not add undue complexity to processing smaller claims.  These Guidelines are written with a view towards the correct analysis of significant claims, and BP recognizes that some more expeditious procedures may be applied to less complex or smaller claims.

[8]  SFAC No. 6, which the Fifth Circuit cited in the BEL Opinion, *see* 732 F.3d at 333, defines revenues as "enhancements of assets of an entity" from "activities that constitute the entity's ongoing major or central operations."  Asset enhancing activities are the work a business does or the costs it incurs that give rise to the right to receive cash or other consideration.  Those asset enhancing activities that constitute the business's major or central operations are referred to in this document as the business's revenue drivers.

[9]  *See* Horngren, Charles T., Srikant, M. Datar, and George Foster, Cost Accounting: A Managerial Emphasis 11th Edition, at 62.

example, the rules for an entity in the construction business will be different from the rules for a restaurant, even though the overarching goals and principles are the same. At the same time, there are commonalities among businesses in different industries due to similar business models and earnings cycles which are discussed further below. Thus, for consistent application, the revenue attribution rules can be organized into general categories by grouping different types of businesses that have similar earnings cycles.

The Guidelines reflect common approaches for revenue attribution based on different earnings cycles. Accurate evaluation of asset enhancing activities within a particular period and attribution of revenue to particular months can be accomplished by identifying the claimant's type of business and the process by which revenue is generated, which we refer to as the claimant's earnings cycle.[10]   An earnings cycle is the process a business engages in from the acquisition of basic inputs like employee labor and raw materials, through the activities that create the product or service, the selling of the product or service, and consequently the increase in the assets of the entity, ultimately resulting in the collection of cash. The Guidelines use the concept of earnings cycles as a method of grouping businesses with similar earnings activities for consistent treatment in accordance with measuring actual economic losses. There may be other acceptable approaches to grouping businesses for consistent treatment.

The actual collection of cash will often occur substantially after the earnings activity, but may also occur prior to the earnings activities (for example, an advance payment). Earnings cycles differ based on different business models, and in some cases, earnings cycles can vary across firms within an industry. At the same time, businesses in different industries can often have similar earnings cycles. It is possible to develop practical and workable rules for attributing revenue to months for businesses in a variety of industries by focusing on the business's earnings cycle. The following are several categories of business earnings cycles that could be used for organizing and identifying objective revenue drivers consistently across different categories of businesses. These categories are not intended to be exhaustive, but result in identification of revenue drivers that are consistent with basic accounting and economic concepts across industries:

### (1)    *Short Earnings Cycle*

For businesses with short earnings cycles, the asset enhancing activity that drives revenue and the delivery of the product or service takes place over a short period of time, often within one month.[11]   Industries that typically have short earnings cycles include, but are not limited to, traditional manufacturers, retail, wholesale and distribution, healthcare, tourism and hospitality, and bars and restaurants. The revenue drivers for businesses with short earnings cycles are

---

[10]   *See* November 7, 2013 Declaration of John Davis ("KPMG Declaration") at ¶ 15. The KPMG Declaration helps demonstrate that the positions taken by BP are supported by widely understood and accepted accounting practices. The KPMG Declaration was removed from the record by Magistrate Shushan, (Doc. No. 11827), and BP intends to file its objections and a motion requesting the court to reverse that order. Nevertheless, the economic and accounting concepts that ground BP's proposed guidelines remain in place and the Guidelines reflect an approach that flows logically from the BEL Opinion.

[11]   *See* KPMG Declaration at ¶ 16.

generally when services are rendered or when goods are delivered, which often coincides with the point of sale. As a result, monthly revenue attribution in these industries can often be based on daily cash register totals, shipping records, or similar indicators that the delivery of the product or service occurred. The following are brief descriptions of the revenue attribution rules that would generally apply to several types of businesses with short earnings cycles.[12] However, the CSSP Accounting Vendors should also exercise judgment about whether a particular business should be treated under the Short Earnings Cycle category or whether the facts and circumstances may warrant an alternate treatment in a specific case.

**Retail Businesses.** Retail businesses offer goods and services for sale to customers and the revenue driver is the value exchanged at the point of sale or delivery of the asset. For these businesses, the earnings cycle is generally relatively short, often completed within a few days and within a month's time. Parts of the retail sector are highly cyclical and seasonal; for many retail stores, much of the year's revenue is generated in the one to two month period leading up to Christmas and the subsequent sales period that typically follows; other retailers may have revenue cycles that coincide with tourist cycles.

Because the major effort in retailing is contemporaneous with the revenue generating transactions, there are very limited special considerations that would distinguish the timing or measurement of revenue attribution by a retailer. Revenue should be attributed to relevant months based on the amounts exchanged at the point of sale and delivery. This is likely to closely correspond to the receipt of cash or a claim to cash (e.g., a check or credit card transaction). Here, the timing of sales approximates the asset enhancement provided by the retailer—the product display and the transaction services provided by the retailer.

Customers may pay for their purchases either by cash or credit, but neither the form of payment nor the timing of the payment should impact the months to which the revenue is attributed – revenue is attributed at the point of sale, when services are provided or the goods delivered. The CSSP should be able to identify the period to which revenue should be attributed as most retailers should maintain contemporaneous records in the form of daily sales reports or point of sales reports which summarize all sales activity transacted within the day or other defined period.

**Traditional Manufacturing**. For businesses in the manufacturing industry, the revenue drivers are the manufacturing process and the materials, labor, and other direct and variable costs incurred in that process. Traditional manufacturing includes businesses that acquire raw materials and other resources and engage in various on-going processes to produce goods for sale. Revenue-earning activities involve producing the goods for eventual transfer to the customer. Revenue for traditional manufacturers from the sale of goods should be attributed by the CSSP to the months when the goods were shipped to customers, which reflects the enhancement of an asset at that time.[13]

---

[12]   We do not intend to catalogue all businesses with short earnings cycles. However, we generally would expect that businesses in the above-noted areas would be evaluated under this category.

[13]   The CSSP could attempt to attribute revenues from the sale of goods to the months the goods were produced but we believe this approach is not appropriate because linking sold goods to the month they were produced is

*(Cont'd on next page)*

8

**Example of a Short Cycle Business with a Revenue Matching Issue**.[14]

The revenue attribution rules for businesses with short earnings cycles are straightforward and the CSSP Accounting Vendors may find that there are fewer matching problems with this category of claimants with respect to revenue attribution. Nevertheless, short cycle claimants can have matching issues from improper recording of revenue. For example, the chart below shows a short cycle business that has negative revenue in December. This recorded spike would result in a review for matching based on the analytical review procedures that should be a part of every BEL claim evaluation. It also would be flagged by one of the seven criteria for screening identified in the Juneau Declaration.



Upon investigation, the claim reviewer accountant determines that the reason for the negative revenue was that a one-time correcting entry was made in December to correct an error that overstated revenue in November. To correct that for proper attribution of revenue, the claim

*(Cont'd from previous page)*

burdensome and does not provide a significantly better measure of the asset enhancing activities of a manufacturing business in a given month.

[14]   All of the examples described herein are based on hypothetical data. For examples using actual data from claimant files, see the attached Appendix.

reviewer accountant would remove the negative revenue from December, and attribute it to November, in accordance with the information learned from the claimant's sales tax records. The following panel illustrates the original revenue pattern, and the correction.

**Example 1.2**
**Short Earnings Cycle Claimant with Misreported Revenue**

- Negative revenue in December. Claimant indicates to CSSP that this is caused by a correction to revenue that was originally recorded in November.
- CSSP asks claimant to produce documentation to resolve the error problem such as: sales tax returns, sales records.
- Based on sales tax records, CSSP corrects the error.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Claimant-Submitted P&L Data Before Matching:* | | | | | | | | | | | | | |
| Uncorrected Revenue | 50 | 55 | 75 | 80 | 80 | 110 | 140 | 125 | 100 | 75 | 135 | (25) | 1,000 |
| % of Annual | 5% | 6% | 8% | 8% | 8% | 11% | 14% | 13% | 10% | 8% | 14% | -3% | 100% |
| Variable Expenses | 25 | 25 | 40 | 45 | 45 | 60 | 60 | 55 | 50 | 35 | 35 | 25 | 500 |
| | | | | | | | | | | | | | |
| *Claimant-Submitted P&L Data After Matching:* | | | | | | | | | | | | | |
| Revenue from Sales Tax Return | 50 | 55 | 75 | 80 | 80 | 110 | 140 | 125 | 100 | 75 | 60 | 50 | 1,000 |
| Corrected Revenue | 50 | 55 | 75 | 80 | 80 | 110 | 140 | 125 | 100 | 75 | 60 | 50 | 1,000 |
| % of Annual | 5% | 6% | 8% | 8% | 8% | 11% | 14% | 13% | 10% | 8% | 6% | 5% | 100% |
| Variable Expenses | 25 | 25 | 40 | 45 | 45 | 60 | 60 | 55 | 50 | 35 | 35 | 25 | 500 |

### (2)      Long Earnings Cycles

In contrast to short earnings cycle business models, a variety of other industries have long earnings cycles in which asset enhancement occurs over several periods and therefore asset enhancement is not well approximated by focusing on the delivery of the product or services. This includes industries such as construction, agriculture and professional services, including law firms, among others.

As mentioned above, SFAC No. 6, which the Fifth Circuit cited in its opinion, defines revenues as "enhancements of assets of an entity" from "activities that constitute the entity's ongoing major or central operations."  As noted above, asset enhancing activities are the work a business does or the costs it incurs that give rise to the ultimate right to receive and collect cash or other consideration.  The SFAC No. 6 definition provides a foundation for accounting in industries in which multiple time periods are required for producing products and services.  For example, under percentage of completion accounting, which is widely used in construction and related industries which involve long-term projects, revenue in a given time is attributed based on the percentage of a project that is completed in that given time period.

Attribution of revenue from a longer-term project or service to a single point in time would be inconsistent with economic reality because it deviates from the basic principle that asset enhancement in "long-cycle" or long earnings process industries occurs over time.  Just as receipt of cash does not identify when revenue was earned and so fails to reflect economic reality, attribution of revenue from a longer-term construction project to a single date would fail to reflect economic reality; so too would attribution of revenue to a single date for farms and professional services firms which likewise have long earnings cycles or processes.[15]

---

[15]   *See* Richard Dietrich Declaration (Doc. No. 8964-5) ¶¶ 12, 26, 28; Roman Weil Declaration (Doc. No. 8964-5) at lines 202-236.

These principles apply across all firms characterized by a "long cycle" earning process. However, because the nature of the production process varies across industries and firms, the revenue drivers applied to approximate the asset enhancement process over time varies across firms and industries. In these types of businesses, asset enhancement (and thus revenue earned) occurs over an extended period. The following are subcategories of approaches for identifying revenue drivers based on particular characteristics of earnings cycles that are common to many businesses with long earnings cycles:

    (a)  *Project or Job Based Earnings Cycle*

Job or project based revenue generating activities are generally based on arrangements with customers to produce an asset (e.g., construction of an office building, shopping complex, hotel) over several periods.[16] Asset enhancement for these businesses can be determined using revenue drivers that measure the progress made towards completion. Compensation for such activity is generally based on specific contract arrangements such as the completion of the asset; however, value is created throughout the creation or building process. The primary revenue driver is the progress or percentage-of-completion achieved. This can be measured by the current direct costs incurred relative to the total estimated cost (input method) or the units of completion relative to the total units required (output method).

For example, consider a construction contractor that had a $30,000 contract that had a cost of $20,000 and spanned three months from July through September 2010. In July 2010 the contractor incurred $10,000 in costs. Dividing $10,000 by the total cost of $20,000 yields a percentage-of-completion factor of 50%. This means the CSSP should attribute 50% of the total revenue of $30,000 from the project to July 2010, or $15,000. In August and September 2010, the contractor incurred costs of $5,000 each month. The CSSP should attribute $7,500 as revenue in each August and September; 25% of the $30,000 contract value each month. The timing of the receipt of $30,000 does not impact the attribution of revenues. The CSSP should ensure that the total amount of revenue measured for each project is attributed to each month in direct proportion to the relative amount of direct costs of material and labor used or other measure of progress toward completion during that month on that project.

---

[16] *See* KPMG Declaration at ¶ 17.

**Example of Project-Based Earnings Cycle Claimant with Revenue Matching Issue**

The following chart illustrates a claimant, such as a construction company, that should be evaluated using the percentage of completion approach appropriate for a project-based earnings cycle.   The chart shows the reported monthly revenue over a one-year period, including a revenue spike of over 30% in the month of September.   A spike of this size should come to the attention of the reviewing accountant and be reviewed in more detail for matching issues.   It would also be flagged by at least one of the seven criteria in the Juneau Declaration.



The claim reviewer accountant would make inquiries by reviewing the file or contacting the claimant.   Assume that the claimant provides information to show that the recorded September revenue spike relates to a cash payment from a customer at the completion of a six month project.   The claim reviewer accountant should ask the claimant for documentation, pursuant to Exhibit 4A, reflecting the usual and customary documents that a business of this type would have, and use that documentation to determine the percentage of completion of the project for each month.   The following chart illustrates the original revenue pattern and the corrected revenue pattern.   The example assumes that the claimant provided information to show that the project progressed 10% during April, 20% during May through August, and the final 10% in September.

**Example 2.2**
**Long Earnings Cycle Claimant with Revenue Spike**
**Project / Job-Based Earnings Cycle**
**Matching Implementation Based on Claimant-Provided Information**

- Spike in revenue in September due to $250 cash payment from customer upon completion of long-term project resulting in $300 total revenue for the month.
- CSSP asks claimant to produce documentation to resolve the matching problem such as: job-level expense reports, progress-completion reports, etc.
- Based on documents provided by the claimant, CSSP determines the percent of completion for the project by month over the life of the project (April-September).
- Matching problem is resolved by attributing the revenue for the project by month based on the percent of completion.

| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Claimant-Submitted P&L Data Before Matching:* | | | | | | | | | | | | | | |
| Revenue | | 75 | 60 | 65 | 50 | 55 | 65 | 70 | 55 | 300 | 70 | 75 | 60 | 1,000 |
| % of Annual | | 8% | 6% | 7% | 5% | 6% | 7% | 7% | 6% | 30% | 7% | 8% | 6% | 100% |
| Variable Expenses | | 40 | 30 | 35 | 40 | 45 | 50 | 55 | 45 | 50 | 40 | 35 | 35 | 500 |
| | | | | | | | | | | | | | | |
| *Claimant-Submitted P&L Data After Matching:* | | | | | | | | | | | | | | |
| Revenue from Long-Term Project | A | | | | | | | 250 | | | | | | |
| Percent of Completion for Project | B | | | | 10% | 20% | 20% | 20% | 20% | 10% | | | | |
| Matching Correction | C=A*B | | | | 25 | 50 | 50 | 50 | 50 | 25 | | | | 250 |
| All Other Revenue | D | 75 | 60 | 65 | 50 | 55 | 65 | 70 | 55 | 50 | 70 | 75 | 60 | 750 |
| Corrected Revenue | E=C+D | 75 | 60 | 65 | 75 | 105 | 115 | 120 | 105 | 75 | 70 | 75 | 60 | 1,000 |
| Variable Expenses | F | 40 | 30 | 35 | 40 | 45 | 50 | 55 | 45 | 50 | 40 | 35 | 35 | 500 |

The following line graph illustrates the difference in revenue patterns from the original submission to the final determination containing properly attributed revenue.



