Case 2:10-md-02179-CJB-DPC   Document 11888   Filed 11/20/13   Page 1 of 1

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  NOV 20 2013
WILLIAM W. BLEVINS
CLERK

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 19, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 13-31070    In re: Deepwater Horizon
                USDC No. 2:10-MD-2179
                USDC No. 2:10-CV-4239
                USDC No. 2:10-CV-4240
                USDC No. 2:10-CV-4241

Enclosed is an order entered in this case.

Please be advised the designation of the record on appeal must be filed in the District Court within 14 days from the date of this order.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Cindy M. Broadhead, Deputy Clerk
504-310-7707

Ms. Alison Louise Battiste
Mr. William W. Blevins
Mr. Bruce Wayne Bowman Jr.
Mr. Donald Everett Godwin
Mr. Don Keller Haycraft
Ms. Jenny LaNell Martinez
Mr. Steven Lynn Roberts
Mr. Enrique G. Serna
Mr. Robert Alan York

____ Fee_____
____ Process_____
 X   Dkt_____
____ CtRmDep_____
____ Doc. No._____