UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NUMBER 2179 SECTION: J |
| | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | |
| 13-CV-05568 | MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, **Aubrey L. Roney**, individually and as personal representative of his minor daughter, **Brianna L. Roney**; and **Amber N. Roney**, who respectfully desire to supplement and amend their original Complaint on the following grounds and in the following particulars:

1.

Plaintiffs aver all allegations made in their original Complaint as if stated fully herein.

2.

Plaintiffs wish to supplement and amend their Complaint by adding **Environmental, Safety & Health Consulting Services, Inc.** every place that the current Defendants are listed in the body and prayer of the Complaint.

3.

Plaintiffs wish to supplement and amend Paragraph 2 of the original Complaint to include the following subparagraphs:

"O.   **Environmental, Safety & Health Consulting Services, Inc.**, alleged on information and belief to be a Louisiana corporation licensed to do and/or doing substantial business in Louisiana and within this Eastern District of Louisiana; and

P.   **VWX Insurance Company**, alleged on information and belief to be a foreign insurer authorized to do and/or doing substantial business in Louisiana."

4.

Plaintiffs wish to supplement and amend their Complaint by adding the following paragraph:

"20.

Plaintiffs show that Defendant VWX Insurance Company had in full force and effect at the time of the accident sued upon and, at all other pertinent times herein, a policy of liability insurance insuring Environmental, Safety & Health Consulting Services, Inc. against liability of the nature asserted herein."

5.

Plaintiffs show that on October 30, 2013, Environmental, Safety & Health Consulting Services, Inc was given notice via certified U.S. mail of Plaintiff's intent to amend their Complaint naming Environmental, Safety & Health Consulting Services, Inc. as a defendant.

WHEREFORE Plaintiffs, **Aubrey L. Roney**, individually and as personal representative of his minor daughter, **Brianna L. Roney**; and **Amber N. Roney**, pray that after due proceedings are had there be a judgement in their favor and against Defendants, **BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.; Apex Environmental Services, L.L.C.; Nature's Way Marine, L.L.C.; United States Environmental Services, L.L.C.; Environmental, Safety & Health, Inc.; ABC Insurance Company; DEF Insurance Company; GHI Insurance Company; JKL Insurance Company; MNO Insurance Company; PQR Insurance Company; STU Insurance Company; Environmental, Safety & Health Consulting Services, Inc. and VWX Insurance Company,** *in solido*, for compensatory, exemplary and punitive damages which

are just and reasonable and for legal interest thereon from date of loss until paid or, alternatively, from date of judicial demand until paid and for all costs of these proceedings. Plaintiffs also pray for all other relief which my be just and equitable in the premises.

        By Attorneys:

        *s/John W. deGravelles*

**JOHN W. deGRAVELLES** (04808)
J. NEALE deGRAVELLES (29143)
deGravelles, Palmintier, Holthaus & Frugé, L.L.P.
618 Main Street
Baton Rouge, Louisiana 70801-1910
(225) 344-3735 • Fax: (225) 336-1146
jdegravelles@dphf-law.com
ndegravelles@dphf-law.com

        *s/Richard J. Fernandez*

**RICHARD J. FERNANDEZ** (05532)
Law Office of Richard J. Fernandez, LLC
3000 West Esplanade Avenue, Ste. 200
Metairie, Louisiana 70002
(504) 834-8500 • Fax: (504) 834-1511
rick@rjfernandezlaw.com

**PLEASE SERVE:**

**BP EXPLORATION & PRODUCTION, INC.**
Through their registered agent:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, LA  70808

**BP AMERICA PRODUCTION COMPANY**
Through their registered agent:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, LA  70808

**BP P.L.C.**
through Hague Service Convention:
1 St James's Square
London SW1Y 4PD, England

**APEX ENVIRONMENTAL SERVICES, L.L.C.**
through its registered agent for service:
Ashlee Gibson
4137 South Sherwood Forest Blvd., Suite 130
Baton Rouge, LA 70816

**NATURES'S WAY MARINE, L.L.C.**
through its registered agent for service:
Jules Simon
9332 Blue Bonnet Blvd.
Baton Rouge, LA 70810

**UNITED STATES ENVIRONMENTAL SERVICES, L.L.C.**
through its Attorney of Record:
Matthew R. Jackson
Adams and Reese LLP
11 North Water Street, Suite 23200
Mobile, AL  36602

**ENVIRONMENTAL, SAFETY & HEALTH, INC.**
through its attorney of record:
William J. Carver
Kramer Rayson LLP
800 South Gay Street, Suite 2500
Knoxville, Tennessee  37929

**ENVIRONMENTAL, SAFETY & HEALTH CONSULTING SERVICES, INC.**
through its registered agent for service:
L. Xavier Boucvalt, III
1730 Coteau Road
Houma, LA 70364