# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to all actions. | * * * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## DECLARATION OF GEORGE H. BROWN

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, resident in the firm's Palo Alto, California office. I am counsel for BP Exploration & Production Inc., BP American Production Company, and BP p.l.c. (collectively, "BP") in the above-captioned case. I am over the age of 18 and, if called, competent to testify to the facts set forth herein.

2. In connection with my representation of BP in this matter, I received a phone call on November 8, 2013, from Magistrate Judge Shushan. The Magistrate Judge informed me that she was going to take out of the record BP's November 7, 2013 Notice of Filing, Doc. No. 11825, along with the attached exhibits.

3. The Magistrate Judge explained that there were over 12,000 docket entries in this case and that she would prefer to keep the record less voluminous. In addition, the Magistrate Judge stated that, in her view, it was not yet appropriate for us to be filing our correspondence with Patrick Juneau, the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement. The Magistrate Judge also said that, if an appeal is taken, then she assumed BP would file these documents in the record at that time.

I declare under penalty of perjury that the foregoing is true and correct.

2

Executed this 22nd day of November, 2013 at Palo Alto, California.

/s/ *[signature]*
George H. Brown