IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *  MDL NO. 2179 <br> *  <br> *  SECTION J <br> * |
| This document relates to: <br> All Cases and No. 12-970 | *  <br> *  Honorable CARL J. BARBIER <br> *  <br> *  Magistrate Judge SHUSHAN |

## PROPOSED ORDER

**CONSIDERING** Defendant's Objection to Magistrate Judge's Order Striking BP's November 7, 2013 Notice of Filing:

**IT IS ORDERED** that the Objection is SUSTAINED, and the order striking BP's November 7, 2013 Notice of Filing is REVERSED.

New Orleans, Louisiana, this ___ day of November, 2013.

_____
Hon. Carl J. Barbier
United States District Judge