UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | § | MDL 2179 |
| "Deepwater Horizon" in the Gulf | § | |
| of Mexico, on April 20, 2010 | § | |
| | § | SECTION J |
| | § | |
| Applies to: | § | JUDGE BARBIER |
| ALL CASES | § | MAGISTRATE SHUSHAN |

## NOTICE OF CHANGE OF CONTACT INFORMATION

Effective immediately, LAW OFFICES OF DARRELL PALMER PC has a new address and phone number:

**LAW OFFICES OF DARRELL PALMER PC**
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Phone: (858) 215-4064
Facsimile: (866) 583-8115
darrell.palmer@palmerlegalteam.com

LAW OFFICES OF DARRELL PALMER PC

Dated:   November 22, 2013      By: /s/ Joseph Darrell Palmer_____
                                    Joseph Darrell Palmer

Joseph Darrell Palmer
Law Offices of Darrell Palmer PC
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Phone: (858) 215-4064
Fax: (866) 583-8115
Email: darrell.palmer@palmerlegalteam.com

Attorney for Objectors
James H. Kirby III and James H. Kirby IV

## **CERTIFICATE OF SERVICE**

I certify that on November 22, 2013, I gave notice to all parties using the Lexis Nexis system as directed by the court.

*/s/ Joseph Darrell Palmer*
Joseph Darrell Palmer