UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL<br>RIG "DEEPWATER HORIZON"<br>IN THE GULF OF MEXICO, ON<br>APRIL 20, 2010 | *<br>*<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO:**
**2:10-cv-970 and 2:10-cv-968**

**MOTION TO SUBSTITUTE COUNSEL OF RECORD**

Joseph Darrell Palmer is counsel of record for objectors Michael B. Sturdivant, Patricia Sturdivant and Susan Forsyth.  By consent of all parties Ronnie G. Penton desires to be substituted as counsel of record for Michael B. Sturdivant, Patricia Sturdivant and Susan Forsyth as outlined in the Memorandum in Support of Motion to Substitute Counsel of Record.  Palmer will continue to represent James H. Kirby, III and James H. Kirby, IV.

WHEREFORE, Joseph Darrell Palmer requests he be allowed to withdraw as counsel of record and Ronnie G. Penton substituted as counsel of record for Michael B. Sturdivant, Patricia Sturdivant, and Susan Forsyth.

Respectfully Submitted,

/s/ Joseph Darrell Palmer
JOSEPH DARRELL PALMER
Law Offices of Darrell Palmer PC
*Attorney for Objectors Mike and Patricia Sturdivant,*
*Susan Forsyth, James H. Kirby, III and James H. Kirby IV*
2244 Faraday Ave, Suite 121
Carlsbad, CA  92008
Phone: (858) 215-4064
Fax:    (866) 583-8115
darrell.palmer@palmerlegalteam.com

1

2

/s/ Ronnie G. Penton
RONNIE G. PENTON (#10462)
The Penton Law Firm
209 Hoppen Place
Bogalusa, Louisiana  70427
Phone:  (985) 732-5651
Fax:     (985) 735-5579
E-Mail: fedcourtmail@rgplaw.com