UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO:
2:10-cv-970 and 2:10-cv-968

### MEMORANDUM IN SUPPORT OF
### JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD

Joseph Darrell Palmer is counsel of record for objectors Michael B. Sturdivant, Patricia Sturdivant, and Susan Forsyth.

Sturdivants and Forsyth have retained the services of Ronnie G. Penton, The Penton Law Firm, 209 Hoppen Place, Bogalusa, Louisiana 70427; 985-732-5651.

Joseph Darrell Palmer desires to withdraw as counsel of record and substitute Ronnie G. Penton as counsel of record for Plaintiffs, Michael B. Sturdivant, Patricia Sturdivant, and Susan Forsyth.  Mr. Palmer will continue to represent James H. Kirby, III and James H. Kirby, IV.

Pursuant to Rule 9.13(a) of the Uniform Rules for Louisiana District Court and Rule 1.16 of the Rules of Professional Conduct, Louisiana State Bar Association, Articles of Incorporation, Article 16, Michael B. Sturdivant, Patricia Sturdivant, and Susan Forsyth have advised it is their desire to substitute Ronnie G. Penton as their counsel record in place of Joseph Darrell Palmer.

1

The withdrawal of Joseph Darrell Palmer the substitution of Ronnie G. Penton as counsel of record will not prejudice any party or delay these proceedings.

Therefore, Joseph Darrell Palmer and Ronnie G. Penton request that Joseph Darrell Palmer be allowed to withdraw as co-counsel of record and that Ronnie G. Penton be substituted as counsel for the Plaintiffs, Michael B. Sturdivant, Patricia Sturdivant, and Susan Forsyth.

Respectfully Submitted,

//s/ Joseph Darrell Palmer
JOSEPH DARRELL PALMER
Law Offices of Darrell Palmer PC
*Attorney for Objectors Mike and Patricia Sturdivant, Susan Forsyth, James H. Kirby, III and James H. Kirby IV*
2244 Faraday Ave, Suite 121
Carlsbad, CA  92008
Phone: (858) 215-4064
Fax:    (866) 583-8115
darrell.palmer@palmerlegalteam.com

/s/ Ronnie G. Penton
RONNIE G. PENTON (#10462)
The Penton Law Firm
209 Hoppen Place
Bogalusa, Louisiana  70427
Phone:  (985) 732-5651
Fax:     (985) 735-5579
E-Mail: fedcourtmail@rgplaw.com

## CERTIFICATION

Movers hereby certify that they have complied with Rule 9.13(a) of the Uniform Rules for Louisiana District Court and Rule 1.16 of the Rules of Professional Conduct, Louisiana State Bar Association, Articles of Incorporation, Article 16 by notifying Michael B. Sturdivant, Patricia Sturdivant, and Susan Forsyth that Joseph Darrell Palmer is withdrawing as their counsel of record and that Ronnie G. Penton will be enrolling as their counsel of record.  Sturdivants and Forsyth have no opposition to these actions.

/s/ Joseph Darrell Palmer
Joseph Darrell Palmer


/s/Ronnie G. Penton
Ronnie G. Penton

## PROOF OF SERVICE

I certify that on November 22, 2013, I gave notice to all parties using the Lexis Nexis system as directed by the court.

*/s/ Joseph Darrell Palmer*
Joseph Darrell Palmer