IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION: J |
| This filing applies to:<br><br>*Plaisance, et al v. BP,* No.12-968<br><br>*Bon Secour, et al v. BP,* No.12-970 | * * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**MOTION FOR LEAVE TO SUPPLEMENT
CLASS COUNSEL'S SUBMISSION ON REMAND OF MEDICAL SETTLEMENT
(AND INCORPORATED MOTION FOR SANCTIONS)**

**NOW INTO COURT,** through Co-Lead Class Counsel, come the Medical Benefits Class and the Economic & Property Damages Settlement Class, and respectfully seek leave to supplement the SUBMISSION OF CLASS COUNSEL ON REMAND OF MEDICAL SETTLEMENT (WITH INCORPORATED MOTION TO STRIKE, MOTION TO DISMISS, AND MOTION FOR SANCTIONS) [Rec. Doc. 11869] with the following two additional exhibits:

    a.    APPELLANTS-OBJECTORS' JOINT MOTION TO DISMISS APPEAL, in No.13-30221[1]

    b.    APPELLANTS-OBJECTORS' JOINT MOTION TO DISMISS APPEAL, in No.13-30095[2]

These pleadings, filed by Ms. Forsyth and Mr. & Mrs. Sturdivant on November 22, 2013, confirm that Mr. Palmer and Mr. Frank advanced purported "objections" and appeals to the Medical Benefits Settlement and the Economic & Property Damages Settlement without the knowledge, direction, authority and/or consent of their clients.

---

[1] U.S. Fifth Cir. Doc. 00512451347.

[2] U.S. Fifth Cir. Doc. 00512451341.

**WHEREFORE** Plaintiffs respectfully pray for leave to supplement their previous Submission of November 19, 2013.

This 26th day of November, 2013.

Respectfully submitted,

|  |  |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of November, 2013.

/s/ Stephen J. Herman and James Parkerson Roy