# In The United States Court Of Appeals
# For The Fifth Circuit

## No. 13-30221

### IN RE: DEEPWATER HORIZON - APPEALS OF THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT

Appeal from the United States District Court
for the Eastern District of Louisiana
C.A. No. 2:10-md-2179

### APPELLANT-OBJECTORS, MICHAEL STURDIVANT, PATRICIA STURDIVANT, and SUSAN FORSYTH's FRAP 42(b) JOINT MOTION TO DISMISS APPEAL

| | |
|---|---|
| RONNIE G. PENTON (#10462) | JAMES M. GARNER (#19589) |
| THE PENTON LAW FIRM | MARTHA Y. CURTIS (#20446) |
| 209 HOPPEN PLACE | KEVIN M. McGLONE (#28145) |
| BOGALUSA, LOUISIANA  70427 | SHER GARNER CAHIL RICHTER |
| TELEPHONE :  (985) 732-5651 | KLEIN & HILBERT, LLC |
| TELECOPIER :  (985) 735-5579 | 909 POYDRAS STREET, SUITE 2800 |
| E-MAIL:  fedcourtmail@rgplaw.com | NEW ORLEANS, LOUISIANA 70112 |
| | TELEPHONE: (504) 299-2102 |
| | TELECOPIER: (504) 299-2302 |
| | E-MAIL: jgarner@shergarner.com |

*Counsel for Objectors, Michael Sturdivant,
Patricia Sturdivant, and Susan Forsyth*

November 22, 2013

1

# CERTIFICATE OF INTERESTED PERSONS

## No. 13-30221

*IN RE: DEEPWATER HORIZON - APPEALS OF THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT*

The undersigned counsel of record certifies that the following interested persons and entities described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

**1.　Defendants-Appellees:**

　　a.　BP Exploration & Production, Inc.
　　b.　BP America Production Company

　Attorneys for Defendants-Appellees:

　　a.　Andrew B. Bloomer, P.C.
　　　　Timothy A. Duffy, P.C.
　　　　Richard C. Godfrey, P.C.
　　　　James Andrew Langan, P.C.
　　　　Elizabeth A. Larsen
　　　　Steven Andrew Myers
　　　　KIRKLAND & ELLIS LLP
　　　　300 North LaSalle Street
　　　　Chicago, IL 60654
　　　　Telephone: (312) 862~2000
　　　　Fax: (312) 862-2200

　　b.　Robert C. Mike Brock
　　　　COVINGTON & BURLING, LLP
　　　　1201 Pennsylvania Avenue, N.W.
　　　　Washington, D.C. 20004-0000
　　　　Telephone: (202) 662-5985
　　　　Fax: (202) 662-6291

    c.    Jeffrey Bossert Clark, Sr.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Fax: (202) 879-5200

    d.    James P. Joseph, I
Ethan Peter Keith Greene
ARNOLD & PORTER, LLP
555 12th Street, N.W.
Washington, D.C. 20004-0000
Telephone: (202) 942-5000
Fax: (202) 942-5999

    e.    Ellen K. Reisman
ARNOLD & PORTER, LLP
44th Floor, 777 S. Figueroa Street
Los Angeles, CA 90017-5844

    f.    Don K. Haycraft:
Liscow & Lewis
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Fax: (504) 556-4108

## 2. Class Plaintiffs - Appellees:

    a.    *Plaisance et al.* v. *BP Exploration & Production, Inc. et al.* is brought by eleven class representatives: Kip Plaisance; Jason Perkins; Camille Warren; Christian Pizani; Max Plaisance; Benjamin Judah Barbee; Cornelius Divinity; Janice Brown; Carlton Caster; George Baker; and Duffy Hall.

The class representatives represent the Medical Benefits Class that the District Court certified on January 11, 2013. *See* MDL 2179 Rec. Docs. 8217, 8218. The absent class members together comprise a "large group of persons [who] can be specified by a generic description, [such that] individual listing is not necessary." 5th Cir. R. 28.2.1.

