# United States Court of Appeals
# for the Fifth Circuit

---

### No. 12-31155

**LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., DOING BUSINESS AS GW FINS; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C. ZEKE'S CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN ; RONALD LUNDY; CORLISS GALLOW; JOHN TESVICH; MICHAEL GUIDRY, ON BEHALF OF THEMSELVES AND ALL OTHER SIMILARLY SITUATED; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,**

**Plaintiffs-Appellees**

v.

**BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP PIPE LINE COMPANY,**

**Defendants-Appellees**

v.

**GULF ORGANIZED FISHERIES IN SOLIDARITY & HOPE, INCORPORATED**

**Movant-Appellant**

---

### No. 13-30095

### IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

---

**On Appeal from the United States District Court for the Eastern District of Louisiana: C.A. Nos. 2:10-md-2179-CJB-SS; 2:12-cv-968-CJB-SS; and 2:12-cv-970-CJB-SS**

---

# APPELLANT-OBJECTORS, MICHAEL STURDIVANT, PATRICIA STURDIVANT, and SUSAN FORSYTH's FRAP 42(b) JOINT MOTION TO DISMISS APPEAL

**RONNIE G. PENTON (#10462)**
**THE PENTON LAW FIRM**
**209 HOPPEN PLACE**
**BOGALUSA, LOUISIANA  70427**
**TELEPHONE :  (985) 732-5651**
**TELECOPIER :  (985) 735-5579**
**E-MAIL:  fedcourtmail@rgplaw.com**

**JAMES M. GARNER (#19589)**
**MARTHA Y. CURTIS (#20446)**
**KEVIN M. McGLONE (#28145)**
**SHER GARNER CAHIL RICHTER**
**KLEIN & HILBERT, LLC**
**909 POYDRAS STREET, SUITE 2800**
**NEW ORLEANS, LOUISIANA 70112**
**TELEPHONE: (504) 299-2102**
**TELECOPIER: (504) 299-2302**
**E-MAIL: jgarner@shergarner.com**

November 22, 2013

## CERTIFICATE OF INTERESTED PERSONS

### No. 12-31155

**LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., DOING BUSINESS AS GW FINS; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKE'S CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,**

**Plaintiffs-Appellees**

**v.**

**BP EXPLORATION & PRODUCTION, INCORPORATE; BP AMERICA PRODUCTIONM COMPANY; BP PIPE LINE COMPANY**

**Defendants-Appellees**

**v.**

**GULF ORGANIZED FISHERIES IN SOLIDARITY & HOPE, INCORPORATED**

**Movant-Appellant**

*v.*

_____

### NO. 13-30095
### IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

_____

The undersigned counsel of record certifies that the following interested persons and entities described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

**1.    Defendants-Appellees:**

  a.    BP Exploration & Production Inc.
  b.    BP America Production Company
  c.    BP P.L.C. (The underlying *Bon Secour* and *Plaisance* actions named as defendants BP Exploration & Production Inc., BP America Production Company, and BP P.L.C. Although the Clerk has included "BP Pipe Line Company" in the caption of No. 12-31155, no such entity is a party to this appeal. The assumption may have been made that P.L.C. stands for "Pipe Line Company" but in this case it stands for "public limited company."

**Attorneys for Defendants-Appellees:**

  a.    Richard C. Godfrey, P.C.
        J. Andrew Langan, P.C.
        Wendy L. Bloom
        KIRKLAND & ELLIS LLP
        300 North LaSalle Street
        Chicago, IL 60654
        Telephone: (312) 862-2000
        Fax: (312) 862-2200

  b.    Jeffrey Lennard
        SNR DENTON US LLP
        233 South Wacker Drive
        Suite 7800
        Chicago, IL 60606
        Telephone: (312) 876-8000
        Fax: (312) 876-7934

    c.    Jeffrey Bossert Clark
             Steven A. Myers
             KIRKLAND & ELLIS LLP
             655 Fifteenth Street, N.W.
             Washington, DC 20005
             Telephone: (202) 879-5000
             Fax: (202) 879-5200

    d.    Don K. Haycraft
             LISKOW & LEWIS
             One Shell Square
             701 Poydras Street, Suite 5000
             New Orleans, LA 70139
             Telephone: (504) 581-7979
             Fax: (504) 556-4108

**2.    Class Plaintiffs - Appellees:**

    a.    The *Bon Secour* action is brought by fifteen class representatives: Bon Secour Fisheries, Inc.; Fort Morgan Realty, Inc.; LFBP # 1, LLC d/b/a GW FINS; Panama City Beach Dolphin Tours & More, LLC; Zeke's Charter Fleet, LLC; William Sellers; Kathleen Irwin; Ronald Lundy; Corliss Gallo; Lake Eugenie Land & Development, Inc.; Henry Hutto; Brad Friloux; Jerry J. Kee; John Tesvich; and Michael Guidry.

