IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  Oil Spill by the Oil Rig**  "**Deepwater Horizon" in the**  **Gulf of Mexico, on April 20, 2010** | * * * * | **MDL NO. 2179**  **SECTION: J** |
| This filing applies to: | * | |
| *Plaisance, et al v. BP,* No.12-968 | * * | **HONORABLE CARL J. BARBIER** |
| *Bon Secour, et al v. BP,* No.12-970 | * * * * | **MAGISTRATE JUDGE SHUSHAN** |

### ORDER

**CONSIDERING** Plaintiffs' Motion for Leave to Supplement:

**IT IS ORDERED** that leave be and is hereby granted for Plaintiffs to file three of the Objectors-Appellants' Motions to Dismiss Appeals as Supplemental Exhibits in further support of the Submission of Class Counsel on Remand of Medical Settlement (with Incorporated Motion to Strike, Motion to Dismiss, and Motion for Sanctions) [Rec. Doc. 11869].

**SIGNED** at New Orleans, Louisiana, this ___ day of <u>November</u>, <u>2013</u>.

_____
**Hon. Carl J. Barbier**