UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION "J"** |
| | * | |
| **This Document Applies To:** | * | **JUDGE BARBIER** |
| | * | |
| *12-968, 12-970* | * | **MAG. JUDGE SHUSHAN** |

## ORDER

Having considered the Motion to Substitute Counsel of Record (Rec. Doc. 11893);

IT IS ORDERED that the Motion is GRANTED and that Ronnie G. Penton is hereby substituted for and in place of Joseph Darrell Palmer as counsel of record for Michael B. Sturdivant, Patricia Sturdivant, and Susan Forsyth.

New Orleans, Louisiana, this 25th day of November, 2013.

_____
United States District Judge