UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | |
| | * | CIVIL ACTION |
| This document relates to: *C.A. No. 10-8888* | * * | NO. 10-2179 |
| Short form joinder numbers: 34821, 47718, 47947, 48283, 48285, 48290, 55342, 63199, 63214, 63626, 63631, 66172, 66334, 66335, 66441, 66453, 67030, 67581, 67990, 70336, 70635, 70660, 70668, 70685, 73372, 73844, 80390, 80615, 83375, 83615, 83654, 84365, 89475, 89995, 94735, 94743, 96841, 97436, 99746, 99752, 100693, 100697, 101063, 104015, 108908, 110072, 111426, 112291, 112529, 112536, 112590, 122242, 123732, 123963, 123982, 126220, 132662 | * * * * * * * * * * * * | SECTION: "J" HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

## MOTION FOR LEAVE TO FILE COMPLAINT IN INTERVENTION

NOW INTO COURT comes Full Scope Services, LLC ("Full Scope"), a corporation organized in the State of Georgia, who request that this Honorable Court grant leave to file a Complaint in Intervention under Federal Rule of Civil Procedure 24. Full Scope moves to intervene in connection with the above-referenced cases joined by short form, filed by Defendants-in-intervention identified by their respective short-form numbers in the caption of this matter, and identified by name in the attached Exhibit "A". The defendants-in-intervention are claimants who have opted out of the BP settlement, made OPA claims and/or non-settlement

1

claims against BP Exploration & Production Inc., BP America Production Company, and other entities in this multidistrict litigation. Full Scope has a contractual relationship with the listed individuals/entities and intervenes for the purpose of protecting their rights and interests related to the above-described claims, as explained more fully in the attached memorandum in support, and hereby represent as follows:

I.

This Court has found a similar January 4, 2013 pleading by Full Scope deficient insofar as that pleading did not contain the individual short-form claim documentation number for each claimant intervened upon. (*See* R. Doc. 8200), and found a subsequent pleading deficient due to movant's failure to assert that each of the intervened-upon individuals or entities have a direct contractual relationship with Full Scope (*See* R. Doc. 10962).

II.

Full Scope was retained under contract by individual claimants and entities to provide assessment of damages and evaluation of claim services to claimants in connection with the Deepwater Horizon Oil Spill. The pending joined actions against which Full Scope now intervenes are listed in Exhibit A, incorporated fully herein.

III.

Full Scope has fulfilled their obligations under the terms of the contracts with the claimants.

IV.

The Defendants-in-intervention are obligated under the terms of their contracts to pay Full Scope certain amounts promptly upon receipt of any settlement or judgment monies paid to Claimants for their claims.

V.

Despite Full Scope's efforts to enforce the terms of the contract, Full Scope has a good-faith basis to believe it will be unable to secure payment from the claimants.

VI.

Full Scope has an interest in the property that is the subject of the claimants' actions and claims—specifically, settlement funds or judgments to be paid to claimants. If payment of said funds is made directly to the claimants to the exclusion of Full Scope, Full Scope will be materially prejudiced.

VII.

Full Scope seeks to file their Complaint for Intervention at this time because the April 20, 2013 deadline to file short-form joinders in this action has passed. Therefore, all Claimants who have filed short-form joinders are believed to be known to Full Scope. Full Scope will be materially prejudiced if payments are made to claimants prior to resolution of this intervention.

VIII.

Pursuant to Local Rule 7.6, undersigned counsel requested consent by all parties to this motion for leave to intervene, through their liaison counsels. Undersigned counsel obtained the consent of Plaintiffs Liaison Counsel but not Defense Liaison Counsel in connection with this motion.

WHEREFORE, proposed intervenor Full Scope Services, LLC prays that this Court grant their Motion for Leave to file Complaint in Intervention allowing Full Scope's Complaint for Intervention to be filed and that:

a. Claimants (named in Exhibit "A" and whose short-form numbers are listed in the caption) be duly cited and served with a copy of the attached complaint in intervention;

b. That payment of settlement funds or judgments to Claimants be withheld in sufficient amount to preserve Full Scope's rights pending resolution of this intervention; and

c. After due proceedings had, there be judgment rendered herein in favor of intervenor Full Scope Services, LLC for all costs, expenses and for the cost of these proceedings.

Respectfully submitted,

/s/ Joseph M. Bruno
Joseph M. Bruno (#3604)
Daniel A. Meyer (#33278)
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
*jbruno@brunobrunolaw.com*
*dmeyer@ brunobrunolaw.com*

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served on all counsel of record via this Court's CM/ECF service, this November 26, 2013.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO