UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * |
| | * CIVIL ACTION |
| **This document relates to:** | * |
| *C.A. No. 10-8888* | * NO. 10-2179 |
| | * |
| **Short form joinder numbers:** | * SECTION: "J" |
| 34821, 47718, 47947, 48283, 48285, | * |
| 48290, 55342, 63199, 63214, 63626, | * HONORABLE CARL J. BARBIER |
| 63631, 66172, 66334, 66335, 66441, | * |
| 66453, 67030, 67581, 67990, 70336, | * MAGISTRATE JUDGE SHUSHAN |
| 70635, 70660, 70668, 70685, 73372, | * |
| 73844, 80390, 80615, 83375, 83615, | * |
| 83654, 84365, 89475, 89995, 94735, | * |
| 94743, 96841, 97436, 99746, 99752, | * |
| 100693, 100697, 101063, 104015, 108908, | * |
| 110072, 111426, 112291, 112529, 112536, | * |
| 112590, 122242, 123732, 123963, 123982, | |
| 126220, 132662 | |

## NOTICE OF SUBMISSION

Please take notice that this Motion for Leave to Intervene shall be submitted before the Honorable Sally Shushan, United States Magistrate Judge, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on December 11, 2013, at 9:00 A.M.

Respectfully submitted,

/s/ Joseph M. Bruno
Joseph M. Bruno (#3604)
Daniel A. Meyer (#33278)
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
*jbruno@brunobrunolaw.com*
*dmeyer@ brunobrunolaw.com*

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served on all counsel of record via this Court's CM/ECF service, this November 26, 2013.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO