UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | |
| | **CIVIL ACTION** |
| **This document relates to:** *C.A. No. 10-8888* | **NO. 10-2179** |
| **Short form joinder numbers:** 34821, 47718, 47947, 48283, 48285, 48290, 55342, 63199, 63214, 63626, 63631, 66172, 66334, 66335, 66441, 66453, 67030, 67581, 67990, 70336, 70635, 70660, 70668, 70685, 73372, 73844, 80390, 80615, 83375, 83615, 83654, 84365, 89475, 89995, 94735, 94743, 96841, 97436, 99746, 99752, 100693, 100697, 101063, 104015, 108908, 110072, 111426, 112291, 112529, 112536, 112590, 122242, 123732, 123963, 123982, 126220, 132662 | **SECTION: "J"** **HONORABLE CARL J. BARBIER** **MAGISTRATE JUDGE SHUSHAN** |

### COMPLAINT FOR INTERVENTION

**NOW INTO COURT**, through undersigned counsel, comes Intervenor **FULL SCOPE SERVICE, L.L.C.** ("Full Scope"), who files this complaint for intervention in accordance with Federal Rule of Civil Procedure 24.

This complaint of **FULL SCOPE**, alleges as follows:

1.

Made defendant-in-intervention are fifty-seven (57) claimants with whom Full Scope has directly entered into contracts for evaluation and assessment services relative to personal and economic damages from the Deepwater Horizon Oil Spill in 2010.

2.

In the aftermath of the Deepwater Horizon Oil Rig Explosion on April 20, 2010 and resulting oil spill, Full Scope was engaged by certain individual claimants to provide assessment and evaluation services for claimants related to oil spill damages and settlement claims in this matter.

3.

In the attached Exhibit "A", the 57 defendants-in-intervention against whom Full Scope now intervenes are identified by short-form number, claimant name, business name (where applicable), and outstanding invoice amount.

4.

Full Scope entered into Contracts Individual Claimants and Entities to provide assessment and evaluation services for their claims. These contracts each contain the following term:

> "Claimant and Full Scope acknowledge that the Oil Pollution Act ("OPA") authorizes Claimant to include the cost of assessing and valuing Claimant's losses as an additional cost resulting from the Incident. In recognition thereof, Full Scope agrees to defer payment for services provided until Claimant receives payment from BP, the Gulf Coast Claims Facility ("GCCF"), the Oil Spill Liability Trust Fund ("OSLTF") or other third party payor. Claimant agrees to pay Full Scope promptly upon receipt of said payment, or portion thereof. Claimant further agrees that Full Scope shall have the right to direct BP, the GCCF, the OSLTF or any other payor to whom a claim is submitted to pay Full Scope's costs of assessment directly to Full Scope, and Claimant specifically authorizes said direct payment."

6.

Full Scope has performed its obligations under the terms of the contracts with Defendants-in-intervention by providing assessment and evaluation services to the 57 claimants listed in Exhibit "A".

7.

Because Full Scope has fully performed under the terms of the Contracts, Full Scope has an interest in the settlements or judgments of Defendants-in-intervention.

**WHEREFORE**, intervenor Full Scope Services, LLC, prays that defendants-in-intervention identified by short-form number herein, and listed in full in Exhibit "A" be served with a certified copy of this complaint and after the lapse of all legal delays and subsequent filings that there be a judgment in favor of intervenor, Full Scope Services, LLC, and against the Defendants-in-intervention, for all relief sought under the law.

Respectfully submitted:

/s/ Joseph M. Bruno
Joseph M. Bruno (#3604)
Daniel A. Meyer (#33278)
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
*jbruno@brunobrunolaw.com*
*dmeyer@ brunobrunolaw.com*