| Short Form Joinder Number | Full Scope Services File # | Claimant Name | SERVICE ADDRESS |
|---|---|---|---|
| 34821 | BP-001141 | Ritter Construction | Otis Ritter<br>**Ritter Construction**<br>PO Box 803<br>Theodore, AL 36590 |
| 47718 | BP-000479 | Core Fitness | Robert Logan<br>**Core Fitness**<br>27580 Canal Rd. Unit 1434<br>Orange Beach, AL 36561 |
| 47947 | BP-000629 | Edward Jansen | Edward Jansen<br>12303 Fernwood Dr. West<br>Elberta, AL 36530 |
| 48283 | BP-001115 | American Family Investments, Inc DBA American Concrete Supply | Cleveland Campbell<br>**American Family Investments, Inc.**<br>**d/b/a American Concrete Supply**<br>PO Box 849<br>Gonzalez, FL 32560 |
| 48285 | BP-001114 | C&C Hauling Co | Cleveland Campbell<br>**C&C Hauling Co., Inc.**<br>222 Hwy 95A N<br>Cantonment, FL 32533 |
| 48290 | BP-001151 | South Alabama Materials, INC | Cleveland Campbell<br>**South Alabama Materials, Inc.**<br>PO Box 850<br>Gonzalez, FL 32560 |
| 55342 | BP-000515 | Robert Larisey | Robert Larisey<br>102 Meadow Wood Loop<br>Daphne, AL 36526 |
| 63199 | BP-000194 | Thompson Achee Development, Inc. | Cole Thompson<br>**Thompson Achee Development, Inc.**<br>PO Box 1288<br>Montrose, AL 36559 |
| 63214 | BP-000207 | County Road Storage, | Jeff Thompson<br>PO BOX 1288<br>Montrose, AL 36559 |
| 63626 | BP-000837 | Beaufort Engineers Services | X |
| 63631 | BP-001057 | BES Construction, LLC | Heather Bolton<br>**BES Construction, LLC**<br>311 Fels Avenue<br>Fairhope, AL 36532-1534 |
| 66172 | BP-000021 | Paradise Marine | Gene Myers<br>**Paradise Marine, Inc.**<br>PO Box 2439<br>Gulf Shores, AL 36547 |
| 66334 | BP-000041 | Crystal Pointe, LLC | Dean Skipper<br>**Cyrstal Pointe, LLC**<br>PO Box 1177<br>Robertsdale, AL 36567 |

| | | | |
|---|---|---|---|
| 66335 | BP-000043 | Crystal Orchard Inc | Dean Skipper<br>**Cyrstal Orchard, Inc.**<br>PO Box 1177<br>Robertsdale, AL 36567 |
| 66441 | BP-000044 | Tripe S Ventures, Inc | Dean Skipper<br>**Triple S Ventures, Inc.**<br>PO Box 1177<br>Robertsdale, AL 36567 |
| 66453 | BP-001111 | Ronald Bullock | Ronald Bullock<br>612 S 1st St.<br>Pensacola, FL 32507 |
| 67030 | BP-000969 | Doug Thomas | Doug Thomas<br>6495 Cardinal Lane<br>Daphne, AL 36526 |
| 67581 | BP-000171 | Wagner Plumbing | Ronnie Wagner<br>Wagner Plumbing<br>8178 B Nichols Ave.<br>Fairhope, AL 36532 |
| 67990 | BP-000446 | Cockrells Robertsdale | Joe Lamberth<br>23560 Hwy. 59<br>Robertsdale, AL 36567 |
| 70336 | BP-000191 | Eastern Shore Plastic Surgery, P.C. | William Staggers<br>**Eastern Shore Plastic Surgery, PC**<br>7541 Cipriano Ct.<br>Fairhope, AL 36532 |
| 70635 | BP-001046 | V-T Sil Flower-Plant Inc | Liem Tran<br>**V-T Sil Flower-Plant, Inc.**<br>4276 Saint Stephens Rd<br>Eight Mile, AL 36613 |
| 70660 | BP-001048 | Star Nails, LLC | Ru T Troung<br>**Star Nails, LLC**<br>179 Highway 98<br>Fairhope, AL 36532 |
| 70668 | BP-000765 | Roberds Corporation | George Roberds<br>**Roberds Corp.**<br>PO Box 1004<br>Fairhope, AL 36533 |
| 70685 | BP-001170 | Chau Nguyen | Chau Nguyen<br>351 Azalea Rd.<br>Mobile, AL 36609 |
| 73372 | BP-000692 | Infinity Homes, Inc | Jim Ivy<br>**Infinity Homes, Inc.**<br>5208 Highway 90 W<br>Mobile, AL 36619 |
| 73844 | BP-001196 | County Rd 20, LLC | Richard Inge<br>**County Rd 20, LLC**<br>169 Dauphin St., Suite 101<br>Mobile, AL 36602 |
| 80390 | BP-000165 | Rae Meccia | Rae Meccia<br>PO Box 3823<br>Pensacola, FL 32516 |

