# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 SECTION: J |
| This filing applies to: | * * | |
| *Plaisance, et al v. BP,* No.12-968 | * * | HONORABLE CARL J. BARBIER |
| *Bon Secour, et al v. BP,* No.12-970 | * * * * | MAGISTRATE JUDGE SHUSHAN |

## WITHDRAWAL OF MOTIONS FOR SANCTIONS

**NOW INTO COURT,** through Co-Lead Class Counsel, come the Medical Benefits Class and the Economic & Property Damages Settlement Class, and, in light of Objectors-Appellants' Motions to Dismiss their Appeals,[1] respectfully withdraw their previously filed Motion for Sanctions [Rec. Doc. 11623] and the supplemental and amended Motion for Sanctions that was incorporated into Class Counsel's Submission on the Remand of the Medical Appeal [Rec. Doc. 11869].

This 26th day of November, 2013.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |

---

[1] *See* KIRBY MOTION TO DISMISS APPEAL NO.13-30221 [Fifth Cir. Doc. 00512454619], KIRBY MOTION TO DISMISS APPEAL NO.13-30095 [Fifth Cir. Doc. 00512454615], KIRBY MOTION TO DISMISS APPEAL NO.13-30973 [Fifth Cir. Doc. 00512454600], STURDIVANT MOTION TO DISMISS APPEAL NO.13-30221 [Fifth Cir. Doc. 00512451347], and STURDIVANT MOTION TO DISMISS APPEAL NO.13-30095 [Fifth Cir. Doc. 00512451341].

| | |
|---|---|
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

# CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Notice will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of November, 2013.

/s/ Stephen J. Herman and James Parkerson Roy