# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * | MDL NO. 2179 SECTION J JUDGE BARBIER MAG. JUDGE SHUSHAN |

**************************************************************************

THIS DOCUMENT RELATES TO: ALL CASES

### MOTION FOR LEAVE TO WITHDRAW OBJECTIONS AND NOTICE OF APPEAL, AND TO MOOT FURTHER COMPLIANCE WITH THE COURT'S NOVEMBER 5, 2013 MINUTE ENTRY

**NOW INTO COURT**, through newly-enrolled, undersigned counsel, Ronnie G. Penton, come Objectors Michael B. Sturdivant, Patricia Sturdivant and Susan Forsythe (collectively and/or individually "Objectors"), who respectfully move this Honorable Court for leave to withdraw their respective prior objections, lodged against both the Medical Class Settlement and the Economic Benefit Class Settlement, *10-md-7777, Rec. Doc. Nos. 123 & 124,* to dismiss their prior Notice of Appeal, *10-md-2179, Rec. Doc. 8271*, and to thus render moot any further compliance necessitated by the Court's minute Entry of November 5, 2013, *10-md-2179,Rec. Doc. 11786*, which set forth a briefing schedule regarding "the issues in the medical class action remand by the Fifth Circuit in Action No, 13-30221", all as more fully set forth in the attached Memorandum in Support of this Motion.

WHEREFORE, Objectors pray that their Motion For Leave be granted and that they be allowed to withdraw their respective prior objections, lodged against both the Medical Class Settlement and the Economic Benefit Class Settlement, *10-md-7777, Rec. Doc. Nos.*

1

*123 & 124,* to dismiss their prior Notice of Appeal, *10-md-2179, Rec. Doc. 8271*, and to thus render moot any further compliance necessitated by the Court's minute Entry of November 5, 2013, *10-md-2179,Rec. Doc. 11786*, which set forth a briefing schedule regarding "the issues in the medical class action remand by the Fifth Circuit in Action No, 13-30221."

>THE PENTON LAW FIRM
>209 HOPPEN PLACE
>BOGALUSA, LOUISIANA  70427
>TELEPHONE :(985) 732-5651
>TELECOPIER: (985) 735-5579
>E-MAIL:fedcourtmail@rgplaw.com
>
>s/Ronnie G. Penton
>Ronnie G. Penton, Trial Counsel for
>Plaintiffs/Objectors: LA Bar Roll Number 10462

## **CERTIFICATE OF OPPOSITION**

This is to certify that, pursuant to Local Rule 7.6, I have contacted all interested counsel of record regarding whether they had opposition to the filing of the above pleading. There has been at least one opposition voiced by Joseph Darrell Palmer, who not only objects to this subject Motion, but also objects to the Fifth Circuit Motion to Voluntarily Dismiss the bond appeal, although he has filed a voluntary dismissal on behalf of his client, James Kirby, III.  Plaintiffs/Objectors have attached hereto a Notice of Submission.
November 27, 2013

>s/Ronnie G. Penton
>Ronnie G. Penton

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing Motion for Leave to Withdraw Objections and Notice of Appeal was filed electronically on November 27, 2013, and will be served electronically on all counsel through the Clerk's Notice of Docketing Activity. Undersigned will also serve the Motion on All Counsel via Lexis-Nexis File & Serve pursuant to MDL Pre-Trial Order No. 12.

    /s/ Ronnie Glynn Penton
    Ronnie Glynn Penton (#10462)