UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL * | MDL NO. 2179 | |
| | RIG "DEEPWATER HORIZON" * | | |
| | IN THE GULF OF MEXICO, ON * | SECTION J | |
| | APRIL 20, 2010 * | | |
| | * | JUDGE BARBIER | |
| | * | MAG. JUDGE SHUSHAN | |

**************************************************************************
THIS DOCUMENT RELATES TO: ALL CASES

MEMORANDUM IN SUPPORT OF MOTION
FOR LEAVE TO WITHDRAW OBJECTIONS AND NOTICE OF APPEAL,
AND TO MOOT FURTHER COMPLIANCE WITH THE
COURT'S NOVEMBER 5, 2013 MINUTE ENTRY

**MAY IT PLEASE THE COURT:**

Through newly-enrolled, undersigned counsel, Ronnie G. Penton, Objectors Michael B. Sturdivant, Patricia Sturdivant and Susan Forsythe (collectively and/or individually "Objectors"), move this Honorable Court for leave to withdraw their respective prior objections, lodged against both the Medical Class Settlement and the Economic Benefit Class Settlement, *10-md-7777, Rec. Doc. Nos. 123 & 124,* to dismiss their prior Notice of Appeal, *10-md-2179, Rec. Doc. 8271*, and to thus render moot any further compliance necessitated by the Court's minute Entry of November 5, 2013, *10-md-2179,Rec. Doc. 11786*, which set forth a briefing schedule regarding "the issues in the medical class action remand by the Fifth Circuit in Action No, 13-30221."

For the reasons more fully set forth below, Objectors respectfully submit that, much to their chagrin, they recently became aware of their prior counsel's actions and representations, which they do not countenance and seek to ameliorate. As such, Objectors respectfully submit that the interests of justice and judicial economy would be

best served by granting this Motion, in its entirety. Class Counsel (on behalf of both Classes) has been contacted and consents to this Motion. Counsel for the BP Defendants has been contacted with a copy of these pleadings and have not responded as of the time of this filing. Counsel for James Kirby, III, Joseph Darrell Palmer, has also been contacted and he advises that he opposes this Motion, as well as the Fifth Circuit Motion to Voluntarily Dismiss the bond appeal, although he has filed a voluntary dismissal on behalf of his client, James Kirby, III.

As the Court may recall, Objectors (along with co-objectors James Kirby, III and James Kirby IV) were initially represented in this Court by Joseph Darrell Palmer. As specifically communicated to the undersigned by each respective Objector, each respective Objector was unaware of, and lacked sufficient information about, a number of actions taken by Mr. Palmer in this Court. Likewise, regarding matters remanded from, and/or still pending in, the U.S. Fifth Circuit, including but not limited to Nos. 13-30095 (Economic Class), 13-30221 (Medical Class), and 13-30973 (Appellate Bond), Objectors again were, until their recent depositions taken in late October, unaware of the extent of their appellate counsels' (Messrs. Palmer and Frank) actions and representations, which Objectors now have reviewed with new counsel, and which Objectors have respectfully requested be dismissed by the Fifth Circuit[1]. *See U.S. Fifth Cir. Doc. Nos. 00512451341 and 00512451347*.

As mentioned, Objectors were deposed in late October, at which time they were

---

[1] Appellant-Objectors James Kirby, III and James Kirby, IV, both represented by Messrs. Palmer and Frank, have now also moved for Voluntary Dismissal of their pending Fifth Circuit appeals in 13-30095, 13-30221, and 13-30973. *See U.S. Fifth Cir. Doc. Nos. 00512454615, 00512454619, and 00512454600.* Contemporaneously with the filing of this Motion for Leave, Objectors will be filing a motion to dismiss the Fifth Circuit appeal regarding the imposition of an appellate bond in 13-30973.

queried on matters involving their prior counsel's actions and representation, of which they were previously unaware, and resultantly, sought and obtained substitute counsel (Mr. Penton). Objectors have now had time to consult with Mr. Penton and evaluate prior counsel's actions, including a number of filings and representations that Objectors would beseech the Court for an opportunity to rectify. Specifically, Objectors seek leave of this Court to withdraw the previously-filed objections to both the Medical Class and the Economic Benefit Class Settlements, as well as the related prior Notice of Appeal. Objectors further seek to moot any further compliance with the Court's November 5, 2013 Minute Entry by virtue of these requested withdrawals, and the concomitant FRAP 42(b) Motions For Voluntary Dismissal, pending in the Fifth Circuit.

    Respectfully submitted,

    THE PENTON LAW FIRM
    209 HOPPEN PLACE
    BOGALUSA, LOUISIANA  70427
    TELEPHONE :(985) 732-5651
    TELECOPIER:(985) 735-5579
    E-MAIL:fedcourtmail@rgplaw.com

    s/Ronnie G. Penton
    Ronnie G. Penton, Trial Counsel for
    Plaintiffs/Objectors; LA Bar Roll Number 10462

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Memorandum in Support of Motion for Leave to Withdraw Objections and Notice of Appeal was filed electronically on November 27, 2013, and will be served electronically on all counsel through the Clerk's Notice of Docketing Activity. Undersigned will also serve the Motion on All Counsel via Lexis-Nexis File & Serve pursuant to MDL Pre-Trial Order No. 12.

    /s/ Ronnie Glynn Penton
    Ronnie Glynn Penton (#10462)