UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL | * | MDL NO. 2179 |
| | RIG "DEEPWATER HORIZON" | * | |
| | IN THE GULF OF MEXICO, ON | * | SECTION J |
| | APRIL 20, 2010 | * | |
| | | * | JUDGE BARBIER |
| | | * | MAG. JUDGE SHUSHAN |

**************************************************************************
THIS DOCUMENT RELATES TO: ALL CASES

## NOTICE OF SUBMISSION

Pursuant to Local Rule 72.2, Plaintiff provides notice that the Motion for Leave to Withdraw Objections and Notice of Appeal, and to Moot Further Compliance with the Court's November 5, 2013 Minute Entry, is set for hearing on December 18, 2013, at 9:30 a.m.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE     :     (985) 732-5651
FAX          :     (985) 735-5579
E-MAIL    :     fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton (#10462)
Trial Counsel for Plaintiffs/Objectors

1