# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL | * | MDL NO. 2179 |
| | RIG "DEEPWATER HORIZON" | * | |
| | IN THE GULF OF MEXICO, ON | * | SECTION J |
| | APRIL 20, 2010 | * | |
| | | * | JUDGE BARBIER |
| | | * | MAG. JUDGE SHUSHAN |

**************************************************************************

**THIS DOCUMENT RELATES TO: ALL CASES**

## REQUEST FOR ORAL ARGUMENT

Plaintiffs/Objectors, Michael Sturdivant, Patricia Sturdivant, and Susan Forsyth,

do hereby request oral argument, pursuant to Local Rule 78.1, on Record Document

Number 11905.

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
TELEPHONE :       (985) 732-5651
TELECOPIER:      (985) 735-5579
E-MAIL        :      fedcourtmail@rgplaw.com


_____
Ronnie G. Penton
Trial Counsel for Plaintiff
Louisiana Bar Roll Number 10462

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

November 27, 2013.

s/Ronnie G. Penton

Ronnie G. Penton