UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG §<br>"DEEPWATER HORIZON" IN THE §<br>GULF OF MEXICO, on April 20, 2010 §<br>§<br>Related to: §<br>2:10-08888 §<br>§<br>Document No. 87503 §<br>§<br>§ | | MDL NO. 2179<br><br><br><br>JUDGE BARBIER<br><br><br><br>Mag. Judge SHUSHAN |

PLAINTIFF'S MEMORANDUM IN
SUPPORT OF MOTION TO SEAL COURT RECORDS

Plaintiff asks the court to seal certain court records in the interest of justice.

A. Introduction

1. Plaintiff is Van Tang d/b/a Cho Saigon, defendant is BP et. al.

2. Plaintiff sued defendant for Business and Individual Economic Loss.

3. Plaintiff's claim for Business Economic Loss compensation was denied. Plaintiff filed an Emergency Motion for Relief and Request for Judicial Review from the Appeals denial of the Business Economic Loss claim.

4. Plaintiff asks the court to seal the following court records: Exhibits 1 thru 80. Justice would be served by the court sealing the record in this case.

B. Argument

5. The court may seal court records if the interests favoring nondisclosure in a particular case outweigh the public's common-law right of access to judicial records. *In re Sealed Case*, 237 F.3d 657, 666 (D.C. Cir. 2001); *SEC v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993); *see Nixon v. Warner Comm., Inc.*, 435 U.S. 589, 598, 98 S.Ct. 1306, 1312 (1978).

6. The court should seal Exhibits 1 thru 80 in this case because plaintiff's personal information is disclosed in the attached exhibits and plaintiff's right to privacy clearly outweighs the public's right of access.

C. Conclusion

7. For these reasons, Plaintiff asks the court to seal Exhibits 1 thru 80.

          Respectfully Submitted,

          /s/ Michael D. Antalan
          MICHAEL D. ANTALAN
          LAED Number: TX24039615
          5425 Doolittle
          Houston, Texas 77033
          Office: (713) 738.3842
          Direct: (713) 577.2864
          Fax:     (713) 588.8948
          Attorney for VAN TANG d/b/a CHO SAIGON

## **CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing MEMORANDUM IN SUPPORT OF MOTION TO SEAL RECORDS has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this on this 2nd day of December, 2013.

          /s/Michael D. Antalan
          **MICHAEL D. ANTALAN**