UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG § | | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE § | | |
| GULF OF MEXICO, on April 20, 2010 § | | |
| § | | |
| Related to: § | | JUDGE BARBIER |
| 2:10-08888 § | | |
| § | | |
| Document No. 87503 § | | |
| § | | Mag. Judge SHUSHAN |

ORDER ON PLAINTIFF'S MOTION TO SEAL COURT RECORDS

After considering Plaintiff Van Tang d/b/a Cho Saigon's motion to seal court records, the arguments of counsel and in the interest of justice, the court

DENIES the motion.

GRANTS the motion and FINDS that Plaintiff demonstrated a specific, serious, and substantial interest that clearly outweighs the public's common-law right of access to judicial records. The court makes this finding because the Plaintiff's personal information is contained in Exhibits 1 thru 80, and the Plaintiff's right to privacy clearly outweighs the public's right of access to judicial records.

Therefore, the court ORDERS, immediately and until further order of the court on notice and hearing, that the following documents are under seal of the court and may not become public or be disclosed by any person, may not be included in the public records of this case, and may not be otherwise disclosed or permitted to come into the possession, control, or knowledge of any persons other than the attorneys of record for the parties in this case, the regular staff of the parties' attorneys, certified court reporters and their staffs, and the personnel of the court: Exhibits 1 thru 80.

Therefore, the court ORDERS that all persons gaining possession of records sealed in accordance with this order may not disclose, transfer, or in any way allow the documents sealed in this order to come into the possession of any other person at any time. Nothing in this order should be construed as a limitation or restriction on Plaintiff Van Tang d/b/a Cho Saigon's, its employees, officers, agents, authorized representatives, or attorneys concerning the use, possession, control, or disclosure of the documents sealed by this order.

Further, the court ORDERS the clerk of the court to take notice of this order and to institute procedures to ensure that personnel of the court comply with the terms of this

order, including marking the court records sealed by this order as being under seal of the court and subject to this order.

    Any violation of this order will be a contempt of the court.

SIGNED on _____, 2013.

                                                                                                _____
                                                                                                U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:


_____

Michael Antalan