UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *13-cv-1870* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Fast Flow's Motion for Leave to File Complaint in Intervention (Rec. doc. 10984)]**

On April 19, 2013, Benjamin Citrin and others filed a complaint for damages against BP and others. 13-cv-1870 (Rec. doc. 1). On August 10, 2013, Steve V. Pemberton and Fast Flow, LLC (collectively referred to as "Fast Flow") described themselves as plaintiffs-intervenors and filed a complaint for damages. They seek to intervene in the Citrin complaint. Rec. doc. 10984. The Clerk docketed it as first motion for leave to file intervenor complaint. Fast Flow does not state whether it attempted to obtain consent to filing the complaint in intervention. Nor does the complaint state the basis for Fast Flow's right to intervene.

IT IS ORDERED that **within twenty-one (21) calendar days of the entry of this order**, Fast Flow shall personally confer with liaison counsel for the PSC and defendants to determine whether the parties oppose the request for leave to intervene and file a certificate reporting on the outcome of the conferences. A copy of the report shall be emailed to marie_firmin@laed.uscourts.gov.

**In addition, within ten (10) days of filing the certification Fast Flow shall file a proposed amended complaint setting forth its grounds for seeking intervention.**

New Orleans, Louisiana, this 2nd day of December, 2013.

———————————————
**SALLY SHUSHAN**
**United States Magistrate Judge**