UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * | MDL NO. 2179 SECTION J JUDGE BARBIER MAG. JUDGE SHUSHAN |

**************************************************************************

THIS DOCUMENT RELATES TO: ALL CASES

### ORDER

CONSIDERING THE FOREGOING:

IT IS ORDERED that the previously-filed objections to both the Medical Class and Economic Benefit Class Settlements, filed by Objectors, Michael B. Sturdivant, Patricia Sturdivant and Susan Forsythe, be WITHDRAWN.

Signed in New Orleans, Louisiana this 2nd day of December, 2013.

_____
United States District Judge