United States District Court
Eastern District of Louisiana

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV 29 2013
WP
WILLIAM W. BLEVINS
CLERK

MDL. No. 2179

REF: 13-2441

In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico April-20-2010..

Im Asking this Court to put the following Case No. 2:13-ev-02441-CJB-SS on the Court Docket So my motion to Appoint Counsel can be Ruled on...

This Court has had Six months to Rule on my motion to Appoint Counsel Already. I HAVE NO WAY of knowing the Status of my Case...

TENDERED FOR FILING
NOV 29 2013
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee _____
Process _____
X Dktd _____
X CtRmDep _____
Doc No. _____

I'm in A Correctional Institution And have NO Computer to Follow my Case on Line... I'm Also in the state of FLA. And Cant work on it- And I do not Have ~~knowledge~~ of the Law... To Do So...

The Attorneys for the plaintiffs in master group 2179 Do not ~~Respond~~ To Any of my Request or Litigation That I send them. I got to Have Counsel to ~~move~~ my ~~Case forward~~.

I thank you in Advance For your time

John. M. Bennett

11-22-2013

John M. Bennett H62152 E2
Columbia C I
216 SE. Corrections Way
Lake City, FLA. 32025

MAILED FROM A STATE
CORRECTIONAL
INSTITITION

United States District Court
Eastern District of
Louisiana.
New Orleans, LA
70130





ZIP 32025
02 1W
0001380775 NOV 29 2013
$ 000100