UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * | MDL NO. 2179  SECTION J  JUDGE BARBIER MAG. JUDGE SHUSHAN |

**********************************************************************

THIS DOCUMENT RELATES TO: ALL CASES

### MOTION TO SUSPEND FURTHER COMPLIANCE WITH THE COURT'S NOVEMBER 5, 2013 MINUTE ENTRY

**NOW INTO COURT**, through newly-substituted, undersigned counsel, Ronnie G. Penton, come Objectors Michael B. Sturdivant, Patricia Sturdivant and Susan Forsyth (collectively and/or individually "Objectors"), who respectfully submit this Motion to Suspend Further Compliance ("Motion"), requesting that this Honorable Court issue an Order suspending further compliance with the Court's Minute Entry of November 5, 2013, *10-md-2179, Rec. Doc. 11786*, which set forth a briefing schedule and other terms of compliance, regarding "the issues in the medical class action remand by the Fifth Circuit in Action No, 13-30221", all as more fully set forth in the attached Memorandum in Support of this Motion.

WHEREFORE, Objectors pray that their Motion be granted and that the Court enter an Order suspending any further compliance with the Court's Minute Entry of November 5, 2013, *10-md-2179,Rec. Doc. 11786*, which set forth a briefing schedule regarding "the issues in the medical class action remand by the Fifth Circuit in Action No, 13-30221."

1

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
TELEPHONE :(985) 732-5651
TELECOPIER: (985) 735-5579
E-MAIL:fedcourtmail@rgplaw.com

s/Ronnie G. Penton
Ronnie G. Penton, Trial Counsel for
Plaintiffs/Objectors: LA Bar Roll Number 10462

## CERTIFICATE OF OPPOSITION

This is to certify that, pursuant to Local Rule 7.6, I have contacted all interested counsel of record regarding whether they had opposition to the filing of the above pleading. This pleading was submitted to all interested parties and, to date, there has been no response as to whether there was any opposition or not.  Therefore, Movers have filed herein a Notice of Submission.
December 3, 2013

s/Ronnie G. Penton
Ronnie G. Penton

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion To Suspend Further Compliance was filed electronically on December 3, 2013, and will be served electronically on all counsel through the Clerk's Notice of Docketing Activity.  Undersigned will also serve the Motion on All Counsel via Lexis-Nexis File & Serve pursuant to MDL Pre-Trial Order No. 12.

 /s/ Ronnie Glynn Penton
Ronnie G. Penton