UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL * | | MDL NO. 2179 |
| | RIG "DEEPWATER HORIZON" * | | |
| | IN THE GULF OF MEXICO, ON * | | SECTION J |
| | APRIL 20, 2010 * | | |
| | * | | JUDGE BARBIER |
| | * | | MAG. JUDGE SHUSHAN |

**************************************************************************
THIS DOCUMENT RELATES TO: ALL CASES


MEMORANDUM IN SUPPORT OF MOTION
TO SUSPEND FURTHER COMPLIANCE
WITH THE COURT'S NOVEMBER 5, 2013 MINUTE ENTRY

**MAY IT PLEASE THE COURT:**

NOW INTO COURT, through newly-substituted, undersigned counsel, Ronnie G. Penton, come Objectors Michael B. Sturdivant, Patricia Sturdivant and Susan Forsyth (collectively and/or individually "Objectors"), who respectfully submit this Memorandum in Support ("Memorandum") of their contemporaneously-filed Motion to Suspend Further Compliance ("Motion"), requesting that this Honorable Court issue an Order suspending further compliance with the Court's Minute Entry of November 5, 2013, *10-md-2179, Rec. Doc. 11786*, which set forth a briefing schedule and other terms of compliance, regarding "the issues in the medical class action remand by the Fifth Circuit in Action No, 13-30221", for the reasons set forth herein below.

As the Court may recall, Objectors recently obtained new counsel, Mr. Ronnie Glynn Penton, after learning of certain actions and representations of Objectors' prior

1

counsel, Joseph Darrell Palmer, of which they do not agree nor countenance. Based on that newfound awareness, Objectors moved, in this Honorable Court, *10-md-2179, Rec. Doc. 11905*, for leave to withdraw their respective prior objections, lodged against both the Medical Class Settlement and the Economic Benefit Class Settlement, *10-md-7777, Rec. Doc. Nos. 123 & 124,* to dismiss their prior Notice of Appeal, *10-md-2179, Rec. Doc. 8271*, and to thus render moot any further compliance necessitated by the Court's minute Entry of November 5, 2013, *10-md-2179,Rec. Doc. 11786*, which set forth a briefing schedule regarding "the issues in the medical class action remand by the Fifth Circuit in Action No, 13-30221."

Again, as more fully set forth in Objector's previously-filed Motion For Leave, and related pleadings, Objectors reiterate, much to their chagrin, that they recently became aware of their prior counsel's actions and representations, which they do not countenance and have sought to ameliorate, both in this Court[1] and in the U.S. Fifth Circuit Court of Appeals[2]. As such, Objectors respectfully submit that the interests of justice and judicial economy would be best served by granting this Motion, in its entirety. Class Counsel (on behalf of both Classes) has been contacted and consents to this Motion. Counsel for the BP Defendants has been contacted and takes no position on the

---

[1] Objectors have moved to withdraw both of their objections (Medical Class and Economic Benefit Class) in this Court, as well as their Notice of Appeal, *10-md-2179, Rec. Doc. 11905*, and Class Counsel has moved to withdraw its motion for sanctions against Objectors. *10-md-2179, Rec. Doc. 11901.*

[2] In the Fifth Circuit, Objectors have moved, under FRAP 42(b), for the voluntary dismissal of each of the three (3) appeals they are involved in: 13-30095 (Economic Class), 13-30221 (Medical Class), and 13-30973 (Appellate Bond). *See U.S. Fifth Cir. Doc. Nos. 00512454615, 00512454619, and 00512454600.*

2

Motion at this time, reserving all attendant rights for possible future exercise.

Objectors (along with co-objectors James Kirby, III and James Kirby IV) were initially represented in this Court by Joseph Darrell Palmer.  Again, as specifically communicated to the undersigned by each respective Objector, each respective Objector was unaware of, and lacked sufficient information about, a number of actions taken by Mr. Palmer in this Court.  Likewise, regarding matters remanded from, and/or still pending in, the U.S. Fifth Circuit, including but not limited to the three appeals bearing Docket Nos. 13-30095 (Economic Class), 13-30221 (Medical Class), and 13-30973 (Appellate Bond), Objectors again were, until their recent depositions taken in late October, unaware of the extent of their appellate counsels' (Messrs. Palmer and Frank) actions and representations, which Objectors now have reviewed with new counsel, and which Objectors have respectfully requested be dismissed by the Fifth Circuit[3].  *See U.S. Fifth Cir. Doc. Nos. 00512451341, 00512451347, and 00512455899.*  Also, Class Counsel has moved to withdraw its motion for sanctions against Objectors.  *10-md-2179, Rec. Doc. 11901.*

Thus, as a result of the foregoing developments, taken after Objectors were able to consult with Mr. Penton, evaluate prior counsel's actions, and then move for leave of this Court to rectify, Objectors respectfully submit that any basis for further compliance with the Court's November 5, 2013 has been eliminated, as the withdrawal of all

---

[3] Appellant-Objectors James Kirby, III and James Kirby, IV, both represented by Messrs. Palmer and Frank, have now also moved for Voluntary Dismissal of their pending Fifth Circuit appeals in 13-30095, 13-30221, and 13-30973.  *See U.S. Fifth Cir. Doc. Nos. 00512454615, 00512454619, and 00512454600.*

underlying objections to the two (2) class settlements is pending by virtue of Objectors' Motion for Leave, dismissal of the Objectors' Notice of Appeal is also pending (based on the same pleading), Class Counsel does not oppose this Motion, and Class Counsel has specifically withdrawn its prior motion for sanctions against Objectors.

In sum, for the reasons set forth above, Objectors respectfully request that this Court issue an Order, suspending any further compliance with the Court's November 5, 2013 Minute Entry.

Respectfully submitted,

THE PENTON LAW FIRM
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
TELEPHONE :(985) 732-5651
TELECOPIER:(985) 735-5579
E-MAIL:fedcourtmail@rgplaw.com

s/Ronnie G. Penton
Ronnie G. Penton, Trial Counsel for
Plaintiffs/Objectors; LA Bar Roll Number 10462

## CERTIFICATE OF OPPOSITION

This is to certify that, pursuant to Local Rule 7.6, I have contacted all interested counsel of record regarding whether they had opposition to the filing of the above pleading.  This pleading was submitted to all interested parties and, to date, there has been no response as to whether there was any opposition or not.  Therefore, Movers have filed herein a Notice of Submission.
December 3, 2013

s/Ronnie G. Penton
Ronnie G. Penton

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion To Suspend Further Compliance was filed electronically on December 3, 2013, and will be served electronically on all counsel through the Clerk's Notice of Docketing Activity. Undersigned will also serve the Motion on All Counsel via Lexis-Nexis File & Serve pursuant to MDL Pre-Trial Order No. 12.

                                        /s/ Ronnie Glynn Penton
                                        Ronnie G. Penton