UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | | |
|---|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * | MDL NO. 2179 SECTION J JUDGE BARBIER MAG. JUDGE SHUSHAN | |

**************************************************************************
THIS DOCUMENT RELATES TO: ALL CASES

### NOTICE OF SUBMISSION

Pursuant to Local Rule 72.2, Plaintiff provides notice that the Motion to Suspend Further Compliance With The Court's November 5, 2013 Minute Entry, is set for hearing on December 18, 2013, at 9:30 a.m.

> THE PENTON LAW FIRM
> 209 HOPPEN PLACE
> BOGALUSA, LOUISIANA  70427
> PHONE       :       (985) 732-5651
> FAX             :       (985) 735-5579
> E-MAIL      :       fedcourtmail@rgplaw.com

> s/Ronnie G. Penton
> Ronnie G. Penton (#10462)
> Trial Counsel for Plaintiffs/Objectors

1