UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * | MDL NO. 2179 SECTION J JUDGE BARBIER MAG. JUDGE SHUSHAN |
|---|---|---|---|

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO: ALL CASES

### PROPOSED ORDER

CONSIDERING THE FOREGOING MOTION TO SUSPEND FURTHER COMPLIANCE ("MOTION"):

IT IS ORDERED that the MOTION is GRANTED, and all Parties are relieved from further compliance with this Court's Minute Entry of November 5, 2013.

Signed in New Orleans, Louisiana, this the _____ day of December, 2013.

_____
J U D G E