UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM EARL PEOPLES<br><br>                Plaintiff,<br><br>v.<br><br>BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY; BP P.L.C.; TRANSOCEAN LTD.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN HOLDINGS, LLC.; HALLIBURTON ENERGY SERVICES, INC.; AND SPERRY DRILLING SERVICES, A DIVISION OF HALLIBURTON ENERGY SERVICES, INC.<br><br>                Defendants. | MDL No. 2179<br><br><br>SECTION: J<br><br><br>JUDGE BARBIER<br><br><br>MAGISTRATE SUSHAN |

## **MOTION TO WITHDRAW**

    COMES NOW, ALBERT R. JORDAN, IV, of CARTER & JORDAN, PLLC, and would move this Court for an Order allowing him to withdraw as Counsel for the Plaintiff in the above styled and numbered cause of action and would show as follows:

    Undersigned counsel was previously associated with Denham Law Firm, PLLC, and is no longer associated with said firm. It is undersigned counsel's understanding that the Plaintiff desires to remain with Denham Law Firm, PLLC, and that said firm will continue in their representation of Plaintiff. Undersigned counsel also requests that he be removed from the electronic service list.

    WHEREFORE, PREMISES CONSIDERED, ALBERT R. JORDAN, IV requests that he be allowed to withdraw as Counsel in the above styled and numbered cause.

    Dated, this the 3rd day of December, 2013.

        Respectfully submitted,

        CARTER & JORDAN, PLLC

BY:   */s/ Albert R. Jordan, IV*
       ALBERT R. JORDAN, IV
       Mississippi Bar No.  102513
       CARTER & JORDAN, PLLC
       1101 Iberville Drive (39564)
       Post Office Box 2040
       Ocean Springs, MS  39566-2040
       (228) 202-1107  Telephone
       (228) 202-1108  Facsimile
       al@carterjordanlaw.com

## CERTIFICATE OF SERVICE

I, ALBERT R. JORDAN, IV, hereby certify that pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, who will send notice of electronic filing in accordance with the procedures established in MDL 2179, on December 3, 2013.

       */s/ Albert R. Jordan, IV*
       ALBERT R. JORDAN, IV

ALBERT R. JORDAN, IV
Mississippi Bar No.  102513
CARTER & JORDAN, PLLC
1101 Iberville Drive (39564)
Post Office Box 2040
Ocean Springs, MS  39566-2040
(228) 202-1107  Telephone
(228) 202-1108  Facsimile
al@carterjordanlaw.com