## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM EARL PEOPLES<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY; BP P.L.C.; TRANSOCEAN LTD.; TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.; TRANSOCEAN DEEPWATER, INC.; TRANSOCEAN HOLDINGS, LLC.; HALLIBURTON ENERGY SERVICES, INC.; AND SPERRY DRILLING SERVICES, A DIVISION OF HALLIBURTON ENERGY SERVICES, INC.<br><br>　　　　　Defendants. | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

## **ORDER**

Considering the Motion to Withdraw Albert R. Jordan, IV as Counsel of Record:

**IT IS HEREBY ORDERED** that Albert R. Jordan, IV's Motion is granted, and it is further

**ORDERED** that all other counsel of record for WILLIAM EARL PEOPLES will remain.

New Orleans, Louisiana, this ____ day of _____, 2013.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE