UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL No. 10-2179 SECTION "J" |
| THIS PLEADING APPLIES TO: | * * | JUDGE:  BARBIER |
| Board of School Commissioners of Mobile County v. BP Exploration & Production, Inc., et al. | * * * * | MAGISTRATE:  SHUSHAN |

Civil Action Nos.:
2:13-cv-0637 and 10-md-2179

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF PLAINTIFF BOARD OF SCHOOL COMMISSIONERS OF MOBILE COUNTY'S
CLAIMS AGAINST WEATHERFORD U.S., L.P.**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Board of School Commissioners of Mobile County, who, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, files this Notice of Voluntarily Dismissal without Prejudice of its claims against Weatherford U.S., L.P. asserted in the matter of *Board of School Commissioners of Mobile County* v. *BP Exploration & Production, Inc., et al.,* Civil Action No. 13-0637, in the United States District Court for the Eastern District of Louisiana.  As of the filing of this Notice, Weatherford has not filed an Answer in Civil Action No. 13-0637.

On February 10, 2012, the United States District Court for the Eastern District of Louisiana, presiding over the *Deepwater Horizon* multi-district litigation, granted summary judgment in Weatherford's favor.  (*See* Rec. Docs. 5652, 5653 in Cause No. 10-md-2179, EDLA).  In the Court's Order, Rec. Doc.  5653, the Court stated: "the Court finds for reasons stated in Weatherford's Memoranda that there is no evidence that the Weatherford float collar

{N2730596.1}

used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill."

Subsequently, on April 10, 2012, the Court entered a Rule 54(b) Judgment in Weatherford's favor in the multi-district litigation, "dismissing all claims asserted against Weatherford U.S., L.P. and Weatherford International, Inc. in this multi-district litigation for the reasons stated in the Orders (Rec. Doc. 5653 and 5711 in Cause No. 10-md-2179, EDLA), specifically that there is no evidence that the Weatherford float collar used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill." (Rec. Doc. 6402 in Cause No. 10-md-2179, EDLA). There was no appeal taken from the entry of judgment.

**WHEREFORE**, in light of the above summary judgment ruling and the entry of a Rule 54(b) Judgment in favor of Weatherford, Plaintiff, Board of School Commissioners of Mobile County, voluntarily dismisses without prejudice its claims, and withdraws all associated allegations, arising out of the *Deepwater Horizon* incident against Defendant Weatherford U.S., L.P. as set forth in the matter of *Board of School Commissioners of Mobile County* v. *BP Exploration & Production, Inc., et al.,* Civil Action No. 13-0637, in the United States District Court for the Eastern District of Louisiana.

This 4th day of December, 2013.

Respectfully submitted,

Board of School Commissioners
of Mobile County, Alabama

By: /s/ James E. Atchison
James E. Atchison (atchj3390)
jim.atchison@atchisonlaw.com

By: /s/ Derek Atchison
Derek Atchison (atchj5828)
derek.atchison@atchisonlaw.com

By: /s/ Donald G. Beebe
Donald G. Beebe (beebd1845)
don.beebe@atchisonlaw.com

By: /s/ Chris N. Galanos
Chris N. Galanos (galac3427)
Chris.galanos@atchisonlaw.com

By: /s/ Christopher A. Arledge
Christopher A. Arledge (arlec1115)
Chris.arledge@atchisonlaw.com

OF COUNSEL:
The Atchison Firm, P.C.
3030 Knollwood Drive
Mobile, AL 36693
Tel. No. (251) 665-7200
Fax No. (251) 665-7250

### CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2013, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

*/s/ Christopher A. Arledge*

{N2730596.1}