UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Motion to Suspend Compliance with Minute Entry (Rec. doc. 11917)]**

On November 5, 2013, the Court issued a minute entry with deadlines for briefing of the issues in the medical class action remand by the Fifth Circuit. Rec. doc. 11786. Michael B. Sturdivant, Patricia Sturdivant and Susan Forsyth ("Objectors") filed a motion to suspend further compliance with the November 5, 2013 minute entry. Rec. doc. 11917. For the reasons presented by the Objectors,

IT IS ORDERED that the Objectors' motion to suspend further compliance with the November 5, 2013 minute entry (Rec. doc. 11917) is GRANTED and all parties are relieved from further compliance with the November 5, 2013 minute entry.

New Orleans, Louisiana, this 4th day of December, 2013.

                                                                                            **SALLY SHUSHAN**
                                                                                            **United States Magistrate Judge**