UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Applies To: | * | JUDGE BARBIER |
| | * | |
| No. 13-2441 | * | MAG. JUDGE SHUSHAN |

**ORDER**

Before the Court is Plaintiff John M. Bennet's Motion for Leave to File an Amended Complaint (Rec. Doc. 10256). Plaintiff also recently mailed a letter to the Court requesting that the Court decide this motion, which is attached to this Order.[1]

Although Plaintiff describes generally the manner in which he intends to amend his complaint,[2] his motion did not include a proposed amended complaint. Consequently, the Court cannot determine whether leave should be granted and will deny this motion without prejudice. Plaintiff may re-file his motion, but he must include a proposed amended complaint.

Accordingly,

IT IS ORDERED that the Motion for Leave to File an Amended Complaint (Rec. Doc. 10256) is DENIED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 4th day of December, 2013.

_____
United States District Judge

---

[1] The Court notes that, pursuant to Pretrial Orders 1 and 25, this case was stayed upon consolidation with this Multidistrict Litigation. The instant motion was similarly stayed pursuant to Pretrial Order 15.

[2] For example, Plaintiff states that he "has more facts to add."

**Clerk to Serve:**

John M. Bennett, #060152
Columbia CI
216 SE Corrections Way
Lake City, Fla. 32025

United States District Court
Eastern District of Louisiana

MDL-NO. 2179

In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico April 20, 2010

-- Judge BARBIER --

This Document Relates to –
Case No –
2:13-cv-02441-CJB-SS
Section: J.

TENDERED FOR FILING

DEC -3 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

I'm Asking this Court to put the above Case No: on its Docket To Rule on my Motion To Leave_ To File my Amended Complaint_ This motion has been before the Court Six months I Feel that is Long enough For

This Court to Rule on said motion To Amend...

    I Thank you For your Time in Advance...

God Bless_ John M. Bennett.

John M. Bennett #060152
Columbia C.I.
216 S.E. Corrections Way
Lake City, Fla. 32025

MAILED FROM A STATE CORRECTIONAL INSTITUTION

Clerks Office
United States District Court
Eastern District of Louisiana
New Orleans, LA.
Zip — 70130