United States District Court
Eastern District of Louisiana

MDL-NO. 2179

In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico April 20, 2010

-- Judge BARBIER ---

This Document Relates to_
Case No-
2:13-cv-02441-CJB-SS
Section: J.

TENDERED FOR FILING

DEC -3 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

I'm Asking this Court to put the Above Case No: on its Docket To Rule on my Motion To Leave_To File My Amended Complaint_ This motion has been before the Court six months I feel that is Long enough for

This Court to Rule on said motion
To amend...

I Thank you For your
Time in advance...

God Bless - John M. Bennett.

John M. Bennett #060152
Columbia C.I.
216 S.E. Corrections Way
Lake City, Fla. 32025

MAILED FROM A STATE CORRECTIONAL INSTITUTION

42-1256

Clerks Office
United States District Court
Eastern District of Louisiana
New Orleans, LA.
Zip — 70130

7013 0160 0098