UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179<br>SECTION "J" |
| This Document Applies To: | * * | JUDGE BARBIER |
| No. 13-6153 | * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is a filing by Plaintiff Aaron Wallace captioned "Motion to an Appeal[,] Emergency Motion[,] and Request for Expedited Consideration."  (Rec. Doc. 11880 (internal quotation marks omitted)  Although it is not entirely clear what relief is sought, the Court construes this filing as a request for expedited consideration of Plaintiff's case.

IT IS ORDERED that the Motion (Rec. Doc. 11880) is DENIED.  The referenced member case is and remains stayed pursuant to Pretrial Order 1 ¶ 8 and Pretrial Order 25 ¶ 8.

New Orleans, Louisiana, this 4th day of December, 2013.

_____
United States District Judge

**Clerk to Serve:**
Aaron Wallace
200 Mason Ct.
Ocean Spring, MS 39564