IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>*Applies to:  All Cases*<br>*And*<br>*10-MAG-09/23-1* | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER

[Regarding Removal of the BOP and LMRP]

CONSIDERING the period for testing of the BOP and LMRP has ended and that the Parties have had full opportunity to examine and document the BOP and the LMRP;

AND CONSIDERING the Phase Two Trial has concluded and the Parties no longer have any need to produce the BOP or the LMRP;

AND CONSIDERING that NASA has requested that the BOP and LMRP be removed from the Michoud West Dock area so that the dock may be returned to NASA service;

IT IS ORDERED that Transocean may remove the BOP and LMRP from the Michoud West Dock.  No item once removed from Michoud may be subject to further litigation-related testing in connection with any MDL 2179 matter unless such testing is authorized by a subsequent Order issued after the entry of this Order;

IT IS FURTHER ORDERED that Transocean shall release and hold harmless the Court, the Court's Special Master, and BP for any liabilities that may arise in connection with the removal and transportation, refurbishment, testing, placement into service and/or use after the release and removal from storage at Michoud of the BOP and LMRP.

New Orleans, Louisiana, this 5th day of December, 2013.

_____
SALLY SHUSHAN
United States Magistrate Judge