UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| This Document Applies To: | * * | JUDGE BARBIER |
| No. 12-970 | * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is Jon Andry, Glen J. Lerner, and Andrylerner, LLC's (collectively, "Movers") Motion to Clarify Court's Denial of their Motion to Expedite Objections to, and Motion to Amend, the Order Granting the Special Master Additional Powers. (Rec. Doc. 11866)

The Court makes clear that it denies all substantive relief requested in the Movers' objection and motion filed on November 8, 2013 (Rec. Doc. 11830), including Movers' request to strike the Special Master's power to file reply briefs and to file "clawback" actions.

In all other respects, Movers' Motion to Clarify Court's Denial of their Motion to Expedite Objections to, and Motion to Amend, the Order Granting the Special Master Additional Powers (Rec. Doc. 11866) is DENIED.

New Orleans, Louisiana, this 4th day of December, 2013.

_____
United States District Judge