UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL 2179 |
| | * | SECTION: "J" (1) |
| Applies to: No 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al. | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

### JONATHAN ANDRY'S MOTION
### TO MODIFY ORDER OF NOVEMBER 12, 2013 (REC. NO. 11837)

**NOW COMES**, **Jonathan Andry,** through undersigned counsel, and moves for an Order modifying this Court's Order of November 12, 2013 (Rec. No. 11837) in the following particulars:

1.

That this Court modify its November 12, 2013 Order, to order that the non-suspicious claims and the claims that have been finalized -- be immediately processed and paid.

2.

That the Special Master be required to respond to this Motion and explain to everyone involved the criteria for a suspicious claim, the identity of any such claims, and **on the record** explain why such claims should not be paid.

3.

That this Court delete from its Order the term "findings", to the extent that this term "findings" was used in the Order to indicate that the Special Master has made admissible factual findings. This language in the Order implies a decision adverse to

Jonathan Andry when there is yet to be any proof of anything to support such a decision, any discovery and opportunity to respond, and Jonathan Andry vehemently deny the proposed findings and conclusions of the Special Master.

**WHEREFORE**, Jonathan Andry pray for relief or a show cause hearing so these issues can properly and fairly be heard in the light of day with oaths and credibility determinations.

Dated:  December 5, 2013                                   Respectfully submitted,

                                                           By Attorneys:

                                                           /s/Lewis O. Unglesby
                                                           LEWIS O. UNGLESBY (#12498)
                                                           UNGLESBY LAW FIRM
                                                           246 Napoleon Avenue
                                                           Baton Rouge, LA 70802
                                                           Telephone: (225) 387-0120
                                                           Facsimile: (225) 336-4355

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2013, I served the foregoing Jonathan Andry Motion for Modification of Order of November 12, 2013 (Rec. No. 11837) via email to all counsel of record.

                                                            By Attorneys:

                                                            /s/Lewis O. Unglesby
                                                            LEWIS O. UNGLESBY (#12498)
                                                            UNGLESBY LAW FIRM
                                                            246 Napoleon Avenue
                                                            Baton Rouge, LA 70802
                                                            Telephone: (225) 387-0120
                                                            Facsimile: (225) 336-4355