**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | **MDL 2179** |
| "Deepwater Horizon" in the | | |
| Gulf of Mexico, on April 20, 2010 | * | **SECTION: "J" (1)** |
| | | |
| Applies to: No 12-970, Bon Secour | * | **JUDGE BARBIER** |
| Fisheries, Inc., et al. v. BP Exploration & | | |
| Production, Inc., et al. | * | **MAGISTRATE SHUSHAN** |

## [PROPOSED] ORDER

Before the Court is Jonathan Andry's and the Andry Lerner Law Firm's Motion for Modification of Order of November 12, 2013 (Rec. No. 11837).

In its November 12th Order, the Court stated that there had been "previously findings related to the conduct of the Andry Lerner law firm and its principals and findings related to their client Casey Thonn . . . ."  The Court recognizes that these are only proposed findings by the Special Master and that the Court has not made any determination as to whether it will adopt or modify those proposed findings until it has received the parties' objections and conducted an evidentiary hearing.

In its November 12th order, the Court expressed its understanding that notwithstanding movants assertion the 500 pending claims filed by the Andry Lerner firm were being held up for review by the Special Master, "most of the pending claims are still in the normal processing state by the Claims Administrator and no determinations have been issued."  The Court has received further information on this matter.  Accordingly,

IT IS ORDERED that the Motion is GRANTED and the Claims Administrator shall immediately commence processing all Andry Lerner claims and pay awards eligible for payment which have not been singled out for further "suspicious circumstances"

review by the Special Master and the Special Master shall inform Jonathan Andry's and the Andry Lerner Law Firm's counsel of those claims still under review for "suspicious circumstances."

IT IS FURTHER ORDERED that the Special Master furnish Jonathan Andry's and the Andry Lerner Law Firm's counsel the criteria for determining whether a claim is "suspicious" and why any such claims should not be paid.

New Orleans, Louisiana, this __day of December, 2013.


_____
United States District Judge