# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **This Document Applies To:** | * | **JUDGE BARBIER** |
| | * | |
| **Nos. 13-6360, 13-6362** | * | **MAG. JUDGE SHUSHAN** |

## ORDER

Before the Court is Christine Reitano's Motion to Unconsolidate Case from MDL, Randomly Allot and Transfer to Another Section of Court (Rec. Doc. 11933);

IT IS ORDERED that the Motion is DENIED.

New Orleans, Louisiana, this 6th day of December, 2013.

_____
United States District Judge