UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 SECTION: J |
| This Document Related To: | * * * | JUDGE: CARL J. BARBIER |
| Case No. 2:13-cv-01739-CJB-SS | * * | MAG.: SALLY SHUSHAN |
| ********************************************* | * | |

### ORDER ON MOTION TO SUBSTITUTE COUNSEL OF RECORD

Considering Beacon Maritime, Inc.'s (Beacon) Motion to Substitute Counsel of Record,

IT IS ORDERED that McGlinchey Stafford, PLLC and its attorneys Kathleen A. Manning, Daniel T. Plunkett, and Michelle Miller Roy are hereby withdrawn as counsel of record for Beacon in Case No. 2:13-cv-01739-CJB-SS;

IT IS FURTHER ORDERED that Brian L. Jensen of B.L. Jensen, L.P. and Tommy L. Yeates of Moore Landrey, LLP are hereby substituted as counsel of record for Beacon in the Case No. 2:13-cv-01739-CJB-SS.

New Orleans, Louisiana, this ___ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE