UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179<br>SECTION: J |
| This Document Related To: | * * | |
| | * | JUDGE: CARL J. BARBIER |
| Case No. 2:13-cv-01635-CJB-SS | * * | MAG.: SALLY SHUSHAN |
| ****************************************** | * | |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes MBLH Marine, LLC dba Vessel Repair who respectfully requests that this Honorable Court allow Kathleen A. Manning, Daniel T. Plunkett, and Michelle Miller Roy of McGlinchey Stafford PLLC to withdraw as its counsel of record and to substitute, Brian L. Jensen of B.L. Jensen, L.P., 6750 W. Loop South Suite 800, Bellaire, Texas 77401, (713) 223-5500 telephone, (713) 665-6818 fax, bjensen@bjensenlaw.com; and Tommy L. Yeates of Moore Landrey, LLP, 390 Park Street, Suite 500, Beaumont, Texas 77701, (409) 835-3891 telephone, (409) 835-2707 fax, tyeates@morrelandrey.com; as counsel of record in Case No. 2:13-cv-01635-CJB-SS.

Mr. Jensen and Mr. Yeates appear as counsel of record pursuant to Paragraph 12 of the Third Amended Pretrial Order No. 1, which states that "attorneys admitted to practice and in good standing in any United States District Court are admitted *pro hac vice* in this litigation, and the requirements of Local Rules 83.2.5. and 83.2.6 are waived . . .." *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, 2:10-md-02179, Rec. Doc. No. 7812. Mr. Jensen and Mr. Yeates also acknowledge that the Court's disciplinary jurisdiction is not waived and remains in effect. *See id.*

Mr. Jensen's Texas Bar number is 10643600 and he is licensed to practice in all State and Federal District courts in Texas; and all State Appellate Courts in Texas. He is an active member in good standing in all such jurisdictions.[1] Mr. Jensen is also licensed to practice in the State of Pennsylvania, and is a member in good standing in that state. Mr. Yeates' Texas Bar number is 22151100 and he is licensed to practice in all State Courts in Texas, all State Appellate Courts in Texas, the Federal Courts in the Eastern and Southern Districts of Texas, the United States 5th Circuit Court of Appeals, and the United States Supreme Court. He is an active member in good standing in all such jurisdictions.[2]

**WHEREFORE**, MBLH Marine, LLC dba Vessel Repair, respectfully requests that an Order be issued herein allowing Kathleen A. Manning, Daniel T. Plunkett, and Michelle Miller Roy of McGlinchey Stafford PLLC to withdraw as its counsel of record and to substitute, Brian L. Jensen of B.L. Jensen, L.P., 6750 W. Loop South Suite 800, Bellaire, Texas 77401, (713) 223-5500 telephone, (713) 665-6818 fax, bjensen@bjensenlaw.com; and Tommy L. Yeates of Moore Landrey, LLP, 390 Park Street, Suite 500, Beaumont, Texas 77701, (409) 835-3891 telephone, (409) 835-2707 fax, tyeates@morrelandrey.com; as counsel of record in Case No. 2:13-cv-01635-CJB-SS.

Respectfully submitted, this 6th day of December, 2013.

---

[1] See Exhibit A
[2] See Exhibit B

/s/ Michelle Miller Roy
KATHLEEN A. MANNING, T.A. (9101)
DANIEL T. PLUNKETT (21822)
MICHELLE MILLER ROY (31874)
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 910-9426
Email: kmanning@mcglinchey.com
dplunkett@mcglinchey.com
mroy@mcglinchey.com

and

/s/ Brian Jensen
Brian Jensen (TX Bar 10643600)
B.L. Jensen, L.P.
6750 W. Loop South Ste. 800
Bellaire, Texas 77401
Telephone: (713) 224-5500
Facsimile: (713) 665-6818
Email: bjensen@bjensenlaw.com

and

/s/ Tommy L. Yeates
Tommy L. Yeates (TX Bar 22151100)
Moore Landrey, LLP
390 Park Street, Ste. 500
Beaumont, Texas 77701
Telephone: (409) 835-3891
Facsimile: (409) 835-2707
Email: tyeates@moorelandrey.com

ATTORNEYS FOR MBLH MARINE, LLC dba
VESSEL REPAIR

**CERTIFICATE OF SERVICE**

    In accordance with the Eastern District of Louisiana's electronic filing procedures, I hereby certify I that, on this 6th day of December, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service. This document is available for viewing and downloading from the Court's ECF system.

                                                             /s/ Michelle Miller Roy
                                                            **Michelle Miller Roy**