UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179<br><br>SECTION: J |
| This Document Related To: | * * * | JUDGE: CARL J. BARBIER |
| Case No. 2:13-cv-01635-CJB-SS | * * | MAG.: SALLY SHUSHAN |

*********************************** *

### ORDER ON MOTION TO SUBSTITUTE COUNSEL OF RECORD

Considering MBLH Marine, LLC dba Vessel Repair's (MBLH) Motion to Substitute Counsel of Record,

IT IS ORDERED that McGlinchey Stafford, PLLC and its attorneys Kathleen A. Manning, Daniel T. Plunkett, and Michelle Miller Roy are hereby withdrawn as counsel of record for MBLH in Case No. 2:13-cv-01635-CJB-SS;

IT IS FURTHER ORDERED that Brian L. Jensen of B.L. Jensen, L.P. and Tommy L. Yeates of Moore Landrey, LLP are hereby substituted as counsel of record for MBLH in Case No. 2:13-cv-01635-CJB-SS.

New Orleans, Louisiana, this ___ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE