UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to: 13cv 01791 | Judge Barbier<br>Mag. Judge Shushan |

## MOTION TO WITHDRAW

COMES NOW, ALBERT R. JORDAN, IV, of CARTER & JORDAN, PLLC, and would move this Court for an Order allowing him to withdraw as Counsel for the Plaintiff in the above styled and numbered cause of action and would show as follows:

Undersigned counsel was previously associated with Denham Law Firm, PLLC, and is no longer associated with said firm. It is undersigned counsel's understanding that the Plaintiff desires to remain with Denham Law Firm, PLLC, and that said firm will continue in their representation of Plaintiff. Undersigned counsel also requests that he be removed from the electronic service list.

WHEREFORE, PREMISES CONSIDERED, ALBERT R. JORDAN, IV requests that he be allowed to withdraw as Counsel in the above styled and numbered cause.

DATED: December 6, 2013.

        Respectfully submitted,

        CARTER & JORDAN, PLLC

BY:    */s/ Albert R. Jordan, IV*
        ALBERT R. JORDAN, IV
        Mississippi Bar No. 102513
        CARTER & JORDAN, PLLC
        1101 Iberville Drive (39564)
        Post Office Box 2040
        Ocean Springs, MS 39566-2040
        (228) 202-1107  Telephone
        (228) 202-1108  Facsimile

al@carterjordanlaw.com

## CERTIFICATE OF SERVICE

I, ALBERT R. JORDAN, IV, hereby certify that pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, who will send notice of electronic filing in accordance with the procedures established in MDL 2179, on December 6, 2013.

/s/ Albert R. Jordan, IV
ALBERT R. JORDAN, IV

ALBERT R. JORDAN, IV
Mississippi Bar No. 102513
CARTER & JORDAN, PLLC
1101 Iberville Drive (39564)
Post Office Box 2040
Ocean Springs, MS  39566-2040
(228) 202-1107  Telephone
(228) 202-1108  Facsimile
al@carterjordanlaw.com