UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to: 13cv 01791 | Judge Barbier<br>Mag. Judge Shushan |

### ORDER

Considering the Motion to Withdraw Albert R. Jordan, IV as Counsel of Record:

**IT IS HEREBY ORDERED** that Albert R. Jordan, IV's Motion is granted, and it is further

**ORDERED** that all other counsel of record for WILLIAM EARL PEOPLES will remain.

New Orleans, Louisiana, this ____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE