Minute Entry
Shushan, J.
November 7, 2013
MJStar:  43 min.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 10-2179<br><br>SECTION J (1)<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL | C.A. 10-2771   J (1) |
| UNITED STATES OF AMERICA<br>V.<br>BP EXPLORATION & PRODUCTION, INC., ET AL | C.A. 10-4536   J (1) |

| | |
|---|---|
| CASE MANAGER:<br>STEPHANIE KALL | COURT REPORTER:<br>KAREN IBOS |

### MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

THURSDAY, NOVEMBER 7, 2013    9:30 AM

Exhibit Marshaling conference regarding non-jury trial (phase II) conducted.

BP offers supplemental lists of exhibit/demonstratives regarding exams of Dr. Martin Blunt and Dr. Srdjan Nesic and lists of exhibit/demonstratives regarding exams of Dr. Adrian Johnson, Dr. Andreas Momber, Dr. Leif Larsen and Dr. Jean-Claude Roegiers: ORDERED admitted. (see attached)

US offers lists of exhibit/demonstratives regarding exams of Dr. Andreas Momber, Dr. Adrian Johnson, Dr. Leif Larsen, Dr. Jean-Claude Roegiers, Dr. Alan Huffman, Dr. Alain Gringarten and Dr. Blunt: ORDERED admitted. (see attached)

Agreed upon Phase II Trial Master Marshaling List (Chronological by First Admission) and Agreed upon Phase II Master Marshaling List (By Witness) by all parties offered: ORDERED admitted in part as noted on lists. (see attached)

Agreed upon Deposition Bundle Deponent List by all parties offered: ORDERED

admitted. (see attached)

Bundle Exhibits: Exhibits Designated by All Parties Within Deposition Bundles Offered/Admitted By the Aligned Parties (PSC, State of Alabama, State of Louisiana, Halliburton, and Transocean) offered: ORDERED admitted. (see attached)

Bundle Exhibits: Exhibits Designated by All Parties Within Deposition Bundles Offered/Admitted by USDOJ offered: ORDERED admitted in part (see attached) . BP objects to exhibit numbers 3370, 3514, 3515, 3516, 3518, 3519, and 3520 of the Galina Skripnikova deposition bundle.

ORDERED that BP is to file a one page brief regarding objection to the Galina Skripnikova deposition bundle.

Bundle Exhibits: Exhibits Designated by All Parties Within Deposition Bundles Offered/Admitted By BP offered: ORDERED admitted. (see attached)

Hard drive containing all Phase II trial evidence presented to the Court by inData.

ORDERED that in the event that there is an error or corrupt file, the final marshaling lists will control.

Aligned Parties' Category 2 list: ORDERED admitted. (see attached)

BP/Anadarko's Category 2 and 4 Exhibit lists: ORDERED admitted in part as noted on list. BP objects to exhibit numbers TREX 10091, 11640, 120061, 120174 and 150042 BP objects to the use or listing of an alternate exhibit that the Aligned Parties included on their list, making the Category 4 list 11 instead of 10. That alternate exhibit number is 11164, and, BP objects to this exhibit. (see attached)

US list of Category 2 and Category 4 exhibits: ORDERED admitted in part as noted on list. (see attached)

Aligned Parties' Category 4 list: ORDERED admitted.

List of physical evidence given into the custody of the Court by BP offered: ORDERED admitted. (see list attached)

Aligned Parties offer redacted report of Edward Ziegler as listed on Master list & hard drive:        ORDERED admitted.

Tony Fitch, Anadarko addresses the Court: Out of an abundance of caution, just to note that all of the submissions by BP counsel and all of the positions stated by BP counsel with respect to the Quantification segment of Phase II are also made on behalf of and adopted by Anadarko.

US offers redacted reports of Dr. Huffman and Dr. Roegiers as listed on Master list & hard drive: ORDERED admitted.

Briefs regarding objections are due by November 12, 2013 and responses thereto are due by November 19, 2013.

Close of Phase II.

Appearances: see attached