# CONFERENCE ATTENDANCE RECORD

DATE: 11-7-13                          TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS    CONFERENCE (Final Marshaling)

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Robert E. Guidry | APC |
| Carter Williams | TO |
| ANTHONY IRPINO | PSC |
| Tom Appleman | TO |
| Jenny Martinez | Halliburton |
| Carolyn Raines | Halliburton |
| Gwen Richard | Halliburton |
| Alison Battiste | Halliburton |
| Brian Barr | PSC |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Tony Fitch | APC |
| Robin Greenwald | PSC |
| Jordan Ray | In Data |
| Chad Thompson | InData |
| Regina Valenti | HHK |
| Doug Kraus | Louisiana |
| Matt Regan | BP |
| Peter Bartoszek | BP |
| Tammy Godley | TO |
| Andrew Langan | BP |

## MDL 2179 - Deepwater Horizon
## 11-7-13 Phase Two Final Marshaling Conference

Telephone Participants

Joe Russell w/ BP

Grant Davis Deny w/ TO

Sean Fleming w/ HESI

Logan MacCuish w/ BP

Craig Pritzlaff w/ State of Texas