## BP - Additional Exhibits for BLUNT

BP offers the following additional documents it used during its examination of Dr. Martin Blunt into evidence:

admitted 11-7-13 SK

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-145296 | 18166.00-18183.10.jpg |

## BP - Additional Exhibits for NESIC

BP offers the following additional documents it used during its examination of Dr. Srdjan Nesic into evidence:

admitted 11-7-13 SC

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| TREX-143108 | Riser |

## BP - Exhibits for JOHNSON

BP offers the following documents it used during its examination of Dr. Adrian Johnson into evidence:

*admitted 11-7-13 SK*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-23394A | Hydraulic Model of Macondo Well System in Maximus: Productivity Index |
| D-23396A | Demonstrative animation - Multiphase Flow in Dual Flow Paths |
| D-23398 | This is All Necessary to Accurately Determine Flow Rate Over Time |
| D-23400 | Demonstrative animation - This is All Necessary to Accurately Determine Flow Rate Over Time |
| D-23410 | Macondo System is Not Constant Over Time: Junk Shot Material in BOP and Drillpipe |
| D-23411 | Macondo System is Not Constant Over Time: Piece of VBR/Test Ram Lodged Above Junk Shot Material |
| D-24373 | Dr. Griffiths's Constant Discharge Coefficients |
| D-24377 | Dr. Griffiths's Three Methods - 5 Million Barrels |
| D-24618 | Adrian E. Johnson, PhD (FEESA) |
| D-24629 | Effect on Dr. Griffiths's Flow Rate Trend when Dual Flow Paths are Included Instead of Constant Kwell |
| D-24631 | Macondo System is Not Constant Over Time: Drillpipe Detached |
| D-24634 | Dr. Griffiths's PT-B Pressure Profile Over-predicts the Cumulative Release by as Much as 500,000 Barrels |
| D-24656 | Timeline |
| D-24659 | Effect on Dr. Griffiths's Flow Rate Trend when Dual Flow Paths are Included Instead of Constant Kwell |
| D-24703 | Dr. Johnson's Principal Opinions |
| TREX-005066 | Email from P. Tooms to K. Wells, et al. re: Historical BOP Pressure attaching BOP Pressure History rev 3 |
| TREX-011486R.12.6.BP | Callout of TREX-011486R |
| TREX-011488 | Technical Review of US Government Expert Witness Reports on Flow Rates from the MC252 Macondo Well; Expert Report of A.E. Johnson PhD |
| TREX-011488.12.1.BP | Callout of TREX-011488 |
| TREX-011488.14.2.BP | Callout of TREX-011488 |
| TREX-011488.17.4.BP | Callout of TREX-011488 |
| TREX-011488.19.3.BP | Callout of TREX-011488 |
| TREX-011488.29.1.BP | Callout of TREX-011488 |
| TREX-011653.27.4.BP | Callout of TREX-011653 |
| TREX-141204N | Q4000 MC252 PT B 301 |
| TREX-141207N | Skandi MC252 PT B 301 1 |
| TREX-141219N | MC252 PT B 301 1 |
| TREX-141231N | Skandi MC252 PT B 301 2 |
| TREX-141235N | MC252 PT B 301 2 |

# BP - Exhibits for MOMBER

BP offers the following documents it used during its examination of Dr. Andreas Momber into evidence:   admitted 11-7-13 SK

| Trial Exhibit/Callout/<br>Demonstrative Number | Description |
|---|---|
| D-24238 | Comparison of Cement/Concrete Erosion Rates |
| D-24707 | Andreas Momber, Ph.D. |
| D-24708 | Momber: Key Opinions |
| TREX-011452.11.2.BP | Callout of TREX-011452 |
| TREX-011485R.12.3.BP | Callout of TREX-011485R |
| TREX-011485R.12.4.BP | Callout of TREX-011485R |
| TREX-011644 | Expert Report of Andreas Momber: Erosion of Well-Cement Due to Hydrocarbon Flow |
| TREX-011644.1 | Page of TREX-011644 |
| TREX-011644.10.1.BP | Callout of TREX-011644 |
| TREX-011644.16.1.BP | Callout of TREX-011644 |
| TREX-011644.28.1.BP | Callout of TREX-011644 |
| TREX-011644.7.1.BP | Callout of TREX-011644 |

