## Phase II Deposition Bundle
## Deponent List:     11/07/2013

admitted 11-7-13 SK

1. Allen, Thad 2012-09-24 & 25
2. Ballard, Adam 2012-10-16 & 17
3. Barnett, David 2012-12-14
4. Bhalla, Kenneth 2011-06-02
5. Bishop, Simon 2012-09-27 & 28
6. Boughton, Geoff 2011-07-20 & 21
7. Brannon, Richard 2013-01-07 & 08
8. Bush, Earnest 2012-11-14
9. Campbell, Patrick 2011-07-12 & 13
10. Carmichael, Stephen 2012-12-18 & 19
11. Chu, Steven 2013-01-24
12. Cook, Kevin 2012-10-10 & 11
13. DeCoste, Albert 2012-12-05
14. Domangue, Bryan 2011-09-11
15. Emilsen, Morten 2011-06-23 & 24
16. Frazelle, Andrew 2011-09-26 & 27
17. Gochnour, Matt 2012-09-13 & 14
18. Hand, Steven 2013-01-28 & 29
19. Havstad, Mark 2013-01-30 & 31
20. Hayward, Tony 2011-06-06 & 08
21. Henry, Charles 2012-10-03 & 04
22. Herbst, Lars 2012-10-10 & 11
23. Hill, Trevor 2013-01-14 & 15
24. Holt, Charles 2012-11-28 & 29
25. Hunter, Tom 2012-10-30 & 31
26. Inglis, Andy 2011-07-21 & 22
27. Johnson, Dennis 2011-06-24
28. Knox, Tom 2012-10-11 & 12
29. Landry, Mary 2012-10-22 & 23
30. LeBlanc, Jason 2012-09-10
31. Lehr, William 2013-01-17 & 18
32. Levitan, Michael 2013-01-30 & 31
33. Lockett, Timothy 2012-12-18 & 19
34. Loos, Jamie 2012-09-20
35. Lynch, Richard 2011-05-19 & 20
36. Maclay, Don 2012-10-31 & 11-01
37. Mason, Mike 2013-01-24 & 25
38. McKay, Lamar 2011-11-03 & 04
39. McNutt, Marcia 2012-10-24 & 25
40. McWhorter, David 2012-11-15 & 16
41. Patteson, Mark 2013-01-23 & 24

42. Rainey, David 2010-06-02 & 03
43. Ratzel, Arthur 2012-10-17 & 18
44. Richardson, Nigel 2013-07-10
45. Ritchie, Bryan 2012-10-04 & 05
46. Rohloff, James 2012-10-17 & 18
47. Rygg, Ole 2012-10-03
48. Saidi, Farah 2013-01-10 & 11
49. Saucier, Michael 2011-07-27 & 28
50. Schulkes, Ruben 2012-11-12
51. Shtepani, Edmond 2012-11-30
52. Skripnikova, Galina 2011-07-07 & 08
53. Sogge, Mark 2012-09-18 & 19
54. Suttles, Doug 2011-05-19 & 20
55. Thierens, Henry 2011-06-09 & 10
57. Tooms, Paul 2011-06-16 & 17
58. Trusler, Martin 2013-07-09
59. Vargo, Richard 2012-08-22
60. Vaziri, Hans 2013-07-17
61. Vinson, Graham 2012-09-18 & 19
62. Wellings, James 2013-01-16 & 17

admitted
11-7-13 SK

(2)