# Bundle Exhibits:

admitted 11-7-13
SK

**EXHIBITS DESIGNATED BY ALL PARTIES WITHIN DEPOSITION BUNDLES**
**OFFERED/ADMITTED BY THE ALIGNED PARTIES (PSC, STATE OF ALABAMA,**
**STATE OF LOUISIANA, HALLIBURTON AND TRANSOCEAN)**

| Deponent Name | Exhibit # |
|---|---|
| Boughton, Geoff 2011-07-20 & 21 | 596 |
| Boughton, Geoff 2011-07-20 & 21 | 4310 |
| Boughton, Geoff 2011-07-20 & 21 | 4315 |
| Boughton, Geoff 2011-07-20 & 21 | 4316 |
| Boughton, Geoff 2011-07-20 & 21 | 4317 |
| Boughton, Geoff 2011-07-20 & 21 | 4318 |
| Boughton, Geoff 2011-07-20 & 21 | 4319 |
| Boughton, Geoff 2011-07-20 & 21 | 4320 |
| Boughton, Geoff 2011-07-20 & 21 | 4321 |
| Boughton, Geoff 2011-07-20 & 21 | 4322 |
| Boughton, Geoff 2011-07-20 & 21 | 4323 |
| Boughton, Geoff 2011-07-20 & 21 | 4324 |
| Boughton, Geoff 2011-07-20 & 21 | 4309-CUR |
| Bush, Earnest 2012-11-14 | 769 |
| Bush, Earnest 2012-11-14 | 10301 |
| Bush, Earnest 2012-11-14 | 10302 |
| Bush, Earnest 2012-11-14 | 10303 |
| Bush, Earnest 2012-11-14 | 10304 |
| Bush, Earnest 2012-11-14 | 10305 |
| Bush, Earnest 2012-11-14 | 10306 |
| Bush, Earnest 2012-11-14 | 10308 |
| Bush, Earnest 2012-11-14 | 10309 |
| Bush, Earnest 2012-11-14 | 10310 |
| Campbell, Patrick 2011-07-12 & 13 | 1166 |
| Campbell, Patrick 2011-07-12 & 13 | 3900 |
| Campbell, Patrick 2011-07-12 & 13 | 3901 |
| Campbell, Patrick 2011-07-12 & 13 | 3903 |
| Campbell, Patrick 2011-07-12 & 13 | 3904 |
| Campbell, Patrick 2011-07-12 & 13 | 3906 |
| Campbell, Patrick 2011-07-12 & 13 | 3907 |
| Campbell, Patrick 2011-07-12 & 13 | 3908 |
| Campbell, Patrick 2011-07-12 & 13 | 3910 |
| Campbell, Patrick 2011-07-12 & 13 | 3915 |
| Campbell, Patrick 2011-07-12 & 13 | 3916 |
| Campbell, Patrick 2011-07-12 & 13 | 3917 |
| Campbell, Patrick 2011-07-12 & 13 | 3918 |
| Campbell, Patrick 2011-07-12 & 13 | 3919 |
| Campbell, Patrick 2011-07-12 & 13 | 3920 |
| Campbell, Patrick 2011-07-12 & 13 | 3921 |
| Campbell, Patrick 2011-07-12 & 13 | 3922 |

| | |
|---|---|
| Chu, Steven 2013-01-24 | 5063 |
| Chu, Steven 2013-01-24 | 7270 |
| Chu, Steven 2013-01-24 | 8524 |
| Chu, Steven 2013-01-24 | 8628 |
| Chu, Steven 2013-01-24 | 8827 |
| Chu, Steven 2013-01-24 | 9123 |
| Chu, Steven 2013-01-24 | 9132 |
| Chu, Steven 2013-01-24 | 9152 |
| Chu, Steven 2013-01-24 | 9156 |
| Chu, Steven 2013-01-24 | 9266 |
| Chu, Steven 2013-01-24 | 9361 |
| Chu, Steven 2013-01-24 | 9392 |
| Chu, Steven 2013-01-24 | 9475 |
| Chu, Steven 2013-01-24 | 9503 |
| Chu, Steven 2013-01-24 | 9646 |
| Chu, Steven 2013-01-24 | 9662 |
| Chu, Steven 2013-01-24 | 9673 |
| Chu, Steven 2013-01-24 | 9692 |
| Chu, Steven 2013-01-24 | 9718 |
| Chu, Steven 2013-01-24 | 9890 |
| Chu, Steven 2013-01-24 | 11300 |
| Chu, Steven 2013-01-24 | 11301 |
| Chu, Steven 2013-01-24 | 11302 |
| Chu, Steven 2013-01-24 | 11303 |
| Chu, Steven 2013-01-24 | 11304 |
| Chu, Steven 2013-01-24 | 11305 |
| Chu, Steven 2013-01-24 | 11306 |
| Chu, Steven 2013-01-24 | 11307 |
| Chu, Steven 2013-01-24 | 11308 |
| Chu, Steven 2013-01-24 | 11309 |
| Chu, Steven 2013-01-24 | 11310 |
| Chu, Steven 2013-01-24 | 11311 |
| Chu, Steven 2013-01-24 | 11312 |
| Chu, Steven 2013-01-24 | 11313 |
| Chu, Steven 2013-01-24 | 11314 |
| Chu, Steven 2013-01-24 | 11315 |
| Chu, Steven 2013-01-24 | 11316 |
| Chu, Steven 2013-01-24 | 11317 |
| Chu, Steven 2013-01-24 | 11318 |
| Chu, Steven 2013-01-24 | 11319 |
| Chu, Steven 2013-01-24 | 11320 |
| Frazelle, Andrew 2011-09-26 & 27 | 2386 |
| Frazelle, Andrew 2011-09-26 & 27 | 4318 |
| Frazelle, Andrew 2011-09-26 & 27 | 4423 |
| Frazelle, Andrew 2011-09-26 & 27 | 5353 |
| Frazelle, Andrew 2011-09-26 & 27 | 5355 |
| Frazelle, Andrew 2011-09-26 & 27 | 5359 |
| Frazelle, Andrew 2011-09-26 & 27 | 5360 |
| Frazelle, Andrew 2011-09-26 & 27 | 5361 |
| Frazelle, Andrew 2011-09-26 & 27 | 5362 |
| Frazelle, Andrew 2011-09-26 & 27 | 5363 |
| Frazelle, Andrew 2011-09-26 & 27 | 5370 |

