# Bundle Exhibits:

## EXHIBITS DESIGNATED BY ALL PARTIES WITHIN
## DEPOSITION BUNDLES OFFERED/ADMITTED BY USDOJ
## (Case 2:10-md-02179-CJB-SS)

| Deponent Name | Exhibit # |
|---|---|
| Ballard, Adam 2012-10-16 & 17 | 3220 |
| Ballard, Adam 2012-10-16 & 17 | 5063 |
| Ballard, Adam 2012-10-16 & 17 | 5788 |
| Ballard, Adam 2012-10-16 & 17 | 8537 |
| Ballard, Adam 2012-10-16 & 17 | 8544 |
| Ballard, Adam 2012-10-16 & 17 | 8866 |
| Ballard, Adam 2012-10-16 & 17 | 9155 |
| Ballard, Adam 2012-10-16 & 17 | 9156 |
| Ballard, Adam 2012-10-16 & 17 | 9160 |
| Ballard, Adam 2012-10-16 & 17 | 9238 |
| Ballard, Adam 2012-10-16 & 17 | 9254 |
| Ballard, Adam 2012-10-16 & 17 | 9259 |
| Ballard, Adam 2012-10-16 & 17 | 9267 |
| Ballard, Adam 2012-10-16 & 17 | 9326 |
| Ballard, Adam 2012-10-16 & 17 | 9438 |
| Ballard, Adam 2012-10-16 & 17 | 9439 |
| Ballard, Adam 2012-10-16 & 17 | 9440 |
| Ballard, Adam 2012-10-16 & 17 | 9441 |
| Ballard, Adam 2012-10-16 & 17 | 9442 |
| Ballard, Adam 2012-10-16 & 17 | 9443 |
| Ballard, Adam 2012-10-16 & 17 | 9444 |
| Ballard, Adam 2012-10-16 & 17 | 9445 |
| Ballard, Adam 2012-10-16 & 17 | 9446 |
| Ballard, Adam 2012-10-16 & 17 | 9447 |
| Ballard, Adam 2012-10-16 & 17 | 9448 |
| Ballard, Adam 2012-10-16 & 17 | 9449 |
| Ballard, Adam 2012-10-16 & 17 | 9450 |
| Ballard, Adam 2012-10-16 & 17 | 9451 |
| Ballard, Adam 2012-10-16 & 17 | 9452 |
| Ballard, Adam 2012-10-16 & 17 | 9453 |
| Ballard, Adam 2012-10-16 & 17 | 9454 |
| Ballard, Adam 2012-10-16 & 17 | 9455 |
| Ballard, Adam 2012-10-16 & 17 | 9456 |
| Ballard, Adam 2012-10-16 & 17 | 9457 |
| Ballard, Adam 2012-10-16 & 17 | 9458 |
| Ballard, Adam 2012-10-16 & 17 | 9459 |
| Ballard, Adam 2012-10-16 & 17 | 9460 |
| Ballard, Adam 2012-10-16 & 17 | 9461 |
| Ballard, Adam 2012-10-16 & 17 | 9462 |

*admitted in part 11-7-13 as stated on the record* (handwritten)

| | |
|---|---|
| Ballard, Adam 2012-10-16 & 17 | 9463 |
| Ballard, Adam 2012-10-16 & 17 | 9464 |
| Ballard, Adam 2012-10-16 & 17 | 9465 |
| Ballard, Adam 2012-10-16 & 17 | 9466 |
| Ballard, Adam 2012-10-16 & 17 | 9467 |
| Ballard, Adam 2012-10-16 & 17 | 9468 |
| Ballard, Adam 2012-10-16 & 17 | 9469 |
| Ballard, Adam 2012-10-16 & 17 | 9470 |
| Ballard, Adam 2012-10-16 & 17 | 9471 |
| Ballard, Adam 2012-10-16 & 17 | 9472 |
| Ballard, Adam 2012-10-16 & 17 | 9473 |
| Ballard, Adam 2012-10-16 & 17 | 9474 |
| Ballard, Adam 2012-10-16 & 17 | 9475 |
| Ballard, Adam 2012-10-16 & 17 | 9476 |
| Ballard, Adam 2012-10-16 & 17 | 9477 |
| Ballard, Adam 2012-10-16 & 17 | 9478 |
| Ballard, Adam 2012-10-16 & 17 | 9479 |
| Ballard, Adam 2012-10-16 & 17 | 9480 |
| Ballard, Adam 2012-10-16 & 17 | 9481 |
| Ballard, Adam 2012-10-16 & 17 | 9482 |
| Ballard, Adam 2012-10-16 & 17 | 9483 |
| Ballard, Adam 2012-10-16 & 17 | 9484 |
| Ballard, Adam 2012-10-16 & 17 | 9485 |
| Ballard, Adam 2012-10-16 & 17 | 9486 |
| Ballard, Adam 2012-10-16 & 17 | 9487 |
| Ballard, Adam 2012-10-16 & 17 | 9488 |
| Ballard, Adam 2012-10-16 & 17 | 9489 |
| Ballard, Adam 2012-10-16 & 17 | 9490 |
| Ballard, Adam 2012-10-16 & 17 | 9491 |
| Ballard, Adam 2012-10-16 & 17 | 9492 |
| Ballard, Adam 2012-10-16 & 17 | 9493 |
| Ballard, Adam 2012-10-16 & 17 | 9494 |
| Bishop, Simon 2012-09-27 & 28 | 9300 |
| Bishop, Simon 2012-09-27 & 28 | 9301 |
| Bishop, Simon 2012-09-27 & 28 | 9302 |
| Bishop, Simon 2012-09-27 & 28 | 9303 |
| Bishop, Simon 2012-09-27 & 28 | 9304 |
| Bishop, Simon 2012-09-27 & 28 | 9305 |
| Bishop, Simon 2012-09-27 & 28 | 9306 |
| Bishop, Simon 2012-09-27 & 28 | 9307 |
| Bishop, Simon 2012-09-27 & 28 | 9308 |
| Bishop, Simon 2012-09-27 & 28 | 9309 |
| Bishop, Simon 2012-09-27 & 28 | 9310 |
| Bishop, Simon 2012-09-27 & 28 | 9311 |
| Bishop, Simon 2012-09-27 & 28 | 9312 |
| Bishop, Simon 2012-09-27 & 28 | 9313 |
| Bishop, Simon 2012-09-27 & 28 | 9314 |
| Bishop, Simon 2012-09-27 & 28 | 9315 |
| Bishop, Simon 2012-09-27 & 28 | 9316 |
| Bishop, Simon 2012-09-27 & 28 | 9317 |

