# Bundle Exhibits:

## EXHIBITS DESIGNATED BY ALL PARTIES WITHIN DEPOSITION BUNDLES OFFERED/ADMITTED BY BP (Case 2:10-md-02179-CJB-SS)

admitted 11-7-13 SK

| Deponent Name | Exhibit # |
|---|---|
| Allen, Thad 2012-09-24 & 25 | 3218 |
| Allen, Thad 2012-09-24 & 25 | 3220 |
| Allen, Thad 2012-09-24 & 25 | 4423 |
| Allen, Thad 2012-09-24 & 25 | 5051 |
| Allen, Thad 2012-09-24 & 25 | 5634 |
| Allen, Thad 2012-09-24 & 25 | 6212 |
| Allen, Thad 2012-09-24 & 25 | 7361 |
| Allen, Thad 2012-09-24 & 25 | 8537 |
| Allen, Thad 2012-09-24 & 25 | 8865 |
| Allen, Thad 2012-09-24 & 25 | 8867 |
| Allen, Thad 2012-09-24 & 25 | 9100 |
| Allen, Thad 2012-09-24 & 25 | 9101 |
| Allen, Thad 2012-09-24 & 25 | 9102 |
| Allen, Thad 2012-09-24 & 25 | 9103 |
| Allen, Thad 2012-09-24 & 25 | 9104 |
| Allen, Thad 2012-09-24 & 25 | 9105 |
| Allen, Thad 2012-09-24 & 25 | 9106 |
| Allen, Thad 2012-09-24 & 25 | 9107 |
| Allen, Thad 2012-09-24 & 25 | 9109 |
| Allen, Thad 2012-09-24 & 25 | 9110 |
| Allen, Thad 2012-09-24 & 25 | 9111 |
| Allen, Thad 2012-09-24 & 25 | 9112 |
| Allen, Thad 2012-09-24 & 25 | 9113 |
| Allen, Thad 2012-09-24 & 25 | 9114 |
| Allen, Thad 2012-09-24 & 25 | 9115 |
| Allen, Thad 2012-09-24 & 25 | 9116 |
| Allen, Thad 2012-09-24 & 25 | 9117 |
| Allen, Thad 2012-09-24 & 25 | 9118 |
| Allen, Thad 2012-09-24 & 25 | 9119 |
| Allen, Thad 2012-09-24 & 25 | 9120 |
| Allen, Thad 2012-09-24 & 25 | 9121 |
| Allen, Thad 2012-09-24 & 25 | 9122 |
| Allen, Thad 2012-09-24 & 25 | 9123 |
| Allen, Thad 2012-09-24 & 25 | 9124 |
| Allen, Thad 2012-09-24 & 25 | 9125 |
| Allen, Thad 2012-09-24 & 25 | 9126 |
| Allen, Thad 2012-09-24 & 25 | 9127 |
| Allen, Thad 2012-09-24 & 25 | 9128 |
| Allen, Thad 2012-09-24 & 25 | 9129 |
| Allen, Thad 2012-09-24 & 25 | 9130 |

| Name | Number |
|---|---|
| Allen, Thad 2012-09-24 & 25 | 9131 |
| Allen, Thad 2012-09-24 & 25 | 9132 |
| Allen, Thad 2012-09-24 & 25 | 9133 |
| Allen, Thad 2012-09-24 & 25 | 9134 |
| Allen, Thad 2012-09-24 & 25 | 9135 |
| Allen, Thad 2012-09-24 & 25 | 9136 |
| Allen, Thad 2012-09-24 & 25 | 9137 |
| Allen, Thad 2012-09-24 & 25 | 9138 |
| Allen, Thad 2012-09-24 & 25 | 9139 |
| Allen, Thad 2012-09-24 & 25 | 9140 |
| Allen, Thad 2012-09-24 & 25 | 9141 |
| Allen, Thad 2012-09-24 & 25 | 9142 |
| Allen, Thad 2012-09-24 & 25 | 9143 |
| Allen, Thad 2012-09-24 & 25 | 9144 |
| Allen, Thad 2012-09-24 & 25 | 9145 |
| Allen, Thad 2012-09-24 & 25 | 9146 |
| Allen, Thad 2012-09-24 & 25 | 9147 |
| Allen, Thad 2012-09-24 & 25 | 9148 |
| Allen, Thad 2012-09-24 & 25 | 9149 |
| Allen, Thad 2012-09-24 & 25 | 9150 |
| Allen, Thad 2012-09-24 & 25 | 9151 |
| Allen, Thad 2012-09-24 & 25 | 9152 |
| Allen, Thad 2012-09-24 & 25 | 9153 |
| Allen, Thad 2012-09-24 & 25 | 9154 |
| Allen, Thad 2012-09-24 & 25 | 9155 |
| Allen, Thad 2012-09-24 & 25 | 9156 |
| Allen, Thad 2012-09-24 & 25 | 9157 |
| Allen, Thad 2012-09-24 & 25 | 9158 |
| Allen, Thad 2012-09-24 & 25 | 9159 |
| Allen, Thad 2012-09-24 & 25 | 9160 |
| Allen, Thad 2012-09-24 & 25 | 9161 |
| Allen, Thad 2012-09-24 & 25 | 9162 |
| Allen, Thad 2012-09-24 & 25 | 9163 |
| Allen, Thad 2012-09-24 & 25 | 9164 |
| Allen, Thad 2012-09-24 & 25 | 9165 |
| Allen, Thad 2012-09-24 & 25 | 9166 |
| Allen, Thad 2012-09-24 & 25 | 9167 |
| Allen, Thad 2012-09-24 & 25 | 9168 |
| Allen, Thad 2012-09-24 & 25 | 9169 |
| Allen, Thad 2012-09-24 & 25 | 9171 |
| Allen, Thad 2012-09-24 & 25 | 9172 |
| Allen, Thad 2012-09-24 & 25 | 9173 |
| Allen, Thad 2012-09-24 & 25 | 9174 |
| Allen, Thad 2012-09-24 & 25 | 9175 |
| Allen, Thad 2012-09-24 & 25 | 9176 |
| Allen, Thad 2012-09-24 & 25 | 9177 |
| Allen, Thad 2012-09-24 & 25 | 9178 |
| Barnett, David 2012-12-14 | 3918 |
| Barnett, David 2012-12-14 | 9132 |
| Barnett, David 2012-12-14 | 9159 |
| Barnett, David 2012-12-14 | 9240 |
| Barnett, David 2012-12-14 | 9250 |

