MDL 2179 - 11/7/2013

Aligned Parties' (PSC's, State of Alabama's, State of Louisiana's, Halliburton's and Transocean's) List of Offered/Admitted Category 2 Exhibits

admitted 11-7-13 SC

| TREX # | DESCRIPTION |
|---|---|
| TREX # 8656 | April 22, 2010 E-mail string between Rob Marshall, Gary Imm and Jonathan Sprague, Subject: Maconda flowing well rate |
| TREX # 9827 | Best Available Technology (BAT) Analysis Well Blowout Source Control |
| TREX # 9833 | E-mail from James Wellings to John Schwebel, dated May 30, 2010 - Subject: Re: 3 ram stack |
| TREX # 9940 | May 14, 2010 E-mail from John Sharadin to Jeff Lott and others; Subject: New Plan; attachments |
| TREX # 9943 | May 22, 2010 E-mail from Mike Mullins to Bill Kirton , et al.; Subject: Kill Plot & plan.ppt; attachments |
| TREX # 9946 | Wild Well Control Project Memo dated May 31, 2010 from D. Barnett to Mark Mazzella, Mark Patteson , et al.; Subject: Summary & Conclusions From Top Kill Efforts 26 -28 May 2010 |
| TREX # 10208 | Presentation prepared by Asbjorn S. Olsen titled Current status offshore |
| TREX # 10267 | Sept 13, 2010 E-mail from Shana Timmons to Trevor Smith, Kevin Devers and Wissam Al Monthiry, Subject: Draft - Subsea Containment Section of Oil Spill Response Plan, with Attachments |
| TREX # 10561 | E-mail string, top e-mail from RADM Cook to CAPT Little, et al., dated October 21, 2010, Subject: RE: ISPR |
| TREX # 10562 | E-mail string, top e-mail from ADM Allen to RDML Cook, et al., dated May 28, 2010, Subject: RE: NIC Top Kill Progress Report #15 |
| TREX # 10855 | E-mail from Walt Bozeman to Kurt Mix, et al., dated Apr 21, 2010, Subject: Macondo Info |
| TREX # 11135 | Charts comparing FWHT upstream of BOP vs. Oil Rate |
| TREX # 11136 | E-mail dated May 7, 2010 Liao to Boyd and others Subject: RE: Mocondo |
| TREX # 11140 | E-mail dated May 16, 2010 Liao to Mason Subject: RE: Macondo SIWHP Build-up Rate Final Report.doc |
| TREX # 11151 | E-mail dated May 16, 2010 Mason to Kercho and others Subject: 5MBD Case Base plotsa (3).PPT |
| TREX # 11159 | E-mail dated July 12, 2010 Liao to Mason Subject: Overview of Macondo Well Modeling 12July2010.ppt-Updated... |
| TREX # 11160 | E-mail dated May 1, 2010 Mason to Sweeney and others Subject: LiaoCases(3).xls |
| TREX # 11162 | E-mail dated June 29, 2010 Hill to Chitale and others Subject: RE: Top Kill Modeling summary |
| TREX # 11165 | E-mail dated May 28, 2010 Liao to Mason and Gokdemir Subject: Updated Plot for well Performance with BOP Pressure 3500 Case... |
| TREX # 11228 | Overview - Well Capping Macondo No. 1 |
| TREX # 11229 | String of e-mails, top one from James Wellings to Chris Roberts, dated May 3, 2010 - Subject: Fw: Enterprise capping stack team update - 4/3/2010, with attachment |
| TREX # 11232 | E-mail from James Wellings to John Schwebel and others, dated May 30, 2010 - Subject: Thanks for the good work BOP on BOP and capping stack team |
| TREX # 11242 | String of e-mails, top one from Charles Holt to James Wellings, dated May 7, 2010 - Subject: Re: Capping stack deployed from Q4000 |
| TREX # 11907 | May 10, 2010 E-mail from Jasper Peijs to Doug Suttles, Subject: Updated model slide, with Attachments; one page without Bates number |

# BP/Anadarko - Category 2 and 4 Exhibit Lists

BP and Anadarko offer the following documents into evidence as Category 2 and Category 4 exhibits[1]:

