## BP - Physical Demonstratives

admitted 11-7-13 SK

| Witness | Demonstrative Number |
|---|---|
| Blunt, Martin | D-23958 |
| Blunt, Martin | D-23962 |
| Blunt, Martin | D-23963 |
| Blunt, Martin | D-23964 |
| Blunt, Martin | D-24577 |
| Nesic, Srdjan | D-24200 |
| Nesic, Srdjan | D-24201 |
| Nesic, Srdjan | D-24202 |
| Nesic, Srdjan | D-24203 |