UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Lobdell P. Brown, III | * | CIVIL ACTION |
| | * | |
| vs. | * | NO: 13-2141 |
| | * | |
| BP Exploration & Production, Inc.; BP America | * | JUDGE BARBIER |
| Production Company; BP p.l.c.; Halliburton | * | |
| Energy Services, Inc.; and Sperry Drilling | * | MAGISTRATE SHUSHAN |
| Services, a division of Halliburton Energy | * | |
| Services, Inc. | * | |
| | * | |
| *     *     *     *     *     *     *     * | | |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

Plaintiff, Lobdell P. Brown, III, moves this Court to substitute David J. Schexnaydre of

the firm of Pajares & Schexnaydre, LLC, 68031 Capital Trace Row, Mandeville, Louisiana,

70471, as his counsel of record in this matter, for and in place of Robert J. Diliberto and Damon

A. Kirin and the law firm of Diliberto & Kirin, LLC, 3636 South Interstate 10 Service Road

West, Suite 210, Metairie, Louisiana, 70001-6418.  This substitution will not impede the course

of this case to trial.

**DILIBERTO & KIRIN, LLC**

BY:  /s/ Robert Diliberto
Robert J. Diliberto, T.A.
Louisiana State Bar Association No. 24783
Damon A. Kirin
Louisiana State Bar Association No. 24729
3636 S. I-10 Service Road West, Suite 210
Metairie, Louisiana  70001
Telephone:  504-828-1600
Facsimile:  504-828-1555
Counsel for Lobdell P. Brown, III

**PAJARES & SCHEXNAYDRE, L.L.C.**

BY:  /s/ David J. Schexnaydre
DAVID J. SCHEXNAYDRE, T.A.
Louisiana State Bar Association No. 21073
68031 Capital Trace Row
Mandeville, Louisiana  70471
Telephone:  985-292-2000
Facsimile:  985-292-2001
Email:  david@pslawfirm.com
Counsel for Lobdell P. Brown, III

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

/s/ David J. Schexnaydre
DAVID J. SCHEXNAYDRE