UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Lobdell P. Brown, III | * | CIVIL ACTION |
| | * | |
| vs. | * | NO: 13-2141 |
| | * | |
| BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.; Halliburton Energy Services, Inc.; and Sperry Drilling Services, a division of Halliburton Energy Services, Inc. | * * * * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \*

## ORDER

CONSIDERING the foregoing Motion to Substitute Counsel of Record,

IT IS ORDERED that David J. Schexnaydre of the law firm of Pajares & Schexnaydre, LLC, be and is hereby substituted as counsel of record for plaintiff, Lobdell P. Brown, III, in lieu and in place of Robert J. Diliberto and Damon A. Kirin.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE