UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Motion for Leave to File Complaint in Intervention (Rec. doc. 10984)]**

In accord with the orders of the Court (Rec. docs. 11719 and 11912), Steve Pemberton and Fast Flow, LLC (collectively "Fast Flow"), movers for leave to file complaint in intervention presented their certificate demonstrating that there is no opposition to their motion for leave (Rec. doc. 11798).

IT IS ORDERED that Fast Flow's motion for leave to file complaint in intervention (Rec. docs. 10984) is GRANTED.

New Orleans, Louisiana, this 9th day of December, 2013.

SALLY SHUSHAN
United States Magistrate Judge