UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| Applies to: *All Cases* | * | MAG. JUDGE SHUSHAN |

## ORDER

Considering the request of Transocean to remove, destroy, or otherwise dispose of equipment formerly associated with the *Deepwater Horizon* stored at Transocean's facility in Amelia, Louisiana:

**IT IS ORDERED** that Transocean's request is **GRANTED**. Transocean is hereby permitted to remove, destroy, or otherwise dispose of the materials described above.

New Orleans, Louisiana, this 10th day of December, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

1