UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL No. 2179 |
| | § | SECTION: J |
| THIS DOCUMENT RELATES TO: | § § | JUDGE BARBIER |
| Civil Action No. 2:13-cv-01608-CJB-SS *Judith K. (Patterson) Manninen v. BP Exploration & Production, Inc., et al.* | § § § | MAGISTRATE JUDGE SHUSHAN |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Judith K. (Patterson) Manninen, through undersigned counsel, voluntarily dismisses with prejudice her action (Cause No. *2:13-cv-01608-CJB-SS* in this consolidated matter) against all defendants named in the complaint that was filed on, or about, April 19, 2013, and that was first amended on, or about, April 26, 2013. None of the Defendants have filed answers or motions for summary judgment in response to Plaintiff's complaint, and therefore, stipulation by all defendants is not required. Fed. R. Civ. Proc. 41(a)(1)(A)(i).

Respectfully submitted,

BARON & BUDD, P.C.

BY: _/s/ Scott Summy_
SCOTT SUMMY (Texas Bar No. 19507500)
ssummy@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181

**MORGAN & MORGAN COMPLEX LITIGATION GROUP**

/s/ Frank M. Petosa
**Frank M. Petosa, Esq.**
Florida Bar #972754
600 North Pine Island Road, Suite 400
Plantation, FL 33324
Phone: (954) 318-0268
Facsimile: (954) 333-3515
Email: fpetosa@forthepeople.com
Website: www.forthepeople.com

**BEGGS & LANE, RLLP**

J. NIXON DANIEL, III, Florida Bar No. 228761
jnd@beggslane.com
JAMES S. CAMPBELL, Florida Bar No. 623539
jsc@beggslane.com
W. LEE ELEBASH, Florida Bar No. 74737
wle@beggslane.com
501 Commendencia Street
Pensacola, FL 32502
Telephone: (850) 432-2451
Facsimile: (850) 469-3331

## CERTIFICATE OF SERVICE

I hereby certify that on December 11th, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and provided notice by and through Lexis Nexis to all counsel of record.

*Shelly Petersen*

2