UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No.: 2179 Section "J" |
| THIS DOCUMENT RELATES TO: *2:13-cv-02404* | * * * | Judge Barbier Magistrate Judge Shushan |
| * * * * * * * * | | |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

Plaintiff, M & M Shipping Corporation, moves this Court to substitute David J. Schexnaydre of the firm of Pajares & Schexnaydre, LLC, 68031 Capital Trace Row, Mandeville, Louisiana, 70471, as his counsel of record in this matter, for and in place of Robert J. Diliberto and Damon A. Kirin and the law firm of Diliberto & Kirin, LLC, 3636 South Interstate 10 Service Road West, Suite 210, Metairie, Louisiana, 70001-6418.  This substitution will not impede the course of this case to trial.

| **DILIBERTO & KIRIN, LLC** | **PAJARES & SCHEXNAYDRE, L.L.C.** |
|---|---|
| BY:  /s/ Robert Diliberto<br>Robert J. Diliberto, T.A.<br>Louisiana State Bar Association No. 24783<br>Damon A. Kirin<br>Louisiana State Bar Association No. 24729<br>3636 S. I-10 Service Road West, Suite 210<br>Metairie, Louisiana  70001<br>Telephone:  504-828-1600<br>Facsimile:  504-828-1555<br>Counsel for M & M Shipping Corporation | BY:  /s/ David J. Schexnaydre<br>DAVID J. SCHEXNAYDRE, T.A.<br>Louisiana State Bar Association No. 21073<br>68031 Capital Trace Row<br>Mandeville, Louisiana  70471<br>Telephone:  985-292-2000<br>Facsimile:  985-292-2001<br>Email:  david@pslawfirm.com<br>Counsel for M & M Shipping Corporation |

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 11, 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

                                    /s/ David J. Schexnaydre
                                    DAVID J. SCHEXNAYDRE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No.:  2179<br><br>Section "J" |
| THIS DOCUMENT RELATES TO: *2:13-cv-02404* | * * * | Judge Barbier<br>Magistrate Judge Shushan |
| *     *     *     *     *     *     *  | * | |

## ORDER

CONSIDERING the foregoing Motion to Substitute Counsel of Record,

IT IS ORDERED that David J. Schexnaydre of the law firm of Pajares & Schexnaydre, LLC, be and is hereby substituted as counsel of record for plaintiff, M & M Shipping Corporation, in lieu and in place of Robert J. Diliberto and Damon A. Kirin.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE