UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>2:10-cv-02454, 2:10-cv-01768 | ) MDL NO. 2179<br>)<br>) SECTION: J<br>)<br>) JUDGE BARBIER<br>) MAG. JUDGE SHUSHAN<br>)<br>) **MOTION TO LIFT STAY UNDER**<br>) **PRETRIAL ORDERS 11 & 25 AND FOR**<br>) **LEAVE TO PROCEED BEFORE**<br>) **MAGISTRATE JUDGE**<br>) |

**MOTION TO LIFT STAY UNDER PRETRIAL ORDERS 11 & 25 AND FOR
LEAVE TO PROCEED BEFORE MAGISTRATE JUDGE**

The Center for Biological Diversity (the "Center"), plaintiff in *Center for Biological Diversity v. BP America, et al.*, 2:10-cv-02454 and 2:10-cv-01768, respectfully moves this Court to Lift the Stay Under Pretrial Order Nos. 11 & 25 and For Leave to Proceed Before Magistrate Judge. The Fifth Circuit held earlier this year that dismissal of the Center's individual claims under the Emergency Planning and Community Right-to-Know Act ("EPCRA"), 42 U.S.C. § 11001 *et seq.*, was improper. *Center for Biological Diversity, Inc. v. BP America Production Co.*, 704 F.3d 413, 430-31 (5th Cir. 2013). The D1 Master Complaint was dismissed by this Court; consequently, there appears to be no mechanism for the Center to prosecute its claim without leave of the Court.

For the reasons described above and further discussed in the attached Memorandum, the Center requests that the Court lift the stay contained in paragraph 8 of Pretrial Order No. 25 as it applies to the Center's individual complaints and allow this case to move forward before a Magistrate Judge irrespective of the pleading bundles established in Pretrial Order No. 11. The information sought by the Center is amenable

1

to a motion for partial summary judgment on liability after which injunctive relief will become immediately available as a remedy.  Alternatively, the Center requests that the Court hold a status conference to establish how the Center's individual claims will proceed in MDL-2179 so that the public interest will be served in getting the information required to be provided as a matter of law.

After conferring with the Plaintiffs' Steering Committee ("PSC"), Movant hereby certifies that the PSC does not oppose this motion.

DATED this 12th day of December, 2013.
Respectfully submitted,

                                        s/Charles M. Tebbutt
                                        Charles M. Tebbutt
                                        Daniel C. Snyder
                                        Law Offices of Charles M. Tebbutt, P.C.
                                        941 Lawrence St.
                                        Eugene, OR 97401
                                        Ph: 541-344-3505
                                        E-mail: charlie.tebbuttlaw@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12th, 2013, I electronically served the foregoing on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing in accordance with the procedures established in MDL 2179.

                                        s/ Sarah A. Matsumoto
                                        Sarah A. Matsumoto
                                        Law Offices of Charles M. Tebbutt, P.C.