UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>2:10-cv-02454, 2:10-cv-01768 | ) MDL NO. 2179<br>) SECTION: J<br>) JJUDGE BARBIER<br>) MAG. JUDGE SHUSHAN<br>)<br>) **[PROPOSED] ORDER**<br>) |

### ORDER ON MOTION TO LIFT STAY UNDER PRETRIAL ORDERS 11 & 25 AND FOR LEAVE TO PROCEED BEFORE MAGISTRATE JUDGE

Before the Court is the Center for Biological Diversity's (the "Center") Motion to Lift Stay Under Pretrial Orders 11 & 25 and for Leave to Proceed Before Magistrate Judge. The Motion states the Plaintiffs' Steering Committee's position that it does not oppose the relief sought by the Center. As such, and in light of the reasons articulated by the Center and in the interests of justice, IT IS HEREBY ORDERED that the Center for Biological Diversity's Motion to Lift Stay Under Pretrial Orders 11 & 25 and for Leave to Proceed Before Magistrate Judge is GRANTED. The Clerk is instructed to sever 2:10-cv-02454 and 2:10-cv-01768 from MDL-2179 and assign those cases to a Magistrate Judge for purposes of proceeding consistent with the remand from the Fifth Circuit Court of Appeals. *Center for Biological Diversity, Inc. v. BP America Prod. Co., et al.*, 704 F.3d 413 (5th Cir. Jan. 9, 2013); ECF No. 8532 (judgment).

[PROPOSED] ORDER

1

THUS DONE AND SIGNED this ____ day of _____, 2013, New Orleans, Louisiana.

                                                                            HON. CARL J. BARBIER
                                                                            UNITED STATES DISTRICT JUDGE