IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF | § | |
| OF MEXICO, ON APRIL 20, 2010 | § | SECTION: J |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE BARBIER |
| *Stylistic Design Developers, Inc.* | § | MAG JUDGE SHUSHAN |
| 2:13-cv-3016 | § | |

### EX-PARTE MOTION TO ENROLL ADDITIONAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **Stylistic Design Developers, Inc.**, Plaintiff in the above-entitled and numbered cause of action, and would respectfully show unto the Court as follows:

I.

Plaintiff, **Stylistic Design Developers, Inc.**, requests that Brent W. Coon of the law firm of Brent Coon & Associates, 215 Orleans Street, Beaumont, Texas 77701, (409) 835-2666, (409) 835-1912 facsimile, be enrolled as an additional counsel of record in the above-styled and numbered cause of action. Tracee L. Ivins of the law firm of DANZIGER & DE LLANO, LLP is Plaintiff's Lead Counsel of Record of record and will continue as attorney in charge for Plaintiff.

II.

This addition is sought with the approval of Plaintiff and with agreement of both attorneys, and is not filed for the purposes of delay.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, moves the Court to enroll Brent W. Coon as additional counsel of record in this matter.

By: /s/ Brent W. Coon
    Brent W. Coon
    Texas Bar No. 04769750
    Fed Bar No.  9308
    215 Orleans Street
    Beaumont, Texas 77701
    brent@bcoonlaw.com
    Phone: (409) 835-2666
    Fax: (409) 835-1912

By: /s/ Tracee L. Ivins
    Tracee L. Ivins
    Fla Bar No.67209
    8270 Woodland Center Blvd
    Tampa, Florida 33614
    trace@dandell.com
    Phone: (813) 334-2103
    Fax: (713) 222-8866

**ATTORNEY FOR STYLISTIC DESIGN DEVELOPERS, INC.**

**CERTIFICATE AND PROOF OF SERVICE**

    I hereby certify that a copy of the foregoing Motion to Enroll Additional Counsel, as well as the original and this Proof of Service, were filed via the Eastern District of Louisiana's ECF system and served on December 12, 2013, both electronically and via the United States, mail first class, postage prepaid for those who are not a part of the electronic system.

    /s/ Brent W. Coon