IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG 2179** | § | **MDL NO.** |
| **"DEEPWATER HORIZON" IN THE GULF** | § | |
| **OF MEXICO, ON APRIL 20, 2010** | § | **SECTION: J** |
| | § | |
| **THIS DOCUMENT RELATES TO:** | § | **JUDGE BARBIER** |
| *Stylistic Design Developers, Inc.* | § | **MAG JUDGE SHUSHAN** |
| **2:13-cv-3016** | § | |

## ORDER

CONSIDERING the Ex Parte Motion to Enroll, BRENT W. COON, of the law firm of Brent Coon & Associates, as additional Counsel with TRACEE L. IVINS, of the law firm of DANZIGER & DE LLANO, LLP, in the above and entitled cause of action and having come before this honorable Court and having considered this matter is of the opinion that said Motion is well taken and should be GRANTED.

NEW ORLEANS, Louisiana, this _____ day of _____, 2013.

JUDGE PRESIDING