IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: "J" |
| This document relates to No. 12-970 | * | Honorable Carl J. Barbier |
| | * | Magistrate Judge Shushan |
| | * * * | |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

**NOW INTO COURT**, through undersigned counsel, comes claimant The Andry Law Firm, L.L.C. ("The Andry Law Firm")[1] who files this *Motion For Extension of Time To File Response* requesting that the deadline for filing motions, objections, or otherwise responding to the Special Master's report be extended in light of ongoing discovery issues before Magistrate Judge Shushan, all as more fully set forth in the accompanying memorandum in support.

**WHEREFORE**, The Andry Law Firm respectfully requests that this Honorable Court grant The Andry Law Firm's *Motion For Extension To File Response*, and order that the deadline for filing motions, objections, or otherwise responding to the Special Master's report be

---

[1] The Andry Law Firm hereby objects and reserves its rights to continue to make any and all objections to the *Freeh Report* and the Special Master's appointment and authority in this matter, including, but not limited to, any objections under the United States Constitution, 28 U.S.C. § 455, Rules for Lawyer Disciplinary Enforcement, the Federal Rules of Evidence, and the Federal Rules of Civil Procedure 4, 12(b)(1), 12(b)(5), 12(b)(6), and 53, including, but not limited to, lack of notice of and consent to the appointment of the Special Master, lack of notice of conflicts of interest and bases for disqualification of the Special Master, lack of waiver of objection to conflicts of interest and bases for disqualification of the Special Master, lack of notice of and consent to the scope of the mandate of the Special Master, the Special Master acting beyond the scope of his mandate and the scope permitted by law, violation of procedural and substantive due process, lack of opportunity to confront witnesses, hearsay, lack of meaningful opportunity to be heard, lack of evidentiary hearing, lack of opportunity to object to evidence, lack of subject matter jurisdiction, failure to state a claim upon which relief can be granted, lack of notice of complaint, orders and proceedings, lack of service of complaint, summons, appointment of Special Master, orders and proceedings, lack of personal jurisdiction, collateral estoppel, and *res judicata*.

extended until twenty-one (21) days after the production of all information ordered produced by the Court.

Respectfully submitted,

/s/ Stephen M. Gelé
RANDALL A. SMITH, T.A. (#2117)
STEPHEN M. GELÉ (#22385)
　　　　OF
SMITH & FAWER, L.L.C.
201 St. Charles Avenue, Suite 3702
New Orleans, LA 70170
Tel:　(504) 525-2200
Fax:　(504) 525-2205
sgele@smithfawer.com

Attorneys for The Andry Law Firm, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 13th day of December, 2013.

/s/ Stephen M. Gelé
Stephen M. Gelé
