IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig "Deepwater    *        MDL NO. 2179
Horizon" in the Gulf of Mexico, on
April 20, 2010                                 *        SECTION: "J"

This document relates to No. 12-970            *        Honorable Carl J. Barbier

                                                        Magistrate Judge Shushan
                                *        *        *

MEMORANDUM IN SUPPORT OF
MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

MAY IT PLEASE THE COURT:

The Andry Law Firm, L.L.C. ("The Andry Law Firm") requests that the deadline for

filing motions, objections, or otherwise responding to the Special Master's report be extended in

light of ongoing discovery issues before Magistrate Judge Shushan.

On November 12, 2013, this Honorable Court issued an Order stating:

> On September 6, 2013, the Court ordered Lionel Sutton,
> Christine Reitano, Jon Andry, Glen Lerner, and any associated law
> firms to show cause why the Court should not adopt certain
> findings and recommendations of Special Master Louis Freeh.
> (Rec. Doc. 11288) The current deadline for filing objections or
> motions to the Special Master's Report is November 15, 2013.
> (Rec. Doc. 11664) In the meantime, various discovery motions
> related to Show Cause Order have been referred to Magistrate
> Judge Shushan (id.), who issued an initial ruling on October 24.
> (Rec. Doc. 11729)
>       In light of ongoing discovery issues before Magistrate
> Judge Shushan,
>       IT IS ORDERED that the deadline for filing motions,
> objections, or otherwise responding to the Special Master's report
> is extended to Monday, December 16, 2013.

Rec. Doc. 11835.

Since the issuance of that Order, Magistrate Judge Shushan has not ruled on the

remaining discovery issues. On October 24, 2013, Magistrate Judge Shushan issued a ruling on the pending motions by The Andry Law Firm, Glen Lerner, Lionel Sutton, and Jon Andry. Rec. Doc. 11729; *see* Rec. Docs.11610, 11619, 11627, 11639, 11642, 11643, 11644, 11648 and 11666. However, Magistrate Judge Shushan has yet to rule on the production of items to be produced in order to be reviewed, *in camera*, including computer forensics, redacted documents, and all documents assembled during the course of the investigation and preparation of the report that have not been otherwise produced. *See* Rec. Doc. 11729; *see also* Rec. Docs. 11803 and 11910. Further, the parties are still arranging for the production of 6,000 pages of original phone records after perfection of a protective order. *Id.*

Further, the Order of Magistrate Judge Shushan denied the production of certain information, including depositions and/or interviews of employees of the CAO and unredacted transcripts or interview memoranda of employees of AndryLerner LLC or The Andry Law Firm. Rec. Doc. 11729. Appeals were filed from that Order which were later denied by this Court, without prejudice, allowing the refiling of objections after Magistrate Judge Shushan has ruled upon all of the referred discovery matters. Rec. Docs. 11773, 11824, 11847 and 11854. Those appeals may later be pursued.

Additionally, the Court's Order of September 19, 2013 provided that "[t]he Special Master *shall provide* . . . [the Show Cause parties] access to information relevant to portions of the Special Master's Report concerning [the Show Cause parties]." R. Doc. 11442, at 1 (emphasis added). The Andry Law Firm contends that it has a due process right to any and all information bearing on the claims process and the interaction between and among the persons mentioned in the *Freeh Report*, including all of the information gathered by the Special Master,

and especially including the information referenced in the *Freeh Report* itself. Such information will demonstrate in its totality that there is a dearth of information supporting the factual allegations or the punitive recommendations of the *Freeh Report* as to The Andry Law Firm. The Andry Law Firm has not yet received the totality of such information.

Therefore, the Andry Law Firm requests that the deadline for filing motions, objections, or otherwise responding to the Special Master's report be extended until twenty-one (21) days after the production of all information ordered produced by the Court.

Respectfully submitted,

*/s/ Stephen M. Gelé*
RANDALL A. SMITH, T.A. (#2117)
STEPHEN M. GELÉ (#22385)
    OF
SMITH & FAWER, L.L.C.
201 St. Charles Avenue, Suite 3702
New Orleans, LA 70170
Tel:   (504) 525-2200
Fax:   (504) 525-2205
sgele@smithfawer.com

Attorneys for The Andry Law Firm, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 13th day of December, 2013.

/s/ Stephen M. Gelé
Stephen M. Gelé