UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No.:  2179<br><br>Section "J" |
| THIS DOCUMENT RELATES TO:<br>*2:13-cv-02141* | *<br>* | Judge Barbier |
| * * * * * * * * | * | Magistrate Judge Shushan |

### ORDER

CONSIDERING the foregoing Motion to Substitute Counsel of Record,

IT IS ORDERED that David J. Schexnaydre of the law firm of Pajares & Schexnaydre, LLC, be and is hereby substituted as counsel of record for plaintiff, Lobdell P. Brown, III, in lieu and in place of Robert J. Diliberto and Damon A. Kirin.

New Orleans, Louisiana this 13th day of December, 2013.

_____
United States District Judge