UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No.:  2179 Section "J" |
| THIS DOCUMENT RELATES TO: *2:13-cv-02404* | * * * | Judge Barbier Magistrate Judge Shushan |
| *   *   *   *   *   *   *   * | * | |

**ORDER**

CONSIDERING the foregoing Motion to Substitute Counsel of Record,

IT IS ORDERED that David J. Schexnaydre of the law firm of Pajares & Schexnaydre, LLC, be and is hereby substituted as counsel of record for plaintiff, M & M Shipping Corporation, in lieu and in place of Robert J. Diliberto and Damon A. Kirin.

New Orleans, Louisiana this 13th day of December, 2013.

_____
United States District Judge