IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: *Stylistic Design Developers, Inc.* 2:13-cv-3016 | § § § | JUDGE BARBIER MAG JUDGE SHUSHAN |

## ORDER

CONSIDERING the Ex Parte Motion to Enroll, BRENT W. COON, of the law firm of Brent Coon & Associates, as additional Counsel with TRACEE L. IVINS, of the law firm of DANZIGER & DE LLANO, LLP, in the above and entitled cause of action and having come before this honorable Court and having considered this matter is of the opinion that said Motion is well taken and should be GRANTED.

New Orleans, Louisiana this 13th day of December, 2013.

_____
United States District Judge