UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>Section J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |
| Relates to NO. 12-CV-968 | |

_____

### EX PARTE MOTION TO FOR RELEASE OF BOND

On September 13, 2013 a bond was posted on behalf of objector/appellants James H. Kirby, IV, Michael and Patricia Sturdivant and Susan Forsyth as ordered by this court on August 28, 2013. (Doc. 11174)  This court acknowledged receipt of the $50,000 in Doc. 11398 filed September 17, 2013.

James H. Kirby, IV, Michael and Patricia Sturdivant and Susan Forsyth have filed their dismissal motions in their Fifth Circuit appeals (Medical Settlement Appeal, Case 13-30221 Doc 00512451347 Filed 11/22/13 and Doc 00512454619 Filed 11/26/2013; Economic Settlement Appeal, Case 13-30095 Doc 00512454615 and Doc 00512451341; Appeal of Bond Order, Case 13-30973 Doc 00512454600 and Doc 00512455899).

By agreement with class counsel (Exhibit A) return of the $50,000 bond to the remitter, Theodore Frank, 1302 Waugh Drive, Ste 830, Houston, TX 77019 is requested.

Date: December 13, 2013   Respectfully submitted,

By: */s/ Joseph Darrell Palmer*
Joseph Darrell Palmer
Law Offices of Darrell Palmer PC
2244 Faraday Ave, Ste 121
Carlsbad, CA 92008
Phone: (858) 215-4064
Fax: (866) 583-8115
darrell.palmer@palmerlegalteam.com
*Attorney for Objector James H. Kirby III
and James H. Kirby IV*

## PROOF OF SERVICE

I certify that on the 13th day of December, 2013, I electronically filed the foregoing with the Clerk of the Court using the court's ECF filing system effectuating service of such filing all registered attorneys . And I also gave notice through the LexisNexis system.

*/s/ Joseph Darrell Palmer*