# EXHIBIT A

RELEASE OF ALL CLAIMS

In consideration for James H. Kirby III and James H. Kirby, IV filing motions to dismiss their appeals in the Fifth Circuit Court of Appeals, case nos. 13-30095, 13-30221 and 13-30973, no later than November 26, 2013 and withdrawing their motions and/or requests for sanctions in case no. 13-30095, 13-30221 and/or 13-30973, appointed Class Counsel and the Plaintiff Steering Committee for the Medical Settlement Class and the Economic Settlement Class, shall:

(i) withdraw their district court Motion for Rule 11 sanctions (Case no. 10-md-2179, Dkt. 11623, filed on October 9, 2013);
(ii) withdraw their amended/supplemental Motion for Sanctions (Case no. 10-md-2179, Dkt. 11869, filed on November 19, 2013);
(iii) not oppose the dissolution, release and return of the Medical Appeal Bond;
(iv) not request an assessment or taxing of Court Costs from either the District Court or the Court of Appeals Fifth Circuit Court of Appeals, in case nos. 13-30095, 13-30221 and 13-30973 against James H. Kirby III and James H. Kirby, IV, Michael Sturdivant, Patricia Sturdivant, and Susan Forsyth and their attorneys; and
(v) Release James H. Kirby III and James H. Kirby, IV, Michael Sturdivant, Patricia Sturdivant, and Susan Forsyth and their heirs, successors, assigns and attorneys of all claims, demands, debts, actions or causes of action, costs, obligations, damages and other liabilities whether at law, in equity or mixed, in any way arising from or related to the DeepWater Horizon Oil Spill Litigation, Case no. 10-md-2179, whether known or unknown.
(vi) Waive the provisions, rights, and benefits of Section 1542 of the California Civil Code or any other similar law, which provides:
A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.

November 26, 2013

_____
Stephen J. Herman, Co-lead counsel

November 26, 2013

_____
Joseph Darrell Palmer, Counsel for
James H. Kirby, III and James H. Kirby, IV