UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER |
| APPLIES TO:  *All Cases in Pleading Bundle Section III.B(3)* | MAGISTRATE JUDGE SHUSHAN |

**MOTION TO SUBSTITUTE COUNSEL**

**NOW INTO COURT**, through undersigned counsel, comes Clean Tank LLC ("Clean Tank") and moves this Honorable Court to substitute David T. Clay II (La. Bar No. 33776) of the law firm of Phelps Dunbar LLP, as counsel for Clean Tank, in place of Raymond T. Waid (La. Bar No. 31351).  Robert P. McCleskey, Jr., will remain as trial counsel.

                                          Respectfully submitted,

                                          **PHELPS DUNBAR LLP**

                                          BY:    */s/ Robert P. McCleskey, Jr.,*
                                                          Robert P. McCleskey, Jr., (9151)
                                                          Canal Place | 365 Canal Street, Suite 2000
                                                          New Orleans, Louisiana 70130-6534
                                                          Telephone: 504-566-1311
                                                          Telecopier: 504-568-9130
                                                          Email: MCCLESKB@PHELPS.COM

                                          ATTORNEYS FOR CLEAN TANK LLC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12 on this 13th day of December, 2013.

*Robert P. McCleskey, Jr.*