- 1 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER |
| APPLIES TO:  *All Cases in Pleading Bundle Section III.B(3)* | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the foregoing Motion to Substitute Counsel,

IT IS HEREBY ORDERED that David T. Clay II (La. Bar No. 33776) of the law firm of Phelps Dunbar LLP, be substituted as counsel of record for Clean Tank LLC, in place of Raymond T. Waid (La. Bar No. 31351).  Robert P. McCleskey, Jr. will remain as trial counsel.

New Orleans, Louisiana, this _____ day of _____, 2013.

United States District Court Judge