

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 12 2013
WILLIAM W. BLEVINS
CLERK

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-30973

MD 10-2179-J

IN RE: DEEPWATER HORIZON - APPEALS OF THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT

---

MIKE STURDIVANT, PATRICIA STURDIVANT; SUSAN FORSYTH,

    Claimants - Appellants

v.

MEDICAL BENEFITS SETTLEMENT CLASS,

    Plaintiff - Appellee

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants

---

Petition for Review of an Order of the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeal is dismissed as of December 02, 2013 as to James H. Kirby, IV only, pursuant to appellant's motion.

___ Fee _____
___ Process _____
_X_ Dkt'd _____
___ CtRmDep _____
___ Doc. No. _____

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Sabrina B. Short*
Sabrina B. Short, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By *Sabrina B. Short*
Deputy   DEC 0 2 2013
New Orleans, Louisiana

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 02, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

**No. 13-30973    In Re: Deepwater Horizon**
USDC No. 2:10-MD-2179
USDC No. 2:12-CV-968

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Sabrina B. Short*
Sabrina B. Short, Deputy Clerk
504-310-7817

**P.S.: The appeal remains open as to Susan Forsyth, Mike Sturdivant and Patricia Sturdivant. Additionally, there are no pending motions filed by Mr. Kirby to be withdrawn in this case.**

Mr. William W. Blevins
Ms. Elizabeth Joan Cabraser
Mr. Soren E. Gisleson
Ms. Robin Lynn Greenwald
Mr. Stephen Jay Herman
Mr. Samuel Issacharoff
Mr. Matthew Edward Lundy
Mr. Joseph Darrell Palmer
Mr. Ronnie G. Penton
Mr. James Parkerson Roy