# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-30973

MD 10-2179-J

IN RE: DEEPWATER HORIZON - APPEALS OF THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT

---

MIKE STURDIVANT, PATRICIA STURDIVANT; SUSAN FORSYTH,

    Claimants - Appellants

v.

MEDICAL BENEFITS SETTLEMENT CLASS,

    Plaintiff - Appellee

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal is dismissed as of December 02, 2013, pursuant to appellants' motion.

```
___ Fee_____
___ Process____
_X_ Dkt_____
___ CtRmDep____
___ Doc. No.___
```

*[Filed stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA, FILED DEC 12 2013, WILLIAM W. BLEVINS, CLERK]*

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Sabrina B. Short*
Sabrina B. Short, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By *Sabrina B. Short*
New Orleans, Louisiana Deputy
DEC 0 2 2013

# United States Court of Appeals
#### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

December 02, 2013

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

**No. 13-30973   In Re: Deepwater Horizon**  
USDC No. 2:10-MD-2179  
USDC No. 2:12-CV-968

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

*Sabrina B. Short*

By: _____  
Sabrina B. Short, Deputy Clerk  
504-310-7817

cc w/encl:  
    Honorable Carl J. Barbier  
    Ms. Elizabeth Joan Cabraser  
    Mr. Soren E. Gisleson  
    Ms. Robin Lynn Greenwald  
    Mr. Stephen Jay Herman  
    Mr. Samuel Issacharoff  
    Mr. Matthew Edward Lundy  
    Mr. Joseph Darrell Palmer  
    Mr. Ronnie G. Penton  
    Mr. James Parkerson Roy