UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | Section J |
| Relates to NO. 12-CV-968 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

_____

## ORDER

On September 13, 2013, an appeal bond in the amount of $50,000 was posted with the Court. (Rec. Doc. 11398) On December 13, 2013, an Ex Parte Motion for Release of Bond was filed. (Doc. 11966) Having considered that Motion;

IT IS ORDERED that the Ex Parte Motion for Release of Bond (Rec. Doc. 11966) is GRANTED. The clerk is directed to disburse the bond funds to the remitter, Theodore Frank, 1302 Waugh Drive, Ste 830, Houston, TX 77019.

Signed in New Orleans, Louisiana, this 13th day of December, 2013.

_____
United States District Court Judge