UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico on April 20, 2010 | * | SECTION: J |
| | * | |
| This Document Relates to | * | JUDGE BARBIER |
| | * | |
| Case No. 13-05568, Doc.1 | * | MAGISTRATE JUDGE |
| | * | SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW COMES defendant, United States Environmental Services, LLC ("USES"), through undersigned counsel, and upon suggesting to the Court that defendant desires to add Kyle L. Potts (Bar #26472), of the law firm of Adams and Reese LLP, a licensed Louisiana attorney in good standing, as counsel of record herein.  Trial counsel, C. Britton Bonner, consents to the filing of this motion to enroll additional counsel of record.

Respectfully submitted,

**ADAMS AND REESE LLP**

  /s/ C. Britton Bonner
C. BRITTON BONNER, T.A. (#26807)
11 North Water Street, Suite 23200
Mobile, AL  36602
Telephone: (251) 433-3234
Facsimile:  (251) 438-7733
*Attorney for*
*United States Environmental Services, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of December 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system.

s/ C. Britton Bonner
C. BRITTON BONNER