UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** * | **MDL NO. 2179** |
| **"Deepwater Horizon" in the** * | |
| **Gulf of Mexico on April 20, 2010** * | **SECTION: J** |
| * | |
| **This Document Relates to** * | **JUDGE BARBIER** |
| * | |
| **Case No. 13-05568, Doc.1** * | **MAGISTRATE JUDGE** |
| * | **SHUSHAN** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING THE FOREGOING MOTION of defendant, United States Environmental Services, LLC ("USES");

IT IS HEREBY ORDERED that Kyle L. Potts (Bar #26472), of the law firm of Adams and Reese LLP, be and is hereby added as additional counsel of record for defendant, United States Environmental Services, LLC ("USES").

_____
UNITED STATES DISTRICT JUDGE