IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: "J" |
| This document relates to No. 12-970 | * | Honorable Carl J. Barbier |
| | * | Magistrate Judge Shushan |

\* \* \*

## ORDER

Considering the foregoing *Motion for Extension of Time to File Response*;

**IT IS ORDERED** that the deadline for filing motions, objections, or otherwise responding to the Special Master's report be extended until January 17, 2013.

New Orleans, Louisiana, this 16 day of December, 2013.

_____
United States District Judge