IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 SECTION J |
| This document relates to all actions. | * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

## Order Appointing Court-Designated Neutrals
## Re: Resolution of Various Matters

This Court appoints Daniel J. Balhoff and Randi S. Ellis as Court-Designated Neutrals for the purposes of investigating and resolving issues surrounding any settlement agreements in this matter which have been entered involving BP, and for the purpose of discussing resolution of issues that have not yet been the subject of settlement agreements. The Court-Designated Neutrals shall have the power and authority to engage in ex parte communications with all parties, counsel, the Claims Administrator, interested third parties, and the Court. The Court-Designated Neutrals shall have the authority to require participation of the parties and their counsel at meetings as deemed appropriate. As needed, the Court-Designated Neutrals shall report to the Court concerning any and all progress.

IT IS HEREBY ORDERED that Daniel J. Balhoff and Randi S. Ellis are appointed Court-Designated Neutrals over settlement agreements in this matter which have been entered involving BP and for the purpose of discussing resolution of issues that have not yet been the subject of settlement agreements until further Order of the Court.

IT IS FURTHER ORDERED that BP shall be responsible for the Neutrals' fees and expenses.

New Orleans, Louisiana this 16th day of December, 2013.

                                                         Carl J. Barbier
                                                        United States District Judge