**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| 12-970 | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

**MOTION TO FILE UNDER SEAL BP'S UNREDACTED NOTICES OF APPEAL**
**FROM DENIAL OF DISCRETIONARY REVIEW OF CLAIM ID XXX948**

Pursuant to the Court's Order Regarding the Confidentiality of Claims Information of the Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement (Rec. Doc. 6822), the BP Defendants, by their attorneys, hereby respectfully request leave to file under seal an unredacted copy of BP's Notice of Appeal from Denial of Discretionary Review of Claim ID XXX948.

Out of an abundance of caution and respect for the Court's orders and processes, BP filed on the public docket a redacted version of this document, redacting confidential identifying information regarding the individual claimant.  BP now moves to file under seal an unredacted version of this document for the Court's consideration.  Filing of the unredacted version on the docket is necessary and appropriate to enable the Court of Appeals to identify the particular claimant and claim at issue.

WHEREFORE, BP respectfully prays the Court for an Order that the Notice of Appeal be filed under seal.  A proposed order is attached to this Motion.

December 16, 2013

Respectfully submitted,

   /s/ Kevin M. Downey
Kevin M. Downey
F. Lane Heard III
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

James J. Neath
Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX 77079
Telephone:  (281) 366-2000
Telefax:  (312) 862-2200

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone:  (202) 942-5000
Telefax:  (202) 942-5999

   /s/ Don K. Haycraft
S. Gene Fendler (Bar #05510)
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 662-5985
Telefax:  (202) 662-6291

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
David J. Zott, P.C.
Jeffrey J. Zeiger
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:  (312) 862-2000
Telefax:  (312) 862-2200

Jeffrey Lennard
Keith Moskowitz
DENTONS US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606
Telephone:  (312) 876-8000
Telefax:  (312) 876-7934

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 879-5000
Telefax:  (202) 879-5200

***OF COUNSEL***

**ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC., BP AMERICA
PRODUCTION COMPANY, AND BP P.L.C.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of December, 2013.  In addition, I hereby certify that the above and foregoing pleading has been served by mail on Michael J. Ecuyer, counsel for claimant in Claim ID XXX948, at 1100 Poydras Street, 2800 Energy Centre, New Orleans, LA 70163, on said date.

/s/ Don K. Haycraft
Don K. Haycraft