UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| 12-970 | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

## PROPOSED ORDER

Considering BP's Motion to File Under Seal BP's Unredacted Notice of Appeal from Denial of Discretionary Review of Claim ID XXX948:

**IT IS HEREBY ORDERED**, that BP's Motion is GRANTED; and it is further **ORDERED** that BP's Notice of Appeal from Denial of Discretionary Review of Claim ID XXX948 be filed under seal.

New Orleans, Louisiana, this ___ day of December, 2013

_____
**UNITED STATES DISTRICT JUDGE**

4