UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 |
| | SECTION: "J" |
| This Document Applies to: | |
| | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

### INDEX OF EXHIBITS TO GLEN LERNER'S RESPONSE TO THE COURT'S SEPTEMBER 6, 2013, ORDER TO SHOW CAUSE AND OBJECTIONS TO SPECIAL MASTER'S REPORT

| Exhibit No. | Description |
|---|---|
| 1 | Declaration of Jeffrey D. Cahill, Dec. Dec. 13, 2013 |
| 2 | Declaration of Susan DeSantis, Dec. 2, 2013 |
| 3 | Affidavit of Christina E. Mancuso, Oct. 13, 2013 |
| 4 | Excerpts of Sworn Statement of Jonathan Andry, July 30, 2013 |
| 5 | Excerpts of Sworn Statement of Patrick A. Juneau, Aug. 1, 2013 |
| 6 | Excerpts of Sworn Statement of Glen Lerner, July 31, 2013 |
| 7 | Excerpts of Sworn Statement of Christine Reitano, July 29, 2013 |
| 8 | Excerpts of Sworn Statement of Lionel "Tiger" Sutton, Esq., III, July 29, 2013 |
| 9 | Spreadsheet: Number of Times Sutton Accessed CAO Database for Each Claimant |

4283922.2

| Exhibit No. | Description |
|---|---|
| 10 | Spreadsheet: Claims for Andry Clients for which Sutton Accessed by CAO Database at Least Once |
| 11 | Spreadsheet: Number of Claimants for Whom Sutton Accessed Their Computer Records (By Law Firm) |
| 12 | E-mail from Lionel Sutton to Glen Lerner, May 9, 2013 (SM-01-GL00331-33) |
| 13 | Report regarding Lionel Sutton's access to database (SM-01-GL00488-507) |
| 14 | Memorandum of Interview of Rebecca Jenkins, July 17, 2013 (SM-01-GL00349-51) |
| 15 | E-mail from Glen Lerner to Lionel Sutton, May 9, 2013 |
| 16 | E-mail string between Glen Lerner and Lionel Sutton, Mar. 16, 2013 (SM-01-GL00279) |
| 17 | E-mail from Glen Lerner to Lionel Sutton, Feb. 15, 2013 (SM-01-GL00280) |
| 18 | Status report from State of Louisiana, Secretary of State regarding Crown LLC (SM-01-GL00578-59); Corporate information of Crown LLC from crowncleanwater/about/leadership, Aug. 22, 2013 (SM-01-GL00617-18) |
| 19 | E-mail from Christina Mancuso to Casey Thonn, Apr. 3, 2012 (AL1J-000109) |
| 20 | Power of Attorney Form signed by Casey Thonn, June 8, 2012 (AL1J-001668) |
| 21 | Memorandum of Interview of Christina E. Mancuso, Aug. 7, 2013 (SM-01-GL00386-88) |
| 22 | E-mail Lionel Sutton to Glen Lerner, July 9, 2013 |
| 23 | E-mail string between Glen Lerner and Lionel Sutton, Jan. 29, 2013 |
| 24 | E-mail string between Jonathan Andry and Glen Lerner, Dec. 14-17, 2012 (SM-01-GL 00302-07) |
| 25 | E-mail from Lionel Sutton to Glen Lerner, Jan. 7, 2013 (SM-01-GL00337-38) |
| 26 | E-mail from Glen Lerner to Jeff Cahill, Jan. 7, 2013 (SM-01-GL00281-84) |
| 27 | E-mail string between Glen Lerner and Susan DeSantis, Mar. 20, 2013 |

4283922.2

| Exhibit No. | Description |
|---|---|
| 28 | Deepwater Horizon Claims Center's Code of Conduct Policy, Oct. 15, 2012 (SM-01-GL00020-25) |
| 29 | E-mail from Glen Lerner to Jeff Cahill, Mar. 15, 2013 (SM-01-GL00285) |
| 30 | E-mail from Lionel Sutton to Jeff Cahill, Jan. 7, 2013 (SM-01-GL00293-96) |
| 31 | Check from AndryLerner LLC to Glen Lerner and Associates for $4,940.00, Dec. 14, 2012 (SM-01-GL-00014); Check from AndryLerner LLC to Glen Lerner and Associates for $19,035.02, May 14, 2013 (SM-01-GL-00016); Check from AndryLerner LLC to Glen Lerner and Associates for $16,665.21, Mar. 11, 2013 (SM-01-GL00018) |
| 32 | Wire instructions for credit amount of $$16,665.21, Mar. 28, 2013 (SM-01-GL00019) |
| 33 | Wire instructions for credit amount of $19,035.02, July 22, 2013 (SM-01-GL00017) |
| 34 | General Ledger Transaction List, Oct. 16, 2013 |

4283922.2