# EXHIBIT 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010

MDL 2179
SECTION: "J"
JUDGE BARBIER
MAG. JUDGE SHUSHAN

This Document Applies to:

No. 12-970, Bon Secour Fisheries, Inc., et al.
v. BP Exploration & Production Inc., et al.

### DECLARATION OF JEFFREY D. CAHILL

STATE OF FLORIDA

COUNTY OF COLLIER

I, Jeffrey D. Cahill, declare pursuant to the provisions of 28 U.S.C. § 1746:

1. I am of the full age of majority and make the statements in this Declaration based on my own personal knowledge.

2. I am an Attorney and Certified Public Accountant (not presently licensed).

3. I began working with Glen Lerner & Associates in 2007 as part of a management contract but was appointed the Chief Financial Officer of Glen Lerner & Associates on January 1, 2013

4. My duties include accounting for Mr. Lerner's personal investments and business interests.

5. Glen J. Lerner owns 50% of Andry Lerner, LLC.

6. As CFO of Glen J. Lerner & Associates, I accounted for all funds paid by Andry Lerner, LLC to Glen J. Lerner & Associates.

{N2740383.1}

7.   Beginning in early 2012, I assumed the role of CFO for Crown, LLC.  Mr. Lerner has personally invested funds in Crown, LLC and is the primary investor of Crown, LLC.

8.   Prior to January 1, 2012, funds for Crown, LLC were deposited to an account at Regions Bank in Louisiana that Lionel Sutton would use to pay Crown's bills.  It is my understanding Mr. Sutton is the only signator on Crown, LLC's bank account at Regions Bank.

9.   In August 2012, I opened a new bank account for Crown, LLC at Bank of America ("New Crown Account") that I controlled as the CFO for Crown, LLC.

10.  I knew who Lionel "Tiger" Sutton was as a result of my work with Crown, LLC.

## FIRST REFERRAL FEE PAYMENT

11.  Glen J. Lerner & Associates received check number 1319 from Andry Lerner, LLC, made payable to Glen Lerner & Associates, dated December 14, 2012, in the amount of $4,940.00.  The memo on the check stated, "Casey Thonn VoO Charter Payment."    (Attached as Ex. A)

12.  The above check was deposited into the Glen Lerner & Associates general bank account.

13.  I received a series of e –mails, including an e-mail from Lionel "Tiger" Sutton dated January 7, 2013, advising that the $4,940.00 was his share of the Thonn fee and directing that I "please deposit in the Crown account so I can get it." (Attached as Ex. B)  I understood that by "the Crown account" Lionel "Tiger" Sutton meant the Crown, LLC account at Regions Bank that he controlled (hereafter "Old Crown Account").

{N2740383.1}

14. When I received this e-mail from Lionel "Tiger" Sutton, I did not discuss the matter with Glen J. Lerner because he was copied on the e-mail. As directed by Mr. Sutton, I wire transferred the $4,940.00 to the Old Crown Account at Regions Bank on January 8, 2013. (Attached as Ex. C)

## SECOND REFERRAL FEE PAYMENT

15. Glen J. Lerner & Associates received check number 1308 from Andry Lerner, LLC made payable to Glen Lerner & Associates dated March 11, 2013, in the amount of $16,665.21 with the memo "Casey Thonn." (Attached as Ex. D)

16. The above check was deposited in the Glen Lerner & Associates general account.

17. In a March 27, 2013 e-mail, Mr. Sutton directed that I deposit the above amount in the Old Crown Account.

18. On March 28, 2013, I wired the $16,665.21 from the Glen J. Lerner & Associates general bank account to the Old Crown Account at Regions Bank. The wire included the reference "Casey Thonn" so I could properly reflect the payment in the firm's books and records. (Attached as Ex. E)

## THIRD REFERRAL FEE PAYMENT

19. Glen J. Lerner & Associates received check number 1394 from Andry Lerner, LLC made payable to Glen Lerner & Associates dated May 14, 2013, in the amount of $19,035.02. The memo on the check stated, "Casey Thonn/Boat Captain." (Attached as Ex. F)

20. The above check was deposited into the Glen Lerner & Associates general bank account.

21.   On June 5, 2013, I wired $25,000 from the Glen J. Lerner & Associates account to the New Crown account at Bank of America. (Attached as Ex. G) The $25,000 was needed to fund, in part, Crown, LLC's normal weekly payroll and would allow me to send Mr. Sutton the $19,035.02 referral fee.

