# EXHIBIT 5

1

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

***************************************************************

IN RE:  OIL SPILL BY THE
OIL RIG DEEPWATER HORIZON
IN THE GULF OF MEXICO ON
APRIL 20, 2010
                              CIVIL ACTION NO. 10-MD-2179 "J"
                              NEW ORLEANS, LOUISIANA
                              THURSDAY, AUGUST 1, 2013, 8:00 A.M.

THIS RELATES TO ALL CASES

***************************************************************


           SWORN STATEMENT OF PATRICK A. JUNEAU, ESQUIRE
              TAKEN BEFORE THE HONORABLE LOUIS J. FREEH
                            SPECIAL MASTER


APPEARANCES:

                              LOUIS J. FREEH, SPECIAL MASTER
                              JAMES BUCKNAM, ESQUIRE
                              STEVE TIDWELL




OFFICIAL COURT REPORTER:      CATHY PEPPER, CRR, RMR, CCR
                              CERTIFIED REALTIME REPORTER
                              REGISTERED MERIT REPORTER
                              500 POYDRAS STREET, ROOM HB406
                              NEW ORLEANS, LA   70130
                              (504) 589-7779
                              Cathy_Pepper@laed.uscourts.gov


PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
PRODUCED BY COMPUTER.
```

**CONFIDENTIAL**

| | |
|---|---|
| 10:36AM 1 | So I primarily -- when those issues come, I farm that |
| 10:36AM 2 | out to independent people. I don't have an in-house person to |
| 10:36AM 3 | do that. |
| 10:36AM 4 | Q. With respect to Mr. Sutton, from time to time did you task |
| 10:36AM 5 | him or direct him to respond to a particular attorney or |
| 10:36AM 6 | individual that was inquiring about the status of claims? |
| 10:36AM 7 | A. Oh, yeah. |
| 10:36AM 8 | Q. That was a regular part of his work? |
| 10:36AM 9 | A. That goes on today. Unfortunately, we are having to do |
| 10:36AM 10 | it, just the two of us. |
| 10:36AM 11 | Q. Do you recall ever directing him to deal with an attorney |
| 10:37AM 12 | named Jon Andry with respect to claims that Andry had before |
| 10:37AM 13 | the administrator? |
| 10:37AM 14 | A. I never directed him to do that. |
| 10:37AM 15 | Q. Do you recall ever requesting or directing him to address |
| 10:37AM 16 | or respond to issues relating to what's known as the Andry Law |
| 10:37AM 17 | Firm claim, which was a $7 million claim before the |
| 10:37AM 18 | administrator? |
| 10:37AM 19 | A. To me -- no, I would have never done that. To me, that's |
| 10:37AM 20 | just one of 195,000. I think everybody knows -- I'm pretty |
| 10:37AM 21 | direct in my discussion with people. I'm sure I would have |
| 10:37AM 22 | used words like, look, we ain't pushing nobody's case through |
| 10:37AM 23 | here. I'm not here to foster anybody's case. |
| 10:37AM 24 | We're not here to -- let the system work, do its |
| 10:37AM 25 | work. If you need to follow up on something that you need an |

**CONFIDENTIAL**

| | | |
|---|---|---|
| 10:37AM | 1 | inquiry follow-up, you go to -- we've got BrownGreer contacts |
| 10:37AM | 2 | that will give you the information to respond. |
| 10:38AM | 3 | If it's a problem that BrownGreer is not doing their |
| 10:38AM | 4 | work, just come tell me about it. They're bogged down. If |
| 10:38AM | 5 | we've got accountants getting behind, you let me know. That's |
| 10:38AM | 6 | why I have the communication. |
| 10:38AM | 7 | So the answer to that is absolutely no. I mean, I've |
| 10:38AM | 8 | never had that -- he's never made that request to me. |
| 10:38AM | 9 | Q. You don't recall ever asking him to look at a particular |
| 10:38AM | 10 | claim, such as the ones I've mentioned to you, or respond to a |
| 10:38AM | 11 | lawyer who was asking you about the claim? |
| 10:38AM | 12 | A. About the Andry claim? |
| 10:38AM | 13 | Q. Yes. |
| 10:38AM | 14 | A. No. I don't recall anything like that. |
| 10:38AM | 15 | I will tell you, this on the record -- you hesitate |
| 10:38AM | 16 | what you say, but I don't know Jon -- I know Jon Andry; not |
| 10:38AM | 17 | personally, but I know him. I'm a lawyer. He's a younger |
| 10:39AM | 18 | lawyer. |
| 10:39AM | 19 | Jon is a real pushy kind of guy. I guess if you |
| 10:39AM | 20 | check with the Court, that's what you would find. They |
| 10:39AM | 21 | appeared in the Court about release of the funds and all of |
| 10:39AM | 22 | that stuff the other day. You could kind of blend that if you |
| 10:39AM | 23 | read the pleadings. |
| 10:39AM | 24 | So we get pushed all the time by people. Claimants |
| 10:39AM | 25 | push us, people -- politicians push us, everybody pushes us. |

**CONFIDENTIAL**