# EXHIBIT 7

1

```
10:01AM   1                    UNITED STATES DISTRICT COURT
                               EASTERN DISTRICT OF LOUISIANA
          2

          3   ****************************************************************

          4   IN RE:  OIL SPILL BY THE
              OIL RIG DEEPWATER HORIZON
          5   IN THE GULF OF MEXICO ON
              APRIL 20, 2010
          6                                      CIVIL ACTION NO. 10-MD-2179 "J"
                                                 NEW ORLEANS, LOUISIANA
          7                                      MONDAY, JULY 29, 2013, 10:00 A.M.

          8   THIS RELATES TO ALL CASES

          9   ****************************************************************

         10
                             SWORN STATEMENT OF CHRISTINE REITANO
         11             TAKEN BEFORE THE HONORABLE LOUIS J. FREEH
                                       SPECIAL MASTER
         12

         13   APPEARANCES:

         14                                  LOUIS J. FREEH, SPECIAL MASTER
                                             STEVE TIDWELL
         15                                  MICHAEL MCCALL

         16
                                             MARY OLIVE PIERSON
         17                                  ATTORNEY AT LAW
                                             POST OFFICE BOX 14647
         18                                  BATON ROUGE LA  70809
                                             (ATTORNEY FOR CHRISTINE REITANO)
         19

         20
              OFFICIAL COURT REPORTER:      CATHY PEPPER, CRR, RMR, CCR
         21                                 CERTIFIED REALTIME REPORTER
                                            REGISTERED MERIT REPORTER
         22                                 500 POYDRAS STREET, ROOM HB406
                                            NEW ORLEANS, LA   70130
         23                                 (504) 589-7779
                                            Cathy_Pepper@laed.uscourts.gov
         24
              PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
         25   PRODUCED BY COMPUTER.
```

**C O N F I D E N T I A L**

| | | |
|---|---|---|
| 12:52PM | 1 | A.   In the settlement program? |
| 12:52PM | 2 | Q.   Settlement program. |
| 12:52PM | 3 | A.   Well, no, I didn't know -- I assumed he was going to |
| 12:52PM | 4 | file -- like everyone was going to take their GCCF claims and |
| 12:52PM | 5 | transition them over to the settlement program.  I knew he had |
| 12:52PM | 6 | GCCF claimants. |
| 12:52PM | 7 | Q.   Did you know at that point that he was involved in the |
| 12:52PM | 8 | GCCF process in terms of a lawyer representing claimants? |
| 12:52PM | 9 | A.   Yes. |
| 12:52PM | 10 | Q.   And was that one of the reasons that you sent Mr. Thonn |
| 12:53PM | 11 | there? |
| 12:53PM | 12 | A.   Yes? |
| 12:53PM | 13 | Q.   Were there any other reasons? |
| 12:53PM | 14 | A.   No. |
| 12:53PM | 15 | Q.   Did you believe at that point that if Mr. Thonn's claim |
| 12:53PM | 16 | was paid, your husband would get some derivative financial |
| 12:53PM | 17 | interest? |
| 12:53PM | 18 | A.   No.  I did not believe that or have any expectation of |
| 12:53PM | 19 | that. |
| 12:53PM | 20 | Q.   Do you recall being interview by Mr. Juneau and others on |
| 12:53PM | 21 | June 20, 2013? |
| 12:53PM | 22 | A.   Yes.  June 20, 2013, yes. |
| 12:53PM | 23 | Q.   And that was at Gravier Street? |
| 12:53PM | 24 | A.   Yes. |
| 12:53PM | 25 | Q.   And Michael Juneau, Patrick Juneau, and Dave Welker was |

CONFIDENTIAL

SM-03-GL00810