# EXHIBIT 10

## Claims for Andry Clients for which Sutton Accessed the CAO Database at Least Once

| Claimant ID | Claim ID | Claimant Name | Form Type | Claim Form Submitted | Date of 1st Eligibility Notice | 1st Time Sutton Accessed CAO Dbase | Last Time Sutton Accessed CAO Dbase | | Last Notice Type | Claim Status | Last Claim Status Date | Last Claimant Status | Accepted Offer | Payment Made |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100051739 | 19690 | THONN, CASEY | Seafood Compensation Program | 6/24/12 | 11/1/12 | 12/17/12 | 5/2/13 | | Post-Reconsideration Seafood Eligibility Notice | Payment Received | 2/28/13 | Claimant Review Steps | 1/30/13 | 2/28/13 |
| 100051739 | 19691 | THONN, CASEY | Seafood Compensation Program | 6/24/12 | 11/6/12 | 12/17/12 | 5/2/13 | | Post Appeal Eligibility Notice | Payment Received | 5/7/13 | Claimant Review Steps | | 4/29/13 |
| 100051739 | 20741 | THONN, CASEY | VoO Charter Payment | 6/24/12 | 7/18/12 | 12/17/12 | 5/2/13 | | Release | Payment Received | 10/10/12 | Claimant Review Steps | 7/18/12 | 10/10/12 |
| 100051739 | 97550 | THONN, CASEY | Subsistence | 10/26/12 | NA | 12/17/12 | 5/2/13 | | | In Claims Review | 4/11/13 | Claimant Review Steps | | |
| 100051739 | 179170 | THONN, CASEY | Vessel Physical Damage | 4/5/13 | NA | 12/17/12 | 5/2/13 | | Follow-up Incompleteness Notice | Notice Issued After Follow-Up Review: Claim Incomplete | 7/13/13 | Claimant Review Steps | | |
| 100005991 | 86905 | TALEN'S MARINE & FUEL, LLC | Business Economic Loss | 10/4/12 | NA | 2/6/13 | 6/7/13 | | Follow-up Incompleteness Notice | In Claims Review after Notice Issued | 7/12/13 | Notice Issued After EIN/SSN/ITIN Review: Taxpayer ID Confirmed | | |
| 100005991 | 86921 | TALEN'S MARINE & FUEL, LLC | Business Economic Loss | 10/4/12 | NA | 2/6/13 | 6/7/13 | | Follow-up Incompleteness Notice | In Claims Review after Notice Issued | 7/12/13 | Notice Issued After EIN/SSN/ITIN Review: Taxpayer ID Confirmed | | |
| 100005991 | 86931 | TALEN'S MARINE & FUEL, LLC | Business Economic Loss | 10/4/12 | NA | 2/6/13 | 6/7/13 | | Follow-up Incompleteness Notice | In Claims Review after Notice Issued | 7/12/13 | Notice Issued After EIN/SSN/ITIN Review: Taxpayer ID Confirmed | | |
| 100005991 | 86932 | TALEN'S MARINE & FUEL, LLC | Business Economic Loss | 10/4/12 | NA | 2/6/13 | 6/7/13 | | Follow-up Incompleteness Notice | In Claims Review after Notice Issued | 7/12/13 | Notice Issued After EIN/SSN/ITIN Review: Taxpayer ID Confirmed | | |

## Claims for Andry Clients for which Sutton Accessed the CAO Database at Least Once

| Claimant ID | Claim ID | Claimant Name | Form Type | Claim Form Submitted | Date of 1st Eligibility Notice | 1st Time Sutton Accessed CAO Dbase | Last Time Sutton Accessed CAO Dbase | | Last Notice Type | Claim Status | Last Claim Status Date | Last Claimant Status | Accepted Offer | Payment Made |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100005991 | 86969 | TALEN'S MARINE & FUEL, LLC | Business Economic Loss | 10/4/12 | NA | 2/6/13 | 6/7/13 | | Follow-up Incompleteness Notice | In Claims Review after Notice Issued | 7/12/13 | Notice Issued After EIN/SSN/ITIN Review: Taxpayer ID Confirmed | | |
| 100005991 | 120685 | TALEN'S MARINE & FUEL, LLC | Business Economic Loss | 12/21/12 | NA | 2/6/13 | 6/7/13 | | Notice of Withdrawn Claim | Notice Issued After Claimant Request: Claim Withdrawn | 3/27/13 | Notice Issued After EIN/SSN/ITIN Review: Taxpayer ID Confirmed | | |
| 100005991 | 120700 | TALEN'S MARINE & FUEL, LLC | Business Economic Loss | 12/21/12 | NA | 2/6/13 | 6/7/13 | | Notice of Withdrawn Claim | Notice Issued After Claimant Request: Claim Withdrawn | 3/27/13 | Notice Issued After EIN/SSN/ITIN Review: Taxpayer ID Confirmed | | |
| 100005991 | 168893 | TALEN'S MARINE & FUEL, LLC | Start-Up Business Economic Loss | 3/15/13 | NA | 2/6/13 | 6/7/13 | | | In Claims Review | 7/12/13 | Notice Issued After EIN/SSN/ITIN Review: Taxpayer ID Confirmed | | |
| 100005991 | 169918 | TALEN'S MARINE & FUEL, LLC | Start-Up Business Economic Loss | 3/15/13 | NA | 2/6/13 | 6/7/13 | | | In Claims Review | 7/12/13 | Notice Issued After EIN/SSN/ITIN Review: Taxpayer ID Confirmed | | |
| 100124796 | 83325 | MOTIVATION, INC. | Business Economic Loss | 9/26/12 | 2/15/13 | 3/15/13 | 3/15/13 | | Post Appeal Eligibility Notice | Notice Issued After Appeal: Payable Claim or Claim Eligible But No Payment Due Determination | 6/11/13 | Notice Issued After Payment Review: Claim Documents Incomplete | 2/19/13 | |
| 100046405 | 158067 | VISHNU ENTERPRISE, INC. | Failed Business Economic Loss | 2/22/13 | NA | 3/15/13 | 3/15/13 | | Incompleteness Notice | In Claims Review after Notice Issued | 7/12/13 | Claimant Review Steps | | |