# EXHIBIT 11

## Number of Claimants for Whom Sutton Accessed Their Computer Records
## (By Law Firm)

| Law Firm's Name | Number of Claimants |
| --- | --- |
| ProSe* | 45 |
| Block Law Firm APLC | 7 |
| Law Office of Harry Still, lll, LLC | 7 |
| Sher, Gamer, Cahill, Richter, Klein & Hilbert, LLC | 7 |
| Breit Drescher Imprevento & Walker. P.C | 6 |
| Steven E. Psarellis A.P.L.C. DBA Psarellis & Assoicates P.L.C | 6 |
| Mestayer and Mestayer | 5 |
| Andry Law Group/ Andry Lerner, LLC | 4 |
| Diliberto & Kirin, L.L.C. | 4 |
| Wheeler & Wheeler | 4 |
| Aylstock, Witkin, Kreis & Overholtz, PLC | 3 |
| Brent Coon & Associates | 3 |
| Cao Law Firm | 3 |
| Daniell, Upton, & Perry, P.C. | 3 |
| Faegre, Baker, Daniels, LLP | 3 |
| Margaret Landry Attorney at Law, LLC | 3 |
| Waltzer Wiygul & Garside, LLC | 3 |
| Ballay, Braud & Colon, PLC | 2 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, PC | 2 |
| Cunningham Bounds, LLC | 2 |
| E.J. Saad Law Firm | 2 |
| Fayard & Honeycutt | 2 |
| Kuykendall & Associates, LLC | 2 |
| Lundy, Lundy, Soileau & South, L.L.P. | 2 |
| Motley Rice, LLC | 2 |
| Talbot Cannouche & Marcello | 2 |
| Tammy Tran Attorneys at Law, LLP | 2 |
| The Dugan Law Firm | 2 |
| Wallace J.D. Weylie law Firm | 2 |
| Antin Law Firm | 1 |
| Baldwin. Hasoel Burke & Mayer, LLC | 1 |
| Barrios, Kingsdorf & Casteix, L.LP. | 1 |
| Berniard Law Firm | 1 |
| Berntsson, lltersagen, Gunderson & Wideikis, LLP | 1 |
| Bohrer Law Firm, L.L.C. | 1 |
| Bordelon & Theriot | 1 |
| Burke and Cestia | 1 |
| Cao law Firm | 1 |
| Corban, Gunn & Van Cleave, PLLC | 1 |
| Dan A. Smethennan | 1 |
| Daniel D. Holliday, III, Attorney at Law, LLC | 1 |
| Danziger & De Llano, LLP | 1 |

*Includes Andry Law Firm
Source: SM-01-GL00489-507

## Number of Claimants for Whom Sutton Accessed Their Computer Records
## (By Law Firm)

| Law Firm's Name | Number of Claimants |
| --- | --- |
| Fresh Start Law Group | 1 |
| Friedman. Rodman & Frank, P.A. | 1 |
| Goldberg, Finnegan & Mester. LLC | 1 |
| John Pieksen & Associates, LLC | 1 |
| Kingsmill Riess, LLC | 1 |
| Law Office of David W. Bernberg | 1 |
| Law Office of J. N. Randall, Jr. | 1 |
| Law Offices of Judy M. Guice, P.A. | 1 |
| Law Offices of Smith Stag, LLC | 1 |
| Levi Law Firm | 1 |
| Liles Parker. PLLC | 1 |
| Lyons & Farrar, P.A. | 1 |
| Martzell &Bickford | 1 |
| Michael J. Mestayer, APLC | 1 |
| Michael P. Arata, LLC | 1 |
| Michael. Mestayer, APLC | 1 |
| Milam & Milam. LLC | 1 |
| Mississippi Center for Justice | 1 |
| Nix Patterson & Roach, LLP | 1 |
| Reeves & Mestayer, PLLC | 1 |
| Se7en, LLC | 1 |
| Smith I Oropeza, P.L | 1 |
| St. Martin & Bourque | 1 |
| Stephens Law Firm, P.A. | 1 |
| Sutton. Alker & Rather. LLC | 1 |
| The Baldwin County Alabama Law Oftice For Civil Litigation LLC | 1 |
| The Cochran Firm | 1 |
| The Diaz Law Firm | 1 |
| The Law Offices of Salman and Associates, LLC | 1 |
| The Law Offices of William S. Vincent, | 1 |
| The Mills Law Firm | 1 |
| Vaeth Law P.A. | 1 |
| Warrington Law Office | 1 |
| Williams, Kherkher, Han & Bounds, L.L.P. | 1 |
| Williamson & Rusnak | 1 |
|  |  |
| Total Claimants | 188 |
| Total Number of Law Firms | 77 |
|  |  |

*Includes Andry Law Firm
Source: SM-01-GL00489-507