# EXHIBIT 12

# RE: logo

From: **Sutton Lionel** (lhs3law@hotmail.com)
Sent: Thu 5/09/13 3:51 PM
To:    Glen Lerner (glenlerneresq@aol.com)

Just between me and you, here is your report:

402 claimants:
61% have submitted a signed Claim Form;
22% started a Registration Form but did not finish;
16% finished Registration but did file a Claim Form;
<1% finished Registration, started a Claim Form but did not finish.

466 total claims filed:
89 paid;
179 Incompleteness Notices issued, only 93 responded to (17 of the non-responsives are waiting to get paid);
136 under review but no Incompleteness Notices issued;
47 denied

Example of some problems:
1) Your firm was issued an incompleteness Notice on Talen's on 12/3. What appears to be a complete response was not received by us until 5/3. During that 6 month period, a lot of claims got in front of yours.
2) Only a little more than half of your clients have even submitted signed claims. At an intake rate of more than 200/day, your clients will be way behind.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

Subject: Re: logo
From: glenlerneresq@aol.com
Date: Thu, 9 May 2013 15:23:19 -0400
To: lhs3law@hotmail.com

https://bay165.mail.live.com/mail/PrintMessages.aspx?cpids=3ce...    6/20/2013

SM-01-GL00331

They are not paying claims. Insane

Sent from my iPhone

On May 9, 2013, at 3:16 PM, Sutton Lionel <lhs3law@hotmail.com> wrote:

> she's good. it has actually been pretty fun working together on this.
>
> Lionel H. Sutton, III
> 935 Gravier St., Ste. 1910
> New Orleans, LA 70112
> Office 504 592 3230
> Cell 504 957 4689
>
> ---
>
> Subject: Re: logo
> From: glenlerneresq@aol.com
> Date: Thu, 9 May 2013 15:13:14 -0400
> To: lhs3law@hotmail.com
>
> Ooh la la. Work harder. How's Chris.
>
> Sent from my iPhone
>
> On May 9, 2013, at 3:07 PM, Sutton Lionel <lhs3law@hotmail.com> wrote:
>
>> u forget. im also working hard to get you $ so you can pay for shit.
>>
>> Lionel H. Sutton, III
>> 935 Gravier St., Ste. 1910
>> New Orleans, LA 70112
>> Office 504 592 3230
>> Cell 504 957 4689
>>
>> ---
>>
>> Subject: Re: logo
>> From: glenlerneresq@aol.com
>> Date: Thu, 9 May 2013 15:06:03 -0400
>> To: lhs3law@hotmail.com
>>
>> Glad to see you working so hard while I try to figure out how to keep paying for shit

Sent from my iPhone

On May 9, 2013, at 3:02 PM, Sutton Lionel <lhs3law@hotmail.com> wrote:

> What I like about the logo I sent you is that it is in our name. Now we can be identified when someone sees our name alone. A lot of companies are named crown with a crown logo. This stands out. It would look great on golf shirts, hats, ect.
>
> They can come with some others, I just thought this one hit right away.
>
> Lionel H. Sutton, III
> 935 Gravier St., Ste. 1910
> New Orleans, LA  70112
> Office 504 592 3230
> Cell 504 957 4689

SM-01-GL00333