# EXHIBIT 13

| Direction | Time | Duration | Extension | Extension Name | Other Number | Result |
|---|---|---|---|---|---|---|
| Outgoing | 17/06/13 13:55 PM | 00:37 | 5049344921 | Michael Juneau | 95255535 | Normal |
| Outgoing | 17/06/13 13:56 PM | 00:46 | 5049344921 | Michael Juneau | 95255535 | Normal |
| Outgoing | 17/06/13 17:02 PM | 00:00 | 5049344921 | Michael Juneau | 99520780 | Normal |
| Outgoing | 17/06/13 17:03 PM | 00:41 | 5049344921 | Michael Juneau | 99520780 | Normal |
| Outgoing | 06/03/13 15:43 PM | 02:53 | 5049344913 | Pat Juneau | 99520780 | Normal |
| Outgoing | 06/03/13 15:47 PM | 00:04 | 5049344913 | Pat Juneau | 99520780 | Normal |
| Incoming | 06/03/13 15:52 PM | 00:11 | 5049344913 | Pat Juneau | 5049520780 | Normal |

SM-01-GL00488

| CA User Name | ClaimantID | Claimant Name | Firm Name | Search Date |
|---|---|---|---|---|
| Sutton, Lionel | 100012783 | WHITE-SPUNNER CONSTRUCTION, INC. | Daniell, Upton, & Perry, P.C. | 12/5/12 3:09 PM |
| Sutton, Lionel | 100012783 | WHITE-SPUNNER CONSTRUCTION, INC. | Daniell, Upton, & Perry, P.C. | 12/5/12 3:23 PM |
| Sutton, Lionel | 100012783 | WHITE-SPUNNER CONSTRUCTION, INC. | Daniell, Upton, & Perry, P.C. | 12/5/12 3:24 PM |
| Sutton, Lionel | 100012783 | WHITE-SPUNNER CONSTRUCTION, INC. | Daniell, Upton, & Perry, P.C. | 12/5/12 3:25 PM |
| Sutton, Lionel | 100012783 | WHITE-SPUNNER CONSTRUCTION, INC. | Daniell, Upton, & Perry, P.C. | 12/5/12 3:26 PM |
| Sutton, Lionel | 100049917 | Southeast Cherokee Construction, Inc. | Daniell, Upton, & Perry, P.C. | 12/11/12 10:06 AM |
| Sutton, Lionel | 100049917 | Southeast Cherokee Construction, Inc. | Daniell, Upton, & Perry, P.C. | 12/11/12 10:08 AM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 12/17/12 4:24 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 12/17/12 4:25 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 12/17/12 4:25 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 12/17/12 4:26 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 12/17/12 4:27 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 12/17/12 5:07 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 12/18/12 10:37 AM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 12/18/12 10:37 AM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 12/18/12 10:47 AM |
| Sutton, Lionel | 100104880 | Andry Law Firm | Pro Se | 12/18/12 10:48 AM |
| Sutton, Lionel | 100106074 | STRATEGIC WOODLAND ASSAULT TACTICS INC. | Wheeler & Wheeler | 12/18/12 11:53 AM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 1/2/13 4:35 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 1/2/13 4:35 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 1/2/13 4:36 PM |
| Sutton, Lionel | 100058344 | sutton, michael | Pro Se | 1/2/13 4:37 PM |
| Sutton, Lionel | 100019935 | FREDRICKSON, DAVID | Stephens Law Firm, P.A. | 1/2/13 4:38 PM |
| Sutton, Lionel | 100144498 | 4K Properties, LLC | Pro Se | 1/2/13 4:39 PM |
| Sutton, Lionel | 100144498 | 4K Properties, LLC | Pro Se | 1/2/13 4:41 PM |
| Sutton, Lionel | 100122084 | BEE MAR BEE STING, LLC | Fayard & Honeycutt | 1/3/13 12:23 PM |

SN-01-GL00490

| | | | | |
|---|---|---|---|---|
| Sutton, Lionel | 100122184 | Bee Mar Worker Bee, LLC | Fayard & Honeycutt | 1/4/13 10:01 AM |
| Sutton, Lionel | 100158584 | Romeo Papa LLC | Pro Se | 1/4/13 10:04 AM |
| Sutton, Lionel | 100158584 | Romeo Papa LLC | Pro Se | 1/4/13 10:04 AM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 1/7/13 10:36 AM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 1/7/13 10:44 AM |
| Sutton, Lionel | 100001185 | Graham, Charles | Faegre, Baker, Daniels, LLP | 1/7/13 10:54 AM |
| Sutton, Lionel | 100001185 | Graham, Charles | Faegre, Baker, Daniels, LLP | 1/7/13 10:55 AM |
| Sutton, Lionel | 100036491 | Graham, Charles | Wallace J. D. Weylie law Firm | 1/7/13 10:56 AM |
| Sutton, Lionel | 100044784 | Graham, Charles | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | 1/7/13 10:56 AM |
| Sutton, Lionel | 100089508 | FELIXE FAMILY PARTNERSHIP D/B/A BAYOU BARATARIA SPORTSMANS RESORT | Se7en, LLC | 1/7/13 1:08 PM |
| Sutton, Lionel | 100089508 | FELIXE FAMILY PARTNERSHIP D/B/A BAYOU BARATARIA SPORTSMANS RESORT | Se7en, LLC | 1/7/13 1:34 PM |
| Sutton, Lionel | 100009176 | TRAN, KHAN | Cao Law Firm | 1/9/13 9:40 AM |
| Sutton, Lionel | 100009176 | TRAN, KHAN | Cao Law Firm | 1/9/13 9:41 AM |
| Sutton, Lionel | 100040853 | TRAN, KHANH | Brent Coon & Associates | 1/9/13 9:41 AM |
| Sutton, Lionel | 100096406 | TRAN, KHAN | Brent Coon & Associates | 1/9/13 9:41 AM |
| Sutton, Lionel | 100154210 | Tran, Khanh | Waltzer Wiygul & Garside, LLC | 1/9/13 9:41 AM |
| Sutton, Lionel | 100033918 | STILL, HARRY | Law Office of Harry Still, III, LLC | 1/9/13 12:05 PM |
| Sutton, Lionel | 100033918 | STILL, HARRY | Law Office of Harry Still, III, LLC | 1/9/13 12:09 PM |
| Sutton, Lionel | 100033918 | STILL, HARRY | Law Office of Harry Still, III, LLC | 1/9/13 4:47 PM |
| Sutton, Lionel | 100146635 | Bear Point Civic Association | Law Office of Harry Still, III, LLC | 1/10/13 12:31 PM |
| Sutton, Lionel | 100030038 | Woodson Family, LLC | Law Office of Harry Still, III, LLC | 1/10/13 12:36 PM |
| Sutton, Lionel | 100054851 | Padgett, William | Law Office of Harry Still, III, LLC | 1/10/13 12:42 PM |
| Sutton, Lionel | 100066432 | Simon, Janice | Law Office of Harry Still, III, LLC | 1/10/13 12:43 PM |
| Sutton, Lionel | 100039111 | Calvert, Billy | Law Office of Harry Still, III, LLC | 1/10/13 2:19 PM |
| Sutton, Lionel | 100039111 | Calvert, Billy | Law Office of Harry Still, III, LLC | 1/10/13 2:25 PM |
| Sutton, Lionel | 100039111 | Calvert, Billy | Law Office of Harry Still, III, LLC | 1/10/13 2:26 PM |
| Sutton, Lionel | 100039111 | Calvert, Billy | Law Office of Harry Still, III, LLC | 1/10/13 2:29 PM |
| Sutton, Lionel | 100039111 | Calvert, Billy | Law Office of Harry Still, III, LLC | 1/10/13 2:30 PM |

