# EXHIBIT 15

**From:** lhs3law <lhs3law@hotmail.com>
**Subject: Re: logo**
**Date:** May 9, 2013 6:11:18 PM EDT
**To:** glen lerner <glenlerneresq@aol.com>
**Reply-To:** lhs3law <lhs3law@hotmail.com>

Yes. And she should know to call me when she has problems.

Lionel Sutton

Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone

-------- Original message --------
From: glen lerner <glenlerneresq@aol.com>
Date: 05/09/2013 4:12 PM (GMT-06:00)
To: Sutton Lionel <lhs3law@hotmail.com>
Subject: Re: logo

Thank you. Can I share this with my office manager Susan

Sent from my iPhone

On May 9, 2013, at 4:51 PM, Sutton Lionel <lhs3law@hotmail.com> wrote:

> Just between me and you, here is your report:
>
> 402 claimants:
> 61% have submitted a signed Claim Form;
> 22% started a Registration Form but did not finish;
> 16% finished Registration but did file a Claim Form;
> <1% finished Registration, started a Claim Form but did not finish.
>
> 466 total claims filed:
> 89 paid;
> 179 Incompleteness Notices issued, only 93 responded to (17 of the non-responsives are waiting

1

to get paid);
136 under review but no Incompleteness Notices issued;
47 denied

Example of some problems:
1) Your firm was issued an incompleteness Notice on Talen's on 12/3. What appears to be a complete response was not received by us until 5/3. During that 6 month period, a lot of claims got in front of yours.
2) Only a little more than half of your clients have even submitted signed claims. At an intake rate of more than 200/day, your clients will be way behind.


Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA 70112
Office 504 592 3230
Cell 504 957 4689

---

Subject: Re: logo
From: glenlerneresq@aol.com
Date: Thu, 9 May 2013 15:23:19 -0400
To: lhs3law@hotmail.com

They are not paying claims. Insane

Sent from my iPhone

On May 9, 2013, at 3:16 PM, Sutton Lionel <lhs3law@hotmail.com> wrote:

> she's good. it has actually been pretty fun working together on this.
>
> Lionel H. Sutton, III
> 935 Gravier St., Ste. 1910
> New Orleans, LA 70112
> Office 504 592 3230
> Cell 504 957 4689

---

Subject: Re: logo
From: glenlerneresq@aol.com
Date: Thu, 9 May 2013 15:13:14 -0400
To: lhs3law@hotmail.com

Ooh la la. Work harder. How's Chris.

Sent from my iPhone