# EXHIBIT 16

**From:** Glen Lerner
**To:** Lionel
**Subject:** Re: private
**Date:** Friday, March 16, 2012 6:17:53 PM

You around to talk tomorrow

Sent from my iPhone

On Mar 16, 2012, at 3:55 PM, Lionel <lhs3law@hotmail.com> wrote:

> No conflict. She will be working for the special master.
>
> Lionel Sutton, III
> 504-957-4689
>
> On Mar 16, 2012, at 5:51 PM, Glen Lerner <glenlerneresq@aol.com> wrote:
>
>> no. Is there a conflict with my cases (Andry Lerner) going in front of her with our business relationship? Will she get my FLorida cases too?
>> On Mar 16, 2012, at 2:06 PM, Lionel wrote:
>>
>>> Not sure. Bill never responded to my answer about phenol. U hear anything ?
>>>
>>> Lionel Sutton, III
>>> 504-957-4689
>>>
>>> On Mar 16, 2012, at 3:20 PM, Glen Lerner <glenlerneresq@aol.com> wrote:
>>>
>>>> How can we use that to our benefit
>>>>
>>>> Sent from my iPhone
>>>>
>>>> On Mar 16, 2012, at 12:36 PM, Sutton Lionel <lhs3law@hotmail.com> wrote:
>>>>
>>>>> Just between you and me because they have not made the announcement yet.
>>>>>
>>>>> Christine has been hired by the special master to run his office for the BP settlement.

GJL 001335

SM-01-GL00279