# EXHIBIT 17

**From:** glen lerner
**To:** Sutton Lionel
**Subject:** Re: Settlement Agreements
**Date:** Friday, February 15, 2013 10:06:25 AM

Ok. We need to suck it up for about 8 months and then I think the world is our oyster. I'm actually going to sell part of my practice to give me some breathing room and peace until this is going full blast in twenty-four months and Chicago is producing money. Having an evaluation done on Vegas and Phoenix. Lot of outside interest but will try to sell 20 percent or so to Corey to keep him vested. He has huge backing from some big money people. I'd be on easy street if Mr. Andry could settle some BP claims! Such a good lawyer but can't get out of his own way running a business. Was at Duke for UNC game Wednesday night. Awesome. Spoke to the coaches about Julian and can give you their input. Obviously, tainted by his cramping but maybe its good to have him go again this summer. If he can't play there, they can push him to the programs where he can contribute.
On Feb 15, 2013, at 10:59 AM, Sutton Lionel wrote:

> Don't know about Argentina. I thought you and Mike talked to Martin last. I am putting together a PR program and budget now
>
> Lionel H. Sutton, III
> 935 Gravier St., Ste. 1910
> New Orleans, LA 70112
> Office 504 592 3230
> Cell 504 957 4689



> From: glenlerneresq@aol.com
> Subject: Re: Settlement Agreements
> Date: Fri, 15 Feb 2013 10:57:02 -0700
> To: lhs3law@hotmail.com; miketbryant2000@yahoo.com
>
> Good boy. Where are we on Argentina? We need to get PR stuff going now. By the time the contingencies are off in the next few weeks we can certainly mention the upcoming contract as "going to contract with a major North American coal company and in negotiations with may others globally".
> On Feb 15, 2013, at 10:11 AM, Sutton Lionel wrote:
>
>> Mike,
>>
>> Attached please find all documents executed by me pertaining to the Settlement between Crown and Proven. The same are produced and are to be read together and in their entirety.
>>
>> Lionel H. Sutton, III
>> 935 Gravier St., Ste. 1910
>> New Orleans, LA 70112
>> Office 504 592 3230
>> Cell 504 957 4689
>>
>> <Crown Consent of Members 1.pdf><Gary and Dan letter to Proven.pdf><H2O Company Agreement.pdf><H2O Consent of

CONFIDENTIAL

GJL 000940

SM-01-GL00280