# EXHIBIT 18

| Tom Schedler<br>Secretary of State | State of<br>Louisiana<br>Secretary of<br>State<br> | **COMMERCIAL DIVISION**<br>**225.925.4704**<br><br>Fax Numbers<br>225.932.5317 (Admin. Services)<br>225.932.5314 (Corporations)<br>225.932.5318 (UCC) |
|---|---|---|

| Name | Type | City | Status |
|---|---|---|---|
| CROWN, LLC | Limited Liability Company | NEW ORLEANS | Active |

**Business:** CROWN, LLC
**Charter Number:** 40182208K
**Registration Date:** 4/16/2010
**State Of Origin:**
**Domicile Address**
    935 GRAVIER STREET
    STE. 600
    NEW ORLEANS, LA 70112
**Mailing Address**
    C/O LIONEL SUTTON III
    935 GRAVIER STREET, STE. 600
    NEW ORLEANS, LA 70112

## Status

**Status:** Active
**Annual Report Status:** Not In Good Standing for failure to file Annual Report
**File Date:** 4/16/2010
**Last Report Filed:** 3/23/2012
**Type:** Limited Liability Company

## Registered Agent(s)

| Agent: | LIONEL SUTTON, III |
|---|---|
| Address 1: | 935 GRAVIER STREET |
| Address 2: | STE. 600 |
| City, State, Zip: | NEW ORLEANS, LA 70112 |
| Appointment Date: | 4/16/2010 |

## Officer(s)

Additional Officers: No

| Officer: | LIONEL SUTTON, III |
|---|---|
| Title: | Manager |
| Address 1: | 935 GRAVIER STREET |

| Address 2: | STE. 600 |
| --- | --- |
| City, State, Zip: | NEW ORLEANS, LA 70112 |

| Officer: | JOEY DARTEZ |
| --- | --- |
| Title: | Member |
| Address 1: | 118 N. RICHELIEU CIRCLE |
| City, State, Zip: | NEW IBERIA, LA 70560 |

| Officer: | TIM ELMHURST |
| --- | --- |
| Title: | Member |
| Address 1: | 2704 BRISTOL ROAD |
| City, State, Zip: | COLUMBUS, OH 43221 |

| Officer: | GLEN LERNER |
| --- | --- |
| Title: | Member |
| Address 1: | 7801 CALLE CABELLEROS |
| City, State, Zip: | PARADISE VALLEY, AZ 85253 |

## Amendments on File
**No Amendments on file**

Print

SM-01-GL00579



**CROWN**
**Water Reclamation Solutions**

info@crowncleanwater.com | 1.504.592.3230

Search ..

Home    Industries    Technology    About Us

# Leadership

### Glen Lerner, Chairman

Glen Lerner is an attorney by profession and has built one of the largest and most recognized injury law practices in the United States. As Chairman of Crown LLC, he is using the same skills that have made his law practice so successful to take Crown from the conception phase to a full-fledged business entity. Glen's strong vision and entrepreneurial spirit, combined with his position as lead investor, have positioned Crown LLC as a global leader in water reclamation solutions.

Email: Glen
Phone: 702.877.1500

### Michael Bryant, CEO

### Tim Elmhurst, VP Business Development and Marketing

SM-01-GL00617

8/22/13     Leadership | Management | Executive Team | Crown Wastewater Recycling

| About Us | Our Technology Can: | The Crown Promise | Contact Us |
|---|---|---|---|
| Crown LLC is a private corporation offering cost effective, responsible water reclamation solutions for industrial wastewater restoration. Our mission is to help reclaim the earth's natural resources that have been harmed through the quest for energy independence and other factors. | Recycle flow-back & produced water at well-head<br><br>Reintroduce water into drilling process<br><br>Recycle containment ponds at centralized hubs throughout the U.S.<br><br>Desalinate process equipment | Crown clean water process produces the lowest waste stream and lowest discharge of any competitor out there (where level of discharge measures level of efficiency). | Crown LLC Corporate Offices:<br><br>1729A Brittmoore Road<br>Houston, TX 77043<br>Phone: +1-832-831-6945<br><br>935 Gravier Street, Suite 1910<br>New Orleans, LA 70112<br>Phone: +1-504-592-3230 |

Copyright 2013, Crown LLC

SM-01-GL00618