# EXHIBIT 19

**Chris Mancuso**

| | |
|---|---|
| **From:** | Chris Mancuso |
| **Sent:** | Tuesday, April 03, 2012 3:26 PM |
| **To:** | poopsi1@hotmail.com |
| **Cc:** | Terri Gomez |
| **Subject:** | Andry Lerner LLC |

Casey:

A pleasure speaking with you today.

Called and left a message for attorney Christine Reitano re please send me the disc with claim information of claimant Casey Thonn.

I will make you a copy once I receive this disc.

We will send you an intake packet.

Christina E. Mancuso Esq.
Andry Lerner LLC
610 Baronne Street
New Orleans, Louisiana 70113
Office 504.525.5535
Direct 504.300.8109
cmancuso@andrylawgroup.com

CONFIDENTIALITY NOTICE: This e-mail transmission (and the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. It is intended only for use by the person(s) to whom it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution of or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for the return of the documents.

1

AL1J - 000109