# EXHIBIT 22

**To:** glen lerner <glenlerner@me.com>
**Reply-To:** lhs3law <lhs3law@hotmail.com>

Who the hell would have thought that you and I each having a minority interest in a preexisting company would be a conflict if interest.


Lionel Sutton

Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone


-------- Original message --------
From: glen lerner <glenlerner@me.com>
Date: 07/08/2013 4:40 PM (GMT-05:00)
To: lhs3law <lhs3law@hotmail.com>
Subject: Re: Going forward


Well wouldn't that have made sense not to take the job in the first place with you being a salaried member of Crown? You were getting a salary long before you took that job and our crown agreements document everything. You said Mr. Juneau knew all this.

Sent from my iPhone

On Jul 8, 2013, at 3:24 PM, lhs3law <lhs3law@hotmail.com> wrote:

> If there is any chance that Chris can get her job back, I can't have you paying me a salary. Talk to Joey and Tim and find out how many points 10k/m for 12 months is worth to each. Hopefully I can get my stuff straightened out soon.
>
>
> Lionel Sutton
>
> Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone
>
>
> -------- Original message --------
> From: glen lerner <glenlerner@me.com>
> Date: 07/08/2013 11:27 AM (GMT-05:00)
> To: Joey Dartez <jdartez@hotmail.com>,Tim Elmhurst <montanaelmo@yahoo.com>,Tiger Sutton <lhs3law@hotmail.com>
> Subject: Going forward
>
>
> Hey guys,
>
We need to figure out where we stand with me paying salaries going forward. Obviously, this is not the cake talk any of us envisioned. I've put almost $2M more in than expected. I know you guys want to keep a majority but thats not going to happen and never should have happened from the start. You have no skin in the game but time and you've been paid for a lot of that time with a salary. The only reason we are still alive is

9

because of my hiring of Mike. He has the engineering know how to give us credibility and solve the problems that have been created from shoddy construction, oversight and management of the machine.
>
> The best use of money right now is paying salaries and going forward, not paying $500k to fix the Gen 1 machine at this time. The way things have gone, I'm not confident that if its fixed it will be without blemish. Nevertheless, I want to keep pushing forward and feel we have enough momentum to do so, even if there have been a few times in the last few months where I thought we were done. Also, I believe NAC will come back to us and its not worth it to put this money into the machine solely to test for them.
>
> I will commit to monthly salaries for twelve months which began on June 1 and other incidental expenses. If we get a contract with AHMSA or Foresight, I want Shawn to get 3% equity in the business. He has been a godsend and is one of the most connected people on the planet and gets things done. Secondly, his deals he is proposing will require a 10% commission to the parties that brought the deals. We have to consent to that because without these people there would be no potential deals. Secondly, these deals if finalized are not one time deals but could be for multiple projects. Gentlemen, no one wants to be diluted but the truth is you all own 17% of nothing. If we catch a few breaks we can all own a smaller piece of something big and sustainable. Ultimately we will all be diluted but who cares if you own a few points of a billion dollar company and you never put up one penny! George Zimmerman, the owner of Mens Warehouse, brought in investors to grow the business and eventually was the biggest shareholder with 3.88 percent of the shares. Still the value of his shares when he got kicked out was over $70M.
>
> Its absolute BS that I had to give up my equity to bring in our CEO and the attorney (who I also pay). If Shawn gets vested with one of these deals then the three of you and I will be diluted per our pro rata shares (cost each of you about half a point and me 1.5 or so). I am not taking any points from Mike. He's done way too much compared to anyone else and is the only thing between us and failure. If you want to keep thinking small we will lose SHawn and ultimately Mike and I just have another write-off. We have something here. You've been asked to do very little heavy lifting as of late and I've put it all on Mike's lap. Let him take the ball and run with it. We are making headway but we need a signed deal soon.
>
> Let me know what you think is fair equity deal for payment of salaries for the year.
Begin forwarded message:


**From:** lhs3law <lhs3law@hotmail.com>
**Subject: Re: Going forward**
**Date:** July 9, 2013 12:09:42 AM EDT
**To:** glen lerner <glenlerner@me.com>
**Reply-To:** lhs3law <lhs3law@hotmail.com>


I just don't get it. I don't even know the names of any of your other claimants. From what I heard, there was an anonymous call that I was referring cases to Jon while I was working at the claims office. It wasn't even the Thonn case because I told Pat about that case before I started. When this first came up i told Pat that the only case i sent was thonn before I started. He told me that he already knew about Thonn because he remembered that I told him. If this is only about crown , they can clearly see that I never had anything to do with your cases. Sooner or later I will have to sue to get to the bottom of this and clear my name.


onel Sutton

10