# EXHIBIT 24

**Jonathan Andry**

| | |
|---|---|
| From: | John Andry <johnandry@yahoo.com> |
| Sent: | Friday, July 26, 2013 1:35 PM |
| To: | Jonathan Andry |
| Subject: | Fw: GQ |

----- Forwarded Message -----
From: glen lerner <glenlerneresq@aol.com>
To: Johnandry <johnandry@yahoo.com>
Sent: Monday, December 17, 2012 10:01 PM
Subject: Re: GQ

no way to advertise for those claims with only one month left Too much liability on short notice.
On Dec 17, 2012, at 8:56 PM, Johnandry wrote:

Those are big hooks...sol date for presentment and no factual nexus needed totally objective

Sent from my iPhone

On Dec 17, 2012, at 12:16 PM, glen lerner <glenlerneresq@aol.com> wrote:

> trying new type of ad and see the results. Key will be guys on the ground. I want you to meet Shawn Chester.
> On Dec 17, 2012, at 10:08 AM, John Andry wrote:
>
> I will fund everything....In the meantime, we need to convey in advertisements that there does not have to be a causal nexus between the oil spill nad the resulting injury to the potential claimants...Everyone tells me that they would make a claim except that there is no way that the oil caused there loss of business this is not correct as the settlement is purely objective and if they fit they are in from a damage perspective... Also we should be advertising that if the claims deal with oil and gas service industry that they have a limited amount of time to make a claim for presentment..That means that the statute of limitations runs out by Janurary 18, 2013 for those claims.
>
> please provide your thoughts.
>
> From: glen lerner <glenlerneresq@aol.com>
> To: Johnandry <johnandry@yahoo.com>
> Sent: Saturday, December 15, 2012 5:49 PM
> Subject: Re: GQ
>
> I have no problem helping you if you need money for the new attorneys. I will go above and beyond the call of duty. We need to move these. I guarantee I bring in another 500-1000 cases from ads this year. Good cases. Make sure you take care of Shawn's mom. We will get every doctor and dentist in gretaer Baton ROuge

1

AL1J - 001876

SM-01-GL00302

On Dec 15, 2012, at 4:36 PM, Johnandry wrote:

Cases are moving, lady antebellum ... I'll fund it and get it done...ttyl

Sent from my iPhone

On Dec 15, 2012, at 4:42 PM, glen lerner <glenlerneresq@aol.com> wrote:

> I thought you picked the lawyers already. You told me I owe 40% of the new lawyer's salaries. Need to move cases brosephus! I'll come down after holidays
> On Dec 15, 2012, at 2:45 PM, Johnandry wrote:
>
>> There is no doubt that it is slow..we new $$$ to fund the additional employees..do u have a lawyer to send?
>>
>> Sent from my iPhone
>>
>> On Dec 15, 2012, at 12:01 PM, glen lerner <glenlerneresq@aol.com> wrote:
>>
>>> when can you talk so we can all be on same page. Thought this would be moving quicker by now so want to know what I can do besides money to assist. PS. Don;t forgot to credit me for the months SUsan's worked there since we put agreement in affect (july or AUgust).
>>> On Dec 15, 2012, at 8:26 AM, Johnandry wrote:
>>>
>>>> How many claims do they have and what are thu moving? We are making a big push in the end and are gonna finish with a bang. Il bet we win up with more than them on the end $$$ wise..this will be the best investment u ever made..
>>>> Sent from my iPhone
>>>>
>>>> On Dec 14, 2012, at 10:34 PM, glen lerner <glenlerneresq@aol.com> wrote:
>>>>
>>>>> whatever. They are much better organized than we are. Move claims way faster and more efficiently.
>>>>> On Dec 14, 2012, at 8:30 PM, Johnandry wrote:
>>>>>
>>>>>> What the fuck is the Farr train??? Stick around my friend...
>>>>>>
>>>>>> Sent from my iPhone
>>>>>>
>>>>>> On Dec 14, 2012, at 5:01 PM, glen lerner <glenlerneresq@aol.com> wrote:

2

Blahhhh. I thought the ANdry train was gonna make me rich. The Farr train is the way to go. No money down and making money all the time!!
On Dec 14, 2012, at 3:51 PM, John Andry wrote:

you just got paid a disbursment...pay it out of that.

**From:** glen lerner <glenlerneresq@aol.com>
**To:** John Andry <johnandry@yahoo.com>
**Sent:** Friday, December 14, 2012 4:27 PM
**Subject:** Re: GQ

We were going to pay Thon but only once I'm paid,. Not paying out of my pocket
On Dec 14, 2012, at 3:25 PM, John Andry wrote:

it is Casey Thon the case that Tiger referred.

**From:** glen lerner <glenlerneresq@aol.com>
**To:** John Andry <johnandry@yahoo.com>
**Sent:** Friday, December 14, 2012 3:58 PM
**Subject:** Re: GQ

what is thon?
On Dec 14, 2012, at 2:44 PM, John Andry wrote:

I spoke with Susan and told her that we needed to figure out what to do and how to do..she determined that it would be better to wait until the total thon was done as the initial amount was relatively low. Tiger sent me a text this am and i tried to call him but he didnt answer. He subsequently told Susan that he

3

was in hospital because Joey had a heart attack. I will try to call him again. We need to talk about this...

**From:** Glen Lerner <glenlerneresq@aol.com>
**To:** John Andry <johnandry@yahoo.com>
**Sent:** Friday, December 14, 2012 2:54 PM
**Subject:** Re: GQ

Thonn?

Sent from my iPhone

On Dec 14, 2012, at 1:23 PM, John Andry <johnandry@yahoo.com> wrote:

> did you talk with Tiger about Thonn?
>
> **From:** Glen Lerner <glenlerneresq@aol.com>
> **To:** John Andry <johnandry@yahoo.com>
> **Cc:** Teeto Graham (8233) <teeto.graham@phelps.com>; "Reggie Davis (Reggie@zynga.com)" <Reggie@zynga.com>; "gmmckenzie@kelleydrye.com" <gmmckenzie@kelleydrye.com>; "Danny Schwarz (Dschwarz@schwarzlegal.com)" <Dschwarz@schwarzlegal.com>; "Jeff Henschel (jeffreyhenschel@aol.com)" <jeffreyhenschel@aol.com>; "egankendorff@provostylaw.com" <egankendorff@provostylaw.com>; "lhs3law@hotmail.com" <lhs3law@hotmail.com>
> **Sent:** Friday, December

4

14, 2012 1:29 PM
**Subject:** Re: GQ

That's why you're the boss

Sent from my iPhone

On Dec 14, 2012, at 12:24 PM, John Andry <johnandry@yahoo.com> wrote:

> its Al Franken
>
> **From:** Teeto Graham (8233) <teeto.graham@phelps.com>
> **To:** "Reggie Davis (Reggie@zynga.com)" <Reggie@zynga.com>; "gmmckenzie@kelleydrye.com" <gmmckenzie@kelleydrye.com>; "Danny Schwarz (Dschwarz@schwarzlegal.com)" <Dschwarz@schwarzlegal.com

5

>; 'Glen Lerner' <glenlerneresq@aol.com>; "Jeff Henschel (jeffreyhenschel@aol.com)" <jeffreyhenschel@aol.com>; "egankendorff@provostylaw.com" <egankendorff@provostylaw.com>; 'John Andry' <johnandry@yahoo.com>; "lhs3law@hotmail.com" <lhs3law@hotmail.com>
**Sent:** Friday, December 14, 2012 12:40 PM
**Subject:** GQ

Looks who is the centerfold of Tulane magazi