# EXHIBIT 25

**To:** Susan DeSantis
**Subject:** RE: casey Thonn

Susie,

Hope all is well. Casey Thonn told me he got his VOO money last week. Can you check on my fee.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA 70112
Office 504 592 3230
Cell 504 957 4689

---

Date: Tue, 26 Jun 2012 15:44:47 -0700
From: miketbryant2000@yahoo.com
Subject: NAC Commercial Proposal Draft 2
To: glenlerneresq@aol.com; lhs3law@hotmail.com; sdesantis@glenlerner.com; jdartez@hotmail.com; montanaelmo@yahoo.com

Gentlemen, following-on from our meeting today I have included scenarios 4 & 5, they are blended rates that work on pay per usage basis.
Regards Mike

Mike Bryant
email miketbryant2000@yahoo.com

CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.

# RE:

From: **Sutton Lionel** (lhs3law@hotmail.com)
Sent: Mon 1/07/13 10:08 AM

SM-01-GL00337

To:   Glen Lerner (glenlerneresq@aol.com)

did u check on my fee from casey thonn. susie sent it to jeff mid december.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

---

From: glenlerneresq@aol.com
Subject: Re:
Date: Fri, 4 Jan 2013 17:03:44 -0500
To: lhs3law@hotmail.com

Ok. understood. Need Tm agreement done. They've been dragging feet on it since meeting months ago. I'm not too crazy about them.
On Jan 4, 2013, at 4:49 PM, Sutton Lionel wrote:

> Some things are worth arguing about and some are not. Because we are friends.
>
> Lionel H. Sutton, III
> 935 Gravier St., Ste. 1910
> New Orleans, LA  70112
> Office 504 592 3230
> Cell 504 957 4689
>
> ---
>
> From: glenlerneresq@aol.com
> Subject: Re:
> Date: Fri, 4 Jan 2013 16:39:40 -0500
> To: lhs3law@hotmail.com
>
> Thx. If you have any issues with anything I said you should let me know. We are still friends you know.
> On Jan 4, 2013, at 4:02 PM, Sutton Lionel wrote:
>
>> I don't necessarily agree with all said, but i understand your position. i will work with mike to get it resolved.
>>
>> Lionel H. Sutton, III
>> 935 Gravier St., Ste. 1910