# EXHIBIT 27

**From:** glen lerner [glenlerneresq@aol.com]
**Sent:** Wednesday, March 20, 2013 5:45 PM
**To:** Susan DeSantis
**Subject:** Re: Checks from Andry

ok

On Mar 20, 2013, at 3:34 PM, Susan DeSantis wrote:

> Your 40% will be in a draw not referral.
>
> **From:** glen lerner [mailto:glenlerneresq@aol.com]
> **Sent:** Wednesday, March 20, 2013 5:25 PM
> **To:** Susan DeSantis; Jonathan Andry
> **Cc:** Jeff Cahill
> **Subject:** Re: Checks from Andry
>
> I'm confused on Thon. I am supposed to give referral attorney 50%, correct? That was our deal with him. If fee was $33k and you send me $16K for my end and I'm supposed to send him the full $16k then I got no fee. Same as the last referral.
>
> On Mar 20, 2013, at 3:20 PM, Susan DeSantis wrote:
>
>> I am mailing you the following checks from AndryLerner:
>>
>> 1411  $50,000 (40% of $125,000 draw)
>> 1412  $3353.33 (balance from the previous 40% draw)
>> 1269  $2958.39 (50% referral fee for Lerner Lead)
>> 1115  $2964.00 (40% of Attorney fees ($7410) for Tony Riley's VOO & 
>> 1308  $16665.21 (50% Casey Thonn referral fee)
>>
>> Please feel free to call with any questions.
>> Regards,
>> Susan
>> 770-296-0873
>>
>>
>> CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.
>>
>> <20130320170029451.pdf>

7/30/2013