# EXHIBIT 28



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

## DEEPWATER HORIZON ECONOMIC CLAIMS CENTER

### Policy

### Code of Conduct Policy

Policy Number: CA-003
Version: 2.0
Applies to: All Program Contractors, Subcontractors and Vendors

DHECC Approvals

_____
Patrick Juneau
Claims Administrator

10/15/12
Date

_____
David F. Odom

10/15/12
Date

{00186833-2}Code of Conduct Policy                                   091212

**SM-01-GL00020**



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

Chief Executive Officer

*Table of Contents*

1.0 General
2.0 Scope
3.0 Definitions
4.0 Responsibility Matrix
5.0 Code of Conduct Policy
    5.1 Confidentiality /Non-Disclosure Agreement
    5.2 Conflict of Interest and Recusal
    5.3 Gifts, Entertainment and Gratuities

## 1.0 General

This Code of Conduct Policy defines the established standards and practices by which Contractors, Subcontractors and Vendors will conduct business while working on behalf of the Deepwater Horizon Economic Claims Center (DHECC) Administration in processing claims and making payment determinations for qualified Claimants.

Policy:

- Contractors, Subcontractors and Vendors will ensure that all Contractor, Subcontractor and Vendor Personnel have a clear and consistent understanding of the ethical standards that are expected and required while performing services on this program.
- Contractors, Subcontractors and Vendors shall constantly improve the quality of service, products and operations and create a reputation for honesty, fairness, respect, responsibility, integrity, trust and sound business judgment.
- No bribes, kickbacks or other similar remuneration or consideration shall be given to any person or organization in order to attract or influence business activity. All Contractor, Subcontractor and Vendor Personnel shall avoid gifts, gratuities, fees, bonuses or excessive entertainment, in order to attract or influence business activity.
- Contractor, Subcontractor and Vendor Personnel will often come into contact with, or have possession of, proprietary, confidential or business-sensitive information and must take appropriate steps to assure that such information is strictly safeguarded.
- Contractors, Subcontractors and Vendors are required to disclose unethical, dishonest, fraudulent and illegal behavior, or the violation of program policies and procedures by any Contractor, Subcontractor and Vendor Personnel, directly to the CEO David F. Odom or Special Counsel Michael J. Juneau.
- Contractors, Subcontractors and Vendors will obey all Equal Employment Opportunity laws and act with respect and responsibility towards others in all of their dealings.
- Contractors, Subcontractors and Vendors shall ensure that all Contractor, Subcontractor and Vendor Personnel are fully apprised and compliant with this Policy

This Policy is subject to modification or revision in part or in its entirety to reflect changes in conditions subsequent to the effective date of this Policy

## 2.0 Scope

{00186833-2}Code of Conduct Policy      091212



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

This Policy applies to the ethical conduct required by all Contractors, Subcontractors and Vendors, and Contractor, Subcontractor and Vendor Personnel providing services to the Deepwater Horizon Economic Claims Center Administration.

## 3.0 Definitions

DEFINITIONS FOR CONTRACTOR, SUBCONTRACTOR AND VENDOR POLICIES

The following defined words and phrases apply to the Code of Conduct Policy. Terms used in the singular shall be deemed to include the plural and vice versa. Other words and phrases appearing in capital letters throughout the referenced documents shall have the meanings they are given with their first operative use.

**CEO:** The Chief Executive Office of the DHECC.

**CFO:** The Chief Financial Officer of the DHECC.

**Claim:** Any demand or request for compensation together with any accompanying documentation submitted by any Claimant in connection with the Deepwater Horizon Incident.

**Claimant:** Any natural person or entity that submits a Claim to the Deepwater Horizon Court Supervised Settlement Program seeking compensation in connection with the Deepwater Horizon Incident.

**Claims Administrator:** The person or entity selected or appointed or designated by the Court who shall administer economic and property damages settlements under the supervision of the Court.

