# EXHIBIT 29

**From:** glen lerner
**To:** Sutton Lionel
**Subject:** Re: crown
**Date:** Friday, March 15, 2013 10:25:36 AM

Ok. What do I owe you? What did he send me for you?

Sent from my iPhone

On Mar 15, 2013, at 11:26 AM, Sutton Lionel <lhs3law@hotmail.com> wrote:

> Jon told me that he just disbursed so you won't get it for a few days.
>
> Lionel H. Sutton, III
> 935 Gravier St., Ste. 1910
> New Orleans, LA 70112
> Office 504 592 3230
> Cell 504 957 4689
>
> ---
>
> CC: jcahill@glenlerner.com; miketbryant2000@yahoo.com
> From: glenlerneresq@aol.com
> Subject: Re: crown
> Date: Fri, 15 Mar 2013 11:12:21 -0400
> To: lhs3law@hotmail.com
>
> Jeff. Did we receive Thon? John may have but doesn't mean we did. Tiger, what was deal on that?
>
> Sent from my iPhone
>
> On Mar 15, 2013, at 10:16 AM, Sutton Lionel <lhs3law@hotmail.com> wrote:
>
>> Jeff,
>>
>> Joey, Tim and I signed the new OA. Please let me know when my salary will be paid up.
>> Also, let me know about the Thonn money.
>>
>> Lionel H. Sutton, III
>> 935 Gravier St., Ste. 1910
>> New Orleans, LA 70112
>> Office 504 592 3230
>> Cell 504 957 4689

GJL 001580

SM-01-GL00285