# EXHIBIT 30

**Jeff Cahill**

**From:** Sutton Lionel [lhs3law@hotmail.com]
**Sent:** Monday, January 07, 2013 10:27 AM
**To:** Jeff Cahill; Glen Lerner External
**Subject:** RE:

Yes. That is my share. Please deposit in the crown acct so I can get it

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA 70112
Office 504 592 3230
Cell 504 957 4689

---

Subject: RE:
Date: Mon, 7 Jan 2013 08:23:37 -0800
From: jcahill@glenlerner.com
To: glenlerneresq@aol.com; lhs3law@hotmail.com

We received $4,940 at the end of the year.

---

**From:** glen lerner [mailto:glenlerneresq@aol.com]
**Sent:** Monday, January 07, 2013 10:13 AM
**To:** Sutton Lionel; Jeff Cahill
**Subject:** Re:

Jeff, did we receive monies from Andry. If so, Tiger, how much is your fee?
On Jan 7, 2013, at 9:08 AM, Sutton Lionel wrote:

> did u check on my fee from casey thonn. susie sent it to jeff mid december.
>
> Lionel H. Sutton, III
> 935 Gravier St., Ste. 1910
> New Orleans, LA 70112
> Office 504 592 3230
> Cell 504 957 4689

---

From: glenlerneresq@aol.com
Subject: Re:
Date: Fri, 4 Jan 2013 17:03:44 -0500
To: lhs3law@hotmail.com

Ok. understood. Need Tm agreement done. They've been dragging feet on it since meeting months ago. I'm not too crazy about them.
On Jan 4, 2013, at 4:49 PM, Sutton Lionel wrote:

> Some things are worth arguing about and some are not. Because we are friends.

6/24/2013

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA 70112
Office 504 592 3230
Cell 504 957 4689

From: glenlerneresq@aol.com
Subject: Re:
Date: Fri, 4 Jan 2013 16:39:40 -0500
To: lhs3law@hotmail.com

Thx. If you have any issues with anything I said you should let me know. We are still friends you know.
On Jan 4, 2013, at 4:02 PM, Sutton Lionel wrote:

> I don't necessarily agree with all said, but i understand your position. i will work with mike to get it resolved.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA 70112
Office 504 592 3230
Cell 504 957 4689

> Subject: Re:
> From: glenlerneresq@aol.com
> Date: Fri, 4 Jan 2013 15:16:06 -0500
> CC: lhs3law@hotmail.com; mbryant@crownllc.us
> To: jcahill@glenlerner.com
>
> Now you can see why I'm a little bitter. Originally you wanted to give me 50% to put up $760,000.00 for the machine. Then you said 25% but then I'd have 25% of all other technologies including beach cleaning. My understanding is we don't even have the rights to that technology. Nevertheless, I put up 50% more($1,121,000) than what I originally agreed to put up as well as another $575k in salaries and expenses. You may feel that Mike's salary is on me or was premature but I promise you without it we would never be in the position we are with NAC. NAC has said as much and that without corporate leadership we would have been disregarded by their board. I've taken all the risk Tiger. We are close to something here that would never have happened if I had not stepped up to the plate. Very few people have the balls I do and put up this type of money out of their own pocket. I'm blessed I can do it.
>
> The only change to the Operating Agreement should be an apportionment of Mike's five percent (5%) I promised him for leading us and Corey's (1%) for handling all legal matter as and agreements. That will reduce all of us an additional 1.5% but I will agree that you still retain a voting majority in unison although I don't envision huge discrepancies in the direction of the company. However, I think for us to go in the correct direction we need to focus on what works. Even once we get this contract we are still a struggling little company but we will

6/24/2013

SM-01-GL00294

have credibility and we have people all over the world waiting to see this contract and for us to get going. We need machines to deploy for testing in Europe, TN, Mexico and South America ASAP. We can have a billion dollars worth of contracts in the next twelve months if we play our cards right. Now the hustle begins.
> On Jan 4, 2013, at 11:36 AM, Jeff Cahill wrote:
>
> > Gentlemen - attached is a spreadsheet of advances to and payments for
> > Crown, LLC.
> >
> > The first tab summarizes non-payroll payments from June through the end
> > of October - $199,053.21.
> > On the second tab - the top section shows non-payroll expenses for Jan.
> > to May 2012 - $128,842.46
> > the next section is payroll amounts (and a few misc. expense advances)
> > through August - $66,493.87
> > and the last section shows advances to Crown through the end of October
> > - $181,500.
> >
> > Total above is $575,889.54. A separate tab summarizes amounts paid to
> > Proven Technologies for building the machine - $1,121,000. These
> > payments were made from June 2010 through October 2011.
> >
> > At this time, we have payables of approximately $48,000 - payable
> > primarily to Crown Resource Management, LLC and Proven Technologies.
> >
> > I stopped updating this spreadsheet as of the end of October because I
> > am in the process of setting Crown, LLC up on QuickBooks. I should have
> > that completely updated by the middle of next week and can then start
> > sending out complete financial statements.
> >
> > I know early on some payments were being made from a Crown, LLC account
> > setup by Tiger? If I can get copies of those bank statements and
> > checks, I can incorporate them into QuickBooks to fully account for all
> > the financial activity. And please let me know if anyone else was
> > providing funding so that can be reflected in the financial statements.
> >
> > If you have any questions, please let me know.
> >
> > Jeff
> >
> >
> > -----Original Message-----

6/24/2013

SM-01-GL00295

```
> > From: glen lerner [mailto:glenlerneresq@aol.com]
> > Sent: Friday, January 04, 2013 8:54 AM
> > To: Jeff Cahill; Tiger Sutton
> > Subject:
> >
> > Please resend to Tiger and I all Crown costs to date, including my buy
> > in and all payments to Proven, Manpower and salaries. Basically every
> > cent I've put into Crown to date. He never received it last time
> >
> >
> >
> >
> > CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the
> > individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank
> > you.
> >
> >
> > <113012 nonwage expense summary 06 to 11.xls>
>
```

CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.

6/24/2013