# EXHIBIT 31

1319

**ANDRY LERNER LLC**
610 BARONNE ST
NEW ORLEANS, LA 70113

WHITNEY BANK
NEW ORLEANS, LOUISIANA

14-17/650

12/14/2012

PAY TO THE ORDER OF   Glen Lernerand Associates    $ **4,940.00

Four Thousand Nine Hundred Forty and 00/100·················································································· DOLLARS

Glen Lernerand Associates

MEMO   Casey Thonn VoO Charter Payment

⑊001319⑊ ⑉065000176⑉ 719829267⑊

ANDRY LERNER LLC                                                                                          1319
    Glen Lernerand Associates                                                 12/14/2012
                          VoO Charter Payment, Claim ID 20741                                   4,940.00

Whitney - Operating   Casey Thonn VoO Charter Payment                                           4,940.00

ANDRY LERNER LLC                                                                                          1319
    Glen Lernerand Associates                                                 12/14/2012
                          VoO Charter Payment, Claim ID 20741                                   4,940.00

Whitney - Operating   Casey Thonn VoO Charter Payment                                           4,940.00

SM-01-GL00014

**ANDRY LERNER LLC**
IOLTA ACCOUNT
610 BARONNE STREET
NEW ORLEANS, LA 70113

WHITNEY BANK
NEW ORLEANS, LOUISIANA
14-17/650

1394

5/14/2013

PAY TO THE ORDER OF: Glen Lerner and Associates              $ ***19,035.02

Nineteen Thousand Thirty-Five and 02/100************************************************** DOLLARS

Glen Lerner and Associates

MEMO Casey Thonn/Boat Captain

⑂"001394⑂" ⑊:065000017⑊: 7198292590⑊"

ANDRY LERNER LLC
IOLTA ACCOUNT Glen Lerner and Associates

1394

5/14/2013

Referral Fees/Boat Captain, Claim ID 19691          19,035.02

SM-01-GL00016

