# EXHIBIT 32

Company: Glen J Lerner A Professional Corp
Requester: Cahill,Jeff
Run Date: 07/22/2013 2:21:49 PM PDT
Date Range: 03/01/2013 - 03/31/2013

# Merrill Lynch

### Domestic High Value (Wire)

**Status:** Confirmed by Bank
**Transaction Number:** 13328H2451I01668

### Debit Account Information

**Debit Bank:** 122400724
**Debit Account:** 501012633142
**Debit Account Name:** GLEN J LERNER and ASSOCIATES
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** Crown, LLC
**Beneficiary Address:** 935 Gravier Street
**Beneficiary City:** New Orleans
**Beneficiary Postal Code:** 70112
**Beneficiary Country:** US-United States of America

**Beneficiary Account:** 0138911744
**Beneficiary Bank ID:** 062005690
  REGIONS BANK
  1900 5TH AVE NORTH
  BIRMINGHAM
  US-United States of America

**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details

**Currency:** USD
**Credit Amount:** 16,665.21

**Value Date:** 03/29/2013

### Optional Information

**Sender's Reference Number:** Casey Thonn

**Beneficiary Information:**

### Additional Routing

**Intermediary Bank ID:**

**Receiver Information:**

### Control Information

**Input:** jcahill
**Approved:** jcahill
**Initial Confirmation:** WTX:2013032800381787
**Confirmation #:** FEDR:20130329B6B7HU4R001626

**Input Time:** 03/28/2013 3:25:10 PM PDT
**Time:** 03/28/2013 3:50:41 PM PDT

SM-01-GL00019