# EXHIBIT 33

Company: Glen J Lerner A Professional Corp
Requester: Cahill,Jeff
Run Date: 07/22/2013 2:23:43 PM PDT
Date Range: 06/05/2013 - 06/05/2013

# Merrill Lynch

### Domestic High Value (Wire)

| | |
|---|---|
| Status: | Confirmed by Bank |
| Transaction Number: | 13605C37067P0E82 |
| Template Name: | Crown to Old Crown |
| Template Code: | 13 |

**Debit Account Information**

| | |
|---|---|
| Debit Bank: | 122400724 |
| Debit Account: | 501014889152 |
| Debit Account Name: | Crown LLC |
| Debit Currency: | USD |

**Beneficiary Details**

| | |
|---|---|
| Beneficiary Name: | Crown, LLC |
| Beneficiary Address: | 935 Gravier Street |
| Beneficiary City: | New Orleans |
| Beneficiary Postal Code: | 70112 |
| Beneficiary Country: | US-United States of America |
| Beneficiary Account: | 0138911744 |
| Beneficiary Bank ID: | 062005690 REGIONS BANK 1900 5TH AVE NORTH BIRMINGHAM US-United States of America |
| Beneficiary Email: | |
| Beneficiary Mobile Number: | |

**Payment Details**

| | |
|---|---|
| Currency: | USD |
| Credit Amount: | 19,035.02 |
| Value Date: | 06/05/2013 |

**Optional Information**

| | |
|---|---|
| Sender's Reference Number: | Casey Thonn |
| Beneficiary Information: | |

**Additional Routing**

| | |
|---|---|
| Intermediary Bank ID: | |
| Receiver Information: | |

**Control Information**

| | |
|---|---|
| Input: | jcahill |
| Approved: | jcahill |
| Initial Confirmation: | WTX:2013060500217122 |
| Confirmation #: | FEDR:20130605B6B7HU1R007038 |
| Input Time: | 06/05/2013 10:37:16 AM PDT |
| Time: | 06/05/2013 10:37:48 AM PDT |

SM-01-GL00017