# EXHIBIT 34

# GLEN LERNER INJURY ATTORNEYS
## General Ledger Transaction List

10/16/2013
11:36:32AM — All GL Journal transactions where Periods between 201212 and 201212 AND Multiple Accounts Selected — Page 1 of 1

| Date | Reference | Reference | Payee/ Vendor | Comment | Debits | Credits | Balance |
|---|---|---|---|---|---|---|---|
| **1307** | | | | | | | |
| 01-99-1307-0000 : Loan Rec NV - Due From Andry Lerner, LLC | | | | Previous Balance: | | | |
| 12/10/2012 | Andrey Lerr | | | Andrey Lerner return of capital | 0.00 | 35,980.00 | |
| 12/31/2012 | | Deposit | Andry Deposit Deposit | Thonn, Casey Claim #1000517 | 0.00 | 4,940.00 | |
| | | | | | $0.00 | $40,920.00 | |

Account Balance for 01-99-1307-0000 : Loan Rec NV - Due From Andry Lerner, LLC :

| | Debits | Credits |
|---|---|---|
| Total Transactions Reported: | $0.00 | $40,920.00 |

[End of Report]

# GLEN LERNER INJURY ATTORNEYS
## General Ledger Transaction List

10/16/2013
11:37:21AM   All GL Journal transactions where Periods between 201301 and 201301 AND Multiple Accounts Selected                                    Page 1 of 1

| Date | Reference Reference | Payee/ Vendor | Comment | Debits | Credits | Balance |
|------|---------------------|---------------|---------|--------|---------|---------|
| **1307** | | | | | | |
| 01-99-1307-0000 : Loan Rec NV - Due From Andry Lerner, LLC | | | Previous Balance: | | | |
| 1/08/2013 | Pass throug | | Pass through to Tiger Sutton | 4,940.00 | 0.00 | |
| | | | | $4,940.00 | $0.00 | |

Account Balance for 01-99-1307-0000 : Loan Rec NV - Due From Andry Lerner, LLC :

|  | Debits | Credits |
|---|--------|---------|
| Total Transactions Reported: | $4,940.00 | $0.00 |

[End of Report]

# GLEN LERNER INJURY ATTORNEYS
## General Ledger Transaction List

10/16/2013
11:38:29AM

All GL Journal transactions where Periods between 201303 and 201303 AND Multiple Accounts Selected

Page 1 of 1

| Date | Reference | Reference | Payee/ Vendor | Comment | Debits | Credits | Balance |
|---|---|---|---|---|---|---|---|
| **1900** | | | | | | | |
| 01-99-1900-0000 : Exchange Account | | | | Previous Balance: ▇ | | | |
| 3/27/2013 | | Deposit | Andry Referral Deposit Deposit | | 0.00 | 16,665.21 | ▇ |
| 3/29/2013 | Thonn pmt 1 | | | Thonn pmt to Tiger Sutton | 16,665.21 | 0.00 | ▇ |

Account Balance for 01-99-1900-0000 : Exchange Account : ▇

| | Debits | Credits |
|---|---|---|
| Total Transactions Reported: | ▇ | ▇ |

[End of Report]

# GLEN LERNER INJURY ATTORNEYS
## General Ledger Transaction List

10/16/2013
11:39:54AM     All GL Journal transactions where Periods between 201305 and 201306 AND Multiple Accounts Selected     Page 1 of 2

| Date | Reference | Reference | Payee/ Vendor | Comment | Debits | Credits | Balance |
|---|---|---|---|---|---|---|---|
| **1900** | | | | | | | |
| 01-99-1900-0000 : Exchange Account | | | | Previous Balance: | | | |
| 5/23/2013 | | Deposit | Exchange Deposit Deposit | | 0.00 | 19,035.02 | |
| 6/05/2013 | | Correct tran | | Correct transfer to Crown - part was thonn | 19,035.02 | 0.00 | |

**GLEN LERNER INJURY ATTORNEYS**
General Ledger Transaction List

10/16/2013
11:39:55AM

All GL Journal transactions where Periods between 201305 and 201306 AND Multiple Accounts Selected

Page 2 of 2

| Date | Reference Reference | Payee/ Vendor | Comment | Debits | Credits | Balance |
|------|---------------------|---------------|---------|--------|---------|---------|

Account Balance for 01-99-1900-0000 : Exchange Account :

| | Debits | Credits |
|---|--------|---------|
| Total Transactions Reported: | | |

[End of Report]