UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | JUDGE BARBIER |
| No. 12-970 | MAGISTRATE SHUSHAN |

## CLASS COUNSEL'S MOTION TO STRIKE UNSUBSTANTIATED EXHIBITS AND TO CONTEST MISSTATEMENTS CONCERNING SPECIFIC CLAIMS

**NOW INTO COURT,** through appointed Class Counsel, come Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class who respectfully move to strike the Declaration of Allison Rumsey and Appendices A and B (collectively referred to as "BP Counsel Declaration") attached thereto [Rec. Doc. 11819-2]. BP Counsel's Declaration materially misstates claims files and relies upon improper hearsay from undisclosed supporting sources.

**WHEREFORE** Plaintiffs respectfully pray that this Court strike the BP Counsel Declaration and the attached Appendices.

This 18th day of December, 2013.

Respectfully submitted,

/s/  Stephen J. Herman
**Stephen J. Herman**, La. Bar No. 23129
**HERMAN HERMAN & KATZ LLC**

/s/ James Parkerson Roy
**James Parkerson Roy**, La. Bar No.11511
**DOMENGEAUX WRIGHT ROY EDWARDS LLC**

1

820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sherman@hhklawfirm.com
*Co-Lead Class Counsel*

556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com
*Co-Lead Class Counsel*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion, together with the Exhibits, has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of December, 2013.

/s/ Stephen J. Herman and James Perkerson Roy