UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No. 12-970 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

Considering the foregoing *Class Counsel's Motion to Strike Unsubstantiated Exhibits and to Contest Misstatements Concerning Specific Claims*:

IT IS ORDERED that the motion is GRANTED and that the Declaration of Allison Rumsey and Appendices A and B attached thereto [Rec. Doc. 11819-2] are STRICKEN from the record in this matter.

Done this ____ day of December, 2013.

_____
DISTRICT COURT JUDGE CARL BARBIER

1