Revised Execution Version

## SUPPLEMENT AND AMENDMENT TO UNDERTAKING OF CHRISTINE REITANO IN FURTHERANCE OF THE COURT'S ORDER APPOINTING CLAIMS ADMINISTRATOR

This Supplement and Amendment (this "Amendment") to the Undertaking of Christine Reitano in Furtherance of the Court's Order Appointing Claims Administrator (the "Undertaking") is made and entered into by and among **Christine Reitano** ("Reitano"); BP Exploration and Production, Inc. ("BP"), solely for the purposes of the Indemnification provisions of Paragraph 4 below; and Patrick Juneau ("Juneau"), as Claims Administrator of the Court Supervised Claims Program, and as Trustee of the *Deepwater Horizon* Economic and Property Damages Trust (the "Settlement Trust"); and, for the purpose of taking cognizance of and approving the terms of this Amendment as provided in paragraph II below, the "Lead Class Counsel" (formerly the "Interim Class Counsel" as identified in the Undertaking) as of the 4th day of May, 2012 (the "Amendment Effective Date"). All of the parties identified above and appearing herein are identified collectively as the "Parties". Any terms not defined in this Amendment shall have the meanings ascribed to them in the Undertaking.

### RECITALS:

A. The Undertaking was made and entered into by and among Reitano, BP and Interim Class Counsel on April 18, 2012.

B. Paragraph 1(b) of the Undertaking provides that "[u]pon the establishment of the Settlement Trust, this Agreement [*sic*, the Undertaking] shall be amended to reflect that Reitano is retained as an independent contractor by the Settlement Trust and that the Settlement Trust shall become responsible for the Compensation obligations set forth in Paragraph 2 below".

C. The Settlement Trust has been established as of May 4, 2012, Juneau has been named as Trustee, and the creation and establishment of the Settlement Trust has been approved by the Court.

D. In addition, the "Agreement in Principle" (as identified in the Undertaking) has been formalized, its terms embodied in, and has been superseded by the "*Deepwater Horizon* Economic and Property Damages Settlement Agreement (the "Settlement Agreement") dated as of April 18, 2012, which has been approved on an interim basis by the Court.

E. Accordingly, the Parties desire to and do hereby enter into this Amendment in order to implement the terms of Paragraph 1(b) of the Undertaking and to bring the status of the Undertaking current with the developments which have occurred after its date.

{00179013-2}



EXHIBIT 1

## SUPPLEMENT AND AMENDMENT TO UNDERTAKING:

NOW THEREFORE, in consideration of the recitals and undertakings contained herein, the Parties agree as follows:

I. The Undertaking be and is hereby supplemented and amended as of the Amendment Effective Date in the following respects:

1. By replacing the word "Undertaking" with the word "Agreement" wherever it appears.

2. By amending Paragraph 1(a), Claims Administrator Services, to: (i) replace, wherever they appear, the words "final settlement agreement among the parties, should such agreement by finalized and filed and approved by the Court" (or any variation thereof), with the words "the Settlement Agreement"; and (ii) precede the current text with the following sentence: "The description and scope of the services to be performed by Reitano are as set forth on attached Schedule 1."

3. By amending Paragraph 2, Compensation, to: (i) insert the words "by the Settlement Trust", after the words "shall be compensated" on the first line of subparagraph (a) and again after the words "shall be reimbursed" on the first line of subparagraph (b); (ii) replace the figure "$20,833" with the figure "$25,000" on the first line; (iii) replace the date "April 1, 2012" with the words "the Effective Date" on the fourth line; and (iv) add at the end the following: "Any single expenditure of more than $2,000, or expenditures exceeding $5,000 in the aggregate in any individual calendar month, shall require advance written approval by the Claims Administrator or his Chief Financial Officer."

4. By amending Paragraph 3, Funding Mechanism for Payment of Compensation and Expenses, to: (i) insert the words "by the Settlement Trust", after the words "shall be paid", on the first line of subparagraph (a); (ii) insert the words "to the Settlement Trust", after the words "shall submit", on the first line of subparagraph (b); (iii) delete the words "and Interim Class Counsel" after the term "BP" on the fourth – fifth lines of subparagraph (b); and (iv) substitute the words "the Settlement Trust", for the term "BP", wherever it appears in subparagraph (c).

5. By deleting Paragraph 4, Indemnification, in its entirety (to be replaced by a separate agreement).

6. By amending Paragraph 5, Term and Termination, to: (i) replace the date "April 18, 2012" with the words "the Amendment Effective Date"; and (ii) substitute the words "the Settlement Trust" for the term "BP" after the words "the audit right of".

7. By amending Paragraph 6, Notices, to add:

    "if to the Settlement Trust or to the Claims Administrator:

Mr. Patrick Juneau
The *Deepwater Horizon* Economic and Property Damages Trust
935 Gravier Street, Suite 1905
New Orleans, LA 70112
Telephone: (504) 264-9740
Fax:          (504) 264-9746
Email: mjj@dhcclaims.com

8. By amending Paragraph 10, <u>Miscellaneous</u>, to replace, wherever they appear, the words "Reitano, and BP" with the words "Reitano, BP and the Settlement Trust".

II. Lead Class Counsel has reviewed this Amendment, takes cognizance of its terms and consents hereto, subject to the same terms, conditions and qualifications as contained in Paragraph 7 of the Undertaking.

III. As supplemented and amended hereby, the Undertaking remains and shall remain in full force and effect in accordance with its terms.

    IN WITNESS WHEREOF, the Parties have executed this Amendment as of the Effective Date.

_____
Christine Reitano

BP Exploration & Production, Inc.

By: _____

Its: _____

_____
Patrick Juneau,
Claims Administrator of the
Court Supervised Claims Program,

    and

Trustee of the *Deepwater Horizon* Economic and
Property Damages Trust

Lead Class Counsel
_____  8-1-12
James P. Roy

{00179013-2}

_____
Stephen J. Herman

## Schedule 1

### Description and Scope of Service

Christine will serve as Claims Counsel for the Claims Administrators Office with the following responsibilities:

- Work with the Parties to identify any policy / legal issues and seek resolution at the direction of the Claims Administrator
- Assist the Claims Administrator with interpretation of the Settlement Agreement, Court Orders and other legal documents
- Work with the vendors and Contract Administrator's staff on legal issues and provide guidance as needed

{00179013-2}