IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the
Gulf of Mexico, on April 20, 2010

MDL NO. 2179

SECTION: J

Honorable CARL J. BARBIER

Magistrate Judge SHUSHAN

### AFFIDAVIT OF ASHLEY ELIZABETH SUTTON

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

BEFORE ME the undersigned notary public personally came and appeared

ASHLEY ELIZABETH SUTTON,

a resident of full age and majority of the State of Louisiana

who, after being sworn, did depose and say that:

1. I applied for a job as the Media and Press Coordinator for the claims office for the Deepwater Horizon Settlement Facility. My education, background and experience more than qualified me for the job.

2. I was interviewed for the position by Mr. David Odom and Mr. Patrick Juneau.

3. I have read certain parts of the "External Investigation Report" prepared by Mr. Louis Freeh and, in particular, I read page 19 where Mr. Freeh states:

> "Mr. Odom also stated that the DHECC media and press coordinator position initially was to be filled by Mr. Sutton's and Reitano's daughter. Mr. Odom *understood* that their daughter turned the job offer down as *she thought* she was not qualified. Mr. Odom felt that at some point it was beginning to appear the Reitano wanted to make the CAO a "family affair." (Italics added).

The information obtained by Mr. Freeh about what Mr. Odom said he "understood" about what Affiant "thought" and/or what Mr. Odom "felt" about Affiant turning down the job at the Claim Administrator's office could not possibly be farther from the truth. Affiant was more than



qualified for the position of Press and Media Coordinator and the salary offered was very substantial. However, in spite of the salary and benefits, Affiant turned down the job primarily because it appeared that the Claim Administrator, Mr. Juneau, who participated in the interview, was materially deficient in use of computers, did not have any appreciation for their use in public relations and he was particularly deficient in his knowledge of the use of social media in public relations. Affiant desired to work for an employer who understood the value of and could personally use computers and were familiar with the internet and social media and its importance in public relations.

4. Mr. Odom, who also participated in the interview of Affiant, did not appear to be interested in Affiant's education, experience and abilities. Based on Mr. Odom's conduct during the interview, Affiant did not feel like Mr. Odom would be a good person to work for, no matter what the salary and this was a secondary reason Affiant turned down the position.

WITNESSES:

_____
Sarah Howard

_____
Cindy Hayes

_____
ASHLEY ELIZABETH SUTTON

Sworn to and subscribed before me this 16th day of December, 2013.

_____
NOTARY PUBLIC
Printed Name: Christine Reitano
Bar/Notary Number: 22142

# Ashley Sutton

828 Valmont　New Orleans, La. 70115

P: (281) 703-4480　E: ashleys116@yahoo.com　T: @ashleys116　L: linkedin.com/in/ashleysutton

---

**EDUCATION**
**Loyola University New Orleans**　　　　　　　　　　　　　　　　　　　　　　　　　　　　New Orleans, La.
*Bachelor of Arts*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　May 2009
- Major: Communications; Public Relations　　　　Minor: Criminal Justice

**SKILLS**
- Microsoft Office, Word, Excel, PowerPoint, MyMediaInfo, Wordpress, Campaigner, Constant Contact, Adobe InDesign, Adobe Illustrator and PRTrak.

**SOCIAL MEDIA**
- Twitter, Blogspot.com, HootSuite, TweetDeck, Google Plus, Facebook and MySpace

**EXPERIENCE**
**Gambel Communications**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Metairie, La.
*Communications Strategist*　　　　　　　　　　　　　　　　　　　　　　　　　　August 2009 to present
- Managed multiple clients on daily public relations practices including but not limited to strategy, media relations, community relations, issue management, special events and interactive outreach including social media.
- Tasked with engaging and employing the use of emerging technologies in all communications to effectively reach a dynamic yet strategically targeted audience.
- Developed meaningful partnerships and relationships with members of the local, regional and national media.
- Responsible for partnering traditional and grassroots public relations tactics and strategies with social media and interactive outlets.
- Conceptualized and implemented various special events for clients including Broadway Across America, Crescent River Pilots Foundation, City Year Louisiana, Hotel Monteleone and FestiGals®.
- Clients include: Bonefish Grill, Jamba Juice New Orleans, Entergy Louisiana, New Orleans Ballet Association, Healthy Lifestyle Choices, Business Council of New Orleans and the River Region, *The Man Who Ate New Orleans*, Broadway Across America, FestiGals®, Pinkberry Louisiana, *Wedding Style Magazine*, Chaffe McCall Law Firm, Taste Buds Restaurants- Zea Rotisserie & Grill, City Year Louisiana and Making Strides Against Breast Cancer.

