From: Michael Juneau <mjuneau@dheclaims.com>
Subject: **RE: Giants/Saints**
Date: October 8, 2012 5:11:50 PM CDT
To: Neil Zola <Neil.Zola@gardencitygroup.com>, Patrick Juneau <pjuneau@dheclaims.com>, David Odom <dodom@dheclaims.com>, Bob Levine <blevine@dheclaims.com>, Kirk Fisher <kfisher@dheclaims.com>, Chris Reade <readec@dheclaims.com>, Christine Reitano <creitano@dheclaims.com>
Cc: Jennifer Keough <jennifer.keough@gardencitygroup.com>, Stephen Cirami <Stephen.Cirami@gardencitygroup.com>

Neil:

Thanks much for your invitation. I did want to let you know, however, that our office's policy on gifts/gratuities provides that none associated with the DwH program are to receive gifts of any sort, including event tickets, etc. But thank you for the offer nonetheless.

Michael J. Juneau
DwH Claims Center
Special Counsel

**From:** Neil Zola [mailto:Neil.Zola@gardencitygroup.com]
**Sent:** Monday, October 08, 2012 3:54 PM
**To:** Patrick Juneau; David Odom; Bob Levine; Kirk Fisher; Chris Reade; Christine Reitano; Michael Juneau
**Cc:** Jennifer Keough; Stephen Cirami
**Subject:** Giants/Saints

We wanted to let you know that GCG has reserved a suite for the Giants/Saints game in New York on December 9th for our clients. We held off sending out any invitations to you until the Saints finally won a game. Glad to see they came through last night. Please let me know if you would like to attend and how many tickets you each need. We would like to invite other members of your group as well but wanted to make sure first that it was okay with you. There will likely be other clients of ours there that afternoon too. Feel free to call me with any questions.

Best Regards, Neil

Neil L. Zola
President
GCG
1985 Marcus Ave.
Lake Success, NY 11042
Phone: 631-470-5154
Facsimile: 631-940-6543
Neil.Zola@gcginc.com

This communication (including any attachments) is intended for the use of the intended recipient(s) only and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.



EXHIBIT 4