IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the
Gulf of Mexico, on April 20, 2010

MDL NO. 2179

SECTION: J

Honorable CARL J. BARBIER

Magistrate Judge SHUSHAN

**AFFIDAVIT OF CHRISTINE REITANO**

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

BEFORE ME the undersigned notary public personally came and appeared

CHRISTINE REITANO,

a resident of full age and majority of the State of Louisiana who, having been sworn, did depose and say that:

1. She has read the foregoing "Christine Reitano's Third Supplemental Response to Freeh Report and Reservation of Rights" and that all of the allegations of fact contained therein are true and correct to the best of her knowledge, information and belief.

2. Her testimony on July 29, 2013 was all true.

3. She had no knowledge of a referral fee being expected or paid to her husband in the Thonn case until after she was unlawfully terminated from the CAO and all of her testimony on this subject was true and correct.

4. She has read the Freeh Report regarding the referral fee in the Thonn case and read his version of what Ms. Mancuso supposedly said in her interview. She has also read the subsequent Affidavit of Ms. Mancuso. Ms. Mancuso's Affidavit is correct and Mr. Freeh's original interpretation of Ms. Mancuso's statement to his associates is totally inaccurate and wrong.

WITNESSES:

_____
Julian Sutton

_____
Gabriel Sutton

_____
CHRISTINE REITANO

Sworn to and subscribed before me this 12 day of December, 2013.

_____
NOTARY PUBLIC
Printed Name: Gravel Sutton III
Bar/Notary Number: 20386

EXHIBIT 5