# Exhibit F

| | FINAL PAYMENT ELECTION FORM |
|---|---|
| GCCF 1012 | Date of Notice: September 23, 2011<br>Deadline to Submit Re-Review Election Form: October 23, 2011<br>Date Final Payment Offer Expires: December 22, 2011 |

### A. CLAIMANT INFORMATION

| Claimant Name | Elton Johnson | | Claimant Number | 3495033 | |
|---|---|---|---|---|---|
| Address | Street<br>728 Hwy 3041 | | City<br>Bunkie | State<br>LA | Zip<br>71322 |
| Claimant Type<br>(Individual or Business) | Individual | | | | |

### B. ATTORNEY REPRESENTATION INFORMATION

| ☐ | The GCCF has no information that this Claimant is represented by an attorney. |
|---|---|
| x | The GCCF has been informed that this Claimant is represented by the following attorney: |

| Attorney Name | Kurt Arnold | | Law Firm | Arnold & Itkin LLP | |
|---|---|---|---|---|---|
| Address | Street<br>1401 McKinney Street, Suite 2550 | City<br>Houston | | State<br>TX | Zip<br>77010 |

### C. ELECTION TO ACCEPT FINAL PAYMENT OFFER

| X | I elect to be paid the Final Payment Offer described in my Determination Letter and acknowledge that it is subject to any outstanding lien identified in **Attachment B** to the Letter (if the Letter has an Attachment B) and any other lien of which the GCCF receives notice before payment of the Final Payment Offer. The GCCF will send you a Release and Covenant Not to Sue that you must sign and return to be paid. |
|---|---|

### SIGNATURE

| Claimant Signature | *Elton Johnson* | Date | 9/24/11<br>(Month/Day/Year) |
|---|---|---|---|
| Name of Person Signing<br>(Print or Type) | Elton Johnson | | |

You can send this Election Form to elect to be paid this Final Payment Offer using any of the following ways:

| 1. | **By Emailed PDF Attachment:**<br>(Emailed no later than midnight your time on your deadline to respond) | Email to NoticesandOffers@gccf-claims.com |
|---|---|---|
| 2. | **By Mail:**<br>(Postmarked no later than your deadline to respond) | Gulf Coast Claims Facility<br>Kenneth R. Feinberg, Administrator<br>P.O. Box 9658<br>Dublin, OH 43017-4958 |
| 3. | **By Overnight, Certified or Registered Mail:**<br>(Placed with the delivery service no later than your deadline to respond) | Gulf Coast Claims Facility<br>Kenneth R. Feinberg, Administrator<br>5151 Blazer Pkwy., Suite A<br>Dublin, OH 43017-4958 |
| 4. | **By Facsimile:**<br>(Sent no later than your deadline to respond) | 1-866-682-1772 |
| 5. | **Visit a GCCF Site Office:**<br>(No later than your deadline to respond) | You can bring the materials to a GCCF Site Office no later than your deadline. Visit www.gulfcoastclaimsfacility.com to see a list of Site Offices, or call 1-800-916-4893 and ask for Site Office locations. |
| 6. | **Online Election of Final Payment Offer:**<br>(Completed no later than midnight your time for your deadline to elect) | You can accept your Final Payment Offer electronically by visiting the GCCF website at www.gulfcoastclaimsfacility.com and accessing your claim status by clicking on the "Check Claim Status" tab. |

| | RE-REVIEW ELECTION FORM |
|---|---|
| GCCF 1119 | Date of Determination Letter: September 23, 2011<br>Deadline to Submit Re-Review Election Form: October 23, 2011 |

### A. CLAIMANT INFORMATION

| Claimant Name | Elton Johnson | | Claimant Number | 3495033 | |
|---|---|---|---|---|---|
| Address | Street<br>728 Hwy 3041 | | City<br>Bunkie | State<br>LA | Zip<br>71322 |
| Claimant Type<br>(Individual or Business) | Individual | | | | |

### B. ELECTION FOR REEVALUATION OF CLAIM

☐ I request a Re-Review of my Physical Injury Determination Letter and understand that my payment calculations could potentially change or remain the same.

### C. STATEMENT OF ISSUES FOR RE-REVIEW

You must complete Sections C.1 and C.2 below to identify the reason(s) for your Re-Review request and any new documentation submitted to support your claim. Describe in detail each aspect of the Determination Letter with which you disagree and want reevaluated. You may attach additional sheets, if necessary.

**C.1** Explain the reason(s) for your Re-Review request and explain why you disagree with the Determination Letter.

**C.2** Identify any new or previously submitted documents that support the Re-Review request. You must ensure that any *new* documents are submitted to the GCCF with this Re-Review Election Form.

### D. SIGNATURE

| Claimant Signature | | Date: | / /<br>(Month/Day/Year) |
|---|---|---|---|
| Name of Person Signing<br>(Print or Type) | | | |

Gulf Coast Claims Facility  Claimant ID: 3495033
Page 5 of 6

| | | |
|---|---|---|
| | **GCCF 1119** | **RE-REVIEW ELECTION FORM**<br>Date of Determination Letter: September 23, 2011<br>Deadline to Submit Re-Review Election Form: October 23, 2011 |
| | | **F. WHERE TO SUBMIT THIS FORM:** |
| | You can submit this completed Re-Review Election Form using any of the following ways: | |
| 1. | **By Emailed PDF Attachment:**<br>(Emailed no later than midnight your time on your deadline to respond) | Email to NoticesandOffers@gccf-claims.com |
| 2. | **By Mail:**<br>(Postmarked no later than your deadline to respond) | Gulf Coast Claims Facility<br>Kenneth R. Feinberg, Administrator<br>P.O. Box 9658<br>Dublin, OH 43017-4958 |
| 3. | **By Overnight, Certified or Registered Mail:**<br>(Placed with the delivery service no later than your deadline to respond) | Gulf Coast Claims Facility<br>Kenneth R. Feinberg, Administrator<br>5151 Blazer Pkwy., Suite A<br>Dublin, OH 43017-4958 |
| 4. | **By Facsimile:**<br>(Sent no later than your deadline to respond) | 1-866-682-1772 |
| 5. | **Visit a GCCF Site Office:**<br>(No later than your deadline to respond) | You can bring the materials to a GCCF Site Office no later than your deadline. Visit www.gulfcoastclaimsfacility.com to see a list of Site Offices, or call 1-800-916-4893 and ask for Site Office locations. |
| 6. | **Online Election for a Re-Review Request:** (Done no later than midnight your time for your deadline to elect) | You can submit this Re-Review Election Form electronically by visiting the GCCF website at www.GulfCoastClaimsFacility.com and accessing your claim status by clicking on the "Check Claim Status" tab. |