# Exhibit H



[Date]

[Claimant/Attorney Name]
[Claimant/Attorney Address 1]
[Address 2]
[City, State Zip Code]

    **RE:**    **Bodily Injury Release and Covenant Not to Sue**
            **[Claimant Name]**
            **Claimant ID:**

Dear Claimant:

     The Gulf Coast Claims Facility (the "GCCF") is the official way for Individuals and Businesses to file claims for costs and damages incurred as a result of the Deepwater Horizon Incident on April 20, 2010 (the "Oil Spill"). The GCCF and its Claims Administrator, Kenneth R. Feinberg, act for and on behalf of BP Exploration & Production, Inc. ("BP") in fulfilling BP's statutory obligations as a "responsible party" under the Oil Pollution Act of 1990 ("OPA").

     ***All Claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement or signing a release of legal rights.***

     The GCCF processed your claim and sent you a Determination Letter with a Final Payment Offer. You elected to accept this Final Payment Offer. In order to receive your Final Payment you must sign the enclosed Release and Covenant not to Sue ("the Release"). The Release is a total of seven pages. ***To receive your Final Payment, you must return all seven pages of your signed Release, from the Cover Sheet through the last page that is part of Attachment A. Do not separate or remove any of the seven pages. If you do not send back all seven pages, you cannot be paid. Follow these Instructions to complete and return the Release.***

| | **INSTRUCTIONS FOR COMPLETING THE RELEASE** |
|---|---|
| **1.** | ***Basic Information.*** If any pre-filled information in the Cover Sheet to the Release is incorrect, make your corrections directly on the Cover Sheet. You must also enter your Social Security or Individual Taxpayer Number. |
| **2.** | ***Required Signatures.*** The Claimant must personally sign in the spaces provided. If you are married, your spouse must sign in each place as well. If the Claimant is deceased, is a legal minor, or is not legally competent to sign, the Claimant's legal representative must fill out the Representative Claimant Information section in the Cover Sheet to the Release. |
| **3.** | ***Understanding Your Rights.*** The Release contains important information about your legal rights, including giving up your right to sue BP and other parties. You must read the information before signing. ***Do not sign the Release unless you understand and agree to its terms.*** |

Claimant ID:

| | **INSTRUCTIONS FOR COMPLETING THE RELEASE** |
|---|---|
| 4. | *Attorney Representation.* If you are represented by an attorney in connection with your claim, do not sign the Release until you have conferred with your attorney about the decision to submit it and sign the Release. If you would like to consult with an attorney but cannot afford one, free legal help is available for the GCCF Interim or Final Claims Process, through a network of nonprofit civil legal service organizations in Alabama, Florida, Louisiana, Mississippi and Texas. Information about this free assistance is available on the GCCF website, www.gulfcoastclaimsfacility.com. |
| 5. | *Originals Required.* Return the original signed Release to the GCCF. Facsimiles, PDFs, or copies of a signature will not be accepted. |
| 6. | *No Modifications and No Deletions.* Do not mark through or try to change any of the language in the Release. Do not take out any of the pages. You must return all seven pages of the Release (the Cover Page through Exhibit A). If you mark through or change anything, or fail to return any of the seven pages, the GCCF cannot accept the Release and cannot pay your Final Payment. |

*Return the entire original signed Release using any of the following methods. You may use the enclosed postage prepaid envelope when returning by mail or by overnight delivery:*

| | | |
|---|---|---|
| 1. | **By Mail:** | Gulf Coast Claims Facility<br>Kenneth R. Feinberg, Administrator<br>P.O. Box 9658<br>Dublin, OH 43017-4958 |
| 2. | **By Overnight Delivery, Certified or Registered Mail:** | Gulf Coast Claims Facility<br>Kenneth R. Feinberg, Administrator<br>5151 Blazer Pkwy., Suite A<br>Dublin, OH 43017-4958 |
| 3. | **Visit a GCCF Site Office:** | You can bring the materials to a GCCF Site Office. Visit www.gulfcoastclaimsfacility.com to see a list of Site Offices, or call 1-800-916-4893 and ask for Site Office locations. |

