# Exhibit M

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

Christopher J. Esbrook
To Call Writer Directly:
(312) 862-2032
christopher.esbrook@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

October 3, 2011

**BY ELECTRONIC MAIL AND
FIRST CLASS MAIL**

Cliffe E. Laborde III
Frank X. Neuner, Jr.
Ben L. Mayeaux
Jed M. Mestayer
Laborde & Neuner
One Petroleum Center
Suite 200
1001 W. Pinhook Road
P.O. Box 52828 (70505-2828)
Lafayette, Louisiana 70503

Re: Personal Injury Claim filed by Tidewater Marine Employee With the Gulf Coast Claims Facility

Dear Mr. Laborde:

I write in reference to a Tidewater Marine employee that has filed a claim with the Gulf Coast Claims Facility ("GCCF") for damages arising from personal injuries sustained during the Deepwater Horizon incident. Specifically, I write to alert you that BP has learned that the GCCF has offered to settle personal injury claim brought by Tidewater Marine employee Elton Johnson.

As you know, BP and Tidewater Marine LLC are parties to a Master Time Charter which is relevant here. Under the Master Time Charter, Tidewater must defend, indemnify and hold BP harmless from all claims for personal injury brought by Tidewater Marine employees or contractors related to work performed under the Master Time Charter. On June 25, 2010, BP tendered the defense of such claims to Tidewater Marine. Consistent with Tidewater Marine's duty to defend and indemnify BP in the case referred to above, BP asks that Tidewater Marine promptly resolve the claim referenced above in BP's best interest. BP does not control the GCCF and cannot prevent it from making settlement offers. BP again requests that Tidewater Marine resolve the claim referenced above, as well as any other personal injury claims brought by Tidewater Marine employees or contractors in the GCCF, consistent with BP's best interest. If Tidewater Marine does not resolve these claims, BP expects that Tidewater Marine will indemnify BP for all BP funds the GCCF pays to settle these claims.

Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

USCA5 1299

## KIRKLAND & ELLIS LLP

October 3, 2011
Page 2

    Please do not hesitate to call should you have any questions or would like to discuss any issues raised in this letter.

Sincerely,

Christopher J. Esbrook