**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | | SECTION J |
| This document relates to: | * | |
| *Elton Johnson v. BP America Exploration & Production Inc.*, No. 2:13-cv-5804. | * * | Honorable CARL J. BARBIER |
| | * * | Magistrate Judge SHUSHAN |
| | * * * | |

## BP'S MOTION FOR SUMMARY JUDGMENT

BP Exploration & Production Inc., BP Products North America Inc., and BP Corporation North America Inc. (collectively "BP") move this Court for summary judgment pursuant to Federal Rule of Civil Procedure 56.  In support of the Motion, BP respectfully states:

1.     Plaintiff, Elton Johnson, has filed contract claims asserting that he and BP entered into a settlement agreement in September 2011.  He currently seeks to enforce the alleged agreement against BP.

2.     As explained in the accompanying Memorandum, BP is entitled to summary judgment on Johnson's contract claims because, alternatively: (a) the parties did not agree to all material terms, in particular those contained in the Release and Covenant Not To Sue, which Johnson neither saw nor signed; and (b) even if a contract was formed, Plaintiff did not satisfy a condition precedent to BP's performance (*i.e.*, signing the Release) because the Gulf Coast Claims Facility ("GCCF") properly withheld the Release after receiving credible information demonstrating that Johnson's underlying physical injury claims were fabricated.  Indeed, the

conducted an independent investigation through Guidepost Solutions concluding that the Plaintiff's claims were "fabricated" and on that basis issued a final denial of the claim.

WHEREFORE, for the reasons set forth above, and considering such other arguments and evidence as may properly come before the Court, BP respectfully requests that the Court enter summary judgment in its favor, holding that Plaintiff's contract claims fail as a matter of law.


Date: December 16, 2013

Of Counsel:

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
richard.godfrey@kirkland.com
andrew.langan@kirkland.com

Jeffrey Bossert Clark
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
jeffrey.clark@kirkland.com
dominic.draye@kirkland.com

Respectfully Submitted,

/s/ Don K. Haycraft
Don K. Haycraft
Devin C. Reid
LISKOW & LEWIS LLP
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 556-4128
Facsimile: (504) 556-4108
dkhaycraft@liskow.com
dcreid@liskow.com

ATTORNEYS-IN-CHARGE FOR
DEFENDANTS BP EXPLORATION &
PRODUCTION INC., BP PRODUCTS
NORTH AMERICA INC., AND BP
CORPORATION NORTH AMERICA INC.

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on December 16, 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have served this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

/s/ Don K. Haycraft