IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179<br><br>SECTION J<br><br><br>Honorable CARL J. BARBIER |
| This document relates to:<br>*Elton Johnson v. BP Exploration & Production Inc.*, No. 2:13-cv-5804. | * * * * * * | Magistrate Judge SHUSHAN |

## [PROPOSED] ORDER GRANTING BP'S MOTION FOR SUMMARY JUDGMENT

This matter is now before the Court on Defendant's Motion for Summary Judgment and Plaintiff's Motion to Enforce Settlement Agreement with BP.

WHEREFORE**,** the Court having reviewed the motions, responses and replies, as well as the supporting summary judgment evidence, IT IS ORDERED and established by this Court:

1. BP's Motion for Summary Judgment is hereby GRANTED; and

2. Plaintiff's Motion to Enforce Settlement Agreement with BP is hereby DENIED.

IT IS SO ORDERED.

New Orleans, Louisiana, this ___ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE