# Exhibit C



## LABORDE & NEUNER
### ATTORNEYS AT LAW

CLIFFE E. LABORDE III
FRANK X. NEUNER, JR*
JAMES L. PATE
BEN L. MAYEAUX
ROBERT E. TORIAN
JAMES D. HOLLIER
MELISSA L. THERIOT*
KEVIN P. MERCHANT
JENNIE P. PELLEGRIN
BRANDON W. LETULIER
JASON T. REED

PROFESSIONAL LAW CORPORATIONS
*ALSO ADMITTED IN TEXAS

ONE PETROLEUM CENTER
SUITE 200
1001 W. PINHOOK ROAD
P.O. BOX 52828 (70505-2828)
LAFAYETTE, LOUISIANA 70503
Telephone:  (337) 237-7000
Facsimile:  (337) 233-9450
www.LN-Law.com

CLIFFE E. LABORDE, Jr.
(1913-1983)

WILL MONTZ
JEREMY N. MORROW
JED M. MESTAYER
PHILIP H. BOUDREAUX, JR.
CLIFF A. LACOUR
JEFFREY K. COREIL
SARA RODRIGUE
JACLYN BRIDGES
VICTORIA VIATOR
JAMES G. DICHARRY

October 20, 2011
**Via E-Mail Only**

Ms. Jacqueline E. Zins, esq.
Gulf Coast Claims Facility
c/o Feinberg Rozen, LLP
780 Third Ave., 26th Floor
New York, NY 10017-2024

   Re: Claim of Elton Johnson
     Our File No. 17756.001

Dear Jackie –

   We represent Tidewater Marine, LLC ("Tidewater") in the lawsuit brought by Elton Johnson arising out of the April 20, 2010 blowout aboard the MODU DEEPWATER HORIZON (the "Blowout").  Johnson is a former employee of Tidewater who was assigned to the PSV DAMON B. BANKSTON (the "BANKSTON"), which was dynamically positioned adjacent to MODU DEEPWATER HORIZON (the "HORIZON") at the time of the Blowout.  Following the Blowout, the crew of the BANKSTON rescued all 115 surviving members of the crew of the HORIZON.  In his lawsuit, Johnson claims that the Blowout "violently threw [Johnson] approximately seven (7) feet into a wall and onto a door of the engine room in the supply vessel."[1]  As a result he alleges he was knocked unconscious, sustained injuries to his brain, shoulder, and back, and now suffers from post-traumatic stress disorder, anxiety, nightmares, restlessness, and depression.[2]  The alleged accident was not reported to Tidewater and statements from Tidewater crewmembers in close proximity to Johnson do not corroborate Johnson's accounts.

---

[1] *Plaintiff's First Amended and Restated Petition*, ¶7.  Johnson has, himself, contradicted these claims in his retelling of the events to his various doctors.  Each of these retellings is discussed in detail *infra*.

[2] *Id* at ¶¶8 and 10.

Ms. Jacqueline E. Zins, esq.
October 20, 2011
Page 2

---

After the close of business on October 3, 2011 we received a letter from BP's counsel, Christopher Esbrook of Kirkland & Ellis, advising that the Gulf Coast Claims Facility (the "GCCF") had reached an agreement with Johnson to settle his claims. We were subsequently informed that the amount of the settlement was in excess of $2.6 million, that Tidewater had no right to appeal this settlement, and that the deadline for BP to appeal was October 7, a mere four days after we received the first notice of the settlement. Importantly, Esbrook's letter was Tidewater's first notice that Johnson had filed a claim with the GCCF as no one had ever contacted Tidewater to investigate Johnson's claims. Upon learning of the proposed settlement, we immediately informed Esbrook that, based upon the information in our files, Johnson's claim was suspect and that, in Tidewater's view, the proposed settlement was excessive and unreasonable. At that time, we offered Tidewater's full cooperation in preparing an appeal of the settlement. BP did not take us up on our offer and, to the best of our knowledge, did not file an appeal or seek an extension of time to appeal. After the deadline to appeal had lapsed were we contacted to provide information directly to the GCCF regarding the specifics of Johnson's claims. In response to this request, we offer the following.

## I. The sworn statements of the Tidewater crew members directly contradict Johnson's claims of the circumstances surrounding his alleged injuries

Attached to this letter are the sworn statements of Captain Alwin Landry, Mate Jeffrey Malcolm, Chief Engineer Anthony Gervasio, and AB/QMED Louis Longlois. All of these individuals were permanent members of the crew of the BANKSTON and were assigned to and working aboard the BANKSTON at the time of the Blowout. While Johnson was assigned to the BANKSTON at the time of the Blowout, he was not a permanent member of the crew and had only been aboard the vessel for four days prior to April 20 substituting for a regular crew member who was on leave.

On April 20, the BANKSTON was positioned "port to port" adjacent to the HORIZON awaiting a mud transfer. Sometime after 9:00 p.m., Capt. Landry, the Master of the BANKSTON, heard a loud release of air coming from the rig. Around the same time, the First Mate Paul Erikson informed the captain that drilling mud from the rig was falling onto the back deck of the vessel. Upon seeing the falling mud, Capt. Landry ordered his crew to move to the inside of the vessel to avoid being covered in the drilling mud.

At the same time, Longlois, a dual certified Able Bodied Seaman ("AB") and Qualified Member of the Engine Department ("QMED") aboard the BANKSTON, was in the galley area on port side of the "01 Deck" of the vessel.[3] Longlois also heard the release of air and witnessed the falling mud. After hearing Capt. Landry's order over the

---

[3]     The "01 Deck" is the second floor of the superstructure above the main deck.

Ms. Jacqueline E. Zins, esq.
October 20, 2011
Page 3

loudspeaker to move inside, Longlois moved to the mess area immediately adjacent to the starboard side of the galley to further investigate the mud. In the mess area, near the stairs, Longlois saw Jonathan Escala (an AB) and Johnson.[4] Despite the captain's order to move inside, Johnson was standing on the outside balcony area of the mess hall watching the mud rain down with his hands in the air. Longlois opened the door to the balcony and instructed Johnson to come into the mess hall. Longlois, Escala, and Johnson then together proceeded down the center stairs toward the main deck and into the Changing Room of the vessel. The Changing Room is located on the starboard side of the main deck.

When the release occurred, Gervasio was working on the port side of the engine room, which is on the 2nd deck, immediately below the main deck. When he heard the release, Gervasio went up the port side stairs to the main deck to investigate the sound. When he reached the main deck of the vessel, Gervasio was only 35 to 40 feet away from the HORIZON. Shortly after Gervasio arrived on the main deck, a series of two explosions, mere seconds apart, occurred aboard the HORIZON. At the time of the explosions, Gervasio was the vessel crew member closest to the explosions. Gervasio stated that, while he was able to feel some force from the explosion, it was not enough to knock him down and did not cause him to lose his footing or impact him in any way.

In the Changing Room, there are several doors. On the port side, there is a door leading to the stairwell which ascends to the "01 Deck." On the starboard side, there are three doors. Two of these doors lead to bathrooms and one of the doors leads to the stairwell descending to the engine room on the 2nd deck.[5] Toward the bow of the vessel, there is a door which leads to the BANKSTON's Hospital Room. All of these interior doors are "A6" type doors which are insulated, metal, fire resistant doors. Additionally, the door to the engine room feature "dogs" which can be used to lock the door in place. All of these doors opened into the Changing Room and have hydraulic assists which prevent the doors from slamming shut and which keep the doors sealed when closed. However, due to the blowers in the engine room, the engine room door often remained slightly open because of air pressure differences.

On the stern side of the Changing Room, there is a doorway leading to the back deck. This doorway has two doors – a large steel watertight door and a lighter weight aluminum and Plexiglas door. The watertight door opened toward the back deck of the

---

[4]   We intended to take the sworn statement of Escala as well. Unfortunately, he is on leave from Tidewater for personal reasons and could not be reached. However, if his statement is needed, once he returns from leave, we will set up a time to take his statement.

[5]   Although the general arrangement diagrams, which are attached to the statements as exhibits, show that the engine room door opens toward the bow of the vessel, in reality, the door opens towards the stern of the vessel. As Johnson was standing forward of the engine room door, this is important as it shows that he could not have been struck when the engine room door opened.

Ms. Jacqueline E. Zins, esq.
October 20, 2011
Page 4

vessel and remains locked in the open position by its "dogs" when the vessel is not underway. The lighter aluminum door's latch was broken, but, like the A6 doors, features a hydraulic assist which assures the door remained closed. This door opens into the Changing Room and its purpose is to keep the air conditioning in the superstructure of the vessel.

In the Changing Room, Longlois, Escala, and Johnson were donning their Personal Protective Equipment ("PPE") at the time of the explosions. When the explosions occurred, Escala, having finished putting on his PPE, was standing closest to the aluminum door and getting ready to proceed to the back deck of the vessel. Johnson was standing forward of the port door leading to the stairs and adjacent to the lockers, and Longlois was standing behind Johnson. The force of the explosion caused the engine room door and the aluminum door in the Changing Room to open and buckled the false ceiling in the Changing Room. When the aluminum door was opened, one of the Plexiglas panels fell out when Escala put his hand up to it.[6] This panel struck Escala who was standing the closest to the aluminum door, causing him to fall to one knee. Because the ceiling was slightly buckled, the engine room door was stuck in the open position. Importantly, in his sworn statement, Longlois stated that Johnson was not struck by either the engine room door or the aluminum door. Longlois stated that he did not lose his footing and was not in any way knocked back or around by the force of the blast. Longlois also stated that Johnson was not thrown, did not fall, did not lose consciousness or make any statement or complaint that he had been struck in any way at that time. In fact, Longlois stated that he was with Johnson from just prior to the explosions until Longlois boarded the Fast Rescue Craft (the "FRC") to begin rescuing the rig crew, and that at no point did he witness Johnson strike his head, lose consciousness, or in any way injure himself.

At the same time, immediately after the explosion, Gervasio ran from the main deck to the engine room down the port side stairs to ensure that the fuel pumps of the vessel were in the off position. After verifying that the pumps were off, Gervasio proceeded to the starboard side stairs of the engine room leading up to the Changing Room. Gervasio arrived in the Changing Room no more than twenty seconds after the explosions occurred. In his statement, Gervasio stated that Johnson was not knocked out and did not appear injured when Gervasio arrived in the Changing Room. In fact, Gervasio reported that Longlois, Escala, and Johnson were standing and appeared ready to assist as needed.

Following the explosions, Capt. Landry ordered Longlois and Gervasio to proceed to the back deck to unhook the mud hose tying the vessel to the rig. While waiting for the order to be carried out, Capt. Landry began to move the vessel's bow away from the now burning rig. As soon as Gervasio reached the Changing Room and donned his PPE,

---

[6]     The Plexiglas panel did not shatter was later put back into place by Gervasio using the same rubber seal which originally held the panel.

Ms. Jacqueline E. Zins, esq.
October 20, 2011
Page 5

Longlois, Escala, Gervasio, and Johnson all proceeded to the port stern of the vessel where the mud hose was connected. In order to get to the port stern, the crew members had to navigate around several rows of cargo being transported by the BANKSTON. Johnson was able to navigate this gauntlet without issue. Additionally, Longlois and Gervasio both reported that they did not witness Johnson fall or otherwise injure himself on the trek to the port stern. Because of the drilling mud on the deck, had Johnson fallen, he would have been covered in the mud. Both gentlemen reported that Johnson was not covered with any mud when he arrived at the mud hose connection.

