# Exhibit O

Case 2:10-md-02179-CJB-DPC   Document 11993-18   Filed 12/16/13   Page 2 of 3
Case 4:12-cv-00989   Document 32-90   Filed in TXSD on 06/01/12   Page 2 of 3
Case 4:12-cv-00989   Document 1-11   Filed in TXSD on 03/30/12   Page 2 of 3

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

Christopher J. Esbrook
To Call Writer Directly:
(312) 862-2032
christopher.esbrook@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

October 5, 2011

**BY ELECTRONIC MAIL AND
FIRST CLASS MAIL**

Cliffe E. Laborde III
Frank X. Neuner, Jr.
Ben L. Mayeaux
Jed M. Mestayer
Laborde & Neuner
One Petroleum Center
Suite 200
1001 W. Pinhook Road
P.O. Box 52828 (70505-2828)
Lafayette, Louisiana 70503

Re:   *Gulf Coast Claims Facility Settlement With Tidewater Marine Employee Elton Johnson*

Dear Mr. Laborde:

We received your October 5, 2011 letter regarding the Gulf Coast Claims Facility's ("GCCF") settlement with Tidewater Marine employee Elton Johnson. The GCCF is an entity administered by Kenneth R. Feinberg with an independent process for handling claims for cost and damages related to the Deepwater Horizon incident. BP does not control the GCCF or the process by which it reaches settlement decisions. BP has no influence over the decision making of the GCCF and cannot prevent it from making settlement offers.

As you indicated in your October 5, 2011 letter, pursuant to Sections VI (A) and (B) of the Gulf Coast Claims Facility Protocol for Interim and Final Claims, Tidewater does not have the right to appeal the GCCF settlement decision. Moreover, BP will not appeal the GCCF's settlement with Mr. Johnson. However, consistent with BP's continued willingness to cooperate with Tidewater in the resolution of Mr. Johnson's claim, BP encourages Tidewater to reach out to the GCCF directly with any information relevant to the adjudication of Mr. Johnson's claim.

Hong Kong   London   Los Angeles   Munich   New York   Palo Alto   San Francisco   Shanghai   Washington, D.C.

USCA5 1305

Case 2:10-md-02179-CJB-DPC Document 11993-18 Filed 12/16/13 Page 3 of 3
Case 4:12-cv-00989 Document 32-90 Filed in TXSD on 06/01/12 Page 3 of 3
Case 4:12-cv-00989 Document 1-11 Filed in TXSD on 03/30/12 Page 3 of 3

KIRKLAND & ELLIS LLP

October 5, 2011
Page 2

  The GCCF's settlement with Mr. Johnson falls within the scope of the indemnity agreement between the parties and BP reserves its right to seek indemnification from Tidewater for all BP funds the GCCF pays to settle Mr. Johnson's claim.

  Please do not hesitate to call should you have any questions or would like to discuss any issues raised in this letter.

            Sincerely,

            Christopher J. Esbrook