# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL No. 2179** |
| | **SECTION: J** |
| This document relates to Civil Action No. 12-970. | **JUDGE BARBIER** |
| | **MAGISTRATE SHUSHAN** |

## BP's MOTION FOR RELIEF PURSUANT TO RULE 60(b)(3)

Pursuant to Federal Rule of Civil Procedure 60(b)(3), Defendants BP Exploration & Production, Inc. and BP America Production Company (collectively, "BP") respectfully request the Court to grant BP relief from a portion of this Court's December 21, 2012 judgment on the basis of fraud perpetrated by former Plaintiffs' Steering Committee member Mikal Watts and his law firm, Watts Guerra LLP (collectively, "Watts'). BP moves the Court (i) to suspend the second distribution from the Seafood Compensation Fund ("Seafood Fund") and (ii) to grant BP discovery and an evidentiary hearing regarding the full extent of fraud and what portion of the Seafood Fund should be returned to BP as a result of it. The reasons for this Motion are more fully set forth in the accompanying memorandum.

BP is pursuing two alternative avenues for relief. In addition to this Motion, BP has filed a complaint against Watts and the class, including its named representatives, *see* Complaint, *BP Exploration & Production, Inc., et al. v. Watts, et al.*, and an accompanying Motion for a Preliminary Injunction Suspending the Second Distribution of the Seafood Compensation Program, which seeks interim relief during the pendency of that action.

December 17, 2013

Respectfully submitted,

_  /s/ Kevin M. Downey  _

James J. Neath
Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX  77079
Telephone:  (281) 366-2000
Telefax:  (312) 862-2200

Kevin M. Downey
F. Lane Heard III
Margaret A. Keeley
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone:  (202) 942-5000
Telefax:  (202) 942-5999

_  /s/ Don K. Haycraft  _

S. Gene Fendler (Bar #05510)

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 662-5985
Telefax:  (202) 662-6291

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
David J. Zott, P.C.
Jeffrey J. Zeiger
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:  (312) 862-2000
Telefax:  (312) 862-2200

Jeffrey Lennard
Keith Moskowitz
DENTONS US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606
Telephone:  (312) 876-8000
Telefax:  (312) 876-7934

**OF COUNSEL**

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 879-5000
Telefax:  (202) 879-5200

**ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of December, 2013.

       */s/ Don. K. Haycraft*
Don K. Haycraft