# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to: All Cases and No. 12-970 | * * * * | HONORABLE CARL J. BARBIER |
| | * * * | MAGISTRATE JUDGE SHUSHAN |

## DECLARATION OF DZMITRY ASINSKI

I, Dzmitry Asinski, declare and state as follows:

1. I am over the age of 21 and a resident of the State of Illinois. Unless otherwise stated, I have personal knowledge of the facts set forth herein and, if called to do so, could testify truthfully thereto.

2. I am a Vice President of Compass Lexecon, an economic consulting firm with its headquarters in Chicago, IL. I received a Ph.D. in Economics from Iowa State University in 2006, and have worked at Compass Lexecon since that time. I specialize in applied econometrics. A copy of my curriculum vitae is attached hereto as Appendix A to this declaration.

3. I have been retained by BP in relation to the litigation surrounding the 2010 Deepwater Horizon oil spill, and my responsibilities include, among other things, monitoring the implementation of the Seafood Compensation Program, which is part of the Economic and Property Damage Class Action Settlement Agreement ("Settlement Agreement"). I regularly conduct analyses of claims data provided by the Court Supervised Settlement Program ("CSSP"), including analyses of claims filed by particular law firms.

4. The Settlement Agreement's Seafood Compensation Program created a $2.3 billion capped fund to pay for specified seafood and commercial-fishing industry claims. The Seafood Compensation Program contemplated two major distributions. In the first round, the CSSP would review all claims, determine their validity, and pay out compensatory awards. The second round of distributions would occur "[i]n the event there are Seafood Compensation Program Amount funds remaining."

5. Class members had until January 2013 to file claims under the Seafood Compensation Program. A total of 24,520 claims were submitted. Of these, 4,491 were individual seafood crew member claims. A chart describing the status of seafood crew member claims is attached hereto as Appendix B.

6. As of December 12, 2013, $1.05 billion in payments have been made, with the first distribution nearly complete. Thus, approximately $1.25 billion remains in the fund for seafood claims.

7. The law firm Watts Guerra LLP filed 648 claims under the Seafood Compensation Program on behalf of seafood crew members. Of those 648 claimants, only 8 have been found eligible for payment, with 17 claims still pending and available for possible compensation. In other words, 96 percent of the claims that were filed by Watts Guerra LLP have been denied or closed. *See* App'x B (describing the status of the 648 claimants represented by Watts Guerra LLP).

I make this Declaration under penalties of perjury pursuant to 28 U.S.C. § 1746, and I state that the facts set forth herein are true to the best of my knowledge, belief, and information.

*Dzmitry Asinski*
Dzmitry Asinski

Dated: December 13, 2013

# Appendix A

**DZMITRY ASINSKI**                                                                                         April 2013
**Vice President**

*Compass Lexecon*
332 South Michigan Avenue
Suite 1300
Chicago, IL 60604-4927
(312) 322-0240 (direct)
(312) 322-0218 (fax)
dasinski@compasslexecon.com

**FEILDS OF SPECIALIZATION**
Applied Econometrics
Health Economics
Industrial Organization
Public Economics

**EDUCATION**

Ph.D., IOWA STATE UNIVERSITY, Economics (minor in Statistics), 2006

M.A., EERC, KIEV-MOHYLA ACADEMY, Economics, 2000

B.A., BELARUS STATE ECONOMIC UNIVERSITY, Economics, 1998

**PROFESSIONAL EXPERIENCE**

Compass Lexecon, (formerly Lexecon), Chicago, Illinois (2006-present): Economist; (January 2009) Senior Economist; (April 2012) Vice President

Agency for Healthcare Research and Quality, Rockville, Maryland (2004):  Intern

Iowa State University, Ames, Iowa (2000-2006): Instructor, Graduate Assistant

EERC, Kiev, Ukraine (1999-2000): Graduate Teaching Assistant

Stockholm Institute of Transition Economics and East European Economics, Stockholdm, Sweden (1999):  Intern

JS Savings bank Belarusbank, Minsk, Belarus (1998): Financial Analyst

**ACADEMIC HONORS AND FELLOWSHIPS**

Teaching Excellence Award, Iowa State University, 2003

Graduate College Scholarship, Iowa State University, 2000-2006

**SELECTED CASE EXPERIENCE**

FirstGroup's acquisition of Laidlaw
Verizon v. Vonage litigation
Verizon v. Cox litigation
Delta/Northwest merger
Tobacco MSA proceedings
American Express v. Visa litigation
CME Group's Credit Default Swaps and Interest Rate Swaps margining models reviews
Investigations related to Amaranth Advisors
American Express Travel Insurance Class Action litigation
Rail Fuel Surcharge Class Action litigation
AT&T/T-Mobile USA merger
Litigation related to BP Deepwater Horizon oil spill

**INVITED PRESENTATIONS**

Florida State University, University of New South Wales, University of Technology-Sydney (2006)

**RESEARCH**

"Health Insurance, Access to Care, and Risk-Aversion: Separating Incentive and Selection Effects," working paper, October 2005

"Employer-Provided Health Insurance: Preferences and Choice," working paper, January 2005

"Capital Structure and Performance of Business Start-ups: the Role of Unobserved Information and Incentives," (joint with Olena Chyruk), working paper, July 2006

"Relationship between Financial Development and Economic Growth in Transition Economies," M.A. Thesis, EERC, 2000

**PROFESSIONAL ACTIVITIES**

Referee for *American Economic Review, Journal of Public Economics, Journal of Applied Econometrics, Journal of Human Resources, Social Security Bulletin, The B.E. Journal of Economic Analysis & Policy*

# Appendix B

**Appendix B**
**Status of CSSP Seafood Crew Member Claims**

|  | Total | In Review | Incomplete | Eligible Payable | Eligible Non-Payable | Denied | Closed |
|---|---|---|---|---|---|---|---|
| Seafood Crew Member Claims Represented by Watts, Guerra LLP | 648 | 13 | 4 | 8 | 0 | 615 | 8 |
|  | 100.0% | 2.0% | 0.6% | 1.2% | 0.0% | 94.9% | 1.2% |
| All Seafood Crew Member Claims | 4,491 | 165 | 247 | 801 | 262 | 2,222 | 794 |
|  | 100.0% | 3.7% | 5.5% | 17.8% | 5.8% | 49.5% | 17.7% |

Source: CSSP Data as of 12/09/2013.