IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to Civil Action No. 12-970. | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**BP'S MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE UNDER SEAL AN UNREDACTED VERSION OF BP'S MEMORANDUM IN SUPPORT OF BP'S MOTION FOR RELIEF PURSUANT TO RULE 60(B)(3) AND EXHIBITS 1 AND 2 TO BP'S MEMORANDUM IN SUPPORT OF BP'S MOTION FOR RELIEF <u>PURSUANT TO RULE 60(B)(3)</u>**

Pursuant to Pre-Trial Order 38, Order Relating to Confidentiality of Settlement Communications (Rec. Doc. 3201), Defendants BP Exploration & Production Inc. and BP America Production Company ("BP"), by their attorneys, hereby respectfully request leave to file under seal an unredacted version of BP's Memorandum In Support of BP's Motion for Relief Pursuant to Rule 60(b)(3), as well as Exhibits 1 and 2 to BP's Memorandum In Support of BP's Motion for Relief Pursuant to Rule 60(b)(3). These documents contain discussion of settlement communications, which are deemed "confidential" pursuant to the above-referenced Order.

BP is filing a public version of BP's Memorandum In Support of BP's Motion for Relief Pursuant to Rule 60(b)(3) with any arguably confidential information redacted.

WHEREFORE, BP respectfully prays the Court for an Order that an unredacted version of BP's Memorandum In Support of BP's Motion for Relief Pursuant to Rule 60(b)(3), and Exhibits 1 and 2 to BP's Memorandum In Support of BP's Motion for Relief Pursuant to Rule 60(b)(3), be filed under seal.

| | |
|---|---|
| December 17, 2013 | Respectfully submitted, |
| James J. Neath<br>Mark Holstein<br>BP AMERICA INC.<br>501 Westlake Park Boulevard<br>Houston, TX  77079<br>Telephone:  (281) 366-2000<br>Telefax:  (312) 862-2200 |    */s/ Kevin M. Downey*<br>Kevin M. Downey<br>F. Lane Heard, III<br>Margaret A. Keeley<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>Telephone:  (202) 434-5000<br>Telefax:  (202) 434-5029 |
| Daniel A. Cantor<br>Andrew T. Karron<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004<br>Telephone:  (202) 942-5000<br>Telefax:  (202) 942-5999 |    */s/ Don K. Haycraft*<br>S. Gene Fendler (Bar #05510)<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139<br>Telephone:  (504) 581-7979<br>Telefax:  (504) 556-4108 |
| Robert C. "Mike" Brock<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone:  (202) 662-5985<br>Telefax:  (202) 662-6291 | Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>David J. Zott, P.C.<br>Jeffrey J. Zeiger<br>Wendy L. Bloom<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone:  (312) 862-2000<br>Telefax:  (312) 862-2200 |
| Jeffrey Lennard<br>Keith Moskowitz<br>DENTONS US LLP<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, IL  60606<br>Telephone:  (312) 876-8000<br>Telefax:  (312) 876-7934<br><br>***OF COUNSEL*** | Jeffrey Bossert Clark<br>Steven A. Myers<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone:  (202) 879-5000<br>Telefax:  (202) 879-5200 |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.***
***AND BP AMERICA PRODUCTION COMPANY***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of December, 2013.

*/s/ Don K. Haycraft*
Don K. Haycraft