UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br>SECTION: "J"<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

This Document Applies to:

No. 12-970, Bon Secour Fisheries, Inc., et al.
v. BP Exploration & Production Inc., et al.

## JOINT MOTION FOR PROTECTIVE ORDER

**NOW INTO COURT**, through undersigned counsel, comes Special Master, Louis Freeh, and Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, and associated law firms, Andry Lerner, LLC, and The Andry Law Firm, LLC, who, jointly move this Court for entry of the Stipulated Protective Order, the original of which has been executed by the undersigned[1], through their respective counsel, and is filed herewith. This Stipulated Protective Order governs the disclosure of documents produced by the Special Master and on which the Special Master based summary charts.

By Order dated October 24, 2013, the Magistrate Ordered the Special Master to make available for inspection the records on which the Special Master based its summary charts. Rec. Doc. 11729. This Court ruled on the Magistrate's decision on 11/13/13. Rec. Doc. 11847. The Special Master made the records available for inspection at his office. However, without the ability to analyze the documents and a searchable database, the information contained in the

---

[1] Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, and associated law firms, Andry Lerner, LLC, and The Andry Law Firm, LLC, appear solely to file this motion for protective order. They specifically reserve their right to make any and all objections to the Special Master's Report, including those grounds for dismissal set forth in Federal Rule of Civil Procedure 12(b) and grounds relating to the scope of the Special Master's authority under Rule 53.

{N2728958.1}

summary charts cannot be properly verified. Counsel for certain parties, however, desire to have the data entered into a different database so as to verify the data. On Monday, November 18, 2013, counsel for the parties agreed that the actual underlying documents would be produced subject to the attached Stipulated Protective Order.

WHEREFORE, Special Master, Louis Freeh, and Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, and associated law firms, Andry Lerner, LLC, and The Andry Law Firm, LLC, pray for the execution and entry of said Protective Order.

Respectfully Submitted,

/s/Louis J. Freeh
Louis J. Freeh
Special Master
935 Gravier Street, Ste. 1160
New Orleans, LA  70112

/s/Lewis O. Unglesby
Lewis O. Unglesby (#12498)
Lance C. Unglesby (#29690)
Unglesby Law Firm
246 Napoleon Avenue
Baton Rouge, LA 70802
Telephone: (225) 387-0120
Facsimile: (225) 336-4355
*Attorney for Jon Andry*

/s/ Mary Olive Pierson
Mary Olive Pierson (La. Bar #11004)
8702 Jefferson Highway – Suite B (70809)
Post Office Box 14647
Baton Rouge, Louisiana 70898
Telephone: (225) 927-6765
Fax: (225) 927-6775
mop@mopslaw.com
*Attorney for Christine Reitano*

/s/ Michael S. Walsh
Michael S. Walsh
85257 Maximilian Street
Baton Rouge, Louisiana  70808
Telephone:  (225) 344-0474
Fax:  (225) 344-9124
michael@leeandwalsh.com
*Attorney for Lionel H. Sutton, III*

/s/ Pauline F. Hardin
Pauline F. Hardin (La. Bar #6542)
James E. Wright, III (La. Bar #13700)
Virginia W. Gundlach (La. Bar #18493)
**JONES WALKER LLP**
201 St. Charles Ave. – 49th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
phardin@joneswalker.com
jwright@joneswalker.com
ggundlach@joneswalker.com

and

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
**ZUCKERMAN SPAEDER LLP**
1800 M. Street, NW – Suite 1000
Washington, D.C. 20036-5807
Telephone: (202) 778-1800
Fax: (202) 822-8106
wtaylor@zuckerman.com
amehta@zuckerman.com
*Attorneys for Glen J. Lerner*

/s/ Douglas S. Draper
Douglas S. Draper (La. Bar #5073)
Heller, Draper, Patrick & Horn, LLC
650 Poydras Street – Suite 2500
New Orleans, Louisiana 70130
Telephone: (504) 299-3333
Fax: (504) 299-3399
ddraper@hellerdraper.com
*Attorneys for Andry Lerner, LLC*

/s/ Stephen M. Gelè
Randall S. Smith, T.A. (La. Bar #2117)
Stephen M. Gelè (La. Bar #22385)
Smith & Fawer, L.L.C.
201 St. Charles Ave. – Suite 3702
New Orleans, Louisiana 70170
Telephone:  (504) 525-2200
Fax: (504) 525-2205
sgele@smithfawer.com
*Attorneys for The Andry Law Firm, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this   17th   day of       December      , 2013.

/s/Louis J. Freeh
Louis J. Freeh
Special Master

{N2728958.1}4