UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br>SECTION: "J"<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

This Document Applies to:

No. 12-970, Bon Secour Fisheries, Inc., et al.
v. BP Exploration & Production Inc., et al.

## STIPULATED PROTECTIVE ORDER

Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, Andry Lerner, LLC, and The Andry Law Firm, LLC (collectively "the Show Cause Parties"), through their counsel of record, hereby stipulate to this Protective Order ("Protective Order") to facilitate and govern the production of records relied upon by the Special Master to compile summary charts of telephone calls and text messages ("Protected Documents"), as referenced in the Special Master's Report of September 6, 2013.  With regard to the Protected Documents, the Show Cause Parties agree as follows.

A.   The Protected Documents will be used by the Show Cause Parties solely for the purpose of preparing a response to the Court's September 6, 2013 Order to Show Cause (hereinafter called the "Litigation"); presenting evidence in connection with any response or at an evidentiary hearing in the Litigation; and, if applicable, challenging the Court's judgment in the Litigation on appeal, and for no other purpose.  The Protected Documents shall not be disclosed or made available to any person except in accordance with the terms of this Order or by order of the Court.  Except by leave of the Court, the Protected Documents may not be used

{N2739742.1}

in any way in any other litigation or for any other purpose (including in relation to any claim made to the Deepwater Horizon Economic Claims Center).

B. The Protected Documents will only be shared with the Show Cause Parties and attorneys of record in this Litigation, as well as attorneys and employees of their law firms to whom it is necessary that the material be shown for purposes of this Litigation. The Protected Documents may also be shown to witnesses and deponents in the Litigation, including but not limited to testifying and consulting expert witnesses, to whom the attorneys of record believe it is necessary to disclose the Protected Documents to obtain information, evidence, and/or testimony in the Litigation. Except by leave of the Court, the Protected Documents may not be used in any way in any other litigation or for any other purpose (including in any claim made to the Deepwater Horizon Economic Claims Center).

C. Nothing contained herein shall prejudice the right of any Show Cause Party to apply for an order 1) compelling production of documents and other information, 2) modifying this Order or any of its terms, 3) seeking any other discovery rights provided by law, or 4) seeking further protection regarding any confidential information.

D. Nothing contained herein shall prejudice the right of any Show Cause Party to use the Protected Documents in court filings in the Litigation or to disclose the Protected Documents to the Court in the Litigation. Any Show Cause Party seeking to use a Protected Document in the Litigation must exercise reasonable diligence to maintain the confidentiality of a Protected Document, including seeking leave of court to file any Protected Document under seal.

E. The Court shall retain jurisdiction over any violation or breach of this Protective Order, and retain the power to impose appropriate sanctions against any person for a breach of

this Protective Order. Any claim arising from an alleged violation or breach of this Protective Order must be made under MDL No. 2179.

**AGREED AS TO FORM AND SUBSTANCE**

/s/Louis J. Freeh
Louis J. Freeh
Special Master
935 Gravier Street, Ste. 1160
New Orleans, LA  70112

/s/Lewis O. Unglesby
Lewis O. Unglesby (#12498)
Lance C. Unglesby (#29690)
Unglesby Law Firm
246 Napoleon Avenue
Baton Rouge, LA 70802
Telephone: (225) 387-0120
Facsimile: (225) 336-4355
*Attorney for Jon Andry*

/s/ Mary Olive Pierson
Mary Olive Pierson (La. Bar #11004)
8702 Jefferson Highway – Suite B (70809)
Post Office Box 14647
Baton Rouge, Louisiana 70898
Telephone: (225) 927-6765
Fax: (225) 927-6775
mop@mopslaw.com
*Attorney for Christine Reitano*

/s/ Michael S. Walsh
Michael S. Walsh, 85257 Maximilian Street
Baton Rouge, Louisiana  70808
Telephone:  (225) 344-0474
Fax:  (225) 344-9124
michael@leeandwalsh.com
*Attorney for Lionel H. Sutton, III*

/s/ Pauline F. Hardin
Pauline F. Hardin (La. Bar #6542)
James E. Wright, III (La. Bar #13700)
Virginia W. Gundlach (La. Bar #18493)
**JONES WALKER LLP**
201 St. Charles Ave. – 49th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
phardin@joneswalker.com
jwright@joneswalker.com
ggundlach@joneswalker.com

and

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
**ZUCKERMAN SPAEDER LLP**
1800 M. Street, NW – Suite 1000
Washington, D.C. 20036-5807
Telephone: (202) 778-1800
Fax: (202) 822-8106
wtaylor@zuckerman.com
amehta@zuckerman.com
*Attorneys for Glen J. Lerner*

/s/ Douglas S. Draper
Douglas S. Draper (La. Bar #5073)
Heller, Draper, Patrick & Horn, LLC
650 Poydras Street – Suite 2500
New Orleans, Louisiana 70130
Telephone: (504) 299-3333
Fax: (504) 299-3399
ddraper@hellerdraper.com
*Attorneys for Andry Lerner, LLC*

/s/ Stephen M. Gelè
Randall S. Smith, T.A. (La. Bar #2117)
Stephen M. Gelè (La. Bar #22385)
Smith & Fawer, L.L.C.
201 St. Charles Ave. – Suite 3702
New Orleans, Louisiana 70170
Telephone:  (504) 525-2200
Fax: (504) 525-2205
sgele@smithfawer.com
*Attorneys for The Andry Law Firm, L.L.C.*

4