# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | § | |
| GULF OF MEXICO, on April 20, 2010 | § | |
| | § | |
| Related to: | § | JUDGE BARBIER |
| 2:10-08888 | § | |
| | § | |
| Document No. 87503 | § | |
| | § | Mag. Judge SHUSHAN |
| | § | |

## MOTION TO SEAL COURT RECORDS

NOW COMES, VAN TANG d/b/a CHO SAIGON, Claimant BEL 1000031483 and IEL 100234166, files this Motion to Seal Court Records and shows the following:

1.    Claimant is Van Tang d/b/a Cho Saigon, defendant is BP et. al.

2.    Claimant sued defendant for Business and Individual Economic Loss in accordance with the approved settlement agreement.

3.    On or about October 9, Claimant filed an Emergency Motion for Relief and Request for Judicial Review from the Appeals denial of the Business Economic Loss claim and presented Exhibits 1 thru 80, containing Plaintiff's personal information in support of its claim for compensation.

4.    Claimant asks the court to seal the following court records:  Exhibits 1 thru 80, to preserve the Plaintiff's personal right to privacy.  Justice would be served by the court sealing the record in this case.

5.    For these reasons, Plaintiff asks the court to seal Exhibits 1 thru 80.

Respectfully Submitted,

/s/ Michael D. Antalan
MICHAEL D. ANTALAN
LAED Number: TX24039615
5425 Doolittle
Houston, Texas 77033
Office: (713) 738.3841
Direct: (713) 577.2864
Fax:    (713) 588.8948

1

Attorney for VAN TANG d/b/a CHO SAIGON

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MEMORANDUM IN SUPPORT OF MOTION TO SEAL RECORDS has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this on this 17th day of December, 2013.

/s/Michael D. Antalan
**MICHAEL D. ANTALAN**