UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## CERTIFICATE OF SERVICE

I hereby certify that the *Andry Lerner, LLC's Response to the Court's September 6, 2013 Order to Show Cause and Objections to Special Master's Report* **[P-11991]** has been served on All counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 1, and that the foregoing was electrically filed with the clerk of court of the Unidted States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of December, 2013.

RESPECTFULLY SUBMITTED:

BY: */s/Douglas S. Draper*
Douglas S. Draper (La. Bar #5073)
Heller, Draper, Patrick & Horn, LLC
650 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3300
Facsimile: (504)299-3399
ddraper@hellerdraper.com

1

{00338528-1}