IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the
Gulf of Mexico, on April 20, 2010

MDL NO. 2179

SECTION: J

Honorable CARL J. BARBIER

Magistrate Judge SHUSHAN

**EX PARTE MOTION TO SUPPLEMENT CHRISTINE REITANO'S
THIRD SUPPLEMENTAL RESPONSE TO FREEH REPORT
AND RESERVATION OF RIGHTS WITH AFFIDAVIT OF CHRISTINE REITANO**

NOW INTO COURT, through undersigned counsel, comes Christine Reitano, who moves the court to allow her to supplement her Third Supplemental Response to the Freeh Report and Reservation of Rights (See Document 11990) in order to add her Affidavit/Verification which was not finalized until today. The Affidavit would be Exhibit 5 to the Third Supplemental Response. It is attached hereto.

Respectfully submitted,

/s/ Mary Olive Pierson
Mary Olive Pierson, La. Bar No. 11004
8702 Jefferson Hwy., Suite B (70809)
P.O. Box 14647
Baton Rouge, LA 70898
(225) 927-6765 - Office
(225) 927-6775 - Fax
mop@mopslaw.com - Email

*Counsel for Christine Reitano*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion to Supplement Christine Reitano's Third Supplemental Response to Freeh Report and Reservation of Rights has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 17th day of December, 2013.

/s/ Mary Olive Pierson
Mary Olive Pierson

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the
Gulf of Mexico, on April 20, 2010

MDL NO. 2179

SECTION: J

Honorable CARL J. BARBIER

Magistrate Judge SHUSHAN

**AFFIDAVIT OF CHRISTINE REITANO**

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

BEFORE ME the undersigned notary public personally came and appeared

CHRISTINE REITANO,

a resident of full age and majority of the State of Louisiana who, having been sworn, did depose and say that:

1. She has read the foregoing "Christine Reitano's Third Supplemental Response to Freeh Report and Reservation of Rights" and that all of the allegations of fact contained therein are true and correct to the best of her knowledge, information and belief.

2. Her testimony on July 29, 2013 was all true.

3. She had no knowledge of a referral fee being expected or paid to her husband in the Thonn case until after she was unlawfully terminated from the CAO and all of her testimony on this subject was true and correct.

4. She has read the Freeh Report regarding the referral fee in the Thonn case and read his version of what Ms. Mancuso supposedly said in her interview. She has also read the subsequent Affidavit of Ms. Mancuso. Ms. Mancuso's Affidavit is correct and Mr. Freeh's original interpretation of Ms. Mancuso's statement to his associates is totally inaccurate and wrong.

WITNESSES:

_____        _____
Julian Sutton                                                  CHRISTINE REITANO

_____
Gabriel Sutton

Sworn to and subscribed before me this 12 day of December, 2013.

_____
NOTARY PUBLIC
Printed Name: Gravel S. Sutton III
Bar/Notary Number: 30386

EXHIBIT 5