IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig
"Deepwater Horizon" in the
Gulf of Mexico, on April 20, 2010

MDL NO. 2179

SECTION: J

Honorable CARL J. BARBIER

Magistrate Judge SHUSHAN

**ORDER**

Considering the above and foregoing Ex Parte Motion to Supplement Christine Reitano's Third Supplemental Response to Freeh Report and Reservation of Rights:

IT IS ORDERED that Christine Reitano be allowed to supplement her Third Supplemental Response to the Freeh Report and Reservation of Rights in order to add her Affidavit/Verification as Exhibit 5.

SO ORDERED at _____, Louisiana this _____ day of December, 2013.

_____
Honorable Carl J. Barbier