UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No. 12-970 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### CLASS COUNSEL'S MOION FOR LEAVE TO FILE ADDITIONAL MATERIALS IN LIGHT OF DECEMBER 2nd PER CURIAM FROM THE FIFTH CRICUIT BEL PANEL

**NOW INTO COURT**, through Co-Lead Class Counsel, come Claimants in the Court-Supervised Settlement Program and the certified Economic & Property Damages Settlement Class, who, in light of the Fifth Circuit BEL Panel's *Per Curiam* dated December 2, 2013 [Fifth Cir. Doc. 00512457612], respectfully seek leave to submit a Supplemental Brief to respond to some of the arguments in BP's Reply Brief to the Fifth Circuit's BEL Panel [Fifth Cir. Doc. 00512452964], to which Plaintiffs have not had a previous opportunity to respond, as well as the Declarations of Professor Tim Ryan and Sean Michael Snaith regarding the indirect economic effects suffered by BEL Claimants and the members of the Economic Class as a result of the *Deepwater Horizon* Incident.

**WHEREFORE** Class Counsel respectfully pray for leave to file (i) a Supplemental Brief, (ii) the Declaration of Tim Ryan, and (iii) the Declaration of Sean Michael Snaith.

This 17th day of December, 2013.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of December, 2013.

/s/ Stephen J. Herman and James Parkerson Roy