## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J<br>JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## DECLARATION OF SEAN MICHAEL SNAITH

1. My name is Sean Michael Snaith and my qualifications are as follows:  I am an Associate Professor of Economics and Director of the Institute for Economic Competitiveness in the College of Business Administration at the University of Central Florida in Orlando, Florida.  I have a B.S. in Economics from Allegheny College, an MA in Economics and PhD in Economics both from the Pennsylvania State University, University Park.  I have 17 years post-PhD experience as an economist working in both academia and the private sector.  I have worked as a consultant over the past 20 years doing a variety of applied economic studies and forecasts for clients in both the public and private sectors including multiple economic impact studies.  I am past President and Board Member of the Association for University Economic and Business Research (AUBER).  I am a nationally recognized economic forecaster and produce regular forecasts of the U.S. economy as well as the Florida economy and 12 Metropolitan Statistical Areas across the state.  I am a member of multiple national forecasting panels including: The Wall Street Journal's Economic Forecasting Survey, the Associated Press' Economy Survey, CNNMoney.com's Survey of Leading Economists, USA Today's Survey of Top Economists, Federal Reserve Bank of Philadelphia's Survey of Professional Forecasters, the Livingston Survey, National Association for Business Economics (NABE) Outlook Panel, Bloomberg and Reuters.  I have completed multiple economic impact studies for public and private clients.

2. The BP oil spill of 2010 was the largest oil spill in the history of the United States, spewing millions of barrels of crude oil into the Gulf of Mexico, adversely affecting many industry sectors, including but not limited to the Gulf seafood and tourism industries.

3. The oil spill had obvious direct impacts on several different sectors of the economy in the Gulf region, but the overall economic impact spread well beyond the coastal region and these most obviously impacted sectors.

4. The economy of a particular region is a complex tapestry of interrelated industries and the owners and employees of the businesses that comprise those industries.  A single thread in this tapestry touches in varying degrees the rest of the region and any events that affect a particular industry will have consequences for the rest of the region's industries and economy as a whole.

5. Fundamental economic theory dictates that there are interrelationships between businesses and between businesses and consumers in a particular region. Furthermore the economic connections between these businesses stretch beyond the political boundaries of a county, Metropolitan Statistical Area, state or multi-state region. Any attempt to quantify and measure the true economic impact from the BP oil spill must take into account these linkages.

6. Input-output analysis is a well-established technique for quantifying the interdependencies in an economy. The pioneering of this type of analysis earned economist Wassily Leontief the 1973 Nobel Prize in Economics.  The ongoing and widespread use and further development of this technique to assess the economic impact of events, government policies and programs as well as other activities on the economy of a given region validates the use this type of analysis to assess the economic consequences of the BP oil spill. IMPLAN, RIMS II and REMI are examples of common types of economic models used to conduct input-output based economic impact analysis.

7. From the viewpoint of this well accepted economic theory and its application, there are significant connections between businesses located within the same region and when one is affected there are impacts felt across a broad swath of related businesses. These connections exist because products or services used in impacted industries are frequently products or services of other industries in the region.

8. The connections are also via reduced earnings of workers and proprietors in both the initially impacted industry as well as those in the other affected regional industries.  These lost earnings would have in part been spent on the wide variety of goods and services that consumers purchase.

9. The total economic impact of an event such as the BP oil spill is the sum of all lost economic activity across all affected industries.  This total may be decomposed into the direct, indirect and induced impacts.  The direct impact is the lost spending that took place in many industry sectors, including but not limited to tourism and seafood, that took the brunt of the damage from the oil spill.  The indirect impact is the sum of the losses to businesses that do business with the directly impacted sectors. The induced impact is the sum of the loss of business to a broad array of businesses that are patronized by the employees and proprietors in the directly and indirectly impacted sectors that suffered lost earnings.

10. A commonly used analogy for describing the economic impact of an event such as the BP oil spill is that of tossing a stone into a pond. Once the stone hits the water, a large splash occurs at the point of impact and from that point ripples are sent throughout the rest of the pond. The

stone's initial splash in the water is analogous to the direct impact. The waves that emanate outward and in all directions from the stone's initial impact are analogous to the indirect and induced impacts. In keeping with this analogy, these indirect and induced impacts are sometimes referred to as the ripple effect. The BP oil spill was more akin to a boulder, rather than a stone, being tossed into the Gulf region's economy. As a result, the initial splash was quite large and the waves spreading out from the point of impact would be larger and further reaching in terms of both the scope of industries that were impacted as well as the geographic reach as well.

11. It is clear from the theoretical analysis of a major event such as the BP oil spill that it would impact almost every business in the areas that were most directly damaged in the Gulf region. Furthermore, the geographic impacts would not be solely contained in the coastal portion of the Gulf States but would ripple throughout the entire region impacting businesses in sectors and locations far removed from the directly impacted areas and sectors such as seafood and tourism. To state otherwise, would not accurately reflect economic reality.

12. It is not accurate to acknowledge the large initial "splash" the boulder that was the BP oil spill created in the Gulf State's economies and then disavow the economic waves and ripples that subsequently spread outward from that direct impact. To do so would significantly underestimate the true economic damage caused to a broad range of businesses that suffered losses in sectors far less conspicuous than seafood or tourism and deny compensation to many who also suffered from the adverse impact of the oil spill.

I declare under penalty of perjury that the foregoing is a true and correct statement of my analysis and opinions.

_[signature]_

Sean Michael Snaith,

Dated: December 17, 2013