UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to:<br><br>No. 12-970 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

**CONSIDERING** Class Counsel's Motion for Leave:

**IT IS ORDERED** that BEL Claimants and the Economic Class be and are hereby granted leave to file their Supplemental Brief and the Declarations of Tim Ryan and Sean Michael Snaith.

**SIGNED** at new Orleans, Louisiana, this _____ day of December, 2013.

_____
**Hon. Carl J. Barbier**