**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010.** | § § § § § | **MDL No. 2179** **SECTION "J"** **JUDGE BARBIER** |
| **This Document Relates to:** | § § | **MAGISTRATE SHUSHAN** |
| **MDL 2179; No.10-761; No.10-762 ; No. 10-763; No.10-2771; No.10-4239; No.10-4240; No. 10-4241; 13-1441; 13-3032 and CR 12-265.** | § § § § § | |

APPELLANTS' SUPPLEMENTAL DESIGNATIONS
FOR RECORD ON APPEAL IN FIFTH CIRCUIT CASE NO.13-31070

Pursuant to the November 19, 2013 Order in Fifth Circuit Case No.13-31070 (Document Numbers 00512445514 and 00512445546), Plaintiffs-Appellants the Mexican States of Veracruz, Tamaulipas and Quintana Roo, Republic of Mexico hereby files the following supplemental designations *in addition* to the joint designations for the District Court to use in constructing the Record on Appeal. For those docket entries that have attachments or exhibits, the parties intend that these attachments or exhibits should also be included in the Record. The parties also request that the Court include in the Record the full docket sheets for all cases listed in the caption.

| CASE | DATE FILED | DOC. NO. | NAME OF DOCUMENT |
|---|---|---|---|
| MDL-2179 | 03/28/2011 | 1779 | Statement of Interest of United States of America in Response to BP Defendants' Motion to Dismiss Consolidated Class Action Rico Complaint |
| MDL- | 03/30/2011 | 1813 | ORDER granting 1787 Motion for Leave to File |

| | | | |
|---|---|---|---|
| 2179 | | | Amended RICO Case Statement. |
| MDL-2179 | 04/19/2011 | 2008 | CROSSCLAIM against BP Exploration & Production, Inc., BP America Production Company, BP p.l.c, Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc, Transocean Deepwater Inc, Halliburton Energy Services, Inc, M-I, LLC also known as M-I Swaco, Weatherford U.S. L.P., Weatherford International, Inc., Cameron International Corporation f/k/a Cooper-Cameron Corporation |
| MDL-2179 | 04/20/2011 | 2064 | CROSSCLAIM against Cameron International Corporation filed by BP Exploration & Production Inc., BP America Production Company |
| MDL-2179 | 04/20/2011 | 2068 | CROSSCLAIM/COUNTERCLAIM against BP Exploration & Production Inc., BP America Production Company, BP p.l.c., Halliburton Energy Services, Inc., M-I, LLC, Cameron International Corporation f/k/a Cooper Cameron Corporation, Anadarko Petroleum Corporation |
| MDL-2179 | 04/26/2011 | 2151 | RESPONSE/MEMORANDUM in Opposition filed by Louisiana State re 2049 MOTION to Strike 1993 Memorandum, of Law in Interest in and Opposition to Defendants' Pending Motions to Dismiss . ( |
| MDL-2179 | 04/27/2011 | 2161 | JOINT RESPONSE/MEMORANDUM in Opposition filed by Louisiana Parish District Attorneys re 1786 MOTION to Dismiss Certain Governmental Bundle C Complaints |
| MDL-2179 | 05/20/2011 | 2469 | Halliburton Energy Services, Inc.'s ANSWER to 2068 Transocean's Rule 13 Cross Claims and Counter Claims by Defendant |
| MDL-2179 | 05/20/2011 | 2470 | RESPONSE/MEMORANDUM in Opposition filed by Defendants BP Exploration & Production Inc. and BP America Production Company re 2261 MOTION for Protective Order of Transocean . |
| MDL-2179 | 05/20/2011 | 2487 | ANSWER to Complaint of Halliburton Energy Services, Inc.'s Original Claim in Limitation (Cross-Claim) by Defendants Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater Inc., Transocean Holdings LLC and Triton Asset Leasing GmbH |
| MDL-2179 | 05/20/2011 | 2488 | ANSWER to Complaint Original Cross-Claims of Halliburton Energy Services, Inc. by Defendants |

