## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | § | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | § | |
| GULF OF MEXICO, on APRIL 20, 2010. | § | SECTION:  J |
| | § | |
| **Applies to:** | § | JUDGE BARBIER |
| | § | |
| MDL 2179; No. 10-761; No. 10- | § | MAG. JUDGE SHUSHAN |
| 762; No. 10-763; No. 10 2771; No. | § | |
| 10-4239; No. 10-4240; and No. 10- | § | |
| 4241; 13-1441; 13-3032 | § | |
| | § | |

_____          _____

### JOINT DESIGNATIONS FOR RECORD ON APPEAL
### IN FIFTH CIRCUIT CASE NO. 13-31070

Pursuant to the November 19, 2013 Order in Fifth Circuit Case No. 13-31070 (Doc. 00512445514), Plaintiffs-Appellants and Defendants-Appellees file these joint designations for the District Court to use in constructing the Record on Appeal.  For those docket entries that have attachments or exhibits, the parties intend that these attachments or exhibits should also be included in the Record.  The parties also request that the Court include in the Record the full docket sheets for all cases listed in the caption.

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-cv-02771 | 1 | 5/13/2010 | TO Complaint and Petition for Exoneration From or Limitation of Liability. |
| 5:10-cv-00761 | 1 | 9/15/2010 | Complaint filed by the State of Veracruz, Republic of Mexico. |
| 5:10-cv-00762 | 1 | 9/15/2010 | Complaint filed by the State of Tamaulipas, Republic of Mexico. |
| 5:10-cv-00763 | 1 | 9/15/2010 | Complaint filed by the State of Quintana Roo, Republic of Mexico. |
| 5:10-cv-00761 | 2 | 9/16/2010 | First Amended Complaint filed by the State of Veracruz, Republic of Mexico. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 5:10-cv-00762 | 3 | 9/16/2010 | First Amended Complaint filed by the State of Tamaulipas, Republic of Mexico. |
| 5:10-cv-00763 | 2 | 9/16/2010 | First Amended Complaint filed by the State of Quintana Roo, Republic of Mexico. |
| MDL 2179 | 1390 | 2/28/2011 | MOTION to Dismiss The First Amended B1 Master Claim In Limitation & 1st Amended Master Complaint by Defendants Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings LLC, Transocean Deepwater, Inc. and Triton Asset Leasing GmbH. |
| MDL 2179 | 1412 | 2/28/2011 | Answer and Defenses of Transocean Defendants to First Amended Complaint of the State of Tamaulipas by Defendants Transocean Offshore Deepwater Drilling, Inc. and Transocean Deepwater, Inc. |
| MDL 2179 | 1413 | 2/28/2011 | Transocean Defendants' ANSWER to Complaint First Amended of the State of Quintana Roo by Defendants Transocean Offshore Deepwater Drilling, Inc. and Transocean Deepwater, Inc. |
| MDL 2179 | 1414 | 2/28/2011 | MOTION to Dismiss Master Complaint for Pleading Bundle B1 by Anadarko Petroleum Corporation, Anadarko E&P Company LP, Moex offshore 2007 LLC, Moex USA Corporation. |
| MDL 2179 | 1417 | 2/28/2011 | Transocean Defendants ANSWER to Complaint First Amended of State of Veracruz by Defendants Transocean Offshore Deepwater Drilling, Inc. and Transocean Deepwater, Inc. |
| MDL 2179 | 1422 | 2/28/2011 | MOTION to Dismiss the Complaint of the State of Veracruz, Republic of Mexico by Anadarko Petroleum Corporation, Anadarko E&P Company, LP. |
| MDL 2179 | 1423 | 2/28/2011 | MOTION to Dismiss the Complaint of the State of Tamaulipas, Republic of Mexico by Anadarko Petroleum Corporation, Anadarko E&P Company, LP. |
| MDL 2179 | 1424 | 2/28/2011 | MOTION to Dismiss the Complaint of the State of Quintana Roo, Republic of Mexico by Anadarko Petroleum Corporation, Anadarko E&P Company, LP. |
| MDL 2179 | 1426 | 2/28/2011 | Memorandum by Defendants Anadarko Petroleum Corporation, Anadarko E&P Company, LP and MOEX Offshore 2007 LLC in Support of Motions to Dismiss |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | the Complaints of the Alabama Cities and the Mexican States re Motions 1421, 1422, 1423, 1424. |
| MDL 2179 | 1427 | 2/28/2011 | Request/Statement of Oral Argument by Defendant regarding 1424 MOTION to Dismiss the Complaint of the State of Quintana Roo, Republic of Mexico, 1422 MOTION to Dismiss the Complaint of the State of Veracruz, Republic of Mexico, 1421 MOTION to Dismiss the Complaint of the City of Greenville, et. al., 1423 MOTION to Dismiss the Complaint of the State of Tamaulipas, Republic of Mexico. |
| MDL 2179 | 1429 | 2/28/2011 | MOTION to Dismiss Plaintiffs' Master Complaint for Economic Losses (B1 Bundle) by Halliburton Energy Services, Inc. |
| MDL 2179 | 1440 | 2/28/2011 | MOTION to Dismiss Case Pleading Bundle B1 by Defendants BP Exploration & Production Inc., BP Products North America Inc., BP Corporation North America Inc., BP Company North America Inc., BP America Inc. and BP p.l.c. |
