UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010.<br><br>Applies to:<br><br>MDL 2179; No. 10-761; No. 10-762; No. 10-763; No. 10 2771; No. 10-4239; No. 10-4240; and No. 10-4241; 13-1441; 13-3032 | § § § § § § § § § § § § | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

_____     _____

### DEFENDANTS' SUPPLEMENTAL DESIGNATIONS FOR RECORD ON APPEAL IN FIFTH CIRCUIT CASE NO. 13-31070

Pursuant to the November 19, 2013 Order in Fifth Circuit Case No. 13-31070 (Doc. 00512445514), Defendants-Appellees file these supplemental designations for the District Court to use in constructing the Record on Appeal.  For those docket entries that have attachments or exhibits, the parties intend that these attachments or exhibits should also be included in the Record.  The parties also request that the Court include in the Record the full docket sheets for all cases listed in the caption.

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | PPF | 6/5/2013 | S.C.P.P. Rincon de las Flores, S.C. de R.L. Tamaulipas Commercial Fisherman PPF. |
| MDL 2179 | PPF | 6/5/2013 | Pablo Caballero Tamaulipas Commercial Fisherman PPF. |
| MDL 2179 | PPF | 6/5/2013 | Pescados y Mariscos Alexa Veracruz Commercial Fisherman PPF. |
| MDL 2179 | PPF | 6/6/2013 | Alejandro Echavarria Salazar Veracruz Commercial Fisherman PPF. |

- 1 -

Respectfully Submitted,

**GODWIN LEWIS PC**

**By:** /s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No. 00796756
Gavin.Hill@GodwinLewis.com

1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No. 20618150
Jerry.vonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com

1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

- 3 -

By: *s/ Brad D. Brian*
    Brad D. Brian
    Michael R. Doyen
    Daniel B. Levin
MUNGER TOLLES &OLSON LLP
355 So. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel: (213) 683-9100
Fax: (213) 683-5180
Email: brad.brian@mto.com
       michael.doyen@mto.com
       daniel.levin@mto.com

By: *s/ Steven L. Roberts*
    Steven L. Roberts
    Rachel Giesber Clingman
    Sean D. Jordan
SUTHERLAND ASBILL & BRENNAN LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Tel: (713) 470-6100
Fax: (713) 354-1301
Email: steven.roberts@sutherland.com
       rachel.clingman@sutherland.com
       sean.jordan@sutherland.com

By: *s/ Edwin G. Preis*
    Edwin G. Preis, Jr.
PREIS &ROY PLC
Versailles Blvd., Suite 400
Lafayette, LA 70501
(337) 237-6062
*and*
601 Poydras Street, Suite 1700
New Orleans, LA 70130
(504) 581-6062

By: *s/ Kerry J. Miller*
    Kerry J. Miller
FRILOT, LLC
110 Poydras St., Suite 3700
New Orleans, LA 70163
Tel: (504) 599-8194
Fax: (504) 599-8154
Email: kmiller@frilot.com

John M. Elsley
ROYSTON, RAYZOR, VICKERY & WILLIAMS LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
(713) 224-8380

*Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC,* and *Triton Asset Leasing GmbH*

| | |
|---|---|
| Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>Catherine Fitzpatrick<br>Elizabeth A. Larsen<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL  60654<br>Telephone:  312-862-2000<br>Facsimile:  312-862-2200<br><br>Allison Rumsey<br>S. Zachary Fayne<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC  20004-1206<br>E-Mail:  Allison.Rumsey@aporter.com<br>Telephone:  202-942-5000<br>Facsimile:  202-942-5999 | /s/ Don K. Haycraft<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, LA  70139-5099<br>Telephone:  504-581-7979<br>Facsimile:  504-556-4108<br><br>Jeffrey Bossert Clark<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone:  202-879-5000<br>Facsimile:  202-879-5200<br><br>Robert C. "Mike" Brock<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004-2401<br>Telephone:  202-662-5985<br>Facsimile:  202-662-6291 |

*Attorneys for BP Defendants*

- 5 -

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Defendants' Supplemental Designations for Record on Appeal in Fifth Circuit Case No. 13-31070 has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 17th day of December, 2013.

/s/  *Donald E. Godwin*
Donald E. Godwin

2341508 v1-24010/0002 PLEADINGS