UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION "J" |
| This Document Relates To:<br>12-970 | * * * | JUDGE BARBIER<br><br>**MAGISTRATE JUDGE SHUSHAN** |

## ORDER

Considering BP's Motion to File Under Seal BP's Unredacted Notice of Appeal from Denial of Discretionary Review of Claim ID XXX948 (Rec. Doc. 11983; see also 11982):

**IT IS HEREBY ORDERED**, that BP's Motion is GRANTED; and it is further **ORDERED** that BP's Notice of Appeal from Denial of Discretionary Review of Claim ID XXX948 be filed under seal.

New Orleans, Louisiana this 18th day of December, 2013.

_____
United States District Judge