**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re:  Oil Spill by the Oil Rig
       "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010

This Document Relates to:

No. 12-970

MDL No. 2179

SECTION: J

JUDGE BARBIER

MAGISTRATE SHUSHAN

**ORDER**

CONSIDERING Class Counsel's Motion for Leave (Rec. Doc. 12008)

IT IS ORDERED that BEL Claimants and the Economic Class be and are hereby granted leave to file their Supplemental Brief and the Declarations of Tim Ryan and Sean Michael Snaith.

New Orleans, Louisiana this 18th day of December, 2013.

_____
United States District Judge