IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>    This document relates to Civil Action No. 12-970. | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

Considering BP's Motion and Incorporated Memorandum For Leave To File Under Seal an unredacted version of BP's Memorandum In Support of BP's Motion for Relief Pursuant to Rule 60(b)(3) and Exhibits 1 and 2 to BP's Memorandum In Support of BP's Motion for Relief Pursuant to Rule 60(b)(3),

**IT IS HEREBY ORDERED**, that BP's Motion is GRANTED; and it is further

**ORDERED** that the unredacted version of BP's Memorandum In Support of BP's Motion for Relief Pursuant to Rule 60(b)(3), and Exhibits 1 and 2 to BP's Memorandum In Support of BP's Motion for Relief Pursuant to Rule 60(b)(3), be filed under seal pending further order of the Court; and

**ORDERED** that the version of BP's Memorandum In Support of BP's Motion for Relief Pursuant to Rule 60(b)(3) that has confidential settlement negotiations redacted remain filed in the public record.

New Orleans, Louisiana this 18th day of December, 2013.

_____
United States District Judge