IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig                         MDL NO. 2179
"Deepwater Horizon" in the
Gulf of Mexico, on April 20, 2010                SECTION: J

This document applies to:                           Honorable CARL J. BARBIER
12-970
                                                                  Magistrate Judge SHUSHAN

---

### ORDER

---

Considering the above and foregoing Ex Parte Motion to Supplement Christine Reitano's

Third Supplemental Response to Freeh Report and Reservation of Rights:

IT IS ORDERED that Christine Reitano be allowed to supplement her Third

Supplemental Response to the Freeh Report and Reservation of Rights in order to add her

Affidavit/Verification as Exhibit 5.

The Clerk is directed to attach "Exhibit 5" to Christine

Reitano's Third Supplemental Response (Rec. Doc. 11990).

New Orleans, Louisiana this 18th day of December, 2013.

_____
United States District Judge