UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL NO. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico on April 20, 2010 | * | SECTION: J |
| | * | |
| This Document Relates to | * | JUDGE BARBIER |
| | * | |
| Case No. 13-05568, Doc.1 | * | MAGISTRATE JUDGE |
| | * | SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING THE FOREGOING MOTION of defendant, United States Environmental Services, LLC ("USES");

IT IS HEREBY ORDERED that Kyle L. Potts (Bar #26472), of the law firm of Adams and Reese LLP, be and is hereby added as additional counsel of record for defendant, United States Environmental Services, LLC ("USES").

New Orleans, Louisiana this 18th day of December, 2013.

_____
United States District Judge