UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| | * | |
| **No. 13-5804** | * | **MAGISTRATE SHUSHAN** |

# ORDER

The Court previously issued a scheduling order regarding Elton Johnson's Motion to Enforce Settlement that required BP to "file a single, combined opposition and cross-motion. The memorandum shall not exceed 25 pages, double spaced." (Rec. Doc. 11832)

On December 16, 2013, BP filed a cross-motion for summary judgment (Rec. Doc. 11993) and separately filed an opposition (Rec. Doc. 11992), which was virtually identical to its cross-motion. Not only does BP's duplicate filings violate the Court's scheduling order, but they create needless clutter in an ever-expanding docket. Accordingly,

IT IS ORDERED that BP's filing at Rec. Doc. 11992 shall be STRUCK from the record. The Court will treat BP's filing at Rec. Doc. 11993 as both a cross-motion and an opposition to Elton Johnson's Motion to Enforce Settlement.

New Orleans, Louisiana, this 18th day of December, 2013.

_____
United States District Judge