> From: glenlerneresq@aol.com
> Subject:
> Date: Tue, 29 Jan 2013 08:38:10 -0700
> To: lhs3law@hotmail.com
>
> Can you ask Chris what I need to do to get my BP claims in some sort of priority. We have over a thousand claims and hundreds on file and yet only trickling in a check or two per week. I need my claims expedited. More money coming in means I start getting my sea legs and can keep us going in other areas.

From: **Sutton Lionel** (lhs3law@hotmail.com)
Sent: Tue 1/29/13 10:57 AM
To:     Glen Lerner (glenlerneresq@aol.com)

To date:

You have filed 384 claims on behalf of 358 claimants.
Eligibility notices with payment offers have been sent on 72 claims for a total of $3,888,726.
63 offers have been accepted and 59 have been paid a total of $3,191,206. 4 are pending payment.
77 claims have been determined to be eligible for payment and are in accounting to determine the amount. Appropriate notices have been or will be issued.
7 are eligible but no payment is warranted. Appropriate notices have been or will be issued.
70 claims are incomplete and are waiting for responses from firm. (In some cases, responses have been sent but not processed. We are working to fix that.)
4 claims have been excluded from class and 1 has been closed. Appropriate notices have been or will be issued.
62.7% of your claims have been processed.
The remaining 143 claims are still in review.

Lionel H. Sutton, III

From: glenlerneresq@aol.com
Subject: Re:
Date: Tue, 29 Jan 2013 09:59:36 -0700
To: lhs3law@hotmail.com

its good to have friends in high places. How can we speed up our review process?

From: **Sutton Lionel** (lhs3law@hotmail.com)
Sent: Tue 1/29/13 11:19 AM
To: Glen Lerner (glenlerneresq@aol.com)

You can't. Yours are going pretty fast. The process will get faster on its own as grey areas are resolved and applied across the board.

What you can do is make sure that any incomplete notices are responded to asap. Previously, responses to incomplete notices were sent to the back of the line but we will be streamlining that process very soon.