# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 12 2013
WILLIAM W. BLEVINS
CLERK

No. 13-30095

MD 10-2179-J

IN RE: DEEPWATER HORIZON - APPEALS OF THE ECONOMIC AND PROPERTY DAMAGE CLASS ACTION SETTLEMENT

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

O R D E R:

IT IS ORDERED that the motion of appellants Susan Forsyth, Mike Sturdivant and Patricia Sturdivant to dismiss their notice of appeal as to them only pursuant to Fed. R. App. 42 is GRANTED.

IT IS FURTHER ORDERED that the motion of the "Coon Appellants" for the Court to supplement the record on appeal or to take judicial notice of the new developments in the proceedings before the district court is DENIED. This Court is aware of these developments in the proceedings before the district court and will take judicial notice as necessary.

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

Fee____
Process____
X Dkd____
CRmDep____
Doc. No.____

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 04, 2013

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED DEC 12 2013

WILLIAM W. BLEVINS
CLERK

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

No. 13-30095    In Re: Deepwater Horizon
                USDC No. 2:10-MD-2179
                USDC No. 2:10-CV-7777
                USDC No. 2:12-CV-970
                USDC No. 2:10-CV-2771
                USDC No. 2:12-CV-2953
                USDC No. 2:12-CV-964

Enclosed is a copy of the judgment issued as the mandate issued as to appellants Susan Forsyth, Mike Sturdivant, and Patricia Sturdivant.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

cc w/encl:
　　Mr. N. Albert Bacharach Jr.
　　Honorable Carl J. Barbier
　　Mr. Robert C. Mike Brock
　　Mr. George Howard Brown
　　Ms. Elizabeth Joan Cabraser
　　Mr. Jeffrey Bossert Clark Sr.
　　Mr. Brent Wayne Coon
　　Mrs. Martha Y. Curtis
　　Mr. Timothy A. Duffy
　　Mr. Miguel Angel Estrada
　　Mr. Theodore Harold Frank
　　Mr. James M. Garner
　　Mr. Soren E. Gisleson
　　Mr. Richard Cartier Godfrey

___ Fee_____
___ Process_____
X   Dktd_____
___ CRmDep_____
___ Doc. No____

```
Mr. Kevin Walter Grillo
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Thomas George Hungar
Mr. Samuel Issacharoff
Mr. James Andrew Langan
Mr. Scott Payne Martin
Mr. Kevin Michael McGlone
Mr. Steven Andrew Myers
Mr. Theodore B. Olson
Mr. Joseph Darrell Palmer
Mr. Ronnie G. Penton
Mr. John Jacob Pentz III
Mr. James Parkerson Roy
Mr. Stuart Cooper Yoes
```