# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-30095

MDL 10-2179-J

IN RE: DEEPWATER HORIZON - APPEALS OF THE ECONOMIC AND PROPERTY DAMAGE CLASS ACTION SETTLEMENT

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

O R D E R:

IT IS ORDERED that the motion of appellant James H. Kirby, III to dismiss his appeal pursuant to Fed. R. App. 42 is granted.

IT IS FURTHER ORDERED that the motion of appellant James H. Kirby, III to withdraw any and all of his pending motions in this appeal, including any request for sanctions, is granted.

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

[U.S. District Court, Eastern District of Louisiana — FILED DEC 12 2013 — WILLIAM W. BLEVINS, CLERK]

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

Revised Letter: December 04, 2013

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

```
     No. 13-30095    In Re: Deepwater Horizon
                     USDC No. 2:10-MD-2179
                     USDC No. 2:10-CV-7777
                     USDC No. 2:12-CV-970
                     USDC No. 2:10-CV-2771
                     USDC No. 2:12-CV-2953
                     USDC No. 2:12-CV-964
```

Enclosed is a copy of the judgment issued as the mandate as to the appeal filed by Appellant James H. Kirby, III.

Sincerely,

LYLE W. CAYCE, Clerk

DEC - 4 2013
By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

cc w/encl:
    Mr. N. Albert Bacharach Jr.
    Honorable Carl J. Barbier
    Mr. Robert C. Mike Brock
    Mr. George Howard Brown
    Ms. Elizabeth Joan Cabraser
    Mr. Jeffrey Bossert Clark Sr.
    Mr. Brent Wayne Coon
    Mr. Timothy A. Duffy
    Mr. Miguel Angel Estrada
    Mr. Theodore Harold Frank
    Mr. Soren E. Gisleson
    Mr. Richard Cartier Godfrey
    Mr. Kevin Walter Grillo
    Mr. Don Keller Haycraft
    Mr. Stephen Jay Herman

```
Mr. Thomas George Hungar
Mr. Samuel Issacharoff
Mr. James Andrew Langan
Mr. Scott Payne Martin
Mr. Steven Andrew Myers
Mr. Theodore B. Olson
Mr. Joseph Darrell Palmer
Mr. John Jacob Pentz III
Mr. James Parkerson Roy
Mr. Stuart Cooper Yoes
```

P.S.: Only the Notice of Appeal filed in the district court on January 17, 2013 (docket number 8271) is closed. All other appeals remain pending.