UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br><br>OIL SPILL BY THE OIL RIG<br>"DEEPWATER HORIZON" IN THE<br>GULF OF MEXICO ON APRIL<br>2010 | MDL Docket No. 2179   SECTION: J<br>CASE NO. 2:10-MD-02179-CJB-SS<br><br>Hon. Carl Barbier<br>Magistrate Judge Sally Shushan |

**This Document Relates to:**   Case No. 13-2547

LUTHER SUTTER                                                                         PLAINTIFF

VERSUS.

BP EXPLORATION & PRODUCTION, INC., et al.                    DEFENDANTS

## PLAINTIFF'S SECOND MOTION TO EXTEND TIME FOR SERVICE

COMES Plaintiff, Luther Sutter, pro se, and for his second motion, he states:

1.   Plaintiff's deadline for service is December 18, 2103.  Luther Sutter, has attempted to serve all the defendants and continues to do so.  All Defendants have not yet been served.  Plaintiff moves for an order allowing Plaintiff an additional one hundred twenty (120) days within which to correct any errors in service, and serve any non-served defendants.

WHEREFORE Plaintiff prays for an additional one hundred twenty (120) days within which to correctly serve any non-served defendants.

Respectfully submitted,

*/s/ Luther Oneal Sutter*
Luther Oneal Sutter, pro se
luthersutter.law@gmail.com
310 West Conway Street
Benton, AR 72015
501-315-1910  Office
501-315-1916  Facsimile