## DECLARATION OF GREGORY A. PAW

I, Gregory A. Paw, for my declaration, state as follows:

1. I am an attorney licensed in the State of New Jersey and the District of Columbia. I currently serve as an attorney assisting Special Master Louis J. Freeh in his appointment by the Honorable Carl J. Barbier in the United States District Court for the Eastern District of Louisiana in the BP Deepwater Horizon Multi-District Litigation matter.

2. As of the date of this declaration, the Special Master's staff has delivered to the Honorable Sally Shushan, United States Magistrate Judge for the Eastern District of Louisiana, physical files from the Special Master's review process, including but not limited to: (a) unredacted interview notes for the persons interviewed by the Special Master prior to issuance of the September 6, 2013 Report; (b) unredacted witness transcripts; (c) redacted discovery as provided to the show cause parties; (d) unredacted copies of the discovery; and (e) physical documents assembled during the course of the Special Master's review.

3. As part of the physical file production process, Judge Shushan and her judicial law clerk came to the Special Master's office in New Orleans, where I provided access to two searchable electronic databases used by the Special Master and his staff. One database contains documents and work papers used by the Special Master and his staff, referred to as "Box." The other database contains electronic data obtained from the Deepwater Horizon Economic Claims Center ("DHECC"), referred to as "Intella."

4. As of September 6, 2013, the Intella database consisted of the following sources: (a) the email archive from the DHECC's Barracuda network appliance from approximately June 2012 through August 8, 2013; (b) user data extracted from a forensic image of Lionel Sutton's

DHECC-provided Dell laptop; and (c) user data extracted from a forensic image of Christine Reitano's DHECC-provided Macintosh laptop.

5.  Judge Shushan asked our staff to perform searches through the Intella database.  She asked that we search the "subject" field for every document in this database as of September 6, 2013 for: (a) the name of any claimant represented by the Andry Lerner law firm; (b) the claim number for any claim represented by the Andry Lerner law firm; and (c) the claimant number for any claimant represented by the Andry Lerner law firm.  We also searched the "subject" field for every document in this database for the terms "Andry" and "Lerner."

6.  Our staff performed the searches through the Intella database requested by Judge Shushan.  I supervised the search process.  The search process was documented on a spreadsheet, attached as Exhibit A.  As discussed with Judge Shushan, searches conducted on certain terms, which are noted on Exhibit A, were limited to documents created prior to June 20, 2013.[1]  To the best of my knowledge and belief, all data in the Intella database as of September 6, 2013 responsive to the searches described herein is reflected on the spreadsheet attached as Exhibit A.

7.  At the completion of the search process, we provided Judge Shushan with the spreadsheet documenting the search process through the Intella database and provided Judge Shushan with copies of the documents found with these search terms.

8.  Judge Shushan also asked our staff to perform searches through Box, our internal electronic database.  She asked that we utilize the same search procedure as had been applied to the Intella database.  Therefore, we searched for every document in this database created prior to September 6, 2013 for: (a) the name of any claimant represented by the Andry Lerner law firm; (b) the claim number for any claim represented by the Andry Lerner law firm; (c) the claimant

---

[1] The date that the allegations concerning Lionel Sutton came to light.

number for any claimant represented by the Andry Lerner law firm; and (d) the terms "Andry" and "Lerner."

9.  Our staff performed the searches through the internal electronic database requested by Judge Shushan.  I supervised the search process.

10.  At the completion of the search process, we provided Judge Shushan with a description of all documents found with these search terms, as well as access to or copies of the documents found with these search terms.

Pursuant to 28 U.S.C. § 1746, I certify that the foregoing is true and correct.  Signed this 19th day of December, 2013 in New Orleans, Louisiana.

Gregory A. Paw