UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SLABIC OYSTERS, LLC, | ) | Civil Action |
| DORDI SLABIC, | ) | Case No. 2:12-CV-01922 |
| & MISHO'S QUALITY OYSTERS, LLC | ) | |
|     Plaintiffs | ) | Section "J" |
| versus | ) | Judge Carl Barbier |
| | ) | |
| FRANK M. BIGUNAC | ) | Magistrate "1" |
| AND B & B OYSTERS, LLC | ) | Magistrate Judge Sally Shushan |
|     Defendants | ) | |

## **JOINT MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Slabic Oysters, LLC, Dordi Slabic, and Misho's Quality Oysters, LLC, and Defendants, Frank M. Bigunac and B&B Oysters, LLC, who represent to this Court that all claims asserted among and against themselves have been resolved, and accordingly, hereby move this Court to dismiss the captioned matter (as removed from the docket of the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana), with prejudice, with each party to bear their respective costs.

All parties expressly reserve all of their respective claims relating to the *BP Deepwater Horizon Litigation* (USDC Nos.: 10-md-02179, 10-8888 and 10-2771), that are unaffected by this dismissal of the captioned action only.

1

Respectfully submitted,

   /s/ James F. Gasquet, III
JAMES F. GASQUET, III (26294)
P.O. Box 279
Belle Chasse, Louisiana 70037
Tel.: (504) 394-5584
Fax: (504) 394-5166
Email: jgasquet3@bellsouth.net
**Attorneys for Plaintiffs,**
**Misho's Quality Oysters, LLC,**
**Dordi Slabic & Slabic Oysters, LLC**

-and-

   /s/ Joseph S. Piacun
JOSEPH S. PIACUN (25211)
THOMAS A. GENNUSA, II (6010)
REID S. UZEE (31345)
Gennusa, Piacun & Ruli
4405 North I-10 Service Road, Suite 200
Metairie, Louisiana 70006-6564
Telephone: (504) 455-0442
Facsimile: (504) 455-7565
Email: jpiacun@gprlawyers.com
**Attorneys for Defendants,**
**Frank M. Bigunac, and B&B Oysters, LLC**

<u>Certificate of Service</u>

  I certify that on December 19, 2013, I served a copy of this *Joint Motion to Dismiss* on all counsel of record through the Court's CM/ECF electronic filing system.

   /s/ Joseph S. Piacun

2