UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SLABIC OYSTERS, LLC, | ) | Civil Action |
| DORDI SLABIC, | ) | Case No. 2:12-CV-01922 |
| & MISHO'S QUALITY OYSTERS, LLC | ) | |
| Plaintiffs | ) | Section "J" |
| versus | ) | Judge Carl Barbier |
| | ) | |
| FRANK M. BIGUNAC | ) | Magistrate "1" |
| AND B & B OYSTERS, LLC | ) | Magistrate Judge Sally Shushan |
| Defendants | ) | |

## **ORDER**

Considering the foregoing Joint Motion to Dismiss:

  IT IS ORDERED that the above-captioned litigation be and is hereby dismissed, with prejudice, each party to bear their own costs, expressly reserving the parties' respective claims in the *BP Deepwater Horizon Litigation* (USDC No.: 10-md-02179, 10-8888 and 10-2771).

  New Orleans, Louisiana, on this _____ day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE

1