UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| Relates to:  No. 10-2771, And All Cases | § § § | MAG. JUDGE SHUSHAN |

### HALLIBURTON ENERGY SERVICES, INC.'S RESERVATION OF RIGHTS AS TO PHASE TWO – QUANTIFICATION FINDINGS OF FACT AND CONCLUSIONS OF LAW

**NOW INTO COURT** comes Halliburton Energy Services, Inc. ("HESI") and respectfully shows the Court the following:

Although HESI has an interest in the outcome of these proceedings, the Court has barred it from any participation in the Phase Two – Quantification trial, precluding HESI from offering any evidence, cross-examining any witnesses, and otherwise defending itself and its interests at trial. *See* Order [Regarding Halliburton's Motion to Reconsider] (Dkt. No. 10981); Order (Dkt. No. 11367 at 2) (denying HESI's appeal of Dkt. No. 10981). Explaining that exclusion, in a September 11, 2013 pre-trial conference, the Court stated that the parties could not "introduce additional evidence in Phase Two relating to cement . . . that would in any way increase the liability or exposure of Halliburton." Transcript of Pre-Trial Conference, 13:22-24. That is, the Court excluded HESI from participation in the Phase Two – Quantification trial based on its determination that nothing offered in that proceeding would negatively impact HESI's interests.

Accordingly, HESI was not included as a party to Phase Two – Quantification post-trial briefing and proposed Findings of Fact and Conclusions of Law. *See* Order [Regarding Phase Two Post-Trial Briefing] (Dkt. No. 11706). Therefore, HESI is not at this time filing proposed

**HESI'S QUANTIFICATION RESERVATION OF RIGHTS - Page 1**

Findings of Fact and Conclusions of Law as to Phase Two – Quantification. However, HESI reserves the right to file objections and/or proposed Findings of Fact and Conclusions of Law as to Phase Two – Quantification if a review of the parties' submissions requires HESI to do so to protect its interests.

Respectfully submitted,

**GODWIN LEWIS PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com
Gavin E. Hill
State Bar No. 00796756
Gavin.Hill@GodwinLewis.com
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg
State Bar No. 20618150
Jerry.VonSternberg@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: (713) 595-8300
Facsimile: (713) 425-7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s Reservation of Rights as to Phase Two – Quantification Findings of Fact and Conclusions of Law has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 20th day of December 2013.

/s/ Donald E. Godwin
Donald E. Godwin