IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | * * * * | MDL No. 2179 |
| | * | Section: J |
| This Pleading applies to: | * * | Judge Barbier |
| | * | |
| *All Cases* | * * * | Magistrate Judge Shushan |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DEFENDANTS BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP P.LC.'S RENEWED MOTION FOR JUDGMENT ON PARTIAL FINDINGS:  SOURCE CONTROL**

On October 1, 2013, at the close of the Aligned Parties' case in the source control segment of the Phase Two trial, BP filed a motion for judgment on partial findings pursuant to Rule 52(c).  *See* Rec. Doc. 11559.  That motion remains pending.

In compliance with the Court's order of October 21, 2013, *see* Rec. Doc. 11706, BP is on this date submitting a post-trial brief and proposed findings of fact and conclusions of law.  For the reasons stated in those pleadings, BP hereby respectfully renews its motion for judgment on partial findings under Rule 52(c), and seeks the relief requested in those pleadings.

| | |
|---|---|
| December 20, 2013 | Respectfully submitted, |
| | |
| Richard C. Godfrey, P.C. | */s/ Don K. Haycraft* |
| J. Andrew Langan, P.C. | Don K. Haycraft (Bar #14361) |
| Hariklia Karis, P.C. | R. Keith Jarrett (Bar #16984) |
| Paul D. Collier | LISKOW & LEWIS |
| Emily Dempsey | 701 Poydras Street, Suite 5000 |
| KIRKLAND & ELLIS LLP | New Orleans, LA   70139-5099 |
| 300 North LaSalle Street | Telephone:  504-581-7979 |
| Chicago, IL   60654 | Facsimile:  504-556-4108 |
| Telephone:  312-862-2000 | |
| Facsimile:  312-862-2200 | Robert C. "Mike" Brock |
| | COVINGTON & BURLING LLP |
| Christopher Landau, P.C. | 1201 Pennsylvania Avenue, NW |
| Steven A. Myers | Washington, DC   20004-2401 |
| Katherine A. Crytzer | Telephone:  202-662-5985 |
| KIRKLAND & ELLIS LLP | Facsimile:  202-662-6291 |
| 655 Fifteenth Street, NW | |
| Washington, DC   20005 | |
| Telephone:  202-879-5000 | |
| Facsimile:  202-879-5200 | |

*Attorneys for BP Exploration & Production Inc., BP America Production Co., and BP p.l.c.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of December 2013.

*/s/ Don K. Haycraft*
Don K. Haycraft