IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | * * * * | MDL No. 2179 |
| | * | Section: J |
| This Pleading applies to: | * * | Judge Barbier |
| | * | |
| *All Cases* | * * * | Magistrate Judge Shushan |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DEFENDANTS BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP P.LC.'S MEMORANDUM IN SUPPORT OF RENEWED MOTION FOR JUDGMENT ON PARTIAL FINDINGS:  SOURCE CONTROL**

On October 1, 2013, at the close of the Aligned Parties' case in the source control segment of the Phase Two trial, BP filed a motion for judgment on partial findings pursuant to Rule 52(c). *See* Rec. Doc. 11559.  That motion remains pending.

In compliance with the Court's order of October 21, 2013, *see* Rec. Doc. 11706, BP is on this date submitting a post-trial brief and proposed findings of fact and conclusions of law.  For the reasons stated in those pleadings, BP hereby respectfully renews its motion for judgment on partial findings under Rule 52(c), and seeks the relief requested in those pleadings.

December 20, 2013                                             Respectfully submitted,

Richard C. Godfrey, P.C.                                      */s/ Don K. Haycraft*
J. Andrew Langan, P.C.                                        Don K. Haycraft (Bar #14361)
Hariklia Karis, P.C.                                          R. Keith Jarrett (Bar #16984)
Paul D. Collier                                               LISKOW & LEWIS
Emily Dempsey                                                 701 Poydras Street, Suite 5000
KIRKLAND & ELLIS LLP                                          New Orleans, LA   70139-5099
300 North LaSalle Street                                      Telephone:  504-581-7979
Chicago, IL   60654                                           Facsimile:  504-556-4108
Telephone:  312-862-2000
Facsimile:  312-862-2200                                      Robert C. "Mike" Brock
                                                              COVINGTON & BURLING LLP
Christopher Landau, P.C.                                      1201 Pennsylvania Avenue, NW
Steven A. Myers                                               Washington, DC   20004-2401
Katherine A. Crytzer                                          Telephone:  202-662-5985
KIRKLAND & ELLIS LLP                                          Facsimile:  202-662-6291
655 Fifteenth Street, NW
Washington, DC   20005
Telephone:  202-879-5000
Facsimile:  202-879-5200

*Attorneys for BP Exploration & Production Inc., BP America Production Co., and BP p.l.c.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of December 2013.

> */s/ Don K. Haycraft*
> Don K. Haycraft