UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE GULF | : | |
| OF MEXICO, ON APRIL 20, 2010 | : | SECTION J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE BARBIER |
| | : | |
| CIV. NO. 10-4536 | : | MAGISTRATE JUDGE SHUSHAN |
| | : | |

......................................................................................................................................


### NOTICE OF FILING OF PHASE TWO PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW BY THE UNITED STATES

Pursuant to the Phase Two Timeline [Rec.Doc. 11180], the United States submits these proposed Findings of Fact and Conclusions of Law regarding the Phase Two trial. The Findings and Conclusions are attached separately. In addition, there is one attachment to the Findings of Fact, an errata sheet for the admitted deposition of Richard Lynch.


Respectfully submitted,


/s/ R. Michael Underhill
R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  December 20, 2013.                                        /s/  *Steve O'Rourke*
                                                                U.S. Department of Justice