# UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | : | **MDL NO. 2179** |
| "Deepwater Horizon" in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | **SECTION: J** |
| | : | |
| This Document Relates to: | : | **JUDGE BARBIER** |
| | : | |
| *Civ. No.* **10-4536** | : | **MAG. JUDGE SHUSHAN** |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# UNITED STATES' PROPOSED FINDINGS OF FACT
# FOR QUANTIFICATION SEGMENT OF THE PHASE TWO TRIAL

## TABLE OF CONTENTS

INTRODUCTION.................................................................................................................. 1

I.      The Macondo Reservoir Was a Prolific and Productive Reservoir ............................ 1

II.     Flow Rate Estimates Were Important to the Response and to Estimating
        Cumulative Volume of Oil Released ............................................................................... 2

III.    Despite the Importance of Flow Rate Information to the Response and the Estimate
        of Cumulative Volume of Oil Released, BP Hid and Lied About its Estimates of
        Flow Rate ....................................................................................................................... 5

IV.     BP's Internal Calculations and the United States' Calculations both Show that the
        Flow Rate on the Last Day Was Approximately 53,000 Barrels per Day ................. 13

V.      Other Reliable Point Estimates Made by the United States and BP Support the
        Conclusion that the Cumulative Volume of Oil Released Was Approximately 5
        Million Stock Tank Barrels ........................................................................................... 30

VI.     The United States' Experts Demonstrated that BP/Anadarko's Well Discharged
        Approximately 5 Million Stock Tank Barrels of Oil, only 810,000 of Which Were
        Collected ......................................................................................................................... 51

VII.    BP/Anadarko's Estimates Are Unreasonably Low Because they Rely on Incorrect
        Inputs and Unreliable Methodologies ......................................................................... 105

VIII.   Erosion Happened Quickly, So Any Erosion Did Not Significantly Affect The
        Cumulative Discharge ................................................................................................. 163

IX.     Conversion to Stock Tank Barrels Should Be Performed Using Multi-Stage Flash to
        Better Reflect Conditions the Oil Experienced During the Release from
        BP/Anadarko's Well ..................................................................................................... 192

X.      BP's Was "Operator" and "Person in Charge" of the BOP and other Equipment
        between April 20 and July 15, 2010 ............................................................................. 208

CONCLUSION ............................................................................................................... 210

**OUTLINE OF THE UNITED STATES' PROPOSED FINDINGS OF FACT**

INTRODUCTION.........................................................................................................................1

I.      The Macondo Reservoir Was a Prolific and Productive Reservoir ...........................1

II.     Flow Rate Estimates Were Important to the Response and to Estimating
        Cumulative Volume of Oil Released ............................................................................2

III.    Despite the Importance of Flow Rate Information to the Response and the Estimate
        of Cumulative Volume of Oil Released, BP Hid and Lied About its Estimates of
        Flow Rate .....................................................................................................................5

        A.      BP Avoided Collecting Flow Rate Information During the Response ............5

        B.      BP Was Unwilling to Share the Flow Rate Information It Did Have with
                the United States and the Public during the Response ....................................7

        C.      BP Lied About Flow Rate During the Response ............................................11

IV.     BP's Internal Calculations and the United States' Calculations both Show that the
        Flow Rate on the Last Day Was Approximately 53,000 Barrels per Day .................13

        A.      The Context for the Estimates of Last Day Flow Demonstrates the
                Reliability of Such Estimates .......................................................................13

                i.      The National Laboratories Served as Advisors to the Decision Makers
                        During the Response, Giving their Scientists a Strong Basis for
                        Calculating the Last Day Flow Rate.....................................................13

                ii.     The Installation and Closure of the Capping Stack and Measurement
                        of Collection Rates Provide Important Inputs to Flow Rate Estimates
                        .............................................................................................................16

                iii.    The Pressure and Flow Measurements During the Closure of the
                        Capping Stack Were Used to Determine Whether it Was Safe to
                        Keep the Well Closed and, therefore, Are Reliable Data....................19

        B.      BP Employees and Consultants, as Well as Government Experts
                Agreed Flow Could Be Reliably Estimated after the Capping Stack
                Was Installed .................................................................................................22

        C.      Multiple Lines of Evidence Show that BP/Anadarko's Well Discharged
                Roughly 53,000 Barrels Per Day for the Mid-July 2010 Time Period ..........23

       i.       **Estimates By Both the United States and BP During the Response Ranged from 51,000-62,000 Barrels for the Mid-July Time Period**... 23

       ii.      **Estimates for the Mid-July Period by the United States' Testifying Experts are Consistent with BP's and the National Laboratories' Calculations During the Response**...................................................... 27

**V.**    **Other Reliable Point Estimates Made by the United States and BP Support the Conclusion that the Cumulative Volume of Oil Released Was Approximately 5 Million Stock Tank Barrels**.......................................................................... 30

    **A.**    **The Most Reliable Estimates Show that Flow at the Time of Top Kill Was Approximately 60,000 Stock Tank Barrels Per Day and No Less than 43,000** ........................................................................................................... 30

    **B.**    **The Most Reliable Estimates Show that the Flow During the Time the Top Hat Was Approximately 60,000 Stock Tank Barrels Per Day and No Less than 43,000**............................................................................................. 32

    **C.**    **BP's Various Other Point Estimates During the Response Support a Conclusion that 5 Million Stock Tank Barrels of Oil Were Released**........... 37

       i.       **BP's Contractor Add Energy Provided Flow Rate Estimates of about 55,000 Stock Tank Barrels Per Day**............................................. 37

       ii.      **Wild Well Control Generated Estimates Consistent with those of Add Energy**........................................................................................ 39

       iii.    **BP's Other Point Estimates Show Rates Consistent with the United States' Point Estimates**................................................... 40

    **D.**    **BP's Trial Estimate of 24,000-35,900 Stock Tank Barrels per Day between May 13-20, 2010 As Presented by Dr. Zaldivar Underestimates the Flow by Fifty Percent** ................................................................................... 43

**VI.**    **The United States' Experts Demonstrated that BP/Anadarko's Well Discharged Approximately 5 Million Stock Tank Barrels of Oil, only 810,000 of Which Were Collected** .......................................................................................... 51

    **A.**    **Dr. Dykhuizen Used Extrapolation and Estimates of Reservoir Depletion to Estimate the Cumulative Volume of Oil Released at 5 Million Stock Tank Barrels**...................................................................................... 51

**B.**     **Dr. Griffiths Developed a Custom Model of the Flow Path Based on Collected Data and Estimated the Cumulative Volume of Oil Released at 5 Million Stock Tank Barrels** ........................................................................ **53**

    **i.**     **Dr. Griffiths' Method and Results Were Sound** ................................. **53**

        **a.**     **Dr. Griffiths' Custom Model Was Based on Measured Data** . **54**

        **b.**     **Dr. Griffiths Validated His Model in Several Ways** ............... **58**

    **ii.**     **BP's Criticisms of Griffiths' Model Are Unfounded** .......................... **60**

        **a.**     **Dr. Johnson's Minimization of the Discharge Is Not Credible** ............................................................................... **63**

        **b.**     **Dr. Johnson's Productivity Index Trends Conflict with the Evidence** .................................................................. **64**

        **c.**     **Dr. Johnson's Criticism of the United States' BOP Pressure Trend before May 8 Is Not Supported by the Evidence** .......... **67**

        **d.**     **Dr. Johnson's Modeling of Multi-Phase Flow Is Inaccurate and, therefore, Is Not Helpful to the Court** ............................. **69**

            **1)**     **Dr. Johnson's Modeling Used Different Inputs than Dr. Griffiths** .................................... **70**

            **2)**     **Dr. Johnson's Modeled Flow Path Does Not Match Reality Because He Uses Hydraulic Diameter Improperly** .......................................... **71**

        **e.**     **BP's Modeling of Flow through the Production Casing Annulus Contradicts Dr. Johnson's Modeling** ........................ **74**

**C.**     **Dr. Pooladi-Darvish Performed Reservoir and Wellbore Simulations that Demonstrated that BP/Anadarko's Well Discharged a Cumulative Volume of Oil of Approximately 5.2 Million Stock Tank Barrels** ............................... **76**

**D.**     **Dr. Kelkar Used Material Balance Using BP's Best Estimates of Reservoir Parameters and Estimated the Cumulative Volume of Oil Released by BP/Anadarko's Well to be 4.5-5.5 Million Stock Tank Barrels of Oil** .......... **83**

    **i.**     **The Material Balance Method Carries More Uncertainty than Other Methods for Estimating Cumulative Volume of Oil Released** ............ **84**

      ii.     **Using Data Provided by BP, Dr. Kelkar's Material Balance Analysis Shows a Cumulative Volume of Oil Released of 4.5 to 5.5 Million Stock Tank Barrels** ..................................................... **86**

          a.     **Dr. Kelkar Used BP's Best Pre-Drill Estimate of Original Oil In Place and Adjusted it for Information Gathered After the Explosion** ................................. **87**

          b.     **Dr. Kelkar Used A Rock Compressibility Value of 12 Microsips Because that Is the Value BP Used When It Mattered Most to Be Right** ........................... **89**

          c.     **Dr. Kelkar Used a Pressure Drop Based on BP's Own Measurements** ............................................. **98**

          d.     **Dr. Kelkar Corroborated His Material Balance Analysis with Additional Analyses** ........................... **99**

  E.     **Independent Experts and Other Government Estimates Are Consistent with a Conclusion that BP/Anadarko's Well Discharged Approximately 5 Million Stock Tank Barrels of Oil** .............................................. **101**

**VII.**  **BP/Anadarko's Estimates Are Unreasonably Low Because they Rely on Incorrect Inputs and Unreliable Methodologies** ...................................................... **105**

  A.     **BP/Anadarko's Trial Estimates of Cumulative Volume of Oil Released are Interdependent and Yet Inconsistent** ...................................... **105**

      i.     **Dr. Blunt and Dr. Gringarten's Estimates are Dependent on Each Other** .......................................................... **106**

      ii.     **Dr. Blunt and Dr. Gringarten Both Use Well Test Analysis – A Tool Not Appropriate When Flow Rate Is Unknown** ................ **108**

      iii.     **Dr. Blunt's Well Test Analysis is at Odds with Dr. Gringarten's in Technique and Results** ................................. **109**

  B.     **Dr. Blunt's Material Balance Analysis is Unreliable** .................................... **111**

      i.     **Dr. Blunt's Attempt to Serve as a Jack of All Trades Fails** ............. **112**

      ii.     **Dr. Blunt's Original Oil In Place and Pressure Drop Inputs are Unreliable because they Depend on an Improper Well Test Analysis** ....................................................................... **113**

v

a.      Dr. Blunt Used an Unreliable Permeability Number for His Well Test Analysis ............................................................ 113

b.      Despite Dr. Blunt's Substantial Discussion of "Connectivity" in His Report He Agrees with BP Reservoir Engineers that the Macondo Reservoir had "Strong Connectivity"............. 118

c.      Dr. Blunt's Seismic Analysis Fails to Take into Account the Uncertainty in such Analyses ................................................. 119

d.      Dr. Blunt's Flawed Permeability Analysis Undermines the Reliability of His Results ......................................................... 121

iii.     Dr. Blunt's Input of 6.35 Microsips for Rock Compressibility in his Material Balance Equation Is Based On Insufficient Data and is the Product of Unreliable Principles and Methods. ................................ 122

a.      The Macondo Rotary Sidewall Cores Are Unreliable for Purposes of Determining Average Rock Compressibility ..... 124

b.      Poor Core Recovery and Damage to Samples Contributed to Unrepresentative Results That Under-Predicted The Actual Compressibility Value of the Reservoir .................................. 126

c.      The Wireline Logs Demonstrate that the Tested Cores Were Not Representative of Reservoir Characteristics .................. 128

d.      Drs. Blunt and Zimmerman Overlooked Significant Inadequacies in the Weatherford Laboratories Uniaxial Pore Volume Compressibility Testing Procedure ................. 129

          1)     The Sample Dimensions Were Too Small to Obtain Reliable Results .................................... 129

          2)     The Samples Were Oriented Horizontally and the Macondo Reservoir Was Anisotropic, Resulting in Estimates of Compressibility that Were Too Low ................................................... 131

          3)     The Macondo Samples Were Tested at Surface Conditions and not In Situ Conditions and Therefore the Tests Underestimated Compressibility ................................................. 136

vi

4)      The Loading Rate Used on the Macondo
        Samples Was Too Fast, Making the Results
        Unreliable ........................................................... 138

5)      The Testing Procedure Did Not Account for
        Creep and Therefore May Have Underestimated
        Compressibility ................................................. 139

6)      Other Factors Make the Weatherford Tests
        Unreliable ........................................................... 140

e.      Literature from "Very Well-Consolidated Cores" Cannot be
        Used to Support Dr. Zimmerman's Low Compressibility Value
        ................................................................................... 141

f.      The Hydrostatic Tests and Ultrasonic Velocity Measurements
        are Indirect Methods that Can Not be Used to Validate Dr.
        Zimmerman's Uniaxial Pore Volume Compressibility
        Estimate. .................................................................. 142

iv.     Dr. Blunt's Calculated Bottom Hole Pressures (which Form the Basis
        for Two of the Three Inputs into his Material Balance Equation) Are
        Uncertain and Based on Approximations .............................................. 143

v.      Dr. Blunt Admits that His *Pressure Analysis* is Consistent with U.S.
        Experts Flow Rate Histories, But His Estimate of Cumulative Release
        Is Contradicted by U.S. Experts' Flow Rate Histories and Point
        Estimates. ................................................................................ 144

C.  Dr. Gringarten's Well Test Analysis Significantly Underestimates the
    Cumulative Volume of Oil Released ................................................ 146

    i.      Dr. Gringarten's Cumulative Estimate Is Wholly Dependent on
            His Estimate of Permeability, a Highly Uncertain Value ................. 146

    ii.     Dr. Gringarten's Permeability Estimate is Not Reliable and the
            Best Estimate of Permeability is that it is at least 400 to 500
            Millidarcies ................................................................................ 148

    iii.    Dr. Gringarten's Certainty Regarding His Permeability Estimate Is
            Inconsistent with BP's Other Statements Regarding Permeability . 156

    iv.     Dr. Gringarten's Estimate of Cumulative Volume is Dependent on
            His Initial Assumed Flow Rates – Which Are Unsupported by the
            Evidence ................................................................................ 157

vii

v.     **Dr. Gringarten Admits His Assumption Regarding Flow between April 20 and May 8 Is Unsupported but Made No Analysis of the Effect of that Uncertainty on His Cumulative Estimate** .................. 159

vi.    **Dr. Gringarten's Use of Deconvolution Is Flawed because He Does Not Match His Flow Rates to His Pressure History Properly** .......... 160

vii.   **Dr. Gringarten's Use of Deconvolution Simply Provides an Interpretation Model, on which He and Dr. Pooladi-Darvish already Agree** ...................................................................................... 162

**VIII.  Erosion Happened Quickly, So Any Erosion Did Not Significantly Affect The Cumulative Discharge** ................................................................................... 163

    **A.    BP/Anadarko's Own Experts and Employees Agree Changes in Flow Path after May 8 Were Small** ................................................................... 163

    **B.    Erosion in the Riser Does Not Give Evidence of Significant Changes in Flow Over Time** ........................................................................................ 165

    **C.    Erosion in the BOP Does Not Give Evidence of Significant Changes in Flow Over Time** ........................................................................................ 167

    **D.    Top Kill Did Not Significantly Change the BOP Geometry** ........................ 168

    **E.    BP's Phase 1 Evidence Confirms that Any Erosion Significant Enough to Affect Flow Rate Occurred Early in the Flow Period** ................................... 169

    **F.    The United States' Experts Appropriately Accounted for the Erosion that Did Occur at the Beginning of the Spill** .......................................................... 172

    **G.    Dr. Nesic's Exploding Model Does Not Establish an Erosion Rate or the Effect of Erosion on Flow** ................................................................................ 175

        i.     **Dr. Nesic Limited His Analysis to Three Parts of the BOP and the Kinked Riser, Thus Ignoring Key Flow Restrictions in the Well** ..... 175

        ii.    **Dr. Nesic Ignores the First Two Days after the Spill and Relies for the End Date of Erosion on an Unreliable Analysis** ................................. 176

        iii.   **The Emergence of a Hole in the Kinked Riser on May 19 Does Not Prove that Significant Erosion Was Occurring Elsewhere on That Date** .......................................................................................................... 178

viii

    iv.    **Dr. Nesic Used the Wrong Dimensions for His Modeling of the blind shear ram** ................................................................................. **179**

    v.    **Dr. Nesic's Crashed Transient Modeling Is Essential to His Conclusion But Fails to Support It** ....................................................... **180**

    vi.    **Dr. Nesic's Modeling Is Based on the Density of Oil Only and Therefore Does Not Predict the Erosion Caused by Hydrocarbons in the Macondo Well** ............................................................................ **183**

    vii.    **Dr. Nesic Claims His Modeling Is Insensitive to Key Parameters** ... **184**

    H.    **The Cement Did Not Pose an Obstacle to Flow** ............................................. **185**

    i.    **The Macondo Cement Was Not Set at the Time of the Negative Pressure Test or the Blowout** ................................................................. **185**

    ii.    **BP's Dr. Member Failed to Establish Any Significant Impact of Erosion of Unset Cement on the Flow into the Gulf** .......................... **186**

        a.    **Dr. Member's Analysis Hinges on His Erroneous Assumption that the Cement Had Set** ........................................................ **186**

        b.    **Dr. Member's "Hydraulic Fragmentation" Theory is a New Cement Failure Theory and Conflicts with Testimony from BP's Phase 1 Expert Morten Emilsen** ...................................... **188**

        c.    **Dr. Member Acknowledges He Has no Calculated Erosion Rate and that Erosion May Have Occurred for Only a Week** ...................................................................................... **189**

IX.    **Conversion to Stock Tank Barrels Should Be Performed Using Multi-Stage Flash to Better Reflect Conditions the Oil Experienced During the Release from BP/Anadarko's Well** ................................................................................................... **192**

    A.    **Dr. Zick's Method and Results Demonstrate that Multi-Stage Flash Is the Most Appropriate Separation Technique** ................................................... **192**

    i.    **Separation Processes Are Used in the Oil and Gas Industry to Produce as Much Sellable Oil as Possible** ........................................... **193**

    ii.    **Dr. Zick Reliably Developed an Equation of State Model and Identified Shrinkage Factors for Multi-Stage Separation** ............... **196**

    B.    **BP Used Multi-Stage Separation During and After the Response** .............. **198**

ix

**C.**     **Dr. Whitson's Oceanic Separation Model Improperly Disallows Evolution of Oil and Assumes Dissolved Oil Should Be Excluded** .................................... **200**

**D.**     **The Differences Between Dr. Zick's Equation of State and Dr. Whitson's Equation of State Are Not Significant for Determination of the Appropriate Shrinkage Factor** ............................................................................................. **203**

**E.**     **BP/Anadarko's experts Improperly Relied Upon Single Stage Flash, and Their Estimates Should Therefore Be Adjusted to Reflect a Multi-Stage Separation** ........................................................................................................ **205**

**X.**     **BP's Was "Operator" and "Person in Charge" of the BOP and other Equipment between April 20 and July 15, 2010** ............................................................................ **208**

**CONCLUSION** ..................................................................................................... **210**

## INTRODUCTION

BP's own statements and analyses during the response, the analyses by the United States during the response, and the reliable analyses of the total flow after the response all demonstrate that BP/Anadarko's well spewed approximately 5 million barrels of oil, only 810,000 of which were captured. The statements and analyses are set forth below in the United States' proposed findings of fact and conclusions of law which are being submitted pursuant to the Phase 2 Timeline, Rec. Doc. No. 11180.[1]

## I.     The Macondo Reservoir Was a Prolific and Productive Reservoir

1.     In order to understand the likely cumulative volume of oil released from BP/Anadarko's well, it is important to begin by recognizing that BP's own experts and contractors agreed that the Macondo Reservoir was very prolific. Phase 1 Tr. at 7846:14-16 (Apr. 9, 2013 AM) (Emilsen); Emilsen Dep. Vol. 1 at 111:18-112:07; TREX-041026.0026;[2] Rygg Dep. at 57:09-11.  Dr. Adam Bourgoyne, a petroleum engineer and one of BP's expert witnesses in Phase 1, testified that the Macondo Reservoir was "quite an impressive formation, several hundred feet of beautiful pay." Phase 1 Tr. at 7516:10-7517:03 (Apr. 8, 2013 AM) (Bourgoyne).

2.     Even before the well was drilled, BP expected the Macondo reservoir to be productive. BP's pre-drill predictions stated that "[r]eservoir quality is unlikely to be an

---

[1] To the extent that BP contends or this Court finds that any of these Proposed Findings of Fact constitute conclusions of law, the United States requests they be treated as conclusions of law.  Similarly, to the extent any of the United States' Proposed Conclusions of Law constituted factual findings, the United States requests they be deemed as factual findings.

[2] For documents admitted as trial exhibits, the United States has used the convention of TREX-Number.Page Number. For Phase 1 exhibits and non-endorsed Phase 2 exhibits, the page number refers to the number of the page in the PDF file, which may differ from the page number printed on the document's face.

issue." TREX-009283.0040. At the conclusion of drilling, BP management recognized that the pre-drill assessment of the reservoir was very accurate, stating in the performance review of the team leader: "it should be noted that the team made an exploration discovery that was very close to prognosis and verified the excellent pre-drill prospect evaluation." TREX-009403.0004-0005.

## II.    Flow Rate Estimates Were Important to the Response and to Estimating Cumulative Volume of Oil Released

3.    Once the fundamental nature of the reservoir is understood, the next step in determining the cumulative volume of oil released is to understand what information was generated during the response that could inform the estimate. As set forth below, flow rate estimates were generated during the response by both BP and the United States.

4.    BP's flow rate estimates during the response were made to support "key decisions" in source control. Lockett Dep. Vol. 1 at 68:24-70:19;[3] Hill Dep. Vol. 1 at 293:13-296:16;[4] TREX-010635.0005; Phase 2 Tr. at 928:18-22, 948:09-17 (Oct. 2, 2013 PM) (Ballard); D-23208.1; D-23923.1; D-23214.1; Mason Dep. Vol. 1 at 204:15-205:08; TREX-009245.0002; Rygg Dep. at 120:19-121:01; TREX-009253.0001; Barnett Dep. at 35:01-11; Vargo Dep. at 54:13-55:03; Bishop Dep. Vol. 1 at 156:11-17, 156:19-22, 157:18-158:10, 158:12-16, 159:10-13, 159:15-17; 179:16-180:13; Bishop Dep. Vol. 2 at 482:16-19, 482:23-483:02, 483:05-08; TREX-009312.0001; TREX-009311.0003-.0004.

5.    BP reiterated this fact numerous times, including:

---

[3] Dr. Lockett is BP's discipline lead for flow assurance and the company's subject matter expert in the use of the OLGA computer model. Lockett Dep. Vol. 1 at 28:09-10, 28:12-25, 29:22-30:01.
[4] Dr. Trevor Hill is BP's Technical Authority for Flow Assurance. Hill Dep. Vol. 1 at 14:08-12; TREX-011167.0002. He was in charge of Flow Rate Estimation for BP's engineering team during the response. TREX-011188.0003; Hill Dep. Vol. at 282:25-284:15, 284:17.

a.   In notes for a speech to BP's annual Subsea Network meeting, BP Discipline Lead for

Flow Assurance Tim Lockett stated that "'Flow has been at the heart of understanding

what is possible in terms of collection, and what the impact of options to contain the well

might be.'" TREX-010637.0002.

b.   On May 4, 2010, Trevor Hill stated, "We are endeavouring to narrow down the range of

flow rates coming from the main riser site, in order to inform key decisions over the next

few days/week." TREX-009541.0001.

c.   In its July 3, 2010 plan for transition from an open to a closed collection system, BP

stated "[i]nformation on flowrate and well integrity will be used in the refinement of well

kill procedures." TREX-008692.0004; *see also* TREX-011174.0007.

d.   During the first ten days of the response, Mike Mason[5] led a team including Paul

Tooms,[6] Harry Thierens, Gordon Birrell, Tony Liao, Simon Bishop, and Trevor Hill that

attempted to estimate the flow rate from the Macondo well, in order to assist in efforts to

kill the well, because knowing the flow rate was "an important aspect of how to … kill

the well." Mason Dep. Vol. 1 at 45:01-21, 49:22-50:08, 51:18-22.

e.   In the period leading up to the capping stack installation, BP identified flow rate as a

"very valuable piece of information" to have when trying to determine whether the well

had integrity. Bishop Dep. Vol. 1 at 242:15-22, 242:25-243:04, 243:06-09; Bishop Dep.

---

[5] Mike Mason was an employee of BP until May 2012.  Before leaving BP, and during the response, he served as Vice President of Base Management.  Mason Dep. Vol. 1 at 13:15-14:08; 19:21-20:03.  In that position he was responsible for evaluating reservoirs for production purposes and professional development of the 500 engineers employed by BP. Mason Dep. Vol. 1 at 14:12-14:25.

[6] Paul Tooms was, at the time of the response, BP's Vice President for Exploration and Production. Tooms Dep. Vol. 1 at 19:21-20:10, 23:04-24:02.  During the response, he was the head of the engineering group working on source control options for BP.  Tooms Dep. Vol. 1 at 229:08-229:22, 229:24-231:02.  "After the response, [he] was nominated as the Leader of the Flow Assessment Team, and that was at -- at the request by [his] lawyer friends in BP."  Tooms Dep. Vol. 1 at 231:03-231:07.

Vol. 2 at 486:05-09, 486:10, 488:03-07; 488:09-17, 488:19-489:03, 489:05-07; Mason

Dep. Vol. 1 at 151-17-152:02; TREX-010835.0025, .0028; TREX-009324.0014; *see*

*infra* ¶ 33 (for further discussion of well integrity test).

6.     Representatives of the Unified Area Command also believed that flow rate

estimates were important in making source control decisions. Phase 2 Tr. at 1291:07-21 (Oct. 7,

2013 AM) (Hunter); Allen Dep. Vol. 1 at 359:16-20, 359:24-360:02; Herbst Dep. Vol. 2 at

441:17-25; 442:02-05; 499:19-25, 500:02; Chu Dep. at 215:04-06, 215:08-10, 217:04-10,

217:14-17; Cook Dep. Vol. 2 at 567:02-07, 567:09-13, 567:15-16.

7.     As Federal On-Scene Coordinator Admiral Mary Landry, stated "You

want to know as accurate as possible the flow rate, in executing Source Control operations."

Landry Dep. Vol. 2 at 559:23-560:01, 560:03-05, 502:25-503:07, 503:09-504:23.

8.     The importance of flow rate to source control decisions is not unique to

the disaster at BP/Anadarko's well. According to BP contractor Dr. Ole Rygg, in any well

control operation, "in the analyzing phase [of the operation], a well control simulator should be

used to predict the current flow situation in the well, including well pressure, temperatures, fluids

types and rates." TREX-009239.001; Rygg Dep. at 46:25-48:10, 48:17.

9.     PSC expert Dr. Wilson testified at trial that BP was estimating a range of

flow rates in order "[t]o see how each source control option you consider will perform for

different flow rates. . ." In Dr. Wilson's opinion, BP's flow rates were highly reliable to inform

source control decisions. Phase 2 Tr. at 88:25-89:16 (Sep. 30, 2013 AM) (Wilson). Dr. Wilson

opined that the input parameters were not too uncertain to estimate flow rates during the

response: "They were too uncertain maybe to estimate a flow rate on a particular day, but they

4

were certainly good to estimate ranges of flow rate that could be used to inform decision-making." Phase 2 Tr. at 90:23-91:15 (Sep. 30, 2013 AM) (Wilson).

        10.    Although in its opening statement BP criticized methods of estimating the cumulative volume of oil released that relied upon daily estimates of flow rate (Phase 2 Tr. at 1229:04-10 (Oct. 7, 2013 AM)), both BP and United States experts used such estimates. *See, e.g.,* Phase 2 Tr. at 2559:22-2560:10 (Oct. 15, 2013 PM) (Gringarten); TREX-011696-R.0053; D-21119; Phase 2 Tr. at 1365:24-1366:19 (Oct. 7, 2013 PM) (Dykhuizen); Phase 2 Tr. at 1605:11-14 (Oct. 8, 2013 AM) (Griffiths).

## III. Despite the Importance of Flow Rate Information to the Response and the Estimate of Cumulative Volume of Oil Released, BP Hid and Lied About its Estimates of Flow Rate

        11.    Because, as set forth below, the United States and BP/Anadarko offer conflicting estimates of the cumulative volume of oil released, the credibility of the parties must be weighed in order to reach a final decision regarding the volume. To that end, the evidence regarding BP's statements and criminal conviction with respect to flow rate during the response must be considered.

### A. BP Avoided Collecting Flow Rate Information During the Response

        12.    BP chose on several occasions to forgo gathering information or installing equipment that would have either measured the flow directly or provided valuable inputs into a flow rate estimate. For instance:

a.    Very early in the spill, HESI informed BP that a flow meter was available but BP chose not to install it. Vargo Dep. at 161:05-20, 162:08-16, 163:07-24, 167:08-16, 167:18-20; 170:20-25; TREX-008546.001-.002.

b.      BP also could have deployed a flow meter into the Macondo flow path using the dispersant wand that would have measured the flow from the well. TREX-009457.0001. No such flow meter was installed.

c.      In late June 2010, BP's Dr. Trevor Hill prepared a plan for shutting in the well that included an "overall flow rate measurement," the collection and measurement of up to 50,000 barrels per day and "Flow Rate Estimation by Trevor Hill." TREX-008692.0005-.0006; Hill Dep. Vol. 1 at 196:01-199:04, 199:06-08; TREX-011174.004. That plan eventually became BP's "Well Integrity Test Procedure." TREX-011175.0001; TREX-011176; Hill Dep. Vol. 1 at 208:05-21, 208:23-209:04, 209:06-210:08, 210:13-211:16, 213:09-214:23. However, the provisions for flow rate measurements were removed from the Well Integrity Test Procedure when the document was edited by BP's public relations consultants. TREX-011176; TREX-011177; Hill Dep. Vol. 1 at 213:09-214:23, 214:25-215:08, 215:18-216:13, 216:16-23, 217:25-218:04, 218:07-16, 218:22-24.

d.      Dr. Robert Merrill[7] was specifically requested by Kate Baker[8] to avoid making any conclusions about flow rate. Phase 2 Tr. at 2686:17-24; TREX-010839.0019.

13.      Engineers from the National Laboratories worked side-by-side with BP personnel virtually every day on source control efforts. Phase 2 Tr. at 1290:19-23 (Oct. 7, 2013 AM) (Hunter); Hunter Dep. Vol. 1 at 63:06-12. In contrast, there was no collaborative work to

---

[7] Robert Merrill is the director of reservoir engineering for BP. Phase 2 Tr. at 2643:01-2643:04 (Oct. 16, 2013 AM) (Merrill). Most of Dr. Merrill's work during the response "involved the estimation of pressures in the face of the large uncertainties we had about the flow rate." Phase 2 Tr. at 2644:20-2645:02 (Oct. 16, 2013 AM) (Merrill). During his work on the response, Dr. Merrill worked for the engineering team that was led by Paul Tooms, and received most of his instructions from Kate Baker. Phase 2 Tr. at 2645:08-12 (Oct. 16, 2013 AM) (Merrill).
[8] Kate Baker was a contractor working for BP during the response. Ritchie Dep. Vol. 1 at 159:12-159:24.

determine the actual flow rate from the Macondo well. Had BP asked the National Laboratories to work together on flow rates, they would have gladly done so. Phase 2 Tr. at 1290:24-1291:06 (Oct. 7, 2013 AM) (Hunter); Hunter Dep. Vol. 1 at 63:01-02; Hunter Dep. Vol. 2 at 741:22-742:21.

      **B.**    **BP Was Unwilling to Share the Flow Rate Information It Did Have with the United States and the Public during the Response**

          14.    Despite BP's reluctance to gather flow rate evidence, internally BP was conducting a variety of flow rate estimation work. *See, e.g.,* TREX-011189.0001-.0003; TREX-009292.0001; TREX-009293.0002; TREX-009325.0003; Mason Dep. Vol. 1 at 78:07-15, 79:25-80:06, 80:08-14, 80:16; Phase 2 Tr. at 952:03-953:10 (Oct. 2, 2013 PM) (Ballard); Levitan Dep. Vol. 1 at 22:02-11; 27:24-32:02; *see also infra* ¶¶ 44, 49, 58-75.

          15.    BP, however, elected not to share these flow rate estimates with the Unified Area Command or any other government officials. For example:

a.      BP did not inform the Science Advisors or the top Minerals Management Service official on the response, Lars Herbst, about its April and May flow rate calculations indicating that the flow rate could have been as high as 65,000 stock tank barrels per day. Chu Dep. at 199:14-18, 199:20-23; 204:02-9, 204:12-19; 212:21-213:01, 213:3-06; 213:12-215:01, 215:03; Herbst Dep. Vol. 2 at 533:09-536:05; 564:06-11; 564:13-19; 564:21-565:04.

b.      BP never shared its contemporaneous capping stack flow rate calculations with the Science Team. Phase 2 Tr. at 1298:22-25 (Oct. 7, 2013 AM) (Hunter); Phase 2 Tr. at 1387:09-16 (Oct. 7, 2013 PM) (Dykhuizen).

c.      At a series of meetings from May 13, 2010 to May 16, 2010, BP asked the Science Team

to estimate the flow rate from the Macondo well, to see if the Science Team, using

different methods than BP, would come up with results similar to BP's. Mason Dep. Vol.

1 at 89:14-90:08, 90:10-90:17; TREX-009326.0001; TREX-010340.0002-.0008. At these

meetings, BP's representatives did not share all of the flow rate information they had

with the Science Team. Mason Dep. Vol. 2 at 393:13-16, 393:19-20, 404:09-12, 404:15-

25, 405:03-06; 406:03-07, 406:10-14, 406:17-18.

d.      On approximately July 30, 2010, BP engineer Farah Saidi[9] met with members of the

government science team for a presentation and discussion on the federal flow rate

calculations and method to estimate the flow rate. Saidi Dep. Vol. 1 at 56:07-57:19;

245:19-248:07. She did not tell the government representatives that she had calculated a

flow rate of 51,500 that validated their calculations, or discuss her methodology with

them. Saidi Dep. Vol. 1 at 59:07-17, 59:20-25, 60:03-09, 60:13-14; 214:20-215:04,

215:07-215:11, 214:13-14, 215:24-216:02; Hill Dep. Vol. 2 at 658:06-659:04, 659:06-12,

659:14-22, 659:24-660:4, 660:06-660:13.

         16.     BP never informed HESI that the Top Kill would fail if the flow rate was

over 15,000 bpd, even though HESI believed that an accurate flow rate measurement was

important for both the planning and the execution of the Top Kill. Vargo Dep. at 95:11-97:03,

97:05-06; 278:04-280:18, 284:15-22, 284:24-285:06.

---

[9] Ms. Saidi is a petroleum engineer who has worked for BP since 2004. Saidi Dep. at Vol. 1 at 14:16-15:01, 18:16-
18:18. Since 2005, she has worked as the flow assurance coordinator for BP's Gulf of Mexico Strategic Performance
Unit. Saidi Dep. Vol. 1 at 22:18-26:14.

17.     BP cloaked many of its flow rate calculations in privilege that prevented their use in the response or informing the public.

a.     At the request of BP attorneys, including Steven Palmer and Bob Stout, Paul Tooms led BP's Flow Assessment Team beginning in late July or early August 2010. Tooms Dep. Vol. 1 at 133:03-06, 157:09-19, 231:03-10, 232:01-16; Tooms Dep. Vol. 2 at 386:03-388:18. Other members of BP's Flow Assessment Team included Trevor Hill, Andrew Hill, Cindy Yeilding, and Robert Merrill. Tooms Dep. Vol. 1 at 233:19-236:01; 236:03-24, 237: 01-10; Hill Dep. Vol. 1 at 47:06-48:09, 48:11-18, 48:20-25; Phase 2 Tr. at 2644:07-12 (Oct. 16, 2013 AM) (Merrill). BP's attorneys chose the members of the Flow Assessment Technical Team. Tooms Dep. Vol. 1 at 237:05-10.

b.     On or about July 12, 2010 in the BP Houston command center, Bernard Looney, on behalf of BP's leadership, asked Trevor Hill to perform an estimate of the flow rate through the capping stack. Hill Dep. Vol. 1 at 199:20-200:19, 200:22-201:19, 200:22-201:19, 201:21-22, 201:24-202:06, 202:08-202:15, 202:17-22, 202:24-204:14, 204:16-204:19, 204:21-206:04, 206:06-13, 206:16-19. BP claimed that this conversation was part of BP's flow rate "privileged work stream." Hill Dep. Vol. 1 at 202:17-22, 202:24-203:25.

c.     On July 14, 2010, BP prepared a detailed plan for "Estimating the Flow Rate Range based on Well Integrity Data. That plan included contacting two universities to provide an "independent assessment of the estimated flow rate range" and an estimate to be prepared by Trevor Hill, Tim Lockett, and Farah Saidi. TREX-011224.0002; Hill Dep. Vol. 2 at 665:20-667:21; Phase 2 Tr. at 2192:10-2194:01 (Oct. 10, 2013 AM) (Blunt). BP

9

claimed those estimates were privileged and did not share them with the United States.
Hill Dep. Vol. 2 at 667:22-668:12, 668:14-23, 669:01-05.

        18.     Internal BP documents indicate a strong policy against sharing flow rate related information outside of BP, or even within BP except on a need-to-know basis. For instance:

a.     On May 4, 2010, BP presented its modeling approach and the assumptions it was using in that modeling to representatives from Exxon, in order to determine if BP's approach was reasonable.  BP's Vice President Mike Mason, however, instructed his team not to perform any flow rate calculations in the presence of the ExxonMobil representatives and not to share the results of their wellbore modeling with ExxonMobil representatives. Mason Dep. Vol. 1 at 93:06-19, 95:25-96:17, 96:19; Bishop Dep. Vol. 1 at 83:21-84:17, 268:15-270:15; TREX-009306.0002.

b.     On May 13, 2010, Mike Mason wrote to Jasper Peijis discussing a meeting the next day with two of the National Laboratory scientists "to see what they come up with for flow rates at different conditions." Mr. Mason stated that "unless pushed I am holding off with any other data until afterwards." TREX-009326.0001.

c.     On May 16, 2010, Trevor Hill requested information on the oil collection and flow rates measured from the riser insertion tube tool from Ms. Saidi. She responded: "Since the rates are confidential and I was told by [BP's] Mike Brown not to write anything about it, he advises to call Paul Tooms." Saidi Dep. Vol. 1 at 130:15-131:16, 132:23-133:03, 133:06-133:18, 133:20-22, 137:03-07, 137:9-10, 137:13-14; Saidi Dep. Vol. 2 at 405:03-

08, 405:12-16, 407:02-407:19, 408:02-14, 408:17-409:06, 410:02-06, 410:09, 410:16-23, 411:08-23; TREX-009474.0001.

d.    On May 17, 2010, BP's Adam Ballard[10] requested similar information, and BP's Vice President Richard Lynch[11] responded that "at this point we are not releasing any information that can be related to rate." Saidi Dep. Vol. 1 at 136:15-137:02; TREX-009475.0004.

e.    In the operation of the Top Kill, BP directed Halliburton that it was not to release the Top Kill data to anybody other than BP. Vargo Dep. at 34:02-08, 35:18-22; 36:04-09; 41:11-16; 42:18-21.

f.    On May 27, 2010, Paul Tooms issued an instruction "to put a limit on the people outside the circle of trust getting the data" regarding the analysis of Top Kill. TREX-009164.0001; *see also* TREX-009164.0002 ("provide NO data access to anyone" and "NO ONE is to get the data files from the Top Kill." (emphasis original)).

### C.    BP Lied About Flow Rate During the Response

19.    In addition to both its reluctance to measure flow and its even greater reluctance to share flow-rate information, BP has been convicted of making false statements regarding flow rate information. On November 15, 2012, BP pled guilty to lying to Congress regarding the flow rate. *See* Guilty Plea Agreement, Rec. Doc. 2-1, *United States v. BP*

---

[10] In addition to serving as an expert witness for BP/Anadarko during the Source Control Segment of the Phase 2 Trial, Dr. Ballard is employed as the Engineering Team Lead for BP's Thunder Horse facility. Ballard Dep. Vol. 1 at 15:01-16:07. During the response, Dr. Ballard assisted in doing calculations and supporting the containment disposal project including containment through the Helix Producer I. Ballard Dep. Vol. 1 at 27:20-27:21, 27:24-28:04, 28:08-28:09, 28:16-28:19, 28:22, 29:08-29:10, 29:13-29:20, 29:23-30:02, 30:06-30:09, 30:12-30:15, 30:18-30:21.

[11] At the time of the explosion, Richard Lynch was Vice-President of Drilling and Completions for the Central Developments Organization. In late April 2010, he took on the role of near-term containment lead for the ongoing spill from BP/Anadarko's well. Lynch Dep. Vol. 1 at 11:14-12:10.

*Exploration and Production, Inc.*, 2:12-cr-00292-SV-DEK (Nov. 15, 2012). In the Plea

agreement, BP agreed that the United States could prove the following facts, among others,

beyond a reasonable doubt:

a.      "BP, through a former vice president, withheld information and documents related to

multiple flow rate estimates prepared by BP engineers that showed flow rates far higher

than 5,000 BOPD, including as high as 96,000 BOPD." *Id.*

b.      "BP falsely suggested, in its May 24, 2010 letter, that the Unified Command's flow rate

estimate of 5,000 barrels per day ('BOPD') was the 'most scientifically informed

judgment' and that subsequent flow rate estimates had 'yielded consistent results.' In

fact, as set forth above, BP had multiple internal documents with flow rate estimates that

were significantly greater than 5,000 BOPD that it did not share with the Unified

Command." TREX-010347.0017; *see also* TREX-008865.0001 (stating concern with

relying on a on a flow rate estimate of 5000 stock tank barrels per day "which has little if

no origin" and noting that "[f]rom all the different ways we have looked at flow rate, 5

mbd would appear to err on the low side."); TREX-003220.0001 (Mike Mason warning

Andy Inglis that BP "should be very cautious standing behind a stock tank barrels per day

figure as our modeling shows that this well could be making anything up to ~100,000

stock tank barrels per day depending on a number of unknown variables. . . ."); Mason

Dep. Vol. 1 at 118:10-15 (recounting instruction not to put flow rate information in an

email), 321:01-12 (recounting concern by Mr. Peijis regarding the "big number," *i.e.* the

100,000 stock tank barrels per day estimate), 322:08-23 (stating that Mr. Mason asked to

speak to Mr. Inglis about the email, but he was not allowed to do so); Barnett Dep. at

257:07-15 (Rule 30(b)(6) designee stating that that Wild Well Control, one of BP's

contractors working on the response, was not aware of any analysis in April or May 2010

that indicated that 5,000 barrels was the most likely flow rate estimate); *see also infra*

¶¶ 50, 58-9 (discussing conflicting flow rate estimates).

## IV.   BP's Internal Calculations and the United States' Calculations both Show that the Flow Rate on the Last Day Was Approximately 53,000 Barrels per Day

20.   Having ascertained the prolific nature of the reservoir, that flow rate was

important to well kill efforts, that BP in fact calculated flow rate while concealing its efforts to

do so and lying about the results, the next step in determining the most credible estimate of the

cumulative volume of oil released is to assess estimates of flow made while the well was

flowing. As demonstrated below, these estimates were used by both the United States and

BP/Anadarko as benchmarks and starting points for determining the cumulative volume of oil

released. As will be shown in this section, the most reliable group of such estimates comprises

the various efforts to estimate the flow rate after the capping stack was installed.

### A.   The Context for the Estimates of Last Day Flow Demonstrates the Reliability of Such Estimates

#### i.   The National Laboratories Served as Advisors to the Decision Makers During the Response, Giving their Scientists a Strong Basis for Calculating the Last Day Flow Rate

21.   To understand the capping stack estimates developed during the response,

it is important to understand the role of the National Laboratories. The Sandia National

13

Laboratories are national security laboratories, meaning their work revolves around issues important to the nation's security. Phase 2 Tr. at 1274:02-07 (Oct. 7, 2013 AM) (Hunter).[12]

a.   In addition to providing work on nuclear weapons and security, the Sandia National Laboratories have a number of other programs including the development and security of fossil energy sources. Phase 2 Tr. at 1274:10-25 (Oct. 7, 2013 AM) (Hunter). Sandia National Laboratories also have a history of responding to national emergencies to provide scientific and engineering support. Phase 2 Tr. at 1275:01-16 (Oct. 7, 2013 AM) (Hunter).

b.   Sandia National Laboratories have a deep tradition of providing independent, objective technical opinions on matters critical to national security. This independence is protected by law. Phase 2 Tr. at 1277:04-21 (Oct. 7, 2013 AM) (Hunter); Hunter Dep. Vol. 2 at 668:21-670:02.

22.   Sandia National Laboratories became involved in the response to BP/Anadarko's leaking well in early May 2010. Phase 2 Tr. at 1279:03-1280:01 (Oct. 7, 2013 AM) (Hunter). The National Laboratories made engineers available to BP to solve whatever technical questions BP posed. Phase 2 Tr. at 1280:02-1281:07 (Oct. 7, 2013 AM) (Hunter); Mason Dep. Vol. 1 at 98:05-08. Frequently, BP representatives would reach out directly to Dr. Hunter to gauge his response to various technical proposals before proceeding to discuss them with other decision-makers. Phase 2 Tr. at 1286:12-25 (Oct. 7, 2013 AM) (Hunter).

---

[12] Dr. Thomas Hunter, at the outset of the spill, was the Director of the Sandia National Laboratories. Phase 2 Tr. at 1273:15-23 (Oct. 7, 2013 AM) (Hunter). Dr. Hunter retired on July 9, 2013, but continued to work on the response on a volunteer basis until the well was shut in and the response transitioned away from well control.  Phase 2 Tr. at 1273:21-23, 1302:25-1303:05 (Oct. 7, 2013 AM) (Hunter); Hunter Dep. Vol. 1 at 22:18-22:25.  Dr. Hunter holds advanced degrees in mechanical and nuclear engineering. Phase 2 Tr. at 1274:17-1276:11 (Oct. 7, 2013) (Hunter); Hunter Dep. Vol. 1 at 18:17-19:06.

23.     In mid-May 2010, BP specifically requested technical assistance from the Science Team to look at how to model flow through various hypothetical flow paths in the well. BP recognized that the National Laboratories had this expertise and believed that their work would be helpful to the response. Phase 2 Tr. at 1281:10-1282:24 (Oct. 7, 2013 AM) (Hunter); TREX-009916.0003, .0004.

24.     Dr. Ron Dykhuizen was the first Sandia National Laboratories engineer tapped to perform the flow modeling work because of his understanding of fluid flow in theoretical terms and his ability to generate information in practical terms in ways that would be helpful to decision-making. Phase 2 Tr. at 1282:25-1283:24 (Oct. 7, 2013 AM) (Hunter); *see also infra* ¶ 101 (discussing Dr. Dykhuizen's educational and work background).

25.     Dr. Stewart Griffiths was another Sandia National Laboratories engineer brought on later in the response to look at flow questions. Dr. Griffiths, at the time he retired, was a senior scientist, one of the highest-ranking technical positions at the Laboratories. Phase 2 Tr. at 1284:01-19 (Oct. 7, 2013 AM) (Hunter); *see also infra* ¶ 108 (discussing Dr. Griffiths's educational and work background).

26.     Although the National Laboratories' initial role was simply to be on hand to assist BP as requested, eventually they formed a "Science Team" to interact with BP on technical questions and provide technical advice to government decision-makers. Phase 2 Tr. at 1284:20-1285:22 (Oct. 7, 2013 AM) (Hunter).   Dr. Hunter and Secretary of Energy Dr. Steven Chu co-led the Science Team. Phase 2 Tr. at 1274:17-1276:11 (Oct. 7, 2013 AM) (Hunter); Hunter Dep. Vol. 1 at 18:17-19:06. Dr. Hunter's role on the Science Team was to coordinate the discussions and moderate interactions so they could end up with advice for the National Incident

15

Command. Hunter Dep. Vol. 1 at 28:02-10. After the first of June, every major Source Control

decision required the Science Team to render a technical judgment and pass it on to the National

Incident Commander. Phase 2 Tr. at 1286:08-11 (Oct. 7, 2013 AM) (Hunter).

        27.    The engineers on the Science Team were respected by both the Unified

Area Command and BP.

a.    According to Dr. Hunter, the engineers who made up the Science Team, including Dr.

      Dykhuizen, and were involved in flow rate calculations were extremely competent,

      dedicated to national service, and committed to getting the job done. Hunter Dep. Vol. 1

      at 124:14-17, 124:19-125:05; Hunter Dep. Vol. 2 at 444:16-24, 445:01-06.

b.    Similarly, BP's Vice President of Base Management at the time of the spill, Mike Mason,

      described the engineers from the National Laboratories as "a terrific group of people …

      trying to support [BP]," who BP could call on, even if BP "needed to talk to them at

      10:00 o'clock at night." Mason Dep. Vol. 1 at 14:03-8, 92:15-19, 92:21-93:04. In fact,

      Mr. Mason referred to them as the "nation's top scientists." TREX-009326.0001.

c.    In the same vein, BP's Flow Assurance Technical Authority Trevor Hill had no

      complaints about working with the National Laboratory engineers during the response

      and believed that they were cooperative and working hard with BP to try to respond to

      and stop the blowout. Hill Dep. Vol. 1 at 53:09-11, 53:19-54:05, 54:18-55:02, 55:06-07.

        **ii.**    **The Installation and Closure of the Capping Stack and Measurement of Collection Rates Provide Important Inputs to Flow Rate Estimates**

        28.    BP/Anadarko's well finally stopped leaking when the capping stack was

installed and its valves were closed. Because this event produced significant information relevant

to flow rate, it is important to understand some facts related to the installation and closure of the capping stack. The capping stack can be represented in the following simplified form:



D-21011.2.

29.   A brief summary of the installation of the capping stack follows:

a.   BP removed the Top Hat from the well on July 10, 2010 to prepare for the installation of the capping stack. Rec. Doc. 7076 at 16 ¶ 121.

b.   On July 11-12, 2010 the Unified Area Command approved the procedures to shut in the well and ensure well integrity. Rec. Doc. 7076 at 16 ¶ 126.

c.   BP lowered the capping stack onto the transition spool that attached it to the blow-out preventer ("BOP") on July 12, 2010 and collection of hydrocarbons was restarted. Rec. Doc. 7076 at 16 ¶¶ 127, 129.

d.   On July 14, 2010, when BP began to shut in the capping stack, there were periods in which oil was collected from the choke line and periods when collection occurred from the kill line.  On July 15, 2013, oil was collected from the BOP during four one-hour periods. TREX-011485R.0014. Finally, on that same day, the choke valve was closed, shutting in the well. Rec. Doc. 7076 at 16 ¶¶ 133-137.

17

e.      The closure of the entire flow occurred in a series of steps. The choke valve on the

capping stack was closed gradually to allow close monitoring of pressures during shut-

in." Phase 2 Tr. at 1372:07-14 (Oct. 7, 2013 PM) (Dykhuizen). In all, the choke valve

was closed in fifteen increments. TREX-011485R.0013.

30.     The installation of the capping stack provided important pressure data that,

as shown below, constituted inputs into flow rate estimates for the final day of flow.

a.      Even before the capping stack was installed, BP devised a pressure management system

that it relied on for a series of source control operations, including Top Kill, the well

integrity test, and the ultimate cementing of the well. Gochnour Dep. Vol. 1 at 183:21-

184:13, 187:20-188:09; TREX-008668.0004.

b.      BP did everything it could to make its pressure monitoring system as accurate as it could

be. Gochnour Dep. Vol. 1 at 213:13-15, 213:18-20. The pressure management system

was the "eyes and ears for what was happening in the well." TREX-008671.0008.

c.      The pressure gauges on the Capping Stack were extremely accurate. In BP/Anadarko

expert Dr. Trusler's experience, the type of pressure gauge that was installed on the

capping stack – PT-3K-2 – is "trustworthy," "extremely high quality," "very reliable,"

and "approaching the best obtainable." Trusler Dep. at 35:08-36:02, 36:04. In Dr.

Trusler's view, the expected accuracy was within plus or minus 15 psi. Trusler Dep. at

32:07-10, 32:12-16, 49:06-10.

31.     After the installation of the capping stack, another important set of data

became available: measured flow rates.

18

a.    Stephen Carmichael, a BP production engineer at the time of the response, was responsible for managing the oil and gas collection systems for the three collection vessels -- the Discoverer Enterprise, the Q4000, and the Helix Producer – and reporting the volumes of oil and gas collected. Carmichael Dep. Vol. 1 at 14:17-15:23, 16:17-23, 26:1-4, 26:07-11, 28:04-06; TREX-010133.0001-.0002; TREX-010134.0003. He assisted those working offshore to maximize the oil recovery. Carmichael Dep. Vol. 1 at 16:17-23.

b.    From mid-July 2010 on, BP engaged in a "reconciliation" of the collection numbers, an effort that continued into 2012. Carmichael Dep. Vol. 1 at 37:18-38:06, 69:06-09. This reconciliation effort involved obtaining updated numbers from Schlumberger subsequent to the shut-in of the well and ensuring that the numbers were accurate. Carmichael Dep. Vol. 1 at 37:18-38:06, 69:06-09; DeCoste Dep. at 41:23-42:03, 42:07, 42:15-43:24, 45:18-46:01, 49:12-50:06, 51:08-52:08, 52:25-56:13, 56:15-56:17, 58:15-58:21.

c.    TREX-009490, a spreadsheet from June 2012, contains the most up-to-date cumulative oil and gas rates for the Discoverer Enterprise, the Q4000, and the Helix Producer collection efforts calculated by BP. Carmichael Dep. Vol. 1 at 68:18-25, 69:06-19, 101:19-102:09, 102:13-25, 103:02-15, 114:25-118:19.

        **iii.**      **The Pressure and Flow Measurements During the Closure of the Capping Stack Were Used to Determine Whether it Was Safe to Keep the Well Closed and, therefore, Are Reliable Data**

        32.    The key question prior to the shut-in of the capping stack was whether the well would leak somewhere else following shut-in. Phase 2 Tr. at 1288:17-25 (Oct. 7, 2013 AM) (Hunter); TREX-011479.0001; Cook Dep. Vol. 1 at 250:06-22; Phase 2 Tr. at 2651:03-24,

2643:01-04 (Oct. 16, 2013 AM) (Merrill); Mason Dep. Vol. 1 at 79:16-19, 79:21, 90:20-99:04; *see also* TREX-009322.0006 (stating that the capping stack was rated to withstand the maximum shut-in pressure in the well that would not be sufficient to rupture the burst disks); Mason Dep. Vol. 1 at 129:11-23; 149:25-150:12 (stating flow rate estimates were used to identify whether the rupture disks had burst).

        33.    In order to answer this question of whether closing the capping stack would cause an uncontrollable breach in the formation, BP undertook a "well integrity test."

a.    BP performed modeling to try to predict shut-in pressures. For instance, Dr. Levitan performed well test analysis and pressure transient analysis. He used this modeling to estimate the shut-in wellhead pressure and to analyze the pressure data post-shut-in to determine whether the well had integrity. Levitan Dep. Vol. 1 at 27:24-40:25, 135:02-135:05, 135:07, 135:09-16, 135:18, 135:20-136:03; TREX-010916.0005; TREX-010791.0002, .0003.

b.    As part of the design of the well integrity test, the United States' Science Team developed criteria to determine whether, based on measured capping stack pressures, the well would be safe to leave shut in. Those criteria were developed from flow calculations performed by Dr. Dykhuizen. BP agreed to be bound by those criteria. Phase 2 Tr. at 1289:01-08, 1290:01-18 (Oct. 7, 2103 AM) (Hunter); TREX-141394.0004; *see also* Cook Dep. Vol. 1 at 263:12-14, 263:16-19.  These criteria were graphically represented as follows:



TREX-141394.0012.

c.      These criteria for keeping the well shut-in reflected the belief that high pressures

measured at shut-in were considered good news (because high pressures were consistent

with well integrity), while low pressures would mean bad news (because they could

indicate that there was a leak somewhere else in the system). This understanding was

repeated in numerous presentations during this period. Phase 2 Tr. at 1289:09-25 (Oct. 7,

2013 AM) (Hunter); TREX-141394.0011; Hill Dep. Vol. 1 at 24:08-19, 24:21-24, 25:01-

10, 25:12-15, 25:17-26:09, 26:11-24, 27:1-16, 27:19; Bishop Dep. Vol. 1 at 210:05-

211:04, 212:14-213:12, 229:17-230:12;[13] TREX-009319.0004-.0007;

TREX-009322.0007.

---

[13] Simon Bishop was the BP Rule 30(b)(6) designee on BP efforts to estimate reservoir depletion during
the response. Bishop Dep. Vol. 1 at 95:11-96:18. He was also the BP Rule 30(b)(6) designee on BP
efforts to estimate shut-in wellhead pressure during the response. Bishop Dep. Vol. 1 at 97:11-19.

**B.     BP Employees and Consultants, as Well as Government Experts Agreed Flow Could Be Reliably Estimated after the Capping Stack Was Installed**

34.     The existence of such carefully measured inputs provided an opportunity to estimate reliably the flow rate. BP Vice President Richard Lynch noted that flow rate could be directly calculated from data acquired during shut in, and this flow rate would be based on known diameters and pressure readings: "The well was flowing through with the BOP closed, and the capping stack shut in. At that time, we have set diameters, set pressure readings, straight calculation that determine flow. Once we went down to the single line and single choke, we did a step – step – if you will, a step rate of shut-in of the well through the choke. So each one of those, you had a corresponding choke value and a pressure, which is a direct calculation to flow rate." Lynch Dep. Vol. 1 at 371:23-372:10; Errata of Lynch Vol. 1 at 3; *accord* Ballard Dep. Vol. 2 at 536:25-538:09; Tooms Dep. Vol. 1 at 230:25-231:02, 243:07-12; Hill Dep. Vol. 2 at 675:21-676:12; Hill Dep. Vol. 1 at 245:01-07; Phase 2 Tr. at 1295:03-19, 1296:20-1297:03 (Oct. 7, 2013 AM) (Hunter).

35.     BP flow assurance engineer Tim Lockett further indicated that the flow rate estimates from shut in would be more accurate than earlier estimates. "I am aware of flow rate estimation that is connected with the act of closing in the well, and given that that is the best defined fluid and flow path, I would consider that work to be more likely to capture the flow rate from the well as it was on the 15th of July." Lockett Dep. Vol. 1 at 241:06-241:11; *accord* TREX-009254.0044 (installation of the capping stack would allow Add Energy to "more accurately define the hydrocarbon flow prior to the dynamic kill."); Rygg Dep. 171:19-172:17.

36.     BP/Anadarko Phase 2 expert Adrian Johnson agreed that there was sufficient evidence to estimate flow rate for July 15. Phase 2 Tr. at 3096:23-3097:03 (Oct. 17, 2013 PM) (Johnson).

**C.     Multiple Lines of Evidence Show that BP/Anadarko's Well Discharged Roughly 53,000 Barrels Per Day for the Mid-July 2010 Time Period**

**i.     Estimates By Both the United States and BP During the Response Ranged from 51,000-62,000 Barrels for the Mid-July Time Period.**

37.     Prior to installation of the capping stack, Dr. Hunter directed the Science Team to prepare to calculate flow based on the pressure data that would be gathered once the capping stack was installed. Phase 2 Tr. at 1296:20-1297:19 (Oct. 7, 2013 AM) (Hunter); TREX-011280.0001. Using that preparatory work and additional information BP provided during the shut-in, the Science Team used several different methods to estimate the flow rate. TREX-009576 (BP providing the capping stack geometry and drawings); TREX-009469 (BP providing the updated oil collection rate data); Hill Dep. Vol. 1 at 221:23-222:17, 223:10-224:01, 225:24-226:11, 226:14-18, 239:11-240:21, 244:22-245:07, 245:09-246:02, 246:04-07, 246:09-19, 246:21-247:01; TREX-011179 (providing information regarding BP's "k" factors).

38.     First, Dr. Hunter estimated the flow rate as approximately 56,200 stock tank barrels per day. TREX-009905.0002. Specifically:

a.     Once the capping stack was installed, Dr. Hunter noticed that there were two time periods when flow was exclusively through the kill line. During one period, there was collection to surface ships; during another period, there was no collection. Dr. Hunter used that opportunity to calculate flow rate based on the different pressure readings from both

periods. Phase 2 Tr. at 1297:20-1298:03 (Oct. 7, 2013 AM) (Hunter); Hunter Dep. Vol. 1 at 282:23-283:22; *see also* TREX-006196.0004.

b.    Dr. Hunter shared his calculation with Kent Wells, BP's representative interacting with government representatives and the public. Though Mr. Wells expressed disappointment that the flow rate was so high, he acknowledged that the calculation had some credibility. Phase 2 Tr. at 1298:04-21 (Oct. 7, 2103 AM) (Hunter).

c.    Dr. Hunter believed that the estimate of flow rate on the final day was known to better than ten percent accuracy. Phase 2 Tr. at 1346:03-10 (Oct. 7, 2013 PM) (Hunter); Hunter Dep. Vol. 1 at 326:13-327:13.

       39.    Second, the Science Team estimated that the flow rate on the final day was 53,000 stock tank barrels per day. *See* TREX-009361.0003. This team used a number of approaches to estimating flow rate for this time period, including one developed by Dr. Dykhuizen and presented at trial. Specifically:

a.    Dr. Dykhuizen conducted a three-pronged analysis to determine the flow rate after installation of the capping stack. In his "method 1," Dr. Dykhuizen used the pressure differences within the system (including the sea floor pressure of approximately 2,200 psi) and estimated resistances within the system – known as k factors – to calculate flow rates through the kill line. Phase 2 Tr. at 1370:06-1371:11 (Oct. 7, 2013 PM) (Dykhuizen); D-21102; TREX-011452.0004-.0009, .0026, .0033.

b.    In his "method 2" calculation, Dr. Dykhuizen used the pressure differences within the system and estimated k factors to estimate the flow through the choke line as it was being

24

closed. Phase 2 Tr. at 1372:15-1373:08 (Oct. 7, 2013 PM) (Dykhuizen); D-21103; TREX-011452.0004-.0009.

c.  In his "alternate method," Dr. Dykhuizen used the two sets of pressure and flow measurements – one set from the times when the flow through the capping stack was reduced because oil was being collected from the BOP and the other set from times when all the flow went through the capping stack. Using these differences, he was able to calculate the resistances in the system rather than rely upon the scientific literature for the k factors. Phase 2 Tr. at 1372:08-1373:17 (Oct. 7, 2013 PM) (Dykhuizen); D-21105; TREX-011452.0004-.0009.

d.  Dr. Dykhuizen then compared the results of his three methods and determined that the results were "very similar." Based on these three analyses, Dr. Dykhuizen estimated the flow rate on the last day to be 53,000 stock tank barrels per day. Phase 2 Tr. at 1373:18-1375:11; D-21106.

e.  The Science Team presented the results of its analyses, including Dr. Dykhuizen's estimate, to BP in late July, 2010, and BP did not present an alternate estimate. TREX-011452.0003.

f.  The Science Team was "very confident" in their estimate of flow rate through the capping stack. Havstad Dep. Vol. 1 at 321:17-322:01, 323:10-13, 323:16-22, 325:01-04.

40.  Third, BP also performed Capping Stack flow rate calculations using resistance coefficients or k factors. TREX-011179.0001; Hill Dep. Vol. 1 at 239:11-240:21, 244:22-245:07, 245:09-246:02, 246:04-07, 246:09-19, 246:21-247:01; D-21123. BP performed a number of different calculations including the following:

a.      On July 15, 2010, Adam Ballard calculated flow rates of 62,039 and 59,098. Ballard Dep. Vol. 2 at 556:03-556:24; TREX-009491.0002; D-21123. This estimate was based on pressure data from the capping stack and oil collection rates. Ballard Dep. Vol. 1 at 161:01-162:05. Dr. Ballard's method was similar to Dr. Dykhuizen's "alternate method." D-21123; Phase 2 Tr. 1387:21-23, 1389:01-06, 1394:21-1395:04 (Oct. 8, 2013 PM) (Dykhuizen).

b.      Shortly after July 15, 2010 at the request of Trevor Hill, Farah Saidi calculated a flow rate of 51,500 by using k factors and assuming a variety of flow rates and testing them through a trial and error process to see which flow rate would converge with the known pressure drop through the choke. TREX-009453.003-.008; TREX-010198; TREX-010654; D-21123; Lockett Dep. Vol. 1 at 263:03-264:22, 267:11-268:01; Saidi Dep. Vol. 1 at 177:06-09, 177:19-25, 188:08-22, 191:17-23, 192:01-02. The method used by Ms. Saidi to calculate this flow rate was similar to that used by United States experts Ronald Dykhuizen and Mohan Kelkar. Saidi Dep. Vol. 1 at 178:14-20, 179:09-14, 179:17-180:07, 180:18-181:13; TREX-011452.0004-.0010; TREX-011549R.0008-.0020.

c.      Shortly after July 15, 2010, Ms. Saidi used the shut-in pressures to verify the National Laboratories' flow rate prediction at 51,000-54,000 stock tank barrels per day. TREX-011191.0001; Hill Dep. Vol. 1 at 631:04-631:12, 635:04-635:24, 636:18-637:15.

d.      At approximately the same time, a member of Richard Lynch's team calculated a flow rate of 56,000 using the shut-in pressure data. Lynch Dep. Vol. 1 at 371:15-372:21; D-21123.

ii.      **Estimates for the Mid-July Period by the United States' Testifying Experts are Consistent with BP's and the National Laboratories' Calculations During the Response**

41.      At trial, the United States offered estimates of the flow through the capping stack performed by four of its testifying experts. First, Dr. Dykhuizen built on the work that he had done during the response and confirmed that with additional analysis he still estimated the flow of oil from the Macondo well on July 14 and 15, 2010 to be 53,000 stock tank barrels of oil per day. TREX-011452.0003; Phase 2 Tr. at 1375:12-16 (Oct. 7, 2013 PM) (Dykhuizen). Dr. Dykhuizen's additional analysis included:

a.      The Science Team had identified as a "potential source of uncertainty" that the team's calculations used single-phase flow resistance factors. TREX-009631.0029. Dr. Dykhuizen redid his calculations using multi-phase resistance factors and found "no significant change in the estimate . . . . In fact, the estimate *increased* by 4%." TREX-011452.0007 (emphasis in original); Phase 2 Tr. at 1375:17-1376:05 (Oct. 7, 2013 PM) (Dykhuizen); *accord* TREX-011549R.0008-.0017, .0036-.0040.

b.      The Science Team identified as another "potential source of uncertainty" the fact that the resistances used in their calculations were generally based upon experiments in which the geometry of the flow path was different than that in the capping stack. TREX-009361.0029; TREX-011452.0008; Phase 2 Tr. at 1375:06-20 (Oct. 7, 2013 PM) (Dykhuizen). In order to determine what impact this potential source of uncertainty had on his flow rate estimate, Dr. Dykhuizen reviewed the three-dimensional computational

27

fluid dynamics model performed by Dr. Bushnell[14] to determine whether his use of experimentally based resistance factors introduced significant error into his analysis. Phase 2 Tr. at 1380:17-25 (Oct. 7, 2013 PM) (Dykhuizen). The three-dimensional analysis placed each flow element in its exact position, or "at least as exact as" it could be based on available data and still generated a flow rate that was "very similar to" Dr. Dykhuizen's flow rate. Accordingly, Dr. Dykhuizen concluded that reliance on the literature was justified. Phase 2 Tr. at 1380:17-25 (Oct. 7, 2013 PM) (Dykhuizen); *accord* TREX-011549R.0008-.0017, .0036-.0040.

c.    Dr. Dykhuizen also explored the effect of the Science Team's use of a 180 degree Fahrenheit temperature for the flow because BP had suggested that the temperature of the flow was actually 200 to 220 degrees Fahrenheit.[15]  Dr. Dykhuizen recognized that using the temperature of 200 degrees would result in a decrease in his estimate of two percent. Using 220 degrees would result in a four percent reduction. TREX-011452.0008; *see also* TREX-006192.0004; *accord* TREX-011549R.0008-.0017, .0036-.0040.

d.    Dr. Dykhuizen also explored BP's contention that the Science Team failed to account for separation of the gas and oil phases during collection and therefore over-estimated the flow. TREX-006192.0003-.0004. Dr. Dykhuizen observed no trends in the gas-to-oil ratio in the data recorded during collection and therefore concluded that there was no significant selective collection of different phases of the oil. TREX-011452.0008-.0009.

---

[14] Dr. Nathan Bushnell was an expert retained by the United States but not called to testify because of the Court's limitation on the number of testifying experts. *See* Rec. Doc. 11624 at 5-6.

[15] BP was unsuccessful in obtaining an accurate temperature measurement of the fluid exiting the well. BP measured a fluid temperature in the plume above the BOP of 112 degrees Fahrenheit. *See, e.g.,* TREX-010366.0001 (record of temperature measurements reflecting measurement of "max temp in plume" on July 12-13, 2010 of 112 degrees Fahrenheit but noting "[r]eadings called 'suspect' at best).

e.      Because of the converging lines of evidence from various studies performed by other

experts, including Dr. Griffiths, Dr. Kelkar, Dr. Bushnell, Dr. Pooladi-Darvish, Ms. Saidi,

and Dr. Ballard, Dr. Dykhuizen stated that his uncertainty in his estimate had been

reduced. TREX-011452.0010.

42.      Second, Dr. Griffiths estimated that the well was discharging 55,000

barrels of oil per day just before the installation of the capping stack. TREX-011485R.0007-

.0008.

a.      Dr. Griffiths' shut-in flow rate calculations are based upon the difference between

reservoir pressure and measured BOP, capping stack, or ambient pressure and agree with

one another to within +/-3% over all fifteen steps of the capping stack choke closure. His

calculated capping stack pressures agree with the pressures measured by BP to within +/-

2.6% over all fifteen steps. TREX-011485R.0014.

b.      Dr. Griffiths' shut-in flow rate calculations agree with the measured rates within +/- 1.7%

for all four periods of oil collection on July 15, 2010. TREX-011485R.0014.

43.      BP's expert, Dr. Johnson, offered no criticism of the flow rate estimates

that Dr. Dykhuizen and Dr. Griffiths provided for flow rate on July 15, 2010. Phase 2 Tr. at

3096:23-3097:11 (Oct. 17 2013 PM) (Johnson).

44.      Third, using industry standard pipe flow software and technology, Dr.

Kelkar estimated that the well was discharging 54,000 barrels of oil per day through the fully

open choke line of the capping stack at the time of shut-in. Phase 2 Tr. at 1843:11-15, 1889:05-

13 (Oct. 9, 2013 AM) (Kelkar); TREX-011549R.0007, .0013-.0014. Dr. Kelkar also calculated

the flow rate at shut-in using data from the kill line and upstream pressure data and obtained

29

results consistent with his choke line estimates (approximately 53,000 stock tank barrels per day). TREX-011549R.0016-.0017; Phase 2 Tr. at 1843:11-15 (Oct. 9, 2013 AM) (Kelkar).

45.     Fourth, Dr. Pooladi-Darvish estimated that the flow out of the well on the final day was between 51,800-53,600 stock tank barrels per day. TREX-011653.0070. Dr. Pooladi-Darvish calculated this estimate using a series of equations that compared pressure changes during the time in which oil was being collected at the surface to the pressure changes during the time in which oil was not being collected. In this way, he was able to obtain estimates for the k factors in the capping stack and BOP and generate an estimate of flow on the final day. TREX-011653.0070.

## V.     Other Reliable Point Estimates Made by the United States and BP Support the Conclusion that the Cumulative Volume of Oil Released Was Approximately 5 Million Stock Tank Barrels

46.     The United States offered evidence of other estimates made of flow rate during certain points in the response.  The evidence shows that these reliable point estimates are consistent with the United States' cumulative estimates, but inconsistent with the estimate offered by BP's trial estimates of the total flow, including the number offered by BP/Anadarko's "primary testifying expert" Dr. Blunt.  *See, e.g.,* Phase 2 Tr. at 2280:25-2281:04 (Oct. 10, 2013 AM) (Blunt); D-23567B.

### A.     The Most Reliable Estimates Show that Flow at the Time of Top Kill Was Approximately 60,000 Stock Tank Barrels Per Day and No Less than 43,000

47.     As described during the Source Control phase of the trial, the Top Kill was an effort to close in the well using the injection of mud and junk into the well to overcome the upward flow of oil. The failed effort at Top Kill began on May 26, 2010 when BP began

pumping heavy drilling mud through the BOP's choke and kill lines. Rec. Doc. 7076 at 12 ¶ 77. In all, five additional attempts at Top Kill were made between May 26 and May 28, 2010, including the pumping of both drilling mud and bridging material into the well. Rec. Doc. 7076 at 12 ¶ 77-82.

48.     Dr. Dykhuizen calculated the flow rate at the time of Top Kill using a method very similar to his "alternate method" of calculating flow rates through the capping stack and similar to BP expert Dr. Ballard's method for calculating flow rates through the capping stack. Phase 2 Tr. at 1394:21-1395:04 (Oct. 7, 2013 PM) (Dykhuizen); *see supra* ¶ 39. Using this methodology, Dr. Dykhuizen showed that flow rates at the time of Top Kill were greater than 60,000 stock tank barrels per day. TREX-011452.0011; D-21118. Dr. Dykhuizen also determined that 43,000 stock tank barrels per day represented a "very hard" lower bound for the Top Kill period, based on a very conservative assumption (zero oil flowing from the well). Phase 2 Tr. at 1393:14-19 (Oct. 7, 2013 PM) (Dykhuizen); D-21117; TREX-011452.0014-.0016.

49.     Though he challenged Dr. Dykhuizen's "hard" lower bound estimate, BP/Anadarko's trial expert Dr. Johnson did not challenge Dr. Dykhuizen's best estimate of approximately 60,000 stock tank barrels per day for the Top Kill period. Phase 2 Tr. at 3097:12-3098:03 (Oct. 17, 2013 PM) (Johnson); TREX-011488.0043 ("I present the examination of the errors Dr. Dykhuizen committed in his calculation *of a lower bound flow rate* from data at the time of the final Top Kill attempt.").

50.     BP made a similar estimate for the Top Kill time period. Specifically:

a.      In June 2010, BP flow assurance engineer Tim Lockett conducted modeling using the OLGA transient multi-phase flow software. Lockett Dep. Vol. 1 at 203:10-21, 218:03-

31

220:03. Dr. Lockett modeled flow through the drill pipe and the production casing annulus. Lockett Dep. Vol. 1 at 206:20-25, 223:04-23; TREX-010652.0002; TREX-009452.0002-.0003.

b.  By May 31, 2010, it was believed that the flow path was inside the casing. TREX-007270.0007. This fact was confirmed after the well was shut in and is not contested by any party. *See infra* ¶ 61. Therefore, Dr. Lockett's modeling reflected the flow path that was actually occurring during the Top Kill.

c.  Based on his modeling, Dr. Lockett concluded that the flow rate at the time of Top Kill was between 44,000 and 77,000 stock tank barrels per day.[16] Lockett Dep. at 207:01-09, 207:10-15, 207:18-210:11, 210:13-211:05; TREX-010652.0006-.0008.

51.  Flow rates of 60,000 stock tank barrels per day during the Top Kill period are consistent with the flow rates used by several of the United States' experts to estimate the cumulative volume of oil released. *See, e.g.,* Phase 2 Tr. at 1500:15-1503:16 (Oct. 7, 2013 PM) (Dykhuizen); D-21160.

**B.  The Most Reliable Estimates Show that the Flow During the Time the Top Hat Was Approximately 60,000 Stock Tank Barrels Per Day and No Less than 43,000**

52.  After the failure of Top Kill, on June 1, 2010, BP began preparation for the installation of the Top Hat. Rec. Doc. 7076 at 13 ¶ 86. Top Hat No. 4 was eventually installed on June 3, 2010. Rec. Doc. 7076 at Page 13 ¶ 91.

a.  The Top Hat remained in place between June 3 and July 10, 2010. Phase 2 Tr. at 1401:06-08 (Oct. 7, 2013 PM) (Dykhuizen); Rec. Doc. 7076 at 13 ¶ 91, 16 ¶ 121.

---

[16] Dr. Lockett performed additional modeling that came up with a more precise estimate within that range, but had not reported that result and could not remember it at his deposition. Lockett Dep. Vol. 1 at 228:25-231:15.

b.      The Top Hat was designed to and did collect some of the oil and pipe it to collection

ships at the surface. Phase 2 Tr. at 1403:23-1405:02 (Oct. 7, 2013 PM) (Dykhuizen). As

discussed above, once collected, the oil was carefully measured by BP. *See supra* ¶ 31.

c.      In addition, the Top Hat was designed with a rubber skirt around the bottom that was

supposed to seal it against the well. The skirt, however, was damaged during installation

and did not form a good seal against the well. Phase 2 Tr. at 1402:16-22 (Oct. 7, 2013

PM) (Dykhuizen); TREX-011452.0017-.0019.

d.      In addition, in order to keep the Top Hat in place, four vents were placed in the top of the

device to allow oil to escape when necessary to adjust the pressure within the device.

Phase 2 Tr. at 1402:23-1403:03 (Oct. 7, 2103 PM) (Dykhuizen).



e.      The Top Hat can be represented in simplified form by the following:

D-21006.2.

f.      Though the Top Hat was initially installed without a pressure gauge, an analog gauge was

later installed. Phase 2 Tr. at 1401:14-18 (Oct. 7, 2013 PM) (Dykhuizen);

TREX-011452.0017-.0018.

33

53.     As soon as the pressure gauge was installed on the Top Hat, Dr.

Dykhuizen and other National Laboratory scientists developed estimates of the flow rate during

the time period in which the Top Hat was in place. Phase 2 Tr. at 1401:09-20 (Oct. 7, 2013 PM)

(Dykhuizen); TREX-011452.0072-.0100.

54.     Estimates of the Top Hat flow rate had to account for all three flow paths:

oil collected through the top, flow through the three open vents, and flow escaping from under

the skirt. TREX-011452.0016-.0017; Phase 2 Tr. at 3098:09-17, 3099:17-20 (Oct. 17, 2013 PM)

(Johnson).

55.     During the response, Dr. Dykhuizen and his colleagues at the National

Laboratories prepared a lower bound flow rate estimate during the Top Hat 4 period of 43,000

stock tank barrels day. Phase 2 Tr. at 1403:21-1405:07 (Oct. 7, 2013 PM) (Dykhuizen);

D-21109; TREX-011452.0011; TREX-011452.0072-.0100. He also prepared a best estimate of

flow rate during the Top Hat 4 period of approximately 60,000 stock tank barrels per day. Phase

2 Tr. at 1405:08-1406:08 (Oct. 7, 2013 PM) (Dykhuizen); D-21110; TREX-011452.0017.

a.      For both his lower bound and best estimates, Dr. Dykhuizen estimated the flow through

        all three paths and added them together. TREX-011452.0016-.0019.

b.      To estimate the flow out of the skirt for his best estimate, Dr. Dykhuizen relied on the

        fact that when collection from the Top Hat changed by 10,000-15,000 stock tank barrels

        per day, the change could not be detected from visual observation of the skirt flow. Phase

        2 Tr. at 1294:01-09 (Oct. 7, 2013 AM) (Hunter); Hunter Dep. Vol. 1 at 262:16-263:03;

        Chu Dep. at 92:15-19, 92:21-93:18, 95:06-07, 95:13-96:05, 95:13-97:03, 97:09-97:14.

        The fact that a 10,000-15,000 stock tank barrel change in flow could not be visually

34

detected implied that the collection rate was small compared to the skirt flow.  Therefore, Dr. Dykhuizen concluded the flow coming out of the skirt must be on the order of 15,000 to 20,000 stock tank barrels per day. Phase 2 Tr. at 1405:10-1406:08 (Oct. 7, 2013 PM) (Dykhuizen); TREX-011452.0018; D-21110.

c.      To obtain a lower bound, Dr. Dykhuizen assumed *zero* flow from the skirt (the most uncertain estimate). Because there was always flow of oil from below the Top Hat 4 skirt, 43,000 stock tank barrels per day is a conservative lower bound estimate of the flow rate during the Top Hat period. Phase 2 Tr. at 1405:03-07 (Oct. 7, 2013 PM) (Dykhuizen); D-21109; TREX-011452.0018.

d.      Dr. Dykhuizen estimated the flow out through the vents using a method very similar to that used to estimate flow during the capping stack period. Using the known geometry and pressure readings from the gauge on the Top Hat, Dr. Dykhuizen estimated the lower bound of the flow rate through the vent as 18,000 stock tank barrels per day. Phase 2 Tr. at 1404:07-14 (Oct. 7, 2013 PM) (Dykhuizen); D-21109; TREX-011452.0018.

e.      Dr. Hunter agreed with Dr. Dykhuizen's calculations of flow through the Top Hat at 60,000 stock tank barrels per day. TREX-009926.0001.

f.      Dr. Dykhuizen shared his calculations with BP during June 2010 and no one from BP expressed any disagreement with the calculations. Phase 2 Tr. at 1401:19-23 (Oct. 7, 2013 PM) (Dykhuizen).

g.      Dr. Dykhuizen's Top Hat flow rate estimate was used during the response in planning the capacity of the containment system BP was putting in place. Phase 2 Tr. at 1293:06-15 (Oct. 7, 2013 AM) (Hunter).

h.      Similarly, BP agreed to arrange for containment options that would cover 60,000 to

80,000 barrels. TREX-140797N.0012; Phase 2 Tr. 680:17-681:10 (Oct. 2, 2013 AM)

(Dupree). Bringing on more ships to increase containment capacity came with a cost:

increased complexity and risk of accident at the surface. *See* Phase 2 Tr. at 681:11-19

(Oct. 2, 2013 AM) (Dupree); TREX-140797N.0010 (Mid-June SIM OPS);

TREX-140797N.0012 (Mid-July Onward SIM OPS). BP had refused to allow other

activities that it thought would we no increase the risk. Phase 2 Tr. at 674: 6-21 (Oct. 2,

2013 AM) (Dupree). But the company agreed to increase its containment, suggesting that

it knew the flow rate was in that ballpark.

56.      Dr. Dykhuizen performed additional Top Hat 4 flow rate calculations as

part of his expert work. These calculations were performed in a more conservative manner.

Phase 2 Tr. at 1401:25-1402:03 (Oct. 7, 2013 PM) (Hunter). For instance, Dr. Dykhuizen used a

lower limit of the pressure differential for the Top Hat based on the minimum amount of pressure

needed to prevent that Top Hat from pulling in seawater. Phase 2 Tr. at 1402:04-1403:08 (Oct. 7,

2013 PM) (Dykhuizen); D-21109; TREX-011452.0018.  This lower pressure measurement of

accounted for the uncertainty associated with relying upon an analog gauge being read through

videos taken by remote operating vehicles. Phase 2 Tr. at 1403:14-20 (Oct. 7, 2013 PM)

(Dykhuizen). The use of the lower pressure results in a lower, and therefore more conservative,

estimate of flow through the Top Hat 4 vents. Phase 2 Tr. at 1403:14-20 (Oct. 7, 2013 PM)

(Dykhuizen); D-21109; TREX-011452.0018.

57.      BP's challenges to Dr. Dykhuizen's calculations for flow during the Top

Hat period, offered through Dr. Johnson, are insufficient to undermine the estimate.

a.     Dr. Johnson did not criticize Dr. Dykhuizen's vent flow calculation, and Dr. Johnson agreed that there were two weeks of collection at approximately 25,000 stock tank barrels per day. Phase 2 Tr. at 3098:18-3099:16 (Oct. 17, 2013 PM) (Johnson).

b.     Dr. Johnson calculated a skirt flow of approximately 30,000 stock tank barrels per day based on assumptions Dr. Dykhuizen made. Phase 2 Tr. at 3100:08-18 (Oct. 17, 2013 PM) (Johnson).

c.     Dr. Johnson initially made an error in his Top Hat skirt flow calculations: he originally calculated skirt flow rates of about 2,000 stock tank barrels per day and later corrected those calculations to about 30,000 stock tank barrels per day. Phase 2 Tr. at 3099:22-3100:18 (Oct. 17, 2013 PM) (Johnson); TREX-011488.0041-0042 (presenting admittedly incorrect analysis). He nonetheless testified that change did not affect his overall conclusion about the skirt flow rate. Phase 2 Tr. at 3088:22-3089:15 (Oct. 17, 2013 PM) (Johnson).

d.     Even if Dr. Johnson's calculation is too high by a factor of two, the total Top Hat flow rate remains close to 60,000 stock tank barrels per day. Phase 2 Tr. at 3101:22-3102:08 (Oct. 17, 2013 PM) (Johnson).

    **C.     BP's Various Other Point Estimates During the Response Support a Conclusion that 5 Million Stock Tank Barrels of Oil Were Released**

        **i.     BP's Contractor Add Energy Provided Flow Rate Estimates of about 55,000 Stock Tank Barrels Per Day**

        58.     Add Energy was retained by BP to, among other things, model, predict, simulate, or estimate: inflow performance curves, a productivity index, and the quantity of hydrocarbons discharged from the Macondo Well. Rygg Dep. at 15:20-18:23. Dr. Ole Rygg is a

Senior Vice-President of Add Energy, and Managing Director of Add Energy's subsidiary Add Wellflow. Rygg Dep. at 31:15-25.

59.     Dr. Rygg and Add Energy used OLGA in their work for BP responding to the Macondo blowout. Rygg Dep. at 34:25-35:07. OLGA is a state of the art multi-phase flow simulator that has been subject to an ongoing validation since 1979 and is used by a majority of the oil and service companies for multi-phase flow predictions. Rygg Dep. at 33:07-25, 34:01-24, 40:11-20; TREX-009238.0003-.0004; Lockett Dep. Vol. 1 at 40:16-41:07. Dr. Rygg had a key role in developing OLGA. Rygg Dep. at 33:04-06. According to Dr. Rygg, given correct inputs, the OLGA model predicts correct flow rates. Rygg Dep. at 67:21-25, 68:02-04, 104:14-21, 104:23-105:01.

60.     Using OLGA, Dr. Rygg performed flow rate modeling for BP's Top Kill and Dynamic Kill/Relief Well efforts. Rygg Dep. at 61:02-11. Dr. Rygg also performed modeling to assist in BP's flow rate estimation efforts and provided this information to BP engineer Doug Wood who was working on flow rate estimation for BP. TREX-009249; Rygg Dep. at 144:07-145:16.

61.     By May 10, 2010, using data provided by BP and OLGA, Dr. Rygg calculated a flow rate up the production casing of 55,000 barrels per day. TREX-009241; Rygg Dep. at 67:12-20, 73:22-74:08, 76:02-77:19, 96:07-98:16, 173:14-25, 219:16-220:02, 274:05-276:19; TREX-009260. BP subsequently confirmed that the flow was, in fact, up the production casing. Rygg Dep. at 150:16-151:09; TREX-009257; TREX-009260; TREX-009266; TREX-009267.

62.     Dr. Rygg expected that BP was providing him with accurate inputs for his OLGA modeling and under BP's contract with Add Energy, BP was required to provide accurate information. Rygg Dep. at 68:14-24.

63.     In a separate calculation on May 10, 2010, Dr. Rygg told BP that the flow rate from the end of the riser on the seabed could be in the order of 40,000 barrels per day. TREX-008866; TREX-010798.0001 ("I do not think it can be ruled out that the flow out at seabed is in the order of 40 000 stock tank barrels per day."). This flow out the riser end would be in addition to the flow from the riser kink holes, which BP's Tim Lockett estimates to be flowing about 11,600 barrels per day. Lockett Dep. at 195:02-196:15, 196:18-197:01, 197:03-16; TREX-010650.0001.

### ii.     Wild Well Control Generated Estimates Consistent with those of Add Energy

64.     BP's contractor, Wild Well Control, was involved in various source control operations, including Top Kill, the planned (but not executed) dynamic kill through the relief well, and the static kill that ultimately killed the well. Barnett Dep. Vol. 1 at 25:04-20. In connection with dynamic kill, Wild Well Control conducted modeling to compare the results they achieved with their in-house software, OLGA-ABC, with the results Add Energy achieved with OLGA-Well Kill. Barnett Dep. Vol. 1 at 27:05-27:12.

65.     On April 26, 2010 BP provided Wild Well Control with OLGA-ABC modeling results dated April 22 that showed estimated flow rates of up to 146,000 up the casing string and 69,500 up the annulus. TREX-010488; Barnett Dep. Vol. 1 at 55:05-24, 58:09-59:06. Modeling results sent by Wild Well Control back to BP on April 29 showed similar results.

TREX-010489; Barnett Dep. Vol. 1 at 60:03-61:08. A May 5 draft planning document for

dynamic kill -- the Intercept & Kill Operations Plan -- utilized the same flow rates, and Barbara

Lasley of BP told the recipients of the email not to forward the draft Plan to anyone not on the

distribution list. TREX-009935; Barnett Dep. Vol. 1 at 69:20-70:11, 71:25-72:21.

       66.     In May 2010, BP conducted "calibration" modeling with two different

programs using an assumed flow path, OLGA-ABC, which modeled a flow rate of 53,500 stock

tank barrels per day and OLGA-Well Kill, which modeled a flow rate of 38,000. After this

calibration was conducted, it was decided that Add Energy, using Olga-Well Kill, would serve as

the "primary source of simulation data for this estimation." TREX-009240.0001; *see also*

TREX-010491; Barnett Dep. at 78:06-15. The subsequent estimation modeled nine scenarios and

produced flow rate estimates ranging from 37,000 stock tank barrels per day to 87,000 stock tank

barrels per day. The scenarios varied based on flow path assumed and the presence or absence of

restrictions. TREX-009240.0002; Barnett Dep. Vol. 1 at 259:21-23, 260:1-20;

TREX-009159.0001; TREX-009243.0005-.0006, .0021; D-23885; TREX-010603;

TREX-009266.0002; Rygg Dep. 53:21-54:09; Phase 2 Tr. at 946:06-24 (Oct. 2, 2013 PM)

(Ballard). Because some of these scenarios included restrictions, they were not worst case

discharge estimates. Barnett Dep. Vol. 1 at 259:21-261:07.

      **iii.**      **BP's Other Point Estimates Show Rates Consistent with the United
States' Point Estimates**

       67.     On approximately April 27, 2010, at the request of Trevor Hill, Ms. Saidi

modeled the size of the orifice necessary to allow a flow rate of 10,000 stock tank barrels per

day, and determined that an equivalent orifice diameter of just .59 inches (roughly 10% of the

inner diameter of the drill pipe) was necessary. Saidi Dep. Vol. 1 at 87:05-88:19, 393:07-394:16, 396:16-398:06; TREX-009439.0001.

68.     As early as April 28, 2010 BP flow rate modeler Trevor Hill calculated that the flow rate would be 65,171 stock tank barrels per day if the orifice size was 5 inches in diameter and the wellhead flowing pressure was 4,179 psi, or 58,284 stock tank barrels per day if the orifice size was 2 inches in diameter and the wellhead flowing pressure was 4,984 psi. TREX-005063.0005.

69.     In preparing a report submitted to BP on May 1, 2010, during the response, BP's contractor Stress Engineering assumed that the flow rate was either 70,000 bpd or 35,000 bpd. TREX-010091.0010, .0016.

70.     On May 2, 2010, at the direction of BP's Mike Mason, Farah Saidi modeled different reservoir scenarios indicating flows of over 51,000 stock tank barrels per day. Saidi Dep. Vol. 1 at 111:01-14, 112:04-11, 112:18-25, 114:15-18, 114:21-24, 115:02-04, 115:07-9, 115:12; TREX-010185.

71.     When BP's modelers modeled flow through various flow paths in May 2010, their models showed greater flow was possible through the annular space between the drill pipe and production casing than was possible through the drill pipe. Bishop Dep. Vol. 1 at 251:08-25, 256:13-16, 453:12-454:17; TREX-009325.0048. Assuming flow up the drill pipe alone, the maximum flow rate calculated by BP's modelers during the response was 34,717 stock tank barrels per day. Bishop Dep. Vol. 1 at 251:08-25, 256:13-16; Bishop Dep. Vol. 2 at 453:12-454:17; TREX-009325.0048. Assuming flow up the backside of the drill pipe alone, the maximum flow rate calculated by BP's modelers during the response was 82,088 stock tank

barrels per day. Bishop Dep. Vol. 1 at 251:08-25, 256:13-16; Bishop Dep. Vol. 2 at 453:12-454:17; TREX-009325.0048.

72.    In June 2010, the flow rate estimates that were being used in planning for the dynamic kill were 43,000 stock tank barrels per day if the flow was through the annulus, 63,000 if the flow was up the production casing, and 87,000 if the flow was both through the annulus and up the production casing. TREX-010603.0002; Barnett Dep. Vol. 1 at 132:24-133:10.

73.    In planning for the hydraulic kill, BP and its contractors discussed how reservoir depletion and the resulting reduction in fracture pressure could have an impact on the hydraulic kill. In June, BP and Wild Well made reservoir depletion calculations for flow rates between 20,000 and 80,000 stock tank barrels per day. TREX-010605; Barnett Dep. Vol. 1 at 138:21-140:2, 140:04-21, 140:23, 140:25.

74.    On June 27, 2010, BP engineer Tony Liao modeled a flow rate of 63,000 barrels of oil per day through the production casing and drill pipe with the rupture discs closed (not burst) – which was later confirmed to be the actual well condition. Tooms Dep. Vol. 1 at 381:02-9, 382:08-383:14; TREX-006199.0002.

75.    In its requests to the Federal On-Scene Coordinator on July 6 and 11, 2010 for authorization to apply subsea dispersants, BP calculated the volume of dispersants to be used by assuming the flow rate was 53,000 stock tank barrels per day. TREX-009911.0003.

D.    **BP's Trial Estimate of 24,000-35,900 Stock Tank Barrels per Day between May 13-20, 2010 As Presented by Dr. Zaldivar Underestimates the Flow by Fifty Percent**

76.    At the Quantification Segment of the trial, BP offered a flow rate estimate for a single point in time (May 13-20, 2010), calling Dr. Michael Zaldivar. Phase 2 Tr. at 2701:05-18 (Oct. 16, 2013 AM) (Zaldivar). Dr. Zaldivar opined that between May 13 and May 20, 2010, the flow out of the riser was "slug flow" and that the total flow out of the riser was between 24,000 and 35,900 stock tank barrels per day. Phase 2 Tr. at 2710:25-2711:18 (Oct. 16, 2013 AM) (Zaldivar).  The very crux of Dr. Zaldivar's estimate is that he can determine flow rates based on flow patterns – in other words, he contends that because he knows that there was slug flow from the riser he knows that the flow rate from the riser fell within a certain range. Phase 2 Tr. at 2799:12-15 (Oct. 17, 2013 AM) (Zaldivar).

77.    Multi-phase flow can exhibit different flow patterns, or flow regimes, depending upon the velocities of the oil and gas components.   These flow patterns include slug flow and stratified flow, among other examples.  Phase 2 Tr. at 2711:22-2712:25 (Oct. 16, 2013 AM) (Zaldivar).

78.    Flow patterns or flow regimes are not just determined by the ratio of the velocities of the gas and liquid phases, but by their actual velocities. Thus, actual velocities are crucial in determining flow patterns. Phase 2 Tr. at 2791:04-16, 2797:20-2798:10 (Oct. 17, 2013 AM) (Zaldivar); TREX-011488.0024.

79.    Stratified flow occurs when the velocities of the liquid and gas phases are low. When gas velocities increase relative to liquid velocities, waves can form, changing the

flow pattern to stratified-wavy flow. If gas velocities increase even more, they can form slug

flow. Phase 2 Tr. at 2712:03-21 (Oct. 16, 2013 AM) (Zaldivar); D-23468.

80.     Dr. Zaldivar observed video footage of flow out of the end of the riser for

the April-May time period.  He determined that the flow at certain times exhibited slug behavior.

Phase 2 Tr. at 2719:2-24 (Oct. 16, 2013 AM) (Zaldivar). Then, just as BP had attempted to do

during the response  with the same data,[17] he tried to model the flow in a multi-phase flow

simulator to see which flow rates corresponded to the observed slug behavior.

TREX-010649.0006-0010; TREX-011683.0010.

81.     Dr. Zaldivar used two programs to perform his modeling: LedaFlow and

OLGA. Phase 2 Tr. at 2742:06-15 (Oct. 16, 2013 AM) (Zaldivar). The software that Dr. Zaldivar

used to perform his modeling was built to model flow in a circular pipe.[18] Phase 2 Tr. at

2742:06-15 (Oct. 16, 2013 AM) (Zaldivar). The flow in this case, however, was through the

annular space. In simplified form the flow path can be shown as:

---

[17] Dr. Ballard, in dismissing these efforts, opined that it was impossible to calculate flow rates reliably given the data
BP had in May 2010.  TREX-011905R.0015 n.32, .0020.  Dr. Zaldivar evidently disagrees.
[18] Flow through a central conduit is more often modeled than flow through an annular space in standard petroleum
engineering applications. Bishop Dep. Vol. 1 at 262:13-19.



D-24644. The smaller interior flow path (the drill pipe, represented here as the darker circle) had been capped early in the response, and thus flow was exclusively through the annular space. TREX-011170.0021.

82.     For a given amount of flow area, there will be more friction to flow when the area is non-circular, because the flow must pass by more wall space (also known as "wetted perimeter.") Phase 2 Tr. at 2785:2-9 (Oct. 16, 2013 PM) (Zaldivar).   Flow correlations developed for circular flow paths may be inaccurate unless corrected to account for this increase in friction.  In situations such as this case, when engineers want to model flow through non-circular geometries, they use a geometric transformation to take a noncircular geometry and transform it into a circular pipe-like geometry. Phase 2 Tr. at 2742:16-2743:01 (Oct. 16, 2013 AM) (Zaldivar). Dr. Zaldivar used as his geometric transformation the hydraulic diameter concept. Phase 2 Tr. at 2743:07-25 (Oct. 16, 2013 AM) (Zaldivar). As will be discussed more below, Dr. Johnson, another BP expert, also used hydraulic diameter. *See infra* ¶¶ 148-155.

a.     The hydraulic diameter is used frequently in different fluid mechanics problems, including steady state, transient, single phase, and multi-phase problems. Phase 2 Tr. at 2780:16-2781:20 (Oct. 17, 2013 AM) (Zaldivar).

b.      The hydraulic diameter focuses on maintaining the correct ratio of area to wetted

perimeter. Phase 2 Tr. at 2743:07-20 (Oct. 16, 2013 AM) (Zaldivar).

c.      Preservation of the ratio between area and wetted perimeter is important because the area

is proportional to the driving force, and the wetted perimeter is proportional to the

frictional force acting against flow. Phase 2 Tr. at 2785:02-09 (Oct. 17, 2013 AM)

(Zaldivar). Thus, preserving the ratio between area and wetted perimeter is necessary in

order to properly calculate the velocity of flow. Phase 2 Tr. at 1429:02-08 (Oct. 7, 2013

PM) (Dykhuizen); Phase 2 Tr. at 1668:14-24 (Oct. 8, 2013 PM) (Griffiths); Phase 2 Tr. at

2817:05-2819:16 (Oct. 17, 2013 AM) (Zaldivar); TREX-130713.0035.

83.      LedaFlow uses the hydraulic diameter and calculates pressure drops based

on fluid velocities and frictional losses associated with those velocities. Phase 2 Tr. at 2785:15-

23 (Oct. 17, 2013 AM) (Zaldivar).

84.      Dr. Zaldivar sought to accurately model pressure and velocity profiles that

were as close to actual in the system as possible. Phase 2 Tr. at 2785:24-2786:01, 2788:03-23

(Oct. 17, 2013 AM) (Zaldivar).  If LedaFlow were unable to accurately model the velocities in

the system, there would be no reason to rely upon its calculations, because Dr. Zaldivar's

modeled pressure drops and flow patterns would be unrepresentative of reality.

85.      Dr. Zaldivar's model performed its computations using mass flow rates

(*i.e.,* kilograms per unit of time). Phase 2 Tr. at 2710:25-2711:18 (Oct. 17, 2013 AM) (Zaldivar).

Mass flow rate is a function of velocity, density, and cross sectional area:

46



Phase 2 Tr. at 1661:12-15 (Oct. 8, 2013 PM) (Griffiths); Phase 2 Tr. at 3144:17-21 (Oct. 18, 2013 AM) (Johnson); D-22201; Phase 2 Tr. at 2776:16-2778:15 (Oct. 17, 2013 AM) (Zaldivar).

86.     To obtain the correct flow rate, it is necessary to use the correct velocity and the correct area available for flow.  Thus, while the hydraulic diameter concept should be used to calculate velocities in a system, the area associated with the hydraulic diameter should not be used in the final flow rate calculation. Phase 2 Tr. at 1429:02-8 (Oct. 7, 2013 PM) (Dykhuizen); Phase 2 Tr. at 1668:14-24 (Oct. 8, 2013 PM) (Griffiths); TREX-130713.0044, .0046.

87.     Hydraulic diameter should not be used to calculate the area available for flow because the actual area available for flow was roughly double the area available for flow Dr. Zaldivar calculated using the hydraulic diameter. Phase 2 Tr. at 2744:15-20, 2782:10-13 (Oct. 17, 2013 AM) (Zaldivar). Thus, had Dr. Zaldivar used the correct area available for flow in his calculation of flow rates, he would have obtained flow rates that were about double the results he reported, or roughly 60,000 stock tank barrels per day. Phase 2 Tr. at 1430:05-13 (Oct. 7, 2013 PM) (Dykhuizen).

88.     Dr. Zaldivar does not believe that he accurately modeled the velocities in the system due to his use of hydraulic diameter. Phase 2 Tr. at 2786:04-2787:03 (Oct. 17, 2013 AM) (Zaldivar).

89.     Under Dr. Zaldivar's theory that the hydraulic diameter maintains the relationship between pressure drop and flow rate (instead of maintaining the relationship between pressure drop and velocity), different geometries with the same hydraulic diameter, no matter their actual area, will deliver the same amount of flow for a given pressure drop. Phase 2 Tr. at 2793:13-2794:18 (Oct. 17, 2013 AM) (Zaldivar).

90.     Dr. Zaldivar admits this result sounds counterintuitive, and that the alternative – that hydraulic diameter merely maintains the relationship between velocity and pressure drop – is not counterintuitive. Phase 2 Tr. at 2794:19-2795:02 (Oct. 17, 2013 AM) (Zaldivar).

91.     Dr. Zaldivar admits that under his theory, two different geometries that have the same hydraulic diameter but that differ in actual area by a factor of *eight* would deliver the same flow rate at the same pressure drop. D-22205; Phase 2 Tr. at 2793:24-2795:09 (Oct. 17, 2013 AM) (Zaldivar).

92.     Dr. Zaldivar's calculations are inconsistent with BP's Phase 1 evidence, however.  When Mr. Emilsen used OLGA to model flow through the drill pipe and the annulus outside the drill pipe, he calculated that there would be more flow up the annular flow path than there would be up the drill pipe (i.e., greater flow where the area was greater). TREX-041026.0029, .0030, .0031.

93.     Dr. Zaldivar also used hydraulic diameter to model the kink leaks. He testified that the flow out of a circular leak and a square leak would be equal if they had the same hydraulic diameter, even though their areas are approximately twenty percent different and one

could fit inside the other. Phase 2 Tr. at 2805:02-2806:06 (Oct. 17, 2013 AM) (Zaldivar); D-22485.

94.     Dr. Zaldivar summed the areas and perimeters of two adjacent leaks and used one hydraulic diameter for both of them. By this logic, and his incorrect interpretation of the hydraulic diameter concept, two identical holes would have the same flow out of them as just one of the holes. Phase 2 Tr. at 2807:19-2811:11 (Oct. 17, 2013 AM) (Zaldivar); D-22486.

95.     If Dr. Zaldivar's theory were true that hydraulic diameter maintained the relationship between pressure drop and flow rate, then a number of identical holes, if they were just overlapping so that they constituted one large hole, would have the same flow through them as one of the holes alone. Phase 2 Tr. at 2814:01-2815:14 (Oct. 17, 2013 AM) (Zaldivar). This proposition runs up against basic common sense.



D-22487.

96.     Moreover, Dr. Zaldivar's use of hydraulic diameter is inconsistent with BP's internal modeling. During the response, Tim Lockett, a BP engineer, discussed setting up a model for flow out the kink leaks, and calculated a leak diameter corresponding to the actual

49

area, not the hydraulic diameter of the area available for flow (which would correspond to a much smaller area for flow). TREX-010650.0001; Phase 2 Tr. at 2815:17-2816:21 (Oct. 17, 2013 AM) (Zaldivar); TREX-010642.

    97. Further, Dr. Zaldivar's use of hydraulic diameter is inconsistent with important literature on the calculation of flow in an annular space.

a. First, a textbook on fluid mechanics that Dr. Zaldivar used to support his theory on hydraulic diameter actually states that the hydraulic diameter is used to calculate the frictional losses in the equation relating pressure drops to *velocities*, not to calculate the cross sectional area when solving for flow rate. Phase 2 Tr. at 2817:05-2819:16 (Oct. 17, 2013 AM) (Zaldivar); TREX-130713.0035.

b. Second, the user manual for OLGA, one of the programs that Dr. Zaldivar used states that for pipes, hydraulic diameter should be used, consistent with maintaining the relationship between pressure drop and velocities. TREX-130544.0444; Phase 2 Tr. at 2828:20-2829:01 (Oct. 17, 2013 AM) (Zaldivar). The OLGA user manual also allows users to employ the AREA field and a non-integer number of equivalent pipes to obtain the total actual area available for flow. TREX-130544.0444; Phase 2 Tr. at 2829:17-2831:11 (Oct. 17, 2013 AM) (Zaldivar). In other words, the OLGA manual directs users to input the actual area, rather than calculate an area based on the hydraulic diameter. For leaks (as opposed to pipes), the OLGA user manual does not direct users to use hydraulic diameter – instead, it directs users to use an "equivalent diameter." TREX-130544.0429; Phase 2 Tr. at 2831:14-2833:16 (Oct. 17, 2013 AM) (Zaldivar).

98.     The flow rate estimate presented by Dr. Zaldivar would require a productivity index of approximately 10 for the period from May 13 to May 20. Phase 2 Tr. at 3154:15-24 (Oct. 17, 2013 AM) (Zaldivar). This unrealistically low productivity index is further evidence that Dr. Zaldivar's reported estimate is too low to be credible. *See infra* ¶¶ 130-137 (discussing the evidence related to realistic productivity indexes for the Macondo reservoir).

99.     Dr. Dykhuizen looked at a similar problem (predicting slug behavior based on flow rates) for his Ph.D thesis, and concluded that it was difficult to calculate a reliable answer because the models tended to be dependent on facts such as mesh size.  Phase 2 Tr. at 1417:24-1420:21 (Oct. 7, 2013 PM) (Dykhuizen). Dr. Zaldivar never presented a mesh dependency study or otherwise demonstrated that his results were not dependent on mesh size.

## VI.     The United States' Experts Demonstrated that BP/Anadarko's Well Discharged Approximately 5 Million Stock Tank Barrels of Oil, only 810,000 of Which Were Collected

100.     The United States used four different approaches to estimate the cumulative volume of oil released. As demonstrated below, the multiple lines of evidence converge on a narrow range of estimates, and are therefore reliable, particularly in comparison to BP/Anadarko's two interdependent trial estimates (from BP/Anadarko experts Dr. Blunt and Dr. Gringarten).

### A.     Dr. Dykhuizen Used Extrapolation and Estimates of Reservoir Depletion to Estimate the Cumulative Volume of Oil Released at 5 Million Stock Tank Barrels

101.     As discussed above, Dr. Dykhuizen is an employee of Sandia National Laboratories who played a vital role in the response. *See supra* ¶ 22. Dr. Dykhuizen holds a

Ph.D. in mechanical engineering and has worked in the analysis of multi-phase flow systems for approximately thirty-five years. Phase 2 Tr. at 1355:07-24 (Oct. 7, 2013 PM) (Dykhuizen).

102.    Dr. Dykhuizen testified as an expert and estimated that 5 million stock tank barrels of oil were released from the Macondo reservoir. Phase 2 Tr. at 1407:06-09, 1408:04-1409:01 (Oct. 7, 2013 PM) (Dykhuizen); TREX-011452.0003; D-21119.

103.    Dr. Dykhuizen first developed his estimate as part of the National Laboratories team during the response. At that time, he used his estimate of flow through the capping stack on July 15, 2010 of 53,000 stock tank barrels per day and extrapolated backwards using linear reservoir depletion. *See supra* ¶¶ 38.c, 41; TREX-011452.0010-.0011. In Dr. Dykhuizen's model, the flow rate was approximately 63,000 stock tank barrels per day initially and declined to 53,000 stock tank barrels per day as the reservoir depleted. TREX-011452.0004.

104.    Since originally completing that estimate in August 2010, Dr. Dykhuizen considered the effect of temperature and final average reservoir pressure on his estimate.

a.    As discussed above, in calculating his estimates during the response, Dr. Dykhuizen assumed an exit temperature of 180 degrees Fahrenheit. BP, however, contends that the temperature was 200 degrees Fahrenheit. Dr. Dykhuizen determined that this difference would not significantly alter his estimate of cumulative volume. Specifically, he found that for a 20 degree increase in fluid temperature, the cumulative release would decrease by approximately two percent. Phase 2 Tr. at 1382:13-1383:10, 1407:13-22 (Oct. 7, 2013 PM) (Dykhuizen); *see also supra* ¶ 41 (discussing temperature sensitivity in the capping stack analysis that was the starting point for his cumulative flow estimate).

b.      Similarly, during the response, Dr. Dykhuizen estimated the final average reservoir pressure of 10,050 psi. TREX-011452.0011. Dr. Dykhuizen explored the effect of a smaller amount of depletion resulting in a higher final average reservoir pressure of 10,600 (higher than proposed by any expert in the case). TREX-011452.0011. Again, he determined that the cumulative release would not be significantly affected. Rather, the cumulative release would decrease by only approximately three percent. Phase 2 Tr. at 1407:23-1409:21 (Oct. 7, 2013 PM) (Dykhuizen).

105.    Dr. Dykhuizen also examined the uncertainty surrounding his estimate. The concept of a bell curve applies to Dr. Dykhuizen's cumulative release estimate. Phase 2 Tr. at 1414:12-22 (Oct. 7, 2013 PM) (Dykhuizen). Dr. Dykhuizen's best estimate of five million stock tank barrels is at the peak of the bell curve. Phase 2 Tr. at 1414:12-19 (Oct. 7, 2013 PM) (Dykhuizen). The probability that the cumulative release 20 percent higher is small; likewise the probability that the cumulative release is 30 percent less is small. Phase 2 Tr. at 1414:20-22 (Oct. 7, 2013 PM) (Dykhuizen).

**B.      Dr. Griffiths Developed a Custom Model of the Flow Path Based on Collected Data and Estimated the Cumulative Volume of Oil Released at 5 Million Stock Tank Barrels**

**i.      Dr. Griffiths' Method and Results Were Sound**

106.    Dr. Stewart Griffiths concluded that the cumulative volume of oil released from BP/Anadarko's well was 5 million stock tank barrels. Phase 2 Tr. at 1597:04-06 (Oct. 8, 2013 AM) (Griffiths); TREX-011485R.0004. He also performed an uncertainty analysis and concluded that there was only a "miniscule" chance that the total flow was less than 4.3 million

stock tank barrels. Phase 2 Tr. at 1639:20-1644:16 (Oct. 8, 2013 PM) (Griffiths); TREX-011485R.0010, 0040-0044.

107.    Dr. Griffiths calculated that the flow rate at the beginning of the incident was approximately 63,000 stock tank barrels per day, approximately 55,000 stock tank barrels per day just before the capping stack was installed, and approximately 53,000 stock tank barrels per day on the final day of the response. TREX-011485R.0004, .0007-.0008, .0042-.0043.

108.    Dr. Griffiths is a retired senior scientist from the Sandia National Laboratories. Phase 2 Tr. at 1595:24-1596:02, 1599:22-1600:07 (Oct. 8, 2013 AM) (Griffiths); TREX-011485R.0003. He is an expert in fluid dynamics – the study of the motion of fluids. Phase 2 Tr. at 1597:12-16, 1598:06-1599:07, 1600:21-1602:05 (Oct. 8, 2013 AM) (Griffiths). During his thirty-one-year career at the Sandia National Laboratories, Dr. Griffiths' work included underground nuclear testing, design of nuclear weapons components, and counter-terrorism activities. Phase 2 Tr. at 1598:03-25 (Oct. 8, 2013 AM) (Griffiths); TREX-011485R.0003. Dr. Griffiths testified that the quality of the work he did in this litigation was consistent with the work he performed in his nuclear weapons and nuclear containment work. Phase 2 Tr. at 1673:12-18 (Oct. 8, 2013 PM) (Griffiths).

### a.    Dr. Griffiths' Custom Model Was Based on Measured Data

109.    Dr. Griffiths developed a model to estimate flow from the well based on known data and two core principles of fluid dynamics. TREX-011485R.0004; Phase 2 Tr. at 1604:07-1605:14 (Oct. 8, 2013 AM) (Griffiths). Dr. Griffiths started with two well-known principles. The first was conservation of mass; for this problem that principle means that the stock-tank oil *entering* any portion of the system must equal the stock-tank oil *leaving* that

54

portion of the system. TREX-011485R.0004; Phase 2 Tr. at 1604:07-1605:14 (Oct. 8, 2013 AM) (Griffiths). The second well-understood principle is that pressure drop is related to flow rate; this means that if one knows the discharge coefficient (discussed below) for a portion of the system and the pressure drop across that portion, one can calculate flow rate. TREX-011485R.0004; Phase 2 Tr. at 1604:07-1605:14, 1605:15-1606:17 (Oct. 8, 2013 AM) (Griffiths); D-21211. For instance, for turbulent flow, it is a basic principle of fluid dynamics that flow rate is proportional to the square root of the pressure drop. TREX-011485R.0004. BP's Trevor Hill agrees. TREX-009454.0020-.0021; Hill Dep. Vol. 1 at 82:01-04.

110.    Knowing the two principles of fluid dynamics, Dr. Griffiths next determined the relevant discharge coefficients for each portion of the flow path. He did so by examining data for the end of the flow period, when both the pressure drop and flow rates across the system were known. TREX-011485R.0005-.0006. He used that data to calculate discharge coefficients and a productivity index.[19] TREX-011485R.0004-.0005; Phase 2 Tr. at 1608:16-1609:12 (Oct. 8, 2013 AM) (Griffiths). For a given pressure drop across a segment of the flow path, the discharge coefficient (or productivity index in the reservoir) for that segment tell us what the flow rate will be. Phase 2 Tr. at 1607:05-15 (Oct. 8, 2013 AM) (Griffiths); D-21212. Based on the physical evidence from the system and the available pressure data, Dr. Griffiths concluded that these discharge coefficients accurately represented the system for virtually all of the flowing period. Phase 2 Tr. at 1686:08-25 (Oct. 8, 2013 PM) (Griffiths).

---

[19] The productivity index is the discharge coefficient for the portion of the flow path within the reservoir. Phase 2 Tr. at 1606:04-11 (Oct. 8, 2013 AM) (Griffiths). In other words, a productivity index is a "measure of how much is going to come out of a reservoir for a given pressure drop over the reservoir to the bottom hole." Phase 2 Tr. at 3053:01-03 (Oct. 17, 2013 PM) (Johnson).

111.    Once Dr. Griffiths had discharge coefficients calculated based on actual data from the flowing well, he could calculate a flow rate throughout the response based on the pressure difference at any given time: "At that point I had a model that described the flow as a function of pressure difference for every point in the Macondo well . . . ." Phase 2 Tr. at 1605:03-10 (Oct. 8, 2013 AM) (Griffiths); TREX-011485R.0007. By summing those instantaneous flow rates, Dr. Griffiths calculated a total discharge from the well. Phase 2 Tr. at 1612:25-1613:15 (Oct. 8, 2013 AM) (Griffiths); TREX-011485R.0008; D-21215.

112.    For his best estimate of 5.0 million barrels, Dr. Griffiths looked at the pressure difference between the reservoir and the bottom of the BOP. TREX-011485R.0007, .0009, .0039; Phase 2 Tr. at 1605:03-10, 1609:13-20 (Oct. 8, 2013 AM) (Griffiths). The BOP pressure data came from BP's PT-B pressure gauge, which was located at the bottom of the BOP, just below the test rams. TREX-011485R.0009; Gochnour Dep. Vol. 1 at 71:04-11; TREX-008666.0048. Dr. Griffiths used more than 94,000 points of pressure data, all provided by BP. TREX-011485R.0009.

113.    BP was not able to obtain data from PT-B from the blowout until May 8, 2010. Phase 2 Tr. at 1611:01-1612:15 (Oct. 8, 2013, AM) (Griffiths); Gochnour Dep. Vol. 1 at 64:09-18. For the period prior to May 8, Dr. Griffiths identified the trend in the two months of data from May 8 to July 15, 2010 and extrapolated that trend backwards to determine values before May 8. TREX-011485R.0009; Phase 2 Tr. at 1611:01-1612:15 (Oct. 8, 2013 AM) (Griffiths). The slight downward trend in PT-B pressure values is consistent with what would be expected as the reservoir depletes. Phase 2 Tr. at 1612:16-19 (Oct. 8, 2013 AM) (Griffiths); Phase 2 Tr. at 1745:17-20 (Oct. 8, 2013 PM) (Griffiths).

56

114.    Dr. Griffiths chose to use BOP pressure data in his best estimate for two reasons. First, PT-B was the only record of changing conditions over time. Phase 2 Tr. at 1610:05-25 (Oct. 8, 2013 AM) (Griffiths). Second, the BOP pressure would take into account changes occurring in the BOP and other portions of the flow path downstream of the BOP. Phase 2 Tr. at 1610:05-25 (Oct. 8, 2013 AM) (Griffiths); TREX-011485R.0004. Such changes would result in changes in the pressure recorded by the PT-B gauge. Phase 2 Tr. at 1610:05-25 (Oct. 8, 2013 AM) (Griffiths); TREX-011485R.0004. Dr. Griffiths' best estimate thus accounts for changes downstream of PT-B, such as any erosion in the BOP or the riser. Phase 2 Tr. at 1610:05-25 (Oct. 8, 2013 AM) (Griffiths); TREX-011485R.0004. BP/Anadarko's experts did not challenge that the PT-B pressure would account for any changes in the BOP and other downstream equipment. TREX-011486R.0011.

115.    One of the principle benefits of Dr. Griffiths' model is that he relied on data from the well itself to determine the relationship between pressure drop and flow rate. Phase 2 Tr. at 1614:07-1616:11 (Oct. 8, 2013 AM) (Griffiths). For that reason, he did not need to know with precision the geometries of the flow paths or other information that would be needed in different types of hydraulic modeling. Phase 2 Tr. at 1614:07-1616:11 (Oct. 8, 2013 AM) (Griffiths). Rather than rely on a model to calculate discharge coefficients based on myriad details about the system, Dr. Griffiths derived the discharge coefficients based on pressure and flow rate data from the system, allowing a more accurate result. Phase 2 Tr. at 1614:07-1616:11 (Oct. 8, 2013 AM) (Griffiths).

116.    Before developing his model to determine the Macondo discharge, Dr. Griffiths had regularly developed similar custom models to address issues of fluid dynamics and

multi-phase flow while at Sandia. Phase 2 Tr. at 1600:08-16 (Oct. 8, 2013 AM) (Griffiths); TREX-011486R.0019. Such models were Dr. Griffiths' "stock [in] trade" while at Sandia. Phase 2 Tr. at 1600:08-16 (Oct. 8, 2013 AM) (Griffiths); TREX-011486R.0019.

117.    BP Phase 2 testifying expert Adrian Johnson agreed that it was appropriate to use custom models in the oil and gas industry. Phase 2 Tr. at 3151:12-19 (Oct. 18, 2013 AM) (Johnson). In fact, Dr. Johnson did his own custom modeling work for eleven years as an independent consultant. Phase 2 Tr. at 3151:20-3152:05 (Oct. 18, 2013 AM) (Johnson).

118.    The same principles used in Dr. Griffiths' model are used in commercially available flow meters: both look at differential pressure across a flow path to determine a flow rate. Phase 2 Tr. at 1606:18-25 (Oct. 8, 2013 AM) (Griffiths).

**b.      Dr. Griffiths Validated His Model in Several Ways**

119.    Dr. Griffiths' results were accepted for publication in a peer-reviewed journal before he was hired by the United States for work in the *Deepwater Horizon* litigation and his article was published shortly after he was hired. *See* TREX-010031; Phase 2 Tr. at 1603:10-23 (Oct. 8, 2013 AM) (Griffiths). The analysis Dr. Griffiths presented at trial used additional data that he received after first publishing his work, but the method was the same as was published in the peer-reviewed journal. Phase 2 Tr. at 1603:24-1604:06 (Oct. 8, 2013 AM) (Griffiths); TREX-011485R.0003.

120.    After developing his model, Dr. Griffiths took several steps to validate it, just as he did in his modeling work at Sandia. TREX-011485R.0012-.0015; Phase 2 Tr. at 1616:12-1625:07 (Oct. 8, 2013 AM) (Griffiths); Phase 2 Tr. at 1637:20-1639:19 (Oct. 8, 2013 PM) (Griffiths). Here, Dr. Griffiths took a number of steps to validate his work, including:

a.      Checking his model's predictions against actual data. Pressures calculated in Dr.

Griffiths' model matched those measured by BP during shut-in within 2.6% or less.

Similarly, the model flow rates matched measured flow rates within 1.7% or less.

TREX-011485R.0012-.0015; Phase 2 Tr. at 1617:07-1618:16, 1619:13-23 (Oct. 8, 2013

AM) (Griffiths); D-21218.

b.      Checking his model against commercial computer models, both modeling performed by

BP during the response and computational fluid dynamics modeling performed by United

States expert Nathan Bushnell after the response. In both cases, Dr. Griffiths' results were

extremely close to the predictions made by the industry-standard models (within 1.3% for

BP's modeling and .72% for Dr. Bushnell's modeling). TREX-011485R.0013;

TREX-011486R.0008-.0009; Phase 2 Tr. at 1619:24-1620:22, 1622:06-1623:11 (Oct. 8,

2013 AM) (Griffiths); D-21219; D-21235.

c.      Performing two alternate calculations that yielded similar responses. Dr. Griffiths'

alternative calculations looked at different segments of the flow path, and thus used

different pressure data and discharge coefficients. The fact that the best estimate

calculation and the alternative calculations yielded similar results helps support the

conclusion that the best estimate calculation is correct and that erosion in the flow path

was not significantly affecting flow rates over time. TREX-011485R.0010-.0012; TREX-

011486R.0011-.0013; Phase 2 Tr. at 1623:12-1625:07 (Oct. 8, 2013 AM) (Griffiths);

Phase 2 Tr. at 1637:20-1639:19 (Oct. 8, 2013 PM) (Griffiths); D-21221; D-21222;

D-21223.

### ii.      BP's Criticisms of Griffiths' Model Are Unfounded

121.    First, BP/Anadarko's experts contended that Dr. Griffiths had overestimated the volume of oil released because he failed to account for changes in the flow path over time. TREX-011486R.0011. To the contrary, the evidence shows that erosion did not significantly affect flow rates over time. *See infra* ¶¶ 437-447 (discussing the timing and extent of erosion). Moreover, Dr. Griffiths' established that the discharge coefficients did not change significantly over time in several ways. Using the PT-B pressure data addresses any changes in BOP resistance over time. Phase 2 Tr. at 1610:05-25 (Oct. 8, 2013 AM) (Griffiths); TREX-011485R.0004, .0007. Dr. Griffiths' alternate calculations confirmed that none of the discharge coefficients changed significantly over time. Because each of the three methods uses a different set of discharge coefficients, if those coefficients did in fact change over time, the estimates from the three methods would have diverged. TREX-011486R.0011-.0012. Because the estimate yielded similar results – between 5.0 and 5.1 million barrels – the discharge coefficients must have stayed essentially constant over time. TREX-011486R.0011-.0013. The only alternative is that the productivity index, wellbore, and BOP all changed in just such a way as to offset the effects of those changes. TREX-011486R.0011-.0013. Such a simultaneous and coordinated set of changes would be a fantastic coincidence. TREX-011486R.0011-.0013, .0028-.0029.

122.    Second, despite claims by BP/Anadarko's experts to the contrary (*see, e.g.,* Phase 2 Tr. at 3038:18-3040:2 (Oct. 18, 2013 PM) (Johnson)), Dr. Griffiths' model appropriately accounts for the effects of multi-phase flow. Dr. Griffiths built his model on actual data from the system, thus including the effects of the multi-phase flow present at Macondo.

Phase 2 Tr. at 1661:01-05 (Oct. 8, 2013 PM) (Griffiths). Then, as a check, he built his discharge

coefficient based on well-established two-phase flow correlations, and found that little change in

discharge coefficients would be expected for the range of conditions at Macondo. Phase 2 Tr. at

1618:17-1619:12 (Oct. 8, 2013 AM) (Griffiths); TREX-011485R.0005, .0020-.0029;

TREX-011486R.0008. Thus, the use of constant discharge coefficients was "well justified."

TREX-011485R.0027. Dr. Griffiths then compared his model to sophisticated computer models

specifically designed to model multi-phase flow and found that his model provided results very

similar to the industry computer modeling. TREX-011485R.0013; TREX-011486R.0008-.0009;

Phase 2 Tr. at 1619:24-1620:22, 1622:06-1623:11 (Oct. 8, 2013 AM) (Griffiths); D-21219;

D-21235.

      123.    Third, despite Dr. Johnson's arguments (TREX-011488.0031-.0035), the

pressure data from the PT-B gauge was reliable for developing flow rate calculations.

a.    Both Dr. Griffiths and BP/Anadarko's Dr. Martin Trusler agreed that PT-B pressures

    were reliable once corrected. Phase 2 Tr. at 1669:19-1671:13 (Oct. 8, 2013 PM)

    (Griffiths).

b.    Dr. Griffiths developed his correction by comparing PT-B to other gauges before, during,

    and after the response and examining the DNV calibration after the gauge was recovered.

    TREX-011485R.0032-.0038.

c.    Similarly, Dr. Trusler concluded that PT-B had an uncertainty range of plus or minus 200

    psi. Trusler Dep. at 40:01-2, 40:13-16, 42:20-23, 42:25-44:25.

d.    Dr. Trusler's and Dr. Griffiths' corrections were similar. *See* Trusler Dep. at 132:15-17,

    19 (testifying he was in "fairly close agreement" with Griffiths regarding the PT-B

offset). In fact, if Dr. Griffiths had used Dr. Trusler's values, his cumulative discharge total would *increase* slightly. Phase 2 Tr. at 1669:19-1671:13 (Oct. 8, 2013 PM) (Griffiths); TREX-011486R.0004.

e.      BP/Anadarko's expert Dr. Gringarten also relied on pressure data from PT-B for his cumulative flow estimate and opined that "the PT-B pressure data that began on May 8th can be used reliably as a part of an estimate of the cumulative volume of oil released." Phase 2 Tr. at 2560:17-2561:01 (Oct. 15, 2013 PM) (Gringarten); Phase 2 Tr. at 1671:19-21 (Oct. 8, 2013 PM) (Griffiths).

f.      From May 8, when BP first began getting data from PT-B, BP monitored the pressure data from the gauge as an indicator of the pressure in the Macondo well. Gochnour Dep. Vol. 1 at 77:14-78:06. BP believed that PT-B was providing accurate data within its specifications. Gochnour Dep. Vol. 2 at 355:18-22, 357:08-12, 357:14-16, 357:18-358:01, 358:03-358:08.

124.    Fourth, while BP asserted that hydraulic models could not reliably estimate the cumulative flow (*see, e.g.,* Phase 2 Tr. at 1237:16-1238:04 (Oct. 7, 2013 AM) (BP Opening Statement)), Dr. Griffiths' model was a different type of model than that referred to by BP. While typical commercial models require a great deal of detailed information about the system, Dr. Griffiths built his model based in large part on actual data from the system instead. This allowed him to develop a more accurate model. Phase 2 Tr. at 1614:07-1616:11 (Oct. 8, 2013 AM) (Griffiths); TREX-011486R.0019-.0020.

125. Finally, Dr. Griffiths accounted for the potential effect of BP's criticisms in his uncertainty analysis. Phase 2 Tr. at 1639:20-1643:22 (Oct. 8, 2013 PM) (Griffiths); TREX-011485R.0010, .0040-.0044.

126. Dr. Johnson works for FEESA, a small oil and gas consulting company. FEESA's work for BP/Anadarko related to the Macondo oil spill represents about a third of the company's total annual revenue. Phase 2 Tr. at 3095:12-23 (Oct. 17, 2013 PM) (Johnson). Dr. Johnson offered several criticisms of Dr. Griffiths' work, each of which fails as demonstrated below.

**a.      Dr. Johnson's Minimization of the Discharge Is Not Credible**

127. Dr. Johnson's opinions are not credible because he chose trends for the productivity index and pressure that minimized flow from the well. Dr. Johnson opined that different assumptions for productivity sand pressure over time could reduce Dr. Griffiths' total discharge estimate to 3.4 million. Phase 2 Tr. at 3074:18-3075:02 (October 17, 2013 PM) (Johnson). This opinion is not credible, however, because to get a value that low, Dr. Johnson has to assume:

a.    That the productivity index for the first *30 days* after the blowout was the same as the productivity index before the blowout but then, for a reason he does not provide, the productivity index steadily increases thereafter. Phase 2 Tr. at 3172:15-3173:22 (Oct. 18, 2013 AM) (Johnson); D-22833.  Though he does not say it, Dr. Johnson's assumption is necessary to allow consistency with Dr. Zaldivar's estimate.

b.    That the pressure at the beginning of the incident was the "maximum shut-in pressure" (*i.e.,* the pressure with no flow) and that it "slowly declines" over 18 days to the first

63

measured value on May 8. Phase 2 Tr. at 3173:23-3174:02 (Oct. 18, 2013 AM) (Johnson); D-22833.

128.    Dr. Johnson's assumptions result in a flow rate at the beginning of the response of "close to" zero. Phase 2 Tr. at 3174:07-18 (Oct. 18, 2013 AM) (Johnson). By contrast, BP Phase One expert witness Mr. Emilsen concluded that the oil flow required just to fuel the fire at the beginning of the spill was 28,000 to 41,000 stock tank barrels per day. TREX-041026.0010.

129.    Dr. Johnson incorrectly states that Dr. Griffiths has a variable resistance through the BOP; Dr. Griffiths' integrated estimate based on the pressure difference between the reservoir and the PT-B gauge (at the bottom of the BOP), and thus does not require the resistances within the BOP. TREX-011463R.0011-.0012.

### b.    Dr. Johnson's Productivity Index Trends Conflict with the Evidence

130.    One of Dr. Johnson's primary criticisms of Dr. Griffiths at trial was Dr. Griffiths' use of a constant productivity index of approximately 44. Phase 2 Tr. at 3059:22-3060:10 (Oct. 17, 2013 PM) (Johnson).  Because PI is defined as stock tank barrels per psi per day, a higher productivity index will mean greater flow. TREX-011485R.0031.

131.    Dr. Johnson did not object, however, to the productivity index calculated by Dr. Griffiths for the end of the response period. Phase 2 Tr. at 3152:22-3153:03 (Oct. 18, 2013 AM) (Johnson).

132.    Dr. Johnson stated that the trend for how the productivity index got to the ultimate number around 45 was "a matter of engineering judgment." TREX-011488.0067. Dr.

Johnson, however, did not offer his own "engineering judgment" on the *correct* trend for the period of the response. Phase 2 Tr. at 3153:04-13 (Oct. 18, 2013 AM) (Johnson). Instead, he provided two hypothetical productivity index trends based on information he was asked to assume by counsel. Phase 2 Tr. at 3153:04-13 (Oct. 18, 2013 AM) (Johnson). Both of Dr. Johnson's hypothetical productivity index trends started at 10, based on a value derived from Mr. Emilsen's work for the period before the explosion of the well. Phase 2 Tr. at 3154:02-14 (Oct. 18, 2013 AM) (Johnson). Dr. Johnson admitted that Mr. Emilsen's work did not provide any information about "how the productivity index changed over time from 2149 on 20 April until the well was shut-in." Phase 2 Tr. at 3154:02-14 (Oct. 18, 2013 AM) (Johnson).

133.    Dr. Johnson conceded that the productivity index trends he proposed in his testimony are not likely to be correct: "that productivity index profile could follow many other paths and probably didn't follow a straight line. That's probably not what it did." Phase 2 Tr. at 3068:17-21 (Oct. 17, 2013 PM) (Johnson).

134.    Dr. Johnson's productivity index is not credible because it conflicts with productivity indexes used by BP. *See* Phase 2 Tr. at 3156:23-3157:04 (Oct. 18, 2013 AM) (Johnson) (conceding that BP used a productivity index of 50 during the response). During the response, BP used productivity indexes from 37 to 50. Phase 2 Tr. at 1617:07-19 (Oct. 8, 2013 AM) (Griffiths); TREX-011163.0001. In fact, BP used a productivity index of 50 in modeling from the very beginning of the spill. For instance,

a.    In an April 22 email reporting on a meeting with BP's Kurt Mix and "the Reservoir/Geology Group," Wild Well Control's William Burch described "what's

known at the moment," including that the productivity index was 50 or 55, with 50 being the number used for modeling. TREX-010483.0001.

b.    BP performed several modeling efforts between April 23, 2010 and June 2010 which used a productivity index of 50. TREX-150040.0003-.0004; TREX-160004.0024-.0026; TREX-130097.0002; TREX-130043.0006.

c.    On May 2, 2010, BP flow assurance modeling expert Tim Lockett stated that he would change the productivity index used in his modeling from 10 to 50, based on the advice of another BP engineer, Yun Wang. TREX-010658.0001.

d.    After the blowout was stopped, BP Phase One expert Mr. Emilsen concluded that the productivity index was 49. TREX-041026.0013.

e.    BP's contractor Dr. Ole Rygg calculated a productivity index of 49.8. TREX-009243; Rygg Dep. at 96:07-98:16.

135.    The hypothetical productivity index trends proposed by Dr. Johnson are also inconsistent with the available data. Any changes in productivity index over time would show up in the BOP pressure. Because the BOP pressure readings are consistent with typical reservoir pressure depletion, any changes in productivity index over time would need to be precisely counteracted by changes in the BOP resistance to result in the BOP pressure trend actually observed. Phase 2 Tr. at 1654:04-1656:07 (Oct. 8, 2013 PM) (Griffiths); D-21231; *cf.* Phase 2 Tr. 1415:13-1416:09 (Oct. 7, 2013 PM) (Dykhuizen); TREX-011463R.0012. To accept Dr. Johnson's proposed theory, one must believe that the BOP resistance constantly decreases with time in concert with the productivity index increasing with time; these two changes have to occur at remarkably coordinated rates to allow the PT-B pressure reading to behave as if there is

66

no change in either. TREX-011463R.0012. A decreasing BOP pressure could be caused by increasing resistance in the reservoir or wellbore, or decreasing resistance in the BOP or riser. Phase 2 Tr. at 1721:11-16 (Oct. 8, 2013 PM) (Griffiths). There is no evidence of other trends that, combined with a changing productivity index over time, would match the PT-B pressures that BP collected.

136.    Dr. Pooladi-Darvish, a reservoir engineer whose normal work involves predicting the future productivity of wells, explained that generally wells become less productive with time. TREX-011654R.0022.

137.    Dr. Pooladi-Darvish also provided a different plausible reason for the lower inferred productivity index found by Mr. Emilsen in his blowout modeling: the existence of mud filtrate in the rock near the wellbore. MDT testing confirmed the presence of mud filtrate. This filtrate would have been flushed out of the rock within hours. TREX-011654R.0030-.0031. This reason is fully consistent with the rate of change found by Dr. Griffiths based on Mr. Emilsen's modeling.

    **c. Dr. Johnson's Criticism of the United States' BOP Pressure Trend before May 8 Is Not Supported by the Evidence**

138.    There was no BOP pressure data before May 8. *See, e.g.,* Phase 2 Tr. at 3070:01-3070:07 (Oct. 17, 2013 PM) (Johnson). Accordingly, many of the experts for both the United States and BP/Anadarko who estimated the cumulative volume of oil released had to make some assumption regarding the pressure trend between April 20, 2010 and May 8, 2010.

139.    Dr. Johnson admitted that he cannot opine on what the correct pressure trend was for the period before May 8. Phase 2 Tr. at 3158:17-3159:06 (Oct. 18, 2013 AM)

(Johnson). Dr. Johnson's pressure trend assumes a steady decline from April 20 to May 8 and then a nearly horizontal trend thereafter, when PT-B data begins. TREX-011488.0017. There is no physical basis for the change in the trend on May 8, 2010. Phase 2 Tr. at 1750:08-13 (Oct. 8, 2013 PM) (Griffiths).

       140.    Dr. Johnson calculated a starting pressure for the response by looking to the last data point from the Sperry Sun drill pipe pressure data *before* the explosion and converting that drill pipe pressure to a BOP pressure value of approximately 8700. Phase 2 Tr. at 3070:20-3071:05 (Oct. 17, 2013 PM) (Johnson).

       141.    The starting point that Dr. Johnson selected for his pressure trend is based on data with no flow, *i.e.,* data from the shut-in condition. Phase 2 Tr. at 1701:15-1702:04, 1702:12-15 (Oct. 8, 2103 PM) (Griffiths); Phase 2 Tr. at 3162:02-21 (Oct. 17, 2013 AM) (Johnson). In other words, Dr. Johnson assumes as his starting pressure the highest possible pressure. Phase 2 Tr. at 1747:25-1749:08 (Oct. 8, 2013 PM) (Griffiths); Phase 2 Tr. at 3162:02-31 (Oct. 18, 2013 AM) (Johnson); TREX-041026.0010.

       142.    Dr. Johnson asserted that his assumption was appropriate because it was consistent with one of the modeling runs presented by Dr. Pooladi-Darvish, an expert called by the United States. TREX-011488.0017. Dr. Johnson, however, overlooked the fact that Dr. Pooladi-Darvish specifically concluded that a case that resulted in zero flow on the first day was an "*extreme* case" that he did not consider likely. TREX-011653.0028 (emphasis in original); Phase 2 Tr. at 3159:25-3160:25 (Oct. 18, 2013 AM) (Johnson); Phase 2 Tr. at 2001:14-2002:09 (Oct. 9, 2013 PM) (Pooladi-Darvish).

68

143.     Dr. Johnson's reliance on the pre-explosion shut-in pressure to criticize Dr. Griffiths' pressure trend is also inappropriate because within minutes of flow starting, the BOP pressure would drop from around 8700 psi to around 4300 psi. Phase 2 Tr. at 1701:15-1702:04, 1747:25-1750:07 (Oct. 8, 2013 PM) (Griffiths). BP Phase One expert Morton Emilsen performed modeling showing that the BOP pressure shortly before the blowout was around 3000 psi, and it would return to similar levels after flow resumed. Phase 2 Tr. at 1703:22-1704:23, 1747:25-1750:07 (Oct. 8, 2013 PM) (Griffiths). Just three minutes before the pre-explosion data point that Dr. Johnson used, the pressure was between 3000 and 4000. TREX-041026.0057; Phase 2 Tr. at 3162:22-3163:17 (Oct. 18, 2013 AM) (Johnson).

       **d.**     **Dr. Johnson's Modeling of Multi-Phase Flow Is Inaccurate and, therefore, Is Not Helpful to the Court**

144.     In critiquing Dr. Griffiths' analysis, Dr. Johnson performed modeling using software owned by his company known as Maximus. TREX-011488.0019; Phase 2 Tr. 3035:02-04 (Oct. 17 PM) (Johnson). For the reasons discussed below, Dr. Johnson's modeling does not demonstrate any problems with Dr. Griffiths' method.

145.     Maximus relies on multi-phase flow correlation software called OLGA S that is a "black box" within the program. Phase 2 Tr. at 3111:06-09, 3111:25-3112:06 (Oct. 17, 2013 PM) (Johnson). OLGA S dictates the flow regimes predicted by the Maximus model, and those flow regimes explain the differences between Dr. Griffiths' model and Maximus. Phase 2 Tr. at 3112:07-20 (Oct. 17, 2013 PM) (Johnson). Because OLGA S is provided by another company, Dr. Johnson cannot say how the software reaches the results that it does. Phase 2 Tr. at 3111:25-3112:06 (Oct. 17, 2013 PM) (Johnson).

146.    Dr. Johnson was unaware of any prior instances of using Maximus to model a system after a blowout. Phase 2 Tr. at 3109:17-3110:02 (Oct. 17, 2013 PM) (Johnson).

**1)      Dr. Johnson's Modeling Used Different Inputs than Dr. Griffiths**

147.    Dr. Johnson's intent was to examine the effect of Dr. Griffiths wellbore discharge coefficient alone, and otherwise replicate Dr. Griffiths' modeling. Phase 2 Tr. at 3102:09-25, 3103:21-25 (Oct. 17, 2013 PM) (Johnson); TREX-011488.0080. Dr. Johnson's model, however, differed from Dr. Griffiths' model in several respects:

a.    Dr. Johnson input a productivity index in his model that he intended to be consistent with the final day flow rate used by Dr. Griffiths. Phase 2 Tr. at 3080:02-10 (Oct. 17, 2013 PM) (Johnson). However, Dr. Johnson used the wrong flow rate for the final day. Phase 2 Tr. at 3104:01-23 (Oct. 17, 2013 PM) (Johnson); TREX-011488.0079-.0080; TREX-011485R.0042-.0043.

b.    Dr. Johnson also used a productivity index different than Dr. Griffiths did. Phase 2 Tr. at 3104:24-3105:11 (Oct. 17, 2013 PM) (Johnson); TREX-011488.0080.

c.    Dr. Johnson also used a different fluid characterization and conversion in his Maximus model than Dr. Griffiths used. Dr. Johnson used a single-stage flash assumption for his Maximus model, while Dr. Griffiths used a multi-stage flash. Phase 2 Tr. at 3106:20-22, 3108:04-17 (Oct. 17, 2013 PM) (Johnson). That difference alone could account for about ten percent difference in stock tank volume of oil. Phase 2 Tr. at 3108:04-17 (Oct. 17, 2013 PM) (Johnson); *see also infra* ¶¶ 549-597.

70

d.      Dr. Johnson used a different equation of state than all the other experts in the case. Phase 2 Tr. at 3105:12-3106:19 (Oct. 17, 2013 PM) (Johnson); TREX-011488.0077-.0078.[20]

e.      Finally, where Dr. Griffiths used more than 94,000 PT-B data points in his calculation, TREX-011485R.0008, Dr. Johnson used just 6680. TREX-011488.0063.

### 2) Dr. Johnson's Modeled Flow Path Does Not Match Reality Because He Uses Hydraulic Diameter Improperly

148.    As the Macondo oil proceeded through the wellbore toward the BOP, it encountered a dual flow path in the wellbore: oil flow through the drill pipe and the production casing space around the drill pipe. Phase 2 Tr. at 3045:02-12, 3113:06-12 (Oct. 17, 2013 PM) (Johnson). The flow path consisted of a "pipe within a bigger pipe." Phase 2 Tr. at 3113:06-12 (Oct. 17, 2013 PM) (Johnson).

149.    Dr. Johnson modeled the drill pipe within the larger production casing as two pipes in parallel. Phase 2 Tr. at 3114:02-23 (Oct. 17, 2013 PM) (Johnson); D-21272.  Dr. Johnson relied on the flow textbook "Internal Flow Systems" in developing his opinions in this case. TREX-011488.0015, .0052, .0071-.0073.

150.    Dr. Johnson modeled three cases in Maximus. Two of the cases involved flow in the production casing annulus and the drill pipe (described as the drill pipe high and drill pipe low cases. TREX-011488.0019-.0021. The third case did not include the drill pipe. TREX-011488.0019-.0021.

151.    Dr. Johnson compared his results to Dr. Griffiths' results for two days: May 8 and July 15, 2010. TREX-011488.0020-.0021. Because Dr. Johnson's model was

---

[20] An equation of state is a representation the temperature, pressure, and density of the fluid.  Phase 2 Tr. at 1337:23-1338:04 (Oct. 7, 2013 AM) (Hunter).

designed to match Dr. Griffiths' final day results, the two models essentially agree on July 15 (except that Dr. Johnson was slightly off in the flow rate he was attempting to match, as described above). *See supra* ¶ 147 (discussing use of wrong final day flow rate number); TREX-011488.0021-.0022.

152.     The difference between the Griffiths and Johnson models comes from differing treatment of flow through multiple flow paths. TREX-011488.0020-.0022, .0083. Dr. Johnson concedes that the difference between the two models comes from their treatment of dual flow paths: "the main error in Dr. Griffiths' modeling is not accounting for the multiple flow paths present and, thus, the differing multi-phase effects in those flow paths as outline above." TREX-011488.0020, .0084. As explained below, the error was in fact Dr. Johnson's.

153.     Just as Dr. Zaldivar did, Dr. Johnson's misused the hydraulic diameter. In his model, Dr. Johnson approximated cross sectional area using a hydraulic diameter, as opposed to the actual cross sectional area. Phase 2 Tr. at 3139:10-3140:10, 3142:13-23 (Oct. 18, 2013 AM) (Johnson); *see supra* ¶¶ 82-97 (discussing hydraulic diameter). By using the hydraulic diameter rather than the actual cross sectional area, Dr. Johnson was "modeling something that never did, never could have existed in the Macondo well." Phase 2 Tr. at 1668:07-1669:03 (Oct. 8, 2013 PM) (Griffiths). As a result, he used a cross sectional area that was four times too small. Phase 2 Tr. at 1663:04-21 (Oct. 8, 2013 PM) (Griffiths). The difference between the cross sectional areas used by Dr. Johnson in modeling the production casing annulus and the actual area are shown below:

## High Drill Pipe Case

| Situation | Drill Pipe Dimensions | Production Casing Modeled Area | Production Casing Actual Area | Difference |
|---|---|---|---|---|
| 9 ⅞ inch casing with 5.5 inch drill pipe | ID = 5.50 inches OD = 8.625 inches | 7.67 in² | 34.67 in² | 4.5x |
| 9 ⅞ inch casing with 3.5 inch drill pipe | ID = 3.50 inches OD = 8.625 inches | 20.63 in² | 48.8 in² | 2.4x |

## Low Drill Pipe Case

| Situation | Drill Pipe Dimensions | Production Casing Modeled Area | Production Casing Actual Area | Difference |
|---|---|---|---|---|
| 9 ⅞ inch casing with 5.5 inch drill pipe | ID = 5.50 inches OD = 8.625 inches | 7.67 in² | 34.67 in² | 4.5x |
| 9 ⅞ inch casing with 3.5 inch drill pipe | ID = 3.50 inches OD = 8.625 inches | 20.63 in² | 48.8 in² | 2.4x |
| 7 inch casing with 3.5 inch drill pipe | ID = 3.50 inches OD = 6.094 inches | 19.55 in² | 5.28 in² | 3.7x |

TREX-011488; TREX-011562; Phase 2 Tr. at 3115:04-21 (Oct. 17, 2013 PM) (Johnson); Phase 2 Tr. at 3139:10-3140:10, 3142:05-3144:16 (Oct. 18, 2013 AM) (Johnson); D-21266.

154.    Similarly, as described above in the discussion of Dr. Zaldivar's work, because Dr. Johnson used an incorrect cross sectional area, his velocity will also be incorrect. Phase 2 Tr. at 3145:16-3146:03 (Oct. 18, 2013 AM) (Johnson); D-22201. Density and velocity dictate the flow regimes in the system, which are one of the primary differences Dr. Johnson identified between his modeling and Dr. Griffiths' modeling. Phase 2 Tr. at 3146:13-21 (Oct. 18, 2013 AM) (Johnson).

155.    Dr. Johnson testified that the purpose of using an industry model was to look at the system and "track that physics." Phase 2 Tr. at 3041:10-16 (Oct. 17, 2013 PM) (Johnson). Instead, Dr. Johnson's model uses the wrong area, the wrong velocity, and an

73

approximation to attempt to model three-dimensional flow in a one-dimensional model. Phase 2 Tr. at 3147:03-23 (Oct. 18, 2013 AM) (Johnson). Dr. Johnson's modeling shows greater flow rates in the drill pipe than in the annulus, despite the fact that the annulus has a flowing area that is 2.4 to 4.7 times as large. TREX-011486R.0010; *see supra* ¶ 153.

156.    Dr. Johnson's wellbore model is also deeply flawed because it exhibits unphysical behavior – at various points, when back pressure on the wellbore was increased, the flow rate through the wellbore decreased. Phase 2 Tr. at 2009:21-2011:01 (Oct. 9, 2013 PM) (Pooladi-Darvish); D-21852A; TREX-011654R.0014-.0015, .0131-.0032; *see also* TREX-11696-R.0043 n.31.

### e.    BP's Modeling of Flow through the Production Casing Annulus Contradicts Dr. Johnson's Modeling

157.    When BP performed modeling of the system during the response and for the Phase 1 trial, it found higher flow rates in the production casing annulus than the drill pipe – the opposite of Dr. Johnson's modeling. Phase 2 Tr. at 3148:25-3149:21 (Oct. 18, 2013 AM) (Johnson). For instance:

a.    BP Phase One expert witness Mr. Emilsen used OLGA-Well-Kill to model the blowout potential of the Macondo well. TREX-041026.0029; Phase 2 Tr. at 3148:15-17 (Oct. 18, 2013 AM) (Johnson). Mr. Emilsen's modeling of flow through both the drill pipe and the production casing annulus showed flow in the annulus that was more than twice the drill pipe flow. TREX-041026.0029-.0031; Phase 2 Tr. at 3148:25-3149:21 (Oct. 18, 2013 AM) (Johnson). The OLGA-Well-Kill software that Mr. Emilsen used is "tailor-made for

well kill simulations." TREX-041026.0059; Phase 2 Tr. at 3148:15-20 (Oct. 18, 2013 AM) (Johnson).

b.    During the response, several BP modelers performed work to identify potential flow paths using industry-standard models. TREX-009325.0001-.0003. Among the scenarios the group modeled were flow path up the drill pipe only,  up both the production casing annulus and the drill pipe, and up the production casing annulus only. TREX-009325.0014 (naming those three cases B1, B2, and B3, respectively). The modeling results showed that the flow through the production casing annulus was always larger than the flow through the drill pipe – sometimes more than twice as large. TREX-009325.0048 (showing the flow rates for B3 – the production casing annulus only case – to be greater than the flow rates for B1, the drill pipe only case, for all scenarios shown).

c.    Similarly, BP Discipline Lead for Flow Assurance Tim Lockett performed OLGA modeling of the Top Kill (*see supra* ¶ 50) and concluded that the flow through the production casing annulus would be roughly double that in the drill pipe. TREX-010652.0006-.0008 (showing rates of 24,000 stock tank barrels per day for the drill pipe and 50,400 stock tank barrels per day for the production casing).

158.    Dr. Johnson did not review BP modeling during the response and after the response that showed more flow up the production casing annulus than the drill pipe. Phase 2 Tr. 3147:24-3148:03, 3149:22-25 (Oct. 18, 2013 AM) (Johnson).

159.    Because of Dr. Johnson's failure to correctly model the system, his results are not useful for any purpose and cannot serve as the basis to critique Dr. Griffiths' model. TREX-011486R.0010.

75

C.    **Dr. Pooladi-Darvish Performed Reservoir and Wellbore Simulations that Demonstrated that BP/Anadarko's Well Discharged a Cumulative Volume of Oil of Approximately 5.2 Million Stock Tank Barrels**

160.    Dr. Mehran Pooladi-Darvish holds a Ph.D. in Petroleum Engineering and has taught as a professor of petroleum engineering at the University of Calgary. He currently serves as a senior director of reservoir engineer at IHS, which recently acquired Fekete Engineering. TREX-011653.0003; Phase 2 Tr. at 1960:19-1961:12 (Oct. 9, 2013 PM) (Pooladi-Darvish). At his firm, Dr. Pooladi-Darvish is in charge of integrated reservoir studies, which is the incorporation of all known information in order to predict reservoir performance. Phase 2 Tr. at 1961:13-1962:09 (Oct. 9, 2013 PM) (Pooladi-Darvish).

161.    Dr. Pooladi-Darvish employed both analytical and numerical techniques in his work. In the analytical stage, he developed a reservoir-wellbore model that matched the pressure and collection rate data from the capping stack period. In the numerical stage, he used simulation techniques to vary a number of reservoir and wellbore parameters to determine the range of possible reservoir-wellbore combinations that could match the calibration data, as well as the range of cumulative discharge estimates corresponding to those matching cases. TREX-011653.0007.

162.    Dr. Pooladi-Darvish's best estimate for the cumulative discharge from the well is 5.0-5.3 million stock tank barrels. Phase 2 Tr. at 1966:24-1967:01, 1972:10-15 (Oct. 9, 2013 PM) (Pooladi-Darvish); TREX-011653.0015.

163.    In his reservoir engineering work, Dr. Pooladi-Darvish finds it extremely important to understand the range of uncertainty in the data he is analyzing, and to determine how those uncertainties affect the outcome of his studies. Phase 2 Tr. at 1963:11-21 (Oct. 9,

2013 PM) (Pooladi-Darvish). Dr. Pooladi-Darvish's clients expect him to account for uncertainty in the underlying data, because they want to know the risk attendant in making investments based upon his work. Phase 2 Tr. at 1963:22-1964:07 (Oct. 9, 2013 PM) (Pooladi-Darvish).

164.    At the time of the explosion, the Macondo reservoir was still at the exploration stage, and BP/Anadarko had only drilled one well. Given the early stage of this well, there was still a large range of uncertainty relating to the data for the reservoir, including the connected volume,[21] the compressibility of the reservoir,[22] the final reservoir pressure, and permeability.[23] Phase 2 Tr. at 1967:02-15 (Oct. 9, 2013 PM) (Pooladi-Darvish); Phase 2 Tr. at 2694:18-2695:11 (Oct. 16, 2013 AM) (Merrill); TREX-009318.0010; *infra* ¶¶ 382-386.

165.    Accordingly, Dr. Pooladi-Darvish designed his analysis to take into account that uncertainty by first identifying all the parameters that would affect the reservoir response, and then determining how big an impact those parameters would have on the performance of the system. Phase 2 Tr. at 1973:13-19 (Oct. 9, 2013 PM) (Pooladi-Darvish).

166.    The reservoir parameters Dr. Pooladi-Darvish found would have the greatest impact on the ability of the reservoir to deliver flow included permeability and skin. Phase 2 Tr. at 1978:05-15 (Oct. 9, 2013 PM) (Pooladi-Darvish); D-21830; TREX-011653.0016.

---

[21] Connected volume refers to the volume of oil in the reservoir that was connected to the well – in other words, the portion of the reservoir that could flow oil to the well.  *See, e.g.,* Phase 2 Tr. at 1930:11-17 (Oct. 9, 2013 AM) (Kelkar).

[22] Compressibility of the reservoir refers to how much the reservoir can be compressed – or squeezed.  Phase 2 Tr. at 2107:13-22 (Oct. 10, 2013 AM) (Blunt). Total compressibility includes the compressibility of the oil, water, and formation (or rock).  Phase 2 Tr. at 1863:24-1864:03 (Oct. 9, 2013 AM) (Kelkar); TREX-011696-R.0070.  Formation compressibility is measured in microsips.  Phase 2 Tr. at 2398:19-21 (Oct. 15, 2013 AM) (Zimmerman).  Formation compressibility is also referred to as rock compressibility or pore volume compressibility.

[23] Permeability is a measure of the ease of flow of fluids through rocks. TREX-011653.0008.  It is measured in millidarcies.

167.    The wellbore parameters Dr. Pooladi-Darvish found would have the greatest impact of the wellbore to conduct flow included the BOP restriction and the wellbore roughness. Phase 2 Tr. at 1979:02-14 (Oct. 9, 2013 PM) (Pooladi-Darvish); TREX-011653.0008.

168.    To ensure that his analysis took account of the uncertainty in his inputs, Dr. Pooladi-Darvish used each of the wellbore and reservoir parameters that he determined could have a large impact on flow, plus additional parameters, in the range of cases he studied in the numerical phase of his work. Phase 2 Tr. at 1979:15-21 (Oct. 9, 2013 PM) (Pooladi-Darvish); TREX-011653.0020.

169.    For all the uncertain wellbore and reservoir parameters, Dr. Pooladi-Darvish reviewed the available data to come up with the range of possible values for each parameter. Phase 2 Tr. at 1980:16-1981:04 (Oct. 9, 2013 PM) (Pooladi-Darvish); TREX-011653.0016.

170.    Having selected a range of values for each parameter, Dr. Pooladi-Darvish then developed a "base case" reservoir and wellbore model. Given the uncertainty in the parameters, Dr. Pooladi-Darvish's estimates for uncertain parameters such as formation compressibility that were used in his "base case" were not his best estimates for those parameters – they were instead a starting point for his investigation. Phase 2 Tr. at 1988:25-1989:15 (Oct. 9, 2013 PM) (Pooladi-Darvish).

171.    Recognizing the uncertainty of his input parameters, Dr. Pooladi-Darvish identified two calibration points for his models: pressures and collection rates. Specifically:

a.      As described above, once BP installed a pressure gauge on the capping stack, BP had

reliable measurements of the pressures in the capping stack on the final day of flow. *See*

*supra* ¶ 30 (discussing pressure measurements on the capping stack).

b.      Also as discussed above, just prior to the shutting in of the well, BP had also been

collecting oil to the surface ships Q4000 and Helix Producer. Phase 2 Tr. at 1969:15-

1970:04; TREX-011653.0151. These measurements were carefully made and reconciled.

*See supra* ¶ 31 (discussing collection and reconciliation of collection data). Accordingly,

the rates of collected oil were known to within a few percent, or plus/minus 600 stock

tank barrels per day. Phase 2 Tr. at 1969:15-1970:04 (Oct. 9, 2013 PM)

(Pooladi-Darvish); TREX-011653.0120; TREX-011653.0151-.0155.

172.    By calibrating his model to two sets of good dynamic data – the collection

rates and pressures measured once the capping stack was installed, as well as the pressure

buildup curve after the well was shut in – Dr. Pooladi-Darvish was able to narrow down the

range of uncertainty in his answers. Phase 2 Tr. at 1967:25-1968:16 (Oct. 9, 2013 PM)

(Pooladi-Darvish).

173.    Specifically, in his numerical work, Dr. Pooladi-Darvish ran dozens of

cases where he would vary one parameter, observe how the shut-in pressure buildup compares to

actual data, vary other parameters to achieve a match with the actual shut-in pressure data, and

then compare the model's predictions of collection rates with the actual measured collection

rates. Phase 2 Tr. at 1988:06-24 (Oct. 9, 2013 PM) (Pooladi-Darvish); TREX-0011653.0020.

174.    Dr. Pooladi-Darvish's approach of matching his model to the measured

data is consistent with the training BP gives its own engineers. Specifically, BP trains its

engineers to validate its wellbore models against actual empirical data. Bishop Dep. at 58:15-59:15.

175.    Without calibrating to the collection rates, the range of cases that matched the shut-in pressures could range between 3 and 7 million stock tank barrels, with all of those cases honoring material balance. Phase 2 Tr. at 1999:07-2000:01 (Oct. 9, 2013 PM) (Pooladi-Darvish); TREX-011654R.0006, .0020-.0021.

176.    Because the degree of uncertainty in the collection rates was approximately 600 stock tank barrels per day, Dr. Pooladi-Darvish chose agreement between modeled and actual collection rates to within +/- 600 stock tank barrels per day as his criteria for whether a case was a "good" match. Phase 2 Tr. at 1992:20-1993:07 (Oct. 9, 2013 PM) (Pooladi-Darvish); TREX-011653.0020.

177.    Dr. Pooladi-Darvish also considered models that agreed with measured collection rates to within +/- 2500 stock tank barrels per day as "mediocre" matches. Phase 2 Tr. at 1993:11-1994:01 (Oct. 9, 2013 PM) (Pooladi-Darvish); TREX-011653.0020.

178.    The cases that matched both the measured pressure buildup and the measured collection rates all had cumulative discharges of between 5.0 and 5.3 million stock tank barrels. Phase 2 Tr. at 1995:14-22 (Oct. 9, 2013 PM) (Pooladi-Darvish); D-21843; TREX-011653.0005.

179.    Dr. Pooladi-Darvish's numerical simulations also showed that the farther a case was from the 5.0-5.3 million barrel range, the worse the match with the measured collection rates, suggesting the true value was inside that range. Phase 2 Tr. at 1995:23-1996:06 (Oct. 9, 2013 PM) (Pooladi-Darvish); TREX-011653.0020-.0021.

180.    Dr. Pooladi-Darvish's conclusion that a number of different reservoirs could provide consistent results is consistent with BP's own analyses during the response. In the pressure transient analysis that was performed after shut-in to determine whether the Macondo well had integrity, reasonable matches were found that were consistent with the available pressure data that had different reservoir sizes, flow rates, permeabilities, and compressibilities. Bishop Dep. Vol. 1 at 206:15-25; Phase 2 Tr. at 2689:15-2696:07 (Oct. 16, 2013 AM) (Merrill); TREX-009318.0001, .0008, .0010.

181.    When Dr. Pooladi-Darvish varied formation compressibility between 6 and 12 microsips, after his history matching process his model still had a cumulative discharge between 5.0 and 5.3 million stock tank barrels. Phase 2 Tr. at 1996:07-1997:05 (Oct. 9, 2013 PM) (Pooladi-Darvish).

182.    Dr. Pooladi-Darvish attempted to incorporate the values for permeability, oil in place, and wellbore restriction that were suggested by BP/Anadarko experts into his model. He found that their suggested values for those parameters could not provide matches to the measured collection rates. Phase 2 Tr. at 2003:16-2004:16, 2005:25-2006:22, 2011:17-2012:09 (Oct. 9, 2013 PM) (Pooladi-Darvish); TREX-011654R.0010-.0011.

183.    Dr. Pooladi-Darvish examined a range of cases with permeabilities between 170 millidarcies and 850 millidarcies. Phase 2 Tr. at 1985:06-11; D-21832.  He was able to achieve matches with permeabilities between 360 and 850 millidarcies, but was not able to achieve a match with BP/Anadarko's trial estimate of permeability (238 millidarcies). Phase 2 Tr. at 2004:10-22 (Oct. 9, 2013 PM) (Pooladi-Darvish); D-21850.

184.    Dr. Pooladi-Darvish was able to match the shut-in pressures and the collection rates with an estimate of original oil in place of between 110-150 million stock tank barrels. Phase 2 Tr. at 2005:25-2006:09 (Oct. 9, 2013 PM) (Pooladi-Darvish).

185.    BP's expert, Dr. Blunt, criticized Dr. Pooladi-Darvish for not taking into account cooling of the oil as it flowed from the well through the BOP. Dr. Blunt's proposed corrections to the shut-in pressures are subject to a large number of assumptions, and Dr. Pooladi-Darvish does not agree with the corrections made by Dr. Blunt. In general, correcting wellhead pressures to bottom hole pressures while accounting for cooling effects is very problematic. Phase 2 Tr. at 2007:17-2008:02 (Oct. 9, 2013 PM) (Pooladi-Darvish). Moreover, Dr. Blunt's correction employed fluid densities that were larger than any lab values for fluid density. This would overestimate the correction to the pressures. Phase 2 Tr. at 2008:03-19 (Oct. 9, 2013 PM) (Pooladi-Darvish); TREX-011654R.0011. Nonetheless, Dr. Pooladi-Darvish investigated whether he could achieve a match after applying the corrections proposed by Dr. Blunt to the shut-in pressures to account for cooling in the wellbore. Dr. Pooladi-Darvish still found a match at 5.0 million stock tank barrels. Phase 2 Tr. at 2008:20-2009:06 (Oct. 9, 2013 PM) (Pooladi-Darvish); D-21850; TREX-011654R.0011.

186.    There is no evidence suggesting the reservoir got more productive over time. Generally wells become less productive with time. TREX-011654R.0022.

187.    One plausible reason for the lower inferred productivity index found by Mr. Emilsen in his blowout modeling is the existence of mud filtrate in the rock near the wellbore. MDT testing confirmed the presence of mud filtrate. This filtrate would have been flushed out of the rock within hours. TREX-011654R.0030-.0031.

**D.    Dr. Kelkar Used Material Balance Using BP's Best Estimates of Reservoir Parameters and Estimated the Cumulative Volume of Oil Released by BP/Anadarko's Well to be 4.5-5.5 Million Stock Tank Barrels of Oil**

188.    The United States' expert witness Dr. Mohan Kelkar provided an opinion about the cumulative volume of oil discharged from the Macondo reservoir over the 86 days of the spill, as well as the volume of oil discharged on July 15, 2010, the last day of the spill. TREX-011549R.0007; Phase 2 Tr. at 1843:01-15 (Oct. 9, 2013 AM) (Kelkar); D-21653. He concluded that BP/Anadarko's well spewed 4.5 to 5.5 million barrels of stock tank oil over the period of the spill, and that the final day flow rate was 54,000 stock tank barrels per day. TREX-011549R.0007; Phase 2 Tr. at 1843:01-15 (Oct. 9, 2013 AM) (Kelkar); D-21653.

189.    Dr. Kelkar is an expert in petroleum engineering and reservoir modeling. Phase 2 Tr. at 1841:21-1842:04 (Oct. 9, 2013 AM) (Kelkar). He holds a Ph.D. in chemical engineering, an MS in petroleum engineering, and a BS in chemical engineering. Phase 2 Tr. at 1839:21-23 (Oct. 9, 2013 AM) (Kelkar); TREX-011549R.0047. Dr. Kelkar has taught petroleum engineering at the University of Tulsa for the past thirty years, and has been Chair of the Petroleum Engineering Department since 2002. Phase 2 Tr. at 1839:03-06, 1840:04-08 (Oct. 9, 2013 AM) (Kelkar); D-21651; TREX-011549R.0006, .0047. Over the past thirty years, he has taught courses in reservoir engineering and has worked as a consultant performing reservoir characterization projects at oil fields around the world. Phase 2 Tr. at 1840:22-1841:05, 1841:07-13 (Oct. 9, 2013 AM) (Kelkar); TREX-011549R.0006, .0048; D-21651.

i.      **The Material Balance Method Carries More Uncertainty than Other Methods for Estimating Cumulative Volume of Oil Released**

190.    Material balance is a method typically used by reservoir engineers to find the original oil in place in a reservoir when you know oil production with certainty. Phase 2 Tr. at 1846:20-1847:05, 1847-19-1848:07, 1849:01-1850:04 (Oct. 9, 2013 AM) (Kelkar); D-21654; D-21656; D-21601.

191.    For his work in this case, Dr. Kelkar was answering the question of how much oil was produced from the Macondo reservoir; he used the material balance analysis in the inverse, estimating original oil in place to find the cumulative volume of oil released from the reservoir. Phase 2 Tr. at 1847:09-18, 1848:08-11 (Oct. 9, 2013 AM) (Kelkar); D-21654; D-21656; D-21601. BP's expert Dr. Blunt performed a similar, non-traditional material balance analysis. Phase 2 Tr. at 1852:18-23 (Oct. 9, 2013 AM) (Kelkar).The fact that Dr. Kelkar and Dr. Blunt used the material balance method in a non-traditional way adds another layer of uncertainty to both of their analyses since they have one additional unknown input (original oil in place). Phase 2 Tr. at 1847:11-18, 1850:05-12 (Oct. 9, 2013 AM) (Kelkar); D-21654; D-21656. That additional uncertainty does not necessarily invalidate the material balance method or the results, but one has to use more caution in evaluating the results of the analysis. Phase 2 Tr. at 1851:01-06 (Oct. 9, 2013 AM) (Kelkar).

192.    Dr. Kelkar validated his material balance analysis using other methods and information. Specifically, Dr. Kelkar used his calculation of the flow rate on the final day of the spill to ensure consistency between the rate calculations and his calculation of cumulative discharge. Phase 2 Tr. at 1851:07-12 (Oct. 9, 2013 AM) (Kelkar). Dr. Kelkar also calculated the

84

productivity index of the reservoir on the last day before the well was shut in and the

productivity index based on measured reservoir properties and found that the two were

consistent, further validating his material balance analysis. Phase 2 Tr. at 1851:13-16 (Oct. 9,

2013 AM) (Kelkar); TREX-011549R.0029.

193.    Material balance carries more uncertainty than other methods used by the

United States to estimate the cumulative volume of oil released, such as reservoir simulation,

because those other methods incorporate dynamic data like pressure build up information. Phase

2 Tr. at 1852:02-12 (Oct. 9, 2013 AM) (Kelkar). Dr. Kelkar did not use those methods to address

the question of total oil spilled from the Macondo reservoir because similar methods were

already being used by other United States experts, including Dr. Pooladi-Darvish and Dr.

Griffiths. Phase 2 Tr. at 1852:13-17 (Oct. 9, 2013 AM) (Kelkar).

194.    The primary advantage of the material balance methodology is that it is

simple to use, in that the equations are simple and do not rely on dynamic data such as flow rates

over time and dynamic pressure data. Phase 2 Tr. at 1886:20-1887:01 (Oct. 9, 2013 AM)

(Kelkar); D-21671. This advantage, however, can also be a limitation because the method is a

static one and does not account for any variation over time, including variation in reservoir

properties, reservoir pressure, and collection rate data. Phase 2 Tr. at 1887:03-11 (Oct. 9, 2013

AM) (Kelkar); D-21671.

195.    Because the material balance method gives you only a picture of a

moment in time, it is quite sensitive to uncertainties in the input values. That uncertainty is only

increased in the Macondo analysis because the value of original oil in place is not known with

any significant degree of certainty. Phase 2 Tr. at 1887:11-13 (Oct. 9, 2013 AM) (Kelkar);

D-21671; Phase 2 Tr. at 1967:16-24 (Oct. 9, 2013 PM) (Pooladi-Darvish).

> **ii.      Using Data Provided by BP, Dr. Kelkar's Material Balance Analysis Shows a Cumulative Volume of Oil Released of 4.5 to 5.5 Million Stock Tank Barrels**

196.    To calculate the cumulative volume of oil released Dr. Kelkar used the

following equation:



D-21656; *see also* Phase 2 Tr. at 1849:19-25, 1850:05-12 (Oct. 9, 2013 AM) (Kelkar);

TREX-011549R.0027-.0028. Compressibility as used in this equation is total compressibility,

which is comprised of formation compressibility and fluid compressibility. Phase 2 Tr. at

1849:19-25, 1850:05-12, 1864:01-03 (Oct. 9, 2013 AM) (Kelkar). Dr. Kelkar derived each of the

inputs to this equation from information and data BP developed at the time of the response in

2010, including internal BP reports, memoranda, and modeling results, internal BP emails, and

presentations and other communications from BP to the United States government. Phase 2 Tr. at

1854:11-18 (Oct. 9, 2013 AM) (Kelkar); D-21657.

197.    Notably, using the material balance method in this non-traditional way

introduces a new layer of uncertainty because the value for original oil in place is typically very

uncertain.  Phase 2 Tr. at 1967:16-24, 2013:03-14 (Oct. 9, 2013 PM) (Pooladi-Darvish);

TREX-011654R.0013, .0026-.0028.  BP engineer Simon Bishop testified that oil in place was an

uncertain parameter. Bishop Dep. Vol. 2 at 476:22-477:02.

a.      **Dr. Kelkar Used BP's Best Pre-Drill Estimate of Original Oil In Place and Adjusted it for Information Gathered After the Explosion**

198.    To calculate original oil in place in the reservoir, Dr. Kelkar took the P50 value (which represents a 50 percent probability that the actual value could be higher or lower) from BP's April 2009 Pre-drill Technical Assurance Memorandum, which predicted an original oil in place of 181 million stock tank barrels. Dr. Kelkar then adjusted that P50 value for the proper oil formation volume factor to obtain an original oil in place estimate of 137 million stock tank barrels. Phase 2 Tr. at 1854:18-1856:23, 1857:23-1859:04 (Oct. 9, 2013 AM) (Kelkar); TREX-011549R.0025-.0027; TREX-005246.0016; D-21658.

199.    The only substantive difference between Dr. Kelkar's original oil in place value and that used by the BP expert using material balance, Dr. Blunt, is the formation volume factor they used. Oil formation volume factor represents the conversion from a barrel of reservoir oil to a barrel of oil at surface conditions. Phase 2 Tr. at 1856:06-17 (Oct. 9, 2013 AM) (Kelkar); *see infra* ¶¶ 557.

200.    Dr. Kelkar used a formation volume factor of 2.14 to convert the original oil in place value from BP's Pre-drill Technical Assurance Memorandum, which is based on Macondo fluids data that BP provided to the United States during the response. Phase 2 Tr. at 1856:18-1857:12 (Oct. 9, 2013 AM) (Kelkar); TREX-009732.0011-.0012; TREX-011549R.0026-.0027; D-21658. This formation volume factor of 2.14 is the same as that used by BP's Phase 1 expert Dr. Emilsen. Phase 2 Tr. at 1861:18-22, 1862:05-10 (Oct. 9, 2013 AM) (Kelkar); TREX-007401.0030; TREX-011550R.0005.

201.    The formation volume factor of 2.14 used by Dr. Kelkar is also consistent with that calculated by BP's fluids expert Dr. Whitson, who predicted formation volume factor values of 2.08 to 2.14. Phase 2 Tr. at 1883:01-12 (Oct. 9, 2013 AM) (Kelkar); TREX-011550R.0005, .0013-.0014; D-21669.

202.    Dr. Kelkar considered the sensitivity of his material balance analysis to a change in formation volume factor and determined that if he applied the lower end of the formation volume factor calculated by Dr. Whitson (2.08) to his material balance analysis, it would increase the cumulative oil discharged from the reservoir. Phase 2 Tr. at 1883:01-12 (Oct. 9, 2013 AM) (Kelkar).

203.    Similarly, if Dr. Kelkar applied the formation volume factors of 1.97-2.04 calculated by Dr. Zick, his calculation of cumulative discharge would increase. Phase 2 Tr. at 1883:01-12 (Oct. 9, 2013 AM) (Kelkar). Therefore, the value of 2.14 used by Dr. Kelkar is quite conservative in that it results in a smaller volume of oil discharged than if he used the formation volume factors calculated by either the United States' or BP/Anadarko's fluids experts.

204.    Dr. Kelkar also calculated a conservative lower bound original oil in place value of 110 million stock tank barrels using a single stage formation volume factor of 2.35, which is in the range used by BP/Anadarko's expert Dr. Blunt. Phase 2 Tr. at 1859:21-1860:07 (Oct. 9, 2013 AM) (Kelkar).

205.    Dr. Blunt's claims that Dr. Kelkar did not consider geology are contradicted by the evidence that (1) Dr. Kelkar in fact used the geophysical analysis done by BP as starting point in his analysis; and (2) both Dr. Kelkar and Dr. Blunt got approximately the

same total amount of hydrocarbons in place in the reservoir (i.e., reservoir barrels). Phase 2 Tr. at 1860:19-1861:15 (Oct. 9, 2013 AM) (Kelkar); TREX-011550R.0014-.0015; D-21659.

> **b.      Dr. Kelkar Used A Rock Compressibility Value of 12 Microsips Because that Is the Value BP Used When It Mattered Most to Be Right**

206.    The evidence supports Dr. Kelkar's decision to use a value of 12 microsips for rock compressibility as an input to his material balance analysis. Dr. Kelkar's decision was based on his review of a significant number of internal BP documents as well as the deposition testimony of Dr. Paul Hsieh, a member of the United States Science Team involved in modeling fluid flow and assessing well-integrity during the Macondo oil spill response. Phase 2 Tr. at 1864:04-09, 1866:16-20; 1866:24-1867:07 (Oct. 9, 2013 AM) (Kelkar); D-21600; Phase 2 Tr. at 1517:15-1518:13 (Oct. 8, 2013 AM) (Hsieh).  Dr. Kelkar testified that these materials contained just the types of discussions he relies on in his day to day reservoir engineering work when there is uncertainty with respect to certain reservoir parameters.  D-21600; Phase 2 Tr. at 1864:04-09, 1865:10-25, 1866:15-20 (Oct. 9, 2013 AM) (Kelkar).

207.    Dr. Kelkar noted that when BP had "every reason to use the most appropriate values in their simulation," BP relied on a value of 12 microsips as its most likely estimate for rock compressibility. In early July 2010, BP scientists decided to perform modeling using rock compressibility values of 12 and 18 microsips (in addition to 6 microsips) to enable them to assess the risks of shutting-in the Macondo well. Phase 2 Tr. at 1870:18-1876:24 (Oct. 9, 2013 AM) (Kelkar); D-21600; TREX-010841.0022, .0023; TREX-009324.0001, .0016, .0017; TREX-009320.0017, .0025.

89

208.    Based on the Weatherford rotary sidewall core compressibility tests, BP initially used a value of 6 microsips in its reservoir modeling to assess the integrity of the well and shut-in risks. Phase 2 Tr. at 1524:14-23 (Oct. 8, 2013 AM) (Hsieh); TREX-008627.0003.

209.    BP did not, however, consider the Weatherford test results sufficiently reliable for reservoir modeling purposes.  On July 6, 2010, there was an internal BP meeting to review reservoir modeling that had been conducted by Robert Merrill. The attendees included Paul Tooms, Kate Baker, James Dupree, and a number of BP reservoir engineers, some geologists, and some flow specialists. Phase 2 Tr. at 2652:03-16 (Oct. 16, 2013 AM) (Merrill). The attendees discussed Dr. Merrill's use of 6 microsips in his modeling. Phase 2 Tr. at 2652:17-22 (Oct. 16, 2013 AM) (Merrill).  Dave Schott, a BP engineer, "raised the possibility that rotary sidewall cores could provide data that was biased low compared to data collected from other methods." Phase 2 Tr. at 2652:23-2653:09 (Oct. 16, 2013 AM) (Merrill).  As Mr. Schott pointed out, "we know from Santa Cruz data and intuitively that sidewall core data is conservative just from the way the grains are aligned…. [w]e shouldn't be strictly confined to the sidewall data at Macondo or anywhere."  TREX-008774; Phase 2 Tr. at 2653:10-13 (Oct. 16, 2013 AM) (Merrill). The group recognized that the value of 6 microsips, taken from rotary sidewall cores, might be biased low, and higher values were a possibility. Phase 2 Tr. at 2654:24-2655:04 (Oct. 16, 2013 AM) (Merrill).

210.    After the July 6 meeting, BP's Kelly McAughan[24] sought the input of others at BP, including rock mechanics expert Stephen Willson, to determine whether to use a

---

[24] Kelly McAughan was the reservoir engineer who was actually assigned to BP/Anadarko's well during its drilling. Phase 2 Tr. at 2647:11-14 (Oct. 16, 2013 AM) (Merrill).

value other than 6 microsips in assessing risks of shutting in the well and evaluating well integrity. Phase 2 Tr. at 1867:08-16, 1902:07-1903:12 (Oct. 9, 2013 AM) (Kelkar); D-21600; TREX-008771.0001 ("other [reservoir engineers] were questioning our [rock compressibility] being 'low' at 6 [microsips]").

211.    Ultimately, BP reached a consensus to use a new "most likely" compressibility of 12 microsips as an input to its modeling. TREX-010841.0022, .0023; TREX-008776.

212.    Dr. Merrill implemented this recommendation in a number of the simulations that he supervised or performed throughout July 2010. Phase 2 Tr. at 1870:18-1872:16, 1872:17-1874:16, 1874:17-1876:11 (Oct. 9, 2013 AM) (Kelkar); TREX-010841.0022, .0023; TREX-009324.0016, .0017; D-21600; TREX-009320.0017, .0025; TREX-010845.0011, .0012.

213.    BP's decision to scale up from the Weatherford data and use compressibilities of 12 and 18 microsips is well-documented in a number of communications between July 6 and July 8, 2010, among various BP employees, including Mr. Willson, Mr. Schott, Dr. Merrill, and Ms. McAughan. Based on prior experience and expertise in the field, including at the nearby Gulf of Mexico wells Santa Cruz and Isabela, BP's internal experts recognized that, as compared to data from whole cores, rotary sidewall core data had "inherent biases" and produced "conservative" estimates of rock compressibility. Phase 2 Tr. at 1867:17-1870:17 (Oct. 9, 2013 AM) (Kelkar); D-21600; TREX-008769; TREX-008770; TREX-008771; TREX-08772; TREX-008773; TREX-008774; TREX-008775; TREX-008776; TREX-008777.

214.    BP considered data from its other Gulf of Mexico wells (*i.e.*, analog wells) in determining how much to adjust the compressibility value obtained from the sidewall core data, and relied on recommendations by the reservoir engineers assigned to those wells to determine how much to scale up the Macondo sidewall core data. Phase 2 Tr. at 2653:10-13, 2654:24-2655:04 (Oct. 16, 2013 AM) (Merrill); Phase 2 Tr. at 1868:20-1869:25, 1870:09-17 (Oct. 9, 2013 AM) (Kelkar); D-21600; TREX-008770 ("if you went from 10 to 20 [at Galapagos] then I will increase Macondo's by a factor of 2."); TREX-008772 ( "a similar upgrade going from sidewall to whole core as what we found going from sidewall in SC [Santa Cruz] and Isabela to whole core in SC"); TREX-008775.0001 ("[a]n Isabela/Santa Cruz comparison would put you at 15 microsips or so. So 15 could be a reasonable compromise if you wish, with 20 as an upside and 5 microsips as a downside?"); TREX-008777.0001 ("[w]e went from 6 [microsips] to 12 [microsips]. Nakika team did about the same for Isabela rotaries approximately upping a factor of 2 gauging from Santa Cruz whole core."); *see also* TREX-005232.0007 (identifying the Isabela as the "closest analogue" for development of the Macondo reservoir); TREX-005232.0011 (same); Ritchie Dep. at 31:02-30:10, 31:13-32:23.

215.    After discussion and analysis of the inherent biases of sidewall cores and an examination of the higher compressibility of other nearby wells, BP reached a consensus as to the most appropriate value to be used. Ms. McAughan stated: "How about we use 6-12-18." Mr. Willson replied: "That sounds very reasonable to me Kelly." Dr. Merrill followed by stating: "Me too." Phase 2 Tr. at 1870:01-08 (Oct. 9, 2013 AM) (Kelkar); D-21600; TREX-008776.0001; s*ee also* Phase 2 Tr. at 2654:01-08, 2656:04-14, 2683:11-24  (Oct. 16, 2013 AM) (Merrill) (confirming that BP decided to increase the compressibility values to

include 12 and 18 microsips in the modeling leading up to the shut-in of the well and acknowledging that Mr. Schott did not "steamroll" everyone else into accepting his view).

216.   BP shared its decision to use 12 microsips with government scientists working on the well integrity test.  For instance, Dr. Paul Hsieh, a U.S Geological Survey hydrologist, was critically involved in assessing well integrity for the Science Team and was told by BP in meetings during the planning and execution of the well integrity test that 12 microsips was the appropriate value for compressibility. Phase 2 Tr. at 1877:10-17 (Oct. 9, 2013 AM) (Kelkar).

a.   In a July 8, 2010 meeting to discuss BP's reservoir modeling in support of the well integrity assessment, Ms. McAughan told Dr. Hsieh that the 6 microsips was an underestimate and that BP was using a rock compressibility of 12 microsips in its modeling because it was "more representative" of oil reservoirs in the Gulf of Mexico. Phase 2 Tr. at 1523:14-1524:23 (Oct. 8, 2013 AM) (Hsieh); TREX-008659.0026.

b.   In a key July 9, 2010 meeting attended by both government scientists and BP to decide whether to test the well's integrity, Dr. Merrill presented BP's reservoir modeling, indicating that an input of 12 microsips for rock compressibility was assumed for the base case. Phase 2 Tr. at 1526:01-25 (Oct. 8, 2013 AM) (Hsieh); TREX-008660N.0008; TREX-008639.0010.

c.   BP also presented "sensitivities" on the base case inputs to bracket the pressure response. In the sensitivity runs, BP used value of 6 microsips on the low side, and 18 microsips on the high side. Phase 2 Tr. at 1527:01-16 (Oct. 8, 2013 AM) (Hsieh); TREX-008660N.0008.

d.      At trial, BP/Anadarko tried to erase these representations by claiming that the

identification of 12 microsips as the "most likely" value in quotation marks indicated that

Dr. Merrill really did not mean what his presentation said.  Dr. Merrill claimed to

remember that he had put air quotes around the phrase "most likely," even though he did

not remember using the phrase. Phase 2 Tr. at 2663:12-16 (Oct. 16, 2013 AM) (Merrill);

TREX-010841.0023.

217.    Dr. Hsieh and the United States Science Team relied on Dr. Merrill's base

case reservoir modeling to develop its recommendations regarding pressure criteria used to

assess the integrity of the well. Phase 2 Tr. at 1527:20-1528:02, 1519:14-18, 1520:02-09 (Oct. 8,

2013 AM) (Hsieh).

218.    BP/Anadarko tried to suggest in cross-examining Dr. Hsieh that the use of

12 microsips was intended to be conservative because it would result in higher pressures.

However, as Dr. Hsieh indicated, "if you want to simulate a higher pressure by increasing the

rock compressibility, that is what you get.  But I don't see a clear line of thinking from that to the

shut-in criteria that we developed."  Phase 2 Tr. at 1547:11-19 (Oct. 8, 2013 AM) (Hsieh).  In

fact, the shut-in criteria were premised on the understanding high pressures were consistent with

well integrity.  *See supra* ¶ 33. Accordingly, to ensure well integrity, BP would not have been

conservative by assuming a compressibility that artificially inflated pressure.

219.    After the well was shut-in, Dr. Hsieh developed a reservoir model to

evaluate whether the well had integrity. BP provided the inputs to Dr. Hsieh's model. Phase 2 Tr.

at 1528:09-1529:15 (Oct. 8, 2013 AM) (Hsieh). Dr. Hsieh used a rock compressibility input of

12 microsips, based on his July 8 meeting with Ms. McAughan and Dr. Merrill's July 9

94

presentation. Phase 2 Tr. at 1530:12-19 (Oct. 8, 2013 AM) (Hsieh); TREX-008639.0015; TREX-008645.0001.

220.    Dr. Hsieh presented the results of his analysis on July 16; his presentation included a list of the reservoir inputs that he used in his model, including rock compressibility. At the time of the presentation, no one from BP suggested that Dr. Hsieh was using the wrong input for rock compressibility. Phase 2 Tr. at 1529:16-1530:23 (Oct. 9, 2013 AM) (Hsieh); TREX-008639.0015.

221.    Similarly, after shut-in, between July 15-16, Dr. Merrill performed pressure transient analyses which used a rock compressibility of 12 microsips as the "base case" and showed that the observed pressure data was consistent with the scenarios they had investigated prior to shut-in. Phase 2 Tr. at 2668:13-2669:19 (Oct. 16, 2013 AM) (Merrill); TREX-010845.0011, .0012.

222.    The evidence does not support BP's contention that BP scientists used higher compressibility values only to bracket worst-case scenarios. Phase 2 Tr. at 1877:05-09 (Oct. 9, 2013 AM) (Kelkar); Phase 2 Tr. at 1527:20-24 (Oct. 8, 2013 AM) (Hsieh).  Dr. Merrill did not testify that BP chose to use 12 microsips as a "worst case" scenario. BP's efforts to dismiss the use of 12 microsips as a "worst case" scenario are inconsistent with the concerns being addressed during the capping stack analysis. As Dr. Merrill testified, in general, in reservoir modeling, when the amount of reservoir depletion is kept the same, relatively high rock compressibility will result in a smaller pressure change. In contrast, relatively low rock compressibility will result in a larger pressure change. Phase 2 Tr. at 2646:05-21, 2649:18-2650:01 (Oct. 16, 2013 AM) (Merrill); TREX-010835.0005 ("The evaluated scenarios indicate a

95

low-level of risk of broaching if conducting a well integrity shut-in of less than 1 week"). Moreover, the capping stack analysis was not the only time that BP considered compressibility values greater than 6.35. For instance, in its pre-drill risk analysis, BP evaluated the expected recovery from the Macondo reservoir using a range of rock compressibility from 6 to 20 microsips. TREX-009283.0045.

223.    Even after the shut-in of the well, Dr. Merrill continued to use values other than 6 microsips in his modeling. Phase 2 Tr. at 2668:13-2669:17, 2687:19-2689:15 (Oct. 16, 2013 AM) (Merrill); TREX-010931.0002; TREX-10845.0011, .0012. Dr. Merrill admitted that the three alternatives that he modeled using pressure data from the July 25-26 timeframe, including one with parameters using a rock compressibility value of 14 microsips and a flow rate of 50,000 barrels of oil per day, all gave a reasonable match to the pressure transient data. Phase 2 Tr. at 2689:16-2696:01 (Oct. 16, 2013 AM) (Merrill); TREX-009318.0001, .0008, .0010.

224.    Dr. Kelkar reasonably concluded that it was appropriate to rely on all the above information because BP had every reason to use the most appropriate values in assessing the integrity of the well. He used 6, 12, and 18 microsips as the possible range of compressibility. He considered sensitivities with respect to 6 and 18, but used the most likely value to be 12 because the documents "clearly told [him] that 12 microsips is the most appropriate value to be used." Phase 2 Tr. at 1876:12-1877:04 (Oct. 9, 2013 AM) (Kelkar).

225.    BP's effort to undermine Dr. Kelkar's reliance by citation to the deposition testimony of BP's Graham Vinson fails simply because Mr. Vinson has no basis other than his deposition preparation for making an assertion that the 12 microsips value was a "worst case" value.  Vinson Dep. Vol. 1 at 301:19-303:04.

96

226.   BP has directed the Court to a preliminary report submitted by Dr. Kelkar as part of his work on the reservoir modeling team of the Flow Rate Technical Group in June 2010.  In that preliminary report, based on the only data he had at the time, Dr. Kelkar assumed an average pore volume compressibility of 5.61 microsips – not the 12 microsips used by BP in the capping stack analyses.  Because BP had not yet begun its evaluation related to the capping stack, at the time Dr. Kelkar did his work for the Flow Rate Technical Group he did not have the benefit of the internal analysis BP would soon do and its consensus to use 12 microsips when it mattered most. Phase 2 Tr. at 1843:16-1845:06, 1915:16-1916:09, 1945:10-1946:02 (Oct. 9, 2013 AM) (Kelkar); *see also* Maclay Dep. Vol. 1 at 72:12-73:04, 30:01-08 (Dr. Kelkar's work for the Flow Rate Technical Group was performed in June 2010 over a ten-day period); Maclay Dep. Vol. 2 at  453:15-21.  Dr. Kelkar testified that if the internal BP discussions had been available to him at the time of his Flow Rate Technical Group work, he would have considered them and may have changed the compressibility value he used in that work. Phase 2 Tr. 1945:10-1946:2 (October 9, 2013 AM) (Kelkar).

227.   BP criticized Dr. Kelkar's 12 microsips compressibility value by pointing to an article co-authored by Dr. Kelkar that provides rock compressibility ranges of between 1 and 10 microsips for "well consolidated" reservoirs in the Gulf of Mexico.  TREX-011560.0001, .0004; Phase 2 Tr. at 1900:17-1901:25 (Oct. 9, 2013 AM) (Kelkar).  For three reasons, this criticism fails:

a.   The Macondo formation, however, is *not* well consolidated, but instead is weakly consolidated or friable.  Phase 2 Tr. at 2496:16-2498:11 (Oct. 15, 2013 PM) (Zimmerman); *see also infra* ¶¶ 364-366.

b.    For unconsolidated reservoirs in the Gulf of Mexico, the Liu article indicates that rock compressibility can be considerably higher (for example, the Genesis Field has a rock compressibility of 40 microsips). TREX-011560.0006.

c.    BP's own expert acknowledged that studies involving substantial generalizations are of limited value in determining rock compressibility at a particular reservoir due to large ranges in the data.  Phase 2 Tr. at 2410:03-20 (Oct. 15, 2013 AM) (Zimmerman).

228.    BP/Anadarko's trial experts, Drs. Blunt and Zimmerman, ignored the consensus BP reached when it was making perhaps the most important decision of the entire response.  TREX-011553R.0031; Phase 2 Tr. at 2490:07-2495:11 (Oct. 15, 2013 PM) (Zimmerman); Phase 2 Tr. at 2245:21-2246:15 (October 10, 2013 PM) (Blunt).

### c.    Dr. Kelkar Used a Pressure Drop Based on BP's Own Measurements

229.    The pressure drop element of Dr. Kelkar's material balance calculation is simply the difference between the initial reservoir pressure and the final reservoir pressure after shut-in. D-21664; Phase 2 Tr. at 1878:15-1879:04 (Oct. 9, 2013 AM) (Kelkar).  The initial reservoir pressure of 11,856 psi was measured by BP prior to the blowout and noted in BP's Post-Drill Memorandum. Phase 2 Tr. at 1878:15-23 (Oct. 9, 2013 AM) (Kelkar); D-21664.

230.    Dr. Kelkar used the Mead method to calculate a final reservoir pressure after shut in of 10,396 psi. Phase 2 Tr. at 1878:24-1879:08 (Oct. 9, 2013 AM) (Kelkar); TREX-011549R.0023-.0024. He validated his Mead analysis by taking examples from the literature and comparing the average pressure using Mead method with what was reported using traditional well test analysis. Phase 2 Tr. at 1879:09-15 (Oct. 9, 2013 AM) (Kelkar).

231.    Dr. Kelkar's final reservoir pressure is consistent with that calculated by BP's expert Dr. Gringarten.  Phase 2 Tr. at 1881:04-22 (Oct. 9, 2013 AM) (Kelkar); D-21666; *see also infra* ¶¶ 259-262.

### d.    Dr. Kelkar Corroborated His Material Balance Analysis with Additional Analyses

232.    To evaluate and further validate his material balance analysis, Dr. Kelkar considered the sensitivity of his material balance analysis to changes in the various input values. BP's expert, Dr. Blunt, largely failed to consider alternate input values in his material balance analysis even though his analysis is just as susceptible to input variation as Dr. Kelkar's.  Phase 2 Tr. at 1878:08-14, 1883:01-23 (Oct. 9, 2013 AM) (Kelkar); TREX-011549R.0045-.0046; D-21663; D-21669; D-21670. Despite the fact that all of the documents he evaluated to determine a formation compressibility value "clearly told [him] that 12 microsips is the most appropriate value," Dr. Kelkar also considered the sensitivity of his material balance analysis with respect to 6 and 18 microsips.  Phase 2 Tr. at 1876:16-1877:04 (Oct. 9, 2013 AM) (Kelkar). Dr. Kelkar concluded that the material balance method – both that employed by him and by Dr. Blunt – is quite sensitive to changes in formation compressibility, and the calculation of cumulative oil released can vary a great deal depending on the formation compressibility value selected.  Phase 2 Tr. at 1878:02-14 (Oct. 9, 2013 AM) (Kelkar); D-21663.

233.    Dr. Kelkar also considered the effect of changes in formation volume factor on his material balance analysis.  Phase 2 Tr. at 1882:13-1883:23 (Oct. 9, 2013 AM) (Kelkar); TREX-011549R.0028; D-21669.  He concluded that the value of 2.14 used to calculate an original oil in place of 137 million stock tank barrels (which corresponds to a cumulative oil

release of 5.5 million stock tank barrels) is quite conservative, in that fluids experts for both the United States and BP calculated formation volume factor values that ranged from 1.97 to 2.14 by simulating an oceanic separation process. Phase 2 Tr. at 1883:05-12 (Oct. 9, 2013 AM) (Kelkar); TREX-011550R:0011-.0014; D-21669.  In addition, Dr. Kelkar's conservative low end value of cumulative oil released of 4.5 million stock tank barrels is based on an unrealistically high single stage formation volume factor of 2.35 (consistent with that used by BP's expert Dr. Blunt). D-21669; TREX-011550R.0012-.0013.

234.    Dr. Kelkar's material balance calculations did not include the influence of aquifer support and are therefore conservatively low. As Dr. Kelkar testified, when an aquifer is present, as oil is produced the aquifer puts pressure on the formation and pushes the oil up. Phase 2 Tr. at 1846:10-13 (Oct. 9, 2013 AM) (Kelkar).  The existence of an aquifer of any size would increase the cumulative amount of oil spilled.  Phase 2 Tr. at 1886:07-11 (Oct. 9, 2013 AM) (Kelkar); TREX-011549R.0028; TREX-011550R.0012; D-21668.

235.    BP did consider various aquifer sizes during the response, including a "most likely" and "base case" aquifer size of 3.8 times the size of the oil reservoir.  Phase 2 Tr. at 1871:04-11 (Oct. 9, 2013 AM) (Kelkar); TREX-011549R.0045; TREX-011550R.0037; D-21670.  Dr. Kelkar concluded that if the aquifer properties are similar to the reservoir properties, an aquifer of 1.5 to 3.7 times the size of the reservoir could result in a significant increase in the amount of oil released.  TREX-011549R.0045.

236.    Dr. Kelkar also calculated the flow rate through the capping stack on the final day of the spill, which served as a check on his calculation of cumulative discharge over the

entire period of the spill.  Phase 2 Tr. at 1851:07-16, 1890:07-15 (Oct. 9, 2013 AM) (Kelkar);

D-21672; TREX-011549R.0008-.0017.

237.    Finally, Dr. Kelkar calculated the productivity index of the Macondo well

on the last day before the well was shut in, and found the results were consistent with core and

log measurements from the Macondo reservoir. Phase 2 Tr. at 1851:07-16 (Oct. 9, 2013 AM)

(Kelkar); TREX-011549R.0029.  This further validated his material balance calculations.

TREX-011549R.0029.

### E. Independent Experts and Other Government Estimates Are Consistent with a Conclusion that BP/Anadarko's Well Discharged Approximately 5 Million Stock Tank Barrels of Oil

238.    The United States developed other estimates of the cumulative volume of

oil released during the response that were not discussed at trial but also corroborate the evidence

that the cumulative volume of oil released from BP/Anadarko's well was approximately 5

million stock tank barrels.  For instance:

a.    The Flow Rate Technical Group was formed by the Unified Area Command to generate

flow rate estimates to assist in the response.  Using a variety of different methods to

estimate flow rate, including a mass balance relying upon observations available at sea

level, analyses relying upon visual or acoustic observations of the plume, and reservoir

and well modeling.  The results of these analyses were compared and analyzed in a peer-

reviewed published report setting forth the Group's "time-varying flow rate, announced

on August 2, 2010, that decreased over the eighty-seven days from an initial 62,000 to a

final 53,000 barrels per day, for a total release of 4.9 million barrels of oil, before

accounting for containment."  TREX-008804.0006.

b.      Dr. Paul Hsieh, a hydrologist for the U.S. Geological Survey was tasked with developing

a flow rate estimate to supplement the work of the Flow Rate Technical Group.

TREX-008804.0035; Phase 2 Tr. 1518:07-10, 1532:24-1535:08 (Oct. 8, 2013 AM)

(Hsieh).  Using information provided by BP, Dr. Hsieh developed a reservoir model to

simulate reservoir depletion and oil flow from the Macondo well, which estimated that

the oil flow rate was 63,600 stock tank barrels per day at the beginning of the spill,

declined to 52,600 stock tank barrels per day just prior to shut-in, and yielded a total

volume of oil discharged of 4.92 million stock tank barrels (+/- 10%).

TREX-008804.0034; *see also* TREX-010927.0001 (Dr. Merrill commending Dr. Levitan

for his contributions to the response, noting that Dr. Levitan "established the technical

credibility of the [PIE] code by benchmarking it against USGS and US [Department] of

Energy flow simulators.");  Levitan Dep. Vol. 1 at 169:22-170:07, 170:10-171:08,

171:11-15; Levitan Dep. at 116:02-116:18, 127:21-128:06, 128:08 (testifying that results

of his modeling were comparable to Dr. Hsieh's)

        239.    Dr. Hunter moderated meetings at the end of July 2010 between the

Science Team and the Flow Rate Technical Group to compare results. Phase 2 Tr. at 1299:06-

1300:10 (Oct. 7, 2013 AM) (Hunter).  The participants in those meetings discussed a broad range

of topics, including the uncertainty range to be ascribed to the results. Different views on

uncertainty were expressed by different individuals. Secretary Chu was one of the participants,

and he made comments about whether they had a certain enough estimate to be useful for future

purposes (including for the oil budget and for negotiations with BP), but those comments did not

affect the consensus technical determination of what the uncertainty range was. Phase 2 Tr. at

102

1300:11-1301:18, 1304:18-1305:05 (Oct. 7, 2013 AM) (Hunter); Phase 2 Tr. at 1340:03-18 (Oct. 7, 2013 PM) (Hunter); Hunter Dep. Vol. 2 at 667:24-668:07.

240.    BP's efforts to diminish the corroborating nature of these calculations by asserting that they were motivated by litigation or political motives are unsupported by the evidence. *See* Allen Dep. Vol. 2 at 418:18-21 (The National Incident Commander never felt pressure from Presidential advisors to expedite the publication of a flow rate number); Allen Dep. Vol. 2 at 422:13-16, 422:20  (neither the President nor the Vice President ever communicated directly with Allen concerning flow rate estimate); Allen Dep. Vol. 2 at 514:08-18, 514:20-515:03, 515:07-516:05 (the Flow Rate Technical Group was established to ensure that flow rate estimates used in the response were as accurate as possible); Phase 2 Tr. at 1305:09-20, 1306:13-24 (Oct. 7, 2013 AM) (Hunter) (National Labs engineers worked under significant time pressures, but they were never asked to sacrifice accuracy); Hunter Dep. Vol. 2 at 353:17-354:05; Havstad Dep. Vol. 1 at 85:06-14, 85:16-22, 85:24 (the work performed by these National Laboratory engineers was not influenced by political pressure).

241.    The National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling was established by President Obama in Executive Order 13543 and was directed to, *inter alia*, "examine the relevant facts and circumstances concerning the root causes of the Deepwater Horizon oil disaster . . . and submit a final public report to the President with its findings and options for consideration within 6 months of the date of the Commission's first meeting." 75 Fed. Reg. 29397-98 (May 26, 2010).

242.     As part of its work, the staff of the National Commission prepared Working Papers on particular topics, including one titled "The Amount and Fate of the Oil." TREX-144820.0001. In that Working Paper, the staff of the National Commission found that:

> The emerging consensus among government and independent scientists is that roughly five million barrels of oil were released by the Macondo well, with over four million barrels pouring into the waters of the Gulf of Mexico. Using different methods, these different groups of scientists arrived at the same approximate figure.

TREX-144820.0019.  Notably, BP responded to the Oil Spill Commission by saying it was "important" to have as accurate an estimate of total volume spilled as possible, and that the company would present its own estimate "as soon as the information is available to get the science right." TREX-006192.0001.

243.     Timothy J. Crone and Maya Tolstoy published an estimate of the flow from the well titled "Magnitude of the 2010 Gulf of Mexico" in Science Express in September 2010. That estimate included a conclusion that the flow rate from the well after the riser cut was 68,000 barrels per day. TREX-006192.0008.

244.     Similarly, the Woods Hole Oceanographic Institute prepared an estimate of the discharge from the well using data from remote operating vehicles taken on May 31, 2010. Using that data, the Woods Hole Oceanographic Institute estimated that the flow rate was 59,000 barrels per day. TREX-006192.0008.

245.     Even BP's estimates outside the context of litigation are closer to the United States' estimates than to those offered to this Court. After the oil spill was finally ended, BP prepared its annual report to shareholders in which it made representations regarding the total

volume of oil released that are inconsistent with the estimates it offered to the Court at trial. For

instance, in its 2011 Annual Report and Form 20-F, BP stated:

> As BP has publicly asserted, including at a 22 October 2010 meeting with the
> staff of the National Commission on the BP Deepwater Horizon Oil Spill and
> Offshore Drilling, BP believes that the 2 August 2010 discharge estimate and
> similar estimates are overstated by a significant amount, and that the flow rate is
> potentially in the range of 20–50% lower. If the flow rate is 50% lower than the 2
> August 2010 estimate, then the amount of oil that flowed from the Macondo well
> would be approximately 2.5 million barrels, and the amount discharged into the
> Gulf would be approximately 1.6 million barrels. If the flow rate is 20% lower
> than the 2 August 2010 estimate, then the amount of oil that flowed from the
> Macondo well would be approximately 3.9 million barrels and the amount
> discharged into the Gulf would be approximately 3.1 million barrels, which is not
> materially different from the amount we used for our original estimate at the
> second quarter of 2010.
>
> ***Therefore, for the purposes of calculating a provision for fines and penalties
> under Section 311 of the Clean Water Act, BP has continued to use an estimate
> of 3.2 million barrels of oil discharged to the Gulf of Mexico as its current best
> estimate,*** as defined in paragraphs 36-40 of IAS 37 'Provisions, contingent
> liabilities and contingent assets', of the amount which may be used in calculating
> the penalty under Section 311 of the Clean Water Act. ***This reflects an estimate
> of total flow from the well of approximately 4 million barrels, and an estimate
> of barrels captured by vessels on the surface, currently estimated at 811,000
> barrels.*** In utilizing this estimate, BP has taken into consideration not only its own
> analysis of the flow and discharge issue, but also the analyses and conclusions of
> other parties, including the US government.

TREX-130529.0235-.0236 (emphasis added).

## VII.   BP/Anadarko's Estimates Are Unreasonably Low Because they Rely on Incorrect Inputs and Unreliable Methodologies

### A.   BP/Anadarko's Trial Estimates of Cumulative Volume of Oil Released are Interdependent and Yet Inconsistent

246.    At the Quantification Segment of the Trial BP/Anadarko offered two

estimates of the cumulative volume of oil released.  First, BP/Anadarko offered the testimony of

Dr. Martin Blunt that his best estimate of the cumulative volume of oil released was 3.26 million

stock tank barrels, with lower and upper bounds of 2.9 million and 3.7 million stock tank barrels, respectively.  Phase 2 Tr. at 2095:12-18 (Oct. 10, 2013 AM) (Blunt); TREX-011553R.0006. Second, BP/Anadarko offered the testimony of Dr. Alain Gringarten who opined that the cumulative volume of oil released was between 2.4 and 3 million stock tank barrels.  Phase 2 Tr. at 2507:23-2508:02 (Oct. 15, 2013 PM) (Gringarten); TREX-011696-R.0006.

247.    BP named Dr. Blunt its "principal testifying expert" in this case. Phase 2 Tr. at 2184:11-17 (Oct. 10, 2013 PM) (Blunt).  Dr. Blunt is a professor of petroleum engineering at the Imperial College, London and holds advanced degrees in physics.  Phase 2 Tr. at 2082:14-2083:09 (Oct. 10, 2013 AM) (Blunt).

248.    Dr. Alain Gringarten is also a professor at the Imperial College, but he holds advanced degrees in petroleum engineering. Phase 2 Tr. at 2503:12-2504:02 (Oct. 15, 2013 PM) (Gringarten).

249.    As will be demonstrated in this section, the estimates developed by Dr. Gringarten and Dr. Blunt have two characteristics that distinguish them from the estimates offered by the United States and also render them less reliable from the United States' estimates. First, their analyses are dependent upon each other and those of other experts offered by BP/Anadarko.  Second, their analyses are each dependent on a specific reservoir characteristic that is highly uncertain.

        i.        **Dr. Blunt and Dr. Gringarten's Estimates are Dependent on Each Other**

250.    Both of BP/Anadarko's experts offering an estimate of the cumulative volume of oil released, Dr. Gringarten and Dr. Blunt, are professors at Imperial College; they

relied on inputs from each other and from Dr. Zimmerman and Dr. Trusler, their colleagues at Imperial College.  Phase 2 Tr. at 2185:06-10, 2190:12-2192:01 (Oct. 10, 2013 PM) (Blunt); D-21162; D-21165; Phase 2 Tr. at 2585:19-2586:09 (Oct. 15, 2013 PM) (Gringarten); TREX-011553R.0005.

251.    The prevalence of Imperial College experts among BP's witnesses is notable given the relationship between BP and the Imperial College.  Specifically, outside the testimony offered in this litigation, "Imperial College, London, conducts a wide range of research for BP including in the areas of reservoir characterization, process modelling, climate change, seismic imaging, and urban energy systems."  TREX-130539.0002. The close relationship between BP and the Imperial College is reflected in the fact that Imperial College is one of the recipients of a $100 million dollar grant given by BP to develop new materials. TREX-130539.0001.

252.    Dr. Gringarten's analysis depends on Drs. Trusler, Johnson, Blunt, and Dr. Whitson.  As Dr. Gringarten acknowledged in his testimony, if any of these experts have made an error in their analyses (as these findings of fact demonstrate they have), these errors would affect the accuracy of Dr. Gringarten's analysis.  Phase 2 Tr. at 2585:19-2586:09 (Oct. 15, 2013 PM) (Gringarten).

253.    In developing his analysis, Dr. Blunt relied not only on the work of Imperial College professors Drs. Gringarten, Zimmerman, and Trusler, but also on the analysis of BP litigation experts Drs. Whitson and Torres-Verdin (a seismic expert withdrawn by BP, but whom Dr. Blunt professed to rely on during his trial testimony). Phase 2 Tr. at 2190:12-2192:01, 2204:02-10, 2238:19-23 (Oct. 10, 2013 AM) (Blunt); D-21162; D-21163.

254.     BP/Anadarko's experts not only explicitly rely upon each other's analyses, it is clear that they implicitly did so as well.  Dr. Blunt's "best estimate" is the same cumulative release that Dr. Gringarten *assumed* to begin his analysis of the cumulative release of oil from the Macondo reservoir. Phase 2 Tr. at 2187:20-2188:12 (Oct. 10, 2013 PM) (Blunt); Phase 2 Tr. at 2524:04-07 (Oct. 15, 2013 PM) (Gringarten) (noting he used an 86 day spill period); D-22100; TREX-011696-R.0036-.0037.

   ii.     **Dr. Blunt and Dr. Gringarten Both Use Well Test Analysis – A Tool Not Appropriate When Flow Rate Is Unknown**

255.     Well tests involve flowing oil out of the well under controlled conditions, measuring the flow rate, and then shutting in the well and analyzing the pressure buildup. Phase 2 Tr. at 1982:20-1983:07 (Oct. 9, 2013 PM) (Pooladi-Darvish).  Well test analysis is a "study of pressure and rate [during a well test] to obtain permeability and other information that characterize the reservoir." Phase 2 Tr. at 2504:25-2505:04 (Oct. 15, 2013 PM) (Gringarten); Phase 2 Tr. at 3185:23-3186:02 (Oct. 18, 2013 AM) (Larsen). Well test analysis is also sometimes called "pressure transient analysis." *Cf.* Phase 2 Tr. at 2588:12-15 (Oct. 15, 2013 PM) (Gringarten).

256.     Well test analysis is subject to uncertainties. BP's training program for new engineers includes instruction on the inherent "limitations and potential non-uniqueness" of pressure transient analysis. TREX-009301.0010; Bishop Dep. Vol. 1 at 22:09-23:16.

257.     Well test analysis requires a known flow rate prior to shut in.  Phase 2 Tr. at 2257:08-13 (Oct. 10, 2013 PM) (Blunt). BP employees and the United States' experts agree that a proper well test requires a known flow rate. *See, e.g.,* Phase 2 Tr. at 1983:08-12 (Oct. 9,

2013 PM) (Pooladi-Darvish); TREX-011654R.0006; Phase 2 Tr. at 2670:11-13, 2691:19-24

(Oct. 16, 2013 AM) (Merrill); TREX-008631.0011; *accord* Levitan Dep. Vol. 1 at 258:12-15

(stating that flow rate is an input to pressure transient analysis).

258.    In the case of Macondo, that flow rate information is not known with

certainty and, therefore, well test analysis is of limited utility in estimating the cumulative

volume of oil released in this case. Phase 2 Tr. at 2690:20-2691:01 (Oct. 16, 2013 AM) (Merrill);

Phase 2 Tr. at 1879:16-23 (Oct. 9, 2013 AM) (Kelkar); D-21664; TREX-011654R.0006.   For

example, without a flow rate, well test analysis does not tell you the boundaries of the reservoir,

*i.e.*, the well test will not tell you the size of the reservoir.  TREX-009280.0001.

### iii.    Dr. Blunt's Well Test Analysis is at Odds with Dr. Gringarten's in Technique and Results

259.    Dr. Blunt and Dr. Gringarten used well test methods that differed in

technique.  Dr. Gringarten used a single rectangular flow model for his analysis. Phase 2 Tr. at

2259:10-12 (Oct. 10, 2013 PM) (Blunt).  Dr. Blunt, however, used a rectangular flow model *and*

his own custom-derived linear flow model.  Phase 2 Tr. at 2258:23-2259:20 (Oct. 10, 2013 PM)

(Blunt).

260.    Despite using a custom-derived linear flow model, Dr. Blunt did not

validate that model using any commercial well test software.  Phase 2 Tr. at 2259:21-2260:01

(Oct. 10, 2013 PM) (Blunt).  Dr. Blunt nonetheless relied heavily on his unvalidated custom

linear flow model, using it to determine two key inputs into his material balance analysis – the

volume or original oil in place and the pressure drop. TREX-011553R.0037. The focus of the

analysis in Dr. Blunt's report and his quantitative analysis considers only the linear flow period.

TREX-011553R.0087. Dr. Blunt uses a mathematical model to estimate a final average reservoir pressure.  TREX-011553R.0013.

261.    Moreover, Dr. Blunt and Dr. Gringarten come to differing conclusions. For instance:

a.    Using the same bottom hole pressure data (derived by Dr. Blunt), Drs. Blunt and Gringarten each calculate a different final average pressure for the Macondo reservoir. D-21666; Phase 2 Tr. at 2274:12-21 (Oct. 10, 2013 PM) (Blunt).

b.    Dr. Blunt claims that both his and Dr. Gringarten's final average pressures are reasonable.  These pressure ranges differ as shown here:



D-21666; TREX-011549R.0023-.0024; TREX-011553R.0041; TREX-011696-R.0035. Dr. Blunt admits, however, that there is only a single final average pressure for the Macondo reservoir and that he does not know what that final average pressure is. Phase 2 Tr. at 2277:03-19, 2278:04-06 (Oct. 10, 2013 PM) (Blunt).

c.    Using Dr. Gringarten's final average pressure in Dr. Blunt's material balance equation would result in a larger cumulative release of oil.  Phase 2 Tr. at 2275:25-2276:08 (Oct. 10, 2013 PM) (Blunt).

d.      Dr. Gringarten's final average pressure range encompasses the final average pressure calculated by United States expert Dr. Kelkar.  Phase 2 Tr. at 2275:07-09 (Oct. 10, 2013 PM) (Blunt).

262.    Similarly, Dr. Blunt and Dr. Gringarten are interdependent but inconsistent on permeability values.  *See infra* ¶ 274. Dr. Blunt uses a permeability estimate from Dr. Gringarten to determine the cumulative release of oil from the Macondo reservoir.  Dr. Blunt does not, however, choose Dr. Gringarten's best estimate of 238 millidarcies.  Phase 2 Tr. at 2233:18-2234:09 (Oct. 10, 2013 PM) (Blunt). Rather, he used the value of 329 millidarcies, Dr. Gringarten's "P10", *i.e.* Dr. Gringarten's upper bound for permeability.  Phase 2 Tr. at 2276:12-20 (Oct. 10, 2013 PM) (Blunt); TREX-011696-R.0033-.0034 (discussing meaning of P10 values).

**B.      Dr. Blunt's Material Balance Analysis is Unreliable**

263.    In its opening statement, BP/Anadarko contended that Dr. Blunt's methodology was superior to the methodologies used by the United States because he used material balance techniques that obviated the need to understand the flow path over time.  *See, e.g.,* Phase 2 Tr. at 1232:23-1233:05 (Oct. 7, 2013 AM).  As this section will demonstrate, Dr. Blunt's material balance analysis fails for several reasons, including its reliance on an unsupported value for rock compressibility that BP/Anadarko and the unique methods Dr. Blunt undertook to identify the other inputs to the material balance analysis.

264.    As discussed above with respect to Dr. Kelkar's use of the material balance equation, the inputs into the material balance equation are limited to:  original oil in place, pressure drop, and compressibility.  *See supra* ¶ 196.

111

i.        **Dr. Blunt's Attempt to Serve as a Jack of All Trades Fails**

265.    The inputs to the material balance equation for Macondo are not known with certainty and, therefore, Dr. Blunt had to undertake a number of supplemental analyses including well test analysis and geological analysis. Dr. Blunt, however, has insufficient experience to perform these supplemental analyses.  He has very little "real oilfield operations" experience, as ninety percent of his reservoir engineering work has been student research projects. Phase 2 Tr. at 2197:22-2198:05 (Oct. 10, 2013 PM) (Blunt). Significantly, with regard to the determination of one of his three key inputs, original oil in place, Dr. Blunt admits that he is not a geologist, a petrophysicist, or a seismic expert. Phase 2 Tr. at 2194:08-10, 2195:01-05, 2220:23-2221:01 (Oct. 10, 2013 PM) (Blunt). As a result, Dr. Blunt had to rely on in-house BP geologists for his geological interpretation of the Macondo reservoir. Phase 2 Tr. at 2194:11-25 (Oct. 10, 2013 PM) (Blunt).

266.    Similarly important for the calculation of another input to his material balance equation (compressibility), Dr. Blunt is not a rock mechanics expert, has never performed rock mechanics tests, and has never provided a client with an opinion as to the pore volume compressibility of a reservoir based on his own analysis of rotary sidewall cores. Phase 2 Tr. at 2195:06-2196:05, 2240:01-2241:01 (Oct. 10, 2013 PM) (Blunt). He has never taught a course in rock mechanics or published a paper in rock mechanics. Phase 2 Tr. at 2195:08-11 (Oct. 10, 2013 PM) (Blunt).  Further, while Dr. Blunt testified about his familiarity with BP's contractor's analysis of the compressibility for the Macondo reservoir, he lacked any knowledge of the contractor's protocols for testing those samples. Phase 2 Tr. at 2242:01-24 (Oct. 10, 2013 PM) (Blunt).

112

267.    In addition, Dr. Blunt had never before conducted the wellbore cooling analysis he used to determine the bottom hole pressures he used in his pressure transient analysis and his determination of final average pressure. Phase 2 Tr. at 2207:01-14 (Oct. 10, 2013 PM) (Blunt).

ii.    **Dr. Blunt's Original Oil In Place and Pressure Drop Inputs are Unreliable because they Depend on an Improper Well Test Analysis**

268.    Despite the fact that he had only performed a few well test analyses in his entire career, Dr. Blunt used his "well test" or "pressure transient analysis" to determine two of the three inputs into his material balance calculation – the connected volume and the pressure decline. Trial Tr. at 2256:01-12, 2256:13-19 (Oct. 10, 2013 PM) (Blunt).

269.    Moreover, despite the fact that he had only used commercial well testing software to perform well test analyses, for his work on this case Dr. Blunt derived novel connectivity equations that he had never before used and generated a custom, linear flow model that he had never used before. This linear flow model had never been used in "real oilfield operations." Phase 2 Tr. at 2206:25, 2208:02-05, 2256:13-19, 2256:20-2257:07, 2260:19-2261:25 (Oct. 10, 2013 PM) (Blunt).

270.    Further, as noted above, Dr. Blunt's analysis was not a conventional well test analysis because Dr. Blunt did not have flow rates or measured down hole pressures. Phase 2 Tr. at 2257:24-2258:05 (Oct. 10, 2013 PM) (Blunt); *see supra* ¶ 257.

a.    **Dr. Blunt Used an Unreliable Permeability Number for His Well Test Analysis**

271.    Permeability was an input into the well test analysis that Dr. Blunt used to determine the original oil in place necessary to use in his material balance equation.  Phase 2 Tr.

at 1974:08-09 (Oct. 10, 2013 AM) (Blunt).  As discussed above, Dr. Blunt relied upon Dr. Gringarten's estimate of permeability.  *See supra* ¶ 262.  As demonstrated below, that estimate is unreliable.  *See infra* ¶¶ 387-421.

272.    Despite his decision to rely upon Dr. Gringarten's permeability analysis, Dr. Blunt also developed his own permeability estimate of 300 millidarcies.  This estimate is also unreliable because it is based on an assumed flow rate of 45,000 stock tank barrels per day, an assumption not based on any evidence. Phase 2 Tr. at 2187:16, 2282:11-23 (Oct. 10, 2013 PM) (Blunt); TREX-011553R.0039.

273.    One of Dr. Blunt's reservoir engineering specialties is pore-scale reservoir modeling. Phase 2 Tr. at 2198:06-11 (Oct. 10, 2013 AM) (Blunt). Even though such pore-scale modeling would have provided additional information on the Macondo reservoir, including permeability, Dr. Blunt did not use it in this case. Phase 2 Tr. at 2200:04-15. Instead, Dr. Blunt assumed an implausible low flow rate of 45,000 stock tank barrels per day just prior to shutting in BP/Anadarko's well to perform his permeability calculations. Phase 2 Tr. at 2185:16-19. (Oct. 10, 2013 AM) (Blunt).

274.    It is Dr. Blunt's opinion that best practice requires a reservoir engineer to check his model against measurements and analyses from other disciplines such as geology and he criticizes the United States' experts because he believes they omitted the "important process of geological verification." Phase 2 Tr. at 2227:15-25 (Oct. 10, 2013 PM) (Blunt); TREX-011553R.0009.  Yet, Dr. Blunt's own reservoir model is inconsistent with his alleged geological verification technique, seismic analysis.  Specifically when Dr. Blunt uses what he believes to be the best estimate of permeability (238 millidarcies), the "Master Material Balance

114

Spreadsheet" he used in his analysis generates a reservoir that is inconsistent with his seismic analysis.  Phase 2 Tr. at 2227-2235 (Oct. 10, 2013 PM) (Blunt); TREX-130547; TREX-011553R.0109, .0145; D-22101.  This fact was demonstrated during the trial:

a.      According to Dr. Blunt the reservoir thickness encountered at the Macondo well was ninety-three feet. Phase 2 Tr. at 2227:11-13 (Oct. 10, 2013 PM) (Blunt).

b.      In Dr. Blunt's opinion, it is evident from the seismic analysis that the reservoir thickness away from the well is lower than ninety-three feet and that the reservoir is longer, wider, and on average less thick than the total height of sandstone encountered at the well. Phase 2 Tr. at 2227:14-2228:07 (Oct. 10, 2013 PM) (Blunt); TREX-011553R.0109, .0145; D-22101.

c.      Dr. Blunt used his Master Material Balance Spreadsheet to perform a number of calculations that form the basis of his expert report. That Master Material Balance Spreadsheet was produced to the parties with Dr. Blunt's expert report. TREX-130547; Phase 2 Tr. at 2230:12- 2231:06 (Oct. 10, 2013 PM) (Blunt).

d.      The first tab (titled "Material Balance") of Dr. Blunt's Master Material Balance Spreadsheet lists "Key data used in this analysis using references and methodologies described in the 'Modeling Macondo' report." It also states, "This sheet gives the main overview results from the material balance and where most of the key parameters are input."  TREX-130547.Tab1.1.US; Phase 2 Tr. at 2231:07-15 (Oct. 10, 2013 PM) (Blunt).

e.      As produced, Dr. Blunt's Master Material Balance Spreadsheet used, among other inputs, Dr. Gringarten's P10 permeability of 329 millidarcies, a reservoir area of 4,482 acres, Dr.

115

Zimmerman's range of rock compressibilities of 8.7, 6.35, and 4.34 microsips.

TREX-130547.Tab1.1.US; Phase 2 Tr. at 2231:25-2232:17 (Oct. 10, 2013 PM) (Blunt).

f.      Using Dr. Gringarten's P10 permeability of 329 millidarcies, Dr. Blunt's Master Material

Balance Spreadsheet calculates a range of average reservoir thicknesses in the tab titled

"Parameter Estimates" of 69 to 89 feet (with an average of 78 feet). TREX-130547

("Parameter Estimates" tab); TREX-011553R.0109; Phase 2 Tr. at 2232:18-2233:11

(Oct. 10, 2013 PM) (Blunt).

g.      Dr. Blunt, however, considers Dr. Gringarten's P50 permeability estimate of 238

millidarcies to be the "most likely value of permeability." Phase 2 Tr. at 2233:18-2234:09

(Oct. 10, 2013 PM) (Blunt).

h.      When that permeability value of 238 millidarcies is used in Dr. Blunt's Master Material

Balance Spreadsheet, the resulting reservoir thicknesses are inconsistent with his seismic

interpretation, *i.e.,* the average thickness of the reservoir is well over 93 feet. Phase 2 Tr.

at 2234:11-2238:10 (Oct. 10, 2013 PM) (Blunt); TREX-011553R.0048; D-22101. Using

a permeability value of 238 millidarcies results in reservoir thicknesses in the tab titled

"Parameter Estimates" of 91 to 119 feet (with an average of 104 feet). TREX-130547;

Phase 2 Tr. at 2234:21-2235:11 (Oct. 10, 2013 PM) (Blunt); D-22101.



D-22101; TREX-011553R; TREX-130547.

275. Dr. Blunt testified that after preparing his report he "modified the spreadsheet," by inserting a "truncation" to make it impossible for the thicknesses to increase over 93 feet. Phase 2 Tr. at 2236:17-2237:24 (Oct. 10, 2013 PM) (Blunt).[25] The very fact that he needed to modify his calculations in order to accommodate his best estimate for permeability demonstrates that the analysis he presented at trial was premised on inputs that were inconsistent and therefore that his analysis was unreliable. TREX-130547; Phase 2 Tr. at 2230:12-2232:21 (Oct. 10, 2013 PM) (Blunt).

---

[25] Dr. Blunt did not share his "modified" spreadsheet containing his claimed "truncation" with the United States or any of the other parties in this case. Phase 2 Tr. at 2238:07-10 (Oct. 10, 2013 PM) (Blunt).

   **b. Despite Dr. Blunt's Substantial Discussion of "Connectivity" in His Report He Agrees with BP Reservoir Engineers that the Macondo Reservoir had "Strong Connectivity"**

  276. Dr. Blunt placed great emphasis at the trial on his purported disagreement with Dr. Kelkar's estimates of original oil in place. To demonstrate that Dr. Kelkar had, in his view, overestimated the percent of the original oil in place that was actually connected to BP/Anadarko's MC252 well, Dr. Blunt prepared a model out of clay. Phase 2 Tr. at 1995:25-1996:16 (Oct. 9, 2013 PM) (Pooladi-Darvish). This model, however, does not show what the Macondo reservoir looked like in fact. Rather it just shows a "possible" arrangement of oil sand channels in the reservoir. Phase 2 Tr. at 2221:02-13, 2221:19-2222:19 (Oct. 10, 2013 PM) (Blunt).

  277. In fact, the Macondo reservoir was so deep that seismic surveys could not discern individual channels. Phase 2 Tr. at 2221:15-18 (Oct. 10, 2013 PM) (Blunt); TREX-011553R.0021.  As Dr. Blunt admitted, "[w]e do not know exactly how the channels are arranged in the subsurface; the seismic survey only indicates where the hydro-carbon bearing sandstone is likely to be located, on average. TREX-011553R.0015.

  278. Dr. Blunt also opines that "the information needed to determine connectivity is incomplete and not conclusive."  TREX-011553R.0020.

  279. In the end, Dr. Blunt's claims regarding connectivity amount to a red herring.  Dr. Blunt agrees with BP's own analyses that the Macondo reservoir has "strong connectivity." Phase 2 Tr. at 2222-2225, 2225:03-19 (Oct. 10, 2013 PM) (Blunt).

  280. Prior to the trial, internal BP documents repeatedly referenced the strong connectivity of the reservoir.  TREX-009278.0001 ("Oil sand connectivity has obviously been

demonstrated to be very strong.").  In fact, prior to drilling the MC 252 well, BP assigned a "low risk" to "charge access" – the question of whether the reservoir was compartmentalized. TREX-009283.0038. Compartments are created when there is a fault or other barrier to flow thereby reducing connectivity. Dep. of Ritchie Vol. 1 at 141:15-142:02, 182:02-182:09.

281.    Dr. Blunt pointed to some statements by Professor Fleming[26] to Dr. Hsieh during the response to suggest the United States had agreed there was poor connectivity. Specifically, Professor Fleming stated in an email that "a summary of the geological evidence [suggests] that it makes good sense there is an elongate heterogeneous reservoir with a significant probability of poor connectivity." TREX-008624.0001. Dr. Blunt, however, misconstrues this statement.  As Dr. Hsieh testified, "whether the reservoir within itself was connected or disconnected was never a topic of discussion" during the response.  Phase 2 Tr. at 1587:21-24, 1587:21-1588:24 (Oct. 8, 2013 AM) (Hsieh).  Rather, the discussion by Dr. Fleming related to the question of whether there was "aquifer connectivity."  *See* TREX-008624.0007.

    c.    **Dr. Blunt's Seismic Analysis Fails to Take into Account the Uncertainty in such Analyses**

282.    As shown above, the value for original oil in place is one of only three inputs into Dr. Blunt's material balance equation.  *See supra* ¶ 191.  The evidence establishes that estimations of original oil in place carry high degrees of uncertainty.  *See supra* ¶ 193.

283.    Dr. Blunt claims that his calculations are conservative and that, "[w]here the data are susceptible to interpretation, I take values that would lead to the highest estimate of oil released," TREX-011553R.0015-.0016, however Dr. Blunt does not take this approach

---

[26] Professor Fleming is a geologist from the University of Texas that came to Houston to assist the government scientists.  Phase 2 Tr. at 1558:05-09 (Oct. 8, 2013 AM) (Hsieh).

regarding the area of the reservoir deduced from seismic analysis.  His material balance analysis is very sensitive to this area, but does not use values that would result in a larger cumulative release of oil.  Phase 2 Tr. at 2238:11-2239:12 (Oct. 10, 2013 PM) (Blunt).

284.    Dr. Blunt, however, assumes a very narrow range of uncertainty – approximately four percent – for his original oil in place values.  Accordingly, he does not properly account for the uncertainty of that parameter. Phase 2 Tr. at 2013:15-22 (Oct. 10, 2013 AM) (Blunt); TREX-011654R.0027.

285.    In particular, Dr. Blunt did not explore the sensitivities of his estimate of the area of the reservoir.  Rather, he simply used BP's pre-drill P50 seismic area of 4,482 acres. Phase 2 Tr. at 2218:21-2219:19, 2238:11-2239:12 (Oct. 10, 2013 PM) (Blunt). Varying the seismic area in Dr. Blunt's analysis results in dramatic changes in the cumulative release of oil. For example, if only the reservoir area is increased in Dr. Blunt's analysis to the midpoint between 4,482 acres and BP's maximum reservoir area of 8,692 acres (and all other parameters stay the same), the cumulative oil released increases by over 1.3 million stock tank barrels – to 4.6 million stock tank barrels. TREX-130547; Phase 2 Tr. at 2238:11-2239:12 (Oct. 10, 2013 PM) (Blunt).

286.    Further highlighting the unreliability of his estimate of original oil in place, Dr. Blunt's estimate of reservoir area varies by thirty-four percent but his original oil in place varies by less approximately four percent.  TREX-011553R.0025.

287.    Dr. Blunt acknowledges that the difference between his and Dr. Kelkar's estimate of original oil in place is due to the use of different formation volume factors.  As

discussed below, Dr. Kelkar used 2.14 – the same formation volume factor used by BP's Phase I expert Morten Emilsen.  TREX-011553R.0131; TREX-041026.0013.

> **d.**  **Dr. Blunt's Flawed Permeability Analysis Undermines the Reliability of His Results**

288.  Dr. Blunt claims that the value of permeability does not directly affect the material balance analysis if other properties – oil volume, compressibility, and pressure drop – are known.  TREX-011553R.0067. His report and testimony contradict this statement since oil volume is not known and permeability is a direct input into his analysis to determine the original oil in place used in his material balance analysis.  Phase 2 Tr. at 2256:01-12 (Oct. 10, 2013 PM) (Blunt); 2589:03-12 (Oct. 15, 2013 PM) (Gringarten); TREX-011553R.0063 (Blunt Report).

289.  An underestimate of permeability results in an underestimate of reservoir area and connectivity- and thus original oil in place- in Dr. Blunt's pressure analysis. TREX-011553R.0045.

290.  Dr. Blunt claims to use the "largest plausible permeability value" to give him the largest reservoir area. TREX-011553R.0024. In fact, he uses a permeability value of only 329 millidarcies, while acknowledging a "data-informed" permeability range of 200 to 400 millidarcies.  TREX-011553R.0024-.0067. Moreover, when Dr. Blunt uses a realistic final day flow rate of 52,063 stock tank barrels per day, he calculates a permeability of 407 millidarcies. TREX-011553R.0024-.0143. Using other inputs, he even calculates a permeability as high as 442 millidarcies.  TREX-011553R.0024-.0065.

### iii. Dr. Blunt's Input of 6.35 Microsips for Rock Compressibility in his Material Balance Equation Is Based On Insufficient Data and is the Product of Unreliable Principles and Methods.

291.     Notably, the Court need not resolve the question of the accurate compressibility value for the reservoir because, as set forth above, the United States has offered a number of estimates of cumulative volume of oil released that do not require compressibility to be known with certainty.  *See, e.g., supra* ¶¶ 101-120, 160-187.  As established in this section, the evidence establishes however, that if one does choose a method of analysis that depends on knowing the compressibility of the reservoir with certainty, the value of 6.35 microsips is simply not reliable.

292.     Dr. Blunt relies on analysis by another BP/Anadarko expert, Dr. Zimmerman, for the input of 6.35 microsips for rock or pore volume compressibility into a material balance equation to determine the cumulative amount of oil released. Although Dr. Blunt also performed his own analysis of rock compressibility, he uses Dr. Zimmerman's analysis of the rock compressibility – referred to in Dr. Zimmerman's work as uniaxial pore volume compressibility – as the input for Dr. Blunt's material balance analysis. Phase 2 Tr. at 2141:18-23 (Oct. 10, 2013 AM) (Blunt); TREX-011553R.0060.

293.     Dr. Zimmerman has never personally performed any uniaxial pore volume compressibility tests other than as part of his Ph.D. work in 1984, and he does not presently perform or supervise laboratory work at the Imperial College where he is employed as a professor. Phase 2 Tr. at 2462:02-10, 2463:20-24 (Oct. 15, 2013 AM) (Zimmerman).

294.     To obtain an average uniaxial pore volume compressibility value of 6.35 microsips for the entire reservoir, Dr. Zimmerman simply took the arithmetic average of the

uniaxial pore volume compressibility results of tests performed by Weatherford Laboratories on three 1" by 1" rotary sidewall core samples. Phase 2 Tr. at 2421:16-2422:04 (Oct. 15, 2013 AM) (Zimmerman); TREX-011497.0015; TREX-009067.0002, .0105, .0208.

295.    In his analysis, Dr. Zimmerman failed to examine any drilling or log data obtained from the well, or any core data obtained from other deepwater wells in the Gulf of Mexico located near the Macondo well for purposes of estimating rock compressibility. Phase 2 Tr. at 2465:16-2466:04, 2492:06-14 (Oct. 15, 2013 AM) (Zimmerman).

296.    As will be demonstrated in this section, Dr. Zimmerman's approach of using the Weatherford data from three rotary sidewall cores to derive an average rock compressibility is based on an unreliable methodology and insufficient data and results in an under-prediction of uniaxial pore volume compressibility. Because these rotary sidewall core samples were not representative of the reservoir and the tests were not conducted under appropriate conditions, the evidence does not support Dr. Zimmerman's conclusion that the best estimate of average rock compressibility for the Macondo reservoir is 6.35 microsips. Phase 2 Tr. at 3249:23-3250:07 (Oct. 18, 2013 AM) (Roegiers); Phase 2 Tr. at 3292:25-3293:24 (Oct. 18, 2013 PM) (Roegiers); D-21310; D-21400.5; TREX-011698R; Phase 2 Tr. at 3338:10-3339:03 (Oct. 18, 2013 PM) (Huffman); TREX-011515R.0036-.0043.

297.    The United States offered the testimony of two experts in rock compressibility.  First, Dr. Jean-Claude Roegiers has forty-four years of geomechanics experience, including extensive work in experimental testing of rock formations. He has been involved in the establishment of seven rock mechanics laboratories, and in the development of testing procedures, including for uniaxial pore volume compressibility tests. He has conducted

approximately twenty to twenty-five projects involving Gulf of Mexico rock formations. Phase 2 Tr. at 3246:05-3247:01 (Oct. 18, 2013 AM) (Roegiers); D-21306.

298.   Second, Dr. Alan Huffman is an expert in theoretical and experimental rock mechanics and rock physics and the application of those disciplines to the integration of seismic well log and core data for use in the oil and gas exploration and production business. Dr. Huffman has been actively involved in the interpretation of seismic, log, and core data from rocks in the Gulf of Mexico for thirty years starting with his time at Texas A&M and including heavy involvement in his years at Exxon and Conoco, continuing in his present as role at Fusion Geophysical. Phase 2 Tr. at 3337:01-20 (Oct. 18, 2013 PM) (Huffman).

### a.   The Macondo Rotary Sidewall Cores Are Unreliable for Purposes of Determining Average Rock Compressibility

299.   The only cores collected from the Macondo well were rotary sidewall cores. Loos Dep. at 220:05-10. Rotary sidewall cores are cut from the reservoir by a small robotic core bit of approximately 1" in diameter that drills sideways into the formation. Cores up to 2" long are removed and stored inside the main coring tool; this process is repeated to collect up to fifty sidewall cores at a time. TREX-011698R.0008; Phase 2 Tr. at 2482:25-2483:02 (Oct. 15, 2013 PM) (Zimmerman); TREX-011501.0001.

300.   While rotary sidewall cores are useful to confirm the geophysical interpretation of wireline logs and to confirm the seismic predictions of hydrocarbons, they are not appropriate to determine rock compressibility for the reasons discussed in this section. *See* Phase 2 Tr. at 3260:12-3261:07 (Oct. 18, 2013 AM) (Roegiers). Conventional coring is considered the most accurate coring method in the industry.  TREX-011698R.0008.

124

301.    By contrast, in another method known as conventional (or whole) coring, much larger cores are extracted from the bottom of the borehole, in segments up to 30' in length and 4-5" in diameter. TREX-011698R.0008.

302.    Sidewall cores are unreliable for purposes of determining an average rock compressibility value for a reservoir. Phase 2 Tr. at 3260:12-3261:07 (Oct. 18, 2013 AM) (Roegiers); TREX-011698R.0007 (quoting statements in the literature that "[s]idewall core data are valuable as exploratory aids, but data from conventional or wireline cores are generally required for evaluating recoverable reserves . . . .") (internal citation omitted); *see also* Vaziri[27] Dep. at 105:19-106:02 ("All else being the same, there is more likelihood that you could cause disturbance relative to the [w]hole core technique in the rotary core plugging. When you take rotary core plugs it is more likely versus the [w]hole core to create the disturbance."). Accordingly, conventional (whole) cores should be used instead of sidewall cores to determine formation properties such as rock compressibility. Phase 2 Tr. at 3260:12-20 (Oct. 18, 2013 AM) (Roegiers).

303.    In the context of deciding what type of cores to take of the Macondo well, BP recognized that rock compressibility measurements from sidewall cores are "too uncertain to add value," as compared to whole cores, which BP described as "100 percent accurate." TREX-011503.0025; *see also* TREX-130863.0001 (recommending whole core samples for the

---

[27] Dr. Hans Vaziri is an employee of BP who has focused in his work on predicting the presence of sand in produced oil.  Vaziri Dep. at 20:01-05, 21:18-21.  He is the author of an appendix to Dr. Nesic's report in which he purports to predict when the Macondo reservoir stopped producing significant amounts of sand.  Vaziri Dep. at 8:05-08; Phase 2 Tr. at 2935:10-22 (Oct. 17, 2013 PM) (Nesic).  He developed a software program called ENHANS that he used to predict the sanding rate for the Macondo reservoir.  Vaziri Dep. at 10:18-15:11.

Macondo "unless you encounter a clear set of conditions that would preclude running a whole core"); Phase 2 Tr. at 2469:09-2470:10 (Oct. 15, 2013 PM) (Zimmerman).

304.    BP could have spent $7 million and taken more representative, conventional, whole core samples and obtained an accurate value for rock compressibility, but instead it chose to save time and money and collect the less reliable rotary sidewall cores, which can be "easily and inexpensively" obtained. TREX-011503.0023; Phase 2 Tr. at 2470:10-14 (Oct. 15, 2013 PM) (Zimmerman); TREX-011501.0001.

305.    Citing the "uncertainty" associated with rotary sidewall cores as compared to whole cores, BP asked Dr. Ohmyoung Kwon (the rock mechanics expert at Weatherford Laboratories who oversaw the compressibility tests on the Macondo cores) to help quantify a "conversion factor" to adjust the sidewall core measurements to what would have been measured on whole cores. TREX-009059.0001; TREX-009053.

> **b.    Poor Core Recovery and Damage to Samples Contributed to Unrepresentative Results That Under-Predicted The Actual Compressibility Value of the Reservoir**

306.    In addition to the general principle that rotary sidewall cores are unreliable for the purposes used in this case, the evidence demonstrates that these particular cores were in such a condition as to render them particularly unreliable.  Prior to the April 20, 2010 blowout, attempts to cut cores from Macondo were made on three separate wireline runs down the borehole, with numerous failures to retrieve samples. TREX-006400; TREX-011515R.0037; TREX-006397; Loos Dep. at 67:18-68:17. Of the forty-four rotary sidewall core samples ultimately retrieved from the Macondo well, twenty-one samples were in "pieces," "rubble," or fractured and therefore could not be used for rock mechanics testing. TREX-011510.0002; Phase

2 Tr. at 3250:08-3252:09 (Oct. 18, 2013 AM) (Roegiers); Loos Dep. at 146:12-18, 200:25-201:04; TREX-009060.0001.

307.    Weatherford employees who conducted the rock mechanics testing took note of the poor core recovery of samples from the Macondo well, describing the collected cores as "really ugly" and "iffy." They remarked of the cores, "Hope we can get them some useful data. One of the news reports I read said that the rig was costing them $500,000 per day and these are all they have to show for it" and "It's really sad that they didn't get better recovery of samples!!….This won't give us much to work with." TREX-008794.0001.

308.    BP itself referred to the poor core recovery of the samples from the Macondo well, stating that "only around 2/3s of the samples were in a condition suitable for petrophysical analysis," that the cores represented only a small fraction of the reservoir intervals, and referencing a "paucity of core data". TREX-003533.0001, .0014, .0018.

309.    As a consequence of the poor core recovery and damaged condition of the collected samples, the cores that were tested for rock mechanics properties likely were the "strongest" (that is, least compressible), leading to a sampling bias that "underestimate[d] the compressibility" of the reservoir. Phase 2 Tr. at 3252:10-17 (Oct. 18, 2013 AM) (Roegiers); TREX-0011698R.0009; TREX-011515R.0037.

310.    Ultimately, only three of the forty-four sidewall samples collected were tested for uniaxial pore volume compressibility. TREX-009053; TREX-011698R.0009. The hydrostatic (also known as stairstep) test was performed on three other samples; ultrasonic velocity measurements were collected on two samples. TREX-009050.0009; TREX-009056.0009.

127

311.    These eight core samples together constituted less than one percent of the thickness of the Macondo reservoir at the wellbore and only a small fraction of a reservoir that is ninety feet thick and 5,000 acres in area. Phase 2 Tr. at 2466:12-17, 2467:18-25 (Oct. 15, 2013 PM) (Zimmerman).

### c.    The Wireline Logs Demonstrate that the Tested Cores Were Not Representative of Reservoir Characteristics

312.    Contrary to BP's assertions, the Weatherford sidewall core data was not the only measured or scientific data from the Macondo well relevant for evaluating rock compressibility of the reservoir. BP also collected wireline log data during the drilling of the Macondo well that can be used to determine whether the core samples were representative of the average reservoir properties. Phase 2 Tr. at 3338:17-21, 3339:04-09 (Oct. 18, 2013 PM) (Huffman).

313.    A one-inch core sample does not give the perspective of the whole thickness of the reservoir; by contrast, a well log takes measurements through the entire interval. Phase 2 Tr. at 3342:18-3343:02 (Oct. 18, 2013 PM) (Huffman). Accordingly, it is standard industry practice to match core and log data. Phase 2 Tr. at 3341:11-13 (Oct. 18, 2013 PM) (Huffman). It is particularly important to calibrate sidewall sample data against conventional core data or well established logging data, due to all of the uncertainties in data collected from such sidewall samples. TREX-011698R.0007.

314.    Drs. Blunt and Zimmerman did not consider log data in developing their opinions on rock compressibility. Phase 2 Tr. at 2465:25-2466:04 (Oct. 15, 2013 PM) (Zimmerman); TREX-011553R.0060-.0061. Dr. Blunt agrees, however, that using log data

enables measurements across the entire thickness of the reservoir pay zone, and that he uses log measurements rather than "just" relying on a discrete number of "small core samples." Phase 2 Tr. at 2174:19-2175:06 (Oct. 10, 2013 AM) (Blunt); *see also* Vaziri Dep. at 97:06-13, 97:15-98:07.

315.    The well logs showed that the porosity measurements for the three uniaxial pore volume compressibility cores were not representative and underestimated the porosity of the reservoir rock. It is scientifically inappropriate to take three one-inch unrepresentative cores from a ninety-plus-foot-thick reservoir and claim that those three unrepresentative cores are representative of the entire Macondo reservoir. Phase 2 Tr. 3341:03-3346:21 (Oct. 18, 2013 PM) (Huffman); TREX-011512.0001.

### d.    Drs. Blunt and Zimmerman Overlooked Significant Inadequacies in the Weatherford Laboratories Uniaxial Pore Volume Compressibility Testing Procedure

316.    BP not only chose to collect the less reliable sidewall cores, but required Weatherford to conduct the tests on a "rush" basis.  TREX-008788.0008. As Jaime Loos, Weatherford's director of project management, indicated Weatherford employees were required to drop "everything to answer my frantic cry for help when BP was asking for the moon in 48 hours."  TREX-009060.0001.

### 1)    The Sample Dimensions Were Too Small to Obtain Reliable Results

317.    The Weatherford tests produced unreliable data and led to an under-prediction of uniaxial pore volume compressibility because the core samples tested were of

insufficient dimensions for rock mechanics testing. Phase 2 Tr. at 3259:11-19 (Oct. 18, 2013 AM) (Roegiers); TREX-011698R.0024-.0025.

318.    The three Macondo samples that were tested for uniaxial pore volume compressibility averaged approximately 1.1 inches in length and 0.92 inches in diameter, yielding a length-to-diameter ratio of approximately 1.2-to-1. Phase 2 Tr. at 3257:15-16 (Oct. 18, 2013 AM) (Roegiers); TREX-009067.0002, .0105, .0208.

319.    This ratio of length-to-diameter is too low to yield reliable results; core samples tested for uniaxial pore volume compressibility should have a length at least twice as long as the diameter. Phase 2 Tr. at 3257:01-08 (Oct. 18, 2013 AM) (Roegiers); TREX-011698R.0024-.0025; D-21311.2; TREX-011508.0004; Loos Dep. at 203:24-204:08. Having samples of at least a two to one ratio eliminates "end effects" and "friction cones" that interfere with obtaining the uniaxial conditions that are required to simulate the stress conditions in the reservoir during uniaxial pore volume compressibility laboratory testing. Phase 2 Tr. at 3257:19-3259:10 (Oct. 18, 2013 AM) (Roegiers); TREX-011698R.0024-0025.

320.    Though there was some suggestion that prior to analysis some of the samples "could" have met the recommended length-to-diameter ratio of two to one, the actual samples tested for uniaxial pore volume compressibility had ratios closer to 1.2-to-1 once they were trimmed for testing.  That ratio rendered them unsuitable even under Weatherford's own specifications. TREX-009067.0002, .0105, .0208; Loos Dep. at 203:13-207:12, 190:22-191:01, 212:18-214:02.

321.    As BP stated in its 2007 memorandum evaluating the pore volume compressibility results on rotary sidewall cores from its Isabella well, "sample size effects

(specifically length-to-diameter ratio) may result in . . . underestimating the actual reservoir compressibility." TREX-011505.0001.

322.     Dr. Zimmerman disagreed with BP, Weatherford and Dr. Roegiers that length-to-diameter ratio is an important consideration for accurate uniaxial pore volume compressibility testing, but agreed that for triaxial rock mechanics testing, a length to diameter ratio of 2:1 or 3:1 is commonly used. Phase 2 Tr. at 2484:18-20 (October 15, 2013 PM) (Zimmerman). A uniaxial pore volume compressibility test is a special kind of triaxial test conducted under similar loading conditions, and therefore should be subject to the same testing recommendations. Phase 2 Tr. at 3255:05-12, 3257:01-8 (Oct. 15, 2013 AM) (Roegiers). Thus, Dr. Zimmerman should not have assumed that the sample dimensions of less than 2:1 had no impact on the compressibility results.

323.     Even the literature BP itself offered into evidence shows that as the length-to-diameter ratio of the tested rotary sidewall core samples was decreased to from 2-to-1 down to 1.5-to-1, the measured Young's modulus had "fairly large differences" where there were internal features (laminations), as was observed in some of the Macondo samples.  TREX-130866.0009; Phase 2 Tr. 3312:14-24 (Oct. 18, 2013 PM) (Roegiers) (discussing inter-relatedness of Young's modulus, laminations and rock compressibility).

2)     **The Samples Were Oriented Horizontally and the Macondo Reservoir Was Anisotropic, Resulting in Estimates of Compressibility that Were Too Low**

324.     The Weatherford tests generated unreliable results because the samples were oriented in a horizontal rather than vertical direction. In the reservoir, the direction of compaction (or stress) occurs in a vertical direction.  Bedding planes, or layers of different rock

deposits, are generally oriented perpendicular to the direction of that compaction. TREX-011698R.0012.

325.    In vertical wells, such as Macondo, whole (conventional) cores would be extracted in a vertical direction from the bottom of the wellbore, and could be tested such that compaction in the laboratory occurs perpendicular to the bedding planes in the same direction as compaction would occur in the reservoir.  D-22202; Phase 2 Tr. at 2475:19-2476:02 (Oct. 15, 2013 PM) (Zimmerman).

326.    Rotary sidewall cores, by contrast, are extracted horizontally from the side of the borehole and are tested such that compaction in the laboratory occurs parallel to the bedding planes, or at a ninety degree angle from the direction of compaction in the reservoir. Phase 2 Tr. 3259:20-3260:11 (Oct. 18, 2013 PM) (Roegiers); TREX-011968R.0012; D-22202; TREX-011515R.0037-.0038.

327.    The Macondo tests were performed on rotary sidewall cores and thus the orientation of the core in the laboratory did not match the orientation of compaction in the reservoir.   Phase 2 Tr. at 2476:03-10 (Oct. 15, 2013 PM) (Zimmerman).

328.    As BP recognized, and Drs. Huffman, Roegiers, and Zimmerman agreed, the rock is typically stiffer where the direction of compaction in the laboratory is parallel to the bedding planes, as in tests conducted on a horizontally-oriented rotary sidewall core. TREX-011505.0003; TREX-008774.0001; Phase 2 Tr. at 2469:05-08 (Oct. 15, 2013 PM) (Zimmerman); Phase 2 Tr. 3259:24-3260:11 (Oct. 18, 2013 AM) (Roegiers); TREX-011698R.0012-.0014; TREX-011515R.0037-.0038.

329.    For all these reasons, uniaxial pore volume compressibility tests in the laboratory on rotary sidewall core may under-predict compaction.  TREX-011505.0002-.0003; Phase 2 Tr. 3259:24-3260:11, 3263:13-3266:05 (Oct. 18, 2013 AM) (Roegiers); D-22202; D-22838; TREX-011515R.0037-.0038; Phase 2 Tr. at 2480:25-2481:11 (Oct. 15, 2013 PM) (Zimmerman).



**Figure 1.** PVC tests in the laboratory may underpredict compaction, since RSWC undergo compaction parallel to bedding planes in which rocks are typically stiffer. In the field, compaction occurs perpendicular to bedding in which rocks are typically softer.

TREX-011505.0003.

330.    The sample orientation was particularly problematic here because the Macondo reservoir is anisotropic.  Anisotropy is the general term used for situations in which the physical properties of a rock may have different values depending on the direction in which they are measured. Phase 2 Tr. at 3347:06-14 (Oct. 18, 2013 PM) (Huffman); Phase 2 Tr. at 2452:11-14 (Oct. 15, 2013 PM) (Zimmerman).

331.    The significant evidence of anisotropy in the Macondo sidewall cores shows that tests on horizontally oriented cores would result in an under-prediction of the uniaxial pore volume compressibility. Phase 2 Tr. at 3266:24-3267:21, 3259:20-3260:06 (Oct. 18, 2013

AM) (Roegiers); TREX-011698R.0013-.0014; Phase 2 Tr. at 3338:11-25, 3347:17-23 (Oct. 18, 2013 PM) (Huffman); TREX-011515R.0037-.0038.

332.     Dr. Zimmerman recognized that the issue of anisotropy "needs to be addressed" with respect to rotary sidewall cores because with rotary sidewall cores you are measuring the compressibility of the reservoir rock in a horizontal direction, but the compressibility "we are interested in" is compressibility in the vertical direction, there is a question as to whether these two values are the same or slightly different or grossly different. Phase 2 Tr. at 2468:22-2469:08, 2452:11-2453:05 (Oct. 15, 2013 PM) (Zimmerman).

333.     Dr. Zimmerman also agreed that it is preferable to have the orientation of the cores in the lab match the orientation of compaction in the reservoir because it would remove the issue of anisotropy.  Phase 2 Tr. at 2475:19-2476:02 (Oct. 15, 2013 PM) (Zimmerman).

334.     Further, Dr. Zimmerman acknowledged that BP had concerns about whether measurements on horizontally-oriented sidewall cores would accurately reflect the vertical compressibility.  In fact, he stated that, in addressing the question of anisotropy, it is "certainly more common that [rocks] are more compressible in the vertical direction").  Phase 2 Tr. at 2476:11-19, 2478:22-2479:07 (Oct. 15, 2013 PM) (Zimmerman).

335.     In his own publications, Dr. Zimmerman states that "since most sedimentary and metamorphic rocks are anisotropic, the effect of anisotropy on strength is of great importance" and "[m]ost rocks are anisotropic to one extent or another." TREX-011499.0002, .0005, .0009.

336.     Dr. Zimmerman cites a single article to support assigning only a ten to twenty percent difference in compressibility values when anisotropy is present.  However, as Dr.

134

Roegiers stated in his expert report, other literature indicate that sandstone reservoirs can exhibit anisotropy effects much larger than twenty percent. TREX-011698R.0014.

337.    Weatherford's visual inspection of the cores recorded the presence of laminations, or layering of different rock types, that would indicate the rocks are anisotropic. TREX-011698R.0013-.0014; Loos Dep. at 238:09-239:06; TREX-008789 (Samples 2-1R, 1-1R).

338.    In addition, CT scans of samples collected from the Macondo reservoir also indicated layering of rocks, as shown on the scans by varying levels of lightness and darkness or shades of gray. Phase 2 Tr. at 3266:24-3267:14 (Oct. 18, 2013 AM) (Roegiers); Phase 2 Tr. at 3313:06-3314:06 (Oct. 18, 2013 PM) (Roegiers); TREX-011698R.0014; TREX-011523.0002 (Sample 3-16R); TREX-011523.0002; TREX-008795.0175 (Sample 2-1R); TREX-008795.0019 (Sample 3-8R); TREX-008795.0139 (Sample 1-3R); TREX-008795.0159 (Sample 3-33R); *see also* Loos Dep. at 70:17-22 (noting that with CT scans, the "color variations are associated with changes in density").

339.    Dr. Zimmerman agreed he saw laminations in at least one of the three sidewall cores tested for uniaxial pore volume compressibility. Phase 2 Tr. at 2482:02-21 (Oct. 15, 2013 PM) (Zimmerman).

340.    The Macondo well log data also showed "significant anisotropy in parts of the M56 reservoirs." Phase 2 Tr. at 3347:17-23 (Oct. 18, 2013 PM) (Huffman); TREX-003533.0013, .0034.

341.    Dr. Zimmerman's assertion that the hydrostatic test results show minimal anisotropy effects are unsupported by the evidence because that test only shows an average of

the compressibilities measured in three different directions, and therefore cannot be used to conclude whether or not anisotropy effects are present.  Phase 2 Tr. at 2405:25-2406:06, 2454:18-2456:04 (Oct. 15, 2013 PM) (Zimmerman); TREX-011497.0016-.0017; Phase 2 Tr. at 3290:01-12 (Oct. 18, 2013 AM) (Roegiers).

### 3) The Macondo Samples Were Tested at Surface Conditions and not In Situ Conditions and Therefore the Tests Underestimated Compressibility

342.    In rock mechanics testing in the laboratory, it is important to replicate the in-situ (reservoir) conditions as best as possible. Phase 2 Tr. at 3269:01-13 (Oct. 18, 2013 AM) (Roegiers); TREX-0011698R.0010, .0011, .0021; TREX-011515R.0038; *see also* Loos Dep. at 135:04-09. The in-situ temperature and saturation conditions were not replicated for the Macondo samples tested, likely resulting in an under-prediction of uniaxial pore volume compressibility. Phase 2 Tr. at 3269:01-13 (Oct. 18, 2013 AM) (Roegiers); TREX-011698R.0021; Phase 2 Tr. at 3338:17-25 (Oct. 18, 2013 PM) (Huffman); TREX-011515R.0038.

343.    All of the cores analyzed by Dr. Zimmerman were tested by Weatherford Laboratories at room temperature conditions. Phase 2 Tr. at 2489:22-2490:04 (Oct. 15, 2013 PM) (Zimmerman); TREX-011698R.0021. The Macondo reservoir, however, exhibited a substantially higher bottom hole temperature of approximately 243 degrees Fahrenheit. Phase 2 Tr. at 2487:22-2488:06 (Oct. 15, 2013 PM) (Zimmerman); TREX-003533.0027.

344.    Higher temperatures are known to increase pore compressibility significantly. TREX-011698R.0021; TREX-011515R.0038; Phase 2 Tr. 3270:03-11, 3326:22-3324 (Oct. 18, 2013 PM) (Roegiers).

136

345.    BP has also recognized the importance of evaluating temperature effects when doing rock compressibility measurements. In 2008, BP's then rock mechanics advisor Stephen Willson cautioned an industry conference that when doing laboratory measurements of pore volume compressibility on high pressure-high temperature fields, one should "evaluate the impact of temperature on strength and accelerated compaction" and that selected tests should be run at simulated in-situ conditions of temperature. TREX-011519.0016.

346.    Dr. Zimmerman's own text book provides for compressibility measurements at "elevated temperatures."  TREX-011498.0003.

347.    Had the tests been conducted at the in-situ reservoir temperatures, the samples most likely would have exhibited much higher compressibility than the Weatherford tests indicated. TREX-011515R.0038; Phase 2 Tr. at 3269:14-3270:02 (Oct. 18, 2013 AM) (Roegiers).

348.    The saturant used during the core tests also did not appropriately simulate Macondo reservoir conditions, in which the rock is partially saturated with residual salt water or brine. TREX-011515R.0039.

349.    The proper procedure is to maintain samples with residual water saturation along the grains, similar to the *in situ* condition of the M56D and M56E layers. TREX-011515R.0038-.0039; TREX-008770.0005-.0006; TREX-130866.0003; Phase 2 Tr. 3322:18-3323:04 (Oct. 18, 2013 PM) (Roegiers).

350.    Instead, the three Macondo uniaxial pore volume compressibility samples tested were dried and re-saturated with kerosene. TREX-009053.0009; Loos Dep. at 86:12-15,

99:13-100:05. The two ultrasonic velocity measurements were conducted on dry cores that had not been re-saturated with any fluid at all. TREX-009056.0005.

351.    Weatherford used kerosene in the compressibility tests, despite moving away from the use of kerosene as a saturant in the permeability tests, recognizing that "in some cases, kerosene can actually cause some of the waxes or asphaltenes in the native crude oil to precipitate out and block pore spaces." Loos Dep. at 111:12-20. Dr. Zimmerman failed to take into account any effect of using a saturant other than brine on the Weatherford test results, despite the fact that his professional experience had been with the brine protocol. Phase 2 Tr. at 2486:02-2487:03 (Oct. 15, 2013 PM) (Zimmerman); TREX-011498.0005-.0006.

352.    It is well-documented from years of laboratory experiments that the presence of water in quartz-rich rocks causes a significant reduction in the strength of quartz under significant loads. TREX-011515R.0038. The Macondo reservoir samples were comprised of high quartz content. TREX-009068.0003. Accordingly, the failure to re-saturate with brine in the laboratory tests likely resulted in an under-prediction of pore volume compressibility from the Macondo cores tested. TREX-011515R.0038-.0039; TREX-011698R.0021; D-21311.4.

### 4)    The Loading Rate Used on the Macondo Samples Was Too Fast, Making the Results Unreliable

353.    The rate of the initial increase in pressure to bring the three uniaxial pore volume compressibility samples to in-situ stress conditions ("buildup rate") and the rate of pore pressure depletion ("depletion rate") during the compressibility test were both too fast to obtain reliable uniaxial pore volume compressibility results. TREX-011698R.0011, .0022; Phase 2 Tr. at 3284:05-13 (Oct. 18, 2013 PM) (Roegiers); D-21311.5.

354.     The buildup rate for the Macondo uniaxial pore volume compressibility test was approximately 4.2 psi per second, *more than four times faster* than Dr. Roegiers' best practice of 1 psi per second. TREX-011698R.0011; TREX-08788.0008; TREX-011508.0004.

355.     The depletion rate for the Macondo uniaxial pore volume compressibility test was approximately 0.5 psi per second, *five times faster* than Dr. Roegiers' best practice of 0.1 psi per second. TREX-011698R.0011, .0022; TREX-011508.0004. A rate that is too fast will stiffen the sample, particularly with respect to sandstones of higher porosity. Phase 2 Tr. at 3284:05-13 (Oct. 18, 2013 PM) (Roegiers).

356.     BP has recognized that "loading rate effects" should be "minimized," and accordingly expressed, in an industry presentation given prior to the Macondo blowout, has a "preferred" depletion rate of approximately 0.1 psi per second. TREX-011519.0012.

357.     The total time for the Macondo uniaxial pore volume compressibility tests, including the time to bring the samples to in-situ stress conditions and then deplete the pore pressure, was approximately nine hours, or well less than a day. TREX-011698R.0022; TREX-009067. By contrast, BP noted that the "typical test duration for pore volume compressibility determinations in deepwater, overpressured reservoirs" is 5 days, and that a test completed in one day is "3 times faster than is recommended." TREX-011519.0012, .0015. Accordingly, the tests were likely to underestimate the compressibility of the reservoir.

        **5)**       **The Testing Procedure Did Not Account for Creep and Therefore May Have Underestimated Compressibility**

358.     When one applies a constant pressure to a material it will immediately show some deformation, known as instantaneous deformation.  As one continues to apply the

constant pressure over time goes on there will be additional deformation, known as "creep" or "time-dependent deformation."  Phase 2 Tr. at 3286:25-3287:06 (Oct. 18, 2013 PM) (Roegiers).

359.    The Weatherford tests also failed to measure what, if any, additional compaction might occur as a result of creep, and therefore, may have underestimated the pore volume compressibility. TREX-011698R.0023; Phase 2 Tr. at 3286:25-3287:12 (Oct. 18, 2013 PM) (Roegiers); D-21311.5.

360.    The Weatherford tests only measured "instantaneous compaction" that occurred when the pore pressure was depleted from the samples (less than an hour in duration). TREX-011698R.0023. By contrast, over the course of the eighty-six-day spill, the comparable amount of pore pressure was depleted 2500 times slower than in the depletion loading rate in Weatherford's laboratory testing of the Macondo samples. TREX-011698R.0023; TREX-011549R.0008.

361.    BP has recognized that creep can affect uniaxial pore volume compressibility results, and, if not measured, may result in an underestimation of compressibility. In its 2007 memorandum evaluating uniaxial pore volume compressibility testing at the Isabela well, BP stated, "time-dependent deformations (creep) may contribute additional compaction strain to that expected from the results of 'instantaneous' tests if, as expected, the loading rate in the field is slower than in the lab." TREX-011505.0002; *see also* TREX-011519.0024, .0038.

### 6)    Other Factors Make the Weatherford Tests Unreliable

362.    Damage to the core samples from drilling mud and elevated stress concentrations around the wellbore increased the uncertainty in the uniaxial pore volume

compressibility laboratory results. Phase 2 Tr. at 3288:07-3289:06 (Oct. 18, 2013 PM)

(Roegiers); TREX-011698R.0017-.0021; *see also* Vaziri Dep. at 105:19-106:02.

363.     In addition, there is insufficient evidence to conclude that the testing

equipment for the Macondo samples had been properly calibrated, further increasing the

uncertainty of the results. Phase 2 Tr. at 3289:08-17, 3320:12-14 (Oct. 18, 2013 PM) (Roegiers);

TREX-011698R.0026.

> e.     **Literature from "Very Well-Consolidated Cores" Cannot be Used to Support Dr. Zimmerman's Low Compressibility Value**

364.     Generally, sandstones fall in three categories: "consolidated" at one

extreme; "unconsolidated" at the other extreme, and "friable" where the rock has enough

coherence to create a core but is sufficiently weak that one can, by rubbing a finger against it,

break off some of the sand grains or a corner. The friable category is somewhere between

consolidated and unconsolidated and equivalent to what also is called weakly-consolidated.

TREX-011497.0056-.0057; Phase 2 Tr. at 2496:16-2498:11 (Oct. 15, 2013 PM) (Zimmerman).

365.     Though in his expert report, Dr. Zimmerman claimed that the Macondo

reservoir rock was "very well consolidated" and assumed samples were consolidated for

purposes of inferring a uniaxial pore volume compressibility, he admitted at trial that the

Macondo reservoir rock in fact falls into the range of weakly consolidated or friable sandstone.

*Compare* TREX-011497.0019-.0020, .0049-.0050, .0056-.0057 *with* Phase 2 Tr. at 2496:16-

2498:11 (Oct. 15, 2013 PM) (Zimmerman).

366.     Other evidence supports Dr. Zimmerman's admission that the cores are

weakly consolidated or friable. For example, photographs of the cores extracted from Macondo

showed the surface of the rock had been eroded, indicating the rock is friable.

TREX-011698R.0019; *see also* TREX-008797.0767, .0771, .0775, .0779 (core photos). In

addition, the core samples were frozen per Weatherford's instructions for unconsolidated

samples. TREX-008787.0004; TREX-008788.0001; *see also* Phase 2 Tr. at 2498:12-22 (Oct. 15,

2013 PM) (Zimmerman).

> **f.      The Hydrostatic Tests and Ultrasonic Velocity Measurements
> are Indirect Methods that Can Not be Used to Validate Dr.
> Zimmerman's Uniaxial Pore Volume Compressibility Estimate.**

367.    The hydrostatic (or stairstep) test is an indirect method of determining

pore volume compressibility that relies on conversion factors and correlations. Phase 2 Tr.

3296:08-18 (Oct. 18, 2013 PM) (Roegiers); TREX-011698R.0026. In converting the hydrostatic

values to pore volume compressibility values, Dr. Zimmerman relied on a correlation used

primarily for well-consolidated sandstones, despite his admission that the Macondo reservoir is

weakly consolidated. TREX-011497.0049-.0050; Phase 2 Tr. at 3290:19-3291:11 (Oct. 18, 2013

PM) (Roegiers); *see supra* ¶ 365.  Therefore, Dr. Zimmerman used an inappropriate correlation.

Phase 2 Tr. at 3290:19-3291:11, 3296:19-24 (Oct. 18, 2013 PM) (Roegiers);

TREX-011698R.0026-.0027.

368.    Dr. Zimmerman's method of deriving a uniaxial pore volume

compressibility estimate from ultrasonic velocity measurements is unreliable because he relies

on converting dynamic measurements to static measurements using a factor in the literature. In

Dr. Roegiers' experience such conversions are site-dependent, and it is thus inappropriate to rely

on data from other formations. Dr. Roegiers has never used results from ultrasonic velocity

measurements to derive uniaxial pore volume compressibility. Phase 2 Tr. at 3291:12-3292:17 (Oct. 18, 2013 PM) (Roegiers); TREX-011698R.0027.

369.     The results from the hydrostatic test and the ultrasonic velocity measurements are also unreliable because they were done without reproducing the in-situ reservoir conditions of temperature and saturation. Phase 2 Tr. at 3290:13-16, 3291:12-18 (Oct. 18, 2013 PM) (Roegiers); TREX-011698R.0027; TREX-011515R.0038.

> iv.    **Dr. Blunt's Calculated Bottom Hole Pressures (which Form the Basis for Two of the Three Inputs into his Material Balance Equation) Are Uncertain and Based on Approximations**

370.     Dr. Blunt's uses his wellbore cooling analysis (Appendix B to his expert report) to determine the Macondo bottom hole pressure. Phase 2 Tr. at 2269:11-23 (Oct. 10, 2013 PM) (Blunt); TREX-011553R.0071.

371.     He admits that his pressure conversion from Capping Stack to down-hole pressures has a "significant impact" on his pressure analysis.  TREX-011553R.0071. He also admits that there are indeed uncertainties in his analysis. Phase 2 Tr. at 2269:24-2270:04 (Oct. 10, 2013 PM) (Blunt).

372.     Dr. Blunt makes a number of approximations to perform those bottom hole pressure calculations, which add to the uncertainty of his calculations. Phase 2 Tr. at 2270:05-19 (Oct. 10, 2013 PM) (Blunt). For example, he uses a temperature of 243 degrees Fahrenheit for the entire wellbore during the entire flowing period despite the fact that it is not the actual temperature of the wellbore during that period. Phase 2 Tr. at 2270:20-2271:15 (Oct. 10, 2013 PM) (Blunt).

373. In order to perform this calculation, Dr. Blunt performs an analysis of temperature changes in the wellbore. In doing this analysis, he uses a flow rate of 40,000 barrels per day, but provides no basis for the use of that number. TREX-011553R.0075. Indeed, he used an assumed flow rate of 45,000 in determining the permeability for his model. *See supra* ¶ 273.

374. He makes a variety of assumptions including that the well-bore temperature is the reservoir temperature even though he admits that it will tend to over-state the temperature in the wellbore. TREX-011553R.0075.

375. Instead of taking into account the potential insulating properties of cement in the annulus of the well, Dr. Blunt used a simplification and acknowledged that if the wellbore had stayed hotter longer there would have been a less dense fluid in the wellbore. Phase 2 Tr. at 2272:21-2273:15 (Oct. 10, 2013 PM) (Blunt).

376. Dr. Blunt explained to the Court that his analysis was "complex" and "difficult to explain in words." Phase 2 Tr. at 2273:16-22 (Oct. 10, 2013 PM) (Blunt).

377. Even with these uncertainties and approximations, Dr. Blunt incredibly claims that he can match pressures at the bottom of the well to within two psi – despite the fact that the gauge resolution of the Capping Stack pressure gauge – over 13,000 feet above the bottom of the well – is +/- 5 psi. Phase 2 Tr. at 2274:03-06 (Oct. 10, 2013 PM) (Blunt).

   **v.**  **Dr. Blunt Admits that His *Pressure Analysis* is Consistent with U.S. Experts Flow Rate Histories, But His Estimate of Cumulative Release Is Contradicted by U.S. Experts' Flow Rate Histories and Point Estimates.**

378. Dr. Blunt admits that his "pressure analysis" (which he uses to determine the reservoir volume and final average pressure) is consistent with the flow rate histories during

the spill proposed by the United States' experts, including Drs. Dykhuizen and Griffiths (beginning over 60,000 stock tank barrels per day and declining to approximately 53,000 stock tank barrels per day over the eighty-six days of the spill).  TREX-011553R.0117-.0119. According to Dr. Blunt, his pressure analysis "cannot discriminate between possible flow histories." TREX-011553R.0118.

379.    In fact, he finds an acceptable pressure match using Dr. Griffiths' flow rate history, Dr. Dykhuizen's flow rate history, or with a constant flow rate of 55,000 stock tank barrels per day. TREX-011553R.0117-.0119.

380.    Dr. Blunt's total release of 3.26 million stock tank barrels, however, is contradicted by a realistic flow rate history ending with a final rate of around 53,000 stock tank barrels per day.  The "hypothetical flow rate history" he proposes to be consistent with a final flow rate around 45,000 - 55,000 stock tank barrels per day **and** his cumulative release of 3.26 million barrels both require unrealistically low flow rates throughout the blowout. TREX-011553R.0119; TREX-011452; D-21122; D-23567B; *see also supra* ¶¶ 37-45.



D-23567B.

### C. Dr. Gringarten's Well Test Analysis Significantly Underestimates the Cumulative Volume of Oil Released

381.    Dr. Gringarten developed his estimate of cumulative volume of oil released using well test analysis. Phase 2 Tr. at 2505:05-07 (Oct. 15, 2013 PM) (Gringarten).  Dr. Gringarten used well test analysis in two ways. First, he used well test analysis to estimate the permeability of the reservoir using the results of a wireline formation test taken in April 2010 before the explosion. Second, he used well test analysis to estimate the cumulative volume of oil released by developing an estimate of daily flow rate and totaling the daily flows.  Phase 2 Tr. at 2509:12-20, 2510:05-07, 2533:02-17 (Oct. 15, 2013 PM) (Gringarten).

### i. Dr. Gringarten's Cumulative Estimate Is Wholly Dependent on His Estimate of Permeability, a Highly Uncertain Value

382.    Dr. Gringarten's estimate of cumulative volume of oil released is entirely dependent on his permeability estimate. Phase 2 Tr. at 2509:10-2509:13 (Oct. 15, 2013 PM)

146

(Gringarten); Phase 2 Tr. at 2016:01-14 (Oct. 9, 2013 PM) (Pooladi-Darvish).  If, as shown

below, Dr. Gringarten has underestimated his permeability by approximately 70-110 percent,

then he has underestimated the cumulative volume of oil released by approximately 70-110

percent.  *See* Phase 2 Tr. at 2589:25-2590 (Oct.15, 2013 PM) (Gringarten).

383.    In the words of another BP/Anadarko expert, Dr. Blunt, "[p]ermeability is

typically the most uncertain parameter in a reservoir engineering analysis."

TREX-011553R.0064. According to Dr. Blunt, average reservoir permeabilities vary typically

from around 1 millidarcies to 1,000 millidarcies.  TREX-011553R.0091.

384.    The United States' experts agree with Dr. Blunt that permeability is a

highly uncertain parameter, bearing an uncertainty of fifty percent or more. Phase 2 Tr. at

1982:14-19, 1983:13-1984:01, 2016:01-14 (Oct. 9, 2013 PM) (Pooladi-Darvish); TREX-

011654R.0005.

385.    BP's actions and words during the response confirm its understanding that

permeability is a highly uncertain parameter.  For example, during BP's modeling in May 2010,

permeability was treated as a sensitivity variable – in other words, it was not clearly understood

what the permeability was. Bishop Dep. Vol. 1 at 129:11-20.

386.    In addition to the general principle that permeability is a highly uncertain

parameter, the actual measured data shows that permeability of this specific reservoir is

uncertain.  The Weatherford lab tests on sidewall cores for permeability showed great variability

in permeability – samples varied by a factor of ten in their permeability estimates, demonstrating

that there was large uncertainty in this value. Phase 2 Tr. at 1984:04-1985:05 (Oct. 9, 2013 PM)

(Pooladi-Darvish); Loos Dep. at 103:25-104:16; TREX-008799. This wide range of values "was not uncommon" for Gulf samples. Loos Dep. at 104:21-105:05.

      **ii.**        **Dr. Gringarten's Permeability Estimate is Not Reliable and the Best Estimate of Permeability is that it is at least 400 to 500 Millidarcies**

387.    Dr. Gringarten estimated that the permeability of the Macondo reservoir was 238 millidarcies and asserts that the method he used for estimating permeability reduced the uncertainty generally associated with the estimation of permeability.  Phase 2 Tr. at 2590:08-2590:19 (Oct. 15, 2013 PM) (Gringarten).  Dr. Leif Larsen disagreed with Dr. Gringarten, concluding that Dr. Gringarten "clearly underestimated" the permeability of the reservoir.  Phase 2 Tr. at 3192:02-08 (Oct. 18, 2013 AM) (Larsen).

388.    Dr. Larsen holds a Ph.D. in mathematics and has over thirty years of experience in conducting well test analysis for well-respected multi-national firms including the large oil producing company Statoil and Kappa Engineering. Phase 2 Tr. at 3186:05-3188:25 (Oct. 18, 2013 AM) (Larsen).  Like Dr. Gringarten, Dr. Larsen is an expert who has analyzed thousands of well tests in his career, including wireline formation tests run in the Gulf of Mexico. Phase 2 Tr. at 3289:01-15 (Oct. 18, 2013 AM) (Larsen).

389.    Dr. Larsen estimates that the permeability of the Macondo reservoir is between 400 and 500 millidarcies and may even be higher.  Phase 2 Tr. at 3192:09-20 (Oct. 18, 2013 AM) (Larsen); D-21702.

390.    Both Dr. Gringarten and Dr. Larsen drew their permeability estimates from the data generated during wireline testing done prior to the explosion using a Schlumberger MDT tool. *See* TREX-011696-R.0025; TREX-012102R.0003.

391.    A wireline formation test involves dropping a tool into the well bore and taking small samples of fluid and measuring the change in pressure during the collection of the sample and after the tool is closed. In this way the wireline formation tester constitutes a mini-well test. Phase 2 Tr. at 2511:09-2512:03 (Oct. 15, 2013 PM) (Gringarten).  In fact, the United States' well test expert described a wireline formation test as a "low-cost replacement" for a full well test.  Phase 2 Tr. at 3189:09-12, 3187:02-03 (Oct. 18, 2013 AM) (Larsen).

392.    During a wireline formation test, the reservoir is analyzed in layers.  For the Macondo reservoir, pressure buildup data was taken by the MDT tool for the M56D layer, the Upper M56E layer, and the Lower M56E layer.  TREX-011696-R.0026-.0034; Phase 2 Tr. at 3192:21-3193:07 (Oct. 18, 2013 AM) (Larsen); TREX-012102R.0005.[28]

393.    For each layer, the wireline formation test involves a series of periods in which the well is flowing fluid out of the reservoir, known as the drawn down.  The tool is then shut in to prevent further fluid flow and the pressure in the reservoir builds up again – a period known as the buildup.  Phase 2 Tr. at 3197:01-05 (Oct. 18, 2013 AM) (Larsen).

394.    The amount of fluid withdrawn during a well test is extremely small. For the analyses performed by Dr. Gringarten, he used pressure build ups occurring after withdrawing just over a tablespoon of fluid from the reservoir (which contained over 100 million barrels of oil).  Phase 2 Tr. at 2589:12-15 (Oct. 15, 2013 PM) (Gringarten).

---

[28] For his permeability estimate, Dr. Gringarten also considered the M56F layer. TREX-011696-R.0032. No MDT data was taken for that layer, however, and therefore Dr. Larsen did not consider the M56F layer. Phase 2 Tr. at 3219:03-06 (Oct. 18, 2013 AM) (Larsen). Dr. Gringarten agrees, however, that the M56F layer did not have a significant influence on his overall thickness based average permeability estimate.  Phase 2 Tr. at 2609:03-10 (Oct. 15, 2013 PM) (Gringarten).

395.    The nature of the Macondo reservoir introduced some challenges to the use of the wireline formation test data to estimate permeability.  Dr. Gringarten and Dr. Larsen agree that the Macondo reservoir is a high mobility reservoir. Phase 2 Tr. at 2597:17-18 (Oct. 15, 2013 PM) (Gringarten); Phase 2 Tr. at 3201:02-12 (Oct. 18, 2013 AM) (Larsen); TREX-012102R.0004. Mobility is a measure of how easily the fluid moves through the reservoir and is measured by dividing the permeability of the reservoir by the viscosity of the reservoir fluid.  Phase 2 Tr. at 2596:22-2597:19 (Oct. 15, 2013 PM) (Gringarten); Phase 2 Tr. at 3201:06-3201:12 (Oct. 18, 2013 AM) (Larsen).

396.    High mobility reservoirs pose a challenge for estimating permeability using a wireline formation test because the pressure build ups measured during the test will typically be small enough that they fall within the resolution of the gauge.  Phase 2 Tr. at 3201:13-22 (Oct. 18, 2013 AM) (Larsen).  In fact, for the M56D layer, all of the pressure buildup data fell within .02 psi – the resolution of the gauge.  TREX-011696-R.0028; Phase 2 Tr. at 2590:22-25, 2594:01-10 (Oct. 15, 2013 PM) (Gringarten). Therefore, there was uncertainty regarding whether the measured pressure changes were accurately measured. Phase 2 Tr. at 2593:05-07 (Oct. 15, 2013 PM) (Gringarten).

397.    Dr. Gringarten himself has acknowledged in the published literature that when a reservoir has high mobility, "the resolution of the pressure gauge limits the quality of the data often precluding transient analysis . . . ."  TREX-011697.0004. Dr. Gringarten attempted to distinguish this published statement by asserting that the "pretest" referenced in the article is different than the pretest he analyzed for purposes of his work in this case.  Phase 2 Tr. at 2598:04-25 (Oct. 15, 2013 PM) (Gringarten).  In doing so, he relied upon his use of

deconvolution to extend the analysis period over the earlier buildups and thereby distinguish the pretest in this case from the one discussed in his published work. Phase 2 Tr. at 2615:22-2616:06 (Oct. 15, 2013 PM) (Gringarten). As demonstrated below, however, Dr. Gringarten's use of deconvolution was ineffective here.  *See infra* ¶ 408.

398.    Permeability is estimated from the pressure build ups.  In essence, the pressure data is plotted on a derivative plot and the slope of the plot of the derivatives gives an estimate of the permeability for the layer tested.  *See, e.g.,* TREX-012102R.0010-.0015; D-21708; D-21709; D-21711; Phase 2 Tr. at 3203:09-3205:24, 3206:16-3207:07 (Oct. 18, 2013 AM) (Larsen); Phase 2 Tr. at 2516:16-2517:24 (Oct. 15, 2013 PM) (Gringarten); TREX-011696-R.0085-.0094.

399.    Dr. Gringarten and Dr. Larsen agree that once the estimate of permeability is obtained from the pressure data, it is important to check that the curve representing the pressure trend from the resulting permeability estimate actually matches the measured data. TREX-012012R.0013-.0014; Phase 2 Tr. at 3238:13-3239:09, 3240:17-3241:01 (Oct. 18, 2013 AM) (Larsen); Phase 2 Tr. at 2541:09-24 (Oct. 15, 2013 PM) (Gringarten).

400.    Dr. Gringarten and Dr. Larsen, however, disagree on two points:  whether it is appropriate to confine the permeability analysis to the single low flow rate pretest and whether the permeability estimate that Dr. Gringarten derived for each of the three layers actually matches the measured data.  Phase 2 Tr. at 3201:13-22, 3211:05-3212:21 (Oct. 18, 2013 AM) (Larsen).

401.    Dr. Gringarten confined his analysis to the pretest for each layer, which had the lowest flow rate of all of the draw downs taken by the tool.  *See, e.g.,*

TREX-012012R.0022 (Figure 14 showing flow rates preceding each of the buildups).  By using the low flow rate build up only, Dr. Gringarten introduced several sources of uncertainty.

a. First, when flow rate is low, the high mobility of the reservoir is particularly problematic.  Phase 2 Tr. at 3201:06-22 (Oct. 18, 2013 AM) (Larsen).

b. Second, he ignored other data that could result in significantly different permeability estimates.  As Dr. Gringarten acknowledged, depending upon which build up he selected for analysis, his permeability estimate could vary by two or three times.  Phase 2 Tr. at 2604:17-2605:08 (Oct. 15, 2013 PM) (Gringarten).

402. By contrast, Dr. Larsen reviewed each of the build ups that he determined were appropriate for analysis.  Therefore, for each of the three layers, Dr. Larsen reduced the uncertainty in his estimate by analyzing not only the pretest used by Dr. Gringarten, but also at least one of the higher flow rate draw downs.  Phase 2 Tr. at 3197:13-3201:22 (Oct. 18, 2013 AM) (Larsen).

403. Furthermore, in the end, Dr. Gringarten's estimate of permeability fails because the pressure response resulting from his estimates of permeability for the M56D and M56E Upper layer do not match the data.  As Dr. Larsen demonstrated in this graph, his permeability estimate of 500 millidarcies for the M56D layer actually matches the data.  By contrast, Dr. Gringarten's permeability estimate of 125 millidarcies does not come close to matching the measured data.  Phase 2 Tr. at 3208:14-3209:20 (Oct. 18, 2013 AM) (Larsen):



D-21711.

404.    BP attempted to discount the visual evidence that Dr. Larsen presented by pointing out that Dr. Larsen used interpolated data to determine his permeability estimate, rather than using the full data set.  Phase 2 Tr. at 3207:08-3208:04 (Oct. 18, 2013 AM) (Larsen).  As Dr. Larsen testified, the use of the full data set would have had no effect upon his analysis. Phase 2 Tr. at 3208:05-13 (Oct. 18, 2013 AM) (Larsen).

405.    Moreover, even using Dr. Gringarten's data set, it is clear that his permeability estimates do not match the measured data – in other words they do not pass the final test for reliability.  Phase 2 Tr. at 3211:05-3212:21 (Oct. 18, 2013 AM) (Larsen). For instance, as Dr. Larsen pointed out, Dr. Gringarten's own "match" for the M56D layer did not honor the data:



D-21713; TREX-011696-R.0090; Phase 2 Tr. at 3211:05-3212:21 (Oct. 18, 2013 AM) (Larsen).

406.    Dr. Gringarten made other choices in his permeability analysis that undermine its reliability.  For instance, Dr. Gringarten used a wellbore model to develop his permeability estimates that used too wide an opening to flow.  By doing so, Dr. Gringarten allowed himself to find what he called a match to the data using a lower permeability estimate. Phase 2 Tr. at 3194:09-3196:12 (Oct. 18, 2013 AM) (Larsen); D-21709.

407.    Dr. Gringarten contended that any uncertainty in his analysis was addressed by the Monte Carlo analysis he performed on his permeability analysis.  This contention is belied, however, by his report.  For the M56D layer, Dr. Gringarten's analysis developed from the data showed a reasonable upper and lower bound of 110 millidarcies and 292 millidarcies.  TREX-011696-R.0093. His Monte Carlo analysis from which he selected his best estimate, however, placed the value of 292 millidarcies outside the range of probability. TREX-011696-R.0113; Phase 2 Tr. at 2596:11-2598:18 (Oct. 15, 2013 PM) (Gringarten). This inconsistency between his purported uncertainty analysis and his analysis of the data

demonstrates that Dr. Gringarten's Monte Carlo analysis does not eliminate the uncertainties identified by Dr. Larsen.

408.    Dr. Gringarten also testified that his use of deconvolution introduced more certainty to his analysis and was a "more modern" approach than Dr. Larsen's.  Phase 2 Tr. at 2508:05-19, 2603:09-16 (Oct. 15, 2013 PM) (Gringarten). As Dr. Larsen pointed out, however, deconvolution requires a known starting pressure.  Here, Dr. Gringarten did not have a known pressure and therefore had to make assumptions to perform deconvolution.  Phase 2 Tr. at 3209:21-3211:04 (Oct. 18, 2013 AM) (Larsen).

409.    The United States also provided an alternative estimate of permeability estimate based upon the core data, which Dr. Gringarten did not analyze.  Dr. Huffman provided a best estimate of the permeability of the reservoir is 400-500 millidarcies based on the same upscaling principles using the well logs to compare the permeabilities to the average porosity of the reservoir. Phase 2 Tr. at 3350:03-21 (Oct. 18, 2013 PM) (Huffman); TREX-011515R.0042. Dr. Huffman indicated that Dr. Gringarten's estimates suffer from the same inherent sampling bias and risk of being unrepresentative of the overall reservoir that is discussed below with respect to the core test data. TREX-011515R.0042.

410.    If the permeability is between 400 and 500 millidarcies, as Drs. Larsen and Huffman testified, consistent with BP's estimates before drilling the well and during the response, then Dr. Gringarten's permeability must be increased by 68 to 110% to be accurate. Dr. Gringarten testified that his permeability directly impacts his cumulative discharge. *See supra* ¶ 382. Therefore, if the true permeability is, for example, sixty-eight percent larger, then his estimate should be increased by sixty-eight percent.

iii.      **Dr. Gringarten's Certainty Regarding His Permeability Estimate Is Inconsistent with BP's Other Statements Regarding Permeability**

411.    As will be shown in this section, though Dr. Gringarten purported to be able to identify permeability of the Macondo reservoir down to a single millidarcy the evidence from BP's internal work before and during the spill indicate much greater uncertainty regarding the value of permeability (*i.e.*, that permeability cannot be estimated that specifically) and, when specific permeability values were used they were typically much higher than Dr. Gringarten's estimate.

412.    In the post-drill subsurface technical memorandum, BP reported that the MDT tool showed that the formation had a permeability in the hundreds of millidarcies, but the document reflected no attempt to use that data to try to pinpoint the permeability. Phase 2 Tr. at 1982:02-13 (Oct. 9, 2013 PM) (Pooladi-Darvish); TREX-003533.0013, .0035.

413.    In the Weatherford lab tests, more than half of the samples had permeabilities greater than 500 millidarcies.  Phase 2 Tr. at 1984:22-24 (Oct. 9, 2013 PM) (Pooladi-Darvish).  These high permeability estimates are consistent with BP's instructions to Weatherford laboratories that, in developing certain testing procedures, the best analog wells to use for Macondo would be ones with "high" permeability. Loos Dep. at 242:12-244:08; TREX-009071.0004. In fact, prior to collection of the cores discussed at trial, BP told Weatherford that the Macondo well was a "look-alike" to another middle Miocene well, Isabella, with permeability of 500 millidarcies. Loos Dep. at 248:08-248:19; TREX-009073. BP also suggested that a reason that coring efforts from Macondo were "very difficult" was because of the "high perm nature of the lower lobe." TREX-006400.0001.

156

414. During the response, BP performed a variety of flow rate calculations using permeability estimates that varied widely, most of them higher than 238 millidarcies and ranging up to 1000 millidarcies. *See, e.g.*, TREX-009282.0004 (reflecting the use of an in-flow performance curve to estimate a worst case discharge using a range of permeabilities from 100 to 1000 millidarcies and using 400 millidarcies to select the best estimate).

415. Prior to drilling the MC252 well, BP's presentation to the development committee predicted that the permeability of the reservoir was "most likely" to be 500 millidarcies. TREX-009283.0040.

416. In modeling the reservoir and presenting parameters to government scientists, BP's Dr. Levitan performed a well test analysis using a permeability of 500 millidarcies. Levitan Dep. Vol. 1 at 116:02-116:18, 119:11-119:19, 119:21-119:22, 120:06-120:20, 133:09-12, 120:24-121:10, 121:12-121:13, 121:18, 122:06-122:08, 124:22-124:24, 125:01-125:04, 125:08-125:21, 126:01-126:07; TREX-008643.0001.

417. During the response, BP did a number of calculations using 300 millidarcies as the permeability of the reservoir. TREX-009243.0004; Rygg Dep. at 96:07-98:16, 274:05-276:23; TREX-009295.0004; TREX-009400.0001. Similarly, in planning for the hydraulic kill (relief wells), Wild Well Control assumed a permeability of 300 millidarcies. TREX-010601.0004; Barnett Dep. Vol. 1 at 128:03-129:01.

     **iv.**     **Dr. Gringarten's Estimate of Cumulative Volume is Dependent on His Initial Assumed Flow Rates – Which Are Unsupported by the Evidence**

418. As demonstrated above, proper well test analysis requires a known flow rate. *See supra* ¶¶ 256-258.

419.    Dr. Gringarten did not believe there were any measured flow rates, and therefore, in performing his well test analysis, he assumed a starting flow rate and applied "deconvolution" to estimate the starting flow rate. TREX-011696-R.0036. Dr. Gringarten did not consider any of the flow rate estimates developed during the capping stack analysis by either the United States or BP. *See* Phase 2 Tr. at 2566:16-2567:14 (Oct. 15, 2013 PM) (Gringarten); TREX-011696-R.0245-.0255. Instead, Dr. Gringarten used two point estimates of flow rate developed by BP for purposes of this litigation, only one of which BP offered into evidence. TREX-011696-R.0036; Phase 2. Tr. at 2568:04-14 (Oct. 15, 2013 PM) (Gringarten).

420.    Using these two different assumed flow rates, Dr. Gringarten obtained two different estimates of cumulative volume of oil released, thereby demonstrating that his results are dependent on the assumed flow rate schedule with which he begins his analysis.  Phase 2 Tr. at 2015:02-19 (Oct. 9, 2013 PM) (Pooladi-Darvish); TREX-011654R.0025-.0026.

421.    Dr. Gringarten's estimate of cumulative volume of oil released are also dependent on Dr. Johnson's Maximus modeling to convert BOP pressures to bottom hole pressures for use by Dr. Gringarten.  Phase 2 Tr. at 3150:01-3151:04 (Oct. 18, 2013 AM) (Johnson). Those results relied on the same incorrect application of the hydraulic diameter concept that Dr. Johnson used in his modeling concerning Dr. Griffiths' work. Phase 2 Tr. at 3150:01-3151:04 (Oct. 18, 2013 AM) (Johnson); *see supra* ¶¶ 148-156.  Moreover, the pressure conversions that Dr. Johnson performed for Dr. Gringarten require an accurate flow rate in order to provide accurate pressures.  Phase 2 Tr. at 3150:01-25 (Oct. 18, 2013 AM) (Johnson). Because Dr. Gringarten's initial flow rates were assumptions that gave two different answers, Dr. Johnson did not have an accurate flow rate with which to perform his conversions. This is

demonstrated by among other facts that he developed a flow rate profile that ended with a final day value of around 43,000 barrels per day (or less) – significantly lower than the "direct calculation" done by BP itself at the end of the response. TREX-011696R.0051-0057.

**v.      Dr. Gringarten Admits His Assumption Regarding Flow between April 20 and May 8 Is Unsupported but Made No Analysis of the Effect of that Uncertainty on His Cumulative Estimate**

422.    Dr. Gringarten assumed for purposes of developing his estimate of the cumulative volume of oil released, that the pressure on April 20, 2010 was the shut-in pressure measured during the wireline formation test and that there was a straight linear depletion of BOP pressure from April 20, 2010 until the first measured pressure on May 8, 2013.  Phase 2 Tr. at 2562:03-09 (Oct. 15, 2013 PM) (Gringarten).

423.    Dr. Gringarten acknowledged that his pressure trend for the pre-May 8, 2013 was simply an assumption. In fact, he acknowledged that the pressure trend could and probably was a concave curve. Phase 2 Tr. at 2562:03-09 (Oct. 15, 2013 PM) (Gringarten).  If he had used the concave curve, that would have increased his cumulative volume of oil released. Phase 2 Tr. at 2562:03-2564:09 (Oct. 15, 2013 PM) (Gringarten); D-21770.

424.    Moreover, Dr. Gringarten provided no detailed analysis to support his assumption.  Phase 2 Tr. at 2564:10-15 (Oct. 15, 2013 PM) (Gringarten).  When asked by his own counsel why he did not follow Dr. Griffiths' pressure trend, Dr. Gringarten simply said, "[b]ecause that's not the way it is."  Phase 2 Tr. at 2622:15-23 (Oct. 15, 2013 PM) (Gringarten). In his further answer and in his report, Dr. Gringarten provided no substantiation for this bald assertion.  *See* TREX-011696-R.

159

425.   Finally, Dr. Gringarten ascribes zero uncertainty to his assumptions about the BOP pressure trend between April 20 and May 8.  Phase 2 Tr. at 2017:01-06 (Oct. 9, 2013 PM) (Pooladi-Darvish); TREX-011654R.0026.

### vi.   Dr. Gringarten's Use of Deconvolution Is Flawed because He Does Not Match His Flow Rates to His Pressure History Properly

426.   Dr. Gringarten touted the importance of his use of deconvolution in his estimate of the cumulative volume of oil released, asserting that it allowed him to see farther into the reservoir and to provide corrected flow rates.  Phase 2 Tr. at 2525:18-2527:02, 2535:23-2536:15 (Oct. 15, 2013 PM) (Gringarten).  This section will demonstrate that this assertion was contradicted by the evidence.

427.   In the context of well test analysis, deconvolution is a mathematical tool used to process the data to extend the pressure build up data to provide more information about the reservoir farther from the well.  Phase 2 Tr. at 2508:05-15 (Oct. 15, 2013 PM) (Gringarten).

428.   Dr. Gringarten's deconvolution analysis, however, did not fully couple his flowing wellbore and flowing reservoir.  To understand why this indicates that Dr. Gringarten's estimate of cumulative volume of oil released is unreliable, it is necessary to understand what his failure to couple the wellbore and reservoir means.

a.   Dr. Gringarten began with an assumed flow rate.  He performed deconvolution on that flow rate until he obtained a flow trend that matched the pressures measured by PT-B.  Phase 2 Tr. at 2551:10-19 (Oct. 15, 2013 PM) (Gringarten).

b.      At Dr. Gringarten's request, Dr. Johnson took that flow rate and the pressures at the BOP and converted the pressures to bottom hole pressures.  Phase 2 Tr. at 2551:20-23 (Oct. 15, 2013 PM) (Gringarten).

c.      From that point forward, Dr. Gringarten used the converted bottom hole pressures, derived from assumed flow rates, as his ground truth.  Phase 2 Tr. at 2551:24-2552:19 (Oct. 15, 2013 PM) (Gringarten).

d.      He then deconvolved his flow rate profiles until they matched the converted bottom hole pressures. Phase 2 Tr. at 2554:03-2555:03 (Oct. 15, 2013 PM) (Gringarten).

e.      He then summed the daily rates from the matching flow rate profile to obtain a total flow. Phase 2 Tr. at 2560:03-10 (Oct. 15, 2013 PM) (Gringarten).

f.      He then adjusted that total flow so that the total flow was consistent with his estimated permeability. TREX-011696-R.0045-.0046.

429.     By doing his deconvolution in this manner, the calculated bottom hole pressures Dr. Gringarten matched his flow rates to were pressures that correspond to a different flow rate history. TREX-011654R.0024. In other words, his "ground truth" is not derived from accurate flow rates and therefore, does not produce a reliable estimate of the cumulative volume of oil released.

430.     Dr. Gringarten's argument that his use of deconvolution made his estimate of cumulative volume of oil released more reliable than that of the United States is also belied by the opinions of Dr. Mike Levitan.  Dr. Mike Levitan is a BP employee that Dr. Gringarten recognizes as an expert in deconvolution.  Dr. Levitan testified that in order to perform deconvolution analysis in BP's software, the modeler would need to know both pressure and rate

data over the whole history of the well operation. Levitan Dep. Vol. 1 at 264:03-12. Notably, Dr. Gringarten had neither piece of information.

431.    Dr. Levitan identified deconvolution as another way of analyzing the data, as opposed to Horner plots, superposition plots, and derivative plots. Levitan Dep. at 264:15-265:09. Dr. Levitan concluded that in estimating the total volume of oil released from the Macondo well, deconvolution would not provide any additional information. Levitan Dep. at 266:09-267:05.

432.    Dr. Levitan is the author of several of the articles regarding deconvolution that Dr. Gringarten cited in his report, indicating a respect for Dr. Levitan's expertise in deconvolution.  Nonetheless, though Dr. Gringarten was aware of Dr. Levitan's opinion that deconvolution would add nothing to the analysis of flow rate from BP/Anadarko's well, Dr. Gringarten identified no analysis he performed to determine why he came to a different conclusion regarding the use of deconvolution. Phase 2 Tr. at 2574:10-2575:03 (Oct. 15, 2013 PM) (Gringarten).

      **vii.**      **Dr. Gringarten's Use of Deconvolution Simply Provides an Interpretation Model, on which He and Dr. Pooladi-Darvish already Agree**

433.    Dr. Gringarten agreed that one of the purposes of deconvolution was to determine his "interpretation model," or his description of the reservoir. Phase 2 Tr. at 2573:14-18 (Oct. 15, 2013 PM) (Gringarten). He also admitted that all of the experts, including himself and Dr. Pooladi-Darvish largely agreed upon the shape of the reservoir as an off-center well in a long, narrow reservoir with sealed boundaries. Phase 2 Tr. at 2573:19-2574:09 (Oct. 15, 2013 PM) (Gringarten).

434.    BP's pre-drill Technical Assurance Memorandum also predicated a long, narrow reservoir with boundaries on all sides. TREX-005232.0020 ("elongated 4-way with low relief channel levee system draped over the crest").

435.    Accordingly, Dr. Gringarten's use of deconvolution to determine the reservoir shape added no new information and did not contradict any of the United States' expert opinions.

## VIII.   Erosion Happened Quickly, So Any Erosion Did Not Significantly Affect The Cumulative Discharge

436.    During the Quantification Segment of the trial, BP contended repeatedly that the United States' estimates of cumulative volume of oil released were unreliable because they failed to take into account changes in the flow path over time due to erosion.  This section shows that these contentions are unsupported by the evidence.

### A.    BP/Anadarko's Own Experts and Employees Agree Changes in Flow Path after May 8 Were Small

437.    For the period after May 8, 2010, BP's trial experts assumed fairly constant flow paths.  First, during the period of time he focused on in mid-May, Dr. Zaldivar did not see anything that would indicate there would be large changes in flow rate.  Phase 2 Tr. at 2751:20-2752:03 (Oct. 16, 2013 PM) (Zaldivar). Dr. Zaldivar provides the same best estimate of flow rate for the time period May 13-May 20, and does not opine that the flow rate changed during that period.  Phase 2 Tr. at 2779:16-23 (Oct. 17, 2013 AM) (Zaldivar).

438.    Second, Dr. Gringarten's well test analysis work also demonstrated that skin, which is a measure of resistance to flow in the wellbore, was "small and rather constant" during the period following May 8, 2010, which implies that there was not a significant change

163

in the wellbore over time.  Phase 2 Tr. at 2567:02-2567:19 (Oct. 15, 2013 PM) (Gringarten); TREX-011696-R-N.0045.

439.    The conclusions of these two BP/Anadarko experts are consistent with the manner in which erosion occurs. Erosion depends on the amount of particles (known as sand) in the flow: as Dr. Johnson explained: "Erosion increases as the solids content in the flow increases." TREX-011488.0057; Knox Dep. Vol. 1 at 269:17-23 ("erosion requires fluid to be moving at a significant velocity across the surface and for that fluid to be carrying solids.").

440.    BP repeatedly stated during the response that *no* sand was found in the flow from Macondo. Some of BP's statements noting the absence of sand include:

a.    In a draft letter regarding the well integrity test, BP stated that there was no sand in the flow. TREX-009525.0002.

b.    In response to certain concerns raised by BP contractor Wild Well Control regarding shutting in the well, rather than proceeding with the relief wells, BP told Wild Well Control that the well had not produced any solid particulate matter. TREX-010607.0002; *see also* TREX-008793 (June 28, 2010 email stating BP reservoir engineers had not found any evidence of sand); TREX-009058 (BP email dated June 28, 2010 referencing a "lack of sanding"); Barnett Dep. at 143:23-144:11, 144:19-145:16. *See also* TREX-009477.0005.

c.    During the response, Dr. Vaziri was informed by BP employee Neal McCaslin that the well had not produced sand during the containment operation. TREX-009477.0005. This information contradicts Dr. Vaziri's assertion that sand production continued until May 27, 2010.

164

441.    Because BP began collecting on May 16, 2010, any significant erosion must have occurred before that time.  *See* Rec. Doc. 7076 at 11 ¶ 69. Otherwise, BP would have seen the sand in the collected oil.

442.    While erosion would likely continue to occur at some rate throughout the process, once restrictions are enlarged to a certain point, they no longer affect the flow. Based on BP's modeling during the response, once a restriction reaches an equivalent diameter of 3 inches (a cross sectional area of about 7 square inches), it no longer has "any material impact on flow." TREX-009509.0006; Knox Dep. Vol. 1 at 132:10-140:11.

**B.     Erosion in the Riser Does Not Give Evidence of Significant Changes in Flow Over Time**

443.    The riser did not contribute significantly to the resistances in the system, a fact on which both BP and the United States agreed during the response. TREX-011477 ("We did not do a detailed analysis of flow after riser cut. Estimates were judgment after seeing bp estimates.").

444.    Dr. Dykhuizen concluded that the impact of removing the riser was, at most, an increase of four percent in flow from the well. TREX-009699.0002. Similarly, Dr. Griffiths concluded that cutting off the riser entirely only resulted in a flow rate increase of about three percent. TREX-011485R.0010.

445.    BP's own modeling showed that the riser was not a significant restriction. BP modeled the riser, including drill pipes, as recovered and found that the flowing area in the narrowest spots was at least 12.9 square inches – nearly twice as big as the 7 square inches that

BP modeling showed was the point at which a restriction was no longer meaningful. TREX-009523.0012, .0036-.0038, .0043; Knox Dep. Vol. 1 at 252:08-11, 257:18-264:17.

446.    BP concluded that removing the riser would result in a flow rate increase of only two to five percent with a reduction in backpressure of 250 psi. TREX-009442; Hill Dep. at 159:07-17, 160:04-161:11, 161:13-21; TREX-011171; Hill Dep. Vol. 1 at 179:06-19. BP used that value in its discussions with DOE representatives. TREX-011171; Hill Dep. Vol. 1 at 180:04-180:10; TREX-009457.0002; Knox Dep. Vol. 2 at 440:08-442:25. The actual loss in backpressure when the kinked riser was removed was less than 250 psi. TREX-011171; Hill Dep. Vol. 1 at 180:18-181:19; TREX-130003.0016.

447.    BP Engineering Team leader Paul Tooms agreed that flow rates did not change much after the riser was cut. Tooms Dep. at 375:20-376:01; TREX-005066 (Duplicate TREX-006197).

448.    Accordingly, the evidence of holes in the riser kink does not necessarily imply that erosion caused a significant change in flow rate – erosion will only impact flow rate when it occurs at a restriction that is controlling flow. Hunter Dep. Vol. 1 at 169:06-172:17.  Dr. Griffiths and Dr. Nesic agree that the holes in the riser kink did not significantly affect flow rate. Phase 2 Tr. at 1733:03-16 (Oct. 8, 2013 PM) (Griffiths).

449.    Moreover, contrary to its statements at trial, during the response BP concluded that there were no signs of erosion in the riser kink itself, only in the drill pipe and tool joints inside the kink. TREX-009525.0002.

166

C.   **Erosion in the BOP Does Not Give Evidence of Significant Changes in Flow Over Time**

450.   BP concluded in early May 2010 for the Deepwater Horizon BOP "[o]nly flow restrictions of less than ~3" diameter are significant." TREX-011169. This was based on a variety of orifice modeling BP had conducted to determine the effect of different orifice sizes on flow rate. Hill Dep. Vol. 1 at 101:13-102:10, 102:12-102:21.

451.   BP concluded that removing the BOP and riser entirely and thereby removing all wellhead restrictions would result in at most a thirty percent increase in flow rates from the Macondo well. TREX-011170.0009; Hill Dep. Vol. 1 at 126:16-127:21.

452.   During the response, BP estimated that the *complete removal* of the BOP and riser would only increase the flow rate by fifteen to thirty percent. TREX-009513.0001-.0002. Mason Dep. Vol. 1 at 84:04-10, 84:13-21, 84:23-24; Knox Dep. Vol. 1 at 175:06-176:15, 180:24-181:13. BP never changed that conclusion. Knox Dep. Vol. 1 at 184:01-07.

453.   BP concluded in early June that the pressure loss across the blind shear rams, annulars, riser kink, and riser was not a significant component of the pressure loss between the below BOP sensor (PT-B) and the riser outlet. *See* TREX-009450.  This was based in part on the "limited decrease in pressure below the BOP following the riser removal. TREX-009450.0005.

454.   During the period of May 20 to June 10, 2010, the pressure drop across the BOP was consistent and the flow through the BOP remained relatively unchanged. Tooms Dep. Vol. 2 at 376:07-20; TREX-005066.0001.

455.     Wild Well Control, a contractor to BP during the response, Barnett Dep. at 231:15-19, 21-23, concluded that Top Kill failed because "the flow path through the BOP was too large" for the flow to be overcome by the frictional pressure of pumping mud or for the orifices to be plugged by debris. Barnett Dep. at 119:23-120:14.

456.     Because the debris that was pumped during the unsuccessful Top Kill was two and a half inches in diameter, the flow path must have been larger than two and a half inches. Barnett Dep. at 120:19-22. Given the lack of the response to the well while debris was being pumped, Wild Well Control concluded that "the geometry of the pathway(s) inside the BOP is quite large." TREX-010622.0002; Barnett Dep. at 237:07-239:04. These conclusions were shared by BP employees Mark Mazzella, Bob Grace, and Jace Larrison. Barnett Dep. at 239:08-240:23.

### D.     Top Kill Did Not Significantly Change the BOP Geometry

457.     During the analysis of the Top Kill failure, BP concluded that little erosion occurred during the Top Kill. TREX-011620.0012 ("BP concludes that if a large amount of mud flowed passed the BOP seals, they would exhibit a large erosion; However, the final pressure drops were near the initial pressure drops indicating little erosion (a qualitative conclusion)."); TREX-009265.0001 (BP consultant Add Energy analyzing the pressure curves from Top Kill: "[T]here are strong indications that a curve with this shape is the result of a situation where there is not enough restriction at surface to create enough pressure to force mud into the well."); TREX-150088.0002 (In analyzing the Top Kill Kate Baker stated "[T]here seems to be little evidence for erosion.").

458.    Flow rates before and after Top Kill were approximately the same as Dr. Dykhuizen's best estimate of greater than 60,000 stock tank barrels per day.  Phase 2 Tr. at 1395:05-07 (Oct. 7, 2013 PM) (Dykhuizen). This conclusion is based on that fact that the BOP pressure gauge (PT-B) showed a consistent pressure before and after the Top Kill event. Phase 2 Tr. at 1395:08-11 (Oct. 7, 2013 PM) (Dykhuizen).

459.    BP's Macondo response engineering team leader Paul Tooms also concluded that pressures above and across the BOP with test rams closed were broadly the same before and after Top Kill. TREX-005066.0001; *see also* TREX-009450 (stating the pressure drop across the BOP did not change significantly between May 20 and June 7, 2010, except for the period of the three Top Kill attempts when the test rams were open).

460.    During the response, BP vice President Paul Tooms concluded Top Kill did not change the flow rate significantly. TREX-005066.0001. Dr. Griffiths reached the same conclusion after the response based on his modeling. TREX-011485R.0008.

### E.    BP's Phase 1 Evidence Confirms that Any Erosion Significant Enough to Affect Flow Rate Occurred Early in the Flow Period

461.    It is clear from post-incident inspection of the BOP that significant erosion occurred. TREX-011463R.0011; Phase 1 Tr. at 5111:05-5512-2, 5113-23-5114:03, 5128:13-18, 5111:05-17; D-6659.

462.    BP's expert Earl Shanks acknowledged that erosion of the drill pipe that was found in the upper variable bore rams occurred in less than a second. Phase 1 Tr. at 9191:11-18; D-6784.

169

463.    Dr. Shanks' theory that the force of the falling traveling block displaced the drill pipe supports the conclusion that significant erosion occurred in the few hours after the blowout and before the traveling block fell at 10:25 pm on April 20, 2010. Shank cited dual sets of erosion marks on the drill pipe at the middle variable bore ram in support of his theory: one set of marks was made at the point where the variable bore ram blades contacted the drill pipe before the travelling block fell and the other set, approximately 4 inches higher, was made at the point where the variable bore ram blades contacted the drill pipe after the traveling block fell and pushed the drill pipe down 4 inches. The erosion seen in the first, lower, set of marks could have only occurred in the few hours between the blowout and when the traveling block fell, because after the travelling block fell, the variable bore rams contacted the drill pipe at the second, higher, location, and therefore erosion at the earlier, lower, point of contact ceased and erosion at the later, higher, point of contact began. He noted the same phenomenon of dual erosion marks on the drill pipe at the upper variable bore ram. Phase 1 Tr. at 9042:09-10, 9048-9050; D-4815; D-4912; TREX-040008.0038, .0039; TREX-040020.0011.

464.    Dr. Shanks noted in his report and testified in Phase 1 of the trial that the upper annular preventer was engaged for five minutes, without sealing the well, and during this time, flow through the engaged but leaking upper annular preventer resulted in "rapid erosion" of the upper annular preventer, including "significant or complete" erosion of the elastomeric element of the upper annular preventer. Phase 1 Tr. at 9140:11-9142:10; TREX-040008.0029, .0030.

465.    Transocean expert Gregory Childs also testified that erosion in the upper annular section of pipe occurred "within minutes" of the explosion. Phase 1 Tr. at 5120:07-5124:10.

466.    BP itself, in the Bly report, agreed that flow of hydrocarbons through the leaking upper annular preventer was sufficient to cause the drill pipe to erode and break within minutes and that the flow through the leaking upper annular preventer could have reached velocities "orders of magnitude" greater than the velocity necessary to erode the steel drill pipe. Phase 1 Tr. at 5123-24 (Mar. 20, 2013 PM) (Childs); TREX-000001.0148.

467.    It is certain that the erosion in the drill pipe at the upper annular preventer occurred within 36 hours.  Phase 2 Tr. at 1648:02-1649:03 (Oct. 8, 2013 PM) (Griffiths); Phase 2 Tr. at 3166:19-3167:01 (Oct. 18, 2013 AM) (Johnson); D-21227.  BP concluded that it occurred within about 30 minutes, while Transocean found it happened within minutes. TREX-000001.0165; TREX-004248.0145.

468.    Erosion rates are extremely sensitive to fluid speed. TREX-011486.0032. In general, erosion happens quickly and erosion rates are highest at the beginning of a process. Phase 2 Tr. at 1647:08-23 (Oct. 8, 2013 PM) (Griffiths); TREX-011486R.0032; Phase 2 Tr. at 1409:12-17, 1415:04-12 (Oct. 7, 2013 PM) (Dykhuizen); Phase 1 Tr. at 7869:22-7870:11 (Apr. 9, 2013 AM) (Emilsen).

469.    For that reason, erosion tends to equalize restrictions across a flow path by eroding the most significant restrictions (*i.e.,* the narrowest flow paths or smallest holes) the fastest. TREX-011486R.0032; Phase 2 Tr. at 1409:12-17 (Oct. 7, 2013 PM) (Dykhuizen).

470.     Dr. Johnson reached a similar conclusion about the speed of erosion in looking at the riser kink. Dr. Johnson noted that the kink occurred on April 22 and the first leak opened on April 28. The riser pipe was one-inch thick, so the flow eroded through that one inch in just six days. TREX-011488.0098-.0090.

471.     Modeling of the system just before the blowout conducted by BP Phase One expert Morton Emilsen was consistent with rapid erosion in the reservoir over the course and hours or days rather than weeks or months.  Phase 2 Tr. at 1650:16-24, 1716:05-1717:24, 1747:04-19 (Oct. 8, 2013 PM) (Griffiths); TREX-041026.0008; TREX-011486R.0011-.0012, .0014-.0015.

### F.    The United States' Experts Appropriately Accounted for the Erosion that Did Occur at the Beginning of the Spill

472.     To account for the effects of erosion on the cumulative release, Dr. Dykhuizen did not start his integration of flow rates (to calculate a cumulative release) until day three of the blowout. TREX-011463R.0011-.0012.

473.     If all of the erosion occurred in the first two days after the explosions, the impact of erosion on Dr. Dykhuizen's cumulative estimate is zero. TREX-011463R.0011-.0012.

474.     Dr. Griffiths reviewed the physical evidence from the recovery of the drill pipe, BOP, and riser. He concluded that erosion occurred quickly in the Macondo system.  Phase 2 Tr. at 1650:24-1653:09 (Oct. 8, 2013 PM) (Griffiths). For instance:

a.       Review of the extensive erosion of the blind shear rams indicates that it took place in, at most, seven days.  Phase 2 Tr. at 1651:16-1653:09 (Oct. 8, 2013 PM) (Griffiths); D-21229.

172

b.      Review of the riser kink holes indicates that they resulted from cracking due to the pressure from the kinking of the riser itself.  Phase 2 Tr. at 1653:10-1654:03 (Oct. 8, 2013 PM) (Griffiths).

475.      The pressure data from PT-B for the period from May 8 through July 15 was consistent with reservoir depletion.  Phase 2 Tr. at 1646:14-1647:07 (Oct. 8, 2013 PM) (Griffiths).  That gradual declining trend indicates that erosion was not affecting the flow rate. Phase 2 Tr. at 1646:14-1647:07 (Oct. 8, 2013 PM) (Griffiths).

476.      Knowing that erosion occurred within minutes in portions of the flow path indicates that erosion in general occurred quickly in the Macondo system. As Dr. Griffiths explained

it tells you the capacity to erode things in these very short time frames exists. You would expect that anywhere in this system that that capacity exists. So whether you're talking about something in the reservoir or the float collar, those sorts of things, that you should expect [erosion], very significant erosion on time scales of seconds, minutes, hours, maybe a couple of days, not on time scales of weeks, months.

Phase 2 Tr. at 1650:06-15 (Oct. 8, 2013 PM) (Griffiths).

477.      Dr. Griffiths performed three calculations of the total flow. Each calculation looked at a different portion of the flow path. *If* erosion were occurring, those calculations would yield differing results. Instead the three calculations all show total flow of 5.0 or 5.1 million barrels. TREX-011485R.0010-.0012; TREX-011486R.0011-.0013; Phase 2 Tr. at 1623:12-1625:07 (Oct. 8, 2013 AM) (Griffiths); Phase 2 Tr. at 1637:20-1639:19 (Oct. 8, 2013 PM) (Griffiths); D-21221; D-21222; D-21223.

478. Dr. Pooladi-Darvish evaluated whether erosion over time could impact his results by modeling flow against back pressure at the base of the BOP. Phase 2 Tr. at 2000:08-24 (Oct. 9, 2013 PM) (Pooladi-Darvish); TREX-011653.0026.

479. Dr. Pooladi-Darvish's method for evaluating whether erosion over time could impact his results was similar to how Dr. Griffiths performed a similar evaluation. Phase 2 Tr. at 2001:02-13 (Oct. 9, 2013 PM) (Pooladi-Darvish). To provide outer bounds on his results, Dr. Pooladi-Darvish examined what would happen to his results if he assumed the BOP pressure slowly dropped from shut-in pressure on April 20 to the first measured pressure on May 8. Phase 2 Tr. at 2001:14-2002:15 (Oct. 9, 2013 PM) (Pooladi-Darvish); TREX-011653.0026.

480. Dr. Pooladi-Darvish's "restricted BOP" case was an extreme outer bound because it assumes essentially no flow at the beginning of the blowout. Phase 2 Tr. at 2001:14-2002:09; TREX-011653.0026.

481. Dr. Pooladi-Darvish's results from his "restricted BOP" cases provided extreme lower bounds of between 4.4 and 4.7 million stock tank barrels. Phase 2 Tr. at 2002:16-2003:03 (Oct. 9, 2013 PM) (Pooladi-Darvish); TREX-011654R.0023.

482. When Dr. Pooladi-Darvish ran cases against the BOP pressures (i.e., allowing the restriction in the BOP to change over time) without the extreme assumption for the early pressure trend, he had results in line with his other numerical cases – between 4.9 and 5.26 million stock tank barrels. Phase 2 Tr. at 2003:04-11 (Oct. 9, 2013 PM) (Pooladi-Darvish).

### G. Dr. Nesic's Exploding Model Does Not Establish an Erosion Rate or the Effect of Erosion on Flow

483. BP attempted to contradict the United States' experts by offering Dr. Nesic, who purported to draw conclusions about the "effect, if any, of metal erosion on the rate at which hydrocarbons flowed up the production casing of the Macondo well following the incident." TREX-011529R.0004.

484. Dr. Nesic did not provide an opinion about the rate of metal erosion, and his model is not designed to determine the rate of erosion. Phase 2 Tr. at 2904:10-18, 2906:03-19 (Oct. 17, 2013 AM) (Nesic).

### i. Dr. Nesic Limited His Analysis to Three Parts of the BOP and the Kinked Riser, Thus Ignoring Key Flow Restrictions in the Well

485. For his conclusions about the effect of erosion on flow rate, Dr. Nesic depends on his analysis of three parts of the BOP (the blind shear rams, the Casing Shear Rams, the Upper Annular) and the kinked riser. Phase 2 Tr. at 2947:24-2948:06 (Oct. 17, 2013 PM) (Nesic); TREX-011529R.0004-0005. Dr. Nesic did not evaluate the effect of erosion of any other parts of the flow path. TREX-011529R.0004-.0005, .0033.

486. Dr. Nesic's conclusion about the effect of erosion on the flow rate depends on assuming that the parts he studied were the primary restrictions to flow in the period from April 22 to May 27. Phase 2 Tr. at 2855:08-2856:18 (Oct. 17, 2013 AM) (Nesic); Phase 2 Tr. at 2949:22-2950:24 (Oct. 17, 2013 PM) (Nesic); TREX-011529R.0037 ("Assuming the BOP and kinked riser [*sic*] were the main restrictions to flow in this period, Figure 34 shows that flow rate would have almost doubled….").

487.     BP expert Dr. Johnson stated that it was uncertain which elements of the BOP were the biggest restrictions to flow.  Phase 2 Tr. at 3166:03-05 (Oct. 18, 2013 AM) (Johnson).

488.     Dr. Nesic did not examine the impacts of erosion in the wellbore and reservoir on erosion in the BOP.  Phase 2 Tr. at 2948:11-2949:02 (Oct. 17, 2013 PM) (Nesic).

489.     Dr. Nesic studied each of the four areas – the blind shear rams, casing shear rams, upper annular preventer, and kinked riser – separately; accordingly, he did not examine the impacts that erosion in each area had on erosion in areas downstream (*e.g.*, the impact of erosion in the blind shear ram on erosion in the casing shear ram, upper annular preventer, or riser kink). *See* Phase 2 Tr. at 2947:24-2949:16 (Oct. 17, 2013 PM) (Nesic).

ii.     **Dr. Nesic Ignores the First Two Days after the Spill and Relies for the End Date of Erosion on an Unreliable Analysis**

490.     Dr. Nesic assumes that the "pre-erosion geometries" he built for the blind shear ram, the Upper Annular, and the riser reflect conditions on April 22, two days after the blow-out. Phase 2 Tr. at 2910:02-2911:03, 2911:16-2912:10 (Oct. 17, 2013 AM) (Nesic); TREX-011529R.0035. Dr. Nesic does not address the impact of erosion during April 20 to 22. TREX-011529R.0035.

491.     Dr. Nesic did not have any data about erosion of the blind shear ram between April 22 and May 27. Phase 2 Tr. at 2912:11-14 (Oct. 17, 2013 AM) (Nesic).

492.     Dr. Nesic assumes that the erosion lasted until May 27, 2010 relying on non-testifying expert Dr. Hans Vaziri's conclusion that sand was produced until May 27, and the appearance of a third hole in the riser on May 19.  Phase 2 Tr. at 2906:20-2909:15 (Oct. 17, 2013

176

AM) (Nesic). Dr. Nesic is not an expert in sand production, and he did not verify Dr. Vaziri's work about the duration of sand production.  Phase 2 Tr. at 2909:17-2910:01 (Oct. 17, 2013 AM) (Nesic).

493.    Dr. Vaziri was asked to opine for this matter on the quantities of sand produced by BP/Anadarko's well, the duration of sanding, and the representative particle size of the produced sand. Vaziri Dep. at 67:22-68:02. Dr. Vaziri used a BP-proprietary program, ENHANS, to do a prediction of sanding in the Macondo well. Vaziri Dep. at 63:14-22; Phase 2 Tr. at 2958:01-07 (Oct. 17, 2013 PM) (Nesic). ENHANS does not predict the *duration* of the sanding event or particle size. Vaziri Dep. at 59:01-4, 62:07-10.

494.    Dr. Vaziri did not take into account in his analysis the impact of early erosion on the sanding period. Vaziri Dep. at 168:13-169:07.

495.    Dr. Vaziri testified that he was not aware of how the hydrocarbons were collected during the response and did not review any of the collection data from the response to determine whether his sand predictions were accurate. Vaziri Dep. at 50:17-25, 52:24-53:24, 169:08-169:20. Dr. Vaziri admitted that if such collection information had been available to him, he would have reviewed it to determine whether there were indications of sanding. Vaziri Dep. at 51:09-52:23. As discussed above, once oil collection began BP consistently noted that there were no indications of sanding.  *See supra* ¶¶ 440-441.

496.    Dr. Vaziri did not make any findings about whether the amount of sand he predicted would be "sufficient" for erosion, as Dr. Nesic represents he did. Dr. Vaziri offered no opinion related to erosion. Vaziri Dep. at 67:22-68:06.

   **iii.**   **The Emergence of a Hole in the Kinked Riser on May 19 Does Not Prove that Significant Erosion Was Occurring Elsewhere on That Date**

   497.  Dr. Nesic asserts that the emergence of the third hole in the riser is a "signpost" for all of his work because he asserts that the third hold informs him that "sand production and erosion was happening on that date and well beyond that date." Phase 2 Tr. at 2868:16-2869:21 (Oct. 17, 2013 AM) (Nesic).

   498.  Dr. Nesic acknowledges that there were other holes near the kink in the riser aside from the three he focused on. Phase 2 Tr. at 2872:22-2876:20 (Oct. 17, 2013 AM) (Nesic). He also admits that there was significant bending around the kink in the riser and that he therefore cannot rule out cracking before or after erosion. Phase 2 Tr. at 2875:03-2876:20 (Oct. 17, 2013 AM) (Nesic).

   499.  The areas in which Dr. Nesic's Computational Fluid Dynamics modeling predicted the highest erosion do not line up with the actual holes in the kink that he attributes to erosion. *Compare* TREX-011529R.0030, Fig. 27 and TREX-011529R.0031, Fig. 29.

   500.  Dr. Nesic testified that different components of the BOP eroded at different rates. Phase 2 Tr. at 2899:06-2901:01 (Oct. 17, 2013 AM) (Nesic); Phase 2 Tr. at 2961:15-18. (Oct. 17, 2013 PM) (Nesic). In addition, Dr. Nesic testified that the effect of erosion on the flow rate differed depending on the element that was eroded. *Id.*

   501.  During the response, BP concluded in a July 30 meeting held by Paul Tooms, BP's Engineering Manager for North America, that the holes at the riser kink above the flex joint were caused by "fractures or pin holes in the severely damaged drill pipe at the same

location which focused the flow like a water jet cutter on specific small areas at the kink within the riser." TREX-010607.0001; Barnett Dep. Vol. 1 at 146:10-147:01, 147:04-06, 147:09.

502.     Dr. Nesic recognizes that the holes in the riser kink did not cause a significant pressure drop and thus had a much smaller impact on changes in the flow rate than other components. *See* TREX-011529R.0036. This conclusion is also supported by Dr. Griffiths. Phase 2 Tr. 1733:03-16 (Oct. 8, 2013 PM) (Griffiths).

> **iv.     Dr. Nesic Used the Wrong Dimensions for His Modeling of the blind shear ram**

503.     Dr. Nesic relied for his creation of the blind shear ram geometry on the analysis regarding the standoff between the blind shear ram blades by Dr. Nigel Richardson. TREX-011529R.0006. Prior to this case, Dr. Nigel Richardson had never modeled a blowout preventer or blind shear rams using finite element analysis. Richardson Dep. at 9:02-9.

504.     Dr. Richardson's final conclusion regarding the location of the blind sheer ram blocks following closing was that they were 1.9 inches from fully closing. Richardson Dep. at 47:10-14, 60:16-21.  Dr. Richardson was not aware that the Addendum to the DNV report stated that the original CAD files provided by Cameron for the lower blind sheer ram block were incorrect and were later replaced by Cameron with newer CAD files for the lower blind sheer ram block. Richardson Dep. at 52:10-17. With the corrected CAD files, the Addendum to the DNV report stated that the offset between the blind sheer ram blocks would change to 2.8 inches (the original offset with the uncorrected CAD files was approximately 2 inches). Richardson Dep. at 46:10-47:14, 89:22-90:17.  Dr. Richardson could not confirm whether the CAD files

179

used in his analysis were the original, incorrect CAD files, or the newer, corrected CAD files. Richardson Dep. at 52:18-22, 122:02-17.

505.    Dr. Richardson never compared his model's CAD geometry to the CAD files corresponding to the actual laser scans of the BOP components after the incident. Richardson Dep. at 88:03-22.

### v.    Dr. Nesic's Crashed Transient Modeling Is Essential to His Conclusion But Fails to Support It

506.    In his steady-state modeling, using the pre- and post-erosion geometries, Dr. Nesic's modeling indicated that the pressure drop across the blind shear rams decreased by a factor of twenty-three over the period from April 22 to May 27. TREX-011529R.0036-.0037; Phase 2 Tr. at 2912:22-2913:14 (Oct. 17, 2013 AM) (Nesic); Phase 2 Tr. at 2929:24-2930:04 (Oct. 17, 2013 PM) (Nesic). Dr. Nesic used the relationship between pressure drop and flow rate to estimate the change in flow rate due to erosion of the BOP components and kinked riser. *Id.*

507.    Based on his assignment of the pre-erosion geometries to April 22 and the post-erosion geometries to May 27, Dr. Nesic used transient modeling to try to determine what happened between those two dates. Phase 2 Tr. at 2914:10-21 (Oct. 17, 2013 PM) (Nesic); TREX-011529R.0035; D-22820.

508.    Dr. Nesic's transient modeling exploded after modeling ten days of the 35-day period Nesic was analyzing. Phase 2 Tr. at 2923:10-13 (Oct. 17, 2013 PM) (Nesic).

509.    Dr. Nesic concluded based on the modeling results from his crashed transient modeling that there was a linear trend and used that linear trend to "connect the points" between the "pre- and post-erosion geometries" he had assigned to April 22 and May 27. Phase 2

Tr. at 2925:08-14 (Oct. 17, 2013 PM) (Nesic).  Prior to submitting his expert report, Dr. Nesic did not consider anything but a linear fit to the data.  Phase 2 Tr. at 2927:02-2928:13 (Oct. 17, 2013 PM) (Nesic). Dr. Nesic admitted that an exponential curve provides a mathematically better fit to his transient modeling results than a linear fit. Phase 2 Tr. at 2941:01-2942:03 (Oct. 17, 2013 PM) (Nesic).

510.   Dr. Nesic considers extrapolation of nonlinear functions beyond available modeling results to be unreliable. Phase 2 Tr. at 2938:24-2939 (Oct. 17, 2013 PM) (Nesic).

511.   The slope of the line reflecting the pressure drops from the modeling results from Dr. Nesic's blind shear ram transient modeling is a function of the erosion rate. Phase 2 Tr. at 2927:14-21 (Oct. 17, 2013 PM) (Nesic).

512.   Adjacent modeling results from Dr. Nesic's transient modeling can be connected by a number of different linear segments with different slopes. Phase 2 Tr. at 2928:22-25, 2929:14-21 (Oct. 17, 2013 PM) (Nesic); D-22803.

513.   Dr. Nesic did not attempt to use his transient modeling to determine the slope of the line reflecting the pressure drops.  He simply drew the pressure drop line in such a way that it connected his two "hard" data points without regard to the slope of the line.  Phase 1 Tr. at 2932:1-18 (Mar. 11, 2013 PM) (Probert).

514.   If Dr. Nesic had tried to use the slope of the line that resulted from his transient simulations, he would not have been able to connect the two "hard" data points.

515.   Dr. Nesic's transient modeling pressure drop results differ significantly in slope from his steady-state "pre- and post-erosion geometry" modeling, which he claims showed

a twenty-three fold pressure drop across the blind shear ram. Phase 2 Tr. at 2930:05-9 (Oct. 17, 2013 PM) (Nesic); TREX-011735; D-22804.

a.    Dr. Nesic's steady-state modeling showed that the pressure drop across the blind shear ram decreased by a factor of twenty-three from April 22 to May 27, which would be the equivalent of a 2300 percent decrease.  TREX-011529R.0036-.0037; Phase 2 Tr. at 2912:22-2913:14, 2929:24-2930:04 (Oct. 17, 2013 PM) (Nesic).

b.    By contrast, when Dr. Nesic performed transient modeling rather than steady-state modeling, he did not find a pressure drop by a factor of twenty-three across the blind shear ram. Phase 2 Tr. at 2930:05-09 (Oct. 17, 2013 PM) (Nesic). In his transient modeling, the pressure drop across the blind sheer rams was only about seven percent. Phase 2 Tr. at 2930:10-2931:21, 2931:18-21 (Oct. 17, 2013 PM) (Nesic); TREX-011735.

516.    Dr. Nesic did not use a line with a constant slope to connect his pre- and post-erosion geometries. Phase 2 Tr. at 2935:06-09 (Oct. 17, 2013 PM) (Nesic). Rather, he used two lines with different slopes based on Dr. Vaziri's conclusions about greater sand production in the first two weeks between April 22 and the end of May than in the final three weeks. Phase 2 Tr. at 2935:10-2938:23 (Oct. 17, 2013 PM) (Nesic); D-22805. Dr. Nesic did not disclose in his report that he adjusted the slope of the line or indicate either in his report or in his trial testimony how he computed the different slopes based on Dr. Vaziri's conclusions. *See* TREX-011529R.

517.    During Top Kill, BP obtained reliable pressure data from additional gauge PT-C and PT-K. Phase 2 Tr. at 3170:06-12 (Oct. 17, 2013 PM) (Nesic).  Yet, Dr. Nesic did not validate his modeling against any of this additional pressure data. Phase 2 Tr. at 2943:21-2945:14 (Oct. 17, 2013 PM) (Nesic).

518.    Dr. Nesic's transient modeling produces a cumulative eroded thickness over his ten-day modeling period of approximately forty microns. Phase 2 Tr. at 2945:17-2947:23 (Oct. 17, 2013 PM) (Nesic). Dr. Nesic admitted that a fraction of a millimeter of erosion does not constitute the massive erosion that he had testified occurred. Phase 2 Tr. at 2860:21-25, 2947:01-23 (Oct. 17, 2013 PM) (Nesic).

vi.     **Dr. Nesic's Modeling Is Based on the Density of Oil Only and Therefore Does Not Predict the Erosion Caused by Hydrocarbons in the Macondo Well**

519.    Dr. Nesic sought to model the flow of hydrocarbons through the BOP areas he studied and the kinked riser. Phase 2 Tr. at 2950:06-08 (Oct. 17, 2013 PM) (Nesic). To do so, he had to input the density of the fluid. TREX-011529R.0011-.0012. The density of fluid impacts the rate of erosion and the pressure drop across a given geometry. Phase 2 Tr. at 2951:09-2952:05 (Oct. 17, 2013 PM) (Nesic).

520.    Dr. Nesic used a density range in his modeling of 645 to 688 kg/m3, which he was given by counsel. Phase 2 Tr. at 2952:06-12 (Oct. 17, 2013 PM) (Nesic); TREX-011529R.0012. The density range that Dr. Nesic used does not reflect a combination of oil and gas but rather reflects a fluid consisting of liquid oil only. D-22818; *see* TREX-009732. If Dr. Nesic had modeled the oil and gas, the density range would have been lower.  D-22818. Dr. Nesic agreed that the density of the fluid he modeled has an effect on both the erosion rate and the predicted pressure drop.  Phase 2 Tr. at 2951:09-2952:05 (Oct. 17, 2013 PM) (Nesic).  A lower density would have resulted in higher velocities. *See supra* ¶ 85. Erosion is related to the velocity of the fluid, the higher the velocity the greater the erosion.  *See supra* ¶ 468. Because

183

Dr. Nesic used an inappropriately high density in his modeling, he failed to model the erosion and the rate of erosion at the Macondo well correctly..

521.     Dr. Nesic did not calibrate his model to hydrocarbon flow. Instead, he calibrated it against an experimental study he had done using water. *See* TREX-011734.

### vii.     Dr. Nesic Claims His Modeling Is Insensitive to Key Parameters

522.     Dr. Nesic cannot offer an opinion on how quickly erosion occurred. Dr. Nesic claims that his results are universal for flow rates between 5,000 stock tank barrels per day and 65,000 stock tank barrels per day. Phase 2 Tr. at 2901:20-2902:08 (Oct. 17, 2013 AM) (Nesic). The erosion rates associated with that flow rate range vary by a factor of close to 5,000. Phase 2 Tr. at 1656:11-1658:14 (Oct. 8, 2013 PM) (Griffiths); TREX-011486R.0016, .0032-.0033. That is the difference between erosion that happens in *26 minutes* and erosion that happens in *86 days.* Phase 2 Tr. at 1656:11-1658:14 (Oct. 8, 2013 PM) (Griffiths); TREX-011486R.0016, .0032-.0033.

523.     Dr. Nesic's opinion that erosion caused the flow rate to double from the beginning of the spill to May 27 is also flawed. Phase 2 Tr. at 1658:21-1659:24 (Oct. 8, 2013 PM) (Griffiths); TREX-0011486R.0016, .0017, .0033-.0034. Dr. Nesic only examined a small portion of the total resistance in the system. Phase 2 Tr. at 1658:21-1659:24 (Oct. 8, 2013 PM) (Griffiths); TREX-0011486R.0016, .0017, .0033-.0034; *see supra* ¶¶ 443-456. Even if Dr. Nesic's analysis of those elements was correct, which it is not, as described above, changes in those portions of the system would not result in doubling of the flow rate because the other resistances remain. Phase 2 Tr. at 1658:21-1659:24 (Oct. 8, 2013 PM) (Griffiths); TREX-011486R.0016, .0017, .0033-.0034.

524.     Dr. Nesic's opinion that erosion occurred gradually over more than a month is not consistent with the physical evidence from the flow path that significant erosion happened within seconds or minutes. Phase 2 Tr. at 1660:12-19 (Oct. 8, 2013 PM) (Griffiths); *see supra* ¶¶ 461-471, 474.

525.     Dr. Johnson stated that it was uncertain which elements of the BOP were the biggest restrictions to flow. Phase 2 Tr. at 3166:03-05 (Oct. 18, 2013 AM) (Johnson).

**H.     The Cement Did Not Pose an Obstacle to Flow**

**i.     The Macondo Cement Was Not Set at the Time of the Negative Pressure Test or the Blowout**

526.     BP Wells Team Leader John Guide testified "The cement obviously didn't set up." Phase 1 Tr. at 8951:03-10 (Apr. 16, 2013 AM) (Guide).

527.     BP cement expert David Calvert acknowledged that the negative pressure test, conducted only hours before the blowout, was conducted before cement reached compressive strength. TREX-022761.0017; Phase 1 Tr. at 2623:25-2624:22 (Mar. 7, 2013 PM) (Calvert).

528.     Similarly, Glen Benge pointed out that when the positive pressure test was performed twelve hours after cement was in place, the cement was not set, and when the negative pressure test was performed less than eighteen hours after the cement was in place, the cement was still not set. TREX-005990.0008. Accordingly, the "cement did not form a barrier in the well." Phase 1 Tr. at 2242:04-07 (Mar. 6, 2013 PM) (Benge); TREX-005990.0008-.0009.

529.     One of Halliburton's Phase 1 experts, Dr. Gene Beck, testified that the kick causing the blowout happened too rapidly for the hydrocarbon influx to travel through set

185

cement.  Phase 1 Tr. at 7140:16-19 (Apr. 3, 2013 PM) (Beck).  As Dr. Beck testified, "This

blowout happened very, very quickly.  It indicates to me that there was not much restriction in

the flow from the formation into the casing up to the surface."  Phase 1 Tr. at 7140:15-7141:03

(Apr. 3, 2013 PM) (Beck).

> ### ii.    BP's Dr. Momber Failed to Establish Any Significant Impact of Erosion of Unset Cement on the Flow into the Gulf

530.    BP offered Dr. Momber's testimony to establish that the United States

failed to adequately account for the cement in its estimates of cumulative volume of oil released.

His testimony, however, was of limited utility given the limitations on his expertise as it relates

to the question before the court.  Dr. Momber has no experience in the process of how an oil

field cement job is carried out, has never studied erosion of well cement, has never published any

articles on well cement, has performed no research regarding formulation of well cement, has

never performed erosion experiments on concrete materials enclosed inside a pipe, has never

performed erosion experiments on well cements, and has never performed hydraulic

fragmentation experience inside a confined pipe. Phase 2 Tr. at 3002:14-21, 3002:22-3003:13,

3003:20-22, 3004:11-14, 3010, 3016.

> ### a.    Dr. Momber's Analysis Hinges on His Erroneous Assumption that the Cement Had Set

531.    Dr. Momber's analysis fails because his entire analysis is premised on

assumption that cement was set. Phase 2 Tr. at 3000:19-22 (Oct. 17, 2013 PM) (Momber);[29]

TREX-011644.0016, .0019.  He did not, however, review any of the Phase 1 testimony regarding

---

[29] The Court ruled that "Dr. Momber is precluded from offering opinions during Phase Two on whether the Macondo cement was in fact set." Rec. Doc. 10989 at 2.

the cement and, as demonstrated above, the cement was not set at the time of the explosion.

Phase 2 Tr. at 2988:25-20 (Oct. 17, 2013 PM) (Momber); *see supra* ¶¶ 526-529.

532.    Dr. Momber provides no basis for disregarding BP's own Phase 1 evidence other than his faulty belief that Dr. Griffiths assumed the cement was set and that he needed to make the same assumptions Dr. Griffiths did in order to respond to him.  Phase 2 Tr. at 2978:08-2979:04 (Oct. 17, 2013 PM) (Momber).

533.    Dr. Momber's only basis for his assumption that Dr. Griffiths assumed the cement was set is the following passage in Dr. Griffiths' report: "the cement barrier would provide no significant restriction to flow from the reservoir into the casing," and "assuming that the cement remained reasonably intact, the likely mechanism for progressive failure is erosion." Phase 2 Tr. at 2978:17-2979:04 (Oct. 17, 2013 PM) (Momber); TREX-011485R.0012.   Dr. Momber also claimed that Dr. Dykhuizen assumed the cement was set and eroded, but Dr. Dykhuizen's report does not discuss cement erosion at all.  *See generally* TREX-011452; TREX-011463R.

534.    Dr. Momber's opinion that it is scientifically unsound that the cement completely eroded within nine or forty-eight hours is specifically premised on the assumption that the cement was set.  Phase 2 Tr. at 2970:17-23 (Oct. 17, 2013 PM) (Momber); D-24708.  Dr. Momber does not offer an opinion regarding the soundness of that opinion in the event that the Macondo well cement was not set. *See generally* TREX-011644.

          **b.**      **Dr. Momber's "Hydraulic Fragmentation" Theory is a New Cement Failure Theory and Conflicts with Testimony from BP's Phase 1 Expert Morten Emilsen**

535.     Dr. Momber's "hydraulic fragmentation" cement failure theory is a new Phase 1 opinion on the failure mode of the Macondo production casing cement.  His proposed hydraulic fragmentation scenario (resulting in increased hydrocarbon flow) occurred before (at approximately April 20, 2010 at 21:030) the first explosion on the Deepwater Horizon (April 20, 2010 at 21:049).  TREX-011644.0017-.0019; TREX-040003.0014, .0022.

536.     Dr. Momber's testimony directly conflicts with the testimony of BP's Phase 1 expert Morten Emilsen.  At the Phase 1 trial, Mr. Emilsen testified that the increase in hydrocarbon flow and net pay starting around 21:030 on April 20 resulted from "washout effects," never even mentioning the idea of hydraulic fragmentation. Phase 1 Tr. at 7844:09-7845:09, 7865:19-7867:11, 7868:25-7869:05 (Apr. 9, 2013 PM) (Emilsen).  In fact, the term "hydraulic fragmentation" does not appear in the Phase 1 Trial record.  *See generally* Phase 1 Tr. *passim*.

537.     Dr. Momber's "hydraulic fragmentation" theory also conflicts with the testimony of BP's own Phase 1 cement expert David Calvert.  *See* TREX-022761.0018-.0020.

538.     The Court clearly ruled that Phase 1 issues would not be re-litigated in Phase 2.  Pre-trial Conference Tr. 13:05-06, 69:13-70:18.

539.     Dr. Momber admitted that there is no evidence of the network of cracks and pores he describes in his report.  Phase 2 Tr. at 3011:25-3012:03 (Oct. 17, 2013 PM) (Momber).

c.     **Dr. Member Acknowledges He Has no Calculated Erosion Rate and that Erosion May Have Occurred for Only a Week**

540.     Dr. Member acknowledged that the erosion period of cement may have been only a week and admitted that after the erosion period, effects of erosion are negligible. Phase 2 Tr. at 2997:08-16 (Oct. 17, 2013 PM) (Member).

541.     Dr. Member did not offer an opinion as to the rate of erosion of the Macondo well cement. Phase 2 Tr. at 2996:18-24 (Oct. 17, 2013 PM) (Member).  Rather, Dr. Member compared erosion rates in published literature to the rates he claims would be needed to achieve erosion in period of time that Dr. Dykhuizen and Dr. Griffiths assume it happened. TREX-011644.0016.

542.     The concrete at issue in published literature Dr. Member used for his comparison is not analogous to the Macondo well cement.  Phase 2 Tr. at 3017:15-3019:17, 3021:06-19, 3022:14-3023:13 (Oct. 17, 2013 PM) (Member); TREX-011647; TREX-011648; TREX-011649.

a.     In one study Dr. Member used for purposes of his comparison, the slabs of construction concrete in the study contained components that were not found in the Macondo well cement, such as fly ash, river sand, crushed basalt coarse aggregate, and super-plasticizer. Phase 2 Tr. 3022:22-3023:08 (Oct. 17, 2013 PM) (Member). Moreover, the concrete in the study was tested after it had cured for 28 and 56 days. Phase 2 Tr. at 3024:02-05 (Oct. 17, 2013) (Member); TREX-011649.  By contrast to the construction concrete relied upon by Dr. Member, the Macondo cement had only been in place for less than eighteen hours before the negative pressure test and approximately twenty-one hours at the time of

189

the blowout, facts that Dr. Momber admits.  Phase 2 Tr. at 3024:06-14 (Oct. 17, 2013 PM) (Momber); TREX-000001.0021-.0029.

b.      Another study Dr. Momber used for his comparison examined concrete made with crushed ceramic and crushed basaltic pumice, neither of which were present in the Macondo cement.  Phase 2 Tr. at 3018:16-21 (Oct. 17, 2013 PM) (Momber).

c.      A third study Dr. Momber used for his comparison examined concrete used civil engineering and marine engineering construction; the Macondo well cement was not used in this way.  Phase 2 Tr. at 3019:03-17 (Oct. 17, 2013 PM) (Momber).

543.    Without citation to any scientific literature or research, Dr. Momber asserted that the studies he cited were relevant because, for purposes of comparison, it is not the composition of the materials that matters, but rather their compressive strengths.   Phase 2 Tr. at 3023:09-15 (Oct. 17, 2013 PM) (Momber).

544.    Yet, Dr. Momber did not even know the compressive strength of the Macondo well cement.  Phase 2 Tr. at 3024:25-3025:03 (Oct. 17, 2013 PM) (Momber).

545.    Dr. Momber did not do any independent analysis to determine the compressive strength of the Macondo well cement; he simply used the compressive strengths listed in the Chevron Testing Report to the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling.  TREX-011644.0006; Phase 2 Tr. at 3023:16-19 (Oct. 17, 2013 PM) (Momber).

a.      The well cement tested in that report was not the actual Macondo well cement; that cement was tested in laboratory conditions that did not reflect the down hole conditions at

Macondo.  TREX-002702.0006; TREX-005990.0038-.0042 (discussing need for testing based on down hole conditions).

b.      Although the Chevron report provided compressive strengths for both foamed and unfoamed cement, measured after 12, 24, 48, and 108 hours of curing time, Dr. Momber only used the final compressive strengths (*i.e.*, the compressive strengths measured after the cement had been curing for 108 hours) for the unfoamed, uncontaminated cement: 3,918 to 4,575 psi.  TREX-011644.0006. The Macondo cement had been in place for less than eighteen hours before the negative pressure test and approximately twenty-one hours at the time of the blowout. TREX-000001.0021-.0029.

c.      Those conditions were not representative of the conditions at the bottom of the Macondo well.  TREX-002702.0001; TREX-005990.0018-.0027, 0038-.0042.  Halliburton's April 2010 pre-cement job compressive strength testing showed that the foam cement had zero compressive strength after 24 hours.  TREX-007722.0002.

546.    The single cylindrical flow path Dr. Momber used in his model does not even reflect the assumptions he made about the conditions of the cement in the shoe track.  Phase 2 Tr. at 3011:04-08 (Oct. 17, 2013 PM) (Momber).

547.    Dr. Momber made no attempt to independently evaluate the condition of the cement in the shoe track and admitted that he was not an expert in cementing.  Phase 2 Tr. at 3001:01-14 (Oct. 17, 2013 PM) (Momber).

548.    Dr. Momber's proposed cement erosion scenario is not credible.  It is likely that unset or poorly formed cement failed completely and quickly, not in two separate time scales as proposed by Dr. Momber.  TREX-011463R.0012.

191

IX.     **Conversion to Stock Tank Barrels Should Be Performed Using Multi-Stage Flash to Better Reflect Conditions the Oil Experienced During the Release from BP/Anadarko's Well**

A.      **Dr. Zick's Method and Results Demonstrate that Multi-Stage Flash Is the Most Appropriate Separation Technique**

549.     The United States called Dr. Aaron Zick, who provided an opinion about the appropriate separation method to use to convert calculations of cumulative flow in terms of reservoir barrels to flow predictions in stock tank barrels. Phase 2 Tr. at 1756:23-1758:19 (Oct. 8, 2013 PM) (Zick); TREX-011490R.0014; TREX-011491R.0006-0007; D-22002. He concluded that a multi-stage separation method is the most appropriate conversion method and that a single-stage separation is inappropriate because single-stage separation would not have been used by BP if the Macondo well had been produced. Phase 2 Tr. at 1756:23-1758:19 (Oct. 8, 2013 PM) (Zick). Dr. Zick also determined the Formation Volume Factors and Shrinkage Factors for the separation processes he recommended. Phase 2 Tr. at 1769:17-1770:06 (Oct. 8, 2013 PM) (Zick); TREX-011491R.0011; TREX-011491R.0015; D-21023.    Dr. Zick's opinion that his oceanic separation should be used means the applicable shrinkage factor percentage should be 50.6-50.7, which corresponds to a formation volume factor of 1.97; if his alternative recommendation to use his four-stage separation is applied, the shrinkage factor percentage is 49.4 (FVF of 2.02).  Phase 2 Tr. at 1769:19-1770:15 (Oct. 8, 2013 PM) (Zick); D-21023; *accord* TREX-011550R.0013-.0014; Phase 2 Tr. at 1884:01-08 (Oct. 9, 2013 AM) (Kelkar).

550.     Dr. Zick is an expert in fluid phase behavior. Phase 2 Tr. at 1754:16-21 (Oct. 8, 2013 PM) (Zick). He holds a Ph.D. in Chemical Engineering. Phase 2 Tr. at 1753:05-07 (Oct. 8, 2013 PM) (Zick). As founder of his own company, Zick Technologies, Dr. Zick provides

petroleum engineering consulting and software services, particularly related to the thermodynamic modeling of hydrocarbon fluids, that is, the prediction of the properties and phase behavior of hydrocarbon fluids. Phase 2 Tr. at 1753:08-19 (Oct. 8, 2013 PM) (Zick). Dr. Zick's clients include PERA A/S, the company owned by BP/Anadarko's trial expert Dr. Whitson. Phase 2 Tr. at 2361:10-12 (Oct. 8, 2013 PM) (Zick). Dr. Zick has spent the past 30 years doing equation-of-state modeling of petroleum reservoir fluids. Phase 2 Tr. at 1754:07-15 (Oct. 15, 2013 AM) (Whitson). Dr. Zick wrote the software for PhazeComp, the equation-of-state program used by both Dr. Zick and Dr. Whitson. Phase 2 Tr. at 2360:21-2361:05 (Oct. 15, 2013 AM) (Whitson); TREX-011490R.0059. Dr. Whitson testified that PhazeComp is "absolutely" his software of choice for building equation of state fluid characterizations. Phase 2 Tr. at 2361:06-09 (Oct. 15, 2013 AM) (Whitson).

### i.   Separation Processes Are Used in the Oil and Gas Industry to Produce as Much Sellable Oil as Possible

551.    The process of separating oil from gas is a standard step in the production of oil. During normal oil production, the hydrocarbons are processed at the surface; the light hydrocarbons are removed as a surface gas so that the remaining stock tank oil remains stable as a liquid. TREX-011491R.0009.

552.    Oil companies have as a goal to produce as much sellable oil from a well as possible because, as stated by Dr. Whitson, most of the revenues derived in any field will come from the oil. Phase 2 Tr. at 2323:23-2324:06, 2332:08-11 (Oct. 15, 2013 AM) (Whitson). They therefore choose the separation method that produces the most sellable oil. Phase 2 Tr. at 2332:20-24 (Oct. 15, 2013 AM) (Whitson).

553.     In the oil industry, surface processing is usually performed with a multi-stage separation, where the fluid coming from the well is passed through a sequence of separators, with temperatures and pressures decreasing at each stage from wellhead conditions toward ambient conditions. Phase 2 Tr. at 1765:20-1766:02 (Oct. 15, 2013 AM) (Whitson); TREX-011491R.0009.

554.     A multi-stage process is generally more efficient at recovering stock tank oil than a single-stage separation because the surface gas is removed incrementally, which ultimately removes fewer of the intermediate hydrocarbons from the liquid. TREX-011491R.0009-.0010; Phase 2 Tr. at 2332:15-19, 2361:24-2362:02 (Oct. 15, 2013 AM) (Whitson).

555.     The simplest of all possible surface processes is to flash the hydrocarbons directly from reservoir conditions to stock tank conditions in a single-stage separation. This is often used for well testing purposes because of its simplicity. TREX-011491R.0009. When doing thermodynamic analysis of bottom hole samples, laboratories cannot analyze the sample directly without first separating it at ambient conditions. Phase 2 Tr. at 1763:19-1764:12 (Oct. 8, 2013 PM) (Zick).

556.     A single-stage separation is rarely used for production purposes because it is inefficient. Specifically, many valuable intermediate components of the hydrocarbons (from approximately butane to decane) are lost to the surface gas instead of being stabilized in the stock tank oil, resulting in less stock tank oil.  TREX-011491R.0009.

557.     The relationship between reservoir barrels and stock tank barrels can be described through two different terms: Shrinkage Factor and Formation Volume Factor.

a.    The <u>shrinkage factor</u> is the volume of stock tank oil produced per volume of oil that went into the separators. TREX-011490R.0009. The higher the shrinkage factor, the less the oil actually shrinks and the more oil is present at stock tank conditions. TREX-011490R.0009; TREX-011491R.0010.

b.    The <u>formation volume factor</u> is the inverse of the shrinkage factor. TREX-011491R.0010; Phase 2 Tr. at 1762:02-06 (Oct. 8, 2013 PM) (Zick). The Formation Volume Factor is the volume of reservoir fluid (at a specified temperature and pressure) that is required to produce a unit volume of stock tank oil through a specified process. TREX-011490R.0006.

c.    To convert from reservoir barrels to stock tank barrels, you multiply the number of reservoir barrels by the shrinkage factor or divide the number of reservoir barrels by the formation volume factor. Phase 2 Tr. at 1762:02-14 (Oct. 8, 2013 PM) (Zick); D-22005.

d.    Shrinkage factors can also be expressed as percentages, meaning that they have been multiplied by 100 to express the number of barrels of oil that will be produced per 100 barrels of hydrocarbons. *See, e.g.,* D-22013.

558.    Because shrinkage factors tell the oil companies how much sellable oil can be obtained from a given field, in testing reservoir oil samples the fluids laboratories focus on the shrinkage factors measured using the multi-stage separator test in order to measure oil volume accurately. Phase 2 Tr. at 2323:23-2324:06 (Oct. 15, 2013 AM) (Whitson). Dr. Whitson also opined that BP would have produced the Macondo reservoir using a multi-stage process – not a single stage process – because a multi-stage process produces more oil. Phase 2 Tr. at 2334:03-09 (Oct. 15, 2013 AM) (Whitson).

ii.    **Dr. Zick Reliably Developed an Equation of State Model and Identified Shrinkage Factors for Multi-Stage Separation**

559.    Prior to simulating the various separation methods, Dr. Zick first built an equation-of-state fluid characterization (using his state-of-the-art PhazeComp software) based on all of the laboratory data determined by BP's contractor laboratories based on pre-spill reservoir fluid samples. Phase 2 Tr. at 1759:03-13 (Oct. 8, 2013 PM) (Zick). Dr. Zick then used that equation of state model to simulate various separation methods. Phase 2 Tr. at 1759:03-13 (Oct. 8, 2013 PM) (Zick).

560.    To simulate a multi-stage separation, Dr. Zick looked at the four-stage separation BP asked its contractor labs to perform on the fluid samples. TREX-011491R.0010. In evaluating production prospects while it was drilling the MC252 well, BP conducted fluids analysis and asked for a four-stage separation to be run by each of three contractor labs. TREX-011491R.0010; TREX-008596. Such a request for the laboratories to perform multi-stage separator standards is standard. Phase 2 Tr. at 1763:19-1764:12 (Oct. 8, 2013 PM) (Zick). BP provided the conditions for each of the stages to be run by the labs, noting that the separator conditions given (in terms of pressure and temperature) were provided by the "destination hub folks" and were "[t]ypically the stages that we have used for the exploration prospects." TREX-008581; TREX-008596; LeBlanc Dep. at 96:04-97:20. In the two reports on their lab work by Pencor/Core Lab, Pencor identified the multi-stage separator test in its Scope of Work as follows: "Multi-Stage Separator Test of Reservoir Fluid (Simulation of Production Facility). TREX-060988.0003; TREX-130815.0003.

561.     Each of the lab reports shows the results of this four-stage separator analysis. TREX-060988; TREX-130815; TREX-011575; TREX-130963. The range of the four-stage separation results from the four lab samples in terms of shrinkage factor percentages (adjusted to reflect the same starting conditions as Dr. Zick's analysis) was 46.3-48.7. D-22013; TREX-060988; TREX-130815; TREX-011575; TREX-130963.

562.     Dr. Zick ran a four-stage separation using the conditions BP had asked the labs to use. Phase 2 Tr. at 1766:19-1767:02 (Oct. 8, 2013 PM) (Zick); D-22007.The results of his four-stage separation, using his equation of state and an average fluid sample, were a shrinkage factor of 49.4. Phase 2 Tr. at 1766:19-1767:02; D-22007.

563.     Dr. Zick also ran a single-stage separation using his equation of state and found that the multi-stage separation would stabilize about 11 percent more stock tank oil than the single-stage separation. Phase 2 Tr. at 1768:01-08 (Oct. 8, 2013 PM) (Zick); TREX-011490R.0026.

564.     Dr. Zick also developed an oceanic separation model to reflect the fact that the spilled oil, as it floated from the well to the surface of the ocean, passed through a large number of theoretical separation stages with continually increasing temperatures and decreasing pressures. TREX-011491R.0007; D-22008. The shrinkage factor percentage produced by Dr. Zick's oceanic separation model for a wellhead exit temperature of 210 Fahrenheit using his EOS is 50.6; for an exit temperature of 130 Fahrenheit, it is 50.7. D-21023.

565.     The results of Dr. Zick's analysis of the single-stage, four-stage, and oceanic separation processes were shrinkage factors, in percent, of 44.5, 49.4, 50.6 (oceanic separation at 210 degrees Fahrenheit) and 50.7 (oceanic separation at 130 degrees Fahrenheit).

Thus, in Dr. Zick's analysis, the 4-stage separation yields approximately 11.1 percent more oil than the single-stage separation, and the oceanic separation yields approximately 13.7 to 13.9 percent more oil than the single-stage separation. Phase 2 Tr. at 1769:19-1770:06 (Oct. 8, 2013 PM) (Zick); D-21023.

566.    Dr. Zick testified that the oceanic separation process is the most appropriate process to be used because that is how fluids would have been separated by the conditions they encountered within the ocean. Phase 2 Tr. at 1770:07-15 (Oct. 8, 2013 PM) (Zick); *accord* TREX-011550R.0013-.0014; Phase 2 Tr. at 1884:01-08 (Oct. 9, 2013 AM) (Kelkar).

567.    Dr. Zick further opined that the four-stage separation is a good alternative to the oceanic separation process because that process, or something very similar to it, would have been used if BP had produced the fluids in a normal fashion. Phase 2 Tr. at 1770:07-15 (Oct. 8, 2013 PM) (Zick).

## B.    BP Used Multi-Stage Separation During and After the Response

568.    During the response, BP created black oil tables, which are simplified fluid phase behavior models. TREX-011490R.0005. One set of the black oil tables, generated by BP in house fluids expert Yun Wang and sent to BP employee Tony Liao on June 10, 2010, with the email subject "Black oil table output from PVTsim for Prosper", uses the same four-stage conditions as BP gave to the labs and generates a formation volume factor of 1.96637 (or, expressed as a shrinkage factor percentage, 50.9). TREX-011137.0006; D-22105; D-22106; Liao Dep. Vol. 1 at 105-106.

569.     When BP collected oil during the response, it used a multi-stage collection system. Phase 2 Tr. at 1825:08-15 (Oct. 9, 2013 AM) (Zick). The multi-stage collection was almost as efficient as the four-stage collection BP had the laboratories examine in the analysis of the fluids. Phase 2 Tr. at 1825:08-15 (Oct. 9, 2013 AM) (Zick). BP received credit for the more efficient multi-stage collection process in the stipulation regarding the amount of oil collected. *See* Rec. Doc. 8620.

570.     BP's Steven Carmichael testified that BP calculated the amount of gas flashed off in multi-stage separations on the Q4000. Carmichael Dep. at 70:09-73:18, 74:11-76:24; *see also* TREX-009490. Mr. Carmichael testified that the "the measurement of the gas was occurring at the primary separation stage," where gas was still entrained in the oil and was then "flashed off in subsequent separation stages" prior to burning of the oil. Mr. Carmichael further testified that efforts were made to estimate the amount of flash gas that was not measured by the meters. Carmichael Dep. at 70:09-73:18, 74:11-76:24.

571.     Oil companies during normal production seek to maximize oil production, and to do so, they use the most efficient separation process available.  *See* Shtepani Dep. at 210:10-25 (for proposition that in normal production facilities oil goes through multiple stages)

572.     To determine the properties of a particular fluid (e.g., formation volume factor), an oil company looks to the separator test that simulates the type of separator on the production rig or vessel. LeBlanc Dep. at 93:11-15.

    **C.**    **Dr. Whitson's Oceanic Separation Model Improperly Disallows Evolution of Oil and Assumes Dissolved Oil Should Be Excluded**

573. BP expert Dr. Whitson developed his own equation of state fluid model using Dr. Zick's PhazeComp software. *See* Phase 2 Tr. at 2360:21-2361:05 (Oct. 15, 2013 AM) (Whitson). In the process, Dr. Whitson focused on tuning his equation of state to the four-stage test run by the BP contractor labs because the four-stage separator test is specifically designed to come up with an accurate measure of the shrinkage. Phase 2 Tr. at 2363:01-23 (Oct. 15, 2013 AM) (Whitson).

574. Like Dr. Zick, Dr. Whitson conducted an analysis of a single-stage, a four-stage, and an oceanic separation method. TREX-011496.0018. Like Dr. Zick, Dr. Whitson does not recommend use of a single-stage flash. Phase 2 Tr. at 2372:23-2373:04 (Oct. 15, 2013 AM) (Whitson).

575. Dr. Whitson did not discuss differential liberation as a potential way to determine a shrinkage factor in his expert report, *see* TREX-011496, and does not believe that that test should even have been run by the labs given the nature of the fluid. Phase 2 Tr. at 2374:16-19 (Oct. 15, 2013 AM) (Whitson).

576. Dr. Whitson's opinion regarding differential liberation is consistent with Pencor's recommendation against running a differential liberation test on the Macondo fluid because it was not appropriate to characterize the behavior of the Macondo fluid. Despite Pencor's recommendation, BP opted to run a differential liberation test which is typically run on black oil systems with a low gas to oil ratio and low formation volume factor. LeBlanc Dep. at 80:02-83:14; TREX-008580.

577.    A differential liberation analysis is not appropriate for a near critical fluid like the Macondo fluid because the gas produced during the liberation contains liquid condensate. LeBlanc Dep. at 214:11-19.

578.    Dr. Whitson opined that an oceanic separation process should be used as the fluid separation method because that reflected the real process that occurred in the Macondo spill. Phase 2 Tr. at 2340:22-2341:05, 2359:20-25 (Oct. 15, 2013 AM) (Whitson); TREX-011496.0022. Dr. Whitson also conceded, however, that "it would be speculation by [him] to state one way or another as to how the oil and gas actually evolved within the ocean" because he does not have expertise in that area. Phase 2 Tr. at 2365:1-17, 2366:08-09 (Oct. 15, 2013 AM) (Whitson).

579.    Despite his concession that he did not have the expertise to state how oil and gas actually evolved within the ocean, in his expert report, Dr. Whitson presented an oceanic separation model that yielded a shrinkage factor percentage of 46.7 to 48 barrels. TREX-011496.0018, .0022. This result is close to the shrinkage factor he derived from his four-stage separation as well. Phase 2 Tr. at 2373:15-2374:09 (Oct. 15, 2013 AM) (Whitson).

580.    Dr. Whitson then opined that approximately 10% should be subtracted from his oceanic separation results to account for the solubility of hydrocarbons in seawater, bringing his oceanic results down to "approximately the same stock-tank oil shrinkage as a single-stage separation process, with a stock tank oil volume that is 43.3% of the volume at initial reservoir conditions." TREX-011496.0022, .0032.

581.    Like Dr. Zick, Dr. Whitson modeled the hydrocarbons traveling through the ocean as a separate oil stream and a gas stream. Phase 2 Tr. at 1768:09-1769:16, 1778:07-09,

2367:07-12 (Oct. 15, 2013 AM) (Whitson); D-23988; TREX-011491R.0014; D-22008. Dr. Zick allowed gases that separated from the oil stream to commingle with the gas stream at the next depth and allowed liquids that condense form the gas stream to commingle with the oil stream at the next depth. TREX-011491R.0014. Unlike Dr. Zick's model, however, although Dr. Whitson's oceanic model does allow gas to evolve from the oil stream as it moves through the ocean (reducing the volume of oil in his final calculation), he does not permit the evolution and condensation of oil from the gas stream. Phase 2 Tr. at 2367:04-06, 2367:24-2368:03, 2369:13-25 (Oct. 15, 2013 AM) (Whitson); D-23988.

582.    Dr. Whitson's subtraction of approximately 10% from his oceanic separation model to reflect the assumption that a certain amount of hydrocarbons dissolved is based on an article by Dr. Thomas B. Ryerson, et al. Phase 2 Tr. at 2344:16-2345:01, 2347:18-24 (Oct. 15, 2013 AM) (Whitson); TREX-011574N. Dr. Whitson's dissolution assumption takes out the components methane through pentane (C1-C5), despite his acknowledgement that the Ryerson article showed that only a portion of butanes and pentanes (C4 and C5) actually dissolved in the ocean. Phase 2 Tr. at 2349:23-2350:10, 2357:04-07 (Oct. 15, 2013 AM) (Whitson). In other words, Dr. Whitson's calculation that ten percent of the hydrocarbons dissolved overstates the amount of C1-C5 that Ryerson found dissolved in the ocean.

583.    More importantly, Dr. Whitson admitted that the dissolution of hydrocarbons does not mean that those hydrocarbons are no longer in the ocean water; rather, they are simply in the water phase instead of being in the oil phase. Phase 2 Tr. at 2351:05-2352:06 (Oct. 15, 2013 AM) (Whitson). Dr. Ryerson's article in fact reported the presence of a number of dissolved components in the deep sea plume including methane, ethane, butane,

benzene and toluene. Phase 2 Tr. at 2380:04-2382:09 (Oct. 15, 2013 AM) (Whitson); TREX-011574N.0004, .0006.

584.    Dr. Whitson acknowledged that, given sufficient time, most, if not all, of the hydrocarbons spilled into the ocean would dissolve. Phase 2 Tr. at 2352:16-2353:01 (Oct. 15, 2013 AM) (Whitson).

585.    Dr. Whitson further admitted that he was subtracting more hydrocarbons based on their conversion to a gaseous phase than would be subtracted if the oil had been produced. Phase 2 Tr. at 2353:25-2354:22 (Oct. 15, 2013 AM) (Whitson).

586.    Dr. Zick testified, relying on for an example one of the Pencor lab reports, that the components that Dr. Whitson excluded are in fact found in stable stock tank oil, including the stock tank oil that the BP contractor labs produced here when they performed their four-stage separation of the Macondo reservoir fluid. Phase 2 Tr. at 1772:04-1774:07 (Oct. 15, 2013 AM) (Whitson); TREX-060988.0026.

**D.    The Differences Between Dr. Zick's Equation of State and Dr. Whitson's Equation of State Are Not Significant for Determination of the Appropriate Shrinkage Factor**

587.    Dr. Zick determined that the differences between the equations of state that he and Dr. Whitson developed are insignificant with regard to shrinkage factors; he testified that the differences between the two Equations of State with regard to shrinkage factor are around 3 percent and that that difference, relative to the uncertainties in the PT-B pressure gauge data are not significant. Phase 2 Tr. at 1759:24-1760:07 (Oct. 8, 2013 AM) (Zick); TREX-011491R.0011; TREX-011491R.0015.

588. Dr. Whitson determined that, whether his equation of state or Dr. Zick's equation of state model was used, the "stock-tank oil volume from a single-stage process is 10% smaller than the stock-tank oil volume from the laboratory 4-stage process." Phase 2 Tr. at 2362:17-21 (Oct. 15, 2013 AM) (Whitson); TREX-011496.0023. This is consistent with the results obtained by the three laboratories, which found that the multi-stage shrinkage tests resulted in approximately 10 percent more stock tank oil than the single stage tests run by the laboratories. Phase 2 Tr. at 2362:03-06 (Oct. 15, 2013 AM) (Whitson).

589. Dr. Zick compared the various separation models analyzed by himself and Dr. Whitson and assessed the impact of each change as follows:

| Separation Process | Relative Shrinkage Factor | |
|---|---|---|
| | Whitson EOS | Zick EOS |
| Single-Stage | 1.000 | 1.000 |
| Whitson Oceanic @ 210 F | 1.079 | 1.083 |
| Four-Stage | 1.106 | 1.110 |
| Whitson Oceanic @ 130 F | 1.109 | 1.112 |
| Zick Oceanic @ 210 F | 1.129 | 1.137 |
| Zick Oceanic @ 130 F | 1.132 | 1.139 |

Table 4. Shrinkage factor (to stock tank conditions) for a variety of processes, relative to the shrinkage factor predicted by either the Whitson or the Zick EOS for a single-stage separation.

TREX-011491R.0016. Thus, regardless which equation of state is used, there is approximately an eight percent increase in Dr. Whitson's oceanic model (without the dissolution assumption) at 210 degrees compared to a single-stage separation, an approximately eleven percent increase comparing four-stage to single-stage, and a thirteen to fourteen percent increase comparing Dr. Zick's oceanic model at 210 degrees to a single-stage separation. *See* TREX-011491R.0016; Phase 2 Tr. at 1778:13-1779:11 (Oct. 8, 2013 PM) (Zick); D-22009.

### E.     BP/Anadarko's experts Improperly Relied Upon Single Stage Flash, and Their Estimates Should Therefore Be Adjusted to Reflect a Multi-Stage Separation

590.     Each of BP/Anadarko's experts who developed his own estimates of flow rate or cumulative volume of oil released used a single stage separation process:

a.     Dr. Zaldivar used a single stage flash process to convert the mass flow rate in his model to stock tank barrels. Phase 2 Tr. at 2775:23-25 (Oct. 17, 2013 AM) (Zaldivar).

b.     Dr. Blunt uses a shrinkage factor percentage based on single stage separation and, in fact, uses the lowest shrinkage factor of any expert in the case: 42.3% to 44%, which means that he "shrank" the oil the most out of all the experts and minimized the total volume of oil. Phase 2 Tr. at 2131:21-2132:03, 2187:17-19, 2261:18-2262:09 (Oct. 10, 2013 PM) (Blunt); D-22105; D-22106.

c.     Dr. Gringarten used a formation volume factor that was provided by Dr. Whitson and was based upon a single stage flash process. Phase 2 Tr. at 2549:21-23, 2585:15-21 (Oct. 15, 2013 PM) (Gringarten).

591.     Dr. Blunt writes in his own expert report, however, that "[w]hen oil companies normally produce oil, they separate the oil and exsolved gas through a deliberately engineered series of separators at a succession of decreasing temperatures and pressure. This multi-stage separation is designed to produce as much (valuable) oil and as little (less valuable) gas as possible." Phase 2 Tr. at 2132:19-2133:10 (Oct. 10, 2013 PM) (Blunt); TREX-011553R.0027.

592.     He also writes: "Oil is more valuable than gas, and so companies design their facilities to capture as much oil as possible .. This is achieved by separating the gas from

the oil at high pressure.   The remaining hydrocarbon then evolves less gas, containing fewer intermediates and giving a larger oil volume than for single-stage separation.  The hydrocarbon may go through several stages of separation at progressively lower pressures until stock tank conditions are reached."  TREX-011553R.0128.

593.    Dr. Blunt acknowledges that much of the fluid property data for the Macondo fluid concerns measurements of multi-stage separator tests.  TREX-011553R.0059.

594.    Each of the four primary reservoir fluid samples tested by the fluids laboratories (Pencor, Schlumberger and Intertek) were subjected to a multi-stage separation test on the samples. Phase 2 Tr. 1763:19-1764:12 (Oct. 8, 2013 PM) (Zick); TREX-060988.0003; TREX-130815.0006; TREX-011575.0039; TREX-130963.0004. Therefore, BP/Anadarko's experts had both a single stage formation volume factor and a multi-stage formation volume factor available to them at the time they performed their expert work.

595.    Notably, based on the compositional analysis he performed, BP's Phase I Expert Mr. Emilsen calculated and used a formation volume factor of 2.14. Phase 1 Tr. at 7855:10-14 (Apr. 9, 2013 AM) (Emilsen); Emilsen Dep. Vol. 1 at 285:01-22; TREX-041026.0014. Dr. Emilsen (who Dr. Blunt cites multiple times in his expert report) used a formation volume factor of 2.14 (which equates to a shrinkage factor of 46.7) which is similar to the numbers used by the United States' Phase Two experts. Phase 2 Tr. at 2267:12-23 (Oct. 10, 2013 PM) (Blunt).

596.    BP's Phase 2 experts, however, elected to use only the single stage separation formation volume factors.  *See, e.g.,* Phase 2 Tr. at 1883:13-1884:08 (Oct. 9, 2013 AM) (Kelkar); TREX-011550R.0012-.0013; D-21660.

597.    If BP/Anadarko's experts had used multi-phase separation based shrinkage factors, the estimates from each of these BP experts would increase by the same amount as the shrinkage factor increased. *See, e.g.*, Phase 2 Tr. at 2261:12-16 (Oct. 10, 2013 PM) (Blunt) (a ten percent increase in the shrinkage factor would increase the cumulative oil released in Dr. Blunt's model by 10 percent). For example, Dr. Blunt used a shrinkage factor percentage of 42.3 to 44; if a shrinkage factor of 50.9, corresponding to the shrinkage factor percentage in one of the BP Black Oil Tables, were used, his cumulative mass flow rate would increase by approximately sixteen to twenty percent. Phase 2 Tr. at 2264:23-2266:24 (Oct. 10, 2013 PM) (Blunt); D-22105.

598.    The differences between the various separation factors can be seen in this demonstrative (noting that Dr. Blunt's should be represented as a bracket along the timeline):



D-22105; Phase 2 Tr. 2261:22-2262:13 (Oct. 10, 2013 PM) (Blunt).

**X.   BP's Was "Operator" and "Person in Charge" of the BOP and other Equipment between April 20 and July 15, 2010.**

599.   At the Phase One trial, Lamar McKay, chairman and president of BP American in April of 2010, and Executive Vice President of BP PLC at the time of his trial testimony, confirmed that "BP was the operator" with respect to Macondo.  Phase 1 Tr. at 504:02-17, 597:2-4, 511:14-513:14 (Feb. 6, 2013) (McKay).

600.   BP Phase One expert Dr. Frederick Beck also discussed BP's operator and person in charge status, and described his understanding of BP's role as an operator.  Phase 1 Tr. at 7069:12-24 (Apr. 3, 2013) (Beck) ("The operator in our business is the boss.  They command and control operations in terms of the strategies and down all the way to some particular tactics that are used in drilling the well.  You know, they provide designs, they provide supervision, just a variety of things.  But the short answer is the operator is the boss of the drilling operation.")

601.   Additional evidence was adduced during the Phase 2 Trial, however, that further confirms BP's status as an operator and person in charge.  For instance, BP conducted various BOP intervention efforts, using remotely operated vehicles (ROVs) in an attempt to seal the well during the first days of the response through May 5, including attempts to close various rams in the BOP through "hot stab" procedures, attempts to activate the "deadman" function by cutting electrical wires in the BOP, attempts to activate the BOP's autoshear function, and attempts to close the LMRP's upper annular preventer. Rec. Doc. 7076 at ¶¶ 23, 25, 31, 33, 34, 38, 41, 42, 45, 46, 49, 52; TREX-005330; TREX-005525; TREX-006138.0005-.0008, TREX-000001.0150, .0155-.0156; Thierens Dep. Vol. 1 at 204:13-206:01.

602.    The BP team working on BOP intervention efforts included Harry Thierens, then Vice President of Operations; John Hughes, an ROV Subsea Systems Specialist; and Mike Byrd.  Rec. Doc. 7076 at ¶ 23; Thierens Dep. Vol. 1 at 17:21-22, 359:25-360:02, 552:10-20, 655:09-13, 655:22-656:07.

603.    The BOP intervention efforts were conducted with the intent of sealing the well, in order to stop the pollution.  Thierens Dep. Vol. 2 at 674:24-675:09.

604.    During the Top Kill, BP operated the Deepwater *Horizon's* BOP, BOP rams, BOP pressure gauges, BOP choke and kill lines, and other equipment "owned" by Transocean.  TREX-008538; TREX-009946; TREX-010675.0001; *see supra* ¶ 47.

605.    Other examples abound concerning BP's actions as an "operator" and "person in charge" of the BOP and the actions directly related to the management, direction, and conduct of operations (albeit often failed operations) directed to pollution prevention, such as the Riser Insertion Tube Tool, riser removal on June 3, Top Hat use throughout June, and the Capping Stack installed on July 12. Rec. Doc. 7076 at ¶¶ 69, 71-82, 86, 87, 89-91, 127, 131-133, 138; TREX-009122; TREX-003919.

606.    BP's Mark Patteson was team lead for the Top Kill effort. TREX-008538.0026; Patteson Dep. Vol. 1 at 136:11-17, 148:15-149:01; Phase 2 Tr. at 783:17-23 (Oct. 2, 2013 PM) (Mazzella). The team also included BP's Charles Holt, Mike Mazzella and Jim Wellings. TREX-008538.0026; Patteson Dep. Vol. 1 at 149:02-06. BP also hired Wild Well Control to assist in various aspects of the response, including Top Kill.  Phase 2 Tr. at 798:02-04 (Oct. 2, 2013 PM) (Mazzella); Barnett Dep. at 25:12-20, 231:18-19, 231:21-23.

607.    BP's Jim Wellings was in charge of the capping stack effort.  Wellings Dep. at 18:02-03, 18:05-14, 18:16; Phase 2 Tr. at 329:08-21 (Oct. 1, 2013 AM) (Turlak).

## CONCLUSION

Multiples lines of evidence converge on a single reliable estimate of the volume of oil released from BP/Anadarko's leaking well:  approximately 5 million barrels.  BP's efforts to dodge and evade its own analyses, its selection of methods dependent on uncertain parameters, and the interdependent analyses leading to widely varying estimates are insufficient to overcome the consensus that began to emerge during the response and continues today.  For all these reasons, as set forth in the United States' Post-Trial Brief, the Court should enter a finding that BP/Anadarko's leaking well spewed approximately 5 million barrels into the Gulf of Mexico, of which 810,000 were collected and 4.2 million barrels were discharged into waters of the United States.

210

Respectfully submitted,

BRIAN HAUCK
Deputy Assistant Attorney General
Civil Division

PETER FROST
Directory, Torts Branch, Civil Division
Admiralty and Aviation
STEPHEN G. FLYNN
Assistant Director
MICHELLE DELEMARRE
SHARON SHUTLER
JESSICA SULLIVAN
JESSICA MCCLELLAN
MALINDA LAWRENCE
Trial Attorneys



R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

ROBERT G. DREHER
Acting Assistant Attorney General
Environment & Natural Resources Division

SARAH HIMMELHOCH
NANCY FLICKINGER
SCOTT CERNICH
RICHARD GLADSTEIN
THOMAS BENSON
Senior Attorneys
A. NATHANIEL CHAKERES
ANNA CROSS
BETHANY ENGEL
JUDY HARVEY
RACHEL KING
ERICA PENCAK
Trial Attorneys

/s/ Sarah D. Himmelhoch
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

DANA J. BOENTE
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3000
Facsimile: (504) 680-3184
E-mail: sharon.d.smith@usdoj.gov


Attorneys for the UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12.  Copies of these findings of fact with hyperlinks to the cited exhibits will be hand delivered to the Court on December 23, 2013 and served upon liaison counsel by Federal Express either December 20, 2013 or December 21, 2013.

/s/ Sarah D. Himmelhoch

Dated: December 20, 2013