UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| CIV. NO. 10-4536 | : : | MAGISTRATE JUDGE SHUSHAN |

**ATTACHMENT A TO THE UNITED STATES' PHASE TWO FINDINGS OF FACT:**

**ERRATA TO THE DEPOSITION OF RICHARD LYNCH**

**GAUDET KAISER, L.L.C.**
601 Poydras Street, Suite 1720   New Orleans, Louisiana 70130
Phone: (504) 525-9100   Fax: (504) 525-9109

BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT

RECEIVED JUL 1 4 2011

## WITNESS CERTIFICATE

I, **RICHARD D. LYNCH, JR.**, have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

_11 July 2011_
(Date Signed)

_[signature]_
(Signature)

✓   Signed with corrections as attached.

____   Signed with no corrections noted.

---

11745 Bricksome Avenue, Suite A-4
Baton Rouge, Louisiana 70816

263 W. Causeway Approach
Mandeville, Louisiana 70448

Website: www.gaudetkaiser.com

PHONE   (225) 291-3411
FAX     (225) 291-7990
PHONE   (504) 525-9100
FAX     (504) 525-9109
ALT. EMAIL:
Gkp2003@aol.com & gkp@gaudetkaiser.com

In Re Oil Spill - MDL 2179
Corrections Sheet by
Deponent: Richard D. Lynch, Jr.
Deposition Date: May 19-20, 2011
Volume II

| PAGE | LINE | NOW READS | SHOULD READ | REASON |
|---|---|---|---|---|
| 487 | 2 | Correct | No. Next was the Q4000, then HP-1 and then the capping Stack. | Clarification |
| 488 | 6 | rip | RITT | Transcription error |
| 490 | 16 | rip | RITT | Transcription error |
| 498 | 1 | fell | failed | Transcription error |
| 500 | 3 | ESP | EDS | Transcription error |
| 500 | 9 | shear-end ram land-shear | pipe rams and blind-shear | Transcription error |
| 500 | 10 | assembly | assemblies | Transcription error |
| 500 | 19 | that | those | Transcription error |
| 500 | 20 | rope | ropes | Transcription error |
| 512 | 24 | planner | plan | Transcription error |
| 517 | 22 | relief | release | Transcription error |
| 518 | 1 | disconnect, | disconnected, | Transcription error |
| 524 | 19 | pads | paths | Transcription error |
| 527 | 17 | main | name | Transcription error |
| 528 | 10 | hydrator | hydrate | Transcription error |
| 529 | 18 | zinc | sink | Transcription error |
| 530 | 25 | sync | sink | Transcription error |
| 531 | 1 | sync | sink | Transcription error |
| 530 | 20 | E&I | ENI | Transcription error |
| 531 | 20 | had got a | had a | Transcription error |
| 536 | 14 | Cuff | Cost | Transcription error |
| 548 | 16 | proposal away | proposal, a way | Transcription error |
| 554 | 4 | my recollection, | my personal recollection | Clarification |
| 558 | 1 | Osprey, | OSPRAG, | Transcription error |
| 558 | 1 | OCF | OGP | Transcription error |
| 561 | 6 | fell, | fail, | Transcription error |
| 563 | 4 | sub-spline | subs running | Transcription error |
| 574 | 23 | EBP, | ETP, | Transcription error |
| 607 | 2 | hypoanalysis | HIPO analysis | Transcription error |
| 614 | 22 | interior | integrity | Transcription error |
| 641 | 7 | floor | pore | Transcription error |
| 672 | 15 | zone | own | Transcription error |
| 690 | 18 | core | pore | Transcription error |
| 696 | 25 | down and leader | Downer and Leaner | Transcription error |
| 698 | 18 | In | There | Transcription error |
| 721 | 17 | RMS | OMS | Transcription error |
| 726 | 18 | SLR | S&OR | Transcription error |
| 729 | 9 | many, | may, | Transcription error |
| 750 | 9 | logs | locks | Transcription error |
| 751 | 16 | fetters | fingers | Transcription error |
| 752 | 11 | pods | parts | Transcription error |
| 758 | 14 | AP | DP | Transcription error |
| 772 | 19 | in | and | Transcription error |
| 772 | 20 | development and offshore | development offshore | Transcription error |
| 773 | 12 | Kuala | Total | Transcription error |
| 773 | 16 | Luwana | Luanda | Transcription error |
| 773 | 16 | operations | Operations | Transcription error |
| 794 | 25 | DOM | GOM | Transcription error |
| 814 | 1 | Shendu | Shenzi | Transcription error |
| 819 | 7 | station | System | Transcription error |
| 827 | 1 | request | respective | Transcription error |

CH1 6035848v.1

Case 2:10-md-02179-CJB-DPC   Document 12048-2   Filed 12/20/13   Page 4 of 6

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010
RICHARD D. LYNCH, JR.    May 20, 2011    Reported by: JOSEPH R. KAISER, JR., CCR, RPR

Page 463

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL            MDL NO. 2179
BY THE OIL RIG
"DEEPWATER HORIZON"         SECTION:  J
IN THE GULF OF
MEXICO ON APRIL 20,         JUDGE BARBIER
2010                        MAG. JUDGE SHUSHAN


Volume II


    Deposition of RICHARD D. LYNCH, JR.,
taken in the Pan American Life Center,
Bayou Room, 11th Floor, 601 Poydras Street,
New Orleans, Louisiana 70130, on Friday,
May 20, 2011.


