UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *  MDL NO. 2179 <br> * <br> *  SECTION J <br> * <br> *  JUDGE BARBIER |
| THIS PLEADING APPLIES TO: <br> No. 12-311 | *  MAG. JUDGE SHUSHAN <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**INITIAL DISCLOSURES OF PLAINTIFF
CAMERON INTERNATIONAL CORPORATION
<u>PURSUANT TO RULE 26(a)(1)</u>**

Plaintiff Cameron International Corporation ("Cameron"), by and through its undersigned counsel, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, hereby provides the following initial disclosures. These initial disclosures are based on the information presently available to Cameron, and Cameron reserves the right to amend or supplement them.

  A. <u>Disclosure Pursuant to Rule 26(a)(1)(A)(i)</u>

  Based on information reasonably available at this time, Cameron believes that the following individuals may have discoverable information (subject to Cameron's reservation of all rights under attorney-client privilege, the attorney work product doctrine, and any other privileges or immunity from disclosure, and the requirement that any current or former Cameron employees are contacted only through undersigned counsel) that Cameron may use to support claims or defenses raised in the above-captioned action:

1104196v1

**EXHIBIT B**

| Name | Subject(s) |
|---|---|
| Kevin Williams<br>Underwriter & Claims Manager<br>Argo Re<br>Argo House, 110 Pitts Bay Rd.<br>Pembroke HM 08, Bermuda<br>(441) 296-5858 | Cameron's Deepwater Insurance; decision by Liberty to invoke its "other insurance" provision; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |
| David Beck<br>Beck, Redden & Secrest, L.L.P.<br>One Houston Center<br>1221 McKinney Street, Suite 4500<br>Houston, Texas 77010<br>(713) 951-3700 | Insurance policies issued by Liberty to Cameron ("Liberty Policies"); Cameron's Deepwater Insurance; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident; Cameron's claims against Transocean |
| Jim Neath<br>Associate General Counsel<br>BP America Inc.<br>501 Westlake Park Blvd.<br>Houston, TX 77079<br>(281) 366-5815 | Cameron's agreements with BP relating to the Deepwater Horizon incident; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |
| Anthony Black<br>Risk Manager<br>Cameron<br>c/o Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000 | Liberty Policies; Cameron's Deepwater Insurance; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |
| Brad Eastman<br>Vice President, Deputy General Counsel<br>Cameron<br>c/o Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000 | Liberty Policies; Cameron's Deepwater Insurance; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident; Cameron's claims against Transocean |
| Charles Sledge<br>Senior Vice President, Chief Financial Officer<br>Cameron<br>c/o Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000 | Liberty Policies; Cameron's Deepwater Insurance; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |

1104196v1

| Name | Subject(s) |
|---|---|
| Maureen P. Martin<br>Vice President, PASE Pollution Claims<br>Chartis<br>101 Hudson Street, 30th Floor<br>Jersey City, NJ 07302<br>(201) 631-7280 | Cameron's Deepwater Insurance; Cameron's insurance coverage for defense costs related to the Deepwater Horizon incident; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; decision by AIG Excess not to invoke Liberty's "other insurance" provision; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |
| Alexis Nusum<br>Claims Analyst<br>Chubb Atlantic Indemnity Ltd.<br>#48 Par-La-Ville Rd.<br>Hamilton HM 11, Bermuda<br>(441) 294-6827 | Cameron's Deepwater Insurance; decision by Chubb not to invoke Liberty's "other insurance" provision; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |
| Shannon Boettjer<br>Clyde & Co. US LLP<br>The Chrysler Building<br>405 Lexington Ave.<br>New York, NY 10174<br>(212) 710-3945 | Liberty Policies; Cameron's Deepwater Insurance; Cameron's coverage for defense costs related to the Deepwater Horizon incident; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident; Clyde & Co.'s conflicted representation of Cameron and Liberty |
| Paul Koepff<br>Clyde & Co. US LLP<br>The Chrysler Building<br>405 Lexington Ave.<br>New York, NY 10174<br>(212) 710-3945 | Liberty Policies; Cameron's Deepwater Insurance; Cameron's coverage for defense costs related to the Deepwater Horizon incident; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident; Clyde & Co.'s conflicted representation of Cameron and Liberty |
| Lawrence Engrissei<br>SVP-Claims Manager<br>Iron-Starr Excess Agency Ltd.<br>141 Front St., 7th Fl.<br>Hamilton HM-19, Bermuda<br>(441) 279-7021 | Cameron's Deepwater Insurance; decision by Liberty to invoke its "other insurance" provision; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |

