UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| | * | JUDGE BARBIER |
| THIS PLEADING APPLIES TO: No. 12-311 | * * * | MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AMENDED INITIAL DISCLOSURES OF PLAINTIFF CAMERON INTERNATIONAL CORPORATION PURSUANT TO RULE 26(a)(1)

Plaintiff Cameron International Corporation ("Cameron"), by and through its undersigned counsel, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, hereby provides the following amended initial disclosures. These amended initial disclosures are based on the information presently available to Cameron, and Cameron reserves the right to further amend or supplement them.

A.    Disclosure Pursuant to Rule 26(a)(1)(A)(i)

Based on information reasonably available at this time, Cameron believes that the following individuals may have discoverable information (subject to Cameron's reservation of all rights under attorney-client privilege, the attorney work product doctrine, and any other privileges or immunity from disclosure, and the requirement that any current or former Cameron employees are contacted only through undersigned counsel) that Cameron may use to support claims or defenses raised in the above-captioned action:

**EXHIBIT D**

| Name | Subject(s) |
|---|---|
| Jeff Trimarchi<br>Vice President, Casualty Claims<br>ACE Bermuda Insurance Ltd.<br>17 Woodbourne Avenue<br>Hamilton HM 08 Bermuda<br>(441) 295-5200 | Cameron's Deepwater Horizon Insurance;<br>Cameron's negotiations and settlement with BP<br>relating to the Deepwater Horizon incident |
| Miriam Mosseri<br>Claims Specialist<br>ACE Excess Casualty<br>10 Exchange Place, 9th Floor<br>Jersey City, NJ 07302<br>(201) 356-5109 | Cameron's Deepwater Horizon Insurance;<br>Cameron's negotiations and settlement with BP<br>relating to the Deepwater Horizon incident |
| Kevin Williams<br>Underwriter & Claims Manager<br>Argo Re<br>Argo House, 110 Pitts Bay Rd.<br>Pembroke HM 08, Bermuda<br>(441) 296-5858 | Cameron's Deepwater Horizon Insurance;<br>decision not to invoke Liberty's "other insurance"<br>provision; Cameron's negotiations and settlement<br>with BP relating to the Deepwater Horizon<br>incident |
| David Beck<br>Beck, Redden & Secrest, L.L.P.<br>One Houston Center<br>1221 McKinney Street, Suite 4500<br>Houston, Texas 77010<br>(713) 951-3700 | Insurance policies issued by Liberty to Cameron<br>("Liberty Policies"); Cameron's Deepwater<br>Horizon Insurance; Liberty's denial and/or<br>rejection of Cameron's insurance claims related to<br>the Deepwater Horizon incident; Cameron's<br>negotiations and settlement with BP relating to<br>the Deepwater Horizon incident; Cameron's<br>claims against Transocean |
| David Jones<br>Beck, Redden & Secrest, L.L.P.<br>One Houston Center<br>1221 McKinney Street, Suite 4500<br>Houston, Texas 77010<br>(713) 951-3700 | Liberty Policies; Cameron's Deepwater Horizon<br>Insurance; Liberty's denial and/or rejection of<br>Cameron's insurance claims related to the<br>Deepwater Horizon incident; Cameron's<br>negotiations and settlement with BP relating to<br>the Deepwater Horizon incident; Cameron's<br>claims against Transocean |
| Jim Neath<br>Associate General Counsel<br>BP America Inc.<br>501 Westlake Park Blvd.<br>Houston, TX 77079<br>(281) 366-5815 | Cameron's agreements with BP relating to the<br>Deepwater Horizon incident; Cameron's<br>negotiations and settlement with BP relating to<br>the Deepwater Horizon incident |

