

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION J JUDGE BARBIER |
| APPLIES TO: No. 12-311 | * * * | MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CAMERON INTERNATIONAL CORPORATION'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS, INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to Federal Rules of Civil Procedure 26, 33, 34 and 36, Plaintiff Cameron International Corporation ("Cameron") responds to Defendant's First Set of Requests for Admissions ("Requests for Admissions"), Interrogatories and Requests for Production of Documents ("Document Requests") (together, the "Discovery Requests") as follows:

### SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 15

**INTERROGATORY NO. 15.** Itemize all damages you seek to recover in this matter, including without limitation any damages for (1) Liberty's alleged breach of its insurance policy, and (2) Liberty's alleged breach of Texas Insurance Code §§ 541 and/or 542.

**RESPONSE:** Cameron incorporates the General Objections asserted in its Responses and Objections to Defendant's First Set of Requests for Admissions, Interrogatories, and Requests for Production of Documents. Cameron further objects to this Interrogatory to the

1135457v1

**EXHIBIT F**

extent it is premature as discovery is still ongoing. Subject to and without waiving its objections, Cameron states that it is seeking the following:

(i) Compensatory damages totaling $50 million in connection with Cameron's losses incurred in connection with its settlement of claims with BP in <u>In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010</u>, MDL No. 10-2179 ("Oil Spill MDL") plus interest as provided under Texas law;

(ii) compensatory damages for post-settlement defense costs since January 1, 2012 that are being incurred on an ongoing basis in connection with the MDL and related proceedings (currently approximately $9,100,000 and increasing) plus interest as provided under Texas law;

(iii) compensatory damages for litigation-related costs and fees incurred in connection with Cameron's claim for insurance coverage against Liberty in this action since January 1, 2012 that are being incurred on an ongoing basis (currently approximately $2,545,000 and increasing) plus interest as provided under Texas law;

(iv) statutory damages under Texas Insurance Code § 541 equal to triple Cameron's actual compensatory damages;

(v) statutory damages under Texas Insurance Code § 542 equal to 18% per annum of Cameron's defense costs in connection with this MDL and related proceedings; and

(vi) attorneys' fees and costs related to bringing this action as provided under Texas law.

1135457v1

Dated:   August 15, 2013             /s/ Phillip A. Wittmann
                                     Phillip A. Wittmann, 13625
                                         pwittmann@stonepigman.com
                                     Carmelite M. Bertaut, 3054
                                         cbertaut@stonepigman.com

                                     STONE PIGMAN WALTHER WITTMANN L.L.C.
                                     546 Carondelet Street
                                     New Orleans, Louisiana 70130
                                     504-581-3200
                                     504-581-3361 (fax)

                                     *Attorneys for Cameron International Corporation*

                                         Of Counsel:

                                     WILLKIE FARR & GALLAGHER LLP
                                     Mitchell J. Auslander
                                     Jeffrey B. Korn
                                     787 Seventh Avenue
                                     New York, NY 10019
                                     (212) 728-8000
                                     mauslander@willkie.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record by U.S. mail, postage prepaid, hand delivery, facsimile transmission or email on this 15th day of August, 2013.

                                     /s/ Phillip A. Wittmann

1135457v1