UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : | MDL 2179 |
| | : | Section J |
| This Document Applies to: | : | Judge Barbier |
| *All Cases* | : | Mag. Judge Shushan |

### CERTIFICATION

I hereby certify, this 23rd day of December 2013, that I have complied fully with the terms of the December 19, 2013 Order Regarding Motions to Compel Discovery from Special Master issued by Magistrate Judge Shushan. Responsive documents have been provided by computer discs to the show cause parties by overnight mail.

_____
Louis J. Freeh
Special Master

Dated: December 23, 2013

CERTIFICATE OF SERVICE

I hereby certify that a copy of the Certificate of Compliance has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 23rd day of December, 2013.

_____
Louis J. Freeh
Special Master