IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| This document relates to: All Cases | * | Honorable CARL J. BARBIER |
| | | Magistrate Judge SHUSHAN |
| | * | |
| | * | |

### EMERIL'S HOMEBASE, LLC'S MOTION AND INCORPORATED MEMORANDUM IN SUPPORT TO FILE MOTION, MEMORANDUM AND EXHBITIS UNDER SEAL

Pursuant to Pre-Trial Order 13, Order Protecting Confidentiality (Rec. Doc. 641); the Court's Order Regarding Settlement Implementation (Rec. Doc. 6573), and the Court's Order Regarding the Confidentiality of Claims Information of the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement (Rec. Doc. 6822), Claimant, Emeril's Homebase, LLC, ("Homebase") hereby respectfully request leave to file under seal its Motion, Memorandum, and Exhibits. The Motion, Memorandum and Exhibits contain claimant information deemed "confidential" pursuant to the above-referenced Orders.

WHEREFORE, Homebase respectfully prays the Court for an Order that its Motion, Memorandum, and Exhibits be filed under seal.

        Respectfully submitted,

        LOWE, STEIN, HOFFMAN,
         ALLWEISS & HAUVER, L.L.P.

/s/ Mark Stein

_____
MARK STEIN (La# 12428)
MICHAEL ALLWEISS (La# 2425)
MELVIN D. ALBRITTON (La# 27936)
JEFFERY M. HOFFMAN (La# 29253)
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139-7735
(504) 581-2450
(504) 581-2461 (Fax)
Attorneys for Emeril's Homebase, LLC.

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of December, 2013.

/s/ Mark Stein
Mark Stein