IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| This document relates to: All Cases | * | Honorable CARL J. BARBIER |
| | * | Magistrate Judge SHUSHAN |
| | * | |

**PROPOSED ORDER**

Considering Emeril's Homebase, LLC's Motion and Incorporated Memorandum In Support to File Under Seal Its Motion, Memorandum, and Exhibits:

**IT IS HEREBY ORDERED**, that Emeril's Homebase, LLC's Motion is **GRANTED**; and it is further **ORDERED** its Motion, Memorandum, and Exhibits, be filed under seal pending further order of the Court.

New Orleans, Louisiana, this ___ day of December, 2013

_____
**UNITED STATES DISTRICT JUDGE**