# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| This document relates to: All Cases | * | Honorable CARL J. BARBIER |
| | * | Magistrate Judge SHUSHAN |
| | * | |

## NOTICE OF MANUAL ATTACHMENT

Motion, Memorandum, and Exhibits are on file with the Clerk's Office.