# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 13-6674 | * | MAGISTRATE SHUSHAN |

## ORDER

IT IS ORDERED that Civil Action no. 13-6674, *BP Exploration & Production Inc. v. Mikal C. Watts* is hereby CONSOLIDATED with MDL 2179.

IT IS FURTHER ORDERED that the Motion for Continuance of Hearing on Preliminary Injunction (Rec. Doc. 26 in 13-6674) is GRANTED as follows:  The deadline for filing a response to BP's Motion for Preliminary Injunction (Rec. Doc. 2 in 13-6674) is Friday, January 17, 2014. The Court will schedule a hearing after receiving responses.  The Court notes that there does not appear to be immediate urgency regarding BP motion, as the second round distribution in the Seafood Compensation Program is not expected to occur for some time.

New Orleans, Louisiana, this 24th day of December, 2013.

United States District Judge

**Clerk to File in MDL 2179 and 13-6674.**