United States District Court
Eastern District of Louisiana...

In RE- oil spill by the oil Rig "Deepwater Horizon" in the Gulf of mexico, on April 20, 2010

Case No. #
2:13-cv-02441-CJB-SS

MDL-2179 Section J.
Judge Barbier...

Plaintiff...
John m. Bennett...
V.
Defendants
BP oil Company...

TENDERED FOR FILING
DEC 23 2013
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Motion For Leave to File An Amended Complaint...

plaintiff John m Bennett, pursuant to Rule 15 "A" and 19 "A" Fed. R. Civ. P., Request Leave to File Amended Complaint....

Fee
Process
X Dktd
CtRmDep
Doc. No.

(1) Adding new Defendants

(2) Change the name of the Original Defendants....

(3) Add new parties....

(4) plaintiff in his original Complaint name BP. oil Company As Defendants...

(5) Since the Filing of his original Complaint the plaintiff would like to Change the name of Defendants and Add new Defendants.... "And parties."

(6) plaintiff Ask this Court to Change and amend the Defendants To....

BP. et AL.

BP. products north America Inc., BP, PLC, HalliBurton Energy services, Inc., Cameron International Corporation, BP. America, INC., Anadarko petroleum Corporation, Moex. OFFShore 2007, LLC, M-I, LLC, BP Company north America, INC, BP Exploration and production, INC. BP. et al.

"Defendants"...

(7) plaintiff would like to add more Factual Allegations..

(8) (A) More Background of the Defendants... that can be found in pargraphs 50. 51. 52. 53. 54. 55.. of the Amended Complaint...

(9) (B) plaintiff would like to add Explosion and Resulting oil spill ... See pargraphs - 56. 57. 58. 59. 60. 61. 62. 63. 64. 65. 66. 67. 68. 69. 70. of the Amended Complaint...

(10) (C) plaintiff would like to add The Aftermath - That is in the Amended Complaint.. see pargraphs 71. 72. 73.

(11) (D) plaintiff would like to add the Risk of Deepwater oil Drilling that is in the Amended Complaint. see pargraphs 74. 75. 76. 77. 78. 79. 80. 81. 82. 83. 84.

12 (E) plaintiff would like to add Defendants Ineffective Responses to the oil spill. that can be found in the Amended Complaint see pargraphs 85. 86. 87. 88. 89. 90. 91. 92. 93. 94. 95. 96.

(13) (F) plaintiff would like to add prior Incidents Involving BP. that Can be Found in the Amended Complaint... See pargraphs 97. 98. 99.

(14) (G) plaintiff would like to add Results of BP's Initial Investigation that can be Found in the Amended Complaint. See pargraphs .. 100, 101. 102. 103. 104. 105.

(15) H plaintiff would like to add Anticipated effects of the oil spill that is in the Amended Complaint .... See pargraphs 106. 107. 108. 109. 110. 111. 112.

plaintiff would like to Add Any et al., of his Amended Complaint....

(16) This Court Should grant Leave Freely to Amend my Complaint. Foman v. Davis. 371 U.S. 178, 182, "1962."



Date - 12-10-2013

Respectfully Submitted

John M. Bennett
Columbia CF
216 SE. Corrections Way
Lake City, FLA. 32025

Pro SE..

God Bless

John M. Bennett ....
12-10- 2013

TENDERED FOR FILING

DEC 23 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Dear Clerk ..

Im Adviseing this Court that I am ReFileing my Amended Complaint At this time. your Court Turn my Amended Complaint down because I Failed to Include a proposed Amended Complaint Along with my motion to Amend... So I am ReFileing my Amended Complaint So this Court Can Rule on it. I have added my New Defendants and parties new Investigation Against BP Also. more Facts .. Its All in my Amended Complaint. I would Like to Advise this Court to put my motion to Appoint Counsel on this Courts docket For it to be Ruled on.

Case No. 2:13-cv-02441-CJB-SS

I need Counsel Because of the Reasons I stated in my motion to appoint Counsel..

I would like to thank this Court in advance for its Time.

God Bless_

[signature]

12-23-2013

John M. Bennett 060152 #
Columbia C.I.
216 SE Corrections Way
Lake City, FLA. 32025

MAILED FROM A STATE CORRECTIONAL INSTITUTION

U.S. POSTAGE PITNEY BOWES
ZIP 32025 $ 002.32
02 1W
0001380775 DEC 19 2013

Clerk's office
United States District Court
Eastern District of Louisiana
New orleans, LA. 70130