# Exhibit A

## Pyser, Steven

| | |
|---|---|
| **From:** | Steve Herman [SHERMAN@hhklawfirm.com] |
| **Sent:** | Thursday, November 14, 2013 6:24 PM |
| **To:** | Pyser, Steven |
| **Cc:** | Downey, Kevin; A Langan; mark.holstein@bp.com; *gbrown@gibsondunn.com1 |
| **Subject:** | RE: BP Oil - Addenda to Causation Brief |

Thanks. Appreciate it.

-----Original Message-----
From: Pyser, Steven [mailto:SPyser@wc.com]
Sent: Thursday, November 14, 2013 5:16 PM
To: Steve Herman
Cc: Downey, Kevin; A Langan; mark.holstein@bp.com; *gbrown@gibsondunn.com1
Subject: RE: BP Oil - Addenda to Causation Brief

Mr. Herman,

In response to your request below, please find unredacted appendices to the Declaration of Allison Rumsey filed on November 7, 2013.  In Appendix A you may notice that some of the text has shifted.  That shifting occurred when the redacted claim numbers were replaced with the actual numbers.

Thank you,

Steven M. Pyser
Williams & Connolly LLP
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5808 | (F) 202-434-5029
spyser@wc.com | www.wc.com/spyser



-----Original Message-----
From: Steve Herman [mailto:SHERMAN@hhklawfirm.com]
Sent: Thursday, November 14, 2013 11:48 AM
To: Downey, Kevin; Andy Langan; Mark Holstein; George H. Brown
Cc: James P. Roy (LC & EC)
Subject: BP Oil - Addenda to Causation Brief

Can you please provide unredacted Addenda, so that we can see the actual Claim Nos.?

(If you already have, and I missed it, I apologize.)

Thanks.


CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.

1

_____

NOTICE:

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us collect at (202) 434-5000) and immediately delete this message and all its attachments.


_____

NOTICE:

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us collect at (202) 434-5000) and immediately delete this message and all its attachments.



CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.