IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * MDL NO. 2179 <br> * <br> * SECTION J <br> * |
| This document relates to: <br> All Cases and No. 12-970 | * <br> * <br> * Honorable CARL J. BARBIER <br> * <br> * Magistrate Judge SHUSHAN |

**BP'S MOTION AND INCORPORATED MEMORANDUM
IN SUPPORT TO FILE UNDER SEAL BP'S RESPONSE
TO CLASS COUNSEL'S OBJECTION TO THE APPEAL PANEL'S
<u>CONSIDERATION OF FACTS SUBMITTED BY BP AND EXHIBITS 1 AND 2</u>**

Pursuant to Pre-Trial Order 13, Order Protecting Confidentiality (Rec. Doc. 641); the Court's Order Regarding Settlement Implementation (Rec. Doc. 6573), and the Court's Order Regarding the Confidentiality of Claims Information of the Claims Administrator of the *Deepwater Horizon* Economic and Property Damages Settlement Agreement (Rec. Doc. 6822), Defendants BP Exploration & Production Inc. and BP America Production Company ("BP"), by their attorneys, hereby respectfully request leave to file under seal BP's Response to Class Counsel's Objection to the Appeal Panel's Consideration of Facts Submitted by BP and Exhibits 1 and 2 thereto.[1] These documents contain claimant information deemed "confidential" pursuant to the above-referenced Orders.

WHEREFORE, BP respectfully prays the Court for an Order that BP's Response to Class Counsel's Objection to the Appeal Panel's Consideration of Facts Submitted by BP and Exhibits 1 and 2 thereto, be filed under seal.

---

[1] A redacted version of BP's Response has been filed on the public docket.

| | |
|---|---|
| December 26, 2013 | Respectfully submitted, |
| James J. Neath<br>Mark Holstein<br>BP AMERICA INC.<br>501 Westlake Park Boulevard<br>Houston, TX  77079<br>Telephone:  (281) 366-2000<br>Telefax:  (312) 862-2200 |   /s/ Kevin M. Downey<br>Kevin M. Downey<br>F. Lane Heard, III<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>Telephone:  (202) 434-5000<br>Telefax:  (202) 434-5029 |
| Daniel A. Cantor<br>Andrew T. Karron<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004<br>Telephone:  (202) 942-5000<br>Telefax:  (202) 942-5999 |   /s/ Don K. Haycraft<br>S. Gene Fendler (Bar #05510)<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139<br>Telephone:  (504) 581-7979<br>Telefax:  (504) 556-4108 |
| Robert C. "Mike" Brock<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone:  (202) 662-5985<br>Telefax:  (202) 662-6291 | Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>David J. Zott, P.C.<br>Jeffrey J. Zeiger<br>Wendy L. Bloom |
| Jeffrey Lennard<br>Keith Moskowitz<br>DENTONS US LLP<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, IL  60606<br>Telephone:  (312) 876-8000<br>Telefax:  (312) 876-7934 | KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone:  (312) 862-2000<br>Telefax:  (312) 862-2200 |
| *OF COUNSEL* | Jeffrey Bossert Clark<br>Steven A. Myers<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone:  (202) 879-5000<br>Telefax:  (202) 879-5200 |

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of December, 2013.

/s/ Don K. Haycraft
Don K. Haycraft