IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *   MDL NO. 2179<br>*<br>*   SECTION J<br>* |
| This document relates to:<br>All Cases and No. 12-970 | *<br>*   Honorable CARL J. BARBIER<br>*<br>*   Magistrate Judge SHUSHAN<br>* |

## PROPOSED ORDER

Considering BP's Motion and Incorporated Memorandum In Support to File Under Seal BP's Response to Class Counsel's Objection to the Appeal Panel's Consideration of Facts Submitted by BP and Exhibits 1 and 2, and for a further order directing that BP's Response to Class Counsel's Objection to the Appeal Panel's Consideration of Facts Submitted by BP and Exhibits 1 and 2, be filed under seal:

**IT IS HEREBY ORDERED**, that BP's Motion is GRANTED; and it is further

**ORDERED** that BP's Response to Class Counsel's Objection to the Appeal Panel's Consideration of Facts Submitted by BP and Exhibits 1 and 2, be filed under seal pending further order of the Court.

New Orleans, Louisiana, this __ day of December, 2013

_____
**UNITED STATES DISTRICT JUDGE**