U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   DEC 24 2013

WILLIAM W. BLEVINS
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
No. 13-31220

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF
OF MEXICO, ON APRIL 20, 2010

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:10-MD-2179

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

Lyle W. Cayce
Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest

Clerk, U. S. Court of Appeals, Fifth Circuit

By _____

New Orleans, Louisiana   12/18/13

_____ Fee _____
_____ Process _____
 X   Dkt _____
_____ CtRmDep _____
_____ Doc. No. _____

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 18, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 13-31220    In Re: Deepwater Horizon
USDC No. 2:10-MD-2179
USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

In addition to filing the designation of record with the clerk of
the district court, please send notification to this court when
the designation has been filed.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Mr. William W. Blevins
Mr. Andrew Baker Bloomer
Mr. Robert C. Mike Brock
Mr. James Augustus Burton
Mr. David B. Byrne Jr.
Mr. Jeffrey Bossert Clark Sr.
Mr. Paul D. Clement
Mr. Kevin Michael Downey
Mr. Timothy A. Duffy
Mr. Miguel Angel Estrada
Mr. S. Gene Fendler
Mr. Patrick Henry Fourroux
Mr. Soren E. Gisleson
Mr. Richard Cartier Godfrey
Mr. Christopher Martin Guidroz
Mr. Don Keller Haycraft
Mr. Frank Lane Heard III
Mr. Stephen Jay Herman
Mr. Mark Holstein
Mr. James M. Hood III
Mr. Thomas George Hungar

Mr. Samuel Issacharoff
Mr. Andrew Tanner Karron
Mr. James Andrew Langan
Mr. Jeffrey Lennard
Mr. Scott Payne Martin
Mr. Corey L. Maze
Mr. Michael Cameron Moore
Mr. Steven Andrew Myers
Mr. Theodore B. Olson
Ms. Gina Marie Palermo
Mr. Robert L Redfearn
Mr. James Parkerson Roy
Mr. Richard C. Stanley
Mrs. Megan Kathleen Terrell
Ms. Jennifer L. Thornton
Ms. Terese Troxclair Wyly