

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 24 2013
WILLIAM W. BLEVINS
CLERK

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 12-31155

*MDL 10-2179-J*

IN RE: DEEPWATER HORIZON - APPEALS OF THE ECONOMIC AND
PROPERTY DAMAGE CLASS ACTION SETTLEMENT

------------------------------------------------------------------------------

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON
SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY,
INCORPORATED; LFBP 1, L.L.C., doing business as GW Fins; PANAMA
CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER
FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD
LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on
behalf of themselves and all others similarly situated; HENRY HUTTO;
BRAD FRILOUX; JERRY J. KEE,

        Plaintiffs - Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION
COMPANY; BP PIPE LINE COMPANY,

        Defendants - Appellees

v.

GULF ORGANIZED FISHERIES IN SOLIDARITY & HOPE,
INCORPORATED,

        Movant - Appellant

____ Fee
____ Process
_X_ Dktd
____ CtRmDep
____ Doc. No.

No. 13-30095

MD 10-2179-J

IN RE: DEEPWATER HORIZON - APPEALS OF THE ECONOMIC AND
PROPERTY DAMAGE  CLASS ACTION SETTLEMENT

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

O R D E R:

IT IS ORDERED that the unopposed motion of the BCA Appeal Group
to supplement the record is *granted*

IT IS FURTHER ORDERED that the motion of Gulf Organized
Fisheries in Solidarity & Hope, Inc., Donald Dardar and Thien Nguyen to
dismiss their appeal in case no. 13-30095 pursuant to Fed. R. App. P. 42 is
*granted*

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
## for the Fifth Circuit

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010
### Case No. 12-31155 c/w No. 13-30095

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR
FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1,
L.L.C.; ZEKES CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN;
RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on behalf of
themselves and all others similarly situated; HENRY HUTTO; BRAD FRILOUX; JERRY J.
KEE,

Plaintiffs – Appellants

v.

B.P. EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION
COMPANY; BP PIPE LINE COMPANY,

Defendants – Appellees

v.

GULF ORGANIZED FISHERIES IN SOLIDARITY & HOPE, INCORPORATED,

Movants- Appellant

# PLAINTIFFS-APPELLANTS' MOTION TO
# SUPPLEMENT THE RECORD WITH NEW DEVELOPMENTS

Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701
Tel.: (409) 835-2666
Fax: (409) 835-1912

*Attorney for Plaintiffs-Appellants*

# TABLE OF CONTENTS

**Page**

TABLE OF AUTHORITIES ...........................................................ii

MEMORANDUM IN SUPPORT...............................................1

STATEMENT OF FACTS.................................................1

ARGUMENT....................................................................8

CONCLUSION..................................................................14

EXHIBITS

    Exhibit 1:   National Geographic, July 2012 edition

    Exhibit 2:   Better Homes & Gardens, July 2012 edition

    Exhibit 3:   Bloomberg Article: May 8, 2012

**Other**

http://www.deepwaterhorizoneconomicsettlement.com/...............8

# TABLE OF AUTHORITIES

**Cases**                                                              **Page**

*Bryant v. Carlson,*
444 F.2d 353, 357 (9th Cir. 1971)..............................................9

*Bayview Hunter Point Cmty. Advocates v. Metro
Trasnp. Comm'n,* 366 F.3d 692, 702 n.5 (9th Cir. 2004)................9

*Dakota Indus., Inc. v. Dakota Sportswear, Inc.,*
988 F.2d 61, 63 (8th Cir. 1993)................................................10

*Gibson v. Blackburn,*
744 F.2d 403, 405 n.3 (5th Cir. 1984)...................................9, 10

*In re Am. Biomaterials Corp.,*
954 F.2d 919, 922 (3d Cir. 1992)..........................................9, 11

*In re Capital Cities/ABC Inc.'s Application for Access to
Sealed Transcripts,* 913 F.2d 89, 97 (3d Cir. 1990).....................10

*McGowan Investors, LP v. Frucher,*
392 F. App'x 39 (3d Cir. 2010)(unpublished)..........................11

*Karaha Bodas Co. v. Perusahaan Perambangan Minyak Dan
Gas Bumi Negara,* 2003 U.S. App. LEXIS 27765, at *13
(5th Cir. Mar. 5, 2003).......................................................9, 11

*Kemlon Prod. and Dev. Co. v. U.S.,*
646 F.2d 223, 224 (5th Cir. 1981)...........................................8

*Lane v. Facebook, Inc .,*
696 F.3d 811, 830 (9th Cir. 2012).........................................14

*Maher v. Hyde,*
272 F.3d 83, n.3 (1st Cir. 2001).............................................11

*Najjar v. Ashcroft,*
257 F.3d 1262, 1283 (11th Cir. 2001)...................................11

*Schwartz v. Millon Air. Inc.,*
341 F.3d 1220, 1225 n.4 (11th Cir. 2003)...............................9, 10

*U.S. v. Jones,*
29 F.3d 1549, 1553-54 (11th Cir. 1994)................................11

## Federal Rules

Fed. R. App. P. 10(e)........................................................14

Fed. R. App. P. 10(e)(2)...................................................8

Fed. R. App. P. 10(e)(3)...................................................8

## Other Authorities

*Moore's Federal Practice,*
§ 310.10[5][f], at 310-18 (3d ed. 2000)....................................9

        Plaintiffs-Appellants, through and with their counsel Brent Coon &

Associates (hereinafter referred to as "BCA Appellants"), hereby bring this

Motion to Supplement the Record with New Developments before this

Honorable Court.  Class Counsel has been consulted about this motion and

does not oppose it.  Counsel for the BP Defendants has been consulted

about this motion does not oppose it except for the matter of the BP

Deepwater Horizon Claims Center website.  With regards to that matter,

BP has no opposition to the Court taking judicial notice of the existence of

the website.  BP cannot agree to take judicial notice of the entirety of the

contents of that website and reserves all of its rights to challenge CSSP

decisions, including any such decisions stored or referenced on such

website.  In support of their motion the BCA Appellants state as follows:

## **MEMORANDUM IN SUPPORT**

## **STATEMENT OF FACTS**

        The BCA Appellants filed their various state actions against the

Defendants BP America Production Company, Transocean Offshore

Deepwater Drilling, Inc., Transocean Holdings., LLC, Transocean

Deepwater Inc., Transocean LTD., Triton Asset Leasing GMBH,

(collectively, hereinafter referred to as "BP") followed by their subsequent

transfer to the Eastern District of Louisiana under 28 U.S.C. § 1407. As such these cases are related to the class action *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* (MDL NO. 2179), and are identified as *Harley D. Allen, et al v. BP American Production Company* (12-2953), *Kevin D. Brannon, et al v. BP American Production Company* (12-964) and *Zuhair Abbasi, et al v. Transocean Deepwater, Inc. et al.* (10-2771).

