UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION "J" |
| This Document Relates To:<br>12-970 | * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

NOTICE OF APPEAL

Notice is hereby given that BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively, "BP"), defendants in *Bon Secour Fisheries Inc., et al. v. BP Exploration & Production Inc., et al.*, No. 12-970, appeal to the United States Court of Appeals for the Fifth Circuit from the Order & Reasons [Responding to Remand of Business Economic Loss Issues] entered on December 24, 2013 [D.E. 12055]. This protective notice of appeal is filed in an abundance of caution; BP recognizes that the Court of Appeals has retained jurisdiction over appeal No. 13-30315, to which this relates.

December 26, 2013

Respectfully submitted,

   /s/ Kevin M. Downey
Kevin M. Downey
F. Lane Heard III

James J. Neath
Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX 77079
Telephone: (281) 366-2000
Telefax: (312) 862-2200

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Telefax: (202) 434-5029

   /s/ Don K. Haycraft

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, NW

S. Gene Fendler (Bar #05510)
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS

Washington, DC 20004  
Telephone: (202) 942-5000  
Telefax: (202) 942-5999  

Robert C. "Mike" Brock  
COVINGTON & BURLING LLP  
1201 Pennsylvania Avenue, NW  
Washington, DC 20004  
Telephone: (202) 662-5985  
Telefax: (202) 662-6291  

Jeffrey Lennard  
Keith Moskowitz  
SNR DENTON  
233 South Wacker Drive  
Suite 7800  
Chicago, IL 60606  
Telephone: (312) 876-8000  
Telefax: (312) 876-7934  

*OF COUNSEL*

701 Poydras Street, Suite 5000  
New Orleans, Louisiana 70139  
Telephone: (504) 581-7979  
Telefax: (504) 556-4108  

Richard C. Godfrey, P.C.  
J. Andrew Langan, P.C.  
David J. Zott, P.C.  
Jeffrey J. Zeiger  
Wendy L. Bloom  
KIRKLAND & ELLIS LLP  
300 North LaSalle Street  
Chicago, IL 60654  
Telephone: (312) 862-2000  
Telefax: (312) 862-2200  

Jeffrey Bossert Clark  
Steven A. Myers  
KIRKLAND & ELLIS LLP  
655 Fifteenth Street, N.W.  
Washington, D.C. 20005  
Telephone: (202) 879-5000  
Telefax: (202) 879-5200  

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP P.L.C.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of December, 2013.

                                                 /s/ Don K. Haycraft  
                                                 Don K. Haycraft