UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | § | MDL No. 2179 |
| "Deepwater Horizon" in the | § | |
| Gulf of Mexico, on | § | SECTION: "J" |
| April 20, 2010 | § | |
| | § | Judge Barbier |
| This Document Relates to: All Cases | § | |
| | § | |
| (includes No. 2:10-cv-08888-CJB-SS) | § | Mag. Judge Shushan |

<u>ORDER</u>

Considering the Motion For Acceptance of Short Form Joinder Filed Beyond The September 16, 2011 Deadline and Supporting Memorandum of Law:

It is ORDERED that the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby GRANTED and the Short Form Joinder filed by Claimant Captain Carlos T. Lince, into the record of Civil Action No. 10-08888, shall be considered timely filed claims in the Transocean Limitation (Civil Action No. 10-2771, by way of Civil Action No. 10-8888), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pre-Trial Order Nos. 24 and 25.

Signed on _____, 20_____.

_____
Honorable Carl J. Barbier
U.S. District Court Judge