UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | JUDGE BARRIER<br>MAG. JUDGE SHUSHAN |

**MOTION TO SEAL JOINT MOTION TO MODIFY
ORDER APPROVING PROCEDURE FOR PAYMENT OF CERTAIN
CLAIMS OF CLIENTS OF THE ANDRYLERNER LAW FIRM**

**COME NOW** Special Master Louis J. Freeh and the AndryLerner LLC ("Law Firm"), who move this Seal to the Joint Motion to Modify Order Dated December 19, 2013 Approving Procedure for Payment of Certain Claims of Clients of Law Firm ("Joint Motion"), state as follows:

1.  On July 2, 2013, the Court appointed the Special Master under Rule 53, Federal Rules of Civil Procedure, to conduct an investigation of certain issues that had arisen in connection with the Deepwater Horizon Court Supervised Settlement Program ("CSSP").

2.  On September 6, 2013, the Court directed the Special Master to examine and investigate any past or pending claims submitted to the CSSP which it deemed to be suspicious.

3.  The Special Master has filed a Motion to Approve Procedure for Payment of Certain Claims of the AndryLerner Law Firm ("Motion"). This Court, on December 19, 2013 granted the Motion of the Special Master.

4.  The Special Master and Law Firm are filing a Joint Motion to Modify the Court's Order of December 19, 2013 involving claims represented by Law Firm. The documents

concerning the Joint Motion shall be provided to the Special Master, the Claims Administrator, and counsel for the partners of this special law firm.

5. The Joint Motion relates to the Order and Motion incident to such order that was filed under seal.

6. For these reasons, the parties respectfully requests that this motion and the accompanying papers be filed under seal, except that copies of such Motion and accompanying papers shall be provided to counsel for the Special Master, the Claims Administrator, as well as to counsel for the partners of Law Firm.

Dated: December 30, 2013

Respectfully submitted:

RESPECTFULLY SUBMITTED:

BY: */s/Douglas S. Draper*
Douglas S. Draper (La. Bar #5073)
Heller, Draper, Patrick & Horn, LLC
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: (504) 299-3300
Facsimile: (504)299-3399
ddraper@hellerdraper.com

**AND**

BY: */s/ Louis J. Freeh*
Louis J. Freeh
Special Master

{00338655-2}

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Seal Motion to Modify Order Approving Procedure for Payment of Certain Claims of Clients of the AndryLerner Law Firm has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 1, and that the foregoing was electrically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of December, 2013.

*/s/Douglas S. Draper*
Douglas S. Draper