UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | JUDGE BARRIER<br>MAG. JUDGE SHUSHAN |

## ORDER

AND NOW this _____ day of December, 2013, the Court ORDERS that the accompanying papers shall be filed by the Clerk of Court UNDER SEAL.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

{00338703-1}

1