# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | JUDGE BARRIER<br>MAG. JUDGE SHUSHAN |

## NOTICE OF FILING UNDER SEAL

**NOW INTO COURT,** through undersigned counsel, comes AndryLerner, LLC and Louis J. Freeh, Special Master, who pursuant to the Court's Standing Order regarding filing documents under seal, respectfully represents that it has filed under seal a *Joint Motion to Modify the Court's Order Dated December 19, 2013 Approving Procedure for Payment of Certain Claims of Clients of the AndryLerner Law Firm*.

Dated: December 30, 2013

                                                Respectfully submitted:

                                                RESPECTFULLY SUBMITTED:
                                                BY: */s/Douglas S. Draper*
                                                Douglas S. Draper (La. Bar #5073)
                                                Heller, Draper, Patrick & Horn, LLC
                                                650 Poydras Street, Suite 2500
                                                New Orleans, LA  70130
                                                Telephone: (504) 299-3300
                                                Facsimile: (504)299-3399
                                                ddraper@hellerdraper.com

                                                **AND**

                                                BY: */s/ Louis J. Freeh*
                                                Louis J. Freeh
                                                Special Master

{00338702-1}

1