# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBER |
|---|---|---|
| Alice and Netts Snack and Clothing | 11/05/13 | 136441 |
| LeFlore, Burton R. | 11/13/13 | 136473 |
| Law, Sulina M. | 11/13/13 | 136474 |
| Crenshaw, Kevin | 12/18/13 | 136528 |
| Walker, Jerome Otis | 12/19/13 | 136529 |
| Ward, Demetrius | 12/19/13 | 136530 |
| Marshall, Tony Lorenzo | 12/19/13 | 136531 |
| Young, Kizzy Elizabeth | 12/19/13 | 136532 |