# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBER |
|---|---|---|
| The Sound Council, LLC dba TSC Productions | 11/15/13 | 136477 |
| Phan, Thong Q. (AMENDED) | 12/04/13 | 136482 |