IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION "J" |
| THIS DOCUMENT RELATES TO: <br><br> **Case No.: 2:13-cv-6730** | JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |

## 1447(b) NOTICE OF COMPLIANCE

NOW INTO COURT, through undersigned counsel, comes defendant, John D. Naples, in compliance with 28 U.S.C. 1447(b), and on the direction of this Court, and provides the following:

1. A list of all parties still remaining in this action:

    a. Larry Griffin Towing Co., Inc.

    b. John D. Naples

2. Copies of all pleadings filed by those parties in the state court and the return service of process are attached hereto as Exhibit "A"

(SIGNATURE ON NEXT PAGE)

Respectfully submitted,

/s/ Paul A. Dominick

Paul A. Dominick Fed ID No. 577
William C. McNair Fed ID No. 11571
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC 29402
PHONE: 843.577.9440
FACSIMILE: 843.720.1777
PDominick@nexsenpruet.com
CMcnair@nexsenpruet.com

And

Douglas M. Schmidt Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE: 504.482.5711
FACSIMILE: 504.482.5755
Dglsschmdt@yahoo.com

December 31, 2013

Attorneys for Defendant
John D. Naples

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing **1447(b) NOTICE OF COMPLIANCE** will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of December, 2013.

/s/ Paul A. Dominick
Paul A. Dominick