IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION J |
| | * | |
| This document relates to: All Cases | * | Honorable CARL J. BARBIER |
| | * | Magistrate Judge SHUSHAN |
| | * | |

## ORDER

Considering Emeril's Homebase, LLC's Motion and Incorporated Memorandum In Support to File Under Seal Its Motion, Memorandum, and Exhibits:

**IT IS HEREBY ORDERED**, that Emeril's Homebase, LLC's Motion to File under Seal is **GRANTED**; and it is further **ORDERED** its Motion, Memorandum, and Exhibits, be filed under seal pending further order of the Court.

**FURTHER ORDERED** that any response to Emeril's Homebase, LLC's Motion, Memorandum, and Exhibits shall be filed no later than Monday, February 3, 2014.

New Orleans, Louisiana this 2nd day of January, 2014.

_____
United States District Judge