**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | **MDL NO. 2179** |
| | * | |
| | * | |
| | * | **SECTION J** |
| | * | |
| This document relates to all actions. | * | |
| | * | |
| | * | **Honorable CARL J. BARBIER** |
| | * | |
| | * | |
| | * | **Magistrate Judge SHUSHAN** |
| | * | |

**JOINT DESIGNATIONS OF RECORD ON APPEAL
IN FIFTH CIRCUIT CASE NO. 13-31220**

**(counsel listed at end of filing)**

The parties adopt the designations previously filed in No. 13-30315.  *See* Joint Designations of Record on Appeal in Fifth Circuit Case No. 13-30315 (Doc. No. 9547), *In re: Deepwater Horizon*, MDL No. 2179 (E.D.La. Apr. 25, 2013).  In addition, the parties supplement those designations with the following record entries.

**MDL 2179 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 8392 | 01/29/2013 | MOTION of Review and Clarification by H. Freddie Boothe, Jr. (Attachments: # 1 Exhibits)(Reference: 12-970, all cases)(gec, ) (Entered: 01/29/2013) |
| MDL 2179 | 9150 | 04/04/2013 | **DEFICIENT** RESPONSE to Motion filed by Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Agreement re 8392 MOTION of Review and Clarification by Claimant H. Freddie Boothe, Jr.. (Reference: All Cases, Including 12-970)(Greer, Lynn) Modified on 4/5/2013 (gec, ). (Entered: 04/04/2013) |
| MDL 2179 | 9256 | 04/09/2013 | REPLY to Response to Motion filed by H. Freddie Boothe, Jr. re 8392 MOTION of Review and Clarification. (Attachments: # 1 Exhibit)(Reference: ALL CASES, 12-970)(gec, ) (Entered: 04/11/2013) |
| MDL 2179 | 9836 | 05/08/2013 | TRANSCRIPT of Hearing on motions held on April 5, 2013 before Judge Carl Barbier. Court Reporter/Recorder Karen Ibos, Telephone number 504-589-7776. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 8/6/2013. (Reference: 12-970 and 13-492)(rsg) (Entered: 05/08/2013) |
| MDL 2179 | 9907 | 05/13/2013 | STATUS REPORT No. 9 by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement on the Status of Claims Review by Lynn C Greer (Attachments: # 1 Appendix A)(Reference: 10md2179)(Greer, Lynn) Modified on 5/16/2013 (gec, ). (Entered: 05/13/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 10185 | 05/20/2013 | ORDER Establishing Rules Governing Discretionary Court Review of Appeal Determinations: 1. The Rules Governing Discretionary Court Review of Appeal Determinations, attached hereto, in accordance with Sections 6.3, 6.6, and Exhibit 25 of the Settlement Agreement, are approved, to govern the process by which BP and Claimants may request discretionary Court review of appeal determinations. 2. This Court retains exclusive jurisdiction over the interpretation, implementation and enforcement of the Rules described in this Order. Signed by Judge Carl Barbier on 5/20/13. (Attachments: # 1 Rules Governing Discretionary Court Review of Appeal Determinations)(Reference: 12-970)(sek, ) (Entered: 05/20/2013) |
| MDL 2179 | 10222 | 05/21/2013 | EXPARTE/CONSENT MOTION for Leave to File Amendments to 8392 Motion of Review and Clarification by Plaintiff H. Freddie Boothe, Jr. (Attachments: # 1 Memorandum in Support, # 2 Motion to Amend, # 3 Exhibit)(Reference: 12-970)(gec, ) (Entered: 05/21/2013) |
| MDL 2179 | 10235 | 05/23/2013 | ORDERED that H. Freddie Boothe, Jr.'s Motion of Review and Motion of Clarification (Rec. Doc. 8392 ) and Motion for Leave to File Amendments to Motion of Review and Motions of Clarification (Rec. Doc. 10222 ) are DENIED WITHOUT PREJUDICE. Signed by Judge Carl Barbier on 5/23/13. (NEF: David Duval, Appeals Coordinator AppealsCoordinator@dhecc.com) (Reference: 12-970)(sek, ) Modified on 6/20/2013 (gec, ). (cc:H.F.Boothe,Jr. w/doc #10185) (Entered: 05/23/2013) |
| MDL 2179 | 10349 | 06/11/2013 | STATUS REPORT No. 10 by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement on the Status of Claims Review by Lynn C Greer. (Attachments: # 1 Appendix A)(Reference: 10md2179)(Greer, Lynn) Modified on 6/12/2013 |
| MDL 2179 | 10350 | 06/10/2013 | EXPARTE/CONSENT MOTION for Leave to File Motion to Enjoin by Plaintiff H. Freddie Boothe, Jr. (Attachments: # 1 Memorandum in Support, # 2 Proposed Pleading - Motion, # 3 Proposed Pleading - Memorandum, # 4 Proposed Pleading - Exhibits)(Reference: 12-970)(gec, ) (Entered: 06/11/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 10365 | 06/12/2013 | AMENDED STATUS REPORT No. 8A by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement on the Status of Claims Review by Lynn C Greer. (Attachments: # 1 Appendix A)(Reference: 10md2179)(Greer, Lynn) Modified on 6/13/2013 |
| MDL 2179 | 10415 | 06/17/2013 | MOTION to Amend/Correct May 20, 2013 Order and Rules re 10185 by Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2)(Reference: 12-970)(Haycraft, Don) Modified on 6/18/2013 (gec, ). (Entered: 06/17/2013) |
| MDL 2179 | 10498 | 06/24/2013 | NOTICE OF APPEAL by Plaintiff H. Freddie Boothe, Jr. as to 10235 Order. (Reference: 12-970)(gec, ) (Entered: 06/25/2013) |
| MDL 2179 | 10643 | 07/02/2013 | APPEAL TRANSCRIPT REQUEST by Plaintiff H. Freddie Boothe, Jr. re 10498 Notice of Appeal; No hearings. (Reference: 12-970)(gec, ) (Entered: 07/05/2013) |
| MDL 2179 | 10703 | 07/11/2013 | STATUS REPORT # 11 by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement on the Status of Claims Review by Lynn C Greer (Attachments: # 1 Appendix A)(Reference: 10md02179)(Greer, Lynn) Modified on 7/12/2013 (gec, ). (Entered: 07/11/2013) |
| MDL 2179 | 10759 | 07/16/2013 | ORDERED that BP's Motion to Amend May 20, 2013 Order and Rules (Rec. Doc. 10415 ) is DENIED. Signed by Judge Carl Barbier on 7/16/13. (Reference: 12-970) |
| MDL 2179 | 10916 | 08/02/2013 | NOTICE OF APPEAL by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. as to 10759 Order on Motion to Amend/Correct, 10185 Order Establishing Rules Governing Discretionary Court Review of Appeal Determinations. (Filing fee $ 455, receipt number 053L-4086552.) (Reference: 12-970)(Haycraft, Don) Modified on 8/5/2013 (gec, ). (Entered: 08/02/2013) |
| MDL 2179 | 10949 | 08/06/2013 | ORDER Regarding Rule to Show Cause Why the Claims Administrator's Proposed Third Quarter 2013 Budget Should not be Funded. BP is directed to show cause on Wednesday, 8/7/2013 09:30 AM before Magistrate Judge Sally Shushan.Signed by Magistrate Judge Sally Shushan. (Attachments: # 1 BP Letter to Claims Administrator)(Reference: ALL CASES)(gec, ) (Entered: 08/06/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 10953 | 08/07/2013 | ORDER Regarding Rule to Show Cause Why the Claims Administrator's Proposed Third Quarter 2013 Budget Should not be Funded. BP is ordered to fund the third quarter 2013 budget in its entirety, no later than Monday, 8/12/2013. Any appeal of this order shall be made to Judge Barbier by 2:00 p.m. today. Signed by Magistrate Judge Sally Shushan on 8/7/2013.(Reference: ALL CASES)(gec, ) (Entered: 08/07/2013) |
