UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| *(As It Pertain to Jorey Danos, et al v. BP America Production Company, et al Civil Action # 13-cv-03747)* | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, André J. Mouledoux, Daniel J. Hoerner and Adam P. Sanderson with the Law Office of Mouledoux, Bland, Legrand & Brackett, LLC, will likewise represent the said defendant, Eason Diving & Marine Contractors, Inc., in connection with the above referenced matter.

Respectfully submitted:

**s/André J. Mouledoux**
ANDRE' J. MOULEDOUX (Bar #9778)
DANIEL J. HOERNER )Bar #21706)
ADAM P. SANDERSON (Bar #31312)
Mouledoux, Bland, Legrand & Brackett, LLC
701 Poydras Street, Suite 4250
New Orleans, LA 70139
Telephone: 504-595-3000
Facsimile:   504-522-2121
E-Mail:      amouledoux@mblb.com
             dhoerner@mblb.com
             asanderson@mblb.com
Attorney for Defendant, Eason Diving & Marine Contractorrs, Inc.
Notice of Formal Appearance.wpd

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 3, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM-ECF participants.

      I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:    None.

**s/André J. Mouledoux**