UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AUBREY L. RONEY, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF HIS MINOR DAUGHTER, BRIANNA L. RONEY; AND AMBER N. RONEY | MDL No. 2179 |
| VERSUS | SECTION: J |
| BP EXPLORATION & PRODUCTION, INC.; BP AMERICA PRODUCTION COMPANY; PB L.L.C.; APEX ENVIRONMENTAL SERVICES, L.L.C.; NATURE'S WAY MARINE, L.L.C..; UNITED STATES ENVIRONMENTAL SERVICES, L.L.C.; ENVIRONMENTAL SAFETY & HEALTH, INC.; ABC INSURANCE COMPANY; DEF INSURANCE COMPANY; GHI INSURANCE COMPANY; JKL INSURANCE COMPANY; MNO INSURANCE COMPANY; PQR INSURANCE COMPANY; AND STU INSURANCE COMPANY | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

(As It Pertain to Aubrey L. Roney, Individually and as Personal Representative of His Minor Daughter, Brianna L. Roney; and Amber N. Roney v. BP America Production Company, et al
Civil Action # 13-cv-05568)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, André J. Mouledoux, Daniel J. Hoerner and Adam P. Sanderson with the Law Office of Mouledoux, Bland, Legrand & Brackett, LLC, will likewise represent the said defendant, Nature's Way Marine, LLC, in connection with the above referenced matter.

Respectfully submitted:

**s/André J. Mouledoux**
ANDRE' J. MOULEDOUX (Bar #9778)

1

>DANIEL J. HOERNER )Bar #21706)
>ADAM P. SANDERSON (Bar #31312)
>Mouledoux, Bland, Legrand & Brackett, LLC
>701 Poydras Street, Suite 4250
>New Orleans, LA 70139
>Telephone: 504-595-3000
>Facsimile:  504-522-2121
>E-Mail:    amouledoux@mblb.com
>           dhoerner@mblb.com
>           asanderson@mblb.com
>Attorney for Defendant, Nature's Way Marine, LLC
>H:\0979\13441 Roney\Pleadings\Notice of Appearance.wpd

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM-ECF participants.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:    None.

**s/André J. Mouledoux**

2