UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br>SECTION: "J"<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

This Document Applies to:

No. 12-970, Bon Secour Fisheries, Inc., et al.
v. BP Exploration & Production Inc., et al.

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that undersigned counsel will bring on for hearing before the Honorable Carl Barbier, the Objections to Magistrate Judge Shushan's Rulings on Glen J. Lerner's Motions to Compel Disclosures and Incorporated Memorandum, filed by Glen J. Lerner.

Said Objections to be set for hearing at ____ o'clock a.m., on the ____ day of _____, 2014, at the United States Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

/s/ Pauline F. Hardin
Pauline F. Hardin (La. Bar #6542)
Jones Walker LLP
201 St. Charles Avenue
49th Floor
New Orleans, LA 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
phardin@joneswalker.com

and

{N2748601.1}

>William W. Taylor, III (D.C. Bar #84194)
>Amit P. Mehta (D.C. Bar #467231)
>Zuckerman Spaeder LLP
>1800 M Street, NW
>Suite 1000
>Washington, DC 20036-5802
>Telephone: (202) 778-1865
>Facsimile: (202) 822-8106
>amehta@zuckerman.com
>
>*Attorneys for Glen J. Lerner*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 3rd day of January, 2014.

>**/s/ Pauline F. Hardin**
>Pauline F. Hardin

{N2748601.1}