UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

**GLEN J. LERNER'S MOTION TO EXPEDITE HEARING ON HIS OBJECTIONS TO MAGISTRATE JUDGE SHUSHAN'S RULINGS ON GLEN LERNER'S MOTIONS TO COMPEL DISCLOSURES AND INCORPORATED MEMORANDUM**

**NOW INTO COURT**, through undersigned counsel, comes Glen Lerner, who reserving all rights and defenses, respectfully moves this Court to expedite consideration of his request that he be permitted to file his *Objections to Magistrate Judge Shushan's Rulings on his Motions to Compel Disclosures and Incorporated Memorandum* ("Objections"), which is being filed contemporaneously with the instant Motion ("Motion to Expedite"). Glen J. Lerner also requests that the Court hold a hearing on his Objections. The factual and legal bases for this Motion to Expedite are set forth in the accompanying Memorandum.

**WHEREFORE**, Glen Lerner, respectfully requests that the Court expedite hearing on his Objections to Magistrate Shushan's Rulings on Glen Lerner's Motion to Compel Disclosures.

{N2748226.1}

Respectfully submitted,

*/s/ Pauline F. Hardin*
Pauline F. Hardin (La. Bar #6542)
Jones Walker LLP
201 St. Charles Avenue
49th Floor
New Orleans, LA 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
phardin@joneswalker.com

AND

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5802
Telephone: (202) 778-1865
Facsimile: (202) 822-8106
amehta@zuckerman.com

*Attorneys for Glen J. Lerner*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 3rd day of January, 2014.

/s/ *Pauline F. Hardin*
Pauline F. Hardin