UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

**MEMORANDUM OF LAW TO SUPPORT
GLEN J. LERNER'S MOTION TO EXPEDITE HEARING ON HIS OBJECTIONS
TO MAGISTRATE JUDGE SHUSHAN'S RULINGS ON GLEN LERNER'S
MOTIONS TO COMPEL DISCLOSURES AND INCORPORATED MEMORANDUM**

Glen J. Lerner respectfully asks this Court to expedite consideration of his Objections to Magistrate Judge Shushan's Rulings on Glen J. Lerner's Motion to Compel Disclosures and Incorporated Memorandum. Expedited consideration of Mr. Lerner's Objections is needed because Mr. Lerner's Response to the Court's September 6, 2013 Show Cause order is due January 17, 2014 (Rec. Doc. 11979) and access to all relevant discovery is needed to prepare his response.

For the foregoing reasons, Glen J. Lerner respectfully requests that the Court grant his Motion to Expedite and that his Objections be heard at a date and time set by the Court prior to January 17, 2014.

{N2748226.1}

Respectfully submitted,

*/s/ Pauline F. Hardin*
Pauline F. Hardin (La. Bar #6542)
Jones Walker LLP
201 St. Charles Avenue
49th Floor
New Orleans, LA 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
phardin@joneswalker.com

AND

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036-5802
Telephone: (202) 778-1865
Facsimile: (202) 822-8106
amehta@zuckerman.com

*Attorneys for Glen J. Lerner*

{N2748226.1}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion and Memorandum have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 3rd day of January, 2014.

/s/ *Pauline F. Hardin*
Pauline F. Hardin