UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

## ORDER

Considering Glen J. Lerner's Motion to Expedite Consideration of his Objections to Magistrate Judge Shushan's rulings on his Motions to Compel Disclosures and Incorporated Memorandum;,

**IT IS ORDERED** that Glen Lerner's Motion to Expedite Consideration of his *Objections to Magistrate Judge Shushan's Rulings on his Motions to Compel Disclosures and Incorporated Memorandum* are hereby **GRANTED**.

IT IS FURTHER ORDERED, that Glen J. Lerner's Objections to Magistrate Judge Shushan's Rulings on his Motions to Compel Disclosures and Incorporated Memorandum be set for hearing before this Honorable Court on the ____ day of January, 2014.

New Orleans, Louisiana this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE

{N2748226.1}