UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This Document Applies to:<br><br>No. 12-970, *Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | MDL 2179<br><br>SECTION: "J"<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

### GLEN J. LERNER'S EX PARTE MOTION TO FILE UNDER SEAL EXHIBIT A IN SUPPORT OF HIS OBJECTIONS TO MAGISTRATE JUDGE SHUSHAN'S RULINGS ON GLEN LERNER'S MOTIONS TO COMPEL DISCLOSURES AND INCORPORATED MEMORANDUM

NOW INTO COURT comes the undersigned counsel, on behalf of Glen J. Lerner, who, pursuant to this Court's Standing Order regarding filing documents under seal, respectfully requests that he be permitted to file under seal Exhibit A to his *Objections to Magistrate Judge Shushan's Rulings on Glen Lerner's Motions to Compel Disclosures and Incorporated Memorandum* ("Objections").[1] Exhibit A to Lerner's Objections contains portions of the investigative record received by Lerner from the Special Master in response to Magistrate Judge Shushan's December 19, 2013 Order. Rec. Doc. 12026. These documents consist of (1) a

---

[1] Mr. Lerner appears solely for the purposes of filing this motion to file under seal Exhibit A in support of his objections to Magistrate Shushan's ruling on his motions to compel disclosures. Mr. Lerner specifically reserves his right to make any and all objections to the Special Master's Report and the Court's discovery Order, including those grounds for dismissal set forth in Federal Rule of Civil Procedure 12(b) and grounds relating to the scope of the Special Master's authority under Rule 53.

4303324.2

spreadsheet prepared by the Special Master identifying the names of AndryLerner LLC clients with claims before the DHECC, and (2) emails containing non-public information relating to some of these claims. These documents have been provided to Lerner, but have not been published in the Special Master's report or in the Court's record. Lerner therefore submits these documents to the Court under seal.

    WHEREFORE, Lerner respectfully requests that this motion to file under seal be granted.

Respectfully submitted,

*/s/ Pauline F. Hardin*
Pauline F. Hardin (La. Bar #6542)
James E. Wright, III (La. Bar #13700)
Virginia W. Gundlach (La. Bar #18493)
**JONES WALKER LLP**
201 St. Charles Ave. – 49th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
phardin@joneswalker.com
jwright@joneswalker.com
ggundlach@joneswalker.com

AND

William W. Taylor, III (D.C. Bar #84194)
Amit P. Mehta (D.C. Bar #467231)
**ZUCKERMAN SPAEDER LLP**
1800 M. Street, NW – Suite 1000
Washington, D.C. 20036-5807
Telephone: (202) 778-1800
Fax: (202) 822-8106
wtaylor@zuckerman.com
amehta@zuckerman.com

*Attorneys for Glen J. Lerner*

2

4303324.2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 3rd day of January, 2014.

/s/ *Pauline F. Hardin*
Pauline F. Hardin (La. Bar #6542)

4303324.2