IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: "J" |
| This document relates to No. 12-970 | * | Honorable Carl J. Barbier |
| | | Magistrate Judge Shushan |
| * * * | | |

**MOTION TO REVIEW, AND/OR OBJECTIONS TO,
MAGISTRATE JUDGE SHUSHAN'S DECEMBER 19, 2013 ORDER ON
THE ANDRY LAW FIRM'S MOTIONS FOR PRODUCTION**

**NOW INTO COURT**, through undersigned counsel, comes claimant The Andry Law

Firm, LLC ("The Andry Law Firm") who files these Objections to, and seeks review and

reversal of, certain aspects of the Order of Magistrate Judge Shushan, dated December 19, 2013

("December 19, 2013 Order"), Rec. Doc. 12026, which addresses, *inter alia*, the *Motion for*

*Production of Documents And To Extend Time To Respond To Order To Show Cause,* Rec. Doc.

11355, and the *Second Motion For Production Of Documents And To Extend Time To Respond*

*To Order To Show Cause*, Rec. Doc. 11610.[1]  The factual and legal bases for this *Motion* are set

forth in the accompanying *Memorandum In Support.*

---

[1] The Andry Law Firm hereby objects, and reserves its rights to continue to make any and all objections to the Freeh Report and the Special Master's appointment and authority in this matter, including, but not limited to, any objections under the United States Constitution, 28 U.S.C. § 455, Rules for Lawyer Disciplinary Enforcement, the Federal Rules of Evidence, and the Federal Rules of Civil Procedure 4, 12(b)(1), 12(b)(5), 12(b)(6), and 53, including, but not limited to, lack of notice of and consent to the appointment of the Special Master, lack of notice of conflicts of interest and bases for disqualification of the Special Master, lack of waiver of objection to conflicts of interest and bases for disqualification of the Special Master, lack of notice of and consent to the scope of the mandate of the Special Master, the Special Master acting beyond the scope of his mandate and the scope permitted by law, violation of procedural and substantive due process, lack of opportunity to confront witnesses, hearsay, lack of meaningful opportunity to be heard, lack of evidentiary hearing, lack of opportunity to object to evidence, lack of subject matter jurisdiction, failure to state a claim upon which relief can be granted, lack of notice of complaint, orders and proceedings, lack of service of complaint, summons, appointment of Special Master, orders and proceedings, lack of personal jurisdiction, collateral estoppel, and *res judicata.*

**WHEREFORE**, The Andry Law Firm, L.L.C. respectfully requests that the Court grant claimant, The Andry Law Firm, LLC's *Motion to Review, And/Or Objections to, Magistrate Judge Shushan's December 19, 2013 Order on The Andry Law Firm's Motions For Production*, grant access to documents and witnesses relevant to the *Freeh Report*, and allow The Andry Law Firm twenty-one (21) days from the date of any future production to file any response and/or objections to the *Freeh Report*.

<div style="margin-left:40%">

**Respectfully submitted,**

*/s/ Stephen M. Gelé*
**RANDALL A. SMITH, T.A. (#2117)**
**STEPHEN M. GELÉ (#22385)**
            OF
**SMITH & FAWER, L.L.C.**
201 St. Charles Avenue, Suite 3702
New Orleans, LA 70170
Tel:    (504) 525-2200
Fax:    (504) 525-2205
sgele@smithfawer.com

**Attorneys for The Andry Law Firm, L.L.C.**

</div>

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF

System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 3rd day of January, 2014.

*/s/ Stephen M. Gelé*
Stephen M. Gelé