## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater | * | MDL NO. 2179 |
| Horizon" in the Gulf of Mexico, on | | |
| April 20, 2010 | * | SECTION: "J" |
| | | |
| This document relates to No. 12-970 | * | Honorable Carl J. Barbier |
| | | |
| | | Magistrate Judge Shushan |
| | * * * | |

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes claimant The Andry Law

Firm, and pursuant to the provisions of Eastern District Local Rule 78.1E, files this request for

oral argument.

The Andry Law Firm respectfully requests that this Court grant oral argument regarding

its *Motion to Review, And/Or Objections to, Magistrate Judge Shushan's December 19, 2013*

*Order on The Andry Law Firm's Motions for Production.*  Oral argument would assist both the

Court and the Show Cause parties to this litigation and would further the interests of justice and

equity, and in particular would ensure the full and fair presentation of all factual allegations, law

and arguments associated with that motion.

Accordingly, The Andry Law Firm requests that this Court grant its request and entertain

oral argument on its *Motion to Review, And/Or Objections to, Magistrate Judge Shushan's*

*December 19, 2013 Order on The Andry Law Firm's Motions for Production.*

Respectfully submitted,

*/s/ Stephen M. Gelé*
**RANDALL A. SMITH, T.A. (#2117)**
**STEPHEN M. GELÉ (#22385)**
        OF
**SMITH & FAWER, L.L.C.**
201 St. Charles Avenue, Suite 3702
New Orleans, LA 70170
Tel:     (504) 525-2200
Fax:     (504) 525-2205
sgele@smithfawer.com

**Attorneys for The Andry Law Firm, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 3rd day of January, 2013.

*/s/ Stephen M. Gelé*
Stephen M. Gelé