UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *10-2454* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

[Regarding Scheduling of Cross-Motions for Summary Judgment]

On January 6, 2014, there was a telephone status conference concerning the claims of the Center for Biological Diversity ("the Center") remaining after the Fifth Circuit's judgment of January 9, 2013 remanding the action to the District Court for further proceedings. Participating in the conference were:

Charlie Tebbutt, Marc Fink and Dan Snyder for the Center;

Andy Langan and Jeff Clark for BP; and

Kerry Miller and Daniel Levin for Transcoean.

The Center reported that it required responses to a limited amount of written discovery before it could file a motion for partial summary judgment on the issue of liability. BP responded that it did not require any discovery before it filed a motion for summary judgment on the Center's remaining claims. Transocean was in accord in with BP's position except that it may raise an additional argument based on the affect of its settlement with the United States.

By no later than **Friday, January 31, 2014**, the Center shall serve no more than 10 interrogatories, 10 requests for production of documents and 10 requests for admissions. BP and Transcoean shall respond to the discovery as promptly as possible but no later than **Monday, March 3, 2014.** If the parties are unable to resolve any issues with the discovery responses through the

meet-and-confer process, the Center shall file a motion to compel and request expedited consideration.

By **Tuesday, April 15, 2014**, the Center shall file its motion for partial summary judgment on the issue of liability. Its brief shall be limited to no more than 25 pages.

By **Tuesday, April 15, 2014**, BP and Transocean shall file their motions for summary judgment. BP and Transocean shall file a joint brief in support of the motions. It shall be limited to no more than 25 pages. Transocean shall file a limited separate memorandum regarding its settlement with the U.S.

By **Monday, May 5, 2014**, the parties shall file their oppositions to the motions. BP and Transocean shall file a joint opposition limited to no more than 20 pages. The Center's opposition to the joint BP and Transocean brief shall be no more than 20 pages. The Center's opposition to Transocean's memorandum on its settlement with the U.S. shall not exceed the number of pages in Transocean's memorandum.

By **Monday, May 19, 2014**, the parties shall file reply memoranda. The Center's reply shall be limited to no more than 10 pages and joint BP/Transocean reply shall be limited to no more than 10 pages. Transocean's reply on its settlement with the U.S. shall be limited to 3 pages.

Prior to the filing of the motions, the parties shall notify the undersigned if they consent to the resolution of the motions by the undersigned with any appeal to the Fifth Circuit. If there is no such notice prior to filing the motions, the motions will be resolved by Judge Barbier.

New Orleans, Louisiana, this 6th day of January, 2014.

                                      **SALLY SHUSHAN**
                                      **United States Magistrate Judge**