**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION:   J |
| This Document Relates to:  2:13-cv-01711  2:10-cv-08888 | Judge Barbier  Magistrate Shushan |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the Court upon the Irpino Law Firm's Motion to Withdraw as Counsel. The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby ORDER and ADJUDGED as follows:

The IRPINO LAW FIRM's Motion to Withdraw as Counsel as to Plaintiff, Zat's Restaurant, Inc., is hereby granted.

DONE and ORDERED in Chambers, at New Orleans, Louisiana on this _____ day of _____, 2014.

_____
Honorable Carl J. Barbier
United States District Judge