UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 |
| | SECTION: "J" |
| This Document Applies to: | |
| | JUDGE BARBIER |
| No. 12-970, *Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing,

**IT IS ORDERED** that Glen J. Lerner's Motion to File under Seal Exhibit A in Support of His Objections to Magistrate Judge Shushan's Rulings on Glen J. Lerner's Motions to Compel Disclosures is **GRANTED.**

New Orleans, Louisiana this 6th day of January, 2014.

_____
United States District Judge