UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>*APPLIES TO: 2:11-cv-02745* | CIVIL ACTION<br><br>NO. 2:10-md-02179<br><br>SECTION: "J"(1)<br><br>HON. JUDGE CARL J. BARBIER<br>MAG. JUDGE SALLY SHUSHAN |

## MOTION TO SUBSTITUTE COUNSEL

**NOW INTO COURT**, through undersigned counsel, comes Clean Tank, LLC ("Clean Tank") and moves this Honorable Court to substitute David I. Clay, II (La. Bar No. 33776) of the law firm of Phelps Dunbar, LLP, as counsel for Clean Tank, in place of Raymond T. Waid (La. Bar No. 31351). Robert P. McCleskey, Jr. will remain as trial counsel.

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:   */s/ Robert P. McCleskey, Jr.*
        Robert P. McCleskey, Jr., (Bar #9151)
        Canal Place | 365 Canal Street, Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: 504-566-1311
        Telecopier: 504-568-9130
        Email: mccleskb@phelps.com
                turk.clay@phelps.com

ATTORNEYS FOR CLEAN TANK, LLC

1

PD.10873220.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Robert P. McCleskey, Jr.*