UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| IN RE: 10-8888 SHORT FORM JOINDERS | * * | MAG. JUDGE SHUSHAN |

*********************************************

**MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS
FILED BEYOND THE SEPTEMBER 16, 2011, DEADLINE**

NOW INTO COURT, through undersigned counsel, come various claimants identified in Exhibit "A", which have filed their Short Form Joinders in Civil Action No. 10-8888 (the "Claimants"). Claimants move this Court for acceptance of their late filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner; Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, Civil Action No. 10-2771 (the "Transocean Limitation Proceeding").[1]

In support of their motion, the Claimants declare as follows:

1. The Honorable Court established a deadline for the filing of claims in the Transocean limitation proceeding, which was extended to September 16, 2011.

2. Upon review of Deepwater Horizon Settlement documentation, Claimants have viable claims against defendants.

---

[1] To the extent that any Claimants identified in Exhibit A have settled or will settle their respective claims against BP and related entities, those Short Form Joinders shall be construed to relate only to those defendants and/or claims not released under each Claimants' respective settlement agreement.

3. No prejudice will result from the acceptance of the Short Form Joinders filed after September 16, 2011. Moreover, no action has been taken in the Transocean Limitation Proceeding which could have prejudiced any other party to the proceeding.

4. The Transocean Limitation Proceeding is pending and undetermined.

For these reasons, the Claimants, identified in Exhibit "A", respectfully request that this Honorable Court grant Movants' Motion for Acceptance of Short Form Joinders Filed Beyond the April 20, 2011 and September 16, 2011 deadlines, and that the Court deem said Short Form Joinders as timely filed in the Transocean Limitation Proceeding.

Respectfully submitted,

/s/ Lauren M. Swenson_____
Lauren M. Swenson (#24079426)
J. Christopher Dean (#00793596)
dean@jamesdeanlaw.com
Dean Law Firm
17225 El Camino Real, Suite 190
Houston, Texas 77058
Telephone: (281) 280-8900
Facsimile:  (281) 280-8901
ATTORNEYS FOR CLAIMANTS IN EXHIBIT A

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2014, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis File & Serve to all counsel of record.

/s/ Lauren M. Swenson_____