UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | SECTION J |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| | * | |
| IN RE: 10-8888 SHORT FORM JOINDERS | * | MAG. JUDGE SHUSHAN |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MEMORANDUM IN SUPPORT OF MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, come various claimants identified in Exhibit A, who file this Memorandum in Support of the accompanying Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline.  Attached to this Memorandum is a list of all Claimants who filed late short forms and are joint movants for the purpose of this Motion. (List attached as Exhibit "A".)  These Claimants seek this Honorable Court's permission to accept Claimants' late filed claims in the limitation proceeding for the following reasons:

1.      As Claimants had not yet fully realized their damages as of the Court-established September 16, 2011 deadline, they did not timely file in the Transocean limitation proceeding. Further, Claimants had attempted to settle their claims through the GCCF and DHECC mechanisms.  Claimants' Oyster Leaseholder Lost Interest Claims are valid claims under the Settlement Agreement.  Claimants have submitted to the DHECC all required documentation to be paid on these claims.  The DHECC argues that the claims are not payable because of exclusions created in an FAQ section on the DHECC website.  It is nonsensical that a court

approved Settlement Agreement could be retroactively altered through FAQs.  Just now have the issues been (improperly) denied within the DHECC framework, and the issues are permitted to be appealed.  For these reasons, Claimants now bring their claims in this action.

2.	No prejudice will result from the acceptance of the late filings.  Such filings have been filed in the Court-established filing system under the action 2:10-cv-08888-CJB-SS.  No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

3.	Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding.  Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown.  *Texas Gulf Sulphur Co. v. Blue Stack Towing Co.,* 313 F.2d 359, 362 (5th Cir. 1963) ("[S]o long as the limitation proceeding is pending and undetermined, and the rights of the parties are not adversely affected, the court will freely grant permission to file late claims."); *In re Gladiator Marine, Inc.*, No. 98-2037, 1999 WL 378121 (E.D. La. June 7, 1999) (*citing Golnoy Barge Co. v. M/T Shinoussa,* 980 F.2d 349, 351 (5th Cir. 1993)). Here, there are no indications that any limitation plaintiff would be adversely affected or suffer any prejudice if these late filed claims are deemed timely.

4.	Limitation has not been determined; and there is no prejudice to the limiting parties or other defendants.

For these reasons, Claimants respectfully request that the Court accept their late filed short forms and grant the accompanying Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline.

Respectfully submitted,

/s/ Lauren M. Swenson_____
Lauren M. Swenson (#24079426)
J. Christopher Dean (#00793596)
dean@jamesdeanlaw.com
Dean Law Firm
17225 El Camino Real, Suite 190
Houston, Texas 77058
Telephone: (281) 280-8900
Facsimile:  (281) 280-8901
ATTORNEYS FOR CLAIMANTS IN EXHIBIT A

**CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2014, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis File & Serve to all counsel of record.

/s/ Lauren M. Swenson_____