# EXHIBIT A

**SHORT FORM JOINDERS FILED BY DEAN LAW FIRM ON DECEMBER 3, 2013.**

| Document I.D. (filed in Case No. 10-8888) | Individual/Business Name |
|---|---|
| 136539 | Bedrock Seafood Inc. |
| 136540 | Mark Naquin |
|  |  |