UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: 2:13-cv-01711 2:10-cv-08888 Rec. Doc. No. 65292 | Judge Barbier Magistrate Shushan |

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, come movers Anthony D. Irpino, and the Irpino Law Firm, counsel for Plaintiff, Zat's Restaurants, Inc., who respectfully move for an Order withdrawing them from any further representation in this litigation and specifically from any further representation of Plaintiff, Zat's Restaurants, Inc., for the reasons set forth below.

1) The Plaintiff and movant have terminated their relationship.

2) The Plaintiff has been made aware of applicable deadlines.

3) The Plaintiff will remain in the litigation

4) The last known address of Plaintiff was:

> Zat's Restaurants, Inc.
> Through: Matthew Ghergich, IV
> 671 Terrence Street
> Jefferson, LA  70121
> 504-444-2748
> Mghergich@zatslouisiana.com

5) This motion is made in good faith and will not prejudice any party.

WHEREFORE, the undersigned counsel moves this Court for an order allowing them to withdraw as counsel of record for Plaintiff, Zat's Restaurants, Inc.

Respectfully Submitted,

/s/ Anthony D. Irpino
Anthony D. Irpino, LBA 24727
Louise C. Higgins, LBA 31780
Pearl A. Robertson, LBA 34060
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, Louisiana 70130
Telephone:  (504) 525-1500
Facsimile:   (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinlaw.acom
probertson@irpinolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2014, the above and foregoing Motion to Withdraw as Counsel has been served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order Number 12.

I further certify that the Plaintiff has been made aware of applicable deadlines and that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served by certified mail, regular U.S. Mail and via email with confirmation of delivery to the Plaintiff Zat's Restaurants, Inc. Through: Matthew Ghergich, IV, Mghergich@zatslouisiana.com, 671 Terrence Street, Jefferson, LA  70121

/s/ Anthony D. Irpino
Anthony D. Irpino