UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig                                    MDL No. 2179
　　　 "Deepwater Horizon" in the
　　　 Gulf of Mexico, on
　　　 April 20, 2010                                                SECTION:   J

This Document Relates to:                                           Judge Barbier
　　　 2:13-cv-01711                                                Magistrate Shushan
　　　 2:10-cv-08888
　　　 Rec. Doc. No. 65292

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS CAUSE came before the Court upon the Irpino Law Firm's Motion to Withdraw as Counsel.  The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby ORDER and ADJUDGED as follows:

The IRPINO LAW FIRM's Motion to Withdraw as Counsel as to Plaintiff, Zat's Restaurant, Inc., is hereby granted.

DONE and ORDERED in Chambers, at New Orleans, Louisiana on this _____day of _____, 2014.

_____
Honorable Carl J. Barbier
United States District Judge