UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CIVIL ACTION<br><br>NO.  2:10-md-02179<br><br>SECTION:  "J"(1) |
| *APPLIES TO: 2:11-cv-02745* | HON. JUDGE CARL J. BARBIER<br>MAG. JUDGE SALLY SHUSHAN |

### ORDER

Considering the foregoing Motion to Substitute Counsel,

IT IS HEREBY ORDERED that David I. Clay, II (La. Bar No. 33776) of the law firm of Phelps Dunbar, LLP, be substituted as counsel of record for Clean Tank, LLC, in place of Raymond T. Waid (La. Bar No. 31351).  Robert P. McCleskey, Jr. will remain as trial counsel.

New Orleans, Louisiana this 7th day of January, 2014.

_____
United States District Court Judge