IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig)<br>"Deepwater Horizon"<br>In the Gulf of Mexico.<br>On April 20, 2010 | )<br>)<br>)<br>) | MDL 2179<br>SECTION J |
| This document relates to:<br>No. 12-970, Bon Secour<br>Fisheries, Inc., et al v. BP | )<br>)<br>)<br>) | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| And All Actions | ) | |

## LIST OF EXHIBITS

1. Registration Form
2. Purple Claim Form
3. Eligibility Notice
4. Notice of BP Appeal
5. Initial Proposal and Brief – BP
6. Initial Proposal – Claimant
7. Initial Brief – Claimant
8. Final Proposal and Brief – BP
9. Final Proposal – Claimant
10. Final Brief – Claimant
11. Notice of Appeal Panel Decision
12. Post-Appeal Eligibility Notice
13. Rocon Signed Eligibility Notice