IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig) | | |
|     "Deepwater Horizon" ) | MDL 2179 | |
|     In the Gulf of Mexico. ) | SECTION J | |
|     On April 20, 2010 ) | | |
| This document relates to: ) | JUDGE BARBIER | |
| No. 12-970, Bon Secour ) | | |
| Fisheries, Inc., et al v. BP ) | MAG. JUDGE SHUSHAN | |
| ) | | |
| And All Actions ) | | |

## PROOF OF SERVICE

I do hereby certify that copies of the foregoing Motion to Confirm Arbitration Award and Memorandum of Authorities In Support Of Motion to Confirm Arbitration Award have been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of January, 2014.

RESPECTFULLY SUBMITTED,

                                                  s/E. J. Saad
                                                  E. J. SAAD (AL861451)
                                                  ejsaad@ejsaadlaw.com
                                                  s/ Matthew Andrews
                                                  MATTHEW ANDREWS (AL167247)
                                                  mandrews@ejsaadlaw.com
                                                  ATTORNEYS FOR ROCON, INC.

E. J. SAAD LAW FIRM
6207 COTTAGE HILL ROAD, SUITE G
MOBILE, ALABAMA 366609
TELEPHONE: 251-660-0888
FAX: 251-660-0777

                                                  *s/Frederick T. Kuykendall, III*
                                                  FREDERICK T. KUYKENDALL, III
                                                  ftkuykendall@yahoo.com
                                                  ATTORNEYS FOR ROCON, INC.

OF COUNSEL:
KUYKENDALL & ASSOCIATES, LLC
AL Bar No.: ASB4462A59F - Federal Bar No.: KUYKF4462
P.O. Box 2129
Fairhope, Alabama 36533
Telephone: (251) 928-4008
Facsimile: (251) 928-2151