IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to: *All Cases* (Including Civil Action No. 12-970) | Civil Action No. 12-970<br>MDL No. 2179<br>SECTION: J<br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## UNOPPOSED MOTION FOR APPOINTMENT AS
## COURT-APPROVED STRUCTURED SETTLEMENT BROKER

NOW INTO COURT, through undersigned counsel, comes JOHN T. BAIR of Milestone Consulting, LLC who hereby seeks to be approved and recognized as a Court-approved structured settlement broker pursuant to the terms and conditions of this Court's ORDER PROVIDING FOR STRUCTURED SETTLEMENT OPTION AND AMENDMENT TO RELEASE [Doc 8425].

On January 31, 2013, this Court issued the ORDER PROVIDING FOR STRUCTURED SETTLEMENT OPTION AND AMENDMENT TO RELEASE [Doc. 8425], as amended on August 15, 2013 [Doc. 11020], which set forth the conditions under which Claimants to the Economic and Property Damages Settlement Agreement (hereinafter referred to as the "Settlement") may elect to receive settlement payments over more than one tax year. That Order further provided that Claimants must use Court-approved structured settlement brokers, and it allowed for settlement brokers to petition the Court for approval to act as structured settlement brokers for Claimants. On September 17, 2013, this Court issued an Order setting forth the criteria brokers must meet in order to serve as structured settlement brokers [Doc. 11404].

Mover, JOHN T. BAIR, a resident of New York, is an accomplished structured settlement

broker, insurance broker and investment advisor, with a combined 14 years of experience in the structure and insurance industry.[1] He is Owner/Founder of Milestone Consulting, LLC, a comprehensive settlement planning and management firm specializing in developing income strategies for post-recovery asset protection and wealth preservation through the use of structured arrangements.[2]

Mr. Bair fully meets all requirements of this Court's Order of September 17, 2013 [Doc. 11404]. He is fully licensed and is in good standing in all 50 states, including the State of New York and the District of Columbia.[3] His license has never been suspended or revoked. He maintains Errors and Omissions coverage through Lloyd's of London.[4]  He maintains appointments with the Liberty Life Assurance Company of Boston and other issuers.[5]

Mover has read and agrees to follow the terms of the ORDER PROVIDING FOR STRUCTURED SETTLEMENT OPTION AND AMENDMENT TO RELEASE [Doc. 8425], as amended on August 15, 2013 [Doc. 11020], in the performance of his responsibilities as a Court-approved structured settlement broker.

Undersigned counsel for Mover has conferred with Plaintiffs' Steering Committee, Counsel for BP, and Claims Administrator Patrick Juneau, and there is no objection to the approval of JOHN T. BAIR as a Court-approved structured settlement broker.

---

[1] See Curriculum Vitae of John T. Bair, attached hereto as Exhibit I. Background information and credentials on Milestone Consulting, LLC can be viewed at www.milestoneseventh.com.
[2] See New York State Secretary of State Filing for Milestone Consulting, LLC, Exhibit 2.
[3] See License, State of New York, and license authority report, Exhibit 3.
[4] See Certificate of Liability Insurance, Exhibit 4.
[5]  See Producer Overview Report, Exhibit 5.

WHEREFORE, JOHN T. BAIR prays that he be approved and recognized as a Court-approved structured settlement broker, and the proposed Order stating same and attached hereto be entered accordingly.

Respectfully submitted,

THE LAW OFFICE OF THOMAS L YOUNG

s / <u>Thomas L. Young</u>

Thomas L. Young (FL Bar No 231680)
Law Office of Thomas L. Young, P.A.
209 South Howard Avenue
Tampa, Florida 33606
Phone: (813) 251-9706
Fax (813) 364-1908
<u>tyoung@tlylaw.com</u>

*Counsel for John T. Bair*

## **CERTIFICATE OF SERVICE**

  We hereby certify that the above and foregoing Motion (and Proposed Order) will be served on All Counsel and Patrick Juneau, Claims Administrator for the Economic and Property Damage Claims Settlement, via electronic filing with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to all parties of record, on this 8th day of January, 2014.

            s:/ Thomas L. Young