EXHIBIT 1

# JOHN T. BAIR
# MILESTONE CONSULTING, LLC

737 MAIN STREET
BUFFALO, NEW YORK 14203
716.883.1833
JBAIR@MILESTONESEVENTH.COM
HTTP://WWW.MILESTONESEVENTH.COM

## EDUCATION

B.S., Engineering and Spanish (Double Major), 1992. United States Military Academy (West Point, NY)

## PROFESSIONAL EXPERIENCE

**Milestone Consulting, LLC- Founder/Member, 2012-present**
- Advise attorneys and families on complexities of closing a settlement
- Advocate for plaintiffs' rights
- Headquartered in Buffalo, New York, with offices in California and Colorado; Ability to service clients nationally

**LegalExaminer.com- Contributor, 2012-present**
- Blog writer for community of attorneys, safety industry experts, and consumer advocates

**Forge Consulting, LLC- President & CEO, 2003-2012**
- Offer expertise in client solutions that offer lifelong security and valuable tax advantages
- Advocate for plaintiffs' rights
- Headquartered in Buffalo, New York with offices in Georgia, South Carolina, Mississippi, Albany and Ontario; Ability to service clients nationally.

**Army National Guard** – Captain, 142d Aviation Regiment, Rochester, NY, 1999-2003

**EPS Settlements Group- Consultant, Northeast Representative, 1999-2002**

**United States Army** – Captain, AH-64 Aviator, Commander, Aviation Officer, Aviation Risk Manager
- South Korea Plans Senior Staff Manager-Government Claims Liaison 1997 – 1999.
- Texas Project Leader, Negotiations Specialist, Operations Manager 1995 – 1997.
- Alabama/Texas AH-64 Attack Helicopter Operations Manager 1992 – 1995.

## AWARDS & DISTINCTIONS
- Licensed in All 50 States
- Settlement Planning Industry Leader
- Member, Society of Settlement Planners
- Certified Structured Settlement Consultant
- 2013 Who's Who in Insurance, *Buffalo Business First*
- 2012 Who's Who in Insurance, *Buffalo Business First*
- 2003 ATLA Award for excellence in advocacy and commitment to the victims of September 11th
- 2003 MATA Humanitarian Award for commitment and dedication to the victims of September 11th
- 2002 Trial Lawyers for Public Justice appreciation for support and work for the TLPJ Foundation
- Personally settled cases for over 70 million dollars in first three years of business (2003-2005).
- Rated in the top 1% of all Army Officers during the years 1992-1999.

Exhibit 1

**BUSINESS ACUMEN**

- Unequivocal Pre-Post Settlement services including Rated Ages, Workers' Compensation, SSD/SSI, Medicare/Medicaid, Accounting principles (GAAP), Medical Malpractice, Railroad litigation, Self-Insured Retention (SIR), Mass Torts & Class Actions, Matrimonial/Division of Assets, Medicare Set-Asides, Structured Sales, Structured Settlements, Special Needs Trusts, Consulting, Government Benefits Planning, Insurance, General Trust Planning, and Economic Analysis.
- Expert Witness Testimony, Consultation on taxation of periodic payment transactions, Special Needs Trusts, Reversionary Trusts, Living Trusts, and Irrevocable Trusts.
- Non-physical Tort: Wrongful Termination, Employment Discrimination and Bad faith, Professional Liability.
- Risk Management Specialist – Cost Reduction, Safety Practices, Risk Reduction.
- Attorney Fee Structured Settlements – Investments comparisons for Qualified Retirement Plans (401K etc.)

**PROFESSIONAL AFFILIATIONS**

- Member, Civil Justice Foundation
- Member, American Association for Justice
- Member, Injury Board
- Member, Public Justice Foundation
- Silver Partner and Advocate, Workers' Injury Law and Advocacy Group
- Gold Partner, New York State Trial Lawyers Association
- Gold Business Partner, Pennsylvania Association for Justice
- Diamond Club Partner, Massachusetts Academy of Trial Attorneys
- Platinum Sponsor, Rhode Island Association for Justice
- Platinum Business Friend, Vermont Association for Justice
- Speaker, End Distracted Driving (www.enddd.org)

**PUBLISHED WORKS**

"Justice for All: Plaintiff Advocacy in Settlement Planning." *American Association for Justice New Lawyers' Division Sidebar Newsletter* (Winter 2013)

"A Simple Change for the Better: Consumer Protection in the Settlement Industry." *The [Milestone Consulting, LLC] Safety Report 4.4* (Fall 2012).

