IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates to: *All Cases*<br><br>(Including Civil Action No. 12-970) | Civil Action No. 12-970<br><br>MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER FOR APPOINTMENT AS
## COURT-APPROVED STRUCTURED SETTLEMENT BROKER

Considering the *Unopposed Motion for Appointment as Court-Approved Structured Settlement Broker*, filed by JOHN T. BAIR,

IT IS HEREBY ORDERED THAT mover, JOHN T. BAIR, is hereby approved and appointed to act as a Court-approved structured settlement broker pursuant to the terms and conditions of this Court's ORDER PROVIDING FOR STRUCTURED SETTLEMENT OPTION AND AMENDMENT TO RELEASE [Doc. 8425], as amended on August 15, 2013 [Doc. 11020], and the Court's Order of September 17, 2013 [Doc. 11404].

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE