UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MOTION OF THE SPECIAL MASTER
FOR RETURN OF PAYMENTS MADE TO CASEY C. THONN AND OTHERS

COMES NOW the Special Master, Louis J. Freeh, seeking to remedy a fraud committed upon the Deepwater Horizon Economic Claims Center ("DHECC") by claimant Casey C. Thonn. As set forth more fully in the accompanying memorandum, incorporated herein by reference, Mr. Thonn presented false information and documents, including purported tax "returns" that in fact had never been filed with the Internal Revenue Service to support his alleged seafood compensation claim before the DHECC. Relying on these misrepresentations, the DHECC paid Mr. Thonn $357,002.35 for his fraudulent claims.

The Court should enter a judgment requiring Mr. Thonn to return all money paid by DHECC for his improper claims and awarding such other relief as may be just and appropriate. All professionals who assisted Mr. Thonn and benefitted from this unjustified payment from the DHECC similarly should be required to return any payments received from Mr. Thonn's claims.

Respectfully submitted,

\_\_\_\_/s/  Louis J. Freeh_____
Louis J. Freeh
Special Master

Dated: January 8, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing motion and supporting documents have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this   8th   day of    January   , 2014, by electronic mail, on the following:

Frank G. DeSalvo
Brigid E. Collins
Frank G. DeSalvo APLC
739 Baronne Street
New Orleans, LA 70113
*Attorneys for Casey C. Thonn*

Lewis O. Unglesby
Lance C. Unglesby
Unglesby Law Firm
246 Napoleon Avenue
Baton Rouge, LA 70802
*Attorneys for Jon Andry*

Pauline F. Hardin
James E. Wright, III
Virginia W. Gundlach
Jones Walker LLP
201 St. Charles Ave. – 49th Floor
New Orleans, LA  70170

	and

William W. Taylor, III
Amit P. Mehta
Zuckerman Spaeder LLP
1800 M. Street, NW – Suite 1000
Washington, DC 20036-5807
*Attorneys for Glen J. Lerner*

Douglas S. Draper
Heller, Draper, Patrick & Horn, LLC
650 Poydras Street – Suite 2500
New Orleans, LA  70130
*Attorneys for Andry Lerner, LLC*

Michael S. Walsh
Taylor, Porter, Brooks & Phillips LLP
8th Floor Chase Tower South
451 Florida Street, PO Box 2471
Baton Rouge, Louisiana  70821
*Attorney for Lionel H. Sutton, III*

Bert Verdigets
Coastal Claims Group, LLC
398 Azalea Drive
Mandeville, LA  70471
*Coastal Claims Group, LLC*

/s/Louis J. Freeh
Louis J. Freeh