# EXHIBIT C



# Internal Revenue Service
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

## Record of Account

```
                                          Request Date:    12-09-2013
                                          Response Date:   12-09-2013
                                          Tracking Number: ▮▮▮▮▮

FORM NUMBER:       1040A
TAX PERIOD:        Dec. 31, 2009

TAXPAYER IDENTIFICATION NUMBER:          ▮▮▮▮▮
SPOUSE TAXPAYER IDENTIFICATION NUMBER:   ▮▮▮▮▮

CASEY C THONN & JOELL E OFFNER

            --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                              0.00
ACCRUED INTEREST:                             0.00    AS OF: Jul. 01, 2013
ACCRUED PENALTY:                              0.00    AS OF: Jul. 01, 2013

ACCOUNT BALANCE PLUS ACCRUALS
 (this is not a payoff amount):               0.00

            ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                     04
FILING STATUS:                   Married Filing Joint
ADJUSTED GROSS INCOME:                    47,957.00
TAXABLE INCOME:                           20,957.00
TAX PER RETURN:                              311.00
SE TAXABLE INCOME TAXPAYER:                    0.00
SE TAXABLE INCOME SPOUSE:                      0.00
TOTAL SELF EMPLOYMENT TAX:                     0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Apr. 15, 2010
PROCESSING DATE                                                May  17, 2010
```

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20101808 | 05-17-2010 | $311.00 |
| n/a | 18209-108-12930-0 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2010 | -$2,237.00 |
| 766 | Credit to your account | | 04-15-2010 | -$800.00 |
| 846 | Refund issued | | 05-17-2010 | $2,726.00 |

```
SSN Provided:           ▮▮▮▮
Tax Period Ending: Dec. 31, 2009
```

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

```
SSN:                      ▮▮▮▮
SPOUSE SSN:               ▮▮▮▮
NAME(S) SHOWN ON RETURN: CASEY C THONN & JOELL E OFFNER

ADDRESS:                  ▮▮▮▮ 0458-5228-360

FILING STATUS:          Married Filing Joint
FORM NUMBER:                       1040A
CYCLE POSTED:                   20101808
RECEIVED DATE:              Apr.15, 2010
REMITTANCE:                       $0.00
EXEMPTION NUMBER:                     4
DEPENDENT 1 NAME CTRL:             THON
DEPENDENT 1 SSN:                   ▮▮▮▮
DEPENDENT 2 NAME CTRL:             THON
DEPENDENT 2 SSN:                   ▮▮▮▮
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
PREPARER SSN:                      ▮▮▮▮
PREPARER EIN:
```

## Income

| | |
|---|---:|
| WAGES, SALARIES, TIPS, ETC: | $47,957.00 |
| TAXABLE INTEREST INCOME: | $0.00 |
| TAX-EXEMPT INTEREST: | $0.00 |
| ORDINARY DIVIDEND INCOME: SCH B: | $0.00 |
| QUALIFIED DIVIDENDS: | $0.00 |
| CAPITAL GAIN OR LOSS: (Schedule D): | $0.00 |
| CAPITAL GAINS OR LOSS: SCH D PER COMPUTER: | $0.00 |
| TOTAL IRA DISTRIBUTIONS: | $0.00 |
| TAXABLE IRA DISTRIBUTIONS: | $0.00 |
| TOTAL PENSIONS AND ANNUITIES: | $0.00 |
| TAXABLE PENSION/ANNUITY AMOUNT: | $0.00 |
| UNEMPLOYMENT COMPENSATION: | $0.00 |
| TOTAL SOCIAL SECURITY BENEFITS: | $0.00 |
| TAXABLE SOCIAL SECURITY BENEFITS: | $0.00 |
| TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER: | $0.00 |
| SCH EIC DISQUALIFIED INC COMPUTER: | $0.00 |
| TOTAL INCOME: | $47,957.00 |
| TOTAL INCOME PER COMPUTER: | $47,957.00 |

