# EXHIBIT E



# Internal Revenue Service
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

## Record of Account

```
                                        Request Date:    12-09-2013
                                        Response Date:   12-09-2013
                                        Tracking Number:
```

FORM NUMBER:      1040
TAX PERIOD:       Dec. 31, 2010

TAXPAYER IDENTIFICATION NUMBER:

CASEY C THONN

SLIDELL, LA 70458-5228-360

```
              --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                            0.00
ACCRUED INTEREST:                           0.00      AS OF: Jul. 01, 2013
ACCRUED PENALTY:                            0.00      AS OF: Jul. 01, 2013

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):              0.00

                ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                   01
FILING STATUS:                            Single
ADJUSTED GROSS INCOME:                 43,426.00
TAXABLE INCOME:                        34,076.00
TAX PER RETURN:                        11,302.00
SE TAXABLE INCOME TAXPAYER:            43,152.00
SE TAXABLE INCOME SPOUSE:                   0.00
TOTAL SELF EMPLOYMENT TAX:              6,602.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Sep. 17, 2012
PROCESSING DATE                                                 Nov. 12, 2012
```

```
                                    TRANSACTIONS

CODE   EXPLANATION OF TRANSACTION             CYCLE     DATE           AMOUNT
150    Tax return filed                       20124405  11-12-2012     $11,302.00
n/a    09221-280-79621-2
140    Inquiry for non-filing of tax return             04-10-2012          $0.00
971    Notice issued                                    04-30-2012          $0.00
       CP 0059
```

| 599 | Tax return filed | | 10-04-2012 | $0.00 |
|---|---|---|---|---|
| 766 | Credit to your account | | 04-15-2011 | -$400.00 |
| 166 | Penalty for filing tax return after the due date | 20124405 | 11-12-2012 | $2,452.95 |
| 276 | Penalty for late payment of tax | 20124405 | 11-12-2012 | $1,035.69 |
| 196 | Interest charged for late payment | 20124405 | 11-12-2012 | $712.19 |
| 971 | Notice issued CP 0014 | | 11-12-2012 | $0.00 |
| 670 | Payment | | 03-24-2013 | -$29,815.23 |
| 196 | Interest charged for late payment | 20131305 | 04-15-2013 | $164.57 |
| 826 | Credit transferred out to 1040 201112 | | 03-24-2013 | $14,275.28 |
| 276 | Penalty for late payment of tax | 20131305 | 04-15-2013 | $272.55 |
| 971 | Notice issued CP 0049 | | 04-15-2013 | $0.00 |

**SSN Provided:** ▮
**Tax Period Ending:** Dec. 31, 2010

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

**SSN:** ▮
**SPOUSE SSN:**
NAME(S) SHOWN ON RETURN: CASEY C THONN

ADDRESS: ▮ 0458-5228-360

| | |
|---|---|
| FILING STATUS: | Single |
| FORM NUMBER: | 1040 |
| CYCLE POSTED: | 20124405 |
| RECEIVED DATE: | Sep.17, 2012 |
| REMITTANCE: | $0.00 |
| EXEMPTION NUMBER: | 1 |
| DEPENDENT 1 NAME CTRL: | |
| DEPENDENT 1 SSN: | |
| DEPENDENT 2 NAME CTRL: | |
| DEPENDENT 2 SSN: | |
| DEPENDENT 3 NAME CTRL: | |
| DEPENDENT 3 SSN: | |
| DEPENDENT 4 NAME CTRL: | |
| DEPENDENT 4 SSN: | |
| IDENTITY THEFT PERSONAL ID NUMBER: | ▮ |
| PREPARER SSN: | P00-22-8554 |
| PREPARER EIN: | 72-0764779 |

