# EXHIBIT F

## **DECLARATION OF LLOYD DAY**

I, Lloyd Day, for my affidavit, state as follows:

1. I currently serve as an investigator assisting Special Master Louis J. Freeh in his appointment by the Honorable Carl J. Barbier in the United States District Court for the Eastern District of Louisiana in the BP Deepwater Horizon Multi-District Litigation matter. Previously, I served for 25 years as a Special Agent with Internal Revenue Service-Criminal Investigation Division, including ten years as a Supervisory Special Agent. I have conducted training for new and experienced IRS special agents. I have investigated a variety of financial crimes, including tax fraud, false claims, conspiracy, money laundering, mail fraud, wire fraud and bank fraud.

2. I have been working on an investigation of claims filed by Casey C. Thonn, through legal counsel, with the Court Supervised Settlement Program for compensation under the Seafood Compensation Program pursuant to the Deepwater Horizon Economic and Property Damages Settlement Agreement as amended on May 2, 2012.

3. On October 30, 2013, as part of my investigation, I interviewed Otis Favre, who prepared Mr. Thonn's 2009 Form 1040 and 2009 Form 1040X. These documents indicated that Mr. Thonn had $156,000 in "fisherman" gross income for 2009. Mr. Favre did not know if either document had been filed with the Internal Revenue Service.

4. When I asked to review his business records for Mr. Thonn, Mr. Favre found and produced to me a 2009 Form 1040A for Mr. Thonn. The 2009 Form 1040A indicated that Mr. Thonn had no 2009 income and was unemployed. Mr. Favre could provide no information to explain the contradictory information on Mr. Thonn's income for 2009, nor did he know which, if any, of the documents had been filed with the IRS.

-2-

5. On October 31, 2013, I interviewed Joell E. Offner, Mr. Thonn's former spouse. Ms. Offner stated that the 2009 Form 1040A indicating that Mr. Thonn was unemployed and had no 2009 income was the form she filed with the IRS. Ms. Offner further stated that Mr. Thonn was unemployed in 2009. When showed the 2009 Form 1040 and 1040X, Ms. Offner could provide no explanation for these tax forms. Ms. Offner said she was not aware of the filing of any amended tax returns for 2009.

6. On November 7, 2013, I interviewed Margaret Favre, who works with her husband Otis Favre in a tax preparation business. Ms. Favre recalled preparing the 2009 1040A for Ms. Offner, who at the time was Mr. Thonn's wife. Ms. Favre recalled Ms. Offner stating that Mr. Thonn was unemployed in 2009 and had no income for that year.

7. I also reviewed several affidavits presented by Mr. Thonn with his claim to demonstrate that certain persons allegedly purchased shrimp from Mr. Thonn in 2009.

8. For example, on November 12, 2013, I interviewed one of these alleged customers, Mr. Thonn's uncle, Charles "Sonny" Nuccio. Mr. Nuccio had operated a restaurant and seafood store in Picayune, Mississippi, and said he purchased shrimp weekly from Mr. Thonn. Mr. Nuccio advised he is having "trouble with the IRS" because of failure to pay past business taxes and incorrectly reported business income. Mr. Nuccio said he was unable to locate any of his business records, even when presented with a subpoena from the Special Master for production of the records.

9. Mr. Nuccio said the restaurant probably purchased a box of shrimp a week from Mr. Thonn, and paid between $3.29 per pound to $4.99 per pound for shrimp depending on the size. Mr. Nuccio said a good box of shrimp was $500.

-3-

10. In the records of the Claims Administration Office ("CAO") is a report of an August 21, 2013 interview with Mr. Nuccio conducted by an investigative firm that works with the CAO. In the report of this interview, Mr. Nuccio stated that he would purchase between "one and ten boxes" of shrimp from Mr. Thonn a week, costing between $2.75 and $4.00 per pound.

Pursuant to 28 U.S.C. § 1746, I certify that the foregoing is true and correct. Signed this 8th day of January, 2014 in New Orleans, Louisiana.

_____
Lloyd Day