## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>Section: J |
| This document relates to:<br>2:10-cv-08888 | * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL

Now comes the IRPINO LAW FIRM pursuant to Local Rule 83.2.11 and moves this Court for an order allowing their withdrawal as counsel of record for only the Plaintiffs listed in Exhibit "A" and as grounds would state:

1. The Plaintiffs listed in Exhibit "A" and the movant have terminated their relationship.

2. The Plaintiffs listed in Exhibit "A" have been made aware via certified mail that counsel has withdrawn representation.

3. To the extent that any exist, all plaintiffs have been made aware of pending deadlines in their case.

4. All Plaintiffs will remain in the litigation.

5. This motion is made in good faith and will not prejudice any party.

WHEREFORE, the undersigned counsel, both individually and on behalf of their respective law firms move this Court for an order allowing them to withdraw as

1

counsel of record for only those Plaintiffs set forth in Exhibit "A" in the above-captioned case.

RESPECTFULLY SUBMITTED on this 9th day of January 2014.

/s/ Anthony Irpino_____
ANTHONY D. IRPINO (#24727)
LOUISE C. HIGGINS (#31780)
PEARL A. ROBERTSON (#34060)
2216 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile:  (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com

**ATTORNEYS FOR THE PLAINTIFF**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 9, 2014, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis File & Serve to all counsel of record.

/s/Anthony Irpino
Anthony Irpino