UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J; DIVISION 1 |
| THIS DOCUMENT RELATES TO: *Bon Secour Fisheries, Inc., et al. v. BP, et al.* No. 2:12-cv-00970 | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Rocon, Inc., who respectfully moves this Honorable Court for an Order permitting the following attorneys to enroll as additional counsel of record on its behalf in the captioned matter:

James M. Garner, La. Bar No. 19589, jgarner@shergarner.com; Martha Y. Curtis, La. Bar No. 20446, mcurtis@shergarner.com; and Kevin M. McGlone, La. Bar No. 28145, kmcglone@shergarner.com, of the law firm of SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C., 909 Poydras Street, Suite 2800, New Orleans, Louisiana, 70112-4046, (504) 299-2100, Facsimile (504) 299-2300.

**WHEREFORE**, Rocon, Inc., prays that this motion be granted and that the foregoing attorneys be allowed to enroll as additional counsel of record on its behalf in the captioned matter.

RESPECTFULLY SUBMITTED,

/s/ E. J. Saad
E. J. SAAD (AL #861451)
(ejsaad@ejsaadlaw.com)
MATTHEW ANDREWS (AL #167247)
(mandrews@ejsaadlaw.com)

**ATTORNEYS FOR ROCON, INC.**

OF COUNSEL:
**E. J. SAAD LAW FIRM**
6207 Cottage Hill Road, Suite G
Mobile, Alabama 36609
Telephone: (251) 660-0888
Facsimile: (251) 660-0777

-and-

/s/ Frederick T. Kuykendall, III
FREDERICK T. KUYKENDALL, III
(ftkuykendall@yahoo.com)

**ATTORNEY FOR ROCON, INC.**

OF COUNSEL:
**KUYKENDALL & ASSOCIATES, LLC**
AL Bar No. ASB4462A59F
Federal Bar No. KUYKF4462
P.O. Box 2129
Fairhope, Alabama 36533
Telephone: (251) 928-4008
Facsimile: (251) 928-2151

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2014, I filed and served the foregoing pleading via Lexis/Nexis File & Serve and through this Court's CM/ECF Filing System with the Clerk of Court of the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, thereby effecting service on all counsel of record.

/s/ E. J. Saad
E. J. SAAD