UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *13-1711* | * | MAGISTRATE SHUSHAN |
| *and* | * | |
| *10-8888, Rec. Doc. 65292* | | |

## ORDER

Before the Court is the Irpino Law Firm's Motion to Withdraw as Counsel (Rec. Doc. 12100). Having considered the motion,

IT IS ORDERED that the Motion is GRANTED and that Anthony D. Irpino and the Irpino Law Firm are withdrawn as counsel for Zat's Restaurants, Inc.

Because corporations, L.L.C.s, partnerships, etc., must be represented by licensed counsel, the Court notes that Zat's Restaurants, Inc. eventually will need to enroll new counsel or its claims may be dismissed. *See Southwest Express Co., v. I.C.C.*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Collier v. Cobalt LLC*, No. 01-2007, 2002 WL 726640 (E.D. La. April 22, 2002).

New Orleans, Louisiana this 9th day of January, 2014.

_____
United States District Judge