UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION J; DIVISION 1 |
| THIS DOCUMENT RELATES TO: *Bon Secour Fisheries, Inc., et al. v. BP, et al.* No. 2:12-cv-00970 | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the foregoing *Ex Parte* Motion to Enroll Additional Counsel of Record filed by the Plaintiff, Rocon, Inc.,

**IT IS HEREBY ORDERED** that the Motion to Enroll Additional Counsel of Record be and is **GRANTED** and that James M. Garner, La. Bar Roll No. 19589, Martha Y. Curtis, La. Bar Roll No. 20446, and Kevin M. McGlone, La. Bar Roll No. 28145 of the law firm of SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C. be, and hereby are, enrolled as additional counsel of record on behalf of Rocon, Inc., in the captioned matter.

New Orleans, Louisiana this 9th day of January, 2014.

_____
United States District Judge