U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    JAN 10 2014

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AARON WALLACE
-vs-
BRITISH PETROLUM
ALL PARTIES
&
THE UNITED STATES
GOVERNMENT,
NPFC

CIVIL ACTION
Ref:
No.13-6153

MDL
10-2179

SECTION "J"

JUDGE BARBIER

MAG. JUDGE SHUSHAN

"Motion of Reconsideration"

In Re: To CIVIL ACTION No.13-6153

I respectfully would like to take this time and ask the court to seriously reconsider my request of a ("Motion of Reconsideration")?

Due to a Mistake of law R.S. 14:17 Section 17, and my lake of knowledge of the Court Rule of law, I've been forced to represent my-self, the best of my ability, which was not my first choice.

This is by design, by the Defendant's, and to their advantage, with me having only to except the challenge of their Unjust Enrichment.

Evaison of Liability by Deception--(Thef Act of 1978) Section 1, under R.S. 12:92 Liability of Director's, and Offercers, the extreme, and out rageous conduct, as-well as the intentional, and reckless act's.

Intentional infliction of emotional distress, Fabrication of Evidence with the Intent to Mislead a Tribunal, Art.20, Contempt of court.    TENDERED FOR FILING

JAN 10 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No._____

Of Court, R.S. 19:1,   304 Obligation of Good Faith, Criminal Con-
spiracy R.S. 14:26 Section 26, Computer Fraud Section 73.5, Offe-
nses Against Intellectual Property Section 73.2, Khouzam vs Ashc-
roft, 361 F. 3d 171(2nd Cir. 2003).
Menjivar vs. Gonzales, 416, F. 3rd 918, 923(8th Cir. 2005), as--
well as Silva Rengifo vs. Gonzales 473 F. 3rd, 58(rd. Cir. 01/09
/2007).  Not to mention lack of Respect, and Disgard for the cou-
rts, as-well as the Rules of law.

    You have the defendant's Ex-Engineer cry misconduct tainted
verdict, and he admitted to deleting text message, who worked in
vain with the team who attempted to seal the 252 Well.

    You also have the defendant's president of oil spill response,
Mike Utsler admitted to the Sun Hearold on April 17, 2012, that
they used local knowledge, and expertise from this local area,
and if they had it to do over again, that they would have done it
sooner.

    In the opening of the second trial, the defendant's, James Dup-
ree committed perjury in his testimony, the only way to have to
sealed the 252 Well sooner is engage other's outside of the indu-
stry  as Mike Utsler stated, this came from outside the industry.

    That's why I say with my twenty five, to thiry years of boots
on the ground in the commerical, and industral industry that I
was used by GOD.  That's my belief.

                        Page-2

That's my belief, and for the defendant's to use my concepts, and disregard, or dispute that fact is a violation of my regilious rights as-well.

The acts or instance discrimination or making a distinction in favor of or against, a person or thing based on the group, class, or category to which that person or thing belongs rather than on individual merit: racial, and regilious intolerance, and discrimination.

Unfair treatment of a person, racial group, minority, ect; action based on prejudice, as-well as region.

"Regional discrimination" is based on the region in which a person lives or was born.

"Institutionalized discrimination": refers to the unjust and discriminatory mistreat of an individual or group of individuals by organizations such as governments and corporation, financial ins-institutions (banks, investment firms, money markets), public institutions (schools, police force, healthcare centers), and other societal entities.

Such discrimination is typically codified into the operating procedures, policies, laws, or objectives of such institutions.

AARON WALLACE
200 mason Ct.
Ocean Spring
Ms, 39564
(228-818-4805)

**Certificate of Service**

I hereby certify that I have served a copy of this document on all counsel of record either in person or my mailing it postage prepaid on this _10th_ day of _January_, 20_14_.

_Aaron Wallace_

Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AARON WAMMACE                          CIVIL ACTION
        -vs-
BRITISH PETROLUM                       No.  13-6153
   All PARTIES
        &                              SECTION "J"
THE UNITED STATES
   GOVERNMENT,                          JUDGE BARBIER
     NPFC
                                        MAG. JUDGE SHUSHAN

In Re: No.13-6153

                              "Duty"

     Duty: Duty to the company, as well as a Duty to the Principal,
the defendant fail to show a duty of reasonable care, or a duty
of care, or a standard of care.

     The defendants chose to take advantage of their fiduciary pos-
tion, this would occur when a fiduciary attempts to represent the
defendant as well as the plaintiff.

