UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | MDL No. 2179 |
| "Deepwater Horizon" in the | ) | |
| Gulf of Mexico, on | ) | |
| April 20, 2010 | ) | Section "J" |
| | ) | Judge Carl Barbier |
| | ) | |
| This Document relates to: No. 12-1922 | ) | Magistrate "1" |
| | ) | Magistrate Judge Sally Shushan |

# **ORDER**

Considering the foregoing Joint Motion to Dismiss:

IT IS ORDERED that the above-captioned litigation be and is hereby dismissed, with prejudice, each party to bear their own costs, expressly reserving the parties' respective claims in the *BP Deepwater Horizon Litigation* (USDC No.: 10-md-02179, 10-8888 and 10-2771).

New Orleans, Louisiana, on this _____ day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE

1