**Office of Special Master Louis J. Freeh**
935 Gravier Street Suite 1160
New Orleans, Louisiana  70112

---

January 8, 2014

The Hon. Carl J. Barbier
United States District Judge
  for the Eastern District of Louisiana
500 Poydras Street
Room C256
New Orleans, LA  70130

      Re:    In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
             <u>in the Gulf of Mexico, on April 20, 2010 (MDL-2179)</u>

Dear Judge Barbier:

    I write to supplement my disclosure to the Court of July 2, 2013, in connection with the matter captioned *In Re: Oil Spill by the Oil Rig 'Deepwater Horizon' in the Gulf of Mexico, on April 200, 2010*, MDL-2179 (the "Case").

    On December 17, 2013, Williams & Connolly LLP filed in the Case a Motion for Relief Pursuant to Rule 60(b)(3) on behalf of defendants BP Exploration & Production, Inc. and BP America Production Company.

    Williams & Connolly LLP represents a client which has engaged Freeh Group International Solutions ("FGIS") to provide advisory functions in an on-going civil litigation engagement unrelated to Case and not involving any of the parties to the Case.

    As a result of my knowledge of this Case and supplementing my affidavit of July 2, 2013, I can attest and affirm that there are no grounds for disqualification under Title 28, United States Code, Section 455 that would prevent me from serving as a Special Master in this matter.

                                            Sincerely yours,

                                            Louis J. Freeh
                                            Special Master