UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| | * | |
| **No. 12-1922,** *Slabic Oysters, L.L.C.,* **et** | * | **MAGISTRATE SHUSHAN** |
| **al. v. Frank M. Bigunac and B & B** | * | |
| ***Oysters, L.L.C.*** | * | |

## ORDER

Considering the Joint Motion to Dismiss (Rec. Doc. 12115);

IT IS ORDERED that the above-referenced member case be and is hereby DISMISSED, with prejudice, each party to bear their own costs, expressly reserving the parties' respective claims in the *BP Deepwater Horizon Litigation* (USDC No.: 10-md-02179, 10-8888 and 10-2771).

FURTHER ORDERED that Plaintiffs' Motion to Remand (Rec. Doc. 7154) is DENIED AS MOOT.

New Orleans, Louisiana this 10th day of January, 2014.

_____
United States District Judge