IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * | MDL NO. 2179 SECTION "J" |
| | * | HONORABLE CARL J. BARBIER |
| THIS DOCUMENT RELATES TO 12-970 | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO JOIN GLEN LERNER'S OBJECTIONS TO MAGISTRATE SHUSHAN'S RULINGS**

NOW COMES, Jon Andry, a co-claimant herein and moves to adopt and join for the reasons stated by Glen Lerner the objections to the Magistrate's discovery rulings. Andry further alleges that Lerner's motion is well founded based on the Special Master's findings of October 14, 2013 (#11639) when he states that Lerner can do his own interviews with witnesses (he can't, due to the ruling complained of) and that the Court was only given evidence that support its findings (which the parties Andry and Lerner dispute) not the full record.

By Attorneys:

/s/Lewis O. Unglesby
Lewis O. Unglesby (#12498)
Unglesby Law Firm
246 Napoleon Street
Baton Rouge, LA   70802
Telephone: (225) 387-0120
Facsimile: (225) 336-4355

**CERTIFICATE OF SERVICE**

I hereby certify that on 10th day of January, 2014, a copy of the foregoing Motion was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/Lewis O. Unglesby
_____
LEWIS O. UNGLESBY