# EXHIBIT "A"



## REPORT OF INVESTIGATION

**Date of Report:** January 24, 2012

**Claimant:** Elton Johnson

**Claimant Address:** 728 Highway 3041, Bunkie, LA  71322

**Claim Number:** GCCF: 3495033

**Date Referred to Guidepost:** October 26, 2011

---

**Executive Summary** – <u>Claim is Unsubstantiated</u>

Elton Johnson alleges a loss of $45 million in connection with physical injuries he sustained while employed on board the *Platform Supply Vessel Damon B. Bankston* ("*PSV Bankston*") at the time of the Deepwater Horizon Mobile Offshore Drilling Unit ("Deepwater Horizon") explosion.  In fact, there is no credible evidence Johnson suffered injuries as a result of the incident, and multiple fellow crew members, one of whom was standing alongside Johnson at the time of the explosion, disputed the events and injuries Johnson later reported.

Johnson did not submit any overtly fraudulent document, thus a Finding of Potetnial Fraud is not supported by this investigation.  The overwhelming weight of the evidence, however, thoroughly negates his alleged injuries.

**Summary of Claim**

Elton Johnson submitted a Full Review Final Payment ("Final Payment") claim for $45 million in Physical Injury losses due to the oil spill.