UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *  *  *  * | MDL NO. 2179  SECTION "J" |
| THIS DOCUMENT RELATES TO: | *  * | JUDGE BARBIER |
| *No. 2:13-cv-05804-CJB-SS; Elton Johnson v. BP Exploration and Production, Inc, et al* | *  * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# **ORDER**[1]

The Court has considered Plaintiff Elton Johnson's Motion to Enforce Settlement Agreement with BP, BP's response and Motion for Summary Judgment, all responsive briefing, and/or the arguments of counsel. The Court finds that Plaintiff's motion is meritorious and should be granted.

It is therefore **ORDERED** that Plaintiff's motion is in all things **GRANTED** and BP's motion for summary judgment is in all things **DENIED**. BP shall deliver settlement funds to Elton Johnson's counsel in the amount of $2,698,095 within seven (7) days of the entry of this order. It is further **ORDERED** that BP shall also pay interest in the amount of 5% simple interest on the $2,698,095 owed accruing from October 29, 2011 since the Court finds that, but for the GCCF's and BP's unreasonable delay, Johnson would have signed and returned the Release by October 15, 2011 (and payment was due within 14 days under the terms of the agreement).[2]

---

[1] Johnson previously submitted another proposed order. He submits this proposed order to address BP's motion for summary judgment and (slightly) change the accrual date for purposes of calculating interest.

[2] *Matter of Rio Grande Transport, Inc.*, 770 F.2d 262, 264-5 (2d Cir. 1985) (interest is owed when party delays in funding settlement agreement); *See also Jauch v. Nautical Services, Inc.*, 470 F.3d 207, 214-15 (5th Cir. 2006) ("under maritime law, the award of prejudgment interest is 'well-nigh automatic.'" It is meant as compensation "for

New Orleans, Louisiana this _____ day of _____, 2014.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

---

lost use of money due as damages during the lapse of time between the accrual of the claim and the date of the judgment.").