# EXHIBIT "A"

Case 2:10-md-02179-CJB-DPC   Document 12120-1   Filed 01/10/14   Page 2 of 3
Case 2:10-md-02179-CJB-SS   Document 11734-4   Filed 10/25/13   Page 2 of 3
Case 4:12-cv-00989   Document 35-1   Filed in TXSD on 06/15/12   Page 2 of 3

Name: Elton Johnson

The following questions are part of our fact-finding regarding the abandon ship evolution on board the Deepwater Horizon during the evening of 20 April 2010. There will be no repercussions from answering these questions. We are working to ensure we have a clear picture of how the crew abandoned the vessel.

We realize that these questions may have been already asked, and appreciate your assistance. We also understand that any information provided is not considered sworn testimony that will result in any form of further action from the board.

**Basic Questions for All Survivors**

1. Were you aware of any well control situations prior to the casualty?
   No I wasn't

2. Where were you at the time of the casualty?
   In the change room on the Damon Bankston

3. How were you notified of the evacuation?
   By the captain after I came to my senses

4. Did you hear the general alarm?
   no

5. Did the emergency lights come on?
   I couldn't see

6. Were you injured?
   I was shooken up a little

7. Did you assist anybody who was injured?
   Yes I assisted everybody that was hurt or needed help

8. What did you observe with regard to structural integrity, e.g., Water Tight Door left open?
   I didn't observe

9. How did you evacuate from the rig?
   I wasn't on the rig I was on the boat

10. Which lifeboat were you assigned to?
    Does not apply to me

Case 2:10-md-02179-CJB-DPC   Document 12120-1   Filed 01/10/14   Page 3 of 3
Case 2:10-md-02179-CJB-SS   Document 11734-4   Filed 10/25/13   Page 3 of 3
Case 4:12-cv-00989   Document 35-1   Filed in TXSD on 06/15/12   Page 3 of 3

11. Which lifeboat/life raft did you end up using? Was it full? How many people were in it?

Does not apply to me

12. If you did not evacuate the rig in the lifeboat you were assigned, why not?

Does not apply to me

13. Were there any problems with launching or operating lifeboat/life raft?

Does not apply to me

14. Who ordered the lowering of your lifeboat/life raft?

Does not apply to me

15. Who was in charge of the lifeboat/life raft?

Does not apply to me

16. Did everything work out the way you had drilled?

Yes everything went according to the drills

17. Did your lifeboat/life raft conduct any Search and Rescue activities?

Yes our lifeboat picked the guys out the water and rescued some others

18. Did you see any of the missing persons? Where? When? What was their status?

No

19. Who was in charge of the rig before the first explosion?

I don't know the chain of command on the rig, All I remember it was a transocean rig drilling for b.p

20. When did the Master assume command of the rig?

I think after the explosion and the rig was on fire

21. Who coordinated the on-scene firefighting effort from the Damon Bankston?

The Captain and Coast guard