UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE BARBIER |
| No. 2:13-cv-05804-CJB-SS; *Elton Johnson v.* | * | MAG. JUDGE SHUSHAN |
| *BP Exploration and Production, Inc, et al* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Johnson's Objections to BP's Summary Judgment Evidence

Pursuant to Federal Rule of Civil Procedure 56(c)(2), Johnson objects to the following exhibits used to support its motion for summary judgment:

- **BP Exhibit B**: This exhibit is an investigation report compiled by the GCCF's private investigators. It recounts and summarizes a series of *ex parte* interviews with Tidewater employees and Tidewater's attorneys. Johnson objects to this exhibit because the exhibit contains inadmissible hearsay and hearsay within hearsay. FED. R. EVID. 802.

- **BP Exhibit C**: This exhibit is an October 20, 2011 letter from Tidewater's attorneys to the GCCF. Johnson objects to this exhibit because the exhibit contains inadmissible hearsay and hearsay within hearsay. FED. R. EVID. 802. It is also irrelevant to the issue of whether a contract was formed since it was sent *after* the contract already came into existence. FED. R. EVID. 403.

- **BP Exhibit I**: This is the Gulf Coast Claims Facility Final Rules Governing Payment Options, Eligibility and Substantiation Criteria, and Final Payment Methodology. It

is an informational letter to oil spill claimants and does not apply to claimants who were injured on the day of the explosion.  It was not incorporated into the contract at issue and has no bearing on this case.  Yet, BP cites it for the proposition that BP somehow limited the GCCF's authority to settle Johnson's personal injury claim.  Johnson objects to this exhibit because it is irrelevant and used for misleading purposes.  FED. R. EVID. 403.

- **BP Exhibit K**:  This exhibit contains: (1) an excerpt from a letter memorandum from Debevoise & Plimpton LLP to Feinberg Rozen stating that Feinberg Rozen's fee to BP is reasonable; and (2) a letter from an ethics professor stating that Feinberg Rozen is not violating the Louisiana Rules of Professional Conduct and has not formed an attorney-client relationship with BP.  Johnson objects to the documents contained in this exhibit because they are hearsay and irrelevant.  FED. R. EVID. 802, 403.

## Conclusion

The Court should sustain Johnson's objections.

Respectfully submitted,

ARNOLD & ITKIN LLP

*/s/ Kurt B. Arnold*
_____
Kurt B. Arnold
State Bar No. 24036150
Jason Itkin
State Bar No. 24032461
Cory Itkin
State Bar No. 24050808
6009 Memorial Drive
Houston, Texas 77007
Telephone:    (713) 222-3800
Facsimile:    (713) 222-3850

**ATTORNEYS FOR JOHNSON**

## Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all known counsel of record by CM/ECF and/or another means in accordance with the Federal Rules of Procedure on this 10th day of January, 2014.

*/s/ Kurt B. Arnold*
_____
Kurt B. Arnold

3