UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE BARBIER |
| *No. 2:13-cv-05804-CJB-SS; Elton Johnson v.* | * | MAG. JUDGE SHUSHAN |
| *BP Exploration and Production, Inc, et al* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## Johnson's Response to BP's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment

Johnson disputes the following "undisputed material facts" listed in BP's statement of undisputed material facts:

- **BP "fact" #3**: The Coast Guard form BP refers to does not say in way, shape, or form that Johnson told the Coast Guard he did not experience an injury. In contrast, the other Coast Guard form (that BP selectively omits) *does* indicate that Johnson sustained an injury. Ex. A.

- **BP "fact" #8**: Johnson disputes that the Tidewater's October 20, 2011 letter was sent "before the GFFC process had reached its conclusion." The GCCF "process" concluded on October 8, 2011 when BP's 14 day deadline to lodge an appeal to the settlement expired. Ex. B.

- **BP "fact" #9**: Johnson disputes that the GCCF's private investigators are "independent."

- **BP "fact" #12**: Johnson disputes that the GCCF'S "Payment Rules" can prove a material fact in this dispute. They do not deal with Bundle A-type personal injury

claimants.  Instead, they only apply to claimants claiming a loss caused by the spill. Johnson also disputes that the Protocol states that "signing a release is a precondition to acceptance and thus contract formation."  Instead, the Protocol, at most states that, after accepting a settlement offer, the Claimant will have to sign a release.  In other words, signing the Release is a condition on receiving a payment *under the contract that was already formed*.  This is consistent with the "Final Payment Election Form" provided to Johnson which states that "[t]he GCCF will send you a Release and Covenant Not to Sue that you must sign and return to be paid."  It says nothing about requiring him to sign the Release in order to accept the offer.  Moreover, the Protocol was not even incorporated into the contract and cannot be used to prove a material fact about whether a contract was formed.

Respectfully submitted,

ARNOLD & ITKIN LLP

*/s/ Kurt B. Arnold*

_____
Kurt B. Arnold
State Bar No. 24036150
Jason Itkin
State Bar No. 24032461
Cory Itkin
State Bar No. 24050808
6009 Memorial Drive
Houston, Texas 77007
Telephone:   (713) 222-3800
Facsimile:    (713) 222-3850

**ATTORNEYS FOR JOHNSON**

**Certificate of Service**

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all known counsel of record by CM/ECF and/or another means in accordance with the Federal Rules of Procedure on this 10th day of January, 2014.

*/s/ Kurt B. Arnold*

Kurt B. Arnold