# EXHIBIT "B"

# GCCF  Gulf Coast Claims Facility
www.gulfcoastclaimsfacility.com

September 23, 2011

Arnold & Itkin, LLP
Attn: Kurt Arnold
1401 McKinney Street, Suite 2550
Houston, TX 77010

Re:   Determination Letter on Physical Injury Claim
      Elton Johnson
      Claimant ID: 3495033

Dear Claimant:

The Gulf Coast Claims Facility (the "GCCF") is the official way for Individuals and Businesses to file claims for costs and damages incurred as a result of the Deepwater Horizon Incident on April 20, 2010 (the "Oil Spill"). The GCCF and its Claims Administrator, Kenneth R. Feinberg, act for and on behalf of BP Exploration & Production, Inc. ("BP") in fulfilling BP's statutory obligations as a "responsible party" under the Oil Pollution Act of 1990 ("OPA").

*All Claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement or signing a release of legal rights.*

This Determination Letter ("Letter") is an official notification from the GCCF. This Letter addresses your Physical Injury Full Review Final Payment Claim Form.

The GCCF has reviewed the Full Review Final Payment Claim Form and supporting documentation that you submitted. This Letter informs you of the outcome of that review and describes your options now. If you disagree with the GCCF's decision on this Final Payment, you have the right to file a claim in court, including in the multidistrict litigation pending before the United States District Court for the Eastern District of Louisiana, titled, *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* (MDL No. 2179). The multidistrict litigation is a consolidated grouping of federal lawsuits arising out of the Oil Spill. Information regarding the multidistrict litigation may be obtained from the court's website at www.laed.uscourts.gov. As set forth below, you also have the option to seek a re-review of the claim from the GCCF or to appeal the Final Offer to a panel of three neutrals who will make an independent determination of the claim's value.

I.   The Determination of Your Claim and Calculation of Losses.

The amount of the Final Payment Offer (the "Final Payment Offer"), is **$2,698,095.00**, which is the amount that can be paid now if you decide to accept the Final Payment Offer and you sign a Release and Covenant Not to Sue (the "Release"). The Release waives and releases any claims for bodily injury that you have or may have in the future against BP and all other potentially responsible parties with regard to the Oil Spill, and prevents you from submitting any bodily injury claim seeking payment from a court.

USCA5 1291

## II.   Your Final Payment.

If you want to be paid the Final Payment Offer and fully resolve the entire claim now, you can accept the Final Payment Offer. The Final Payment Offer is valid for 90 days after the date of this Letter. This Letter contains an Election Form with a box to accept the Final Payment Offer and a space for the required signatures. To accept the Final Payment Offer, check the box on the Election Form indicating that you accept the Final Payment Offer, sign it and return it to the GCCF no later than 90 days after the date of this Letter. We then will send you a Release to be signed and returned to be paid the Final Payment Amount. The GCCF will mail or wire the Final Payment Amount as indicated on the Claim Form within 14 days after receipt of a complete and properly signed Release. You must submit *original* signatures on the Release to the GCCF. The GCCF will not accept faxes, scanned images or photocopies of the signed Release. 

You may appeal a Final Payment Offer because the total monetary award is in excess of $250,000. The appeal will be reviewed by a panel of three neutrals who will make an independent determination of the claim's value. BP will have the right to appeal to the panel of three neutrals because the total monetary award is $500,000 or more. For further information on the appeal process, visit the GCCF website at www.gulfcoastclaimsfacility.com.

PLEASE NOTE: Since the total Final Payment Offer is in excess of $500,000, payment of the Final Amount will not be made until the expiration of the 14-day period for the right of an appeal of this claim by BP. The expiration of the right of an appeal is 14 days from the date of this Letter. For further information on the appeal process, visit the GCCF website at www.gulfcoastclaimsfacility.com. 

If you do not accept the Final Payment Offer, then you may choose to seek additional Interim Payments from the GCCF or request re-review of your Final Payment Offer, as described in this Letter.

## III.   Lien Withholdings.

Your Final Payment Offer is subject to withholdings for any outstanding liens received by the GCCF prior to making such payments. If the GCCF has received a lien as to your claim, this Letter has an Attachment A that provides details on the lien and how it affects your payment or Offer.

