UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| | * | JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT
AND INCORPORATED MEMORANDUM**

Plaintiff Cameron International Corporation ("Cameron") respectfully moves the Court for an order granting it an extension through and including Friday, February, 14, 2014 within which to respond to the Motion for Partial Summary Judgment Concerning Cameron International Corporation's Texas Insurance Code Claims (the "Motion") filed by Liberty International Underwriters, Inc. ("LIU") on December 23, 2013 (Rec. d. 12050).

According to the briefing schedule established by the Case Management Order (Rec. d. 11282), Cameron's opposition to the Motion is currently due January 22, 2014—thirty (30) days after the filing of the Motion.  However, expert discovery in this matter will not be concluded until January 31, 2014, and Cameron may need to rely on the discovery obtained in expert depositions in preparing its opposition.  Further, the parties will be participating in four expert depositions in both Dallas and New Orleans between the date of this motion and the current deadline for filing an opposition, which discovery practice will require Cameron counsel's attention.

1147605v1

No date has yet been set for the hearing of LIU's Motion, and this matter has not been set for trial.  Therefore, Cameron requests an extension of 23 days, until February 14, 2013, in which to file its opposition to LIU's Motion.

Counsel for LIU has consented to the requested extension.

WHEREFORE, Cameron International Corporation respectfully requests that this Court grant its Consent Motion for Extension of Time to Respond to Motion to Partial Summary Judgment, and extend the time within which Cameron may file its brief in opposition of the said motion through and including Friday, February 14, 2014.

Dated: January 13, 2014

Respectfully submitted,

 /s/ Phillip A. Wittmann
Phillip A. Wittmann, 13625
      pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
      cbertaut@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)


WILLKIE FARR & GALLAGHER LLP
Mitchell J. Auslander
Jeffrey B. Korn
787 Seventh Avenue
New York, New York  10019
 (212) 728-8000
mauslander@willkie.com

*Attorneys for Cameron International Corporation*

2

1147605v1

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Consent Motion for Extension of Time to Respond to Motion for Partial Summary Judgment and Incorporated Memorandum has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of January, 2013.

                  */s/ Phillip A. Wittmann*

1147605v1