UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 <br><br> SECTION J <br><br> JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Foregoing Consent Motion for Extension of Time to Respond to Motion for Partial Summary Judgment;

IT IS HEREBY ORDERED that the deadline for Plaintiff Cameron International Corporation to file an opposition to Liberty International Underwriters, Inc.'s Motion for Partial Summary Judgment Concerning Cameron International Corporation's Texas Insurance Code Claims is extending through and including Friday, February 14, 2014.

New Orleans, Louisiana, this ___ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE

1147605v1