| Client Name | Client Company | dba | EIN | Short Form Joinder No. |
|---|---|---|---|---|
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136565 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136581 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136582 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136583 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136584 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136585 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136586 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136587 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136588 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136589 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136590 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136591 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136592 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136593 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136594 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136595 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136596 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136597 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136598 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136599 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136600 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136601 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136602 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136603 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136604 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136605 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136606 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136607 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136608 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136609 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136610 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136611 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136612 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136613 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136614 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136615 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136616 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136617 |
| Mohammed Ahmed | A3H Foods L.P | Jack in the Box | 260613631 | 136618 |
| Nazarali Momin | Clifton Hospitality, LP | Staybridge Suites | 260307504 | 136566 |

| Client Name | Client Company | dba | EIN | Short Form Joinder No. |
|---|---|---|---|---|
| Sukhwinder Singh | B&P Food Service, LLC | Church's Chicken | 861130634 | 136567 |
| Sanjay Patel | R.K. Enterprises, Inc. | Quality Inn | 261771837 | 136568 |
| Dipak Patel | D.R.U.H., Incorporated | Budget Host Inn | 593502818 | 136569 |
| Pratiba Kasan | Cricket Investments, Ltd. | N/A | 742614142 | 136570 |
| Frank Capitano | The Radiant Group LLC | Shell | 593579633 | 136571 |
| Bharat Patel | Nalktika Enterprises, INC. | AJ Convenience Store | 270527653 | 136572 |
| Dilip Patel | Jaidev Foods INC. | Taco del Mar | 262832273 | 136573 |
| William Fotopoulos | JANBI, INC. | ABC Pizza; Crystal River | 592168081 | 136574 |
| Husseinali B. Hooda | CAPRICORN INVESTMENTS, LLC | Stonegate Food Mart | 20800785 | 136575 |
| Husseinali B. Hooda | 7 SEAS INTERNATIONAL, INC. | Magnolia Food Mart | 680526786 | 136576 |
| Anwar Kajani | Taslid Interests Inc | Katy Motels Inc | 760069855 | 136562 |
| Anwar Kajani | Taslid Interests Inc | Austin Motor Inns Inc | 760289476 | 136563 |
| Anwar Kajani | Taslid Interests Inc | AK Interest Mark VI LP | 810610477 | 136564 |
| Anwar Kajani | Taslid Interests Inc | AK Interest Remington LP | 760521197 | 136619 |
| Anwar Kajani | Taslid Interests Inc | AK Interest Braescourt LP | 760520688 | 136620 |
| Nizarali Momin | A & N Momin Enterprises | Chevron Food Mart | 208315421 | 136577 |
| Hans Karani | Advanced Indicators & Manufacturing Inc | Advanced Indicators & Manufacturing Inc. | 760430813 | 136578 |
| Piyush Patel | Damador LLC | Staybridge Suites | 263319707 | 136579 |
| Deven Werling | EFX Corp | EFX Financial Services | 205691950 | 136580 |