IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br>10-4182; 10-4183; 13-2645;<br>13-2646; 13-2647; 13-2813 | * * * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Briefing Schedule for BP's Motion to Strike
the State of Alabama's Jury Trial Demand as to the
Claim for OPA Compensatory Damages]**

The State of Alabama's current complaint against BP "demands a jury trial for any and all claims pleaded herein in which a jury trial is available by law." Docket No. 13-2813, Rec. Doc. 1-2 at ¶ 236. BP has stated that the State of Alabama is not entitled to a jury trial for all or some of its claims. The State of Alabama and BP have agreed upon the following schedule for resolving the extent to which the State of Alabama may demand a jury trial regarding its claim for OPA compensatory damages, and this schedule is now entered by the Court.

1. BP will file its motion to strike the State of Alabama's demand for a jury trial by **February 14, 2014** with its memorandum limited to 25 pages.

2. By **February 17, 2014**, any other defendants may file memoranda in support of BP's motion, such memoranda limited to 10 pages.

3. The State of Alabama will file its response memorandum to all briefs limited to 25 pages by **March 7, 2014**.[1]

4. By **March 10, 2014**, any other interested parties may file memoranda in support of Alabama's position, such memoranda limited to 10 pages.

5. BP will file its reply by **March 25, 2014**. Such reply shall be limited to 10 pages if only the State of Alabama files a response memorandum. If additional parties file response memoranda, then BP will have 15 pages.[2]

6. By **March 28, 2014**, any other interested parties may file reply memoranda limited to 10 pages.

7. Parties with aligned interests are encouraged to coordinate and file joint briefs.

New Orleans, Louisiana, this 14th day of January, 2014.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**

---

[1] If necessary to respond to issues raised by other parties, then Alabama reserves its right to seek additional pages.

[2] If necessary to respond to issues raised by other parties, then BP reserves its right to seek additional pages.