UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL 2179 |
| BP EXPLORATION & PRODUCTION INC. and BP AMERICA PRODUCTION COMPANY, | * * * * | PERTAINS TO: No. 13-6674 |
| Plaintiffs, | * * | |
| versus | * * | SECTION "J" (1) |
| MIKAL C. WATTS, WATTS GUERRA, LLP. and | * * * | JUDGE CARL J. BARBIER |
| BON SECOUR FISHERIES, INC; FORT MORGAN REALTY, INC.; LFBP #1, LLC d/b/a GW FINS; PANAMA CITY BEACH DOLPHIN TOURS & MORE, LLC; ZEKE'S CHARTER FLEET, LLC; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; LAKE EUGENIE LAND & DEVELOPMENT, INC.; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE; JOHN TESVICH; and MICHAEL GUIDRY , on behalf of themselves and all others similarly situated, | * * * * * * * * * * * * * * | MAGISTRATE SALLY SHUSHAN |
| Defendants. | * * | |

## *EX PARTE* MOTION FOR LEAVE TO FILE OPPOSITION BRIEF IN EXCESS OF TWENTY-FIVE PAGES

NOW COME DEFENDANTS Bon Secour Fisheries, Inc; Fort Morgan Realty, Inc.; LFBP #1, LLC d/b/a GW Fins; Panama City Beach Dolphin Tours & More, LLC; Zeke's Charter Fleet, LLC; William Sellers; Kathleen Irwin; Ronald Lundy; Corliss Gallo; Lake Eugenie Land & Development, Inc.; Henry Hutto; Brad Friloux; Jerry J. Kee; John Tesvich; and Michael Guidry, on behalf of themselves and all others similarly situated, who, through

00230715

undersigned Special Counsel retained by the Plaintiffs' Steering Committee on behalf of the aforementioned class representatives, move for an additional ten (10) pages in which to brief their Opposition to BP's Motion for Preliminary Injunction. Defendants respectfully submit that the additional pages are necessary for the following reasons:

(1) BP utilized the full twenty-five (25) pages provided for by Local Rule 7.7, purportedly to address the four-prong test for preliminary injunction: (1) substantial likelihood of success on the merits; (2) substantial threat of irreparable harm absent an injunction; (3) a balance of interests in favor of injunction; and (4) no disservice to the public interest. *Daniels Health Sciences, L.L.C. v. Vascular Health Sciences, L.L.C.*, 710 F.3d 579, 582 (5th Cir. 2013)

(2) However, BP's lawsuit and Motion raises certain issues relating to the procedural and substantive propriety of their allegations which are not briefed by BP but that, nonetheless, directly impact BP's "likelihood of success on the merits." Specifically:

   a. The impropriety of the underlying action and instant motion for injunctive relief as an improper collateral attack, to the extent it challenges an Order of this Court (*See* Fed. R. Civ. P. 60(b)(3)); and

   b. The extent to which BP is judicially estopped from advancing arguments which are inconsistent with its earlier positions, relied on and accepted by this Court. *See In re Superior Crewboats, Inc.*, 374 F.3d 330, 334 (5th Cir. 2004).

(3) In order to address these additional issues which directly bear on whether BP is entitled to an injunction, as well as fully respond to the arguments BP presents in its 25-page brief, Defendants respectfully request an additional ten pages for its

00230715

Opposition Brief. Defendants respectfully submit that briefing the procedural issues will significantly aid the Court in swift resolution of the instant motion.

WHEREFORE, DEFENDANTS pray that they be allowed to file an Opposition Brief of thirty-five (35) pages, in order to fully address the procedural and substantive failures of BP's pending Motion.

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

*/s/ James B. Irwin*
JAMES B. IRWIN, IV (La. Bar No. 7074)
DOUGLAS J. MOORE (La. Bar No. 27706)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone (504) 310-2100
Facsimile: (504) 310-2101
jirwin@irwinllc.com
dmoore@irwinllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2014, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ James B. Irwin*

00230715