UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL 2179 |
| BP EXPLORATION & PRODUCTION INC. and BP AMERICA PRODUCTION COMPANY, | * * * * | PERTAINS TO: No. 13-6674 |
| Plaintiffs, | * * | |
| versus | * * | SECTION "J" (1) |
| MIKAL C. WATTS, WATTS GUERRA, LLP. and | * * * | JUDGE CARL J. BARBIER |
| BON SECOUR FISHERIES, INC; FORT MORGAN REALTY, INC.; LFBP #1, LLC d/b/a GW FINS; PANAMA CITY BEACH DOLPHIN TOURS & MORE, LLC; ZEKE'S CHARTER FLEET, LLC; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; LAKE EUGENIE LAND & DEVELOPMENT, INC.; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE; JOHN TESVICH; and MICHAEL GUIDRY, on behalf of themselves and all others similarly situated, | * * * * * * * * * * * * * * * | MAGISTRATE SALLY SHUSHAN |
| Defendants. | * * | |

## **ORDER**

Considering the foregoing motion for leave to file excess pages by Defendants Bon Secour Fisheries, Inc; Fort Morgan Realty, Inc.; LFBP #1, LLC d/b/a GW Fins; Panama City Beach Dolphin Tours & More, LLC; Zeke's Charter Fleet, LLC; William Sellers; Kathleen Irwin; Ronald Lundy; Corliss Gallo; Lake Eugenie Land & Development, Inc.; Henry Hutto; Brad Friloux; Jerry J. Kee; John Tesvich; and Michael Guidry, on behalf of themselves and all others similarly situated, (Rec. Doc. No.    ),

00230717

IT IS ORDERED that said motion for excess pages is GRANTED, provided Defendants' Opposition Brief in response to BP's pending Motion for Preliminary Injunction does not exceed thirty-five (35) pages, exclusive of exhibits.

New Orleans, Louisiana, this _____ day of January, 2014.

_____<br>
UNITED STATES DISTRICT JUDGE