UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Appointing Christopher L. Palmieri Court-Approved Structured Settlement Broker]**

Considering the unopposed motion for appointment of Christopher L. Palmieri as a court-approved structured settlement broker (Rec. doc. 11709), and upon review of Mr. Palmieri's credentials and finding that he meets the criteria set forth in this Court's order of September 17, 2013 (Rec. doc. 11404);

IT IS ORDERED that Christopher L. Palmieri is hereby approved as a structured settlement broker to facilitate structured settlements for Claimants pursuant to the terms of the Court's January 30, 2013 order (Rec. doc. 8425) as amended on August 15, 2013 (Rec. doc. 11020).

New Orleans, Louisiana, this 14th day of January, 2014.

**SALLY SHUSHAN**
**United States Magistrate Judge**