UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Appointing Jennifer L. Kraus Court-Approved Structured Settlement Broker]**

Considering the unopposed motion for appointment of Jennifer L. Kraus as a court-approved structured settlement broker (Rec. doc. 11710), and upon review of Ms. Kraus' credentials and finding that she meets the criteria set forth in this Court's order of September 17, 2013 (Rec. doc. 11404);

IT IS ORDERED that Jennifer L. Kraus is hereby approved as a structured settlement broker to facilitate structured settlements for Claimants pursuant to the terms of the Court's January 30, 2013 order (Rec. doc. 8425) as amended on August 15, 2013 (Rec. doc. 11020).

New Orleans, Louisiana, this 14th day of January, 2014.

SALLY SHUSHAN
United States Magistrate Judge