IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 ) | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Section: J(1) |
| | Judge: Barbier |
| | Magistrate: Shushan |
| This Document Relates To: | |
| Case No.: 2:10-CV-08888 (Rec. Doc. 56354) | |

## CORRECTED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, the law firm of Waltzer Wiygul & Garside, L.L.C., and its individual attorneys (hereinafter sometimes collectively referred to as "Counsel") respectfully move this Court for an order allowing them to withdraw as counsel of record for Plaintiff, Thuy Thi Tran, and as grounds state:

1. On or about April 15, 2011 Counsel filed a Direct Filing Short Form into Case No.: 2:10-CV-08888 on behalf of Plaintiff identified as Rec. Doc. 56354.

2. Plaintiff and Counsel have a fundamental disagreement implicating counsel's duty of candor to the tribunal. Counsel has corrected the matter but wishes to withdraw.

3. Plaintiff has been notified by certified mail that Counsel will no longer be representing Plaintiff and of the applicable deadlines, applicable pending court appearances.

4. Plaintiff will remain in the litigation.

5. The present address and telephone number of Plaintiff is the following:

   Thuy Thi Tran
   2265 Sugarloaf Drive
   Harvey, LA 70058
   504-368-8120

6. This motion is made in good faith and will not prejudice any party.

**WHEREFORE,** Waltzer Wiygul & Garside, L.L.C. and its individual attorneys respectfully request that this Honorable Court allow them to withdraw as counsel of record for Plaintiff Thuy Thi Nguyen in the above-captioned action.

Respectfully submitted this 14th day of January, 2014,

                                  **Waltzer Wiygul & Garside, L.L.C.**

                                  Joel R. Waltzer (LA Bar # 19268)
                                  3715 Westbank Expressway, Suite 13
                                  Harvey, LA 70058
                                  joel@waltzerlaw.com
                                  Tele:  (504) 340-6300
                                  Fax:   (504) 340-6330
                                  *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Motion to Withdraw as Counsel will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179. Additionally, that the above and foregoing Motion to Withdraw as Counsel has been served upon Plaintiff via U.S. Mail, postage prepaid and properly addressed, to the last known address of the Plaintiff.

                                  Joel R. Waltzer