UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

MDL No. 2179

Section: J

THIS DOCUMENT RELATES:

*2:10-cv-08888-CJB-SS*

JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

_____ /

### MOTION FOR ACCEPTANCE OF LIMITATION SHORT FORM JOINDER FILED BEYOND THE SEPTEMBER 16, 2011, DEADLINE

Now Into Court, through undersigned counsel, comes Mustang Oil & Gas, Inc. who moves this Court for acceptance of their Short Form Joinder filed beyond the September 16, 2011, deadline in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as owner, Managing Owners, Owners Pro Hac Vice and/or Operations of the MODU Deepwater Horizon. As this Honorable Court is aware, the Short Form Joinders were approved by the Court as a vehicle by which Claimants could both file a claim into the limitation proceeding filed by the above named parties, as well as initiate litigation against all non-limitation defendants with regard to the April 20, 2010, oil spill. The parties to the limitation set forth and listed herein, recognize that this Honorable Court did in fact set deadlines and Claimants would hereby show the court as follows:

1. This Court originally established a deadline for the filing of the claims in the Transocean limitation proceeding for April 20, 2011.

2. The Court extended the deadline for filing of the claims in the Transocean limitation proceeding to September 16, 2011.

3. Claimant has or will have met Oil Pollution Act presentment requirements on or prior to January 13, 2014.

4. Claimant seeks to file short form joinder when the presentment requirements have been met through the BP claims program.

5. No prejudice will result from the acceptance of the post-deadline Short Form Joinder filed by Mustang Oil & Gas, Inc.

For these reasons as explained more fully in the following Memorandum in Support, Movants respectfully request that the Court grant Movant's Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011, deadline, and that the Court deem said Short Form Joinder as timely filed.

Respectfully submitted:

  /s/  David A. Parsiola
David A. Parsiola (La. Bar Number 21005)
Cossich, Sumich, Parsiola & Taylor, LLC
8397 Highway 23, Suite 100
Belle Chasse, Louisiana 70037
Telephone:  504-394-9000
Facsimile:  504-394-9110
dparsiola@cossichlaw.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing Motion for the Acceptance of Limitation Short Form Joinders Filed Beyond the September 16, 2011, Deadline has been served on All Counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the forgoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of January 2014.

                                                           /s/   David A. Parsiola.
                                                            David A. Parsiola