UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20,2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| | * | |
| This Document Applies to: *11-cv-00348* | * | |
| | * | MAGISTRATE NO. 1 |
| | * | |
| | * | MAGISTRATE SHUSHAN |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**REQUEST TO PRESERVE CERTAIN EVIDENCE
CURRENTLY AT NASA'S MICHOUD FACILITY**

We understand that evidence related to the Deepwater Horizon accident currently is being held at NASA's facility in Michoud; that this evidence may soon be returned to various parties; and that we can request continued preservation of particular evidence.

We request continued preservation of the following narrow list of evidence, described below according to the description given to the evidence by the Special Master, whom we have consulted with to ensure an accurate description:

1. The three "variable bore rams" or "VBRs" from the *Deepwater Horizon*'s BOP:

   **BOP-TEST-ITEMS 111; 111-1 to 111-5; 112; 112-1 to 112-7; 139; 139-1 to 139-7; 140; 140-1 to 140-5; 158; 158-1; and 159**

2. The following section of drill pipe:

   **BOP-TEST-ITEMS 148 and 148(Q)**

3. Currently detached small pieces of rubber from the annular preventers' rubber elements:

   **BOP-TEST-ITEMS 228 and 229**

We will continue to coordinate with the Special Master to ensure proper selection, documentation and preservation of the items above.  We request an initial 6 month extension for preservation, with the ability to request a reasonable further extension only if necessary.  If necessary, we agree to share in the cost of preserving the items above starting on the date they otherwise would have been released.

Dated:  January 15, 2014                                            Respectfully submitted,

                                                    /s/ Shaun Clarke
Shaun Clarke
David Gerger
David Isaak
Dane Ball
GERGER & CLARKE
1001 Fannin, Suite 1950
Houston, Texas 77002
Phone: (713) 224-4400
Fax:     (713) 224-5153
Email:  Shaun@GergerClarke.com
            David@GergerClarke.com
            Disaak@GergerClarke.com
            Dane@GergerClarke.com

**Attorneys for Defendant Robert Kaluza**

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of January, 2014.

                                                    /s/ Shaun Clarke
                                                    Shaun Clarke