UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| | * | |
| This Document Applies to: *11-cv-00348* | * | |
| | * | MAGISTRATE NO. 1 |
| | * | |
| | * | MAGISTRATE SHUSHAN |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## PROPOSED ORDER

Defendant Robert Kaluza's "Request to Preserve Certain Evidence Currently at NASA's Michoud Facility" is **GRANTED**.

The following will be preserved until further notice:

1. The three "variable bore rams" or "VBRs" from the *Deepwater Horizon*'s BOP;

2. The section of drill pipe currently placed next to the VBRs;

3. Any small pieces of rubber from the annular preventers' rubber elements that currently are sitting on top of the annular preventers but are loose or not attached to the annulars' rubber elements.

Mr. Kaluza's attorneys are to coordinate with the Special Master—Captain Sue Englebert—to ensure a proper selection, documentation, and preservation of the list above.

Dated:  January 15, 2014          _____

SALLY SHUSHAN
United States Magistrate Judge