UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 13-6153 | * | MAG. JUDGE SHUSHAN |
| | * | |
| | * | |

## ORDER

    IT IS ORDERED that Plaintiff Aaron Wallace's Motion for Reconsideration (Rec. Doc. 12114) is DENIED.

    New Orleans, Louisiana this 15th day of January, 2014.

                                        _____
                                        United States District Judge

**Clerk to Serve:**

Aaron Wallace
200 Mason Ct.
Ocean Springs, MS 39564