UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| No. 12-311 | * * * | MAG. JUDGE SHUSHAN |

## ORDER

Considering Cameron International Corporation's ("Cameron") Consent Motion for Extension of Time to Respond to Motion for Partial Summary Judgment (Rec. Doc. 12123);

IT IS ORDERED that the Motion is GRANTED. The deadline for Cameron to file a response to Liberty International Underwriters, Inc's ("Liberty") Motion for Partial Summary Judgment is extended through and including Friday, February 14, 2014.

FURTHER ORDERED that Liberty's reply in support of its motion for summary judgment shall be filed 20 days after Cameron's response is filed and served. (*See* Amended Case Mgmt. & Scheduling Order, Rec. Doc. 11308)

New Orleans, Louisiana this 15th day of January, 2014.

_____
United States District Judge