UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to: 2:13-cv-01786 | Judge Barbier<br>Mag. Judge Shushan |

### ORDER

Considering the foregoing Motion for Leave to Amend Complaint for Damages, (R.D. 11758)

**IT IS HEREBY ORDERED** that the Plaintiff's original Complaint for Damages filed on April 19, 2013, be, and hereby is, amended according to Exhibit A attached to the Motion for Leave to Amend Complaint for Damages.

New Orleans, Louisiana this 15th day of January, 2014.

_____
United States District Judge