UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the
Gulf of Mexico, on
April 20, 2010

This Document Relates to: 2:13-cv-01786

MDL No. 2179

SECTION: J

Judge Barbier
Mag. Judge Shushan

## AMENDED COMPLAINT FOR DAMAGES

**NOW COMES PLAINTIFF,** Mohawk Traveler Transportation, LLC, through undersigned counsel, who requests that the Complaint for Damages be amended as follows:

The Prayer for Relief should be amended to read:

WHEREFORE, Plaintiff, Mohawk Traveler Transportation, LLC, demands judgment against Defendants, jointly, severally, and *in solido,* as follows:

a. Economic and compensatory damages in amounts to be determined at trial;
b. Pre-judgment and post-judgment interest at the maximum rate allowable by law;
c. Reasonable claims preparation expenses;
d. Costs of litigation;
e. Punitive damages; and
f. Such other and further relief available under all applicable state and federal laws and any relief the Court deems just and appropriate.

Respectfully submitted,
**THE DERBES LAW FIRM, L.L.C.**

_____
ERIC J. DERBES (23464)
Frederick L. Bunol (29111)
3027 Ridgelake Drive
Metairie, Louisiana 70002
Phone: (504) 837-1230
Facsimile: (504) 832-0325
*Attorneys for Plaintiff*

