UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| No. 13-2441 | * * * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is Plaintiff John M. Bennett's Motion for Leave to File an Amended Complaint (Rec. Doc. 12057);

IT IS ORDERED that the Motion is GRANTED. The Clerk is directed to file Plaintiff's proposed amended complaint (Rec. Doc. 12057-1) into the record.

New Orleans, Louisiana this 15th day of January, 2014.

_____
United States District Judge

**Clerk to Serve:**

John M. Bennett, #060152
Columbia CI
216 SE Corrections Way
Lake City, Fla. 32025