U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JAN 15 2014
WILLIAM W. BLEVINS
CLERK

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-31317

In re: STATE OF LOUISIANA, MD 10-2179-J

Petitioner

Petition for a Writ of Mandamus to the
Eastern District of Louisiana, New Orleans

Before OWEN, ELROD, and HAYNES, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the petition for writ of mandamus is DENIED.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By Sabrina B Short
       Deputy
New Orleans, Louisiana    JAN 1 3 2014

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 13, 2014

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

**No. 13-31317      State of Louisiana**
USDC No. 2:10-MD-2179

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: Sabrina B. Short
Sabrina B. Short, Deputy Clerk
504-310-7817

cc w/encl:
    Honorable Carl J. Barbier
    Mr. Brad D. Brian
    Mr. Jeffrey Bossert Clark Sr.
    Mr. Henry Tutt Dart
    Mr. James Joseph Dragna
    Mr. Dominic E. Draye
    Mr. Robert R. Gasaway
    Mr. Richard Cartier Godfrey
    Mr. Donald Everett Godwin
    Mr. Don Keller Haycraft
    Mr. Stephen Jay Herman
    Mr. Russell Keith Jarrett
    Mr. Allan L. Kanner
    Mr. James Andrew Langan
    Mr. Daniel Benjamin Levin
    Ms. Jenny LaNell Martinez
    Mr. Kerry J. Miller
    Mr. Michael J. Mongan
    Mr. David Bruce Salmons
    Mr. Edmond Wade Shows
    Mr. Thomas Allen Usry
    Mr. Robert Alan York