U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 24 2013
WILLIAM W. BLEVINS
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 13-31220

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

---

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:10-MD-2179

---

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
New Orleans, Louisiana
12/18/13

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

December 18, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 13-31220    In Re: Deepwater Horizon  
                       USDC No. 2:10-MD-2179  
                       USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

In addition to filing the designation of record with the clerk of the district court, please send notification to this court when the designation has been filed.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____  
                                Allison G. Lopez, Deputy Clerk  
                                504-310-7702

Mr. William W. Blevins  
Mr. Andrew Baker Bloomer  
Mr. Robert C. Mike Brock  
Mr. James Augustus Burton  
Mr. David B. Byrne Jr.  
Mr. Jeffrey Bossert Clark Sr.  
Mr. Paul D. Clement  
Mr. Kevin Michael Downey  
Mr. Timothy A. Duffy  
Mr. Miguel Angel Estrada  
Mr. S. Gene Fendler  
Mr. Patrick Henry Fourroux  
Mr. Soren E. Gisleson  
Mr. Richard Cartier Godfrey  
Mr. Christopher Martin Guidroz  
Mr. Don Keller Haycraft  
Mr. Frank Lane Heard III  
Mr. Stephen Jay Herman  
Mr. Mark Holstein  
Mr. James M. Hood III  
Mr. Thomas George Hungar

Mr. Samuel Issacharoff
Mr. Andrew Tanner Karron
Mr. James Andrew Langan
Mr. Jeffrey Lennard
Mr. Scott Payne Martin
Mr. Corey L. Maze
Mr. Michael Cameron Moore
Mr. Steven Andrew Myers
Mr. Theodore B. Olson
Ms. Gina Marie Palermo
Mr. Robert L Redfearn
Mr. James Parkerson Roy
Mr. Richard C. Stanley
Mrs. Megan Kathleen Terrell
Ms. Jennifer L. Thornton
Ms. Terese Troxclair Wyly