UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL No. 10-2179 SECTION "J" |
| THIS PLEADING APPLIES TO: | * * | JUDGE: BARBIER |
| Drilling Risk Management, Inc. v. BP Exploration & Production, Inc., et al. | * * * * * | MAGISTRATE: SHUSHAN |

Civil Action Nos.:
2:13-cv-5145 and 10-md-2179

### Order

The Court has considered Plaintiff's Notice to Non-suit Without Prejudice. The Court hereby acknowledges Plaintiff's Notice of Non-Suit of Defendant Weatherford U.S., L.P. in CA. No. 2:13-cv-5145 *without prejudice*. This non-suit shall not affect any claims brought by Plaintiff in any other matter or claims brought against any other defendant in CA. No. 2:13-cv-5145.

**IT IS THEREFORE ORDERED** that defendant Weatherford U.S., L.P. is hereby dismissed *without prejudice* from CA. No. 2:13-cv-5145. All claims against all other defendants in CA. No. 2:13-cv-5145 remain intact. All costs of suit are to be borne by the party incurring the same.

SIGNED this _____ day of _____, 2014.

_____
The Honorable Judge Barbier
United States District Court Judge

1