UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * MDL No. 10-2179<br>*<br>* SECTION "J"<br>* |
| THIS PLEADING APPLIES TO: | * JUDGE: BARBIER<br>* |
| Pappas Restaurants, Inc.<br>v. BP Exploration & Production, Inc., et al. | * MAGISTRATE:<br>* SHUSHAN<br>*<br>* |

Civil Action Nos.:
10-cv-4429, 2:13-cv-5471 and 10-md-2179

## Order

The Court has considered Plaintiff's Notice to Non-suit Without Prejudice. The Court hereby acknowledges Plaintiff's Notice of Non-Suit of Defendant Weatherford U.S., L.P. in CA. No. 2:13-cv-5146 and 10-cv-4429 *without prejudice*. This non-suit shall not affect any claims brought by Plaintiff in any other matter or claims brought against any other defendant in CA. No. 2:13-cv-5146 and 10-cv-4429.

**IT IS THEREFORE ORDERED** that defendant Weatherford U.S., L.P. is hereby dismissed *without prejudice* from CA. No. 2:13-cv-5145 and 10-cv-4429. All claims against all other defendants in CA. No. 2:13-cv-5146 and 10-cv-4429 remain intact. All costs of suit are to be borne by the party incurring the same.

SIGNED this _____ day of _____, 2014.

_____
The Honorable Judge Barbier
United States District Court Judge

1