## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG    \*    **MDL No. 10-2179**
"DEEPWATER HORIZON" IN THE    \*
GULF OF MEXICO, ON APRIL 20, 2010    \*    **SECTION "J"**
   \*
**THIS PLEADING APPLIES TO:**    \*    **JUDGE:  BARBIER**
   \*
**Shores of Panama, LLC, et al.**    \*    **MAGISTRATE:**
**v. BP Exploration & Production, Inc., et al.**    \*    **SHUSHAN**
   \*
   \*

**Civil Action Nos.:**
**2:13-cv-5147 and 10-md-2179**

## Order

    The Court has considered Plaintiffs Notice to Non-suit Without Prejudice.  The Court hereby acknowledges Plaintiffs Notice of Non-Suit of Defendant Weatherford U.S., L.P. in CA. No. 2:13-cv-5147 *without prejudice*.  This non-suit shall not affect any claims brought by Plaintiff in any other matter or claims brought against any other defendant in CA. No. 2:13-cv-5147.

    **IT IS THEREFORE ORDERED** that defendant Weatherford U.S., L.P. is hereby dismissed *without prejudice* from CA. No. 3:13-cv-5147. All claims against all other defendants in CA. No. 2:13-cv-5147 remain intact. All costs of suit are to be borne by the party incurring the same.

    SIGNED this _____ day of _____, 2014.


                _____
                The Honorable Judge Barbier
                United States District Court Judge