UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL No. 10-2179  SECTION "J" |
| THIS PLEADING APPLIES TO: | * * | JUDGE: BARBIER |
| Sunnybreeze Palms Golf Course, Inc., et al. v. BP Exploration & Production, Inc., et al. | * * * * | MAGISTRATE: SHUSHAN |

Civil Action Nos.:
2:13-cv-5144 and 10-md-2179

### Plaintiffs' Notice of Non-Suit Without Prejudice

Plaintiffs Sunnybreeze Palms Golf Course, Inc., et al. file this Notice of Non-Suit *Without Prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and would respectfully show the Court as follows:

Plaintiffs filed this action (CA. No. 2:13-cv-5144) in Harris County District Court. Thereafter, Defendants BP Exploration & Production, Inc., et al. removed the case to this Court. Plaintiffs wish to non-suit without prejudice its claims against Defendant Weatherford U.S., L.P. as set forth in the matter of *Sunnybreeze Palms Golf Course, Inc., et al.* v. *BP Exploration & Production, Inc., et al.,* CA. No. 2:13-cv-5144, in the United States District Court for the Eastern District of Louisiana.

Plaintiffs wish to pursue his claims against all other defendants in this case as filed in CA. No. 2:13-cv-5144. This notice has been filed before Weatherford U.S., L.P. has served an answer or motion for summary judgment. Further, Plaintiffs have not previously dismissed any federal or state court action based on or including the same claim.

1

Therefore, Plaintiffs respectfully request that this Court enter an Order acknowledging this Notice of Non-Suit Without Prejudice as to Defendant Weatherford and for all other and further relief to which Plaintiffs may otherwise be justly entitled. This notice shall have no effect on any claims brought by Plaintiffs against any other party in this matter.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Noah Wexler*
Jason A. Itkin
State Bar No. 24032461
Cory D. Itkin
State Bar No. 24050808
Noah M. Wexler
State Bar No. 24060816
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January, 2014, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on January 16, 2014.

*/s/ Noah Wexler*
Noah Wexler

**CERTIFICATE OF CONFERENCE**

Plaintiff has discussed this notice of nonsuit with Defendant Weatherford U.S., L.P. and agreed to non-suit without prejudice the claims Plaintiff has against Weatherford U.S., L.P.

*/s/ Noah Wexler*
Noah Wexler