UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * MDL No. 10-2179 <br> * <br> * SECTION "J" <br> * |
| THIS PLEADING APPLIES TO: | * JUDGE: BARBIER <br> * |
| Sunnybreeze Palms Golf Course, Inc., et al. v. BP Exploration & Production, Inc., et al. | * MAGISTRATE: <br> * SHUSHAN <br> * <br> * |

Civil Action Nos.:
2:13-cv-5144 and 10-md-2179

### Order

The Court has considered Plaintiffs Notice to Non-suit Without Prejudice. The Court hereby acknowledges Plaintiffs Notice of Non-Suit of Defendant Weatherford U.S., L.P. in CA. No. 2:13-cv-5144 *without prejudice.* This non-suit shall not affect any claims brought by Plaintiff in any other matter or claims brought against any other defendant in CA. No. 2:13-cv-5144.

**IT IS THEREFORE ORDERED** that defendant Weatherford U.S., L.P. is hereby dismissed *without prejudice* from CA. No. 3:13-cv-5144. All claims against all other defendants in CA. No. 2:13-cv-5144 remain intact. All costs of suit are to be borne by the party incurring the same.

SIGNED this _____ day of _____, 2014.

_____
The Honorable Judge Barbier
United States District Court Judge

1