# Exhibit A

# DEEPWATER HORIZON
# CLAIMS CENTER

**Jack M. Alltmont**
**Appeals Coordinator**

December 9, 2013

**VIA E-MAIL**
Christopher D. Boutwell, Esq.
Daniel A. Cantor, Esq.

    Re:    Bookit.com, Inc.
              Claim I.D. 2838(BEL)

Gentlemen:

    I write this letter in response to the several communications received from Mr. Boutwell requesting that we move forward with the handling of this appeal. In his correspondence, Mr. Boutwell suggests that further handling of the appeal should not be delayed by any of the several orders recently rendered by both the Fifth Circuit and the District Court. Mr. Boutwell suggests that the appeal involves neither questions of matching nor causation.

    Having reviewed the memoranda of the parties submitted as part of the appeal process, it appears to me that Mr. Boutwell's statements in this regard are correct. BP's memorandum in support of its Final Proposal regarding claim 2838 states in relevant part that:

> BP filed his appeal because it appears that the Settlement Program misapplied the Settlement Agreement's Business Economic Loss Framework ("BEL Framework") by including in its calculation revenue earned from facilities outside of the Class zone.

In a footnote appended to that statement, BP then states:

> This is not a causation argument, as Claimant suggest in its Initial Proposal, and is not covered by the Court's prior orders.

The memorandum then goes on to articulate a number of facts supportive of the conclusion that Bookit is a multi-location entity such that its revenues should be allocated among more than one location, not all locations being within the impacted zones.

    Based upon BP's position, the Appeal Panel remanded to the Settlement Program for further investigation concerning the multi-location facts alleged by BP.

{00248823-1}

Christopher D. Boutwell, Esq.
Daniel A. Cantor, Esq.
December 9, 2013
Page 2

I am attaching to this letter a copy of the Claim Summary recently provided to the office of Appeal Coordinator. In that Summary, the Settlement Program reports on its further investigation of facts pertaining to the multi-location issue. From my review, it appears that the Program's further investigation included primarily seeking additional input from the claimant.

By copy of this memo to Mr. Trani, I am asking that he please post this Summary as part of the Appeal Record.

Given the current state of the matter, it appears to me that we are in a position to move forward with the appeal in this case. Since I am just now supplying to both sides the attached Summary, it seems to me fair that both sides should have ample opportunity to provide additional information, documentation and argument before resubmission of the matter to the Appeals Panel. I hereby instruct that each side file any additional submissions within fifteen (15) days of the date of this letter. If either side feels the need for additional time, please make such request for extension prior to the 15th day following this letter. If you are requesting additional time, please submit within the 15 days whatever additional information you have as of that time and state as best you can why you need additional time and how much time you believe would be reasonable for you to complete your submission. If responses are appropriate to the submissions, I will consider such submissions. I will give due consideration to any requests for additional time but would ask both sides to make the very best efforts to complete submissions as quickly as possible. I want to give both parties full opportunity to make a complete record, but I am also sensitive to the Courts' admonition that I keep the process moving without undue delay.

If either party believes that this course of action is not appropriate either under the prevailing court orders or for other reason, please let me know your position as soon as possible so that I can consider it.

To summarize, absent further correspondence or notice, further submissions by both parties are due 15 days from the date of this letter.

Sincerely yours,

Jack M. Alltmont

JMA/ccb
Enclosure
cc (via e-mail):
    Mr. Rhon Jones
    Mr. Will Fagerstrom
    Ms. Erica Langley
    Mr. Frank Trani
    Ms. Jennifer Goodwin

{00248823-1}