# Exhibit B

# Chris Boutwell

| | |
|---|---|
| **From:** | Jack Alltmont <jalltmont@dheclaims.com> |
| **Sent:** | Wednesday, January 15, 2014 3:54 PM |
| **To:** | Chris Boutwell |
| **Cc:** | Cantor, Daniel A.; jgoodwin@bro; Tracy Steilberg |
| **Subject:** | RE: Bookit.com, Inc.; Claim No. 2838(BEL) |

Chris:
I have been advised that I am not authorized to actually file pleadings w/ the court on behalf of the program. Hence please convert your join motion to a unilateral motion on behalf of the claimant. State that you are filing on my recommendation since BP has stated in writing its non-opposition and that but for the injunction as to paying BEL claim, the matter is ripe to pay since BP has withdrawn its appeal and stated its non-opposition to the payment.

Dan:
If this is not correct, please advise at once
Suggestion:
If this is not objectionable, you could speed it up by so advising the court and stating that the order can issue w/o delay and w/o hearing.

Thanks,
Jack

---

**From:** Chris Boutwell <Chris.Boutwell@BeasleyAllen.com>
**Sent:** Wednesday, January 15, 2014 2:55 PM
**To:** Jack Alltmont
**Cc:** Rhon Jones; Will Fagerstrom; Erica Langley; 'jgoodwin@browngreer.com'; Frank Trani
**Subject:** RE: Bookit.com, Inc.; Claim No. 2838(BEL)

Jack and Jennifer,

I have not seen a notice of filing come through Lexis File and Serve Xpress.  Will you please let me know if the motion has been filed?  My client if asking me often.  Thank you for your help.

**Christopher D. Boutwell**
Shareholder

---

**From:** Jack Alltmont [mailto:jalltmont@dheclaims.com]
**Sent:** Tuesday, January 14, 2014 10:56 AM
**To:** Chris Boutwell
**Cc:** Rhon Jones; Will Fagerstrom; Erica Langley; 'jgoodwin@browngreer.com'; Frank Trani
**Subject:** RE: Bookit.com, Inc.; Claim No. 2838(BEL)

Chris:

Jennifer and I reviewed and approved your form of Joint Motion yesterday w/ one minor addition just stating that the draft thereof had been sent to BP's counsel . We will file the motion hopefully today.
Jack

---

**From:** Chris Boutwell <Chris.Boutwell@BeasleyAllen.com>
**Sent:** Monday, January 13, 2014 2:19 PM
**To:** Jack Alltmont
**Cc:** Rhon Jones; Will Fagerstrom; Erica Langley; 'jgoodwin@browngreer.com'; Frank Trani
**Subject:** RE: Bookit.com, Inc.; Claim No. 2838(BEL)

Mr. Alltmont,

I am still looking for any information you can give me regarding the status of Bookit.com, Inc.'s claim.

## Christopher D. Boutwell
Shareholder

---

**From:** Chris Boutwell
**Sent:** Thursday, January 09, 2014 11:06 AM
**To:** 'jalltmont@dheclaims.com'
**Cc:** Rhon Jones; Will Fagerstrom; Erica Langley; 'jgoodwin@browngreer.com'; 'ftrani@dheclaims.com'
**Subject:** RE: Bookit.com, Inc.; Claim No. 2838(BEL)

Jack,

Thank you for your assistance with Bookit.com's appeal and remand thus far.  Please confirm your receipt of the draft motion to allow Bookit.com's claim to be paid that I emailed to you yesterday afternoon.  Please let me know if we need to make any changes to the draft.  Also, please advise whether you prefer the Appeals Coordinator, Claims Administrator, or Claimant to file the motion.  Since BP has consented to the filing (and granting) of this motion and considering that Bookit.com has been designated as a hardship claimant, it is my hope and request that this motion be filed with the Court today.  From the Claimant's point of view I see no reason why it cannot be filed today, but please let me know immediately if there are valid reasons on your end that the motion cannot be filed today and whether we may be able to assist you in resolving those.

I look forward to receiving your update regarding the status of this matter.  You may reach me by email or telephone (334) 269-2343, extension 307.

## Christopher D. Boutwell
Shareholder

---

**From:** Chris Boutwell
**Sent:** Wednesday, January 08, 2014 5:32 PM
**To:** 'Cantor, Daniel A.'; 'jalltmont@dheclaims.com'
**Cc:** Rhon Jones; Will Fagerstrom; Erica Langley; 'jgoodwin@browngreer.com'; 'ftrani@dheclaims.com'
**Subject:** RE: Bookit.com, Inc.; Claim No. 2838(BEL)

Jack,

Please see the attached proposed JOINT MOTION TO LIFT THE PRELIMINARY INJUNCTION RELATED TO BEL CLAIMS FOR THE SOLE AND LIMITED PURPOSE OF PAYING SETTLEMENT PROCEEDS TO CLAIMANT BOOKIT.COM, INC.  I was not sure

whether you or the Claims Administrator would be filing the motion.  If you need me to make changes to the proposed motion please let me know.  Also, I will send a proposed order if you would like for me to do so.

