UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>*No. 2:13-cv-6730; Larry Griffin Towing, In. v. John D. Naples* | MDL NO. 2179<br><br>SECTION: "J"<br><br>JUDGE: HON. CARL J. BARBIER<br>MAG.: HON. SALLY SHUSHAN |

## MOTION TO REMAND

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Larry Griffin Towing Co., Inc. ("Larry Griffin Towing"), who respectfully requests that this matter be remanded to the 17th Judicial District Court for the Parish of Lafourche, State of Louisiana. For the reasons more fully set forth in the Memorandum in Support of this Motion, Defendant John D. Naples has failed to sustain his burden of demonstrating that the requisite $75,000 amount in controversy pursuant to 28 U.S.C. § 1332 is present in this case. This Honorable Court therefore has no jurisdiction and should remand the case to state court.

1

Respectfully submitted,

**LARZELERE PICOU WELLS
   SIMPSON LONERO, LLC**
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA 70002
Telephone: (504) 834-6500
Fax: (504) 834-6565

BY:   */s/ Cory T. Stuart*

**T. JUSTIN SIMPSON, T.A. (No. 18347)**
   jsimpson@lpwsl.com
**CORY T. STUART (No. 33394)**
   cstuart@lpwsl.com

**ATTORNEYS FOR LARRY GRIFFIN
TOWING CO., INC.**

## CERTIFICATE OF SERVICE

I certify that, on January 17th, 2014, I have served a copy of the foregoing pleading on all counsel of record by uploading the same to LexisNexis File & Serve, in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179.

*/s/ Cory T. Stuart*

2