UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: "J" |
| THIS DOCUMENT RELATES TO: | |
| *No. 2:13-cv-6730; Larry Griffin Towing, In. v. John D. Naples* | JUDGE: HON. CARL J. BARBIER<br>MAG.: HON. SALLY SHUSHAN |

## NOTICE OF SUBMISSION FOR MOTION TO REMAND

**PLEASE TAKE NOTICE**, in accordance with Local Civil Rule 7.2 of the Uniform District Court Rules, that the Motion to Remand of Plaintiff, Larry Griffin Towing Co., Inc., will be submitted for consideration on the **12th day of February, 2014 at 9:30 a.m.**, before the Honorable Judge Carl J. Barbier, Section "J" (1), of the United States District Court for the Eastern District of Louisiana.

1

Respectfully submitted,

**LARZELERE PICOU WELLS
 SIMPSON LONERO, LLC**
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA 70002
Telephone:  (504) 834-6500
Fax:  (504) 834-6565

**BY:**   */s/ Cory T. Stuart*

**T. JUSTIN SIMPSON, T.A. (No. 18347)**
jsimpson@lpwsl.com
**CORY T. STUART (No. 33394)**
cstuart@lpwsl.com

**ATTORNEYS FOR LARRY GRIFFIN
TOWING CO., INC.**

### CERTIFICATE OF SERVICE

I certify that, on January 17th, 2014, I have served a copy of the foregoing pleading on all counsel of record by uploading the same to LexisNexis File & Serve, in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179.

*/s/ Cory T. Stuart*