# EXHIBIT 1

# I. The Data Support Approval – The Seafood Compensation Program

6.  **$2.3 Billion Guaranteed.**

- On Top Of $730 Million Paid By GCCF.

- $3 Billion-Plus Total Guaranteed Paid To The Gulf Seafood Industry.

6

# I. The Data Support Approval
## – The Seafood Compensation Program

7. **The Seafood Compensation Program's $2.3 Billion Guaranteed Payment Is Many Times Historical Industry Performance:**

- Almost **5 Times** Annual Average Industry Revenue For 2007 - 2009. Smith Decl. ¶ 12.

- **19.2 Times** Lost Industry Revenue In 2010. Smith Decl. Ex. 3.*

- When $730 Million GCCF Payments Are Included, BP Payments To The Gulf Seafood Industry Total **25.3 Times** Lost Industry Revenue In 2010. Smith Decl. Ex. 3; Perry Decl. p. 4; Balhoff Decl. p. 4.*

\* Lost Industry Revenue reflects decline in catch volume between 2010 and the 2007-09 average valued at average 2010 price.

7.

# I. The Data Support Approval – Seafood Compensation Program Size Relative to Industry Metrics



($MM)

| | |
|---|---|
| Lost Industry Revenue (2010) | $120 |
| Avg. Industry Revenue (2007-09) | $476 |
| SCP Compensation | $2,300 |
| SCP Compensation and Amount Paid by GCCF | $3,030 |

$730MM Already Paid by GCCF

**Note:** Lost Industry Revenue reflects decline in catch volume between 2010 and the 2007-09 average valued at average 2010 price.

**Sources:** Smith Decl. ¶ 12 & Ex. 3; Perry Decl. p. 4; Balhoff Decl. p. 4.

8

# I. The Data Support Approval — Seafood Compensation Program Size Relative to Industry Metrics - Shrimp



Shrimp ($MM)

Lost Industry Revenue (2010): $70

Avg. Industry Revenue (2007-09): $265

Estimated SCP Shrimp Compensation: $1,044

**Note:** Assumes pro-rata second round distribution. Lost Industry Revenue reflects decline in catch volume between 2010 and the 2007-09 average valued at average 2010 price. **Sources:** Smith Decl. ¶ 12 & Ex. 3; Rec. Doc. 7104-1 at 3.

6.

# I. The Data Support Approval – Seafood Compensation Program Size Relative to Industry Metrics - Oysters



Oysters ($MM)

| | $MM |
|---|---|
| Lost Industry Revenue (2010) | $23 |
| Avg. Industry Revenue (2007-09) | $66 |
| Estimated SCP Oyster Compensation | $948 |

**Note:** Assumes pro-rata second round distribution.  Lost Industry Revenue reflects decline in catch volume between 2010 and the 2007-09 average valued at average 2010 price. **Sources:** Smith Decl. ¶ 12 & Ex. 3; Rec. Doc. 7104-1 at 3.

# I. The Data Support Approval
## – The Seafood Compensation Program

8. **The $2.3 Billion Guaranteed Payout Is Sufficient To Account For 34% Of The Present Value Of *All Future Revenues* Of The Gulf Seafood Industry.** Smith Decl. ¶ 14.

9. **There Is No Indication Any Hypothetical Collapse Will Happen.**

   ► Fishery populations are within pre-spill landing and population averages. Tunnell Suppl. Decl. ¶ 10.

   ► The "herring collapse" analogy to *Exxon Valdez* is scientifically wrong. Pearson Decl. ¶ 10.

11

# I. The Data Support Approval
## – The Seafood Compensation Program

**10. Plaintiffs—And Even Some Objectors—Agree The Seafood Compensation Program Is Fair And Generous:**

- **Thanh Hai plaintiffs:**

  - "Not only is the amount fair and adequate, but the fact that BP has committed to pay $2.3 billion regardless of the aggregate amount of the claims submitted means that BP has no incentive to minimize any plaintiff's individual claim, and payments can be made more expeditiously as a result." Doc. 7710 at 10.

- **Halliburton's expert:**

  - The Seafood Compensation Program suffers from "extreme generosity"; "[R]esearch . . . implies . . . payments to Seafood Harvester Claimants . . . *will exceed these claimants' true aggregate economic losses many times over.*" Obj. Doc. 91-2 ¶¶ 255-258 (emphasis added).

12

# I. The Data Support Approval
## – The Seafood Compensation Program

- **PSC:** $2.3 billion is "more than sufficient to adequately compensate past and future commercial fishing losses." Herman Decl. ¶ 11.

- **Mr. Rice:** $2.3 billion will "provide much greater compensation to the claimants than they would be able to establish using the Federal Rules of Evidence, the Court's rulings, and the application of OPA and maritime law." Rice Decl. re Seafood ¶ 5.

13.