# EXHIBIT 2

GOODWIN | PROCTER

David B. Pitofsky
212.813.8972
dpitofsky@
goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018
T: 212.813.8800
F: 212.355.3333

April 26, 2011

**BY REGULAR U.S. MAIL and EMAIL**

Don K. Haycraft, Esq.
Liskow & Lewis, P.C.
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
(dkhaycraft@liskow.com)

Jennifer Coté
BP America, Inc.
550 Westlake Park Boulevard, Room 1043
Houston, Texas 77079
(Jennifer.cote@bp.com)

R. Alan York, Esq.
Godwin Ronquillo, P.C.
1331 Lamar, Suite 1665
Houston, Texas 77010
(ayork@godwinronquillo.com)

Carter L. Williams, Esq.
Sutherland
1001 Fannin Street, Suite 3700
Houston, Texas 77002-6760
(carter.williams@sutherland.com)

Geoff Gannaway, Esq.
Beck Redden & Seacrest LLP
1221 McKinney St., Suite 4500
Houston, Texas 77010-2010
(ggannaway@brsfirm.com)

Margaret E. Sheer, Esq.
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006-1806
(Margaret.sheer@bingham.com)

Jeremy T. Grabill, Esq.
Weil Gotshal and Manges LLP
767 Fifth Avenue
New York, New York 10153
(Jeremy.grabill@weil.com)

Cheryl L. Leith, Senior Paralegal
Latham & Watkins LLP
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
(Cheryl.Leith@lw.com)

Steven A. Luxton, Esq.
Morgan, Lewis & Bockius LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(sluxton@morganlewis.com)

J. Robert Warren, II, Esq.
MDL2179 PSC Depository
600 Carondelet Street, Suite 802
New Orleans, Louisiana 70130
(rwarren@jrwlegal.com)

Amy Catalanotto, Esq.
Herman Herman Katz & Cotlar LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
(acatalanotto@hhkc.om)

Susan LeBouef
Domengeau Wright Roy & Edwards
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
(susanl@wrightroy.com)

Re:  *In re Oil Spill by the Oil Rig "Deepwater Horizon,"*
 MDL No. 2179 (E.D. La.) (Barbier, J.) (Shusan, M.J.)

LIBNY/4977645.2

## GOODWIN PROCTER

Don K. Haycraft, Esq., *et al.*
April 26, 2011
Page 2

Dear Counsel:

As you know, we represent Kenneth R. Feinberg in his capacity as Administrator of the Gulf Coast Claims Facility (the "GCCF"). On January 31, 2011, a first tranche of documents was made available for your review in accordance with the authorizations set forth in Plaintiff Fact Sheets (also known as Plaintiff Profile Forms, and referred to hereinafter as "PPFs") received by the GCCF in connection with the above-referenced litigation. This letter is to advise you that the GCCF is today making available additional documents in accordance with additional PPFs it has received.

By a letter dated March 15, 2011, counsel for BP Exploration & Production, Inc. forwarded 67 additional PPFs to the GCCF. With respect to the 67 relevant names, the GCCF was able to match only 15 who submitted a total of 24 claims to the GCCF.

With respect to the 40,002 PPFs provided by the law firm of Watts Guerra Craft LLP ("Watts Guerra"), the GCCF is making available for review today documents relating to only one claimant who submitted two claims. Within the universe of 40,002 PPFs provided by Watts Guerra, 297 were duplicates or otherwise overlapped. Of the 39,705 non-duplicate names, the GCCF has no knowledge at all with respect to claims or potential claims by 12,834. With respect to the remaining 26,871 non-duplicate names, Watts Guerra conducted an electronic data transfer to the GCCF of information required by GCCF claim forms for 25,494, along with some supporting documentation for 203 of these potential claims; however, Watts Guerra did not complete the claims submission process with respect to any of the 25,494 potential claims, and thus they have never been submitted to the GCCF for processing. The remaining 1,377 non-duplicate names match claims that have been filed with the GCCF that either are being processed or have been processed; however, only two of these 1,377 claimants listed Watts Guerra as their attorneys on the claim forms, and only one signed the claim forms. It is with respect to this lone claimant that documents are being made available today. With respect to the other 1,375 names, 287 listed an attorney or firm other than Watts Guerra on the claim form, and the GCCF accordingly cannot follow instructions from Watts Guerra to release their information. With respect to the remaining 1,088, Watts Guerra indicated that it would provide the GCCF with attorney engagement letters signed by the claimants evidencing the firm's representation but none of the engagement letters provided to date by Watts Guerra to the GCCF relate to these claimants and include a valid client signature.

Accordingly, documents relating to an additional 26 claims by 16 claimants are being made available for your review today, along with a spreadshect showing the status of those 26 claims

The posted items include documents submitted by the relevant plaintiff/claimants through April 20, 2011, and a spreadsheet showing the status of the relevant claims as of April 19, 2011.

GOODWIN PROCTER

Don K. Haycraft, Esq., *et al.*
April 26, 2011
Page 3

     Please note that, on the Spreadsheet, the columns entitled "Received Date" indicate the date on which the GCCF received a claim form from the relevant claimant, not the date on which the claim was sufficiently documented to allow the GCCF to review the claim.

     We understand that, consistent with Judge Shushan's order, each of you will insure that the documents and information released today, as well as documents and information released previously, are treated as "Confidential Access Restricted."

                        Very truly yours,

                        David B. Pitofsky