>Christine
>
>Sent from my iPhone
>
>On Sep 17, 2012, at 9:27 AM, "Matt Lundy" <mlundy@lundylawllp.com> wrote:
>
>> Will send shortly. Did you make any headway with the claim that hasn't
>>been paid?
>>
>> Thanks for your help.
>>
>> -----Original Message-----
>> From: Christine Reitano [mailto:creitano@bheclaims.com]
>> Sent: Monday, September 17, 2012 9:26 AM
>> To: Matt Lundy
>> Cc: Lynn Greer
>> Subject: Expedited Claims
>>
>> Matt
>>
>> I had forwarded your email designating the claims you wished to be
>>expedited to BrownGreer but there was no attachment. Could you please
>>resend with attachments if there are any?
>>
>> Thank you
>>
>> Christine
>>
>> Sent from my iPhone
>>
>> This email (and any attachments) is confidential and is intended for
>>use solely by the properly named addressee. If you are not the intended
>>recipient, any use, dissemination, forwarding, copying or printing of
>>this email without the consent of the originator is strictly prohibited.
>>Although this email (and any attachments) are believed to be free of any
>>virus or other defect, it is the responsibility of the recipient to
>>ensure that it is virus free, and no responsibility is accepted by the
>>sender for any loss or damage arising in any way from its use. If you
>>have received this email in error, please immediately notify the sender
>>by reply email or by telephone at 504-934-4999.
>>
>>
>>
>This email (and any attachments) is confidential and is intended for use
>solely by the properly named addressee. If you are not the intended

3

tabbies® EXHIBIT A