---------- Original message ----------
From: Katherine Torres <ktorres@pncpa.com>
Date: 06/04/2013 4:20 PM (GMT-06:00)
To: Lionel Sutton <lsutton@dheclaims.com>
Cc: Mark Staley <mstaley@pncpa.com>
Subject: Sher Garner Claim

Hi Tiger-

Per our meeting this morning, you had asked me to follow up on the Sher Garner claim QC status. The claim entered a QC queue around Mid-May, and we are working QC claims on a FIFO basis. The claim was awaiting allocation to a QC reviewer, so I went ahead and asked the team to prioritize the QC review.

Thanks,
Katherine

Katherine Torres, CIA
**P&N** Postlethwaite & Netterville
935 Gravier Street, Suite 900 • New Orleans, LA 70112
Main 504.335.1584 • Direct 504.335.1580 • Fax 504.335.1645


EXHIBIT B