# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deep Water Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | CIVIL NO: |
| | * | SECTION: "J" (1) |
| This Document Applies to: | * * | Hon. Judge Barbier |
| No 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al. | * * | Mag. Sushan |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF KAILEY LEBOEUF

In the State of Louisiana, Parish of Orleans,

I, Kailey LeBoeuf, being duly sworn, state:

1. I make this affidavit in connection with the matter captioned "Oil Spill by the Oil Rig 'Deepwater Horizon'" (MDL-2179)("the Case").

2. I am an adult resident of New Orleans, Louisiana.

3. I was an employee of the Andry Law Group, LLC and Andry Lerner, LLC and worked extensively on BP claims, primarily handling Eligibility Notices, Post-Reconsideration Eligibility Notices, Post-Re-Review Eligibility Notices, and Appeals.

4. While handling Eligibility Notices and Appeals, I never deviated from standard practice and observed the following protocol with regard to the claim of Thonn:

   a. The first Notices I recall handling in the Thonn claim was the Post-Reconsideration Eligibility Notices for Thonn's boat captain and vessel owner claim.



b. I believed that Thonn's boat captain claim was calculated incorrectly because the Post-Reconsideration Eligibility Notice deducted the shrimp percent cost. I believed that this was inconsistent with the terms of the Settlement Agreement. Accordingly, Thonn's boat captain claim was appealed for this reason.

c. The vessel owner claim was appealed, but was subsequently withdrawn.

d. It is my understanding that once the appeal was initiated and perhaps beforehand, the contents of the file became accessible to attorneys for BP.

5. I was interviewed by employees of the Special Master, Groups B or C, on or around August 2, 2013. I was told by investigators not to reveal those discussions.

6. At no time did John Andry ask me to handle a claim in a manner that was contrary to the rules and procedures proscribed by the CSSP.

*Kailey LeBoeuf*
Kailey LeBoeuf

Date: 10/15/13

Sworn to and subscribed before me on this 15th day of October, 2013, in the Parish of Orleans, State of Louisiana

*[signature]*
Notary Public

Lance Unglesby
Printed Name

Notary or Bar Roll Number: 29690

Commission Expires: At Death