## DHECC Stats as of May 2013*

| Claim Type | Total Claims Filed | Reviewed & Notice Issued | | Elig Notices w/Offer | |
|---|---|---|---|---|---|
| Seafood | 23,862 | 19,998 | 84% | 6,475 | 27% |
| IEL | 29,946 | 23,857 | 80% | 1,280 | 4% |
| IPV | 232 | 212 | 91% | 4 | 2% |
| BEL | 46,424 | 21,895 | 47% | 7,266 | 16% |
| Start-Up | 3,226 | 1,986 | 62% | 299 | 9% |
| Failed | 2,519 | 1,777 | 71% | 8 | 0% |
| Coastal | 23,841 | 22,031 | 92% | 15,526 | 65% |
| Wetlands | 5,234 | 2,855 | 55% | 1,482 | 28% |
| RPS | 1,142 | 951 | 83% | 383 | 34% |
| Subsistence | 18,947 | 2,605 | 14% | 472 | 2% |
| VoO | 8,292 | 8,111 | 98% | 6,804 | 82% |
| VPD | 1,093 | 860 | 79% | 460 | 42% |
| **TOTAL** | **164,758** | **107,137** | **65%** | **40,459** | **25%** |

## Andry Stats as of May 2013**

| Claim Type | Total Claims Filed | Reviewed & Notice Issued | | Elig Notices w/Offer | |
|---|---|---|---|---|---|
| Seafood | 151 | 120 | 79% | 34 | 23% |
| IEL | 79 | 50 | 63% | 4 | 5% |
| IPV | 0 | 0 | 0% | 0 | 0% |
| BEL | 89 | 49 | 55% | 14 | 16% |
| Start-Up | 8 | 2 | 25% | 1 | 13% |
| Failed | 3 | 2 | 67% | 0 | 0% |
| Coastal | 9 | 3 | 33% | 3 | 33% |
| Wetlands | 10 | 4 | 40% | 0 | 0% |
| RPS | 1 | 1 | 100% | 0 | 0% |
| Subsistence | 38 | 4 | 11% | 0 | 0% |
| VoO | 62 | 58 | 94% | 46 | 74% |
| VPD | 16 | 10 | 63% | 4 | 25% |
| **TOTAL** | **466** | **303** | **65%** | **106** | **23%** |

### DHECC Stats as of May 2013*

| Claim Type | Total Claims Filed | Reviewed & Notice Issued | | Elig Notices w/Offer | |
|---|---|---|---|---|---|
| **TOTAL** | **164,758** | **107,137** | **65%** | **40,459** | **25%** |

### Andry Stats as of May 2013**

| Claim Type | Total Claims Filed | Reviewed & Notice Issued | | Elig Notices w/Offer | |
|---|---|---|---|---|---|
| **TOTAL** | **466** | **303** | **65%** | **106** | **23%** |



EXHIBIT D

|        | **DHECC 1st Notices** | **Andry 1st Notices** |
|--------|-----------------------|-----------------------|
| Jun-13 | 68%                   | 78%                   |
| May-13 | 65%                   | 65%                   |
| Mar-13 | 59%                   | 55%                   |
| Feb-13 | 55%                   | 47%                   |
| Jan-13 | 59%                   | 41%                   |
| Dec-12 | 55%                   | 51%                   |



|        | **DHECC Offers** | **Andry Offers** |
|--------|------------------|------------------|
| Jun-13 | 25%              | 22%              |
| May-13 | 25%              | 23%              |
| Mar-13 | 22%              | 22%              |
| Feb-13 | 21%              | 21%              |
| Jan-13 | 22%              | 20%              |
| Dec-12 | 20%              | 27%              |

