# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL 2179 |
| BP EXPLORATION & PRODUCTION INC. and BP AMERICA PRODUCTION COMPANY, | * * * * | PERTAINS TO: No. 13-6674 |
| Plaintiffs, | * * | |
| versus | * * | SECTION "J" (1) |
| MIKAL C. WATTS, WATTS GUERRA, LLP. and | * * * | JUDGE CARL J. BARBIER |
| BON SECOUR FISHERIES, INC; FORT MORGAN REALTY, INC.; LFBP #1, LLC d/b/a GW FINS; PANAMA CITY BEACH DOLPHIN TOURS & MORE, LLC; ZEKE'S CHARTER FLEET, LLC; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; LAKE EUGENIE LAND & DEVELOPMENT, INC.; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE; JOHN TESVICH; and MICHAEL GUIDRY , on behalf of themselves and all others similarly situated, | * * * * * * * * * * * * * | MAGISTRATE SALLY SHUSHAN |
| Defendants. | * * | |

### MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE UNDER SEAL: AN UNREDACTED VERSION OF OPPOSITION TO BP'S MOTION FOR PRELIMINARY INJUNCTION; AN UNREDACTED VERSION OF EXHIBIT "2;" and EXHIBITS "4," "5," "6," "7," and "8" IN THEIR ENTIRETY

Pursuant to Pre-Trial Order 38 in MDL No. 2179, Order Relating to Confidentiality of

Settlement Communications (Rec. Doc. No. 3201), Defendants Bon Secour Fisheries, Inc.; Fort

Morgan Realty, Inc.; LFBP #1, LLC d/b/a GW Fins; Panama City Beach Dolphin Tours & More,

LLC; Zeke's Charter Fleet, LLC; William Sellers; Kathleen Irwin; Ronald Lundy; Corliss Gallo; Lake Eugenie Land & Development, Inc.; Henry Hutto; Brad Friloux; Jerry J. Kee; John Tesvich; and Michael Guidry, ("Class Representatives" or "Class"), on behalf of themselves and all others similarly situated, through undersigned Special Counsel retained by the Plaintiffs' Steering Committee on behalf of the aforementioned class representatives, respectfully request leave to file under seal:

> (1) An unredacted version of the Class' Opposition to BP's Motion for Preliminary Injunction;
> (2) An unredacted version of Exhibit "2" to said Opposition;
> (3) Exhibit "4" to said Opposition;
> (4) Exhibit "5" to said Opposition;
> (5) Exhibit "6" to said Opposition;
> (6) Exhibit "7" to said Opposition; and
> (7) Exhibit "8" to said Opposition.

The unredacted Opposition and Exhibits "4," "5," "6," and "7" contain discussion of settlement communications, which may be deemed "confidential" pursuant to the above-referenced Order. Although the Class maintains that any "confidentiality" over the negotiating process has been waived by BP's allegations of fraud-in-the-inducement during said process, the Class moves to file these documents under seal out of an abundance of caution.

The unredacted version of Exhibit "2" and Exhibit "8" in its entirety, contain personal indentifying information of certain class members and plaintiffs, such as full social security numbers. Accordingly, the Class respectfully requests that these documents be filed under seal.

The Class is filing public versions of the Opposition and Exhibit 2 with any arguably confidential information redacted.

WHEREFORE, the Class respectfully prays the Court for an Order that: an unredacted Opposition; an unredacted version of Exhibit "2;" and Exhibits "4," "5," "6," "7," and "8" in their entirety; be filed under seal.

Respectfully submitted,

**IRWIN FRITCHIE URQUHART & MOORE LLC**

*/s/ James B. Irwin*
JAMES B. IRWIN, IV (La. Bar No. 7074)
DOUGLAS J. MOORE (La. Bar No. 27706)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone (504) 310-2100
Facsimile: (504) 310-2101
jirwin@irwinllc.com
dmoore@irwinllc.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 17th day of January, 2014.

*/s/ James B. Irwin*