UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| No. 12-970 and No. 10-8888 (Rec. Doc. 11) | * * * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is BookIt.com, Inc.'s Unopposed Motion to Lift the Preliminary Injunction Related to BEL Claims for the Sole and Limited Purpose of Paying Settlement Proceeds to Claimant BookIt.com, Inc. (Rec. Doc. 12162) Having considered the motion and attached exhibits, the Court finds as follows:

1. This matter concerns BookIt.com, Inc.'s ("Claimant") claim under the *Deepwater Horizon* Economic and Property Damages Settlement Agreement.

2. On June 5, 2012, Claimant submitted a Business Economic Loss ("BEL") claim to the *Deepwater Horizon* Claims Center.

3. On May 28, 2013, the Claims Administrator issued an Eligibility Notice for Claimant's claim providing for total compensation due to Claimant in the amount of $6,111,412.42.

4. BP appealed the Eligibility Notice and asserted arguments that Claimant should have been classified as a multi-facility business and any revenue and expenses attributable to facilities outside of the Economic Compensation Zone should have been excluded from the BEL calculation. BP's appeal did not include any allegation that Claimant's claim raised the issues of matching expenses and revenue or causation.

5. After each party submitted Initial Proposals and Final Proposals, the Appeals Panel remanded the claim to the Claims Administrator on August 22, 2013, raising only the issue of whether Claimant was a multi-facility business as defined by the Settlement Agreement.

6. On December 5, 2013, this Court issued its Order Amending Preliminary Injunction Related to BEL Claims which stated that "[t]he Claims Administrator may continue to accept BEL claims and process said claims, but shall temporarily suspend the issuance of final determination notices and payments of BEL claims, pending resolution of the BEL issues that are the subject of the pending remand.  This suspension shall also apply to claims currently in the claims appeal process."

7. On January 7, 2014, BP's counsel notified the Appeals Coordinator and Claimant's counsel that BP was withdrawing its appeal of Claimant's claim, without any admission or waiver of any rights.

8. On January 8, 2014, BP's counsel notified the Appeals Coordinator and Claimant's counsel that "BP does not object to the payment of [Claimant's] claim in the amount of the eligibility notice."

9.  On January 15, 2014, the Appeals Coordinator sent an e-mail to Claimant's counsel and BP's counsel recommending that Claimant's Counsel file a motion with this Court stating "that you [Claimant's counsel] are filing on my [the Appeals Coordinator's] recommendation since BP has stated in writing its non-opposition and that but for the injunction as to paying BEL claim[s], the matter is ripe to pay since BP has withdrawn its appeal and stated its non-opposition to the payment."

Accordingly,

IT IS ORDERED that Claimant BookIt.com, Inc's unopposed motion (Rec. Doc. 12162) is GRANTED as follows:

1. The Preliminary Injunction Related to BEL Claims (*see* Rec. Doc. 11928) is temporarily lifted for the sole and limited purpose of paying settlement proceeds to Claimant in the amount of Claimant's May 28, 2013 Eligibility Notice.

2. The settlement of Claimant's claim for the Award Amount is approved as fair, reasonable and adequate.

3. The Claims Administrator shall distribute such funds in accordance with the Settlement Agreement and applicable law.

4. This lifting of the Preliminary Injunction Related to BEL Claims is solely for the limited purpose of allowing the Claims Administrator to finalize its processing of Claimant's claim and issue payment on Claimant's May 28, 2013 Eligibility Notice.

New Orleans, Louisiana, this 17th day of January, 2014.

_____
United States District Judge

**Clerk please notify:**

AppealsCoordinator@dhecc.com