UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 |
| | SECTION: "J" |
| This Document Applies to: | |
| | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

**INDEX OF EXHIBITS TO GLEN LERNER'S SUPPLEMENTAL RESPONSE TO THE COURT'S SEPTEMBER 6, 2013, ORDER TO SHOW CAUSE AND OBJECTIONS TO SPECIAL MASTER'S REPORT**

| Exhibit No. | Description |
|---|---|
| A | Advertisement: *Another law firm hits the jackpot, $7 million award from the Gulf Settlement Program*, Wash. Post and N.Y. Times, Jan. 16, 2014 |
| B | Interview Memoranda of CAO Employees and Vendors (produced by Special Master Louis J. Freeh on Dec. 23, 2013) |
| C | Interview Memoranda of AndryLerner Employees and Vendors (produced by Special Master Louis J. Freeh on Dec. 23, 2013) |
| D | E-mail string between Jennifer Goodwin and David Duval, Jan. 16, 2013 (SM-04-GL000342-43) |
| E | E-mail from David Duval to Lionel Sutton, Jan. 17, 2013 (SM-04-GL000344) |
| F | Excerpts of Sworn Statement of Patrick A. Juneau, Aug. 1, 2013 |
| G | Declaration of James T. Bagwell, Jan. 16, 2014 |

4321649.1