# EXHIBIT D

From: Jennifer Goodwin  jgoodwin@browngreer.com
Subject: RE: Casey Thonn-19691
Date: January 16, 2013 at 9:05 PM
To: dduval@dheclaims.com

SM-04-GL000342

Hi David,

The claimant did only appeal the accountant reimbursement, and we see that from the documents he submitted. We are looking at this. We think we might be able to pay these accountant fees without going through the appeal. This may be one where we ask BP if we can re-issue the Eligibility Notice and close the appeal. I should have more information for you tomorrow.

---

**From:** David Duval [mailto:dduval@dheclaims.com]
**Sent:** Wednesday, January 16, 2013 11:16 AM
**To:** Jennifer Goodwin
**Subject:** Casey Thonn-19691

Jennifer,

I know the attorney for this appeal. He was asking me some questions about procedure and I was not real sure. He said they are just appealing the accounting reimbursement and I wanted to make sure that was clear because I did not see this specifically. Does this need to be listed on a special form or in supporting memo?

No rush here, basically for my own curiosity and understanding.

Thanks,

**David H. Duval**
*Appeals Coordinator*

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS
504-934-4999

**935 Gravier Street, Ste. 1905**
**New Orleans, LA 70112**
**dduval@dheclaims.com**
**Direct Line 504.934.4915**

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

SM-04-GL000343