# EXHIBIT E

From: David Duval dduval@dheclaims.com
Subject: Thonn claim
Date: January 17, 2013 at 1:33 PM
To: Lionel Sutton lsutton@dheclaims.com

BG appeal team is working on this claim. They might be able to pay accounting fees without going through appeal process. Hopefully, we will re-issue Notice soon and close appeal.

**David H. Duval**
*Appeals Coordinator*

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

504-934-4999

935 Gravier Street, Ste. 1905
New Orleans, LA 70112
dduval@dheclaims.com
Direct Line 504.934.4915

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.