# EXHIBIT F

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   ****************************************************

 4   IN RE:  OIL SPILL BY THE
     OIL RIG DEEPWATER HORIZON
 5   IN THE GULF OF MEXICO ON
     APRIL 20, 2010
 6                              CIVIL ACTION NO. 10-MD-2179 "J"
                                NEW ORLEANS, LOUISIANA
 7                              THURSDAY, AUGUST 1, 2013, 8:00 A.M.

 8   THIS RELATES TO ALL CASES

 9   ****************************************************

10

11         SWORN STATEMENT OF PATRICK A. JUNEAU, ESQUIRE
             TAKEN BEFORE THE HONORABLE LOUIS J. FREEH
12                         SPECIAL MASTER

13

14   APPEARANCES:

15
                                LOUIS J. FREEH, SPECIAL MASTER
16                              JAMES BUCKNAM, ESQUIRE
                                STEVE TIDWELL
17

18

19

20   OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
21                              REGISTERED MERIT REPORTER
                                500 POYDRAS STREET, ROOM HB406
22                              NEW ORLEANS, LA   70130
                                (504) 589-7779
23                              Cathy_Pepper@laed.uscourts.gov

24
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
25   PRODUCED BY COMPUTER.
```

**CONFIDENTIAL**

| | | |
|---|---|---|
| 10:36AM | 1 | So I primarily -- when those issues come, I farm that |
| 10:36AM | 2 | out to independent people. I don't have an in-house person to |
| 10:36AM | 3 | do that. |
| 10:36AM | 4 | Q. With respect to Mr. Sutton, from time to time did you task |
| 10:36AM | 5 | him or direct him to respond to a particular attorney or |
| 10:36AM | 6 | individual that was inquiring about the status of claims? |
| 10:36AM | 7 | A. Oh, yeah. |
| 10:36AM | 8 | Q. That was a regular part of his work? |
| 10:36AM | 9 | A. That goes on today. Unfortunately, we are having to do |
| 10:36AM | 10 | it, just the two of us. |
| 10:36AM | 11 | Q. Do you recall ever directing him to deal with an attorney |
| 10:37AM | 12 | named Jon Andry with respect to claims that Andry had before |
| 10:37AM | 13 | the administrator? |
| 10:37AM | 14 | A. I never directed him to do that. |
| 10:37AM | 15 | Q. Do you recall ever requesting or directing him to address |
| 10:37AM | 16 | or respond to issues relating to what's known as the Andry Law |
| 10:37AM | 17 | Firm claim, which was a $7 million claim before the |
| 10:37AM | 18 | administrator? |
| 10:37AM | 19 | A. To me -- no, I would have never done that. To me, that's |
| 10:37AM | 20 | just one of 195,000. I think everybody knows -- I'm pretty |
| 10:37AM | 21 | direct in my discussion with people. I'm sure I would have |
| 10:37AM | 22 | used words like, look, we ain't pushing nobody's case through |
| 10:37AM | 23 | here. I'm not here to foster anybody's case. |
| 10:37AM | 24 | We're not here to -- let the system work, do its |
| 10:37AM | 25 | work. If you need to follow up on something that you need an |

**C O N F I D E N T I A L**

SM-04-GL000201

| | | |
|---|---|---|
| 10:37AM | 1 | inquiry follow-up, you go to -- we've got BrownGreer contacts |
| 10:37AM | 2 | that will give you the information to respond. |
| 10:38AM | 3 | If it's a problem that BrownGreer is not doing their |
| 10:38AM | 4 | work, just come tell me about it.  They're bogged down.  If |
| 10:38AM | 5 | we've got accountants getting behind, you let me know.  That's |
| 10:38AM | 6 | why I have the communication. |
| 10:38AM | 7 | So the answer to that is absolutely no.  I mean, I've |
| 10:38AM | 8 | never had that -- he's never made that request to me. |
| 10:38AM | 9 | Q.   You don't recall ever asking him to look at a particular |
| 10:38AM | 10 | claim, such as the ones I've mentioned to you, or respond to a |
| 10:38AM | 11 | lawyer who was asking you about the claim? |
| 10:38AM | 12 | A.   About the Andry claim? |
| 10:38AM | 13 | Q.   Yes. |
| 10:38AM | 14 | A.   No.  I don't recall anything like that. |
| 10:38AM | 15 | I will tell you, this on the record -- you hesitate |
| 10:38AM | 16 | what you say, but I don't know Jon -- I know Jon Andry; not |
