# EXHIBIT G

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br>SECTION: "J"<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

This Document Applies to:

No. 12-970, Bon Secour Fisheries, Inc., et al.
v. BP Exploration & Production Inc., et al.

## DECLARATION OF JAMES T. BAGWELL

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

I, James T. Bagwell, declare pursuant to the provisions of 28 U.S.C. § 1746:

1. I am of the full age of majority, a resident of St. Tammany Parish, Louisiana, and make the statements in this Declaration based on my own personal knowledge.

2. I am a former Federal Bureau of Investigation Special Agent. I retired from the FBI in December 1999.

3. While employed with the Federal Bureau of Investigation I was a Supervisory Special Agent for the White Collar Squad in New Orleans, Louisiana, from approximately 1984 until 1989.

4. I am now a licensed Private Investigator

5. In my capacity as a licensed Private Investigator, I was asked to review telephone records of incoming and outgoing calls of Lionel Sutton's phone extension at the Claims Administration Office (CAO).

{N2755213.1}

6. The CAO phone records I received contained the telephone number associated with each incoming or outgoing telephone call on Lionel Sutton's extension during the term of his employment, November 1, 2012, to July 21, 2013.

7. As to each incoming or outgoing number, I was able to determine through the use of reverse phone look-up databases and on-line searches the subscriber information associated with most, though not all, of the incoming and outgoing phone calls to Lionel Sutton's extension.

8. Based only those calls whose subscriber information I was able to identify, I determined that, from November 1, 2012 and July 21, 2013, Lionel Sutton made or received at least sixty (60) telephone calls involving twenty-seven (27) different law firms or lawyers.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16TH day of January, 2014.

_____
JAMES T. BAGWELL

{N275521?}