UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: "J" |
| Applies to: | JUDGE BARBIER |
| No. 13-6674 | MAGISTRATE SHUSHAN |

## AFFIDAVIT

BEFORE ME, the undersigned Notary Public, personally came and appeared

ROBERT MCDUFF, ESQ.

who, first being sworn, did attest as follows:

1. I am an attorney and member of the Mississippi Bar. My office is in Jackson, Mississippi. I have been retained as counsel by Mikal Watts to represent him in connection with a federal criminal investigation in the Southern District of Mississippi regarding the conduct of many people, including Mr. Watts, concerning the BP/Deepwater Horizon Oil Spill of April 20, 2010;

2. I have read the Complaint by BP against Mr. Watts and others, filed as *BP Exploration, et al v. Mikal C. Watts, et al*, Civil Action No. 13-6674 (Doc. 1), EDLA. It refers to and arises out of the same activities which are the subject of the federal criminal investigation;

3. The criminal investigation has resulted in the seizure and copying by federal law enforcement officials of file material in the Watts Guerra law offices related to the

- 2 -

handling of claims arising out of the oil spill, and this file material remains in the custody of federal law enforcement authorities;

4. Although no indictment has been issued in connection with this ongoing investigation, I believe there is a real, appreciable, and non-speculative prospect of an indictment of any number of individuals who are under investigation. I further believe that it will be known within two months whether there will be an indictment.

5. If the civil litigation instituted by BP in Civil Action No. 13-6674 were allowed to proceed while this federal criminal investigation is pending, I would advise Mr. Watts to invoke his constitutional privilege and decline to testify in response to any and all deposition questions or other discovery requests in the civil matter which relate to the activities which are the subject of both the federal criminal investigation and the civil matter.

6. If the civil litigation instituted by BP in Civil Action No. 13-6674 were allowed to proceed while this federal criminal investigation is pending, I would further advise Mr. Watts that any testimony by him in the civil matter likely would reveal strategies and defenses to be utilized on his behalf should a criminal prosecution ensue.

This done the 17th day of January, 2014, New Orleans, Louisiana.

_____
ROBERT MCDUFF

SWORN TO AND SUBSCRIBED before me,

this 17th day of January, 2014.

_____
NOTARY PUBLIC

M. Palmer Lambert
NOTARY PUBLIC
State of Louisiana
LA. Bar No. 33228
My commission is issued for life.