UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: "J" |
| Applies to: | JUDGE BARBIER |
| No. 13-6674 | MAGISTRATE SHUSHAN |

# [PROPOSED] ORDER

Considering the foregoing Motion to Stay Proceedings Pending Parallel Criminal Investigation filed by defendants Mikal C. Watts and Watts Guerra LLP,

IT IS ORDERED that Civil Action No. 13-6674 is hereby stayed pending the outcome of an ongoing and parallel federal criminal investigation; and

IT IS FURTHER ORDERED that counsel for defendants Mikal C. Watts and Watts Guerra LLP shall report to the Court and counsel for all other parties on or before the ___ day of _____, 2014, regarding the status of the aforesaid investigation.

New Orleans, Louisiana this ___ day of _____, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE