**DEEPWATER HORIZON**
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

| ELIGIBILITY NOTICE | | | |
|---|---|---|---|
| DATE OF NOTICE:  March 20, 2013 | | | |
| DEADLINE FOR RE-REVIEW OR RECONSIDERATION REQUEST:  April 19, 2013 | | | |
| I.  CLAIMANT AND CLAIM INFORMATION | | | |
| Claimant Name | Last/ Name of Business<br>Andry Law Firm | First | Middle |
| Claimant ID | 100104880 | Claim ID | 54566 |
| Claim Type | Business Economic Loss | | |

## II.  COMPENSATION AND PAYMENT DETERMINATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I.  We have reviewed this claim and find that it qualifies for payment under the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement").  The following provides a breakdown of the factors relevant to your payment.  See Explanation of Claim Attachment for details on each item, unless another Attachment is noted.

| | | |
|---|---|---|
| 1. | Compensation Amount: | $3,399,432.15 |
| 2. | Risk Transfer Premium Amount: | $4,249,290.19 |
| 3. | Plus Claimant Accounting Support: See Claimant Accounting Support Reimbursement Attachment for additional details. | $0.00 |
| 4. | Less Prior Spill-Related Payments: | $0.00 |
| 5. | Total Compensation Amount: This is the sum of all Rows above. | $7,648,722.34 |
| 6. | 40% of Prior Transition Offer, if Applicable: | $0.00 |
| 7. | Award Amount: Higher of 40% Amount or Final Claimant Compensation, subject to any applicable liens. | $7,648,722.34 |

Claimant ID: 100104
Claim ID: 54566
The_Andry_Law_Firm-


EXHIBIT
A

SM-01-TALF00063

## III.  ACCEPTANCE OF AWARD AMOUNT

To accept this Award Amount, you must complete and sign the Full and Final Release, Settlement, and Covenant Not to Sue ("Release") that is attached to this Notice.  You must complete and submit an original, signed Release before we can issue payment, but only one Release is required.  You do not have to submit a separate Release for each of your payable claims.  To be paid, you must use the Release that we send you.  Although the terms of this Release are the same as the version attached as Exhibit 26 to the Settlement Agreement, you must sign and return the Release we send you with this Notice.  Do not use a copy of Exhibit 26 or any other form of release, for we cannot accept them.  The Settlement Program's determination will be binding on you even if you choose not to accept this award, subject to any rights of Re-Review, Reconsideration and Appeal.

If you elect to waive any Re-Review, Reconsideration and Appeal rights for this claim as explained in Section VI, submit the Release attached to this Notice.  **An original of the Release bearing the claimant's signature is required.  We will not accept photocopies or scanned versions of the claimant's signature.  Once you submit a Release, we must verify your SSN, EIN or ITIN before you can receive payment.  If we cannot verify your SSN, EIN, or ITIN or if it changes upon submission of additional information, your Award Amount could change or this Eligibility Notice may be rescinded.**  The submitted Release will be binding on you for any additional Settlement Payments you may be eligible to receive under the Settlement Program.

After signing your Release and receiving a payment on your first claim, you will have 180 days from the date we mail or wire your initial payment to file any additional claims you wish to pursue pursuant to Section 4.4.8 of the Settlement Agreement.  You will waive all rights to future claims if you do not submit additional claims within this 180-day window.  However, if you are filing a claim in the Seafood Compensation Program, you must have filed all Seafood-related claims no later than **January 22, 2013.**

To obtain more detailed information regarding acceptance of your payment and additional terms and requirements of the Release, go to **www.deepwaterhorizoneconomicsettlement.com.**  If you have any questions about your options or this Notice, you may call the Claimant Communication Center at 1-800-353-1262, send an email to **Questions@dhecc.com**, or visit a Claimant Assistance Center.

If the Compensation Amount listed on Row 1 of Section II of this Notice is greater than $25,000, BP has a right to appeal it within certain timeframes that begin from the date of this Eligibility Notice, which means that you cannot receive a Release or payment until BP's appeal right has expired or been waived.  If the BP Appeal deadline falls on a Saturday, Sunday or a holiday, the deadline is extended to the next business day.  Holidays are: New Year's Day, Martin Luther King, Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veteran's Day, Thanksgiving Day, Christmas Day, and any other day designated by the Office of the Claims Administrator.BP's Appeal timeframes differ depending on the amount of the award as follows: (a) for awards of $25,000.01 to $250,000.00, BP has ten days to appeal; (b) for awards of $250,000.01 to $500,000.00, BP has 15 days to appeal; and (c) for awards greater than $500,000.00, BP has 20 days to appeal.  If BP appeals your Compensation Amount, we will send you a separate notification explaining BP's appeal and the appeals process.

PAY-1 v.7

WWW.DEEPWATERHORIZONECONOMICSETTLEMENT.COM

Page 2 of 11

Claimant ID: 100104880

Claim ID: 54566

The_Andry_Law_Firm-000265

SM-01-TALF00064

## IV. OPTION TO ELECT A STRUCTURED SETTLEMENT

You may be able to place some or all of your Award Amount into a structured settlement to receive multiple payments spread out over more than one year (the "Structured Settlement Option"). You should consult your own tax adviser regarding whether you should consider that Structured Settlement Option, and the tax, financial and other consequences of the Structured Settlement Option.

If you want more information on the Structured Settlement Option, go to **www.deepwaterhorizoneconomicsettlement.com/structuredsettlement.php** or call the Claimant Communications Center at 1-800-353-1262. IF YOU WISH TO BE PAID USING THE STRUCTURED SETTLEMENT OPTION, DO NOT SIGN OR RETURN THE RELEASE SENT TO YOU WITH THIS NOTICE AT THIS TIME.  Instead, a Court-approved structured settlement broker will help you assemble the paperwork necessary to elect the Structured Settlement Option and that broker will send your completed paperwork to the Claims Administrator (this paperwork will include an additional document that will be **Attachment C** to, and submitted at the same time as, your Release). If this paperwork is not submitted on your behalf by a Court approved structured settlement broker by the Deadline Date shown on this Notice, the Claims Administrator will consider that you have accepted your Award Amount to be paid in a lump sum and that you do not want a Structured Settlement Option for this Award Amount.

## V. DECEASED, MINOR AND INCOMPETENT CLAIMANTS

If you accept your Award Amount and the claimant on whose behalf this claim was asserted is deceased, a minor or incompetent, depending upon the law of the state where the claimant lived or lives now, you may be required to get court approval of this accepted settlement and submit a copy of an official court document proving that the person signing the Release has the authority to settle this claim on the claimant's behalf if you do not already have such a document, even if we accepted whatever proof you have provided before now as sufficient to allow the claim to move through the claim review process.  We will notify you if you need to seek court approval or submit additional proof of authority before payment.

