# Payment of The Andry Law Firm ,LLC Claim

Gibby Andry <gandry@gibbyandrylaw.com>

Wed 6/19/2013 4:07 PM

To:mjj@juneaudavid.com <mjj@juneaudavid.com>;

Dear Mr. Juneau,

The Andry Law Firm, LLC received confirmation after appeal that its claim for $7,818,693.95 was affirmed.  It is my understanding that BP had fourteen days from the date of the panel decision dated June 4, 2013 to ask for discretionary review.  BP failed to do so.  Therefore, The Andry Law Firm claim is due and payable.  Accordingly, The Andry Law Firm respectfully requests that the Claims Administrator pay to The Andry Law Firm $7,818,693.95 without delay.

The Andry Law Firm does not have an interest in any other BP claim.  The Andry Law Firm does not represent and has never represented anyone making a claim against BP.  The Andry Law Firm, LLC claim was filed pro se.

Kindly acknowledge and advise as to when we can expect to receive payment.

Gilbert V. Andry, IV
The Andry Law Firm, LLC



**EXHIBIT**
**B**