## Another law firm hits the jackpot:
## $7 million award from the Gulf Settlement Program.

The numbers are indisputable – law firms are some of the biggest beneficiaries of the Gulf Settlement. Check out this $7 million award to The Andry Law Firm.

Under the settlement, claimants must show losses by comparing their profits before the spill to those after the spill. But The Andry Law Firm's claim had a few problems:

- It depended on the inclusion of a contingency fee from work that took place roughly 10 years earlier, when The Andry Law Firm *didn't even exist.*

- The firm's post-spill "losses" were based on a decision to shift its focus to other businesses and had *no apparent connection to the spill.*

Still, in March 2013, the Gulf Settlement Program awarded The Andry Law Firm **more than $7 million.** However, that huge award was placed on hold when a Court-ordered independent investigation of the Settlement Program by former FBI Director and Federal Judge Louis Freeh revealed even more problems:

- A partner of The Andry Law Firm improperly worked in "concerted action" with a senior Settlement Program lawyer to *expedite the firm's claim.*

- The same senior Settlement Program lawyer concocted an "elaborate and circuitous channel" for the payment and *"laundering" of referral fees* for other claims from that same partner.

Based on the evidence of serious wrongdoing, Judge Freeh recommended that this conduct be referred to the US Attorney's Office for further investigation under criminal statutes.

BP will continue to shine a light on and fight to stop all abuses of the settlement so that the claims process can return to doing what it was intended to do: paying the legitimate claims of people and businesses who suffered real financial losses from the spill.

For more, go to **theStateoftheGulf.com** or follow **@StateoftheGulf.**





EXHIBIT D