## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

      BEFORE ME, the undersigned authority, personally came and appeared:

### GIBBY ANDRY

who, after being duly sworn, did depose and say:

1. The Andry Law Firm, L.L.C. was founded in 2000 and has two members, myself and my brother Jonathan Andry.

2. After the Deepwater Horizon explosion, Jonathan Andry undertook to represent clients in the B.P. litigation by forming The Andry Law Group, L.L.C., and later, Andry Lerner, L.L.C.

3. Out of deference to my brother, and for familial reasons, neither I nor The Andry Law Firm, L.L.C. represented clients in B.P. litigation.

4. The Andry Law Firm, L.L.C. does not represent and has not ever represented clients making claims with the Court Supervised Settlement Program, and does not receive profits from B.P. litigation conducted on behalf of clients by any other entity, and does not have a financial interest in any BP claims other than its own.

5. In the summer of 2012, David Kushner, The Andry Law Firm's CPA, suggested to me that The Andry Law Firm may have a claim based upon the parameters of the B.P. master settlement agreement.

6. Using The Andry Law Firm's financial documents, including monthly financial statements, annual tax returns and payroll documentation, Mr. Kushner independently calculated The Andry Law Firm's claim.

7. Mr. Kushner verified the firm's underlying financial data by reconciling it with the firm's tax returns that were filed with the IRS for each of the relevant years.

8. The Andry Law Firm's own claim, filed pro se, is the only involvement that the Andry Law Firm has had with the Court Supervised Settlement Program

1



EXHIBIT E

9. At no time did I, Jonathan Andry, The Andry Law Firm, L.L.C., or anyone acting on our behalf, ask Lionel Sutton do anything improper, illicit, or illegal in processing the CSSP claim filed by The Andry Law Firm, L.L.C.

10. At no time did Mr. Sutton have any involvement in the processing or handling of The Andry Law Firm claim.

11. The Andry Law Group, L.L.C. and Andry Lerner, L.L.C. are distinct legal entities from The Andry Law Firm, L.L.C. and have operated separately and independently at all times.

12. At no time during the handling of the Andry Law Firm's claim did I, or anyone acting on behalf of the Andry Law Firm, ask Tiger Sutton or Christine Reitano to assist in any way in the handling of the Andry Law Firm claim.

13. Neither I nor the Andry Law Firm, L.L.C. have or ever had a financial interest in Andry Law Group, L.L.C. or Andry Lerner, L.L.C.

_____
Gibby Andry

SWORN TO AND SUBSCRIBED
BEFORE ME THIS __ DAY
OF JULY, 2013.

_____
NOTARY PUBLIC