| Tom Schedler<br>Secretary of State | State of<br>Louisiana<br>Secretary of<br>State | COMMERCIAL DIVISION<br>225.925.4704 |



Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| ANDRY LERNER, L.L.C. | Limited Liability Company | NEW ORLEANS | Active |

**Business:** ANDRY LERNER, L.L.C.
**Charter Number:** 40740465K
**Registration Date:** 2/6/2012
**State Of Origin:**
**Domicile Address**
    610 BARONNE STREET
    NEW ORLEANS, LA 70113
**Mailing Address**
    C/O JONATHAN B. ANDRY
    610 BARONNE STREET
    NEW ORLEANS, LA 70113

## Status

| Status: | Active |
|---|---|
| Annual Report Status: | In Good Standing |
| File Date: | 2/6/2012 |
| Last Report Filed: | 3/8/2013 |
| Type: | Limited Liability Company |

## Registered Agent(s)

| Agent: | JONATHAN B. ANDRY |
|---|---|
| Address 1: | 610 BARONNE STREET |
| City, State, Zip: | NEW ORLEANS, LA 70113 |
| Appointment Date: | 2/6/2012 |

## Officer(s)

Additional Officers: No

| Officer: | JONATHAN B. ANDRY |
|---|---|
| Title: | Manager |
| Address 1: | 610 BARONNE STREET |
| City, State, Zip: | NEW ORLEANS, LA 70113 |
| Officer: | GLEN J. LERNER |



EXHIBIT F

| | |
|---|---|
| **Title:** | Manager |
| **Address 1:** | 4795 SOUTH DURANGO DR. |
| **City, State, Zip:** | LAS VEGAS, NV 89137 |

## Amendments on File

**No Amendments on file**



| Tom Schedler | State of Louisiana | **COMMERCIAL DIVISION** |
| Secretary of State | Secretary of State | 225.925.4704 |



Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| ANDRY LAW GROUP, L.L.C. | Limited Liability Company | NEW ORLEANS | Active |

**Previous Names**

JONATHAN B. ANDRY, ATTORNEY AT LAW, L.L.C. (Changed: 1/7/2011)

**Business:** ANDRY LAW GROUP, L.L.C.
**Charter Number:** 40003775K
**Registration Date:** 9/9/2009
**State Of Origin:**
**Domicile Address**
    610 BARONNE STREET
    NEW ORLEANS, LA 70113
**Mailing Address**
    C/O JONATHAN B. ANDRY
    610 BARONNE STREET
    NEW ORLEANS, LA 70113

## Status

| Status: | Active |
|---|---|
| Annual Report Status: | In Good Standing |
| File Date: | 9/9/2009 |
| Last Report Filed: | 8/29/2013 |
| Type: | Limited Liability Company |

## Registered Agent(s)

| Agent: | JONATHAN ANDRY |
|---|---|
| Address 1: | 610 BARONNE ST |
| City, State, Zip: | NEW ORLEANS, LA 70113 |
| Appointment Date: | 9/9/2009 |

## Officer(s)

Additional Officers: No

| Officer: | JONATHAN ANDRY |
|---|---|
| Title: | Manager, Member |
| Address 1: | 610 BARONNE ST |

**City, State, Zip:** NEW ORLEANS, LA 70113

## Amendments on File (1)

| Description | Date |
|---|---|
| Name Change | 1/7/2011 |

( Print )

| Tom Schedler | State of Louisiana Secretary of State | **COMMERCIAL DIVISION** |
|---|---|---|
| Secretary of State | | 225.925.4704 |



Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| THE ANDRY LAW FIRM, LLC | Limited Liability Company | NEW ORLEANS | Active |

**Business:** THE ANDRY LAW FIRM, LLC
**Charter Number:** 34965485K
**Registration Date:** 7/17/2000
**State Of Origin:**
**Domicile Address**
    828 BARONNE STREET
    NEW ORLEANS, LA 70113
**Mailing Address**
    C/O GILBERT V. ANDRY, IV
    828 BARONNE STREET
    NEW ORLEANS, LA 70113

## Status

| Status: | Active |
|---|---|
| Annual Report Status: | In Good Standing |
| File Date: | 7/17/2000 |
| Last Report Filed: | 6/21/2013 |
| Type: | Limited Liability Company |

## Registered Agent(s)

| Agent: | GILBERT V. ANDRY, IV |
|---|---|
| Address 1: | 828 BARONNE STREET |
| City, State, Zip: | NEW ORLEANS, LA 70113 |
| Appointment Date: | 7/17/2000 |

| Agent: | JONATHAN B. ANDRY |
|---|---|
| Address 1: | 610 BARONNE STREET |
| City, State, Zip: | NEW ORLEANS, LA 70113 |
| Appointment Date: | 7/17/2000 |

## Officer(s)                                              Additional Officers: No

| Officer: | GILBERT V. ANDRY, IV |
|---|---|

| | |
|---|---|
| Title: | Member |
| Address 1: | 828 BARONNE ST. |
| City, State, Zip: | NEW ORLEANS, LA 70113 |

| | |
|---|---|
| Officer: | JONATHAN B. ANDRY |
| Title: | Member |
| Address 1: | 610 BARONNE ST. |
| City, State, Zip: | NEW ORLEANS, LA 70113 |

## Amendments on File (2)

| Description | Date |
|---|---|
| Domestic LLC Agent/Domicile Change | 3/31/2003 |
| Domestic LLC Agent/Domicile Change | 3/18/2005 |

(Print)