| | |
|---|---|
| From: | Lionel Sutton <lsutton@dheclaims.com> |
| Sent: | Tuesday, June 4, 2013 6:13 PM |
| To: | Katherine Torres |
| Subject: | RE: Sher Garner Claim |

Thanks. Can you also check the Center for Restorative Breast Surgery.

Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone

-------- Original message --------
From: Katherine Torres <ktorres@pncpa.com>
Date: 06/04/2013 4:20 PM (GMT-06:00)
To: Lionel Sutton <lsutton@dheclaims.com>
Cc: Mark Staley <mstaley@pncpa.com>
Subject: Sher Garner Claim

Hi Tiger-
Per our meeting this morning, you had asked me to follow up on the Sher Garner claim QC status.

The claim entered a QC queue around Mid-May, and we are working QC claims on a FIFO basis. The claim was awaiting allocation to a QC reviewer, so I went ahead and asked the team to prioritize the QC review.

Thanks,
Katherine

Katherine Torres, CIA
P&N Postlethwaite & Netterville
935 Gravier Street, Suite 900 ▪ New Orleans, LA 70112
Main 504.335.1584 ▪ Direct 504.335.1580 ▪ Fax 504.335.1645

---

```
Pursuant to IRS Circular 230 and IRS regulations we inform you that any federal tax
advice
contained in this communication is not intended or written to be used, and cannot be
used,
for the purpose of avoiding penalties imposed under the Internal Revenue Code.
```

---

```
Email Encryption

Confidentiality is a hallmark of the accounting profession and it is of the utmost
 mportance to our client
relationships.  At P&N, we are committed to keeping your data confidential which is why
we use email encryption software.  This software inspects all outbound emails from our
firm.  Emails that
```

1

EXHIBIT
H