UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: "J" |
| Applies to: | JUDGE BARBIER |
| No. 13-6674 | MAGISTRATE SHUSHAN |

## MOTION FOR EXPEDITED CONSIDERATION

NOW INTO COURT, through undersigned counsel, come defendants Mikal C. Watts and Watts Guerra LLP, who, for the reasons set forth in the attached memorandum in support, respectfully request that their Motion to Stay Pending Parallel Criminal Investigation be considered and/or heard on an expedited basis.

Respectfully submitted:

GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

BY:   /s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      M. PALMER LAMBERT, #33228
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com
      plambert@gainsben.com

*Counsel for Mikal C. Watts and Watts Guerra LLP*

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2014, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ *Gerald E. Meunier*
GERALD E. MEUNIER, #9471