UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CA 10-MD-2179 |
| | SECTION: "J" |
| | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the pending Motion to Strike and Submission of Response filed on behalf of Gilbert "Gibby" Andry, IV will be submitted to the Court on February 26, 2014, at 9:30 a.m. before the Honorable Carl J. Barbier, United States District Judge for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana 70130.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:    */s/ Harry Rosenberg*
Harry Rosenberg, (Bar #11465)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: harry.rosenberg@phelps.com

ATTORNEYS FOR
GILBERT "GIBBY" ANDRY, IV

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and/or that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 17th day of January, 2014.

*/s/ Harry Rosenberg*
Harry Rosenberg