## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CA 10-MD-2179 |
| | SECTION: "J" |
| | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |

### REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 78.1E, Gilbert A. "Gibby" Andry, IV respectfully requests the Court to hear oral argument on his Motion to Strike and Submission of Response. It is respectfully submitted that oral argument will assist the Court in the adjudication of this matter.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Harry Rosenberg*
    Harry Rosenberg, (Bar #11465)
    Canal Place | 365 Canal Street, Suite 2000
    New Orleans, Louisiana 70130-6534
    Telephone: 504-566-1311
    Telecopier: 504-568-9130
    Email: harry.rosenberg@phelps.com

    ATTORNEYS FOR
    GILBERT "GIBBY" ANDRY, IV

PD.10914225.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and/or that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 17th day of January, 2014.

>                   */s/ Harry Rosenberg*
>                   Harry Rosenberg

- 2 -

PD.10914225.1