IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by<br>   the Oil Rig "Deepwater Horizon"<br>   in the Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br>   *Elton Johnson v. BP American Exploration*<br>   *& Production Inc.*, No. 2:13-cv-5804 | *<br>*<br>*<br>*<br>* | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## DECLARATION OF JEFFREY BOSSERT CLARK

I, Jeffrey Bossert Clark, declare as follows:

1. I am over twenty-one years of age and make this Declaration based on my own personal knowledge.

2. I am a partner in the law firm Kirkland & Ellis LLP and one of the counsel for BP in these proceedings.

3. I am submitting this Declaration in support of BP's Reply to Johnson's Response to BP's Statement of Undisputed Material Facts.

4. Attached hereto as Exhibit A is a true and correct copy of the portion of email communications to and from Kirkland & Ellis LLP and Arnold & Itkin LLP occurring between June 15, 2012, the date on which Plaintiff Elton Johnson submitted his brief in opposition to summary judgment in the Southern District of Texas, and June 18, 2012, the date on which BP submitted its reply brief.

5. The email exchange relates to one of the Plaintiff's exhibits and also to the procedural issue of Arnold & Itkin LLP having done (without objection by BP) what Kirkland & Ellis LLP did in this Court in MDL Docs. 11992 and 11993; *see also* Order (Rec. Doc. 12021) — namely, uploading an identical filing under two different electronic headings in order to make all relevant ECF labels applicable.

I make this Declaration under penalties of perjury pursuant to 28 U.S.C. § 1746, and I state that the facts set forth herein are true.

/s/ Jeffrey Bossert Clark
Jeffrey Bossert Clark

Dated: January 17, 2014