# Clark, Jeffrey Bossert

**From:** Clark, Jeffrey Bossert
**Sent:** Monday, June 18, 2012 4:24 PM
**To:** Cory Itkin; Kristina McDonald
**Cc:** Draye, Dominic E.; 'TTaylor@andrewskurth.com'; 'GeorgiaLucier@andrewskurth.com'; karnold@arnolditkin.com; Jason Itkin; Jill Erickson
**Subject:** RE: Elton Johnson

Thanks for responding.

If Exh 13 can't be specifically sourced and dated on your side today, before we have to file, and we can't determine that we've seen it before in a fashion that would vouch for its authenticity, we will flag a reservation of rights as to its authenticity in our reply brief.  We have asked Tidewater and they did not have that document before either.


**Jeffrey Bossert Clark**
Partner

Kirkland & Ellis LLP
655 Fifteenth Street, NW, Suite 1200
Washington, DC  20005
Tel +1-202-879-5960  Fax +1-202-879-5200
Cell  +1-571-438-8317

Jeffrey.Clark@kirkland.com

**From:** Cory Itkin [mailto:citkin@ArnoldItkin.com]
**Sent:** Monday, June 18, 2012 3:24 PM
**To:** Clark, Jeffrey Bossert; Kristina McDonald
**Cc:** Draye, Dominic E.; 'TTaylor@andrewskurth.com'; 'GeorgiaLucier@andrewskurth.com'; karnold@arnolditkin.com; Jason Itkin; Jill Erickson
**Subject:** RE: Elton Johnson

The Coast Guard is the other likely source

**From:** Cory Itkin
**Sent:** Monday, June 18, 2012 2:23 PM
**To:** 'Clark, Jeffrey Bossert'; Kristina McDonald
**Cc:** Draye, Dominic E.; 'TTaylor@andrewskurth.com'; 'GeorgiaLucier@andrewskurth.com'; Kurt Arnold; Jason Itkin; Jill Erickson
**Subject:** RE: Elton Johnson

It is an accident report that one of the government agencies had Johnson fill out.  I could not tell you who we received it from offhand, but my best guess is Transocean or Tidewater.  It definitely was not generated by AI.  The GCCF has had it for several months as well.  I will need to do some checking into it to confirm the source.

**From:** Clark, Jeffrey Bossert [mailto:jclark@kirkland.com]
**Sent:** Monday, June 18, 2012 11:39 AM
**To:** Kristina McDonald; Cory Itkin
**Cc:** Draye, Dominic E.; 'TTaylor@andrewskurth.com'; 'GeorgiaLucier@andrewskurth.com'; Kurt Arnold; Jason Itkin; Jill Erickson
**Subject:** RE: Elton Johnson

Kurt/Cory/Jason:

What's the provenance of Exhibit 13, the purported questionnaire?  When was it created?  Who created the form?  How did you obtain or was it generated by A&I?

We obviously need your answers to those questions quickly given that our filing day is today.  Our efforts to source this document since you filed Friday night have not located this document.

-- Jeff


**Jeffrey Bossert Clark**
Partner

Kirkland & Ellis LLP
655 Fifteenth Street, NW, Suite 1200
Washington, DC  20005
Tel +1-202-879-5960  Fax +1-202-879-5200
Cell  +1-571-438-8317

Jeffrey.Clark@kirkland.com

---

**From:** Kristina McDonald [mailto:kmcdonald@ArnoldItkin.com]
**Sent:** Monday, June 18, 2012 12:18 PM
**To:** Cory Itkin; Clark, Jeffrey Bossert
**Cc:** Draye, Dominic E.; 'TTaylor@andrewskurth.com'; 'GeorgiaLucier@andrewskurth.com'; karnold@arnolditkin.com; Jason Itkin; Jill Erickson
**Subject:** RE: Elton Johnson

One was filed as a Response….and one was filed as a Cross-Motion.

_____

*Kristina L. McDonald*
Legal Secretary to Kurt B. Arnold,
Paul Skrabanek and Kyle Findley
**ARNOLD & ITKIN LLP**
1401 McKinney Street, Suite 2550
Houston, Texas  77010
Tel: 713.222.3800 | Fax: 713.222.3850
kmcdonald@arnolditkin.com
www.arnolditkin.com

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS A PRIVILEGED ATTORNEY CLIENT COMMUNICATION, WORK PRODUCT AND/OR CONFIDENTIAL COMMUNICATION. THIS INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY IT IS ADDRESSED TO. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

**From:** Cory Itkin
**Sent:** Friday, June 15, 2012 10:34 PM
**To:** 'jclark@kirkland.com'
**Cc:** 'dominic.draye@kirkland.com'; 'TTaylor@andrewskurth.com'; 'GeorgiaLucier@andrewskurth.com'; Kurt Arnold; Jason Itkin; Kristina McDonald; Jill Erickson
**Subject:** Re: Elton Johnson

The 2nd and 3rd motion are identical, but were filed that way to due to the CMF options available.

Cory Itkin
Arnold & Itkin LLP
1401 McKinney Street
Suite 2550
Houston, Texas 77010
713-222-3800
713-222-3850 (fax)
www.arnolditkin.com

**From:** Clark, Jeffrey Bossert [mailto:jclark@kirkland.com]
**Sent:** Friday, June 15, 2012 10:13 PM
**To:** Cory Itkin
**Cc:** Draye, Dominic E. <dominic.draye@kirkland.com>; TTaylor@andrewskurth.com <TTaylor@andrewskurth.com>; GeorgiaLucier@andrewskurth.com <GeorgiaLucier@andrewskurth.com>; Kurt Arnold; Jason Itkin; Kristina McDonald; Jill Erickson
**Subject:** Re: Elton Johnson

Also one question -- I understand why you did an initial filing and then a corrected filing, but there is a third filing and on a quick look that may be identical to the corrected filing.  First  is that right and second if that's right did you make the third filing so as to designate it as a cross motion?  Was that because there was no CMF option for filing a combined response and cross motion?  Usually in CMF systems there is such an option.

Sent from my iPhone