IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to all actions. | * * * * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

### BP'S MOTION FOR LEAVE TO FILE RESPONSE TO CLASS COUNSEL'S COMMENTS ON THE SPECIAL MASTER'S REPORT

On September 6, 2013, Special Master Freeh issued a Report demonstrating that conflicts of interest, inadequate anti-fraud controls, and resistance to reform are plaguing the Court Supervised Settlement Program.  *See* Rec. Doc. 11287.  That same day, the Court issued a show cause order inviting any interested party to file a response by September 20, 2013, *see* Rec. Doc. 11288, a deadline that it subsequently extended to October 18, 2013, *see* Rec. Doc. 11442, November 15, 2013, *see* Rec. Doc. 11664, December 16, 2013, *see* Rec. Doc. 11835, and finally January 17, 2014, *see* Rec. Doc. 11979.  BP and Class Counsel each filed their Responses substantially in advance of the Court's extended deadline.  *See* Rec. Docs. 11463 (Class Counsel), 11471 (BP).

The Court's initial show cause order provided that other than a "response, or any objection or motion . . . to the Special Master's Report," "[n]o further briefing will be allowed without express leave of Court."  Rec. Doc. 11288 at 3-4.  In compliance with that order, BP's filing responded exclusively to the Special Master's Report, and did not respond to Class Counsel's filing.

2

BP nonetheless submits that a short response to Class Counsel's filing would materially assist the Court's consideration of the Special Master's Report, as well as correct certain statements of Class Counsel that are substantially inaccurate or incomplete. For these reasons, BP respectfully requests leave to file the attached response, of only eight pages, into the record. BP is making this filing today, before the Court's deadline expires, to submit material responsive to the Special Master's Report and the issues raised by Class Counsel in response. No prejudice to any party will result from the Court's accepting this filing.

A proposed order accompanies this request.

January 17, 2014                                Respectfully submitted,

    */s/ Kevin M. Downey*
Kevin M. Downey
James J. Neath                                  F. Lane Heard III
Mark Holstein                                   WILLIAMS & CONNOLLY LLP
BP AMERICA INC.                                 725 Twelfth Street, N.W.
501 Westlake Park Boulevard                     Washington, D.C. 20005
Houston, TX  77079                              Telephone:  (202) 434-5000
Telephone:  (281) 366-2000                      Telefax:  (202) 434-5029
Telefax:  (312) 862-2200

Daniel A. Cantor                                    */s/ Don K. Haycraft*
Andrew T. Karron                                S. Gene Fendler (Bar #05510)
ARNOLD & PORTER LLP                             Don K. Haycraft (Bar #14361)
555 Twelfth Street, NW                          R. Keith Jarrett (Bar #16984)
Washington, DC 20004                            LISKOW & LEWIS
Telephone:  (202) 942-5000                      701 Poydras Street, Suite 5000
Telefax:  (202) 942-5999                        New Orleans, Louisiana 70139
                                                Telephone:  (504) 581-7979
Robert C. "Mike" Brock                          Telefax:  (504) 556-4108
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW                    Richard C. Godfrey, P.C.
Washington, DC 20004                            J. Andrew Langan, P.C.
Telephone:  (202) 662-5985                      Wendy L. Bloom
Telefax:  (202) 662-6291                        KIRKLAND & ELLIS LLP
                                                300 North LaSalle Street
Jeffrey Lennard                                 Chicago, IL 60654
Keith Moskowitz                                 Telephone:  (312) 862-2000
DENTONS US LLP                                  Telefax:  (312) 862-2200
233 South Wacker Drive
Suite 7800                                      Jeffrey Bossert Clark
Chicago, IL  60606                              Steven A. Myers
Telephone:  (312) 876-8000                      KIRKLAND & ELLIS LLP
Telefax:  (312) 876-7934                        655 Fifteenth Street, N.W.
                                                Washington, D.C. 20005
*OF COUNSEL*                                    Telephone:  (202) 879-5000
                                                Telefax:  (202) 879-5200


*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

3

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of January, 2014.

                                /s/ Don K. Haycraft
                                Don K. Haycraft