IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, <br><br>This document relates to all actions. | *  <br> *   MDL No. 2179 <br> *  <br> *   Section: J <br> *  <br> *   Judge Barbier <br> *  <br> *   Magistrate Judge Shushan <br> *  <br> * |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that BP's Motion for Leave To File Response To Class Counsel's Comments On The Special Master's Report Is GRANTED.  The Clerk is respectfully directed to file BP's Response into the record forthwith.

New Orleans, Louisiana, this ___ day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE