## ATTORNEY/CLIENT CONTRACT

**RECITALS:** I, _____ on behalf of _____ the undersigned **Client** ("**Client**"), employs the **Andry Law Group LLC.** ("**Andry Law Group**") for the purpose of making a claim on my behalf with the Gulf Coast Claims Facility and/or BP or any other related Fund for all damages sustained by me that resulted, or may result in the future from the Deepwater Horizon Drilling Rig explosion and subsequent oil release on or about April 20, 2010. **Client** also empowers **Andy Law Group** to file all necessary forms and documents in the Transocean Limitation Proceeding to preserve my claim(s) and any other rights. **Client** empowers the **Andry Law Group** to sue, to compromise, to receive any and all payments, to receipt for any and all money, and to do anything generally which may be necessary in the prosecution of the above claim as full as though I were present.

**ATTORNEY FEES:** In consideration of the services to be rendered by **Andry Law Group** in connection said cause, **Client**, agrees to pay said attorney a fee of twenty (20%) percent of the amount collected. This fee will apply to any and all interim payments and/or final awards and/or settlements from the Gulf Coast Claims Facility and/or BP or any **Funds** as defined herein. The fee will be calculated before all court costs and/or other expenses, including but not limited to, all bills, photocopying expenses, expert fees, and investigation costs are deducted. Expenses will be deducted after calculation of the contingency fee, pursuant to Rule 1.5 (C) of the Rules of Professional Conduct. Client is responsible for all such costs and expenses. However, all such costs and expenses related to these claims, such as court costs and/or other expenses, including but not limited to, all bills, photocopying expenses, expert fees, investigation costs, and any other costs responsible by client shall not exceed seven and half (7.5%) percent of the final award and/or settlements. The seven and half (7.5%) shall include all and any costs related to these claims.

It is further understood and agreed that if **Client** is unable to reach an agreement or settlement with the Gulf Coast Claims Facility and/or BP, it will be necessary to file a claim in MDL 2179 to protect **Client's** rights. If **Andry Law Group** files a claim in MDL 2179 that is settled without litigation, **Client** agrees to pay attorney fee of twenty (20%) percent of the amount collected. If it becomes necessary for **Andry Law Group** to litigate claim, **Client** agrees to pay attorney fee of thirty-three (33%) percent of the amount collected. The attorney fees referenced in this paragraph will be calculated before all court costs and/or other expenses, including but not limited all bills, photocopying expenses, expert fees, and investigation costs are deducted. Expenses will be deducted after calculation of the contingency fee, pursuant to Rule 1.5 (C) of the Rules of Professional Conduct.

**STRUCTURED SETTLEMENT:** In the event of a structured settlement, then it is agreed that the attorney's fees will be based on a percentage of the value of the case at the time of the settlement, in the same manner as reflected above.

**SETTLEMENT AND COMPROMISE OF CLAIM(S) AND/OR SUIT(S):** It is hereby understood and agreed that neither **Client** nor my/our attorney may settle, compromise, dispose of, or in any way discontinue my/our claim and/or suit without the permission of the other.

**COSTS AND EXPENSES:** It is further understood and agreed that the attorneys shall have the right to finance the costs in this matter and that the interest thereon shall be an expense of the litigation. The interest rate will be commensurate with that charged by the respective lending institution. If the attorneys are terminated by the **Client** without just cause, then the **Client** shall reimburse the attorneys immediately for all out-of-pocket expenses. In such a case, the attorneys shall, in addition, have the right to the full amount of this contract for services rendered.



**INTERVENTION:** It is further understood and agreed that if it becomes necessary for the attorney to file a claim in the court of any kind in order to obtain immediate reimbursement of costs and/or reasonable attorney's fees, then the attorney shall be entitled to a reasonable attorney's fee and all costs of that claim, including the cost of filing an intervention.

**DILIGENT PURSUIT OF SPILL-RELATED CLAIM:** My attorneys agree that they will completely and diligently evaluate and institute a claim on client's behalf with the Gulf Coast Claims Facility and/or BP or any other related Fund set up to handle the Deepwater Horizon Oil Spill and if applicable, prosecute said suit to final determination in the appropriate Louisiana District Court or United States District Court, and make all reasonable and necessary efforts to collect any judgment that may be rendered herein in my favor; in the event of a judgment unfavorable to me in the said district court, they will, if in their opinion reasonable grounds therefore exist, appeal said cause to the appropriate Court of Appeals and prosecute same to a final determination therein.

**EMPLOYMENT OF ADDITIONAL ATTORNEYS:** It is further understood and agreed that **Andry Law Group** has Client's consent to employ the services of other attorneys as may be necessary. These attorneys, to the extent they are employed, will be compensated out of the **Andry Law Group's** attorney fee described here in. When and if such attorneys are employed, an addendum to this contract will be provided which depicts and outlines their respective compensation.

**SCOPE OF REPRESENTATION:** The **Andry Law Group** does not represent any individual, agent, representative or employee of **Client** in a personal capacity; to the extent any individual, agent, representative or employee of **Client** desires **Andry Law Group's** representation to file a personal action or claim against any BP, or any other liable party, the parties must sign an additional Agreement, and representation will only commence thereafter.

**ADDITIONAL PROVISIONS:** Additionally, I, the undersigned, do hereby appoint **Jonathan Andry** as my attorney in fact, and grant to him the power of attorney so that in all ways and matters he may sign my name to any and all pleadings and other documents of any kind in this matter, including all settlements and releases, drafts and checks relative thereto upon my verbal authorization. Client has been advised and understands that this agreement is in accordance with the Rules of Professional Conduct, specifically 1.4 and 1.8e.

This the __12__ day of __April__, 2012
                            Month

So it is AGREED,

_____
Client Name

_____
Signature

_____
The Andry Law Group, LLC.

_____
Jonathan B. Andry, Attorney