



800 Mariner's Plaza Drive, Ste. 821
Mandeville, LA 70448
985-778-2016 (Main Office)
www.CoastalClaimsGroup.com

January 7, 2013

Jonathan B. Andry, Esq.
Andry Lerner, LLC
610 Baronne Street
New Orleans, LA 70113

Re:    Casey Thonn, Claimant ID No. 100051739
       Boat Captain Claim ID No. 19691

Dear Mr. Andry:

Per your request, we have reviewed the Post-Reconsideration Eligibility Notice for the above referenced claim. We have found that the Claims Center has incorrectly calculated this loss for the following reasons:

1.  The adjuster incorrectly calculated a Shrimp Cost Percentage resulting in a lower Base Loss even though this claim was based on Tax Return information, as per the Settlement Agreement (relevant Pages Attached for your review).

2.  They also incorrectly calculated the Base Compensation for this claim as the Base Compensation was supposed to equal the Base Loss.

I have attached our revised calculations based upon the terms of the Settlement Agreement. Mr. Thonn's Boat Captain Claim should have results in a Final Compensation Amount of $648,648. If you have any additional questions, please let me know.

With kindest personal regards, I remain

Very truly yours,

*Leslie M. Butler*

Leslie M. Butler
Director of Operations

/lbt
Enclosure

PDF created with pdfFactory Pro trial version www.pdffactory.com

PDF created with pdfFactory Pro trial version www.pdffactory.com



**Historical Shrimp - Casey Thonn**

Claimant ID No. 100051739, Claim No. 19691

| Vessel Size | Additional Catch Factor | Shrimp Cost Percentage | Vessel Owner/ Commercial Fisherman Vessel Lessee Share | Boat Captain Share |
|---|---|---|---|---|
| < 30 feet | | | | |
| 30-44 feet | | | | |
| 45-74 feet (Ice) | | | | |
| 45-74 feet (Freezer) | | | | |
| 75+ feet (Ice) | | | | |
| 75+ feet (Freezer) | | | | |
| RTP | | | 8.25 | 7.25 |

Key: Enter Raw Data / Selected Data

**Boat Captain**

| | 2007 | 2008 | 2009 | | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|
| | | | 156,000 | | | | 156,000 |
| Averages | 2007-2009 | 2008-2009 | 2009 | Averages | 2007-2009 | 2008-2009 | 2009 |
| | 156,000 | 156,000 | 156,000 | | 156,000 | 156,000 | 156,000 |

| | | | |
|---|---|---|---|
| 1 Gross Revenue Benchmark Period | 156,000 a | | 156,000 a |
| Additional Catch Factor | 1.20 | | 1.20  Based on vessel size from above |
| 2 Additional Catch Adjusted | 187,200 c=a*b | | 187,200 c=a*b |
| Adjustment for change in prices 10-11 | 1.2 d | | 1.2 d  For all size vessels |
| 3 Total adjusted Benchmark Revenue | 224,640 e=c*d | | 224,640 e=c*d |
| 4 Benchmark shrimp cost | 60,840 | | SKIP |
| 5 Base Shrimp Loss | 57,330 g=(e-f)*.35 | | 78,624 f=e*.35 |
| 6 Base compensation | 22,932 | | 78,624 g=f |
| RTP | 7.25 i | | 7.25 h |
| 7 Final compensation | 189,189 j=h+(h*i) | | 648,648 i=g+(g*h) |

PDF created with pdfFactory Pro trial version www.pdffactory.com
PDF created with pdfFactory Pro trial version www.pdffactory.com