If the claimant is unable to provide documentation sufficient to reasonably calculate the percentage of completion for the projects over the relevant months, then the CSSP could

consider a solution in appropriate cases of attributing the annual revenue ratably over the months in proportion to the variable expenses incurred.  The following panel and chart illustrate the effects of that solution:

**Example 2.4**
**Long Earnings Cycle Claimant with Revenue Spike**
**Project / Job-Based Earnings Cycle**
**Matching Implementation Based on Monthly Variable Expenses**

- Spike in revenue in September due to cash payment from customer upon completion of long-term project.
- CSSP asks claimant to produce documentation to resolve the matching problem such as: job-level expense reports, progress-completion reports, etc.
- Claimant is unable to provide documentation sufficient to correct the spike and attribute it by month.  CSSP verifies that reported variable expenses are reliable and consistent with economic reality.
- CSSP implements matching by taking annual revenue and attributing it by month based on monthly share of variable expenses.

| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Claimant-Submitted P&L Data Before Matching:* | | | | | | | | | | | | | | |
| Revenue | | 75 | 60 | 65 | 50 | 55 | 65 | 70 | 55 | 300 | 70 | 75 | 60 | 1,000 |
| % of Annual | | 8% | 6% | 7% | 5% | 6% | 7% | 7% | 6% | 30% | 7% | 8% | 6% | 100% |
| *Claimant-Submitted P&L Data After Matching:* | | | | | | | | | | | | | | |
| Variable Expenses | A | 40 | 30 | 35 | 40 | 45 | 50 | 55 | 45 | 50 | 40 | 35 | 35 | 500 |
| % of Annual | B=A/Annual | 8% | 6% | 7% | 8% | 9% | 10% | 11% | 9% | 10% | 8% | 7% | 7% | 100% |
| Annual Revenue | C | | | | | | 1,000 | | | | | | | |
| Corrected Revenue | D=B*C | 80 | 60 | 70 | 80 | 90 | 100 | 110 | 90 | 100 | 80 | 70 | 70 | 1,000 |



**Example 2.5**
**Long Earnings Cycle Claimant with Revenue Spike**
**Project / Job-Based Earnings Cycle**
**Matching Implementation Based on Monthly Variable Expenses**

Spike in revenue in September caused by cash payment at completion of six-month project. Spike is corrected by attributing annual revenue by share of monthly variable expenses.

14

(b)  *Effort Based Earnings Cycle*

Asset enhancement in several other industries can be determined by the entity's efforts, which these Guidelines describe as an "effort based" earnings cycle. For these businesses, revenue drivers are based on the amount of effort expended by the employees of the entity, or other similar measure.[17]  Revenue should be attributed by identifying objective and reliable data related to the effort expended and apportioning that revenue to the months when the effort was expended. Many professional service businesses fall into this category, including law firms. Law firms are discussed in more detail below followed by an illustration of a matching issue for an hours-based professional services firm and another example for a contingent fee law firm that is unable to provide hours-based documentation.

**Professional Services – Law Firms**

The revenue driver for law firms is the amount of effort expended on its matters by the professionals working at the firm. For example, law firms provide legal advice and services to clients and commonly are compensated under two alternative methods. Some law firms are paid by their clients for services rendered, often on an hourly rate basis. Other law firms engage in client work on a contingent basis, and are paid when an event occurs such as when a final judgment is entered in favor of the client, or a settlement is reached. The precise arrangements will vary among law firms of different sizes and practice specialties. For many law firms that bill clients for hours worked, revenue relating to specific periods can be identified by the amount billed and ultimately collected for legal effort provided in a specific month.

For contingent fee law firms, the amount of revenue to be obtained on a matter may have been uncertain during the Benchmark and Compensation Periods, but may in fact be known as of the date the claim is being reviewed by the CSSP. Therefore, the total amount of revenue collected on many or most contingent fee matters can be determined.[18]

To attribute revenue, the CSSP should identify the most objective measure of the total effort expended by the attorneys and other professionals during each month, which usually should be the amount of total hours spent by the attorneys and other professionals. Revenue should be attributed to months for law firms based on the firm's total effort during those months as indicated in billings sent to clients.

The CSSP may find that for some law firms, particularly contingent fee law firms, hours-based records are unavailable. Under such circumstances, another objectively reasonable measure should be selected in order to identify the earnings activity, such as the time elapsed between the start and conclusion of a particular case. For example, for contingent fee law firms that may not have hourly records sufficient to objectively identify the firm's overall activity, the

---

[17] *See* KPMG Declaration at ¶ 18.

[18] There may be instances where contingent fee work was performed during 2010 for which a fee  has not been collected, but for which the value of the effort can be reasonably estimated consistent with standard lost profits methods commonly used in litigation involving law firms as parties. *See Due v. Due*, 342 So. 2d 161, 166 n.5 (La. 1977).

revenue from such a matter could be reasonably attributed on an equal monthly basis over the time period during which the legal matter occurred, from inception to conclusion of the matter.

Law firms often receive payments in periods before or after the efforts to generate the revenue are expended.  Where payments are received in advance of work performance, such payments represent obligations or liabilities of the law firm and do not constitute asset enhancements until the services are performed that entitle the service firm to payment. Therefore, any cash received in advance on a matter should be attributed as revenue to the months in which effort was expended on the matter as measured by hours worked.  Where payments are received after the effort is expended, revenue should be attributed in the same way, based on the hours worked on a matter in a given month, or alternatively, as discussed above in appropriate instances.

Examples of circumstances that may impact the timing of the performance of the professional services, and therefore impact the period in which asset enhancement occurs include:

a) Seasonality of work (e.g., some law firms may reflect patterns aligned with tourist activities or vacation seasons) will impact when the service is performed during the year.

b) Contingency payments or payments based on the outcome of service engagements are received after services are rendered and after the outcome of the service is determined.  Although the outcome and therefore collectability of fees from contingent fee engagements cannot be determined with certainty until a successful result or outcome has been achieved, the CSSP will generally have the benefit of hindsight in determining whether the efforts in a period were productive of revenue.

c) Advance payments or retainers are received prior to services performed.  In this type of service arrangement, the client signs a professional service agreement and pays a specified retainer fee that is used to "bill against" as services are performed.  Any unused retainer is, as often required by law, refunded to the client.  In this type of arrangement, revenue is attributed to months based on when services are performed.

d) Revenue from specific or completed performance arrangements that are driven by milestones or accomplishment of multiple tasks should be attributed to the period of performance notwithstanding that the payments may not be billed until a defined milestone has been achieved.

**Example of Efforts Based Earnings Cycle Claim – Professional Services Firm with Matching Issues**

The following panel and chart illustrate an example of a professional service firm (CPA firm) that has a recorded revenue spike in May, reflecting revenue that is 21% of the annual revenue.  That recorded revenue spike should result in further review by the claim reviewer accountant for matching issues.  The revenue spike will also be flagged by one or more of the seven criteria in the Juneau Declaration.  Upon further inquiry, which should be required due to the identification of matching issues, the claim reviewer accountant learns that the recorded spike

16

is caused by cash payments from clients relating to increased activity during tax season. Professional service firms are often characterized by high margins (i.e., variable expenses are low relative to revenue earned). In such firms, variable expenses may not provide a reliable basis for approximating the effort expended by the firm in generating revenue in a given period. However, information on hours worked by professionals in such firms provides a reliable gauge to a firm's effort over time and thus can serve as a reliable revenue driver in attributing revenue. The CPA firm provides its payroll records sufficient to indicate the hours worked each month. The panel below shows the original uncorrected monthly revenue and the corrected monthly revenue that is attributed based on the proportion of monthly hours to total hours for the year. The line graph that follows shows a graphical depiction of the same information.

**Example 3.1**
**Long Earnings Cycle Claimant with Revenue Spike**
**Effort Based Earnings Cycle / CPA Firm**

- Revenue spike in May exceeds 20% of annual revenue, which meets CSSP's proposed threshold.
- Claimant indicates that spike is caused by receipt of payment for services rendered during tax season. Claimant provides payroll documents indicating hours billed by month.
- CSSP uses the documentation provided by claimant to match revenue to appropriate months based on effort.

| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Claimant-Submitted P&L Data Before Matching:* | | | | | | | | | | | | | | |
| Uncorrected Total Revenue | | 80 | 70 | 70 | 80 | 210 | 80 | 60 | 70 | 60 | 70 | 70 | 80 | 1,000 |
| % of Annual | | 8% | 7% | 7% | 8% | 21% | 8% | 6% | 7% | 6% | 7% | 7% | 8% | 100% |
| Variable Expenses | | 5 | 10 | 15 | 10 | 10 | 25 | 30 | 5 | 10 | 15 | 5 | 10 | 150 |
| | | | | | | | | | | | | | | |
| *Claimant-Submitted P&L Data After Matching:* | | | | | | | | | | | | | | |
| Hours Worked | | 680 | 720 | 810 | 790 | 640 | 600 | 580 | 540 | 620 | 640 | 680 | 700 | 8,000 |
| % of Annual | A | 9% | 9% | 10% | 10% | 8% | 8% | 7% | 7% | 8% | 8% | 9% | 9% | 100% |
| Annual Revenue | B | | | | | | 1,000 | | | | | | | |
| Corrected Total Revenue | C=A*B | 85 | 90 | 101 | 99 | 80 | 75 | 73 | 68 | 78 | 80 | 85 | 88 | 1,000 |
| Variable Expenses | D | 5 | 10 | 15 | 10 | 10 | 25 | 30 | 5 | 10 | 15 | 5 | 10 | 150 |



**Example 3.2**
**Long Earnings Cycle Claimant**
**Effort Based Earnings Cycle / CPA Firm**
**Matching Implementation Based on Claimant-Provided Documentation**

### Example of Efforts Based Earnings Cycle Claim – Contingent Fee Law Firm

The following panel and line graphs illustrate an example for a contingent fee law firm with matching issues. The example shows the firm had recorded large revenue spikes in May and September of 2008, and in February of 2009. These recorded revenue spikes exceed 20% of annual revenue and should lead the claim reviewer accountant to conduct a further inquiry for matching issues. Indeed, it would be a virtual necessity for the CSSP Accounting Vendor to review all contingent fee law firms for potential matching issues in light of the known business model and anticipated issues.

**Example 4.1**
**Long Earnings Cycle Claimant with Revenue Spikes**
**Effort Based Earnings Cycle / Law Firm**
**Matching Implementation Based on Length of Case**

> - Revenue Spikes in May 2008, September 2008, and February 2009 due to resolution of large cases. These months exceed 20% of annual revenue, which meets CSSP threshold of 20%.
> - Claimant is unable to provide information to document effort by project.
> - Revenue from large case resolutions is attributed ratably over the period in which case was active.

| | | ... | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual | Jan | Feb | ... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **2008** | | | | | | | | **2009** | | |
| *Claimant-Submitted P&L Data Before Matching:* | | | | | | | | | | | | | | | | | | |
| Revenue Items | | | | | | | | | | | | | | | | | | |
| Large Case #1 (18 Months) | | | | | | | 200 | | | | | | | | 200 | | | |
| Large Case #2 (6 Months) | | | | | | | | | | | 250 | | | | 250 | | | |
| Large Case #3 (24 Months) | | | | | | | | | | | | | | | 0 | | 300 | |
| Other Revenue | | | 10 | 20 | 15 | 10 | 10 | 15 | 10 | 20 | 10 | 10 | 10 | 10 | 150 | | | |
| Uncorrected Total Revenue | | | 10 | 20 | 15 | 10 | 210 | 15 | 10 | 20 | 260 | 10 | 10 | 10 | 600 | | | |
| % of Annual | | | 2% | 3% | 3% | 2% | 35% | 3% | 2% | 3% | 43% | 2% | 2% | 2% | 100% | | | |
| Variable Expenses | | | 0 | 5 | 0 | 5 | 10 | 5 | 0 | 5 | 5 | 0 | 10 | 5 | 50 | | | |
| *Claimant-Submitted P&L Data After Matching:* | | | | | | | | | | | | | | | | | | |
| Revenue Items | | | | | | | | | | | | | | | | | | |
| Large Case #1 (18 Months) | | | | | | | | | | | | | | | | | | |
| Revenue | A | ... | | | 200 | | | | | | | | | | | | | |
| Duration (Months) | B | ... | | | 18 | | | | | | | | | | | | | |
| Corrected Revenue | C=A/B | ... | 11 | 11 | 11 | 11 | 11 | | | | | | | | | | | |
| Large Case #2 (6 Months) | | | | | | | | | | | | | | | | | | |
| Revenue | D | | | | | | | 250 | | | | | | | | | | |
| Duration (Months) | E | | | | | | | 6 | | | | | | | | | | |
| Corrected Revenue | F=D/E | | | | | 42 | 42 | 42 | 42 | 42 | 42 | | | | | | | |
| Large Case #3 (24 Months) | | | | | | | | | | | | | | | | | | |
| Revenue | G | | | | | | | | 300 | | | | | | | | | |
| Duration (Months) | H | | | | | | | | 24 | | | | | | | | | |
| Corrected Revenue | I=G/H | | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | | 13 | 13 | |
| Other Revenue | J | | 10 | 20 | 15 | 10 | 10 | 15 | 10 | 20 | 10 | 10 | 10 | 10 | 150 | | | |
| Corrected Total Revenue | K=C+F+I+J | | 34 | 44 | 39 | 75 | 75 | 69 | 64 | 74 | 64 | 23 | 23 | 23 | 606 | | | |
| % of Annual | | | 6% | 7% | 6% | 12% | 12% | 11% | 11% | 12% | 11% | 4% | 4% | 4% | 100% | | | |
| Variable Expenses | | | 0 | 5 | 0 | 5 | 10 | 5 | 0 | 5 | 5 | 0 | 10 | 5 | 50 | | | |

The above panel also shows what the claim reviewer accountant learned upon further inquiry. The contingent firm received a large payment in each of three different litigation matters in the three months showing revenue spikes. The claimant provided information about the duration of each case, but was unable to provide objective and reliable hours-based records reflecting the effort on the case. Thus, a reasonable alternative approach is reflected above. The revenue for each matter is attributed ratably over the duration of the case. In one matter, the duration was 18 months, in another, 6 months, and in the third, 24 months. After each revenue item is properly attributed across the months, the totals are recalculated and the correctly attributed monthly revenue amounts are shown.

The following line graph illustrates the original and corrected revenue from this example.