**Attorneys for Class Plaintiffs-Appellees**:

a. Stephen J. Herman
   Soren E. Gisleson
   HERMAN HERMAN & KATZ LLC
   820 O'Keefe Avenue
   New Orleans, LA 70113
   Telephone: (504) 581-4892
   Fax: (504) 561-6024

b. James Parkerson Roy
   DOMENGEAUX, WRIGHT, Roy & EDWARDS
   556 Jefferson Street, Suite 500
   Lafayette, LA 70501
   Telephone: (337) 233-3033
   Fax: (337) 233-2796

c. Robin L. Greenwald
   WEITZ & LUXENBERG, P.C.
   700 Broadway
   New York, NY 10003
   Telephone: (212) 558-5500
   Fax: (212) 344-5461

d. Matthew A. Lundy
   LUNDY, LUNDY, SOILEAU & SOUTH, LLP
   501 Broad Street
   Lake Charles, LA 70601
   Telephone: (337) 513-0292
   Fax: (337) 439-1029

e. Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
29th Floor, 275 Battery Street
San Francisco, CA 94111
Telephone: (415) 956-1000
Fax: (415) 956-1008

f. Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: (843) 216-9159

g. Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, LA 70360
Telephone: (985) 876-7595

h. Brian H. Barr
LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECRSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Telephone: (850) 435-7045

i. Jeffrey A. Breit
BREIT DRESCHER IMPREVENTO & WALKER, P.C.
999 Waterside Drive, Suite 1000
Norfolk, VA 23510
Telephone: (757) 670-3888

j. Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce St., PO Box 4160
Montgomery, AL 36104
Telephone: (334) 269-2343

5

k. Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Telephone: (504) 394-9000

l. Michael C. Palmintier
DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE
618 Main Street
Baton Rouge, LA 70801-1910
Telephone: (225) 344-3735

m. Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, PO Box 66705
Mobile, AL 36660
Telephone: (251) 471-6191

n. Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Telephone: (504) 588-1500

o. Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Telephone: (601) 949-3388

p. Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605

  q. Calvin C. Fayard, Jr.
    FAYARD & HONEYCUTT
    519 Florida Avenue, SW
    Denham Springs, LA 70726
    Telephone: (225) 664-4193

  r. Ervin A. Gonzalez
    COLSON HICKS EIDSON
    255 Alhambra Circle, Penthouse
    Coral Gables, FL 33134
    Telephone: (305) 476-7400

  s. Samuel Issacharoff
    NEW YORK UNIVERSITY SCHOOL OF LA W
    Suite 4111, 40 Washington Square, S.
    New York, NY 10012
    Telephone: (212) 998-6580
    Fax: (212) 995-4590

3. **Objector-Appellant Stemming From Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8271:**

  a. James H. Kirby IV

**Attorneys for Objector-Appellant:**

  a. Joseph Darrell Palmer
    LAW OFFICES OF JOSEPH PALMER PC
    603 North Highway 101, Suite A
    Solana Beach, CA 92075
    Telephone: (858) 792-5600
    Fax: (866) 583-8115

  b. Theodore Harold Frank
    1718 M Street NW, No. 334
    Washington, DC 20036
    Telephone: (703) 203-3848

4. **Objectors-Apellants, No. 13-30095, Stemming From Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8271:**

   a. Mike Sturdivant
   b. Patricia Sturdivant
   c. Susan Forsyth

   **Attorney for Objectors/Appellants:**

   a. **Current Attorneys of Record:**
      Ronnie G. Penton
      THE PENTON LAW FIRM
      209 Hoppen Place
      Bogalusa, Louisiana 70427
      Telephone: (985) 732-5651
      Fax: (985) 735-5579

   b. James M. Garner
      Martha Y. Curtis
      Kevin M. McGlone
      Sher Garner Cahil Richter Klein & Hilbert, LLC
      909 Poydras Street, Suite 2800
      New Orleans, LA 70112-1033
      Telephone: (504) 299-2102
      Fax: (504) 299-2302

   c. **Former Attorneys of Record:**
      Joseph Darrell Palmer
      LAW OFFICES OF DARRELL PALMER PC
      603 N. Highway 101, Suite A
      Solana Beach, CA 92075
      Telephone: (858) 792-5600
      Fax: (866) 583-8115

   d. Theodore Harold Frank
      1718 M Street NW, No. 334
      Washington, DC 20036
      Telephone: (703) 203-3848

Respectfully submitted,

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE    :    (985) 732-5651
FAX          :    (985) 735-5579
E-MAIL    :    fedcourtmail@rgplaw.com

JAMES M. GARNER (#19589)
MARTHA Y. CURTIS (#20446)
KEVIN M. McGONE (#28145)
SHER GARNER CAHIL RICHTER KLEIN & HILBERT, LLLC
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LOUISIANA  70112-1033
PHONE    :    (504) 299-2102
FAX          :    (504) 299-2302
E-Mail     :    jgarner@shergarner.com


   /s/ Ronnie Glynn Penton
by: Ronnie Glynn Penton (#10462)
Counsel for Objectors/Appellants
Michael Sturdivant, Patricia Sturdivant, and Susan Forsyth

## Fed. R. App. P. 42(b) JOINT MOTION TO DISMISS APPEAL

NOW COME Objector/Appellants Michael Sturdivant, Patricia Sturdivant and Susan Forsyth, (collectively or individually "Appellants"), who, pursuant to Fed. R. App. P. 42(b), jointly file this Motion to Voluntarily Dismiss Appeal ("Motion").