             The class representatives represent the Economic and Property Damages Class that the District Court certified, for settlement purposes only, on December 21, 2012. *See* MDL 2179 Rec. Docs. 8138, 8139. The absent class members together comprise a "large group of persons [who] can be specified by a generic description, [such that] individual listing is not necessary." 5th Cir. R. 28.2.1.

b.      The *Plaisance* action is brought by eleven class
        representatives: Kip Plaisance; Jason Perkins; Camille
        Warren; Christian Pizani; Max Plaisance; Benjamin
        Judah Barbee; Cornelius Divinity; Janice Brown;
        Carlton Caster; George Baker; and Duffy Hall.

        The class representatives represent the Medical
        Benefits Class that the District Court certified, for
        settlement purposes only, on January 11, 2013. *See*
        MDL 2179 Rec. Docs. 8217, 8218. The absent class
        members together comprise a "large group of persons
        [who] can be specified by a generic description, [such
        that] individual listing is not necessary." 5th Cir. R.
        28.2.1.


## Attorneys for Class Plaintiffs - Appellees:

a.      Stephen Jay Herman
        Soren E. Gisleson
        HERMAN HERMAN & KATZ LLP
        820 O'Keefe Avenue
        New Orleans, LA 70113
        Telephone: (504) 581-4892
        Fax: (504) 561-6024

b.      James Parkerson Roy
        DOMENGEAUX, WRIGHT, ROY & EDWARDS
        Suite 500, 556 Jefferson Street
        Lafayette, LA 70501
        Telephone: (337) 233-3033
        Fax: (337) 233-2796

c.      Elizabeth Joan Cabraser
        LIEFF, CABRASER, HEIMANN & BERNSTEIN
        29th Floor, 275 Battery Street
        San Francisco, CA 94111
        Telephone: (415) 956-1000
        Fax: (415) 956-1008

    d.    Samuel Issacharoff
           NEW YORK UNIVERSITY SCHOOL OF LAW
           Suite 411J, 40 Washington Square, S.
           New York, NY 10012
           Telephone: (212) 998-6580
           Fax: (212) 995-4590

**3.**    **Movant - Appellant, No. 12-31155:**

    a.    Gulf Organized Fisheries in Solidarity & Hope, Inc.

**Attorneys for Movant-Appellant:**

    a.    Clay Garside
           WALTZER & WIYGUL LAW FIRM
           14399 Chef Menteur Highway, Suite D
           New Orleans, LA 70129
           Telephone (504) 254-4400
           Fax: (504) 254-1112

    b.    Joel R. Waltzer
           WALTZER & WIYGUL LAW FIRM
           3715 Westbank Expressway
           Harvey, LA 70058
           Telephone: (504) 340-6300
           Fax: (504) 340-6330

4.    **Objectors-Appellants, No. 13-30095, Stemming From Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8271:**

    a.    James H. Kirby III

    **Attorneys for Objector-Appellant:**

    a.    Joseph Darrell Palmer
          LAW OFFICES OF DARRELL PALMER PC
          603 N. Highway 101, Suite A
          Solana Beach, CA 92075
          Telephone: (858) 792-5600
          Fax: (866) 583-8115

    b.    Theodore  Harold Frank
          1718 M Street NW, No. 334
          Washington, DC  20036
          Telephone:  (703) 203-3848


5.    **Objectors-Apellants, No. 13-30095, Stemming From Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8271:**

    a.    Mike Sturdivant
    b.    Patricia Sturdivant
    c.    Susan Forsyth

    **Attorney for Objectors/Appellants:**

    a.    **Current Attorneys of Record:**
          Ronnie G. Penton
          THE PENTON LAW FIRM
          209 Hoppen Place
          Bogalusa, Louisiana  70427
          Telephone:  (985) 732-5651
          Fax:  (985) 735-5579

b.    James  M. Garner
Martha Y. Curtis
Kevin M. McGlone
Sher Garner Cahil Richter Klein & Hilbert, LLC
909 Poydras Street, Suite 2800
New Orleans, LA  70112-1033
Telephone:  (504) 299-2102
Fax:  (504) 299-2302

c.    **Former Attorneys of Record:**
Joseph Darrell Palmer
LAW OFFICES OF DARRELL PALMER PC
603 N. Highway 101, Suite A
Solana Beach, CA 92075
Telephone: (858) 792-5600
Fax: (866) 583-8115

d.    Theodore  Harold Frank
1718 M Street NW, No. 334
Washington, DC  20036
Telephone:  (703) 203-3848