| | | | |
|---|---|---|---|
| 83228 | BP-000466 | Sun World Inc | Michael McQuillen<br>**Sun World, Inc.**<br>14435 Hwy 181<br>Fairhope, AL 36532 |
| 83375 | BP-000242 | Gallery Nine Forty | Cynthia Badinger<br>**Gallery Nine Forty**<br>940 Royal St.<br>New Orleans, LA 70116 |
| 83615 | BP-000240 | Hwy 27 Dirt, Inc. | Emery Childress<br>**Hwy 27 Dirt, Inc.**<br>15304 Highway 27<br>Fairhope, AL 36532 |
| 83654 | BP-001020 | Fowler Properties, INC | Alan Fowler<br>**Fowler Properties, Inc.**<br>1339 Polaris Dr.<br>Mobile, AL 36693 |
| 84365 | BP-001165 | Bubba John Seafood | John Keese<br>**Bubba John Seafood, LLC**<br>9262 Bellingrath Rd.<br>Theodore, AL 36582 |
| 89475 | BP-000178 | NEILL BONDING & INSURANCE | Brenda Neill<br>**Neill Bonding & Insurance, Inc.**<br>1940 State Hwy.<br>Fairhope, AL 36532 |
| 89995 | BP-000889 | J&T LLC | James Jimbo Waldrop<br>**J&T, LLC**<br>1600 Second Ave. NE<br>Cullman, AL 35055 |
| 94735 | BP-000064 | The Eat Beat LLC | Beth Ann McCormick<br>**The Eat Beat, LLC**<br>PO Box 745<br>Fairhope, AL 36533 |
| 94743 | BP-000138 | Gulf Coast Storage Solutions | Tim McCormick<br>**Gulf Coast Storage Solutions**<br>107 Royal Ln.<br>Fairhope, AL 36532 |
| 96841 | BP-001250 | Roach Builders Inc | Jason Roach<br>Roach Builders, Inc<br>9239 Marchand Ave.<br>Daphne, AL 36526 |
| 97436 | BP-000424 | First Rate Property Solutions | Judah Castagne<br>**First Rate Property Solutions**<br>PO Box 172<br>Gulf Shores, AL 36547 |
| 99746 | BP-000227 | Hons Builders, Inc | Jason Hons<br>**Hons Builders, Inc.**<br>PO Box 703<br>Daphne, AL 36526 |
| 99752 | BP-000226 | Homes by Hons LLC | Jason Hons<br>**Homes by Hons, LLC**<br>131 Patrician Dr.<br>Spanish Fort, AL 36527 |

| | | | |
|---|---|---|---|
| 100693 | BP-001248 | Austin Park II, LLC | Peter Howard<br>**Austin Park II, LLC**<br>PO Box 2037<br>Daphne, AL 36526 |
| 100697 | BP-001249 | Peter Howard Churchill II, LLC | Peter Howard<br>**Peter Howard Churchill II, LLC**<br>PO Box 2037<br>Daphne, AL 36526 |
| 101063 | BP-000133 | Clawdaddy's of Perdido Key | Susan Poston<br>**Crawdaddy's of Perdido Key, Inc.**<br>5800 Balderas Ave.<br>Pensacola, FL 32507 |
| 104015 | BP-001167 | Professional Cabinets, Inc. | James Hebert<br>Professional Cabinets, Inc.<br>7921 Crary Station<br>Semmes, AL 36575 |
| 108908 | BP-000866 | Sharon Macaluso | Sharon Macaluso<br>13152 Highway 23<br>Belle Chasse, LA 70037 |
| 110072 | BP-001188 | Kelly Builders, Inc | X |
| 111426 | BP-000542 | Iron & Canvas Workshop | Joseph Strange<br>**Iron & Canvas Workshop, Inc.**<br>16821 State Highway 181<br>Fairhope, AL 36532 |
| 112291 | BP-001007 | M&M Machine Shop, Inc | Marvin Alberado<br>**M&M Machine Shop, Inc.**<br>11 Monroe Wallace Rd.<br>McNeill, MS 39457 |
| 112529 | BP-000238 | Commercial Van Specialists, Inc. | Troy Boothe<br>**Comemrcial Van Specialists, Inc.**<br>26320 Highway 59<br>Loxley, AL 36551 |
| 112536 | BP-000408 | Deluna Land & Timber Company LLC | David Ball<br>**Deluna Land & Timber Company, LLC**<br>PO Box 130<br>Mobile, AL 36601 |
| 112590 | BP-001141 | Ritter Construction | Otis Ritter<br>**Ritter Construction**<br>PO Box 803<br>Theodore, AL 36590 |
| 122242 | BP-001135 | Aluma Leasing Services, LLC | Darren W Bolotte<br>**Aluma Leasing Services, LLC**<br>1901 A Destrehan Ave<br>Harvey, LA 70058 |
| 123732 | BP-001077 | Harper-Hul Construction, Inc | Donald Hull<br>**Harper-Hul Construction, LLC**<br>140 Elaine Ave.<br>Harahan, LA 70123 |

| | | | |
|---|---|---|---|
| 123963 | BP-000837 | Beaufort Engineers Services | William Bolton<br>**Beaufort Engineers Services, Inc.**<br>PO Box 1348<br>Fairhope, AL 36533 |
| 123982 | BP-001188 | Kelly Builders, Inc | Charles Kelly<br>**Kelly Builders, Inc.**<br>406-B Pine St.<br>Fairhope, AL 36532 |
| 126220 | BP-000609 | Emerald Coast Mortgage | Judson Basse<br>**Emerald Coast Mortgage**<br>5575 North Shore Way<br>Pensacola, FL 32507 |
| 132662 | BP-000145 | Windfield Resort Properties, INC | KC Chiang<br>**Windfield Resort Properties, Inc.**<br>PO Box 2889<br>Orange Beach, AL 36561 |