# BP - Exhibits for LARSEN

BP offers the following documents it used during its examination of Dr. Leif Larsen into evidence:

admitted 11-7-13 SK

| Trial Exhibit/Callout/<br>Demonstrative Number | Description |
|---|---|
| D-24746 | Permeable Intervals |
| D-24750 | Well Test Analysis Plots |
| TREX-003533 | Technical Memo : Post Well Subsurface Description of Macondo well |
| TREX-003533.36.1.BP | Callout of TREX-003533 |
| TREX-003533.36.2.BP | Callout of TREX-003533 |
| TREX-012102R.13.2.BP | Callout of TREX-012102R |
| TREX-012102R.57.1.BP | Callout of TREX-012102R |
| TREX-012102R.6.1.BP | Callout of TREX-012102R |

# BP - Exhibits for ROEGIERS

BP offers the following documents it used during its examination of Dr. Jean-Claude Roegiers into evidence:

*admitted 11-7-13 SK*

| Trial Exhibit/Callout/ Demonstrative Number | Description |
|---|---|
| D-23686 | Weatherford Labs' Rock Mechanics Tests Provide Data for UPVC Estimate |
| TREX-009050 | Summary of Standard Measurements |
| TREX-009050.9 | Page of TREX-009050 |
| TREX-011698R.11 | Page of TREX-011698R |

## UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE CROSS-EXAMINATION OF ANDREAS MOMBER

The United States offers the following documents it used during its October 17, 2013 cross-examination of Andreas Momber into evidence: *admitted 11-7-13 SK*

| Exhibit/Demonstrative/Callout Number | Description |
| --- | --- |
| TREX-011644.14.1.US | Callout of TREX-011644 |
| TREX-011644.15.1.US | Callout of TREX-011644 |
| TREX-011644.20.1.US | Callout of TREX-011644 |
| TREX-011644.16.1.US | Callout of TREX-011644 |
| TREX-011647 | Effect of crushed ceramic and basaltic pumice as fine aggregates on concrete mortars properties, Pages 1191 - 1197 |
| TREX-011648 | Hydraulic Erosion of Concrete by a Submerged Jet, Pages 256 - 261 |
| TREX-011648.1.1.US | Callout of TREX-011648 |
| TREX-011648.1.2.US | Callout of TREX-011648 |
| TREX-011649 | Abrasion erosion of concrete by water-borne sand, Pages 1814 - 1820 |
| TREX-011649.4.1.US | Callout of TREX-011649 |
| TREX-011649.7.1.US | Callout of TREX-011649 |

**UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE CROSS-EXAMINATION OF ADRIAN JOHNSON**

The United States offers the following documents it used during its October 17-18, 2013 cross-examination of Adrian Johnson into evidence: admitted 11-7-13 SK

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D21267 | Dykhuizen Top Hat Estimate 60,000 BOPD (TREX-011452) |
| D21272 | True Geometry vs. Johnson's Maximus Model (source: TREX-011488, TREX-011562) |
| TREX-011562 | Diagrams titled high drillpipe, low drillpipe and no drillpipe; three pages |
| TREX-011562.1.1.US | callout of TREX-011562 |
| TREX-011562.2.1.US | callout of TREX-011562 |
| D21266 | Johnson Maximus Model: Drill Pipe in Production Casing (cured) (TREX-011488, TREX-011562) |
| D22201 | Mass Flow Rate formula |
| TREX-041026 | Appendix W to BP Internal Investigation Report: Dynamic Simulations Deepwater Horizon Incident |
| TREX-041026.29 & 30.1.US | callout of TREX-041026 |
| TREX-010483 | April 22, 2010 E-mail from William Burch to Christopher Murphy, Roland Gomez and others, Subject: 042110 - Notes from BP Reservoir/Geology Group (WWCI 2010-116) |
| TREX-010483.1.1.US | callout of TREX-010483 |
| TREX-010483.1.2.US | callout of TREX-010483 |
| TREX-010658 | May 2 and 3, 2010 E-mail string among Tim Lockett, Farah Saidi and others, Subject: Olga Model input, with Attachments, marked as CONFIDENTIAL |
| TREX-010658.1.1.US | callout of TREX-010658 |
| TREX-011653.28.1.US | callout of TREX-011653 |
| TREX-041026.57.1.US | callout of TREX-041026 |
| TREX-005066 | E-mail from Paul Tooms to Kent Wells and others with attachments, dated June 11, 2010 |
| TREX-005066.1.1.US | callout of TREX-005066 |
| TREX-005066.1.3.US | callout of TREX-005066 |
| D22833 | Johnson PI and Pressure Hypotheses (TREX-011488) |

## UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF LEIF LARSEN

The United States offers the following documents it used during its October 18, 2013 examination of Leif Larsen into evidence: *admitted 11-7-13 SK*

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D21701 | Dr. Larsen's Well Test Analysis Background (source: TREX-012102R.064-069) |
| TREX-012102R | Rebuttal Expert Report Prepared by Leif Larsen, June 10, 2013 70 pages |
| TREX-012102R.64 | page 64 of TREX-012102R |
| D21702 | Summary of Results (source: TREX-012102R.006) |
| D21709 | Wellbore Model (source: TREX-012102R.009) |
| D21703 | Dr. Larsen's Methodology (TREX-012102R.010-015) |
| D21705 | Step Two: Select Buildups (source: TREX-012102B.022-025) |
| D21708 | Step 3: Log-Log Plot to Get Initial Permeability Estimate (source: TREX-012102R.028, TREX-0130837) |
| TREX-003533 | Gulf of Mexico SPU; Technical Memorandum, dated 26th July 2010 |
| D21710 | Step 3: Log-Log Plot to Get Initial Permeability Estimate (source: TREX-012102R.028, TREX-0130837) |
| D21711 | Step 4: Semi-Log Plots to Find Best Match of Permeability: High-Rate Buildup 4 from M56D Layer (source: TREX-012102R.028, TREX-130837) |
| D21713 | Dr. Gringarten's "Match" to Data (TREX-011696R.0090) |
| D21714 | Comparison of Estimates for Buildup 4 for the M56D Layer (source: TREX-011696R.113, TREX-012102R.027-029 & 032-034, TREX-130837) |

**UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF JEAN-CLAUDE ROEGIERS**

The United States offers the following documents it used during its October 18, 2013 examination of Jean-Claude Roegiers into evidence: *admitted 11-7-13 SK*

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| TREX-011698R | REDACTED - Rebuttal to report of Robert W. Zimmerman on the Pore Volume Compressibility of the Macondo Reservoir authored by Jean-Claude Roegiers dated 6/10/2013; 75 pages |
| D21305 | Background and Expertise (source: TREX-011698R) |
| D21306 | Background and Expertise, continued (source: TREX-011698R) |
| D21307 | Publications and Recognitions (source: TREX-011698R) |
| D21309 | Key Opinions (source: TREX-011698R) |
| D21310 | Key Opinion #1 (source: TREX-011698R) |
| TREX-011510 | Document titled Document Placeholder - Native File Provided followed by Rotary Inventory dated 7/2/2010, marked as HIGHLY CONFIDENTIAL, two pages without Bates numbers |
| TREX-011510.2.2.US | callout of TREX-011510 |
| TREX-008794 | E-mail chain, top e-mail from Ms. Loos to Ms. Steele, dated 4/21/2010 |
| TREX-008794.1.1.US | callout of TREX-008794 |
| D21311.1 | Weatherford's flawed testing procedure (source: TREX-011698R, TREX-130577, TREX-011505, TREX-011508, TREX-008788, TREX-009053, TREX-009056, TREX-009067, TREX-011519, TREX-011523, TREX-011801, TREX-130863, TREX-130868, TREX-130869, TREX-130871) |
| TREX-011508 | Proposal for Establishing a Working Group on IRSM Suggested Method for Uniaxial-Strain Compressibility Testing |
| D21311.2 | Weatherford's flawed testing procedure (source: TREX-011698R, TREX-130577, TREX-011505, TREX-011508, TREX-008788, TREX-009053, TREX-009056, TREX-009067, TREX-011519, TREX-011523, |

# UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF JEAN-CLAUDE ROEGIERS

admitted 11-7-13 SK

| | |
|---|---|
| | TREX-011801, TREX-130863, TREX-130868, TREX-130869, TREX-130871) |
| TREX-011698R.24.1.US | callout of TREX-011698R |
| D21311.3 | Weatherford's flawed testing procedure (source: TREX-011698R, TREX-130577, TREX-011505, TREX-011508, TREX-008788, TREX-009053, TREX-009056, TREX-009067, TREX-011519, TREX-011523, TREX-011801, TREX-130863, TREX-130868, TREX-130869, TREX-130871) |
| D22202.1 | Whole Core Spring Analogy (source: TREX-011698R, TREX-008774, TREX-130863) |
| D22202.2 | Rotary Sidewall Spring Analogy (source: TREX-011698R, TREX-008774, TREX-130863) |
| D22838 | Photographs: Non-Macondo sandstone core samples (TREX-011698R, TREX-011505)(these two cores were also physically shown to Judge Barbier during Dr. Roegiers' direct examination) |
| TREX-011523 | CT image, Sample: 3-16R, marked as HIGHLY CONFIDENTIAL, one page without Bates number |
| TREX-011523.2.2.US | callout of TREX-011523 |
| D22202.3 | Whole Core (source: TREX-011698R, TREX-008774, TREX-130863) |
| D22202.4 | Rotary Sidewall (source: TREX-011698R, TREX-008774, TREX-130863) |
| D21311.4 | Weatherford's flawed testing procedure (source: TREX-011698R, TREX-130577, TREX-011505, TREX-011508, TREX-008788, TREX-009053, TREX-009056, TREX-009067, TREX-011519, TREX-011523, TREX-011801, TREX-130863, TREX-130868, TREX-130869, TREX-130871) |
| D21311.5 | Weatherford's flawed testing procedure (source: TREX-011698R, TREX-130577, TREX-011505, TREX-011508, TREX-008788, TREX-009053, TREX-009056, TREX-009067, TREX-011519, TREX-011523, TREX-011801, TREX-130863, TREX-130868, TREX-130869, TREX-130871) |
| TREX-011519 | BP Pore volume compressibility in weakly-cemented sandstones |
| TREX-011519.24.1.US | callout of TREX-011519 |
| D21312 | Key Opinion #2 (source: TREX-011698R) |



(2)

# UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE EXAMINATION OF ALAN HUFFMAN

The United States offers the following documents it used during its October 18, 2013 examination of Alan Huffman into evidence: *admitted 11-7-13 SK*

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D21400.1 | Dr. Alan Huffman: Background |
| TREX-011515R | REDACTED - Expert Report of Dr. Alan R. Huffman Submitted on Behalf of the United States, June 10, 2013, marked as HIGHLY CONFIDENTIAL PER BP; 95 pages |
| D21400.5 | 1. Weatherford test results relied on by Drs. Zimmerman and Blunt are not reliable and are underpredictive (source: TREX-011515R.37; TREX-003533I; TREX-011517 |
| TREX-011512 | Graphs of Log to Core Porosity Comparison and Average Reservoir Porosity from Logs; two pages |
| TREX-011512.1.1.US | callout TREX-011512 |
| TREX-011512.2.1.US | callout TREX-011512 |
| TREX-003533 | Gulf of Mexico SPU; Technical Memorandum, dated 26th July 2010 |
| TREX-003533.1.1.US | callout of TREX-03533 |
| TREX-003533.13.2.US | callout of TREX-03533 |
| TREX-003533.34.1.US | callout of TREX-03533 |

# UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE CROSS-EXAMINATION OF ALAIN GRINGARTEN

The United States offers the following documents it used during its October 15, 2013 cross-examination of Alain Gringarten into evidence:

admitted 11-7-13 SK

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| TREX-011696-R.37.1.US | callout of TREX-011696-R |
| TREX-011696-R.53.1.US | callout of TREX-011696-R |
| D21770 (as marked on the ELMO) | Figure 6: Comparison of BOP Datum Pressure from PTB and PT3K2 with Linearly Interpolated Pressures (Source: TREX-011696R.129) |
| TREX-011696-R-N.45.1.US | callout of TREX-011696-R-N |
| TREX-130529 | BP 2011 Annual Report |
| TREX-130529.236.1.US | callout of TREX-130529 |
| TREX-144820 | PresComm - Flow Rate - Amount and Fate of Oil |
| TREX-144820.3.1.US | callout of TREX-144820 |
| TREX-011696-R.73.1.US | callout of TREX-011696-R |
| D21161 | Imperial College (source: TREX-011553-R-NoHC-2, TREX-011696R, TREX-011657, TREX-011497) |
| D21781 | Imperial College (source: TREX-011553-R-NoHC-2, TREX-011696R, TREX-011657, TREX-011497) |
| D21783 | Direct Numeric Inputs into Gringarten's Analysis (source: TREX-011553-R-NoHC-2, TREX-011696R, TREX-011657, TREX-011497, TREX-011496, TREX-011488) |
| TREX-011696-R-N.28.1.US | callout of TREX-011696-R-N |
| TREX-011696-R.113.1.US | callout of TREX-011696-R |
| TREX-011697 | Publication entitled SPE 84086 Will Wireline Formation Tests Replace Well Tests? Authored by Whittle, et al; 12 pages |
| TREX-011697.4.1.US | callout of TREX-011697 |
| TREX-011696-R-N.104.1.US | callout of TREX-011696-R-N |