| | |
|---|---|
| Frazelle, Andrew 2011-09-26 & 27 | 5371 |
| Frazelle, Andrew 2011-09-26 & 27 | 5372 |
| Frazelle, Andrew 2011-09-26 & 27 | 6212 |
| Frazelle, Andrew 2011-09-26 & 27 | 7107 |
| Hayward, Tony 2011-06-06 & 08 | 93 |
| Hayward, Tony 2011-06-06 & 08 | 910 |
| Hayward, Tony 2011-06-06 & 08 | 1734 |
| Hayward, Tony 2011-06-06 & 08 | 1736 |
| Hayward, Tony 2011-06-06 & 08 | 6000 |
| Hayward, Tony 2011-06-06 & 08 | 6001 |
| Hayward, Tony 2011-06-06 & 08 | 6002 |
| Hayward, Tony 2011-06-06 & 08 | 6006 |
| Hayward, Tony 2011-06-06 & 08 | 6012 |
| Hayward, Tony 2011-06-06 & 08 | 6013 |
| Hayward, Tony 2011-06-06 & 08 | 6014 |
| Hayward, Tony 2011-06-06 & 08 | 6016 |
| Hayward, Tony 2011-06-06 & 08 | 6017 |
| Hayward, Tony 2011-06-06 & 08 | 6021 |
| Hayward, Tony 2011-06-06 & 08 | 6022 |
| Hayward, Tony 2011-06-06 & 08 | 6023 |
| Hayward, Tony 2011-06-06 & 08 | 6024 |
| Hayward, Tony 2011-06-06 & 08 | 6033 |
| Hayward, Tony 2011-06-06 & 08 | 6040 |
| Hayward, Tony 2011-06-06 & 08 | 6055 |
| Hayward, Tony 2011-06-06 & 08 | 6056 |
| Hayward, Tony 2011-06-06 & 08 | 6057 |
| Hayward, Tony 2011-06-06 & 08 | 6060 |
| Hayward, Tony 2011-06-06 & 08 | 6061 |
| Hayward, Tony 2011-06-06 & 08 | 6062 |
| Hayward, Tony 2011-06-06 & 08 | 6063 |
| Hayward, Tony 2011-06-06 & 08 | 6064 |
| Hayward, Tony 2011-06-06 & 08 | 6065 |
| Hayward, Tony 2011-06-06 & 08 | 6066 |
| Hayward, Tony 2011-06-06 & 08 | 6067 |
| Hayward, Tony 2011-06-06 & 08 | 6071 |
| Hayward, Tony 2011-06-06 & 08 | 6074 |
| Hayward, Tony 2011-06-06 & 08 | 6011-CUR |
| Hayward, Tony 2011-06-06 & 08 | 6018-CUR |
| Hayward, Tony 2011-06-06 & 08 | 6025-CUR |
| Hayward, Tony 2011-06-06 & 08 | 6026-CUR |
| Herbst, Lars 2012-10-10 & 11 | 768 |
| Herbst, Lars 2012-10-10 & 11 | 769 |
| Herbst, Lars 2012-10-10 & 11 | 3624 |
| Herbst, Lars 2012-10-10 & 11 | 4423 |
| Herbst, Lars 2012-10-10 & 11 | 5063 |
| Herbst, Lars 2012-10-10 & 11 | 6181 |
| Herbst, Lars 2012-10-10 & 11 | 6198 |
| Herbst, Lars 2012-10-10 & 11 | 6212 |
| Herbst, Lars 2012-10-10 & 11 | 7270 |
| Herbst, Lars 2012-10-10 & 11 | 7351 |
| Herbst, Lars 2012-10-10 & 11 | 7352 |
| Herbst, Lars 2012-10-10 & 11 | 7353 |

| | |
|---|---|
| Herbst, Lars 2012-10-10 & 11 | 8537 |
| Herbst, Lars 2012-10-10 & 11 | 8541 |
| Herbst, Lars 2012-10-10 & 11 | 8865 |
| Herbst, Lars 2012-10-10 & 11 | 8947 |
| Herbst, Lars 2012-10-10 & 11 | 8948 |
| Herbst, Lars 2012-10-10 & 11 | 8950 |
| Herbst, Lars 2012-10-10 & 11 | 8951 |
| Herbst, Lars 2012-10-10 & 11 | 8952 |
| Herbst, Lars 2012-10-10 & 11 | 8953 |
| Herbst, Lars 2012-10-10 & 11 | 8954 |
| Herbst, Lars 2012-10-10 & 11 | 8955 |
| Herbst, Lars 2012-10-10 & 11 | 8956 |
| Herbst, Lars 2012-10-10 & 11 | 8957 |
| Herbst, Lars 2012-10-10 & 11 | 8959 |
| Herbst, Lars 2012-10-10 & 11 | 8960 |
| Herbst, Lars 2012-10-10 & 11 | 8961 |
| Herbst, Lars 2012-10-10 & 11 | 8962 |
| Herbst, Lars 2012-10-10 & 11 | 8963 |
| Herbst, Lars 2012-10-10 & 11 | 8964 |
| Herbst, Lars 2012-10-10 & 11 | 8965 |
| Herbst, Lars 2012-10-10 & 11 | 8966 |
| Herbst, Lars 2012-10-10 & 11 | 8967 |
| Herbst, Lars 2012-10-10 & 11 | 8968 |
| Herbst, Lars 2012-10-10 & 11 | 8969 |
| Herbst, Lars 2012-10-10 & 11 | 8970 |
| Herbst, Lars 2012-10-10 & 11 | 8971 |
| Herbst, Lars 2012-10-10 & 11 | 8972 |
| Herbst, Lars 2012-10-10 & 11 | 8973 |
| Herbst, Lars 2012-10-10 & 11 | 8975 |
| Herbst, Lars 2012-10-10 & 11 | 8976 |
| Herbst, Lars 2012-10-10 & 11 | 8977 |
| Herbst, Lars 2012-10-10 & 11 | 8979 |
| Herbst, Lars 2012-10-10 & 11 | 8980 |
| Herbst, Lars 2012-10-10 & 11 | 8981 |
| Herbst, Lars 2012-10-10 & 11 | 8982 |
| Herbst, Lars 2012-10-10 & 11 | 8983 |
| Herbst, Lars 2012-10-10 & 11 | 8984 |
| Herbst, Lars 2012-10-10 & 11 | 8985 |
| Herbst, Lars 2012-10-10 & 11 | 8986 |
| Herbst, Lars 2012-10-10 & 11 | 8987 |
| Herbst, Lars 2012-10-10 & 11 | 8988 |
| Herbst, Lars 2012-10-10 & 11 | 8990 |
| Herbst, Lars 2012-10-10 & 11 | 8992 |
| Herbst, Lars 2012-10-10 & 11 | 8993 |
| Herbst, Lars 2012-10-10 & 11 | 8994 |
| Herbst, Lars 2012-10-10 & 11 | 8995 |
| Herbst, Lars 2012-10-10 & 11 | 8996 |
| Herbst, Lars 2012-10-10 & 11 | 8997 |
| Herbst, Lars 2012-10-10 & 11 | 8998 |
| Herbst, Lars 2012-10-10 & 11 | 9077 |
| Herbst, Lars 2012-10-10 & 11 | 9078 |
| Herbst, Lars 2012-10-10 & 11 | 9079 |