| | |
|---|---|
| Bishop, Simon 2012-09-27 & 28 | 9318 |
| Bishop, Simon 2012-09-27 & 28 | 9319 |
| Bishop, Simon 2012-09-27 & 28 | 9320 |
| Bishop, Simon 2012-09-27 & 28 | 9321 |
| Bishop, Simon 2012-09-27 & 28 | 9322 |
| Bishop, Simon 2012-09-27 & 28 | 9323 |
| Bishop, Simon 2012-09-27 & 28 | 9324 |
| Bishop, Simon 2012-09-27 & 28 | 9325 |
| Bishop, Simon 2012-09-27 & 28 | 9326 |
| Bishop, Simon 2012-09-27 & 28 | 9327 |
| Bishop, Simon 2012-09-27 & 28 | 9328 |
| Bishop, Simon 2012-09-27 & 28 | 9329 |
| Bishop, Simon 2012-09-27 & 28 | 9330 |
| Bishop, Simon 2012-09-27 & 28 | 9331 |
| Bishop, Simon 2012-09-27 & 28 | 9332 |
| Bishop, Simon 2012-09-27 & 28 | 9333 |
| Bishop, Simon 2012-09-27 & 28 | 9334 |
| Bishop, Simon 2012-09-27 & 28 | 9335 |
| Bishop, Simon 2012-09-27 & 28 | 9336 |
| Bishop, Simon 2012-09-27 & 28 | 9338 |
| Bishop, Simon 2012-09-27 & 28 | 9339 |
| Bishop, Simon 2012-09-27 & 28 | 9340 |
| Bishop, Simon 2012-09-27 & 28 | 9341 |
| Bishop, Simon 2012-09-27 & 28 | 9342 |
| Carmichael, Stephen 2012-12-18 & 19 | 9490 |
| Carmichael, Stephen 2012-12-18 & 19 | 9485 |
| Carmichael, Stephen 2012-12-18 & 19 | 9484 |
| Carmichael, Stephen 2012-12-18 & 19 | 9483 |
| Carmichael, Stephen 2012-12-18 & 19 | 9482 |
| Carmichael, Stephen 2012-12-18 & 19 | 9473 |
| Carmichael, Stephen 2012-12-18 & 19 | 9471 |
| Carmichael, Stephen 2012-12-18 & 19 | 9469 |
| Carmichael, Stephen 2012-12-18 & 19 | 10451 |
| Carmichael, Stephen 2012-12-18 & 19 | 10450 |
| Carmichael, Stephen 2012-12-18 & 19 | 10444 |
| Carmichael, Stephen 2012-12-18 & 19 | 10443 |
| Carmichael, Stephen 2012-12-18 & 19 | 10175 |
| Carmichael, Stephen 2012-12-18 & 19 | 10172 |
| Carmichael, Stephen 2012-12-18 & 19 | 10171 |
| Carmichael, Stephen 2012-12-18 & 19 | 10170 |
| Carmichael, Stephen 2012-12-18 & 19 | 10169 |
| Carmichael, Stephen 2012-12-18 & 19 | 10168 |
| Carmichael, Stephen 2012-12-18 & 19 | 10167 |
| Carmichael, Stephen 2012-12-18 & 19 | 10166 |
| Carmichael, Stephen 2012-12-18 & 19 | 10165 |
| Carmichael, Stephen 2012-12-18 & 19 | 10164 |
| Carmichael, Stephen 2012-12-18 & 19 | 10163 |
| Carmichael, Stephen 2012-12-18 & 19 | 10162 |
| Carmichael, Stephen 2012-12-18 & 19 | 10161 |
| Carmichael, Stephen 2012-12-18 & 19 | 10160 |

| | |
|---|---|
| Carmichael, Stephen 2012-12-18 & 19 | 10159 |
| Carmichael, Stephen 2012-12-18 & 19 | 10158 |
| Carmichael, Stephen 2012-12-18 & 19 | 10157 |
| Carmichael, Stephen 2012-12-18 & 19 | 10156 |
| Carmichael, Stephen 2012-12-18 & 19 | 10155 |
| Carmichael, Stephen 2012-12-18 & 19 | 10154 |
| Carmichael, Stephen 2012-12-18 & 19 | 10153 |
| Carmichael, Stephen 2012-12-18 & 19 | 10152 |
| Carmichael, Stephen 2012-12-18 & 19 | 10151 |
| Carmichael, Stephen 2012-12-18 & 19 | 10150 |
| Carmichael, Stephen 2012-12-18 & 19 | 10149 |
| Carmichael, Stephen 2012-12-18 & 19 | 10148 |
| Carmichael, Stephen 2012-12-18 & 19 | 10147 |
| Carmichael, Stephen 2012-12-18 & 19 | 10146 |
| Carmichael, Stephen 2012-12-18 & 19 | 10145 |
| Carmichael, Stephen 2012-12-18 & 19 | 10144 |
| Carmichael, Stephen 2012-12-18 & 19 | 10143 |
| Carmichael, Stephen 2012-12-18 & 19 | 10142 |
| Carmichael, Stephen 2012-12-18 & 19 | 10141 |
| Carmichael, Stephen 2012-12-18 & 19 | 10140 |
| Carmichael, Stephen 2012-12-18 & 19 | 10139 |
| Carmichael, Stephen 2012-12-18 & 19 | 10138 |
| Carmichael, Stephen 2012-12-18 & 19 | 10137 |
| Carmichael, Stephen 2012-12-18 & 19 | 10136 |
| Carmichael, Stephen 2012-12-18 & 19 | 10135 |
| Carmichael, Stephen 2012-12-18 & 19 | 10134 |
| Carmichael, Stephen 2012-12-18 & 19 | 10133 |
| DeCoste, Albert 2012-12-05 | 10438 |
| DeCoste, Albert 2012-12-05 | 10439 |
| DeCoste, Albert 2012-12-05 | 10440 |
| DeCoste, Albert 2012-12-05 | 10441 |
| DeCoste, Albert 2012-12-05 | 10442 |
| DeCoste, Albert 2012-12-05 | 10443 |
| DeCoste, Albert 2012-12-05 | 10444 |
| DeCoste, Albert 2012-12-05 | 10445 |
| DeCoste, Albert 2012-12-05 | 10446 |
| DeCoste, Albert 2012-12-05 | 10447 |
| DeCoste, Albert 2012-12-05 | 10448 |
| DeCoste, Albert 2012-12-05 | 10449 |
| DeCoste, Albert 2012-12-05 | 10450 |
| DeCoste, Albert 2012-12-05 | 10451 |
| DeCoste, Albert 2012-12-05 | 10452 |
| DeCoste, Albert 2012-12-05 | 10453 |
| DeCoste, Albert 2012-12-05 | 10454 |
| DeCoste, Albert 2012-12-05 | 10455 |
| DeCoste, Albert 2012-12-05 | 10456 |
| DeCoste, Albert 2012-12-05 | 10457 |
| DeCoste, Albert 2012-12-05 | 10458 |
| DeCoste, Albert 2012-12-05 | 10459 |
| DeCoste, Albert 2012-12-05 | 10460 |