| Name | Date | Number |
|---|---|---|
| Barnett, David | 2012-12-14 | 9935 |
| Barnett, David | 2012-12-14 | 10123 |
| Barnett, David | 2012-12-14 | 10482 |
| Barnett, David | 2012-12-14 | 10483 |
| Barnett, David | 2012-12-14 | 10484 |
| Barnett, David | 2012-12-14 | 10485 |
| Barnett, David | 2012-12-14 | 10486 |
| Barnett, David | 2012-12-14 | 10487 |
| Barnett, David | 2012-12-14 | 10488 |
| Barnett, David | 2012-12-14 | 10489 |
| Barnett, David | 2012-12-14 | 10490 |
| Barnett, David | 2012-12-14 | 10491 |
| Barnett, David | 2012-12-14 | 10492 |
| Barnett, David | 2012-12-14 | 10493 |
| Barnett, David | 2012-12-14 | 10494 |
| Barnett, David | 2012-12-14 | 10495 |
| Barnett, David | 2012-12-14 | 10496 |
| Barnett, David | 2012-12-14 | 10497 |
| Barnett, David | 2012-12-14 | 10498 |
| Barnett, David | 2012-12-14 | 10499 |
| Barnett, David | 2012-12-14 | 10600 |
| Barnett, David | 2012-12-14 | 10601 |
| Barnett, David | 2012-12-14 | 10602 |
| Barnett, David | 2012-12-14 | 10603 |
| Barnett, David | 2012-12-14 | 10604 |
| Barnett, David | 2012-12-14 | 10605 |
| Barnett, David | 2012-12-14 | 10606 |
| Barnett, David | 2012-12-14 | 10607 |
| Barnett, David | 2012-12-14 | 10608 |
| Barnett, David | 2012-12-14 | 10609 |
| Barnett, David | 2012-12-14 | 10610 |
| Barnett, David | 2012-12-14 | 10611 |
| Barnett, David | 2012-12-14 | 10612 |
| Barnett, David | 2012-12-14 | 10613 |
| Barnett, David | 2012-12-14 | 10614 |
| Barnett, David | 2012-12-14 | 10615 |
| Barnett, David | 2012-12-14 | 10616 |
| Barnett, David | 2012-12-14 | 10617 |
| Barnett, David | 2012-12-14 | 10618 |
| Barnett, David | 2012-12-14 | 10619 |
| Barnett, David | 2012-12-14 | 10620 |
| Barnett, David | 2012-12-14 | 10621 |
| Barnett, David | 2012-12-14 | 10622 |
| Barnett, David | 2012-12-14 | 10623 |
| Barnett, David | 2012-12-14 | 10624 |
| Barnett, David | 2012-12-14 | 10625 |
| Barnett, David | 2012-12-14 | 10626 |
| Barnett, David | 2012-12-14 | 10627 |
| Barnett, David | 2012-12-14 | 10628 |
| Barnett, David | 2012-12-14 | 10629 |
| Barnett, David | 2012-12-14 | 10630 |
| Barnett, David | 2012-12-14 | 10631 |

| Name & Date | Reference |
|---|---|
| Barnett, David 2012-12-14 | 10632 |
| Barnett, David 2012-12-14 | 10633 |
| Barnett, David 2012-12-14 | 10634 |
| Barnett, David 2012-12-14 | 10610-10614 |
| Bhalla, Kenneth 2011-06-02 | 3302 |
| Brannon, Richard 2013-01-07 & 08 | 3220 |
| Brannon, Richard 2013-01-07 & 08 | 6124 |
| Brannon, Richard 2013-01-07 & 08 | 8537 |
| Brannon, Richard 2013-01-07 & 08 | 8553 |
| Brannon, Richard 2013-01-07 & 08 | 8866 |
| Brannon, Richard 2013-01-07 & 08 | 9146 |
| Brannon, Richard 2013-01-07 & 08 | 9159 |
| Brannon, Richard 2013-01-07 & 08 | 9164 |
| Brannon, Richard 2013-01-07 & 08 | 9245 |
| Brannon, Richard 2013-01-07 & 08 | 9259 |
| Brannon, Richard 2013-01-07 & 08 | 9267 |
| Brannon, Richard 2013-01-07 & 08 | 9406 |
| Brannon, Richard 2013-01-07 & 08 | 9427 |
| Brannon, Richard 2013-01-07 & 08 | 9431 |
| Brannon, Richard 2013-01-07 & 08 | 9432 |
| Brannon, Richard 2013-01-07 & 08 | 9433 |
| Brannon, Richard 2013-01-07 & 08 | 9434 |
| Brannon, Richard 2013-01-07 & 08 | 10507 |
| Brannon, Richard 2013-01-07 & 08 | 10531 |
| Brannon, Richard 2013-01-07 & 08 | 10672 |
| Brannon, Richard 2013-01-07 & 08 | 10673 |
| Brannon, Richard 2013-01-07 & 08 | 10674 |
| Brannon, Richard 2013-01-07 & 08 | 10675 |
| Brannon, Richard 2013-01-07 & 08 | 10676 |
| Brannon, Richard 2013-01-07 & 08 | 10677 |
| Brannon, Richard 2013-01-07 & 08 | 10678 |
| Brannon, Richard 2013-01-07 & 08 | 10679 |
| Brannon, Richard 2013-01-07 & 08 | 10680 |
| Brannon, Richard 2013-01-07 & 08 | 10681 |
| Brannon, Richard 2013-01-07 & 08 | 10682 |
| Brannon, Richard 2013-01-07 & 08 | 10683 |
| Brannon, Richard 2013-01-07 & 08 | 10684 |
| Brannon, Richard 2013-01-07 & 08 | 10685 |
| Brannon, Richard 2013-01-07 & 08 | 10686 |
| Brannon, Richard 2013-01-07 & 08 | 10687 |
| Brannon, Richard 2013-01-07 & 08 | 10688 |
| Brannon, Richard 2013-01-07 & 08 | 10689 |
| Brannon, Richard 2013-01-07 & 08 | 10690 |
| Brannon, Richard 2013-01-07 & 08 | 10691 |
| Brannon, Richard 2013-01-07 & 08 | 10692 |
| Brannon, Richard 2013-01-07 & 08 | 10693 |
| Brannon, Richard 2013-01-07 & 08 | 10696 |
| Brannon, Richard 2013-01-07 & 08 | 10697 |
| Brannon, Richard 2013-01-07 & 08 | 10698 |
| Brannon, Richard 2013-01-07 & 08 | 10699 |
| Brannon, Richard 2013-01-07 & 08 | 10700 |
| Brannon, Richard 2013-01-07 & 08 | 10701 |