## Category 2

*admitted as noted on list 11-7-13 SK*

| TREX | Description |
| --- | --- |
| TREX-011467 | BP - Master Services Agreement Emergency Well Services - Contract Number: BPM-04-00806 |
| TREX-011477 | Email from SCHU to T. Hunter, et al. re Conf call tps and q&a |
| TREX-011479 | Email from M. McNutt to T. Koslow, et al. re Means to top kill BP well located in Gulf |
| TREX-011546 | Email from T. Allen to B. Penoyer et al. re FW: Top Kill |
| TREX-011583 | Transocean's Loss of Well Control and Emergency Response Powerpoint |
| TREX-011585 | BP Letter from S. Gallagher to B. Mahler re Master Service Contract BPM-04-00806-Amendment #1 |
| TREX-011592 | Email from M. McNutt to T. Allen et al. re Steps forward for containment |
| TREX-011603 | BP's Crisis and Continuity Management Plan, E&P, Gulf of Mexico |
| TREX-011606 | BP GoM Deepwater SPU Well Control Response Guide |
| TREX-011620 | Email from S. Tieszen to T. Hunter et al. re 1 June Report from Houston |
| TREX-140783 | ROV Video Footage |
| TREX-140793 | Assessment of Observed Erosion within Kinked Riser |
| TREX-140884 | Welaptega Kinked Riser Inspection and Analysis |
| TREX-141302 | BP, GoM Oil Spill Response Plan |
| TREX-142243 | ExxonMobil OSRP |
| TREX-142244 | Shell OSRP |
| TREX-142361 | Email from P. Tooms to W. McDonald, K. Wells, et al. re: Re: Discussion |
| TREX-142692 | Email from Trevor Hill to Derek Wapman re RE: Photos and videos |

---

[1]   For the Court's convenience, and as agreed-to by the parties, BP/Anadarko have included on this list the US's Responses/Objections to BP/Anadarko's Category 4 documents. The Aligned Parties had no such responses. BP and Anadarko do not concede that the US's responses are correct or have merit.

| TREX | Description |
|------|-------------|
| TREX-142886 | Email from S. Tieszen to T. Hill, K. Wells, et al. re: FW: |
| TREX-144256 | BHP Billiton Petroleum (Americas) Inc. Oil Spill Response Plan |
| TREX-144642 | Email from SCHU to S. Tieszen et al. re RE: Flow |
| TREX-144662 | Email from M. McNutt to F. Shaffer re RE: Pending devlopments |
| TREX-144730 | Email from T. Allen to JHL re FW: BP Houston Update |
| TREX-144872 | Snap_05_19_10 07_53_04.jpg |
| TREX-145112 | Email from J. MacKay to G. Kidd et al. re DDII BOP Modifications Workscope |

**Source Control - Category 4**

| TREX | Description | Reason for Admission |
|------|-------------|----------------------|
| TREX-009806 | Email from T. Smith - S. Bond et al. re RE: Draft Agenda for 9 AM call June 18 - Action - Need answers for Secretary Chu's questions!, with attachments | This document demonstrates government involvement with developing Capping Stack connection options, and is relevant to Aligned Parties' expert Mr. Ziegler that the federal government was not directing the Response. Trial Tr. 567:25-570:2. |
| TREX-011545 | Email from E. Redd to P. O'Bryan re FW: Planning for Side Entry - between lower and middle pipe cavity - DD II BOP | This Transocean document is not objected to per our records, and it predicts when BOP-on-BOP would be ready to deploy, an issue addressed during various witness examinations. |
| TREX-011621 | Email from T. Selbekk to T. Hill et al. re Plots - history matching og third top kill operation | This document is not objected to per our records, and it addresses the conclusions drawn about Top Kill's failure by BP contractor Thomas Selbekk of Add Energy, an issue addressed by the Aligned Parties at trial. at 216:13-218:4 (Perkin). |
| TREX-143042 | Email from C. Breidenthal to T. Smith, J. Schwebel, et al. re: RE: 06/22/10: Offsite Activities at Oil States Brief | This document is not objected to per our records, and it demonstrates that a variety of Capping Stack installation tool development activities were still ongoing in late June, and is relevant to the assertions by the Aligned Parties' witnesses that such efforts are a "piece of cake" and could be completed in a matter of days. Trial Tr. 416:12-417:24 (Turlak); Trial Tr. at 565:2-566:16, 531:5-532:8 (Ziegler). |
| TREX-144753 | Email from V. Labson to M. Mcnutt re Mass Balance Update | This document is not objected to per our records, and it relates to the federal government's pre-Top Kill recognition that flow rate estimates were highly uncertain and its own pre-Top Kill flow rate estimates, and is relevant to the Aligned Parties' assertions that the federal government relied on BP's alleged flow rate representations and omissions. |