22.   I had created a wire template connected to the New Crown Account with the Old Crown Account as the beneficiary.  I was making fairly regular transfers to the Old Crown Account for Mr. Sutton for amounts he was owed by Crown, LLC as an owner or for expense reimbursement.  Use of the template meant I only had to fill in the amount of the wire instead of completely filling out the beneficiary name, bank ID and account information every time I setup a wire.

23.   As CFO, I made the decision, without any input from Glen Lerner, to transfer the $19,035.02 from Glen Lerner & Associates to the New Crown Account and then to the Old Crown Account at Regions Bank for my convenience and not for any nefarious purpose.

24.   I told investigators from The Freeh Group that I initiated the wires in this manner and it was done as described above as a convenience to me.

25.   On June 5, 2013, I wired $19,035.02 from the New Crown Account to the Old Crown Account at Regions Bank with the notation "Casey Thonn." (Attached as Ex. H)

26.   At the time of my interview by The Freeh Group, I provided them with a summary of all payments made to Sutton in connection with his investment with Crown.  (Attached as Ex. I)  (The Post-It note was on the page at the time it was

{N2740383.1}

reviewed by the investigators). After reviewing Ex. I, the investigator gave it back to me.

27.      I noted in the books and records of Glen Lerner & Associates that the $4,940, $16,665.21 and $19,035.02 sent to Lionel "Tiger" Sutton was for his referral fee on the Casey Thonn case.

28.      Glen Lerner did not direct or ask me to send any of the Thonn referral money to Lionel "Tiger" Sutton through either of the Crown accounts.

29.      I was not trying to hide the payments or launder the money because I was not aware of any impropriety and saw no need to do so. I would not have clearly labeled each transfer if I was trying to hide or conceal the purpose of the transfer.

30.      The Freeh Group investigators directed me not to discuss this matter with anyone.

31.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of December, 2013.


JEFFREY D. CAHILL

{N2740383.1}

# EXHIBIT A

1319

**ANDRY LERNER LLC**
610 BARONNE ST.
NEW ORLEANS, LA 70113

WHITNEY BANK
NEW ORLEANS, LOUISIANA

14-17/950

12/14/2012

PAY TO THE
ORDER OF     Glen Lernerand Associates                                    $  **4,940.00

Four Thousand Nine Hundred Forty and 00/100************************************************************  DOLLARS

Glen Lernerand Associates

MEMO     Casey Thonn VoO Charter Payment

⑈001319⑈ ⑆065000171⑉ 7198292676⑈

ANDRY LERNER LLC                                                                              1319
     Glen Lernerand Associates                                    12/14/2012
                              VoO Charter Payment, Claim ID 20741                    4,940.00

Whitney - Operating     Casey Thonn VoO Charter Payment                              4,940.00

ANDRY LERNER LLC                                                                              1319
     Glen Lernerand Associates                                    12/14/2012
                              VoO Charter Payment, Claim ID 20741                    4,940.00

Whitney - Operating     Casey Thonn VoO Charter Payment                              4,940.00

**EXHIBIT**
**GJL - A**

SM-01-GL00014

# EXHIBIT B

**Jeff Cahill**

| | |
|---|---|
| **From:** | Sutton Lionel [lhs3law@hotmail.com] |
| **Sent:** | Monday, January 07, 2013 10:27 AM |
| **To:** | Jeff Cahill; Glen Lerner External |
| **Subject:** | RE: |

Yes. That is my share. Please deposit in the crown acct so I can get it

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA 70112
Office 504 592 3230
Cell 504 957 4689.

Subject: RE:
Date: Mon, 7 Jan 2013 08:23:37 -0800
From: jcahill@glenlerner.com
To: glenlerneresq@aol.com; lhs3law@hotmail.com

We received $4,940 at the end of the year.