SM-01-GL00491

| | | | | |
|---|---|---|---|---|
| Sutton, Lionel | 1000517739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 1/14/13 11:42 AM |
| Sutton, Lionel | 1000517739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 1/14/13 11:45 AM |
| Sutton, Lionel | 1000530038 | Woodson Family, LLC | Law Office of Harry Still, III, .LC | 1/15/13 3:52 PM |
| Sutton, Lionel | 1000530038 | Woodson Family, LLC | Law Office of Harry Still, III, .LC | 1/15/13 3:54 PM |
| Sutton, Lionel | 1001466635 | Bear Point Civic Association | Law Office of Harry Still, III, .LC | 1/15/13 4:20 PM |
| Sutton, Lionel | 1000530038 | Woodson Family, LLC | Law Office of Harry Still, III, LLC | 1/15/13 4:33 PM |
| Sutton, Lionel | 1000517739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 1/16/13 9:39 AM |
| Sutton, Lionel | 1000517739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 1/16/13 3:38 PM |
| Sutton, Lionel | 1000517739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 1/16/13 5:10 PM |
| Sutton, Lionel | 1000664632 | Simon, Janice | Law Office of Harry Still, III, LLC | 1/17/13 11:16 AM |
| Sutton, Lionel | 1000530038 | Woodson Family, LLC | Law Office of Harry Still, III, LLC | 1/17/13 11:42 AM |
| Sutton, Lionel | 1000391111 | Calvert, Billy | Law Office of Harry Still, III, LLC | 1/17/13 12:34 PM |
| Sutton, Lionel | 1000336639 | Rhodes, Joseph | Law Office of Harry Still, III, LLC | 1/17/13 12:49 PM |
| Sutton, Lionel | 1000033918 | STILL, HARRY | Law Office of Harry Still, III, LLC | 1/17/13 1:27 PM |
| Sutton, Lionel | 1000511556 | THE FISH HOUSE, INC. | Friedman, Rodman & Frank, P.A. | 1/21/13 9:59 AM |
| Sutton, Lionel | 1000139693 | I'M ALONE CHARTERS, INC. | Lundy, Lundy, Soileau & South. L.L.P. | 1/21/13 10:01 AM |
| Sutton, Lionel | 1000139693 | I'M ALONE CHARTERS, INC. | Lundy, Lundy, Soileau & South. L.L.P. | 1/21/13 10:02 AM |
| Sutton, Lionel | 1001244484 | Ike, Nkemjika | Pro Se | 1/21/13 12:20 PM |
| Sutton, Lionel | 1000000315 | Tran, Thanh | Faegre, Baker, Daniels, LLP | 1/21/13 4:06 PM |
| Sutton, Lionel | 1000009176 | TRAN, KHAN | Cao Law Firm | 1/21/13 4:13 PM |
| Sutton, Lionel | 1001011886 | TRAN, KHANH | Tammy Tran Attorneys at Law, LLP | 1/21/13 4:14 PM |
| Sutton, Lionel | 1000096406 | TRAN, KHAN | Brent Coon & Associates | 1/21/13 4:14 PM |
| Sutton, Lionel | 1000517739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 1/22/13 11:13 AM |
| Sutton, Lionel | 1000000193 | GAMA CORPORATION DBA BEST WESTERN OAK MA | Law Offices of Judy M. Guice, P.A. | 1/22/13 1:58 PM |
| Sutton, Lionel | 1001048880 | Andry Law Firm | Pro Se | 1/22/13 2:08 PM |
| Sutton, Lionel | 1000517739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 1/22/13 2:33 PM |
| Sutton, Lionel | 1001162943 | Three Way Amusements, Inc. | Warrington Law Office | 1/22/13 2:41 PM |
| Sutton, Lionel | 1000362236 | TWO WAY ENTERPRISES, INC. | The Dugan Law Firm | 1/22/13 2:42 PM |
| Sutton, Lionel | 1000517739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 1/23/13 9:21 AM |
| Sutton, Lionel | 1000011185 | Graham, Charles | Faegre, Baker, Daniels, LLP | 1/24/13 2:51 PM |
| Sutton, Lionel | 1000011185 | Graham, Charles | Faegre, Baker, Daniels, LLP | 1/24/13 2:52 PM |
| Sutton, Lionel | 1000036491 | Graham, Charles | Wallace J. D. Weylie law Firm | 1/24/13 2:58 PM |

SM-01-GL00492

| | | | | |
|---|---|---|---|---|
| Sutton, Lionel | 100139693 | I'M ALONE CHARTERS, INC. | Lundy, Lundy, Soileau & South, L.L.P. | 1/24/13 2:59 PM |
| Sutton, Lionel | 1000511739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 1/24/13 3:16 PM |
| Sutton, Lionel | 100019503 | DARBY, ALBERT | The Mills Law Firm | 1/25/13 9:33 AM |
| Sutton, Lionel | 100003230 | JANICE ROBIN | Bordelon & Theriot | 1/25/13 3:40 PM |
| Sutton, Lionel | 100129055 | Wilmax Construction, LLC | Daniel D. Holliday, III, Attorney at Law, LLC | 1/25/13 3:45 PM |
| Sutton, Lionel | 100129055 | Wilmax Construction, LLC | Daniel D. Holliday, III, Attorney at Law, LLC | 1/25/13 3:46 PM |
| Sutton, Lionel | 100131494 | Louisiana Rice Mill, LLC | Bohrer Law Firm, L.L.C. | 1/28/13 11:29 AM |
| Sutton, Lionel | 100012565 | THE CEDAR BAY COMPANY | Levi Law Firm | 1/28/13 12:32 PM |
| Sutton, Lionel | 100108895 | Turner, Debra | Pro Se | 1/28/13 12:39 PM |
| Sutton, Lionel | 100104880 | Andry Law Firm | Pro Se | 1/28/13 1:58 PM |
| Sutton, Lionel | 100104880 | Andry Law Firm | Pro Se | 1/28/13 2:02 PM |
| Sutton, Lionel | 100093782 | IBERIA ANIMAL CLINIC | Block Law Firm APLC | 1/28/13 2:04 PM |
| Sutton, Lionel | 100083540 | Boozers Iberia Street Self-Serve, Inc. | Block Law Firm APLC | 1/28/13 2:06 PM |
| Sutton, Lionel | 100061820 | STREVA DISTRIBUTING CO. OF NEW IBERIA | Block Law Firm APLC | 1/28/13 2:06 PM |
| Sutton, Lionel | 100134451 | Iberia Emergency Group, LLC | Liles Parker, PLLC | 1/28/13 2:07 PM |
| Sutton, Lionel | 100000155 | DARDAR, KIRK | John Pieksen & Associates, LLC | 1/28/13 3:21 PM |
| Sutton, Lionel | 100000155 | DARDAR, KIRK | John Pieksen & Associates, LLC | 1/28/13 3:22 PM |
| Sutton, Lionel | 100000155 | DARDAR, KIRK | John Pieksen & Associates, LLC | 1/28/13 3:23 PM |
| Sutton, Lionel | 100016929 | NETTLES, RORY & SOYLA | Barrios, Kingsdorf & Casteix, L.L.P. | 1/28/13 3:24 PM |
| Sutton, Lionel | 100052162 | PEACEFUL ORCHID, INC | Cao Law Firm | 1/29/13 10:15 AM |
| Sutton, Lionel | 100002166 | NUNEZ, JEFFREY | Goldberg, Finnegan & Mester, LLC | 1/29/13 11:15 AM |
| Sutton, Lionel | 100033918 | STILL, HARRY | Law Office of Harry Still, III, LLC | 1/29/13 12:07 PM |
| Sutton, Lionel | 100033918 | STILL, HARRY | Law Office of Harry Still, III, LLC | 1/29/13 12:07 PM |
| Sutton, Lionel | 100000362 | Lam, Murphi | Cao Law Firm | 1/29/13 1:45 PM |
| Sutton, Lionel | 100000362 | Lam, Murphi | Facgre, Baker, Daniels, LLP | 1/29/13 1:45 PM |
| Sutton, Lionel | 100037394 | Verdin, Scott | Pro Se | 1/30/13 10:44 AM |
| Sutton, Lionel | 100175072 | Allied Building Co., Inc | Pro Se | 1/30/13 10:46 AM |
| Sutton, Lionel | 100175072 | Allied Building Co., Inc | Pro Se | 1/30/13 10:47 AM |
| Sutton, Lionel | 100175072 | Allied Building Co., Inc | Pro Se | 1/30/13 10:47 AM |
| Sutton, Lionel | 100139396 | Iberia Homeless Shelter, Inc. | Block Law Firm APLC | 1/30/13 10:50 AM |