**Claims Administration Services:** Services mutually agreed to in writing by any Contractor, Subcontractor or Vendor and Claims Administrator or as otherwise reasonably requested by the Claims Administrator from time to time pursuant to the Deepwater Horizon Economic and Property Damages Settlement Agreement and/or Transition Order (and any amendments or modifications thereof) and further orders of the Court. The Claims Administration Services shall be provided in strict accordance with the terms of the Deepwater Horizon Economic and Property Damages Settlement Agreement, the Court's Preliminary Approval Order, the Transition Order (and any amendments or modifications thereof) and in compliance with applicable law.

**Claims File:** Any information, content or material regarding a Claim in electronic, paper or other form.

**Confidential Information:** As ascribed in the Confidentiality/Non-Disclosure Agreement.

**Contractor:** An independent contractor, or employee or agent of an independent contractor, working at the request of the Claims Administrator engaged to assist with the Claims Administrator's responsibilities. Contractor is not to be considered an employee of the Claims Administrator for any purpose including, but not limited to, for purposes of the Federal Insurance Contribution Act, the Social Security Act, the Federal Unemployment Tax Act, income tax withholding (federal, state and local), worker's compensation insurance premiums, and any and all state taxes. Contractor agrees to comply with all legal and ethical obligations related to assisting the Claims Administrator in his Court-appointed role as the Claims Administrator.

**Contractor Personnel:** Contractor officers, members, partners, directors, principals and employees.

SM-01-GL00022



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

**Court:** The United States District Court for the Eastern District of Louisiana, Judge Carl Barbier, presiding, in In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, MDL No. 2179.

**Court Supervised Claims Program:** All activities and obligations of the Claims Administrator or those under his supervision necessary to implement the Deepwater Horizon Economic and Property Damages Settlement Agreement.

**Deepwater Horizon Incident:** The events, actions, inactions and omissions leading up to and including (i) the blowout of the MC252 WELL; (ii) the explosions and fire on board the Deepwater Horizon on or about April 20, 2010; (iii) the sinking of the Deepwater Horizon on or about April 22, 2010; (iv) the release of oil, other hydrocarbons and other substances from the MC252 Well and/or the Deepwater Horizon and its appurtenances; (v) the efforts to contain the MC252 Well; (vi) Response Activities, including the Vessels of Opportunity (VoO) Program; (vii) the operation of the Gulf Coast Claims Facility (GCCF); and (viii) BP Exploration & Production Inc. (BP) public statements relating to all of the foregoing.

**Deepwater Horizon Economic and Property Damages Settlement Agreement:** The settlement agreement entered by the Court on April 18, 2012 and any amendments or modifications thereto.

**Special Counsel:** The Legal authority for policy determination for DHECC.

**Subcontractor:** An independent contractor, or employee or agent of an independent contractor, working at the request of any Contractor or Vendor engaged by the Contractor or Vendor to assist with the Claims Administrator's responsibilities. Subcontractor is not to be considered an employee of the Claims Administrator for any purpose including, but not limited to, for purposes of the Federal Insurance Contribution Act, the Social Security Act, the Federal Unemployment Tax Act, income tax withholding (federal, state and local), worker's compensation insurance premiums, and any and all state taxes. Subcontractor agrees to comply with all legal and ethical obligations related to assisting the Claims Administrator in his Court-appointed role as the Claims Administrator.

**Subcontractor Personnel:** Subcontractor's officers, members, partners, directors, principals and employees.

**Transition Order:** The order entered by the Court on March 8, 2012 and any amendments or modifications thereto.

**Transition Process:** Has the meaning as ascribed in the Court's March 8, 2012 First Amended Order Creating Transition Process and any amendments or modifications thereto.

**Vendor:** A Contractor, but denominated as a vendor.

**Vendor Personnel:** Vendor's officers, members, partners, directors, principals and employees.

## 4.0 Responsibility Matrix

Contractors, Subcontractors and Vendors will seek to report all information accurately and honestly, and as otherwise required by applicable reporting requirements.

The Claims Administrator and the CEO are responsible for approving changes to this policy.



**DEEPWATER HORIZON
CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

The CEO is responsible for approving any deviation from this policy.