**National First Place, Bateman Team (Nationally recognized public relations competition)**　　New Orleans, La.
*Team Member*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　December 2008 to May 2009
- Co-created a public relations campaign for a nonprofit client, College Bound Aid.
- Implemented *The Bling Starts Here* campaign, which raised New Orleans student's awareness of the benefits of higher education and the financial resources available to them.
- Conducted both primary and secondary research through online databases, personal interviews, surveys and focus groups with primary influencers.
- Compiled a resource guide for parents and students to aid them in the college preparation process.
- Represented the campaign as a featured guest on WWLTV Morning News with Sally Ann Roberts.
- Reached over 150,000 New Orleanians through media and personal contact.

**Keating Magee Momentum Marketing**　　　　　　　　　　　　　　　　　　　　　　　　New Orleans, La.
*Account Executive/Coordinator Intern*　　　　　　　　　　　　　　　　September 2008 to December 2008
- Provided assistance to the account executive/coordinator on day-to-day activities of clients.
- Created media lists by using media database resource programs.
- Maintained current client activities including: media deadlines, special events deadlines and communication plan timelines.
- Provided support in maintaining relationships with media outlets through follow up calls and interview scheduling.
- Measured media placement through PRTrak.
- Accompanied the account executive/ coordinator to media visits and interviews to get the experience and understanding of the various media outlets.
- Created media kits for clients.

**Habitat for Humanity of Durham, NC**　　　　　　　　　　　　　　　　　　　　　　　　Durham, N.C.
*Assistant to Special Events and Marketing Coordinator*　　　　　　　　　　　　　May 2008 to August 2008
- Helped plan Habitat's annual Bull Moon Ride event.
- Marketed to more than 75 local businesses.
- Responsible for writing - press releases for various Habitat news and events

# Ashley Sutton

828 Valmont   New Orleans, La. 70115

P: (281) 703-4480   E: ashleys116@yahoo.com   T: @ashleys116   L: linkedin.com/in/ashleysutton

---

**Public Relations Student Society of America: Loyola University New Orleans**     New Orleans, La.
*Secretary/Event Planning Committee/Vice President*     January 2008 to May 2009
- Co-created a nationally recognized regional activity, *Crisis Communication: New Orleans is open for business.*
- Aided with scheduling and creating a New Orleans Tour, complete with assigned destinations and public relations/communication professional speakers.
- Communicated with professionals and organized monthly events for members.
- Designed and wrote pamphlets and flyers that were distributed before and during the regional activity.

**ACTIVITIES**
*2010-Present*
- Public Relations Association of Louisiana (PRAL) New Orleans Chapter- Vice President of Membership
- Young Leadership Council
- New Orleans Chamber of Commerce
- Jefferson Chamber of Commerce
- French Quarter Business Association
- Greater New Orleans Women's Breakfast
- American Marketing Association
- Women In Media
- Public Relations Association of Louisiana (PRAL)
- PlayNOLA

*2009-2010*
- Public Relations Society of America (PRSA)
- International Association of Business Communicators (IABC)
- American Marketing Association
- New Orleans Young Professional Society
- Young Nonprofit Professionals Network
- Young Leadership Council
- 504Ward

*2005-2009*
- Public Relations Student Society of America (PRSSA)

**HONORS**
- 2009 PRSA Silver Anvil Award- *The Bling Starts Here* Campaign
- 2008-2009 PRSSA National First Place Bateman Team- *The Bling Starts Here* Campaign
- 2009 PRSSA Presidential Service Award


References and writing samples available upon request.