Sincerely,

*Kenneth R. Feinberg*

Kenneth R. Feinberg
Claims Administrator
Gulf Coast Claims Facility

Claimant ID:

| GULF COAST CLAIMS FACILITY<br>BODILY INJURY RELEASE AND COVENANT NOT TO SUE COVER SHEET | | | |
|---|---|---|---|
| **A. Individual Claimant Information** | | | |
| **Claimant ID#:** | | **Social Security #:** | |
| **Claimant Name:** | | | |
| **Spouse Name (if applicable):** | First | Middle | Last |

| B. Representative Claimant Information |
|---|
| You must complete each question in this section if you are signing for an individual claimant affected or injured by the Spill who is deceased, or is incompetent or legally incapacitated and unable to sign for himself or herself. (You must provide proof that you are a duly appointed Representative.) See Section VII of the Gulf Coast Claims Facility Document Requirements for the documents required to establish authority to act as the Representative Claimant or visit the website at www.gulfcoastclaimsfacility.com. |

| **Reason person affected or injured by the Spill is unable to complete the Release:** | |
|---|---|
| **Your relationship to Claimant:** | ☐ Spouse   ☐ Parent   ☐ Child<br>☐ Sibling   ☐ Administrator   ☐ Executor<br>☐ Other (specify): _____ |

| **Your Name :** | First | Middle | Last |
|---|---|---|---|
| **Your Address:** | Street | | |
| | City | State | Zip Code | Country |

| **Type of proof submitted that you are a duly appointed Representative:** | |
|---|---|

Page 1 of 7
RETURN THIS PAGE AS PART OF YOUR RELEASE                                    Claimant ID:

# GULF COAST CLAIMS FACILITY
## BODILY INJURY RELEASE AND COVENANT NOT TO SUE

**Important Information About the Attached Release And Covenant Not to Sue**

The Gulf Coast Claims Facility (the "GCCF") is the official way for Individuals and Businesses to file claims for costs and damages incurred as a result of the April 20, 2010 blowout of the Macondo Well, the sinking of Transocean's Deepwater Horizon drilling rig, and the subsequent oil spill in the Gulf of Mexico (the "Incident"). The GCCF and its Claims Administrator, Kenneth R. Feinberg, act for and on behalf of BP Exploration & Production, Inc. ("BP") in fulfilling BP's statutory obligations as a "responsible party" under the Oil Pollution Act of 1990 ("OPA").

***All claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement or signing a release of legal rights.***

If you do not accept a Final Payment from the GCCF for your physical injury claim, you have the right to file a claim in court, including in the multidistrict litigation pending before the United States District Court for the Eastern District of Louisiana, titled, *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* (MDL No. 2179). The multidistrict litigation is a consolidated grouping of federal lawsuits arising out of the Incident. Information regarding the multidistrict litigation may be obtained from the court's website at www.laed.uscourts.gov.

The attached Release and Covenant Not to Sue ("Release") is a binding legal document. By signing this document, you are forever waiving and releasing all claims for bodily injury (including without limitation mental health injury and economic loss in connection with bodily injury or mental health injury) (collectively, "Bodily Injury") that you may have against BP or any other party in connection with the April 20, 2010 blowout of the Macondo Well, the sinking of Transocean's Deepwater Horizon Drilling Rig, and the subsequent oil spill in the Gulf of Mexico (the "Incident"). Do not sign this document unless you understand and agree to all of its terms.

You are under no obligation to accept the final payment offered to you by the Gulf Coast Claims Facility ("GCCF"). You are free to reject the final payment offered by the GCCF and to pursue other means of compensation. If you want to file a lawsuit regarding the incident do not sign the Release.

By signing the attached Release, you are forever giving up and discharging any rights which you may have for any costs, damages or other relief concerning alleged bodily injury related to or arising from the Incident, even if you are not currently aware of such costs or damages and even if such costs or damages arise in the future or do not manifest themselves until the future.

By signing the attached Release, you acknowledge that you have read and understand the terms of the Release, and that you execute the Release voluntarily and without being pressured or influenced by, and without relying upon, any statement of representation made by any person acting on behalf of BP or any other released party.

***If you are represented by an attorney in connection with your claim, confer with your attorney before signing this Release.***

Claimant acknowledges that claimant has read and understands the information above. Claimant elects to accept the Final Payment Offer as a final settlement of all claims for Bodily Injury against any party in connection with the Incident.

Claimant consents to the use and disclosure by the GCCF and those assisting the GCCF of any information that it believes necessary and/or helpful to process claimant's claim for compensation and payment including any legitimate business purposes associated with administering the GCCF and providing adequate documentation for insurance coverage of responsible parties, and/or as otherwise required by law, regulation or judicial process.

_____          _____
Signature of Claimant                                                                               Date

I acknowledge that I have read and understand the information in this above. I consent to the claimant's election to accept the Final Payment Offer as a final settlement of all claims of claimant for Bodily Injury against any party in connection with the Incident.