Once they arrived at the mud hose, Gervasio and Longlois disconnected the mud hose and threw it over the side of the vessel. Gervasio then gave Capt. Landry a signal notifying the captain that it was clear to move the vessel away from the rig. As Capt. Landry was moving the vessel, Longlois, Gervasio, Escala, and Johnson began making their way to the Fast Rescue Craft (the "FRC") on the 01 Deck of the vessel. Around this time, the crew members began to see rig personnel jumping from the rig. At the 01 Deck, Gervasio and Longlois boarded the FRC while other members of the crew, including AB Billy Marsh, Mate Jeffrey Malcolm, and Cook Kenneth Bounds, assisted in preparing and lowering the FRC for launch. Once launched, Gervasio and Longlois recovered the HORIZON's crew and bought them to safety on the vessel. Although Johnson did assist in the rescue operations, it is unclear exactly what role he played as the Tidewater crew did not remember what Johnson's assigned tasks were.

Following the rescue and subsequent operations, the on-watch crew was allowed to go to bed. The last member of the on-watch crew to go to bed was Gervasio who went to bed at approximately 7 a.m. on April 21. At approximately 11:30 a.m. on April 21, Gervasio, Longlois, and Johnson returned to duty. All three gentlemen were in the engine room of the vessel and Gervasio asked both of the other men if they were OK after the previous night's events. Although Johnson stated that he did not sleep well, he specifically denied that he was injured. On several occasions during that day, Johnson (and the remainder of the Tidewater crew) were asked if they were injured and, each time, Johnson denied injury. Johnson performed his assigned tasks that day without incident or issue, never complaining to anyone of any injury.

When the BANKSTON arrived at Port Fourchon, the rig crew disembarked. The members of the Tidewater crew were administered drug tests and were called to muster in the wheelhouse of the vessel. Tidewater's on-shore personnel and Capt. Landry again asked each member of the crew if they had been injured. Only Escala reported having been hit on the knee by the Plexiglas from the aluminum door, though he denied actual injury. An accident report was filled out for Escala's injury and Escala was sent to a doctor to be checked out. No other member of the crew reported any incident or injury. The crew was also given the option of taking time off if need be. Again, no member of the crew requested any time off. All members of the crew also completed Coast Guard Accident reports, but no injuries were reported on those forms. Had Johnson been

Ms. Jacqueline E. Zins, esq.
October 20, 2011
Page 6

_____

injured or involved in any incident, it is standard Tidewater policy to prepare an accident report. No such report was prepared, and, on his statement regarding Escala's accident, specifically denied that he had been injured. A copy of this statement is attached to this letter.

Malcolm, Escala, Marsh, Gerome Vaughn (an AB), and Johnson had been scheduled to crew change on April 21. As such, following the meeting with on-shore personnel, these members of the crew were transported in a Tidewater carry-all vehicle to the Tidewater office in Amelia, Louisiana. However, Johnson, while crew changing, was not scheduled to go home. Rather, he was scheduled to participate in a rigging class in Amelia because he had only been working for four days. During the nearly two hour trip from Port Fourchon to Amelia, Johnson did not report any complaints to anyone. The crew members were joking with one another and discussing the events that had occurred as well as other things. When they arrived in Amelia, Johnson was assigned to drive Malcolm to the New Orleans Airport for Malcolm to catch his flight home. During the first part of the 45-minute trip, Malcolm described Johnson's mood as pleasant and reported that there was no sign of injury or distress. At some point during the trip, however, Johnson received a phone call from a close family member, likely his fiancé. Following this call, Malcolm reported that Johnson's attitude completely changed. For the first time, Johnson stated that he was sore and that he was upset by the accident. Importantly, even at this time, Johnson did not report being thrown or knocked unconscious by the Blowout. In fact, the first time anyone at Tidewater received notice of Johnson's alleged injuries was after Johnson had already retained an attorney, within a week of the Blowout, and had already filed suit.

## II.   <u>Johnson has told inconsistent stories of the events leading to his injuries</u>

In addition to his claims in his lawsuit, Johnson has seen several physicians and has provided each of them with inconsistent versions of the events of April 20. These stories are not only inconsistent with the statements of the other Tidewater crew members, they are also inconsistent with each other and his petition for damages, where he states that he was thrown seven feet by the blast. Beginning on April 26, 2010, just six days after the Blowout and 4 days after he returned to shore, he told Dr. Darron McCann, to whom Johnson was referred by his first attorney, that he fell to the floor as a result of the explosion, but did not mention being thrown any distance. A few days later on April 30, 2010, a mere 10 days following the explosion, Johnson told Dr. David Mielke, a psychiatrist, that he was entering the Changing Room at the time of the explosion and the force of the explosion threw him from the doorway to the wall. As a result, he claimed he struck the right side of his body and lost consciousness for an unspecified period of time.

Ms. Jacqueline E. Zins, esq.
October 20, 2011
Page 7

_____

As time wore on, Johnson began to adjust his story. For example, on May 11, 2010, Johnson told Dr. James Quillin that he was thrown an unspecified distance by the explosion and that he wasn't sure if he had lost consciousness. On June 16, 2010, Johnson reported to Dr. Daniel Trahant that he was pushed backward and to the right against a door in a hallway by the force of the explosion. He was unsure of whether he had struck his head or not, but he remembered falling to the floor. On June 23, 2010, Johnson told Dr. Ralph Lilly that he was working in the Changing Room when he heard the initial release of air. He then allegedly went outside to investigate and, when he reentered the Changing Room, the blast threw him backward and to the right, knocking him unconscious. For the first time ever, Johnson reported seeing hallucinations of his niece reaching out to him during this period of unconsciousness.

On June 23, 2010, now more than two months after the accident, Johnson told Dr. Zoran Cupic of Memorial Bone & Joint that he was thrown approximately six feet by the explosion as he was going through a doorway in the vessel. Again, Johnson claimed to have lost consciousness though earlier he could not recall whether he had lost consciousness. On July 14, 2010, Johnson told Dr. Kimberly Allred of ACI Hearing & Balance center that he was struck by a door, rather than being thrown, in the Changing Room that was blown off its hinges by the force of the explosion. On August 16, 2010, Johnson told Dr. James Blackburn that he was exiting the Changing Room door when the explosion occurred causing him to be knocked down and experience a loss of consciousness or a period of being extremely dazed. Again, he reported seeing his niece. None of these many and varied stories are corroborated by the testimony of any of the other crew members. Instead, as noted by the other crew members, Johnson was in the Changing Room at the time of the explosion and was never thrown any distance, was never struck by any door, never lost consciousness or fell to the ground, and never reported any injury or incident.

The statement which is most consistent with the accounts of the other crew members is the account given by Johnson on August 18 and 19, 2010 to Dr. Lawrence Dilks, a clinical neuropsychologist with Counseling Services of SWLA. In that visit, Johnson stated that he was making his way down to the Changing Room when the explosion occurred. He stated that the pressure of the explosion pushed him into a door, knocking him out for a few seconds. Johnson then describes helping injured members of the rig crew aboard the vessel and assisting with the triage and evacuation of the critically injured. Despite being the most consistent statement, Longlois' statement still contradicts this account in important respects. First, Longlois reported that Johnson was in the Changing Room, as opposed to on his way to the Changing Room, at the time of the explosion. This statement is confirmed by Gervasio who stated that, twenty seconds after the explosion, Johnson was in the Changing Room with Longlois and both men were in their PPE. Second, Longlois stated that he never witnessed Johnson being knocked unconscious by the explosion. Had Johnson been knocked unconscious, even for a few seconds, he would have fallen to the ground.

Ms. Jacqueline E. Zins, esq.
October 20, 2011
Page 8
_____

Longlois was with Johnson from before the explosion and some time afterwards and did not recall Johnson ever falling to the ground or being knocked unconscious. Finally, Longlois stated that Johnson was standing clear of all of the doors in the Changing Room at the time of the explosion, and Johnson was not struck by any door. Following this visit, Johnson decided to abandon credibility altogether as he told Dr. Gage Van Horn on September 8, 2010 that he was thrown *20 feet* by the explosion and lost consciousness.

While it is entire plausible that members of the crew of the BANKSTON could have been injured in their heroic rescue efforts, Johnson's claims that he was thrown by the blast or was struck by an object which was thrown by the blast are simply untrue and were plainly misrepresented to his physicians and in his lawsuit. Johnson has not been able to maintain a consistent telling of his own story and each retelling is directly contradicted by the other members of the crew assigned to the BANKSTON – including the two crew members, Gervasio and Longlois, who risked life and limb by manning the FRC and recovering each and every survivor of the Blowout. The fact that Johnson has been less than truthful in his telling of his story makes all of his claims of mental and physical injuries suspect. At the very least, his claims of a closed head injury resulting from allegedly hitting his head when he was knocked unconscious by the blast lack veracity and should not be compensated.

In conclusion, given Johnson's misrepresentations and enhancements as well as the fact that Johnson's attorneys denied Tidewater's request to have Johnson examined by a psychiatrist after filing suit, his claims should be scrutinized very closely. Having said that, we acknowledge that a certain amount of mental trauma and post-traumatic stress could well have ensued simply from being in close proximity to the explosion and witnessing the injuries and destruction which followed. However, given that we were not provided an opportunity to depose Johnson's doctors and present them with hypothetical questions setting forth a different factual backdrop, specifically including the minimum physical impact of the explosions on Johnson and whether that fact would alter or amend their conclusions, we have no information which would confirm Johnson's doctors' diagnoses in light of the evidence which contradicts Johnson's telling of his tale.

We thank you for your consideration of this evidence. Should you need additional information, please contact us and we will attempt to provide you with the needed information.

Sincerely,

Cliffe L. Laborde III
Melissa L. Theriot
Cliff A. LaCour

Ms. Jacqueline E. Zins, esq.
October 20, 2011
Page 9

CEL:MLT:CAL
Enclosures


**TIDEWATER**

TW-303 (R 4/05)

## STATEMENT FORM

ON VESSELS ENGAGED IN U.S. OPERATIONS, THIS FORM SHOULD BE COMPLETED BY EVERY CREW MEMBER, INCLUDING THE MASTER, AND/OR WITNESSES WITH RESPECT TO PERSONAL INJURIES OR DAMAGE TO ANY PROPERTY, INCLUDING ENVIRONMENTAL INCIDENTS. STATEMENTS FORMS NEED NOT BE COMPLETED FOR ILLNESSES. ON ALL OTHER VESSELS, THIS FORM IS TO BE COMPLETED BY CREW MEMBERS AT THE DISCRETION OF THE OPERATIONS MANAGER.