| | | | |
|---|---|---|---|
| | | | Defendants Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater Inc., Transocean Holdings LLC and Triton Asset Leasing GmbH |
| MDL-2179 | 5/20/2011 | 2501 | ANSWER to Complaint (Rec. Doc. 338 - 2:10-cv-2771), CROSSCLAIM against Anadarko E&P Company LP, Anadarko Petroleum Corporation, COUNTERCLAIM against Anadarko E&P Company LP, Anadarko Petroleum Corporation by Defendants Weatherford U.S., L.P. and Weatherford International, Inc |
| MDL-2179 | 05/20/2011 | 2502 | ANSWER to Complaint (Rec. Doc. 2086 - 2:10-md-2179, CROSSCLAIM against Halliburton Energy Services, Inc, COUNTERCLAIM against Halliburton Energy Services, Inc by Defendants Weatherford U.S., L.P. |
| MDL-2179 | 06/20/2011 | 2833 | ANSWER by Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC and Triton Asset Leasing GmbH to Halliburton Energy Services, Inc.'s First Amended Cross-Claims, |
| MDL-2179 | 06/20/2011 | 2941 | MOTION to Dismiss BP's Fraud and Fraudulent Concealment Claims in BP's Cross-Complaint and Third-Party Complaint by Defendant Halliburton Energy Services, Inc |
| MDL-2179 | 06/30/2011 | 3101 | SUR-REPLY by Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings LLC, Transocean Deepwater, Inc. and Triton Asset Leasing GmbH |
| MDL-2179 | 07/01/2011 | 3116 | EXPARTE/CONSENT MOTION for Leave to File BP Parties' Response To Transocean's Sur-Reply To BP's Motion To Dismiss Transocean's Complaint In Intervention |
| MDL-2179 | 07/08/2011 | 3203 | RESPONSE/MEMORANDUM in Opposition filed by State Interests re 2647 MOTION to Dismiss Case, 2638 MOTION to Dismiss, |
| MDL-2179 | 07/08/2011 | 3213 | RESPONSE/MEMORANDUM in Opposition filed by Louisiana State re 2649 MOTION to Dismiss Case, |
| MDL-2179 | 09/12/2011 | 4001 | BRIEF by Louisiana State re 3891 Order Inviting Briefing on Impact of B1 Opinion on Other Motions to Dismiss. |
| MDL-2179 | 09/12/2011 | 4003 | BRIEF by Alabama State re 3890 Order Inviting Briefing on Impact of B1 Opinion on Other Motions to Dismiss. |

| | | | |
|---|---|---|---|
| MDL-2179 | 10/17/2011 | 4313 | ANSWER to 4118 Answer to Complaint, Crossclaim, of Defendant Halliburton Energy Services Inc. by Defendants BP Exploration & Production Inc. |
| MDL-2179 | 10/17/2011 | 4318 | RESPONSE/MEMORANDUM in Opposition filed by Defendant BP Exploration & Production Company re 2941 MOTION to Dismiss BP's Fraud and Fraudulent Concealment Claims in BP's Cross-Complaint and Third-Party Complaint of Halliburton Energy Services, Inc. |
| MDL-2179 | 12/08/2011 | 4836 | Second MOTION for Partial Summary Judgment as to the Liability of BP Exploration and Production, Inc., the Transocean Defendants, and the Anadarko Defendants by United States of America. |
| MDL-2179 | 01/31/2012 | 5493 | ORDER AND REASONS granting in part, denying in part 4767 Halliburton's MOTION for Partial Summary Judgment |
| MDL-2179 | 01/31/2012 | 5510 | AMICUS CURIAE BRIEF filed by Plaintiff Liaison Counsel and PSC re 2587 United States' MOTION for Partial Summary Judgment |
| MDL-2179 | 02/09/2012 | 5634 | ORDER AND REASONS granting in part 4512 BP's Motion in Limine to Preclude the Introduction of Evidence Regarding Prior Adverse Criminal, Civil, or Regulatory Proceedings Concerning Conduct Unrelated to the Macondo Well Incident |
| MDL-2179 | 02/24/2012 | 5870 | ORDER |
| MDL-2179 | 02/24/2012 | 5873 | MOTION Adverse Inferences based on Invocation of the Fifth Amendment by Plaintiffs through Co-Liaison Counsel and the Plaintiffs Steering Committee. |
| MDL-2179 | 11/21/2012 | 7988 | REPLY to Response to Motion filed by All Plaintiffs re 5873 MOTION Adverse Inferences based on Invocation of the Fifth. |
| MDL-2179 | 01/04/2013 | 8165 | **ERROR: ATTORNEY TO REFILE** Memorandum by Defendants BP, Transocean, Halliburton, Cameron Joint Submission of Exchanged Material on Mexican |
| MDL-2179 | 01/25/2013 | 8352 | RESPONSE to Motion filed by the United States of America re 8296 MOTION in Limine to Exclude Certain Evidence Related to Criminal Proceedings, 8287 |
| MDL- | 01/25/2013 | 8355 | CROSSCLAIM against Defendants BP Exploration & |