| MDL-2179 | 1500 | 3/3/2011 | STIPULATED ORDER governing defendants' responses to Bundle C Complaints. |
| MDL-2179 | 1501 | 3/3/2011 | PRETRIAL ORDER #31: [Clarifying the Master Complaints, Short-Form Joinders, and Responsive Pleadings]. |
| MDL 2179 | 1510 | 3/4/2011 | MASTER COMPLAINT, ANSWER, CLAIM, CROSS-CLAIM & 3RD PARTY COMPLAINT by Local Government Entities. |
| MDL 2179 | 1549 | 3/9/2011 | Pre-Trial Order No. 33 [Regarding Voluntary Master Complaint for Local Government Entities]. |
| MDL-2179 | 1730 | 3/24/2011 | STIPULATED ORDER GOVERNING DEADLINES IN CONNECTION WITH PETITIONERS' RULE 14(c) THIRD-PARTY COMPLAINT AND CERTAIN BUNDLE C PLEADINGS. |
| MDL-2179 | 1778 | 3/28/2011 | ORDER. |
| MDL 2179 | 1781 | 3/28/2011 | First MOTION to Dismiss Case by Defendant Halliburton Energy Services, Inc. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 1782 | 3/28/2011 | First MOTION to Dismiss Case by Defendant Halliburton Energy Services, Inc. |
| MDL 2179 | 1783 | 3/28/2011 | First MOTION to Dismiss Case by Defendant Halliburton Energy Services, Inc. |
| MDL 2179 | 1784 | 3/28/2011 | Memorandum by Defendant Halliburton Energy Services, Inc. re 1781 First MOTION to Dismiss Case, 1782 First MOTION to Dismiss Case, 1783 First MOTION to Dismiss Case (Memorandum in Support of Motions). |
| MDL 2179 | 1785 | 3/28/2011 | NOTICE by Defendant Halliburton Energy Services, Inc. re 1781 First MOTION to Dismiss Case, 1782 First MOTION to Dismiss Case, 1783 First MOTION to Dismiss Case Notice of Submission. |
| MDL 2179 | 1786 | 3/28/2011 | MOTION to Dismiss Certain Governmental Bundle C Complaints, by Defendants BP Exploration & Production Inc., BP Products North America Inc., BP Corporation North America Inc., BP Company North America Inc., BP America Inc., and BP p.l.c. |
| MDL-2179 | 1803 | 3/29/2011 | RESPONSE/MEMORANDUM in Opposition filed by All Plaintiffs re 1414 MOTION to Dismiss Master Complaint for Pleading Bundle B1. |
| MDL-2179 | 1804 | 3/29/2011 | RESPONSE/MEMORANDUM in Opposition filed by All Plaintiffs re 1395 MOTION to Dismiss First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses ["B1 Bundle]. |
| MDL-2179 | 1808 | 03/29/2011 | RESPONSE/MEMORANDUM in Opposition filed by All Plaintiffs re 1440 MOTION to Dismiss Case Pleading Bundle B1, 1390 MOTION to Dismiss Party All B1 Bundle Cases and 10-2771. |
| MDL 2179 | 1820 | 3/30/2011 | CONSOLIDATED RESPONSE/MEMORANDUM in Opposition filed by Plaintiffs re 1424 MOTION to Dismiss the Complaint of the State of Quintana Roo, Republic of Mexico, 1422 MOTION to Dismiss the Complaint of the State of Veracruz, Republic of Mexico, 1423 MOTION to Dismiss the Complaint of the State of Tamaulipas, Republic of Mexico CONSOLIDATED. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL-2179 | 1821 | 3/30/2011 | OMNIBUS RESPONSE/MEMORANDUM in Opposition filed by All Plaintiffs re 1414 MOTION to Dismiss Master Complaint for Pleading Bundle B. |
| 2:10-cv-02771 | 3 | 4/19/2011 | Consolidated Answer By the States Of Tamaulipas, Veracruz and Quintana Roo To Complaint and Petition Of Triton Asset Leasing GmbH, et al For Exoneration From Or Limitation Of Liability and Consolidated Claim In Limitation By The States of Tamaulipas, Veracruz and Quintana Roo. |
| MDL 2179 | 1999 | 4/19/2011 | Second AMENDED COMPLAINT with Jury Demand against Defendant filed by Plaintiff. |
| MDL 2179 | 2138 | 4/26/2011 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiffs State of Veracruz , State of Tamaulipas & State of Quintana Roo re 1786 MOTION to Dismiss Certain Governmental Bundle C Complaints MOTION to Dismiss Case Veracruz, Tamaulipas And Quintana Roo. |
| MDL 2179 | 2139 | 4/26/2011 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiffs State Of Veracruz, State Of Tamaulipas, And State Of Quintana Roo re 1781 First MOTION to Dismiss Case, 1782 First MOTION to Dismiss Case, 1783 First MOTION to Dismiss Case. |
| MDL 2179 | 2150 | 4/26/2011 | EXPARTE/CONSENT Second MOTION for Leave to File Second Amended Complaint Pursuant to FRCP 15 by Plaintiffs the States of Veracruz, Tamaulipas and Quintana Roo, Republic of Mexico. |
| MDL 2179 | 2188 | 4/28/2011 | Response/Reply by Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH, in Support of 1390 Motion to Dismiss The First Amended B1 Master Claim In Limitation & 1st Amended Master Complaint. |
| MDL 2179 | 2190 | 4/28/2011 | ORDER: Ordered that the 2150 Second MOTION for Leave to File Second Amended Complaint Pursuant to FRCP 15 by Plaintiffs the States of Veracruz, Tamaulipas and Quintana Roo, Republic of Mexico is set for hearing. |