APPEARANCES:

    BREIT, DRESCHER, IMPREVENTO &
        WALKER, PC
    (By:  Jeffrey Breit, Esquire)
    1000 Dominion Tower
    999 Waterside Drive
    Norfolk, VA  23510
        (Attorneys for MDL 2185
         Securities plaintiffs
         Subclass)

In Re: OIL SPILL by the "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010
RICHARD D. LYNCH, JR.        May 20, 2011        JOSEPH R. KAISER, JR., CCR,

Page 464

```
 1   APPEARANCES (continued):
 2
 3       U.S. DEPARTMENT OF JUSTICE
         TORTS BRANCH, CIVIL DIVISION
 4       (By:  Jessica McClellan, Esquire, and
               David J. Pfeffer, Esquire)
 5       Post Office Box 14271
         Washington, D.C.  20044-4271
 6          (Attorneys for the United
             States)
 7
 8
         HENRY DART, P.C.
 9       (By:  Henry Dart, Esquire)
         510 North Jefferson Avenue.
10       Covington, Louisiana 70433-2640
            (Attorney for the State of
11           Louisiana)
12
13       MORGAN, LEWIS & BOCKIUS LLP
         (By:  John Funderburk, Esquire)
14       1000 Louisiana Street
         Suite 4000
15       Houston, Texas  77002-5006
            (Attorneys for M-I SWACO)
16
17
         GODWIN RONQUILLO
18       (By:  Gavin Hill, Esquire, and
               Sam Joyner, Esquire)
19       1201 Elm Street
         Suite 1700
20       Dallas, Texas  75270-2041
            (Attorneys for Halliburton)
21
22
         SIDLEY AUSTIN, L.L.P.
23       (By:  David H. Hoffman, Esquire)
         One South Dearborn
24       Chicago, Illinois 60603
            (Attorneys for Richard Lynch)
25
```

Page 466

```
 1   APPEARANCES (continued):
 2
 3       KIRKLAND & ELLIS LLP
         (By:  Richard Godfrey, Esquire, and
 4             Michael Occhuizzo, Esquire)
         300 North LaSalle
 5       Chicago, Illinois  60654
            (Attorneys for BP)
 6
 7
         BINGHAM MCCUTCHEN
 8       (By:  Peter C. Neger, Esquire)
         399 Park Avenue
 9       New York, New York  10022-4689
            (Attorneys for Anadarko
10           Petroleum and MOEX Offshore
             2007, LLC)
11
12
13
14
         THE VIDEOGRAPHER:
15
16       Todd Meaux
17
18
         REPORTED BY:
19
20
         JOSEPH R. KAISER, JR., CCR, RPR
21       Certified Court Reporter
         State of Louisiana
22
23
24          *    *    *    *    *
25
```

Page 465

```
 1
         APPEARANCES (continued):
 2
 3
         JONES, WALKER, WAECHTER, POITEVENT,
 4       CARRÈRE & DENÈGRE L.L.P.
         (By:  Wayne Zeringue, Esquire)
 5       201 St. Charles Avenue
         New Orleans, Louisiana  70170-5100
 6          (Attorneys for Weatherford)
 7
 8       PREIS & ROY
         (By:  Richard Hymel, Esquire, and
 9             C. J. Hebert, Esquire)
         Versailles Centre
10       102 Versailles Boulevard
         Suite 400
11       Lafayette, Louisiana 70501
            (Attorneys for Transocean)
12
13
         WARE, JACKSON, LEE & CHAMBERS,
14       L.L.P.
         (By:  Don Jackson, Esquire)
15       America Tower
         2929 Allen Parkway
16       Houston, Texas 77019
            (Attorneys for Dril-Quip, Inc.)
17
18
         BECK, REDDEN & SECREST, L.L.P.
19       (By:  Eric Nichols, Esquire)
         One Houston Center
20       1221 McKinney Street, Suite 4500
         Houston, Texas 77010-2010
21          (Attorneys for Cameron
             International Corporation)
22
23
24
25
```

Page 467

```
 1               EXAMINATION INDEX
 2
 3                                 Page No.
 4
 5   By Mr. Hebert                    473
 6
 7
 8   By Mr. Hymel                     565
 9
10   By Mr. Hill                      609
11
12
13   By Mr. Neger                     694
14
15   By Mr. Nichols                   732
16
17
18   By Mr. Godfrey                   770
19
20   By Mr. Breit                     800
21
22
23          *    *    *    *
24
25
```

2 (Pages 464 to 467)

601 Poydras Street, Suite 1720        GAUDET KAISER, L.L.C.         Telephone: (504) 525-9100
New Orleans, LA 70130-6029         Board-Certified Court Reporters      Facsimile: (504) 525-9109

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Richard D. Lynch, JR Vol. II
Street, Apt. No.; or PO Box No.: 6·14·11
City, State, ZIP+4:

PS Form 3800, August 2006    See Reverse for Instructions

7011 3590 5469 2000 0470 0713 2

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    RICHARD D. LYNCH, JR.
    c/o LAUREN P. HIBBE
    300 North LaSalle Street
    Chicago, Illinois 60654

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 6/14/11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7011 0470 0002 2669 8968

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540