1104196v1

| Name | Subject(s) |
|---|---|
| Richard Bryan<br>Jackson & Campbell, P.C.<br>1120 20th St., NW<br>South Tower<br>Washington, DC 20036-3437<br>(202) 457-1638 | Cameron's Deepwater Insurance; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; decision by AIG Excess not to invoke Liberty's "other insurance" provision and decision by Liberty to invoke its "other insurance" provision; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |
| R. Chris Heck<br>Kirkland & Ellis LLP<br>300 N. LaSalle<br>Chicago, IL 60654<br>(312) 862-3030 | Cameron's agreements with BP relating to the Deepwater Horizon incident; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |
| James D. Engel<br>Chief Claims Officer<br>Liberty Insurance Underwriters, Inc.<br>55 Water Street<br>New York, NY 10041<br>(212) 208-9500 | Liberty Policies; Cameron's Deepwater Insurance; Cameron's coverage for defense costs related to the Deepwater Horizon incident; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |
| Alan Mandel<br>Vice President, Excess Casualty Division<br>Liberty Insurance Underwriters, Inc.<br>55 Water Street<br>New York, NY 10041<br>(212) 208-4247 | Liberty Policies; Cameron's Deepwater Insurance; Cameron's coverage for defense costs related to the Deepwater Horizon incident; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |
| Jeffrey Roberts<br>AVP Excess Casualty Claims<br>Liberty Insurance Underwriters, Inc.<br>55 Water Street<br>New York, NY 10041<br>(212) 208-9595 | Liberty Policies; Cameron's Deepwater Insurance; Cameron's coverage for defense costs related to the Deepwater Horizon incident; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |

1104196v1

- 5 -

| Name | Subject(s) |
|---|---|
| Rusty Lee<br>Client Executive<br>Marsh USA Inc<br>Houston, TX 77002<br>(713) 276-8000 | Cameron's Deepwater Insurance; Cameron's negotiations and settlement with Liberty relating to the Deepwater Horizon incident |
| Natasha Nye<br>Peters & Nye LLP<br>14 Executive Ct, Ste. 2<br>South Barrington, IL 60010<br>(847) 423-0352 | Cameron's Deepwater Insurance; decision by Liberty to invoke its "other insurance" provision; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |
| Michael Larsen<br>Parson Behle & Latimer<br>201 S. Main St.<br>Ste. 1800<br>Salt Lake City, UT 84111<br>(801) 532-6735 | Cameron's Deepwater Insurance; decision by Chubb not to invoke Liberty's "other insurance" provision; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |
| Eric. B. Brown<br>Executive Vice President – Legal & Admin.<br>Transocean Ltd.<br>P.O. Box 2765<br>Houston, Texas 77252 | Cameron's agreements with Transocean relating to the Deepwater Horizon incident; Transocean's insurance and other assets applicable to the Deepwater Horizon incident |

1104196v1

B.  <u>Disclosure Pursuant to Rule 26(a)(1)(A)(ii)</u>

Based on information now known to Cameron, some or all of the following categories of documents in Cameron's possession, custody or control may be used by Cameron in support of claims and defenses raised in this action:

a. Documents and communications relating to Policy Number LQ1B71198583046, the excess liability insurance policy Cameron purchased from Liberty for the policy period from July 1, 2009 to July 1, 2010 (the "Liberty Policy").

b. Documents and communications relating to the tower of insurance purchased by Cameron in July 2009, including the Liberty Policy.

c. Documents and communications relating to Cameron's settlement agreement with BP Exploration & Production, Inc. regarding the Deepwater Horizon incident.

d. Documents and communications relating to Liberty's denial and/or rejection of Cameron's claims under the Liberty Policy.

e. Documents and communications relating to the Terms and Conditions and Master Service Agreement entered into between Cameron and Transocean Ltd. regarding the Deepwater Horizon incident.

1104196v1

C. <u>Disclosure Pursuant to Rule 26(a)(1)(A)(iii)</u>

a. Compensatory damages totaling $50 million in connection with Cameron's losses incurred in connection with its settlement of claims with BP in <u>In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010</u>, MDL No. 10-2179 ("Oil Spill MDL").

b. Compensatory damages (in an amount to be determined) for post-settlement defense costs incurred on an ongoing basis in connection with the Oil Spill MDL and related proceedings.

c. Statutory damages equal to triple Cameron's actual compensatory damages under Texas Insurance Code § 541.

d. Statutory damages equal to 18 percent per year of Cameron's defense costs in connection with the Oil Spill MDL and related proceedings under Texas Insurance Code § 542.

e. Attorneys' fees and costs related to bringing this action.

Dated:  September 14, 2012

     /s/ *Phillip A. Wittmann*
Phillip A. Wittmann, 13625
  pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
  cbertaut@stonepigman.com
Jared Davidson, 32419
  jdavidson@stonepigman.com

STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
504-581-3200
504-581-3361 (fax)

*Attorneys for Cameron International Corporation*

Of Counsel:

WILLKIE FARR & GALLAGHER LLP
Mitchell J. Auslander
Jeffrey B. Korn
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
mauslander@willkie.com

1104196v1