| Name | Subject(s) |
|---|---|
| Anthony Black<br>Risk Manager<br>Cameron<br>c/o  Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000 | Liberty Policies; Cameron's Deepwater Horizon Insurance; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |
| Brad Eastman<br>Vice President, Deputy General Counsel<br>Cameron<br>c/o  Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000 | Liberty Policies; Cameron's Deepwater Horizon Insurance; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident; Cameron's claims against Transocean |
| Bruce Himmelreich<br>Associate General Counsel<br>Cameron<br>c/o  Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000 | Cameron's contractual indemnities with Transocean |
| Grace Holmes<br>Vice President, Corporate Secretary & Chief Governance Officer<br>Cameron<br>c/o  Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000 | Cameron's communications with its insurers related to Cameron's claim for coverage for liabilities arising from the Deepwater Horizon incident |
| Jack Moore<br>CEO<br>Cameron<br>c/o  Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000 | Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |

| Name | Subject(s) |
|---|---|
| Charles Sledge<br>Senior Vice President, Chief Financial Officer<br>Cameron<br>c/o Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000 | Liberty Policies; Cameron's Deepwater Horizon Insurance; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident |
| Veronica Shieves<br>Senior Legal Assistant<br>Cameron<br>c/o Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000 | Cameron's cooperation with Liberty's investigation relating to Cameron's claim for coverage arising out of the Deepwater Horizon incident |
| Angela Temple<br>Senior Risk Management Analyst<br>Cameron<br>c/o Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000 | Liberty Policies; Cameron's Deepwater Horizon Insurance; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident |
| Patrick Hughes<br>Account Specialist<br>Chartis<br>101 Hudson Street, 30th Floor<br>Jersey City, NJ 07302<br>(201) 631-4366 | Cameron's Deepwater Horizon Insurance; Cameron's insurance coverage for defense costs related to the Deepwater Horizon incident; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; decision not to invoke Liberty's "other insurance" provision; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |
| Maureen P. Martin<br>Vice President, PASE Pollution Claims<br>Chartis<br>101 Hudson Street, 30th Floor<br>Jersey City, NJ 07302<br>(201) 631-7280 | Cameron's Deepwater Horizon Insurance; Cameron's insurance coverage for defense costs related to the Deepwater Horizon incident; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; decision not to invoke Liberty's "other insurance" provision; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |

| Name | Subject(s) |
|------|------------|
| Aine Madden<br>Claims Manager<br>Chubb Atlantic Indemnity Ltd.<br>69 Pitts Bay Road<br>Pembroke HM 08, Bermuda<br>(441) 294-6814 | Cameron's Deepwater Horizon Insurance; decision not to invoke Liberty's "other insurance" provision; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |
| Alexis Nusum<br>Claims Analyst<br>Chubb Atlantic Indemnity Ltd.<br>#48 Par-La-Ville Rd.<br>Hamilton HM 11, Bermuda<br>(441) 294-6827 | Cameron's Deepwater Horizon Insurance; decision not to invoke Liberty's "other insurance" provision; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |
| Shannon Boettjer<br>Clyde & Co. US LLP<br>The Chrysler Building<br>405 Lexington Ave.<br>New York, NY 10174<br>(212) 710-3945 | Liberty Policies; Cameron's Deepwater Horizon Insurance; Cameron's coverage for defense costs related to the Deepwater Horizon incident; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident; Clyde & Co.'s conflicted representation of Cameron and Liberty |
| Paul Koepff<br>Clyde & Co. US LLP<br>The Chrysler Building<br>405 Lexington Ave.<br>New York, NY 10174<br>(212) 710-3945 | Liberty Policies; Cameron's Deepwater Horizon Insurance; Cameron's coverage for defense costs related to the Deepwater Horizon incident; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident; Clyde & Co.'s conflicted representation of Cameron and Liberty |
| Lawrence Engrissei<br>SVP-Claims Manager<br>Iron-Starr Excess Agency Ltd.<br>141 Front St., 7th Fl.<br>Hamilton HM-19, Bermuda<br>(441) 279-7021 | Cameron's Deepwater Horizon Insurance; decision not to invoke Liberty's "other insurance" provision; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |

| Name | Subject(s) |
|---|---|
| Richard Bryan<br>Jackson & Campbell, P.C.<br>1120 20th St., NW<br>South Tower<br>Washington, DC 20036-3437<br>(202) 457-1638 | Cameron's Deepwater Horizon Insurance; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; decision not to invoke Liberty's "other insurance" provision; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |
| R. Chris Heck<br>Kirkland & Ellis LLP<br>300 N. LaSalle<br>Chicago, IL 60654<br>(312) 862-3030 | Cameron's agreements with BP relating to the Deepwater Horizon incident; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |
| David Cohen<br>President and Global Chief Underwriting Officer, Casualty<br>Liberty Insurance Underwriters, Inc.<br>55 Water Street<br>New York, NY 10041<br>(212) 208-4179 | Liberty Policies; Cameron's Deepwater Horizon Insurance; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident; settlement discussions with Marsh |
| James D. Engel<br>Chief Claims Officer<br>Liberty Insurance Underwriters, Inc.<br>55 Water Street<br>New York, NY 10041<br>(212) 208-9500 | Liberty Policies; Cameron's Deepwater Horizon Insurance; Cameron's coverage for defense costs related to the Deepwater Horizon incident; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident; settlement discussions with Marsh |
| Daniel Forsythe<br>CEO<br>Liberty Insurance Underwriters, Inc.<br>175 Berkeley Street<br>Boston, Massachusetts 02116<br>(617) 357-9500 | Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident |
| Tony Glenn | Liberty Policies; Cameron's Deepwater Horizon Insurance; Cameron's coverage for defense costs related to the Deepwater Horizon incident; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; Cameron's negotiations with BP relating to the Deepwater Horizon incident |

| Name | Subject(s) |
|---|---|
| Arlene Hinckson<br>Commercial General Liability Claims<br>Liberty Insurance Underwriters, Inc.<br>55 Water Street<br>New York, NY 10041<br>(212) 208-2805 | Liberty Policies; Cameron's Deepwater Horizon Insurance; Liberty's investigation into Cameron's insurance claims related to the Deepwater Horizon incident |
| David Long<br>CEO<br>Liberty Mutual Group<br>175 Berkeley Street<br>Boston, Massachusetts 02116<br>(617) 357-9500 | Liberty Policies; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; settlement discussions with Marsh |
| Alan Mandel<br>Vice President, Excess Casualty Division<br>Liberty Insurance Underwriters, Inc.<br>55 Water Street<br>New York, NY 10041<br>(212) 208-4247 | Liberty Policies; Cameron's Deepwater Horizon Insurance; Cameron's coverage for defense costs related to the Deepwater Horizon incident; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |
| Gordon McBurney<br>President<br>Liberty Insurance Underwriters, Inc.<br>55 Water Street<br>New York, NY 10041<br>(212) 208-4247 | Liberty Policies; Cameron's Deepwater Horizon Insurance; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident; settlement discussions with Marsh |
| George Perrotta<br>Chief Financial Officer<br>Liberty Insurance Underwriters, Inc.<br>55 Water Street<br>New York, NY 10041<br>(212) 208-2808 | Liberty Policies; Cameron's Deepwater Horizon Insurance; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; Liberty's reinsurance for the Liberty Policy, Liberty's reserves for Cameron's insurance claims |
| Jeffrey Roberts<br>AVP Excess Casualty Claims<br>Liberty Insurance Underwriters, Inc.<br>55 Water Street<br>New York, NY 10041<br>(212) 208-9595 | Liberty Policies; Cameron's Deepwater Horizon Insurance; Cameron's coverage for defense costs related to the Deepwater Horizon incident; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |

| Name | Subject(s) |
|---|---|
| John Russomanno<br>Vice President, Excess Casualty<br>Liberty Insurance Underwriters, Inc.<br>55 Water Street<br>New York, NY 10041<br>(212) 208-4138 | Liberty Policies; Cameron's Deepwater Horizon Insurance; Cameron's coverage for defense costs related to the Deepwater Horizon incident; Liberty's denial and/or rejection of Cameron's insurance claims related to the Deepwater Horizon incident; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |
| Rusty Lee<br>Client Executive<br>Marsh USA Inc<br>Houston, TX 77002<br>(713) 276-8000 | Cameron's Deepwater Horizon Insurance; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |
| Natasha Nye<br>Peters & Nye LLP<br>14 Executive Ct, Ste. 2<br>South Barrington, IL 60010<br>(847) 423-0352 | Cameron's Deepwater Horizon Insurance; decision not to invoke Liberty's "other insurance" provision; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |
| Michael Larsen<br>Parson Behle & Latimer<br>201 S. Main St.<br>Ste. 1800<br>Salt Lake City, UT 84111<br>(801) 532-6735 | Cameron's Deepwater Horizon Insurance; decision not to invoke Liberty's "other insurance" provision; Cameron's negotiations and settlement with BP relating to the Deepwater Horizon incident |
| Eric. B. Brown<br>Executive Vice President – Legal & Admin.<br>Transocean Ltd.<br>P.O. Box 2765<br>Houston, Texas 77252 | Cameron's agreements with Transocean relating to the Deepwater Horizon incident |

B.     Disclosure Pursuant to Rule 26(a)(1)(A)(ii)

Based on information now known to Cameron, some or all of the following categories of documents in Cameron's possession, custody or control may be used by Cameron in support of claims and defenses raised in this action:

a.     Documents and communications relating to Policy Number LQ1B71198583046, the excess liability insurance policy Cameron purchased from Liberty for the policy period from July 1, 2009 to July 1, 2010 (the "Liberty Policy").

b.     Documents and communications relating to the tower of insurance purchased by Cameron in July 2009, including the Liberty Policy.

c.     Documents and communications relating to Cameron's settlement agreement with BP Exploration & Production, Inc. regarding the Deepwater Horizon incident.

d.     Documents and communications relating to Liberty's denial and/or rejection of Cameron's claims under the Liberty Policy.

e.     Documents and communications relating to the Terms and Conditions and Master Service Agreement entered into between Cameron and Transocean Ltd. regarding the Deepwater Horizon incident.

C.   Disclosure Pursuant to Rule 26(a)(1)(A)(iii)

a.   Compensatory damages totaling $50 million in connection with Cameron's losses incurred in connection with its settlement of claims with BP in In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 10-2179 ("Oil Spill MDL").

b.   Compensatory damages (in an amount to be determined) for post-settlement defense costs incurred on an ongoing basis in connection with the Oil Spill MDL and related proceedings.

c.   Compensatory damages (in an amount to be determined) for costs and fees incurred in connection with Cameron's claim for insurance coverage from Liberty.

d.   Statutory damages equal to triple Cameron's actual compensatory damages under Texas Insurance Code § 541.

e.   Statutory damages equal to 18 percent per year of Cameron's defense costs in connection with the Oil Spill MDL and related proceedings under Texas Insurance Code § 542.

f.   Attorneys' fees and costs related to bringing this action.

Dated:    June 7, 2013

                               _*/s/ Phillip A. Wittmann*_

Phillip A. Wittmann, 13625
  pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
  cbertaut@stonepigman.com
Keith B. Hall, 24444
  khall@stonepigman.com
Jared Davidson, 32419
  jdavidson@stonepigman.com

STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)

*Attorneys for Cameron International Corporation*

Of Counsel:

WILLKIE FARR & GALLAGHER LLP
Mitchell J. Auslander
Jeffrey B. Korn
787 Seventh Avenue
New York, NY  10019
(212) 728-8000
mauslander@willkie.com

*7585474*

- 11 -