On May 2, 2012 the district court approved the proposed Deepwater Horizon Economic and Property Damages Settlement Agreement (hereinafter referred to as the "Settlement Agreement"). The BCA Appellants timely objected to the proposed Settlement Agreement. (Rec. Doc. 7224.) The objections regarded several defects to the Settlement Agreement and various notice requirements under Rule 23 of the Federal Rules of Civil Procedure. On October 22, 2012, the BP Defendants and the Plaintiffs Steering Committee filed Reply Memorandums in Support of Final Approval of the Economic and Property Damages Class Settlement. (Rec. Doc. 7727, 7731.)

A class action Fairness Hearing was scheduled to address the objections to the proposed Settlement Agreement on November 8, 2012.

Prior to that time the law firm of Brent Coon & Associates notified the district court in good faith about up-to-date information concerning actual implementation problems associated with the BP claims process as outlined in the proposed Settlement Agreement. (Rec. No. 7863.) Specifically, the reply memorandum provided detailed information about actual day-to-day issues encountered with management of the BP claims from the perspective of various claimants.  It was the position of the BCA Appellants that such issues needed to be made known to the district court prior to final approval of the Settlement Agreement.  The issues addressed:

- Considerable delays in providing interim and final payments to those affected by the BP spill, as supported by statistics.

- Failure of the claims process to be — as promised — "claimant friendly", "generous" and "transparent".

- A lack of security and comfort in the settlement process.

- Uncertainty as to what settlement amounts were being proposed to class claimants.

- Unanticipated administrative delays instituted by BP which contributed to the frustration of claimants as shown by several supportive examples.

In December 2012 the district court approved the Settlement Agreement. On January 25, 2013 the BCA Appellants timely filed their notice of appeal regarding the district court's order and final decision approving the Settlement Agreement. (Rec. Doc. 8349.) On April 1, 2013 the parties in this case submitted to the court the Stipulated Record on Appeal. (Rec. Doc. 00512193663.) However that record is limited to matters addressed by the district court only up to April 1, 2013. Since that time, significant new developments have occurred which relate directly to the Settlement Agreement and the earlier implementation problems brought forth by the law firm of Brent Coon & Associates. Therefore in accordance with the court's inherent equitable powers, the BCA Appellants as represented by the law firm of Brent Coon & Associates request that they be allowed to supplement into the Record on Appeal the documents listed below that are associated with Case 2:10-md-02179-CJB-SS within the U.S. District Court for the Eastern District of Louisiana and an associated appeal

4

by the BP Defendants within the Fifth Circuit Court of Appeals. They include:

| Case 2:10-md-02179-CJB-SS U.S. District Court for the Eastern District of Louisiana | | |
|---|---|---|
| Docket # | Filed | Description |
| 9106 | 04/03/13 | NOTICE OF APPEAL by BP Exploration & Production Inc., BP America Production Company, and BP p.l.c., defendants. |
| 9119 | 04/04/13 | BP'S MEMORANDUM OF LAW IN OPPOSITION TO SETTLEMENT PROGRAM AND CLAIMS ADMINISTRATOR'S MOTION TO DISMISS |
| 9257 | 04/11/13 | REPORT BY THE CLAIMS ADMINISTRATOR OF THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT ON THE STATUS OF CLAIMS REVIEW |
| 9907 | 05/13/13 | REPORT BY THE CLAIMS ADMINISTRATOR OF THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT ON THE STATUS OF CLAIMS REVIEW |
| 10365 | 06/12/13 | REPORT BY THE CLAIMS ADMINISTRATOR OF THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT ON THE STATUS OF CLAIMS REVIEW |
| 10703 | 07/11/13 | REPORT BY THE CLAIMS ADMINISTRATOR OF THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT ON THE STATUS OF CLAIMS REVIEW |

| Case 2:10-md-02179-CJB-SS | | |
|---|---|---|
| U.S. District Court for the Eastern District of Louisiana | | |
| **Docket #** | **Filed** | **Description** |
| 10761 | 07/16/13 | BP'S MOTION FOR AN EMERGENCY PRELIMINARY INJUNCTION TO SUSPEND PAYMENTS FROM THE COURT SUPERVISED SETTLEMENT PROGRAM PENDING SPECIAL MASTER FREEH'S INVESTIGATION AND REPORT.  Includes MEMORANDUM (Doc. 10761-1) and all ATTACHMENTS (Docs. 10761-2 to 10761-12). |
| 10772 | 07/18/13 | OPPOSITION TO BP'S MOTION FOR PRELMIINARY INJUNCTION TO SUSPEND PAYMENTS FROM THE COURT SUPERVISED SETTLEMENT PROGRAM |
| 10937 | 08/05/13 | BP'S RENEWED MOTION FOR A PRELIMINARY INJUNCTION TO SUSPEND PAYMENTS FROM THE COURT SUPERVISED SETTLEMENT PROGRAM PENDING JUDGE FREEH'S INVESTIGATION AND REPORT. Includes MEMORANDUM (Doc. 10937-1) and all ATTACHMENTS (Docs. 10937-2 to 10937-8). |
| 11008 | 08/14/13 | REPORT BY THE CLAIMS ADMINISTRATOR OF THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT ON THE STATUS OF CLAIMS REVIEW |

| No. 13-30315 (consolidated with No. 13-30329) | | |
|---|---|---|
| Fifth Circuit Court of Appeals | | |
| **Docket #** | **Filed** | **Description** |
| 00512200412 | 04/08/2013 | MOTION OF DEFENDANTS–APPELLANTS TO EXPEDITE APPEAL |
| 00512211352 | 04/17/2013 | SUPPLEMENT TO MOTION OF DEFENDANTS–APPELLANTS TO EXPEDITE APPEAL |

| No. 13-30315 (consolidated with No. 13-30329) Fifth Circuit Court of Appeals | | |
|---|---|---|
| **Docket #** | **Filed** | **Description** |
| 00512212686 | 04/17/2013 | OPPOSITION OF THE PLAINTIFF CLASS TO BP'S EMERGENCY MOTION FOR AN INJUNCTION & STAY PENDING APPEAL |
| 00512211352 | 04/17/2013 | OPPOSITION OF THE PLAINTIFF CLASS TO BP'S EMERGENCY MOTION FOR AN INJUNCTION & STAY PENDING APPEAL |
| 00512215287 | 04/22/2013 | REPLY OF BP EXPLORATION ET AL, IN SUPPORT OF EMERGENCY MOTION FOR INJUNCTION AND STAY PENDING APPEAL |
| 00512230427 | 05/03/2013 | BRIEF FOR APPELLANTS |