| MDL 2179 | 10955 | 08/07/2013 | ORDER Regarding BP's Obligation to Fund Claims Administrator's Proposed 4th Quarter 2013 Budget. Signed by Magistrate Judge Sally Shushan.(Reference: ALL CASES)(gec, ) (Entered: 08/07/2013) |
| MDL 2179 | 10956 | 08/07/2013 | Minute Entry for proceedings held before Judge Carl Barbier: Hearing held 8/7/13 to consider BP's appeal from Magistrate Judge Shushan's Order of August 7, 2013, regarding the Claim Administrator's budget request (Rec. Doc. 10953 ). After hearing argument, the Court AFFIRMED the Magistrate Judge's ruling. BP shall fund the 3rd quarter 2013 budget in its entirety no later than Monday, August 12, 2013. Counsel shall submit a report to the Court when this has been accomplished. (Court Reporter Cathy Pepper.) (Reference: 12-970)(sek, ) (Entered: 08/07/2013) |
| MDL 2179 | 11008 | 08/14/2013 | STATUS REPORT #12 by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement on the Status of Claims Review by Lynn C Greer (Attachments: # 1 Exhibit A)(Reference: ALL CASES)(Greer, Lynn) Modified on 8/15/2013 (gec, ). (Entered: 08/14/2013) |
| MDL 2179 | 11095 | 08/22/2013 | APPEAL TRANSCRIPT REQUEST by Defendants BP Exploration & Production Inc. et al re 10916 Notice of Appeal; No hearings. (Reference: All Cases)(Haycraft, Don) Modified on 8/23/2013 (gec, ). (Entered: 08/22/2013) |
| MDL 2179 | 11156 | 08/27/2013 | EXPARTE/CONSENT MOTION to Authorize Claims Administrator to Implement Settlement Agreement With Respect to Oil & Gas Services Industry Claims by Plaintiffs, the Economic & Property Damages Settlement Class. (Attachments: # 1 Proposed Order)(Reference: 12-970)(Herman, Stephen) Modified on 8/28/2013 (gec, ). (Entered: 08/27/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| MDL 2179 | 11192 | 09/03/2013 | ORDERED that any responses to Class Counsel's Motion to Authorize Claims Administrator to Implement the Settlement Agreement with Respect to Oil & Gas Support Services Industry Claims (Rec. Doc. 11156 ) shall be filed no later than Monday, September 9, 2013. Signed by Judge Carl Barbier on 9/3/13.(Reference: 12-970)(sek, ) (Entered: 09/03/2013) |
| MDL 2179 | 11273 | 09/06/2013 | MOTION for Extension of Time to File Objections to the Claims Administrator's Proposed 2013 Fourth Quarter Budget and Request for Expedited Evidentiary Hearing by Defendants BP Exploration & Production Inc., BP America Production Company. Motion(s) referred to Sally Shushan. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Reference: All Cases)(Haycraft, Don) Modified on 9/9/2013 (gec, ). (Entered: 09/06/2013) |
| MDL 2179 | 11279 | 09/06/2013 | ORDER granting 11273 Motion for Extension of Time to File Objections to ClaimsAdministrator's Proposed 4th Quarter 2013 Budget. Signed by Magistrate Judge Sally Shushan on 9/6/2013. (Reference: ALL CASES)(caa, ) (Entered: 09/06/2013) |
| MDL 2179 | 11280 | 09/06/2013 | RESPONSE to Motion filed by Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau re 11273 MOTION for Extension of Time to File Objections to the Claims Administrator's Proposed 2013 Fourth Quarter Budget and Request for Expedited Evidentiary Hearing. (Reference: ALL CASES)(Palermo, Gina) Modified on 9/9/2013 (gec, ). (Entered: 09/06/2013) |
| MDL 2179 | 11289 | 09/09/2013 | MOTION for Extension of Time to File Response to BP's Objections to the Proposed 2013 Fourth Quarter Budget by Deepwater Horizon Court Supervised Settlement Program and Patrick A. Juneau. Motion(s) referred to Sally Shushan. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Reference: all cases)(Palermo, Gina) Modified on 9/10/2013 (gec, ). (Entered: 09/09/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 11300 | 09/10/2013 | RESPONSE/MEMORANDUM in Opposition filed by Defendant BP re 11156 MOTION to Authorize Claims Administrator to Implement Settlement re Support Services Claims. (Attachments: # 1 Exhibit Declaration of Bloom, # 2 Exhibit A to Bloom Declaration, # 3 Exhibit B to Bloom Declaration, # 4 Exhibit C to Bloom Declaration, # 5 Exhibit D to Bloom Declaration, # 6 Exhibit E to Bloom Declaration, # 7 Exhibit F to Bloom Declaration, # 8 Exhibit G to Bloom Declaration, # 9 Exhibit H to Bloom Declaration, # 10 Exhibit I to Bloom Declaration, # 11 Exhibit J to Bloom Declaration, # 12 Exhibit K to Bloom Declaration, # 13 Exhibit L to Bloom Declaration, # 14 Exhibit M to Bloom Declaration, # 15 Exhibit N to Bloom Declaration, # 16 Exhibit O to Bloom Declaration, # 17 Exhibit P to Bloom Declaration, # 18 Exhibit Q to Bloom Declaration, # 19 Exhibit R to Bloom Declaration, # 20 Exhibit S to Bloom Declaration, # 21 Exhibit T to Bloom Declaration, # 22 Exhibit U to Bloom Declaration, # 23 Exhibit V to Bloom Declaration, # 24 Exhibit W to Bloom Declaration, # 25 Exhibit X to Bloom Declaration, # 26 Exhibit Y to Bloom Declaration, # 27 Exhibit Z to Bloom Declaration, # 28 Exhibit ZA to Bloom Declaration, # 29 Exhibit Declaration of Benton, # 30 Exhibit 1 to Benton Declaration, # 31 Exhibit 2A to Benton Declaration, # 32 Exhibit 2B to Benton Declaration, # 33 Exhibit 3 to Benton Declaration, # 34 Exhibit 4A to Benton Declaration, # 35 Exhibit 4B to Benton Declaration, # 36 Exhibit 5A to Benton Declaration, # 37 Exhibit 5B to Benton Declaration, # 38 Exhibit 5C to Benton Declaration, # 39 Exhibit 5D to Benton Declaration)(Reference: ALL CASES)(Haycraft, Don) Modified on 9/11/2013 (gec, ). (Additional attachment(s) added on 9/17/2013: # 40 SEALED Memo in Opposition, # 41 SEALED Wendy Bloom Declaration, # 42 SEALED Exhibits to Wendy Bloom Declaration, # 43 SEALED Erica Benton Declaration, # 44 SEALED Benton Exhibit 2A, # 45 SEALED Benton Exhibit 2B, # 46 SEALED Benton Exhibit 3) (sek, ). (Entered: 09/10/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 11340 | 09/11/2013 | ORDER granting 11289 Motion for Extension of Time to File. The Claims Administrator shall file a brief responsive to BP's objections to the proposed 2013 fourth quarter budget, no longer than 10 pages, by Tuesday, September 17, 2013. Signed by Magistrate Judge Sally Shushan. (Reference: ALL CASES)(gec, ) (Entered: 09/11/2013) |
| MDL 2179 | 11347 | 09/11/2013 | OBJECTIONS by Defendant BP to the Claims Administrators Proposed 2013 Fourth Quarter Budget and Request for Evidentiary Hearing (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Reference: All Actions)(Haycraft, Don) Modified on 9/12/2013 (gec, ). (Additional attachment(s) added on 9/16/2013: # 7 SEALED Exhibit 2, # 8 SEALED Exhibit 4, # 9 SEALED Exhibit 8) (gec, ). (Entered: 09/11/2013) |
| MDL 2179 | 11348 | 09/11/2013 | EXPARTE/CONSENT MOTION to Seal Certain Exhibits in Support of BP's Objections to the Claims Administrator's Proposed 2013 Fourth Quarter Budget and Request for Evidentiary Hearing by Defendant BP. Motion(s) referred to Sally Shushan. (Attachments: # 1 Proposed Order)(Reference: ALL ACTIONS)(Haycraft, Don) Modified on 9/12/2013 (gec, ). (Entered: 09/11/2013) |