"Medicare Set-Aside Doldrums." *American Association for Justice New Lawyers' Division Sidebar Newsletter* (Summer 2012).

"Subterranean Medicare Blues." *American Association for Justice New Lawyers' Division Sidebar Newsletter* (Spring 2012).

EXHIBIT 2

```
N.Y.S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS            ALBANY, NY 12231-0001

                         FILING RECEIPT
================================================================================
ENTITY NAME: MILESTONE CONSULTING, LLC

DOCUMENT TYPE: ARTICLES OF ORGANIZATION (DOM LLC)          COUNTY: ERIE

================================================================================
FILED:01/23/2012  DURATION:*********  CASH#:120123000821  FILM #:120123000743

    FILER:                                              EXIST DATE
    ------                                              ----------
    RUPP, BAASE, PFALZGRAF, CUNNINGHAM                  01/23/2012
    & COPPOLA
    1600 LIBERTY BUILDING, 424 MAIN ST.
    BUFFALO, NY 14202

    ADDRESS FOR PROCESS:
    --------------------
    THE LLC
    737 MAIN STREET
    BUFFALO, NY 14203

    REGISTERED AGENT:
    -----------------
```

Exhibit 2

```
================================================================================
SERVICE COMPANY: UNITED CORPORATE SERVICES - 37       SERVICE CODE: 37 *

   FEES      385.00                               PAYMENTS       385.00
             ------                                              ------
   FILING    200.00                               CASH             0.00
   TAX         0.00                               CHECK            0.00
   CERT        0.00                               CHARGE           0.00
   COPIES     10.00                               DRAWDOWN       385.00
   HANDLING  175.00                               OPAL             0.00
                                                  REFUND           0.00
================================================================================
MILES49407                                        DOS-1025 (04/2007)
```

120123000 74/3

# ARTICLES OF ORGANIZATION

## OF

## MILESTONE CONSULTING, LLC

Under and Pursuant to Section 203 of the Limited Liability Company Law of the State of New York

The undersigned being the organizer of the Limited Liability Company does hereby certify:

FIRST: The name of the limited liability company is:

Milestone Consulting, LLC

SECOND: The office of the Limited Liability Company shall be located in the County of Erie.

THIRD: The Secretary of State is designated as the agent of the Limited Liability Company upon whom process against the Limited Liability Company may be served, and the address to which the Secretary of State shall mail a copy of any process against the Limited Liability Company served upon him is c/o The Limited Liability Company, 737 Main Street, Buffalo, NY 14203.

FOURTH: The management of the limited liability company shall be vested in one or more members.

IN WITNESS WHEREOF, I hereunto sign my name this twenty-third day of January, 2012.

*Diane M. Damiano*
Diane M. Damiano, Organizer

120123000 743

UNI-37

ICC

STATE OF NEW YORK
DEPARTMENT OF STATE

FILED   JAN 23 2012

TAX $ _____

BY: _____

RECEIVED
2012 JAN 23 PM 2:30

ARTICLES OF ORGANIZATION

OF

MILESTONE CONSULTING, LLC

Under and Pursuant to Section 203 of the Limited Liability Company Law
of the State of New York

Rupp, Baase, Pfalzgraf, Cunningham & Coppola
1600 Liberty Building
424 Main Street
Buffalo, NY 14202

2012 JAN 23 PM 2:49

Customer Reference # MILES49407

DRAWDOWN



# STATE OF NEW YORK

## DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on January 24, 2012.

Daniel E. Shapiro
First Deputy Secretary of State

Rev. 05/09

EXHIBIT 3

# STATE OF NEW YORK DEPARTMENT OF FINANCIAL SERVICES

## BAIR, JOHN T

BAIR, JOHN T
c/o NQR - Business Licenses
PO Box 887
Monsey, NY 10952

**LICENSE NUMBER: LA-922640**

PRODUCER IS LICENSED AS AN INSURANCE AGENT FOR:

Life    Accident and    Variable
        Health          Life/Variable
                        Annuities

EFFECTIVE DATE: June 04, 2012
EXPIRATION DATE: May 31, 2014
UNLESS SOONER CANCELLED, SUSPENDED OR REVOKED

In Witness Whereof,
I have caused my official seal to
be affixed at the city of Albany

Benjamin M. Lawsky
Superintendent

Exhibit 3

EXHIBIT 3

John T. Bair maintains the following licenses:

| License Authority | License Number | License Expiration Date |
|---|---|---|
| Alabama Department of Insurance | 198737 | 5/31/2014 |
| Alaska Department of Commerce, Community and Economic Development | 32857 | 5/31/2014 |
| Arizona Department of Insurance | 148332 | 5/31/2016 |
| Arkansas Insurance Department | 252696 | 5/31/2014 |
| California Department of Insurance | 0D11648 | 12/31/2014 |
| Colorado Department of Regulatory Agencies - Division of Insurance | 114651 | 5/31/2015 |
| Connecticut Insurance Department | 1072476 | 5/31/2015 |
| DC Department of Insurance, Securities and Banking | 2800170 | 5/31/2015 |
| Delaware Department of Insurance | 167845 | 2/28/2015 |
| Florida Office of Insurance Regulation | E060201 | Perpetual |
| Georgia Office of Insurance and Fire Safety Commissioner | 642359 | 5/31/2015 |
| Hawaii Department of Commerce & Consumer Affairs - Insurance Division | 382136 | 5/16/2015 |
| Idaho Department of Insurance | AL099831 | 5/31/2015 |
| Illinois State Department of Insurance | 3702444 | 5/31/2015 |
| Indiana Department of Insurance | 432014 | 5/31/2015 |
| Iowa Insurance Division | 3702444 | 5/31/2015 |
| Kansas Insurance Commissioners | 3702444 | 5/31/2014 |
| Kentucky Department of Insurance | 563931 | 5/31/2014 |
| Louisiana Department of Insurance | 298671 | Perpetual |
| Maine Department of Professional and Financial Regulation - Bureau of Insurance | PRN93629 | Perpetual |
| Maryland Insurance Administration | 173096 | 5/31/2014 |
| Massachusetts Division of Insurance | 1759806 | 5/31/2014 |
| Michigan Department of Energy, Labor & Economic Growth | 269033 | Perpetual |
| Minnesota Department of Commerce | 20333111 | 5/31/2015 |
| Mississippi Insurance Department | 302555 | 5/31/2015 |
| Missouri DIFP - Division of Insurance | 300688 | 2/26/2015 |
| Montana Commissioner of Securities and Insurance | 929018 | Perpetual |
| Nebraska Department of Insurance | AG299030 | 5/31/2014 |
| Nevada Department of Business and Industry - Division of Insurance | 174505 | 6/1/2015 |
| New Hampshire Insurance Department | 389322 | 5/31/2014 |
| New Jersey Department of Banking and Insurance | 89537 | 5/31/2014 |
| New Mexico Public Regulation Commission - Agent Licensing Bureau | 116084 | Perpetual |
| New York State Insurance Department | LA-922640 | 5/31/2014 |
| North Carolina Department of Insurance | 3702444 | 3/31/2014 |
| North Dakota Insurance Department | 543887316 | 5/31/2015 |
| Ohio Department of Insurance | 568106 | 5/31/2015 |
| Oklahoma Insurance Department | 182608 | 5/31/2015 |
| Oregon Department of Consumer and Business Services - Insurance Division | 624122 | 5/31/2015 |
| Pennsylvania Insurance Department | 377324 | 5/31/2015 |
| Rhode Island Department of Business Regulation | 1069013 | 5/31/2014 |
| South Carolina Department of Insurance | 343269 | Perpetual |
| South Dakota Department of Insurance | 5238395 | 5/31/2014 |
| Tennessee Department of Commerce and Insurance - Insurance Division | 878488 | 5/31/2015 |
| Texas Department of Insurance | 1076121 | 11/16/2014 |