## Adjustments to Income

| | |
|---|---:|
| EDUCATOR EXPENSES: | $0.00 |
| EDUCATOR EXPENSES PER COMPUTER: | $0.00 |
| EARLY WITHDRAWAL OF SAVINGS PENALTY: | $0.00 |
| IRA DEDUCTION: | $0.00 |
| IRA DEDUCTION PER COMPUTER: | $0.00 |
| STUDENT LOAN INTEREST DEDUCTION: | $0.00 |
| STUDENT LOAN INTEREST DEDUCTION PER COMPUTER: | $0.00 |
| TUITION AND FEES DEDUCTION: | $0.00 |

Record of Account ███████ 1040A 200912 THON                                Page 3 of 4

```
TUITION AND FEES DEDUCTION PER COMPUTER:                    $0.00
JURY DUTY PAY DEDUCTION:                                    $0.00
TOTAL ADJUSTMENTS:                                          $0.00
TOTAL ADJUSTMENTS PER COMPUTER:                             $0.00
ADJUSTED GROSS INCOME:                                 $47,957.00
ADJUSTED GROSS INCOME PER COMPUTER:                    $47,957.00
```

## Tax and Credits

```
65-OR-OVER:                                                    NO
BLIND:                                                         NO
SPOUSE 65-OR-OVER:                                             NO
SPOUSE BLIND:                                                  NO
EXEMPTION AMOUNT PER COMPUTER:                         $14,600.00
TAXABLE INCOME:                                        $20,957.00
TAXABLE INCOME PER COMPUTER:                           $20,957.00
TENTATIVE TAX:                                          $2,311.00
TENTATIVE TAX PER COMPUTER:                             $2,311.00
CHILD & DEPENDENT CARE CREDIT:                              $0.00
CHILD & DEPENDENT CARE CREDIT PER COMPUTER:                 $0.00
CREDIT FOR ELDERLY AND DISABLED:                            $0.00
CREDIT FOR ELDERLY AND DISABLED PER COMPUTER:               $0.00
EDUCATION CREDIT:                                           $0.00
EDUCATION CREDIT PER COMPUTER:                              $0.00
GROSS EDUCATION CREDIT PER COMPUTER:                        $0.00
RETIREMENT SAVINGS CNTRB CREDIT:                            $0.00
RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER:               $0.00
PRIM RET SAV CNTRB: F8880 LN6A:                             $0.00
SEC RET SAV CNTRB: F8880 LN6B:                              $0.00
CHILD TAX CREDIT:                                       $2,000.00
CHILD TAX CREDIT PER COMPUTER:                          $2,000.00
ADOPTION CREDIT: F8839:                                     $0.00
ADOPTION CREDIT PER COMPUTER:                               $0.00
TOTAL CREDITS:                                          $2,000.00
TOTAL CREDITS PER COMPUTER:                             $2,000.00
```

## Other Taxes

```
ADVANCED EARNED INCOME CREDIT:                              $0.00
TOTAL TAX LIABILITY TP FIGURES:                           $311.00
TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:              $311.00
```

## Payments

```
FEDERAL INCOME TAX WITHHELD:                            $2,237.00
ESTIMATED TAX PAYMENTS:                                     $0.00
MAKING WORK PAY AND GOV'T RET CREDIT:                     $800.00
MAKING WORK PAY AND GOV'T RET CREDIT PER COMPUTER:        $800.00
MAKING WORK PAY AND GOV'T RET CREDIT VERIFIED:              $0.00
REFUNDABLE EDUCATION CREDIT:                                $0.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER:                   $0.00
REFUNDABLE EDUCATION CREDIT VERIFIED:                       $0.00
EARNED INCOME CREDIT:                                       $0.00
EARNED INCOME CREDIT PER COMPUTER:                          $0.00
EARNED INCOME CREDIT NONTAXABLE COMBAT PAY:                 $0.00
FORM 8812 NONTAXABLE COMBAT PAY:                            $0.00
TOT SS/MEDICARE WITHHELD: F8812:                            $0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT:                      $0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER:         $0.00
FORM 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED:             $0.00
RECOVERY REBATE CREDIT:                                     $0.00
RECOVERY REBATE CREDIT PER COMPUTER:                        $0.00
```

```
TOTAL PAYMENTS:                                                   $3,037.00
TOTAL PAYMENTS PER COMPUTER:                                      $3,037.00
```