## Income

| | |
|---|---|
| WAGES, SALARIES, TIPS, ETC: | $0.00 |
| TAXABLE INTEREST INCOME: SCH B: | $0.00 |
| TAX-EXEMPT INTEREST: | $0.00 |
| ORDINARY DIVIDEND INCOME: SCH B: | $0.00 |
| QUALIFIED DIVIDENDS: | $0.00 |
| REFUNDS OF STATE/LOCAL TAXES: | $0.00 |
| ALIMONY RECEIVED: | $0.00 |
| BUSINESS INCOME OR LOSS (Schedule C): | $46,727.00 |

| | |
|---|---:|
| BUSINESS INCOME OR LOSS: SCH C PER COMPUTER: | $46,727.00 |
| CAPITAL GAIN OR LOSS: (Schedule D): | $0.00 |
| CAPITAL GAINS OR LOSS: SCH D PER COMPUTER: | $0.00 |
| OTHER GAINS OR LOSSES (Form 4797): | $0.00 |
| TOTAL IRA DISTRIBUTIONS: | $0.00 |
| TAXABLE IRA DISTRIBUTIONS: | $0.00 |
| TOTAL PENSIONS AND ANNUITIES: | $0.00 |
| TAXABLE PENSION/ANNUITY AMOUNT: | $0.00 |
| RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E): | $0.00 |
| RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER: | $0.00 |
| RENT/ROYALTY INCOME/LOSS PER COMPUTER: | $0.00 |
| ESTATE/TRUST INCOME/LOSS PER COMPUTER: | $0.00 |
| PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER: | $0.00 |
| FARM INCOME OR LOSS (Schedule F): | $0.00 |
| FARM INCOME OR LOSS (Schedule F) PER COMPUTER: | $0.00 |
| UNEMPLOYMENT COMPENSATION: | $0.00 |
| TOTAL SOCIAL SECURITY BENEFITS: | $0.00 |
| TAXABLE SOCIAL SECURITY BENEFITS: | $0.00 |
| TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER: | $0.00 |
| OTHER INCOME: | $0.00 |
| SCHEDULE EIC SE INCOME PER COMPUTER: | $0.00 |
| SCHEDULE EIC EARNED INCOME PER COMPUTER: | $0.00 |
| SCH EIC DISQUALIFIED INC COMPUTER: | $0.00 |
| TOTAL INCOME: | $46,727.00 |
| TOTAL INCOME PER COMPUTER: | $46,727.00 |

## Adjustments to Income

| | |
|---|---:|
| EDUCATOR EXPENSES: | $0.00 |
| EDUCATOR EXPENSES PER COMPUTER: | $0.00 |
| RESERVIST AND OTHER BUSINESS EXPENSE: | $0.00 |
| HEALTH SAVINGS ACCT DEDUCTION: | $0.00 |
| HEALTH SAVINGS ACCT DEDUCTION PER COMPTR: | $0.00 |
| MOVING EXPENSES: F3903: | $0.00 |
| SELF EMPLOYMENT TAX DEDUCTION: | $3,301.00 |
| SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER: | $3,301.00 |
| KEOGH/SEP CONTRIBUTION DEDUCTION: | $0.00 |
| SELF-EMP HEALTH INS DEDUCTION: | $0.00 |
| EARLY WITHDRAWAL OF SAVINGS PENALTY: | $0.00 |
| ALIMONY PAID SSN: | |
| ALIMONY PAID: | $0.00 |
| IRA DEDUCTION: | $0.00 |
| IRA DEDUCTION PER COMPUTER: | $0.00 |
| STUDENT LOAN INTEREST DEDUCTION: | $0.00 |
| STUDENT LOAN INTEREST DEDUCTION PER COMPUTER: | $0.00 |
| TUITION AND FEES DEDUCTION: | $0.00 |
| TUITION AND FEES DEDUCTION PER COMPUTER: | $0.00 |
| JURY DUTY PAY DEDUCTION: | $0.00 |
| DOMESTIC PRODUCTION ACTIVITIES DEDUCTION: | $0.00 |
| OTHER ADJUSTMENTS: | $0.00 |
| ARCHER MSA DEDUCTION: | $0.00 |
| ARCHER MSA DEDUCTION PER COMPUTER: | $0.00 |
| TOTAL ADJUSTMENTS: | $3,301.00 |
| TOTAL ADJUSTMENTS PER COMPUTER: | $3,301.00 |
| ADJUSTED GROSS INCOME: | $43,426.00 |
| ADJUSTED GROSS INCOME PER COMPUTER: | $43,426.00 |