     A fiduciary duty must must not conflict with another fiducary
duty, therefore, to represent both plaintiff, and the defendant
in the same matter, is  really an conflict of interest and duty
rule.

     The fiduciary must balance the intrests, which is not accepta-
ble to equity, a fiduciary will be liable to account if proven to
have acquired a profit, benefit, or gain from the relationship by
one of three means:

(1.) In circumstances of conflict of duty and interest. (2.) In circumstances of conflict of duty to one person and duty to another person.  (3.)  Or by taking advantage of the fiduciary posion.

Just before the defendants fiduciary called,and sommons me to their response center, I was at PDQ printing Co., faxing these drawing, and concepts to the White House.

As I was leaving PDQ, thats when the defendants fiduciary called, when I got there I explained to Christy that I felt that I was being used by God to help seal the Well.

With twenty five, to thirty years of boots on the ground in the commerical, and the industrial industry, working all over the United States, thats my beleif.

Without the Lord thy God keeping me,it couldn't have happened, Christy ask about the number of companies I worked for, and she asked, how many kids I had.

The defendant had an obligation not only to me, but to my family, as well to my beleifs also.

(Fraud Act) 2006 Section 2., Fraud by false represation, Obtaining Service By Deception--(Theft Act) of 1978 Section 1., Cruelty to Chrildren--Section 1.(Children and Young Person Act) of 1933., Fraudulent Evasion Of Duty--(Customs and Excise Management Act) 1979 Section 170(1)(b), Section 97-5-35 Exploitation Of Chi-ldren.

Page-2

Crimes Against Property Section 97-15-1, False Pretenses and Cheats Section 97-17-1, Offense Affecting Trade, Business and Profesion Section 97-21-1, Fourteen Amendment Civil Rights(1868).

## "Breach Of Duty"

Breach of Duty: False advertising or deceptive advertising is the use of false or misleading statements in advertising has the potential to persuade people into commercial transactions that they might otherwise avoid, Section 17000, and 17500.

"A promise for a promise", "acceptance by performance", Offer and acceptance are elements required for the information, or a legally binding contract.

Rewards are considered to be a species of contract, specifically a unilateral contract.

Most contracts are exchange "a promise for a promise." In a unilateral contract one party offers a promise to anyone who acceptance by doing something specified in the contract(i.e. "acceptance by performance").

Rewards are perhaps a classic example of a unilateral contract contests are another, and anyone who fifills those terms can claim the stated  Reward.

Reynolds v. Eagls Pencil Co., 285 N.Y.448(1941) this view, is a unilateral contract, like all contracts, requires mutual assent (i.e. a common understanding og the minds").

Page-3

Since a unilateral contract is not formed until the offer is accepted by the requires performance must be done by someone who is aware of the contract offer.

Fraud By False Representation(Fraud Act of 2006)Section 2, Obtaining Service By Deception(Theft Act 1978 Section 1, Trasfer of Product of the Mind Section 47-07-06.

Criminal Conduct Section 8 (1)(2)(3) Criminal Conduct of an act or a failure to act that produces criminal consequences, and which is combined with criminal intent: or (2) A mere act or failure to act that produces criminal consequences, and where there is no requirement of criminal intent; (3) Criminal Nageligence, that produces criminal consequences.

R.S. 14:26 Criminal Conspiracy Section 26, Section 12 Criminal Negligence exists when, although neither specific, nor general criminal intent is present, there is such disregard of the intrest of others that the offender's conduct amounts to gross deviation below the standard of care expected to be maintained by a reasonable careful man, or woman under like circumstances.

Oral contracts are often mistakenly referred to as verbal contracts, but a verbal contract is really any contract since all contracts are created using language.

An agent with the jurisdiction to perform acts which are reasonably necessary to accomplish the purpose of an organization.

Page-4

Under contract law, implied authority figures have the ability to make legally binding contracts on behalf of another person or company.

It also gives the agent the implied authority to telphone propests on its behalf to arrange appointments.

Unclaen Hands, sometimes called the clean hands doctrine or the dirty hands doctrine, [1] is an equitable defense in which the defendant argues that the plantiff is acting unethically or has acted in bad faith, no discord, to the subject of the complaint that is, with "unclean hands". [2] The defendant has the burden of proof to show the plaintiff is not acting in good faith.

The doctrine so often stated as "those seeking equity must do equity" or "equity must come with clean hands".

A defendant's unclean hands can also be claimed and proven that the defendant from asserting equitable affirmative defense.

In other words, "unclean hands" can be used offensively by the plaintiff as well as defensively by the defendant.