## IV.   Request for Re-Review of Your Final Offer Amount.

You may request a Re-Review of your claim if you believe that a miscalculation occurred or if you wish to submit any missing documentation. To request a Re-Review, you must complete the Re-Review Election Form enclosed with this Letter and either mail it to us or submit it through the GCCF website, no later than 30 days after the date of this Letter. You must identify in the Re-Review Election Form the reason(s) for your request and identify the documents that form the basis of your request for a Re-Review.

Within 30 days of receipt of your request for Re-Review of your claim, the GCCF will issue you a new Determination Letter based upon the Re-Review. Your payment calculation and Final Offer could change or may be the same as those in this Letter. If you submit any new documents showing additional losses caused by the Oil Spill, we will include those losses in your new Determination Letter.

USCA5 1292

V.   Submit Future Claim(s) for an Interim Payment.

You may submit Interim Payment Claim Forms along with the Required Documentation to show those damages caused by the Oil Spill, once each calendar quarter, until August 22, 2013. We will review your claim, issue you a new Determination Letter and send you payment of any additional damages caused by the Oil Spill as shown in your documents. Your new Determination Letter also will provide a new Final Payment Offer that you will have 90 days to accept. That new Final Payment Offer could be higher, lower, or stay the same as the Final Payment Offer in this Letter, depending upon what your documents show and any new information available to us at the time about the impact of the Oil Spill on the Gulf region.

VI.   What to Do if You Have Questions About This Letter.

If you have any questions about this Letter, please call Michael Rozen at (212) 527-9611 or email Michael at mkrozen@feinbergrozen.com.

Sincerely,

Kenneth R. Feinberg
Claims Administrator

**FINAL PAYMENT ELECTION FORM**
Date of Notice: September 23, 2011
Deadline to Submit Re-Review Election Form: October 23, 2011
Date Final Payment Offer Expires: December 22, 2011

GCCF 1012

### A. CLAIMANT INFORMATION

| Claimant Name | Elton Johnson | | Claimant Number | | 3495033 | |
|---|---|---|---|---|---|---|
| Address | Street 728 Hwy 3041 | | City Bunkie | | State LA | Zip 71322 |
| Claimant Type (Individual or Business) | Individual | | | | | |

### B. ATTORNEY REPRESENTATION INFORMATION

| □ | The GCCF has no information that this Claimant is represented by an attorney. |
|---|---|
| x | The GCCF has been informed that this Claimant is represented by the following attorney: |

| Attorney Name | Kurt Arnold | | Law Firm | Arnold & Itkin LLP | |
|---|---|---|---|---|---|
| Address | Street 1401 McKinney Street, Suite 2550 | City Houston | | State TX | Zip 77010 |

### C. ELECTION TO ACCEPT FINAL PAYMENT OFFER

| X | I elect to be paid the Final Payment Offer described in my Determination Letter and acknowledge that it is subject to any outstanding lien identified in **Attachment B** to the Letter (if the Letter has an Attachment B) and any other lien of which the GCCF receives notice before payment of the Final Payment Offer. The GCCF will send you a Release and Covenant Not to Sue that you must sign and return to be paid. |
|---|---|

### SIGNATURE

| Claimant Signature | _Elton Johnson_ (signature) | Date | 9 /24/ 11 (Month/Day/Year) |
|---|---|---|---|
| Name of Person Signing (Print or Type) | Elton Johnson | | |

You can send this Election Form to elect to be paid this Final Payment Offer using any of the following ways:

| 1. | **By Emailed PDF Attachment:** (Emailed no later than midnight your time on your deadline to respond) | Email to NoticesandOffers@gccf-claims.com |
|---|---|---|
| 2. | **By Mail:** (Postmarked no later than your deadline to respond) | Gulf Coast Claims Facility Kenneth R. Feinberg, Administrator P.O. Box 9658 Dublin, OH 43017-4958 |
| 3. | **By Overnight, Certified or Registered Mail:** (Placed with the delivery service no later than your deadline to respond) | Gulf Coast Claims Facility Kenneth R. Feinberg, Administrator 5151 Blazer Pkwy., Suite A Dublin, OH 43017-4958 |
| 4. | **By Facsimile:** (Sent no later than your deadline to respond) | 1-866-682-1772 |
| 5. | **Visit a GCCF Site Office:** (No later than your deadline to respond) | You can bring the materials to a GCCF Site Office no later than your deadline. Visit www.gulfcoastclaimsfacility.com to see a list of Site Offices, or call 1-800-916-4893 and ask for Site Office locations. |
| 6. | **Online Election of Final Payment Offer:** (Completed no later than midnight your time for your deadline to elect) | You can accept your Final Payment Offer electronically by visiting the GCCF website at www.gulfcoastclaimsfacility.com and accessing your claim status by clicking on the "Check Claim Status" tab. |