Since Bookit has been granted hardship status I would ask that this motion be filed as soon as possible.

Please let me know if you have any questions.  Thank you.

**Christopher D. Boutwell**
Shareholder

---

**From:** Chris Boutwell
**Sent:** Wednesday, January 08, 2014 11:10 AM
**To:** 'Cantor, Daniel A.'; 'jalltmont@dheclaims.com'
**Cc:** Rhon Jones; Will Fagerstrom; 'Erica.Langley@Beasley.Allen.com'; 'jgoodwin@browngreer.com'; 'ftrani@dheclaims.com'
**Subject:** RE: Bookit.com, Inc.; Claim No. 2838(BEL)

Thank you Dan.  We will have a draft of a motion for everyone to review sometime early this afternoon.

Chris

**Christopher D. Boutwell**
Shareholder

---

**From:** Cantor, Daniel A. [mailto:Daniel.Cantor@APORTER.COM]
**Sent:** Wednesday, January 08, 2014 11:04 AM
**To:** 'jalltmont@dheclaims.com'; Chris Boutwell
**Cc:** Rhon Jones; Will Fagerstrom; 'Erica.Langley@Beasley.Allen.com'; 'jgoodwin@browngreer.com'; 'ftrani@dheclaims.com'
**Subject:** Re: Bookit.com, Inc.; Claim No. 2838(BEL)

Jack,

if you or Chris file a motion, you may indicate that BP does not object to the payment of the BookIt claim in the amount of the eligibility notice.?? This is limited solely to the BookIt claim.?? Thanks.

Dan
??


Daniel Cantor
Arnold & Porter LLP
555 12th Street, NW
Washington, DC 20004

Telephone: 202.942.5765
Cell Phone: 240.606.4939
Daniel.Cantor@aporter.com

---

**From:** Jack Alltmont [mailto:jalltmont@dheclaims.com]
**Sent:** Tuesday, January 07, 2014 04:26 PM Eastern Standard Time
**To:** Cantor, Daniel A.; Chris.Boutwell@BeasleyAllen.com <Chris.Boutwell@BeasleyAllen.com>
**Cc:** Rhon.Jones@BeasleyAllen.com <Rhon.Jones@BeasleyAllen.com>; Will.Fagerstrom@BeasleyAllen.com <Will.Fagerstrom@BeasleyAllen.com>; Erica.Langley@Beasley.Allen.com <Erica.Langley@Beasley.Allen.com>;

3

jgoodwin@browngreer.com <jgoodwin@browngreer.com>; Frank Trani <ftrani@dheclaims.com>
**Subject**: RE: Bookit.com, Inc.; Claim No. 2838(BEL)

Dan:

Per our exchange of emails earlier today, I understand that BP has no objection to the Claims Administrator paying this claim in the amount of $6,111,412.42. However, I am mindful that there is an outstanding court order prohibiting payment of any BEL claims. Hence, in order to make the payment, we will need to get an order from the court lifting the stay for the limited purpose of paying this claim. Will BP join me in a stipulation or motion for such limited lifting of the stay?

If so, will your office draft it or should I prepare a draft for your consideration? If you feel that some other approach is appropriate, please advise. In any case, please get back to me as soon as you can so that we can make this payment now if indeed there is no problem in us doing so.

jack

---

**From:** Cantor, Daniel A. <Daniel.Cantor@APORTER.COM>
**Sent:** Tuesday, January 07, 2014 8:24 AM
**To:** Jack Alltmont; Chris.Boutwell@BeasleyAllen.com
**Cc:** Rhon.Jones@BeasleyAllen.com; Will.Fagerstrom@BeasleyAllen.com; Erica.Langley@Beasley.Allen.com; jgoodwin@browngreer.com; Frank Trani
**Subject:** RE: Bookit.com, Inc.; Claim No. 2838(BEL)

All,

Happy New Year.  Please be advised that without any admission or waiver of any rights, BP withdraws its appeal of claim 2838.  Thanks

Dan

---

U.S. Treasury Circular 230 Notice

Any U.S. federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

------------------------------------------------------------------
For more information about Arnold & Porter LLP, click here :
http://www.arnoldporter.com


This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus

4

free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

---

U.S. Treasury Circular 230 Notice

Any U.S. federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

--------------------------------------------------------------------
For more information about Arnold & Porter LLP, click here :
http://www.arnoldporter.com


This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.


This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.