| 10:38AM | 17 | personally, but I know him.  I'm a lawyer.  He's a younger |
| 10:38AM | 18 | lawyer. |
| 10:38AM | 19 | Jon is a real pushy kind of guy.  I guess if you |
| 10:38AM | 20 | check with the Court, that's what you would find.  They |
| 10:38AM | 21 | appeared in the Court about release of the funds and all of |
| 10:38AM | 22 | that stuff the other day.  You could kind of blend that if you |
| 10:39AM | 23 | read the pleadings. |
| 10:39AM | 24 | So we get pushed all the time by people.  Claimants |
| 10:39AM | 25 | push us, people -- politicians push us, everybody pushes us. |

**C O N F I D E N T I A L**

SM-04-GL000202

| | | |
|---|---|---|
| 10:39AM | 1 | But that's not our role.  That's not our job.  We try to |
| 10:39AM | 2 | stick -- but if somebody complains about something, I have an |
| 10:39AM | 3 | obligation to check into the matter to see if it's valid or not |
| 10:39AM | 4 | valid. |
| 10:39AM | 5 | Delay, you didn't process a claim, da-da, da-da, we |
| 10:39AM | 6 | respond individually to requests like that, but that's just to |
| 10:39AM | 7 | find what the answer is.  It's not to assist somebody with the |
| 10:39AM | 8 | claim. |
| 10:39AM | 9 | Q.   When Mr. Sutton first came to work at your office, did you |
| 10:39AM | 10 | think of that or understand that to be a part-time job or a |
| 10:39AM | 11 | full-time job? |
| 10:39AM | 12 | A.   His job? |
| 10:39AM | 13 | Q.   His job at your office? |
| 10:39AM | 14 | A.   Essentially full time, except I was going to allow people, |
| 10:39AM | 15 | which we've done -- because they've got an outside life here -- |
| 10:39AM | 16 | if you had something you had to finish up, you were dealing |
| 10:40AM | 17 | with something, that I explained to you earlier, I allowed |
| 10:40AM | 18 | that, but I consider this full-time employment. |
| 10:40AM | 19 | Q.   Were you aware at any time that he was using the |
| 10:40AM | 20 | administration office space to conduct his own private legal |
| 10:40AM | 21 | business? |
| 10:40AM | 22 | A.   I remember one time, he asked me, he said -- he had to |
| 10:40AM | 23 | take a deposition in our office.  I said, "It's on a case you |
| 10:40AM | 24 | had before?  It doesn't have anything to do with this?"  He |
| 10:40AM | 25 | said, "Yeah, the people are coming, and I don't have a place." |

**C O N F I D E N T I A L**

SM-04-GL000203

| | | |
|---|---|---|
| 10:40AM | 1 | I allowed that to happen. Yeah, I did that. |
| 10:40AM | 2 | Q. At the time that he resigned -- |
| 10:40AM | 3 | A. I might add to you, the reason I did that was an |
| 10:40AM | 4 | accommodation. I have myself -- I'm the Special Master in |
| 10:40AM | 5 | Toyota on the West Coast -- I've had people come at night -- we |
| 10:40AM | 6 | had a meeting in the conference room the other night. I have a |
| 10:40AM | 7 | few of those matters still, so I've used that facility just for |
| 10:40AM | 8 | that; but, it doesn't have anything to do with my work. |
| 10:40AM | 9 | Q. At the time that he resigned from your employment, |
| 10:41AM | 10 | approximately how many hours was he working a week, or how full |
| 10:41AM | 11 | time was his work, as best you understood it? |
| 10:41AM | 12 | A. Him or me? |
| 10:41AM | 13 | Q. Mr. Sutton? |
| 10:41AM | 14 | A. Oh, I look at it as a five-day week, Monday through |
| 10:41AM | 15 | Friday. |
| 10:41AM | 16 | Q. Would he have been allowed or was he authorized in his |
| 10:41AM | 17 | employment to inquire about particular claims and try to push |
| 10:41AM | 18 | or facilitate any claims through the administration process? |
| 10:41AM | 19 | A. He was authorized because it was all of our roles to |
| 10:41AM | 20 | inquire if you had an inquiry. He -- it was not his role to |
| 10:41AM | 21 | push a claim or to affect a claim. |
| 10:42AM | 22 | I read something -- I read this e-mail exchange. I |
| 10:42AM | 23 | think I saw where there was a lot of calls -- not a lot of |
| 10:42AM | 24 | calls, there were a lot of inquiries on a claim. I don't know |
| 10:42AM | 25 | what the etiology of that was. What he was trying to do was to |

**CONFIDENTIAL**

SM-04-GL000204