## VI. RE-REVIEW AND RECONSIDERATION

You may seek Re-Review or Reconsideration of this claim if you choose not to accept your Award Amount. **Re-Review** is available to you if one or both of the following applies to you: (1) you have additional documents to submit in support of your claim; and/or (2) you have filed an IEL, BEL or Seafood claim and want your claim reviewed for Claimant Accounting Support Reimbursement.  If you select Re-Review, we will review your claim again and will issue a Post-Re-Review Eligibility Notice.  You will maintain your Reconsideration rights after you receive your Post-Re-Review Eligibility Notice. If you request Re-Review on the grounds that you have  additional documents in support of your claim but you do not submit any new documents by the time of the new review, we will deem your request to be a request for Reconsideration,  we will perform a Reconsideration review, and your only remaining option will be an appeal if you remain dissatisfied with your Award Amount.  If you request Re-Review because you want your claim reviewed for Claimant Accounting Support Reimbursement, you are not required to submit new documents, although you may do so. You may elect Re-Review both because you have additional documents in support of your underlying claim, and also because you want your claim reviewed for Claimant Accounting Support.

**Reconsideration** is available to you even if you do not have additional documents to submit if you believe the Settlement Program: (1) made a Calculation Error; (2) failed to take into account relevant information or data; (3) failed to follow the standards in the Settlement Agreement, or (4) made incorrect deductions from prior BP/GCCF payments.

Claimant ID: 100104880
Claim ID: 54566
The_Andry_Law_Firm-000266

SM-01-TALF00065

To request Re-Review or Reconsideration, you must do the following on or before the Deadline for Re-Review or Reconsideration Request date listed at the top of this Eligibility Notice: (1) complete the **Re-Review or Reconsideration Request Form** accompanying this Notice or complete the online version available on the DWH Portal; and (2) submit all documentation you want us to consider at the same time you submit your Re-Review or Reconsideration Request Form. Because submission of a Re-Review or Reconsideration request is the equivalent of asking for a new review of the claim, the outcome could change the eligibility of the claim, or your Award Amount may increase, decrease or stay the same.

If you are dissatisfied with your Re-Review outcome, you will have the right to request Reconsideration and then have the right to file an appeal. If you request Reconsideration and are dissatisfied with the outcome of your Reconsideration review, you will have the right to file an appeal; however, you must submit a timely Request for Reconsideration if you later wish to appeal.  **If you do not submit a request for Re-Review or Reconsideration or submit one after the deadline for doing so has passed, you will not be able to file an appeal.**

## VII.  THIRD PARTY CLAIMS/LIENS

If we receive a valid Third Party Claim or Lien against your payment before we begin the payment process, we are required to deduct from your Award Amount identified in Section II of this Notice the third party claim amount and any other deductions required by state or federal law or by any court order.  If your claim is subject to a third party claim, we will send you a Notice of Valid Third Party Claim to explain how it affects your current and/or future Award Amount(s).

## VIII.  ACCOUNTING SUPPORT REIMBURSEMENT

You are eligible to receive reimbursement for reasonable and necessary accounting fees related to claims preparation. Reimbursement is limited to the accounting services necessary to complete the Claim Form or prepare supporting documentation.  You will be reimbursed for accounting fees based on the actual fees incurred.

For business claims over $50,000, total accounting fees may not exceed 2% of the Compensation Amount (excluding any applicable Risk Transfer Premium).  Accounting fees for all other claims less than or equal to $50,000 are limited to $1,000.  All business claims, regardless of the Compensation Amount, shall be subject to an overall accounting support reimbursement limit of $50,000.

## IX.  HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to Questions@dhecc.com.  If you are a law firm or claims preparation company, you should call or email your designated DWH Contact for help or assistance.  You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to www.deepwaterhorizoneconomicsettlement.com.

## X.  HOW TO RESPOND TO THIS NOTICE

Submit your *original* hard copy, signed **Release** bearing the claimant's signature by Mail, Overnight Certified or Registered Mail, or by visiting a Claimant Assistance Center. If you have already submitted a Release and you wish to accept this Award Amount go to **www.deepwaterhorizoneconomicsettlement.com** and choose the Accept Award Amount option. If you are unable to access the DWH Portal you must call the Claimant Communications Center at 1-800-353-1262 to accept payment on this claim. Submit your **Request for Re-Review or Reconsideration Form** online with any accompanying documents by uploading them to your DWH Portal in any of the following ways.  If you are unable to access the DWH Portal, you may submit your request in any of the following ways, but be sure to write your Claimant ID on the top page of all the documents you submit.

| **By Mail**<br>(Postmarked no later than your Re-Review or Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
|---|---|

Claimant ID: 100104880
Claim ID: 54566
The_Andry_Law_Firm-000267

SM-01-TALF00066

| By Overnight, Certified or Registered Mail<br>(If mail, postmarked no later than your Re-Review or Reconsideration deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Re-Review or Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| By Facsimile<br>(Sent no later than 12:00 midnight local time on your Re-Review or Reconsideration deadline) | (888) 524-1583 |
| By Email<br>(Sent no later than 12:00 midnight local time on your Re-Review or Reconsideration deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| Visit a Claimant Assistance Center<br>(Delivered no later than your Re-Review or Reconsideration deadline) | You may take the required information or documents to a Claimant Assistance Center. |

Claimant ID: 100104880
Claim ID: 54566
The_Andry_Law_Firm-000268

SM-01-TALF00067

## EXPLANATION OF CLAIM ATTACHMENT

### A. CLAIMANT SUMMARY

| Industry Designation | Non-Tourism | Optimum Benchmark Period | 2009 Only Benchmark Period |
|---|---|---|---|
| Economic Loss Zone | Zone B | Optimum Step 1 Compensation Period | July 2010 to December 2010 |
| Risk Transfer Premium | 1.25 | Optimum Step 2 Compensation Period | July 2010 to December 2010 |

### B. TOTAL CALCULATED LOSS SUMMARY

The compensation framework for Business Economic Loss claims compares the actual profit of a business during a defined post-Spill period in 2010 to the profit that the business might have expected to earn in the comparable post-Spill period of 2010. The compensation calculation is divided into two steps. Total Compensation is calculated by adding Step 1 Compensation and Step 2 Compensation, applying the appropriate Risk Transfer Premium based on your Industry Designation and Economic Loss Zone, and subtracting any applicable payments you have received from BP or the GCCF pursuant to BP's OPA claims process, as well as any VoO Settlement Payment Offset and VoO Earned Income Offset. The Step 1 Compensation Calculation and Step 2 Compensation Calculation are illustrated in greater detail below in Sections C and D, respectively.