*(c)      Time Based Earnings Cycle*

For certain businesses, the passage of time is the critical element of the asset enhancement process that earns revenue for the business.[19]   For such businesses, asset enhancement over time can be estimated using time as a revenue driver.   Farms engaged in growing crops are an example of a business with a time based earnings cycle that would fall into this category.   The farm incurs costs and engages in activities involving preparing for and planting the crops, maintaining the crops and harvesting.   A key aspect of the enhancement in value from that activity is the successful growth of the crops over the growing season.   Thus, using the progress of time over the growing season as the revenue driver is appropriate for farms growing crops.   For such businesses, proceeds from sale of crops for a given crop year should be identified and attributed ratably over the growing season, based on the passage of time.

---

[19]   *See* KPMG Declaration at ¶ 19.

For example, assume a rice producer plants in March and harvests in late July through early September in 2010.  Further assume that the entire 2010 crop was sold in three transactions, in August 2010, September 2010 and March 2011 for prices of $400,000, $300,000 and $350,000, respectively. The Compensation Period crop year revenue would be $1,050,000, consisting of sales of $400,000 and $300,000 during 2010 plus the March 2011 sale of $350,000. Assuming that 2009 is selected as the Benchmark Period and the entire crop was sold in two transactions – one in July 2009 for $500,000 and one in November 2009 for $900,000 – the Benchmark Period crop year revenue for 2009 would be $1,400,000, which is the value of the two sales transactions that occurred in 2009.  The 2010 crop year revenue would be allocated ratably over the months of March through September (the growing season).  Thus, each month from March through September would have $150,000 of revenue attributed to it for purposes of the Variable Profits calculation.  If the growing season were identical during 2009, then the Benchmark Period crop year revenue would be allocated ratably to March through September of 2009.  Thus, each month from March through September of 2009 would have $200,000 of revenue attributed to it for purposes of the BEL claim.

| REVENUE RECOGNITION FOR FARM (AGRICULTURE) CROPS GROWN MAR-SEPT; SOLD IN DIFFERENT MONTHS THROUGHOUT YEARS | | | | | | |
|---|---|---|---|---|---|---|
| MONTH | SALES (2009) | REVENUES (2009) | SALES (2010) | REVENUES (2010) | SALES (2011) | REVENUES (2011) |
| January | $0 | $0 | $0 | $0 | $0 | $0 |
| February | $0 | $0 | $0 | $0 | $0 | $0 |
| March | $0 | $200,000 | $0 | $150,000 | $350,000 | $0 |
| April | $0 | $200,000 | $0 | $150,000 | - | - |
| May | $0 | $200,000 | $0 | $150,000 | - | - |
| June | $0 | $200,000 | $0 | $150,000 | - | - |
| July | $500,000 | $200,000 | $0 | $150,000 | - | - |
| August | $0 | $200,000 | $400,000 | $150,000 | - | - |
| September | $0 | $200,000 | $300,000 | $150,000 | - | - |
| October | $0 | $0 | $0 | $0 | - | - |
| November | $900,000 | $0 | $0 | $0 | - | - |
| December | $0 | $0 | $0 | $0 | - | - |
| **Total** | $1,400,000 | $1,400,000 | $700,000 | $1,050,000* | $350,000 | $0 |

*An additional sale of $350,000 from the 2010 crop occurred in March 2011, making total 2010 crop year revenue $1,050,000.

**Example of Time Based Earnings Cycle claimant with matching issue – growing of crops.**

The following illustrates an example of a farm that has a matching issue.  The panel below identifies the original revenue pattern and shows the result after the correct treatment is applied.

Example 5.1
Farming / Time-Based Earnings Cycle
April - November 2009 Growing Season

- The Variable Expenses are incurred and the crop is grown during 2009 Growing Season April - November 2009 (based on USDA Growing Season data).
- The sale of the harvested crop can occur well into the next calendar year.
- The Revenue for 2009 Crop Year  July 2009 - June 2010 (based on USDA Crop Year data) is matched to the corresponding 2009 Variable Expenses.
- Matched Revenue and Variable Expenses are ratably attributed to 2009 Growing Season months April 2009 - November 2009.

| Month | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Claimant-Submitted P&L Data Before Matching:* | | | | | | | | | | | | | |
| 2009 Crop Year Revenue | | | | | | | | | | | | | |
| Received in 2009 | | | | | | | 0 | 0 | 0 | 0 | 1,200 | 100 | 2,500 |
| Received in 2010 | 50 | 1,150 | 0 | 0 | 0 | 0 | | | | | | | |
| 2009 Variable Expenses | 0 | 0 | 0 | 220 | 435 | 420 | 210 | 120 | 55 | 30 | 10 | 0 | 1,500 |
| *Claimant-Submitted P&L Data After Matching:* | | | | | | | | | | | | | |
| Revenue | =1/8 * Annual | 0 | 0 | 0 | 313 | 313 | 313 | 313 | 313 | 313 | 313 | 313 | 0 | 2,500 |
| Variable Expenses | =1/8 * Annual | 0 | 0 | 0 | 188 | 188 | 188 | 188 | 188 | 188 | 188 | 188 | 0 | 1,500 |



Example 5.2
Farming / Time-Based Earnings Cycle
April - November 2009 Growing Season

Crop year revenue and growing season variable expenses are attributed ratably over the April-November growing season.

2009 Growing Season (Variable Expense)

2009 Crop Year (Revenue)

Revenue  Variable Expenses
Corrected  Revenue  Corrected Variable Expenses

21

### (d)   Market Presence

Market presence is a business earnings cycle in which revenue is generated by maintaining relevance and visibility within a particular market.[20]   The CSSP should evaluate certain claims and consider whether it would be appropriate to use the establishment and presence in a geographic area as the basis for driving revenue for these claimants.   For the purpose of the BEL claim calculation, the total revenue generated from the on-going presence in the market place should be attributed ratably to the months during the calendar year.

Many real estate brokerage firms might be evaluated under this category.   In addition, a real estate brokerage might be evaluated based on the fact that it is engaged in a continuous effort to develop real estate transaction opportunities.   These efforts are the earnings activities that generate revenue for the real estate brokerage.   Consequently, the revenue for real estate brokerage firms can be attributed over the period in which the firm engaged in the continuous effort.

### B.   Identification of Corresponding Variable Expenses

As noted above, the CSSP also needs to ensure that variable expenses that relate to the monthly revenue are identified and subtracted from that revenue for purposes of computing Variable Profit for each month.   To the extent that variable expenses attributable to several months are recorded in one month on a cumulative basis, to "true up" expenses over a longer reporting period, the CSSP should conduct sufficient analysis to match the variable expenses contained in that cumulative amount to the months in which the revenue to which those expenses actually relate was earned.[21]

There are numerous common issues that arise in the evaluation of corresponding variable expenses that occur in certain account categories across a variety of businesses.   These include matching problems involving inventory and costs of goods sold, recording of bad debt expense, and recording of bonuses or commissions, as illustrations.   The following are examples that show how these issues can be reviewed and corrected.

### *Inventory Example*

One common matching issue that appears in the claim files is the treatment of inventory and costs of goods sold.   Many businesses do not adjust their monthly financial statements to properly reflect costs of goods sold, in part because they have other methods of keeping track of their inventory and costs and may not need to make monthly adjustments to the financial statements in order to manage their inventory.   This can often result in matching issues where the claimant has recorded inventory adjustments or purchases in a single month that relate to goods that were sold over multiple months.

---

[20]   *See* KPMG Declaration at ¶ 20.

[21]   *See* KPMG Declaration at ¶ 21.

In the chart below, a short cycle claimant recorded a mid-year spike in variable expenses, in which the variable expenses in April are 26% of the annual variable expenses. This situation should cause the claim reviewer accountant to investigate further for matching issues. The item would also be flagged by at least one of the seven criteria in the Juneau Declaration.



23

Upon further investigation, the claim reviewer accountant determines that the line item expense labeled "materials" is the reason for the unusual variation.  Upon a review of the claim file or further inquiries of the claimant, the claim reviewer accountant learns that the claimant had a bulk purchase of inventory during April that was sold over the following six months.  The claimant then provides the usual and customary records from its inventory system and related purchase orders or other documents to show the purchase and the subsequent sales pattern for that inventory.  The following chart illustrates the original expense pattern and the corrected pattern showing properly attributed corresponding variable expenses.

**Example 6.2**
**Short Earnings Cycle Claimant with Mid-Year Variable Expense Spike**
**Matching Implementation Based on Claimant-Provided Documentation**

- Spike in Variable Expenses in April due to line item marked as "Materials".  Claimant indicates to CSSP that these spikes reflected bulk purchases of inventory that was sold over the following six months.
- CSSP asks claimant to produce documentation to resolve the matching problem such as: purchase orders, inventory records, sales records.
- Claimant provides purchase, sale, and inventory records which indicate that the spike in materials costs relates to bulk purchase of inventory at the beginning of the summer that was sold over the following six months (April-September).
- CSSP uses the documentation provided by claimant to match the materials costs to revenue in the appropriate months.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Claimant-Submitted P&L Data Before Matching:* | | | | | | | | | | | | | |
| Revenue | 50 | 55 | 75 | 80 | 80 | 110 | 140 | 125 | 100 | 75 | 60 | 50 | 1,000 |
| Variable Expense Line Items: | | | | | | | | | | | | | |
|   Materials | 20 | 20 | 30 | 115 | 20 | 30 | 30 | 30 | 30 | 30 | 30 | 20 | 405 |
|   Other Variable Expenses | 5 | 5 | 10 | 15 | 10 | 10 | 10 | 10 | 5 | 5 | 5 | 5 | 95 |
| Uncorrected Total Variable Expenses | 25 | 25 | 40 | 130 | 30 | 40 | 40 | 40 | 35 | 35 | 35 | 25 | 500 |
| | | | | | | | | | | | | | |
| *Claimant-Submitted P&L Data After Matching:* | | | | | | | | | | | | | |
| Revenue | 50 | 55 | 75 | 80 | 80 | 110 | 140 | 125 | 100 | 75 | 60 | 50 | 1,000 |
| Variable Expense Line Items: | | | | | | | | | | | | | |
|   Materials | 20 | 20 | 30 | 115 | 20 | 30 | 30 | 30 | 30 | 30 | 30 | 20 | 405 |
|   Materials Matching Correction | | | | (85) | 15 | 20 | 20 | 15 | 15 | | | | 0 |
|   Other Variable Expenses | 5 | 5 | 10 | 15 | 10 | 10 | 10 | 10 | 5 | 5 | 5 | 5 | 95 |
| Corrected Total Variable Expenses | 25 | 25 | 40 | 45 | 45 | 60 | 60 | 55 | 50 | 35 | 35 | 25 | 500 |

The chart below shows a line graph of the properly attributed corresponding variable expenses as compared with the original claimant submission.



In some situations, the claimant may not have records sufficient to make a specific determination of when the inventory was actually sold, or it may be impractical or unduly burdensome to gather the required information.  Under those circumstances, the CSSP may find it reasonable to use a method to approximate a proper attribution of the corresponding variable expenses.  The charts below reflect such an approach by showing one method of attributing the annual total variable expenses and allocating them to each month based on the monthly share of annual revenue.

**Example 6.4**
**Short Earnings Cycle Claimant with Mid-Year Variable Expense Spike**
**Matching Implementation Based on Monthly Revenue**

- Spike in Variable Expenses in April due to line item marked as "Materials".  Claimant indicates to CSSP that these spikes reflected bulk purchases of inventory that was sold over the following six months.
- CSSP asks claimant to produce documentation to resolve the matching problem such as: purchase orders, inventory records, sales records.
- Claimant is unable to provide documentation that is sufficient to match the materials costs to revenue and attribute them to the correct month.  CSSP verifies that reported revenue is reliable and consistent with economic reality.
- CSSP implements matching by taking annual total variable expenses and allocating them by month based on the monthly share of annual revenue.

|  | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Claimant-Submitted P&L Data Before Matching:* | | | | | | | | | | | | | | |
| Revenue | | 50 | 55 | 75 | 80 | 80 | 110 | 140 | 125 | 100 | 75 | 60 | 50 | 1,000 |
| Variable Expense Line Items: | | | | | | | | | | | | | | |
| Materials | | 20 | 20 | 30 | 115 | 20 | 30 | 30 | 30 | 30 | 30 | 30 | 20 | 405 |
| Other Variable Expenses | | 5 | 5 | 10 | 15 | 10 | 10 | 10 | 10 | 5 | 5 | 5 | 5 | 95 |
| Uncorrected Total Variable Expenses | | 25 | 25 | 40 | 130 | 30 | 40 | 40 | 40 | 35 | 35 | 35 | 25 | 500 |
| | | | | | | | | | | | | | | |
| *Claimant-Submitted P&L Data After Matching:* | | | | | | | | | | | | | | |
| Revenue | A | 50 | 55 | 75 | 80 | 80 | 110 | 140 | 125 | 100 | 75 | 60 | 50 | 1,000 |
| % of Annual | B | 5% | 6% | 8% | 8% | 8% | 11% | 14% | 13% | 10% | 8% | 6% | 5% | 100% |
| Annual Variable Expenses | C | | | | | | 500 | | | | | | | |
| Corrected Total Variable Expenses | D=B*C | 25 | 28 | 38 | 40 | 40 | 55 | 70 | 63 | 50 | 38 | 30 | 25 | 500 |



**Example 6.5**
**Short Earnings Cycle Claimant with Mid-Year Variable Expense Spike**
**Matching Implementation Based on Monthly Revenue**

Spike in materials costs in April cannot be corrected based on claimant-provided documentation.  Annual variable costs are attributed by month based on monthly share of annual revenue.

Legend: Revenue — Uncorrected Total Variable Expenses — Corrected Total Variable Expenses

### *Bad Debt Example*

Another common matching problem can arise with the treatment of bad debt expense. Businesses may take a variety of approaches to recording bad debt expense in their financial records.  For example, many businesses may wait until late in the year to determine which accounts are uncollectible and then make a large entry that covers bad debts for sales that occurred over several different periods.  The proper treatment of bad debt expense can be handled in different ways depending on the facts and circumstances of the claimant.  For example, if there are specific customers related to the bad debt that is being recorded, then the related expense can be attributed to the months when the original revenue was properly attributed.  In other instances, if the claimant is making an estimate of its overall uncollectible accounts, then it may be appropriate to allocate the bad debt expense over the period when the related receivables were generated and the original revenue was properly attributed.

Below is a line graph illustrating a short cycle claimant with a recorded spike in variable expenses in December.  Variable expenses in the example are 26% of the annual variable expenses.  This should result in further inquiry by the claim reviewer accountant for matching issues.  The amount would also be flagged by one or more of the seven screens in the Juneau Declaration.



Upon further review of the file, the reviewer accountant can see that the increase is due to a single entry for bad debt expense during December.  Through further review of the file or through inquiry of the claimant, the reviewer accountant learns that the bad debt expense is a one-time year-end entry that relates to sales over the prior several months.  The reviewer should inquire of the claimant about documents to help show the relationship of the bad debt expense to prior sales.  The following panel illustrates the original variable expenses patterns and the corrected variable expenses.  The correction is based upon an assumption that the claimant provided specific information to help allocate the bad debt expense to the periods when the related sales occurred.