Fed. R. App. P. 42(b) mandates that: "[t]he circuit clerk may dismiss a docketed appeal if the parties file a signed dismissal agreement specifying how costs are to be paid and pay any fees that are due. But no mandate or other process may issue without a court order. An appeal may be dismissed on the appellant's motion on terms agreed to by the parties or fixed by the court". Further, 5th Cir. R. 42.1 states that: "[i]n all cases where the appellant or petitioner files an unopposed motion to withdraw the appeal or agency review proceeding, the clerk will enter an order of dismissal and issue a copy of the order as the mandate". Further, 5th Cir. R. 42.1 states that: "[i]n all cases where the appellant or petitioner files an unopposed motion to withdraw the appeal or agency review proceeding, the clerk will enter an order of dismissal and issue a copy of the order as the mandate".

In conformity with 5th Cir. R. 27.4, the Appellants inform the Court that the Medical Benefits Settlement Class attorneys, Messrs. Roy and

Herman, have consented to this Motion. Further, counsel for the BP defendant/appellees, Messrs. Godfrey and Olson, have been emailed, with follow-up telephone calls to their respective offices, seeking the BP defendants' position, and the undersigned counsel Ronnie G. Penton has been advised by Mr. Olson's office that the BP defendants reserve the right to consent or object pending review of Appellants' Motion. As such, it is respectfully submitted that the Clerk of Court should enter an order of dismissal, for the reasons set forth below.

Pursuant to Fed. R. App. P. 42(b), this Court has "broad discretion to grant voluntary motions to dismiss." *Noatex Corp. v. King Const. of Houston, L.L.C.*, 732 F.3d 479 (5th Cir. 2013); *Am. Automobile Mfg'rs Ass'n v. Comm'r Mass. Dep't Env. Protection,* 31 F.3d 18, 22 (1st Cir.1994). "Such motions are generally granted, but may be denied in the interest of justice or fairness." *Id.* Appellants respectfully submit that the interests of fairness and justice will be better served if this Motion is granted, for the reasons set forth below.

As this Panel may recall, Appellants, along with James Kirby, objected to both the Medical Class Settlement and the Economic Class

11

Settlement[1], at the fairness hearing conducted by Judge Barbier in the underlying MDL litigation (10-md-2179), on November 8, 2012. Appellants filed a Notice of Appeal in the District Court on January 17, 2013. [10-md-2179 Doc. # 8271]. Additionally, three other objectors (Abreu, Aparecio and Arrellano) (collectively and/or individually "Other Objectors") also objected to the Medical Class Settlement and filed a Notice of Appeal in the underlying MDL. [10-md-2179 Doc. # 8218]. The three Other Objectors subsequently filed a joint motion to dismiss their appeal, on June 22, 2013. [See U.S. Fifth Cir. Doc. No. 00512284014]. That motion was granted by the Clerk of Court on June 25, 2013. [See U.S. Fifth Cir. Doc. No. 005122285910]. As such, other than Mr. Kirby, Appellants are the only objectors to the Medical Class Settlement, and the only appellants in this appeal (13-30221). Appellants were originally represented in both appeals (13-30095 and 13-30221) and in the MDL (10-md-2179) by Joseph Darrell Palmer and Theodore Harold Frank (collectively and/or individually "Prior Counsel").

As directly communicated to the undersigned Ronnie G. Penton by Appellants, Appellants terminated any representation by their Prior Counsel upon learning of Prior Counsel's unauthorized and unapproved actions and

---

[1] Appellants will be filing a virtually-identical Motion to Dismiss their appeal in the Economic Class Settlement appeal proceeding bearing U.S. Fifth Circuit Docket Number 13-30095.