**6.    Objectors-Apellants, No. 13-30095, Stemming From Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8264:**

a.    Cobb Real Estate, Inc.
b.    G&A Cobb Family Ltd. Partnership
c.    L&M Investments, Ltd.
d.    MAD, Ltd.
e.    Mex-Co., Ltd.
f.    Robert C. Mistrot and Missroe, LLC

**Attorney for Objectors-Appellants:**

a.    Stuart C. Yoes
       THE YOES LAW FIRM, L.L.P.
       3535 Calder Avenue, Suite 235
       Post Office Drawer 7584
       Beaumont, Texas 77726-7584
       Telephone: (409) 833-2352
       Fax: (409) 838-5577

7.    **Objectors-Appellants, No. 13-30095, Stemming From Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8349:**

a.    The purported objectors together comprise a "large group of persons [who] can be specified by a generic description, [such that] individual listing is not necessary." 5th Cir. R. 28.2.1. A complete list of the purported objectors represented by Brent Coon & Associates appears at MDL 2179 Rec. Doc. 8292 Ex. 1.

**Attorney for Objectors-Appellants:**

a.    Brent W. Coon
       BRENT COON & ASSOCIATES
       215 Orleans
       Beaumont, Texas 77701
       Telephone: (409) 835-2666
       Fax: (409) 835-1912

8.    **Objectors-Appellants, No. 13-30095, Stemming From Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8304:**

a.    The purported objectors together comprise a "large group of persons [who] can be specified by a generic description, [such that] individual listing is not necessary." 5th Cir. R. 28.2.1. A complete list of the purported objectors represented by Farrell & Patel appears at MDL 2179 Rec. Doc. 8304 Ex. A.

**Attorney for Objectors-Appellants:**

a.    Wesley J. Farrell
       Terry A. C. Gray
       FARRELL & PATEL, ATTORNEYS AT LAW
       The Four Seasons Tower
       1425 Brickell Avenue, Suite 58C
       Miami, FL 33131
       Telephone: (305) 798-4177
       Fax: (800) 946-6711

b.    Sarah E. Spigener
       FARRELL & PATEL, ATTORNEYS AT LAW
       1515 Poydras Street, Suite 1400
       New Orleans, LA 70112
       Telephone: (504) 233-8585
       Fax: (504) 264-5953

**9.    Objectors-Appellants, No. 13-30095, Stemming From Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8308:**

a.    Troy D. Morain
b.    Stan P. Baudin

**Attorney for Objectors-Appellants:**

a.    Stan P. Baudin
       PENDLEY, BAUDIN & COFFIN, L.L.P.
       Plaquemine, LA 70764
       Telephone: (225) 687 -6396
       Fax: (225) 687-6398

10. **Objectors-Appellants, No. 13-30095, Stemming from Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8309:**

a. Gulf Organized Fisheries in Solidarity & Hope, Inc.
b. Donald Dardar
c. Thien Nguyen

**Attorney for Objectors-Appellants:**

a. Joel Waltzer
WALTZER & WIYGUL LAW FIRM
3715 Westbank Expwy, Suite 13
Harvey, LA 70058
Telephone: (504) 340-6300
Fax: (504) 340-6330

b. Robert Wiygul
WALTZER & WIYGUL LAW FIRM
1011 Iberville Drive
Ocean Springs, MS 39564
Telephone: (228) 872-1125
Fax: (228) 872-1128

c. Clay Garside
WALTZER & WIYGUL LAW FIRM
14399 Chef Menteur Highway, Suite D
New Orleans, LA 70129
Telephone: (504) 254-4400
Fax: (504) 254-1112

11. **Objectors-Appellants, No. 13-30095, Stemming From Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8312:**

a.    Allpar Custom Homes
b.    Sea Tex Marine Service, Inc.
c.    Ancelet's Marina, L.L.C.
d.    J.G. Cobb Construction, Ltd.
e.    Ships Wheel

**Attorney for Objectors-Appellants:**

a.    Kevin W. Grillo
      PENA & GRILLO, PLLC
      1240 3rd Street
      Corpus Christi, TX 78404
      Telephone: (361) 356-1882
      Fax: (361) 356-1083