(1)

# UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE CROSS-EXAMINATION OF ALAIN GRINGARTEN

*admitted 11-7-13 SK*

| | |
|---|---|
| TREX-003533 | Gulf of Mexico SPU; Technical Memorandum, dated 26th July 2010 |
| TREX-003533.35.1.US | callout of TREX-003533 |
| TREX-003533.13.1.US | callout of TREX-003533 |

# UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE CROSS-EXAMINATION OF MARTIN BLUNT

The United States offers the following documents it used during its October 10, 2013 cross-examination of Martin Blunt into evidence: admitted 11-7-13 SK

| Exhibit/Demonstrative/Callout Number | Description |
|---|---|
| D-21165 | Analysis Not Independent (source: TREX-011553R-NoHC-2, TREX-011696R) |
| TREX-130539 | Press Release BP Pledges $100 Million to UK-Led Universities to Create Industry-Changing Materials |
| TREX-130539.1 | Page 1 of TREX-130539 |
| TREX-130539.2.1.US | callout of TREX-130539 |
| D-21162 | Imperial College (source: TREX-011553-R-NoHC-2, TREX-011696R, TREX-011657, TREX-011497) |
| TREX-011224 | E-mail dated July 14, 2010 Grounds to Looney and others Subject: Independent analysis of flow rate range |
| TREX-011224.1.1.US | callout of TREX-011224 |
| TREX-011224.2.1.US | callout of TREX-011224 |
| D-21163 | Experts Relied on by Blunt (source: TREX-011553-R-NoHC-2, TREX-011696R, TREX-011657, TREX-011497, TREX-011496) |
| TREX-009278 | July 16, 2010 E-mail string among Bryan Ritchie, Sean Cavalero and others, Subject: GoM aquifer sizes and July 15, 2010 E-mail string between Bryan Ritchie and Cindy Yeilding, Subject: Emailing: Macondo_M56_for_Cindy.ppt, with Attachments, marked as CONFIDENTIAL |
| TREX-009278.1.1.US | callout of TREX-009278 |
| TREX-009278.1.2.US | callout of TREX-009278 |
| TREX-011553R-NoHC-2.109.1.US | callout of TREX-011553R-NoHC-2 |
| TREX-011553R-NoHC-2.109.2.US | callout of TREX-011553R-NoHC-2 |
| TREX-011553R-NoHC-2.61.1.US | callout of TREX-011553R-NoHC-2 |
| D-23207B | Examples of Uncertainties Associated with Hydraulic Modeling Inputs as Macondo (source: TREX-011905) |
| TREX-003375 | Gulf of Mexico SPU Technical Memorandum Post-Well Subsurface Description of Macondo well (MS 252) |

## UNITED STATES LIST OF EXHIBITS, DEMONSTRATIVES AND CALLOUTS USED AND OFFERED IN CONNECTION WITH THE CROSS-EXAMINATION OF MARTIN BLUNT

| | |
|---|---|
| TREX-003375.1.1.US | callout of TREX-003375 |
| TREX-003375.31.1.US | callout of TREX-003375 |
| TREX-011553R-NoHC-2.27.1.US | callout of TREX-011553R-NoHC-2 |
| TREX-011553R-NoHC-2.77.1.US | callout of TREX-011553R-NoHC-2 |
| D-21666 | Comparison of Kelkar, Gringarten, Blunt Final Reservoir Pressures (TREX-011549R, TREX-011550R, TREX-011553R, TREX-011696R) |
| D-23567B | Markup of D-23567 - 3.26MMstb cumulative flow is consistent with a flow rate history that matches pressure data and known flow-rate intervals |
| D-23541B | Markup of D-23541 - Pressure Curve Steepness: Indication of Permeability |
| D-23565B | Markup of D-23565 - Measured Value is 6 microsips |

admitted 11-7-13 SK

(2)