| | |
|---|---|
| Herbst, Lars 2012-10-10 & 11 | 9080 |
| Herbst, Lars 2012-10-10 & 11 | 9082 |
| Herbst, Lars 2012-10-10 & 11 | 9084 |
| Herbst, Lars 2012-10-10 & 11 | 9086 |
| Herbst, Lars 2012-10-10 & 11 | 9094 |
| Herbst, Lars 2012-10-10 & 11 | 9095 |
| Herbst, Lars 2012-10-10 & 11 | 9096 |
| Herbst, Lars 2012-10-10 & 11 | 9097 |
| Herbst, Lars 2012-10-10 & 11 | 9098 |
| Herbst, Lars 2012-10-10 & 11 | 9099 |
| Herbst, Lars 2012-10-10 & 11 | 9121 |
| Herbst, Lars 2012-10-10 & 11 | 9127 |
| Herbst, Lars 2012-10-10 & 11 | 9147 |
| Herbst, Lars 2012-10-10 & 11 | 9149 |
| Herbst, Lars 2012-10-10 & 11 | 9155 |
| Herbst, Lars 2012-10-10 & 11 | 9160 |
| Herbst, Lars 2012-10-10 & 11 | 9265 |
| Herbst, Lars 2012-10-10 & 11 | 9266 |
| Herbst, Lars 2012-10-10 & 11 | 9344 |
| Herbst, Lars 2012-10-10 & 11 | 9345 |
| Herbst, Lars 2012-10-10 & 11 | 9346 |
| Herbst, Lars 2012-10-10 & 11 | 9347 |
| Herbst, Lars 2012-10-10 & 11 | 9348 |
| Herbst, Lars 2012-10-10 & 11 | 9349 |
| Herbst, Lars 2012-10-10 & 11 | 9351 |
| Herbst, Lars 2012-10-10 & 11 | 9352 |
| Herbst, Lars 2012-10-10 & 11 | 9353 |
| Herbst, Lars 2012-10-10 & 11 | 9354 |
| Herbst, Lars 2012-10-10 & 11 | 9355 |
| Herbst, Lars 2012-10-10 & 11 | 9356 |
| Herbst, Lars 2012-10-10 & 11 | 9357 |
| Herbst, Lars 2012-10-10 & 11 | 9358 |
| Herbst, Lars 2012-10-10 & 11 | 9359 |
| Herbst, Lars 2012-10-10 & 11 | 9360 |
| Herbst, Lars 2012-10-10 & 11 | 8962-8973 |
| Holt, Charles 2012-11-28 & 29 | 4405 |
| Holt, Charles 2012-11-28 & 29 | 4423 |
| Holt, Charles 2012-11-28 & 29 | 5054 |
| Holt, Charles 2012-11-28 & 29 | 5370 |
| Holt, Charles 2012-11-28 & 29 | 6195 |
| Holt, Charles 2012-11-28 & 29 | 7270 |
| Holt, Charles 2012-11-28 & 29 | 8522 |
| Holt, Charles 2012-11-28 & 29 | 8534 |
| Holt, Charles 2012-11-28 & 29 | 8537 |
| Holt, Charles 2012-11-28 & 29 | 8542 |
| Holt, Charles 2012-11-28 & 29 | 8553 |
| Holt, Charles 2012-11-28 & 29 | 9084 |
| Holt, Charles 2012-11-28 & 29 | 9132 |
| Holt, Charles 2012-11-28 & 29 | 9135 |
| Holt, Charles 2012-11-28 & 29 | 9160 |
| Holt, Charles 2012-11-28 & 29 | 9564 |
| Holt, Charles 2012-11-28 & 29 | 9787 |

| | |
|---|---|
| Holt, Charles 2012-11-28 & 29 | 10071 |
| Holt, Charles 2012-11-28 & 29 | 10072 |
| Holt, Charles 2012-11-28 & 29 | 10503 |
| Holt, Charles 2012-11-28 & 29 | 10504 |
| Holt, Charles 2012-11-28 & 29 | 10505 |
| Holt, Charles 2012-11-28 & 29 | 10506 |
| Holt, Charles 2012-11-28 & 29 | 10507 |
| Holt, Charles 2012-11-28 & 29 | 10508 |
| Holt, Charles 2012-11-28 & 29 | 10509 |
| Holt, Charles 2012-11-28 & 29 | 10510 |
| Holt, Charles 2012-11-28 & 29 | 10511 |
| Holt, Charles 2012-11-28 & 29 | 10512 |
| Holt, Charles 2012-11-28 & 29 | 10513 |
| Holt, Charles 2012-11-28 & 29 | 10514 |
| Holt, Charles 2012-11-28 & 29 | 10515 |
| Holt, Charles 2012-11-28 & 29 | 10516 |
| Holt, Charles 2012-11-28 & 29 | 10517 |
| Holt, Charles 2012-11-28 & 29 | 10518 |
| Holt, Charles 2012-11-28 & 29 | 10519 |
| Holt, Charles 2012-11-28 & 29 | 10520 |
| Holt, Charles 2012-11-28 & 29 | 10521 |
| Holt, Charles 2012-11-28 & 29 | 10522 |
| Holt, Charles 2012-11-28 & 29 | 10523 |
| Holt, Charles 2012-11-28 & 29 | 10524 |
| Holt, Charles 2012-11-28 & 29 | 10525 |
| Holt, Charles 2012-11-28 & 29 | 10526 |
| Holt, Charles 2012-11-28 & 29 | 10527 |
| Holt, Charles 2012-11-28 & 29 | 10528 |
| Holt, Charles 2012-11-28 & 29 | 10529 |
| Holt, Charles 2012-11-28 & 29 | 10530 |
| Holt, Charles 2012-11-28 & 29 | 10531 |
| Holt, Charles 2012-11-28 & 29 | 10532 |
| Holt, Charles 2012-11-28 & 29 | 10533 |
| Holt, Charles 2012-11-28 & 29 | 10534 |
| Holt, Charles 2012-11-28 & 29 | 10535 |
| Holt, Charles 2012-11-28 & 29 | 10536 |
| Holt, Charles 2012-11-28 & 29 | 10537 |
| Holt, Charles 2012-11-28 & 29 | 10538 |
| Holt, Charles 2012-11-28 & 29 | 10539 |
| Holt, Charles 2012-11-28 & 29 | 10540 |
| Holt, Charles 2012-11-28 & 29 | 10541 |
| Holt, Charles 2012-11-28 & 29 | 10542 |
| Holt, Charles 2012-11-28 & 29 | 10543 |
| Hunter, Tom 2012-10-30 & 31 | 3220 |
| Hunter, Tom 2012-10-30 & 31 | 5063 |
| Hunter, Tom 2012-10-30 & 31 | 7270 |
| Hunter, Tom 2012-10-30 & 31 | 8544 |
| Hunter, Tom 2012-10-30 & 31 | 8553 |
| Hunter, Tom 2012-10-30 & 31 | 8635 |
| Hunter, Tom 2012-10-30 & 31 | 8809 |
| Hunter, Tom 2012-10-30 & 31 | 8827 |
| Hunter, Tom 2012-10-30 & 31 | 8865 |