| | |
|---|---|
| DeCoste, Albert 2012-12-05 | 10461 |
| DeCoste, Albert 2012-12-05 | 10462 |
| DeCoste, Albert 2012-12-05 | 10463 |
| DeCoste, Albert 2012-12-05 | 10464 |
| DeCoste, Albert 2012-12-05 | 10465 |
| DeCoste, Albert 2012-12-05 | 10466 |
| DeCoste, Albert 2012-12-05 | 10467 |
| DeCoste, Albert 2012-12-05 | 10468 |
| DeCoste, Albert 2012-12-05 | 10469 |
| DeCoste, Albert 2012-12-05 | 10470 |
| DeCoste, Albert 2012-12-05 | 10471 |
| DeCoste, Albert 2012-12-05 | 10472 |
| DeCoste, Albert 2012-12-05 | 10473 |
| DeCoste, Albert 2012-12-05 | 10474 |
| DeCoste, Albert 2012-12-05 | 10475 |
| DeCoste, Albert 2012-12-05 | 10476 |
| DeCoste, Albert 2012-12-05 | 10477 |
| DeCoste, Albert 2012-12-05 | 10478 |
| DeCoste, Albert 2012-12-05 | 10479 |
| DeCoste, Albert 2012-12-05 | 10480 |
| DeCoste, Albert 2012-12-05 | 10481 |
| Emilsen, Morten 2011-06-23 & 24 | 7213 |
| Emilsen, Morten 2011-06-23 & 24 | 7214-CUR |
| Emilsen, Morten 2011-06-23 & 24 | 7215 |
| Emilsen, Morten 2011-06-23 & 24 | 7216 |
| Emilsen, Morten 2011-06-23 & 24 | 7217 |
| Emilsen, Morten 2011-06-23 & 24 | 7218 |
| Emilsen, Morten 2011-06-23 & 24 | 7219 |
| Emilsen, Morten 2011-06-23 & 24 | 7220-CUR |
| Emilsen, Morten 2011-06-23 & 24 | 7221 |
| Emilsen, Morten 2011-06-23 & 24 | 7222 |
| Emilsen, Morten 2011-06-23 & 24 | 7223 |
| Emilsen, Morten 2011-06-23 & 24 | 7224 |
| Emilsen, Morten 2011-06-23 & 24 | 7225 |
| Emilsen, Morten 2011-06-23 & 24 | 7226 |
| Emilsen, Morten 2011-06-23 & 24 | 7227 |
| Emilsen, Morten 2011-06-23 & 24 | 7228 |
| Emilsen, Morten 2011-06-23 & 24 | 7229 |
| Emilsen, Morten 2011-06-23 & 24 | 7230 |
| Emilsen, Morten 2011-06-23 & 24 | 7231 |
| Emilsen, Morten 2011-06-23 & 24 | 7232 |
| Emilsen, Morten 2011-06-23 & 24 | 7233 |
| Emilsen, Morten 2011-06-23 & 24 | 7234 |
| Emilsen, Morten 2011-06-23 & 24 | 7235 |
| Emilsen, Morten 2011-06-23 & 24 | 7236 |
| Emilsen, Morten 2011-06-23 & 24 | 7237 |
| Emilsen, Morten 2011-06-23 & 24 | 7238 |
| Emilsen, Morten 2011-06-23 & 24 | 7239 |
| Emilsen, Morten 2011-06-23 & 24 | 7240 |
| Emilsen, Morten 2011-06-23 & 24 | 7241 |

| | |
|---|---|
| Emilsen, Morten 2011-06-23 & 24 | 7242 |
| Emilsen, Morten 2011-06-23 & 24 | 7243 |
| Emilsen, Morten 2011-06-23 & 24 | 7244 |
| Emilsen, Morten 2011-06-23 & 24 | 7245 |
| Emilsen, Morten 2011-06-23 & 24 | 7246 |
| Emilsen, Morten 2011-06-23 & 24 | 7247 |
| Emilsen, Morten 2011-06-23 & 24 | 7248 |
| Emilsen, Morten 2011-06-23 & 24 | 7249 |
| Emilsen, Morten 2011-06-23 & 24 | 7250 |
| Emilsen, Morten 2011-06-23 & 24 | 7251 |
| Emilsen, Morten 2011-06-23 & 24 | 7252 |
| Emilsen, Morten 2011-06-23 & 24 | 7253-CUR |
| Emilsen, Morten 2011-06-23 & 24 | 7254 |
| Emilsen, Morten 2011-06-23 & 24 | 7255 |
| Emilsen, Morten 2011-06-23 & 24 | 7256 |
| Emilsen, Morten 2011-06-23 & 24 | 7257 |
| Emilsen, Morten 2011-06-23 & 24 | 7258 |
| Emilsen, Morten 2011-06-23 & 24 | 7259 |
| Emilsen, Morten 2011-06-23 & 24 | 7260 |
| Emilsen, Morten 2011-06-23 & 24 | 7261 |
| Emilsen, Morten 2011-06-23 & 24 | 7262 |
| Emilsen, Morten 2011-06-23 & 24 | 7263 |
| Emilsen, Morten 2011-06-23 & 24 | 7264 |
| Emilsen, Morten 2011-06-23 & 24 | 7265 |
| Emilsen, Morten 2011-06-23 & 24 | 7266 |
| Emilsen, Morten 2011-06-23 & 24 | 7267 |
| Emilsen, Morten 2011-06-23 & 24 | 7268 |
| Emilsen, Morten 2011-06-23 & 24 | 7269 |
| Emilsen, Morten 2011-06-23 & 24 | 7270 |
| Emilsen, Morten 2011-06-23 & 24 | 7271 |
| Emilsen, Morten 2011-06-23 & 24 | 7272 |
| Emilsen, Morten 2011-06-23 & 24 | 7273 |
| Emilsen, Morten 2011-06-23 & 24 | 7274 |
| Emilsen, Morten 2011-06-23 & 24 | 7275 |
| Emilsen, Morten 2011-06-23 & 24 | 7276 |
| Emilsen, Morten 2011-06-23 & 24 | 7277 |
| Emilsen, Morten 2011-06-23 & 24 | 7278 |
| Emilsen, Morten 2011-06-23 & 24 | 7279 |
| Emilsen, Morten 2011-06-23 & 24 | 7280 |
| Gochnour, Matt 2012-09-13 & 14 | 8553 |
| Gochnour, Matt 2012-09-13 & 14 | 8664 |
| Gochnour, Matt 2012-09-13 & 14 | 8665 |
| Gochnour, Matt 2012-09-13 & 14 | 8666 |
| Gochnour, Matt 2012-09-13 & 14 | 8667 |
| Gochnour, Matt 2012-09-13 & 14 | 8668 |
| Gochnour, Matt 2012-09-13 & 14 | 8669 |
| Gochnour, Matt 2012-09-13 & 14 | 8670 |
| Gochnour, Matt 2012-09-13 & 14 | 8671 |
| Gochnour, Matt 2012-09-13 & 14 | 8672 |
| Gochnour, Matt 2012-09-13 & 14 | 8673 |