| Name | Number |
|---|---|
| Brannon, Richard 2013-01-07 & 08 | 10702 |
| Brannon, Richard 2013-01-07 & 08 | 10703 |
| Brannon, Richard 2013-01-07 & 08 | 10704 |
| Brannon, Richard 2013-01-07 & 08 | 10705 |
| Brannon, Richard 2013-01-07 & 08 | 10706 |
| Brannon, Richard 2013-01-07 & 08 | 10707 |
| Brannon, Richard 2013-01-07 & 08 | 10708 |
| Brannon, Richard 2013-01-07 & 08 | 10710 |
| Cook, Kevin 2012-10-10 & 11 | 3218 |
| Cook, Kevin 2012-10-10 & 11 | 3220 |
| Cook, Kevin 2012-10-10 & 11 | 3910 |
| Cook, Kevin 2012-10-10 & 11 | 6212 |
| Cook, Kevin 2012-10-10 & 11 | 6299 |
| Cook, Kevin 2012-10-10 & 11 | 8524 |
| Cook, Kevin 2012-10-10 & 11 | 8865 |
| Cook, Kevin 2012-10-10 & 11 | 9105 |
| Cook, Kevin 2012-10-10 & 11 | 9123 |
| Cook, Kevin 2012-10-10 & 11 | 9132 |
| Cook, Kevin 2012-10-10 & 11 | 9138 |
| Cook, Kevin 2012-10-10 & 11 | 9155 |
| Cook, Kevin 2012-10-10 & 11 | 9162 |
| Cook, Kevin 2012-10-10 & 11 | 9406 |
| Cook, Kevin 2012-10-10 & 11 | 9407 |
| Cook, Kevin 2012-10-10 & 11 | 9408 |
| Cook, Kevin 2012-10-10 & 11 | 9409 |
| Cook, Kevin 2012-10-10 & 11 | 9410 |
| Cook, Kevin 2012-10-10 & 11 | 9411 |
| Cook, Kevin 2012-10-10 & 11 | 9412 |
| Cook, Kevin 2012-10-10 & 11 | 9413 |
| Cook, Kevin 2012-10-10 & 11 | 9415 |
| Cook, Kevin 2012-10-10 & 11 | 9416 |
| Cook, Kevin 2012-10-10 & 11 | 9418 |
| Cook, Kevin 2012-10-10 & 11 | 9423 |
| Cook, Kevin 2012-10-10 & 11 | 9424 |
| Cook, Kevin 2012-10-10 & 11 | 9425 |
| Cook, Kevin 2012-10-10 & 11 | 9426 |
| Cook, Kevin 2012-10-10 & 11 | 9427 |
| Cook, Kevin 2012-10-10 & 11 | 9428 |
| Cook, Kevin 2012-10-10 & 11 | 9430 |
| Cook, Kevin 2012-10-10 & 11 | 9431 |
| Cook, Kevin 2012-10-10 & 11 | 9432 |
| Cook, Kevin 2012-10-10 & 11 | 9433 |
| Cook, Kevin 2012-10-10 & 11 | 9434 |
| Cook, Kevin 2012-10-10 & 11 | 9435 |
| Cook, Kevin 2012-10-10 & 11 | 9436 |
| Cook, Kevin 2012-10-10 & 11 | 9437 |
| Domangue, Bryan 2011-09-11 | 1164 |
| Domangue, Bryan 2011-09-11 | 5326 |
| Domangue, Bryan 2011-09-11 | 5327 |
| Domangue, Bryan 2011-09-11 | 5328 |
| Domangue, Bryan 2011-09-11 | 5330 |
| Domangue, Bryan 2011-09-11 | 5334 |

| Deposition | Page |
|---|---|
| Domangue, Bryan 2011-09-11 | 5335 |
| Hand, Steven 2013-01-28 & 29 | 674 |
| Hand, Steven 2013-01-28 & 29 | 1895 |
| Hand, Steven 2013-01-28 & 29 | 2390 |
| Hand, Steven 2013-01-28 & 29 | 3624 |
| Hand, Steven 2013-01-28 & 29 | 5361 |
| Hand, Steven 2013-01-28 & 29 | 6094 |
| Hand, Steven 2013-01-28 & 29 | 6212 |
| Hand, Steven 2013-01-28 & 29 | 7353 |
| Hand, Steven 2013-01-28 & 29 | 9550 |
| Hand, Steven 2013-01-28 & 29 | 10081 |
| Hand, Steven 2013-01-28 & 29 | 10216 |
| Hand, Steven 2013-01-28 & 29 | 10234 |
| Hand, Steven 2013-01-28 & 29 | 10235 |
| Hand, Steven 2013-01-28 & 29 | 10238 |
| Hand, Steven 2013-01-28 & 29 | 10530 |
| Hand, Steven 2013-01-28 & 29 | 10611 |
| Hand, Steven 2013-01-28 & 29 | 10873 |
| Hand, Steven 2013-01-28 & 29 | 10874 |
| Hand, Steven 2013-01-28 & 29 | 10875 |
| Hand, Steven 2013-01-28 & 29 | 10876 |
| Hand, Steven 2013-01-28 & 29 | 10877 |
| Hand, Steven 2013-01-28 & 29 | 10878 |
| Hand, Steven 2013-01-28 & 29 | 10879 |
| Hand, Steven 2013-01-28 & 29 | 10880 |
| Hand, Steven 2013-01-28 & 29 | 10882 |
| Hand, Steven 2013-01-28 & 29 | 10883 |
| Hand, Steven 2013-01-28 & 29 | 10884 |
| Hand, Steven 2013-01-28 & 29 | 10885 |
| Hand, Steven 2013-01-28 & 29 | 10886 |
| Hand, Steven 2013-01-28 & 29 | 10887 |
| Hand, Steven 2013-01-28 & 29 | 10888 |
| Hand, Steven 2013-01-28 & 29 | 10892 |
| Hand, Steven 2013-01-28 & 29 | 10893 |
| Hand, Steven 2013-01-28 & 29 | 10894 |
| Hand, Steven 2013-01-28 & 29 | 10895 |
| Hand, Steven 2013-01-28 & 29 | 10896 |
| Hand, Steven 2013-01-28 & 29 | 10898 |
| Hand, Steven 2013-01-28 & 29 | 10899 |
| Hand, Steven 2013-01-28 & 29 | 10900 |
| Hand, Steven 2013-01-28 & 29 | 10901 |
| Hand, Steven 2013-01-28 & 29 | 10902 |
| Hand, Steven 2013-01-28 & 29 | 10905 |
| Hand, Steven 2013-01-28 & 29 | 10906 |
| Hand, Steven 2013-01-28 & 29 | 10907 |
| Hand, Steven 2013-01-28 & 29 | 10909 |
| Hand, Steven 2013-01-28 & 29 | 10910 |
| Hand, Steven 2013-01-28 & 29 | 10911 |
| Hand, Steven 2013-01-28 & 29 | 10912 |
| Hand, Steven 2013-01-28 & 29 | 10913 |
| Hand, Steven 2013-01-28 & 29 | 10914 |
| Hand, Steven 2013-01-28 & 29 | 10915 |