| TREX | | |
|---|---|---|
| TREX-144836 | Email from D. Helton to J. Ewald re Re: DOUG -- AP -- Can you help? | This document is not objected to per our records, and it relates to the federal government's pre-Top Kill recognition that flow rate estimates were highly uncertain and its own pre-Top Kill flow rate estimates, and is relevant to the Aligned Parties' assertions that the federal government relied on BP's alleged flow rate representations and omissions. |
| TREX-144925 | Email from S. Tieszen to T. Aselage et al. re FW: 1 June Report from Houston | This document is not objected to per our records, and it relates to the federal government's own independent analysis of the reasons for Top Kill's failure, and the conclusions it drew from BP's May 29 presentation on the same, and is relevant to the Aligned Parties' assertion that BP misled the federal government with its May 29 presentation. *E.g.*, Trial Tr. at 210:25-219:17 (Perkin) |
| TREX-145074 | Email from D. Munoz to S. Newman et al. re RE: Operational Concerns re Shutting in the Well | This document is not objected to per our records, and it reflects an assessment of the legitimacy of BP's well integrity concerns by Transocean's CEO, Steve Newman, and is relevant to the Aligned Parties' theory that there was no legitimate reason to take BOP-on-BOP off the table. |
| TREX-150088 | Email from Kate Baker to Stephen Wilson, et al. re National Labs and DOE investigation of alternative flow paths | BP withdraws its hearsay objection to this document, which illustrates BP's ongoing post-May 29 efforts to understand the reasons for Top Kill's failure, and is relevant to the Aligned Parties' theory that BP misrepresented its knowledge about the reasons for Top Kill's failure. *E.g.*, Trial Tr. at 210:25-219:17 (Perkin). |
| TREX-150303 | Email from Scott Perfect to Rob Sharpe, et al re well questions | This document is not objected to per our records, and it relates to the conclusions the federal government drew from BP's May 29 presentation on the reasons for Top Kill's failure, and is relevant to the Aligned Parties' theory that the government was misled by BP's May 29 presentation. *E.g.*, Trial Tr. at 210:25-219:17 (Perkin). |

**Quantification - Category 4**

| TREX | Description | Reason for Admission | US Response |
|---|---|---|---|
| TREX-008620 | Gringarten's article "From Straight Lines to Deconvolution" | This article was included in a demonstrative during Dr. Gringarten's examination, and it was used during Dr. Hsieh's deposition; the entire exhibit should be admitted for completeness and to provide full context for the demonstrative that was used at trial. | No response |
| TREX-008624 | E-mail chain among U.S. scientists re "Geological evidence for aquifer" | This document is not objected to per our records, and it contains work prepared by University of Texas professor and US consultant Peter Flemings regarding the Macondo reservoir's geology, which was discussed during Dr. Hsieh's trial testimony. See Trial Transcript at 157:21-1590:5. | No response |

| | | | |
|---|---|---|---|
| TREX-009926 | Email from T. Hunsaker - M. McNutt et al. re Re: post mortem on BOP? | This email exchange between Dr. Tom Hunter and Dr. Marcia McNutt is not objected to per our records, and it discusses the implications of the recovered and analyzed BOP components on the Government's previous flow rate estimates and the assumptions those estimates are based upon, specifically noting that the evidence could fundamentally change the Government's flow rate curve. | The United States objects to BP/Anadarko's characterization of this exhibit as misleading, but does not object to the admission of this exhibit. |
| TREX-011427 | Email from R. Dykhuizen to T. Hunter et al. re flow calculations for the gulf | This May 19, 2010 email from Dr. Ronald Dykhuizen to Dr. Tom Hunter, a government admission, explains why it was "impossible" to do the kind of flow rate calculation Dr. Hunter was seeking, and identifies the information that would be necessary for such a calculation but was not available. | The United States objects to BP/Anadarko's characterization of this exhibit as misleading, but does not object to the admission of this exhibit. |
| TREX-130866 | Britt, L., Smith, M., et al., "Rotary Sidewall Cores – A Cost Effective Means of Determining Young's Modulus, Society of Petroleum Engineers," SPE 90861 (September 2004) | This document was not objected to, and it contradicts Dr. Roegiers's assertion that a 2-to-1 length-to-diameter ratio is necessary for pore volume compressibility testing. | The United States objects to the admission of this exhibit on the grounds that it lacks foundation, and moreover, as BP/Anadarko chose not to use this exhibit in their cross-examination of Dr. Roegiers, to offer it now is improper surrebuttal; additionally, the United States objects to BP/Anadarko's characterization of this exhibit as misleading. |
| TREX-140249 | Email from D. O'Sullivan - D. O'Sullivan & W. Rees et al. re Tri-Lab Daily report for June 17 - And other notes | This document directly addresses the government's theory relating to flow rate trends around the time of the Top Hat collection, when a Los Alamos National laboratory scientist observed noticeably less flow out of the top hat. | The United States objected to and maintains its objection to the admission of this exhibit on the grounds that it is incomplete (FRE 106), as the exhibit includes the cover email, but not the referenced attachment; additionally, the United States objects to BP/Anadarko's characterization of this exhibit as misleading. |
| TREX-142420 | Well Integrity/Shut-In Discussion Presentation | This document discusses the conclusion from United States consultants and employees that the Macondo reservoir was compartmentalized, an issue in the case discussed during Dr. Blunt's and Dr. Kelkar's examinations. | No response |