**From:** glen lerner [mailto:glenlerneresq@aol.com]
**Sent:** Monday, January 07, 2013 10:13 AM
**To:** Sutton Lionel; Jeff Cahill
**Subject:** Re:

Jeff, did we receive monies from Andry. If so, Tiger, how much is your fee?
On Jan 7, 2013, at 9:08 AM, Sutton Lionel wrote:

> did u check on my fee from casey thonn. susie sent it to jeff mid december.
>
> Lionel H. Sutton, III
> 935 Gravier St., Ste. 1910
> New Orleans, LA 70112
> Office 504 592 3230
> Cell 504 957 4689

From: glenlerneresq@aol.com
Subject: Re:
Date: Fri, 4 Jan 2013 17:03:44 -0500
To: lhs3law@hotmail.com

Ok. understood. Need Tm agreement done. They've been dragging feet on it since meeting. months ago. I'm not too crazy about them.
On Jan 4, 2013, at 4:49 PM, Sutton Lionel wrote:

> Some things are worth arguing about and some are not. Because we are friends.

EXHIBIT
GJL - B

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

From: glenlerneresq@aol.com
Subject: Re:
Date: Fri, 4 Jan 2013 16:39:40 -0500
To: lhs3law@hotmail.com

Thx.  If you have any issues with anything I said you should let me know.  We are still friends you know.
On Jan 4, 2013, at 4:02 PM, Sutton Lionel wrote:

> I don't necessarily agree with all said, but I understand your position. I will work with mike to get it resolved.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230:
Cell 504 957 4689

> Subject: Re:
> From: glenlerneresq@aol.com
> Date: Fri, 4 Jan 2013 15:16:06 -0500
> CC: lhs3law@hotmail.com; mbryant@crownllc.us
> To: jcahill@glenlerner.com
>
> Now you can see why I'm a little bitter. Originally you wanted to give me 50% to put up $760,000.00 for the machine. Then you said 25% but then I'd have 25% of all other technologies including beach cleaning. My understanding is we don't even have the rights to that technology. Nevertheless, I put up 50% more($1,121,000) than what I originally agreed to put up as well as another $575k in salaries and expenses. You may feel that Mike's salary is on me or was premature but I promise you without it we would never be in the position we are with NAC. NAC has said as much and that without corporate leadership we would have been disregarded by their board. I've taken all the risk Tiger. We are close to something here that would never have happened if I had not stepped up to the plate. Very few people have the balls I do and put up this type of money out of their own pocket. I'm blessed I can do it.
>
> The only change to the Operating Agreement should be an apportionment of Mike's five percent (5%) I promised him for leading us and Corey's (1%) for handling all legal matter as and agreements. That will reduce all of us an additional 1.5% but I will agree that you still retain a voting majority in unison although I don't envision huge discrepancies in the direction of the company. However, I think for us to go in the correct direction we need to focus on what works. Even once we get this contract we are still a struggling little company but we will

6/24/2013

SM-01-GL00294

have credibility and we have people all over the world waiting to see this contract and for us to get going. We need machines to deploy for testing in Europe, TN, Mexico and South America ASAP. We can have a billion dollars worth of contracts in the next twelve months if we play our cards right. Now the hustle begins.
> On Jan 4, 2013, at 11:36 AM, Jeff Cahill wrote:
>
> > Gentlemen - attached is a spreadsheet of advances to and payments for
> > Crown, LLC.
> >
> > The first tab summarizes non-payroll payments from June through the end
> > of October - $199,053.21.
> > On the second tab - the top section shows non-payroll expenses for Jan.
> > to May 2012 - $128,842.46
> > the next section is payroll amounts (and a few misc. expense advances)
> > through August - $66,493.87
> > and the last section shows advances to Crown through the end of October
> > - $181,500.
> >
> > Total above is $575,889.54. A separate tab summarizes amounts paid to
> > Proven Technologies for building the machine - $1,121,000. These
> > payments were made from June 2010 through October 2011.
> >
> > At this time, we have payables of approximately $48,000 - payable
> > primarily to Crown Resource Management, LLC and Proven Technologies,
> >
> > I stopped updating this spreadsheet as of the end of October because I
> > am in the process of setting Crown, LLC up on QuickBooks. I should have
> > that completely updated by the middle of next week and can then start
> > sending out complete financial statements.
> >
> > I know early on some payments were being made from a Crown, LLC account
> > setup by Tiger? If I can get copies of those bank statements and
> > checks, I can incorporate them into QuickBooks to fully account for all.
> > the financial activity. And please let me know if anyone else was
> > providing funding so that can be reflected in the financial statements.
> >
> > If you have any questions, please let me know.
> >
> > Jeff
> >
> >
> > -----Original Message-----