SM-01-GL00493

| | | | | |
|---|---|---|---|---|
| Sutton, Lionel | 100137611 | Bayou Auto Sales of New Iberia Inc | Pro Se | 1/30/13 10:50 AM |
| Sutton, Lionel | 100061820 | STREVA DISTRIBUTING CO. OF NEW IBERIA | Block Law Firm APLC | 1/30/13 10:54 AM |
| Sutton, Lionel | 100070580 | CLARK, CHRISTOPHER | Pro Se | 1/30/13 1:59 PM |
| Sutton, Lionel | 100070580 | CLARK, CHRISTOPHER | Pro Se | 1/30/13 2:00 PM |
| Sutton, Lionel | 100126208 | CLARK, CHRISTOPHER | Mississippi Center for Justice | 1/30/13 2:00 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 1/31/13 12:15 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 1/31/13 12:22 PM |
| Sutton, Lionel | 100012681 | Payne, Tim | Milam & Milam, LLC | 2/4/13 11:02 AM |
| Sutton, Lionel | 100012681 | Payne, Tim | Milam & Milam, LLC | 2/4/13 11:03 AM |
| Sutton, Lionel | 100012681 | Payne, Tim | Milam & Milam, LLC | 2/4/13 11:23 AM |
| Sutton, Lionel | 100012681 | Payne, Tim | Milam & Milam, LLC | 2/4/13 11:25 AM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 2/4/13 11:29 AM |
| Sutton, Lionel | 100144742 | MSK Enterprises, Inc. | Pro Se | 2/6/13 12:59 PM |
| Sutton, Lionel | 100144742 | MSK Enterprises, Inc. | Pro Se | 2/6/13 1:14 PM |
| Sutton, Lionel | 100005991 | TALEN'S MARINE & FUEL, LLC | Andry Law Group/Andry Lerner, LLC | 2/6/13 1:43 PM |
| Sutton, Lionel | 100005991 | TALEN'S MARINE & FUEL, LLC | Andry Law Group/Andry Lerner, LLC | 2/6/13 3:33 PM |
| Sutton, Lionel | 100169072 | Berard Transportation, Inc. | Michael J. Mestayer, APLC | 2/8/13 11:26 AM |
| Sutton, Lionel | 100159070 | Emance Corporation | Pro Se | 2/8/13 11:28 AM |
| Sutton, Lionel | 100008975 | Ted A Parker dba K-Run Fisheries | The Cochran Firm | 2/8/13 4:54 PM |
| Sutton, Lionel | 100009001 | Parker, Jimmy | Pro Se | 2/8/13 4:54 PM |
| Sutton, Lionel | 100161128 | PARKER, PERCY | Waltzer Wiygul & Garside, LLC | 2/8/13 4:55 PM |
| Sutton, Lionel | 100044572 | FAIR MAIDEN SEAFOOD, LLC | Lundy, Lundy, Soileau & South, L.L.P. | 2/8/13 4:56 PM |
| Sutton, Lionel | 100051648 | DAVID L PARKER, LLC | Pro Se | 2/8/13 4:56 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 2/18/13 2:48 PM |
| Sutton, Lionel | 100140619 | Holly & Smith Architects, APAC | Margaret Landry Attorney at Law, LLC | 2/20/13 11:32 AM |
| Sutton, Lionel | 100145543 | Landry, Swarr & Cannella, LLC | Margaret Landry Attorney at Law, LLC | 2/20/13 11:36 AM |
| Sutton, Lionel | 100145543 | Landry, Swarr & Cannella, LLC | Margaret Landry Attorney at Law, LLC | 2/20/13 11:38 AM |
| Sutton, Lionel | 100149138 | The Wallin Group, LLC | Margaret Landry Attorney at Law, LLC | 2/20/13 11:38 AM |
| Sutton, Lionel | 100149138 | The Wallin Group, LLC | Margaret Landry Attorney at Law, LLC | 2/20/13 11:39 AM |
| Sutton, Lionel | 100145543 | Landry, Swarr & Cannella, LLC | Margaret Landry Attorney at Law, LLC | 2/20/13 11:40 AM |
| Sutton, Lionel | 100083574 | DBC RESTAURANT CORP. | Williams, Kherkher, Hart & Bounds, L.L.P. | 2/21/13 12:10 PM |

| | | | | |
|---|---|---|---|---|
| Sutton, Lionel | 100107770 | Covington, Linda | Pro Se | 2/21/13 12:10 PM |
| Sutton, Lionel | 100083511 | Romero, Hans | Block Law Firm APLC | 2/21/13 12:29 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 2/21/13 3:07 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 2/21/13 3:08 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 2/21/13 3:09 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 2/21/13 3:10 PM |
| Sutton, Lionel | 100158584 | Romeo Papa LLC | Pro Se | 2/21/13 3:15 PM |
| Sutton, Lionel | 100158584 | Romeo Papa LLC | Pro Se | 2/21/13 3:15 PM |
| Sutton, Lionel | 100008611 | SOUTHERN WAY CHARTERS, INC. | Law Offices of Smith Stag, LLC | 2/21/13 3:16 PM |
| Sutton, Lionel | 100086303 | Wheeler & Wheeler PLLC | Wheeler & Wheeler | 2/21/13 3:18 PM |
| Sutton, Lionel | 100086303 | Wheeler & Wheeler PLLC | Wheeler & Wheeler | 2/21/13 3:18 PM |
| Sutton, Lionel | 100132972 | Due South Custom Charters, Inc. | Pro Se | 2/21/13 3:20 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 2/25/13 12:32 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 2/25/13 12:32 PM |
| Sutton, Lionel | 100138891 | WILLIAMS, ROBIN | Aylstock, Witkin, Kreis & Overholtz, PLLC | 2/25/13 12:36 PM |
| Sutton, Lionel | 100062189 | Bayer Retail Company, LLC | Cunningham Bounds, LLC | 2/25/13 12:38 PM |
| Sutton, Lionel | 100062189 | Bayer Retail Company, LLC | Cunningham Bounds, LLC | 2/25/13 12:40 PM |
| Sutton, Lionel | 100158584 | Romeo Papa LLC | Pro Se | 2/28/13 12:17 PM |
| Sutton, Lionel | 100158584 | Romeo Papa LLC | Pro Se | 2/28/13 12:17 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 2/28/13 4:12 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 2/28/13 4:14 PM |
| Sutton, Lionel | 100083526 | TRIANGLE AGGREGATES, INC. | E.J. Saad Law Firm | 3/1/13 11:25 AM |
| Sutton, Lionel | 100083526 | TRIANGLE AGGREGATES, INC. | E.J. Saad Law Firm | 3/1/13 11:27 AM |
| Sutton, Lionel | 100032057 | GULF AND CARIBBEAN TRANSPORTATION, LLC | Ballay, Braud & Colon, PLC | 3/1/13 11:30 AM |
| Sutton, Lionel | 100060617 | Hymel & Ready, A Professional Accounting Corporation | Berniard Law Firm | 3/1/13 11:52 AM |
| Sutton, Lionel | 100124484 | Ike, Nkemika | Pro Se | 3/1/13 11:55 AM |
| Sutton, Lionel | 100144618 | Vietnamese-American Commercial Fishermen's Union | Dan A. Smetherman | 3/1/13 11:57 AM |
| Sutton, Lionel | 100104880 | Andry Law Firm | Pro Se | 3/6/13 9:44 AM |

SWS-01-GL00495

| | | | | |
|---|---|---|---|---|
| Sutton, Lionel | 100008814 | KEY CLUB ASSOCIATES, LP | Nix Patterson & Roach, L.L.P | 3/6/13 10:49 AM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 3/6/13 11:03 AM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerrer, LLC | 3/6/13 11:04 AM |
| Sutton, Lionel | 100005991 | TALEN'S MARINE & FUEL, LLC | Andry Law Group/Andry Lerrer, LLC | 3/7/13 10:29 AM |
| Sutton, Lionel | 100005991 | TALEN'S MARINE & FUEL, LLC | Andry Law Group/Andry Lerrer, LLC | 3/7/13 10:33 AM |
| Sutton, Lionel | 100005991 | TALEN'S MARINE & FUEL, LLC | Andry Law Group/Andry Lerrer, LLC | 3/7/13 10:35 AM |
| Sutton, Lionel | 100005991 | TALEN'S MARINE & FUEL, LLC | Andry Law Group/Andry Lerrer, LLC | 3/7/13 4:21 PM |
| Sutton, Lionel | 100005991 | TALEN'S MARINE & FUEL, LLC | Andry Law Group/Andry Lerrer, LLC | 3/7/13 4:29 PM |
| Sutton, Lionel | 100005991 | TALEN'S MARINE & FUEL, LLC | Andry Law Group/Andry Lerrer, LLC | 3/7/13 4:30 PM |
| Sutton, Lionel | 100036128 | ADVANCED GAMING DISTRIBUTORS LLC | The Dugan Law Firm | 3/11/13 10:13 AM |
| Sutton, Lionel | 100001754 | C CUP OYSTERS LLC | The Law Offices of William S. Vincent, | 3/13/13 3:51 PM |
| Sutton, Lionel | 100104880 | Andry Law Firm | Pro Se | 3/15/13 10:41 AM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerrer, LLC | 3/15/13 10:48 AM |
| Sutton, Lionel | 100005991 | TALEN'S MARINE & FUEL, LLC | Andry Law Group/Andry Lerrer, LLC | 3/15/13 11:02 AM |
| Sutton, Lionel | 100124796 | MOTIVATION, INC. | Andry Law Group/Andry Lerrer, LLC | 3/15/13 11:59 AM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerrer, LLC | 3/15/13 1:52 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerrer, LLC | 3/15/13 1:54 PM |
| Sutton, Lionel | 100046405 | VISHNU ENTERPRISE, INC. | Andry Law Group/Andry Lerrer, LLC | 3/15/13 1:55 PM |
| Sutton, Lionel | 100046405 | VISHNU ENTERPRISE, INC. | Andry Law Group/Andry Lerrer, LLC | 3/15/13 1:55 PM |
| Sutton, Lionel | 100046405 | VISHNU ENTERPRISE, INC. | Andry Law Group/Andry Lerrer, LLC | 3/15/13 1:56 PM |
| Sutton, Lionel | 100121840 | Marine Interior Systems, L.L.C. | Kingsmill Riess, LLC | 3/15/13 3:17 PM |
| Sutton, Lionel | 100180732 | Quality Marine Interiors, Inc. | Smith | Oropeza, P.L. | 3/15/13 3:43 PM |
| Sutton, Lionel | 100121840 | Marine Interior Systems, L.L.C. | Kingsmill Riess, LLC | 3/15/13 3:44 PM |
| Sutton, Lionel | 100057313 | Frady, David | Pro Se | 3/18/13 1:53 PM |
| Sutton, Lionel | 100114471 | Frady, Joseph | Williamson & Rusnak | 3/18/13 1:56 PM |
| Sutton, Lionel | 100114471 | Frady, Joseph | Williamson & Rusnak | 3/18/13 1:56 PM |
| Sutton, Lionel | 100057313 | Frady, David | Pro Se | 3/18/13 1:56 PM |
| Sutton, Lionel | 100167581 | Farmer, Dwight | Block Law Firm APLC | 3/18/13 1:59 PM |
| Sutton, Lionel | 100167581 | Farmer, Dwight | Mestayer and Mestayer | 3/18/13 1:59 PM |
| Sutton, Lionel | 100004132 | POUNDERS III, JOHN | Ballay, Braud & Colon, PLC | 3/20/13 10:50 AM |
| Sutton, Lionel | 100004132 | POUNDERS III, JOHN | Ballay, Braud & Colon, PLC | 3/20/13 10:51 AM |
| Sutton, Lionel | 100004132 | POUNDERS III, JOHN | Ballay, Braud & Colon, PLC | 3/20/13 11:05 AM |