## 5.0 CONFLICT OF INTEREST AND RECUSAL

Contractors, Subcontractors and Vendors will assist the Claims Administrator in carrying out their responsibilities for the Court Supervised Claims Program in a professional manner and will do so at all times free of any conflict of interest as independent contractors.

Contractors, Subcontractors and Vendors will ensure that Contractor, Subcontractor and Vendor Personnel will take appropriate steps to avoid even the appearance of a conflict of interest or loss of impartiality with respect to the performance their official duties as part of the Court Supervised Claims Program. Contractors, Subcontractors and Vendors, and Contractor, Subcontractor and Vendor Personnel shall not participate, without prior written approval from the Claims Administrator, in any activity that presents or would appear to present to a reasonable person who is knowledgeable of the relevant facts, a conflict of interest with the Court Supervised Claims Program. However, merely being acquainted with an individual who, or entity that has made a claim with the Transition Process and/or the Court Supervised Claims Program does not by itself require Contractor personnel to be recused from official activities that relate to the Court Supervised Claims Program.

Contractor, Subcontractor and Vendor Personnel are not allowed to perform any official duties in the Court Supervised Claims Program that relate to any former employer, close family member or close personal friend with respect to the Court Supervised Claims Program, without the prior written approval of the Claims Administrator. Contractor, Subcontractor and Vendor must ensure that all Contractor, Subcontractor and Vendor Personnel affirm that neither they nor any immediate family members are an employee of BP or any affiliated entity of BP. Contractor, Subcontractor and Vendor must further ensure that all Contractor, Subcontractor and Vendor Personnel affirm that neither they nor any immediate family member have submitted a claim to the Court Supervised Claims Program, and if any such claim is intended to be filed or is actually filed, Contractor, Subcontractor and Vendor shall immediately notify the Claims Administrator in writing so that a determination may be made as to whether the Contractor, Subcontractor or Vendor Personnel in question may continue to provide service to the Court Supervised Claims Program under the circumstances.

Other than in the performance of their duties on behalf of Claims Administrator, Contractor, Subcontractor and Vendor must ensure that Contractor, Subcontractor and Vendor Personnel do not have and will not have any personal interest in the Transition Process, the Court Supervised Claims Program or the Claims Administration Services, nor will they take any action that will conflict with or contravene this Policy as it applies to the Transition Process, the Court Supervised Claims Program or the Claims Administration Services.

Contractor, Subcontractor and Vendor must further ensure that all Contractor, Subcontractor and Vendor Personnel acknowledge that, to the best of their knowledge, no close family member or close personal friend has or will have any interest in the Transition Process, the Court Supervised Claims Program or the Claims Administration Services, or will take any action that will contravene this Policy as it applies to the Claim Process, the Court Supervised Claims Program or the Claims Administration Services.

Contractor, Subcontractor and Vendor must report immediately to David F. Odom or Michael J. Juneau if they suspect that any Contractor, Subcontractor or Vendor Personnel may have violated of this Policy.

---

{00186833-2}Code of Conduct Policy                                                                                          091212



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

## 6.0 GIFTS, ENTERTAINMENT AND GRATUITIES

To avoid even the appearance of a conflict of interest or loss of impartiality with respect to the performance of their official duties as part of the Court Supervised Claims Program, Contractor, Subcontractor and Vendor Personnel are prohibited from soliciting or accepting any gifts or gratuities from any person or entity that may be associated with the Court Supervised Claims Program or Claims Administration Services, including but not limited to any Claimant, party, attorney, vendor or other contractor or subcontractor.

Gifts and gratuities include but are not limited to: cash, gift certificates, tickets to events, liquor, food, vacations, entertainment, services, discounts, the use of property or facilities or other favors of value extended to Contractor, Subcontractor or Vendor Personnel or their families. Reasonable business meals may, on occasion, be necessary and appropriate. Such meals are acceptable, if they are not lavish or frequent.

Contractor, Subcontractor and Vendor must also report immediately to David F. Odom or Michael J. Juneau if they suspect that any Contractor, Subcontractor or Vendor Personnel may have violated this Policy.