_____   _____
Spousal Signature (if applicable)      Date

Page 3 of 7

RETURN THIS PAGE AS PART OF YOUR RELEASE                                    Claimant ID:

### RELEASE AND COVENANT NOT TO SUE

1. In consideration of payment in the amount of [insert], Claimant hereby releases and forever discharges, and covenants not to sue BP Exploration & Production Inc. ("BP") and the other Released Parties for any losses, damages, costs, expenses, injuries, claims, causes of actions, liabilities, or other relief that Claimant has or may have, whether known or unknown, whether present or future, whether direct or indirect, whether legal or equitable, concerning bodily injury (including without limitation mental health injury and including any alleged economic loss in connection with bodily injury or mental health injury) (collectively, "Bodily Injury") arising from or relating in any way to the April 20, 2010 blowout of the Macondo Well, the sinking of Transocean's Deepwater Horizon drilling rig, and the subsequent oil spill and response thereto in the Gulf of Mexico (the "Incident") (collectively, "Claims").

2. Claimant also, on behalf of Claimant's spouse, heirs, beneficiaries, agents, estates, executors, administrators, personal representatives, subsidiaries, parents, affiliates, partners, limited partners, members, joint venturers, shareholders, predecessors, successors, assigns, insurers, and attorneys (collectively, "Affiliates"), hereby releases and forever discharges, and covenants not to sue BP and the other Released Parties for any Claims released by Claimant pursuant to Paragraph 1 above. With regard to an insurer of the Claimant, notwithstanding anything to the contrary in the foregoing, the execution of this Release by Claimant shall not release the claims of an insurer of Claimant if and only if the Claimant has disclosed in writing on Claimant's Full Review Final Claim Form for Final Payment or Emergency Advance Payment Claim Form submitted to the Gulf Coast Claims Facility the fact of a payment, and the amount of the payment, by the insurer to Claimant.

3. This Release applies to all Claims for Bodily Injury regardless of the legal or equitable theory (including legal and equitable theories under federal, state, local, and international law, and including without limitation statutory law, regulation, common law, maritime law, strict liability, negligence, gross negligence, punitive damages, nuisance, trespass, assault, and all other legal and equitable theories), whether existing now or arising in the future, arising out of or in any way relating to the Incident.

4. Released Parties means anyone who is or could be responsible or liable in any way for the Incident or any damages related thereto, whether a person, company or governmental entity, including (but not limited to) BP, other potentially responsible or liable parties, including but not limited to the parties listed in Attachment A to this Release, the federal Oil Spill Liability Trust Fund and any state or local fund, and each of their respective Affiliates as defined above.

5. Claimant represents and warrants that Claimant: (i) has authority to execute this Release; and (ii) has not sold or otherwise transferred or assigned any of the Claims, or any interests in such Claims.

6. Claimant represents and warrants that Claimant has not received any payment from any insurer or other party (other than BP or the GCCF) in connection with the Incident, other than payments disclosed on the Full Review Final Claim Form for Final Payment. However, the representation and warranty contained in this section (6) is not applicable to a Claimant electing to submit a Quick Payment Final Claim Form and receive a Quick Payment.

7. Claimant will dismiss with prejudice within 10 days of executing this Release any litigation concerning Bodily Injury filed by or on behalf of Claimant against BP or any other Released Parties. Claimant also will withdraw (the obligation to withdraw is satisfied by affirmatively declining to participate if and when the Claimant receives any communication giving Claimant the option of participating or not participating in a class action or similar procedural device) from any existing and will not join any new class actions or similar procedural devices alleging Bodily Injury arising from or relating to the Incident.

8. This Release is not intended to prevent any of the Released Parties from exercising their respective rights of contribution, subrogation, or indemnity under any law. To the fullest extent permitted by law, BP is hereby subrogated to any and all rights that Claimant has relating to Claimant's claims for alleged Bodily Injury arising from the Incident.

9. The payment to Claimant is made without any admission of liability or wrongdoing, or any acknowledgment that the law recognizes any allegation referenced herein, by BP or any other Released Party.

10. The provisions of this Release and all questions with respect to the construction and enforcement thereof and the rights and liabilities hereto shall be governed by, and construed and enforced in accordance with, the laws of the state of residence of the Claimant at the time of signing this Release without regard to conflicts of laws principles.

11. This Release supersedes any and all other agreements, written or oral, between BP and Claimant with respect to such subject matter of this Release.

12. If there is no signature on the line below for Claimant's Spouse, Claimant represents and warrants that Claimant is not married.

| RELEASE AND COVENANT NOT TO SUE | |
|---|---|
| **Release and Covenant Not to Sue – Signature by the Claimant** | |
| As the Claimant, or authorized signatory of the Claimant, as set forth in the Claim Form, I am signing this Release and Covenant Not to Sue: | |
| **Signature:** | |
| **Printed Name:** | |
| **Your Title, if signing as a Representative of a Claimant:** | |
| **Date:** | (Month/Day/Year):  _____/_____/_____ |
| **Release and Covenant Not to Sue – Signature by the Claimant's Spouse** (if applicable) | |
| As the spouse of the individual signing above, I am signing this Release and Covenant Not to Sue: | |
| **Signature:** | |
| **Printed Name:** | |
| **Date:** | (Month/Day/Year):  _____/_____/_____ |