### CREW MEMBER PROVIDING STATEMENT

| (1) Last Name | (2) First Name | (3) Middle Name | (4) Home Address | | |
|---|---|---|---|---|---|
| Johnson | Elton | | on file | | |
| (5) Name of Vessel to Which You Are Assigned | | (6) Social Security No./Emp. No. | (7) Home Phone No. | (8) Citizenship | (9) Date of Birth (M/D/Y) |
| Damon B. Bankston | | of file | | | |
| (10) Employer and Address | | | | (11) Job Title | |
| Tidewater | | | | | |

### INJURED OR PROPERTY DAMAGED

| (12) Name of Person Injured or Property Damaged | (13) Date of Accident or Incident | (14) Time of Accident or Incident |
|---|---|---|
| Jonathan Escala | 4-20-10 | 2153 hrs. |
| (15) Location on Vessel Where Accident or Incident Occurred | | |
| Change Room | | |
| (16) Location of Vessel When Accident or Incident Occurred | | |
| MC 252 | | |

### STATEMENT

(17) Describe In Detail Exactly What You Know About The Accident or Incident.   STATE FACTS ONLY – DO NOT SPECULATE

Off Watch

| (18a) Were You Injured?  ☐ Yes  ☑ No | (18b) If Yes, Describe in Detail. |
|---|---|
| | |

| (19) Signature | (20) Date (M/D/Y) |
|---|---|
| X | |

Send to Email Address:  safetyforms@tdw.com

**U.S. COAST GUARD**
Witness Statement
Investigations Department

I, _Elton Johnson_ , make the following statement freely and voluntarily to _Tidewater Marine LLC_ , ~~who has identified himself/herself to me as an Investigating~~ _E.J_ ~~Officer of the U. S. Coast Guard,~~ knowing that this statement may be used as evidence.

Full Name: _Elton Johnson_  D.O.B.: _1-9-1988_

Job Title: _QMED_  SSN: _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_

License No: _009027351_  Issue date: _1-9-2009_  Issued by: _Louisiana_

MMD (z-card) No: _2754743_  Exp date: _3-26-20??_ Issued by: _Coast Guard_

Home Address: _310 East Commercial, Bunkie La 71322_

Home Telephone: _(318) 201-2855_

Vessel Name and Official Number: _Damon B. Bankton_

Person in Charge of Vessel: _Alwin Landry_

Company Name: _Tidewater Marine llc_

Company Address: _200 Ford industrial Rd. Amelia La_

Company Telephone and Fax No.: ~~1-985-631-7??5~~ _1-985-631-5800_

Date and Time of Incident: _4-20-2010 , 2200_

Incident Location: _MC 252_

Date, Time & Location Statement Provided: _4-22-2010 noon, BP Dock_

Detailed statement regarding incident including who was involved, what, when where and why events took place:

_I was entering the change room of our vessel when the_
_explosion took place. I grabbed my PPE and proceeded out the back_
_deck to start assisting in recovery. We launch the life boat and_
_I manned the ladder overboard and from there help recovered the_
_crew abandon from the Rig_

_____
Signature of Statement Provider    Page One of ____    Signature of Investigating Officer

TDW 00016

1

2

3

4

5

6

7                          SWORN STATEMENT OF

8                          LOUIS LONGLOIS

9

10

11    On October 13, 2011, beginning at 3:30 P.M. at the

12    offices of Laborde & Neuner, 1001 West Pinhook

13    Road, One Petroleum Center, Suite 200, Lafayette,

14    Louisiana before me, Debbie G. Chaney, Certified

15    Court Reporter, appeared LOUIS LONGLOIS, who,

16    being by me first duly sworn, gave his oral

17    statement.

18

19    REPORTED BY:  DEBBIE G. CHANEY, CCR

20

21

22

23

24

25

1    Q    Okay.  Can you tell me where you were on the

2         vessel -- wait a second.

3              Were you on watch at the time of the

4         explosion?

5    A    Yes, I was.

6    Q    And so was Mr. Johnson, correct?

7    A    Yes, he was.

8    Q    Okay.  Where you were when you first noticed

9         that mud was coming on to the deck of the

10        BANKSTON?

11   A    The first instance I knew that mud was coming

12        down, I was in the galley, in here

13        (indicating).

14   Q    Okay.  Now, you're pointing to an area

15        that --

16   A    This is the --

17   Q    -- the mess?

18   A    This is the mess hall, this is the galley

19        (indicating).  I was right here is a

20        microwave.  I was putting me a burrito in the

21        microwave.

22   Q    Okay.  Why don't you, with the blue pen, draw

23        a circle?

24   A    (Witness complies)

25              This is where I was at right there

1    (indicating).

2  Q   Oaks.  Was anyone else in the mess area with

3      you?

4  A   No one was directly in the mess area at the

5      time.  When Captain Alwin called on the

6      radio, when we were -- we were hearing gushes

7      of air through that day or so we had been

8      there.  It's not uncommon.  It seemed more --

9      it seemed a lot louder than normal, but we

10      did hear it.

11         The captain on-call -- everybody has a

12      radio.  He called on the radio, said there

13      was mud falling on the boat, which I've never

14      seen before.

15         And I don't know if I said this earlier,

16      but we do have portholes over here

17      (indicating).

18  Q   Okay.  When you say "here", you're talking

19      about the portside?

20  A   On the portside of the kitchen itself, there

21      are portholes, which is the windows.

22  Q   And those were facing the rig?

23  A   Facing the rig.

24  Q   Okay.

25  A   So I did -- first, I did walk over and look

```
1        out of that porthole but I couldn't see
2        anything.  You know, I seen the side of the
3        rig, I seen nothing.
4              So as I was walking back over here,
5        Captain Alwin made --
6    Q   When you say "here", you're going to have to
7        say specifically.
8    A   Okay.  When I walked back through the mess
9        area, going into the hallway, Captain Alwin
10       called on the radio and said for everyone to
11       be inside the boat.
12             And at the time, I was still curious
13       about the mud falling down, so I went through
14       this hallway, into the stairwell area, to the
15       back of the boat, which we're still on 01 --
16       the 01 deck, because this door right here
17       (indicating) has also a porthole on the
18       window.
19   Q   Okay.  Why don't you draw like a line and the
20       arrow showing the direction that you walked?
21   A   (Witness complies)
22             Right here.
23   Q   Okay.  Yes.  And kind of show with arrows how
24       you were going.
25   A   (Witness complies)
```

1  Q   Yes.

2  A   All right.  When I got to that back door, the

3      AB, Jonathan Escala, was standing inside the

4      boat but at the back door, also.

5          When I looked out the window, the Q-MED,

6      Elton Johnson, was standing just right

7      outside the door, kind of had his hands up,

8      you know, it reminded me of how little kids

9      did when they were in the snow watching the

10     flakes hit their hands kind of a deal.  And I

11     opened up the door, and I said, hey, Captain

12     said everybody get inside the boat, you need

13     to come in.  So he immediately just came

14     right back in the boat.

15 Q   So why don't you draw a circle and put EJ in

16     it to show where Mr. Johnson was standing

17     when you first saw him?

18 A   (Witness complies)

19         Okay.

20 Q   Okay.  So after you said, Captain said come

21     inside, did he come inside?

22 A   Yes, he immediately came inside.  Then all

23     three of us -- I mean, I knew something was

24     wrong at that point.  So all three of us went

25     down -- see we had to go back, back this way

```
 1         and we went down the stairs (indicating).

 2    Q    Okay.

 3    A    Down this stairs, which brings us to the main

 4         deck area, which is right here (indicating).

 5    Q    So one deck below?

 6    A    One deck below, one flight of stairs.

 7    Q    Okay.

 8    A    In the process of me -- I think I was first,

 9         as soon as I took a step down here, Captain

10         Alwin came over the radio, and he said for me

11         and Anthony Gervasio, which was the engineer

12         on watch at the time, he said for me and

13         Anthony to get suited up, we might have to

14         put slicker suits on because of the mud, but

15         to get ready to throw that hose off the back

16         of the deck.

17    Q    Okay.

18    A    So me -- I did not know where Anthony

19         Gervasio was at the time.  You know, I just

20         had the AB and the Q-MED with me.

21    Q    So at that point, all three of you were

22         inside the change room?

23    A    All three of us were inside the change room.

24    Q    Do you all three have your own locker in the

25         change room?
```

```
 1   A    Yes, ma'am, we do.

 2   Q    And those lockers hold your gear?

 3   A    Yes, ma'am, they do.

 4   Q    Okay.  So did y'all go to your lockers?

 5   A    I went -- yes, we all went to our lockers.

 6        I'm not -- I know where mine's at.  I could

 7        not -- I mean, this was Elton's first time on

 8        the boat, so Elton didn't really have his own

 9        locker.  I don't know if he had his stuff

10        sitting on top of a locker or if he was just

11        using somebody else's.  I really don't know.

12             Jonathan, I want to say Jonathan's

13        locker was over here (indicating).  My locker

14        was right around this area (indicating).

15   Q    Okay.  Let's identify.  The first dot you

16        show, it's against the starboard side of the

17        change room?

18   A    Yes.  Yes, this, I believe that's where

19        Jonathan's locker is right here (indicating).

20   Q    Okay.

21   A    This right here (indicating).

22   Q    So you just put a J by Jonathan?

23   A    J for Jonathan, and I put my initials over

24        here (indicating).

25   Q    LPL?
```

1   A   That's my initials.

2   Q   Okay.

3   A   I do not know where Elton was getting his

4       stuff from.

5   Q   Okay.

6   A   But that's where I was at.

7           At the next instance, you know, Jonathan

8       had already had his stuff on, and I know he

9       was moving towards that door when the big

10      blast came.

11  Q   Now, what door are you talking about?

12  A   This door right here (indicating).  There is

13      a door right here that opens up this way

14      (indicating).

15  Q   Okay.

16  A   There's a little aluminum door with a

17      plexiglass window in the middle of it.

18  Q   Is it fair to say that is the door that leads

19      from the change room to the outside deck?

20  A   Yes, it is.  Yes, it is.

21  Q   Okay.  And this diagram shows the door on the

22      outside.