| | | | |
|---|---|---|---|
| 2179 | | | Production Inc. and BP America Production Company filed by Defendant United States Environmental Services, LLC |
| MDL-2179 | 01/25/2013 | 8356 | THIRD PARTY COMPLAINT against BP Exploration & Production Inc. and CROSSCLAIM against BP America Production Company filed by Defendant United States Environmental Services. |
| MDL-2179 | 01/25/2013 | 8357 | RESPONSE/MEMORANDUM in Opposition filed by PSC re 8296 MOTION in Limine to Exclude Certain Evidence Related to Criminal Proceedings. |
| MDL-2179 | 01/25/2013 | 8358 | RESPONSE/MEMORANDUM in Opposition filed by All Plaintiffs re 8287 MOTION in Limine to Preclude the Introduction of Evidence Regarding Instances of Prior Alleged Improper Conduct Unrelated to the Macondo Well Incident. |
| MDL-2179 | 01/30/2013 | 8417 | MOTION to Compel Production of Previously-Withheld Documents Pursuant to the Crime-Fraud Exception to the Attorney-Client Privilege by Plaintiff United States. Motion(s) referred to Sally Shushan. (Attachments: # 1Proposed Order |
| MDL-2179 | 02/01/2013 | 8457 | EXPARTE/CONSENT MOTION for Joinder to the United States' Motion to Compel Production of Previously-Withheld Documents Pursuant to the Crime-Fraud Exception to the Attorney-Client Privilege by Defendants Transocean Offshore Deepwater Drilling Inc |
| MDL-2179 | 02/21/2013 | 8650 | ORDERED that BP's Motion in Limine to Exclude Evidence of the EPA |
| MDL-2179 | 02/21/2013 | 8651 | ORDER & REASONS: ORDERED that the PSC's Motion for Leave to File Sur-Reply |
| MDL-2179 | 02/21/2013 | 8652 | SUR-REPLY by PSC re 8296 BP's MOTION in Limine to Exclude Certain Evidence Related to Criminal Proceedings |
| MDL-2179 | 03/04/2013 | 8803 | Second AMENDED ANSWER to BP Exploration & Production, Inc.'s 2075 Crossclaim and Third Party Complaint by Defendants Transocean Offshore Deepwater DrillingInc., |
| MDL-2179 | 03/11/2013 | 8868 | REPLY to Response to Motion filed by the United States re 8417 MOTION to Compel Production of Previously-Withheld Documents Pursuant to the Crime-Fraud |

| | | | |
|---|---|---|---|
| | | | Exception to the Attorney-Client Privilege. |
| MDL-2179 | 04/04/2013 | 9115 | ORDERED that the Motions of the U.S. and Transocean to Compel Production of Previously-Withheld Documents Pursuant to the Crime-Fraud Exception to the Attorney-Client Privilege |
| MDL-2179 | 04/17/2013 | 9355 | Supplemental Memorandum filed by United States and Transocean, in support of 8417 MOTION to Compel Production of Previously-Withheld Documents Pursuant to the Crime-Fraud Exception to the Attorney-Client |
| MDL-2179 | 06/10/2013 | 10336 | ORDER Regarding Selection Criteria Issue for Motions of the U.S. and Transocean to Compel Production of Previously-Withheld Documents Pursuant to the Crime-Fraud Exception to the Attorney-Client |
| MDL-2179 | 07/12/2013 | 10729 | TRIAL BRIEF Reply Brief Regarding Halliburton's Post-Incident Conduct and Vicarious Liability for Punitive Damages by State of Alabama. |
| MDL-2179 | 07/12/2013 | 10733 | TRIAL BRIEF Phase One Post-Trial Response Brief by United States of America. |
| MDL-2179 | 07/15/2013 | 10756 | MOTION for Partial Summary Judgment on the Minimum Amount of Oil Discharged from the Macondo Well by the United States |
| EDLA 2:12-CR-00265 | 10/03/2012 | 3 | INDICTMENT as to Robert Kaluza and Donald Vidrine. |
| EDLA 2:12-CR-00265 | 11/14/2012 | 7 | SUPERSEDING INDICTMENT as to Robert Kaluza and Donald Vidrine. |
| EDLA 2:12-CR-00265 | 07/08/2013 | 71 | RESPONSE MEMORANDUM BY USA. |
| EDLA 2:12-CR-00265 | 10/21/2103 | 111 | RESPONSE MEMORANDUM BY USA. |
| EDLA 2:12-CR-00265 | 12/10/2013 | 118 | ORDER AND REASONS. |

Respectfully Submitted,

**SERNA & ASSOCIATES PLLC**

By:

**/s/ Enrique G. Serna**
**Enrique G. Serna, Esq.**
SBOT 00789617
20985 IH 10 West
Serna Building
San Antonio, Texas 78257
(210) 2280095 – Telephone
(210) 2280839 – Facsimile

**CERTIFICATE OF SERVICE**

I hereby Certify that the above and foregoing pleading, APPELLANTS' SUPPLEMENTAL DESIGNATIONS FOR RECORD ON APPEAL IN FIFTH CIRCUIT CASE NO.13-31070 , has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.12, and that the foregoing was electronically filed by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this the 17th of December 2013.

/s/ Enrique G. Serna
Enrique G. Serna