| MDL | 2208 | 4/29/2011 | Consolidated Reply to Plaintiff Steering Committee's |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2179 | | | Omnibus Oppositions to Defendants' Motions to Dismiss the Master Complaints for Pleading Bundles B1 and B3, 1414, 1416; by MOEX Offshore, MOEX USA, Anadarko Petroleum Corporation, and Anadarko E&P Company. |
| MDL 2179 | 2214 | 4/29/2011 | MOTION to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) & 12(b)(6) the Local Government Entity Master Complaint by Defendants BP Exploration & Production Inc., BP Products North America Inc., BP Corporation North America Inc., BP Company North America Inc., BP America Inc., and BP p.l.c. |
| MDL 2179 | 2217 | 4/29/2011 | Reply to Plaintiffs' Steering Committee's Memorandum of Law in Opposition to the MOEX and Anadarko Defendants' Motions to Dismiss Plaintiffs' Negligence Claims and Motions to Dismiss the OPA Claims Against Anadarko E&P, 1414, 1416 by Defendants MOEX Offshore 2007, Anadarko Petroleum Corporation, and Anadarko E&P Company. |
| MDL 2179 | 2218 | 4/29/2011 | MOTION to Dismiss Voluntary Master Complaint, Cross-Claim, and Third-Party Complaint for Local Government Entities Pursuant to Fed. R. Civ. P. 12(b)(6) ["Pleading Bundle C"] by Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP. |
| MDL 2179 | 2220 | 4/29/2011 | MOTION to Dismiss The Voluntary Master Complaint, Cross-Claim, And Third-Party Complaint For Local Governmental Entities pursuant to FED. R. CIV. P. 12(b)(6) [PLEADING BUNDLE C] by Defendant MOEX Offshore 2007 LLC. |
| MDL 2179 | 2221 | 4/29/2011 | MOTION to Dismiss The Voluntary Master Complaint, Cross-Claim, and Third-Party Complaint for Local Governmental Entities pursuant to FED. R. CIV. P. 12(b)(6) [Pleading Bundle C] by Defendant MOEX USA Corporation. |
| MDL 2179 | 2224 | 4/29/2011 | MOTION to Dismiss The Local Government Entity Voluntary Master Complaint [Bundle "C"] by Defendant M-I L.L.C. |
| MDL 2179 | 2298 | 5/9/2011 | REPLY in Support filed by Defendant Halliburton Energy Services, Inc. re 1429 MOTION to Dismiss |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Plaintiffs' Master Complaint for Economic Losses (B1 Bundle). |
| MDL 2179 | 2312 | 5/9/2011 | Reply Memorandum in Support re 1440 MOTION to Dismiss Case Pleading Bundle B1 by BP Defendants. |
| MDL 2179 | 2314 | 5/10/2011 | RESPONSE/MEMORANDUM in Opposition filed by Defendant Halliburton Energy Services, Inc. re 2150 Second MOTION for Leave to File Second Amended Complaint Pursuant to FRCP 15 by Plaintiffs the States of Veracruz, Tamaulipas and Quintana Roo, Republic of Mexico. |
| MDL 2179 | 2315 | 5/10/2011 | RESPONSE to Motion filed by Defendants BP Exploration & Production Inc. and BP America Production Company re 2150 Second MOTION for Leave to File Second Amended Complaint Pursuant to FRCP 15 by Plaintiffs the States of Veracruz, Tamaulipas and Quintana Roo, Republic of Mexico. |
| MDL 2179 | 2403 | 5/18/2011 | ORDER denying 2150 Motion of States of Tamaulipas, Veracruz, and Quintana Roo, Republic of Mexico for Leave to Amend as set forth in document. |
| MDL 2179 | 2636 | 6/3/2011 | MOTION to Dismiss the Local Government Master Complaint by Defendant Cameron International Corporation. |
| MDL 2179 | 2638 | 6/3/2011 | MOTION to Dismiss by Defendant Weatherford U.S., L.P. |
| MDL 2179 | 2641 | 6/3/2011 | Answer to Master Complaint, Cross-Claim, and Third Party Complaint For Local Government Entities In Accordance With PTO No.11 [Case Management Order No. 1] Section III.C ["C Bundle"]. |
| MDL 2179 | 2642 | 6/3/2011 | MOTION to Dismiss the Claims of Local Government Entities and the States of Louisiana and Alabama by Defendant Halliburton Energy Services, Inc. |
| MDL 2179 | 2657 | 6/3/2011 | MOTION by Petitioners In Limitation and Defendants Transocean Offshore Deepwater Drilling, Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH to dismiss Under Rule 12(b)(6) for Local Government Entity C Master Claim In Limitation and the Local Government Entity C |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | Master Complaint. |
| MDL-2179 | 2726 | 6/10/2011 | STIPULATED ORDER re BP's Reply deadline re Motion to Dismiss certain Bundle C claims. |
| MDL-2179 | 2727 | 6/13/2011 | STIPULATED ORDER: ORDERED that Defendants shall have until June 14, 2011, to file any Reply Briefs in support of their pending Motions to Dismiss the claims of certain governmental entities. |