| No. 13-30315 (consolidated with No. 13-30329) Fifth Circuit Court of Appeals | | |
|---|---|---|
| **Docket #** | **Filed** | **Description** |
| 00512238926 | 05/10/2013 | BRIEF OF AMICI CURIAE ACCOUNTING PROFESSORS IN SUPPORT OF APPELLANTS |
| 00512275157 | 06/14/2013 | MOTION BY APPELLANTS FOR LEAVE TO FILE SUPPLEMENTAL BRIEF |
| 00512283427 | 06/21/2013 | BRIEF OF AMICI CURIAE CERTIFIED PUBLIC ACCOUNTING SOCIETIES IN SUPPORT OF APPELLEES |
| 00512285313 | 06/24/2013 | MOTION AND INCORPORATED MEMORANDUM ON BEHALF OF BUSINESS ASSOCIATIONS FOR LEAVE TO REFILE AS AMICI CURIAE IN SUPPORT OF APPELLEES PURSUANT TO THE COURT'S ORDER OF JUNE 19, 2013 |
| 00512289363 | 06/27/2013 | MOTION BY APPELLANTS FOR LEAVE TO FILE SUPPLEMENTAL BRIEF |
| 00512331150 | 08/05/2013 | PLAINTIFFS-APPELLEES' OPPOSITION TO BP MOTION TO EXPEDITE APPEAL |

| No. 13-30315 U.S. District Court for the Eastern District of Louisiana | |
|---|---|
| Document | Description |
| National Geographic | Legal Notice of Proposed Class Action Settlement (Economic and Medical) as found in the July 2012 Issue (Vol. 222 No. 1). |
| Better Homes & Gardens | Legal Notice of Proposed Class Action Settlement (Economic and Medical) as found in the July 2012 Issue. |
| Bloomberg | May 8, 2012 online news article titled: Court Ordered Notice Program About Two Deepwater Horizon Oil Spill Settlements Is Initiated |
| BP Deepwater Horizon Claims Center website | Official Court-Authorized Website for the Economic and Property Damage Claims (MDL 2179 In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico): http://www.deepwaterhorizoneconomicsettlement.com/ |

## ARGUMENT

Rule 10(e) of the Federal Rules of Appellate Procedure allows for the correction of an appellate record either by agreement of the parties, by order of the district court, or by order of an appellate court. Fed. R. App. P. 10(e)(2). It states that any questions regarding the content of the record on appeal must be brought forth to the court of appeals. Fed. R. App. P. 10(e)(3).

Usually the correction of the record under Rule 10(e) does not permit appellate courts to add to the record materials that were not before the district court. *Kemlon Prod. and Dev. Co. v. U.S.*, 646 F.2d 223, 224 (5th Cir. 1981). However, under certain circumstances, and in the interest of justice,

appellate courts have an inherent equitable power to supplement the record on appeal to include information not presented to district courts. *Gibson v. Blackburn*, 744 F.2d 403, 405 n.3 (5th Cir. 1984) ("Although a court of appeals will not ordinarily enlarge the record to include material not before the district court, it is clear that the authority to do so exists."); *Moore's Federal Practice*, § 310.10[5][f], at 310-18 (3d ed. 2000)("In extraordinary situations, the circuit court may consider material not presented to the district court when it believes the interests of justice are at stake."); *Karaha Bodas Co. v. Perusahaan Perambangan Minyak Dan Gas Bumi Negara*, 2003 U.S. App. LEXIS 27765, at *13 (5th Cir. Mar. 5, 2003); *Schwartz v. Millon Air. Inc.*, 341 F.3d 1220, 1225 n.4 (11th Cir. 2003). Even new developments not considered by district courts, may be considered by appellate courts if they affect the consideration of issues before them. *In re Am. Biomaterials Corp.*, 954 F.2d 919, 922 (3d Cir. 1992); *Bryant v. Carlson*, 444 F.2d 353, 357 (9th Cir. 1971).

Parties desiring to rely on materials outside the record on appeal should bring a motion requesting an appellate court to take judicial notice of them. *Bayview Hunter Point Cmty. Advocates v. Metro Transp. Comm'n*, 366

F.3d 692, 702 n.5 (9th Cir. 2004).  The parties must demonstrate why the record on appeal should be expanded.

Appellate courts may decide on a case-by-case basis whether an appellate record should be supplemented. *Dakota Indus., Inc. v. Dakota Sportswear, Inc.*, 988 F.2d 61, 63 (8th Cir. 1993). Factors the courts may consider include determining "(1) whether the proffered addition would establish beyond any doubt the proper resolution of the pending issue; [and] (2) whether remanding the case to the district court for consideration of the additional material would be contrary to the interests of justice and the efficient use of judicial resources".  *See In re Capital Cities/ABC Inc.'s Application for Access to Sealed Transcripts,* 913 F.2d 89, 97 (3d Cir. 1990). Relying on these factors, the Fifth Circuit in *Gibson v. Blackburn,* 744 F.2d 403, 405 n.3 (5th Cir. 1984) allowed the record to be supplemented with photographic evidence used in a pretrial identification display after the district court had rendered its final judgment. Even if the requested material does not conclusively resolve an issue on appeal, courts may allow supplementation so as to make an informed decision. *Schwartz* at 1225 n.4.

Other appellate courts have permitted the supplementation of a record on appeal with new developments or post-judgment facts, which

demonstrate the appropriateness of doing so here. *See, Bryant* at 357 (court took judicial notice of new developments since an appeal, including filings, motions and orders in the district court and court of appeals, relevant administrative action of the Administrator of the United States Department of Health, Education and Welfare, and a decision of the California Supreme Court in a related matter); *In re Am. Biomaterials Corp.* at 922 (judicial notice taken of after-the-fact guilty pleas in affirming the district court's finding of embezzlement). Even in *McGowan Investors, LP v. Frucher*, 392 F. App'x 39 (3d Cir. 2010)(unpublished) the court took judicial notice of a release after the related federal class action settlement agreement was approved and claims were dismissed on the merits.

In addition to new developments, a court can also take judicial notice of another court's judicial action. *Karaha* at *13, citing *Maher v. Hyde*, 272 F.3d 83, n.3 (1st Cir. 2001); *Najjar v. Ashcroft,* 257 F.3d 1262, 1283 (11th Cir. 2001); *U.S. v. Jones,* 29 F.3d 1549, 1553-54 (11th Cir. 1994) (an appellate court may take judicial notice of another court's ruling for the purpose of recognizing the 'judicial act' that the order represents or the subject matter of the litigation and related filings.)