| MDL 2179 | 11358 | 09/12/2013 | STATUS REPORT #13 by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement on the Status of Claims Review by Lynn C Greer (Attachments: # 1 Exhibit A)(Reference: ALL CASES)(Greer, Lynn) Modified on 9/13/2013 (gec, ). (Entered: 09/12/2013) |
| MDL 2179 | 11382 | 09/12/2013 | ORDER granting 11348 Motion to Seal. ORDERED that Exhibits 2, 4, and 8, and redacted portions of Exhibit 11, to the Declaration of Todd Brents (attached as Exhibit B to BP's Objections to the Claims Administrator's Proposed 2013 Fourth Quarter Budget and Request for Evidentiary Hearing) be filed under seal. Signed by Magistrate Judge Sally Shushan. (Reference: ALL CASES)(gec, ) (Entered: 09/16/2013) |
| MDL 2179 | 11390 | 09/16/2013 | EXPARTE/CONSENT MOTION to Seal Document 11300 Response/Memorandum in Opposition to Motion Filed by Class Counsel Regarding Oil & Gas Support Services Industry Claims by Defendant BP. (Attachments: # 1 Proposed Order)(Reference: All Cases, 12-970)(Haycraft, Don) Modified on 9/17/2013 (gec, ). (Entered: 09/16/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| MDL 2179 | 11401 | 09/17/2013 | Memorandum by Claims Administrator Patrick Juneau and Deepwater Horizon Court Supervised Settlement Program re BP's 11347 Objections to the Proposed 2013 Fourth Quarter Budget . (Attachments: # 1 Exhibit A, # 2 Exhibit B part 1, # 3 Exhibit B part 2, # 4 Exhibit C)(Reference: all cases)(Palermo, Gina) Modified on 9/18/2013 (gec, ). (Entered: 09/17/2013) |
| MDL 2179 | 11402 | 09/17/2013 | Memorandum by Economic & Property Damages Settlement Class re BP's 11347 Objections to the 4th Quarter Budget Submitted by the Claims Administrator for the Court-Supervised Settlement Program. (Reference: 12-970)(Herman, Stephen) Modified on 9/18/2013 (gec, ). (Entered: 09/17/2013) |
| MDL 2179 | 11406 | 09/17/2013 | ORDER granting 11390 BP's Motion to Seal Documents re 11300 Response/Memorandum in Opposition; ORDERED that BP's Memorandum in Opposition to Class Counsel's Motion to Authorize Claims Administrator to Implement the Settlement Agreement With Respect to Oil & Gas Support Services Industry Claims, the Declaration of Wendy L. Bloom, and its supporting exhibits (Exhibits A to ZA); and (3) the Declaration of Erica Benton and Exhibits 2A, 2B, and 3 attached thereto, be filed under seal pending further order of the Court. Signed by Judge Carl Barbier on 9/17/13. (Reference: All Cases (Including No. 12-970))(sek, ) (Entered: 09/17/2013) |
| MDL 2179 | 11460 | 09/20/2013 | EXPARTE/CONSENT MOTION for Leave to File Reply Brief in Support of Motion to Authorize Claims Administrator to Implement Settlement Agreement for Oil & Gas Support Service Claims by Plaintiff Economic & Property Damages Settlement Class. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading)(Reference: 12-970)(Herman, Stephen) Modified on 9/23/2013 (gec, ). (Entered: 09/20/2013) |
| MDL 2179 | 11469 | 09/23/2013 | ORDER granting 11460 Class Counsel's Motion for Leave to File Reply Brief. Signed by Judge Carl Barbier on 9/20/13. (Reference: 12-970)(sek, ) (Entered: 09/23/2013) |
| MDL 2179 | 11470 | 09/23/2013 | REPLY BRIEF in Support filed by The Economic & Property Damages Settlement Class, through Lead Class Counsel re 11156 MOTION to Authorize Claims Administrator to Implement Settlement re Support Services Claims . (Reference: 12-970)(sek, ) (Main Document 11470 replaced on 9/23/2013 to correct image) (sek, ). (Entered: 09/23/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 11518 | 09/26/2013 | Manual Attachment Received in Response to 11359 Order, by Claims Administrator. (Attachments: # 1 Exhibit List, # 2 Exhibit 1a, # 3 Exhibit 1b, # 4 Exhibit 1c, # 5 Exhibit 1d, # 6 Exhibit 1e, # 7 Exhibit 1f, # 8 Exhibit 2, # 9 Exhibit 3, # 10 Exhibit 4, # 11 Exhibit 5, # 12 Exhibit 6a, # 13 Exhibit 6b, # 14 Exhibit 6c, # 15 Exhibit 6d, # 16 Exhibit 6e, # 17 Exhibit 6f, # 18 Exhibit 6g, # 19 Exhibit 7, # 20 Exhibit 8a, # 21 Exhibit 8b, # 22 Exhibit 9, # 23 Exhibit 10a, # 24 Exhibit 10b, # 25 Exhibit 10c, # 26 Exhibit 10d, # 27 Exhibit 11, # 28 Exhibit 12-1, # 29 Exhibit 12-2, # 30 Exhibit 13, # 31 Exhibit 14, # 32 Exhibit 15a, # 33 Exhibit 15b, # 34 Exhibit 15c)(Reference: ALL CASES)(gec, ) (Additional attachment(s) added on 10/31/2013: # 35 SEALED Exhibits 1 - 3, # 36 SEALED Exhibits 4 - 6g, # 37 SEALED Exhibits 7 - 8b, # 38 SEALED Exhibit 9, # 39 SEALED Exhibits 10a - 11, # 40 SEALED Exhibit 12, # 41 SEALED Exhibits 13-15c) (gec, ). Modified on 10/31/2013 (gec, ). (Entered: 09/26/2013) |
| MDL 2179 | 11541 | 09/27/2013 | MOTION for Leave to File Sur-Reply in Opposition to Class Counsel's Motion to Authorize the Claims Administrator to Implement the Settlement Agreement with Respect to Oil & Gas Support Services Industry Claims by Defendant BP. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading Sur-Reply, # 3 Proposed Pleading Bloom Declaration, # 4 Proposed Pleading Exhibit to Bloom Declaration)(Reference: ALL CASES,12-970)(Haycraft, Don) Modified on 9/30/2013 (gec, ). (Entered: 09/27/2013) |
| MDL 2179 | 11542 | 09/27/2013 | EXPARTE/CONSENT MOTION to Seal Sur-Reply in Opposition to Class Counsel's Motion to Authorize the Claims Administrator to Implement the Settlement Agreement with Respect to Oil & Gas Support Services Industry Claims by Defendant BP. (Attachments: # 1 Proposed Order)(Reference: ALL CASES, 12-970)(Haycraft, Don) Modified on 9/30/2013 (gec, ). (Entered: 09/27/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 11550 | 09/30/2013 | ORDER Regarding BP's Objections to the Claims Administrator's Proposed2013 Fourth Quarter Budget and Request for Evidentiary Hearing (Rec. doc. 11347 ). The Q4 budget will be revised to incorporate the changes proposed by David Odom on 9/5/2013; BP is ordered to fund the budget at the revised level of approximately $111 million within four working days, as stated within document. BP's request for an evidentiary hearing is denied. Any appeal of this order must be filed by Friday, October 4th at noon. Signed by Magistrate Judge Sally Shushan.(Reference: ALL CASES)(gec, ) (Entered: 09/30/2013) |