EXHIBIT 3

| License Authority | License Number | License Expiration Date |
|---|---|---|
| Utah Insurance Department | 197258 | 5/31/2014 |
| Vermont Department of Banking, Insurance, Securities and Health Care Administration | 299273 | 3/31/2015 |
| Virginia State Corporation Commission - Bureau of Insurance | 677078 | Perpetual |
| Washington Office of the Insurance Commissioner | 213242 | 5/31/2014 |
| West Virginia Insurance Commission | 3702444 | 5/31/2015 |
| Wisconsin Office of the Commissioner of Insurance | 2424404 | 5/31/2014 |
| Wyoming Insurance Department | 64426 | 5/31/2014 |

EXHIBIT 4

Certificate No. KEN113VA8279
Previous No. KEN112EA5425

# Certificate of Insurance

Issued by

Navigators Management Company, Inc
(hereinafter called "Correspondent")
Evidencing Placement of Insurance with certain
UNDERWRITERS AT LLOYD'S, LONDON

Correspondent hereby certifies that insurance as described herein has been effected with certain Underwriters at Lloyd's, London.

**Amount:** USD 3,000,000 Per Declarations           **Premium:** USD 21,275.00

In Consideration of the Stipulations herein named

**Do-Insure:** Milestone Consulting, LLC DBA Milestone Seventh Insurance Agency, LLC

**Whose address is:** 737 Main Street, Suite 300, Buffalo, NY 14203

**From:** 12.01am   3 February 2013   Local standard time
**To:** 12.01am   3 February 2014   Local standard time

**Share Hereon:** 100 % of the amount and premium stated herein.

Such insurance has been placed in accordance with the limited authorization granted to the Correspondent by certain Underwriters at Lloyd's, London, whose syndicate numbers and the proportions underwritten by them can be ascertained by reference to Contract No JGC084406 from the office of the said Correspondent (such Underwriters being hereinafter called "Underwriters" and in consideration of the premium specified herein, Underwriters have agreed to bind themselves severally and not jointly each for his own part and not one for another, their Executors and Administrators.

The Assured is requested to read this Certificate and if it is not correct, return it immediately to the Correspondent for appropriate alteration.

All enquires regarding this Certificate should be addressed to the following Correspondent:

Navigators Management Company Risk, Inc.

By _____

Exhibit 4

(Lloyds MPL Dec 01 09)

## CERTIFICATE PROVISIONS

1. **Signature Required.** This Certificate shall not be valid unless signed by the Correspondent on the attached declaration schedule.

2. **Correspondent Not Insurer.** The Correspondent is not an Insurer of the insurance described herein and neither is nor shall be liable for any loss or claim whatsoever. The Insurers of such insurance are those Underwriters at Lloyd's, London, whose names can be ascertained as hereinafter set forth. As used in this Certificate "Underwriters" shall be deemed to include incorporated as well as unincorporated persons or entities that are Underwriters at Lloyd's, London.

3. **Cancellation.** If the insurance described herein provides for cancellation and if said insurance is cancelled after the inception date, earned premium must be paid for the time there insurance has been in force.

4. **Service of Suit Clause.** As attached by endorsement hereto.

5. **Assignment.** The insurance described herein shall not be assigned either in whole or in part without the written consent of the Correspondent endorsed hereon.

6. **Attached Conditions Incorporated.** The insurance described in this Certificate is subject to all provisions, conditions and warranties set forth herein, attached, or endorsed, all of which are to be considered incorporated herein as further descriptive of the insurance the placement of which is evidenced by this Certificate. Any provisions or conditions appearing in any forms or endorsements attached hereto and made a part hereof, which conflict with or alter the Certificate provision stated above, shall supersede such Certificate provisions insofar as they are inconsistent therewith.

7. **Short rate cancellation.** If the attached provisions provide for cancellation, the customary Lloyds short rate cancellation table will be used to calculate the short rate proportion of the premium when applicable under the terms of the cancellation.

8. **The Certificate.** The Certificate is intended to be used as evidence of the placement of the insurance described herein.