### Refund or Amount Owed

```
REFUND AMOUNT:                                                   $-2,726.00
APPLIED TO NEXT YEAR'S ESTIMATED TAX:                                 $0.00
ESTIMATED TAX PENALTY:                                                $0.00
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:                     $-2,726.00
BAL DUE/OVER PYMT USING COMPUTER FIGURES:                        $-2,726.00
FORM 8888 TOTAL REFUND PER COMPUTER:                                  $0.00
```

### Third Party Designee

```
THIRD PARTY DESIGNEE ID NUMBER:
AUTHORIZATION INDICATOR:                                                  1
THIRD PARTY DESIGNEE NAME:                                        M R FAVRE
```

### Form 8863 - Education Credits (Hope and Lifetime Learning Credits)

**PART III - ALLOWABLE EDUCATION CREDITS**
```
GROSS EDUCATION CR PER COMPUTER:                                      $0.00
TOTAL EDUCATION CREDIT AMOUNT:                                        $0.00
TOTAL EDUCATION CREDIT AMOUNT PER COMPUTER:                           $0.00
```

### Schedule L - Standard Deduction for Certain Filers

```
STATE AND LOCAL REAL ESTATE TAXES:                                $1,438.00
ATTRIBUTABLE MOTOR VEHICLE SALES TAX:                                 $0.00
STATE AND LOCAL REAL ESTATE TAXES PER COMPUTER:                   $1,000.00
ATTRIBUTABLE MOTOR VEHICLE SALES TAX PER COMPUTER:                    $0.00
NEW MOTOR VEHICLE/EXCISE TAXES:                                       $0.00
NEW MOTOR VEHICLE PURCHASE PRICE:                                     $0.00
```

| This Product Contains Sensitive Taxpayer Data |
|---|



United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

Request Date:    12-09-2013
Response Date:   12-09-2013
Tracking Number:

SSN Provided:
Tax Period Requested: December, 2009

## Form 1098 Mortgage Interest Statement

**Recipient/Lender:**
Recipient's Federal Identification Number (FIN): 720210640
CAPITAL ONE N.A.
P O BOX 61540
NEW ORLEANS, LA 70161-0000

**Payer/Borrower:**
Payer's Social Security Number: 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
CASEY C THONN
3836 KENT ST
SLIDELL, LA 70458-0000

Submission Type:                                                          Original document
Account Number (Optional):
Mortgage Interest Received from Payer(s)/Borrower(s):                           $2,401.00
Points Paid on Purchase of Principal Residence:                                      0.00
Refund of Overpaid Interest:                                                         0.00
Mortgage Insurance Premiums:                                                         0.00

## Form 1098 Mortgage Interest Statement

**Recipient/Lender:**
Recipient's Federal Identification Number (FIN): 941347393
WELLS FARGO BANK N A
1 HOME CAMPUS X2401 049
DES MOINES, IA 50328-0001

**Payer/Borrower:**
Payer's Social Security Number: 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
CASEY THONN
SLIDELL, LA 70458-0000

Submission Type:                                                          Original document
Account Number (Optional):
Mortgage Interest Received from Payer(s)/Borrower(s):                           $2,381.00
Points Paid on Purchase of Principal Residence:                                      0.00
Refund of Overpaid Interest:                                                         0.00
Mortgage Insurance Premiums:                                                         0.00

This Product Contains Sensitive Taxpayer Data