## Tax and Credits

| | |
|---|---:|
| 65-OR-OVER: | NO |
| BLIND: | NO |

```
SPOUSE 65-OR-OVER:                                                    NO
SPOUSE BLIND:                                                         NO
STANDARD DEDUCTION PER COMPUTER:                               $5,700.00
ADDITIONAL STANDARD DEDUCTION PER COMPUTER:                        $0.00
TAX TABLE INCOME PER COMPUTER:                                $37,726.00
EXEMPTION AMOUNT PER COMPUTER:                                 $3,650.00
TAXABLE INCOME:                                               $34,076.00
TAXABLE INCOME PER COMPUTER:                                  $34,076.00
TOTAL POSITIVE INCOME PER COMPUTER:                           $71,321.00
TENTATIVE TAX:                                                 $4,700.00
TENTATIVE TAX PER COMPUTER:                                    $4,700.00
FORM 8814 ADDITIONAL TAX AMOUNT:                                   $0.00
TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER:                    $0.00
FORM 6251 ALTERNATIVE MINIMUM TAX:                                 $0.00
FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER:                    $0.00
FOREIGN TAX CREDIT:                                                $0.00
FOREIGN TAX CREDIT PER COMPUTER:                                   $0.00
FOREIGN INCOME EXCLUSION PER COMPUTER:                             $0.00
FOREIGN INCOME EXCLUSION TAX PER COMPUTER:                         $0.00
CHILD & DEPENDENT CARE CREDIT:                                     $0.00
CHILD & DEPENDENT CARE CREDIT PER COMPUTER:                        $0.00
CREDIT FOR ELDERLY AND DISABLED:                                   $0.00
CREDIT FOR ELDERLY AND DISABLED PER COMPUTER:                      $0.00
EDUCATION CREDIT:                                                  $0.00
EDUCATION CREDIT PER COMPUTER:                                     $0.00
GROSS EDUCATION CREDIT PER COMPUTER:                               $0.00
RETIREMENT SAVINGS CNTRB CREDIT:                                   $0.00
RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER:                      $0.00
PRIM RET SAV CNTRB: F8880 LN6A:                                    $0.00
SEC RET SAV CNTRB: F8880 LN6B:                                     $0.00
TOTAL RETIREMENT SAVINGS CONTRIBUTION: F8880 CMPTR:                $0.00
RESIDENTIAL ENERGY CREDIT:                                         $0.00
RESIDENTIAL ENERGY CREDIT PER COMPUTER:                            $0.00
CHILD TAX CREDIT:                                                  $0.00
CHILD TAX CREDIT PER COMPUTER:                                     $0.00
ADOPTION CREDIT: F8839:                                            $0.00
ADOPTION CREDIT PER COMPUTER:                                      $0.00
FORM 8839 REFUND ADOPTION CREDIT AMOUNT:                           $0.00
DC 1ST TIME HOMEBUYERS CREDIT:                                     $0.00
DC 1ST TIME HOMEBUYERS CREDIT PER COMPUTER:                        $0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT:                             $0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT PER COMPUTER:                $0.00
F3800, F8801 AND OTHER CREDIT AMOUNT:                              $0.00
FORM 3800 GENERAL BUSINESS CREDITS:                                $0.00
FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER:                   $0.00
PRIOR YR MIN TAX CREDIT: F8801:                                    $0.00
PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER:                       $0.00
F8834 ELECTRIC VEHICLE CREDIT AMOUNT:                              $0.00
F8936 ELECTRIC MOTOR VEHICLE CREDIT AMOUNT:                        $0.00
F8910 ALTERNATIVE MOTOR VEHICLE CREDIT AMOUNT:                     $0.00
OTHER CREDITS:                                                     $0.00
TOTAL CREDITS:                                                     $0.00
TOTAL CREDITS PER COMPUTER:                                        $0.00
INCOME TAX AFTER CREDITS PER COMPUTER:                         $4,700.00
```