Unjust Enrichment, is where one person is unjust or by chance enrichment at the expense of another, and an obligation to make restitution arises, regardless of liability for the wrong doing.

There are several reasons why it may be important for the claimant to seek a proprietary rather than a personal remedy.

Page5

Causation in Fact and (Proximate Cause)

Cause: The Deepwater Horizon Incident, It was the defendants job to seal the 252 Well, any means necessary.

Prior to giving the defendant my concept's, I ask the government to seige, the 252 well, the President said on CNN, that the government didn't do Deepwater drilling, and that he was going to hold the defendant accountable.

The defendant had eight straight attemps trying to kill the well, by the government not seiging the 252 Well, forced me into business with the defendant.

In opening testimony of the second trial, or the presentation it was stated that no one in the industry had this technolgy, that was true.

Making it known that I had what they needed to contain the well and then seal the 252 well, the defendant silicted, sommons me or invited me to their response center.

The President, as-well as the defendant, had already sommons the smartist, and the brightest from around the world to help seal the 252 Well.

In mid-late May after talking to the comment line, making it known of what I was doing, Homeland Secuity, also the Justice department, documenting my response efforts.

Page-6

Homeland security ask me to go the local police department here in Ocean Springs, MS.

The police department sent me to the mayors office, the mayor wasn't in, and her receptionist gave me the name and number of John Hardt a Rep. for the defendant, for Jackson county, the county here where I live.

The Report to the President National Commission on the BP Deepwater Horizon Oil Spill, on page 142 paragraph 94, clearly states that Citizens without Costner's resources had trouble getting their ideas reviewed.

As ideas came in, the Coast Guard screened them and sent the most promising to the Federal On-Scene Coordinator, the Coast Guard and National Incident Command accepted some of these efforts and rejected others.

The defendants, lured me into a commercial transaction by posting a three million dollar reward for anyone help in sealing the 252 Well, and the President said that he was going to hold them accountable.

(1.) I ask the defendant to cut off the riser? They cut the riser. (2.) I gave the defendants the ideas, or concepts to the LMRP, they used it.

(3.) I ask the defendants to hook up some type of pump to the LMRP, to increase the in-take of oil, they hooked up the Q-4000.

That Monday when they hooked up the Q-4000 to the LMRP the

Page-7

in-take of oil, went to 600,000 gal. of oil, to 1.2-1.4 million gal. of oil.

That Tuesday, in 10 hours of operation the Q-4000 pump took in 700,000 gal.s of oil.

They took it off, the Discovery , couldn't clean the oil fast enough, until I came up with the ideas or the concepts for the final shut-in, I called into the response center.

The defendants did everything I ask of them until the 252 well was shut-in.

Although, intelellectual property concerns prohibit the Coast Guard from disclosing the proposals actually used, or submitted, news outlets reported that individuals suggested ideas.

J-Z 94.5 said on the air, that a sole individual assisted the defendants via cell phone, it was cell phone, and computers, Mike Ustler said that they used local knowledge, and expertise from this local area in the Sun Hareld News paper.

The Coast Guard, the defendant, J-Z 94.5, as-well as the Report the President admits of help from outside of the industry.

The competence, experience, and integrity of the acquing party, or parties, and its or their management.

Acts 1968, No. 105, Section 1, Acts1984, No. 841, Section 1, eff. July 13, 1984; Acts 1987, No. 463.

Section1; Acts 1988, No. 455, Section 1, eff. July 10, 1988; Acts 1989, No. 621, Section 1, eff. July 6, 1989.

Page- 8

If a corporation has transacted any business in violation of R.S. 12:26, the officers who particated therein, and the directors shall be liable jointly, and severally with the corporation, and each other for the debth, or liabilities of the corporation, arising therefrom.

The defendant's Offices had a duty to the company, as well as to the principal, duty of care, reasonable duty of care.

Which caused a conflict, a conflict of duty, breach of duty, R.S. 12:92, Liability of Directors, and Officers.

"Offer and accecptance, is an obligation of Good Faith, according to R.S. 10:1-304, under this section, good faith" has the meaning with which that term is used in the title on "Concentional Obligations, or Contracts", in Louisiana Civil Code, Acts 2006, No. 533, section 1.

The government turning a blind eye, Silva Rengifo vs. Gonzales 416, F, 3rd 58(rd. Cir. 01/09/2007)[the court held that the government's ability to control a particular group may be revant in determing acquiesce.

But, that the inquiry does not turn the government's ability to control.

Nor is the applicant required to show that the government approves of the torture, or consents to it, the court held that it sufficient for an applicant to show that the government in question is "willfully blind" to tortuous activities].