Gulf Coast Claims Facility
Page 4 of 6

Claimant ID: 3495033

Certified Document Number: 51495557 - Page 5 of 7

| GCCF 1119 | RE-REVIEW ELECTION FORM |
|---|---|
|  | Date of Determination Letter:  September 23, 2011 |
|  | Deadline to Submit Re-Review Election Form: October 23, 2011 |

**A.   CLAIMANT INFORMATION**

| Claimant Name | Elton Johnson | | Claimant Number | 3495033 | | |
|---|---|---|---|---|---|---|
| Address | Street | | City | | State | Zip |
|  | 728 Hwy 3041 | | Bunkie | | LA | 71322 |
| Claimant Type (Individual or Business) | Individual | | | | | |

**B.   ELECTION FOR REEVALUATION OF CLAIM**

| ☐ | I request a Re-Review of my Physical Injury Determination Letter and understand that my payment calculations could potentially change or remain the same. |
|---|---|

**C.   STATEMENT OF ISSUES FOR RE-REVIEW**

You must complete Sections C.1 and C.2 below to identify the reason(s) for your Re-Review request and any new documentation submitted to support your claim.  Describe in detail each aspect of the Determination Letter with which you disagree and want reevaluated.  You may attach additional sheets, if necessary.

**C.1   Explain the reason(s) for your Re-Review request and explain why you disagree with the Determination Letter.**

**C.2   Identify any new or previously submitted documents that support the Re-Review request.  You must ensure that any *new* documents are submitted to the GCCF with this Re-Review Election Form.**

**D.   SIGNATURE**

| Claimant Signature | | Date: | / / (Month/Day/Year) |
|---|---|---|---|
| Name of Person Signing (Print or Type) | | | |

Gulf Coast Claims Facility
Page 5 of 6

Claimant ID: 3495033

Certified Document Number: 51495557 - Page 6 of 7

USCA5 1296

| | RE-REVIEW ELECTION FORM | |
|---|---|---|
| GCCF 1119 | Date of Determination Letter:  September 23, 2011<br>Deadline to Submit Re-Review Election Form: October 23, 2011 | |

| | E.   WHERE TO SUBMIT THIS FORM: | |
|---|---|---|
| | You can submit this completed Re-Review Election Form using any of the following ways: | |
| 1. | **By Emailed PDF Attachment:**<br>(Emailed no later than midnight your time on your deadline to respond) | Email to NoticesandOffers@gccf-claims.com |
| 2. | **By Mail:**<br>(Postmarked no later than your deadline to respond) | Gulf Coast Claims Facility<br>Kenneth R. Feinberg, Administrator<br>P.O. Box 9658<br>Dublin, OH  43017-4958 |
| 3. | **By Overnight, Certified or Registered Mail:**<br>(Placed with the delivery service no later than your deadline to respond) | Gulf Coast Claims Facility<br>Kenneth R. Feinberg, Administrator<br>5151 Blazer Pkwy., Suite A<br>Dublin, OH  43017-4958 |
| 4. | **By Facsimile:**<br>(Sent no later than your deadline to respond) | 1-866-682-1772 |
| 5. | **Visit a GCCF Site Office:**<br>(No later than your deadline to respond) | You can bring the materials to a GCCF Site Office no later than your deadline. Visit www.gulfcoastclaimsfacility.com to see a list of Site Offices, or call 1-800-916-4893 and ask for Site Office locations. |
| 6. | **Online Election for a Re-Review Request:** (Done no later than midnight your time for your deadline to elect) | You can submit this Re-Review Election Form electronically by visiting the GCCF website at www.GulfCoastClaimsFacility.com and accessing your claim status by clicking on the "Check Claim Status" tab. |

Claimant ID: 3495033

Certified Document Number: 51495557 - Page 7 of 7