We have reviewed all the documentation and information you submitted to determine the Benchmark Period and Compensation Periods that maximize your recovery, even if those periods differ from the periods you selected. These are the Optimum Benchmark Period, Optimum Step 1 Compensation Period and Optimum Step 2 Compensation Period set forth in Section A above. Column A below shows the actual calculation of your Total Calculated Loss, based on the most beneficial Benchmark and Compensation Periods. Column B below shows a hypothetical calculation of what your Total Net Compensation would have been if we had used the Benchmark and Compensation Periods that you selected on the Claim Form. If you left these selections on the Claim Form blank or selected "Claims Administrator Selected Benchmark Period," then Column B defaults to "Not Selected."

To view a copy of the Compensation Calculation Schedules prepared by DWH Accountants that illustrate this calculation in even greater detail, you can click the View button on the Eligibility Notice screen on the DWH Portal. If you do not use the DWH Portal, you must call the Claimant Communications Center at 1-800-353-1262 to request a copy of this document.

| | Total Compensation | (A) Claims Administrator Selected Periods | (B) Claimant Selected Periods |
|---|---|---|---|
| 1. | **Step 1 Compensation:** from Row 7 in Section C, Step 1 Net Compensation | $2,969,525.29 | $2,969,525.29 |
| 2. | **Step 2 Compensation:** from Row 7 in Section D, Step 2 Net Compensation | $429,906.86 | $429,906.86 |
| 3. | **Compensation Amount:** sum of Rows 1 and 2 | $3,399,432.15 | $3,399,432.15 |
| 4. | **Risk Transfer Premium:** | 1.25 | |
| 5. | **Risk Transfer Premium Amount:** Row 3 times Row 4 | $4,249,290.19 | $4,249,290.19 |
| 6. | **Accounting Support Reimbursement:** See Claimant Accounting Support Reimbursement Attachment for additional details, if applicable. | $0.00 | |
| 7. | **Compensation Prior to Offsets:** sum of Rows 3, 5 and 6 | $7,648,722.34 | $7,648,722.34 |
| 8. | **Less Offsets:** | $0.00 | |

Claimant ID: 100104880
Claim ID: 54566
The_Andry_Law_Firm-000269

SM-01-TALF00068

| | | | |
|---|---|---|---|
| | BP Payments Offset of $0.00 | | |
| | Real Estate Fund Payments Offset of $0.00 | | |
| | GCCF Payments Offset of $0.00 | | |
| | VoO Settlement Payment Offset of $0.00. If you received an Eligibility Notice from the Settlement Program for a VoO Charter Payment claim, this is 50% of the Total Compensation Amount in that Notice. | | |
| | VoO Earned Income Offset of $0.00. If you received payment from the VoO Program, this is 33% of that amount. | | |
| 9. | Total Compensation Amount: Row 7 minus Row 8 | $7,648,722.34 | $7,648,722.34 |

### C. STEP 1 COMPENSATION CALCULATION

The Step 1 Compensation calculation compensates claimants for any reduction in profit between the Step 1 Compensation Period and the comparable months of the Benchmark Period. We determined your Step 1 Net Compensation by calculating the difference in Variable Profit between the Optimum Step 1 Compensation Period and the Variable Profit over the comparable months of the Optimum Benchmark Period. The Step 1 Compensation Period must include three or more consecutive months between May and December 2010.

#### Step 1 Net Compensation

| | Month | Benchmark Period Variable Profit (a) | 2010 Compensation Period Variable Profit (b) | Step 1: Lost Variable Profit (c) = (a) − (b) |
|---|---|---|---|---|
| 1. | Jul | $109,357.41 | $29,229.93 | $80,127.48 |
| 2. | Aug | $35,307.89 | $20,943.31 | $14,364.58 |
| 3. | Sep | $41,194.22 | $0.00 | $41,194.22 |
| 4. | Oct | $1,191,677.58 | $585,235.15 | $606,442.43 |
| 5. | Nov | ($18,006.08) | $2,191.75 | ($20,197.83) |
| 6. | Dec | $2,308,053.16 | $60,458.75 | $2,247,594.41 |
| 7. | Total | $3,667,584.18 | $698,058.89 | $2,969,525.29 |

#### Benchmark Period: 2009 Only Benchmark Period

| | Month | Revenues (a) | Variable Expenses (b) | Variable Profit (c) = (a) − (b) |
|---|---|---|---|---|
| 1. | Jul | $134,905.03 | $25,547.62 | $109,357.41 |
| 2. | Aug | $89,154.44 | $53,846.55 | $35,307.89 |
| 3. | Sep | $60,966.66 | $19,772.44 | $41,194.22 |
| 4. | Oct | $1,248,344.74 | $56,667.16 | $1,191,677.58 |
| 5. | Nov | $34,628.91 | $52,634.99 | ($18,006.08) |

Claimant ID: 100104880
Claim ID: 54566
The_Andry_Law_Firm-000270

SM-01-TALF00069

| | | | | |
|---|---|---|---|---|
| 6. | Dec | $2,493,396.07 | $185,342.91 | $2,308,053.16 |
| 7. | **Total** | $4,061,395.85 | $393,811.67 | $3,667,584.18 |

| Compensation Period 2010 | | | | |
|---|---|---|---|---|
| | **Month** | **Revenues**<br>**(a)** | **Variable Expenses**<br>**(b)** | **Variable Profit**<br>**(c) = (a) – (b)** |
| 1. | Jul | $29,418.58 | $188.65 | $29,229.93 |
| 2. | Aug | $20,943.31 | $0.00 | $20,943.31 |
| 3. | Sep | $0.00 | $0.00 | $0.00 |
| 4. | Oct | $593,990.27 | $8,755.12 | $585,235.15 |
| 5. | Nov | $2,191.75 | $0.00 | $2,191.75 |
| 6. | Dec | $60,458.75 | $0.00 | $60,458.75 |
| 7. | **Total** | $707,002.66 | $8,943.77 | $698,058.89 |

## D. STEP 2 COMPENSATION CALCULATION

The Step 2 Compensation calculation compensates claimants for lost incremental profits the claimant might have been expected to generate in the absence of the Spill relative to variable profit from the Benchmark Period. This calculation reflects a Claimant-Specific Factor (not to fall below -2% or exceed +10%) that captures growth or decline in the pre-Spill months of 2010 compared to the comparable months of the Benchmark Period, and a General Adjustment Factor of 2%. We calculated your Step 2 Net Compensation by multiplying your monthly revenues from the Optimum Benchmark Period by the sum of your Claimant-Specific Factor and the General Adjustment Factor to yield Incremental Revenue. We then multiplied Incremental Revenue by a Variable Margin Percentage to determine your Step 2 Variable Lost Profit.