**Example 7.2**
**Short Earnings Cycle Claimant with End of Year Variable Expense Spike**
**Matching Implementation Based on Claimant-Provided Documentation**

- Spike in Variable Expenses in December due to line item marked as "Bad Debt Expense".  This month constitutes 26% of annual variable expenses, which meets CSSP's proposed threshold of 25%.
- Claimant indicates to CSSP that it only calculates its bad debt expense at the end of the year and takes an adjustment at that time for the purposes of preparing its tax return.  The bad debt expense in December thus relates to revenue recorded in prior months that failed to materialize.
- CSSP asks claimant to produce documentation to resolve the matching problem such as: sales records, returns records, etc.
- CSSP uses the documentation provided by claimant to match the bad debt expenses to revenue in the appropriate months.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Claimant-Submitted P&L Data Before Matching:* | | | | | | | | | | | | | |
| Revenue | 50 | 55 | 75 | 80 | 80 | 110 | 140 | 125 | 100 | 75 | 60 | 50 | 1,000 |
| Variable Expense Line Items: | | | | | | | | | | | | | |
| Bad Debt Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 100 |
| Other Variable Expenses | 25 | 25 | 30 | 30 | 35 | 40 | 45 | 40 | 35 | 35 | 30 | 30 | 400 |
| Total Variable Expenses | 25 | 25 | 30 | 30 | 35 | 40 | 45 | 40 | 35 | 35 | 30 | 130 | 500 |
| % of Annual | 5% | 5% | 6% | 6% | 7% | 8% | 9% | 8% | 7% | 7% | 6% | 26% | 100% |
| | | | | | | | | | | | | | |
| *Claimant-Submitted P&L Data After Matching:* | | | | | | | | | | | | | |
| Revenue | 50 | 55 | 75 | 80 | 80 | 110 | 140 | 125 | 100 | 75 | 60 | 50 | 1,000 |
| Variable Expense Line Items: | | | | | | | | | | | | | |
| Bad Debt Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 100 |
| Bad Debt Expense Matching Correction | | 10 | 10 | | 15 | 20 | 15 | 5 | 20 | | 5 | (100) | 0 |
| Other Variable Expenses | 25 | 25 | 30 | 30 | 35 | 40 | 45 | 40 | 35 | 35 | 30 | 30 | 400 |
| Corrected Total Variable Expenses | 25 | 35 | 40 | 30 | 50 | 60 | 60 | 45 | 55 | 35 | 35 | 30 | 500 |

28

Below is a line graph that compares the variable expense attribution as originally submitted by the claimant with the corrected variable expense amounts:



In many instances the claimant may not be able to provide sufficient documentation to specifically allocate the bad debt expense to the months in which the related sales occurred. It may also be impractical or unduly burdensome to do so in some instances. In such cases, it would not be unreasonable for the CSSP to implement a matching solution by taking the annual total variable expenses and allocating them by month based on the monthly share of annual revenue. The following is a panel illustrating that treatment, followed by a line graph that shows the resulting variable expenses compared to the original submission.

29

**Example 7.4**
**Short Earnings Cycle Claimant with End of Year Variable Expense Spike**
**Matching Implementation Based on Monthly Revenue**

- Spike in Variable Expenses in December due to line item marked as "Bad Debt Expense". This month constitutes 26% of annual variable expenses, which meets CSSP's proposed threshold of 25%.
- Claimant indicates to CSSP that it only calculates its bad debt expense at the end of the year and takes an adjustment at that time for the purposes of preparing its tax return. The bad debt expense in December thus relates to revenue recorded in prior months that failed to materialize.
- Claimant is unable to provide documentation that is sufficient to match the bad debt expenses to revenue and attribute them to the correct month. CSSP verifies that reported revenue is reliable and consistent with economic reality.
- CSSP implements matching by taking annual total variable expenses and attributing them by month based on the monthly share of annual revenue.

| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Claimant-Submitted P&L Data Before Matching:* | | | | | | | | | | | | | | |
| Revenue | | 50 | 55 | 75 | 80 | 80 | 110 | 140 | 125 | 100 | 75 | 60 | 50 | 1,000 |
| Variable Expense Line Items: | | | | | | | | | | | | | | |
| Bad Debt Expense | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 100 |
| Other Variable Expenses | | 25 | 25 | 30 | 30 | 35 | 40 | 45 | 40 | 35 | 35 | 30 | 30 | 400 |
| Uncorrected Total Variable Expenses | | 25 | 25 | 30 | 30 | 35 | 40 | 45 | 40 | 35 | 35 | 30 | 130 | 500 |
| | | | | | | | | | | | | | | |
| *Claimant-Submitted P&L Data After Matching:* | | | | | | | | | | | | | | |
| Revenue | A | 50 | 55 | 75 | 80 | 80 | 110 | 140 | 125 | 100 | 75 | 60 | 50 | 1,000 |
| % of Annual | B | 5% | 6% | 8% | 8% | 8% | 11% | 14% | 13% | 10% | 8% | 6% | 5% | 100% |
| Annual Variable Expenses | C | | | | | | 500 | | | | | | | |
| Corrected Total Variable Expenses | D=B*C | 25 | 28 | 38 | 40 | 40 | 55 | 70 | 63 | 50 | 38 | 30 | 25 | 500 |



**Example 7.5**
**Short Earnings Cycle Claimant with End of Year Variable Expense Spike**
**Matching Implementation Based on Monthly Revenue**

Spike in bad debt expenses in December cannot be corrected based on claimant-provided documentation. Annual variable costs are attributed by month based on monthly share of annual revenue.

Corresponding variable expenses can be identified using the usual and customary information available based on the industry type and business model. Application of this general matching principle may require guidelines for matching based upon the particular industry or business model in which the BEL claimant operates. Below is a brief discussion for two industries with treatments that vary based on businesses that follow different earnings cycles.

*Construction*

A business in the construction industry using the percentage of completion method of revenue attribution should use the same direct costs that are used to estimate the percentage of completion of construction in progress when attributing corresponding variable expenses to the revenue earned during a particular month. Example 2 in the Appendix includes an illustration using actual claimant data.

*Agriculture - Crops*

An entity that grows crops should identify all of the variable costs associated with the planting and growing of the specific crop under review. These costs should be accumulated during the growing season and then allocated proportionately to the months in which the revenue was properly attributed. This treatment is illustrated by the example shown above in the revenue attribution discussion for farms. *Supra* at Part III.A.2.b. In addition, Example 3 in the Appendix includes an illustration using actual claims data.

C. **Non-Revenue Items**

The revenue drivers for each claimant should be based on transactions and activities that are appropriate for the earnings cycle category for that business and central to the claimant's ongoing major operations. However, some organizations generate income from activities and transactions that are not integral to their normal business operations. For example, a retailer may generate income from interest earned on short-term and long-term investments in addition to income from its normal business of selling goods and merchandise to customers. In this case, the investment income reported by the retailer should be considered as non-operating income or "non-revenue" because the investment income is not closely connected or necessary to the retailer's core business operations.

Other transactions and activities that a business entity enters into may have an impact on the income statement but are not typically treated as revenues. The following are additional non-exhaustive examples of non-operating income or "non-revenue" for purposes of calculating the BEL claims under the Settlement Agreement:

| EXAMPLES OF ITEMS THAT MAY NOT BE REVENUE | |
|---|---|
| Insurance Proceeds | Grants for "For-Profit" Entities |
| Interest and Investment Income | Capital Contributions |
| Gains or Losses from Sales of Assets | Financing Arrangements |
| Reimbursed Expenses | Credit Adjusting Journal Entries to Expense Accounts |
| Capital Assessments | Payment from Suppliers for Returns |
| Intercompany Sales / Related Party Transactions | Litigation / Dispute Proceeds |
| Consignment Sales | |

a) **Insurance Proceeds** – Insurance proceeds are compensation paid to an entity under an insurance contract and do not represent payments arising from the earnings activity of a business entity.  In addition, insurance recoveries are payments that represent recovery of a prior loss or claim that is intended to make the entity whole.  Thus, any such proceeds necessarily reflect at most a zero economic effect, since the proper measurement of the economic impact of insurance recoveries would take into account the offsetting loss.

b) **Interest and Investment Income** – Interest income reflects interest earned on investments such as cash held in savings accounts, certificates of deposits, dividends and other investment related activities.  Interest income typically is not generated through the entity's central business operations of selling goods and/or services and therefore should not be treated as operating revenue.  Other entities, such as those engaged in the rental of real property, do not generate interest income from their core business activity, and consequently an ad hoc financing transaction that generates interest income should not result in treating that interest income as revenue.

c) **Gains or Losses from Sales of Assets** – The phrase "gains or losses from sales of assets" typically refers to transactions involving the sale of assets that are not part of the entity's central business operations of selling products and/or services.  For example, this category does not include the routine sale of inventory.  Proceeds from the sale of non-current assets are not the result of the entity's normal earnings activity and should not be treated as part of revenue.

d) **Reimbursed Expenses** – Reimbursed expenses are considered compensation for "passed-through" costs that a business incurs on behalf of its clients for convenience and/or practical business purposes (e.g. travel expenses, advances of customer obligations, permits and licenses, etc.).  Customers will reimburse or pay back a business for such passed-through costs, and, therefore, those subsequent cash receipts are not revenues because they are not the

result of the entity's selling of products or services to the customer.  Rather, such transactions are incidental to or collateral to the actual earnings related activities.

e) **Capital Assessments –** A capital assessment is typically a transaction in which the members of an entity, such as a Homeowners Association, are required to provide additional capital for an entity.  Homeowners Associations are not businesses because they typically do not engage in selling products or services.  For business entities that make capital assessments on their owners or stakeholders, the resulting transaction reflects an investment in the business by those stakeholders and is not the result of earnings activity from selling products and/or services.  It is a fundamental concept in accounting that capital transactions are distinct from earnings activities.  Capital transactions require the entity to increase the balances in the capital accounts to reflect the net increase in assets resulting from the transaction.  Such transactions bear no relationship to revenue as properly understood.

f) **Intercompany Sales / Related Party Transactions** – Intercompany sales and related party transactions reflect the internal allocation of inventory or other assets among entities under a common ownership.  According to the Financial Accounting Standards Board (FASB) Accounting Standards Codification 850-10-50-5, it cannot be presumed such transactions were carried out on an arm's length basis given the absence of a competitive, free-market environment.  Related party transactions may be the result of the related party relationship and absent the relationship may not have occurred or may have occurred on different terms.  As such, representations about transactions with related parties shall not imply that the related party transactions were executed on terms equivalent to those of unrelated parties.  Moreover, because related party transactions represent where one party has the ability to exercise significant influence over the related party, these transactions are more susceptible to risk of fraud, misconduct and abuse.  Such transactions may also reflect distributions to owners that are improperly characterized as revenue or expense, when they should be treated as returns of capital or other financing arrangements that do not result from the entity's central operations of selling goods and/or services.  Thus, the CSSP should carefully examine intercompany sales and related party transactions.

g) **Grants for "For-Profit" Entities** – Grants from governmental entities made to business entities are not the result of the central business operations of the entity of selling products or providing services.  Instead, these are typically subsidies of various types that are intended to implement various government policies or distribute funds collected as a result of governmental intervention in global trade or related activities.  Because these are outside of the entity's normal operations, such payments should not be treated as revenues.

h) **Capital Contributions** – Capital contributions are proceeds that result from a company's financing activities.  This includes owners' contributions, usually in the form of cash, into a business, or cash received from the sale of stock that shareholders have directly purchased from the issuing company.  Capital contributions are considered cash flow from financing activities rather than operating activities.  This source of inflow is not attributable to the operating activities of a business and should not be recognized as revenue.

i)  **Financing Arrangements** – Businesses engage in financing arrangements by borrowing money from financial institutions and issuing bonds to investors.  This act of issuing debt is

considered a loan activity in which the borrower receives an upfront principle amount that must be later paid back in installments with interest.  While proceeds from financing arrangements are technically cash inflows, they are not revenue because they have not been earned by the business and must be later returned.

j)  **Credit Adjusting Journal Entries to Expense Accounts** – Credit adjusting journal entries to expense accounts that result in a negative expense account balance are typically adjustments to correct an expense entry made in the prior period.  For example, an adjustment that decreases the expense account in order to correct the previous month's overestimate of expenses would result in a negative expense account balance in the current month.  These adjusting journal entries are not cash inflows from an entity's operating activities and should not be treated as revenue.

k)  **Payment from Suppliers for Returns** – Payment from suppliers for returns are cash received by a business for returning previously purchased items.  Purchase returns should be treated as if the purchase never originally occurred.  These payments are not to be considered as revenue, but rather as decreasing adjustments in previously recorded expenses.

l)  **Litigation / Dispute Proceeds** – Litigation or dispute proceeds are compensation paid to an entity upon successful outcome of a lawsuit.  These proceeds are not cash inflows resulting from an entity's operational activities.  Similar to insurance proceeds, litigation proceeds are typically payments to compensate an entity for wrongdoing acted upon them and should have a net zero impact on the operating revenue.  They do not represent payments arising from the earnings activity of a business entity and therefore, should not be attributed as revenue.

m)  **Consignment Sales** - Consignment sales are sales that are contingent upon a third party's ability to sell the purchased merchandise.  Revenue for the manufacturer in these arrangements is typically attributed to the months that the items are ultimately sold by the retailer.  The CSSP should consider a claimant's historical experience with returns and consignments in determining the measurement of the revenue earned in a period since the revenue earned should be equal to the cash ultimately collected on average.


IV.   **Appendix of Additional Examples**

The attached Appendix contains additional illustrations of the application of these Guidelines using actual data from claimant files.  We do not include any claimant identifying information in these examples.

# APPENDIX OF EXAMPLES USING CLAIMANT DATA

# Table of Contents

- Example 1: Retail Store                              p. 3
- Example 2: Construction Company            p. 8
- Example 3: Row Crop Farmer                     p. 13
- Example 4: Professional Services              p. 19
- Example 5: Manufacturer                          p. 25

# Example 1: Retail Store

- Claimant meets the following criteria[1] indicating further matching review is required:
  - 5: Variable expenses in a single month exceed 25% of the claimant's annual variable expense.
  - 6: Variable margin percentages between any two months vary by more than 50 percentage points.
  - 7: Variance between monthly percentages of revenues and variable expenses compared to their annual totals exceeds 8 percentage points.
- Variable margin percentage changes dramatically on a monthly basis (each horizontal line is 100% change in margin %) including a large negative spike in September of benchmark:



- Claimant had higher margins and greater variable profit in 2010:

| | Variable Profit Margin (as % of Revenue) | | |
|---|---|---|---|
| | May-Aug | | All 12 Months |
| Year | (Comp Period) | May-Dec | of Year |
| 2009 | 79% | 12% | 27% |
| 2010 | 38% | 27% | 32% |

[1] Criteria numbers correspond to Juneau Declaration, para. 4.