12

conduct taken during the course of their former representation of the Appellants in all of these related proceedings (10-md-2179, 13-30095 and 13-30221) ("Related Proceedings"). As directly communicated to the undersigned Ronnie G. Penton by Appellants, Prior Counsel failed to: 1) inform the Appellants of most, if not all, significant developments and actions taken by Prior Counsel, ostensibly on their behalf, in both the District Court and in this Court; 2) inform Appellants of the imposition of an appeal bond, and the related need for the posting of an appellate bond; 3) provide Appellants with copies of the various pleadings and representations filed and made by Prior Counsel, again ostensibly on their behalf; 4) apprise Appellants of multiple factual inaccuracies contained in written and verbal submissions of counsel to the various courts; and 5) obtain Appellants' written consent to both the representation and the posting of an appellate bond.  In fact, again based on direct conversations with the Appellants, the undersigned Ronnie G. Penton learned that Appellants were not even aware of the vast majority of relevant issues, nor actions taken by Prior Counsel, ostensibly on their behalf but ultimately to their detriment and utmost chagrin, until Appellants presented for their respective depositions on October 28 and 29, 2013[2].

---

[2]　　Appellants are attempting to obtain transcripts of their depositions from Prior Counsel, but to date

13

Mr. Palmer's questionable conduct, in particular, has been exhaustively chronicled by a number of pleadings filed by Appellees and/or Class Counsel, in the Related Proceedings. By way of example, and unbeknownst to Appellants, Mr. Palmer made inaccurate representations to the District Court regarding Appellants' economic class claims [10-md-2179 Rec. Doc. 11623, including Transcript of November 8, 2012 Fairness Hearing at p. 227], and in pleadings to this Court. [See U.S. Fifth Cir. Doc. Nos. 00512334990, 00512351532 with exhibits, 00512371179, 00512391335, 00512371183]. Moreover, as detailed in Class Counsel's recent submission to the District Court on November 19, 2013, [10-md-2179, Rec. Doc. 11869, which is incorporated herein *in globo* and *in extenso*], at deposition, Appellants truthfully responded to questions from Class Counsel (when allowed to answer by Mr. Palmer), and those responses negated or otherwise contradicted many of the Prior Counsel's representations and statements, as do Appellants' recent submissions to this Court, and in the district court. [See U.S. Fifth Cir. Doc. No. 00512438725, esp. pp. 20, 28, 36 and 42; 10-md-2179 Doc. 11869, esp. pp. 15-24].

Appellants now realize, much to their extreme chagrin, Prior Counsel's machinations and subterfuge, of which they were unaware and do

---

have been unsuccessful.

14

not countenance, and Appellants certainly wish to take remedial measures to rectify matters, now that they have gained a sufficient understanding of Prior Counsel's conduct. This Motion is made in good faith, based on Appellants' current and newfound awareness of all attendant circumstances. This Motion is not made to evade appellate determination or to frustrate any court order. Moreover, there is neither injury nor the suggestion of prejudice to BP, or any other, Appellees or Appellants. As such, Appellants seek the voluntary dismissal of their appeals,[3] with a concomitant withdrawal of any and all objections lodged on their behalf in the District Court, as well as a release from any personal liability under the appeal bond or for sanctions, due to the undeniably improper, undisclosed and unknown actions of Prior Counsel.

---

[3] As mentioned, Appellants are also filing a "companion" FRAP 42 motion in 13-30095, seeking dismissal of their appeal regarding previous objections to the Economic Benefit Class Settlement.

Respectfully submitted,

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE　　:　　(985) 732-5651
FAX　　　 :　　(985) 735-5579
E-MAIL　　:　　fedcourtmail@rgplaw.com

JAMES M. GARNER (#19589)
MARTHA Y. CURTIS (#20446)
KEVIN M. McGONE (#28145)
SHER GARNER CAHIL RICHTER KLEIN &
HILBERT, LLLC
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LOUISIANA  70112-1033
PHONE　　:　　(504) 299-2102
FAX　　　 :　　(504) 299-2302
E-Mail　　 :　　jgarner@shergarner.com


　　/s/ Ronnie Glynn Penton
by: Ronnie Glynn Penton (#10462)
Counsel for Objectors/Appellants
Michael Sturdivant, Patricia Sturdivant, and
Susan Forsyth

16

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing FRAP 42(b) Motion To Dismiss was filed electronically on November 22, 2013, and will be served electronically on all counsel through the Clerk's Notice of Docketing Activity. Undersigned will also serve the Motion on All Counsel via Lexis-Nexis File & Serve pursuant to MDL Pre-Trial Order No. 12.

    /s/ Ronnie Glynn Penton
Ronnie Glynn Penton (#10462)