12. **Objectors-Appellants, No. 13-30095, Stemming from Notice of Appeal Appearing at MDL 2179, Rec. Doc. 8354:**

a.    Daniel J. Levitan, *pro* se
      *clo* Santa Rosa Correctional Institute - Annex
      DC No. 650607
      5850 East Milton Road
      Milton, Florida 32583-7914

Respectfully submitted,

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE      :      (985) 732-5651
FAX           :      (985) 735-5579
E-MAIL     :      fedcourtmail@rgplaw.com

JAMES M. GARNER (#19589)
MARTHA Y. CURTIS (#20446)
KEVIN M. McGONE (#28145)
SHER GARNER CAHIL RICHTER KLEIN &
HILBERT, LLLC
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LOUISIANA  70112-1033
PHONE      :      (504) 299-2102
FAX           :      (504) 299-2302
E-Mail       :      jgarner@shergarner.com


     /s/ Ronnie Glynn Penton
by: Ronnie Glynn Penton (#10462)
Counsel for Objectors/Appellants
Michael Sturdivant, Patricia Sturdivant, and
Susan Forsyth

14

## **Fed. R. App. P. 42(b) JOINT MOTION TO DISMISS APPEAL**

NOW COME Objector/Appellants Michael Sturdivant, Patricia Sturdivant and Susan Forsyth, (collectively or individually "Appellants"), who, pursuant to Fed. R. App. P. 42(b), jointly file this Motion to Voluntarily Dismiss Appeal ("Motion").

Fed. R. App. P. 42(b) mandates that: "[t]he circuit clerk may dismiss a docketed appeal if the parties file a signed dismissal agreement specifying how costs are to be paid and pay any fees that are due. But no mandate or other process may issue without a court order. An appeal may be dismissed on the appellant's motion on terms agreed to by the parties or fixed by the court".  Further, 5th Cir. R. 42.1 states that: "[i]n all cases where the appellant or petitioner files an unopposed motion to withdraw the appeal or agency review proceeding, the clerk will enter an order of dismissal and issue a copy of the order as the mandate".  Further, 5th Cir. R. 42.1 states that: "[i]n all cases where the appellant or petitioner files an unopposed motion to withdraw the appeal or agency review proceeding, the clerk will enter an order of dismissal and issue a copy of the order as the mandate".

In conformity with 5th Cir. R. 27.4, the Appellants inform the Court that the Economic and Property Damages Class attorneys, Messrs. Roy and

Herman, have consented to this Motion.  Further, counsel for the BP defendant/appellees, Messrs. Godfrey and Olson, have been emailed, with follow-up telephone calls to their respective offices, seeking the BP defendants' position, and the undersigned Ronnie G. Penton has been advised by Mr. Olson's office that the BP defendants reserve the right to consent or object pending review of Appellants' Motion.  As such, it is respectfully submitted that the Clerk of Court should enter an order of dismissal, for the reasons set forth below.

Pursuant to Fed. R. App. P. 42(b), this Court has "broad discretion to grant voluntary motions to dismiss."  *Noatex Corp. v. King Const. of Houston, L.L.C.*, 732 F.3d 479 (5th Cir. 2013); *Am. Automobile Mfg'rs Ass'n v. Comm'r Mass. Dep't Env. Protection,* 31 F.3d 18, 22 (1st Cir.1994). "Such motions are generally granted, but may be denied in the interest of justice or fairness."  *Id.*  Appellants respectfully submit that the interests of fairness and justice will be better served if this Motion is granted, for the reasons set forth below.

As this Panel may recall, Appellants, along with James Kirby, objected to both the Medical Class Settlement and the Economic Class

Settlement[1], at the fairness hearing conducted by Judge Barbier in the underlying MDL litigation (10-md-2179), on November 8, 2012. Appellants filed a Notice of Appeal in the District Court on January 17, 2013. [10-md-2179 Doc. # 8271]. Appellants were originally represented in both appeals (13-30095 and 13-30221) and in the MDL (10-md-2179) by Joseph Darrell Palmer and Theodore Harold Frank (collectively and/or individually "Prior Counsel").