| | |
|---|---|
| Hunter, Tom 2012-10-30 & 31 | 8866 |
| Hunter, Tom 2012-10-30 & 31 | 9137 |
| Hunter, Tom 2012-10-30 & 31 | 9146 |
| Hunter, Tom 2012-10-30 & 31 | 9151 |
| Hunter, Tom 2012-10-30 & 31 | 9153 |
| Hunter, Tom 2012-10-30 & 31 | 9155 |
| Hunter, Tom 2012-10-30 & 31 | 9156 |
| Hunter, Tom 2012-10-30 & 31 | 9157 |
| Hunter, Tom 2012-10-30 & 31 | 9158 |
| Hunter, Tom 2012-10-30 & 31 | 9159 |
| Hunter, Tom 2012-10-30 & 31 | 9160 |
| Hunter, Tom 2012-10-30 & 31 | 9163 |
| Hunter, Tom 2012-10-30 & 31 | 9265 |
| Hunter, Tom 2012-10-30 & 31 | 9361 |
| Hunter, Tom 2012-10-30 & 31 | 9375 |
| Hunter, Tom 2012-10-30 & 31 | 9376 |
| Hunter, Tom 2012-10-30 & 31 | 9378 |
| Hunter, Tom 2012-10-30 & 31 | 9379 |
| Hunter, Tom 2012-10-30 & 31 | 9386 |
| Hunter, Tom 2012-10-30 & 31 | 9475 |
| Hunter, Tom 2012-10-30 & 31 | 9552 |
| Hunter, Tom 2012-10-30 & 31 | 9634 |
| Hunter, Tom 2012-10-30 & 31 | 9646 |
| Hunter, Tom 2012-10-30 & 31 | 9662 |
| Hunter, Tom 2012-10-30 & 31 | 9672 |
| Hunter, Tom 2012-10-30 & 31 | 9676 |
| Hunter, Tom 2012-10-30 & 31 | 9685 |
| Hunter, Tom 2012-10-30 & 31 | 9686 |
| Hunter, Tom 2012-10-30 & 31 | 9687 |
| Hunter, Tom 2012-10-30 & 31 | 9688 |
| Hunter, Tom 2012-10-30 & 31 | 9689 |
| Hunter, Tom 2012-10-30 & 31 | 9690 |
| Hunter, Tom 2012-10-30 & 31 | 9691 |
| Hunter, Tom 2012-10-30 & 31 | 9692 |
| Hunter, Tom 2012-10-30 & 31 | 9693 |
| Hunter, Tom 2012-10-30 & 31 | 9694 |
| Hunter, Tom 2012-10-30 & 31 | 9695 |
| Hunter, Tom 2012-10-30 & 31 | 9696 |
| Hunter, Tom 2012-10-30 & 31 | 9697 |
| Hunter, Tom 2012-10-30 & 31 | 9698 |
| Hunter, Tom 2012-10-30 & 31 | 9699 |
| Hunter, Tom 2012-10-30 & 31 | 9705 |
| Hunter, Tom 2012-10-30 & 31 | 9706 |
| Hunter, Tom 2012-10-30 & 31 | 9710 |
| Hunter, Tom 2012-10-30 & 31 | 9711 |
| Hunter, Tom 2012-10-30 & 31 | 9713 |
| Hunter, Tom 2012-10-30 & 31 | 9718 |
| Hunter, Tom 2012-10-30 & 31 | 9719 |
| Hunter, Tom 2012-10-30 & 31 | 9725 |
| Hunter, Tom 2012-10-30 & 31 | 9900 |
| Hunter, Tom 2012-10-30 & 31 | 9901 |
| Hunter, Tom 2012-10-30 & 31 | 9902 |

| | |
|---|---|
| Hunter, Tom 2012-10-30 & 31 | 9903 |
| Hunter, Tom 2012-10-30 & 31 | 9904 |
| Hunter, Tom 2012-10-30 & 31 | 9905 |
| Hunter, Tom 2012-10-30 & 31 | 9906 |
| Hunter, Tom 2012-10-30 & 31 | 9907 |
| Hunter, Tom 2012-10-30 & 31 | 9908 |
| Hunter, Tom 2012-10-30 & 31 | 9909 |
| Hunter, Tom 2012-10-30 & 31 | 9910 |
| Hunter, Tom 2012-10-30 & 31 | 9911 |
| Hunter, Tom 2012-10-30 & 31 | 9912 |
| Hunter, Tom 2012-10-30 & 31 | 9913 |
| Hunter, Tom 2012-10-30 & 31 | 9914 |
| Hunter, Tom 2012-10-30 & 31 | 9915 |
| Hunter, Tom 2012-10-30 & 31 | 9916 |
| Hunter, Tom 2012-10-30 & 31 | 9917 |
| Hunter, Tom 2012-10-30 & 31 | 9918 |
| Hunter, Tom 2012-10-30 & 31 | 9919 |
| Hunter, Tom 2012-10-30 & 31 | 9920 |
| Hunter, Tom 2012-10-30 & 31 | 9921 |
| Hunter, Tom 2012-10-30 & 31 | 9923 |
| Hunter, Tom 2012-10-30 & 31 | 9924 |
| Hunter, Tom 2012-10-30 & 31 | 9925 |
| Hunter, Tom 2012-10-30 & 31 | 9926 |
| Hunter, Tom 2012-10-30 & 31 | 9927 |
| Hunter, Tom 2012-10-30 & 31 | 9928 |
| Hunter, Tom 2012-10-30 & 31 | 9929 |
| Hunter, Tom 2012-10-30 & 31 | 9708A |
| Inglis, Andy 2011-07-21 & 22 | 768 |
| Inglis, Andy 2011-07-21 & 22 | 2402 |
| Inglis, Andy 2011-07-21 & 22 | 3918 |
| Inglis, Andy 2011-07-21 & 22 | 3919 |
| Inglis, Andy 2011-07-21 & 22 | 6297 |
| Inglis, Andy 2011-07-21 & 22 | 6299 |
| Inglis, Andy 2011-07-21 & 22 | 6304 |
| Inglis, Andy 2011-07-21 & 22 | 6305 |
| Inglis, Andy 2011-07-21 & 22 | 6306 |
| Inglis, Andy 2011-07-21 & 22 | 6307 |
| Inglis, Andy 2011-07-21 & 22 | 6308 |
| Inglis, Andy 2011-07-21 & 22 | 6326 |
| Landry, Mary 2012-10-22 & 23 | 3220 |
| Landry, Mary 2012-10-22 & 23 | 4728 |
| Landry, Mary 2012-10-22 & 23 | 5533 |
| Landry, Mary 2012-10-22 & 23 | 7802 |
| Landry, Mary 2012-10-22 & 23 | 8524 |
| Landry, Mary 2012-10-22 & 23 | 8537 |
| Landry, Mary 2012-10-22 & 23 | 8803 |
| Landry, Mary 2012-10-22 & 23 | 8865 |
| Landry, Mary 2012-10-22 & 23 | 8866 |
| Landry, Mary 2012-10-22 & 23 | 8886 |
| Landry, Mary 2012-10-22 & 23 | 8887 |
| Landry, Mary 2012-10-22 & 23 | 8889 |
| Landry, Mary 2012-10-22 & 23 | 8890 |