| | |
|---|---|
| Gochnour, Matt 2012-09-13 & 14 | 8674 |
| Gochnour, Matt 2012-09-13 & 14 | 8675 |
| Gochnour, Matt 2012-09-13 & 14 | 8676 |
| Gochnour, Matt 2012-09-13 & 14 | 8677 |
| Gochnour, Matt 2012-09-13 & 14 | 8678 |
| Gochnour, Matt 2012-09-13 & 14 | 8679 |
| Gochnour, Matt 2012-09-13 & 14 | 8680 |
| Gochnour, Matt 2012-09-13 & 14 | 8681 |
| Gochnour, Matt 2012-09-13 & 14 | 8682 |
| Gochnour, Matt 2012-09-13 & 14 | 8683 |
| Gochnour, Matt 2012-09-13 & 14 | 8684 |
| Gochnour, Matt 2012-09-13 & 14 | 8685 |
| Gochnour, Matt 2012-09-13 & 14 | 8686 |
| Gochnour, Matt 2012-09-13 & 14 | 8687 |
| Gochnour, Matt 2012-09-13 & 14 | 8688 |
| Gochnour, Matt 2012-09-13 & 14 | 8689 |
| Gochnour, Matt 2012-09-13 & 14 | 8690 |
| Gochnour, Matt 2012-09-13 & 14 | 8691 |
| Gochnour, Matt 2012-09-13 & 14 | 8692 |
| Gochnour, Matt 2012-09-13 & 14 | 8693-8695 |
| Gochnour, Matt 2012-09-13 & 14 | 8693 |
| Gochnour, Matt 2012-09-13 & 14 | 8694 |
| Gochnour, Matt 2012-09-13 & 14 | 8695 |
| Gochnour, Matt 2012-09-13 & 14 | 8696 |
| Gochnour, Matt 2012-09-13 & 14 | 6_Redacted BP |
| Gochnour, Matt 2012-09-13 & 14 | 8697 |
| Gochnour, Matt 2012-09-13 & 14 | 8698 |
| Gochnour, Matt 2012-09-13 & 14 | 8_Redacted US |
| Gochnour, Matt 2012-09-13 & 14 | 8699 |
| Gochnour, Matt 2012-09-13 & 14 | 8800 |
| Hill, Trevor 2013-01-14 & 15 | 9576 |
| Hill, Trevor 2013-01-14 & 15 | 9534 |
| Hill, Trevor 2013-01-14 & 15 | 9489 |
| Hill, Trevor 2013-01-14 & 15 | 9479 |
| Hill, Trevor 2013-01-14 & 15 | 9474 |
| Hill, Trevor 2013-01-14 & 15 | 9469 |
| Hill, Trevor 2013-01-14 & 15 | 9459 |
| Hill, Trevor 2013-01-14 & 15 | 9456 |
| Hill, Trevor 2013-01-14 & 15 | 9454 |
| Hill, Trevor 2013-01-14 & 15 | 9450 |
| Hill, Trevor 2013-01-14 & 15 | 9446 |
| Hill, Trevor 2013-01-14 & 15 | 9445 |
| Hill, Trevor 2013-01-14 & 15 | 9442 |
| Hill, Trevor 2013-01-14 & 15 | 9439 |
| Hill, Trevor 2013-01-14 & 15 | 9331 |
| Hill, Trevor 2013-01-14 & 15 | 9265 |
| Hill, Trevor 2013-01-14 & 15 | 9160 |
| Hill, Trevor 2013-01-14 & 15 | 9155 |
| Hill, Trevor 2013-01-14 & 15 | 9132 |
| Hill, Trevor 2013-01-14 & 15 | 9127 |

| | |
|---|---|
| Hill, Trevor 2013-01-14 & 15 | 8811 |
| Hill, Trevor 2013-01-14 & 15 | 8692 |
| Hill, Trevor 2013-01-14 & 15 | 7270 |
| Hill, Trevor 2013-01-14 & 15 | 6198 |
| Hill, Trevor 2013-01-14 & 15 | 6196 |
| Hill, Trevor 2013-01-14 & 15 | 5063 |
| Hill, Trevor 2013-01-14 & 15 | 3225 |
| Hill, Trevor 2013-01-14 & 15 | 3221 |
| Hill, Trevor 2013-01-14 & 15 | 3218 |
| Hill, Trevor 2013-01-14 & 15 | 11224 |
| Hill, Trevor 2013-01-14 & 15 | 11223 |
| Hill, Trevor 2013-01-14 & 15 | 11222 |
| Hill, Trevor 2013-01-14 & 15 | 11221 |
| Hill, Trevor 2013-01-14 & 15 | 11220 |
| Hill, Trevor 2013-01-14 & 15 | 11219 |
| Hill, Trevor 2013-01-14 & 15 | 11218 |
| Hill, Trevor 2013-01-14 & 15 | 11217 |
| Hill, Trevor 2013-01-14 & 15 | 11216 |
| Hill, Trevor 2013-01-14 & 15 | 11215 |
| Hill, Trevor 2013-01-14 & 15 | 11214 |
| Hill, Trevor 2013-01-14 & 15 | 11213 |
| Hill, Trevor 2013-01-14 & 15 | 11212 |
| Hill, Trevor 2013-01-14 & 15 | 11211 |
| Hill, Trevor 2013-01-14 & 15 | 11210 |
| Hill, Trevor 2013-01-14 & 15 | 11209 |
| Hill, Trevor 2013-01-14 & 15 | 11208 |
| Hill, Trevor 2013-01-14 & 15 | 11207 |
| Hill, Trevor 2013-01-14 & 15 | 11206 |
| Hill, Trevor 2013-01-14 & 15 | 11205 |
| Hill, Trevor 2013-01-14 & 15 | 11204 |
| Hill, Trevor 2013-01-14 & 15 | 11203 |
| Hill, Trevor 2013-01-14 & 15 | 11202 |
| Hill, Trevor 2013-01-14 & 15 | 11201 |
| Hill, Trevor 2013-01-14 & 15 | 11200 |
| Hill, Trevor 2013-01-14 & 15 | 11199 |
| Hill, Trevor 2013-01-14 & 15 | 11198 |
| Hill, Trevor 2013-01-14 & 15 | 11197 |
| Hill, Trevor 2013-01-14 & 15 | 11196 |
| Hill, Trevor 2013-01-14 & 15 | 11195 |
| Hill, Trevor 2013-01-14 & 15 | 11194 |
| Hill, Trevor 2013-01-14 & 15 | 11193 |
| Hill, Trevor 2013-01-14 & 15 | 11192 |
| Hill, Trevor 2013-01-14 & 15 | 11191 |
| Hill, Trevor 2013-01-14 & 15 | 11190 |
| Hill, Trevor 2013-01-14 & 15 | 11189 |
| Hill, Trevor 2013-01-14 & 15 | 11188 |
| Hill, Trevor 2013-01-14 & 15 | 11187 |
| Hill, Trevor 2013-01-14 & 15 | 11186 |
| Hill, Trevor 2013-01-14 & 15 | 11185 |
| Hill, Trevor 2013-01-14 & 15 | 11184 |