Case 2:10-md-02179-CJB-DPC   Document 11944-8   Filed 11/07/13   Page 7 of 17

7

| Deposition | Number |
|---|---|
| Henry, Charles 2012-10-03 & 04 | 3220 |
| Henry, Charles 2012-10-03 & 04 | 5063 |
| Henry, Charles 2012-10-03 & 04 | 8866 |
| Henry, Charles 2012-10-03 & 04 | 8880 |
| Henry, Charles 2012-10-03 & 04 | 8882 |
| Henry, Charles 2012-10-03 & 04 | 8883 |
| Henry, Charles 2012-10-03 & 04 | 8884 |
| Henry, Charles 2012-10-03 & 04 | 8886 |
| Henry, Charles 2012-10-03 & 04 | 8887 |
| Henry, Charles 2012-10-03 & 04 | 8888 |
| Henry, Charles 2012-10-03 & 04 | 8895 |
| Henry, Charles 2012-10-03 & 04 | 8896 |
| Henry, Charles 2012-10-03 & 04 | 8898 |
| Henry, Charles 2012-10-03 & 04 | 8935 |
| Henry, Charles 2012-10-03 & 04 | 8936 |
| Henry, Charles 2012-10-03 & 04 | 8937 |
| Henry, Charles 2012-10-03 & 04 | 8938 |
| Henry, Charles 2012-10-03 & 04 | 8941 |
| Henry, Charles 2012-10-03 & 04 | 8942 |
| Henry, Charles 2012-10-03 & 04 | 8943 |
| Henry, Charles 2012-10-03 & 04 | 9157 |
| Henry, Charles 2012-10-03 & 04 | 8897A |
| Henry, Charles 2012-10-03 & 04 | 8897B |
| Henry, Charles 2012-10-03 & 04 | 8897C |
| Johnson, Dennis 2011-06-24 | 771 |
| Johnson, Dennis 2011-06-24 | 772 |
| Johnson, Dennis 2011-06-24 | 2346 |
| Johnson, Dennis 2011-06-24 | 3250 |
| Johnson, Dennis 2011-06-24 | 3251 |
| Johnson, Dennis 2011-06-24 | 3252 |
| Johnson, Dennis 2011-06-24 | 3253 |
| Johnson, Dennis 2011-06-24 | 3254 |
| Johnson, Dennis 2011-06-24 | 3256 |
| Johnson, Dennis 2011-06-24 | 3257 |
| Lehr, William 2013-01-17 & 18 | 3220 |
| Lehr, William 2013-01-17 & 18 | 5063 |
| Lehr, William 2013-01-17 & 18 | 8662 |
| Lehr, William 2013-01-17 & 18 | 8815 |
| Lehr, William 2013-01-17 & 18 | 8823 |
| Lehr, William 2013-01-17 & 18 | 8866 |
| Lehr, William 2013-01-17 & 18 | 8873 |
| Lehr, William 2013-01-17 & 18 | 8874 |
| Lehr, William 2013-01-17 & 18 | 8886 |
| Lehr, William 2013-01-17 & 18 | 8887 |
| Lehr, William 2013-01-17 & 18 | 8889 |
| Lehr, William 2013-01-17 & 18 | 8891 |
| Lehr, William 2013-01-17 & 18 | 8893 |
| Lehr, William 2013-01-17 & 18 | 8898 |
| Lehr, William 2013-01-17 & 18 | 8941 |
| Lehr, William 2013-01-17 & 18 | 9005 |
| Lehr, William 2013-01-17 & 18 | 9013 |
| Lehr, William 2013-01-17 & 18 | 9081 |

8

| | | |
|---|---|---|
| Lehr, William 2013-01-17 & 18 | | 9157 |
| Lehr, William 2013-01-17 & 18 | | 9158 |
| Lehr, William 2013-01-17 & 18 | | 9182 |
| Lehr, William 2013-01-17 & 18 | | 9183 |
| Lehr, William 2013-01-17 & 18 | | 9188 |
| Lehr, William 2013-01-17 & 18 | | 9189 |
| Lehr, William 2013-01-17 & 18 | | 9610 |
| Lehr, William 2013-01-17 & 18 | | 9611 |
| Lehr, William 2013-01-17 & 18 | | 9612 |
| Lehr, William 2013-01-17 & 18 | | 9613 |
| Lehr, William 2013-01-17 & 18 | | 9674 |
| Lehr, William 2013-01-17 & 18 | | 10727 |
| Lehr, William 2013-01-17 & 18 | | 10728 |
| Lehr, William 2013-01-17 & 18 | | 10729 |
| Lehr, William 2013-01-17 & 18 | | 10730 |
| Lehr, William 2013-01-17 & 18 | | 10731 |
| Lehr, William 2013-01-17 & 18 | | 10733 |
| Lehr, William 2013-01-17 & 18 | | 10736 |
| Lehr, William 2013-01-17 & 18 | | 10738 |
| Lehr, William 2013-01-17 & 18 | | 10739 |
| Lehr, William 2013-01-17 & 18 | | 10740 |
| Lehr, William 2013-01-17 & 18 | | 10742 |
| Lehr, William 2013-01-17 & 18 | | 10743 |
| Lehr, William 2013-01-17 & 18 | | 10744 |
| Lehr, William 2013-01-17 & 18 | | 10745 |
| Lehr, William 2013-01-17 & 18 | | 10746 |
| Lehr, William 2013-01-17 & 18 | | 10747 |
| Lehr, William 2013-01-17 & 18 | | 10748 |
| Lehr, William 2013-01-17 & 18 | | 10749 |
| Lehr, William 2013-01-17 & 18 | | 10750 |
| Lehr, William 2013-01-17 & 18 | | 10752 |
| Lehr, William 2013-01-17 & 18 | | 10754 |
| Lehr, William 2013-01-17 & 18 | | 10755 |
| Lehr, William 2013-01-17 & 18 | | 10756 |
| Lehr, William 2013-01-17 & 18 | | 10758 |
| Lehr, William 2013-01-17 & 18 | | 10760 |
| Lehr, William 2013-01-17 & 18 | | 10761 |
| Lehr, William 2013-01-17 & 18 | | 10762 |
| Lehr, William 2013-01-17 & 18 | | 10763 |
| Lehr, William 2013-01-17 & 18 | | 10765 |
| Lehr, William 2013-01-17 & 18 | | 10766 |
| Lehr, William 2013-01-17 & 18 | | 10767 |
| Lehr, William 2013-01-17 & 18 | | 10768 |
| Lehr, William 2013-01-17 & 18 | | 11193 |
| Lehr, William 2013-01-17 & 18 | | 11215 |
| Lehr, William 2013-01-17 & 18 | 8897B | |
| Lehr, William 2013-01-17 & 18 | 8897C | |
| Saucier, Michael 2011-07-27 & 28 | | 1483 |
| Saucier, Michael 2011-07-27 & 28 | | 2427 |
| Saucier, Michael 2011-07-27 & 28 | | 4000 |
| Saucier, Michael 2011-07-27 & 28 | | 4008 |
| Saucier, Michael 2011-07-27 & 28 | | 4723 |