| TREX-142677 | Well Integrity/Shut-In Discussion Presentation | This document is not objected to per our records, and it discusses the conclusion from United States consultants and employees that the Macondo reservoir was compartmentalized, an issue in the case discussed during Dr. Blunt's and Dr. Kelkar's examinations. | No response |
|---|---|---|---|
| TREX-144767 | E-mail chain among U.S. scientists re Macondo MC-252 seismic data | This document is not objected to per our records, and it discusses the conclusion from United States consultants and employees that the Macondo reservoir was compartmentalized, an issue in the case discussed during Dr. Blunt's and Dr. Kelkar's examinations. | No response |
| TREX-150129 | Pre-drill Technical Assurance Memorandum (TAM) | This document, not objected to per our records, and cited in a Dr. Blunt demonstrative, contains much of the same data as TREX-005246, which was admitted into evidence in connection with Dr. Kelkar's examination; this version is higher quality and more legible, is the complete document, and should be admitted for completeness and to provide full context. | No response |

## UNITED STATES' LIST OF "CATEGORY 2" EXHIBITS

*admitted in part as noted*
*on list*
*11-7-13 S/C*

The United States offers the following list of "Category 2" Exhibits into evidence.[1]

| Trial Exhibit Number | Trial Exhibit Description | "Context" Objection[1] |
|---|---|---|
| TREX-006343 | E-mail - From: Bryan Ritchie; To: Cindy Yielding, Jay Thorseth; Subject: FW: Action Required: Mc252 Subsurface Technical Memo | |
| TREX-006400 | E-mail - From: Galina Skripnikova; To: Stuart Lacy, Kelly McAughan, Robert Bodek, Charles Bondurant; Subject: RE: Rotary Sidewall | |
| TREX-008727 | Anadarko Macondo Post Drill | Anadarko objects to this exhibit on the ground that there is no evidence that the data used in this report (which is entitled "Macondo Post-Drill") was derived from the final PVT reports.  Brian O'Neill Dep. at 133-137 (attached). |
| TREX-008731 | Anadarko Macondo Prospect Offset Evaluation MC 252/253/208 | |
| TREX-009261 | E-mail - From: Ole Rygg; To: Kurt Mix; Subject: Flow and kill sensitivity - restricted inflow from the oil zone | |
| TREX-009312 | E-mail chain, top e-mail from Mr. Peijs to Mr. Conn, et al., dated   Jul 06, 2010 | |
| TREX-009577 | Activity Log 7-14 | |
| TREX-009583 | Excel Spreadsheet | |
| TREX-009947 | E-mail - From: Robert Quitzau; To: William Burch; Subject: M56E Post-Blowout Fracture Pressure Question | |
| TREX-009948 | E-mail - From: William Burch; To: Kurt Mix, et al.; Subject: Dual Relief Well Strategy (Due by Noon) | |
| TREX-010333 | E-mail - From: Samir Khanna; To: Tim Lockett, Julian Austin, Trevor Hill; Subject: RE: Plumes | |
| TREX-010346 | E-mail - From: Trevor Hill; To: Andy Leonard; Subject: RE: Flow rate periods | |

[1] Anadarko has made a "context" objection to TREX-008727. Pursuant to the Court's August 29, 2013 Working Group Conference Order: "Where there is a 'context' objection, the party making the objection may request a few pages be admitted from a fact deposition bundle which is not a submitted deposition bundle." (Dkt. 11175 at 2, emphasis in original.)  Accordingly, at the request of Anadarko, the United States has attached pages 133-137 of the deposition of Brian O'Neill to this United States' List of "Category 2" Exhibits.

1

## UNITED STATES' LIST OF "CATEGORY 2" EXHIBITS

| | | |
|---|---|---|
| TREX-010358 | May 24, 2010 letter to The Honorable Edward J. Markey, Chairman, Subcommittee on Energy and Environment, from R. Kevin Bailey, on BP America, Inc., Re: Response to Chairman Markey's Correspondence, Dated May 14, 2010, to Mr. Lamar McKay, President and CEO of BP America, Inc., Enclosures, marked as CONFIDENTIAL | |
| TREX-010366 | Annotated Index for Notebook -- Temperature Measurements or Attempted Measurements | |
| TREX-010374 | E-mail - From: Tim Lockett; To: Trevor Hill, Norm McMullen; Subject: RE: ACTION: Need Predicted/measured BOP temperatures for Q4000 design | |
| TREX-010807 | E-mail - From: Saidi, Farah to Girrens, et al., Subject: RE: Choke side and kill side Drawings | |
| TREX-011146 | Handwritten Notes of Tony Liao | |
| TREX-011252 | E-mail - From: Kurt Mix to Jonathan Sprague, Subject: Fw: CFD results - case 11 - 70000 bpd impacting baseplate of DEN BOP | |
| TREX-130003 | E-mail - From: Hill, Trevor to Michael Edwards, Kate Baker, Subject: Draft for Discussion | |
| TREX-130015 | E-mail - From: Tim Lockett to Samir Khanna, Julian Austin, Hill, Trevor, Subject: RE: CFD effort in Houston | |
| TREX-130024 | E-mail - From: Roberta Wilson to Dustin Staiger, Jason Caldwell, Jason, Subject: RE: Procedure 4464 Well Integrity. | |
| TREX-130037 | E-mail - From: Kurt Mix to Bob Grace, Subject: Flow Modeling Results | |
| TREX-130043 | E-mail - From: Wilson Arabie to Gary Wulf, Subject: E-mail - From:ing: 4058_Dyanamic_Kill_Technical_File_Note_ Rev_A.pdf | |
| TREX-130097 | Email re Reservoir Engineering Support from Burch, William to Wellings, James | |
| TREX-130120 | Email re Current Density/Pressure assumptions from Hill, Trevor to Cook, Howard et al | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL      )   MDL NO. 2179