6/24/2013

SM-01-GL00295

Page 4 of 4

> > From: glen lerner [mailto:glenlerneresq@aol.com]
> > Sent: Friday, January 04, 2013 8:54 AM
> > To: Jeff Cahill; Tiger Sutton
> > Subject:
> >
> > Please resend to Tiger and I all Crown costs to date, including my buy
> > in and all payments to Proven, Manpower and salaries. Basically every
> > cent I've put into Crown to date. He never received it last time
> >
> >
> >
> >
> > CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the
> > individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank
> > you.
> >
> >
> > <113012 nonwage expense summary 06 to 11.xls>
>

CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.

6/24/2013

SM-01-GL00296

# EXHIBIT C

Company: Glen J Lerner A Professional Corp
Requester: Cahill, Jeff
Run Date: 07/22/2013 2.18:58 PM PDT
Date Range: 01/01/2013 - 01/31/2013

**Merrill Lynch**

Domestic High Value (Wire)

| | |
|---|---|
| Status: | Confirmed by Bank |
| Transaction Number: | 1310804531FMO423 |

Debit Account Information

| | |
|---|---|
| Debit Bank: | 122400724 |
| Debit Account: | 601012633142 |
| Debit Account Name: | GLEN J LERNER and ASSOCIATES |
| Debit Currency: | USD |

Beneficiary Details

| | | | |
|---|---|---|---|
| Beneficiary Name: | Crown, LLC | Beneficiary Account: | 0133911744 |
| Beneficiary Address: | 636 Gravier Street | Beneficiary Bank ID: | 062005690 |
| Beneficiary City: | New Orleans | | REGIONS BANK |
| Beneficiary Postal Code: | 70112 | | 1900 5TH AVE NORTH |
| Beneficiary Country: | US-United States of America | | BIRMINGHAM |
| | | | US-United States of America |
| | | Beneficiary Email: | |
| | | Beneficiary Mobile Number: | |

Payment Details

| | | | |
|---|---|---|---|
| Currency: | USD | Value Date: | 01/08/2013 |
| Credit Amount: | 4,940.00 | | |

Optional Information

| | | | |
|---|---|---|---|
| Sender's Reference Number: | 1310804531FMO403 | Beneficiary Information: | |

Additional Routing

| | | | |
|---|---|---|---|
| Intermediary Bank ID: | | Receiver Information: | |

Control Information

| | | | |
|---|---|---|---|
| Input: | jcahill | Input Time: | 01/08/2013 1:45:30 PM PST |
| Approved: | kreuter | Time: | 01/08/2013 1:46:18 PM PST |
| Initial Confirmation: | WTXZ31901060226789G | | |
| Confirmation #: | FEDR 20130108868THU3RC09177 | | |

EXHIBIT

GJL - C

**SM-01-GL00015**

# EXHIBIT D



1308

**ANDRY LERNER LLC**
IOLTA ACCOUNT
610 BARONNE STREET
NEW ORLEANS, LA 70113

WHITNEY BANK
NEW ORLEANS, LOUISIANA
14-17/650

3/11/2013

PAY TO THE
ORDER OF   Glen Lerner and Associates

Sixteen Thousand Six Hundred Sixty-Five and 21/100***********   $16,665.21

Glen Lerner and Associates   DOLLARS

MEMO   Casey Thonn

⑆00 l308⑆   ⑆065000 l7 l⑆   7 l98 2925 l⑆

1308

ANDRY LERNER LLC
IOLTA ACCOUNT   Glen Lerner and Associates

3/11/2013

Attorney Fees/Vessel Owner; Claim ID 19590   16,665.21



EXHIBIT
GJL - D

SM-01-GL00018

# EXHIBIT E

Company: Glen J Lerner A Professional Corp
Requester: Cahill, Jeff
Run Date: 07/22/2013 2:21:49 PM PDT
Date Range: 03/01/2013 - 03/31/2013

**Merrill Lynch**

Domestic High Value (Wire)

Status: Confirmed by Bank
Transaction Number: 13828H245fi01660

Debit Account Information

Debit Bank: 122400724
Debit Account: 501012639142
Debit Account Name: GLEN J LERNER and ASSOCIATES
Debit Currency: USD