SW-01-GL004496

| Name | ID | Party | Attorney/Firm | Date/Time |
|---|---|---|---|---|
| Sutton, Lionel | 100004132 | POUNDERS III, JOHN | Ballay, Braud & Colon, PLC | 3/20/13 11:09 AM |
| Sutton, Lionel | 100033918 | STILL, HARRY | Law Office of Harry Still, III, LLC | 3/20/13 12:20 PM |
| Sutton, Lionel | 100091423 | NGUYEN, DIEN | Pro Se | 3/22/13 3:43 PM |
| Sutton, Lionel | 100091423 | NGUYEN, DIEN | Pro Se | 3/22/13 3:44 PM |
| Sutton, Lionel | 100091423 | NGUYEN, DIEN | Pro Se | 3/22/13 3:49 PM |
| Sutton, Lionel | 100091423 | NGUYEN, DIEN | Pro Se | 3/22/13 3:55 PM |
| Sutton, Lionel | 100105989 | NGUYEN, DIEN | Tammy Tran Attorneys at Law, LLP | 3/22/13 4:03 PM |
| Sutton, Lionel | 100105989 | NGUYEN, DIEN | Tammy Tran Attorneys at Law, LLP | 3/22/13 4:04 PM |
| Sutton, Lionel | 100091423 | NGUYEN, DIEN | Pro Se | 3/22/13 4:04 PM |
| Sutton, Lionel | 100105989 | NGUYEN, DIEN | Tammy Tran Attorneys at Law, LLP | 3/23/13 4:28 PM |
| Sutton, Lionel | 100091423 | NGUYEN, DIEN | Pro Se | 3/22/13 4:32 PM |
| Sutton, Lionel | 100105989 | NGUYEN, DIEN | Tammy Tran Attorneys at Law, LLP | 3/22/13 4:33 PM |
| Sutton, Lionel | 100105989 | NGUYEN, DIEN | Tammy Tran Attorneys at Law, LLP | 3/22/13 4:34 PM |
| Sutton, Lionel | 100091423 | NGUYEN, DIEN | Pro Se | 3/23/13 4:34 PM |
| Sutton, Lionel | 100091285 | Paul G. Matherne, M.D. | Wheeler & Wheeler | 3/26/13 9:23 AM |
| Sutton, Lionel | 100091285 | Paul G. Matherne, M.D. | Wheeler & Wheeler | 3/26/13 9:25 AM |
| Sutton, Lionel | 100091285 | Paul G. Matherne, M.D. | Wheeler & Wheeler | 3/26/13 9:26 AM |
| Sutton, Lionel | 100091285 | Paul G. Matherne, M.D. | Wheeler & Wheeler | 3/26/13 9:26 AM |
| Sutton, Lionel | 100153456 | LeBatard Denmark Jones Architects PLLC | Wheeler & Wheeler | 3/26/13 9:27 AM |
| Sutton, Lionel | 100153456 | LeBatard Denmark Jones Architects PLLC | Wheeler & Wheeler | 3/26/13 9:28 AM |
| Sutton, Lionel | 100153456 | LeBatard Denmark Jones Architects PLLC | Wheeler & Wheeler | 3/26/13 9:28 AM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 3/28/13 4:19 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 3/28/13 4:21 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 3/28/13 4:21 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 3/28/13 4:22 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 3/28/13 4:25 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 4/5/13 9:21 AM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 4/5/13 9:22 AM |
| Sutton, Lionel | 100126986 | Dixie Electric Company, Inc. | Pro Se | 4/5/13 11:21 AM |
| Sutton, Lionel | 100203097 | Dixie Electric, Inc. | Pro Se | 4/5/13 11:21 AM |

| Name | ID | Company | Law Firm | Date/Time |
|---|---|---|---|---|
| Sutton, Lionel | 100085464 | Coastal Timbers, Inc. | Burke and Cestia | 4/5/13 11:31 AM |
| Sutton, Lionel | 100085464 | Coastal Timbers, Inc. | Talbot Carmouche & Marcello | 4/5/13 11:31 AM |
| Sutton, Lionel | 100085464 | Coastal Timbers, Inc. | Burke and Cestia | 4/5/13 11:33 AM |
| Sutton, Lionel | 100085464 | Coastal Timbrs, Inc. | Talbot Carmouche & Marcello | 4/5/13 11:33 AM |
| Sutton, Lionel | 100203097 | Dixie Electric, Inc. | Pro Se | 4/5/13 12:38 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 4/8/13 12:23 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 4/8/13 12:25 PM |
| Sutton, Lionel | 100000606 | BROOKS HOLDINGS LLC | Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | 4/8/13 2:27 PM |
| Sutton, Lionel | 100000606 | BROOKS HOLDINGS LLC | Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | 4/8/13 2:28 PM |
| Sutton, Lionel | 100040089 | Nolmar Corporation | Diliberto & Kirin, L.L.C. | 4/8/13 3:52 PM |
| Sutton, Lionel | 100040089 | Nolmar Corporation | Diliberto & Kirin, L.L.C. | 4/8/13 3:54 PM |
| Sutton, Lionel | 100040089 | Nolmar Corporation | Diliberto & Kirin, L.L.C. | 4/8/13 3:54 PM |
| Sutton, Lionel | 100040089 | Nolmar Corporation | Diliberto & Kirin, L.L.C. | 4/8/13 4:04 PM |
| Sutton, Lionel | 100037394 | Verdin, Scott | Pro Se | 4/9/13 1:57 PM |
| Sutton, Lionel | 100175072 | Allied Building Co., Inc | Pro Se | 4/9/13 1:58 PM |
| Sutton, Lionel | 100175072 | Allied Building Co., Inc | Pro Se | 4/9/13 1:59 PM |
| Sutton, Lionel | 100175072 | Allied Building Co. Inc | Pro Se | 4/9/13 2:00 PM |
| Sutton, Lionel | 100175072 | Allied Building Co., Inc | Pro Se | 4/9/13 2:00 PM |
| Sutton, Lionel | 100040089 | Nolmar Corporation | Diliberto & Kirin, L.L.C. | 4/10/13 9:48 AM |
| Sutton, Lionel | 100040089 | Nolmar Corporation | Diliberto & Kirin, L.L.C. | 4/10/13 9:52 AM |
| Sutton, Lionel | 100040089 | Nolmar Corporation | Diliberto & Kirin, L.L.C. | 4/10/13 9:52 AM |
| Sutton, Lionel | 100091116 | ABL Fabricators LLC | Diliberto & Kirin, L.L.C. | 4/10/13 11:19 AM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 4/10/13 1:55 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 4/10/13 1:56 PM |
| Sutton, Lionel | 100093004 | Steven E. Psarellis, APLC | Steven E. Psarellis A.P.L.C. DBA Psarellis & Associates P.L.C | 4/10/13 1:57 PM |
| Sutton, Lionel | 100135260 | MCINTYRE YOUNGBLOOD RECRUITING, LLC | Steven E. Psarellis A.P.L.C. DBA Psarellis & Associates P.L.C | 4/10/13 2:05 PM |
| Sutton, Lionel | 100104195 | St. Martin Brown & Associates, LLP | Steven E. Psarellis A.P.L.C. DBA Psarellis & Associates P.L.C | 4/10/13 2:09 PM |