**YOU MUST RETURN ALL 7 PAGES OF THIS RELEASE PACKET, INCLUDING BOTH PAGES OF ATTACHMENT A.  FAILURE TO DO SO WILL DELAY THE PROCESSING OF YOUR FINAL PAYMENT.**

Case 2:10-md-02179-CJB-DPC Document 11992-8 Filed 12/16/13 Page 9 of 10
Case 4:12-cv-00969 Document 32-8 Filed in TXSD on 06/01/12 Page 9 of 10

Attachment A

Aerotek, Inc.
Ameri-Force, Inc.
Anadarko Petroleum Company
Anadarko Petroleum Corporation
Anadarko E&P Company LP
Art Catering, Inc.
Ashland
BJ Services Company, USA
BP America Inc.
BP America Production Company
BP Company North America Inc.
BP Corporation North America Inc.
BP Corporation North America Inc. Savings Plan Investment Oversight Committee
BP Energy Company
BP Exploration (Alaska) Inc.
BP Global Special Products (America) Inc.
BP Holdings North America Limited
BP plc
BP Products North America Inc.
Brett Robinson Gulf Corporation
Cameron Corporation
Cameron International Corporation f/k/a Cooper Cameron Corporation
Cameron International Corporation d/b/a/ Cameron Systems Corporation
Center for Toxicology and Environmental Health L.L.C.
Chouest Shorebase Services, LLC
Clean Harbors
Core 4 Kebawk, LLC
Crowder/Gulf Joint Venture
Crowder Gulf Disaster Recovery
Diamond Offshore Company
DOF Subsea USA, Inc.
Drill-Quip, Inc.
Entrix, Inc.
Environmental Standards
EPS Corporation
ERG
ES&H Environmental Services
ESIS, Inc.
Exponent
Global Diving & Salvage, Inc.
Gulf Offshore Logistics, LLC
Gulf Offshore Logistics International,LLC
Halliburton Energy Services, Inc.
Halliburton Company
Hamilton Eng.
Hepaco
Hilcorp Energy Company
Hyundai Heavy Industries Co. Ltd, Inc.
Hyundai Motor Company
In Rem Vessels
Island Ventures II
Jupiter Insurance Limited
LaBorde Marine Services, LLC
Lloyd's of London
Marine Spill Response Corporation
MEG Energy Corp
M-I L.L.C.
M-I Drilling Fluids L.L.C.
M-I Swaco
Miller Environmental Group, Inc.
Mitsui & Co. (USA), Inc.
Mitsui & Co. Ltd.

RETURN THIS PAGE AS PART OF YOUR RELEASE                                    Claimant ID:

Mitsui Oil Exploration Co. Ltd.
Moran Environmental Recovery, LLC
MOEX Offshore 2007 LLC
Moex USA Corporation
MV Monica Ann
MV Pat Tilman
MV Damon B. Bankston
MV Max Chouest
MV Ocean Interventions
MV C. Express
MV Joe Griffin
MV Mr. Sidney
MV Hilda Lab
MV Sailfish
MV Seacor Washington
MV Seacor Vanguard
Nalco Holding Company
Nalco Finance Holdings LLC
Nalco Finance Holdings Inc.
Nalco Holdings LLC
Nalco Company
Nautical Ventures, LLC
Nautical Solutions, LLC
O'Brien's Response Management, Inc.
Ocean Runner, Inc.
Oceaneering International, Inc.
Offshore Cleaning Systems L.L.C.Offshore Service Vessels, LLC
Offshore Inland Marine & Oilfield Services, Inc.
Ranger Offshore, Inc.
Reel Pipe, LLC
Schlumberger, Ltd.
Seacor Marine, LLC
Seacor Marine, Inc.
Seacor Marine International, Inc.
Siemens Financial, Inc.
Seafairer Boat, LLC
State Street Bank and Trust Company
Subsea 7 LLC
The Response Group, Inc.
TestAmerica, Inc.,
Tiburon Divers, Inc.
Tidewater Marine LLC
Tiger Safety, LLC
TL Wallace
Transocean Inc.
Transocean Deepwater, Inc.
Transocean Drilling (U.S.A.) Inc.
Transocean Enterprise Inc.
Transocean Holdings Inc.
Transocean Holdings LLC
Transocean Ltd.
Transocean Offshore Deepwater Drilling, Inc.
Transocean Offshore USA, Inc.
Triton Asset Leasing GmbH
Triton Hungary Asset Management KFT
Triton Hungary Asset Management Limited Liability Company
USES/Construct Corps
Weatherford International Ltd.
Weatherford U.S. L.P
Worley Catastrophe Services, LLC
Worley Catastrophe Response, LLC