23  A   That is a water tight steel door.  That is

24      where --

25  Q   And y'all keep that dogged back, correct?

```
 1   A   Yes, ma'am, that was dogged open.

 2   Q   And then, you drew another door towards the

 3       inside.

 4   A   Aluminum -- like a -- it's just an aluminum

 5       screen door.

 6   Q   Kind of like a storm door, right?

 7   A   Kind of, yeah.

 8   Q   But it's not screen, it has plexiglass in it?

 9   A   It has a piece of plexiglass in it.

10   Q   Okay.  And do you know if that latch on that

11       door was working or not working at that time?

12   A   I don't think it works.

13   Q   Okay.

14   A   I don't think it does.

15   Q   And do you know if it was opened or closed?

16   A   At the -- when we went in there, it was

17       closed in the beginning.

18   Q   Okay.  And Jonathan's locker is kind of near

19       that?

20   A   Yes, it is.

21   Q   Okay.  So he gets his gear?

22   A   He -- everybody --

23   Q   You're getting your gear?

24   A   Getting our gear.

25   Q   And Mr. Johnson?
```

```
 1   A   He's in between me and Escala, and he's

 2       getting his gear, too.  I know he had his

 3       stuff on when we went to the back, so I know

 4       he's getting his gear at this point.

 5   Q   Okay.  Draw a circle about where Elton

 6       Johnson was getting his gear on.  And I guess

 7       we'll call him -- do E for him, because we

 8       did J for --

 9   A   (Witness complies)

10   Q   Okay.  So correct me if I'm wrong.  You were

11       furthest back --

12   A   Yes.

13   Q   -- in the change room towards the hospital

14       room?

15   A   Uh-huh (yes).

16   Q   Mr. Johnson is near the beginning of the

17       lockers --

18   A   Yes.

19   Q   -- on the same side as your locker?

20   A   Yes.

21   Q   And then, Mr. Escala is near the door to exit

22       on to the back deck to the -- for the

23       lockers --

24   A   Yes.

25   Q   -- towards the back deck?
```

```
 1    A    Yes.

 2    Q    Okay.

 3    A    Towards the door.  Towards the door, yes.

 4    Q    And that's the position y'all were in when

 5         you heard the blast?

 6    A    Yes, ma'am.  When the big blast came, we were

 7         just about in that position.  I believe I had

 8         just buckled up my last buckle on my work

 9         vest, and the big blast hit.  And the

10         percussion rocked the whole boat.  When I say

11         "rocked the boat", I don't mean like on TV,

12         blowed it out the water kind of rock.  I

13         mean, you heard it, you felt it, but it

14         didn't stumble me.  I wasn't falling over, I

15         didn't have to grab ahold of nothing to hold

16         me up.

17    Q    You weren't thrown?

18    A    No, ma'am.

19    Q    You didn't fall?

20    A    No, ma'am.

21    Q    You didn't lose your footing?

22    A    No, ma'am.

23    Q    But you felt a shake?

24    A    Yes.  You felt it and heard it.  And it

25         scared everybody.
```

```
 1   A    The aluminum door.

 2   Q    Okay.

 3   A    This right here (indicating), I believe -- I

 4        believe it's a fire door, I think.

 5   Q    The engine room door?

 6   A    The engine room door.

 7   Q    Okay.

 8   A    It's a little bit heavier door.  But when it

 9        flung open, and the overhead -- the overhead

10        buckled a little bit.

11   Q    Like the ceiling?

12   A    The ceiling.

13   Q    In the change room?

14   A    In the change room.  And it came down about

15        this much, enough to catch that door.

16   Q    You mean like six inches, four inches?

17   A    Yeah, about four inches, I'd say.

18   Q    Okay.

19   A    But it was enough to catch that door.  So

20        when it came open, it stuck.

21   Q    Okay.  Did you see Mr. Johnson after the

22        blast?

23   A    Yes, I did.

24   Q    Was he standing?

25   A    Yes, he was.
```

Page 19

```
 1   Q    Was he thrown?

 2   A    No, ma'am.

 3   Q    Did he hit a wall?

 4   A    No, ma'am.

 5   Q    Did he hit a door?

 6   A    No, ma'am.

 7   Q    Did a door hit him?

 8   A    No, ma'am.

 9   Q    Did he lose consciousness?

10   A    No, ma'am, he did not.

11   Q    Did you have to wake him up?

12   A    No, I did not.

13   Q    Did he complain?

14   A    He never complained that I heard or directly

15        to me that he was hurt in any way.

16   Q    Okay.  So he was, at that point, standing in

17        the change room just like you were?

18   A    Uh-huh (yes).

19   Q    And the only one who had any sort of incident

20        was Mr. Escala?

21   A    That's correct.

22   Q    And then, what happened?

23   A    Directly following that, everybody was in

24        shock and confused.  Then, I didn't know

25        where the explosion come from, so I slammed
```

| | | |
|---|---|---|
| 1 | | that fire door back shut and dogged it back |
| 2 | | down.  And just a split second later, Anthony |
| 3 | | Gervasio came from the engine room in a |
| 4 | | hurry, and explained to us what was going |
| 5 | | on. |
| 6 | Q | Okay. |
| 7 | A | So -- |
| 8 | Q | He was coming up through the engine room |
| 9 | | door? |
| 10 | A | Yeah, he -- that door that I slammed shut and |
| 11 | | dogged down, because I was a little confused |
| 12 | | on what was actually happening, he ran in, |
| 13 | | too, trying to get out of there.  When he |
| 14 | | opened up the door, he explained to us what |
| 15 | | was going on.  He put all of his PPE on, and |
| 16 | | we all went to the back to get that mud hose |
| 17 | | off of us. |
| 18 | Q | Now, from what you've just said, my |
| 19 | | impression is that you were with Elton |
| 20 | | Johnson at all times after receiving the word |
| 21 | | from the Captain for everybody to get inside, |
| 22 | | until the explosion. |
| 23 | A | I was -- I was with Elton Johnson from when |
| 24 | | the Captain -- the Captain told us to |
| 25 | | everybody come in doors, until the point that |

```
 1         me and Anthony Gervasio got lowered down in
 2         the rescue boat, I was pretty much with Elton
 3         Johnson that whole time.
 4    Q    Okay.  Did you see anything happen to him
 5         that would suggest any kind of accident or
 6         any kind of injury --
 7    A    I didn't --
 8    Q    -- during that entire time?
 9    A    I did not see anything physically happen to
10         him.  He never told me, I never heard him
11         tell anyone else that he was injured.
12    Q    Okay.  And you think if in the change room,
13         he was thrown five or seven --
14    A    I would have --
15    Q    -- or six to seven feet and hit his head, you
16         would have seen that?
17    A    I would have saw it.
18    Q    Just like you saw Jonathan Escala go down on
19         a knee when he was --
20    A    Right.
21    Q    -- struck by the door.
22              So you didn't see that?
23    A    I did not see that.
24    Q    Okay.
25    A    It was not -- from the time this happened
```

```
 1        back here (indicating) --

 2   Q    When you say "this happened"?

 3   A    By the -- by the explosion, by the time that

 4        explosion happened, it was not 15 seconds to

 5        20 seconds later that me and Gervasio were

 6        back here disconnecting this mud hose.

 7   Q    Okay.  Did Mr. Johnson and Mr. Escala

 8        accompany you and Mr. Gervasio?

 9   A    They did follow us to the back.

10   Q    Okay.  And so, tell me about when y'all were

11        unhooking the hose.

12   A    Me -- me and Anthony Gervasio together

13        disconnected the rig's hose.  It was a

14        four-inch with a TOTO quick disconnect

15        fitting.  When it's not full, one man can

16        disconnect it by himself.  When it was full,

17        that section of hose could have weighed

18        anywhere from 300 to 400 pounds, so it makes

19        it hard to pull it a part.

20            So me and Anthony Gervasio got it broke

21        apart.  And they were behind me, but we were

22        pulling that hose out.  And I would say that

23        Elton and Jonathan had their hands on it

24        trying to help us get it out there.  Didn't

25        physically see them, but I can't imagine them
```

Page 23

```
 1        not doing it.

 2             We pulled the hose out across the deck,

 3        we had to untie it from our boat, then we fed

 4        it off.  All four of us fed it off between

 5        the bitts and throwed it over the side.

 6   Q    Okay.  At any time after leaving the change

 7        room to getting the hose off of the vessel,

 8        did you see Mr. Johnson thrown?

 9   A    No.

10   Q    Fall?

11   A    I never seen him -- I didn't see him fall.  I

12        didn't see him thrown to the ground, or slip,

13        or anything like that.

14   Q    During that time, did -- just watching him

15        move or working around him, did he do

16        anything that suggested to you that he was

17        injured, or hurt, or had a concussion, or

18        anything like that?

19   A    No, he did not.

20   Q    Okay.  After the hose was taken, or removed

21        from the vessel --

22   A    Yes.

23   Q    -- what happened then?

24   A    In the process of getting the hose off the

25        boat by the time back here, the Captain was
```

Page 33

```
 1          that were on the night shift that had gotten

 2          up, they assisted the rescue divers and

 3          helping the injured people to the back,

 4          but --

 5   Q      Okay.

 6   A      -- we watched a lot of that.

 7   Q      So y'all watched those operations?

 8   A      Yeah, we watched those operations.

 9   Q      Once that was concluded, what happened next?

10   A      After that, after all the helicopter stuff

11          had been done, we did go to the wheelhouse.

12          We did talk to Captain Alwin Landry.  And we

13          made sure that everything was good, that we

14          could, you know, take a break, take a shower,

15          and go lay down.

16               And then, in fact, around 6:00 that

17          morning, I did.  I went and went to bed about

18          6:00 that morning.

19   Q      When was the next time you saw Elton Johnson?

20   A      At noon the next day was our watch time.  And

21          I came on watch.  And I know I saw him that

22          day.  I don't know exactly.  You know, I know

23          we went and swiped us some lunch.  And I went

24          down to the engine room.  There was no where

25          else you could go on the boat, it was so full
```

Page 34

```
 1        of people.
 2             But Elton was in the engine room.  I do
 3        remember seeing him in the ECR, but I don't
 4        remember talking to him a whole lot.
 5   Q    When you say "ECR"?
 6   A    It's the engine control room.  It's down --
 7        it's not on your map here, but it's down in
 8        the -- it's down in the --
 9   Q    It's one level below the main deck?
10   A    It's down in the engine room.  It's all the
11        way at the bottom.  But it's got air
12        condition and computer screens and stuff in
13        it, so we could stay down there and nobody
14        can come down there and bother us down
15        there.
16   Q    Did he seem to be in pain, disoriented,
17        anything like that?
18   A    No, he -- he seemed to be -- he seemed to be
19        the same as all of us, still in shock.  You
20        know, that you read about this stuff or hear
21        about it on the news, you never think it's
22        going to happen to you.  But he didn't seem
23        to be in pain.  He still never mentioned
24        anything about being hurt.
25   Q    Did he -- I mean, did he seem dazed or like
```

| | | |
|---|---|---|
| 1 | | if he was having a concussion, you know, |
| 2 | | that's the -- (Interrupted) |
| 3 | A | No.  I would say no. |
| 4 | Q | Okay. |
| 5 | A | But I would say if you were going to have a |
| 6 | | concussion, you had something caused it, and |
| 7 | | he still never said that anything had |
| 8 | | happened. |
| 9 | Q | Yes.  He didn't complain of headaches? |
| 10 | A | No. |
| 11 | Q | He didn't say I got thrown, I fell? |
| 12 | A | No. |
| 13 | Q | He didn't -- no vomiting, he wasn't sick to |
| 14 | | his stomach? |
| 15 | A | No. |
| 16 | Q | In fact, he was eating lunch with you? |
| 17 | A | I believe he did, yes. |
| 18 | Q | Okay.  Did you have any discussions with |
| 19 | | Anthony Gervasio and Elton Johnson when you |
| 20 | | were down there about the explosion, any |
| 21 | | accidents, what they've heard? |
| 22 | A | Elton -- Elton had mentioned something that |
| 23 | | he had heard a couple of the guys from the |
| 24 | | rig saying about what could have caused what, |
| 25 | | and what one of them had seen trying to |

```
 1           escape from the rig.  And we had told Elton
 2           that if he hears anything else, to let us
 3           know.  Because we had been working that rig a
 4           long time, we were interested in what, you
 5           know -- what could have happened.
 6    Q      And he never mentioned anything that happened
 7           to him when he's relaying these other
 8           stories?
 9    A      No.  Elton, no, he did not.
10    Q      Okay.  After lunch, did you stay in the
11           engine room?
12    A      No, I kind of went back and forth.  I went to
13           the wheelhouse, and -- I went to the
14           wheelhouse back and forth.  I don't remember
15           exactly what time we got released from the
16           site that day, but we went to another
17           platform.  I can't recall the name of it.
18           Went to another platform to pick up Mr. Cliff
19           Laborde and a few other people.
20    Q      Yes.
21    A      We had to pick up a lot of supplies.  You
22           know, we were running low on water already,
23           so -- but Elton -- I'm pretty sure Elton
24           helped us carry the supplies up from that
25           place there.  But I also remember Anthony
```

1

2

3

4

5

6

7              SWORN STATEMENT OF

8                JEFFREY MALCOLM

9

10   On October 13, 2011, beginning at 2:20 P.M. at the

11   offices of Laborde & Neuner, 1001 West Pinhook

12   Road, One Petroleum Center, Suite 200, Lafayette,

13   Louisiana before me, Debbie G. Chaney, Certified

14   Court Reporter, appeared JEFFREY MALCOLM, who,

15   being by me first duly sworn, gave his oral

16   statement.