| MDL 2179 | 2738 | 6/14/2011 | REPLY IN SUPPORT filed by Defendant Halliburton Energy Services re 1781 First MOTION to Dismiss Case, 1782 First MOTION to Dismiss Case, 1783 First MOTION to Dismiss Case. |
| MDL 2179 | 2741 | 6/14/2011 | REPLY in Support filed by Defendants BP Exploration & Production Inc. and BP America Production Company re 1786 MOTION to Dismiss Certain Governmental Bundle C Complaints. |
| MDL 2179 | 2742 | 6/14/2011 | REPLY IN SUPPORT filed by Defendant Anadarko Petroleum Corporation re 1424 MOTION to Dismiss the Complaint of the State of Quintana Roo, Republic of Mexico, 1422 MOTION to Dismiss the Complaint of the State of Veracruz, Republic of Mexico, 1423 MOTION to Dismiss the Complaint of the State of Tamaulipas, Republic of Mexico (Pleading Bundle C). |
| MDL 2179 | 3058 | 6/27/2011 | EXPARTE/CONSENT MOTION for Leave to File Sur-Reply (Unopposed) in Opposition to Reply in Support of Motion of Defendant Anadarko Petroleum Corporation to Dismiss the Complaints of the Mexican States (Pleading Bundle "C") by Plaintiffs the State of Tamaulipas, the State of Veracruz, and the State of Quintana Roo. |
| MDL 2179 | 3095 | 6/30/2011 | ORDER granting 3058 Motion for Leave to File Sur-Reply in Opposition to Reply in Support of Motion of Defendant Anadarko Petroleum Corporation to Dismiss the Complaints of the Mexican States (Pleading Bundle "C"). |
| MDL 2179 | 3100 | 6/30/2011 | SUR-REPLY in Opposition to Reply in Support by Plaintiffs, the State of Tamaulipas, the State of Veracruz, and the State of Quintana Roo re 2218 Anadarko Petroleum Corporation's MOTION to Dismiss |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
|  |  |  | Voluntary Master Complaint, Cross-Claim, and Third-Party Complaint for Local Government Entities Pursuant to Fed. R. Civ. P. 12(b)(6) ["Pleading Bundle C"]. |
| MDL 2179 | 3186 | 7/7/2011 | Omnibus Memorandum In Opposition To Defendants' Motions To Dismiss The Voluntary Master Complaint For Local Governmental Entities ("Bundle C"). |
| MDL 2179 | 3585 | 8/5/2011 | BP's Reply In Support Of Its Motion To Dismiss The Local Government Entity Voluntary Master Complaint Pursuant To Fed. R. Civ. P. 12(b)(1) And 12(b)(6). |
| MDL 2179 | 3554 | 8/5/2011 | REPLY to Response to Motion filed by Defendant Cameron International Corporation re 1152 MOTION to Dismiss and Demand for Trial by Jury, 2639 MOTION to Dismiss First Amended Complaint, 2636 MOTION to Dismiss the Local Government Master Complaint, 2637 MOTION to Dismiss First Amended Complaint. |
| MDL 2179 | 3555 | 8/5/2011 | Reply in Support of Halliburton Energy Services, Inc.'s Motion to Dismiss Plaintiffs' Master Complaint ["Bundle C"], The State of Alabama's First Amended Complaint, and the State of Louisiana's First Amended Complaint. |
| MDL 2179 | 3558 | 8/5/2011 | Defendant MOEX Offshore 2007 LLC's Reply Memorandum in Further Support of Its Motion to Dismiss the Voluntary Master Complaint, Cross-Claim, and Third-Party Complaint for Local Government Entities ["Pleading Bundle C"]. |
| MDL 2179 | 3563 | 8/5/2011 | Defendant MOEX USA Corporation's Reply Memorandum in Further Support of Its Motion to Dismiss the Voluntary Master Complaint, Cross-Claim, and Third Party Complaint for Local Government Entities ["Pleading Bundle C"]. |
| MDL 2179 | 3579 | 8/5/2011 | Reply in Further Support of Defendant M-I L.L.C.'s Motion to Dismiss the Local Government Entity Voluntary Master Complaint (Bundle C). |
| MDL 2179 | 3580 | 8/5/2011 | Weatherford U.S. L.P.'s Reply Memorandum to the Omnibus Memorandum in Opposition to Defendants' Motions to Dismiss the Voluntary Master Complaint for Local Governmental Entities ("Bundle C"), the State of |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
|  |  |  | Alabama's Brief in Opposition, and the State of Louisiana's Memorandum of Law in Opposition. |
| MDL 2179 | 3582 | 8/5/2011 | Consolidated Reply in Support of Motions of Anadarko Petroleum Corporation and Anadarko E&P Company LP to Dismiss the Amended Complaints of the State of Alabama, the State of Louisiana, and the Voluntary Local Government Entity Master Complaint ["Bundle C"]. |
| MDL 2179 | 3585 | 8/5/2011 | BP's Reply in Support of Its Motion to Dismiss the Local Government Entity Voluntary Master Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). |
| MDL 2179 | 3830 | 8/26/2011 | ORDER AND REASONS as to Motions to Dismiss B1 Master Complaint. |
| MDL 2179 | 3982 | 9/12/2011 | STATEMENT by Defendant Halliburton Energy Services, Inc. re Order Inviting Briefing on Impact of B1 Opinions on Other Motions to Dismiss. |