11

Throughout this case, the position has been that the process for developing and implementing the Settlement Agreement was transparent. However soon after its preliminary approval, ambiguities in the agreement quickly arose, especially as noted by the BCA Appellants in their reply memorandum to the district court in the fall of 2012. (Doc. 7863.) Where the Agreement was intended to reach a broad audience, it now represents a hodge-podge of extensive requirements that simply do not work together. The elements are unworkable because hundreds of interpretive issues previously resolved under a closed-door initiative have left claimants guessing as to which were decided, if any, in their favor. Yet Class Counsel is not the beneficiary to the Agreement. Nor can it negotiate an Agreement where some categories of claimants benefitted at the expense of others. Rather, resolution of the numerous interpretive issues affecting thousands of clients and their claims should have been resolved through hearings prior to, and not after, the Agreement was finalized. What is left behind, as shown by new developments in this case, are continued attempts to modify the Agreement in order to address unanticipated issues—a matter which even the BP defendants are challenging, as shown by recent filings in both the Eastern District of Texas and the 5th Circuit Court of Appeals. (See the

list of documents as noted in the tables above.) These new developments address whether (a) client claims are being fairly compensated under the Settlement Agreement, (b) Class Counsel has the authority to unilaterally change and interpret the language in the Settlement Agreement, and (c) claim eligibility categories can be modified with additional criteria under the Settlement Agreement such that claims once before considered eligible are now ineligible. *Id.* Such issues originate back to the extensive class notice, which clients were directed to under various legal advertisements released throughout the Gulf Coast area. (See the list of documents as noted in the tables above and attached as Exhibits 1-3.)

This federal case action is unique. It is one of the first instances where a settlement agreement was implemented *before* it was provided final approval by a district court. As such it provided the district court a exceptional opportunity to determine whether the Agreement—as intended—was actually successful or not. In fact between May and November 2012 the district court was obligated to serve as a guardian of the rights of absent class members by paying particular attention to the concerns of objectors—including the BCA Objectors—while overseeing the implementation of the Settlement Agreement before its final approval. *See,*

*Lane v. Facebook, Inc* ., 696 F.3d 811, 830 (9th Cir. 2012). Unfortunately the district court elected to ignore the valid concerns of the BCA Objectors, and as predicted by the BCA law firm, new developments emerged showing implementation problems with the Settlement Agreement. (*See* R. 7224; R. 7863; R. 7224 at pages 19-20 of 23; R. 8138; R. 8139.) Such developments, in the interest of justice, need to be brought forth to the Fifth Circuit Court of Appeals. Doing so will allow the Court to properly and fairly evaluate whether the district court's approval of the Settlement Agreement was valid or not.

## CONCLUSION

Based on the foregoing reasons, and in the interest of justice, BCA Appellants and their counsel respectfully request the Fifth Circuit Court of Appeals enter an Order allowing supplementation of the record in this appeal under Rule 10(e) of the Federal Rules of Appellate Procedure for the documents identified herein.

Dated: September 9, 2013.       Respectfully submitted,

                                /s/ Brent W. Coon

                                Brent W. Coon
                                Federal Bar No. 9308
                                Texas Bar No. 04769750
                                215 Orleans
                                Beaumont, Texas 77701
                                Tel.: (409) 835-2666 Fax:
                                (409) 835-1912

                                *Attorney for the
                                Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

1 hereby certify that the above and foregoing has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, which will send a notice of electronic filing to all counsel of record on September 9, 2013.

_/s/ Brent W. Coon_____

Brent W. Coon

Case: 12-30183 Document: 00512247288 Page: 210 Date Filed: 09/09/2013

## United States Court of Appeals
## for the Fifth Circuit

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010
**Case No. 12-31155 c/w No. 13-30095**

# EXHIBIT 1

THE
RIDDLE
of the Moving Stones

Eerie Skies of Epic Storms  50

Saving Lost Languages  60

Exploring Antarctica's Ice Caves  94

Russian Summer: Short and Bittersweet  116

4001954481

Case 2-12-cv-00163 Document 00122247233 Page 25 Date Filed 09/07/2013

VOL. 222 • NO. 1

# NATIONAL GEOGRAPHIC

*Are they beings that
have come up from deep
within the Earth?*
page 104



60

No more than a thousand people speak the Seri language in Mexico. Marcela Díaz
Félix is one of them. Here she uses a scarf for shade as she visits her father's grave.

## *July 2012*

**30 The Riddle of Easter Island**
How did the statues move? That question puzzles
archaeologists—and modern-day islanders.
*By Hannah Bloch Photographs by Randy Olson*

**50 Epic Storms**
Is that a spaceship? Or a mushroom cloud? Or a
strange skyscape whipped up by wild weather?
*By Jeremy Berlin Photographs by Mitch Dobrowner*

**60 Vanishing Voices**
A language goes silent every 14 days. That could
mean the end for words like *tradzy, azaac, khei-àt.*
*By Russ Rymer Photographs by Lynn Johnson*

**94 Life in an Icy Inferno**
The breakfast of scientists freezes in the
bowl. But weird microbes, possibly from
Earth's bowels, thrive in the hot soil of an
Antarctic volcano.
*By Olivia Judson Photographs by Carsten Peter*

**116 Russian Summer**
In vacation cottages the women are in
housedresses. The men, Speedos and
rubber boots. They brood, plant, party,
and restore their souls.
*By Cathy Newman Photographs by Jonas Bendiksen*

OFFICIAL JOURNAL OF THE NATIONAL GEOGRAPHIC SOCIETY

LEGAL NOTICE

# Deepwater Horizon Oil Spill

## *Economic and Property Damages Settlement*
### Providing Money to Individuals and Businesses

If you have economic loss or property damage because of the Deepwater Horizon oil spill, you could get money from a class action settlement with BP Exploration & Production Inc. and BP America Production Company ("BP"). Go to DeepwaterHorizonSettlements.com for more information, including information on how to file a claim.

### WHO IS INCLUDED IN THE ECONOMIC & PROPERTY DAMAGES SETTLEMENT?

The Economic and Property Damages ("E&PD") Settlement Class includes people, businesses, and other entities in the states of Louisiana, Alabama and Mississippi, and certain counties in Texas and Florida, that were harmed by the oil spill. The website DeepwaterHorizonSettlements.com has detailed descriptions and maps to help you determine whether a geographic location may be included in the E&PD Settlement. Additionally, you can call 1-866-992-6174 or e-mail questions@ DeepwaterHorizonEconomicSettlement.com to find out if a geographic location is included.

### WHAT DOES THE ECONOMIC & PROPERTY DAMAGES SETTLEMENT PROVIDE?

The E&PD Settlement makes payments for the following types of claims: (1) Seafood Compensation, (2) Economic Damage, (3) Loss of Subsistence, (4) Vessel Physical Damage, (5) Vessels of Opportunity Charter Payment, (6) Coastal Real Property Damage, (7) Wetlands Real Property Damage, and (8) Real Property Sales Damage. There is no limit on the total dollar amount of the E&PD Settlement; all qualified claims will be paid.

### HOW TO GET BENEFITS FROM THE ECONOMIC & PROPERTY DAMAGES SETTLEMENT

You need to submit a Claim Form to request a payment. You can get a copy of the various Claim Forms by visiting the website or by calling 1-866-992-6174. Claims can be submitted online or by mail. If you have questions about how to file your claim, you should call the toll-free number for assistance.