| MDL 2179 | 11566 | 10/03/2013 | ORDER: In view of the ruling rendered by the Fifth Circuit panel on October 2, 2013 in case number 13-30315 consolidated with 13-30329, the Claims Administrator is ordered to immediately suspend the issuance of any final determination notices or any payments with respect to those BEL claims in which the Claims Administrator determines that the matching of revenues and expenses is an issue. The Section 6 claims appeals process (filing of notices, briefs, and panel decisions) for similar BEL claims will be placed on hold pending implementation of the Fifth Circuit decision. All other claims and appeals are to be processed and determinations, decisions, and payments made in the normal course of the Program's operation. This order is issued only as an immediate and interim measure until the Court is able to confer with and receive input from the parties in order to confect an appropriate "narrowly tailored" preliminary injunction order as instructed by the Fifth Circuit. The parties are instructed to submit to the Court in camera a proposed draft for a narrowly tailored preliminary injunction order, together with a letter brief, not exceeding five pages, as to how the Court should proceed to implement the Fifth Circuit ruling. In addition, the parties shall submit proposed policy language for the Court's consideration. Such submissions shall be made not later than 3:00 p.m. on Wednesday, October 9, 2013. The Court will hold a status conference in chambers with counsel for BP, Class Counsel, and the Claims Administrator on Friday, October 11, 2013 at 9:00 a.m. Signed by Judge Carl Barbier on 10/3/13.(Reference: 12-970 & all cases)(sek, ) (Entered: 10/03/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 11584 | 10/04/2013 | ORDER Regarding Proceedings on Remand from USCA 5th Circuit, 13-30221. The parties should confer regarding what will be necessary for further proceedings to determine the issue of standing. By November 1, 2013, counsel for the PSC is to file a report of the conference detailing the parties' views. Thereafter, a telephone status conference will be scheduled to discuss these matters further. Signed by Magistrate Judge Sally Shushan.(Reference: ALL CASES, 12-970, 12-968)(gec, ) (Entered: 10/04/2013) |
| MDL 2179 | 11614 | 10/09/2013 | ORDER of USCA as to 9179 Notice of Appeal, filed by Defendants BP Exploration & Production Inc., BP America Production Company, BP p.l.c., 9182 Notice of Appeal, filed by Plaintiffs BP Exploration & Production Inc., BP America Production Company. CLEMENT: We AFFIRM the district court's dismissal of BP's suit against the Claims Administrator. We REVERSE the district court's order affirming the Administrator's interpretation of the Settlement and denial of a preliminary injunction and REMAND to the district court for further consideration while retaining jurisdiction. SOUTHWICK: concurring, as stated within document. DENNIS: For these reasons, I concur in the majority's affirmance of the district court's dismissal of BP's suit against the Administrator for failure to state a claim under Rule 12(b)(6) but I respectfully dissent from the majority opinion in all other respects. USCA Judge Name: Dennis, Clement and Southwick. (Reference: 12-970, 13-492)(gec, ) (Entered: 10/09/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| MDL 2179 | 11635 | 10/11/2013 | Minute Entry for proceedings held before Judge Carl Barbier: Status Conference held on 10/11/2013. By Tuesday, October 15 at 5:00 p.m., Class Counsel and BP shall submit revised proposed language for the "narrowly tailored" preliminary injunction, consistent with the Court's interpretation and instructions provided in chambers. Class Counsel and BP shall submit their proposed language directly to chambers, as well as to the Claims Administrator and each other. The parties shall meet and confer next week (October 14 - 18) regarding proposed policy language for the Settlement Program, consistent with the Court's interpretation and instructions provided in chambers. By Friday, October 18 at 5:00 p.m., Class Counsel and BP shall submit a proposed scheduling order. The scheduling order shall include a hearing date on Monday, December 2, 2013 at 8:30 a.m. (Attachments: # 1 Conference Attendance Record) (Reference: 12-970)(gec, ) (Entered: 10/11/2013) |
| MDL 2179 | 11646 | 10/15/2013 | STATUS REPORT #14 by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement on the Status of Claims Review by Lynn C Greer (Attachments: # 1 Exhibit A)(Reference: 10md2179)(Greer, Lynn) Modified on 10/16/2013 gec, ). (Entered: 10/15/2013) |
| MDL 2179 | 11696 | 10/17/2013 | ORDER of USCA as to 10498 Notice of Appeal. The district court's order in this case is not a final or otherwise appealable order. Accordingly, we do not have jurisdiction over this appeal and it must be dismissed. USCA Judgs: Dennis, Haynes and Graves. (Reference: 12-970)(gec, ) (Entered: 10/18/2013) |
| MDL 2179 | 11697 | 10/18/2013 | PRELIMINARY INJUNCTION Related to BEL Claims. Signed by Judge Carl Barbier.(Reference: ALL CASES and 12-970)(gec, ) (Entered: 10/18/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 11726 | 10/23/2013 | NOTICE by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. of Filing of Documents Previously Submitted in Camera in Support of BP's Positions Concerning the Court's Orders of October 3 and 18, 2013. (Attachments: # 1 Exhibit I, # 2 Exhibit I.1, # 3 Exhibit I.2, # 4 Exhibit I.2.A, # 5 Exhibit I.2.B, # 6 Exhibit I.2.C, # 7 Exhibit I.2.D, # 8 Exhibit I.2.E, # 9 Exhibit I.2.F, # 10 Exhibit II, # 11 Exhibit II.1, # 12 Exhibit II.2, # 13 Exhibit II.3, # 14 Exhibit II.4, # 15 Exhibit II.5, # 16 Exhibit III, # 17 Exhibit III.1, # 18 Exhibit IV, # 19 Exhibit IV.1, # 20 Exhibit V, # 21 Exhibit V.1, # 22 Exhibit V.2, # 23 Exhibit VI, # 24 Exhibit VI.1, # 25 Exhibit VI.2, # 26 Exhibit VI.3, # 27 Exhibit VII)(Reference: All Cases)(Haycraft, Don) Modified on 10/24/2013 (gec, ). (Attachment 26 replaced on 10/25/2013) (gec, ). (Entered: 10/23/2013) |
| MDL 2179 | 11728 | 10/24/2013 | NOTICE of Filing Relating to the Remand on BEL Issues by Economic & Property Damages Settlement Class. (Attachments: # 1 Exhibit 1 - In Camera Submission (10-9-2013), # 2 Exhibit 2 - Draft Proposed Policy (10-9-2013), # 3 Exhibit 3 - Proposed Injunction (10-15-2013), # 4 Exhibit 4 - Letter to Judge Barbier (10-18-2013), # 5 Exhibit 5 - Proposed Scheduling Order (10-18-2013), # 6 Exhibit 6 - Letter Brief to Fifth Circuit (No.13-30095) (10-18-2013), # 7 Exhibit 7 - Memo to Claims Administrator (10-23-2013))(Reference: No. 12-970)(Herman, Stephen) Modified on 10/25/2013 (gec, ). (Entered: 10/24/2013) |
| MDL 2179 | 11735 | 10/25/2013 | SCHEDULING ORDER Regarding BEL Remand as set forth in document. The Court will inform the parties if it requires a formal hearing with live testimony. If such a hearing is necessary, it will be held on Monday, 12/2/2013 at 09:30 AM before Judge Carl Barbier. Signed by Judge Carl Barbier on 10/25/13.(Reference: 12-970)(sek, ) (Entered: 10/25/2013) |
| MDL 2179 | 11739 | 10/25/2013 | NOTICE of Filing (Letters to the Claims Administrator) pursuant to 11697 Order by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Reference: All Actions)(Haycraft, Don) Modified on 10/28/2013 (gec, ). (Entered: 10/25/2013) |