(Lloyds MPL Dec 01 09)

## Declaration Schedule (Insurance)

Note: *This is a claims made and reported policy. This policy applies to those claims that are first made against the Insured and reported in writing to the Underwriters during the policy period. Claim expenses are within and reduce the limit of liability. Please read the entire policy carefully.*

Attaching to and forming part of the provisions applied to Certificate No: KEN113VA8279
Issued under Lloyds Binding Authority Reference    No. JGC084406
Previous Certificate                                No: KEN112EA5425

| | CATEGORY OF RISK: | Professional Liability (Errors & Omissions Insurance) |
|---|---|---|
| | ORIGINAL RISK DETAILS: | |
| Item 1. | NAMED INSURED: | Milestone Consulting, LLC DBA Milestone Seventh Insurance Agency, LLC |
| Item 2. | ADDRESS: | 737 Main Street, Suite 300, Buffalo, NY 14203 |
| Item 3. | POLICY PERIOD: | From: 3 February 2013   To: 3 February 2014<br>Both days at 12:01 a.m. standard time at the address of the Named Insured. |
| Item 4. | LIMIT OF LIABILITY: | $2,000,000 Each Claim<br>$3,000,000 Policy Aggregate | THE INSURER(S) NAMED HEREIN IS (ARE) NOT LICENSED BY THE STATE OF NEW YORK, NOT SUBJECT TO ITS SUPERVISION, AND IN THE EVENT OF THE INSOLVENCY OF THE INSURER(S), NOT PROTECTED BY THE NEW YORK STATE SECURITY FUNDS. THE POLICY MAY NOT BE SUBJECT TO ALL OF THE REGULATIONS OF THE DEPARTMENT OF FINANCIAL SERVICES PERTAINING TO POLICY FORMS. |
| Item 5. | DEDUCTIBLE: | $10,000 Each Claim |
| Item 6. | PREMIUM: | $21,275.00 |
| Item 7. | PROFESSIONAL SERVICES:<br>Solely in the performance of providing settlement planning, trust planning, investment management, insurance consulting, annuity sales, government benefits planning and medicare set-asides services. | |
| Item 8. | RETROACTIVE DATE (if applicable): 3 February 2012 | |
| Item 9. | FORMS AND ENDORSEMENTS ATTACHED AT POLICY EFFECTIVE DATE:<br>OFAC — Advisory Notice to Policy Holders    MPL-POL (09/09) — Navigators Errors & Omissions Insurance Policy Form (09/09)<br>MPL-068 (12/11) — Lloyds Syndicate Endorsement    MPL 057 (01/09) — New York Timely Notice Amendment<br>MPL 006 (01/09) — Amendatory Endorsement | |
| Item 10. | Law applicable to this insurance:   Territory: New York<br>Court of jurisdiction:   Territory: New York | |

Note: columns in Items 4-6 merged with the right-hand disclosure notice.

Reformatted simple layout:

| Item | Field | Value |
|---|---|---|
| 4 | LIMIT OF LIABILITY | $2,000,000 Each Claim; $3,000,000 Policy Aggregate |
| 5 | DEDUCTIBLE | $10,000 Each Claim |
| 6 | PREMIUM | $21,275.00 |

| Item 11. | Service of Suit may be made upon: | Mendes & Mount<br>750 7th Avenue, New York,<br>NY 10019-6829, USA |
|---|---|---|

These Declarations along with the policy and endorsements will constitute the contract between the Insured and the Underwriters. In the event of an act or omission which may reasonably be expected to be the basis of a claim under the insurance described in this Certificate, per the language of the policy, please notify the following:

Name and address of broker:
S.H. Smith & Company, Inc.
20 Church Street
Hartford, CT 06103

Excess Line License No: EX-749738-R

Dated in New York, this Fourteenth day of February, 2013

By : Navigators Management Company, Inc. Authorised Signatory

EXHIBIT 5

## John T. Bair - Producer Overview Report

John T. Bair maintains appointments with the following life insurance companies:

1. Pacific Life Insurance Company
2. IFC National Marketing, Inc.
3. Aviva USA
4. American Equity Investment Life Holding Company
5. American National Insurance Company
6. Genworth Financial, Inc.
7. American International Group, Inc. (AIG)
8. Guggenheim Insurance Services
9. United of Omaha Life Insurance Company
10. Berkshire Hathaway Life Insurance Company of Nebraska (BHG)
11. The Prudential Life Insurance Company of America
12. Liberty Life Insurance Company
13. New York Life Insurance Company
14. Metropolitan Life Insurance Company
15. Mass Mutual Life Insurance Company

Exhibit 5