## Other Taxes

```
SE TAX:                                                        $6,602.00
SE TAX PER COMPUTER:                                           $6,602.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS:               $0.00
```

| | |
|---|---:|
| SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER: | $0.00 |
| TAX ON QUALIFIED PLANS F5329 (PR): | $0.00 |
| TAX ON QUALIFIED PLANS F5329 PER COMPUTER: | $0.00 |
| IRAF TAX PER COMPUTER: | $0.00 |
| TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER: | $11,302.00 |
| IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER: | $11,302.00 |
| ADVANCED EARNED INCOME CREDIT: | $0.00 |
| RECOVERY REBATE CREDIT AMOUNT: | $0.00 |
| UNPAID FICA ON REPORTED TIPS: | $0.00 |
| OTHER TAXES: | $0.00 |
| RECAPTURE TAX: F8611: | $0.00 |
| HOUSEHOLD EMPLOYMENT TAXES: | $0.00 |
| HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER: | $0.00 |
| RECAPTURE TAXES: | $0.00 |
| TOTAL ASSESSMENT PER COMPUTER: | $11,302.00 |
| TOTAL TAX LIABILITY TP FIGURES: | $11,302.00 |
| TOTAL TAX LIABILITY TP FIGURES PER COMPUTER: | $11,302.00 |

## Payments

| | |
|---|---:|
| FEDERAL INCOME TAX WITHHELD: | $0.00 |
| COBRA PREMIUM SUBSIDY: | $0.00 |
| ESTIMATED TAX PAYMENTS: | $0.00 |
| MAKING WORK PAY AND GOV'T RET CREDIT: | $400.00 |
| MAKING WORK PAY AND GOV'T RET CREDIT PER COMPUTER: | $400.00 |
| MAKING WORK PAY AND GOV'T RET CREDIT VERIFIED: | $0.00 |
| REFUNDABLE EDUCATION CREDIT: | $0.00 |
| REFUNDABLE EDUCATION CREDIT PER COMPUTER: | $0.00 |
| REFUNDABLE EDUCATION CREDIT VERIFIED: | $0.00 |
| EARNED INCOME CREDIT: | $0.00 |
| EARNED INCOME CREDIT PER COMPUTER: | $0.00 |
| EARNED INCOME CREDIT NONTAXABLE COMBAT PAY: | $0.00 |
| SCHEDULE M NONTAXABLE COMBAT PAY: | $0.00 |
| FORM 8812 NONTAXABLE COMBAT PAY: | $0.00 |
| EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD: | $0.00 |
| TOT SS/MEDICARE WITHHELD: F8812: | $0.00 |
| FORM 8812 ADDITIONAL CHILD TAX CREDIT: | $0.00 |
| FORM 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER: | $0.00 |
| FORM 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED: | $0.00 |
| AMOUNT PAID WITH FORM 4868: | $0.00 |
| FORM 2439 REGULATED INVESTMENT COMPANY CREDIT: | $0.00 |
| FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS: | $0.00 |
| FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER: | $0.00 |
| HEALTH COVERAGE TX CR: F8885: | $0.00 |
| FORM 8801 REFUNDABLE CREDIT FOR PRIOR YEAR MIN. TAX: | $0.00 |
| FIRST TIME HOME BUYER CREDIT PER COMPUTER: | $0.00 |
| FIRST TIME HOME BUYER CREDIT: | $0.00 |
| FIRST TIME HOME BUYER CREDIT VERIFIED: | $0.00 |
| PRIMARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT: | $0.00 |
| SECONDARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT: | $0.00 |
| FIRST TIME HOMEBUYER CREDIT REPAYMENT AMOUNT: | $0.00 |
| FORM 2555 COMBINED EARNED INCOME AMOUNT PER COMPUTER: | $0.00 |
| FORM 5405 TOTAL HOMEBUYERS CREDIT REPAYMENT PER COMPUTER: | $0.00 |
| SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER: | $0.00 |
| SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER (2): | $0.00 |
| FORM 2439, 8801, and OTHER CREDIT TOTAL AMT: | $0.00 |
| TOTAL PAYMENTS: | $400.00 |
| TOTAL PAYMENTS PER COMPUTER: | $400.00 |