Page-9

False advertising, or deceptive advertising, Section 1700, and Section 1700, making false statements under Section 9, of the Criminal Justice Act of 1967-(Criminal Justice Act) 1967 Section 89.

Offenses Against Intellectual Property Section 73-2, Obtaining Service By Deception-(Theft Act 1978) Section 1, Fraud By False Represation-(Fraud Act 1978) Section 1.

This did'nt just happen, the very one's, or the very agenices I expected to protect me, my intellectual properties, failed me.

As well as my family, this is taxation with out represation, if two, or more conspire to commit any crime, to cheat, and defr- and any person of property, by means which are in themself crimi- nals, or to obtain money, or property by false pretenses, or by false promises with fraudulent intent not to perform those promi- ses.

To commit any act injurious to the public health, to public morals, or to prevent, or obstruct justice, or the due administr- ation of the law.

With ill-will, a conscious, intentional wrongdoing, either of a civil wrongdoing, or a criminal act, like assault, with the intention of doing harm to the victum.

The intention include ill-will, hatred, or total disregard for the other's well being.

Often the mean nature of the act itself implies malice.

Page-10

"I hated him", would be expressed as malice, the defendants violated my first amendment right.

The Civil Rights Act of 1866( commonly referred to as Section 1981, because of its location in The United States Code) declares African Americans to be citizens, entitled to a series of rights previously reserved to white men.

The law confers a number of rights, including the right to sue or be sued in court, to give evidence in a lawsuit, and to purchase property.

It also confers the right to make, and enforce contracts, which courts have found prohibits racial discrimination in the in the courts have found prohibits racial discrimination in the employment relationship.

Although the law's original purpose was to protect Afriacn Americans, the courts have interpted it to protect people of all races from discrimination, and harassment Section 1981 has been interpted to prohibit discrimination on basis of ehtnicity, if the discrimination is racial in character.

It also protects independent contractors from discrimination Employee, or applicants who believe their rights under Section 1981 have been violated may file a law suit in state or federal court.

"DAMAGES"

Damages: Intentional Emotional Duress, Stress, and Hardship.

Causation : damages, the defendant posted a three milloin
dollar reward for anyone who seal the 252 Well.

The defendants solicted me to help them, (2) The defendants
admitted to using help from this area. (3) The defendants had
foreseen, or shoud have foreseen such an act of exploitation of
me and my family as unjust.

They knew that this was unethical, socially, as well as politi-
cally, and economically.

These acts of ill-will, hatred, discriminating, dislike, or
disregard for others left me being unable to interact with other,
from the why I did prior.

Sleep deprivation, it has deprive me from supporting my family
mentalily, emotional, or financially.

The defendants used me, my concepts, my mother, daughter, as
well as my trust and faith in God, you admit in the news that
you used me, local knowledge, and expertist from this area.

This discrimination, regional discrimination, regilious discri
mination, ill-will, malice, negeligance, haterd, dislike.

To oppose success, to defeat the hopes, and aspiration of some-
one from doing something,stoping something from happening.

My persuit of Life, Liberty, as well as my persuit for happi-
ness.

Page-12

This was a very emotional situation from the very start, from the way the families were being treated, the way the defendants was deceving the media, congress, and Tony Hayward was calling us "the little people".

The media was saying that the United States us. be a super power and couldn't stop this spill, in the testimony the defendants presentation stated that no one in the industry had this technology.

To do what I did as a american citizen, and prior to giving this to the defendants, putting the government on notice, and for them to turn a blind eye, is taxation without represation.

The defendant took advantage of the situation, I was drinking alcohol very heavy, this was very hard for me to see, and hear in the media the things being said.

The defendant was unable to seal this well, and to let be known that I could help, first I had to get down on knees, and prayed, and ask God to show me what I needed to help them seal this well.

With the experiience with high pressure water mains, and working around refiniaries the past several years, but if I was not drinking, I would have seen this coming.

Page-13

But, if the government would have held the defendants accountable like he said he was.

But, if the defendants had not taken five hunderd million dollars out of safety.

But, if the defendants had follow protocal, and followed the instramentation on the Deepwater Horizon Rig, and prevented the incident.

But, if the defendants had shown some type of reasonable care, duty of care, their fiducary duty.

But, if the mayor had done something, or more.

But, if the governor of Mississippi had taken a stand.

But, if I had not followed my spirit.


AARON WALLACE
200 MASON CT.
OCEAN SPRINGS
MS., 39564
(228-818-4805)


Page-14