Please note that for purposes of the Step 2 Compensation, claimants that commenced operations during the optimal Benchmark Period will be limited to a General Adjustment Factor of 2%. The Settlement Program will not apply an additional Claimant-Specific Factor to such claims.

| Step 2 Net Compensation | | | | | | |
|---|---|---|---|---|---|---|
| | **Month** | **Revenues** | | | **Variable Margin %**<br>**(e)** | **Step 2:**<br>**Lost Variable Profit**<br>**(f) = (d) x (e)** |
| | | **Benchmark Period**<br>**(a)** | **Claimant Specific Factor**<br>**(b)** | **General Adjustment Factor**<br>**(c)** | **Incremental Revenue**<br>**(d) = (a) x (b + c)** | | |
| 1. | Jul | $134,905.03 | 10.00% | 2.00% | $16,188.60 | 88.21% | $14,279.96 |
| 2. | Aug | $89,154.44 | 10.00% | 2.00% | $10,698.53 | 88.21% | $9,437.17 |
| 3. | Sep | $60,966.66 | 10.00% | 2.00% | $7,316.00 | 88.21% | $6,453.44 |
| 4. | Oct | $1,248,344.74 | 10.00% | 2.00% | $149,801.37 | 88.21% | $132,139.79 |
| 5. | Nov | $34,628.91 | 10.00% | 2.00% | $4,155.47 | 88.21% | $3,665.54 |

Claimant ID: 100104880
Claim ID: 54566
The_Andry_Law_Firm-000271

SM-01-TALF00070

| 6. | Dec | $2,493,396.07 | 10.00% | 2.00% | $299,207.53 | 88.21% | $263,930.96 |
| 7. | Total | $4,061,395.85 | 10.00% | 2.00% | $487,367.50 | 88.21% | $429,906.86 |

| | Claimant-Specific Factor Calculation | | | | | |
|---|---|---|---|---|---|---|
| | | January | February | March | April | Total |
| 1. | Benchmark Period Revenue: | $475,362.00 | $7,039.33 | $75,408.75 | $119,553.61 | $677,363.69 |
| 2. | 2010 Revenue: | $3,665,417.78 | $20,736.27 | $145,107.22 | $120,732.48 | $3,951,993.75 |
| 3. | Revenue Increase (Decrease) Between 2010 and Benchmark Period : Row 2 minus Row 1 | | | | | $3,274,630.06 |
| 4. | Pre-Loss 4-Month Trend: Row 3 divided by Row 1 | | | | | 483.44% |
| 5. | Calculated Claimant-Specific Factor: | | | | | 483.44% |
| 6. | Applied Claimant-Specific Factor: Minimum of -2% and Maximum of +10% | | | | | 10.00% |

Claimant ID: 100104880
Claim ID: 54566
The_Andry_Law_Firm-000272

SM-01-TALF00071

## RE-REVIEW OR RECONSIDERATION REQUEST FORM

### DATE OF ELIGIBILITY NOTICE: March 20, 2013
### DEADLINE TO SUBMIT FORM:  April 19, 2013

### I.  CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last/ Name of Business | First | Middle |
|---|---|---|---|
| | Andry Law Firm | | |
| Claimant ID | 100104880 | Claim ID | 54566 |
| Claim Type | Business Economic Loss | | |

### II. OPTIONS FOR RE-REVIEW OR RECONSIDERATION

After receiving this Eligibility Notice, if you choose not to accept your Award Amount, you have the option to seek Re-Review or Reconsideration, which will result in a new review of your claim based on the additional documents you submit or new information you provide on this Form.

**A. Re-Review.** Re-Review is available to you if one or both of the following applies:  (1) you have additional documents to submit in support of your claim; and/or (2) you have filed an IEL, BEL or Seafood claim and want your claim reviewed for Claimant Accounting Support Reimbursement.  If you select Re-Review, we will review your claim again and you will maintain your Reconsideration rights after you receive your Post-Re-Review Eligibility Notice.

**B. Reconsideration.** Reconsideration is available to you even if you do not have additional documents to submit if you believe the Settlement Program: (1) made a Calculation Error; (2) failed to take into account relevant information or data; (3) failed to follow the standards in the Settlement Agreement; or (4) made incorrect deductions for prior BP/GCCF payments.

Use this Form to request Re-Review in Section III.A or Reconsideration in Section III.B.  **NOTE** that by requesting Re-review or Reconsideration you are certifying that you understand that the outcome could change the eligibility of your claim and that your Settlement Payment could increase, decrease or stay the same.

### III. REQUEST FOR RE-REVIEW OR RECONSIDERATION

#### A.  RE-REVIEW OPTIONS

You may select one or both Re-Review options below, if they are applicable to you.

| | |
|---|---|
| ☐ | I request Re-Review of my entire claim instead of Reconsideration and certify that I am providing additional documents in support of my claim.  I understand that if I have not submitted new documents at the time of the review the Settlement Program will perform a Reconsideration review, followed only by the option to appeal if I remain dissatisfied with the outcome. |
| ☐ | I request Re-Review for reimbursement for Claimant Accounting Support ("CAS"). By choosing this option, the Settlement Program will only review my claim relating to CAS reimbursement.  CAS is only available for IEL, BEL and Seafood claims. |

Provide any additional information you would like the reviewer to have for the Re-Review request (You may attach additional sheets if necessary):

#### B.  RECONSIDERATION OPTIONS

PAY-3 v.1

WWW.DEEPWATERHORIZONECONOMICSETTLEMENT.COM
Page 10 of 11

Claimant ID: 100104880
Claim ID: 54566
The_Andry_Law_Firm-000273

SM-01-TALF00072

☐    I request **Reconsideration** instead of Re-Review and understand that I may provide additional documentation in support of my claim.  I understand that if I remain dissatisfied with the outcome of the claim following Reconsideration, my only option is to appeal the claim. Select the reason(s) you are requesting Reconsideration from the options below.

        ☐     Calculation Error

        ☐     Failure to take into account relevant information or data

        ☐     Failure to follow the standards in the Settlement Agreement

        ☐     Incorrect deductions from prior BP/GCCF payments

        ☐     Incorrectly Calculated Claimant Accounting Support Reimbursement

Provide any additional information you would like the reviewer to have for your Reconsideration request (You may attach additional sheets if necessary):

## IV. HOW TO SUBMIT THIS FORM

Submit your **Re-Review or Reconsideration Request Form** online with any accompanying documents by uploading them to the DWH Portal.  If you do not use the DWH Portal, you may submit your request in any of the following ways, but be sure to write your Claimant ID on the top page of all the documents you submit.

| | |
|---|---|
| **By Mail**<br>(Postmarked no later than your Re-Review or Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail**<br>(If mail, postmarked no later than your Re-Review or Reconsideration deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Re-Review or Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your Re-Review or Reconsideration deadline) | (888) 524-1583 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your Re-Review or Reconsideration deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center**<br>(Delivered no later than your Re-Review or Reconsideration deadline) | You may take the required information or documents to a Claimant Assistance Center. |