3

# Example 1: Retail Store

- Specific matching irregularities become clear when reviewing claimant submitted monthly P&L :
  - Financial statements reflect "purchases" suggesting inventory  costs are not properly recorded as expense when items are sold.
  - Claimant reflects purchases in only three months of the benchmark year (2009) despite having revenues in all months.  No evidence in the portal to explain this accounting approach, but was not repeated in 2010.

| | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | $ 348,265 | $ 481,464 | $ 749,382 | $ 717,654 | $ 421,291 | $ 522,331 | $ 514,212 | $ 353,611 | $ 178,510 | $ 277,738 | $ 322,445 | $ 390,266 |
| **Cost of Goods Sold** | | | | | | | | | | | | |
| Purchases | - | - | 741,658 | - | - | - | - | - | 1,256,735 | (53) | - | 609,844 |
| Freight | 7,975 | 6,549 | 9,502 | 8,786 | 8,038 | 6,239 | 3,942 | 4,431 | 4,764 | 8,697 | 8,807 | 8,274 |
| Damaged Merchandise | | 224 | 752 | | | 338 | 167 | 115 | 547 | 42 | 343 | 513 |
| **Total Cost of Goods Sold** | 7,975 | 6,774 | 751,913 | 8,786 | 8,038 | 6,577 | 4,109 | 4,546 | 1,262,046 | 8,686 | 9,150 | 618,632 |
| *Gross Profit (Rev - COGS)* | *340,289* | *474,690* | *(2,531)* | *708,868* | *413,252* | *515,754* | *510,103* | *349,065* | *(1,083,537)* | *269,052* | *313,295* | *(228,366)* |
| *Gross Profit Percentage* | *97.71%* | *98.59%* | *-0.34%* | *98.78%* | *98.09%* | *98.74%* | *99.20%* | *98.71%* | *-606.99%* | *96.87%* | *97.16%* | *-58.52%* |

| | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | $ 333,761 | $ 458,418 | $ 891,493 | $ 814,496 | $ 494,509 | $ 620,114 | $ 565,817 | $ 402,401 | $ 213,908 | $ 294,173 | $ 379,261 | $ 334,610 |
| **Cost of Goods Sold** | | | | | | | | | | | | |
| Purchases | 53,861 | 186,153 | 545,751 | 251,166 | 235,590 | 417,033 | 30,843 | 139,341 | 199,967 | 136,762 | 160,453 | 164,622 |
| Freight | 9,712 | 11,229 | 15,869 | 15,575 | 7,394 | 7,182 | 6,299 | 4,087 | 6,470 | 9,289 | 10,082 | 8,327 |
| Damaged Merchandise | 648 | 381 | 531 | 1,232 | 797 | 1,447 | 1,725 | 1,312 | 1,222 | 1,493 | 326 | 845 |
| **Total Cost of Goods Sold** | 64,221 | 197,763 | 562,151 | 267,973 | 243,781 | 425,662 | 38,867 | 144,740 | 207,660 | 147,545 | 170,861 | 173,794 |
| *Gross Profit (Rev - COGS)* | *269,540* | *260,655* | *329,342* | *546,523* | *250,728* | *194,451* | *526,950* | *257,661* | *6,248* | *146,628* | *208,401* | *160,816* |
| *Gross Profit Percentage* | *80.76%* | *56.86%* | *36.94%* | *67.10%* | *50.70%* | *31.36%* | *93.13%* | *64.03%* | *2.92%* | *49.84%* | *54.95%* | *48.06%* |

*Source: Actual claimant monthly P&L Excel workbook included on portal by CSSP.*

4

# Example 1: Retail Store Specific Matching

- Claimant is a retail business. Sales tax returns submitted by the claimant support that revenues are appropriately reflected in the proper months, so assumed to be correct for this example.

- Corresponding variable expenses are not matched with revenues on a monthly basis.

- Pursuant to Ex. 4A, paragraph 4, CSSP may seek from claimant underlying source documents which would provide specific evidence to accurately match corresponding variable expenses to revenues, for example:

  – Point of Sale or other inventory system which automatically connects inventory cost of goods sold and sales revenue.

  – Manual logs related to specific items sold including invoices related to inventory purchases and the related sales.

5

# Example 1: Retail Store Specific Matching

- Assume claimant is able to provide a "gross margin report" from their point of sale operating system for each item sold.  The report contains the date of sale, the selling price of the item, and the item's cost when originally purchased.
  - The reports show that Gross Margin (the excess of selling price over the original purchase price) is 45% outside the March-July tourist season, but margins increase to 52% between March and July as many tourists hit the beach.
  - Correcting the monthly P&Ls to accurately match cost of goods sold to revenues consistent with these assumptions:

Adjusted P&L Data Using Claimant-Submitted Per Item Selling Price and Original Cost

| | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| As reported. | | | | | | | | | | | | | | | |
| 2009 | Revenue | A | 348,265 | 481,464 | 749,382 | 717,654 | 421,291 | 522,331 | 514,212 | 353,611 | 178,510 | 277,738 | 322,445 | 390,266 | 5,277,167 |
| | (% of Annual) | B=A/Annual | 7% | 9% | 14% | 14% | 8% | 10% | 10% | 7% | 3% | 5% | 6% | 7% | 100% |
| | Variable Expenses (per claimant) | C | 113,488 | 115,066 | 884,417 | 151,689 | 101,720 | 93,859 | 104,905 | 82,056 | 1,327,616 | 90,157 | 95,264 | 713,679 | 3,873,916 |
| | (% of Annual) | D=C/Annual | 3% | 3% | 23% | 4% | 3% | 2% | 3% | 2% | 34% | 2% | 2% | 18% | 100% |
| | Variable Profit | E=A-C | 234,776 | 366,398 | (135,035) | 565,965 | 319,571 | 428,473 | 409,308 | 271,555 | (1,149,107) | 187,581 | 227,180 | (323,413) | 1,403,251 |
| | Variable Profit Percentage | F=E/A | 67% | 76% | -18% | 79% | 76% | 82% | 80% | 77% | -644% | 68% | 70% | -83% | 27% |
| | | | | | | | | | | | | | | | |
| Corrected based on monthly "Gross Margin" report provided by claimant. | | | | | | | | | | | | | | | |
| 2009 | Revenue | A | 348,265 | 481,464 | 749,382 | 717,654 | 421,291 | 522,331 | 514,212 | 353,611 | 178,510 | 277,738 | 322,445 | 390,266 | 5,277,167 |
| | (% of Annual) | B=A/Annual | 7% | 9% | 14% | 14% | 8% | 10% | 10% | 7% | 3% | 5% | 6% | 7% | 100% |
| | Corrected Variable Expenses | C | 297,058 | 373,097 | 492,113 | 487,284 | 295,807 | 337,907 | 347,524 | 271,996 | 163,750 | 234,228 | 263,459 | 309,692 | 3,873,916 |
| | (% of Annual) | D=C/Annual | 8% | 10% | 13% | 13% | 8% | 9% | 9% | 7% | 4% | 6% | 7% | 8% | 100% |
| | Corrected Variable Profit | E=A-C | 51,207 | 108,367 | 257,269 | 230,370 | 125,484 | 184,424 | 166,688 | 81,615 | 14,760 | 43,510 | 58,986 | 80,574 | 1,403,251 |
| | Corrected Variable Profit % | F=E/A | 15% | 23% | 34% | 32% | 30% | 35% | 32% | 23% | 8% | 16% | 18% | 21% | 27% |

Assumptions:
- Claimant provides monthly sales and item specific costs which accurately capture profits on each sale.
- Payroll expenses and variable expenses outside of Cost of Goods Sold are appropriately matched with corresponding revenues.

6

# Example 1: Retail Store General Matching

- In the absence of reliable data, "reasonable matching" may be accomplished by reflecting consistent margins on a monthly basis using annual information.
  - Based on the nature of the business, it may be reasonable to assume the goods sold throughout the year are similar and monthly profit margins would be consistent with annual profit margins.
  - Cost of Goods Sold are identified by the claimant and represent approximately 67% of non-payroll variable expenses annually.  For purposes of this example, all other variable expense are assumed to be properly matched with corresponding revenues.
  - Payroll expenses are assumed to be accurate and reflective of when work was performed.

Adjusted P&L Data Based on Annual Variable Profit Percentage

| | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| As reported. | | | | | | | | | | | | | | | |
| 2009 | Revenue | A | 348,265 | 481,464 | 749,382 | 717,654 | 421,291 | 522,331 | 514,212 | 353,611 | 178,510 | 277,738 | 322,445 | 390,266 | 5,277,167 |
| | (% of Annual) | B=A/Annual | 7% | 9% | 14% | 14% | 8% | 10% | 10% | 7% | 3% | 5% | 6% | 7% | 100% |
| | Variable Expenses (per claimant) | C | 113,488 | 115,066 | 884,417 | 151,689 | 101,720 | 93,859 | 104,905 | 82,056 | 1,327,616 | 90,157 | 95,264 | 713,679 | 3,873,916 |
| | (% of Annual) | D=C/Annual | 3% | 3% | 23% | 4% | 3% | 2% | 3% | 2% | 34% | 2% | 2% | 18% | 100% |
| | Variable Profit | E=A-C | 234,776 | 366,398 | (135,035) | 565,965 | 319,571 | 428,473 | 409,308 | 271,555 | (1,149,107) | 187,581 | 227,180 | (323,413) | 1,403,251 |
| | Variable Profit Percentage | F=E/A | 67% | 76% | -18% | 79% | 76% | 82% | 80% | 77% | -644% | 68% | 70% | -83% | 27% |
| | | | | | | | | | | | | | | | |
| Corrected based on annual variable margin percentage. | | | | | | | | | | | | | | | |
| 2009 | Revenue | A | 348,265 | 481,464 | 749,382 | 717,654 | 421,291 | 522,331 | 514,212 | 353,611 | 178,510 | 277,738 | 322,445 | 390,266 | 5,277,167 |
| | (% of Annual) | B=A/Annual | 7% | 9% | 14% | 14% | 8% | 10% | 10% | 7% | 3% | 5% | 6% | 7% | 100% |
| | Corrected Variable Expenses | C= B*Total V.E. | 255,658 | 353,438 | 550,114 | 526,823 | 309,266 | 383,438 | 377,478 | 259,582 | 131,042 | 203,885 | 236,704 | 286,490 | 3,873,918 |
| | (% of Annual) | D=C/Annual | 7% | 9% | 14% | 14% | 8% | 10% | 10% | 7% | 3% | 5% | 6% | 7% | 100% |
| | Corrected Variable Profit | E=A-C | 92,607 | 128,026 | 199,268 | 190,831 | 112,025 | 138,893 | 136,734 | 94,029 | 47,468 | 73,853 | 85,741 | 103,776 | 1,403,249 |
| | Corrected Variable Profit % | F=E/A | 27% | 27% | 27% | 27% | 27% | 27% | 27% | 27% | 27% | 27% | 27% | 27% | 27% |

Assumptions:
- Claimant cannot provide monthly sales and item specific costs which accurately capture profits on each sale.
- Payroll expenses and variable expenses outside of Cost of Goods Sold are appropriately matched with corresponding revenues.

# Example 2:  Construction Company

- Claimant meets the following criteria[1] indicating further matching review is required:
  - 2: Revenues in a single month exceed 20% of annual revenues.
  - 6: Variable margin percentages between any two months vary by more than 50 percentage points.
- Variable margin percentage changes dramatically on a monthly basis (each horizontal line is 20% change in margin %) and may include a cumulative year-end correction:



- Claimant had higher margins and greater variable profit in 2010:

| | Variable Profit Margin (as % of Revenue) | | |
| --- | --- | --- | --- |
| | May-Oct | | All 12 Months |
| Year(s) | (Comp Period) | May-Dec | of Year |
| 2008-09 | 13% | 10% | 8% |
| 2010 | -13% | -1% | 11% |

[1] Criteria numbers correspond to Juneau Declaration, para. 4.

8

# Example 2:  Construction Company

- Matching irregularities become clearer when reviewing monthly P&L data:
  - "Revenues" show significant variation between months (ex.- September compared with November, both months have 30 days).
  - "Revenues" move inconsistently with costs.  Earnings are achieved as work progresses on projects, but certain months reflect building effort inconsistent with revenues (ex.- October and December).
  - May include cumulative year-end adjustments recorded in a single month (December).
  - Monthly Gross Profit percentages vary significantly throughout the year, which may indicate inaccurate estimation as jobs progress.

| | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenues** | $ 379,702 | $ 373,458 | $ 426,098 | $ 565,961 | $ 495,740 | $ 472,175 | $ 485,363 | $ 488,094 | $ 284,385 | $ 442,630 | $ 632,817 | $ 551,346 |
| Payroll Costs | 30,234 | 30,590 | 26,463 | 25,273 | 17,420 | 19,031 | 29,884 | 21,314 | 22,646 | 30,000 | 23,400 | 28,943 |
| Materials | 11,179 | 7,442 | 14,003 | 37,031 | 67,957 | 74,429 | 6,059 | 22,556 | 63,464 | 144,177 | 92,610 | 88,204 |
| Subcontractors | 169,846 | 128,923 | 149,662 | 357,137 | 392,041 | 441,238 | 471,084 | 501,745 | 200,702 | 383,079 | 422,709 | 56,538 |
| Cost-Other | 20,301 | 9,156 | 11,744 | 14,098 | 7,014 | 8,094 | 6,496 | 6,385 | 4,932 | 6,122 | 14,494 | 80,043 |
| COGS- Other | 21,746 | 26,884 | 24,544 | 17,160 | 12,990 | 14,053 | 22,630 | 19,586 | 37,745 | 39,142 | 27,172 | 50,634 |
| **Total Cost of Goods Sold** | 253,306 | 202,995 | 226,416 | 450,699 | 497,422 | 556,845 | 536,153 | 571,586 | 329,489 | 602,520 | 580,385 | 304,362 |
| **Gross Profit** | 126,396 | 170,463 | 199,682 | 115,262 | (1,682) | (84,670) | (50,790) | (83,492) | (45,104) | (159,890) | 52,432 | 246,984 |
| **Gross Profit/Revenues** | 33.29% | 45.64% | 46.86% | 20.37% | -0.34% | -17.93% | -10.46% | -17.11% | -15.86% | -36.12% | 8.29% | 44.80% |

*Source: Actual claimant monthly P&L Excel workbook included on portal by CSSP.*

9

# Example 2: Construction Company

- Claimant is a construction company and earns revenues as work progresses on specific projects.
  - Industry has adopted methodology known as "percentage of completion" to reflect revenues when earned based upon building progress.
  - Revenues are earned through building effort which may be different from when invoices are issued or cash is collected.
- Pursuant to Ex. 4A, paragraph 4, CSSP may seek from claimant underlying source documents which would provide specific evidence to accurately match revenues with monthly earnings activity:
  - Many construction companies will maintain job schedules capturing costs incurred on projects and progress over time.
  - While job schedules are standard in the industry, other documents may also provide evidence of earnings activity or be needed to validate the accuracy of job schedules provided.
- Such job schedules should be reviewed to ensure expenses are properly attributed to the months in which work was performed.
  - Benefit of hindsight, all projects complete, therefore actual performance progress and profits are known on a per job basis.
  - Revenues and expenses not captured on job schedules would need to be reviewed separately.