As directly communicated to the undersigned Ronnie G. Penton by Appellants, Appellants terminated any representation by Prior Counsel, upon learning of Prior Counsel's unauthorized and unapproved actions and conduct taken during the course of their former representation of the Appellants in all of these related proceedings (10-md-2179, 13-30095 and 13-30221) ("Related Proceedings"). As directly communicated to the undersigned Ronnie G. Penton by Appellants, Prior Counsel failed to: 1) inform the Appellants of most, if not all, significant developments and actions taken by Prior Counsel, ostensibly on their behalf, in both the District Court and in this Court; 2) inform Appellants of the imposition of an appeal bond, and the related need for the posting of an appellate bond; 3) provide Appellants with copies of the various pleadings and representations

---

[1] Appellants will be filing a virtually-identical Motion to Dismiss their appeal in the Medical Class Settlement appeal proceeding bearing U.S. Fifth Circuit Docket Number 13-30221.

filed and made by Prior Counsel, again ostensibly on their behalf; 4) apprise Appellants of multiple factual inaccuracies contained in written and verbal submissions of counsel to the various courts; and 5) obtain Appellants' written consent to both the representation and the posting of an appellate bond.  In fact, again based on direct conversations with the Appellants, the undersigned Ronnie G. Penton learned that Appellants were not even aware of the vast majority of relevant issues, nor actions taken by Prior Counsel, ostensibly on their behalf but ultimately to their detriment and utmost chagrin, until Appellants presented for their respective depositions on October 28 and 29, 2013[2].

Mr. Palmer's questionable conduct, in particular, has been exhaustively chronicled by a number of pleadings filed by Appellees and/or Class Counsel, in the Related Proceedings.  By way of example, and unbeknownst to Appellants, Mr. Palmer made inaccurate representations to the District Court regarding Appellants' economic class claims [10-md-2179 Rec. Doc. 11623, including Transcript of November 8, 2012 Fairness Hearing at p. 227], and in pleadings to this Court.  [See U.S. Fifth Cir. Doc. Nos. 00512334990, 00512351532 with exhibits, 00512371179, 00512391335, 00512371183].  Moreover, as detailed in Class Counsel's

---

[2]      Appellants are attempting to obtain transcripts of their depositions from Prior Counsel, but to date have been unsuccessful.

recent submission to the District Court on November 19, 2013, [10-md-2179, Rec. Doc. 11869, which is incorporated herein *in globo* and *in extenso*], at deposition, Appellants truthfully responded to questions from Class Counsel (when allowed to answer by Mr. Palmer), and those responses negated or otherwise contradicted many of the Prior Counsel's representations and statements, as do Appellants' recent submissions to this Court, and in the district court.  [See U.S. Fifth Cir. Doc. No. 00512438725, esp. pp. 20, 28, 36 and 42; 10-md-2179 Doc. 11869, esp. pp. 15-24].

Appellants now realize, much to their extreme chagrin, Prior Counsel's machinations and subterfuge, of which they were unaware and do not countenance, and Appellants certainly wish to take remedial measures to rectify matters, now that they have gained a sufficient understanding of Prior Counsel's conduct.  This Motion is made in good faith, based on Appellants' current and newfound awareness of all attendant circumstances.  This Motion is not made to evade appellate determination or to frustrate any court order.  Moreover, there is neither injury nor the suggestion of prejudice to BP, or any other, Appellees or Appellants.  As such, Appellants seek the voluntary dismissal of their appeals,[3] with a concomitant withdrawal of any and all objections lodged on their behalf in the District Court, as well as a

---

[3]     As mentioned, Appellants are also filing a "companion" FRAP 42 motion in 13-30221, seeking dismissal of their appeal regarding previous objections to the Medical Class Settlement.

release from any personal liability under the appeal bond or for sanctions, due to the undeniably improper, undisclosed and unknown actions of Prior Counsel.

Respectfully submitted,

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE        :        (985) 732-5651
FAX            :        (985) 735-5579
E-MAIL        :        fedcourtmail@rgplaw.com

JAMES M. GARNER (#19589)
MARTHA Y. CURTIS (#20446)
KEVIN M. McGLONE (28145)
SHER GARNER CAHIL RICHTER KLEIN &
HILBERT, LLLC
909 POYDRAS STREET, SUITE 2800
NEW ORLEANS, LOUISIANA  70112-1033
PHONE        :        (504) 299-2102
FAX            :        (504) 299-2302
E-Mail        :        jgarner@shergarner.com


    /s/ Ronnie Glynn Penton
by: Ronnie Glynn Penton (#10462)
Counsel for Objectors/Appellants
Michael Sturdivant, Patricia Sturdivant, and
Susan Forsyth

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing FRAP 42(b) Motion To Dismiss was filed electronically on November 22, 2013, and will be served electronically on all counsel through the Clerk's Notice of Docketing Activity.  Undersigned will also serve the Motion on All Counsel via Lexis-Nexis File & Serve pursuant to MDL Pre-Trial Order No. 12.

_____/s/ Ronnie Glynn Penton_____
Ronnie Glynn Penton (#10462)