| | |
|---|---|
| Landry, Mary 2012-10-22 & 23 | 9105 |
| Landry, Mary 2012-10-22 & 23 | 9127 |
| Landry, Mary 2012-10-22 & 23 | 9132 |
| Landry, Mary 2012-10-22 & 23 | 9155 |
| Landry, Mary 2012-10-22 & 23 | 9156 |
| Landry, Mary 2012-10-22 & 23 | 9157 |
| Landry, Mary 2012-10-22 & 23 | 9158 |
| Landry, Mary 2012-10-22 & 23 | 9159 |
| Landry, Mary 2012-10-22 & 23 | 9162 |
| Landry, Mary 2012-10-22 & 23 | 9164 |
| Landry, Mary 2012-10-22 & 23 | 9266 |
| Landry, Mary 2012-10-22 & 23 | 9359 |
| Landry, Mary 2012-10-22 & 23 | 9495 |
| Landry, Mary 2012-10-22 & 23 | 9496 |
| Landry, Mary 2012-10-22 & 23 | 9497 |
| Landry, Mary 2012-10-22 & 23 | 9498 |
| Landry, Mary 2012-10-22 & 23 | 9499 |
| Landry, Mary 2012-10-22 & 23 | 9600 |
| Landry, Mary 2012-10-22 & 23 | 9601 |
| Landry, Mary 2012-10-22 & 23 | 9602 |
| Landry, Mary 2012-10-22 & 23 | 9605 |
| Landry, Mary 2012-10-22 & 23 | 9608 |
| Landry, Mary 2012-10-22 & 23 | 9609 |
| Landry, Mary 2012-10-22 & 23 | 9610 |
| Landry, Mary 2012-10-22 & 23 | 9616 |
| Landry, Mary 2012-10-22 & 23 | 9617 |
| Landry, Mary 2012-10-22 & 23 | 9618 |
| Landry, Mary 2012-10-22 & 23 | 9619 |
| Landry, Mary 2012-10-22 & 23 | 9620 |
| Landry, Mary 2012-10-22 & 23 | 9621 |
| Landry, Mary 2012-10-22 & 23 | 9622 |
| Landry, Mary 2012-10-22 & 23 | 9623 |
| Landry, Mary 2012-10-22 & 23 | 9624 |
| Landry, Mary 2012-10-22 & 23 | 9625 |
| Landry, Mary 2012-10-22 & 23 | 9628 |
| Landry, Mary 2012-10-22 & 23 | 9629 |
| Landry, Mary 2012-10-22 & 23 | 9630 |
| Landry, Mary 2012-10-22 & 23 | 9631 |
| Landry, Mary 2012-10-22 & 23 | 9632 |
| Landry, Mary 2012-10-22 & 23 | 9633 |
| Landry, Mary 2012-10-22 & 23 | 9634 |
| Landry, Mary 2012-10-22 & 23 | 9635 |
| Landry, Mary 2012-10-22 & 23 | 9636 |
| Landry, Mary 2012-10-22 & 23 | 9639 |
| Landry, Mary 2012-10-22 & 23 | 9641 |
| Landry, Mary 2012-10-22 & 23 | 8897C |
| Mason, Mike 2013-01-24 & 25 | 3220 |
| Mason, Mike 2013-01-24 & 25 | 6194 |
| Mason, Mike 2013-01-24 & 25 | 7270 |
| Mason, Mike 2013-01-24 & 25 | 8553 |
| Mason, Mike 2013-01-24 & 25 | 8937 |
| Mason, Mike 2013-01-24 & 25 | 9156 |

| | |
|---|---|
| Mason, Mike 2013-01-24 & 25 | 9157 |
| Mason, Mike 2013-01-24 & 25 | 9159 |
| Mason, Mike 2013-01-24 & 25 | 9243 |
| Mason, Mike 2013-01-24 & 25 | 9306 |
| Mason, Mike 2013-01-24 & 25 | 9310 |
| Mason, Mike 2013-01-24 & 25 | 9313 |
| Mason, Mike 2013-01-24 & 25 | 9322 |
| Mason, Mike 2013-01-24 & 25 | 9323 |
| Mason, Mike 2013-01-24 & 25 | 9325 |
| Mason, Mike 2013-01-24 & 25 | 9326 |
| Mason, Mike 2013-01-24 & 25 | 9329 |
| Mason, Mike 2013-01-24 & 25 | 9477 |
| Mason, Mike 2013-01-24 & 25 | 9513 |
| Mason, Mike 2013-01-24 & 25 | 10340 |
| Mason, Mike 2013-01-24 & 25 | 10488 |
| Mason, Mike 2013-01-24 & 25 | 10769 |
| Mason, Mike 2013-01-24 & 25 | 10770 |
| Mason, Mike 2013-01-24 & 25 | 10771 |
| Mason, Mike 2013-01-24 & 25 | 10772 |
| Mason, Mike 2013-01-24 & 25 | 10773 |
| Mason, Mike 2013-01-24 & 25 | 10774 |
| Mason, Mike 2013-01-24 & 25 | 10775 |
| Mason, Mike 2013-01-24 & 25 | 10776 |
| Mason, Mike 2013-01-24 & 25 | 10777 |
| Mason, Mike 2013-01-24 & 25 | 10778 |
| Mason, Mike 2013-01-24 & 25 | 10779 |
| Mason, Mike 2013-01-24 & 25 | 10780 |
| Mason, Mike 2013-01-24 & 25 | 10781 |
| Mason, Mike 2013-01-24 & 25 | 10782 |
| Mason, Mike 2013-01-24 & 25 | 10783 |
| Mason, Mike 2013-01-24 & 25 | 10784 |
| Mason, Mike 2013-01-24 & 25 | 10785 |
| Mason, Mike 2013-01-24 & 25 | 10786 |
| Mason, Mike 2013-01-24 & 25 | 10787 |
| Mason, Mike 2013-01-24 & 25 | 10788 |
| Mason, Mike 2013-01-24 & 25 | 10789 |
| Mason, Mike 2013-01-24 & 25 | 10790 |
| Mason, Mike 2013-01-24 & 25 | 10791 |
| Mason, Mike 2013-01-24 & 25 | 10792 |
| Mason, Mike 2013-01-24 & 25 | 10793 |
| Mason, Mike 2013-01-24 & 25 | 10795 |
| Mason, Mike 2013-01-24 & 25 | 10796 |
| Mason, Mike 2013-01-24 & 25 | 10797 |
| Mason, Mike 2013-01-24 & 25 | 10798 |
| Mason, Mike 2013-01-24 & 25 | 10799 |
| Mason, Mike 2013-01-24 & 25 | 10863 |
| Mason, Mike 2013-01-24 & 25 | 10864 |
| Mason, Mike 2013-01-24 & 25 | 10865 |
| Mason, Mike 2013-01-24 & 25 | 10866 |
| Mason, Mike 2013-01-24 & 25 | 10867 |
| Mason, Mike 2013-01-24 & 25 | 10868 |
| Mason, Mike 2013-01-24 & 25 | 10869 |