| | |
|---|---|
| Hill, Trevor 2013-01-14 & 15 | 11183 |
| Hill, Trevor 2013-01-14 & 15 | 11182 |
| Hill, Trevor 2013-01-14 & 15 | 11181 |
| Hill, Trevor 2013-01-14 & 15 | 11180 |
| Hill, Trevor 2013-01-14 & 15 | 11179 |
| Hill, Trevor 2013-01-14 & 15 | 11178 |
| Hill, Trevor 2013-01-14 & 15 | 11177 |
| Hill, Trevor 2013-01-14 & 15 | 11176 |
| Hill, Trevor 2013-01-14 & 15 | 11175 |
| Hill, Trevor 2013-01-14 & 15 | 11174 |
| Hill, Trevor 2013-01-14 & 15 | 11173 |
| Hill, Trevor 2013-01-14 & 15 | 11172 |
| Hill, Trevor 2013-01-14 & 15 | 11171 |
| Hill, Trevor 2013-01-14 & 15 | 11170 |
| Hill, Trevor 2013-01-14 & 15 | 11169 |
| Hill, Trevor 2013-01-14 & 15 | 11168 |
| Hill, Trevor 2013-01-14 & 15 | 11167 |
| Hill, Trevor 2013-01-14 & 15 | 11126 |
| Hill, Trevor 2013-01-14 & 15 | 10622 |
| Hill, Trevor 2013-01-14 & 15 | 10337 |
| Hill, Trevor 2013-01-14 & 15 | 10334 |
| Knox, Tom 2012-10-11 & 12 | 5066 |
| Knox, Tom 2012-10-11 & 12 | 6201 |
| Knox, Tom 2012-10-11 & 12 | 9151 |
| Knox, Tom 2012-10-11 & 12 | 9256 |
| Knox, Tom 2012-10-11 & 12 | 9316 |
| Knox, Tom 2012-10-11 & 12 | 9500 |
| Knox, Tom 2012-10-11 & 12 | 9501 |
| Knox, Tom 2012-10-11 & 12 | 9502 |
| Knox, Tom 2012-10-11 & 12 | 9503 |
| Knox, Tom 2012-10-11 & 12 | 9504 |
| Knox, Tom 2012-10-11 & 12 | 9505 |
| Knox, Tom 2012-10-11 & 12 | 9506 |
| Knox, Tom 2012-10-11 & 12 | 9507 |
| Knox, Tom 2012-10-11 & 12 | 9508 |
| Knox, Tom 2012-10-11 & 12 | 9509 |
| Knox, Tom 2012-10-11 & 12 | 9510 |
| Knox, Tom 2012-10-11 & 12 | 9511 |
| Knox, Tom 2012-10-11 & 12 | 9512 |
| Knox, Tom 2012-10-11 & 12 | 9513 |
| Knox, Tom 2012-10-11 & 12 | 9514 |
| Knox, Tom 2012-10-11 & 12 | 9515 |
| Knox, Tom 2012-10-11 & 12 | 9516 |
| Knox, Tom 2012-10-11 & 12 | 9517 |
| Knox, Tom 2012-10-11 & 12 | 9518 |
| Knox, Tom 2012-10-11 & 12 | 9519 |
| Knox, Tom 2012-10-11 & 12 | 9520 |
| Knox, Tom 2012-10-11 & 12 | 9521 |
| Knox, Tom 2012-10-11 & 12 | 9522 |
| Knox, Tom 2012-10-11 & 12 | 9523 |

| | |
|---|---|
| Knox, Tom 2012-10-11 & 12 | 9524 |
| Knox, Tom 2012-10-11 & 12 | 9525 |
| Knox, Tom 2012-10-11 & 12 | 9526 |
| Knox, Tom 2012-10-11 & 12 | 9527 |
| Knox, Tom 2012-10-11 & 12 | 9528 |
| Knox, Tom 2012-10-11 & 12 | 9529 |
| Knox, Tom 2012-10-11 & 12 | 9530 |
| Knox, Tom 2012-10-11 & 12 | 9531 |
| Knox, Tom 2012-10-11 & 12 | 9532 |
| Knox, Tom 2012-10-11 & 12 | 9533 |
| Knox, Tom 2012-10-11 & 12 | 9534 |
| Knox, Tom 2012-10-11 & 12 | 9535 |
| Knox, Tom 2012-10-11 & 12 | 9536 |
| Knox, Tom 2012-10-11 & 12 | 9537 |
| Knox, Tom 2012-10-11 & 12 | 9538 |
| Knox, Tom 2012-10-11 & 12 | 9539 |
| Knox, Tom 2012-10-11 & 12 | 9540 |
| Knox, Tom 2012-10-11 & 12 | 9541 |
| Knox, Tom 2012-10-11 & 12 | 9542 |
| Knox, Tom 2012-10-11 & 12 | 9543 |
| Knox, Tom 2012-10-11 & 12 | 9544 |
| Knox, Tom 2012-10-11 & 12 | 9545 |
| Knox, Tom 2012-10-11 & 12 | 9546 |
| Knox, Tom 2012-10-11 & 12 | 9547 |
| Levitan, Michael 2013-01-30 & 31 | 9453 |
| Levitan, Michael 2013-01-30 & 31 | 9323 |
| Levitan, Michael 2013-01-30 & 31 | 9322 |
| Levitan, Michael 2013-01-30 & 31 | 9318 |
| Levitan, Michael 2013-01-30 & 31 | 9301 |
| Levitan, Michael 2013-01-30 & 31 | 8777 |
| Levitan, Michael 2013-01-30 & 31 | 8776 |
| Levitan, Michael 2013-01-30 & 31 | 8775 |
| Levitan, Michael 2013-01-30 & 31 | 8774 |
| Levitan, Michael 2013-01-30 & 31 | 8771 |
| Levitan, Michael 2013-01-30 & 31 | 8643 |
| Levitan, Michael 2013-01-30 & 31 | 6199 |
| Levitan, Michael 2013-01-30 & 31 | 3904 |
| Levitan, Michael 2013-01-30 & 31 | 11145 |
| Levitan, Michael 2013-01-30 & 31 | 10948 |
| Levitan, Michael 2013-01-30 & 31 | 10947 |
| Levitan, Michael 2013-01-30 & 31 | 10946 |
| Levitan, Michael 2013-01-30 & 31 | 10945 |
| Levitan, Michael 2013-01-30 & 31 | 10944 |
| Levitan, Michael 2013-01-30 & 31 | 10943 |
| Levitan, Michael 2013-01-30 & 31 | 10942 |
| Levitan, Michael 2013-01-30 & 31 | 10941 |
| Levitan, Michael 2013-01-30 & 31 | 10940 |
| Levitan, Michael 2013-01-30 & 31 | 10939 |
| Levitan, Michael 2013-01-30 & 31 | 10938 |
| Levitan, Michael 2013-01-30 & 31 | 10937 |