| Deposition | Exhibit |
|---|---|
| Saucier, Michael 2011-07-27 & 28 | 4724 |
| Saucier, Michael 2011-07-27 & 28 | 4727 |
| Saucier, Michael 2011-07-27 & 28 | 4728 |
| Saucier, Michael 2011-07-27 & 28 | 4739 |
| Saucier, Michael 2011-07-27 & 28 | 4740 |
| Saucier, Michael 2011-07-27 & 28 | 4747 |
| Saucier, Michael 2011-07-27 & 28 | 4748 |
| Saucier, Michael 2011-07-27 & 28 | 4751 |
| Saucier, Michael 2011-07-27 & 28 | 4768 |
| Saucier, Michael 2011-07-27 & 28 | 4769 |
| Thierens, Henry 2011-06-09 & 10 | 215 |
| Thierens, Henry 2011-06-09 & 10 | 1166 |
| Thierens, Henry 2011-06-09 & 10 | 6081 |
| Thierens, Henry 2011-06-09 & 10 | 6094 |
| Thierens, Henry 2011-06-09 & 10 | 6095 |
| Thierens, Henry 2011-06-09 & 10 | 6096 |
| Thierens, Henry 2011-06-09 & 10 | 6097 |
| Thierens, Henry 2011-06-09 & 10 | 6100 |
| Thierens, Henry 2011-06-09 & 10 | 6110 |
| Thierens, Henry 2011-06-09 & 10 | 6111 |
| Thierens, Henry 2011-06-09 & 10 | 6112 |
| Thierens, Henry 2011-06-09 & 10 | 6113 |
| Thierens, Henry 2011-06-09 & 10 | 6120 |
| Thierens, Henry 2011-06-09 & 10 | 6124 |
| Thierens, Henry 2011-06-09 & 10 | 6135 |
| Thierens, Henry 2011-06-09 & 10 | 6138 |
| Tooms, Paul 2011-06-16 & 17 | 6172 |
| Tooms, Paul 2011-06-16 & 17 | 6173 |
| Tooms, Paul 2011-06-16 & 17 | 6174 |
| Tooms, Paul 2011-06-16 & 17 | 6175 |
| Tooms, Paul 2011-06-16 & 17 | 6179 |
| Tooms, Paul 2011-06-16 & 17 | 6180 |
| Tooms, Paul 2011-06-16 & 17 | 6184 |
| Tooms, Paul 2011-06-16 & 17 | 6185 |
| Tooms, Paul 2011-06-16 & 17 | 6187 |
| Tooms, Paul 2011-06-16 & 17 | 6188 |
| Tooms, Paul 2011-06-16 & 17 | 6189 |
| Tooms, Paul 2011-06-16 & 17 | 6190 |
| Tooms, Paul 2011-06-16 & 17 | 6191 |
| Tooms, Paul 2011-06-16 & 17 | 6192 |
| Tooms, Paul 2011-06-16 & 17 | 6193 |
| Tooms, Paul 2011-06-16 & 17 | 6194 |
| Tooms, Paul 2011-06-16 & 17 | 6195 |
| Tooms, Paul 2011-06-16 & 17 | 6196 |
| Tooms, Paul 2011-06-16 & 17 | 6197 |
| Tooms, Paul 2011-06-16 & 17 | 6198 |
| Tooms, Paul 2011-06-16 & 17 | 6199 |
| Tooms, Paul 2011-06-16 & 17 | 6200 |
| Tooms, Paul 2011-06-16 & 17 | 6201 |
| Tooms, Paul 2011-06-16 & 17 | 6202 |
| Tooms, Paul 2011-06-16 & 17 | 6203 |
| Tooms, Paul 2011-06-16 & 17 | 6204 |

| | |
|---|---|
| Tooms, Paul 2011-06-16 & 17 | 6211 |
| Tooms, Paul 2011-06-16 & 17 | 6212 |

1

## Bundle Exhibits:

# EXHIBITS DESIGNATED BY ALL PARTIES WITHIN DEPOSITION BUNDLES OFFERED/ADMITTED BY BP (Case 2:10-md-02179-CJB-SS)

| Deponent Name | Exhibit # |
|---|---|
| Havstad, Mark 2013-01-30 & 31 | 9718 |
| Havstad, Mark 2013-01-30 & 31 | 9714 |
| Havstad, Mark 2013-01-30 & 31 | 9692 |
| Havstad, Mark 2013-01-30 & 31 | 9663 |
| Havstad, Mark 2013-01-30 & 31 | 9379 |
| Havstad, Mark 2013-01-30 & 31 | 9370 |
| Havstad, Mark 2013-01-30 & 31 | 9369 |
| Havstad, Mark 2013-01-30 & 31 | 9368 |
| Havstad, Mark 2013-01-30 & 31 | 9364 |
| Havstad, Mark 2013-01-30 & 31 | 9361 |
| Havstad, Mark 2013-01-30 & 31 | 9156 |
| Havstad, Mark 2013-01-30 & 31 | 8809 |
| Havstad, Mark 2013-01-30 & 31 | 8635 |
| Havstad, Mark 2013-01-30 & 31 | 11363 |
| Havstad, Mark 2013-01-30 & 31 | 11362 |
| Havstad, Mark 2013-01-30 & 31 | 11361 |
| Havstad, Mark 2013-01-30 & 31 | 11360 |
| Havstad, Mark 2013-01-30 & 31 | 11358 |
| Havstad, Mark 2013-01-30 & 31 | 11357 |
| Havstad, Mark 2013-01-30 & 31 | 11356 |
| Havstad, Mark 2013-01-30 & 31 | 11355 |
| Havstad, Mark 2013-01-30 & 31 | 11354 |
| Havstad, Mark 2013-01-30 & 31 | 11353 |
| Havstad, Mark 2013-01-30 & 31 | 11352 |
| Havstad, Mark 2013-01-30 & 31 | 11351 |
| Havstad, Mark 2013-01-30 & 31 | 11350 |
| Havstad, Mark 2013-01-30 & 31 | 11349 |
| Havstad, Mark 2013-01-30 & 31 | 11348 |
| Havstad, Mark 2013-01-30 & 31 | 11347 |
| Havstad, Mark 2013-01-30 & 31 | 11346 |
| Havstad, Mark 2013-01-30 & 31 | 11345 |
| Havstad, Mark 2013-01-30 & 31 | 11344 |
| Havstad, Mark 2013-01-30 & 31 | 11343 |
| Havstad, Mark 2013-01-30 & 31 | 11342 |
| Havstad, Mark 2013-01-30 & 31 | 11341 |
| Havstad, Mark 2013-01-30 & 31 | 11340 |
| Havstad, Mark 2013-01-30 & 31 | 11339 |
| Havstad, Mark 2013-01-30 & 31 | 11338 |
| Havstad, Mark 2013-01-30 & 31 | 11336 |
| Havstad, Mark 2013-01-30 & 31 | 11335 |