BY THE OIL RIG         )

"DEEPWATER HORIZON" IN )   SECTION "J"

THE GULF OF MEXICO, ON )

APRIL 20, 2010         )   JUDGE BARBIER

                       )   MAG. JUDGE SHUSHAN

Deposition of 30(b)(6)

DEPOSITION OF ANADARKO, BY AND THROUGH BRIAN

O'NEILL, taken at Pan-American Building,

601 Poydras Street, 11th Floor, New Orleans,

Louisiana, 70130, on the 12th day of

September, 2012.

133

1       but the -- this is a result, I suppose, of a

2       portion of Darcy calculation.  But I don't

3       see anything else that necessarily directly

4       goes into that equation from this table.

11:42  5            Q.     Well, the -- is end result of

6       what you're trying to find through the

7       Darcy's equation what the flow rate is?

8            A.     I'm trying to determine a range

9       of flow rates under various delta P bottom

11:43 10      hole hypothetical scenarios.

11            Q.     Okay.  Do you recall whether you

12      made any updates to this Table 4?

13            A.     No, I don't recall.

14            Q.     Did anybody at Anadarko make

11:43 15      additional updates to this Table 4?

16            A.     No.

17            Q.     With respect to Figure 6, do you

18      recall whether there were any updates made to

19      this table?

11:43 20            A.     No, I don't recall.

21            Q.     Did anybody at Anadarko make any

22      updates to this table?

23            A.     No.

24            Q.     If you can turn to Tab No. 29,

11:44 25      and this is Bates No. starting with

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

134

```
 1      ANA-MDL2-00056137, and we'll mark it 8727 as

 2      an exhibit.

 3                  Mr. O'Neill, do you recognize

 4      this document?

 5          A.      I recognize portions of the

 6      document.

 7          Q.      And the title of the document on

 8      the first page reads, Anadarko -- or, sorry,

 9      "Macondo Post Drill"; is that correct?

10          A.      That's correct.

11          Q.      And it has the Anadarko label

12      logo at the top right-hand corner; is that

13      correct?

14          A.      That's correct.

15          Q.      Is this a document that Anadarko

16      created, to your knowledge?

17          A.      I don't know.  I mean, it -- I

18      don't know who created the document, but

19      given all the logo and everything else, I

20      assume someone at Anadarko created it.

21          Q.      Okay.  Do you know -- do you

22      know what a document like this might be used

23      for within Anadarko?

24          MS. WILMS:  Object to form.

25          A.      No, I don't.  I don't know why
```

11:44  5
11:44  10
11:44  15
11:45  20
11:45  25

1    this document was created.

2         Q.    (BY MS. HARVEY)  Does it

3    represent an analysis of the Macondo prospect

4    after drilling?

11:45  5         MS. WILMS:  Object to form.

6         A.    Yeah, I guess if you're asking

7    me what this document is intended to

8    represent, I guess I would have to answer I

9    don't know.  I'm not really familiar with

11:45  10   this document.  So I don't know why it was

11   created.

12        Q.    (BY MS. HARVEY)  But you said

13   this document contains pages that you are

14   familiar with; is that right?

11:46  15        A.    Not pages, but there are figures

16   in here that appear to have been extracted

17   from some of my work.

18        Q.    Okay.  And can you tell me what

19   pages?