Beneficiary Details

Beneficiary Name: Crown, LLC
Beneficiary Address: 835 Gravier Street
Beneficiary City: New Orleans
Beneficiary Postal Code: 70112
Beneficiary Country: US-United States of America

Beneficiary Account: 0199911744
Beneficiary Bank ID: 062005690
REGIONS BANK
1900 5TH AVE NORTH
BIRMINGHAM
US-United States of America
Beneficiary Email:
Beneficiary Mobile Number:

Payment Details

Currency: USD
Credit Amount: 16,985.21

Value Date: 03/28/2013

Optional Information

Sender's Reference Number: Casey Thorn

Beneficiary Information:

Additional Routing

Intermediary Bank ID:

Receiver Information:

Control Information

Input: jcahill
Approved: jcahill
Initial Confirmation: WTX:20130328000391787
Confirmation #: FEDR:20130328B6B7HU4R001026

Input Time: 03/28/2013 3:25:10 PM PDT
Time: 03/28/2013 3:50:41 PM PDT



EXHIBIT
GJL - E

**SM-01-GL00019**

# EXHIBIT F

**ANDRY LERNER LLC**
IOLTA ACCOUNT
610 BARONNE STREET
NEW ORLEANS, LA 70113

1394

WHITNEY
WHITNEY BANK
NEW ORLEANS, LOUISIANA
14-17/620

5/14/2013

PAY TO THE
ORDER OF: Glen Lerner and Associates

$ **19,035.02

Nineteen Thousand Thirty-Five and 02/100                                         DOLLARS

Glen Lerner and Associates

MEMO  Casey Trentt-Boat Captain

⑈0⑈⑈1394⑈  ⑆0650001714⑆  71⑈82925⑈⑈

ANDRY LERNER LLC
IOLTA ACCOUNT
Glen Lerner and Associates                                                    1394

Referral Fees/Boat Captain; Claim ID 13691          5/14/2013          19,035.02

EXHIBIT
GJL - F

SM-01-GL00016

# EXHIBIT G

**Payment Details Report**

**Company:** Glen J Lerner A Professional Corp
**Requester:** Cahill,Jeff
**Run Date:** 08/27/2013 12:44:47 PM PDT

**Bank of America**
**Merrill Lynch**

### US Account Transfer

**Status:** Confirmed by Bank
**Transaction Number:** 1360594421661730

**Template Name:** Crown, LLC
**Template Code:** 09

### Debit Account Information

**Debit Bank:** 122400724
**Debit Account:** xxxxxxxx3142
**Debit Account Name:** GLEN J LERNER and ASSOCIATES
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Account:** xxxxxxxx9152-Crown LLC

**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details

**Currency:** USD
**Credit Amount:** 25,000.00

**Value Date:** 06/05/2013
**Transfer Time:** ET

### Optional Information

**Sender's Reference Number:** 1360594421661730

**Beneficiary Information:**

### Control Information

**Input:** jcahill
**Approved:** jcahill
**Initial Confirmation:** OOS:O348800006
**Confirmation #:** OOS:113060509465300

**Input Time:** 06/05/2013 7:44:22 AM PDT
**Time:** 06/05/2013 7:46:51 AM PDT



EXHIBIT
GJL - G

GJL001823

# EXHIBIT H

Company: Glen J Lerner A Professional Corp
Requester: Cahill, Jeff
Run Date: 07/22/2013 2:23.43 PM PDT
Date Range: 06/05/2013 - 06/06/2013

# Merrill Lynch

Domestic High Value (Wire)

| | |
|---|---|
| Status: | Confirmed by Bank |
| Transaction Number: | 13605C37007P0E42 |

Template Name: Crown to Old Crown
Template Code: 13·

Debit Account Information

Debit Bank: 122400724
Debit Account: 5010149601150
Debit Account Name: Crown LLC
Debit Currency: USD

Beneficiary Details

Beneficiary Name: Crown, LLC
Beneficiary Address: 935 Gravier Street
Beneficiary City: New Orleans
Beneficiary Postal Code: 70112
Beneficiary Country: US-United States of America

Beneficiary Account: 0136011744
Beneficiary Bank ID: 062005690
REGIONS BANK
1900 5TH AVE NORTH
BIRMINGHAM
US-United States of America