| | | | | |
|---|---|---|---|---|
| Sutton, Lionel | 100104195 | St. Martin Brown & Associates. LLP | Steven E. Psarellis A.P.L.C. DBA Psarellis & Assoicates P.L.C | 4/10/13 2:11 PM |
| Sutton, Lionel | 100146689 | Kirk's Auto Ltd | Steven E. Psarellis A.P.L.C. D3A Psarellis & Assoicates P.L.C | 4/10/13 2:11 PM |
| Sutton, Lionel | 100146689 | Kirk's Auto Ltd | Steven E. Psarellis A.P.L.C. DBA Psarellis & Assoicates P.L.C | 4/10/13 2:13 PM |
| Sutton, Lionel | 100146689 | Kirk's Auto Ltd | Steven E. Psarellis A.P.L.C. DBA Psarellis & Assoicates P.L.C | 4/10/13 2:13 PM |
| Sutton, Lionel | 100146689 | Kirk's Auto Ltd | Steven E. Psarellis A.P.L.C. DBA Psarellis & Assoicates P.L.C | 4/10/13 2:16 PM |
| Sutton, Lionel | 100146689 | Kirk's Auto Ltd | Steven E. Psarellis A.P.L.C. DBA Psarellis & Assoicates P.L.C | 4/10/13 2:16 PM |
| Sutton, Lionel | 100146972 | Kirk's Auto of Hammond | Steven E. Psarellis A.P L.C. DBA Psarellis & Assoicates P.L.C | 4/10/13 2:17 PM |
| Sutton, Lionel | 100146972 | Kirk's Auto of Hammond | Steven E. Psarellis A.P.L.C. DBA Psarellis & Assoicates P.L.C | 4/10/13 2:18 PM |
| Sutton, Lionel | 100121840 | Marine Interior Systems, L.L.C. | Kingsmill Riess, LLC | 4/10/13 2:41 PM |
| Sutton, Lionel | 100188496 | David, Richard | Mestayer and Mestayer | 4/10/13 3:41 PM |
| Sutton, Lionel | 100008054 | BIDDIX, GARY | Corban, Gunn & Van Cleave, PLLC | 4/10/13 4:27 PM |
| Sutton, Lionel | 100135811 | AMERSON, DOYLE | Pro Se | 4/12/13 11:08 AM |
| Sutton, Lionel | 100203631 | Doyle, Kervin | Law Office of David W. Bernberg | 4/12/13 11:08 AM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 4/12/13 4:23 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 4/12/13 4:23 PM |
| Sutton, Lionel | 100180012 | New Century Fabricators, Inc. | Diliberto & Kirin. L.L.C. | 4/12/13 4:26 PM |
| Sutton, Lionel | 100180012 | New Century Fabricators, Inc. | Diliberto & Kirin. L.L.C. | 4/12/13 4:27 PM |
| Sutton, Lionel | 100004132 | POUNDERS III, JOHN | Ballay, Braud & Colon. PLC | 4/15/13 12:02 PM |
| Sutton, Lionel | 100004132 | POUNDERS III, JOHN | Ballay, Braud & Colon, PLC | 4/15/13 12:02 PM |
| Sutton, Lionel | 100193883 | CASEY KEY FISH HOUSE | Bernisson, Iltersagen, Gunderson & Wideikis, LLP | 4/15/13 12:35 PM |
| Sutton, Lionel | 100005991 | TALEN'S MARINE & FUEL, LLC | Andry Law Group/Andry Lerrer, LLC | 4/15/13 2:55 PM |
| Sutton, Lionel | 100085315 | K Partners Houma 1 LLC | Block Law Firm APLC | 4/16/13 9:37 AM |
| Sutton, Lionel | 100032294 | Joka's Wild Charters, LLC | Reeves & Mestayer, PLLC | 4/16/13 9:50 AM |
| Sutton, Lionel | 100032294 | Joka's Wild Charters, LLC | Reeves & Mestayer, PLLC | 4/16/13 9:50 AM |

SM-01-GL00499

| | | | | |
|---|---|---|---|---|
| Sutton, Lionel | 100032294 | Joka's Wild Charters, LLC | Reeves & Mestayer, PLLC | 4/16/13 9:54 AM |
| Sutton, Lionel | 100146689 | Kirk's Auto Ltd | Steven E. Psarellis A.P.L.C. DBA Psarellis & Assoiactes P.L.C | 4/16/13 5:11 PM |
| Sutton, Lionel | 100146689 | Kirk's Auto Ltd | Steven E. Psarellis A.P.L.C. DBA Psarellis & Assoiactes P.L.C | 4/16/13 5:11 PM |
| Sutton, Lionel | 100146689 | Kirk's Auto Ltd | Steven E. Psarellis A.P.L.C. DBA Psarellis & Assoiactes P.L.C | 4/16/13 5:19 PM |
| Sutton, Lionel | 100146689 | Kirk's Auto Ltd | Steven E. Psarellis A.P.L.C. DBA Psarellis & Assoiactes P.L.C | 4/16/13 5:20 PM |
| Sutton, Lionel | 100033281 | RICCI, NORMAN | Breit Drescher Imprevento & Walker, P.C. | 4/17/13 10:01 AM |
| Sutton, Lionel | 100033281 | RICCI, NORMAN | Breit Drescher Imprevento & Walker, P.C. | 4/17/13 10:02 AM |
| Sutton, Lionel | 100033281 | RICCI, NORMAN | Breit Drescher Imprevento & Walker, P.C. | 4/17/13 10:03 AM |
| Sutton, Lionel | 100033281 | RICCI, NORMAN | Breit Drescher Imprevento & Walker, P.C. | 4/17/13 10:09 AM |
| Sutton, Lionel | 100175072 | Allied Building Co., Inc | Pro Se | 4/18/13 9:44 AM |
| Sutton, Lionel | 100175072 | Allied Building Co., Inc | Pro Se | 4/18/13 9:45 AM |
| Sutton, Lionel | 100146689 | Kirk's Auto Ltd | Steven E. Psarellis A.P.L.C. DBA Psarellis & Assoiactes P.L.C | 4/18/13 11:41 AM |
| Sutton, Lionel | 100058815 | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC | Pro Se | 4/18/13 2:16 PM |
| Sutton, Lionel | 100033281 | RICCI, NORMAN | Breit Drescher Imprevento & Walker, P.C. | 4/19/13 12:04 PM |
| Sutton, Lionel | 100033281 | RICCI, NORMAN | Breit Drescher Imprevento & Walker, P.C. | 4/19/13 4:07 PM |
| Sutton, Lionel | 100033281 | RICCI, NORMAN | Breit Drescher Imprevento & Walker, P.C. | 4/19/13 4:26 PM |
| Sutton, Lionel | 100126986 | Dixie Electric Company, Inc. | Pro Se | 4/22/13 10:55 AM |
| Sutton, Lionel | 100203097 | Dixie Electric, Inc. | Pro Se | 4/22/13 10:55 AM |
| Sutton, Lionel | 100203097 | Dixie Electric, Inc. | Pro Se | 4/22/13 10:56 AM |
| Sutton, Lionel | 100104880 | Andry Law Firm | Pro Se | 4/22/13 10:59 AM |