17

18   REPORTED BY:  DEBBIE G. CHANEY, CCR

19

20

21

22

23

24

25

```
 1        just basically came in underwear, you know,

 2        jumping over the side of the Horizon, so --

 3   Q    Okay.  Who all left the boat for crew change?

 4   A    Who I knew that left the boat is the people

 5        that actually came in the carry-all, which is

 6        the company pickup -- pickup truck.

 7   Q    Okay.

 8   A    And it was six of us.

 9   Q    Okay.  And can you name those six people?

10   A    Billy Marsh, Jonathan Escala, Norman Logsdon,

11        me, Johnson and Red.

12   Q    Who's Germone?

13   A    Germone.

14   Q    Vaughn is his last name?

15   A    Correct.

16   Q    Okay.  And did y'all have a driver or did one

17        of y'all drive?

18   A    One of us drove.

19   Q    And you were driving back to the Amelia

20        office?

21   A    Yes.

22   Q    And who drove the carry-all?

23   A    Billy Marsh.  If -- I might by corrected,

24        though.

25   Q    Okay.  Where you were in the vehicle?
```

```
 1    A    I was sitting on the left side in the second

 2         row next to Johnson.

 3    Q    Okay.  So you were against the window --

 4    A    Correct.

 5    Q    -- behind the driver?

 6    A    Correct.

 7    Q    Elton Johnson was in the center?

 8    A    Yes.

 9    Q    And who was on the next, beside him?

10    A    Red.

11    Q    Red.  Okay.

12              So when you're in the vehicle -- how

13         long of a drive is it from Fourchon to

14         Amelia?

15    A    An hour and 30 minutes to two hours,

16         depending on the driver.

17    Q    Okay.  And what about this driver, was this

18         more than the two-hour time?

19    A    More towards the two hours.

20    Q    Okay.  He's a slow driver or what?

21    A    Kind of -- trying to take a short cut, but it

22         wasn't a short cut.

23    Q    Okay.  And who was -- it was Billy Marsh, you

24         think?

25    A    Yes.
```

```
 1   Q    Okay.  And what was the mood in the vehicle?
 2   A    It was a lot of laughing.  A lot of laughing.
 3        The three of us who sat in the back, we were
 4        looking at each other's iPad gadgets and
 5        comparing music, and talking about the whole
 6        incident, talking about the Escala, just
 7        entertaining ourselves.
 8   Q    More teasing about Escala taking a knee?
 9   A    Yes, it wasn't -- it was not as much teasing
10        anymore.  It was just jokes.  We were just
11        doing -- just having fun.
12   Q    At any time, did Elton Johnson complain of
13        pain?
14   A    I don't -- I don't remember -- I could barely
15        remember him speaking.
16   Q    Okay.  Complaining of headaches?
17   A    He was very quiet.  He was very quiet.
18   Q    Okay.  Complaining of headaches?
19   A    No.
20   Q    No.
21             Complaining about anxiety --
22   A    No.
23   Q    -- or nervousness?
24   A    No.
25   Q    Did he seem nervous to you?
```

Page 30

```
 1   A   No.

 2   Q   Okay.  Did he ever talk about getting thrown

 3       six or seven feet?

 4   A   No.

 5   Q   Did he talk about getting thrown 20 feet?

 6   A   No.

 7   Q   Did he talk about hitting a wall or a door?

 8   A   No.

 9   Q   Did he talk about losing consciousness?

10   A   No.

11   Q   Talk about hallucinating about his niece?

12   A   No.

13   Q   Did he talk about injuring his shoulder?

14   A   No.

15   Q   Injuring his back?

16   A   No.

17   Q   Now, was he going to time off, or was he

18       going somewhere else?

19   A   At that time, I don't remember when we were

20       in the -- when we were going, until we got to

21       Amelia.  I don't remember what his plans was.

22   Q   Okay.  And what happened in Amelia?

23   A   At Amelia, Mr. Portier -- we got to Amelia.

24       Mr. Charlie Portier and Kerry Matthews was

25       already there to greet us, asked us how we're
```

```
 1        doing, we okay, you're proud of us, yada,

 2        yada, yada, the whole nine yards.

 3   Q    And to your knowledge, did Mr. Johnson report

 4        that he had an accident, or I'm having

 5        trouble --

 6   A    No.

 7   Q    -- I need to see a doctor?

 8   A    No.

 9   Q    Do you know if he asked to go home, or

10        anything like that?

11   A    I don't recall.

12   Q    Okay.  And you were returning to Tampa?

13   A    Actually, I was living in Maryland.

14   Q    Okay.  So you were waiting for transportation

15        arrangements to go to Maryland?

16   A    Yes.

17   Q    And what were those arrangements?

18   A    As Charlie -- well, Kerry was -- was going to

19        find a flight for me and have -- find a

20        driver for me, in which, at that time, then I

21        knew that -- what's his name -- Johnson was

22        going in the back.  So, you know, Kerry

23        designated Johnson to take me.

24   Q    When you say he was "going in the back", what

25        does that mean?
```

```
 1    A    There's a recreation center in the back of

 2         the office, in the back, in the yard, that

 3         after -- when you come off a boat or going

 4         onto a boat, you sometimes might stay because

 5         the boat have delays, or any kind of delay,

 6         you just go in the back, just wind down and,

 7         you know, sit and wait.  A waiting area.

 8    Q    So the fact that he was going to the back

 9         suggested to you he was waiting to go on

10         another vessel?

11    A    Or to do some kind of classes or something.

12    Q    Okay.  So Kerry got you a flight?

13    A    Uh-huh (yes).

14    Q    It was out of New Orleans?

15    A    Uh-huh (yes.

16    Q    And did he get you a driver?

17    A    Yes, he did.

18    Q    And who was that driver?

19    A    That was Mr. Johnson.

20    Q    Okay.  And how long of a drive is it from

21         Amelia to the airport in New Orleans?

22    A    45 minutes.

23    Q    Okay.  Why don't you tell me, describe for me

24         that trip from -- (Interrupted)

25    A    Again, we got in the car -- in the truck,
```

Page 33

```
 1        sorry.  You know, everything -- everything --
 2        it was a good -- the environment was
 3        pleasant.  We were talking, friendly, until
 4        there was a phone call.  He got a phone call,
 5        and that lasted about 20, 25 minutes.  In
 6        which after the phone call, his character
 7        changed 180.
 8   Q    Okay.  Let's go back to the phone call.
 9   A    Uh-huh (yes).
10   Q    Could you tell who he was speaking to, based
11        on what you could hear on your side of the
12        conversation?
13   A    My -- my assumption was it was a close family
14        member.
15   Q    And what's that assumption based on?
16   A    I love you.  You know, hey, honey.  You know,
17        it was --
18   Q    Okay.  Did he ever report to the close family
19        member or tell the close family member, I was
20        in this explosion and got thrown six or seven
21        feet?
22   A    No.
23   Q    Did he ever say, I got thrown into a wall or
24        a door?
25   A    No.
```

Page 34

```
 1   Q    Did he ever say he lost consciousness?

 2   A    No.

 3   Q    Did he ever talk about a hallucination --

 4   A    No.

 5   Q    -- of his niece?

 6   A    No.

 7   Q    Did he complain of like any complaints of

 8        pain, that he's sore or -- (Interrupted)

 9   A    No, no.

10   Q    No?

11   A    No.

12   Q    Did he tell them I have a headache, my head

13        is killing me?

14   A    No.

15   Q    Did he show any emotion, like crying, or

16        anxiety, or anything like that, or display

17        that?

18   A    Well, at the end of the conversation his --

19        his voice began to be lower.

20   Q    Okay.

21   A    More humble and quiet, I would say, at the

22        end of the conversation.

23   Q    Okay.  After the conversation terminated,

24        tell me how his character and demeanor

25        changed.
```

```
 1   A    All of a sudden, he was all stressed out,

 2        which he wanted to let me know.  Depression,

 3        not feeling good, tired, you know, sore, and

 4        he -- he started to ramble on and on.  And it

 5        was after awhile, it began going through one

 6        ear and going out the other, because I just

 7        wanted to get on that flight.

 8   Q    Okay.  Did he tell you if he wanted to go

 9        home, or go see a doctor, or anything like

10        that?

11   A    I don't recall.

12   Q    Okay.  But before the phone call, he was the

13        same, pleasant --

14   A    Yes.

15   Q    -- well-adjusted self?

16   A    Really nice, you know, pleasant talking to.

17        No -- no -- to me, it felt like there was no

18        assumption of feeling bad, you know.  There

19        was no intention, nothing.  It was just --

20        just like the phone call pissed him off or

21        something, you know.

22   Q    Then, after, he starts complaining about not

23        feeling well --

24   A    Yeah.

25   Q    -- both emotionally and physically?
```

Page 36

```
 1   A    Yes.

 2   Q    Okay.  Once you got to the airport, what

 3        then -- (Interrupted)

 4   A    Hi, bye.

 5   Q    Okay.  Have you talked to him or seen him

 6        since?

 7   A    No.

 8   Q    Okay.  Now, were you injured in any way?

 9   A    No.

10   Q    Okay.  You didn't have a fall, or you weren't

11        thrown, or anything like that?

12   A    I was not thrown.

13   Q    Is there anything else that you can recall

14        with Elton Johnson either on the boat or on

15        the way home that we haven't covered, that

16        you think would shed light on whether he

17        seemed okay or seemed not okay?

18   A    No.

19   Q    Okay.

20            MS. THERIOT:

21               Okay.  Those are all of my

22            questions.  I appreciate you coming

23            here.  And with that we will conclude

24            the statement.

25            THE WITNESS:
```

1

2

3

4

5

6

7                    SWORN STATEMENT OF

8                    ANTHONY GERVASIO

9

10  On October 18, 2011, beginning at 10:45 A.M. at

11  the offices of Laborde & Neuner, 1001 West Pinhook

12  Road, One Petroleum Center, Suite 200, Lafayette,

13  Louisiana, before me, Debbie G. Chaney, Certified

14  Court Reporter, appeared ANTHONY GERVASIO, who,

15  being by me first duly sworn, gave his oral

16  statement.