| MDL 2179 | 3991 | 9/12/2011 | MEMORANDUM by Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP re 3891 Order Inviting Briefing on Impact of B1 Opinion on Other Motions to Dismiss. |
| MDL 2179 | 4000 | 9/12/2011 | SUBMISSION by Defendant BP re Order Inviting Briefing on Impact of B1 Opinion on Other Motions to Dismiss. |
| MDL 2179 | 4005 | 9/12/2011 | Transocean's Brief in Response to the Court's Request for Party Submissions Regarding the Court's Order and Reasons of August 26, 2011. |
| MDL 2179 | 4107 | 9/23/2011 | JOINT SUPPLEMENTAL BRIEF by Defendants (Concerning the Effect of the B1 Order on the Pending State and LGE Motions to Dismiss). |
| MDL 2179 | 4578 | 11/14/2011 | ORDER and REASONS as to the Motions to Dismiss the Complaints of the States of Alabama and Louisiana, Part of Pleading Bundle "C". |
| MDL 2179 | 4845 | 12/9/2011 | ORDER and REASONS as to the Local Government Entity Master Complaint and Certain Other Cases Within Pleading Bundle "C". |
| MDL | 4968 | 12/21/2011 | ORDER Regarding Pleading Bundle C. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2179 | | | |
| MDL 2179 | 5329 | 1/23/2012 | ANSWER to Veracruz State's First Amended Complaint with Jury Demand by Defendant Halliburton Energy Services, Inc. |
| MDL 2179 | 5330 | 1/23/2012 | ANSWER to Quintana Roo State's First Amended Complaint with Jury Demand by Defendant Halliburton Energy Services, Inc. |
| MDL 2179 | 5331 | 1/23/2012 | ANSWER to Tamaulipas State's First Amended Complaint with Jury Demand by Defendant Halliburton Energy Services, Inc. |
| MDL 2179 | 5336 | 1/23/2012 | Answer Of Defendant/Third-Party Defendant Cameron To Local Government Entity Voluntary Master Claim And Complaint, Together With Cross-Claims. |
| MDL 2179 | 5339 | 1/23/2012 | ANSWER to Veracruz State's First Amended Complaint by Defendants BP America Inc., BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP Exploration & Production Inc., and BP p.l.c. |
| MDL 2179 | 5340 | 1/23/2012 | ANSWER to Quintana Roo State's First Amended Complaint by Defendants BP America Inc., BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP Exploration & Production Inc., and BP p.l.c. |
| MDL 2179 | 5341 | 1/23/2012 | ANSWER to Tamaulipas State's First Amended Complaint by Defendants BP America Inc., BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP Exploration & Production Inc., and BP p.l.c. |
| MDL 2179 | 6657 | 6/12/2012 | ORDER calling for motions and briefs on certain issues re Pure Stigma Claims, BP Dealer Claims, Recreation Claims, Mexican States' Claims. |
| MDL 2179 | 6702 | 6/18/2012 | ORDER Regarding Discovery Deadlines. Telephone Discovery Hearing set for 7/16/2012 09:30 AM. |
| MDL 2179 | 6908 | 7/16/2012 | Minute Entry for proceedings held before Magistrate Judge Sally Shushan: Telephone Discovery Conference held on 7/16/2012. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 6997 | 7/27/2012 | ANSWER to Complaint with Jury Demand by Defendant Cameron International Corporation. |
| MDL 2179 | 6998 | 7/27/2012 | ANSWER to Complaint with Jury Demand by Defendant Cameron International Corporation. |
| MDL 2179 | 6999 | 7/27/2012 | ANSWER to Complaint with Jury Demand by Defendant Cameron International Corporation. |
| MDL 2179 | 7027 | 8/2/2012 | ORDER Regarding Review of Discovery. Signed by Magistrate Judge Sally Shushan. |
| MDL-2179 | 7028 | 8/3/2012 | Letter (e-mail) to Judge Shushan from J. Andrew Langan dated 8/1/2012 regarding discovery on the Mexican States' claims. |
| MDL 2179 | 7068 | 8/8/2012 | ORDER denying request for reconsideration by the Mexican States re 7027 Order. The request by the defendants will be GRANTED IN PART as stated within document. Signed by Magistrate Judge Sally Shushan. |
| MDL 2179 | 7256 | 9/4/2012 | Letter (e-mail) to Judge Shushan from Mexican States of Veracruz, Tamaulipas and Quintana Roo, Republic of Mexico. |
| MDL 2179 | 7257 | 9/4/2012 | Letter (e-mail) to Judge Shushan from Defendants, re Mexican States. |
| MDL 2179 | 7266 | 9/4/2012 | ORDER Telephone Status Conference set for 9/6/2012 08:30 AM before Magistrate Judge Sally Shushan. |
| MDL 2179 | 7355 | 9/11/2012 | Letter (e-mail) to Judge Shushan from Amber B. Shushan dated 8/31/2012 re Claims by Mexican States. |
| MDL 2179 | 7356 | 9/11/2012 | Letter (e-mail) to Judge Shushan from Enrique G. Serna dated 8/31/2012. |
| MDL 2179 | 7367 | 9/11/2012 | ORDER - Modification of Pending Discovery Schedule and Consideration of Summary Judgment Motions as stated within document. Signed by Magistrate Judge Sally Shushan. |
| MDL 2179 | 7526 | 10/10/2012 | ORDER AND REASONS as to Motions to Dismiss the Pure Stigma, BP dealer, and Recreation Claims. |