The deadline to submit most E&PD claims will be April 22, 2014 or six months after the E&PD Settlement becomes effective (that is, after the Court grants "final approval" and any appeals are resolved), whichever is later. There will be an earlier deadline to submit E&PD Seafood Compensation claims. The earlier deadline to submit Seafood Compensation claims will be 30 days after final approval of the Settlement by the United States District Court for the Eastern District of Louisiana (regardless of appeals). Actual claim filing deadlines will be posted on the website as they become available. Valid claims will be paid as they are approved, beginning shortly after the Court-Supervised Settlement Program commences. It is highly recommended that E&PD Settlement Class Members complete and submit their claim forms promptly. Please read the Medical Benefits Settlement notice because you may also be eligible for benefits from that settlement.

### YOUR OTHER OPTIONS

If you do not want to be legally bound by the E&PD Settlement, you must Opt Out or exclude yourself by **October 1, 2012** or you won't be able to sue BP over certain economic and property damage claims. If you stay in the E&PD Settlement, you may object to it by **August 31, 2012**. The Detailed Notice explains how to exclude yourself or object.

The Court will hold a hearing on **November 8, 2012** to consider whether to approve the E&PD Settlement. You or your own lawyer may ask to appear and speak at the hearing at your own cost. The Court will also consider Class Counsel fees, costs, and expenses including an interim payment of $75 million and additional awards equal to 6% of class claims and benefits paid. Class Counsel fees, costs and expenses under the Economic and Property Damages Settlement Agreement and the Medical Benefits Settlement Agreement jointly cannot exceed $600 million. Class members' payments will not be reduced if the Court approves the payment of Class Counsel fees, costs, and expenses because BP will separately pay these attorney fees, costs, and expenses.

## DeepwaterHorizonSettlements.com ▪ 1-866-992-6174

# Deepwater Horizon Oil Spill

## *Medical Benefits Settlement*

### Providing Benefits to Clean-Up Workers and Certain Gulf Coast Residents

If you have a medical claim related to the Deepwater Horizon oil spill, you could get benefits from a class action settlement with BP Exploration & Production Inc. and BP America Production Company ("BP"). Go to DeepwaterHorizonSettlements.com for more information, including information on how to file a claim.

### WHO IS INCLUDED IN THE MEDICAL BENEFITS SETTLEMENT?

The Medical Class includes (1) clean-up workers and (2) certain people who resided in specific geographic areas in coastal and wetlands areas along the Gulf Coast during specific periods in 2010. The website DeepwaterHorizonSettlements.com has detailed descriptions and maps to help you determine whether a geographic location may be included in one of these zones. Additionally, you can call 1-866-992-6174 or e-mail info@DeepwaterHorizonMedicalSettlement.com to find out if a geographic location is included.

### WHAT DOES THE MEDICAL BENEFITS SETTLEMENT PROVIDE?

The benefits of the Medical Benefits Settlement include: (1) payments to qualifying people for certain acute (short-term) and chronic (ongoing) medical conditions occurring after exposure to oil or chemical dispersants; (2) provision of periodic medical examinations to qualifying people; and (3) creation of a Gulf Region Health Outreach Program, consisting of projects to strengthen the healthcare system. Benefits (1) and (2) will be provided only after the Court grants final approval and any appeals are resolved.

### HOW TO GET BENEFITS FROM THE MEDICAL BENEFITS SETTLEMENT

You need to submit a Claim Form to request benefits. You can get a copy of the Claim Form by visiting the website or by calling 1-866-992-6174. Claims can be submitted by mail. If you have questions about how to file your claim, you should call the toll-free number for assistance.

The deadline for filing a Claim Form is one year after the Medical Benefits Settlement becomes effective (that is, after the Court grants "final approval" and any appeals are resolved). The exact date of the claim filing deadline will be posted on the website. It is highly recommended that Medical Class Members complete and submit their claim forms promptly. Please read the Economic and Property Damages Settlement notice because you may also be eligible for a payment from that settlement.

### YOUR OTHER OPTIONS

If you do not want to be legally bound by the Medical Benefits Settlement, you must Opt Out or exclude yourself by **October 1, 2012** or you won't be able to sue BP over certain medical claims. If you stay in the Medical Benefits Settlement, you may object to it by **August 31, 2012**. The Detailed Notice explains how to exclude yourself or object.

The Court will hold a hearing on **November 8, 2012** to consider whether to approve the Medical Benefits Settlement. You or your own lawyer may ask to appear and speak at the hearing at your own cost. Class Counsel will ask the Court to consider an award of fees, costs, and expenses of 6% of the value of the benefits actually provided under the Medical Benefits Settlement Agreement. Class Counsel fees, costs, and expenses under the Medical Benefits Settlement Agreement and the Economic and Property Damages Settlement Agreement jointly cannot exceed $600 million. Class members' payments will not be reduced if the Court approves the payment of Class Counsel fees, costs, and expenses because BP will separately pay these attorney fees, costs, and expenses.

## DeepwaterHorizonSettlements.com ▪ 1-866-992-6174

# United States Court of Appeals
## for the Fifth Circuit

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010
### Case No. 12-31155 c/w No. 13-30095

# EXHIBIT 2



# etter Homes and Gardens.

## we love a bargain
### Create Great Style for Less!

**Designer Secrets for High-Style, Low-Cost Updates**

**New Spins on Summer Favorites— Burgers, Dogs, and Shakes**

**Easy Refreshes with Paint and Fabric**

CUYAHOGA COUNTY PUBLIC LIBRARY

4001954438

PARMA SOUTH BRANCH
7335 RIDGE ROAD
PARMA OH 44129
C16
CE89
P0023
004A

#BXBBFCK *********CR-LOT 00360-C026
#BH013391875771#
0E172

# contents july 2012

CONTINUED FROM PAGE 1

## fresh

**13 IDEAS**
An Olympics party, nice nautical touches, and more.

**18 LIVING**
Serve up a happy hour with friends for less than $75.

## home

**33 DRIFTWOOD GRAYS**
Think warm and weathered if you decide to go gray.

**39 MAKE IT LOOK LIKE YOU SPLURGED**
You might be surprised how little cash a makeover takes.

**45 PLAYING THE ODDS & ENDS**
A budget-savvy mom rescues clearance items and castoffs.

**54 TRADE-UP VALUE**
One step at a time was the key to this kitchen overhaul.

## garden

**81 YARD GAIN**
Sometimes outdoor spaces need some stretching, too.

**90 KNOW-HOW**
New life in old tools, spray-on wood stain, and more.

## style

**101 FASHION**
Bold combos are easy on the eyes—and on the budget.

**106 MAKE A SPLASH**
Makeup that won't take a dive when you take a dip.

## in every issue

**4 BETWEEN FRIENDS**
**4 IN YOUR WORDS**
**175 RESOURCES**
**186 I DID IT**

## food

**121 CORN GETS FRESH**
On the cob or off, it's at its scrumptious best right now.

**130 DELICIOUS ON $1**
Why toss? Layering creates a distinctive, delicious salad.

**132 KNOW-HOW**
Perfect grilled veggies, party brunch shortcuts, and more.

**150 PRIZE TESTED RECIPES²**
Bourbon-Sauced Pork Chops; Cherry Crunch Pie; Salted Almond Praline Tart.

## better

**155 NOW**
Deals on summer produce, free kids' activities, and more.

**HEALTH**

**161 KEEP THE CHANGE**
Four surefire ways to break out of your routine.

**163 SUMMER HEALTH HANDBOOK**
From bugs to bears, how to avoid seasonal hazards.

**FAMILY**

**172 FREE FOR ALL**
Treat your kids to a great time on little (or no) money.

## reader shopping

**99 'APHRODITE' FRAGRANT HOSTA**

**184 THE FIRST THORNLESS RASPBERRY**



54

**The bargain table:** Split a single market bouquet among simple glass bottles. Paint a pair of planks on the table for an awning-type stripe. Fray the edges of fabric remnants for napkins as cool and casual as cutoff jeans. For a July Fourth take, see page 13.