13

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 11740 | 10/26/2013 | NOTICE Supplement to 11728 Notice of Filing Relating to BEL Remand Issues by Economic & Property Damages Settlement Class. (Attachments: # 1 Exhibit 1 - Supp. Declaration of Allen Carroll (10-24-2013))(Reference: 12-970)(Herman, Stephen) Modified on 10/28/2013 (gec, ). (Entered: 10/26/2013) |
| MDL 2179 | 11741 | 10/28/2013 | Declaration Regarding Criteria for "Matching" for BEL Claims by Patrick A. Juneau. (Reference: All Cases and 12-970)(Palermo, Gina) Modified on 10/29/2013 (gec, ). (Entered: 10/28/2013) |
| MDL 2179 | 11759 | 10/30/2013 | ORDERED that Daniel J. Balhoff and Randi S. Ellis are appointed Court- Designated Neutrals over the Business Economic Loss (BEL) Program until further Order of the Court. Signed by Judge Carl Barbier on 10/30/13.(Reference: all cases)(sek, ) (Entered: 10/30/2013) |
| MDL 2179 | 11790 | 11/05/2013 | ORDER: Clarifying Preliminary Injunction (Rec. Doc. 11697 ) Regarding Claims Currently in the Appeals Process. Signed by Judge Carl Barbier on 11/5/13.(Reference: All Cases and 12-970)(sek, ) (Entered: 11/05/2013) |
| MDL 2179 | 11804 | 11/06/2013 | RESPONSE to 11735 Order by Eligible Business Economic Loss (BEL) Claimants, Economic & Property Damages Settlement Class . (Attachments: # 1 Affidavit of Stephen J. Herman, # 2 Exhibit BP Compensation Framework (9-15-2011), # 3 Exhibit BP Documentation (9-27-2011_, # 4 Affidavit of Joseph F. Rice, # 5 Exhibit Index of BEL Framework Drafts, # 6 Exhibit Index of Draft Agreements, # 7 Exhibit La. GCCF Map, # 8 Exhibit Miss. GCCF Map, # 9 Exhibit Ala. GCCF Map, # 10 Exhibit Fla. GCCF Map, # 11 Exhibit Tex. GCCF Map, # 12 Exhibit Business Data, # 13 Exhibit BP Compensation Framework (9-15-2011), # 14 Exhibit PSC Memo (11-3-2011), # 15 Exhibit BP Memo (11-10-2011), # 16 Exhibit Rice Memo (11-16-2011), # 17 Exhibit BP Memo (12-13-2011), # 18 Exhibit PN Illustration of CAO, # 19 Exhibit Brown Memo (4-13-2012), # 20 Exhibit Rice E-Mail (3-5-2012), # 21 Exhibit Bloom Edits to PPT (3-6-2012), # 22 Exhibit Hacker E-Mail (4-4-2012), # 23 Exhibit Rice Response to Hacker (4-15-2012), # 24 Exhibit Rice E-Mail to Bloom (4-10-2012), # 25 Exhibit BP Draft Tutorial Slides (5-7-2012), # 26 Affidavit of Rohn E. Jones, # 27 Affidavit of Michael Allen Scott)(Reference: No. 12-970)(Herman, Stephen) Modified on 11/7/2013 (gec, ). (Entered: 11/06/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 11818 | 11/07/2013 | Memorandum by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. re 11735 Order, Submission of Additional Fact Evidence Regarding BEL Remand (Attachments: # 1 Exhibit 1 (Bloom Declaration and Exhibits), # 2 Exhibit 2 (Godfrey Declaration), # 3 Exhibit 3 (Sider Declaration and Exhibits), # 4 Exhibit 4 (Gaspardo Declaration))(Reference: All Cases and 12-970)(Haycraft, Don) Modified on 11/8/2013 (gec, ). (Entered: 11/07/2013) |
| MDL 2179 | 11819 | 11/07/2013 | MOTION to Amend/Correct Scheduling Order Re BEL Remand and Preliminary Injunction Relating to BEL Claims by Defendants BP Exploration & Production Inc., BP America Production Company, BP p.l.c. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A (Rumsey Declaration), # 3 Exhibit B (Sider Declaration))(Reference: All Cases and 12-970)(Haycraft, Don) Modified on 11/8/2013 (gec, ). (Entered: 11/07/2013) |
| MDL 2179 | 11825 | 11/07/2013 | **DOCUMENT STRICKEN** NOTICE of Filing of Documents Sent to Claims Administrator on 11/7/13 by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (Attachments: #1 Exhibit A (Letter of George Brown), # 2 Exhibit B (Davis Declaration), # 3 Exhibit C (Sider Declaration))(Reference: All Cases and 12-970)(Haycraft, Don) Modified on 11/8/2013 (gec, ). (Entered: 11/07/2013) |
| MDL 2179 | 11826 | 11/07/2013 | RESPONSE/MEMORANDUM in Opposition filed by Eligible Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class re 11819 MOTION to Amend/Correct Scheduling Order Re BEL Remand and Preliminary Injunction Relating to BEL Claims (Causation). (Attachments: # 1 Exhibit A - BP Draft Tutorial Slides, # 2 Exhibit B - Unofficial Transcript from Fifth Cir Hearing)(Reference: No. 12-970)(Herman, Stephen) Modified on 11/8/2013 (gec, ). (Entered: 11/07/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|-----------|------------------|
| MDL 2179 | 11833 | 11/12/2013 | REPLY Regarding Remand of BEL Issue by Business Economic Loss (BEL) Claimants and the Economic & Property Damages Settlement Class . (Attachments: # 1 Affidavit of Stephen J. Herman (11-11-2013), # 2 Affidavit of Rhon E. Jones (11-12-2013), # 3 Exhibit Industry Designations, # 4 Affidavit of Robert Michael Wallace (11-12-2013), # 5 Affidavit of Michael Allen Scott (11-12-2013), # 6 Affidavit of Joseph F. Rice (11-12-2013), # 7 Exhibit Phrases in BP Declarations, # 8 Exhibit "Matching", # 9 Exhibit re Hacker Communications, # 10 Affidavit of Calvin C. Fayard, Jr. (11-11-2013))(Reference: No. 12-970)(Herman, Stephen) Modified on 11/13/2013 (gec, ). (Entered: 11/12/2013) |
| MDL 2179 | 11836 | 11/12/2013 | Memorandum Submission of Rebuttal Fact Evidence Regarding BEL Remand by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Reference: All Cases and 12-970)(Haycraft, Don) Modified on 11/13/2013 (gec, ). (Entered: 11/12/2013) |
| MDL 2179 | 11838 | 11/12/2013 | EXPARTE/CONSENT MOTION for Leave to File Reply Memorandum by Defendants BP Exploration & Production Inc., BP America Production Company, BP,p.l.c. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading, # 3 Exhibit A (12-7-12 Letter to Judge Shushan), # 4 Exhibit B (Rumsey Declaration - Redacted))(Reference: All Cases and 12-970)(Haycraft, Don) Modified on 11/13/2013 (gec, ). (Entered: 11/12/2013) |
| MDL 2179 | 11840 | 11/12/2013 | EXPARTE/CONSENT MOTION to Seal Document 11838 MOTION for Leave to File Reply Memorandum Exhibit B (Rumsey Declaration) by Defendant. (Attachments: # 1 Proposed Order)(Reference: All Cases and 12-970)(Haycraft, Don) (Entered: 11/12/2013) |
| MDL 2179 | 11848 | 11/14/2013 | EXPARTE/CONSENT MOTION for Leave to File Sur-Reply in Opposition to BP's Motion to Amend Scheduling Order and Injunction (re Causation) by Eligible Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class. (Attachments: # 1 Proposed Pleading, # 2 Proposed Order)(Reference: 12-970)(Herman, Stephen) Modified on 11/14/2013 (gec, ). (Entered: 11/14/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 11857 | 11/15/2013 | ORDER: ORDERED that BP's Motion for Leave to File Reply Memorandum (Rec. Doc. 11838 ), BP's Motion to File Under Seal Attachment 1 to the Declaration of Allison B. Rumsey (Exhibit B) in Support of BP's Reply Memorandum (Rec. Doc. 11840 ), and Class Counsel's Motion for Leave to File Sur-Reply (Rec. Doc. 11848 ) are hereby GRANTED. FURTHER ORDERED that BP's Motion to Amend Scheduling Order re BEL Remand and Preliminary Injunction Relating to BEL Claims (Rec. Doc. 11819 ) is DENIED for the reasons previously stated in the Court's Preliminary Injunction Order of October 18, 2013 (Rec. Doc. 11697 ) and further for the reasons stated by Class Counsel. Signed by Judge Carl Barbier on 11/15/13. (Reference: 12-970)(sek, ) (Entered: 11/15/2013) |
| MDL 2179 | 11861 | 11/15/2013 | SCHEDULING ORDER Regarding BEL Matching Proposals. By 5:00 p.m. on November 21, 2013, the parties will file proposals for matching which are designed to be responsive to the Fifth Circuit's BEL decision. By 5:00 p.m. on November 26, 2013, the parties will file memoranda (not exceeding 10 pages) responding to their opponents' submissions. Signed by Judge Carl Barbier.(Reference: 12-970)(gec, ) (Entered: 11/15/2013) |
| MDL 2179 | 11862 | 11/18/2013 | Brief on the BEL Remand Issue by Eligible Business Economic Loss (BEL) Claimants, Economic & Property Damages Settlement Class pursuant to 11735 Order. (Reference: 12-970)(Herman, Stephen) Modified on 11/18/2013 (gec, ). (Entered: 11/18/2013) |
| MDL 2179 | 11863 | 11/18/2013 | Memorandum Regarding BEL Remand by Defendant BP pursuant to 11735 Order. (Reference: All Cases and 12-970)(Haycraft, Don) Modified on 11/18/2013 (gec, ). (Entered: 11/18/2013) |