## Refund or Amount Owed

| | |
|---|---|
| AMOUNT YOU OWE: | $10,902.00 |
| APPLIED TO NEXT YEAR'S ESTIMATED TAX: | $0.00 |
| ESTIMATED TAX PENALTY: | $0.00 |
| TAX ON INCOME LESS STATE REFUND PER COMPUTER: | $0.00 |
| BAL DUE/OVER PYMT USING TP FIG PER COMPUTER: | $10,902.00 |
| BAL DUE/OVER PYMT USING COMPUTER FIGURES: | $10,902.00 |
| FORM 8888 TOTAL REFUND PER COMPUTER: | $0.00 |

### Third Party Designee

| | |
|---|---|
| THIRD PARTY DESIGNEE ID NUMBER: | 22855 |
| AUTHORIZATION INDICATOR: | 1 |
| THIRD PARTY DESIGNEE NAME: | O W FAVRE |

### Schedule C--Profit or Loss From Business (Occurrence #: 1)

| | |
|---|---|
| SOCIAL SECURITY NUMBER: | |
| EMPLOYER ID NUMBER: | |
| BUSINESS NAME: | |
| DESCRIPTION OF BUSINESS/PROFESSION: | FISHERMAN VESSEL OF |
| NAICS CODE: | 114110 |
| ACCT MTHD: | Cash |
| FIRST TIME SCHEDULE C FILED: | N |
| STATUTORY EMPLOYEE IND: | N |

**INCOME**

| | |
|---|---|
| GROSS MERCHANT CARD AND THIRD PARTY NETWORK RECEIPTS AND SALES: | $0.00 |
| GROSS RECEIPTS OR SALES (NON-MERCHANT-CARD AND NON-THIRD-PARTY): | $0.00 |
| INCOME REPORTED TO YOU ON FORM W-2: | $0.00 |
| TOTAL GROSS RECEIPTS: | $52,700.00 |
| RETURNS AND ALLOWANCES: | $0.00 |
| NET GROSS RECEIPTS: | $52,700.00 |
| COST OF GOODS SOLD: | $0.00 |
| SCHEDULE C FORM 1099 REQUIRED: | NONE |
| SCHEDULE C FORM 1099 FILED: | NONE |
| OTHER INCOME: | $0.00 |

**EXPENSES**

| | |
|---|---|
| CAR AND TRUCK EXPENSES: | $0.00 |
| DEPRECIATION: | $0.00 |
| INSURANCE (OTHER THAN HEALTH): | $0.00 |
| MORTGAGE INTEREST: | $0.00 |
| LEGAL AND PROFESSIONAL SERVICES: | $0.00 |
| REPAIRS AND MAINTENANCE: | $0.00 |
| TRAVEL: | $0.00 |
| MEALS AND ENTERTAINMENT: | $0.00 |
| WAGES: | $0.00 |
| OTHER EXPENSES: | $7,524.00 |
| TOTAL EXPENSES: | $7,524.00 |
| EXP FOR BUSINESS USE OF HOME: | $0.00 |
| SCH C NET PROFIT OR LOSS PER COMPUTER: | $45,176.00 |
| AT RISK CD: | |
| OFFICE EXPENSE AMOUNT: | $0.00 |
| UTILITIES EXPENSE AMOUNT: | $0.00 |

**COST OF GOODS SOLD**

| | |
|---|---|
| INVENTORY AT BEGINNING OF YEAR: | $0.00 |
| INVENTORY AT END OF YEAR: | $0.00 |

### Schedule C--Profit or Loss From Business (Occurrence #: 2)

| | |
|---|---|
| SOCIAL SECURITY NUMBER: | |
| EMPLOYER ID NUMBER: | |
| BUSINESS NAME: | |
| DESCRIPTION OF BUSINESS/PROFESSION: | FISHING SHRIMP |

| | |
|---|---|
| NAICS CODE: | 114110 |
| ACCT MTHD: | Cash |
| FIRST TIME SCHEDULE C FILED: | N |
| STATUTORY EMPLOYEE IND: | N |