# INSTRUCTIONS FOR COMPLETING THE FULL AND FINAL RELEASE, SETTLEMENT, AND COVENANT NOT TO SUE

This is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We processed your claim and determined that you qualify for a Settlement Payment ("Payment") for one or more of the claims you submitted. To receive your Payment, you must sign the attached Full and Final Release, Settlement, and Covenant Not to Sue ("Release") and return it to us.

| | |
|---|---|
| 1. | **Release Cover Sheet.** The Release Cover Sheet contains information you previously submitted. If any of the information on the Release Cover Sheet is incorrect or missing, correct or provide the missing information directly on the Release Cover Sheet and return it to us using one of the methods set out in Section 8 below. |
| 2. | **Required Signatures for Individual Claimants.** You must sign this Release personally in three places—Page 3, Page 14, and Page 20. If you are married, your spouse must sign personally in each place as well. If you are signing as the personal representative, guardian, trustee or other authorized representative of an individual claimant, or if you are the bankruptcy Trustee for a claimant who is a party in an open bankruptcy proceeding, sign the claimant's name and your name in the claimant signature section. The signature must read "[claimant's name], by [your signature]." Also complete Section III of the Release Cover Sheet and submit to us the required documentation demonstrating your authority to sign on behalf of the claimant, if you have not already done so. |
| 3. | **Required Signatures for Business Claimants.** Business Claimants must designate an authorized signatory who may sign on behalf of the business. The authorized signatory must sign in three places—Page 3, Page 14, and Page 20. If the business is a sole proprietorship and the sole proprietor is married, or if spouses jointly own a business and filed a claim for that business, both spouses must sign in each place as well. If you are signing as the trustee or authorized representative for a dissolved business or a business that is the current subject of an open bankruptcy proceeding, print the business's claimant's name and then sign your name in the claimant signature section. The signature must read "[business name], by [signer's name]." Also complete Section III of the Release Cover Sheet and submit the required documentation demonstrating your authority to sign on behalf of the claimant, if you have not already done so. |
| 4. | **Consult with your Attorney.** The Release affects your legal rights, and by signing the Release you are giving up your right to sue BP and other parties. Read these Instructions and the Important Information section before signing this Release. If you are represented by an attorney in connection with your claim, consult with your attorney regarding the terms of the Release. |
| 5. | **Original Release Required.** Return the original, signed Release to us. We cannot accept facsimiles, PDFs, or copies of a signed Release. You must return all 20 pages of the Release (the Cover Page through Attachment B) before we can pay your claim. |
| 6. | **No Modifications and No Deletions.** Do not strike through or otherwise try to alter any of the language in the Release, except for corrections to information that you make on the Release Cover Sheet. If you alter the Release or fail to submit all 20 pages of the Release, we will not be able to pay your claim. No contractual agreement to settle your claim arises until we receive a properly signed Release. |
| 7. | **Additional Requirements for Claimants Electing Structured Settlements.** If you are electing to receive a structured settlement for all or part of your Payment, then you must follow the instructions on your Eligibility Notice. A Court-approved structured settlement broker must submit this Release to the Claims Administrator on your behalf, together with Attachment C (which contains terms and requirements applicable to structured settlements). If you fail to follow the instructions on your Eligibility Notice, or if this Release and Attachment C to the Release (including all required signatures, information and documentation) are not submitted on your behalf by a Court-approved structured settlement broker by the Deadline Date on your Eligibility Notice, then you will not be eligible to receive a structured settlement. |

Claimant ID: 100104880
Claim ID: 54566
The_Andry_Law_Firm-000275

SM-01-TALF00074

GILBERT V. ANDRY, IV†
JONATHAN B. ANDRY*



*Also admitted in Colorado & Texas
†LLM in Energy and Environmental Law

TOLL FREE 1.800.536.8899

CHALMETTE 504.276.8899

BELLE CHASSE 504.366.8899

610 BARONNE STREET   |   NEW ORLEANS   |   LOUISIANA 70113   |   TELEPHONE 504.586.8899   |   FAX 504.586.8911

July 18, 2013

**VIA OVERNIGHT DELIVERY:**
Deepwater Horizon Economic Claims Center
c/o Claims Administrator
42548 Happy Woods Road
Hammond, LA 70403

     Re: Claimant Name: Andry Law Firm
       Claimant I.D.:  100104880
       Claim I.D.:   54566

To Whom It May Concern:

    Enclosed herewith, please find the *original*, executed Full and Final Release, Settlement, and Covenant Not to Sue for the above-referenced claimant, and certification of authorized business representative.

    With kind regards, I remain

          Sincerely,

          Gilbert V. Andry, IV

JBA/ala
Enclosure

SM-01-TALF00123



**DEEPWATER HORIZON
CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

## Certification of Authorized Business Representative

### A. Claimant Information

| | |
|---|---|
| **Name of Business** | ANDRY LAW FIRM LLC |
| **DBA Name, if applicable** | |
| **Deepwater Horizon Settlement Program Claimant Number** | 1 0 0 1 0 4 8 8 0 |

### B. Business Representative Status

To receive payment under the Settlement Program, the claimant or authorized business representative must sign a Full and Final Release, Settlement, and Covenant Not to Sue ("Release"). Use this form in the following situations to update the authorized business representative's name and/or title, if applicable:

(1) The authorized business representative has changed from the Registration Form;

(2) The authorized business representative's name was incorrect on the Registration Form;

(3) The authorized business representative signed his/her name and/or title on the Release other than how it appears on the Registration Form or Updated Release Cover Sheet.

Enter the authorized business representative's name and title, if applicable, in the field below. This information needs to match the name and title on the Release exactly to receive payment.

| **Authorized Business Representative's Name** | Last Name ANDRY, IV | First Name GILBERT | Middle Initial V. |
|---|---|---|---|
| **Title, if applicable** | | | |

### C. Signature

By my signature below, I certify and declare pursuant to 28 U.S.C. Section 1746 that the information provided in this Certification of Authorized Business Representative is true and accurate to the best of my knowledge.