# Example 2: Construction Company Specific Matching

- An accurate job schedule will detail the costs incurred in a specific month as well as the amounts invoiced to the customer over the life of the project.  "Percentage of completion" assumes profits are earned ratably as a project progresses.

- With perfect hindsight, the total profit on all projects are known.  Assuming the job costs are accurate and recorded in the proper months, % completion and earned revenues can be accurately calculated and compiled on a monthly basis for each project:

| | Project ABC | | | |
|---|---|---|---|---|
| | | **B= Monthly** | **D= B/C** | **= A x D** |
| | **Revenue** | **Costs** | | **Earned** |
| | **(as Recorded)** | **(as Incurred)** | **% Completed** | **Revenues** |
| Sep-09 | - | - | 0.0% | - |
| Oct-09 | 105,277 | 102,128 | 15.8% | 126,084 |
| Nov-09 | 135,634 | 130,040 | 20.1% | 160,543 |
| Dec-09 | 82,891 | 80,414 | 12.4% | 99,277 |
| Jan-10 | 322,619 | 306,502 | 47.3% | 378,398 |
| Feb-10 | 153,058 | 28,494 | 4.4% | 35,178 |
| Mar-10 | - | - | 0.0% | - |
| | | | | |
| Job Total | 799,479 | 647,578 | 100% | 799,479 |
| | **A= Total** | **C= Total** | | |

- Once revenues are appropriately attributed by project to the months when work was performed, monthly revenues can be accurately compiled for all jobs in progress:

| | Earned Revenues by Project | | | | |
|---|---|---|---|---|---|
| | | | | | Total Monthly |
| Month | Project ABC | Project DEF | Project GHI | Project JKL | Revenue |
| Dec-09 | 99,277 | 32,577 | 45,987 | 147,362 | 325,203 |

# Example 2:  Construction Company, General Matching

- Where the claimant is not able to provide any reliable, specific evidence to accurately match variable expenses with earned revenues, "reasonable matching" may be accomplished by reflecting consistent variable margin on a monthly basis using annual information.

  – Claimant has consistent annual profit margins suggesting a consistent mix of projects and profit margins over time.

  – Variable Expenses may reasonably reflect monthly earnings activity if such expenses are accurately included in the months when work was performed:

Adjusted P&L Data Assuming Constant Variable Profit Percentage for All Months

| | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| As reported. | | | | | | | | | | | | | | | |
| 2010 | Revenue | A | 379,702 | 373,458 | 426,098 | 565,961 | 495,740 | 472,175 | 485,363 | 488,094 | 284,385 | 442,630 | 632,817 | 551,346 | 5,597,769 |
| | (% of Annual) | B=A/Annual | 7% | 7% | 8% | 10% | 9% | 8% | 9% | 9% | 5% | 8% | 11% | 10% | 100% |
| | Variable Expenses (per claimant) | C | 249,481 | 195,840 | 209,965 | 431,808 | 484,207 | 538,395 | 526,279 | 561,823 | 324,778 | 588,615 | 567,841 | 295,359 | 4,974,391 |
| | (% of Annual) | D=C/Annual | 5% | 4% | 4% | 9% | 10% | 11% | 11% | 11% | 7% | 12% | 11% | 6% | 100% |
| | Variable Profit | E=A-C | 130,221 | 177,618 | 216,133 | 134,153 | 11,533 | (66,220) | (40,916) | (73,729) | (40,393) | (145,985) | 64,976 | 255,987 | 623,378 |
| | Variable Profit Percentage | F=E/A | 34% | 48% | 51% | 24% | 2% | -14% | -8% | -15% | -14% | -33% | 10% | 46% | 11% |
| | | | | | | | | | | | | | | | |
| Corrected based on costs as reported. | | | | | | | | | | | | | | | |
| 2010 | Corrected Revenue | A | 264,392 | 206,052 | 232,523 | 494,861 | 557,527 | 622,068 | 587,243 | 637,372 | 362,314 | 662,236 | 645,114 | 326,067 | 5,597,769 |
| | (% of Annual) | B=A/Annual | 5% | 4% | 4% | 9% | 10% | 11% | 10% | 11% | 6% | 12% | 12% | 6% | 100% |
| | Variable Expenses (per claimant) | C | 249,481 | 195,840 | 209,965 | 431,808 | 484,207 | 538,395 | 526,279 | 561,823 | 324,778 | 588,615 | 567,841 | 295,359 | 4,974,391 |
| | (% of Annual) | D=C/Annual | 5% | 4% | 4% | 9% | 10% | 11% | 11% | 11% | 7% | 12% | 11% | 6% | 100% |
| | Corrected Variable Profit | E=A-C | 14,911 | 10,212 | 22,558 | 63,053 | 73,320 | 83,673 | 60,964 | 75,549 | 37,536 | 73,621 | 77,273 | 30,708 | 623,378 |
| | Corrected Variable Profit % | F=E/A | 6% | 5% | 10% | 13% | 13% | 13% | 10% | 12% | 10% | 11% | 12% | 9% | 11% |

Assumptions:
- Claimant provides evidence substantiating the accurate attribution of Variable Expenses to the months work performed.
- Variable expenses used in allocation do not include variable payroll as payroll is not a revenue driver as construction performed entirely by subcontractors.

- Where claimants do not accurately attribute expenses to the month where performance occurred, such costs do not reliably reflect earnings activity and a pro-rata allocation over time may more accurately reflect earnings activity.

# Example 3: Row Crop Farmer

- Claimant meets the following criteria[1] indicating further matching review is required:
  - 2: Revenues in a single month exceed 20% of annual revenues.
  - 5: Variable expenses in a single month exceed 25% of the claimant's annual variable expense.
  - 6: Variable margin percentages between any two months vary by more than 50 percentage points.
  - 7: Variance between monthly percentages of revenues and variable expenses compared to their annual totals exceeds 8 percentage points.
- Monthly revenues are inconsistent from year to year despite an identical growing season:



- Expenses not matched with corresponding revenues resulting in extreme volatility of variable profit margin despite consistent annual variable profit margin:



| Variable Profit Margin (as % of Revenue) | | |
|---|---|---|
| | Oct-Dec | | All 12 Months |
| Year(s) | (Comp Period) | May-Dec | of Year |
| 2009 | 72% | 57% | 44% |
| 2010 | 35% | 57% | 47% |

# Example 3: Row Crop Farmer

- Matching irregularities become clearer when reviewing monthly P&L data:
  - Large spikes in both revenues and variable expenses happening in different months despite the same growing season.
  - Costs related to crop production not matched with associated revenues. Expenses appear recorded when purchased rather than when items used.
  - Many months with zero revenues despite operating activities.
  - Earnings not reflected in the months of asset enhancement.  Commodity markets allow crops to be sold at irregular intervals even where the growing seasons are identical between years.  Asset enhancement occurs through the process of planting, growing and harvesting.

| | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Total Crop Revenue* | $   - | $   5,040 | $   - | $   - | $   34,321 | $   1,986 | $   - | $   - | $   93,748 | $ 487,273 | $ 215,214 | $   - |
| Chemicals Purchased | - | - | - | 3,379 | 11,981 | 30,053 | 35,810 | 17,649 | 7,414 | - | - | 33,353 |
| Fertilizer and Lime | - | 26,734 | - | 26,093 | - | 10,260 | 2,313 | - | - | - | - | 24,509 |
| Seeds and Plants Purchased | - | - | - | 303 | - | - | (1,868) | - | - | - | - | 74,082 |
| Custom Hire | - | - | 10,708 | - | - | - | - | - | - | - | - | - |
| Labor | 708 | 780 | - | 940 | 1,890 | 3,605 | 888 | 1,225 | 988 | 1,259 | 1,188 | 538 |
| Freight and Trucking | 6,131 | - | - | 823 | - | - | - | - | - | 18,082 | 14,646 | - |
| Gasoline, Fuel, and Oil | 13,162 | 1,917 | 1,800 | 2,031 | 2,255 | 9,185 | 4,917 | 2,852 | 6,585 | 3,153 | 7,189 | 2,739 |
| **Total Variable Expenses (excl. payroll)** | 20,001 | 29,431 | 13,806 | 33,569 | 16,126 | 53,102 | 42,060 | 21,726 | 14,986 | 22,494 | 23,023 | 135,221 |
| *Gross Profit* | (20,001) | (24,391) | (13,806) | (33,569) | 18,194 | (51,116) | (42,060) | (21,726) | 78,762 | 464,779 | 192,191 | (135,221) |
| *Gross Profit/Revenues= Gross Margin* | N/A | -483.94% | N/A | N/A | 53.01% | -2573.82% | N/A | N/A | 84.01% | 95.38% | 89.30% | N/A |

Notes:  A Gross Margin cannot be calculated in a month with zero revenue as it is not possible to divide by zero.  For simplicity, all revenue as defined by CSSP assumed to be Crop Revenue.

*Source: Actual claimant monthly P&L Excel workbook included on portal by CSSP.*

14

# Example 3: Row Crop Farmer Specific Matching

- Claimant is a farm and earns revenues by growing crops.
  - Asset enhancement, and therefore the earnings activities, occur as the plants grow.
  - With perfect hindsight available in claims process, total revenues for any harvest are known.
  - Timing of sales left to discretion of the producer (the farmer) through the commodities market unlike other industries where the customer determines when sales occur. Earnings process is complete at harvest.
- Pursuant to Ex. 4A, paragraph 4, CSSP may seek from claimant underlying source documents which would provide specific evidence to accurately match revenues with monthly earnings activity:
  - Dates of planting and harvest by year.
  - Industry data reflecting crop cycle.
  - Inventory records for material inputs.

15

# Example 3: Row Crop Farmer Specific Matching

- Assume claimant has provided information supporting a crop year from April to November. Crops are planted in April and harvested in November.

- Asset enhancement occurs evenly over those months, and earnings activity occurs evenly during the growing season.

- With perfect hindsight, the actual selling price of the crop has occurred; and total revenue from the season is known.

- Sales related to a crop year may be deferred into the following calendar year and should be matched to the related growing season as illustrated below.

Adjusted Revenue Based on Claimant Stated Crop Year Revenue Cycle - April to November

| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | Revenue | 0 | 5,040 | 0 | 0 | 34,321 | 1,986 | 0 | 0 | 93,748 | 487,273 | 215,214 | 0 | 837,581 |
| | Corrected Crop Year Revenue | 0 | 0 | 0 | 117,836 | 117,836 | 117,836 | 117,836 | 117,836 | 117,836 | 117,836 | 117,836 | 0 | 942,688 |
| 2010 | Revenue | 82,429 | 22,905 | 4,812 | 7,708 | 1,214 | 0 | 0 | 78,248 | 369,693 | 159,024 | 109,364 | 1,700 | 837,096 |

Assumptions:
- For purposes of illustration, a simplifying assumption is crops are planted and harvested April-November, and completely sold by March of following year.  (2009 crop year sales highlighted.)
- For purposes of illustration, a simplifying assumption is that all revenues relate to crop sales.
- Restated revenues reflect straight-line earnings activity over Claimant Crop Revenue Cycle which runs from April (planting commencement) to November (final harvest).

16

# Example 3: Row Crop Farmer Specific Matching

- Claimants maintaining financial information without recording inventory balances will misstate expenses even on an annual basis.
  - P&L statements will reflect materials purchased rather than materials used.
  - Even when not reflected in the financial statements, claimants may maintain inventory records for operating purposes.
- For this Example, assume the claimant is able to provide inventory records which indicate:
  - Fertilizer usage in 2009 was $25,000 less than the fertilizer purchased.
  - Accurate crop year costs can now be appropriately matched to the corrected monthly revenues.

Adjusted Revenue and Variable Expenses Based on April to November Crop Year and Claimant Stated Materials Usage

| | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| As recorded. | | | | | | | | | | | | | | | |
| 2009 | Revenue | A | 0 | 5,040 | 0 | 0 | 34,321 | 1,986 | 0 | 0 | 93,748 | 487,273 | 215,214 | 0 | 837,581 |
| | (% of Annual) | B=A/Annual | 0% | 1% | 0% | 0% | 4% | 0% | 0% | 0% | 11% | 58% | 26% | 0% | 100% |
| | Variable Expenses (incl. Payroll) | C | 22,069 | 32,099 | 17,614 | 39,540 | 16,994 | 56,590 | 44,789 | 24,280 | 21,288 | 26,936 | 25,451 | 145,000 | 472,649 |
| | (% of Annual) | D=C/Annual | 5% | 7% | 4% | 8% | 4% | 12% | 9% | 5% | 5% | 6% | 5% | 31% | 100% |
| | Variable Profit | E=A-C | (22,069) | (27,059) | (17,614) | (39,540) | 17,327 | (54,604) | (44,789) | (24,280) | 72,460 | 460,337 | 189,763 | (145,000) | 364,932 |
| | Variable Margin Percentage | F=E/A | N/A | -537% | N/A | N/A | 50% | -2749% | N/A | N/A | 77% | 94% | 88% | N/A | 44% |
| | | | | | | | | | | | | | | | |
| Corrected revenues based on crop year and variable expenses based on claimant submitted materials usage. | | | | | | | | | | | | | | | |
| 2009 | Corrected Crop Year Revenue | A | 0 | 0 | 0 | 117,836 | 117,836 | 117,836 | 117,836 | 117,836 | 117,836 | 117,836 | 117,836 | 0 | 942,688 |
| | (% of Annual) | B=A/Annual | 0% | 0% | 0% | 13% | 13% | 13% | 13% | 13% | 13% | 13% | 13% | 0% | 100% |
| | Corrected Var Exp (incl. Payroll) | C= B x Adj. Annual | 0 | 0 | 0 | 55,956 | 55,956 | 55,956 | 55,956 | 55,956 | 55,956 | 55,956 | 55,956 | 0 | 447,649 |
| | (% of Annual) | D=C/Annual | 0% | 0% | 0% | 13% | 13% | 13% | 13% | 13% | 13% | 13% | 13% | 0% | 100% |
| | Corrected Variable Profit | E=A-C | 0 | 0 | 0 | 61,880 | 61,880 | 61,880 | 61,880 | 61,880 | 61,880 | 61,880 | 61,880 | 0 | 495,039 |
| | Corrected Variable Margin % | F=E/A | N/A | N/A | N/A | 53% | 53% | 53% | 53% | 53% | 53% | 53% | 53% | N/A | 53% |

Assumptions:
- Revenue attribution assumptions included in earlier slide.
- For purposes of illustration, a simplifying assumption is that all variable expenses relate to crop sales.
- "Corrected Variable Expenses" are $25,000 less than in the "As recorded." case based on claimant documentation showing actual material usage $25,000 less than purchases.