| | |
|---|---|
| Mason, Mike 2013-01-24 & 25 | 10870 |
| Mason, Mike 2013-01-24 & 25 | 10871 |
| McKay, Lamar 2011-11-03 & 04 | 2433 |
| McKay, Lamar 2011-11-03 & 04 | 6021 |
| McKay, Lamar 2011-11-03 & 04 | 6113 |
| McKay, Lamar 2011-11-03 & 04 | 7345 |
| McKay, Lamar 2011-11-03 & 04 | 7346 |
| McKay, Lamar 2011-11-03 & 04 | 7347 |
| McKay, Lamar 2011-11-03 & 04 | 7348 |
| McKay, Lamar 2011-11-03 & 04 | 7349 |
| McKay, Lamar 2011-11-03 & 04 | 7350 |
| McKay, Lamar 2011-11-03 & 04 | 7351 |
| McKay, Lamar 2011-11-03 & 04 | 7352 |
| McKay, Lamar 2011-11-03 & 04 | 7353 |
| McKay, Lamar 2011-11-03 & 04 | 7354 |
| McKay, Lamar 2011-11-03 & 04 | 7355 |
| McKay, Lamar 2011-11-03 & 04 | 7356 |
| McKay, Lamar 2011-11-03 & 04 | 7357 |
| McKay, Lamar 2011-11-03 & 04 | 7358 |
| McKay, Lamar 2011-11-03 & 04 | 7359 |
| McKay, Lamar 2011-11-03 & 04 | 7360 |
| McKay, Lamar 2011-11-03 & 04 | 7361 |
| McKay, Lamar 2011-11-03 & 04 | 7362 |
| McKay, Lamar 2011-11-03 & 04 | 7363 |
| McKay, Lamar 2011-11-03 & 04 | 7364 |
| McKay, Lamar 2011-11-03 & 04 | 7365 |
| McKay, Lamar 2011-11-03 & 04 | 7366 |
| McKay, Lamar 2011-11-03 & 04 | 7371 |
| McKay, Lamar 2011-11-03 & 04 | 7372 |
| McKay, Lamar 2011-11-03 & 04 | 7373 |
| McKay, Lamar 2011-11-03 & 04 | 7375 |
| McNutt, Marcia 2012-10-24 & 25 | 3220 |
| McNutt, Marcia 2012-10-24 & 25 | 3221 |
| McNutt, Marcia 2012-10-24 & 25 | 5363 |
| McNutt, Marcia 2012-10-24 & 25 | 6124 |
| McNutt, Marcia 2012-10-24 & 25 | 8532 |
| McNutt, Marcia 2012-10-24 & 25 | 8537 |
| McNutt, Marcia 2012-10-24 & 25 | 8541 |
| McNutt, Marcia 2012-10-24 & 25 | 8542 |
| McNutt, Marcia 2012-10-24 & 25 | 8544 |
| McNutt, Marcia 2012-10-24 & 25 | 8553 |
| McNutt, Marcia 2012-10-24 & 25 | 8652 |
| McNutt, Marcia 2012-10-24 & 25 | 8803 |
| McNutt, Marcia 2012-10-24 & 25 | 8814 |
| McNutt, Marcia 2012-10-24 & 25 | 8827 |
| McNutt, Marcia 2012-10-24 & 25 | 8830 |
| McNutt, Marcia 2012-10-24 & 25 | 8865 |
| McNutt, Marcia 2012-10-24 & 25 | 8866 |
| McNutt, Marcia 2012-10-24 & 25 | 9005 |
| McNutt, Marcia 2012-10-24 & 25 | 9084 |
| McNutt, Marcia 2012-10-24 & 25 | 9132 |
| McNutt, Marcia 2012-10-24 & 25 | 9160 |

| | |
|---|---|
| McNutt, Marcia 2012-10-24 & 25 | 9163 |
| McNutt, Marcia 2012-10-24 & 25 | 9164 |
| McNutt, Marcia 2012-10-24 & 25 | 9238 |
| McNutt, Marcia 2012-10-24 & 25 | 9257 |
| McNutt, Marcia 2012-10-24 & 25 | 9267 |
| McNutt, Marcia 2012-10-24 & 25 | 9392 |
| McNutt, Marcia 2012-10-24 & 25 | 9475 |
| McNutt, Marcia 2012-10-24 & 25 | 9642 |
| McNutt, Marcia 2012-10-24 & 25 | 9643 |
| McNutt, Marcia 2012-10-24 & 25 | 9644 |
| McNutt, Marcia 2012-10-24 & 25 | 9645 |
| McNutt, Marcia 2012-10-24 & 25 | 9646 |
| McNutt, Marcia 2012-10-24 & 25 | 9647 |
| McNutt, Marcia 2012-10-24 & 25 | 9648 |
| McNutt, Marcia 2012-10-24 & 25 | 9649 |
| McNutt, Marcia 2012-10-24 & 25 | 9651 |
| McNutt, Marcia 2012-10-24 & 25 | 9652 |
| McNutt, Marcia 2012-10-24 & 25 | 9653 |
| McNutt, Marcia 2012-10-24 & 25 | 9655 |
| McNutt, Marcia 2012-10-24 & 25 | 9656 |
| McNutt, Marcia 2012-10-24 & 25 | 9658 |
| McNutt, Marcia 2012-10-24 & 25 | 9659 |
| McNutt, Marcia 2012-10-24 & 25 | 9660 |
| McNutt, Marcia 2012-10-24 & 25 | 9661 |
| McNutt, Marcia 2012-10-24 & 25 | 9662 |
| McNutt, Marcia 2012-10-24 & 25 | 9663 |
| McNutt, Marcia 2012-10-24 & 25 | 9664 |
| McNutt, Marcia 2012-10-24 & 25 | 9665 |
| McNutt, Marcia 2012-10-24 & 25 | 9666 |
| McNutt, Marcia 2012-10-24 & 25 | 9667 |
| McNutt, Marcia 2012-10-24 & 25 | 9668 |
| McNutt, Marcia 2012-10-24 & 25 | 9669 |
| McNutt, Marcia 2012-10-24 & 25 | 9670 |
| McNutt, Marcia 2012-10-24 & 25 | 9671 |
| McNutt, Marcia 2012-10-24 & 25 | 9672 |
| McNutt, Marcia 2012-10-24 & 25 | 9673 |
| McNutt, Marcia 2012-10-24 & 25 | 9674 |
| McNutt, Marcia 2012-10-24 & 25 | 9675 |
| McNutt, Marcia 2012-10-24 & 25 | 9676 |
| McNutt, Marcia 2012-10-24 & 25 | 9677 |
| McNutt, Marcia 2012-10-24 & 25 | 9678 |
| McNutt, Marcia 2012-10-24 & 25 | 9680 |
| McNutt, Marcia 2012-10-24 & 25 | 9681 |
| McNutt, Marcia 2012-10-24 & 25 | 9682 |
| McNutt, Marcia 2012-10-24 & 25 | 9683 |
| McNutt, Marcia 2012-10-24 & 25 | 9684 |
| McNutt, Marcia 2012-10-24 & 25 | 9718 |
| McWhorter, David 2012-11-15 & 16 | 5372 |
| McWhorter, David 2012-11-15 & 16 | 6212 |
| McWhorter, David 2012-11-15 & 16 | 7127 |
| McWhorter, David 2012-11-15 & 16 | 8516 |
| McWhorter, David 2012-11-15 & 16 | 8517 |