| | |
|---|---|
| Levitan, Michael 2013-01-30 & 31 | 10936 |
| Levitan, Michael 2013-01-30 & 31 | 10935 |
| Levitan, Michael 2013-01-30 & 31 | 10934 |
| Levitan, Michael 2013-01-30 & 31 | 10933 |
| Levitan, Michael 2013-01-30 & 31 | 10932 |
| Levitan, Michael 2013-01-30 & 31 | 10931 |
| Levitan, Michael 2013-01-30 & 31 | 10930 |
| Levitan, Michael 2013-01-30 & 31 | 10929 |
| Levitan, Michael 2013-01-30 & 31 | 10928 |
| Levitan, Michael 2013-01-30 & 31 | 10927 |
| Levitan, Michael 2013-01-30 & 31 | 10926 |
| Levitan, Michael 2013-01-30 & 31 | 10925 |
| Levitan, Michael 2013-01-30 & 31 | 10924 |
| Levitan, Michael 2013-01-30 & 31 | 10923 |
| Levitan, Michael 2013-01-30 & 31 | 10922 |
| Levitan, Michael 2013-01-30 & 31 | 10921 |
| Levitan, Michael 2013-01-30 & 31 | 10920 |
| Levitan, Michael 2013-01-30 & 31 | 10919 |
| Levitan, Michael 2013-01-30 & 31 | 10918 |
| Levitan, Michael 2013-01-30 & 31 | 10917 |
| Levitan, Michael 2013-01-30 & 31 | 10916 |
| Levitan, Michael 2013-01-30 & 31 | 10850 |
| Levitan, Michael 2013-01-30 & 31 | 10839 |
| Levitan, Michael 2013-01-30 & 31 | 10825 |
| Levitan, Michael 2013-01-30 & 31 | 10777 |
| Levitan, Michael 2013-01-30 & 31 | 10772 |
| Levitan, Michael 2013-01-30 & 31 | 10010 |
| Lockett, Timothy 2012-12-18 & 19 | 9541 |
| Lockett, Timothy 2012-12-18 & 19 | 9488 |
| Lockett, Timothy 2012-12-18 & 19 | 9452 |
| Lockett, Timothy 2012-12-18 & 19 | 9446 |
| Lockett, Timothy 2012-12-18 & 19 | 9445 |
| Lockett, Timothy 2012-12-18 & 19 | 9159 |
| Lockett, Timothy 2012-12-18 & 19 | 9156 |
| Lockett, Timothy 2012-12-18 & 19 | 9155 |
| Lockett, Timothy 2012-12-18 & 19 | 9132 |
| Lockett, Timothy 2012-12-18 & 19 | 9121 |
| Lockett, Timothy 2012-12-18 & 19 | 3218 |
| Lockett, Timothy 2012-12-18 & 19 | 10671 |
| Lockett, Timothy 2012-12-18 & 19 | 10670 |
| Lockett, Timothy 2012-12-18 & 19 | 10669 |
| Lockett, Timothy 2012-12-18 & 19 | 10668 |
| Lockett, Timothy 2012-12-18 & 19 | 10667 |
| Lockett, Timothy 2012-12-18 & 19 | 10666 |
| Lockett, Timothy 2012-12-18 & 19 | 10665 |
| Lockett, Timothy 2012-12-18 & 19 | 10662 |
| Lockett, Timothy 2012-12-18 & 19 | 10661 |
| Lockett, Timothy 2012-12-18 & 19 | 10660 |
| Lockett, Timothy 2012-12-18 & 19 | 10659 |
| Lockett, Timothy 2012-12-18 & 19 | 10658 |

| | |
|---|---|
| Lockett, Timothy 2012-12-18 & 19 | 10657 |
| Lockett, Timothy 2012-12-18 & 19 | 10656 |
| Lockett, Timothy 2012-12-18 & 19 | 10655 |
| Lockett, Timothy 2012-12-18 & 19 | 10654 |
| Lockett, Timothy 2012-12-18 & 19 | 10653 |
| Lockett, Timothy 2012-12-18 & 19 | 10652 |
| Lockett, Timothy 2012-12-18 & 19 | 10651 |
| Lockett, Timothy 2012-12-18 & 19 | 10650 |
| Lockett, Timothy 2012-12-18 & 19 | 10649 |
| Lockett, Timothy 2012-12-18 & 19 | 10648 |
| Lockett, Timothy 2012-12-18 & 19 | 10647 |
| Lockett, Timothy 2012-12-18 & 19 | 10646 |
| Lockett, Timothy 2012-12-18 & 19 | 10645 |
| Lockett, Timothy 2012-12-18 & 19 | 10644 |
| Lockett, Timothy 2012-12-18 & 19 | 10643 |
| Lockett, Timothy 2012-12-18 & 19 | 10642 |
| Lockett, Timothy 2012-12-18 & 19 | 10641 |
| Lockett, Timothy 2012-12-18 & 19 | 10640 |
| Lockett, Timothy 2012-12-18 & 19 | 10639 |
| Lockett, Timothy 2012-12-18 & 19 | 10638 |
| Lockett, Timothy 2012-12-18 & 19 | 10637 |
| Lockett, Timothy 2012-12-18 & 19 | 10635 |
| Lockett, Timothy 2012-12-18 & 19 | 10132 |
| Lynch, Richard 2011-05-19 & 20 | 768 |
| Lynch, Richard 2011-05-19 & 20 | 2346 |
| Lynch, Richard 2011-05-19 & 20 | 2347 |
| Lynch, Richard 2011-05-19 & 20 | 2348 |
| Lynch, Richard 2011-05-19 & 20 | 2349 |
| Lynch, Richard 2011-05-19 & 20 | 2353-CUR |
| Lynch, Richard 2011-05-19 & 20 | 2354 |
| Lynch, Richard 2011-05-19 & 20 | 2364 |
| Lynch, Richard 2011-05-19 & 20 | 2366 |
| Ritchie, Bryan 2012-10-04 & 05 | 3533 |
| Ritchie, Bryan 2012-10-04 & 05 | 3551 |
| Ritchie, Bryan 2012-10-04 & 05 | 5232 |
| Ritchie, Bryan 2012-10-04 & 05 | 5246 |
| Ritchie, Bryan 2012-10-04 & 05 | 5247 |
| Ritchie, Bryan 2012-10-04 & 05 | 8758 |
| Ritchie, Bryan 2012-10-04 & 05 | 8760 |
| Ritchie, Bryan 2012-10-04 & 05 | 9274 |
| Ritchie, Bryan 2012-10-04 & 05 | 9275 |
| Ritchie, Bryan 2012-10-04 & 05 | 9276 |
| Ritchie, Bryan 2012-10-04 & 05 | 9277 |
| Ritchie, Bryan 2012-10-04 & 05 | 9278 |
| Ritchie, Bryan 2012-10-04 & 05 | 9279 |
| Ritchie, Bryan 2012-10-04 & 05 | 9280 |
| Ritchie, Bryan 2012-10-04 & 05 | 9281 |
| Ritchie, Bryan 2012-10-04 & 05 | 9282 |
| Ritchie, Bryan 2012-10-04 & 05 | 9283 |
| Ritchie, Bryan 2012-10-04 & 05 | 9286 |