| Name & Date | Number |
|---|---|
| Havstad, Mark 2013-01-30 & 31 | 11334 |
| Havstad, Mark 2013-01-30 & 31 | 11333 |
| Havstad, Mark 2013-01-30 & 31 | 11332 |
| Havstad, Mark 2013-01-30 & 31 | 11331 |
| Havstad, Mark 2013-01-30 & 31 | 11327 |
| Havstad, Mark 2013-01-30 & 31 | 11326 |
| Havstad, Mark 2013-01-30 & 31 | 11325 |
| Havstad, Mark 2013-01-30 & 31 | 11324 |
| Havstad, Mark 2013-01-30 & 31 | 11323 |
| Havstad, Mark 2013-01-30 & 31 | 11322 |
| Havstad, Mark 2013-01-30 & 31 | 11321 |
| Havstad, Mark 2013-01-30 & 31 | 10779 |
| Havstad, Mark 2013-01-30 & 31 | 10655 |
| Havstad, Mark 2013-01-30 & 31 | 10340 |
| Havstad, Mark 2013-01-30 & 31 | 10037 |
| LeBlanc, Jason 2012-09-10 | 5239 |
| LeBlanc, Jason 2012-09-10 | 8580 |
| LeBlanc, Jason 2012-09-10 | 8581 |
| LeBlanc, Jason 2012-09-10 | 8582 |
| LeBlanc, Jason 2012-09-10 | 8583 |
| LeBlanc, Jason 2012-09-10 | 8584 |
| LeBlanc, Jason 2012-09-10 | 8585 |
| LeBlanc, Jason 2012-09-10 | 8586 |
| LeBlanc, Jason 2012-09-10 | 8587 |
| LeBlanc, Jason 2012-09-10 | 8588 |
| LeBlanc, Jason 2012-09-10 | 8589 |
| LeBlanc, Jason 2012-09-10 | 8590 |
| LeBlanc, Jason 2012-09-10 | 8591 |
| LeBlanc, Jason 2012-09-10 | 8592 |
| LeBlanc, Jason 2012-09-10 | 8593 |
| LeBlanc, Jason 2012-09-10 | 8594 |
| LeBlanc, Jason 2012-09-10 | 8595 |
| LeBlanc, Jason 2012-09-10 | 8596 |
| LeBlanc, Jason 2012-09-10 | 8597 |
| LeBlanc, Jason 2012-09-10 | 8598 |
| LeBlanc, Jason 2012-09-10 | 8599 |
| LeBlanc, Jason 2012-09-10 | 8700 |
| LeBlanc, Jason 2012-09-10 | 8701 |
| LeBlanc, Jason 2012-09-10 | 8702 |
| LeBlanc, Jason 2012-09-10 | 8703 |
| LeBlanc, Jason 2012-09-10 | 8704 |
| LeBlanc, Jason 2012-09-10 | 8705 |
| LeBlanc, Jason 2012-09-10 | 8706 |
| LeBlanc, Jason 2012-09-10 | 8707 |
| LeBlanc, Jason 2012-09-10 | 8708 |
| LeBlanc, Jason 2012-09-10 | 8709 |
| LeBlanc, Jason 2012-09-10 | 8710 |
| LeBlanc, Jason 2012-09-10 | 8711 |
| LeBlanc, Jason 2012-09-10 | 8712 |
| LeBlanc, Jason 2012-09-10 | 8713 |
| Loos, Jamie 2012-09-20 | 8785 |
| Loos, Jamie 2012-09-20 | 8786 |

3

| Deponent | Page |
| --- | --- |
| Loos, Jamie 2012-09-20 | 8787 |
| Loos, Jamie 2012-09-20 | 8788 |
| Loos, Jamie 2012-09-20 | 8789 |
| Loos, Jamie 2012-09-20 | 8791 |
| Loos, Jamie 2012-09-20 | 8792 |
| Loos, Jamie 2012-09-20 | 8793 |
| Loos, Jamie 2012-09-20 | 8794 |
| Loos, Jamie 2012-09-20 | 8795 |
| Loos, Jamie 2012-09-20 | 8796 |
| Loos, Jamie 2012-09-20 | 8797 |
| Loos, Jamie 2012-09-20 | 8799 |
| Loos, Jamie 2012-09-20 | 9050 |
| Loos, Jamie 2012-09-20 | 9051 |
| Loos, Jamie 2012-09-20 | 9052 |
| Loos, Jamie 2012-09-20 | 9053 |
| Loos, Jamie 2012-09-20 | 9054 |
| Loos, Jamie 2012-09-20 | 9055 |
| Loos, Jamie 2012-09-20 | 9056 |
| Loos, Jamie 2012-09-20 | 9057 |
| Loos, Jamie 2012-09-20 | 9058 |
| Loos, Jamie 2012-09-20 | 9059 |
| Loos, Jamie 2012-09-20 | 9060 |
| Loos, Jamie 2012-09-20 | 9061 |
| Loos, Jamie 2012-09-20 | 9063 |
| Loos, Jamie 2012-09-20 | 9064 |
| Loos, Jamie 2012-09-20 | 9065 |
| Loos, Jamie 2012-09-20 | 9066 |
| Loos, Jamie 2012-09-20 | 9067 |
| Loos, Jamie 2012-09-20 | 9068 |
| Loos, Jamie 2012-09-20 | 9069 |
| Loos, Jamie 2012-09-20 | 9070 |
| Loos, Jamie 2012-09-20 | 9071 |
| Loos, Jamie 2012-09-20 | 9072 |
| Loos, Jamie 2012-09-20 | 9073 |
| Loos, Jamie 2012-09-20 | 9074 |
| Loos, Jamie 2012-09-20 | 9075 |
| Maclay, Don 2012-10-31 & 11-01 | 3375-CUR |
| Maclay, Don 2012-10-31 & 11-01 | 3533 |
| Maclay, Don 2012-10-31 & 11-01 | 8627 |
| Maclay, Don 2012-10-31 & 11-01 | 9734 |
| Maclay, Don 2012-10-31 & 11-01 | 9840 |
| Maclay, Don 2012-10-31 & 11-01 | 9841 |
| Maclay, Don 2012-10-31 & 11-01 | 9842 |
| Maclay, Don 2012-10-31 & 11-01 | 9844 |
| Maclay, Don 2012-10-31 & 11-01 | 9845 |
| Maclay, Don 2012-10-31 & 11-01 | 9846 |
| Maclay, Don 2012-10-31 & 11-01 | 9850 |
| Maclay, Don 2012-10-31 & 11-01 | 9851 |
| Maclay, Don 2012-10-31 & 11-01 | 9852 |
| Maclay, Don 2012-10-31 & 11-01 | 9853 |
| Maclay, Don 2012-10-31 & 11-01 | 9854 |
| Maclay, Don 2012-10-31 & 11-01 | 9856 |