11:46  20        A.    On this document it would be

21   56144 --

22        Q.    Okay.

23        A.    -- and 56145 includes some

24   information that I have shown in previous

11:46  25   PowerPoints.  It also has information that --

**Worldwide Court Reporters, Inc.**
**PURSUANT TO CONFIDENTIALITY ORDER**

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | that I've never seen before.                             |
|       | 2  | Q.    Do you mean these specific pages                   |
|       | 3  | or the document in its entirety?                         |
|       | 4  | A.    No, there is information on this                   |
| 11:46 | 5  | page that I don't recall having seen.                    |
|       | 6  | Q.    And "this page," are you                           |
|       | 7  | referring to the document ending at 0005 --              |
|       | 8  | 00056145?                                                |
|       | 9  | A.    That's correct.                                    |
| 11:47 | 10 | Q.    Okay.  Page 9 of the document?                     |
|       | 11 | A.    I don't know what number it                        |
|       | 12 | comes into, but it is with the last number               |
|       | 13 | 56144.                                                   |
|       | 14 | Q.    Oh, oh, okay.  So you're --                        |
| 11:47 | 15 | okay.                                                    |
|       | 16 | A.    Oh, it's Page 8, if that is the                    |
|       | 17 | notation that you're referring to on -- below            |
|       | 18 | the little bar there.                                    |
|       | 19 | Q.    So we're discussing Page 8 of                      |
| 11:47 | 20 | the document, right?                                     |
|       | 21 | A.    I believe so, yes.                                 |
|       | 22 | Q.    Okay.  And on the left-hand                        |
|       | 23 | side, there is a pressure V depth plot; is               |
|       | 24 | that correct?                                            |
| 11:47 | 25 | A.    That's correct.                                    |

| | |
|---|---|
| 1 | Q.    And that was generated by you? |
| 2 | A.    Uh-huh.  I'm sorry, yes, it was. |
| 3 | Q.    And the information on the |
| 4 | right-hand side says, "PVT Summary"; is that |
| 11:47  5 | correct? |
| 6 | A.    That's what it says. |
| 7 | Q.    And have you seen this |
| 8 | information before? |
| 9 | A.    It does not look familiar to me. |
| 11:48  10 | Q.    Okay.  There is a GOR number of |
| 11 | 2550 scp per BB1; is that correct? |
| 12 | A.    That's correct. |
| 13 | Q.    And so that's a GOR number of |
| 14 | 2550, right? |
| 11:48  15 | A.    It is gas-oil ratio of 2550. |
| 16 | Q.    And down where that number came |
| 17 | from? |
| 18 | A.    No. |
| 19 | MS. WILMS:  Object to form. |
| 11:48  20 | Q.    (BY MS. HARVEY)  The next number |
| 21 | is "FVF"; is that right? |
| 22 | A.    That's correct. |
| 23 | Q.    And what is that number? |
| 24 | A.    It appears to represent a |
| 11:48  25 | formation volume factor. |

## UNITED STATES' LIST OF "CATEGORY 4" EXHBITS

The United States submits the following list of "Category 4" exhibits that it requests be added as exhibits to the Phase II trial record.

*admitted in part as noted on list 11-7-13*

| TREX | Description | Reason for admission | Response/Objection[1] |
|------|-------------|---------------------|----------------------|
| TREX-008631 | Well Integrity / Shut-in Discussion | BP/Anadarko did not object to this exhibit, which provides view of BP employee Bob Merrill during response that Horner plots are not quantitative unless rate information is known. | |
| TREX-010835 | June 24, 2010 Memo by Steve Wilson regarding the risk of broaching | BP/Anadarko did not object to this exhibit, an internal BP memorandum by Steve Wilson regarding the risks from shutting in the well as they were understood in late June, 2010. | |
| TREX-011137 | June 10, 2010 Email Wang to Liao Re: Black oil table output from PVTsim for Prosper | BP/Anadarko did not object to this exhibit, a black oil table providing "shrinkage factor" information based on a four-stage separation process; exhibit was designated in Liao bundle, which was ultimately not submitted due to limitation placed on number of bundles allowed to be submitted. | Because there is no testimony in the record about this document, all necessary context is missing because there is no evidence of how the table was built or why, and US expert Dr. Zick testified that BP's 2010 fluid properties model did not predict fluid properties appropriately. |
| TREX-011163 | E-mail dated June 28, 2010 Baker to Hill Subject: FW: Information on MC-252 well | BP/Anadarko did not object to this exhibit, which provides information regarding reservoir properties used as modeling inputs by BP during the response; exhibit was designated in Liao bundle, which was ultimately not submitted due to limitation placed on number of bundles allowed to be submitted. | |

---

[1] For the Court's convenience, the United States has included the one-sentence responses/objections BP/Anadarko made to certain of the United States' Category 4 exhibits. By including these responses/objections, the United States is not conceding that these responses/objections are accurate or have merit.