Beneficiary Email:
Beneficiary Mobile Number:

Payment Details

Currency: USD
Credit Amount: 19,035.02

Value Date: 06-06/2013

Optional Information

Sender's Reference Number: Casey Thorn

Beneficiary Information:

Additional Routing

Intermediary Bank ID:

Receiver Information:

Control Information

Input: jcahil
Approved: jcahil
Initial Confirmation: WTX.201306050024T7122
Confirmation #: FEDN.2013060566017HU1RD07018

Input Time: 06/05/2013 10:37:18 AM PDT
Time: 07/05/2013 10:37:48 AM PDT



EXHIBIT
GJL - H

SM-01-GL00017

# EXHIBIT I

## Jeff Cahill

| | |
|---|---|
| **From:** | Sutton Lionel [lhs3law@hotmail.com] |
| **Sent:** | Thursday, March 07, 2013 11:24 AM |
| **To:** | Jeff Cahill |
| **Subject:** | RE: Salary |

Jeff,

Can you let me know when you are going to be able to send the balance owed to me. I expect we will sign the agreement next week. Also, I saw that Casey Thonn was paid another 166,666 last month. Please let me know the status of that check.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA 70112
Office 504 592 3230
Cell 504 957 4689

---

Subject: RE: Salary
Date: Thu, 21 Feb 2013 12:31:19 -0800
From: jcahill@glenlerner.com
To: lhs3law@hotmail.com; glenlerneresq@aol.com

The 07/19 payment should have been expense reimbursement.

I'll double check and let you know.

Jeffrey Cahill
Cell: 651-983-4794
Office: 702-877-1500

---

**From:** Sutton Lionel [mailto:lhs3law@hotmail.com]
**Sent:** Thursday, February 21, 2013 12:13 PM
**To:** Jeff Cahill; Glen Lerner External
**Subject:** RE: Salary

Jeff,

I have what you listed below, but I also have you paying me $6,923.08 on 7/19.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA 70112
Office 504 592 3230
Cell 504 957 4689

> Date: Wed, 20 Feb 2013 18:19:57 -0600
> Subject: Re: Salary
> From: jcahill@glenlerner.com
> To: glenlerneresq@aol.com
> CC: lhs3law@hotmail.com
>
> Below is what we have paid him since June.

**EXHIBIT**
**GJL - I**

>
> Jeffrey Cahill
> Glen Lerner Injury Attorneys
> 651-983-4794
>
> Glen Lerner <glenlerneresq@aol.com> wrote:
>
> At $10k per month since June, we owe Tiger $90k total. So just see how much has been paid to him since June.

*This in April*

>
> Sent from my iPhone
>
> On Feb 20, 2013, at 7:07 PM, "Jeff Cahill" <jcahill@glenlerner.com> wrote:
>
> > Sorry Tiger - I didn't mean to ignore you.
> >
> > I show salary/guaranteed payments to you as follows:
> >
> > 09/28/12 - $12,000
> > 10/02/12 - $9,000
> > 11/15/2012 - $15,000
> >
> > No withholding was done on these payments. On the partnership tax return, they will show as guaranteed payments - a separate line item on the K-1.
> >
> > Jeffrey Cahill
> > Cell: 651-983-4794
> > Office: 702-877-1500
> >
> >
> > From: Sutton Lionel [mailto:lhs3law@hotmail.com]
> > Sent: Wednesday, February 20, 2013 2:53 PM
> > To: Jeff Cahill; Glen Lerner External
> > Subject: FW: Salary
> >
> > Jeff, I never recieved a response to the info requested i
> >
> > Tiger
> > From: lhs3law@hotmail.com
> > To: jcahill@glenlerner.com; glenlerneresq@aol.com
> > Subject: Salary
> > Date: Fri, 1 Feb 2013 09:52:09 -0600
> >
> > Jeff,
> >
> > In anticipation of signing the amended operating agreement, I need you to send me a printout of what you show as salary payments to me since 6/1/12.
> >
> > Thanks,
> >
> > Lionel H. Sutton, III
> > 935 Gravier St., Ste. 1910
> > New Orleans, LA 70112
> > Office 504 592 3230
> > Cell 504 957 4689
> >
> >
> >
> > CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of

this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.
> >
>
>
> CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.
>


CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.