SW-01-GL00500

| | | | | |
|---|---|---|---|---|
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 4/22/13 11:01 AM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 4/22/13 11:01 AM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 4/22/13 11:04 AM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 4/22/13 11:05 AM |
| Sutton, Lionel | 100049033 | Starling, Marty | Cunningham Bounds, LLC | 4/22/13 4:31 PM |
| Sutton, Lionel | 100049033 | Starling, Marty | Cunningham Bounds, LLC | 4/22/13 4:31 PM |
| Sutton, Lionel | 100115834 | Allied Company | Pro Se | 4/22/13 4:32 PM |
| Sutton, Lionel | 100175072 | Allied Building Co. Inc | Pro Se | 4/22/13 4:33 PM |
| Sutton, Lionel | 100175072 | Allied Building Co. Inc | Pro Se | 4/22/13 4:40 PM |
| Sutton, Lionel | 100112551 | Leonard F. Hattaway Revocable Trust | Pro Se | 4/23/13 9:17 AM |
| Sutton, Lionel | 100058815 | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC | Pro Se | 4/23/13 10:10 AM |
| Sutton, Lionel | 100058815 | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC | Pro Se | 4/23/13 10:12 AM |
| Sutton, Lionel | 100058815 | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC | Pro Se | 4/23/13 10:13 AM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 4/23/13 12:24 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 4/23/13 12:25 PM |
| Sutton, Lionel | 100033281 | RICCI, NORMAN | Breit Drescher Imprevento & Walker, P.C. | 4/23/13 2:29 PM |
| Sutton, Lionel | 100008126 | NEW ORLEANS HAMBURGER & SEAFOOD CO. | Waltzer Wiygul & Garside, LLC | 4/24/13 11:32 AM |
| Sutton, Lionel | 100104880 | Andry Law Firm | Pro Se | 4/24/13 12:27 PM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerrer, LLC | 4/24/13 12:45 PM |
| Sutton, Lionel | 100104880 | Andry Law Firm | Pro Se | 4/25/13 11:59 AM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerrer, LLC | 4/25/13 12:03 PM |
| Sutton, Lionel | 100140903 | KUSA Aviation, LLC | Motley Rice, LLC | 4/25/13 3:36 PM |
| Sutton, Lionel | 100085154 | Kenner Theatres, LLC | Michael P. Arata, LLC | 4/26/13 10:16 AM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerrer, LLC | 4/29/13 10:11 AM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerrer, LLC | 4/29/13 10:11 AM |
| Sutton, Lionel | 100058815 | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC | Pro Se | 4/29/13 12:37 PM |

| | | | | |
|---|---|---|---|---|
| Sutton, Lionel | 100033281 | RICCI, NORMAN | Breit Drescher Imprevento & Walker, P.C. | 4/29/13 12:38 PM |
| Sutton, Lionel | 100058815 | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC | Pro Se | 4/29/13 12:41 PM |
| Sutton, Lionel | 100058815 | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC | Pro Se | 4/29/13 12:48 PM |
| Sutton, Lionel | 100000646 | PERE MARQUETTE HOTEL PARTNERS, LLC | Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | 4/29/13 12:49 PM |
| Sutton, Lionel | 100000646 | PERE MARQUETTE HOTEL PARTNERS, LLC | Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | 4/29/13 12:49 PM |
| Sutton, Lionel | 100005991 | TALEN'S MARINE & FUEL, LLC | Andry Law Group/Andry Lerner, LLC | 4/29/13 2:03 PM |
| Sutton, Lionel | 100127251 | HOY & SONS CO., INC. | Pro Se | 4/29/13 5:03 PM |
| Sutton, Lionel | 100104880 | Andry Law Firm | Pro Se | 4/30/13 10:24 AM |
| Sutton, Lionel | 100124681 | Kenneth W. Jacques, APLC | Pro Se | 5/1/13 11:09 AM |
| Sutton, Lionel | 100051739 | THONN, CASEY | Andry Law Group/Andry Lerner, LLC | 5/2/13 9:09 AM |
| Sutton, Lionel | | | Andry Law Group/Andry Lerner, LLC | 5/2/13 1:32 PM |
| Sutton, Lionel | 100033281 | RICCI, NORMAN | Breit Drescher Imprevento & Walker, P.C. | 5/2/13 2:00 PM |
| Sutton, Lionel | 100011556 | THE FISH HOUSE, INC. | Friedman, Rodman & Frank, P.A. | 5/2/13 2:03 PM |
| Sutton, Lionel | 100139693 | I'M ALONE CHARTERS, INC. | Lundy, Lundy, Soileau & South, L.L.P. | 5/2/13 2:07 PM |
| Sutton, Lionel | 100139693 | I'M ALONE CHARTERS, INC. | Lundy, Lundy, Soileau & South, L.L.P. | 5/2/13 2:07 PM |
| Sutton, Lionel | 100001185 | Graham, Charles | Faegre, Baker, Daniels, LLP | 5/2/13 2:08 PM |
| Sutton, Lionel | 100001185 | Graham, Charles | Faegre, Baker, Daniels, LLP | 5/2/13 2:10 PM |
| Sutton, Lionel | 100036491 | Graham, Charles | Wallace J. D. Weylie law Firm | 5/2/13 2:10 PM |
| Sutton, Lionel | 100044784 | Graham, Charles | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | 5/2/13 2:10 PM |
| Sutton, Lionel | 100141107 | Graham, Charles | Daniell, Upton, & Perry, P.C. | 5/2/13 2:11 PM |
| Sutton, Lionel | 100184170 | Mestayer and Mestayer (ALC) | Mestayer and Mestayer | 5/2/13 2:22 PM |
| Sutton, Lionel | 100184170 | Mestayer and Mestayer (ALC) | Mestayer and Mestayer | 5/2/13 2:24 PM |
| Sutton, Lionel | 100184170 | Mestayer and Mestayer (ALC) | Mestayer and Mestayer | 5/2/13 2:26 PM |
| Sutton, Lionel | 100184170 | Mestayer and Mestayer (ALC) | Mestayer and Mestayer | 5/2/13 2:30 PM |

SM-01-GL00502

| | | | | |
|---|---|---|---|---|
| Sutton, Lionel | 100101469 | Mestayer, Michael | Pro Se | 5/2/13 2:30 PM |
| Sutton, Lionel | 100122826 | Michael J Mestayer A Professional Law Corporation | Pro Se | 5/2/13 2:35 PM |
| Sutton, Lionel | 100122826 | Michael J Mestayer A Professional Law Corporation | Pro Se | 5/2/13 2:36 PM |
| Sutton, Lionel | 100122826 | Michael J Mestayer A Professional Law Corporation | Pro Se | 5/2/13 2:38 PM |
| Sutton, Lionel | 100158584 | Romeo Papa LLC | Pro Se | 5/2/13 3:20 PM |
| Sutton, Lionel | 100032294 | Joka's Wild Charters, LLC | Reeves & Mestayer, PLLC | 5/2/13 4:35 PM |
| Sutton, Lionel | 100032294 | Joka's Wild Charters, LLC | Reeves & Mestayer, PLLC | 5/2/13 4:36 PM |
| Sutton, Lionel | 100085315 | K Partners Houma I LLC | Block Law Firm APLC | 5/3/13 10:40 AM |
| Sutton, Lionel | 100081655 | James, Kelsita | Pro Se | 5/3/13 10:41 AM |
| Sutton, Lionel | 100049905 | bach, chrisopher | Pro Se | 5/3/13 3:12 PM |
| Sutton, Lionel | 100116942 | BACHI, CHRISTIAN | Brent Coon & Associates | 5/3/13 3:12 PM |
| Sutton, Lionel | 100049905 | bach, chrisopher | Pro Se | 5/3/13 3:12 PM |
| Sutton, Lionel | 100020392 | CHERAMIE WORK BOATS LLC | Martzell & Bickford | 5/6/13 2:30 PM |
| Sutton, Lionel | 100033281 | RICCI, NORMAN | Breit Drescher Imprevento & Walker, P.C. | 5/6/13 2:35 PM |
| Sutton, Lionel | 100058815 | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC | Pro Se | 5/6/13 2:37 PM |
| Sutton, Lionel | 100033281 | RICCI, NORMAN | Breit Drescher Imprevento & Walker, P.C. | 5/7/13 12:52 PM |
| Sutton, Lionel | 100033281 | RICCI, NORMAN | Breit Drescher Imprevento & Walker, P.C. | 5/7/13 12:53 PM |
| Sutton, Lionel | 100033281 | RICCI, NORMAN | Breit Drescher Imprevento & Walker, P.C. | 5/8/13 10:01 AM |
| Sutton, Lionel | 100124681 | Kenneth W. Jacques, APLC | Pro Se | 5/8/13 10:55 AM |
| Sutton, Lionel | 100124681 | Kenneth W. Jacques, APLC | Pro Se | 5/8/13 5:05 PM |
| Sutton, Lionel | 100033281 | RICCI, NORMAN | Breit Drescher Imprevento & Walker, P.C. | 5/8/13 5:06 PM |
| Sutton, Lionel | 100124681 | Kenneth W. Jacques, APLC | Pro Se | 5/8/13 5:08 PM |
| Sutton, Lionel | 100033281 | RICCI, NORMAN | Breit Drescher Imprevento & Walker, P.C. | 5/8/13 5:09 PM |