17

18  REPORTED BY:  DEBBIE G. CHANEY, CCR

19

20

21

22

23

24

25

```
 1            So he was still -- at the time, he was a
 2       little -- I would say over -- not
 3       overwhelmed, but not in his groove, in by
 4       saying he knew a lot about the boat.  He kind
 5       of needed a couple of days to get acclimated
 6       with where things were and things like that.
 7  Q    I guess where I'm going with that question
 8       is, he was not only your assistant, you were
 9       also training him on the latest technology?
10  A    Yes.  Yes.
11  Q    Okay.  Were you on watch at the time of the
12       Deepwater Horizon explosion?
13  A    Yes.
14  Q    Was Mr. Johnson also on watch?
15  A    Yes.
16  Q    Okay.  Where were you when you first noticed
17       something was wrong?
18  A    When I first noticed something was wrong on,
19       I was on the portside of the ship, main deck,
20       outside.
21  Q    Okay.  And why were you there?
22  A    Actually, to go a little bit before that.  I
23       was down in the engine room getting ready to
24       fill the fuel tanks for the day.  We have day
25       tanks and you fill them everyday, so they go
```

```
 1              on our logs to show what we burned for fuel.
 2                   So I was on the portside.  And there's a
 3              stairway with a door that is always open on
 4              that side.  And at that time, I heard a rush
 5              of air, so I just curious.  So I went outside
 6              to look to see what was going on.  And I was
 7              standing there for maybe a minute or so and
 8              saw the first explosion.
 9      Q    Now, the portside of the BANKSTON was the
10              side closest to the rig, correct?
11      A    Yes.
12      Q    Y'all were lined up alongside the rig?
13      A    We were alongside, I think it was portside to
14              portside.  So our portside of our vessel was
15              to their portside of the rig.  About, I would
16              say, three quarters of the ship or our boat
17              was covered by the rig.
18      Q    Okay.  When you were outside on the main deck
19              door portside, how far were you from the
20              closest edge of the rig?
21      A    I would say about 35, 40 feet from the leg of
22              the drill ship.
23      Q    Okay.
24      A    Or the drill rig.
25      Q    And when the explosion occurred, was it even
```

```
 1        with you, or was it forward, or towards the
 2        rear of where you were standing?
 3   A    The leg was even dead in front of me.  The
 4        explosion was up higher about, I would say
 5        11:00 from where I was looking.  It was aft
 6        of the derrick, starboard side.
 7   Q    Okay.
 8   A    So it was kind of hard for me to see, but you
 9        could see the first little explosion, yellow,
10        orange flame.
11             And then, within, I would say a couple
12        of seconds, as fast as I could say holy crap,
13        a second explosion went off.  And this was a
14        lot bigger.
15             And at that time, I turned around and
16        ran downstairs to make sure that -- just to
17        check on all of my pumps and stuff, make sure
18        I didn't turn anything on.  Because I was
19        about to pump fuel into the day tank, so I
20        just couldn't remember at that time because
21        of everything that was going on, if I had
22        turned them on or not.
23   Q    Okay.  What was the concern about -- you were
24        concerned.  What was your concern with the
25        fuel pump being on or off?
```

Page 15

```
 1   Q    Okay.  Did the force of the explosion cause
 2        you to lose your step?
 3   A    No.
 4   Q    Did it throw you any distance?
 5   A    No.  The -- I guess, like, the explosion was
 6        significant, but it wasn't like you see in
 7        the movies where, like, people fly all over
 8        the place, or you can't hold onto anything.
 9        Like you could feel, like, the force, but it
10        wasn't anything --
11   Q    You were not thrown?
12   A    No, I was not -- I wasn't thrown.  I wasn't
13        even, like, knocked over.  I wasn't --
14        couldn't stand.  It wasn't --
15   Q    Did you have to grab anything?
16   A    No, I didn't have to grab anything.  It
17        didn't shake the boat.  It didn't move the
18        boat.  It didn't do anything like that.
19   Q    Could you see -- did you notice any damage to
20        the vessel at the time of the explosion?
21   A    Not at the time, no.
22   Q    Okay.  Did you have any trouble getting to
23        the stairs --
24   A    No.
25   Q    -- when you were outside?
```

1         the first deck after the explosion.

2    A    Okay.

3    Q    Okay.  Let's make sure there's nothing else.

4              How much time did it take for you to

5         descend the stairs on the portside from the

6         main deck, run through the engine room, and

7         go back up the stairs on the starboard side?

8    A    I would say about 15, 20 seconds.  20 -- 20

9         seconds is the max at that time.

10   Q    Okay.  Now we're going to go to Exhibit B.

11   A    Okay.

12   Q    And actually, would you mind signing Exhibit

13        A?

14   A    Yes.

15   Q    And putting today's date, which is the 18th.

16   A    (Witness complies)

17   Q    Okay.  On Exhibit B, like I said, it's the

18        general arrangement drawing, and there's the

19        first deck and the 01 deck.

20   A    Yeah.

21   Q    When you came, when you ascended the

22        starboard stairs from the engine room back to

23        the main deck after checking the fuel pumps,

24        what stairs did you come up?

25   A    I came up these stairs that are in the engine

```
 1        and that didn't open.  So I took a look real

 2        quick and the two dogs which are -- we call

 3        them dogs, but they're latches.  They're

 4        steel latches that latch the door closed in

 5        case of a fire or an emergency to make it a

 6        little more air tight, and those were closed.

 7        So all I had to do was reach up, open that

 8        one and open up the one on the bottom and

 9        push the door open.

10   Q    Okay.  You concluded someone had latched it

11        shut?

12   A    Yes.

13   Q    And how long did it take you to figure that

14        out?

15   A    I'd probably say about five, ten seconds.

16   Q    Okay.  So from the time of the explosion

17        until the time you opened the door into the

18        change room was, I guess, 20 to 30 seconds?

19   A    20 to 30 seconds, tops.

20   Q    Okay.  When you opened the door into the

21        change room, what did you see?

22   A    I was met by the AB's and Q-MED.  The first

23        one that I saw was AB/Q-MED, Louis

24        Longlois.

25   Q    Okay.
```

1   A   And he was standing pretty much in front of

2       me.

3   Q   Okay.  I want to show you a photograph of the

4       change room.  Does this look like a --

5   A   Yeah.

6   Q   -- photograph of the change room to you?

7   A   Yes.

8   Q   Okay.  And I don't think it's visible here.

9       But can you indicate the general direction or

10      the general area where the engine room door

11      that you came out of would be on this

12      photograph?

13  A   Yes.  It's behind this gentleman that's in

14      this picture (indicating).

15  Q   Okay.

16  A   He is actually facing the door right now.

17      The door would be right about here

18      (indicating).

19  Q   Okay.  And you drew a straight line over what

20      it appears to be an aluminum frame door.

21  A   Yes.

22  Q   Okay.  And that would be against the wall.

23      And that's where you came out?

24  A   Right.

25  Q   Okay.  Where was Mr. Longlois when you opened

```
 1          the door?
 2    A     I would say -- I'm going to draw a square
 3          where he would be standing.
 4    Q     Okay.  And write his name by the square.
 5    A     (Witness complies)
 6    Q     So he was right outside of the engine room
 7          door, it looks like.
 8    A     Yes.  It looked like he was trying to come
 9          open -- unlatch the door, because he heard me
10          trying to bang it open.
11    Q     Okay.  Did you see your Q-MED, Elton Johnson,
12          in this room?
13    A     Yes.
14    Q     And where was he standing?
15    A     He was standing to the right of him.  I'm
16          going to draw an X with Elton's name.
17    Q     And did you see anyone else in the room?
18    A     Yes.  Jonathan Escala.  And I'll draw a
19          triangle with him.  It's kind of hard to draw
20          on this one because he was a little bit
21          farther.
22    Q     Let's go back to Exhibit B.  And we'll do the
23          same thing.  When you came out the door, draw
24          like a rectangle.
25    A     I'll draw a square.
```

```
 1   Q    Square?

 2   A    A square is right here for Louis, an X for

 3        Elton, and a triangle for Jonathan

 4        (indicating).

 5   Q    Okay.  When you entered, did Mr. Johnson

 6        appear unconscious?

 7   A    No.

 8   Q    Did he appear -- was he standing?

 9   A    Yes.  There was no -- when I walked in,

10        everybody was up, talking, wanting to know

11        what was going on, waiting for instructions

12        from me to tell them what the next situation

13        or next agenda would be.

14   Q    Did it look to you that Mr. Johnson had been

15        thrown against a wall?

16   A    No.

17   Q    He was on his feet, ready to go?

18   A    Yes.

19   Q    Did he appear to be injured in any way?

20   A    No.

21   Q    Did he report any injury to you?

22   A    No.

23   Q    Did he report being thrown six to seven feet

24        into a wall or door?

25   A    No.
```

1    Q    Okay.  Did he appear to have a head injury?

2    A    No.

3    Q    Did he give any sign of a concussion?

4    A    No.

5    Q    Okay.  If he had been thrown and knocked out,

6         would you have expected to see evidence of

7         that by the -- you know, given that it only

8         took you 20 to 30 seconds after the explosion

9         to get to the change room?

10   A    (No response)

11   Q    Do you understand my question?

12   A    No.

13   Q    Okay.

14   A    Would I have noticed if he was still knocked

15        out --

16   Q    Yes.  I mean, if he -- (Interrupted)

17   A    -- or since -- from the time of the explosion

18        to when I saw all of them guys was only, I

19        would say, maximum, 30 seconds.  And in that

20        time, it did not look like anything had

21        happened to any one of them.  There was no

22        injuries, there was no bleeding, there was

23        no -- anybody saying, oh, are you okay?

24        Like, nobody was waking up.  Everybody was

25        standing, alert.

```
 1    Q    Okay.  Did you have your vest on already?

 2    A    No, I did not.  So I ran -- I went back into

 3         the change room, the back half of the change

 4         room.  That's where my work vest and hard hat

 5         were.  I grabbed those and proceeded to run

 6         to the back deck.  The back portside corner,

 7         that's where the hose was connected.

 8    Q    Okay.  Now, the other gentlemen, did they

 9         already have their equipment on, or --

10         (Interrupted)

11    A    As I could -- as I could see, Louis was

12         already suited up, had his hard hat and life

13         jacket or work vest on.  Jonathan was suited

14         up.  And at that time, I believe Elton was

15         also ready to go.

16    Q    Okay.  On Exhibit B, can you draw a blue line

17         exiting the change room to -- or how the

18         group of you walked back to the hose to

19         disconnect it?

20    A    (No response)

21    Q    I guess we can even step back further.

22              This hose you had to disconnect, what

23         hose was that?

24    A    It was a liquid mud hose.

25    Q    And how is it connected -- where on the
```