| MDL | 7872 | 11/8/2012 | Letter (e-mail) to Judge Shushan from Mexican States of |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2179 | | | Tamaulipas, Veracruz and Quintana Roo (Enrique G. Serna) dated 11/7/2012 re Experts. |
| MDL 2179 | 7873 | 11/8/2012 | Letter (e-mail) to Judge Shushan from Allison B. Rumsey dated 11/7/2012. |
| MDL 2179 | 7943 | 11/19/2012 | ORDER regarding Depositions on Mexican Law. Signed by Magistrate Judge Sally Shushan on 11/19/2012. |
| MDL 2179 | 8167 | 1/4/2013 | Defendants BP, Transocean, Halliburton and Cameron's Joint Submission of Exchanged Material on Mexican Law. |
| MDL 2179 | 8169 | 1/4/2013 | MOTION for Summary Judgment in the Mexican States' Cases by Defendant Cameron International Corporation. |
| MDL 2179 | 8176 | 1/4/2013 | MOTION for Summary Judgment Against the Mexican States of Veracruz, Tamaulipas, and Quintana Roo on the Issue of Whether the Mexican States Have a Proprietary Interest in the Matters Asserted in Their Complaints by BP Defendants. |
| MDL 2179 | 8178 | 1/4/2013 | MOTION for Summary Judgment OF MEXICAN STATES by Plaintiffs, the Mexican States of Quintana Roo, Tamaulipas, and Veracruz. |
| MDL 2179 | 8179 | 1/4/2013 | MOTION for Summary Judgment by Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Holding LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH and Halliburton Energy Services, Inc. |
| MDL 2179 | 8186 | 1/7/2013 | EXPARTE/CONSENT MOTION for Leave to File Exhibits in Support of Memorandum in Support of Summary Judgment by Plaintiffs State of Tamaulipas, State of Veracruz, and State of Quintana Roo, Republic of Mexico. |
| MDL 2179 | 8191 | 1/8/2013 | ORDER granting 8186 the State of Tamaulipas, Veracruz, and Quintana Roo, Republic of Mexico's Motion for Leave to File Exhibits "A" and "L" to their Memorandum in Support of the Mexican States Motion for Summary Judgment 8178 and Exhibits attached to rec. doc. 8186 are deemed part of the record. Signed by Judge Carl Barbier on 1/8/13. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 8350 | 1/25/2013 | RESPONSE/MEMORANDUM in Opposition filed by BP Defendants re 8178 MOTION for Summary Judgment of Mexican States Regarding Proprietary Interests. |
| MDL 2179 | 8361 | 1/25/2013 | Statement by Defendants BP, Transocean, Halliburton and Cameron Joint Local Rule 56.2 Statement Controverting the Local Rule 56.1 Statement of the Mexican States |
| MDL 2179 | 8363 | 1/25/2013 | RESPONSE/MEMORANDUM in Opposition filed by Defendant Cameron International Corporation re 8178 MOTION for Summary Judgment of Mexican States. |
| MDL 2179 | 8366 | 1/25/2013 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiffs the Mexican States of Quintana Roo, Tamaulipas, and Veracruz re 8169 MOTION for Summary Judgment in the Mexican States' Cases. |
| MDL 2179 | 8367 | 1/25/2013 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiffs the Mexican States of Quintana Roo, Tamaulipas, and Veracruz re 8176 MOTION for Summary Judgment Against the Mexican States of Veracruz, Tamaulipas, and Quintana Roo on the Issue of Whether the Mexican States Have a Proprietary Interest in the Matters Asserted in Their Complaints. |
| MDL 2179 | 8368 | 1/25/2013 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiffs the Mexican States of Quintana Roo, Tamaulipas, and Veracruz re 8179 MOTION for Summary Judgment. |
| MDL 2179 | 8370 | 1/25/2013 | RESPONSE/MEMORANDUM in Opposition filed by Defendants Transocean Offshore Deepwater Drilling, Inc., Transocean Holding LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH re 8186 MOTION for Leave to File Exhibits in Support of Memorandum in Support of Summary Judgment, 8178 MOTION for Summary Judgment of Mexican States. |
| MDL 2179 | 8424 | 1/31/2013 | Joint MOTION to Strike Certain of the Mexican States' Exhibits re 8366 Response/Memorandum in Opposition to Motion, 8367 Response/Memorandum in Opposition to Motion, 8368 Response/Memorandum in Opposition to Motion by Defendants Halliburton Energy Services, Inc., Cameron International Corporation, Transocean |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Offshore Deepwater Drilling, Inc., Transocean Holding LLC, Transocean Deepwater Inc., Triton Asset Leasing GmbH, BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. |
| MDL 2179 | 8430 | 1/31/2013 | REPLY to Response to Motion filed by Defendant BP Exploration & Production Inc. re 8176 MOTION for Summary Judgment Against the Mexican States of Veracruz, Tamaulipas, and Quintana Roo on the Issue of Whether the Mexican States Have a Proprietary Interest in the Matters Asserted in Their Complaints. |