PHOTO: CAMERON SADEGHPOUR; STYLING: PAUL LOWE

# Deepwater Horizon Oil Spill

## *Economic and Property Damages Settlement*

### Providing Money to Individuals and Businesses

If you have economic loss or property damage because of the Deepwater Horizon oil spill, you could get money from a class action settlement with BP Exploration & Production Inc. and BP America Production Company ("BP"). Go to DeepwaterHorizonSettlements.com for more information, including information on how to file a claim.

#### WHO IS INCLUDED IN THE ECONOMIC & PROPERTY DAMAGES SETTLEMENT?

The Economic and Property Damages ("E&PD") Settlement Class includes people, businesses, and other entities in the states of Louisiana, Alabama and Mississippi, and certain counties in Texas and Florida, that were harmed by the oil spill. The website DeepwaterHorizonSettlements.com has detailed descriptions and maps to help you determine whether a geographic location may be included in the E&PD Settlement. Additionally, you can call 1-866-992-6174 or e-mail questions@DeepwaterHorizonEconomicSettlement.com to find out if a geographic location is included.

#### WHAT DOES THE ECONOMIC & PROPERTY DAMAGES SETTLEMENT PROVIDE?

The E&PD Settlement makes payments for the following types of claims: (1) Seafood Compensation, (2) Economic Damage, (3) Loss of Subsistence, (4) Vessel Physical Damage, (5) Vessels of Opportunity Charter Payment, (6) Coastal Real Property Damage, (7) Wetlands Real Property Damage, and (8) Real Property Sales Damage. There is no limit on the total dollar amount of the E&PD Settlement; all qualified claims will be paid.

#### HOW TO GET BENEFITS FROM THE ECONOMIC & PROPERTY DAMAGES SETTLEMENT

You need to submit a Claim Form to request a payment. You can get a copy of the various Claim Forms by visiting the website or by calling 1-866-992-6174. Claims can be submitted online or by mail. If you have questions about how to file your claim, you should call the toll-free number for assistance.

The deadline to submit most E&PD claims will be April 22, 2014 or six months after the E&PD Settlement becomes effective (that is, after the Court grants "final approval" and any appeals are resolved), whichever is later. There will be an earlier deadline to submit E&PD Seafood Compensation claims. The earlier deadline to submit Seafood Compensation claims will be 30 days after final approval of the Settlement by the United States District Court for the Eastern District of Louisiana (regardless of appeals). Actual claim filing deadlines will be posted on the website as they become available. Valid claims will be paid as they are approved beginning shortly after the Court-Supervised Settlement Program commences. It is highly recommended that E&PD Settlement Class Members complete and submit their claim forms promptly. Please read the Medical Benefits Settlement notice because you may also be eligible for benefits from that settlement.

#### YOUR OTHER OPTIONS

If you do not want to be legally bound by the E&PD Settlement, you must Opt Out or exclude yourself by **October 1, 2012** or you won't be able to sue BP over certain economic and property damage claims. If you stay in the E&PD Settlement, you may object to it by **August 31, 2012**. The Detailed Notice explains how to exclude yourself or object.

The Court will hold a hearing on **November 8, 2012** to consider whether to approve the E&PD Settlement. You or your own lawyer may ask to appear and speak at the hearing at your own cost. The Court will also consider Class Counsel fees, costs, and expenses including an interim payment of $75 million and additional awards equal to 6% of class claims and benefits paid. Class Counsel fees, costs and expenses under the Economic and Property Damages Settlement Agreement and the Medical Benefits Settlement Agreement jointly cannot exceed $600 million. Class members' payments will not be reduced if the Court approves the payment of Class Counsel fees, costs, and expenses because BP will separately pay these attorney fees, costs, and expenses.

# Deepwater Horizon Oil Spill

## Medical Benefits Settlement

### Providing Benefits to Clean-Up Workers and Certain Gulf Coast Residents

If you have a medical claim related to the Deepwater Horizon oil spill, you could get benefits from a class action settlement with BP Exploration & Production Inc. and BP America Production Company ("BP"). Go to DeepwaterHorizonSettlements.com for more information, including information on how to file a claim.

#### WHO IS INCLUDED IN THE MEDICAL BENEFITS SETTLEMENT?

The Medical Class includes (1) clean-up workers and (2) certain people who resided in specific geographic areas in coastal and wetlands areas along the Gulf Coast during specific periods in 2010. The website DeepwaterHorizonSettlements.com has detailed descriptions and maps to help you determine whether a geographic location may be included in one of these zones. Additionally, you can call 1-866-992-6174 or e-mail info@DeepwaterHorizonMedicalSettlement.com to find out if a geographic location is included.

#### WHAT DOES THE MEDICAL BENEFITS SETTLEMENT PROVIDE?

The benefits of the Medical Benefits Settlement include (1) payments to qualifying people for certain acute (short-term) and chronic (ongoing) medical conditions occurring after exposure to oil or chemical dispersants; (2) provision of periodic medical examinations to qualifying people; and (3) creation of a Gulf Region Health Outreach Program, consisting of projects to strengthen the healthcare system. Benefits (1) and (2) will be provided only after the Court grants final approval and any appeals are resolved.

#### HOW TO GET BENEFITS FROM THE MEDICAL BENEFITS SETTLEMENT

You need to submit a Claim Form to request benefits. You can get a copy of the Claim Form by visiting the

website or by calling 1-866-992-6174. Claims can be submitted by mail. If you have questions about how to file your claim, you should call the toll-free number for assistance.

The deadline for filing a Claim Form is one year after the Medical Benefits Settlement becomes effective (that is, after the Court grants final approval and any appeals are resolved). The exact date of the claim filing deadline will be posted on the website. It is highly recommended that Medical Class Members complete and submit their claim forms promptly. Please read the Economic and Property Damages Settlement notice because you may also be eligible for a payment from that settlement.

#### YOUR OTHER OPTIONS

If you do not want to be legally bound by the Medical Benefits Settlement, you must Opt Out or exclude yourself by **October 1, 2012** or you won't be able to sue BP over certain medical claims. If you stay in the Medical Benefits Settlement, you may object to it by **August 31, 2012**. The Detailed Notice explains how to exclude yourself or object.