| MDL 2179 | 11868 | 11/15/2013 | REPLY to Response to Motion filed by Defendant BP re 11819 MOTION to Amend/Correct Scheduling Order Re BEL Remand and Preliminary Injunction Relating to BEL Claims. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Reference: All Cases and 12-970)(gec, ) (Additional attachment(s) added on 11/19/2013: # 3 SEALED - Exhibit B) (gec, ). Modified on 11/19/2013 (gec, ). (Entered: 11/19/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| MDL 2179 | 11874 | 11/20/2013 | ORDER: On November 7, 2013, the Claims Administrator filed a Motion for Extension of Time to Plead in the referenced member case. The case subsequently was consolidated with MDL 2179. On November 19, the Court granted the motion. (Rec. Doc. 11867 ); Under Pretrial Order No. 1 in MDL 2179, defendants are granted an extension of time for responding to a complaint until further ordered by the Court. Accordingly, and to avoid any doubt, IT IS ORDERED that member case 13-6362 is STAYED and no responsive pleadings, motions, etc., are due until ordered by the Court. FURTHER ORDERED that the Court's Order of November 19, 2013 (Rec. Doc. 11867 is VACATED. FURTHER ORDERED that the Claims Administrator's Motion for Extension of Time to Plead (Rec. Doc. 4 in No. 13-6362) is, by effect of the stay, MOOT or PREMATURE. Signed by Judge Carl Barbier on 11/20/13.(Reference: 13-6362)(sek, ) (Entered: 11/20/2013) |
| MDL 2179 | 11876 | 11/20/2013 | Memorandum Offer of Proof Regarding 11819 Motion to Amend Scheduling Order and Motion to Amend Injunction by Defendant BP. (Attachments: # 1 Affidavit (Declaration of Richard C. Godfrey), # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K)(Reference: 12-970)(Haycraft, Don) Modified on 11/21/2013 (gec, ). (Entered: 11/20/2013) |
| MDL 2179 | 11879 | 11/21/2013 | NOTICE OF APPEAL by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c., defendants in Bon Secour Fisheries Inc., et al. v. BP Exploration & Production Inc., et al., No. 12-970, appeal to the United States Court of Appeals for the Fifth Circuit from (1) the Preliminary Injunction Related to BEL Claims entered on or about October 18, 2013 11697 ; (2) the Scheduling Order Regarding BEL Remand entered on or about October 25, 2013 11735 ; and (3) the Order denying BP's motion to amend the foregoing orders, entered on or about November 15, 2013 11857 . (Filing fee $ 455, receipt number 053L-4239957.) (Reference: 12-970)(Haycraft, Don) Modified text on 11/22/2013 (sek, ). (Entered: 11/21/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| MDL 2179 | 11885 | 11/21/2013 | Memorandum by Eligible Business Economic Loss (BEL) Claimants re 11861 Order, (Class Submission of Proposal on Matching Expenses) (Attachments: # 1 Exhibit Class Proposal: Expense Recognition, # 2 Exhibit Class Statement: Revenue Recognition)(Reference: No. 12-970)(Herman, Stephen) Modified text on 11/22/2013 (sek, ). (Entered: 11/21/2013) |
| MDL 2179 | 11886 | 11/21/2013 | BP's Memorandum re 11861 Order, Regarding Matching and Memorandum in Support of Permanent Injunction Related to BEL Claims (Attachments: # 1 Exhibit 1 (Proposed Permanent Injunction, # 2 Exhibit 2 (Guidelines and Appendix))(Reference: All Cases and 12-970)(Haycraft, Don) Modified text on 11/22/2013 (sek, ). (Entered: 11/21/2013) |
| MDL 2179 | 11890 | 11/22/2013 | ORDER: Amending and Clarifying the Court's Order of Nov. 15, 2013 (Rec. Doc. 11857 ), Denying BP's Motion to Amend Scheduling Order re BEL Remand and Preliminary Injunction Relating to BEL Claims as set forth in document. Signed by Judge Carl Barbier on 11/22/13.(Reference: All Cases and 12-970)(sek, ) (Main Document 11890 replaced on 11/26/2013 to correct date on page 7) (sek, ). (Entered: 11/22/2013) |
| MDL 2179 | 11891 | 11/22/2013 | OBJECTION by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. re 11825 to Magistrate Judge's Order Striking BP's November 7, 2013 Notice of Filing (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Proposed Order)(Reference: All Cases and 12-970)(Haycraft, Don) Modified text on 11/25/2013 (sek, ). (Entered: 11/22/2013) |
| MDL 2179 | 11894 | 11/25/2013 | STATUS REPORT #15 by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement on the Status of Claims Review by Patrick A. Juneau (Attachments: # 1 Exhibit A)(Reference: All cases)(Palermo, Gina) (Entered: 11/25/2013) |
| MDL 2179 | 11898 | 11/26/2013 | Memorandum by Eligible Business Economic Loss (BEL) Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class in Response to BP's Proposed Matching Guidelines (Reference: No. 12-970)(Herman, Stephen) Modified text on 11/26/2013 (sek, ). (Entered: 11/26/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 11900 | 11/26/2013 | BP's Response to Class Counsel Submission 11885 of Proposal for Matching Expenses.(Reference: 12-970)(Haycraft, Don) Modified text on 11/26/2013 (sek, ). (Entered: 11/26/2013) |
| MDL 2179 | 11928 | 12/05/2013 | ORDER: Amending Preliminary Injunction Related to BEL Claims; ORDERED that the Preliminary Injunction issued on October 18, 2013 11697 , and amended on November 5, 2013 11790 , is further amended as follows: The Claims Administrator may continue to accept BEL claims and process said claims, but shall temporarily suspend the issuance of final determination notices and payments of BEL claims, pending resolution of the BEL issues that are the subject of the pending remand. This suspension shall also apply to claims currently in the claims appeal process. Except as provided in this Order, the provisions of the Preliminary Injunction issued on October 18, 2013, and amended on November 5, 2013, remain in full force and effect unless and until modified by this Court. Signed by Judge Carl Barbier on 12/5/13.(Reference: 12-970)(sek, ) (Entered: 12/05/2013) |
| MDL 2179 | 11973 | 12/13/2013 | OBJECTIONS by Eligible Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class to Administrative Decision to Allow BP to Submit New "Evidence" in connection with Settlement Program Appeals. (Reference: 12-970)(Herman, Stephen) Modified on 12/16/2013 (gec, ). (Entered: 12/13/2013) |
| MDL 2179 | 11981 | 12/16/2013 | ORDER Appointing Court-Designated Neutrals Re: Resolution of Various Matters; ORDERED that Daniel J. Balhoff and Randi S. Ellis are appointed Court-Designated Neutrals over settlement agreements in this matter which have been entered involving BP and for the purpose of discussing resolution of issues that have not yet been the subject of settlement agreements until further Order of the Court. FURTHER ORDERED that BP shall be responsible for the Neutrals' fees and expenses. Signed by Judge Carl Barbier on 12/16/13.(Reference: all cases)(sek, ) (Entered: 12/16/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 11982 | 12/16/2013 | NOTICE OF APPEAL re denial of judicial review of Claim ID XXX948 (L.A.) by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (Credit Card not accepted or unavailable - payment of filing fee due within 2 business days) (Reference: 12-970)(Haycraft, Don) Modified on 12/17/2013 (gec, ). Modified on 12/17/2013 (gec, ). (Additional attachment(s) added on 12/18/2013: # 1 SEALED - Notice of Appeal) (gec, ). (Entered: 12/16/2013) |
| MDL 2179 | 11983 | 12/16/2013 | EXPARTE/CONSENT MOTION to Seal Document 11982 Notice of Appeal by Defendant BP. (Attachments: # 1 Proposed Order)(Reference: 12-970)(Haycraft, Don) Modified on 12/17/2013 (gec, ). (Entered: 12/16/2013) |
| MDL 2179 | 11984 | 12/16/2013 | NOTICE OF APPEAL re denial of judicial review of Claim ID XXX51 (K.W.), by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (Credit Card not accepted or unavailable - payment of filing fee due within 2 business days) (Reference: 12-970)(Haycraft, Don) Modified on 12/17/2013 (gec, ). (Additional attachment(s) added on 12/18/2013: # 1 SEALED - Notice of Appeal) (gec, ). (Entered: 12/16/2013) |
| MDL 2179 | 11985 | 12/16/2013 | EXPARTE/CONSENT MOTION to Seal Document 11984 Notice of Appeal by Defendant BP. (Attachments: # 1 Proposed Order)(Reference: 12-970)(Haycraft, Don) Modified on 12/17/2013 (gec, ). (Entered: 12/16/2013) |
| MDL 2179 | 11986 | 12/16/2013 | NOTICE OF APPEAL re denial of judicial review of Claim ID XXX15 (U.W.) by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (Credit Card not accepted or unavailable - payment of filing fee due within 2 business days) (Reference: 12-970)(Haycraft, Don) Modified on 12/17/2013 (gec, ). (Additional attachment(s) added on 12/18/2013: # 1 SEALED - Notice of Appeal) (gec, ). (Entered: 12/16/2013) |