**INCOME**

| | |
|---|---|
| GROSS MERCHANT CARD AND THIRD PARTY NETWORK RECEIPTS AND SALES: | $0.00 |
| GROSS RECEIPTS OR SALES (NON-MERCHANT-CARD AND NON-THIRD-PARTY): | $0.00 |
| INCOME REPORTED TO YOU ON FORM W-2: | $0.00 |
| TOTAL GROSS RECEIPTS: | $755.00 |
| RETURNS AND ALLOWANCES: | $0.00 |
| NET GROSS RECEIPTS: | $755.00 |
| COST OF GOODS SOLD: | $0.00 |
| SCHEDULE C FORM 1099 REQUIRED: | NONE |
| SCHEDULE C FORM 1099 FILED: | NONE |
| OTHER INCOME: | $0.00 |

**EXPENSES**

| | |
|---|---|
| CAR AND TRUCK EXPENSES: | $466.00 |
| DEPRECIATION: | $11,700.00 |
| INSURANCE (OTHER THAN HEALTH): | $0.00 |
| MORTGAGE INTEREST: | $0.00 |
| LEGAL AND PROFESSIONAL SERVICES: | $0.00 |
| REPAIRS AND MAINTENANCE: | $0.00 |
| TRAVEL: | $0.00 |
| MEALS AND ENTERTAINMENT: | $0.00 |
| WAGES: | $0.00 |
| OTHER EXPENSES: | $13,183.00 |
| TOTAL EXPENSES: | $25,349.00 |
| EXP FOR BUSINESS USE OF HOME: | $0.00 |
| SCH C NET PROFIT OR LOSS PER COMPUTER: | $-24,594.00 |
| AT RISK CD: | All investment at risk |
| OFFICE EXPENSE AMOUNT: | $0.00 |
| UTILITIES EXPENSE AMOUNT: | $0.00 |

**COST OF GOODS SOLD**

| | |
|---|---|
| INVENTORY AT BEGINNING OF YEAR: | $0.00 |
| INVENTORY AT END OF YEAR: | $0.00 |

### Schedule C--Profit or Loss From Business (Occurrence #: 3)

| | |
|---|---|
| SOCIAL SECURITY NUMBER: | ▮▮▮ |
| EMPLOYER ID NUMBER: | |
| BUSINESS NAME: | |
| DESCRIPTION OF BUSINESS/PROFESSION: | CARPENTER |
| NAICS CODE: | 236200 |
| ACCT MTHD: | Cash |
| FIRST TIME SCHEDULE C FILED: | N |
| STATUTORY EMPLOYEE IND: | N |

**INCOME**

| | |
|---|---|
| GROSS MERCHANT CARD AND THIRD PARTY NETWORK RECEIPTS AND SALES: | $0.00 |
| GROSS RECEIPTS OR SALES (NON-MERCHANT-CARD AND NON-THIRD-PARTY): | $0.00 |
| INCOME REPORTED TO YOU ON FORM W-2: | $0.00 |
| TOTAL GROSS RECEIPTS: | $31,580.00 |
| RETURNS AND ALLOWANCES: | $0.00 |
| NET GROSS RECEIPTS: | $31,580.00 |
| COST OF GOODS SOLD: | $0.00 |
| SCHEDULE C FORM 1099 REQUIRED: | NONE |
| SCHEDULE C FORM 1099 FILED: | NONE |
| OTHER INCOME: | $0.00 |