An attorney may sign his or her name on behalf of the claimant if the claimant has authorized the attorney in a Power of Attorney Agreement, a retainer agreement, or other document signed by the claimant in which the claimant has authorized the attorney or law firm to pursue claims for the claimant arising out of the Deepwater Horizon Incident. If the attorney chooses this option, the attorney must either submit, or have already submitted, a PDF of the signed authorization from the claimant before the signature can be accepted. If the attorney does not have a signed authorization from the claimant, the attorney may use the Power of Attorney Form created by the Claims Administrator for this purpose (POA-1), which is available using the Forms section of the website, www.deepwaterhorizonsettlements.com. **We do not require signatures from both the attorney and the claimant.**

As the authorized attorney, by signing below, you are certifying that you have the required written authorization from the claimant to pursue claims for the claimant arising out of the Deepwater Horizon Incident on their behalf and have submitted this authorization.

| **Claimant's Signature** | *[signature]* | **Date** | 7/18/13 |
|---|---|---|---|
| | | | (Month/Day/Year) |

GEN-5
v.1
412181

WWW.DEEPWATERHORIZONECONOMICSETTLEMENT.COM
Page 1 of 2

Claimant ID:
Claim ID:

SM-01-TALF00124



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

## POST-APPEAL ELIGIBILITY NOTICE
### DATE OF NOTICE: June 7, 2013

### I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last/Name of Business<br>Andry Law Firm | First | Middle |
|---|---|---|---|
| **Claimant ID** | 100104880 | **Claim ID** | 54566 |
| **Claim Type** | Business Economic Loss | | |

### II. COMPENSATION AND PAYMENT DETERMINATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. You or BP appealed the Compensation Amount initially offered after we reviewed your claim. The Appeal process is complete and the Post-Appeal Compensation Amount in Row 1 below is the Settlement Program's final decision on your claim. The following provides a breakdown of the factors relevant to your payment.

| | | |
|---|---|---|
| 1. | Post-Appeal Compensation Amount: | $3,399,432.15 |
| 2. | 5% Review Cost: If you prevailed on your Appeal you will receive a 5% increase in the Post-Appeal Compensation Amount. | $169,971.61 |
| 3. | Filing Fee Adjustment: This amount is the 5% reduction in the pre-RTP Compensation Amount that you agreed to pay if you did not prevail in the appeal. If you did not prevail and this amount is zero, you have already paid your filing fee and your pre-RTP Compensation Amount will not be reduced. | $0.00 |
| 4. | Risk Transfer Premium Multiplier: | 1.25 |
| 5. | Risk Transfer Premium Amount: This amount is your Post- Appeal Compensation Amount multiplied by the Risk Transfer Premium Multiplier. This amount will be added to your Post- Appeal Compensation Amount. | $4,249,290.19 |
| 6. | Total Compensation Amount: | $7,818,693.95 |
| 7. | 40% of Prior Transition Offer, if Applicable: | $0.00 |
| 8. | Filing Fee Refund: This is the refund of the appeal filing fee if you paid. We will only refund this fee if you prevailed in the appeal. | $0.00 |
| 9. | Award Amount: Higher of 40% Amount or Final Claimant Compensation, subject to any applicable liens. | $7,818,693.95 |

SM-01-TALF00126

## III. RELEASE AND PAYMENT

Because you have not received a Payment from the Settlement Program you must complete, sign and return the attached Full and Final Release, Settlement, and Covenant Not to Sue ("Release") in order to receive payment. An original of the Release bearing the claimant's signature is required. We will not accept photocopies of the claimant's signature.

After signing your Release and receiving a payment on your first claim, you will have 180 days from the date we mail or wire your initial payment to file any additional claims you wish to pursue pursuant to Section 4.4.8 of the Settlement Program. You will waive all rights to future claims if you do not submit additional claims within this 180-day window. However, if you are filing a claim in the Seafood Compensation Program, you must have filed all Seafood-related claims no later than January 22, 2013.

If you have any questions about your options or this Notice, you may call the Claimant Communication Center at 1-800-353-1262, send an email to **Questions@dhecc.com**, or visit a Claimant Assistance Center.

## IV. OPTION TO ELECT A STRUCTURED SETTLEMENT

You may be able to place some or all of your Award Amount into a structured settlement to receive multiple payments spread out over more than one year (the "Structured Settlement Option"). You should consult your own tax adviser regarding whether you should consider that Structured Settlement Option, and the tax, financial and other consequences of the Structured Settlement Option.

If you want more information on the Structured Settlement Option, go to **www.deepwaterhorizoneconomicsettlement.com/structuredsettlement.php** or call the Claimant Communications Center at 1-800-353-1262. IF YOU WISH TO BE PAID USING THE STRUCTURED SETTLEMENT OPTION, DO NOT SIGN OR RETURN THE RELEASE SENT TO YOU WITH THIS NOTICE AT THIS TIME. Instead, a Court-approved structured settlement broker will help you assemble the paperwork necessary to elect the Structured Settlement Option and that broker will send your completed paperwork to the Claims Administrator (this paperwork will include an additional document that will be **Attachment C** to, and submitted at the same time as, your Release). If this paperwork is not submitted on your behalf by a Court approved structured settlement broker within 30 days from the date shown on this Notice, the Claims Administrator will consider that you have accepted your Award Amount to be paid in a lump sum and that you do not want a Structured Settlement Option for this Award Amount.

## V. DECEASED, MINOR AND INCOMPETENT CLAIMANTS

If you accept your Award Amount and the claimant on whose behalf this claim was asserted is deceased, a minor, or incompetent, depending upon the law of the state where the claimant lived or lives now, you may be required to get court approval of this accepted settlement and submit a copy of an official court document proving that the person signing the Release has the authority to settle this claim on the claimant's behalf if you do not already have such a document, even if we accepted whatever proof you have provided before now as sufficient to allow the claim to move through the claim review process. We will notify you if you need to seek court approval or submit additional proof of authority before payment.

## VI. LIENS

We will deduct any valid outstanding liens we have received, along with any other deductions required by state or federal law or by any court order from Your Award Amount identified in Section II of this Notice before issuing payment. If we have received a valid lien against your claim(s), the Notice of Lien Withholding Attachment included with this Notice provides details on that lien and how it affects your Award Amount. If we receive a valid lien or notice of another required deduction after you accept your Award Amount but before we issue the payment on your claim, we will deduct the lien amount from your payment.

## VII. ACCOUNTING SUPPORT REIMBURSEMENT

You are eligible to receive reimbursement for reasonable and necessary accounting fees related to claims preparation. Reimbursement is limited to the accounting services necessary to complete the Claim Form or prepare supporting documentation. You will be reimbursed for accounting fees based on the actual fees incurred.

SM-01-TALF00127

For business claims over $50,000, total accounting fees may not exceed 2% of the Compensation Amount (excluding any applicable Risk Transfer Premium). · Accounting fees for all other claims less than or equal to $50,000 are limited to $1,000. All business claims, regardless of the Compensation Amount, shall be subject to an overall accounting support reimbursement limit of $50,000.

## VIII. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

If you have any questions about this Notice or the status of your claim(s) or for help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, you should call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com**.