17

# Example 3: Row Crop Farmer General Matching

- If reliable, specific evidence is not available, "reasonable matching" can be accomplished by attributing variable expenses of each harvest to the properly attributed revenues of that harvest.
  - All costs are part of the full process of growing the plant and the benefit is derived throughout the growing process.
  - Where costs relate to more than one crop (ex.- planting soybeans and corn), split those costs between crops based on revenue where specific usage data is not available.
  - Corresponding variable expenses can be "reasonably matched" by matching the annual cost of goods sold to the monthly revenues earned during the crop year.

Adjusted Revenue and Variable Expenses Based on April to November Crop Year and Annual Variable Expenses

| | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| As recorded. | | | | | | | | | | | | | | |
| 2009 Revenue | A | 0 | 5,040 | 0 | 0 | 34,321 | 1,986 | 0 | 0 | 93,748 | 487,273 | 215,214 | 0 | 837,581 |
| (% of Annual) | B=A/Annual | 0% | 1% | 0% | 0% | 4% | 0% | 0% | 0% | 11% | 58% | 26% | 0% | 100% |
| Variable Expenses (incl. Payroll) | C | 22,069 | 32,099 | 17,614 | 39,540 | 16,994 | 56,590 | 44,789 | 24,280 | 21,288 | 26,936 | 25,451 | 145,000 | 472,649 |
| (% of Annual) | D=C/Annual | 5% | 7% | 4% | 8% | 4% | 12% | 9% | 5% | 5% | 6% | 5% | 31% | 100% |
| Variable Profit | E=A-C | (22,069) | (27,059) | (17,614) | (39,540) | 17,327 | (54,604) | (44,789) | (24,280) | 72,460 | 460,337 | 189,763 | (145,000) | 364,932 |
| Variable Profit Percentage | F=E/A | N/A | -537% | N/A | N/A | 50% | -2749% | N/A | N/A | 77% | 94% | 88% | N/A | 44% |
| | | | | | | | | | | | | | | |
| Corrected revenues based on crop year and variable expenses matched proportionately with revenue based on crop year totals. | | | | | | | | | | | | | | |
| 2009 Corrected Crop Year Revenue | A | 0 | 0 | 0 | 117,836 | 117,836 | 117,836 | 117,836 | 117,836 | 117,836 | 117,836 | 117,836 | 0 | 942,688 |
| (% of Annual) | B=A/Annual | 0% | 0% | 0% | 13% | 13% | 13% | 13% | 13% | 13% | 13% | 13% | 0% | 100% |
| Corrected Var Exp (incl. Payroll) | C= B x Annual | 0 | 0 | 0 | 59,081 | 59,081 | 59,081 | 59,081 | 59,081 | 59,081 | 59,081 | 59,081 | 0 | 472,649 |
| (% of Annual) | D=C/Annual | 0% | 0% | 0% | 13% | 13% | 13% | 13% | 13% | 13% | 13% | 13% | 0% | 100% |
| Corrected Variable Profit | E=A-C | 0 | 0 | 0 | 58,755 | 58,755 | 58,755 | 58,755 | 58,755 | 58,755 | 58,755 | 58,755 | 0 | 470,039 |
| Corrected Variable Profit % | F=E/A | N/A | N/A | N/A | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | N/A | 50% |

Assumptions:
- Revenue attribution assumptions included in earlier slide.
- For purposes of illustration, a simplifying assumption is that all variable expenses relate to crop sales.
- Claimant has no documentation substantiating materials usage or other variable expenses. Simplifying assumption is that crop year variable expenses equal calendar year variable expenses.

18

# Example 4: Professional Services

- Claimant meets the following criteria[1] indicating further matching review is required:
  - 1: Negative total revenue in one month.
  - 2: Revenues in a single month exceed 20% of annual revenues.
  - 5: Variable expenses in a single month exceed 25% of the claimant's annual variable expense.
  - 6: Variable margin percentages between any two months vary by more than 50 percentage points.
  - 7: Variance between monthly percentages of revenues and variable expenses compared to their annual totals exceeds 8 percentage points.
- Variable margin percentage changes dramatically on a monthly basis (each horizontal line is 1,000% change in margin %):



| | Variable Profit Margin (as % of Revenue) | | |
|---|---|---|---|
| | July-Sept | | All 12 Months |
| Year(s) | (Comp Period) | May-Dec | of Year |
| 2009 | 1% | -10% | 60% |
| 2010 | -6461% | 68% | 81% |

[1] Criteria numbers correspond to Juneau Declaration, para. 4.

19

# Example 4: Professional Services

- Matching irregularities become clearer when reviewing monthly P&L data:
  - Revenues show significant variation between months.
  - Revenues moving inconsistently with costs.  Revenues appear to be recognized as cash is received rather than as work is completed.
  - Monthly Gross Profit percentages vary significantly throughout the years.

| | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenues** | $ 539,905 | $ - | $ - | $ 2,850 | $ - | $ 78,328 | $ - | $ 3,750 | $ - | $ - | $ 4,713 | $ 120,938 |
| | | | | | | | | | | | | |
| Outside Services-Contract Labor | 61,712 | - | 3,740 | 80 | 65,329 | 32,505 | - | - | - | 80 | | 108,690 |
| Variable Expenses - Other | 426 | 573 | 593 | 398 | 533 | 684 | 466 | 642 | 50 | 2,118 | 1,566 | 769 |
| Total Vartiable Expenses | 62,138 | 573 | 4,332 | 478 | 65,862 | 33,189 | 466 | 642 | 50 | 2,198 | 1,566 | 109,459 |
| | | | | | | | | | | | | |
| Variable Profit | 477,767 | (573) | (4,332) | 2,373 | (65,862) | 45,138 | (466) | 3,108 | (50) | (2,198) | 3,147 | 11,479 |
| Variable Profit % | 88.49% | N/A | N/A | 83.25% | N/A | 57.63% | N/A | 82.87% | N/A | N/A | 66.78% | 9.49% |

| | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Jun-10 | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenues** | $ 226,958 | $ 2,000 | $ 47,408 | $ 232,816 | $ 2,516 | $ 202,980 | $ - | $ (260) | $ 1,825 | $ 98,085 | $ 209,549 | $ - |
| | | | | | | | | | | | | |
| Outside Services-Contract Labor | 534 | 13,400 | 1,100 | 4,115 | - | 1,129 | 4,342 | 3,369 | 88,753 | - | 2,640 | 33,046 |
| Variable Expenses - Other | 478 | 283 | 3,114 | 1,245 | 2,439 | 100 | 956 | 1,095 | 1,865 | 1,747 | 540 | 4,524 |
| Total Vartiable Expenses | 1,011 | 13,683 | 4,214 | 5,360 | 2,439 | 1,229 | 5,298 | 4,464 | 90,618 | 1,747 | 3,180 | 37,570 |
| | | | | | | | | | | | | |
| Variable Profit | 225,947 | (11,683) | 43,194 | 227,456 | 76 | 201,752 | (5,298) | (4,724) | (88,793) | 96,338 | 206,369 | (37,570) |
| Variable Profit % | 99.55% | -584.15% | 91.11% | 97.70% | 3.04% | 99.39% | N/A | 1817.08% | -4865.38% | 98.22% | 98.48% | N/A |

Note:  A variable profit percentage cannot be calculated in a month with zero revenue as it is not possible to divide by zero.

*Source: Actual claimant monthly P&L Excel workbook included on portal by CSSP.*

20

# Example 4: Professional Services

- Claimant is an architect.  Revenues are earned as professional expertise is given, with this effort generally captured based on the time invested.
  - Projects may span multiple months and work performed may not match the months when invoices are issued or cash is collected.
- Pursuant to Ex. 4A, paragraph 4, CSSP may seek from claimant underlying source documents which would provide specific evidence to accurately match revenues with monthly earnings activity, for example:
  - Professional services firms will likely maintain records of billable hours.  Monthly revenues are earned as these services are provided.
  - Outside consultants/contractors generally provide detailed billings showing hours worked over time by project.  Such expenses should be properly attributed to months when work performed.

# Example 4: Professional Services Specific Matching

- Assume the claimant provides accurate specific evidence supporting:
  - Total hours worked by professional staff at the firm.  The value of actual earnings effort is captured as hours worked multiplied by applicable billing rate.
  - By multiplying total hours worked by the applicable billing rate, the earnings effort of the firm can be measured.
  - Multiplying total annual revenues by the percentage of earnings effort in a given month reasonably attributes annual revenues to the month of actual earning activity.

Adjusted Revenue Based on Claimant Stated Professional Staff Hours

| | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| As recorded. | | | | | | | | | | | | | | | |
| 2009 | Revenue | A | $ 539,595 | $    - | $    - | $ 2,850 | $    - | $ 78,328 | $    - | $ 3,750 | $    - | $    - | $ 4,713 | $ 120,938 | $ 750,174 |
| | | | | | | | | | | | | | | | |
| Corrected revenues using hours worked to capture actual earnings activity. | | | | | | | | | | | | | | | |
| 2009 | Ptr Hrs | B | 120 | 96 | 100 | 120 | 60 | 80 | 120 | 92 | 60 | 80 | 100 | 80 | 1,108 |
| | Ptr Billing Rate | C | $ 225 | $ 225 | $ 225 | $ 225 | $ 225 | $ 225 | $ 225 | $ 225 | $ 225 | $ 225 | $ 225 | $ 225 | |
| | Total | D = B * C | $ 27,000 | $ 21,600 | $ 22,500 | $ 27,000 | $ 13,500 | $ 18,000 | $ 27,000 | $ 20,700 | $ 13,500 | $ 18,000 | $ 22,500 | $ 18,000 | $ 249,300 |
| | | | | | | | | | | | | | | | |
| | Staff Hrs | E | 130 | 127 | 147 | 197 | 156 | 159 | 214 | 166 | 163 | 230 | 160 | 152 | 2,001 |
| | Staff Billing Rate | F | $ 110 | $ 110 | $ 110 | $ 110 | $ 110 | $ 110 | $ 110 | $ 110 | $ 110 | $ 110 | $ 110 | $ 110 | |
| | Total | G= E * F | $ 14,300 | $ 13,970 | $ 16,170 | $ 21,670 | $ 17,160 | $ 17,490 | $ 23,540 | $ 18,260 | $ 17,930 | $ 25,300 | $ 17,600 | $ 16,720 | $ 220,110 |
| | | | | | | | | | | | | | | | |
| | Total Production | H= D + G | $ 41,300 | $ 35,570 | $ 38,670 | $ 48,670 | $ 30,660 | $ 35,490 | $ 50,540 | $ 38,960 | $ 31,430 | $ 43,300 | $ 40,100 | $ 34,720 | $ 469,410 |
| | | | | | | | | | | | | | | | |
| | Monthly Production % | I = H/Annual | 9% | 8% | 8% | 10% | 7% | 8% | 11% | 8% | 7% | 9% | 9% | 7% | 100% |
| | | | | | | | | | | | | | | | |
| | Corrected Revenue | J= Total A * I | $ 66,002 | $ 56,845 | $ 61,799 | $ 77,781 | $ 48,998 | $ 56,717 | $ 80,769 | $ 62,263 | $ 50,229 | $ 69,199 | $ 64,085 | $ 55,487 | $ 750,174 |

Assumptions:
- Claimant provides monthly billable horus for the professional staff, including the principal's hours.
- Simplifying assumption for this example that all amounts collected and recorded as revenues in the calendar year were earned in the calendar year.

22

# Example 4: Professional Services Specific Matching

- In addition to the professional staff hours assumed in attributing revenues, the claimant also provides accurate specific evidence supporting:
  - Detailed invoices for outside contractors showing the timing of work performed.
  - All payroll costs and other variable expenses are accurate and properly matched to months where costs actually incurred.

Adjusted P&L Data Using Claimant-Submitted Monthly Billable Hour Reports for Professional Staff and Outside Services Invoices

| | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| As reported: | | | | | | | | | | | | | | | |
| 2009 | Revenue | A | 539,595 | 0 | 0 | 2,850 | 0 | 78,328 | 0 | 3,750 | 0 | 0 | 4,713 | 120,938 | 750,174 |
| | (% of Annual) | B=A/Annual | 72% | 0% | 0% | 0% | 0% | 10% | 0% | 0% | 0% | 0% | 1% | 16% | 100% |
| | Variable Expenses (incl. Payroll) | C | 62,138 | 573 | 4,332 | 1,915 | 65,862 | 33,270 | 2,494 | 976 | 252 | 4,803 | 1,694 | 119,277 | 297,586 |
| | (% of Annual) | D=C/Annual | 21% | 0% | 1% | 1% | 22% | 11% | 1% | 0% | 0% | 2% | 1% | 40% | 100% |
| | Variable Profit | E=A-C | 477,457 | (573) | (4,332) | 935 | (65,862) | 45,058 | (2,494) | 2,774 | (252) | (4,803) | 3,019 | 1,661 | 452,588 |
| | Variable Profit Percentage | F=E/A | 88% | N/A | N/A | 33% | N/A | 58% | N/A | 74% | N/A | N/A | 64% | 1% | 60% |
| | | | | | | | | | | | | | | | |
| Corrected based on monthly billable hour reports and outside services invoices: | | | | | | | | | | | | | | | |
| 2009 | Corrected Revenue | A | 66,002 | 56,845 | 61,799 | 77,781 | 48,998 | 56,717 | 80,769 | 62,263 | 50,229 | 69,199 | 64,085 | 55,487 | 750,174 |
| | (% of Annual) | B=A/Annual | 9% | 8% | 8% | 10% | 7% | 8% | 11% | 8% | 7% | 9% | 9% | 7% | 100% |
| | Corrected Variable Expenses | C | 24,369 | 21,194 | 23,012 | 30,051 | 18,308 | 21,340 | 31,794 | 23,563 | 18,473 | 29,826 | 24,942 | 30,714 | 297,586 |
| | (% of Annual) | D=C/Annual | 8% | 7% | 8% | 10% | 6% | 7% | 11% | 8% | 6% | 10% | 8% | 10% | 100% |
| | Corrected Variable Profit | E=A-C | 41,633 | 35,651 | 38,787 | 47,730 | 30,690 | 35,377 | 48,975 | 38,700 | 31,756 | 39,373 | 39,143 | 24,773 | 452,588 |
| | Corrected Variable Profit % | F=E/A | 63% | 63% | 63% | 61% | 63% | 62% | 61% | 62% | 63% | 57% | 61% | 45% | 60% |

Assumptions:
- Claimant provides monthly billable hours for the professional staff, including the principal's hours.
- Invoices are provided for "Contract Labor" and those expenses are attributed to the months in which services were performed.
- Payroll expenses and other variable expenses are accurately reflected in the months in which services were provided.

Note: Variable profit margin cannot be calculated in a month with zero revenue as it is not possible to divide by zero.