| | |
|---|---|
| McWhorter, David 2012-11-15 & 16 | 9453 |
| McWhorter, David 2012-11-15 & 16 | 9830 |
| McWhorter, David 2012-11-15 & 16 | 10040 |
| McWhorter, David 2012-11-15 & 16 | 10041 |
| McWhorter, David 2012-11-15 & 16 | 10042 |
| McWhorter, David 2012-11-15 & 16 | 10043 |
| McWhorter, David 2012-11-15 & 16 | 10044 |
| McWhorter, David 2012-11-15 & 16 | 10045 |
| McWhorter, David 2012-11-15 & 16 | 10046 |
| McWhorter, David 2012-11-15 & 16 | 10047 |
| McWhorter, David 2012-11-15 & 16 | 10048 |
| McWhorter, David 2012-11-15 & 16 | 10049 |
| McWhorter, David 2012-11-15 & 16 | 10050 |
| McWhorter, David 2012-11-15 & 16 | 10051 |
| McWhorter, David 2012-11-15 & 16 | 10052 |
| McWhorter, David 2012-11-15 & 16 | 10053 |
| McWhorter, David 2012-11-15 & 16 | 10054 |
| McWhorter, David 2012-11-15 & 16 | 10055 |
| McWhorter, David 2012-11-15 & 16 | 10056 |
| McWhorter, David 2012-11-15 & 16 | 10057 |
| McWhorter, David 2012-11-15 & 16 | 10058 |
| McWhorter, David 2012-11-15 & 16 | 10059 |
| McWhorter, David 2012-11-15 & 16 | 10060 |
| McWhorter, David 2012-11-15 & 16 | 10061 |
| McWhorter, David 2012-11-15 & 16 | 10062 |
| McWhorter, David 2012-11-15 & 16 | 10063 |
| McWhorter, David 2012-11-15 & 16 | 10064 |
| McWhorter, David 2012-11-15 & 16 | 10065 |
| McWhorter, David 2012-11-15 & 16 | 10066 |
| McWhorter, David 2012-11-15 & 16 | 10067 |
| McWhorter, David 2012-11-15 & 16 | 10071 |
| McWhorter, David 2012-11-15 & 16 | 10072 |
| McWhorter, David 2012-11-15 & 16 | 10073 |
| McWhorter, David 2012-11-15 & 16 | 10074 |
| McWhorter, David 2012-11-15 & 16 | 10075 |
| McWhorter, David 2012-11-15 & 16 | 10076 |
| McWhorter, David 2012-11-15 & 16 | 10077 |
| McWhorter, David 2012-11-15 & 16 | 10078 |
| McWhorter, David 2012-11-15 & 16 | 10079 |
| McWhorter, David 2012-11-15 & 16 | 10080 |
| McWhorter, David 2012-11-15 & 16 | 10081 |
| McWhorter, David 2012-11-15 & 16 | 10082 |
| McWhorter, David 2012-11-15 & 16 | 10083 |
| McWhorter, David 2012-11-15 & 16 | 10084 |
| McWhorter, David 2012-11-15 & 16 | 10085 |
| McWhorter, David 2012-11-15 & 16 | 10231 |
| McWhorter, David 2012-11-15 & 16 | 4621-CUR |
| Patteson, Mark 2013-01-23 & 24 | 2386 |
| Patteson, Mark 2013-01-23 & 24 | 5363 |
| Patteson, Mark 2013-01-23 & 24 | 6124 |
| Patteson, Mark 2013-01-23 & 24 | 6198 |
| Patteson, Mark 2013-01-23 & 24 | 7354 |

| | |
|---|---|
| Patteson, Mark 2013-01-23 & 24 | 8537 |
| Patteson, Mark 2013-01-23 & 24 | 8538 |
| Patteson, Mark 2013-01-23 & 24 | 8541 |
| Patteson, Mark 2013-01-23 & 24 | 8553 |
| Patteson, Mark 2013-01-23 & 24 | 9084 |
| Patteson, Mark 2013-01-23 & 24 | 9098 |
| Patteson, Mark 2013-01-23 & 24 | 9346 |
| Patteson, Mark 2013-01-23 & 24 | 9349 |
| Patteson, Mark 2013-01-23 & 24 | 9534 |
| Patteson, Mark 2013-01-23 & 24 | 9830 |
| Patteson, Mark 2013-01-23 & 24 | 10499 |
| Patteson, Mark 2013-01-23 & 24 | 10505 |
| Patteson, Mark 2013-01-23 & 24 | 10508 |
| Patteson, Mark 2013-01-23 & 24 | 10509 |
| Patteson, Mark 2013-01-23 & 24 | 10530 |
| Patteson, Mark 2013-01-23 & 24 | 10532 |
| Patteson, Mark 2013-01-23 & 24 | 11230 |
| Patteson, Mark 2013-01-23 & 24 | 11237 |
| Patteson, Mark 2013-01-23 & 24 | 11400 |
| Patteson, Mark 2013-01-23 & 24 | 11401 |
| Patteson, Mark 2013-01-23 & 24 | 11402 |
| Patteson, Mark 2013-01-23 & 24 | 11403 |
| Patteson, Mark 2013-01-23 & 24 | 11404 |
| Patteson, Mark 2013-01-23 & 24 | 11405 |
| Patteson, Mark 2013-01-23 & 24 | 11406 |
| Patteson, Mark 2013-01-23 & 24 | 11407 |
| Patteson, Mark 2013-01-23 & 24 | 11408 |
| Patteson, Mark 2013-01-23 & 24 | 11409 |
| Patteson, Mark 2013-01-23 & 24 | 11410 |
| Patteson, Mark 2013-01-23 & 24 | 11411 |
| Patteson, Mark 2013-01-23 & 24 | 11412 |
| Patteson, Mark 2013-01-23 & 24 | 11414 |
| Patteson, Mark 2013-01-23 & 24 | 11416 |
| Patteson, Mark 2013-01-23 & 24 | 11417 |
| Patteson, Mark 2013-01-23 & 24 | 11418 |
| Patteson, Mark 2013-01-23 & 24 | 11419 |
| Patteson, Mark 2013-01-23 & 24 | 11420 |
| Patteson, Mark 2013-01-23 & 24 | 11421 |
| Patteson, Mark 2013-01-23 & 24 | 11422 |
| Patteson, Mark 2013-01-23 & 24 | 11423 |
| Patteson, Mark 2013-01-23 & 24 | 11424 |
| Rainey, David 2010-06-02 & 03 | 3206 |
| Rainey, David 2010-06-02 & 03 | 3207 |
| Rainey, David 2010-06-02 & 03 | 3211 |
| Rainey, David 2010-06-02 & 03 | 3212 |
| Rainey, David 2010-06-02 & 03 | 3214 |
| Rainey, David 2010-06-02 & 03 | 3215 |
| Rainey, David 2010-06-02 & 03 | 3216 |
| Rainey, David 2010-06-02 & 03 | 3217 |
| Rainey, David 2010-06-02 & 03 | 3218 |
| Rainey, David 2010-06-02 & 03 | 3219 |
| Rainey, David 2010-06-02 & 03 | 3220 |