| | |
|---|---|
| Ritchie, Bryan 2012-10-04 & 05 | 9287 |
| Ritchie, Bryan 2012-10-04 & 05 | 9288 |
| Ritchie, Bryan 2012-10-04 & 05 | 9289 |
| Ritchie, Bryan 2012-10-04 & 05 | 9290 |
| Ritchie, Bryan 2012-10-04 & 05 | 9291 |
| Ritchie, Bryan 2012-10-04 & 05 | 9292 |
| Ritchie, Bryan 2012-10-04 & 05 | 9293 |
| Ritchie, Bryan 2012-10-04 & 05 | 9294 |
| Ritchie, Bryan 2012-10-04 & 05 | 9295 |
| Ritchie, Bryan 2012-10-04 & 05 | 9296 |
| Ritchie, Bryan 2012-10-04 & 05 | 9297 |
| Ritchie, Bryan 2012-10-04 & 05 | 9298 |
| Ritchie, Bryan 2012-10-04 & 05 | 9299 |
| Ritchie, Bryan 2012-10-04 & 05 | 9400 |
| Ritchie, Bryan 2012-10-04 & 05 | 9401 |
| Ritchie, Bryan 2012-10-04 & 05 | 9402 |
| Ritchie, Bryan 2012-10-04 & 05 | 9403 |
| Ritchie, Bryan 2012-10-04 & 05 | 9404 |
| Ritchie, Bryan 2012-10-04 & 05 | 9405 |
| Saidi, Farah 2013-01-10 & 11 | 9738 |
| Saidi, Farah 2013-01-10 & 11 | 9730 |
| Saidi, Farah 2013-01-10 & 11 | 9576 |
| Saidi, Farah 2013-01-10 & 11 | 9475 |
| Saidi, Farah 2013-01-10 & 11 | 9474 |
| Saidi, Farah 2013-01-10 & 11 | 9470 |
| Saidi, Farah 2013-01-10 & 11 | 9453 |
| Saidi, Farah 2013-01-10 & 11 | 9445 |
| Saidi, Farah 2013-01-10 & 11 | 9439 |
| Saidi, Farah 2013-01-10 & 11 | 9310 |
| Saidi, Farah 2013-01-10 & 11 | 9245 |
| Saidi, Farah 2013-01-10 & 11 | 9121 |
| Saidi, Farah 2013-01-10 & 11 | 8657 |
| Saidi, Farah 2013-01-10 & 11 | 10821 |
| Saidi, Farah 2013-01-10 & 11 | 10817A |
| Saidi, Farah 2013-01-10 & 11 | 10811 |
| Saidi, Farah 2013-01-10 & 11 | 10810 |
| Saidi, Farah 2013-01-10 & 11 | 10809 |
| Saidi, Farah 2013-01-10 & 11 | 10808 |
| Saidi, Farah 2013-01-10 & 11 | 10806 |
| Saidi, Farah 2013-01-10 & 11 | 10805 |
| Saidi, Farah 2013-01-10 & 11 | 10803 |
| Saidi, Farah 2013-01-10 & 11 | 10802 |
| Saidi, Farah 2013-01-10 & 11 | 10801 |
| Saidi, Farah 2013-01-10 & 11 | 10800 |
| Saidi, Farah 2013-01-10 & 11 | 10654 |
| Saidi, Farah 2013-01-10 & 11 | 10643 |
| Saidi, Farah 2013-01-10 & 11 | 10599 |
| Saidi, Farah 2013-01-10 & 11 | 10200 |
| Saidi, Farah 2013-01-10 & 11 | 10198 |
| Saidi, Farah 2013-01-10 & 11 | 10196 |

| | |
|---|---|
| Saidi, Farah 2013-01-10 & 11 | 10195 |
| Saidi, Farah 2013-01-10 & 11 | 10194 |
| Saidi, Farah 2013-01-10 & 11 | 10191 |
| Saidi, Farah 2013-01-10 & 11 | 10190 |
| Saidi, Farah 2013-01-10 & 11 | 10189 |
| Saidi, Farah 2013-01-10 & 11 | 10188 |
| Saidi, Farah 2013-01-10 & 11 | 10187 |
| Saidi, Farah 2013-01-10 & 11 | 10186 |
| Saidi, Farah 2013-01-10 & 11 | 10185 |
| Saidi, Farah 2013-01-10 & 11 | 10184 |
| Saidi, Farah 2013-01-10 & 11 | 10183 |
| Saidi, Farah 2013-01-10 & 11 | 10182 |
| Saidi, Farah 2013-01-10 & 11 | 10180 |
| Saidi, Farah 2013-01-10 & 11 | 10178 |
| Saidi, Farah 2013-01-10 & 11 | 10176 |
| Skripnikova, Galina 2011-07-07 & 08 | 757 |
| Skripnikova, Galina 2011-07-07 & 08 | 3367 |
| Skripnikova, Galina 2011-07-07 & 08 | 3369 |
| Skripnikova, Galina 2011-07-07 & 08 | 3370 |
| Skripnikova, Galina 2011-07-07 & 08 | 3371 |
| Skripnikova, Galina 2011-07-07 & 08 | 3372 |
| Skripnikova, Galina 2011-07-07 & 08 | 3373 |
| Skripnikova, Galina 2011-07-07 & 08 | 3374 |
| Skripnikova, Galina 2011-07-07 & 08 | 3375-CUR |
| Skripnikova, Galina 2011-07-07 & 08 | 3376 |
| Skripnikova, Galina 2011-07-07 & 08 | 3377 |
| Skripnikova, Galina 2011-07-07 & 08 | 3379 |
| Skripnikova, Galina 2011-07-07 & 08 | 3382 |
| Skripnikova, Galina 2011-07-07 & 08 | 3384 |
| Skripnikova, Galina 2011-07-07 & 08 | 3495 |
| Skripnikova, Galina 2011-07-07 & 08 | 3512 |
| Skripnikova, Galina 2011-07-07 & 08 | 3514 |
| Skripnikova, Galina 2011-07-07 & 08 | 3515 |
| Skripnikova, Galina 2011-07-07 & 08 | 3516 |
| Skripnikova, Galina 2011-07-07 & 08 | 3517 |
| Skripnikova, Galina 2011-07-07 & 08 | 3518 |
| Skripnikova, Galina 2011-07-07 & 08 | 3519 |
| Skripnikova, Galina 2011-07-07 & 08 | 3520 |
| Skripnikova, Galina 2011-07-07 & 08 | 3528 |
| Skripnikova, Galina 2011-07-07 & 08 | 3529 |
| Skripnikova, Galina 2011-07-07 & 08 | 3530 |
| Skripnikova, Galina 2011-07-07 & 08 | 3531 |
| Skripnikova, Galina 2011-07-07 & 08 | 3532-CUR |
| Skripnikova, Galina 2011-07-07 & 08 | 3533 |
| Skripnikova, Galina 2011-07-07 & 08 | 3534 |
| Skripnikova, Galina 2011-07-07 & 08 | 3540 |
| Skripnikova, Galina 2011-07-07 & 08 | 3542 |
| Skripnikova, Galina 2011-07-07 & 08 | 3551 |
| Skripnikova, Galina 2011-07-07 & 08 | 7279 |
| Suttles, Doug 2011-05-19 & 20 | 867 |