| | |
|---|---|
| Maclay, Don 2012-10-31 & 11-01 | 9858 |
| Maclay, Don 2012-10-31 & 11-01 | 9859 |
| Maclay, Don 2012-10-31 & 11-01 | 9860 |
| Maclay, Don 2012-10-31 & 11-01 | 9861 |
| Maclay, Don 2012-10-31 & 11-01 | 9862 |
| Maclay, Don 2012-10-31 & 11-01 | 9864 |
| Maclay, Don 2012-10-31 & 11-01 | 9868 |
| Maclay, Don 2012-10-31 & 11-01 | 9869 |
| Maclay, Don 2012-10-31 & 11-01 | 9871 |
| Maclay, Don 2012-10-31 & 11-01 | 9872 |
| Maclay, Don 2012-10-31 & 11-01 | 9873 |
| Ratzel, Arthur 2012-10-17 & 18 | 7270 |
| Ratzel, Arthur 2012-10-17 & 18 | 8621 |
| Ratzel, Arthur 2012-10-17 & 18 | 8628 |
| Ratzel, Arthur 2012-10-17 & 18 | 8635 |
| Ratzel, Arthur 2012-10-17 & 18 | 8678 |
| Ratzel, Arthur 2012-10-17 & 18 | 8809 |
| Ratzel, Arthur 2012-10-17 & 18 | 8827 |
| Ratzel, Arthur 2012-10-17 & 18 | 9132 |
| Ratzel, Arthur 2012-10-17 & 18 | 9202 |
| Ratzel, Arthur 2012-10-17 & 18 | 9361 |
| Ratzel, Arthur 2012-10-17 & 18 | 9362 |
| Ratzel, Arthur 2012-10-17 & 18 | 9363 |
| Ratzel, Arthur 2012-10-17 & 18 | 9364 |
| Ratzel, Arthur 2012-10-17 & 18 | 9365 |
| Ratzel, Arthur 2012-10-17 & 18 | 9366 |
| Ratzel, Arthur 2012-10-17 & 18 | 9367 |
| Ratzel, Arthur 2012-10-17 & 18 | 9368 |
| Ratzel, Arthur 2012-10-17 & 18 | 9369 |
| Ratzel, Arthur 2012-10-17 & 18 | 9370 |
| Ratzel, Arthur 2012-10-17 & 18 | 9371 |
| Ratzel, Arthur 2012-10-17 & 18 | 9372 |
| Ratzel, Arthur 2012-10-17 & 18 | 9373 |
| Ratzel, Arthur 2012-10-17 & 18 | 9374 |
| Ratzel, Arthur 2012-10-17 & 18 | 9375 |
| Ratzel, Arthur 2012-10-17 & 18 | 9376 |
| Ratzel, Arthur 2012-10-17 & 18 | 9377 |
| Ratzel, Arthur 2012-10-17 & 18 | 9378 |
| Ratzel, Arthur 2012-10-17 & 18 | 9379 |
| Ratzel, Arthur 2012-10-17 & 18 | 9380 |
| Ratzel, Arthur 2012-10-17 & 18 | 9381 |
| Ratzel, Arthur 2012-10-17 & 18 | 9382 |
| Ratzel, Arthur 2012-10-17 & 18 | 9383 |
| Ratzel, Arthur 2012-10-17 & 18 | 9385 |
| Ratzel, Arthur 2012-10-17 & 18 | 9386 |
| Ratzel, Arthur 2012-10-17 & 18 | 9387 |
| Ratzel, Arthur 2012-10-17 & 18 | 9388 |
| Ratzel, Arthur 2012-10-17 & 18 | 9389 |
| Ratzel, Arthur 2012-10-17 & 18 | 9390 |
| Ratzel, Arthur 2012-10-17 & 18 | 9391 |
| Ratzel, Arthur 2012-10-17 & 18 | 9392 |
| Ratzel, Arthur 2012-10-17 & 18 | 9393 |

| Name | Number |
|---|---|
| Ratzel, Arthur 2012-10-17 & 18 | 9394 |
| Ratzel, Arthur 2012-10-17 & 18 | 9395 |
| Ratzel, Arthur 2012-10-17 & 18 | 9396 |
| Ratzel, Arthur 2012-10-17 & 18 | 9397 |
| Ratzel, Arthur 2012-10-17 & 18 | 9398 |
| Ratzel, Arthur 2012-10-17 & 18 | 9399 |
| Ratzel, Arthur 2012-10-17 & 18 | 9435 |
| Ratzel, Arthur 2012-10-17 & 18 | 9700 |
| Ratzel, Arthur 2012-10-17 & 18 | 9701 |
| Ratzel, Arthur 2012-10-17 & 18 | 9702 |
| Ratzel, Arthur 2012-10-17 & 18 | 9703 |
| Ratzel, Arthur 2012-10-17 & 18 | 9704 |
| Ratzel, Arthur 2012-10-17 & 18 | 9705 |
| Ratzel, Arthur 2012-10-17 & 18 | 9706 |
| Ratzel, Arthur 2012-10-17 & 18 | 9707 |
| Ratzel, Arthur 2012-10-17 & 18 | 9708 |
| Ratzel, Arthur 2012-10-17 & 18 | 9709 |
| Ratzel, Arthur 2012-10-17 & 18 | 9710 |
| Ratzel, Arthur 2012-10-17 & 18 | 9711 |
| Ratzel, Arthur 2012-10-17 & 18 | 9712 |
| Ratzel, Arthur 2012-10-17 & 18 | 9713 |
| Ratzel, Arthur 2012-10-17 & 18 | 9714 |
| Ratzel, Arthur 2012-10-17 & 18 | 9715 |
| Ratzel, Arthur 2012-10-17 & 18 | 9716 |
| Ratzel, Arthur 2012-10-17 & 18 | 9717 |
| Ratzel, Arthur 2012-10-17 & 18 | 9718 |
| Ratzel, Arthur 2012-10-17 & 18 | 9719 |
| Ratzel, Arthur 2012-10-17 & 18 | 9720 |
| Ratzel, Arthur 2012-10-17 & 18 | 9721 |
| Ratzel, Arthur 2012-10-17 & 18 | 9722 |
| Ratzel, Arthur 2012-10-17 & 18 | 9723 |
| Ratzel, Arthur 2012-10-17 & 18 | 9724 |
| Ratzel, Arthur 2012-10-17 & 18 | 9725 |
| Ratzel, Arthur 2012-10-17 & 18 | 9726 |
| Schulkes, Ruben 2012-11-12 | 9361 |
| Schulkes, Ruben 2012-11-12 | 11112 |
| Schulkes, Ruben 2012-11-12 | 11039 |
| Schulkes, Ruben 2012-11-12 | 11033 |
| Schulkes, Ruben 2012-11-12 | 11030 |
| Schulkes, Ruben 2012-11-12 | 11027 |
| Schulkes, Ruben 2012-11-12 | 11024 |
| Schulkes, Ruben 2012-11-12 | 11021 |
| Schulkes, Ruben 2012-11-12 | 11017 |
| Schulkes, Ruben 2012-11-12 | 11016 |
| Schulkes, Ruben 2012-11-12 | 11014 |
| Schulkes, Ruben 2012-11-12 | 11009 |
| Schulkes, Ruben 2012-11-12 | 11008 |
| Schulkes, Ruben 2012-11-12 | 11006 |
| Schulkes, Ruben 2012-11-12 | 11005 |
| Schulkes, Ruben 2012-11-12 | 11002 |
| Schulkes, Ruben 2012-11-12 | 11000 |
| Shtepani, Edmond 2012-11-30 | 9767 |