## UNITED STATES' LIST OF "CATEGORY 4" EXHBITS

| TREX | Description | Reason for admission | Response/Objection |
|------|-------------|----------------------|--------------------|
| TREX-011498 | Pages 140 - 149, Compressibility of Sandstones; 12 pages | BP/Anadarko did not object to this exhibit, which is an excerpt from a book published by BP expert Dr. Zimmerman that provides information that contradicts Dr. Zimmerman's trial testimony. | BP did not object to these exhibits previously, but objects now (1) because the admission reasons provided by the US are incorrect (nothing in the texts contradicts Zimmerman's testimony at trial), and (2) on the basis of completeness - the entirety of Compressibility of Sandstones should be, and Fundamentals of Rock Mechanics already is, admitted -- BP is not opposed to the admission of these documents in their entirety for context purposes. See TREX-144580 (Fundamentals of Rock Mechanics, already admitted) and TREX-144519 (Compressibility of Sandstones). |
| TREX-011499 | Pages 103 - 105, 137, 138, 140, 142, 144, 146 - 150 and 152, Fundamentals of Rock Mechanics, Fourth Edition; 16 pages | BP/Anadarko did not object to this exhibit, which is an excerpt from a book published by BP expert Dr. Zimmerman that provides information that contradicts Dr. Zimmerman's trial testimony. | BP did not object to these exhibits previously, but objects now (1) because the admission reasons provided by the US are incorrect (nothing in the texts contradicts Zimmerman's testimony at trial), and (2) on the basis of completeness - the entirety of Compressibility of Sandstones should be, and Fundamentals of Rock Mechanics already is, admitted -- BP is not opposed to the admission of these documents in their entirety for context purposes. See TREX-144580 (Fundamentals of Rock Mechanics, already admitted) and TREX-144519 (Compressibility of Sandstones). |

## UNITED STATES' LIST OF "CATEGORY 4" EXHBITS

| TREX | Description | Reason for admission | Response/Objection |
|------|-------------|----------------------|--------------------|
| TREX-011563 | CD containing three Excel spreadsheets titled Johnson Maximus Outputs Drillpipe high July 15, Johnson Maximus Outputs Drillpipe high May 8, XAJX002-10-10 | BP/Anadarko did not object to this exhibit, outputs from the model relied upon by BP expert Dr. Johnson in criticizing analysis of US expert Dr. Griffiths; evidence difficult to present orally at trial but nevertheless relevant. | Judge Barbier has already ruled that TREX-011563 is inadmissible (see 3106:23-3108:1), and therefore, BP/Anadarko object to the United States' inclusion of TREX-011563 as a Category 4 exhibit. |
| TREX-011734 | Erosion in Disturbed Liquid/Particle Pipe Flow: Effects of Flow Geometry and Particle Surface Roughness | BP/Anadarko did not object to this exhibit, a paper published and relied upon by BP expert Dr. Nesic. | |
| TREX-130815 | Core Lab Reservoir Optimization Volatile Oil Reservoir Fluid Study for BP Report No: 36126-53-5010068379 | Exhibit was called out during the examination of Dr. Zick and no objections were made during the examination (Trial Transcript at 1764:15-24), but was erroneously left off the list of documents to be admitted. | |
| TREX-130963 | Intertek/Westport Multi-Stage Separator Test (Final Report) | Exhibit was called out during the examination of Dr. Zick and no objections were made during the examination (Trial Transcript at 1764:15-24), but was erroneously left off the list of documents to be admitted. | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL | ) | MDL NO. 2179 |
| BY THE OIL RIG | ) | |
| "DEEPWATER HORIZON" IN | ) | SECTION "J" |
| THE GULF OF MEXICO, ON | ) | |
| APRIL 20, 2010 | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

VOLUME 1

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Deposition of Tony T. Liao, Ph.D., taken at Kirkland & Ellis International, 30 St. Mary Axe, 22nd Floor, London EC3A 8AF, England, United Kingdom, on the 10th of January, 2013.

**PURSUANT TO CONFIDENTIALITY ORDER**

1    of the -- the fluids information that -- the PVT

2    information that was provided to your team.

3            I'm going to go first to Tab 45,

4    which is Exhibit 11137.  I'll hand it to you in

5    just a second.  I would keep those two documents

6    close by because we'll probably refer to those.

7    The rest you can sort of shove out of the way if

8    you want to.

9        A.   All right.

10            (Marked Exhibit No. 11137.)

11       Q.   (BY MS. ENGEL)  And this Exhibit 11138 is

12   a cover E-mail from -- oh, 37.  Sorry.

13            11 -- Exhibit 11137 is a cover E-mail

14   from Yun Wang to you, and the subject is:  "Black

15   oil table output from PVTsim for Prosper.  And

16   then it has an attachment that's titled

17   "PROSPER.ptb."

18            Do you see that?  I'm looking just at

19   the cover E-mail.

20       A.   The PROSPER, I don't see -- oh, the

21   attachment?  Okay.  Yeah.

22       Q.   Yes.

23       A.   The "PROSPER.ptb," yes.

24       Q.   And this is from June 10th, 2010; is that

25   right?

Yes.

Okay.  So Dr. Wang generated this black
using PVTsim for you to use in PROSPER,
correct?