SW-01-GL00503

| Sutton, Lionel | 100166510 | Rentz, Walter | Vaeth Law P.A. | 5/9/13 10:19 AM |
| Sutton, Lionel | 100034609 | SANDS, DONALD | Pro Se | 5/9/13 10:25 AM |
| Sutton, Lionel | 100005021 | SANDS, JOAN | The Law Offices of Salman and Associates, LLC | 5/9/13 10:25 AM |
| Sutton, Lionel | 100056179 | Sands, Hal | Law Office of J. N. Randall, Jr. | 5/9/13 10:27 AM |
| Sutton, Lionel | 100186983 | Vaeth, Scott | Pro Se | 5/9/13 10:27 AM |
| Sutton, Lionel | 100052833 | Miss Shell Seafood, INC | Pro Se | 5/9/13 10:28 AM |
| Sutton, Lionel | 100033281 | RICCI, NORMAN | Breit Drescher Imprevento & Walker, P.C. | 5/9/13 1:33 PM |
| Sutton, Lionel | 100033281 | RICCI, NORMAN | Breit Drescher Imprevento & Walker, P.C. | 5/9/13 1:34 PM |
| Sutton, Lionel | 100066675 | DYKEN WEALTH STRATEGIES | Pro Se | 5/9/13 2:26 PM |
| Sutton, Lionel | 100033281 | RICCI, NORMAN | Breit Drescher Imprevento & Walker, P.C. | 5/9/13 4:19 PM |
| Sutton, Lionel | 100005991 | TALEN'S MARINE & FUEL, LLC | Andry Law Group/Andry Lerner, LLC | 5/9/13 4:20 PM |
| Sutton, Lionel | 100033281 | RICCI, NORMAN | Breit Drescher Imprevento & Walker, P.C. | 5/10/13 1:48 PM |
| Sutton, Lionel | 100033281 | RICCI, NORMAN | Breit Drescher Imprevento & Walker, P.C. | 5/10/13 4:11 PM |
| Sutton, Lionel | 100175072 | Allied Building Co., Inc | Pro Se | 5/13/13 9:54 AM |
| Sutton, Lionel | 100175072 | Allied Building Co., Inc | Pro Se | 5/13/13 9:55 AM |
| Sutton, Lionel | 100120039 | Gulf Coast Recovery, Inc. | Motley Rice, LLC | 5/13/13 10:05 AM |
| Sutton, Lionel | 100000642 | CENTER FOR RESTORATIVE BREAST SURGERY, L | Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | 5/13/13 11:32 AM |
| Sutton, Lionel | 100000644 | ST. CHARLES SURGICAL HOSPITAL, LLC. | Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | 5/13/13 11:39 AM |
| Sutton, Lionel | 100000606 | BROOKS HOLDINGS LLC | Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | 5/13/13 11:40 AM |
| Sutton, Lionel | 100000604 | SOUTHERN ELECTRONICS SUPPLY, INC | Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | 5/13/13 12:04 PM |
| Sutton, Lionel | 100000614 | TEXAS BRINE COMPANY, LLC | Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | 5/13/13 12:09 PM |

SW-01-GL00504

| | | | | |
|---|---|---|---|---|
| Sutton, Lionel | 100000646 | PERE MARQUETTE HOTEL PARTNERS, LLC | Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | 5/13/13 1:31 PM |
| Sutton, Lionel | 100033281 | RICCI, NORMAN | Breit Drescher Imprevento & Walker, P.C. | 5/13/13 2:26 PM |
| Sutton, Lionel | 100000614 | TEXAS BRINE COMPANY, LLC | Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | 5/14/13 1:51 PM |
| Sutton, Lionel | 100115834 | Allied Company | Pro Se | 5/14/13 2:16 PM |
| Sutton, Lionel | 100175072 | Allied Building Co., Inc | Pro Se | 5/14/13 2:16 PM |
| Sutton, Lionel | 100146972 | Kirk's Auto of Hammond | Steven E. Psarellis A.P.L.C. DBA Psarellis & Assoicates P.L.C | 5/16/13 3:25 PM |
| Sutton, Lionel | 100146972 | Kirk's Auto of Hammond | Steven E. Psarellis A.P.L.C. DBA Psarellis & Assoicates P.L.C | 5/16/13 3:26 PM |
| Sutton, Lionel | 100146689 | Kirk's Auto Ltd | Steven E. Psarellis A.P.L.C. DBA Psarellis & Assoicates P.L.C | 5/16/13 3:27 PM |
| Sutton, Lionel | 100093004 | Steven E. Psarellis, APLC | Steven E. Psarellis A.P.L.C. DBA Psarellis & Assoicates P.L.C | 5/16/13 3:28 PM |
| Sutton, Lionel | 100058815 | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC | Pro Se | 5/20/13 4:40 PM |
| Sutton, Lionel | 100198754 | Iberia Building Systems, Inc. | Talbot Carmouche & Marcello | 5/20/13 4:44 PM |
| Sutton, Lionel | 100093782 | IBERIA ANIMAL CLINIC | Block Law Firm APLC | 5/20/13 4:44 PM |
| Sutton, Lionel | 100083540 | Boozers Iberia Street Self-Serve, Inc. | Block Law Firm APLC | 5/20/13 4:46 PM |
| Sutton, Lionel | 100137611 | Bayou Auto Sales of New Iberia Inc | Pro Se | 5/20/13 4:46 PM |
| Sutton, Lionel | 100208472 | Tampico Restaurant of New Iberia, | Antin Law Firm | 5/20/13 4:48 PM |
| Sutton, Lionel | 100018679 | Siesta Bar & Grill, Inc. a.k.a. Daiquiri Deck, Inc. | Aylstock, Witkin, Kreis & Overholtz, PLLC | 5/20/13 4:51 PM |
| Sutton, Lionel | 100035072 | The Mermaid Trapp, LLC DBA Clayton's Siesta Grille | Wallace J. D. Weylie law Firm | 5/20/13 4:52 PM |
| Sutton, Lionel | 100087572 | SIESTA MR C.B.'S RENTALS INC | Pro Se | 5/20/13 4:54 PM |
| Sutton, Lionel | 100087578 | SIESTA KEY JET SKI INC | Fresh Start Law Group | 5/20/13 4:55 PM |
| Sutton, Lionel | 100035763 | SIESTA KEY VILLAGE TROLLEY SYSTEM, INC. | Aylstock, Witkin, Kreis & Overholtz, PLLC | 5/20/13 4:57 PM |
| Sutton, Lionel | 100035763 | SIESTA KEY VILLAGE TROLLEY SYSTEM, INC. | Aylstock, Witkin, Kreis & Overholtz, PLLC | 5/20/13 4:58 PM |

SW-01-GL00505

| | | | | |
|---|---|---|---|---|
| Sutton, Lionel | 100119186 | JO-TO OF SIESTA KEY. INC. | Pro Se | 5/20/13 4:58 PM |
| Sutton, Lionel | 100205312 | Sutton Law Firm. L.L.C. | Sutton, Alker & Rather, LLC | 5/20/13 4:59 PM |
| Sutton, Lionel | 100058344 | sutton, michael | Pro Se | 5/20/13 5:00 PM |
| Sutton, Lionel | 1001588890 | Jet-Pep, Inc. | Pro Se | 5/22/13 9:52 AM |
| Sutton, Lionel | 1001588890 | Jet-Pep, Inc. | Pro Se | 5/22/13 9:53 AM |
| Sutton, Lionel | 100090942 | MELVA NEWBY LIQUORS INC. | Pro Se | 5/22/13 9:56 AM |
| Sutton, Lionel | 100090942 | MELVA NEWBY LIQUORS INC. | Pro Se | 5/22/13 11:00 AM |
| Sutton, Lionel | 100090942 | MELVA NEWBY LIQUORS INC. | Pro Se | 5/22/13 11:03 AM |
| Sutton, Lionel | 100104880 | Andry Law Firm | Pro Se | 5/22/13 3:26 PM |
| Sutton, Lionel | 100104880 | Andry Law Firm | Pro Se | 5/22/13 3:29 PM |
| Sutton, Lionel | 100202783 | Republican Party of Louisiana | Baldwin, Haspel Burke & Mayer, LLC | 5/22/13 3:31 PM |
| Sutton, Lionel | 100202783 | Republican Party of Louisiana | Baldwin, Haspel Burke & Mayer, LLC | 5/22/13 3:39 PM |
| Sutton, Lionel | 100055814 | Richard S. Lacour, CPA, Inc | Pro Se | 5/23/13 12:42 PM |
| Sutton, Lionel | 100091237 | 3CP ASSOCIATES. LLC | Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | 5/23/13 2:02 PM |
| Sutton, Lionel | 100091237 | 3CP ASSOCIATES. LLC | Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | 5/23/13 2:04 PM |
| Sutton, Lionel | 100146972 | Kirk's Auto of Hammond | Steven E. Psarellis A.P.L.C. DBA Psarellis & Assoicates P.L.C | 5/28/13 11:19 AM |
| Sutton, Lionel | 100093004 | Steven E. Psarellis, APLC | Steven E. Psarellis A.P.L.C. DBA Psarellis & Assoicates P.L.C | 5/28/13 11:21 AM |
| Sutton, Lionel | 100033281 | RICCI, NORMAN | Breit Drescher Imprevento & Walker, P.C. | 6/3/13 3:39 PM |
| Sutton, Lionel | 100040089 | Nolmar Corporation | Diliberto & Kirin, L.L.C. | 6/3/13 4:23 PM |
| Sutton, Lionel | 100133613 | Sessions Company, Inc. | Pro Se | 6/4/13 9:34 AM |
| Sutton, Lionel | 100146972 | Kirk's Auto of Hammond | Steven E. Psarellis A.P.L.C. DBA Psarellis & Assoicates P.L.C | 6/6/13 2:09 PM |
| Sutton, Lionel | 100146972 | Kirk's Auto of Hammond | Steven E. Psarellis A.P.L.C. DBA Psarellis & Assoicates P.L.C | 6/6/13 2:11 PM |
| Sutton, Lionel | 100093004 | Steven E. Psarellis, APLC | Steven E. Psarellis A.P.L.C. DBA Psarellis & Assoicates P.L.C | 6/6/13 2:20 PM |
| Sutton, Lionel | 100033281 | RICCI, NORMAN | Breit Drescher Imprevento & Walker, P.C. | 6/7/13 10:16 AM |