Page 34

```
 1          vessel was it connected to the rig?

 2     A    There was two hoses.  We had our hose, which

 3          was connected right about here

 4          (indicating).

 5     Q    Okay.  Why don't you draw a circle, and then

 6          label that our hose?

 7     A    (Witness complies)

 8     Q    Meaning Tidewater's hose.

 9     A    Yeah.  I'm going to put Tidewater.

10               Tidewater's hose is connected to the

11          boat here, and it ran down this way

12          (indicating).

13     Q    Towards the stern of the vessel?

14     A    Towards the stern of the vessel, towards this

15          bitt right here.  And then, I'm going to draw

16          an X right here and label connection

17          (indicating).

18     Q    Okay.  And the bitts you're referring to are

19          the port stern bitts?

20     A    Yes, ma'am.

21     Q    Okay.

22     A    The connection.  And this -- then I'm going

23          to draw another line, and this goes to DWH,

24          Deepwater Horizon.

25     Q    Okay.  So the hose between the connection and
```

```
 1        DWH, that was the rig's hose?

 2   A    Correct.

 3   Q    Okay.  Now, if you could draw the path you

 4        and the other gentlemen took to get to the

 5        hose.

 6   A    I can't really draw like an exact path that

 7        we took because there was all kinds of

 8        equipment back here, so I'm not sure if we

 9        went through this door (indicating), and then

10        came out, and went through the -- through

11        this cargo, and then back around.

12   Q    Okay.  And that's a good point.  There was

13        cargo on the back of the deck?

14   A    Yeah.  There was all kind of cargo

15        everywhere.  There was four rows of cargo.

16        So you couldn't go some places.  But there

17        was -- there was doors on each side where you

18        could run through.

19   Q    Okay.  And there was mud on the deck, is that

20        correct?

21   A    Correct.  There's a -- the back deck was

22        covered in about an inch of mud from the rig

23        that had -- the well had blown back and it

24        had got onto the boat, so it was -- it wasn't

25        the easiest to walk on.  It was a little bit
```

```
 1        slippery.  But it was -- it wasn't -- it
 2        wasn't that tough to walk.
 3    Q   Okay.  You mentioned run.  Were y'all running
 4        down the deck?
 5    A   It was -- I couldn't tell what them guys were
 6        doing.  I was the first one out the door, and
 7        I was moving at a good pace.
 8    Q   Okay.
 9    A   Because I knew we needed to get out of there.
10        We were only 40 feet away from the rig at
11        that time, and it was on fire.  So we knew we
12        needed to get this hose off and to --
13    Q   So that the boat could get away from the
14        rig?
15    A   So the boat could get away from the rig.
16    Q   Okay.  During that walk from the change room
17        to the hose, do you know if you or anyone
18        else fell, slipped, tripped, or had any
19        trouble?
20    A   No, I don't -- I can't tell you -- I did not
21        see anybody fall.  But by the time I got back
22        there, got back to the rig -- to the hose to
23        disconnect, I started disconnecting the hose.
24        And Louis had pushed me out of the way so
25        that he could help me disconnect the hose.  I
```

```
 1        had grabbed one side, he had grabbed the

 2        other, we had pulled it apart.

 3   Q    Okay.  Did Mr. Escala and Mr. Johnson also go

 4        to the rear?

 5   A    They were back there.  I can't tell you

 6        exactly what location they were standing in,

 7        but I can tell you they were back there.

 8        Nobody had said anything about them.

 9   Q    At that point, I mean, were any of y'all --

10        was Mr. Johnson covered in mud or have mud on

11        his clothing?

12   A    No, I didn't see any -- any, like, evidence

13        of anybody, like, falling down and sliding

14        through the mud, because it was definitely

15        -- it was a challenge to walk.  It was

16        slippery, but it wasn't like --

17   Q    If someone would have fallen -- (Interrupted)

18   A    Yes, you could definitely tell they had

19        fallen down, because that stuff is very slimy

20        and stuff, you wouldn't have been able -- it

21        would have stuck to your clothes.

22   Q    There was enough mud on the deck that if you

23        would have fallen in it, you would have it on

24        your clothes?

25   A    Yeah.  Actually, when I was in the wheelhouse
```

Page 38

```
 1        after all of this was going on, one of the
 2        rescue helicopter people that come down, and
 3        he had slid and slipped, and slid into the
 4        mud, and he was covered up to his knees about
 5        in mud.
 6   Q    Okay.  And you didn't see anything on Mr.
 7        Johnson indicating he had fallen?
 8   A    No.
 9   Q    Okay.  Did Mr. Johnson assist in lifting the
10        rig hose off of the vessel?
11   A    No.  Like I was saying before, I was
12        disconnecting the hose, Louis pushed me out
13        of the way, or forward so I could turn around
14        and help him pull it apart.
15            Once we had it apart, I grabbed the end.
16        Louis had gone to the line that was tied from
17        the boat to the hose so the hose wouldn't
18        fall over the side.  He disconnected that, or
19        untied it.  And I had picked it up and gave
20        it a little push.  But the mud was so heavy
21        in the water that it kind of just pulled
22        itself off once the rope got untied.
23            So once we picked it up, I was pushing
24        it over the side.  It started to go by
25        itself, so Jonathan Escala tried to help, but
```

```
 1        inside this wall.  There's a door right here
 2        (indicating).  I went through this door on
 3        the outside of the bulkhead.
 4    Q   Going towards the portside?
 5    A   Going towards the portside.  So going towards
 6        the side of the rig, where the rig is.
 7        Walking down this crash wall.  And then, you
 8        see, there's a couple full lengths of cargo
 9        here (indicating), so you would have to come
10        all the way to the front of this full length
11        of cargo.  And then, there's another door
12        right about here (indicating) where this
13        picture ends.
14    Q   Yes.
15    A   And then, you would walk across the front of
16        these here (indicating), and then go forward,
17        and that's where the change room door would
18        be.
19    Q   Okay.  And the bottom margin where the arrow
20        is, that's pointing towards the change room
21        door?
22    A   Yeah.
23    Q   Okay.  We'll mark this as exhibit -- well,
24        let's mark Exhibit C, the photograph of the
25        inside the change room.  And we'll mark as
```

```
 1        Exhibit D the photo of the back deck with the
 2        markings on it.
 3              So I think at this point, you were --
 4        you, Mr. Longlois, Mr. Escala, Mr. Johnson
 5        had disconnected the hose and were now going
 6        back toward the bow of the vessel.
 7   A    Correct.  We were going to the fast rescue
 8        craft that's on the portside.
 9   Q    And how did you get to the fast rescue craft?
10   A    The same path that we took to get there.
11   Q    That was a bad question.  I'll ask you a
12        better question.
13              Did y'all go back inside the --
14   A    Negative.
15   Q    -- super structure?
16   A    No.
17   Q    What stairs -- (Interrupted)
18   A    We went straight -- straight from the back of
19        the boat to the front of the boat, to --
20   Q    Between the crash wall and the --
21        (Interrupted)
22   A    Between the crash wall and the outside
23        bulwarks of the vessel.
24   Q    Y'all traveled all the way forward?
25   A    All the way forward to the door.  The door
```

```
 1        I ended up getting up around 10:00, 10:30,

 2        just going down and checking on things,

 3        seeing how the other engineer was doing,

 4        seeing if there was anything we could do.

 5   Q    Okay.  And you first saw Elton Johnson around

 6        11:30 when he came on shift?

 7   A    Yes.

 8   Q    And did you speak with him at that point?

 9   A    Yeah.  We went downstairs into the control

10        room, you know, just telling him kind of what

11        we wanted to do today, just try and keep

12        everything running smooth.  I asked him if

13        everything was all right.  He said, yeah, he

14        was fine.  Asked him how he slept, he said he

15        didn't sleep that great.  And I just replied,

16        yeah, I don't think anybody slept that good.

17        But then I asked him if he wanted to try to

18        take a nap or if he wanted to do anything, he

19        said, no, he was fine.

20   Q    Okay.  Did he report -- (Interrupted)

21   A    He didn't say anything about him being hurt,

22        any headaches, or anything like that.  He

23        just had said that he didn't really sleep

24        that great, but he didn't say anything about

25        being hurt or physically.
```

Page 55

1  Q   He didn't say, I was thrown six or seven feet
2      in the explosion?
3  A   No.
4  Q   He didn't say he was knocked out?
5  A   No.  He didn't say anything really.  He
6      didn't say he was hurt.  I asked him if he
7      wanted to, like, go relax, go try and go back
8      to his room, do something, or anything like
9      that.  He went around and did his rounds, he
10     walked around fine, didn't act like he was
11     hurt, didn't say he was hurt, didn't report
12     anything.
13 Q   And you had asked?
14 A   Yeah, I asked him.
15 Q   Okay.
16 A   And then, later in the day, right about lunch
17     time, because I had told him that I wanted
18     one of us, me or him, to be downstairs at all
19     times to make sure none of the alarms went
20     off, to -- if the alarms go off in the engine
21     room for a certain amount of time, they'll go
22     off through the whole boat.
23 Q   Okay.
24 A   And so I didn't want the alarms going off
25     throughout the whole boat and kind of

```
 1        wrangling up or --
 2   Q    You didn't want to disturb the rig personnel?
 3   A    Yeah, I didn't want -- I didn't want to put
 4        the rig personnel in any more strenuous
 5        situations since they already went through
 6        that, and if they heard alarms and stuff,
 7        they might have start to get all antsy again
 8        just because they didn't really know what
 9        kind of alarms we had versus what they
10        have.
11   Q    Why don't you explain the alarms that you're
12        talking about in the engine room?
13   A    We have what they call just regular engine
14        alarms, maintenance alarms.  If the
15        temperature gets too high, an alarm will go
16        off and let you know that that's going on.
17             And then, we have one specific alarm,
18        which is called a dead man alarm.  It is,
19        every 60 minutes it'll go off.  And it's
20        designed so if you are an engineer by
21        yourself working on something, and you're the
22        only one on watch, say you slip or fall and
23        get knocked out, or unconscious, or you're
24        hurt and you can't move, that alarm will go
25        off, and it will go off for about -- I think
```

```
 1        it's about a minute.  And once it goes off

 2        for a minute straight, it'll go off through

 3        the whole boat, and the alarm will wake

 4        everybody up, or tell the Captain, look, the

 5        engineer is not silencing the alarm, there's

 6        something wrong, send somebody out to check

 7        on him.

 8   Q    So normally if the engineer is below and

 9        working, you'll -- (Interrupted)

10   A    We'll reset that alarm --

11   Q    Before it goes off?

12   A    -- before it goes off.

13            You can hit it every ten minutes if you

14        want, you can hit it every 59 minutes.  As

15        long as it doesn't hit that 60-minute mark,

16        it'll hit the 60 minutes and it'll alarm in

17        the engine room.  And then, after that one

18        minute goes by with it going off in the

19        engine room, it'll go off in the rest of the

20        boat.

21   Q    And that's what you wanted, someone in the

22        engine room -- (Interrupted)

23   A    I wanted somebody down there to make sure

24        that none of the alarms, it doesn't matter if

25        it was the dead man alarm, or if it was the
```

```
 1         overheating alarm, or any kind of alarm go

 2         off, I didn't want it to go off throughout

 3         the boat.

 4    Q    Okay.  So on this shift, I understand that

 5         the vessel was returning to shore.

 6    A    Yes.  At -- this shift was a little difficult

 7         because, of course we wanted to get in as

 8         fast as we could, but there was all kinds of

 9         stuff going on, different people on the boat,

10         Captain asking questions, wanting to know how

11         fast we could go, what we could do.  So I

12         needed somebody downstairs at all times.  And

13         it was either Elton or Louis, because Louis

14         was also a Q-MED/AB, he could run both engine

15         and deck.

16    Q    And were you in and out the engine room as

17         well?

18    A    I was in and out the engine room all day.

19              I had come down to the engine room and

20         told Louis and Elton -- Louis was down there

21         at the time.  I told Louis and Elton to go up

22         there, grab food, and then they could come

23         down and eat in the control room.  Since

24         there was so many people on the boat and

25         there was nowhere to sit, and there was
```

1        nobody allowed down in the engine room.

2             So Louis and Elton had grabbed their

3        food, come down and were eating downstairs.