| MDL 2179 | 8435 | 1/31/2013 | REPLY to Response to Motion filed by Defendant Cameron International Corporation re 8169 MOTION for Summary Judgment in the Mexican States' Cases. |
| MDL 2179 | 8449 | 1/31/2013 | REPLY to Response to Motion filed by Plaintiffs, the Mexican States of Quintana Roo, Tamaulipas, and Veracruz re 8178 MOTION for Summary Judgment OF MEXICAN STATES against BP, Halliburton, Cameron and Transocean. |
| MDL 2179 | 8450 | 1/31/2013 | REPLY to Response to Motion filed by Defendants Transocean Offshore Deepwater Drilling, Inc., Transocean Holding LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH re 8179 MOTION for Summary Judgment Regarding All Remaining Mexican States' Claims. |
| MDL 2179 | 8451 | 1/31/2013 | REPLY to Response to Motion filed by Defendant Halliburton Energy Services, Inc. re 8179 MOTION for Summary Judgment Regarding All Remaining Mexican States' Claims. |
| MDL 2179 | 8514 | 2/7/2013 | EXPARTE/CONSENT MOTION for Leave to File Summary Judgment Sur-Reply by Defendant Cameron International Corporation. |
| MDL 2179 | 8527 | 2/8/2013 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiffs, the States of Tamaulipas, Veracruz, and Quintana Roo re 8424 MOTION to Strike Certain of the Mexican States' Exhibits re 8366, 8367, 8368. |
| MDL 2179 | 8584 | 2/15/2013 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiffs the States of Tamaulipas, Veracruz, and Quintana Roo re 8514 MOTION for Leave to File |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | Summary Judgment Sur-Reply. |
| MDL 2179 | 8585 | 2/15/2013 | AMENDED RESPONSE/MEMORANDUM in Opposition filed by Plaintiffs the States of Tamaulipas, Veracruz, and Quintana Roo re 8514 MOTION for Leave to File Summary Judgment Sur-Reply. |
| MDL 2179 | 8702 | 2/26/2013 | EXPARTE/CONSENT MOTION for Leave to File Amended Response in Opposition to Cameron's Motion to File Summary Judgment Sur-reply by Plaintiffs the States of Tamaulipas, Veracruz, and Quintana Roo. |
| 2:13-cv-01441 | 1 | 4/19/2013 | COMPLAINT against All Defendants filed by United Mexican States. |
| MDL 2179 | 10212 | 5/21/2013 | ORDER granting 8659 BP Parties' Motion for Leave to File Amended Answer. |
| MDL 2179 | 10213 | 5/21/2013 | FIRST AMENDED ANSWER to First Amended Complaint of Tamaulipas by BP Parties. |
| MDL 2179 | 10214 | 5/21/2013 | ORDER granting 8660 BP Parties' Motion for Leave to File Amended Answer. |
| MDL 2179 | 10215 | 5/21/2013 | FIRST AMENDED ANSWER to Complaint of the State of Quintana Roo by BP Parties. |
| MDL 2179 | 10216 | 5/21/2013 | ORDER granting 8658 BP Parties' Motion for Leave to File Amended Answer. |
| MDL 2179 | 10217 | 5/21/2013 | FIRST AMENDED ANSWER to 5339 Answer to Complaint of the State of Veracruz by BP Parties. |
| 2:13-cv-03032 | 1 | 7/2/2013 | Case transferred in from District of Western Texas; Case Number 5:13-00328. (Attachments: # 1 Complaint, # 2 Amended Complaint, # 3 Docket Sheet) [Veracruz Fishermen]. |
| MDL 2179 | 10562 | 7/2/2013 | TRANSCRIPT of Status Conference held on June 27, 2013 before Judge Carl Barbier. |
| MDL 2179 | 11281 | 9/6/2013 | ORDER & REASONS. As to the Cross Motions for Summary Judgment regarding the claims by the Mexican States: For reasons as set forth in document, the Court finds as a matter of law that the Mexican States' claims are barred by Robins Dry Dock and Testbank. Accordingly, IT IS ORDERED that the |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | Defendants' Motions for Summary Judgment (Rec. Docs. 8169, 8176, 8179) are GRANTED and the Mexican States' Motion for Summary Judgment (Rec. Doc. 8178 ) is DENIED. IT IS FURTHER ORDERED that all remaining claims by the Mexican States' are DISMISSED WITH PREJUDICE. |
| MDL 2179 | 11283 | 9/6/2013 | Sur-Reply by Defendant Cameron International Corporation to 8178 MOTION for Summary Judgment OF MEXICAN STATES. |
| MDL 2179 | 11284 | 9/6/2013 | Amended Response in Opposition by The States of Tamaulipas, Veracruz, and Quintana Roo to Motion of defendant Cameron International Corporation for leave to file sur-reply re 8178 MOTION for Summary Judgment OF MEXICAN STATES. |
| MDL 2179 | 11350 | 9/12/2013 | FINAL JUDGMENT dated 12/9/11. Signed by Judge Carl Barbier on 9/12/13. |
| MDL 2179 | 11578 | 10/4/2013 | NOTICE OF APPEAL by Plaintiffs State of Veracruz, Republic of Mexico; State of Tamaulipas, Republic of Mexico; and State of Quintana Roo, Republic of Mexico as to 4845 Order on Motion to Dismiss, 11350 Order, 11281 Order. |