The Court will hold a hearing on **November 8, 2012** to consider whether to approve the Medical Benefits Settlement. You or your own lawyer may ask to appear and speak at the hearing at your own cost. Class Counsel will ask the Court to consider an award of fees, costs, and expenses of 6% of the value of the benefits actually provided under the Medical Benefits Settlement Agreement. Class Counsel fees, costs, and expenses under the Medical Benefits Settlement Agreement and the Economic and Property Damages Settlement Agreement jointly cannot exceed $600 million. Class members' payments will not be reduced if the Court approves the payment of Class Counsel fees, costs, and expenses because BP will separately pay these attorney fees, costs, and expenses.

**DeepwaterHorizonSettlements.com • 1-866-992-6174**

# United States Court of Appeals
## for the Fifth Circuit

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010
### Case No. 12-31155 c/w No. 13-30095

# EXHIBIT 3

Bloomberg.com
Businessweek.com
Bloomberg TV
Premium

- Professional Products
- Bloomberg Anywhere
- Bloomberg Tradebook

Industry Products

- Bloomberg Briefs
- Bloomberg Government
- Bloomberg Law
- Bloomberg BNA
- Bloomberg New Energy Finance
- Bloomberg Sports

Enterprise Products

- Compliance Solutions
- Data Solutions
- Technology Solutions
- Trading Solutions

- Register
- Sign In

**Market Snapshot**

- U.S.
- Europe
- Asia

| Ticker | Volume | Price | Price Delta |
|---|---|---|---|
| DJIA | 14,824.51 | 48.38 | 0.33% |
| S&P 500 | 1,634.96 | 4.48 | 0.27% |
| NASDAQ | 3,593.35 | 14.83 | 0.41% |

| Ticker | Volume | Price | Price Delta |
|---|---|---|---|
| STOXX 50 | 2,742.61 | -6.66 | -0.24% |
| FTSE 100 | 6,430.06 | -10.91 | -0.17% |
| DAX | 8,157.90 | -84.66 | -1.03% |

| Ticker | Volume | Price | Price Delta |
|---|---|---|---|
| NIKKEI | 13,338.46 | -203.91 | -1.51% |
| TOPIX | 1,114.03 | -19.99 | -1.76% |
| HANG SENG | 21,524.65 | -350.12 | -1.60% |

from the world's
coral reefs.

[Bloomberg](#)

- [Our Company](#)
- [Professional](#)
- [Anywhere](#)

[Search News, Quotes and]

- [Home](#)
  - [Bloomberg Homepage](#)
  - [More](#)
  - [Mobile Apps](#)
  - [Businessweek.com](#)
  - [Insights Series](#)
  - [Bloomberg Blog](#)
- [Quick](#)
- [News](#)
  - [Top Headlines](#)
  - [Most Popular](#)
  - [Exclusive](#)
  - [Law](#)
  - [Entrepreneurs](#)
  - [Leaders](#)
  - [Arts & Culture](#)
  - [Economy](#)
  - [Environment](#)
  - [Science](#)
  - [Sports](#)
  - [Markets Magazine](#)
  - [Regions](#)
    - [U.S.](#)
    - [China](#)
    - [Europe](#)
    - [Asia](#)
    - [U.K. & Ireland](#)
    - [Australia & New Zealand](#)
    - [Canada](#)
    - [India & Pakistan](#)
    - [Japan](#)
    - [Africa](#)
    - [Eastern Europe](#)
    - [More Regions](#)
  - [Markets](#)
    - [Commodities](#)

- Currencies
- Bonds
- Stocks
- Energy Markets
- Municipal Bonds
- Emerging Markets
- Funds
- Islamic Finance
- More Markets
  - Industries
    - Energy
    - Technology
    - Real Estate
    - Finance
    - Health Care
    - Transportation
    - Insurance
    - Retail
    - Media
    - More Industries
- Opinion
  - Editorials
  - Columns
  - Op-Eds
  - Business Class
  - Echoes
  - The Ticker
  - World View
- Market Data
  - Stocks
    - Stock Futures
    - World Indexes
    - Gainers & Losers
    - Regional Indexes
    - Earnings
  - Rates & Bonds
    - Government Bonds
    - Corporate Bonds
    - Key Rates
  - Commodities
    - Commodity Futures
    - Energy Prices
  - Currencies
    - World Currencies
    - Foreign Exchange Rates
  - ETFs
  - Mutual Funds
  - Economic Calendar

- ○ Forex Trading Videos
- Personal Finance
  - ○ Overview
    - Saving & Investing
    - Real Estate
    - Retirement Planning
    - Financial Advisers
    - Taxes
    - Real Cost Of
    - Money Gallery
    - Insurance & Health
    - Portfolio Impact
    - Calculators
    - Portfolio Tracker
- Tech
  - ○ Overview
    - Social Media
    - Mobile & Wireless
    - Web
    - Enterprise Tech
    - TV, Games & Movies
    - Apple
    - Tech Deals
    - Tech Blog
    - Slideshows
    - Videos
- Politics
  - ○ Overview
    - Elections
    - White House
    - Congress
    - State & Local
    - Political Capital
    - Videos
    - Live Blogs
- Sustainability
  - ○ Overview
    - Energy
    - Corporate Sustainability
    - Policy
    - Natural Resources
    - Health & Population
    - Slideshows
    - Videos
    - Blog: The Grid
- TV
  - ○ Live TV
  - ○ Channel Finder

- ○ Personalities
- ○ iPad App
- ○ Schedule
  - ▪ U.S.
  - ▪ Asia
  - ▪ Europe
- ○ Shows
  - ▪ Surveillance
  - ▪ Market Makers
  - ▪ Lunch Money
  - ▪ Street Smart
  - ▪ Bloomberg West
  - ▪ Game Changers
  - ▪ More Shows
- • Video
  - ○ Must See
  - ○ Latest
  - ○ Most Watched
  - ○ Interviews
- • Radio
  - ○ Live Radio
  - ○ Shows
  - ○ Schedule
  - ○ Personalities
  - ○ Podcasts
    - ▪ First Word
    - ▪ Surveillance
    - ▪ Taking Stock
    - ▪ More Podcasts

# Court Ordered Notice Program About Two Deepwater Horizon Oil Spill Settlements Is Initiated

```
Court Ordered Notice Program About Two Deepwater Horizon Oil Spill Settlements
                              Is Initiated

PR Newswire

NEW ORLEANS, May 8, 2012
```

NEW ORLEANS, May 8, 2012 /PRNewswire/ -- A notification effort ordered by the United States District Court for the Eastern District of Louisiana is beginning today to notify people, businesses and other entities about two separate proposed settlements with BP Exploration & Production Inc. and BP America Production Company ("BP") related to the Deepwater Horizon oil spill. BP has estimated the cost of the proposed settlement to be approximately $7.8 billion. The total amount BP will pay to settle valid claims is uncapped, and

the ultimate cost will depend on the actual outcomes of the court-supervised
claims processes.