| MDL 2179 | 11987 | 12/16/2013 | EXPARTE/CONSENT MOTION to Seal Document 11986 Notice of Appeal by Defendant BP. (Attachments: # 1 Proposed Order)(Reference: 12-970)(Haycraft, Don) Modified on 12/17/2013 (gec, ). (Entered: 12/16/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 11989 | 12/16/2013 | MOTION to Strike Unsubstantiated Exhibits and to Contest Misstatements Concerning Specific Claims by Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class. (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Proposed Order)(Reference: 12-970)(Herman, Stephen) Modified on 12/17/2013 (gec, ). (Entered: 12/16/2013) |
| MDL 2179 | 11994 | 12/17/2013 | MOTION for Relief Pursuant to Rule 60(b)(3) by Defendants BP Exploration & Production, Inc. and BP America Production Company. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Reference: 12-970)(Haycraft, Don) Modified text on 12/17/2013 (sek, ). (Additional attachment(s) added on 12/18/2013: # 6 SEALED - Memorandum in Support, # 7 SEALED - Exhibit 1, # 8 SEALED - Exhibit 2) (gec, ). (Entered: 12/17/2013) |
| MDL 2179 | 11995 | 12/17/2013 | EXPARTE/CONSENT MOTION to Seal Document 11994 MOTION for Relief Pursuant to Rule 60(b)(3) by Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # 1 Proposed Order)(Reference: 12-970)(Haycraft, Don) Modified on 12/19/2013 (gec, ). (Entered: 12/17/2013) |
| MDL 2179 | 12008 | 12/17/2013 | EXPARTE/CONSENT MOTION for Leave to File Additional Materials in light of the Fifth Circuit BEL Panel Per Curiam date December 2, 2013 by Claimants in the Court-Supervised Settlement Program and the certified Economic & Property Damages Settlement Class. (Attachments: # 1 Proposed Pleading, # 2 Affidavit Tim Ryan, # 3 Affidavit Sean Michael Snaith, # 4 Proposed Order)(Reference: No. 12-970)(Herman, Stephen) Modified on 12/19/2013 (gec, ). (Entered: 12/17/2013) |
| MDL 2179 | 12012 | 12/18/2013 | ORDER granting 11983 Motion to Seal Document 11982 Notice of Appeal. Signed by Judge Carl Barbier. (Reference: 12-970)(gec, ) (Entered: 12/18/2013) |
| MDL 2179 | 12013 | 12/18/2013 | ORDER granting 11985 Motion to Seal Document 11984 Notice of Appeal. Signed by Judge Carl Barbier. (Reference: 12-970)(gec, ) (Entered: 12/18/2013) |
| MDL 2179 | 12014 | 12/18/2013 | ORDER granting 11987 Motion to Seal Document 11986 Notice of Appeal. Signed by Judge Carl Barbier. (Reference: 12-970)(gec, ) (Entered: 12/18/2013) |
| MDL 2179 | 12015 | 12/18/2013 | ORDER granting 12008 Motion for Leave to File Supplement Brief by BEL Claimants and the Economic Class. Signed by Judge Carl Barbier on 12/18/13. (Reference: 12-970)(sek, ) (Entered: 12/18/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 12016 | 12/18/2013 | ORDER granting 11995 Motion to Seal Document 11994 MOTION for Relief Pursuant to Rule 60(b)(3). Signed by Judge Carl Barbier. (Reference: 12-970)(gec, ) (Entered: 12/18/2013) |
| MDL 2179 | 12017 | 12/18/2013 | Supplemental Memorandum filed by BEL Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class Regarding Causation in Light of December 2nd per Curiam From the Fifth Circuit Bel Panel. (Attachments: # 1 Affidavit Tim Ryan, # 2 Affidavit Sean Michael Snaith)(Reference: 12-970)(sek, ) (Entered: 12/18/2013) |
| MDL 2179 | 12027 | 12/19/2013 | STATUS REPORT #16 by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement on the Status of Claims Review by Patrick A. Juneau (Attachments: # 1 Exhibit A)(Reference: All Cases)(Palermo, Gina) (Entered: 12/19/2013) |
| MDL 2179 | 12053 | 12/24/2013 | EXPARTE/CONSENT MOTION to Seal Document Motion, Memorandum, and Exhibits by BEL Claimant Emeril's Homebase, LLC. (Attachments: # 1 Proposed Order, # 2 Notice of Manual Attachment)(Reference: All Cases)(Stein, Mark) Modified on 12/24/2013 (gec, ). (Additional attachment(s) added on 12/24/2013: # 3 SEALED Motion, # 4 SEALED Memorandum in Support, # 5 SEALED Exhibits) (gec, ). (Entered: 12/24/2013) |
| MDL 2179 | 12054 | 12/24/2013 | EXPARTE/CONSENT MOTION to Seal Document Motion, Memorandum, and Exhibits by BEL Claimant Emeril's Homebase, LLC. (Attachments: # 1 Proposed Order, # 2 Notice of Manual Attachment)(Reference: All Cases)(Stein, Mark) Modified on 12/24/2013 (gec, ). (Additional attachment(s) added on 12/24/2013: # 3 SEALED Motion, # 4 SEALED Memorandum in Support, # 5 SEALED Exhibits) (gec, ). (Entered: 12/24/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 12055 | 12/24/2013 | ORDER Responding to Remand of Business Economic Loss Issues. With respect to the calculation of Variable Profit under Exhibit 4C, the Court finds that revenue must be matched with the variable expenses incurred by a claimant in conducting its business, and that does not necessarily coincide with when revenue and variable expenses are recorded. Accordingly, IT IS ORDERED that the matter is remanded to the Claims Administrator, Patrick A. Juneau, with instructions to adopt and implement an appropriate protocol or policy for handling BEL claims in which the claimant's financial records do not match revenue with corresponding variable expenses. With respect to how causation is determined under the Settlement, the Court finds that BP is judicially estopped from arguing (1) that Exhibit 4B is not the exclusive means of determining whether a business economic loss is "as a result of" of the Deepwater Horizon Incident for purposes of the Settlement, including the Class Definition; (2) or that the Settlement contains, implicitly or explicitly, a causation requirement other than Exhibit 4B; (3) or that satisfying Exhibit 4B does not establish under the Settlement an irrebuttable presumption that a business' economic loss was "as a result of" the Deepwater Horizon Incident; (4) or making similar arguments. As a corollary to this ruling, the Court finds that whether a business economic loss is "as a result of" the Deepwater Horizon Incident for purposes of the Settlement is determined exclusively by Exhibit 4B. Furthermore, although the Court does not believe it has jurisdiction to consider these issues concerning Article III, Rule 23, and the Rules Enabling Act, the Court finds that the Settlement is not defective under Article III, Rule 23, or the Rules Enabling Act, nor was certification of the class improper. The Court maintains the preliminary injunction as amended on December 5, 2013 [Rec. Doc. 11928], pending further action by the Certification Panel or the BEL Panel of the Fifth Circuit. Signed by Judge Carl Barbier.(Reference: All Cases and 12-970)(gec, ) (Entered: 12/24/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 12056 | 12/24/2013 | ORDERED that Civil Action no. 13-6674, BP Exploration & Production Inc. v. Mikal C. Watts is CONSOLIDATED with MDL 2179. FURTHER ORDERED that the Motion for Continuance of Hearing on Preliminary Injunction (Rec. Doc. 26 in 13-6674) is GRANTED as follows: The deadline for filing a response to BP's Motion for Preliminary Injunction (Rec. Doc. 2 in 13-6674) is Friday, January 17, 2014. Signed by Judge Carl Barbier.(Reference: 13-6674)(gec, ) (Entered: 12/24/2013) |
| MDL 2179 | 12058 | 12/26/2013 | RESPONSE/MEMORANDUM in Opposition filed by Defendant BP re 11989 MOTION to Strike Unsubstantiated Exhibits and to Contest Misstatements Concerning Specific Claims. (Attachments: # 1 Exhibit A)(Reference: All Cases and 12-970)(Haycraft, Don) Modified on 12/26/2013 (gec, ). (Entered: 12/26/2013) |
| MDL 2179 | 12059 | 12/26/2013 | **DOCUMENT FILED IN ERROR; ATTORNEY TO REFILE** Memorandum by Defendant re 11973 Objections (BP's Response to Class Counsel's Objection to the Appeal Panel's Consideration of Facts Submitted by BP) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Reference: 12-970)(Haycraft, Don) Modified on 12/26/2013 (gec, ). (Entered: 12/26/2013) |
| MDL 2179 | 12060 | 12/26/2013 | MOTION to File Under Seal BP's Response to Class Counsel's Objection to the Appeal Panel's Consideration of Facts Submitted by BP and Exhibits 1 and 2 by Defendant BP. (Attachments: # 1 Proposed Order)(Reference: All Cases and 12-970)(Haycraft, Don) Modified on 12/26/2013 (gec, ). (Entered: 12/26/2013) |
| MDL 2179 | 12062 | 12/26/2013 | Memorandum by Defendant BP re 11973 Objections, BP's Response to Class Counsel's Objection to the Appeal Panel's Consideration of Facts Submitted by BP (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Reference: 12-970)(Haycraft, Don) Modified on 12/26/2013 (gec, ). (Entered: 12/26/2013) |
| MDL 2179 | 12066 | 12/26/2013 | NOTICE OF APPEAL by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. as to 12055 Order. (Filing fee $ 505, receipt number 053L-4276563.) (Reference: 12-970)(Haycraft, Don) Modified on 12/26/2013 (gec, ). (Entered: 12/26/2013) |