**EXPENSES**

| | |
|---|---|
| CAR AND TRUCK EXPENSES: | $4,499.00 |

```
DEPRECIATION:                                                    $0.00
INSURANCE (OTHER THAN HEALTH):                                   $0.00
MORTGAGE INTEREST:                                               $0.00
LEGAL AND PROFESSIONAL SERVICES:                                 $0.00
REPAIRS AND MAINTENANCE:                                         $0.00
TRAVEL:                                                          $0.00
MEALS AND ENTERTAINMENT:                                         $0.00
WAGES:                                                           $0.00
OTHER EXPENSES:                                                  $0.00
TOTAL EXPENSES:                                              $5,435.00
EXP FOR BUSINESS USE OF HOME:                                    $0.00
SCH C NET PROFIT OR LOSS PER COMPUTER:                      $26,145.00
AT RISK CD:
OFFICE EXPENSE AMOUNT:                                           $0.00
UTILITIES EXPENSE AMOUNT:                                        $0.00
```

**COST OF GOODS SOLD**
```
INVENTORY AT BEGINNING OF YEAR:                                  $0.00
INVENTORY AT END OF YEAR:                                        $0.00
```

## Schedule SE--Self-Employment Tax

```
SSN OF SELF-EMPLOYED TAXPAYER:
NET FARM PROFIT/LOSS: SCH F:                                     $0.00
CONSERVATION RESERVE PROGRAM PAYMENTS:                           $0.00
NET NONFARM PROFIT/LOSS:                                    $46,727.00
TOTAL SE INCOME:                                            $46,727.00
SE QUARTERS COVERED:                                                 4
TOTAL SE TAX PER COMPUTER:                                   $6,602.24
SE INCOME PER COMPUTER:                                     $43,152.00
TOTAL NET EARNINGS PER COMPUTER:                            $43,152.00
```

**LONG FORM ONLY**
```
TENTATIVE CHURCH EARNINGS:                                       $0.00
TOTAL SOC SEC & RR WAGES:                                        $0.00
SE SS TAX COMPUTER:                                          $5,350.84
SE MEDICARE INCOME PER COMPUTER:                            $43,152.00
SE MEDICARE TAX PER COMPUTER:                                $1,251.40
SE FARM OPTION METHOD USED:                                          0
SE OPTIONAL METHOD INCOME:                                       $0.00
```

## Form 8863 - Education Credits (Hope and Lifetime Learning Credits)

**PART III - ALLOWABLE EDUCATION CREDITS**
```
GROSS EDUCATION CR PER COMPUTER:                                 $0.00
TOTAL EDUCATION CREDIT AMOUNT:                                   $0.00
TOTAL EDUCATION CREDIT AMOUNT PER COMPUTER:                      $0.00
```

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Wage and Income Transcript

Request Date: 12-09-2013
Response Date: 12-09-2013
Tracking Number: ▆▆▆▆▆▆▆▆

SSN Provided: ▆▆▆▆▆▆▆▆
Tax Period Requested: December, 2010

## Form 1098 Mortgage Interest Statement

**Recipient/Lender:**
Recipient's Federal Identification Number (FIN): 720210640
CAPITAL ONE N.A.
P O BOX 61540
NEW ORLEANS, LA 70161-0000

**Payer/Borrower:**
Payer's Social Security Number: ▆▆▆▆▆▆▆▆
CASEY C THONN
▆▆▆▆▆▆▆▆
SLIDELL, LA 70458-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | ▆▆▆▆▆▆▆▆ |
| Mortgage Interest Received from Payer(s)/Borrower(s): | $3,201.00 |
| Points Paid on Purchase of Principal Residence: | 0.00 |
| Refund of Overpaid Interest: | 0.00 |
| Mortgage Insurance Premiums: | 0.00 |

## Form 1098 Mortgage Interest Statement

**Recipient/Lender:**
Recipient's Federal Identification Number (FIN): 941347393
WELLS FARGO BANK N A
1 HOME CAMPUS X2401 049
DES MOINES, IA 50328-0001

**Payer/Borrower:**
Payer's Social Security Number: ▆▆▆▆▆▆▆▆
CASEY THONN
▆▆▆▆▆▆▆▆
SLIDELL, LA 70458-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | ▆▆▆▆▆▆▆▆ |
| Mortgage Interest Received from Payer(s)/Borrower(s): | $3,682.00 |
| Points Paid on Purchase of Principal Residence: | 0.00 |
| Refund of Overpaid Interest: | 0.00 |
| Mortgage Insurance Premiums: | 0.00 |