## IX. HOW TO RESPOND TO THIS NOTICE

Submit your *original* hard copy, signed **Release** bearing the claimant's signature by Mail, Overnight Certified or Registered Mail, or by visiting a Claimant Assistance Center. If you have already submitted a signed Release, you do not need to submit another Release to receive a payment on this claim.

| By Mail | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
|---|---|
| By Overnight, Certified or Registered Mail | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| Visit a Claimant Assistance Center | You may take the required information or documents to a Claimant Assistance Center. |



SM-01-TALF00128

## INSTRUCTIONS FOR COMPLETING THE FULL AND FINAL RELEASE, SETTLEMENT, AND COVENANT NOT TO SUE

This is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program"). We processed your claim and determined that you qualify for a Settlement Payment ("Payment") for one or more of the claims you submitted. To receive your Payment, you must sign the attached Full and Final Release, Settlement, and Covenant Not to Sue ("Release") and return it to us.

| | |
|---|---|
| 1. | *Release Cover Sheet.* The Release Cover Sheet contains information you previously submitted. If any of the information on the Release Cover Sheet is incorrect or missing, correct or provide the missing information directly on the Release Cover Sheet and return it to us using one of the methods set out in Section 8 below. |
| 2. | *Required Signatures for Individual Claimants.* You must sign this Release personally in three places—Page 3, Page 14, and Page 20. If you are married, your spouse must sign personally in each place as well. If you are signing as the personal representative, guardian, trustee or other authorized representative of an individual claimant, or if you are the bankruptcy Trustee for a claimant who is a party in an open bankruptcy proceeding, sign the claimant's name and your name in the claimant signature section. The signature must read "[claimant's name], by [your signature]." Also complete Section III of the Release Cover Sheet and submit to us the required documentation demonstrating your authority to sign on behalf of the claimant, if you have not already done so. |
| 3. | *Required Signatures for Business Claimants.* Business Claimants must designate an authorized signatory who may sign on behalf of the business. The authorized signatory must sign in three places—Page 3, Page 14, and Page 20. If the business is a sole proprietorship and the sole proprietor is married, or if spouses jointly own a business and filed a claim for that business, both spouses must sign in each place as well. If you are signing as the trustee or authorized representative for a dissolved business or a business that is the current subject of an open bankruptcy proceeding, print the business's claimant's name and then sign your name in the claimant signature section. The signature must read "[business name], by [signer's name]." Also complete Section III of the Release Cover Sheet and submit the required documentation demonstrating your authority to sign on behalf of the claimant, if you have not already done so. |
| 4. | *Consult with your Attorney.* The Release affects your legal rights, and by signing the Release you are giving up your right to sue BP and other parties. Read these Instructions and the Important Information section before signing this Release. If you are represented by an attorney in connection with your claim, consult with your attorney regarding the terms of the Release. |
| 5. | *Original Release Required.* Return the original, signed Release to us. We cannot accept facsimiles, PDFs, or copies of a signed Release. You must return all 20 pages of the Release (the Cover Page through Attachment B) before we can pay your claim. |
| 6. | *No Modifications and No Deletions.* Do not strike through or otherwise try to alter any of the language in the Release, except for corrections to information that you make on the Release Cover Sheet. If you alter the Release or fail to submit all 20 pages of the Release, we will not be able to pay your claim. No contractual agreement to settle your claim arises until we receive a properly signed Release. |
| 7. | *Additional Requirements for Claimants Electing Structured Settlements.* If you are electing to receive a structured settlement for all or part of your Payment, then you must follow the instructions on your Eligibility Notice. A Court-approved structured settlement broker must submit this Release to the Claims Administrator on your behalf, together with Attachment C (which contains terms and requirements applicable to structured settlements). If you fail to follow the instructions on your Eligibility Notice, or if this Release and Attachment C to the Release (including all required signatures, information and documentation) are not submitted on your behalf by a Court-approved structured settlement broker by the Deadline Date on your Eligibility Notice, then you will not be eligible to receive a structured settlement. |

SM-01-TALF00129

| | |
|---|---|
| 8. | ***Submission of Original Signed Release.*** Submit the entire original signed Release and any required documentation in one of the following ways:<br><br>**By Mail:**<br>Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439<br><br>**By Overnight Delivery, Certified or Registered Mail**<br>Deepwater Horizon Economic Claims Center<br>c/o Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403<br><br>**Visit a Claimant Assistance Center:**<br>You may take the signed Release to a Claimant Assistance Center.<br>Visit **www.deepwaterhorizoneconomicsettlement.com** for a list of Claimant Assistance Centers or call 1-866-992-6174. |

Claimant ID: 100104880

Claim ID: 54566

SM-01-TALF00130

FedEx Ship Manager - Print Your Label(s)                                    Page 1 of 1

From: (504) 586-5050          Origin ID: NEWA
Patrick S. McGoey
Schonekas, Winsberg, Evans & McGoey
909 Poydras Street
Suite 1600
NEW ORLEANS, LA 70112

Ship Date: 19JUL13
ActWgt: 0.5 LB
CAD: 1455305/INET3370

Delivery Address Bar Code

SHIP TO: (866) 992-6174          BILL SENDER
**Claims Administrator**
**Deepwater Horizon Economic Claims C**
42548 HAPPYWOODS RD

HAMMOND, LA 70403

Ref # Andry BP
Invoice #
PO #
Dept #

MON - 22 JUL 3:00P
STANDARD OVERNIGHT

TRK#   7962 7264 8582
0201

**42 BTRA**

70403
LA-US
MSY

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

SM-01-TALF00131

9/2/13                                                                                    Events/Notices



# DEEPWATER HORIZON
# CLAIMS CENTER
### ECONOMIC & PROPERTY DAMAGE CLAIMS

| Home |
| Results Search |
| Policy Keeper |
| Law Firm Search |
| Reporting |
| Change Password / Email |
| Log Off |

## Events/Notices

<< Back

### Claimant Information

Claimant ID: 100104880
GCCF Claimant ID:
Taxpayer Type: Business
SSN/EIN: *****9609
Represented By: Pro Se
Portal User: Yes

Name:
Business: Andry Law Firm
Address: 610 Baronne Street
New Orleans LA 70113
Preferred Language: English

### Claim Information

Claim ID: 54566
Claim Type: Business Economic Loss
Claimed Benchmark Period: 2009

Business name: The Andry Law Firm, LLC
Address: 610 Baronne Street, New Orleans, LA, 70113

[Claim Review History]