# Example 4: Professional Services General Matching

- Assume the claimant  is unable to provide accurate specific monthly evidence detailing the year-end corrections.  In the absence of reliable data, "reasonable matching" may be accomplished by reflecting revenues consistent with the effort invested by the firm on a monthly basis.
  - Based on the nature of the business, it may be reasonable to assume revenues are generated through the effort of employees and outside contractors.
  - Assuming those costs are attributed to the months where work was performed, the P&Ls can be corrected to attribute revenues to the months when work was performed and match with corresponding variable expenses.

Adjusted P&L Data Assuming No Submission of Billable Hours and Contract Labor Reports; Allocation of Revenues by Variable Expenses and Payroll

| | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| As reported: | | | | | | | | | | | | | | | |
| 2009 | Revenue | A | 539,595 | 0 | 0 | 2,850 | 0 | 78,328 | 0 | 3,750 | 0 | 0 | 4,713 | 120,938 | 750,174 |
| | (% of Annual) | B=A/Annual | 72% | 0% | 0% | 0% | 0% | 10% | 0% | 0% | 0% | 0% | 1% | 16% | 100% |
| | Variable Expenses (incl. Payroll) | C | 62,138 | 573 | 4,332 | 1,915 | 65,862 | 33,270 | 2,494 | 976 | 252 | 4,803 | 1,694 | 119,277 | 297,586 |
| | (% of Annual) | D=C/Annual | 21% | 0% | 1% | 1% | 22% | 11% | 1% | 0% | 0% | 2% | 1% | 40% | 100% |
| | Variable Profit | E=A-C | 477,457 | (573) | (4,332) | 935 | (65,862) | 45,058 | (2,494) | 2,774 | (252) | (4,803) | 3,019 | 1,661 | 452,588 |
| | Variable Profit Percentage | F=E/A | 88% | N/A | N/A | 33% | N/A | 58% | N/A | 74% | N/A | N/A | 64% | 1% | 60% |
| Corrected based on reported variable expenses and payroll: | | | | | | | | | | | | | | | |
| 2009 | Corrected Revenue | A | 138,211 | 10,562 | 19,808 | 15,560 | 147,904 | 80,471 | 16,760 | 13,616 | 12,117 | 21,540 | 15,102 | 258,523 | 750,174 |
| | (% of Annual) | B=A/Annual | 18% | 1% | 3% | 2% | 20% | 11% | 2% | 2% | 2% | 3% | 2% | 34% | 100% |
| | Variable Expenses | C | 62,138 | 573 | 4,332 | 1,915 | 65,862 | 33,270 | 2,494 | 976 | 252 | 4,803 | 1,694 | 119,277 | 297,586 |
| | (% of Annual) | D=C/Annual | 21% | 0% | 1% | 1% | 22% | 11% | 1% | 0% | 0% | 2% | 1% | 40% | 100% |
| | Corrected Variable Profit | E=A-C | 76,073 | 9,989 | 15,476 | 13,645 | 82,042 | 47,201 | 14,266 | 12,640 | 11,865 | 16,737 | 13,408 | 139,246 | 452,588 |
| | Corrected Variable Profit % | F=E/A | 55% | 95% | 78% | 88% | 55% | 59% | 85% | 93% | 98% | 78% | 89% | 54% | 60% |

Assumptions:
- Claimant is not able to provide monthly billable hour reports and detailed outside services billings.
- Revenues are matched based on reported variable expenses and total payroll.

Note: Variable profit margin cannot be calculated in a month with zero revenue as it is not possible to divide by zero.

24

# Example 5: Manufacturer

- Claimant meets the following criteria[1] indicating further matching review is required:
  - 5: Variable expenses in a single month exceed 25% of the claimant's annual variable expense.
  - 6: Variable margin percentages between any two months vary by more than 50 percentage points.
  - 7: Variance between monthly percentages of revenues and variable expenses compared to their annual totals exceeds 8 percentage points.
- Variable profit margin percentage indicates cumulative year-end adjustments not properly matched, annual margin increased in 2010:



**Variable Profit Margin (as % of Revenue)**

| Year | May-Sept (Comp Period) | May-Dec | All 12 Months of Year |
|------|------------------------|---------|-----------------------|
| 2009 | 46% | 21% | 26% |
| 2010 | 31% | 38% | 36% |

[1] Criteria numbers correspond to Juneau Declaration, para. 4.

25

# Example 5: Manufacturer

- Matching irregularities become clearer when reviewing monthly P&L data:
  - Large spikes in variable expenses in December 2009 appear to be cumulative adjustments which distort variable profit in that month and indicate inaccuracies in other months.
  - Inventory values are being adjusted, a large Cost of Goods Sold- Lease payment is made, and a large bad debt expense are all recorded in this one month.
  - Proper matching would reflect these expenses in the same months as the corresponding earnings activity.

| | Jan-09 | Feb-09 | Mar-09 | Apr-09 | May-09 | Jun-09 | Jul-09 | Aug-09 | Sep-09 | Oct-09 | Nov-09 | Dec-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenues** | $ 212,269 | $ 199,736 | $ 347,734 | $ 193,373 | $ 254,303 | $200,020 | $ 238,625 | $ 283,515 | $ 220,991 | $ 187,535 | $ 130,054 | $ 341,136 |
| | | | | | | | | | | | | |
| **Cost of Goods Sold** | | | | | | | | | | | | |
| Inv Specified Reserve | - | - | - | - | - | - | - | - | - | - | - | 189,025 |
| Facility-Lease | 8,107 | 8,107 | 8,107 | 8,107 | 8,107 | 8,107 | 8,107 | 8,107 | 8,107 | 8,107 | 8,107 | 72,811 |
| Other Variable Cost of Sales | 82,522 | 76,035 | 157,670 | 87,383 | 102,839 | 63,486 | 83,786 | 106,755 | 102,185 | 72,678 | 47,286 | 191,172 |
| Sub-total Variable COGS | 90,629 | 84,142 | 165,776 | 95,490 | 110,946 | 71,593 | 91,892 | 114,861 | 110,292 | 80,784 | 55,392 | 453,008 |
| | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | |
| Bad Debt | (5,199) | (999) | 1,922 | (1,556) | (551) | 1,925 | 8,403 | 2,360 | 547 | (239) | (1,311) | 181,957 |
| Other Variable Expenses | 23,312 | 37,668 | 24,523 | 14,487 | 27,134 | 14,057 | 11,677 | 15,034 | 4,860 | (1,949) | 8,841 | 13,571 |
| Sub-total Variable Op Exp | 18,113 | 36,669 | 26,445 | 12,930 | 26,583 | 15,981 | 20,081 | 17,394 | 5,406 | (2,187) | 7,530 | 195,528 |
| | | | | | | | | | | | | |
| Total Variable Exp (excl. payroll) | 108,742 | 120,810 | 192,221 | 108,420 | 137,529 | 87,574 | 111,973 | 132,256 | 115,698 | 78,597 | 62,922 | 648,536 |
| Variable Expense % | 51.2% | 60.5% | 55.3% | 56.1% | 54.1% | 43.8% | 46.9% | 46.6% | 52.4% | 41.9% | 48.4% | 190.1% |

*Source: Actual claimant monthly P&L Excel workbook included on portal by CSSP.*

# Example 5: Manufacturer

- Claimant is a manufacturer.  Revenues are earned as items are shipped.  While CSSP may seek from claimant underlying source documents, for this example revenues are assumed to be correct and attributed to the proper months.

- Corresponding variable expenses are not matched with revenues on a monthly basis.

- Pursuant to Ex. 4A, paragraph 4, CSSP may seek from claimant underlying source documents which would provide specific evidence to accurately match corresponding variable expenses to revenues, for example:

  – Physical inventory records, perpetual inventory records or job schedules which identify nature of year-end inventory adjustment.

  – Revenues and/or invoices by customer related to bad debt expense.

  – Contracts or other agreements related to large year-end lease correction or payment.

27

# Example 5: Manufacturer Specific Matching

- Assume the claimant provides accurate specific evidence supporting:
  - The December inventory reduction ($189,025 total) related to materials from a project completed between April and August ($37,805 each month).
  - The annual bad debt expense ($187,259 for full year) related to products sold between March and May ($62,420 each month).
  - The Dec lease adjustment ($59,313 total)  reflects cumulative processing fees owed at a public warehouse facility for all 2009 (making monthly lease expense $13,498 throughout the year) .

Adjusted P&L Data Using Claimant-Submitted Evidence of Sales resulting in Inventory Reserve and Bad Debt Reserve and Timing of lease Year-end Adjustment

| | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| As reported. | | | | | | | | | | | | | | | |
| 2009 | Revenue | A | 212,269 | 199,736 | 347,734 | 193,373 | 254,303 | 200,020 | 238,625 | 283,515 | 220,991 | 187,535 | 130,054 | 341,136 | 2,809,291 |
| | (% of Annual) | B=A/Annual | 8% | 7% | 12% | 7% | 9% | 7% | 8% | 10% | 8% | 7% | 5% | 12% | 100% |
| | Variable Expenses (incl. Payroll) | C | 132,421 | 120,810 | 212,577 | 135,327 | 142,565 | 106,151 | 124,850 | 136,658 | 130,713 | 80,585 | 74,131 | 672,159 | 2,068,945 |
| | (% of Annual) | D=C/Annual | 6% | 6% | 10% | 7% | 7% | 5% | 6% | 7% | 6% | 4% | 4% | 32% | 100% |
| | Variable Profit | E=A-C | 79,849 | 78,925 | 135,157 | 58,046 | 111,739 | 93,869 | 113,775 | 146,857 | 90,278 | 106,950 | 55,924 | (331,022) | 740,346 |
| | Variable Profit Percentage | F=E/A | 38% | 40% | 39% | 30% | 44% | 47% | 48% | 52% | 41% | 57% | 43% | -97% | 26% |
| | | | | | | | | | | | | | | | |
| Corrected with specific information provided by claimant. | | | | | | | | | | | | | | | |
| 2009 | Revenue | A | 212,269 | 199,736 | 347,734 | 193,373 | 254,303 | 200,020 | 238,625 | 283,515 | 220,991 | 187,535 | 130,054 | 341,136 | 2,809,291 |
| | (% of Annual) | B=A/Annual | 8% | 7% | 12% | 7% | 9% | 7% | 8% | 10% | 8% | 7% | 5% | 12% | 100% |
| | Corrected Variable Expense | C | 143,012 | 127,201 | 278,467 | 242,500 | 248,732 | 147,423 | 159,643 | 177,495 | 135,558 | 86,215 | 80,834 | 241,864 | 2,068,945 |
| | (% of Annual) | D=C/Annual | 7% | 6% | 13% | 12% | 12% | 7% | 8% | 9% | 7% | 4% | 4% | 12% | 100% |
| | Corrected Variable Profit | E=A-C | 69,258 | 72,535 | 69,267 | (49,127) | 5,571 | 52,597 | 78,981 | 106,020 | 85,432 | 101,319 | 49,221 | 99,272 | 740,346 |
| | Corrected Variable Profit % | F=E/A | 33% | 36% | 20% | -25% | 2% | 26% | 33% | 37% | 39% | 54% | 38% | 29% | 26% |

Assumptions:
 - Claimant provides specific evidence of the timing of sales for inventory reserved (which occurred evenly April-Aug in 2009).
 - Claimant provides specific evidence of the timing of sales which resulted in bad debt reserve in 2009 (which occurred evenly March-May).
 - Claimant provides specific evidence that year-end adjustment occurred ratably over the year; as such annual cost is reallocated ratably over calendar year.
 - Payroll expenses and variable expenses outside of Cost of Goods Sold are appropriately matched with corresponding revenues.

# Example 5: Manufacturer General Matching

- Assume the claimant is unable to provide accurate specific monthly evidence detailing the year-end corrections. In the absence of reliable data, "reasonable matching" may be accomplished by reflecting consistent margins on a monthly basis using annual information.
  - Based on the nature of the business, it may be reasonable to assume the goods sold throughout the year are similar and monthly variable profit margin would be consistent with annual variable expense percentage (excluding payroll).

Adjusted P&L Data Using Annual Variable Expense Percentage for All Months

|  |  |  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| As reported. |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 2009 | Revenue | A | 212,269 | 199,736 | 347,734 | 193,373 | 254,303 | 200,020 | 238,625 | 283,515 | 220,991 | 187,535 | 130,054 | 341,136 | 2,809,291 |
|  | (% of Annual) | B=A/Annual | 8% | 7% | 12% | 7% | 9% | 7% | 8% | 10% | 8% | 7% | 5% | 12% | 100% |
|  | Variable Expense | C | 132,421 | 120,810 | 212,577 | 135,327 | 142,565 | 106,151 | 124,850 | 136,658 | 130,713 | 80,585 | 74,131 | 672,159 | 2,068,945 |
|  | (% of Annual) | D=C/Annual | 6% | 6% | 10% | 7% | 7% | 5% | 6% | 7% | 6% | 4% | 4% | 32% | 100% |
|  | Variable Profit | E=A-C | 79,849 | 78,925 | 135,157 | 58,046 | 111,739 | 93,869 | 113,775 | 146,857 | 90,278 | 106,950 | 55,924 | (331,022) | 740,346 |
|  | Variable Profit Percentage | F=E/A | 38% | 40% | 39% | 30% | 44% | 47% | 48% | 52% | 41% | 57% | 43% | -97% | 26% |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Corrected using annual variable expense percentage. |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 2009 | Revenue | A | 212,269 | 199,736 | 347,734 | 193,373 | 254,303 | 200,020 | 238,625 | 283,515 | 220,991 | 187,535 | 130,054 | 341,136 | 2,809,291 |
|  | (% of Annual) | B=A/Annual | 8% | 7% | 12% | 7% | 9% | 7% | 8% | 10% | 8% | 7% | 5% | 12% | 100% |
|  | Corrected Variable Expense | C | 167,641 | 135,462 | 256,192 | 158,053 | 177,506 | 154,231 | 174,714 | 196,684 | 164,892 | 129,175 | 99,412 | 254,983 | 2,068,945 |
|  | (% of Annual) | D=C/Annual | 8% | 7% | 12% | 8% | 9% | 7% | 8% | 10% | 8% | 6% | 5% | 12% | 100% |
|  | Corrected Variable Profit | E=A-C | 44,629 | 64,274 | 91,542 | 35,320 | 76,798 | 45,789 | 63,911 | 86,831 | 56,099 | 58,360 | 30,642 | 86,153 | 740,346 |
|  | Corrected Variable Profit % | F=E/A | 21% | 32% | 26% | 18% | 30% | 23% | 27% | 31% | 25% | 31% | 24% | 25% | 26% |

Assumptions:
- Claimant is not able to provide specific monthly evidence regarding inventory, bad debt and lease corrections.
- Variable expenses are matched to corresponding monthly revenues using the annual percentage (Total Variable Expenses/Total Revenues).
- Payroll expenses are excluded from the allocation and are assumed to be appropriately matched with corresponding monthly revenues.