| | |
|---|---|
| Rygg, Ole 2012-10-03 | 9237 |
| Rygg, Ole 2012-10-03 | 9238 |
| Rygg, Ole 2012-10-03 | 9239 |
| Rygg, Ole 2012-10-03 | 9240 |
| Rygg, Ole 2012-10-03 | 9241 |
| Rygg, Ole 2012-10-03 | 9242 |
| Rygg, Ole 2012-10-03 | 9243 |
| Rygg, Ole 2012-10-03 | 9244 |
| Rygg, Ole 2012-10-03 | 9245 |
| Rygg, Ole 2012-10-03 | 9246 |
| Rygg, Ole 2012-10-03 | 9247 |
| Rygg, Ole 2012-10-03 | 9248 |
| Rygg, Ole 2012-10-03 | 9249 |
| Rygg, Ole 2012-10-03 | 9250 |
| Rygg, Ole 2012-10-03 | 9252 |
| Rygg, Ole 2012-10-03 | 9253 |
| Rygg, Ole 2012-10-03 | 9254 |
| Rygg, Ole 2012-10-03 | 9255 |
| Rygg, Ole 2012-10-03 | 9256 |
| Rygg, Ole 2012-10-03 | 9257 |
| Rygg, Ole 2012-10-03 | 9258 |
| Rygg, Ole 2012-10-03 | 9259 |
| Rygg, Ole 2012-10-03 | 9260 |
| Rygg, Ole 2012-10-03 | 9263 |
| Rygg, Ole 2012-10-03 | 9265 |
| Rygg, Ole 2012-10-03 | 9266 |
| Rygg, Ole 2012-10-03 | 9267 |
| Rygg, Ole 2012-10-03 | 9268 |
| Rygg, Ole 2012-10-03 | 9269 |
| Rygg, Ole 2012-10-03 | 9270 |
| Rygg, Ole 2012-10-03 | 9272 |
| Vargo, Richard 2012-08-22 | 2026 |
| Vargo, Richard 2012-08-22 | 5792 |
| Vargo, Richard 2012-08-22 | 6124 |
| Vargo, Richard 2012-08-22 | 6198 |
| Vargo, Richard 2012-08-22 | 6212 |
| Vargo, Richard 2012-08-22 | 8523 |
| Vargo, Richard 2012-08-22 | 8524 |
| Vargo, Richard 2012-08-22 | 8525 |
| Vargo, Richard 2012-08-22 | 8526 |
| Vargo, Richard 2012-08-22 | 8527 |
| Vargo, Richard 2012-08-22 | 8528 |
| Vargo, Richard 2012-08-22 | 8529 |
| Vargo, Richard 2012-08-22 | 8530 |
| Vargo, Richard 2012-08-22 | 8531 |
| Vargo, Richard 2012-08-22 | 8532 |
| Vargo, Richard 2012-08-22 | 8533 |
| Vargo, Richard 2012-08-22 | 8534 |
| Vargo, Richard 2012-08-22 | 8535 |
| Vargo, Richard 2012-08-22 | 8536 |
| Vargo, Richard 2012-08-22 | 8537 |
| Vargo, Richard 2012-08-22 | 8538 |

| | |
|---|---|
| Vargo, Richard 2012-08-22 | 8539 |
| Vargo, Richard 2012-08-22 | 8540 |
| Vargo, Richard 2012-08-22 | 8541 |
| Vargo, Richard 2012-08-22 | 8542 |
| Vargo, Richard 2012-08-22 | 8543 |
| Vargo, Richard 2012-08-22 | 8544 |
| Vargo, Richard 2012-08-22 | 8545 |
| Vargo, Richard 2012-08-22 | 8546 |
| Vargo, Richard 2012-08-22 | 8547 |
| Vargo, Richard 2012-08-22 | 8549 |
| Vargo, Richard 2012-08-22 | 8550 |
| Vargo, Richard 2012-08-22 | 8551 |
| Vargo, Richard 2012-08-22 | 8552 |
| Vargo, Richard 2012-08-22 | 8553 |
| Vargo, Richard 2012-08-22 | 8554 |
| Vargo, Richard 2012-08-22 | 8555 |
| Wellings, James 2013-01-16 & 17 | 2386 |
| Wellings, James 2013-01-16 & 17 | 3919 |
| Wellings, James 2013-01-16 & 17 | 4405 |
| Wellings, James 2013-01-16 & 17 | 5053 |
| Wellings, James 2013-01-16 & 17 | 5361 |
| Wellings, James 2013-01-16 & 17 | 5370 |
| Wellings, James 2013-01-16 & 17 | 6124 |
| Wellings, James 2013-01-16 & 17 | 6198 |
| Wellings, James 2013-01-16 & 17 | 7104 |
| Wellings, James 2013-01-16 & 17 | 7353 |
| Wellings, James 2013-01-16 & 17 | 8537 |
| Wellings, James 2013-01-16 & 17 | 8538 |
| Wellings, James 2013-01-16 & 17 | 8541 |
| Wellings, James 2013-01-16 & 17 | 8542 |
| Wellings, James 2013-01-16 & 17 | 8652 |
| Wellings, James 2013-01-16 & 17 | 9099 |
| Wellings, James 2013-01-16 & 17 | 9105 |
| Wellings, James 2013-01-16 & 17 | 9125 |
| Wellings, James 2013-01-16 & 17 | 9345 |
| Wellings, James 2013-01-16 & 17 | 9564 |
| Wellings, James 2013-01-16 & 17 | 9828 |
| Wellings, James 2013-01-16 & 17 | 9833 |
| Wellings, James 2013-01-16 & 17 | 10122 |
| Wellings, James 2013-01-16 & 17 | 10505 |
| Wellings, James 2013-01-16 & 17 | 10514 |
| Wellings, James 2013-01-16 & 17 | 10523 |
| Wellings, James 2013-01-16 & 17 | 10527 |
| Wellings, James 2013-01-16 & 17 | 10542 |
| Wellings, James 2013-01-16 & 17 | 11225 |
| Wellings, James 2013-01-16 & 17 | 11226 |
| Wellings, James 2013-01-16 & 17 | 11227 |
| Wellings, James 2013-01-16 & 17 | 11228 |
| Wellings, James 2013-01-16 & 17 | 11229 |
| Wellings, James 2013-01-16 & 17 | 11230 |
| Wellings, James 2013-01-16 & 17 | 11231 |
| Wellings, James 2013-01-16 & 17 | 11232 |

| | |
|---|---|
| Wellings, James 2013-01-16 & 17 | 11233 |
| Wellings, James 2013-01-16 & 17 | 11234 |
| Wellings, James 2013-01-16 & 17 | 11235 |
| Wellings, James 2013-01-16 & 17 | 11236 |
| Wellings, James 2013-01-16 & 17 | 11237 |
| Wellings, James 2013-01-16 & 17 | 11238 |
| Wellings, James 2013-01-16 & 17 | 11239 |
| Wellings, James 2013-01-16 & 17 | 11240 |
| Wellings, James 2013-01-16 & 17 | 11241 |
| Wellings, James 2013-01-16 & 17 | 11242 |
| Wellings, James 2013-01-16 & 17 | 11243 |
| Wellings, James 2013-01-16 & 17 | 11244 |
| Wellings, James 2013-01-16 & 17 | 11245 |
| Wellings, James 2013-01-16 & 17 | 11246 |
| Wellings, James 2013-01-16 & 17 | 11247 |
| Wellings, James 2013-01-16 & 17 | 11248 |
| Wellings, James 2013-01-16 & 17 | 11249 |
| Wellings, James 2013-01-16 & 17 | 11250 |
| Wellings, James 2013-01-16 & 17 | 11251 |
| Wellings, James 2013-01-16 & 17 | 11252 |
| Wellings, James 2013-01-16 & 17 | 11253 |
| Wellings, James 2013-01-16 & 17 | 11254 |
| Wellings, James 2013-01-16 & 17 | 11256 |
| Wellings, James 2013-01-16 & 17 | 11257 |
| Wellings, James 2013-01-16 & 17 | 11258 |
| Wellings, James 2013-01-16 & 17 | 11259 |
| Wellings, James 2013-01-16 & 17 | 11260 |
| Wellings, James 2013-01-16 & 17 | 11261 |
| Wellings, James 2013-01-16 & 17 | 11263 |
| Wellings, James 2013-01-16 & 17 | 11264 |
| Wellings, James 2013-01-16 & 17 | 11266 |
| Wellings, James 2013-01-16 & 17 | 11267 |
| Wellings, James 2013-01-16 & 17 | 11268 |
| Wellings, James 2013-01-16 & 17 | 11269 |
| Wellings, James 2013-01-16 & 17 | 11270 |