| | |
|---|---|
| Suttles, Doug 2011-05-19 & 20 | 1624 |
| Suttles, Doug 2011-05-19 & 20 | 1626 |
| Suttles, Doug 2011-05-19 & 20 | 1666 |
| Suttles, Doug 2011-05-19 & 20 | 2246 |
| Suttles, Doug 2011-05-19 & 20 | 2287 |
| Suttles, Doug 2011-05-19 & 20 | 2288 |
| Suttles, Doug 2011-05-19 & 20 | 2289 |
| Suttles, Doug 2011-05-19 & 20 | 2290 |
| Suttles, Doug 2011-05-19 & 20 | 2291 |
| Suttles, Doug 2011-05-19 & 20 | 2292 |
| Suttles, Doug 2011-05-19 & 20 | 2293 |
| Suttles, Doug 2011-05-19 & 20 | 2295 |
| Suttles, Doug 2011-05-19 & 20 | 2296 |
| Suttles, Doug 2011-05-19 & 20 | 2297 |
| Suttles, Doug 2011-05-19 & 20 | 2298 |
| Suttles, Doug 2011-05-19 & 20 | 2299 |
| Suttles, Doug 2011-05-19 & 20 | 2400 |
| Suttles, Doug 2011-05-19 & 20 | 2402 |
| Suttles, Doug 2011-05-19 & 20 | 2403 |
| Suttles, Doug 2011-05-19 & 20 | 2405 |
| Suttles, Doug 2011-05-19 & 20 | 2407 |
| Suttles, Doug 2011-05-19 & 20 | 2408 |
| Suttles, Doug 2011-05-19 & 20 | 2412 |
| Suttles, Doug 2011-05-19 & 20 | 2413 |
| Suttles, Doug 2011-05-19 & 20 | 2414 |
| Suttles, Doug 2011-05-19 & 20 | 2415 |
| Suttles, Doug 2011-05-19 & 20 | 2416 |
| Suttles, Doug 2011-05-19 & 20 | 2417 |
| Suttles, Doug 2011-05-19 & 20 | 2418 |
| Suttles, Doug 2011-05-19 & 20 | 2419 |
| Suttles, Doug 2011-05-19 & 20 | 2420 |
| Suttles, Doug 2011-05-19 & 20 | 2421 |
| Suttles, Doug 2011-05-19 & 20 | 2422 |
| Suttles, Doug 2011-05-19 & 20 | 2427 |
| Suttles, Doug 2011-05-19 & 20 | 2428 |
| Suttles, Doug 2011-05-19 & 20 | 2430 |
| Suttles, Doug 2011-05-19 & 20 | 2433 |
| Suttles, Doug 2011-05-19 & 20 | 2434 |
| Tooms, Paul 2011-06-16 & 17 | 6172 |
| Tooms, Paul 2011-06-16 & 17 | 6173 |
| Tooms, Paul 2011-06-16 & 17 | 6174 |
| Tooms, Paul 2011-06-16 & 17 | 6175 |
| Tooms, Paul 2011-06-16 & 17 | 6179 |
| Tooms, Paul 2011-06-16 & 17 | 6180 |
| Tooms, Paul 2011-06-16 & 17 | 6184 |
| Tooms, Paul 2011-06-16 & 17 | 6185 |
| Tooms, Paul 2011-06-16 & 17 | 6187 |
| Tooms, Paul 2011-06-16 & 17 | 6188 |
| Tooms, Paul 2011-06-16 & 17 | 6189 |
| Tooms, Paul 2011-06-16 & 17 | 6190 |

| | |
|---|---|
| Tooms, Paul 2011-06-16 & 17 | 6191 |
| Tooms, Paul 2011-06-16 & 17 | 6192 |
| Tooms, Paul 2011-06-16 & 17 | 6193 |
| Tooms, Paul 2011-06-16 & 17 | 6194 |
| Tooms, Paul 2011-06-16 & 17 | 6195 |
| Tooms, Paul 2011-06-16 & 17 | 6196 |
| Tooms, Paul 2011-06-16 & 17 | 6197 |
| Tooms, Paul 2011-06-16 & 17 | 6198 |
| Tooms, Paul 2011-06-16 & 17 | 6199 |
| Tooms, Paul 2011-06-16 & 17 | 6200 |
| Tooms, Paul 2011-06-16 & 17 | 6201 |
| Tooms, Paul 2011-06-16 & 17 | 6202 |
| Tooms, Paul 2011-06-16 & 17 | 6203 |
| Tooms, Paul 2011-06-16 & 17 | 6204 |
| Tooms, Paul 2011-06-16 & 17 | 6211 |
| Tooms, Paul 2011-06-16 & 17 | 6212 |
| Vinson, Graham 2012-09-18 & 19 | 3533 |
| Vinson, Graham 2012-09-18 & 19 | 3540 |
| Vinson, Graham 2012-09-18 & 19 | 4544 |
| Vinson, Graham 2012-09-18 & 19 | 7851 |
| Vinson, Graham 2012-09-18 & 19 | 8755 |
| Vinson, Graham 2012-09-18 & 19 | 8756 |
| Vinson, Graham 2012-09-18 & 19 | 8757 |
| Vinson, Graham 2012-09-18 & 19 | 8758 |
| Vinson, Graham 2012-09-18 & 19 | 8759 |
| Vinson, Graham 2012-09-18 & 19 | 8760 |
| Vinson, Graham 2012-09-18 & 19 | 8761 |
| Vinson, Graham 2012-09-18 & 19 | 8762 |
| Vinson, Graham 2012-09-18 & 19 | 8763 |
| Vinson, Graham 2012-09-18 & 19 | 8764 |
| Vinson, Graham 2012-09-18 & 19 | 8765 |
| Vinson, Graham 2012-09-18 & 19 | 8766 |
| Vinson, Graham 2012-09-18 & 19 | 8767 |
| Vinson, Graham 2012-09-18 & 19 | 8768 |
| Vinson, Graham 2012-09-18 & 19 | 8769 |
| Vinson, Graham 2012-09-18 & 19 | 8770 |
| Vinson, Graham 2012-09-18 & 19 | 8771 |
| Vinson, Graham 2012-09-18 & 19 | 8772 |
| Vinson, Graham 2012-09-18 & 19 | 8773 |
| Vinson, Graham 2012-09-18 & 19 | 8774 |
| Vinson, Graham 2012-09-18 & 19 | 8775 |
| Vinson, Graham 2012-09-18 & 19 | 8776 |
| Vinson, Graham 2012-09-18 & 19 | 8777 |
| Vinson, Graham 2012-09-18 & 19 | 8778 |
| Vinson, Graham 2012-09-18 & 19 | 8779 |
| Vinson, Graham 2012-09-18 & 19 | 8780 |
| Vinson, Graham 2012-09-18 & 19 | 8781 |
| Vinson, Graham 2012-09-18 & 19 | 8782 |
| Vinson, Graham 2012-09-18 & 19 | 8783 |
| Vinson, Graham 2012-09-18 & 19 | 8784 |