| | |
|---|---|
| Shtepani, Edmond 2012-11-30 | 9762 |
| Shtepani, Edmond 2012-11-30 | 9734 |
| Shtepani, Edmond 2012-11-30 | 10427 |
| Shtepani, Edmond 2012-11-30 | 10426 |
| Shtepani, Edmond 2012-11-30 | 10425 |
| Shtepani, Edmond 2012-11-30 | 10424 |
| Shtepani, Edmond 2012-11-30 | 10423 |
| Shtepani, Edmond 2012-11-30 | 10422 |
| Shtepani, Edmond 2012-11-30 | 10421 |
| Shtepani, Edmond 2012-11-30 | 10420 |
| Shtepani, Edmond 2012-11-30 | 10419 |
| Shtepani, Edmond 2012-11-30 | 10418 |
| Shtepani, Edmond 2012-11-30 | 10417 |
| Shtepani, Edmond 2012-11-30 | 10416 |
| Shtepani, Edmond 2012-11-30 | 10415 |
| Shtepani, Edmond 2012-11-30 | 10414 |
| Shtepani, Edmond 2012-11-30 | 10413 |
| Sogge, Mark 2012-09-18 & 19 | 3220 |
| Sogge, Mark 2012-09-18 & 19 | 8801 |
| Sogge, Mark 2012-09-18 & 19 | 8802 |
| Sogge, Mark 2012-09-18 & 19 | 8803 |
| Sogge, Mark 2012-09-18 & 19 | 8804 |
| Sogge, Mark 2012-09-18 & 19 | 8805 |
| Sogge, Mark 2012-09-18 & 19 | 8806 |
| Sogge, Mark 2012-09-18 & 19 | 8808 |
| Sogge, Mark 2012-09-18 & 19 | 8809 |
| Sogge, Mark 2012-09-18 & 19 | 8811 |
| Sogge, Mark 2012-09-18 & 19 | 8814 |
| Sogge, Mark 2012-09-18 & 19 | 8815 |
| Sogge, Mark 2012-09-18 & 19 | 8816 |
| Sogge, Mark 2012-09-18 & 19 | 8820 |
| Sogge, Mark 2012-09-18 & 19 | 8821 |
| Sogge, Mark 2012-09-18 & 19 | 8822 |
| Sogge, Mark 2012-09-18 & 19 | 8824 |
| Sogge, Mark 2012-09-18 & 19 | 8825 |
| Sogge, Mark 2012-09-18 & 19 | 8826 |
| Sogge, Mark 2012-09-18 & 19 | 8827 |
| Sogge, Mark 2012-09-18 & 19 | 8828 |
| Sogge, Mark 2012-09-18 & 19 | 8829 |
| Sogge, Mark 2012-09-18 & 19 | 8830 |
| Sogge, Mark 2012-09-18 & 19 | 8831 |
| Sogge, Mark 2012-09-18 & 19 | 8832 |
| Sogge, Mark 2012-09-18 & 19 | 8833 |
| Sogge, Mark 2012-09-18 & 19 | 8834 |
| Sogge, Mark 2012-09-18 & 19 | 8835 |
| Sogge, Mark 2012-09-18 & 19 | 8836 |
| Sogge, Mark 2012-09-18 & 19 | 8839 |
| Sogge, Mark 2012-09-18 & 19 | 8841 |
| Sogge, Mark 2012-09-18 & 19 | 8842 |
| Sogge, Mark 2012-09-18 & 19 | 8843 |
| Sogge, Mark 2012-09-18 & 19 | 8844 |
| Sogge, Mark 2012-09-18 & 19 | 8848 |

| | |
|---|---|
| Sogge, Mark 2012-09-18 & 19 | 8849 |
| Sogge, Mark 2012-09-18 & 19 | 8850 |
| Sogge, Mark 2012-09-18 & 19 | 8851 |
| Sogge, Mark 2012-09-18 & 19 | 8852 |
| Sogge, Mark 2012-09-18 & 19 | 8853 |
| Sogge, Mark 2012-09-18 & 19 | 8854 |
| Sogge, Mark 2012-09-18 & 19 | 8855 |
| Sogge, Mark 2012-09-18 & 19 | 8863 |
| Sogge, Mark 2012-09-18 & 19 | 8865 |
| Sogge, Mark 2012-09-18 & 19 | 8866 |
| Sogge, Mark 2012-09-18 & 19 | 8867 |
| Sogge, Mark 2012-09-18 & 19 | 8868 |
| Sogge, Mark 2012-09-18 & 19 | 8869 |
| Sogge, Mark 2012-09-18 & 19 | 8870 |
| Sogge, Mark 2012-09-18 & 19 | 8873 |
| Sogge, Mark 2012-09-18 & 19 | 8874 |
| Sogge, Mark 2012-09-18 & 19 | 8876 |
| Sogge, Mark 2012-09-18 & 19 | 8877 |
| Sogge, Mark 2012-09-18 & 19 | 8878 |
| Sogge, Mark 2012-09-18 & 19 | 8879 |