5      A.  Correct.

6      Q.  Is this the -- the first black oil table
7  that Dr. Wang provided you for the Macondo work?

8               MR. CRAMER:  Object to form.

9      A.  I'm not sure.

10      Q.  (BY MS. ENGEL)  Do you recall receiving a
11  black oil table from Dr. Wang prior to June 10th?

12      A.  I don't recall that.  I really can't
13  remember now.

14      Q.  If you look at the -- the top of the
15  attachment --

16      A.  Okay.

17      Q.  -- on the right-hand side, it says:  "EOS=
18  PR78."

19      A.  Yeah.

20      Q.  Do you know what "PR78" refers to?

21      A.  That refer to a EOS model.  The model is
22  Peng-Robinson, 1978 version.  This, you need to --
23  that's my interpretation, my understanding --

24      Q.  Okay.

25      A.  -- of the PVT.

11/7/2013

## MDL NO. 2179
## In re: Oil Spill by the Oil Rig "Deepwater Horizon"
## in the Gulf of Mexico, on April 20, 2010

### Aligned Parties' List of Category Four Documents
### to be Added as Exhibits for Phase II Trial

Aligned Parties hereby provide the following list of documents that they request be added as exhibits to the Phase II trial record and a brief explanation regarding why they should be added.

Admitted 11-7-13 Sd

| TREX | Description | Explanation |
|------|-------------|-------------|
| 120061 | BP Gulf of Mexico SPU Drilling Completions and Interventions, Risk Management Plan, § 3.5, Mitigation | This document, a BP business record that discusses BP's risk mitigation policies prior to Macondo, is not objected to by any party and should be admitted, as it is relevant to Phase 2. |
| 150040 | 4/24/2010  Email From: Kurt Mix To: Mike Zanghi and others  Subject: Final Wellbore Collapse Prediction Macondo re: possible well collapse and projected flow rate exceeding the rate represented | This document, a BP business record, is not objected to by any party and should be admitted, as it is relevant to Phase 2. |
| 10091 | 5/3/2010 SES Report, Cases 1 & 2 Flow Analysis Horizon BOP | This document shows that Stress Engineering was performing modeling for the 70,000 and 35,000 bpd cases as of May 1, 2010, is not objected to by any party, and should be admitted, as it is relevant to Phase 2. |
| 150042 | 6/3/2010  Email From: Nancy Seiler To: Jim Hackett Subject: Comments re: complaints about BP's relief efforts | This document, an Anadarko business record, is clearly relevant to show the impact of BP's failure to plan for source control and should be admitted, as it is relevant to Phase 2. |
| 10566 | 6/11/2010  Letter to Doug Suttles from Rear Admiral James Watson  Subject: need for additional capacity and redundancy for collection efforts | This letter shows that as of June 11, 2010, BP's containment plans were inadequate, demonstrates the impact of BP's failure to plan for source control, is not objected to by any party, and should be admitted, as it is relevant to Phase 2. |
| 11640 | BP Safety Commercial that features an employee identified as BP's Safety Advisor describing BP's improved safety due to its new capping stacks | This commercial, created by BP, is not hearsay because it is a party admission, is relevant because it addresses BP's arguments concerning the utility of a pre-fabricated capping stack, and is not a subsequent remedial measure because BP contests feasibility. |
| 160140 | 5/2/2010  Manual: Capping Procedure, Deepwater Enterprise, Version #6 re: list of capping procedures for landing the BOP from the Discoverer Enterprise onto the Horizon BOP | This document, a Transocean business record, is not objected to by any party and should be admitted, as it is relevant to Phase 2. |
| 120174 | 3/3/2010  Email From: James Dupree to | This document, a BP business record that |

| | Ayana McIntosh-Lee, et al. Subject: OTC Speech; with attached written presentation by BP's Vice-President Neil Shaw | discusses the high risks of deepwater drilling in the Gulf of Mexico, BP's strategy to continue the push into deeper waters, and BP's position as the number one operator in the Gulf, is relevant to the issues in Phase 2, particularly given BP's effort to assert an industry standard defense. |
|---|---|---|
| 11744 | 5/7/2010  Report of Findings:  MC 252 Junk Shot Peer Assist on 5/6/2010 | This document, a BP business record, is not objected to by any party and relates to the risks and low likelihood of success of the Junk Shot source control procedure at issue in the Phase 2 trial. |
| 160004 | 4/30/2010  Email From: Michael Leary To: Patrick O'Bryan Subject: FW: BP Macondo Well Control Modeling, with attachment regarding Worst Case Discharge modeling. | This document, a BP business record, is not objected to by any party and relates to BP's misrepresentation of flow rate at issue in the Phase 2 trial. |
| **ALTERNATE EXHIBIT** | | |
| 11164 | 5/10/2010  Memo from BP's Tony Liao: Effect of Oil Formation Volume Factor (FVF) | This document, a BP business record, is not objected to by any party and relates to BP's internal flow rate estimates at issue in the Phase 2 trial that did not support BP's external representations of flow rate. |