SW-01-GL00506

| | | | | |
|---|---|---|---|---|
| Sutton, Lionel | 100104880 | Andry Law Firm | Pro Se | 6/7/13 10:18 AM |
| Sutton, Lionel | 100005991 | TALEN'S MARINE & FUEL, LLC | Andry Law Group/Andry Lerner, LLC | 6/7/13 10:20 AM |
| Sutton, Lionel | 100005991 | TALEN'S MARINE & FUEL, LLC | Andry Law Group/Andry Lerner, LLC | 6/7/13 10:21 AM |
| Sutton, Lionel | 100005991 | TALEN'S MARINE & FUEL, LLC | Andry Law Group/Andry Lerner, LLC | 6/7/13 10:23 AM |
| Sutton, Lionel | 100058815 | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC | Pro Se | 6/7/13 2:39 PM |
| Sutton, Lionel | 100000642 | CENTER FOR RESTORATIVE BREAST SURGERY, L | Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | 6/7/13 2:41 PM |
| Sutton, Lionel | 100090942 | MELVA NEWBY LIQUORS INC. | Pro Se | 6/7/13 3:23 PM |
| Sutton, Lionel | 100126986 | Dixie Electric Company. Inc. | Pro Se | 6/10/13 11:02 AM |
| Sutton, Lionel | 100172738 | Dixie Industries Inc | Pro Se | 6/10/13 11:02 AM |
| Sutton, Lionel | 100203097 | Dixie Electric, Inc. | Pro Se | 6/10/13 11:03 AM |
| Sutton, Lionel | 100203097 | Dixie Electric, Inc. | Pro Se | 6/10/13 11:09 AM |
| Sutton, Lionel | 100193883 | CASEY KEY FISH HOUSE | Bernísson, Ittersagen, Gunderson & Wideikis, LLP | 6/10/13 11:10 AM |
| Sutton, Lionel | 100198754 | Iberia Building Systems, Inc. | Talbot Carmouche & Marcelle | 6/10/13 11:10 AM |
| Sutton, Lionel | 100139396 | Iberia Homeless Shelter, Inc. | Block Law Firm APLC | 6/10/13 11:11 AM |
| Sutton, Lionel | 100167848 | Gator Equipment Rentals of Iberia, LLC | St. Martin & Bourque | 6/10/13 11:11 AM |
| Sutton, Lionel | 100167848 | Gator Equipment Rentals of Iberia, LLC | St. Martin & Bourque | 6/10/13 11:11 AM |
| Sutton, Lionel | 100167848 | Gator Equipment Rentals of Iberia, LLC | St. Martin & Bourque | 6/10/13 11:11 AM |
| Sutton, Lionel | 100167848 | Gator Equipment Rentals of Iberia, LLC | St. Martin & Bourque | 6/10/13 11:11 AM |
| Sutton, Lionel | 100208472 | Tampico Restaurant of New Iberia, | Antin Law Firm | 6/10/13 11:12 AM |
| Sutton, Lionel | 100120159 | Blue Marlin Express, LLC | Danziger & De Llano, LLP | 6/11/13 9:35 AM |
| Sutton, Lionel | 100120159 | Blue Marlin Express, LLC | Danziger & De Llano, LLP | 6/11/13 9:39 AM |
| Sutton, Lionel | 100091313 | Huntsville Wholesale Furniture, Inc. | The Baldwin County Alabama Law Office For Civil Litigation LLC | 6/11/13 2:03 PM |
| Sutton, Lionel | 100091313 | Huntsville Wholesale Furniture, Inc. | The Baldwin County Alabama Law Office For Civil Litigation LLC | 6/11/13 2:07 PM |
| Sutton, Lionel | 100200286 | Wiregrass Foundation | E.J. Saad Law Firm | 6/11/13 2:18 PM |

SM-01-GL00507

| | | | | |
|---|---|---|---|---|
| Sutton, Lionel | 100200286 | Wiregrass Foundation | E.J. Saad Law Firm | 6/11/13 2:19 PM |
| Sutton, Lionel | 100200286 | Wiregrass Foundation | E.J. Saad Law Firm | 6/11/13 2:19 PM |
| Sutton, Lionel | 100155283 | Corps Constructors, LLC | Pro Se | 6/12/13 1:48 PM |
| Sutton, Lionel | 100054574 | CORPS INDUSTRIES, LLC | Pro Se | 6/12/13 4:38 PM |
| Sutton, Lionel | 100155283 | Corps Constructors, LLC | Pro Se | 6/12/13 4:38 PM |
| Sutton, Lionel | 100188979 | Epperson, R. Kirk | Beasley, Allen, Crow, Methvin, Portis & Miles, PC | 6/12/13 5:08 PM |
| Sutton, Lionel | 100135260 | MCINTYRE YOUNGBLOOD RECRUITING, LLC | Steven E. Psarellis A.P.L.C. DBA Psarellis & Assoicates P.L.C | 6/13/13 4:52 PM |
| Sutton, Lionel | 100135260 | MCINTYRE YOUNGBLOOD RECRUITING, LLC | Steven E. Psarellis A.P.L.C. DBA Psarellis & Assoicates P.L.C | 6/13/13 4:57 PM |
| Sutton, Lionel | 100081313 | Suescun, Jose | Diliberto & Kirin, L.L.C. | 6/17/13 10:59 AM |
| Sutton, Lionel | 100081313 | Suescun, Jose | Diliberto & Kirin, L.L.C. | 6/17/13 11:01 AM |
| Sutton, Lionel | 100104195 | St. Martin Brown & Associates, LLP | Steven E. Psarellis A.P.L.C. DBA Psarellis & Assoicates P.L.C | 6/17/13 12:59 PM |
| Sutton, Lionel | 100008342 | EDGEWATER MARINE CONSTRUCTION, INC. | Kuykendall & Associates, LLC | 6/17/13 4:57 PM |
| Sutton, Lionel | 100008324 | C & C MARINE, LLC | Kuykendall & Associates, LLC | 6/17/13 5:18 PM |
| Sutton, Lionel | 100196898 | Duhon, Eugene | Mestayer and Mestayer | 6/18/13 2:11 PM |
| Sutton, Lionel | 100011527 | MCDONALD, MARK | Lyons & Farrar, P.A. | 6/18/13 2:13 PM |
| Sutton, Lionel | 100116913 | McDonald, Mark | The Diaz Law Firm | 6/18/13 2:13 PM |
| Sutton, Lionel | 100011527 | MCDONALD, MARK | Lyons & Farrar, P.A. | 6/18/13 2:13 PM |
| Sutton, Lionel | 100188839 | McDonald, Mark | Mestayer and Mestayer | 6/18/13 2:14 PM |
| Sutton, Lionel | 100184170 | Mestayer and Mestayer (ALC) | Mestayer and Mestayer | 6/18/13 2:15 PM |
| Sutton, Lionel | 100184170 | Mestayer and Mestayer (ALC) | Mestayer and Mestayer | 6/18/13 2:16 PM |
| Sutton, Lionel | 100184170 | Mestayer and Mestayer (ALC) | Mestayer and Mestayer | 6/18/13 2:17 PM |
| Sutton, Lionel | 100169092 | Berard Transportation, Inc. | Michael J Mestayer, APLC | 6/18/13 2:17 PM |
| Sutton, Lionel | 100184170 | Mestayer and Mestayer (ALC) | Mestayer and Mestayer | 6/18/13 2:19 PM |
| Sutton, Lionel | 100184170 | Mestayer and Mestayer (ALC) | Mestayer and Mestayer | 6/18/13 2:20 PM |