4        So I went up, grabbed my food, and I

5        proceeded to come down and eat lunch with --

6        or we call it lunch, but it's really like

7        dinner.  It's really like 5:00.

8    Q   Okay.  And -- (Interrupted)

9    A   And at that time, I don't remember exactly

10       what was going on as far as what kind of

11       conversation they were having, but I remember

12       that I walked in to Elton telling a story

13       about what had happened to one of the rig

14       personnel that he was talking to.

15            And at that point, I had -- or Louis, we

16       both had asked him if anything was going on,

17       or anything like that.  And I asked Louis if

18       he was hurt, and he said, no, he was fine.  I

19       asked him how he slept.  And I asked them

20       both, again, if you guys need to go take naps

21       or anything like that.

22   Q   So it sounds like just casual is probably not

23       the right word, but you were having dinner

24       conversation about what happened?

25   A   Yeah, we were just talking, trying to like

```
 1        pass the time, you know.  Not trying to get

 2        into details on what anybody heard, what

 3        happened, and different things like that,

 4        because we did have people like -- I just

 5        didn't want to get into it.  I already knew

 6        what had -- what I had heard -- not heard,

 7        but like saw and what had happened.  And I

 8        didn't want any more extra stories.  I didn't

 9        want to talk to anybody about it.  I was just

10        kind of trying to be by myself.

11   Q    But at no time did Elton Johnson talk about

12        what happened?

13   A    No.  I asked him twice, probably even three

14        times throughout the shift if he was -- if he

15        needed anything, or anything like that, and

16        he said -- he never told me he was hurt,

17        never said that he was feeling bad, or

18        anything.

19   Q    And he was able to do all of the things you

20        asked him to do on his shift?

21   A    He did -- he did his daily -- his normal

22        daily activities.  He did rounds.  He went

23        down to the engine room, did rounds and did

24        his normal physical, up and down the stairs,

25        no problem.
```

Page 61

```
 1              At one point, we did have an engine

 2         overheat, so I needed to call the Captain,

 3         tell him we needed to put the fourth engine

 4         on-line.  So Elton did go down there with me

 5         and check the engines, make sure that

 6         everything was all set and crank up the

 7         fourth engine so we could make some more

 8         speed.  And at that time, he seemed fine, was

 9         not injured.

10    Q    I understand that you stayed on watch until

11         the vessel reached Fourchon.

12    A    Yes.

13    Q    Did Mr. Johnson, as well?

14    A    I cannot tell -- I can't tell you if it was

15         -- I don't remember --

16    Q    Okay.

17    A    -- at that point, like, who helped tied up

18         and things like that.

19              But I know around 12:00 or 12:30, they

20         came on the loud hailer, and told everybody

21         on the boat that it was -- that we were going

22         to be at the dock in about an hour, that they

23         should be ready to take a drug test and to

24         fill out paperwork.

25              So we decided -- I just decided to stay
```

Page 62

```
 1         up and just help tie up.  Because then I knew
 2         that we were going to have to fill out
 3         paperwork for Tidewater, and take a drug
 4         test.
 5              So I'm assuming that everybody stayed
 6         up, because we got -- we got tied up about
 7         1:30, about 2:00 we were all up in the
 8         wheelhouse filling out paperwork, and drug
 9         tests, and different things like that.
10              And at that point when we were in the
11         wheelhouse, everybody had to fill out
12         paperwork, everybody got asked if they wanted
13         to go home, if they were hurt, if they needed
14         to see the doctor.  And at that time is when
15         I found out about Jonathan Escala actually
16         got hit by that aluminum door when it blew
17         open.
18              So to answer your question, yes, the
19         explosion would be able to open the door.
20    Q    Okay.  When y'all met in the wheelhouse, had
21         all of the passengers being debarked?
22    A    Yes.
23    Q    Or disembarked?
24    A    Yes.  All rig personnel had gotten off the
25         boat, Coast Guard personnel, I believe had
```

Page 63

```
 1           gotten off the boat.  The only people that
 2           were left was a couple of people from our
 3           office, Tidewater's office.
 4    Q      Had they come on the boat once y'all reached
 5           shore?
 6    A      Yes, three guys came on the boat from the
 7           office.  We had four lawyers, Tidewater
 8           lawyers come on the boat.
 9    Q      While y'all were still offshore?
10    A      While we were offshore, they helicoptered in.
11    Q      So they were still on the boat?
12    A      They were still on.  They had just wanted to
13           ask questions and just double check, make
14           sure, see if anybody wanted to go home or
15           anything like that, or if they needed to get
16           off for any reason.
17    Q      So the entire Tidewater crew met with the
18           lawyers and the Tidewater personnel who came
19           aboard?
20    A      Yes.
21    Q      And Elton Johnson was present --
22    A      Yes.
23    Q      -- during that meeting?
24    A      Yes.
25    Q      So he was asked if he had an accident?
```

Page 64

1   A   (Witness nods affirmatively.)

2   Q   Correct?

3   A   Yes.

4   Q   He was asked if he was hurt?

5   A   Yes.

6   Q   He was asked if he wanted to go home?

7   A   Yes.

8   Q   And did he respond to any of those inquiries?

9   A   No.  Nobody -- nobody really said anything.

10      The only thing that really got said was that

11      Jonathan was kind of hesitant.  He finally

12      said that, yes, he kind of hurt his knee a

13      little bit when the door had hit it, but --

14   Q   And you said hesitant.  He didn't want to

15      come forward?

16   A   No, he didn't -- he had said that he got

17      hurt, but they were trying to get him to go

18      to the doctors to check it out, and he didn't

19      really want to go to the doctors because he

20      wasn't sure if they were going to let him go

21      back to the boat, and things like that.  The

22      only reason is because, like I said earlier,

23      that Tidewater was in a slow period and it

24      was kind of hard to get time on boats.   And

25      in our work, you only get paid when you work,

1

2

3

4

5

6

7                    SWORN STATEMENT OF

8                  CAPTAIN ALWIN LANDRY

9

10   On October 13, 2011, beginning at 12:00 P.M. at

11   the offices of Laborde & Neuner, 1001 West Pinhook

12   Road, One Petroleum Center, Suite 200, Lafayette,

13   Louisiana before me, Debbie G. Chaney, Certified

14   Court Reporter, appeared CAPTAIN ALWIN LANDRY,

15   who, being by me first duly sworn, gave his oral

16   statement.

17

18   REPORTED BY:  DEBBIE G. CHANEY, CCR

19

20

21

22

23

24

25

```
 1        ensued?

 2    A   Yes.

 3    Q   Okay.  How long did it take to rescue the

 4        116 --

 5    A   Yes.

 6    Q   -- y'all rescued?

 7    A   115 personnel was boarded in less than an

 8        hour.

 9    Q   Okay.  What did your crew do during the

10        rescue?

11    A   Initially rescue took place, where they

12        hurried up and launched the rescue boat and

13        deployed the Jacob ladders.

14            We seen the first three or four guys

15        jump from the rig initially.  The rescue boat

16        recovered those personnel and they brought

17        them up on the starboard side.

18            At that point, we was about 150 meters

19        from the rig, and I instructed the crew to

20        deploy the ladders on the starboard side.  It

21        would be away from the side of the rig and

22        all the other rescue personnel would come on

23        the starboard side of the boat.

24    Q   At any time, you know, during the rescue

25        efforts as y'all are gathering, you know, the
```

Page 20

```
 1    A    Right.

 2    Q    Okay.  When it was just the Tidewater folks

 3         on the vessel, is that when the crew began

 4         filling out statements about what happened on

 5         the Coast Guard forms?

 6    A    No.  It was after we made dockside.  We went

 7         ahead, everybody was up and still around, we

 8         went ahead and did statement forms.  We had

 9         one crew member that was assisted by port

10         captain superintendent there, to fill out his

11         form.  He needed a little extra help.  And

12         that's when Mr. Escala's injuries were became

13         aware.  And that's when we went ahead and did

14         a personal injury report for Mr. Escala and

15         did statement forms for the entire crew as to

16         their knowledge of his injuries.

17    Q    Okay.  Did you call everyone to the bridge to

18         talk about this, or was it a -- (Interrupted)

19    A    An announcement was made, everyone did come

20         up.  We didn't actually congregate in a full

21         meeting set, but everyone did come up, and

22         through the next several minutes and get

23         their statement forms to fill out.  And I

24         asked each one of them if they had anything

25         for them to add, or anything to report as far
```

Page 21

```
 1        as injuries or any damages.
 2   Q    Okay.  So even after -- I just want to make
 3        -- you know, it was obviously a lot going on.
 4   A    Right.
 5   Q    But once you get to the dock, you have the
 6        chance to talk to each of your crew members
 7        individually --
 8   A    Right.
 9   Q    -- and specifically ask, did you get hurt,
10        did anything happen to you, do you need
11        medical attention?
12   A    That's correct.
13   Q    Okay.  And at the same time, they're
14        completing statements about what they recall
15        happening and what they experienced?
16   A    Right.
17   Q    Okay.  Did Jonathan -- I'm sorry.  Did Elton
18        Johnson report to you or do you know if he
19        reported to anyone else any type of accident
20        or injury?
21   A    Mr. Johnson did not report anything to me,
22        and no one else reported anything to me that
23        he reported to them.
24   Q    Okay.  If he was thrown six to seven feet and
25        hit a wall or a door, would you have expected
```

```
 1        that kind of incident to be reported?
 2   A    If that would have happened, yes, I would
 3        expect it to be reported.
 4   Q    Okay.
 5   A    But, like I said, nothing extraordinary was
 6        reported.
 7   Q    Okay.  If he or anyone else saw him lose
 8        consciousness, would you have expected him or
 9        anyone who witnessed that to report it to
10        you?
11   A    Yes, I would expect it.
12   Q    Okay.  And that's just company policy?
13   A    That is correct.
14   Q    And if anyone else saw him being thrown six
15        to seven feet, you would have expected that
16        to have been reported?
17   A    Yes, that's correct.
18   Q    And neither Jonathan -- I'm sorry.  Neither
19        Elton Johnson or any other crew members
20        reported Elton Johnson being thrown, hitting
21        a door, hitting a wall, hitting his head?
22   A    No reports of anything of that nature.  And I
23        wouldn't expect any reports of that nature.
24             Just from my knowledge of the blast, and
25        surveying the exterior of the boat, any
```

```
 1        damages leaving the Horizon area, I would

 2        have not have thought that any blast would

 3        have thrown anybody that distance.  I

 4        wouldn't even phantom to suspect it and

 5        nobody reported that either, so --

 6   Q    I mean, if it would have happened, it should

 7        have been reported?

 8   A    Right.

 9   Q    But you being in the blast --

10   A    Yeah.

11   Q    -- close --

12   A    I wouldn't even --

13   Q    -- the same level -- (Interrupted)

14   A    I wouldn't even have thought it being

15        happening.  Because just as the condition of

16        the vessel and my personal experience, I

17        couldn't imagine it happening.

18            But if it would have happened, it should

19        have been reported.  Still, it wasn't

20        reported that anything happened.

21   Q    Okay.  Now, what type of physical damage, if

22        any, did the vessel suffer?

23   A    The only physical damage was brought to my

24        attention upon arrival in Port Fourchon was

25        the plexiglass window at the top panel of the
```