Respectfully Submitted,

**GODWIN LEWIS PC**

**By:** /s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No. 00796756
Gavin.Hill@GodwinLewis.com

1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No. 20618150
Jerry.vonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com

1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

By:    _s/ Brad D. Brian_____
       Brad D. Brian
       Michael R. Doyen
       Daniel B. Levin
MUNGER TOLLES &OLSON LLP
355 So. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel: (213) 683-9100
Fax: (213) 683-5180
Email: brad.brian@mto.com
       michael.doyen@mto.com
       daniel.levin@mto.com

By:    _s/ Steven L. Roberts_____
       Steven L. Roberts
       Rachel Giesber Clingman
       Sean D. Jordan
SUTHERLAND ASBILL & BRENNAN LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Tel: (713) 470-6100
Fax: (713) 354-1301
Email: steven.roberts@sutherland.com
       rachel.clingman@sutherland.com
       sean.jordan@sutherland.com

By:    _s/ Edwin G. Preis_____
       Edwin G. Preis, Jr.
PREIS &ROY PLC
Versailles Blvd., Suite 400
Lafayette, LA 70501
(337) 237-6062
_and_
601 Poydras Street, Suite 1700
New Orleans, LA 70130
(504) 581-6062

By:    _s/ Kerry J. Miller_____
       Kerry J. Miller
FRILOT, LLC
110 Poydras St., Suite 3700
New Orleans, LA 70163
Tel: (504) 599-8194
Fax: (504) 599-8154
Email: kmiller@frilot.com

John M. Elsley
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
(713) 224-8380

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH*

|  |  |
|---|---|
| | /s/ Don K. Haycraft |
| Richard C. Godfrey, P.C. | Don K. Haycraft (Bar #14361) |
| J. Andrew Langan, P.C. | R. Keith Jarrett (Bar #16984) |
| Catherine Fitzpatrick | LISKOW & LEWIS |
| Elizabeth A. Larsen | 701 Poydras Street, Suite 5000 |
| KIRKLAND & ELLIS LLP | New Orleans, LA  70139-5099 |
| 300 North LaSalle | Telephone:  504-581-7979 |
| Chicago, IL  60654 | Facsimile:  504-556-4108 |
| Telephone:  312-862-2000 | |
| Facsimile: 312-862-2200 | Jeffrey Bossert Clark |
| | KIRKLAND & ELLIS LLP |
| Allison Rumsey | 655 Fifteenth Street, N.W. |
| S. Zachary Fayne | Washington, D.C. 20005 |
| ARNOLD & PORTER LLP | Telephone:  202-879-5000 |
| 555 Twelfth Street, NW | Facsimile:  202-879-5200 |
| Washington, DC  20004-1206 | |
| E-Mail:  Allison.Rumsey@aporter.com | Robert C. "Mike" Brock |
| Telephone:  202-942-5000 | COVINGTON & BURLING LLP |
| Facsimile:  202-942-5999 | 1201 Pennsylvania Avenue, NW |
| | Washington, DC 20004-2401 |
| | Telephone:  202-662-5985 |
| | Facsimile:  202-662-6291 |

***Attorneys for BP Defendants***

**SERNA & ASSOCIATES PLLC**

/s/ Enrique G. Serna
Enrique G. Serna
enrique@serna-associates.com
20985 IH 10 W
San Antonio, Texas
Telephone: 210.472.2222
Facsimile: 210.228.0839

ATTORNEYS FOR MEXICAN STATES OF
VERACRUZ, TAMAULIPAS AND QUINTANA
ROO.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Joint Designations for Record on Appeal in Fifth Circuit Case No. 13-31070 has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 17th day of December, 2013.

/s/  *Donald E. Godwin*
Donald E. Godwin

- 22 -