People may be affected by one or both settlements. In each settlement, Class
Members have separate legal rights and options, including submitting claims
for benefits, opting out or objecting to each settlement.

The Economic and Property Damages Settlement (or "E&PD Settlement") includes
people, businesses and other entities who live, work, conduct business
operations and/or own/lease property in the states of Louisiana, Mississippi,
and Alabama, along with specified Texas and Florida counties. The E&PD
Settlement generally covers the following types of claims: 1) Seafood
Compensation; 2) Economic Loss; 3) Loss of Subsistence; 4) Vessel Physical
Damage; 5) Vessels of Opportunity Charter Payment; 6) Coastal Real Property
Damage; 7) Wetlands Real Property Damage; and 8) Real Property Sales Damage.
In addition to compensation for actual damage, payments to eligible claimants
may include a multiplier related to unknown future damage.

The Medical Benefits Settlement (or "Medical Settlement") includes "Clean-Up
Workers" and people who resided during specified periods in 2010 in specific
coastal areas and wetlands areas. Medical Settlement benefits include (a)
payments for Specified Physical Conditions including reimbursement of hospital
expenses, (b) a 21-year Periodic Medical Consultation Program, and (c) a $105
million Gulf Region Health Outreach Program, available to all Gulf residents,
Class Members and non-Class Members alike, in order to strengthen healthcare
capacity and increase health literacy throughout the region.

Detailed information on the two settlements can be found at the settlement
website, DeepwaterHorizonSettlements.com. The website has detailed maps that
allow users to see if a geographic location may be included within one or more
zones.

Notices will be mailed to known potential Class Members and are scheduled to
appear in thousands of media outlets over the next 60 days in English, Spanish
and Vietnamese. Notices are to appear in Gulf Coast daily newspapers, print
publications, television and radio spots and on Internet websites. A parallel
nationwide media effort includes well-read consumer magazines, trade
publications and highly-trafficked Internet websites.

The Court has appointed Stephen J. Herman (Lead Class Counsel), James
Parkerson Roy (Lead Class Counsel), Brian H. Barr, Jeffery A. Breit, Elizabeth
J. Cabraser, Philip F. Cossich, Jr., Robert T. Cunningham, Alphonso Michael
Espy, Calvin C. Fayard, Jr., Robin L. Greenwald, Ervin A. Gonzalez, Rhon E.
Jones, Matthew E. Lundy, Michael C. Palmintier, Joseph F. Rice, Paul M.
Sterbcow, Scott Summy, Mikal C. Watts and Conrad S. P. Williams as Proposed
Settlement Class Counsel to represent each of the Settlement Classes.

Class Members can submit a claim to either or both Settlements, or they can
ask to be excluded from, or object to, either or both Settlements. The
deadline to object to either or both settlements is August 31, 2012. The
deadline to request exclusion from either or both settlements is October 1,
2012.

The deadline to submit most E&PD claims will be April 22, 2014 or six months
after the E&PD Settlement becomes effective (that is, after the Court grants
"final approval" and any appeals are resolved), whichever is later. There will
be an earlier deadline to submit E&PD Seafood Compensation claims. The earlier
deadline to submit Seafood Compensation claims will be 30 days after final
approval of the Settlement by the United States District Court for the Eastern
District of Louisiana (regardless of appeals). The deadline to submit Medical

Benefits claims is one year after the Medical Settlement becomes effective
(that is, after the Court grants "final approval" and any appeals are
resolved). Exact claim filing deadlines will be posted on the website as they
become available.

With the exception of some Seafood Compensation Program claims, eligible E&PD
Settlement claims will be paid on a rolling basis and E&PD Settlement
claimants may receive payments before the Court considers whether to grant
final approval. Medical Settlement benefits will not be issued until after the
Court grants final approval and any appeals are resolved.

A toll-free number, 1-866-992-6174 has been established in the case known as
In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on
April 20, 2010, MDL No. 2179, along with a website,
DeepwaterHorizonSettlements.com where notices, each Settlement Agreement and
other documents may be obtained.

Case #2:10-MD-02179-CJB-SS

SOURCE United States District Court for the Eastern District of Louisiana

- 
- Tweet {0}
- Share
- More
    - Business Exchange
    - Buzz up!
    - Digg
- Print
- Email

Sponsored Links
Advertisement



WATCH THAILAND ATTRACTS:
ASIA'S BUSINESS

Saturday | 10:30am & 7:30pm (EDT)
Sunday | 10:30am & 4:30pm (EDT)

Bloomberg
TELEVISION

Advertisements

FOREX.com

Sponsored Links

## Official Settlement Site

www.deepwaterhorizonsettlements.com

Deepwater Horizon Settlements. Official Court-Authorized website.

## FileCenter from Lucion

www.lucion.com/FileCenter

Scan. Organize. Edit. Go Paperless! On Sale Now.

## What is Your Claim Worth?

www.Personal-Injury-Help.us

*Free* Ask a Local Lawyer Now Be Rewarded for Pain & Suffering!

AdChoices [>

Advertisement

Bloomberg

- Radio
- Live TV

## Bloomberg.com

- News
- Opinion
- Markets
- Personal Finance
- Tech
- Sustainability
- TV
- Video
- Radio
- Archives

## About

- About Bloomberg
- Careers
- Advertising
- Press Room
- Trademarks
- Terms of Service
- Privacy Policy

## Support and Contact

- Customer Support Contact
- Feedback
- Help
- Sitemap

## Stay Connected

- Twitter
- Facebook
- Linked In
- google+
- StumbleUpon

## Bloomberg Terminal

- Professional
- Anywhere

## Related Bloomberg Sites

- Bloomberg Businessweek
- Bloomberg Institute
- ブルームバーグ(日本語)
- 会社概要(日本語)
- 关于彭博中国

- Bloomberg Markets Magazine
- Bloomberg Open Symbology
- Bloomberg Link
- Bloomberg Blog
- Bloomberg Press

## Bloomberg Premium Services

- Bloomberg Briefs
- Bloomberg Government
- Bloomberg Law
- Bloomberg BNA

- Bloomberg New Energy Finance
- Bloomberg Sports

## Mobile Apps

- Bloomberg
- Bloomberg Radio+
- Bloomberg TV+
- Bloomberg Businessweek+

©2013 BLOOMBERG L.P. ALL RIGHTS RESERVED.
Jobs by Indeed ⊕ Rate this Page Made in NYC Ad Choices
Q
What is the queue?

Case: 2:10-md-02179-CJB-DPC Document 22065 Filed 12/24/16 Page 43 of 43
Case: 12-31165  Document: 00512367284  Page: 41  Date Filed: 09/09/2013

More »Items In Your queue

## This is your Bloomberg Queue

The queue will help you find news, save stories for later and take them with you

Learn MoreClose
More » New Suggestions