January 2, 2014                          Respectfully submitted,


  _/s/ Stephen J. Herman_                   _/s/ James Parkerson Roy_

Stephen J. Herman, La. Bar No. 23129     James Parkerson Roy, La. Bar No. 11511
HERMAN HERMAN KATZ & COTLAR              DOMENGEAUX WRIGHT ROY & EDWARDS
LLP                                      LLC
820 O'Keefe Avenue                       556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113             Lafayette, Louisiana 70501
Telephone: (504) 581-4892                Telephone: (337) 233-3033
Fax No. (504) 569-6024                   Fax No. (337) 233-2796

Lead Economic and Property Damages       Lead Economic and Property Damages
Class Counsel                            Class Counsel

### *ECONOMIC AND PROPERTY DAMAGES CLASS COUNSEL*

Joseph F. Rice                           Conrad S.P. "Duke" Williams
MOTLEY RICE LLC                          WILLIAMS LAW GROUP
28 Bridgeside Blvd.                      435 Corporate Drive, Suite 101
Mount Pleasant, SC 29464                 Maison Grand Caillou
Office:  (843) 216-9159                  Houma, LA 70360
Telefax: (843) 216-9290                  Office:  (985) 876-7595
                                         Telefax: (985) 876-7594

Brian H. Barr                            Robin L. Greenwald
LEVIN, PAPANTONIO, THOMAS,               WEITZ & LUXENBERG, PC
MITCHELL, ECHSNER & PROCTOR, PA          700 Broadway
316 South Baylen St., Suite 600          New York, NY  10003
Pensacola, FL 32502-5996                 Office:  (212) 558-5802
Office:  (850) 435-7045                  Telefax: (212) 344-5461
Telefax: (850) 436-6187

Jeffrey A. Breit                         Rhon E. Jones
BREIT DRESCHER IMPREVENTO &              BEASLEY, ALLEN, CROW, METHVIN,
WALKER, P.C.                             PORTIS & MILES, P. C.
999 Waterside Drive, Suite 1000          218 Commerce St., P.O. Box 4160
Norfolk, VA 23510                        Montgomery, AL 36104
Office:  (757) 670-3888                  Office:  (334) 269-2343
Telefax: (757) 670-3895                  Telefax: (334) 954-7555

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Office:  (415) 956-1000
Telefax: (415) 956-1008

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA  70037
Office:  (504) 394-9000
Telefax: (504) 394-9110

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office: (225) 664-4193
Telefax: (225) 664-6925

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH,
LLP
501 Broad Street
Lake Charles, LA  70601
Office:  (337) 439-0707
Telefax: (337) 439-1029

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGÉ
618 Main Street
Baton Rouge, LA  70801-1910
Office:  (225) 344-3735
Telefax: (225) 344-0522

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444

27

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
Andrew B. Bloomer, P.C.
R. Chris Heck
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:  (312) 862-2000
Telefax:  (312) 862-2200

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 879-5000
Telefax:  (202) 879-5200

Jeffrey Lennard
Keith Moskowitz
DENTONS LLP
233 South Wacker Drive, Suite 7800
Chicago, IL  60606
Telephone:  (312) 876-8000
Telefax:  (312) 876-7934

  /s/ Theodore B. Olson
Theodore B. Olson
Miguel A. Estrada
Thomas G. Hungar
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:  (202) 955-8500
Telefax: (202) 467-0539

George H. Brown
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone:  (650) 849-5300
Telefax:  (650) 849-5333

  /s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
S. Gene Fendler (Bar #05510)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

**ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC., BP AMERICA
PRODUCTION COMPANY, AND BP P.L.C.**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this January 2, 2014.

<u>/s/ Don K. Haycraft</u>
Don K. Haycraft

29