## Form 1099-C Cancellation of Debt

**Creditor:**
Creditor's Federal Identification Number (FIN): 222382028
CHASE BANK USA NA
P O BOX 15298
WILMINGTON, DE 19850-0000

**Debtor:**
Debtor's Identification Number:
CASEY C THONN

SLIDELL, LA 70458-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | |
| Date Canceled: | 11-10-2010 |
| Property Fair Market Value: | 0.00 |
| Amount of Debt Canceled: | $1,195.00 |
| Interest Forgiven Amount: | 0.00 |
| Bankruptcy Indicator: | Bankruptcy Not Indicated |
| Debt Description: | CREDIT CARD ACCOUNT |
| Was borrower personally liable for repayment of the debt? | |

## Form 1099-G

**Payer:**
Payer's Federal Identification Number (FIN): 726000805
LOUISIANA DEPARTMENT OF REVENUE
617 N 3RD ST
BATON ROUGE, LA 70802-5428

**Recipient:**
Recipient's Identification Number:
THONN, CASEY
OFFNER JOELL

SLIDELL, LA 70458-5228

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | |
| ATAA Payments: | 0.00 |
| Tax Withheld: | 0.00 |
| Taxable Grants: | 0.00 |
| Unemployment Compensation: | 0.00 |
| Agricultural Subsidies: | 0.00 |
| Prior Year Refund: | $635.00 |
| Market gain on Commodity Credit Corporation loans repaid on or after January 1, 2007: | 0.00 |
| Year of Refund: | 2009 |
| 1099G Offset: | Not Refund, Credit, or Offset for Trade or Business |

## Form 1099-MISC

**Payer:**

Payer's Federal Identification Number (FIN): 061686194
DANOS & CUROLE STAFFING LLC
P O BOX 146013083 HWY 308
LAROSE, LA 70373-0000

### Recipient:

Recipient's Identification Number: ███████
CASEY THONN
███████
SLIDELL, LA 70458-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | $56,600.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

## Form 1099-MISC

### Payer:

Payer's Federal Identification Number (FIN): 161745720
SHANE RODRIGUEZ
PRESTIGIOUS RENOVATIONS LLC
███████
SLIDELL, LA 70458-0000

### Recipient:

Recipient's Identification Number: ███████
CASEY THONN
███████
SLIDELL, LA 70458-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | $29,980.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |

| | |
|---|---:|
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): 232667877
INA TAX BENEFITS REPORTING INC
120 N 9TH ST
RICHMOND, IN 47374-0000

**Recipient:**
Recipient's Identification Number: ▆▆▆▆▆▆▆
CASEY THONN
▆▆▆▆▆▆▆
SLIDELL, LA 70458-0000

| | |
|---|---:|
| Submission Type: | Original document |
| Account Number (Optional): | ▆▆▆▆▆▆▆ |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | 0.00 |
| Medical Payments: | 0.00 |
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | $11,000.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): 433674472
ROBERT J CANTY
▆▆▆▆▆▆▆
SLIDELL, LA 70461-0000

**Recipient:**
Recipient's Identification Number: ▆▆▆▆▆▆▆
THONN CASE
▆▆▆▆▆▆▆
SLIDELL, LA 70458-0000

| | |
|---|---:|
| Submission Type: | Original document |
| Account Number (Optional): | N/A |
| Tax Withheld: | 0.00 |
| Non-Employee Compensation: | $5,080.00 |
| Medical Payments: | 0.00 |

| | |
|---|---|
| Fishing Income: | 0.00 |
| Rents: | 0.00 |
| Royalties: | 0.00 |
| Other Income: | 0.00 |
| Substitute Payments for Dividends: | 0.00 |
| Excess Golden Parachute: | 0.00 |
| Crop Insurance: | 0.00 |
| Attorney Fees: | 0.00 |
| Section 409A Deferrals: | 0.00 |
| Section 409A Income: | 0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| Second Notice Indicator: | No Second Notice |

This Product Contains Sensitive Taxpayer Data