### Events/Notices

| Event | Event Date | Response Deadline | View Date | User |
|---|---|---|---|---|
| Claim Payment Documentation Accepted | 07/29/2013 | | | |
| Post Appeal Award Offer Accepted | 07/25/2013 | | | |
| Post Appeal Eligibility Notice | 06/07/2013 | | 07/09/2013 | SystemAdmin, GCG |
| Appeal Panel Decision Notice | 06/04/2013 | | 07/09/2013 | SystemAdmin, GCG |
| Final Proposals Notice | 05/16/2013 | 05/21/2013 | 07/17/2013 | Andry, Jonathan |
| BP Submitted Final Proposal for Appeal | 05/06/2013 | | | |
| Deadline for Claimant Final Proposal Expired – Default Value Used | 05/06/2013 | | | |
| Initial Proposals Notice | 05/02/2013 | 05/05/2013 | | |
| BP Submitted Initial Proposal for Appeal | 04/25/2013 | | | |
| Claimant Submitted Initial Proposal for Appeal | 04/25/2013 | | | |
| BP Appeal of Eligibility Notice | 04/10/2013 | | 07/09/2013 | SystemAdmin, GCG |
| BP Requested Payment Appeal | 04/09/2013 | | | |
| Offer Accepted / Claimant Waives Right to Reconsideration | 03/22/2013 | | | |
| Eligibility Notice | 03/20/2013 | | | |
| Accountant Reviewer Elected to Continue Review upon Receipt of New Documents or Edit to Claimed Benchmark Period | 03/19/2013 | | | |
| Accountant QA Review | 03/12/2013 | | | |
| Accountant Initial Review | 03/07/2013 | | | |
| Accountant Initial Review | 03/07/2013 | | | |
| Claim Deadline Extended | 03/04/2013 | | | |
| Manual Override of Established Process for Claim | 02/12/2013 | | | |
| Response to Incompleteness Notice Received | 12/13/2012 | | | |
| Accountant Initial Review | 12/13/2012 | | | |
| Incompleteness Notice | 12/12/2012 | 04/03/2013 | 07/09/2013 | SystemAdmin, GCG |
| Manual Override of Established Process for Claim | 12/04/2012 | | | |
| Accountant Initial Review | 12/03/2012 | | | |
| Claims Review | 12/03/2012 | | | |
| Claim Form Submitted | 08/14/2012 | | | |

[Close]

SM-01-TALF00132

CC: "DDuval@dheclaims.com" <DDuval@dheclaims.com>,
"'appealscoordinator@dhecc.com'" <appealscoordinator@dhecc.com>
Subject: Andry Law Firm - Initial Propsal with Memorandum - Claimant ID:
100104880
Date: Thu, 25 Apr 2013 23:28:47 +0000
To: "'ClaimForms@deepwaterhorizoneconomicsettlement.com'"
<ClaimForms@deepwaterhorizoneconomicsettlement.com>
From: Kailey LeBoeuf <KLeboeuf@andrylawgroup.com>
Transaction Date (UTC): 2013-04-25 23:30:05
Original Requestor: KLeboeuf@andrylawgroup.com



To whom it may concern:

Please find attached Andry Law Firm's Initial Proposal with Memorandum
(Claimant ID: 100104880).  Please let me know if you have any issues with the
attachment.  Thanks.

Sincerely,

Kailey

Kailey L. LeBoeuf, Esq.
Andry Lerner, L.L.C.
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: 504-525-5535
Facsimile: 504-586-8933
E-Mail: kleboeuf@andrylawgroup.com


CONFIDENTIALITY NOTICE:  This e-mail transmission (and the documents
accompanying it) may contain confidential information belonging to the sender
which is protected by the attorney-client privilege.  It is intended only for
use by the person(s) to whom it is addressed.  If you are not the intended
recipient, you are hereby notified that any disclosure, copying, distribution
of or the taking of any action in reliance on the contents of this
information is strictly prohibited.  If you have received this transmission
in error, please notify us immediately by telephone to arrange for the return
of the documents.

SM-01-TALF00133



**DEEPWATER HORIZON**
# CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

## INITIAL PROPOSAL FORM
### DATE OF NOTICE OF BP APPEAL: April 10, 2013
### DEADLINE TO SUBMIT INITIAL PROPOSAL FORM: April 25, 2013
## I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last Name of Business | First | Middle |
|---|---|---|---|
| | Andry Law Firm | | |

| Claimant ID | 100104880 | Claim ID | 54566 |
|---|---|---|---|
| Claim Type | Business Economic Loss | | |

## II. INITIAL PROPOSAL AMOUNT

Both parties must submit an Initial Proposal. Enter the value you are proposing as the new Compensation Amount, RTP Multiplier, and/or Prior Payment Offset for the claim. Your Initial Proposal RTP Multiplier should not be a dollar amount, but the factor to be multiplied by the Compensation Amount for certain claim types. The sum is the RTP and is added to the Compensation Amount. Your Initial Proposal Compensation Amount should be the new Compensation Amount you are proposing for the claim. The Settlement Agreement defines Compensation Amount as the "amount awarded to the claimant prior to the addition of any RTP." Accordingly, we will increase any accepted Initial Proposal Compensation Amount by the applicable RTP, if any, and also decrease any accepted Initial Proposal Compensation Amount by any applicable offsets. If we have received notice of any outstanding lien, we will also deduct that applicable amount from the Award Amount. The Compensation Amount, RTP Multiplier, and/or Prior Payment Offset listed on your Eligibility Notice will be considered your Initial Proposal for any field left blank.

If either party accepts the other's Initial Proposal, the Appeals Process will end. If neither party accepts the other's Initial Proposal, and you do not reach a compromise, you must submit a Final Proposal within the deadline listed on the Notice of BP Appeal.

| Initial Proposal Compensation Amount | $3,399,432.15 |
|---|---|
| Initial Proposal RTP Multiplier | 1.25 |
| Initial Proposal Prior Payment Offset | |

## III. CLAIMANT HOME STATE SELECTION

Select your home state. If you do not live in one of these five states, select the state where your injury occurred.

☐ Alabama    ☐ Florida    ☑ Louisiana    ☐ Mississippi    ☐ Texas

## IV. SIGNATURE

| Signature | | Date | 4 / 25 / 2013 (Month/Day/Year) |
|---|---|---|---|
| Printed Name | Last Name ANDRY | First Name Gilbert | Middle Initial V |
| Title (if a business) | Managing Partner, MP | | |

SM-01-TALF00134

| | | | |
|---|---|---|---|
| **Printed Name** | *Gilbert V. Andry IV* | | |
| **Attorney Signature** | | **Date** | __/__/__ <br> (Month/Day/Year) |
| **Printed Name** | | | |
| **Law Firm** | | | |

## D. How to Submit this Form

Submit the signed **Certification of Authorized Business Representative** in one of these ways:

| | |
|---|---|
| **By Mail** | Deepwater Horizon Economic Claims Center <br> PO Box 1439 <br> Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail** | Deepwater Horizon Economic Claims Center <br> Claims Administrator <br> 42548 Happy Woods Road <br> Hammond, LA 70403 |
| **By Facsimile** | (888)524-1583 |
| **By Email** | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center** | You may take the required information or documents to a Claimant Assistance Center. |

SM-01-TALF00125