


EXHIBIT 12

# POST-RECONSIDERATION ELIGIBILITY NOTICE
**DATE OF NOTICE:** January 28, 2013
**DEADLINE FOR APPEAL:** February 27, 2013
**DEADLINE TO FILE SEAFOOD COMPENSATION PROGRAM CLAIMS:** January 22, 2013
**DEADLINE TO SUBMIT ALL CLAIM FORMS AFTER RECEIPT OF FIRST PAYMENT:** April 8, 2013

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business: THONN | First: CASEY | Middle: |
| **Claimant ID** | 100051739 | **Claim ID** | 19690 |
| **Claim Type** | Seafood Compensation Program | | |
| **Law Firm** | Andry Law Group/Andry Lerner, LLC | | |
| **Catch Type** | Shrimp | **Operator Type** | Vessel Owner |
| **Vessel Name** | Boss Hoss | **Hull ID** | LAZ62111E101 |

## II. COMPENSATION AND PAYMENT DETERMINATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. We previously sent you an Eligibility Notice, you requested Reconsideration. We have reviewed your claim again and find that it qualifies for payment under the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement"). This Post-Reconsideration Eligibility Notice accounts for any additional documentation that you submitted and the reasons for adjustments you asserted. If the Award calculation on this Post-Reconsideration Eligibility Notice is the same as the Award calculation on your original Eligibility Notice, it means that any additional documentation you provided or the reasons for adjustments to the calculation you asserted did not result in a change to your Compensation Award. The following provides a breakdown of the factors relevant to your payment. See Explanation of Claim Attachment for details on each item, unless another Attachment is noted.

| | | |
|---|---|---|
| 1. | Compensation Amount: | $25,798.50 |
| 2. | Additional Risk Transfer Premium Amount: | $212,837.63 |
| 3. | Plus Claimant Accounting Support: See Claimant Accounting Support Reimbursement Attachment for additional details. | $515.97 |
| 4. | Subtotal for this Claim: Sum of Rows 1 through 3. | $239,152.10 |
| 5. | Less Prior Seafood Spill-Related Payments: All of your eligible Seafood Compensation Program claims must exceed this amount in order to receive payment. If you have multiple Seafood Compensation Program claims eligible for compensation, these offsets will appear on each Eligibility Notice. However, we will apply these offsets for prior Seafood Spill-Related Payments only once against your Total Seafood Compensation Program Award. If this amount is zero, you do not have any offsets or any previous Seafood Compensation Program offsets already have been deducted from a previous Seafood Compensation Program Payment. | $72,500.00 |
| 6. | Total Compensation Amount: The Subtotal for this claim minus the Total Prior Payments. This is the total amount you can receive for this claim. | $166,652.10 |
| 7. | 40% of Prior Transition Offer, if Applicable: | N/A |
| 8. | Award Amount: Higher of 40% Amount or Total Compensation Amount, subject to any applicable liens. | $166,652.10 |

### Summary of All Eligible Seafood Compensation Program Claims

| | | |
|---|---|---|
| 9. | Seafood Compensation Program Offers to Date: This is the value of all eligible Seafood Compensation Program offers that are not under Reconsideration or Appeal at the time of this Notice. This value includes the Award amount of this claim. | $239,152.10 |

| 10. | Total Seafood Compensation Program Award Amount to Date: Seafood Compensation Program Offers to date minus Prior Seafood Spill Related Payments and any 40% Amount awarded in your first Notice. This is the total value, after offsets for Seafood Spill-Related Payments, of all Seafood Compensation Program awards that are not under Reconsideration or Appeal at the time of this Notice. This Amount will change if you request reconsideration of a prior Seafood Compensation Program offer or if BP appeals any of your prior Seafood Compensation Program Offers. | $166,652.10 |
|---|---|---|

### III. ACCEPTANCE OF AWARD AMOUNT

Because you previously signed a Full and Final Release, Settlement, and Covenant Not to Sue and have received a payment from the Settlement Program, you do not need to submit another Release to receive a payment on the claim that is the subject of this Post – Reconsideration Eligibility Notice. To receive payment on this claim, log in to your DWH Portal and click the Accept Award Amount option, which will tell us that you have waived any Appeal rights on this claim. If you do not use the DWH Portal, then call the Claimant Communications Center at 1-800-353-1262 to indicate that you want payment on this claim. We then will process your claim for payment, though we cannot pay your claim until BP's Appeal rights have expired or been waived as explained below. If you do not accept or request Appeal within 30 days, we will send the payment to you automatically, unless BP appeals your claim. To obtain more detailed information about the payment process and other steps, go to **www.deepwaterhorizoneconomicsettlement.com.** If you have any questions about your options or this Notice, you may call the Claimant Communication Center at 1-800-353-1262, send an email to **Questions@dhecc.com**, or visit a Claimant Assistance Center.

If the Compensation Amount listed on Row 1 of Section II of this Notice is greater than $25,000, BP has a right to appeal it within certain timeframes that begin from the date of this Post – Reconsideration Eligibility Notice, which means that you cannot receive payment until BP's appeal right has expired or been waived. If the BP Appeal deadline falls on a Saturday, Sunday or a holiday, the deadline is extended to the next business day. Holidays are: New Year's Day, Martin Luther King, Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veteran's Day, Thanksgiving Day, Christmas Day, and any other day designated by the Office of the Claims Administrator. If the BP Appeal deadline falls on a Saturday, Sunday or a holiday, the deadline is extended to the next business day. Holidays are: New Year's Day, Martin Luther King, Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veteran's Day, Thanksgiving Day, Christmas Day, and any other day designated by the Office of the Claims Administrator. BP's Appeal timeframes differ depending on the amount of the award as follows: (a) for awards of $25,000.01 to $250,000.00, BP has ten days to appeal; (b) for awards of $250,000.01 to $500,000.00, BP has 15 days to appeal; and (c) for awards greater than $500,000.00, BP has 20 days to appeal. If BP appeals your Compensation Amount, we will send you a separate notification explaining BP's appeal and the appeals process.

You have 180 days from the date we mail or wire your initial payment to file any additional claims you wish to pursue pursuant to Section 4.4.8 of the Settlement Agreement. You will waive all rights to future claims if you do not submit additional claims within this 180-day window. However, if you are filing a claim in the Seafood Compensation Program, you must file all Seafood-related claims no later than **January 22, 2013**.

### IV. APPEALS

If you wish to Appeal your award, the deadline to submit a Request for Appeal is 30 days after the date of the Post-Reconsideration Eligibility Notice. However, if you filed a Category II or III Seafood Crew claim, you do not have the right to Appeal your award.

To appeal your claim, you must submit a Request for Appeal and pay the filing fee on or before the deadline to Appeal. You may submit your Request for Appeal online through the DWH Portal or complete and return the **Request for Appeal Form** attached to this notice. If you have access to the DWH Portal, submit your appeal online, and use our secure payment system to pay any applicable filing fee. The Request for Appeal form sets out detailed instructions regarding how to file an appeal, including the applicable filing fee.

After you have initiated the Appeal, the Appeals Coordinator will issue a Notice of Claimant Appeal of Eligible Claim to BP and mail or post a copy to your DWH Portal. The Notice of Claimant Appeal of Eligible Claim will contain a schedule of deadlines for submitting appeal documents. **If you do not submit a Request for Appeal Form and pay for your Appeal on or before the deadline for doing so, you will waive your right to appeal and you will not have the option to resubmit your claim to the Settlement Program.**

| V. DECEASED, MINOR AND INCOMPETENT CLAIMANTS |
|---|
| If you accept your Award Amount and the claimant on whose behalf this claim was asserted is deceased, a minor or incompetent, depending upon the law of the state where the claimant lived or lives now, you may be required to get court approval of this accepted settlement and submit a copy of an official court document proving that the person signing the Release has the authority to settle this claim on the claimant's behalf if you do not already have such a document, even if we accepted whatever proof you have provided before now as sufficient to allow the claim to move through the claim review process. We will notify you if you need to seek court approval or submit additional proof of authority before payment. |
| **VI. LIENS** |
| We will deduct any valid outstanding liens we have received, along with any other deductions required by state or federal law or by any court order from Your Award Amount identified in Section II of this Notice before issuing payment. If we have received a valid lien against your claim(s), the Notice of Lien Withholding Attachment included with this Notice provides details on that lien and how it affects your Award Amount. If we receive a valid lien or notice of another required deduction after you accept your Award Amount but before we issue the payment on your claim, we will deduct the lien amount from your payment. |
| **VII. ACCOUNTING SUPPORT REIMBURSEMENT** |
| You are eligible to receive reimbursement for reasonable and necessary accounting fees related to claims preparation. Reimbursement is limited to the accounting services necessary to complete the Claim Form or prepare supporting documentation. You will be reimbursed for accounting fees based on the actual fees incurred.<br><br>For individual claims over $10,000, total accounting fees may not exceed 2% of the Compensation Amount (excluding any applicable Risk Transfer Premium). Accounting fees for all other claims less than or equal to $10,000 are limited to $200. All individual claims, regardless of the Compensation Amount, shall be subject to an overall accounting support reimbursement limit of $6,000. |
| **VIII. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP** |
| If you have any questions about this Notice or the status of your claim(s) or need help, contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com**. If you are a law firm or claims preparation company, call or email your designated DWH Contact for help or assistance. You also may visit a Claimant Assistance Center and talk with one of our representatives. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.** |

## IX. HOW TO RESPOND TO THIS NOTICE

Submit your *original* hard copy, signed **Release** bearing the claimant's signature by Mail, Overnight Certified or Registered Mail, or by visiting a Claimant Assistance Center. If you have already submitted a Release and you wish to accept this Award Amount go to **www.deepwaterhorizoneconomicsettlement.com** and choose the Accept Award Amount option. If you are unable to access the DWH Portal you must call the Claimant Communications Center at 1-800-353-1262 to accept payment on this claim. If you choose to appeal, submit your appeal online by using the DWH Portal. If you do not have access to the portal, submit the attached **Request for Appeal Form** to the address listed on the Request for Appeal Form along with any accompanying documentation. Please be sure to write your Claimant ID on the top page of all the documents you submit.

| | |
|---|---|
| **By Mail** (Postmarked no later than your Appeal deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail** (If mail, postmarked no later than your Appeal deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Appeal deadline) | Deepwater Horizon Economic Claims Center<br>Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile** (Sent no later than 12:00 midnight local time on your Appeal deadline) | (888) 524-1583 |
| **By Email** (Sent no later than 12:00 midnight local time on your Appeal deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center** (Delivered no later than your Appeal deadline) | You may take the required information or documents to a Claimant Assistance Center. |

## X. SUMMARY OF OTHER SUBMITTED CLAIMS

We received one or more additional Claim Forms from you that are not included or addressed in this Notice. This chart summarizes the status of those claims as of the date of this Notice. You will receive or have already received separate Notices for each additional claim. You may monitor the status of your other claims by using the DWH Portal. If you do not use the DWH Portal, contact us by one of the methods listed in the How to Contact us with Questions or For Help Section of this Notice to find out the current status of your other claims or use the "Check My Status" feature located on the homepage of the official Settlement Program website at **www.deepwaterhorizoneconomicsettlement.com**.

| | Claim Type | Claim ID | Claim Status |
|---|---|---|---|
| 1. | Seafood Compensation Program | 19691 | Claimant's Initial Proposal for Appeal Received |
| 2. | VoO Charter Payment | 20741 | Payment Received |
| 3. | Subsistence | 97550 | Claim Form Submitted |

| EXPLANATION OF CLAIM ATTACHMENT | | | |
|---|---|---|---|
| **A. CLAIMANT AND CATCH INFORMATION** | | | |
| **Catch Type** | Shrimp | **Operator Type** | Vessel Owner |
| **Vessel Name** | Boss Hoss | **Hull ID** | LAZ62111E101 |
| **Vessel Size** | 30.00 ft | **Vessel Type** | N/A |
| **Home Port County** | St. Tammany | **Home Port State** | LA |

**B. EXPLANATION OF SEAFOOD PROGRAM COMPENSATION CALCULATIONS**

We reviewed all the documents and information you submitted to determine the Compensation Plan Method that maximizes your recovery, even if that plan differed from your selection on the Claim Form. Sections C, D and E explain the calculations from the Expedited and Reduced Expedited Compensation Methods, New Entrant Compensation Method and the Historical Revenue Compensation Method. Your compensation is based on the Historical Revenue Compensation Method.

**C. EXPLANATION OF EXPEDITED/REDUCED EXPEDITED SEAFOOD COMPENSATION METHOD**

**Explanation of Calculation:** This calculation is based on your vessel size, vessel type and operator type. Your Minimum Qualifying Revenue derived from Shrimping for the selected Benchmark Period is $40,000.00. If your Shrimping Revenue for the Benchmark Period meets/exceeds your Minimum Qualifying Revenue, your Expedited/Reduced Expedited Seafood Compensation Plan Claim Award is $135,281.00, which includes a Risk Transfer Premium (RTP) of 8.25.

**Shrimp Vessels with an Ineligible Home Port:** If your documentation indicates that the home port for the vessel identified above is not within an eligible area, you are not eligible to receive compensation under the Expedited or Reduced Expedited Compensation Methods. Vessels are only eligible to receive compensation under the Expedited or Reduced Expedited Compensation Methods if the governmental issued vessel registration from 2009 or 2010 indicates the home port was in Louisiana, Mississippi, Alabama, and the following Florida counties: Escambia; Santa Rosa; Okaloosa; Walton; Homes; Washington; Bay; Jackson; Calhoun; Gulf; Liberty; Franklin; Gadsden; Leon; and Wakulla.

| | 2007 Annual Revenue | 2008 Annual Revenue | 2009 Annual Revenue | |
|---|---|---|---|---|
| | $0.00 | $0.00 | $156,000.00 | |
| 1. | **Source of Revenue Information:** The information from financial documents, aside from Trip Tickets, will be included in a compensation calculation only if supported by a federal or state tax return for the corresponding year as the financial information. | | | Sworn Written Statement |
| 2. | **Benchmark Period:** Your Benchmark Period may differ from the period you selected on the Claim Form because we selected the Benchmark Period that maximizes your recovery based on the documentation provided. | | | 2009 |
| 3. | **Benchmark Revenue:** Your Benchmark Revenue is the highest average of the annual revenue for the claimed vessel or vessels from the Benchmark Period identified above. Your annual revenue is calculated from the Source of Revenue Information identified above. | | | $156,000.00 |
| 4. | **Expedited Calculation:** | | | $135,281.00 |
| 5. | **Reduced Expedited Calculation:** | | | $62,438.00 |
| 6. | **Expedited or Reduced Expedited Compensation:** This is the higher of Row 4 or Row 5. An RTP of 8.25 is included. | | | $135,281.00 |

**D. NEW ENTRANT**

**EXPLANATION OF CALCULATION:** This calculation is based on your vessel size, vessel type, operator type and expenses incurred for purchase/repair of the vessel or equipment for the vessel in the twelve months prior to April 20, 2010. Based on the size of your vessel 30.00 ft, your qualifying expense amount is .

| | EXPENSES | |
|---|---|---|
| | **Type of Expense** | **Amount of Expense** |
| 1. | Other | $26,910.00 |
| 2. | **Total Proven Expenses for Shrimp Harvesting Vessel:** | $26,910.00 |
| | **New Entrant Compensation:** This includes an RTP of 8.25. | Not Eligible |
| | **E. EXPLANATION OF HISTORICAL REVENUE METHOD** | |

**Explanation of Calculation:** This calculation is based on your proven Shrimp harvesting revenue from the Benchmark Period in conjunction with your vessel size and vessel type.

| | **2007 Annual Revenue** | **2008 Annual Revenue** | **2009 Annual Revenue** | |
|---|---|---|---|---|
| | $0.00 | $0.00 | $156,000.00 | |
| 1. | **Source of Revenue Information:** The information from financial documents, aside from Trip Tickets, will be included in a compensation calculation only if supported by a federal or state tax return for the corresponding year as the financial information. | | | Sworn Written Statement |
| 2. | **Benchmark Period:** This Benchmark Period may differ from the Period selected on the Claim Form, because we selected the Benchmark Period that maximizes your recovery based on the documentation provided. | | | 2009 |
| 3. | **Benchmark Revenue:** The Benchmark Revenue is the highest average of the annual revenue for shrimp harvested for the claimed vessel or vessels from the Benchmark Period identified above. The annual revenue is calculated from the Source of Revenue Information identified above. | | | $156,000.00 |
| 4. | **Additional Catch Adjusted Benchmark Revenue:** Row 3 multiplied by the Additional Catch Factor of 1.20. | | | $187,200.00 |
| 5. | **Total Adjusted Benchmark Shrimp Revenue:** Row 4 multiplied by 1.2, which is the Adjustment for Changes in 2010-11 Prices. | | | $224,640.00 |
| 6. | **Benchmark Cost:** Row 3 multiplied by the Shrimp Cost Percentage of 39%. | | | $60,840.00 |
| 7. | **Base Loss:** Row 5 minus Row 6, multiplied by the Shrimp Loss Percentage Factor of 35%. | | | $57,330.00 |
| 8. | **Base Compensation:** Row 7 multiplied by the Shrimp Vessel Owner/Vessel Lessee Share of 45%. | | | $25,798.50 |
| 9. | **Risk Transfer Premium:** Row 8 multiplied by an RTP of 8.25. | | | $212,837.63 |
| 10. | **Final Compensation:** Row 8 plus Row 9. | | | $238,636.13 |
| | **F. CALCULATED COMPENSATION AMOUNT** | | | |

The Seafood Compensation Program contains $2.3 billion to distribute to eligible claimants, less all Seafood-Related Payments issued to claimants during the GCCF Transition Period. In the event there are remaining funds in the Seafood Compensation Program after paying all eligible claimants, then we will distribute the remaining funds to all claimants who received compensation from the Seafood Compensation Program. The Claims Administrator has discretion on how any remaining funds will be distributed. The remaining balance may be distributed to you in proportion to your gross compensation expressed as a share of the gross compensation paid by us to all claimants under the Seafood Compensation Program. Gross compensation reflects the amount paid by us to you prior to deductions for any Seafood Spill-Related Payments. Because you received an Eligibility Notice, you are entitled to a share of this additional distribution of any remaining balance, even if you received a lump sum or fixed payment as a Category II or III crew member.

| 1. | **Seafood Compensation Plan Claim Award:** This is the highest calculation from all Compensation Plan Methods that you are eligible for under the Shrimp Compensation Plan. | $238,636.13 |
|---|---|---|
| 2. | **Accounting Support Reimbursement:** See Claimant Accounting Support Reimbursement Attachment for additional details, if applicable. | $515.97 |
| 3. | **Subtotal for this Claim:** Sum of Rows 1 and 2. | $239,152.10 |

| | | |
|---|---|---|
| 4. | **Less Prior Seafood Spill-Related Payments:** All of your eligible Seafood Compensation Program claims must exceed this amount in order to receive payment. If you have multiple Seafood Compensation Program claims eligible for compensation, these offsets will appear on each Eligibility Notice. However, we will apply these offsets for prior Seafood Spill-Related Payments only once against your Total Seafood Compensation Program Award. If this amount is zero, you do not have any offsets or any previous Seafood Compensation Program offsets already have been deducted from a previous Seafood Compensation Program Payment. | $72,500.00 |
| | Prior BP Payments of $11,000.00 | |
| | Prior GCCF Emergency Payments of $61,500.00 | |
| | Prior GCCF Interim Payments of $0.00 | |
| | Prior GCCF 60% Transition Payments of $0.00 | |
| | Prior DWH Seafood Program Payments of $0.00 | |
| 5. | **Total Claim Amount:** Row 3 minus Row 4. This is the total value of this Seafood Compensation Program Claim. | $166,652.10 |
| | **Summary of All Eligible Seafood Compensation Program Claims** | |
| 6. | **Total Seafood Compensation Plan Claimant Award:** This is the value of all Eligibility Notices from the Seafood Compensation Program not under Reconsideration or Appeal at the time of this Notice. This amount will change if you request reconsideration of a prior Seafood Compensation Program offer or if BP appeals any of your prior Seafood Compensation Program Offers. | $239,152.10 |
| 7. | **Total Seafood Compensation Program Award Amount to Date:** Row 6 minus Row 4 minus any prior 40% Offer. This is the total value of all Seafood Compensation Program offers not under Reconsideration or Appeal as of the date of this Notice. This amount may be reduced by payments made to you for other Seafood Compensation Program offers that are not included in Row 4 above due to the timing of this Notice. | $166,652.10 |

| CLAIMANT ACCOUNTING SUPPORT REIMBURSEMENT ATTACHMENT |
|---|
| **A. EXPLANATION OF CLAIMANT ACCOUNTING SUPPORT REIMBURSEMENT** |

You are eligible for reimbursement of reasonable and necessary accounting fees incurred for work performed on either the completion of a Claim Form or preparation of supporting documentation ("Claimant Accounting Support"). Reimbursements for Claimant Accounting Support are capped at the following standard hourly rates:

|  | Individual Claim | Business Claim |
|---|---|---|
| Preparation | $85 | $110 |
| Supervision and Review | $130 | $160 |

For individual claimants, the total reimbursement may not exceed 2% of the total Economic Damage Compensation Amount (excluding any applicable Risk Transfer Premium) for individual Claims over $10,000.00, with all other claims limited to $200.00. Review and supervision hours may not exceed 25% of total time spent. All individual claims, regardless of the final claim amount, are subject to an overall accounting support reimbursement limit of $6,000.00.

| **B. REIMBURSEMENT DETERMINATION** |
|---|

We reviewed the Sworn Written Statement and other supporting materials that you submitted and determined that you are eligible for reimbursement of accounting fees. The amount of your Claimant Accounting Support reimbursement is set forth below.

**COASTAL CLAIMS GROUP**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Preparer | 64.00 | $85.00 | $5,440.00 |
| Supervisor | 15.00 | $130.00 | $1,950.00 |
|  |  | **Total** | **$7,390.00** |

**Total Reimbursement Amount: $515.97**
(This amount may reflect the maximum reimbursement limits explained in this Notice)

| REQUEST FOR APPEAL FORM |||||
|---|---|---|---|---|
| DATE OF POST-RECONSIDERATION ELIGIBILITY NOTICE: January 28, 2013 |||||
| DEADLINE TO APPEAL: February 27, 2013 |||||
| I. CLAIMANT AND CLAIM INFORMATION |||||
| **Name** | Last/ Name of Business<br>THONN || First<br>CASEY | Middle |
| **Claimant ID** | 100051739 || **Claim ID** | 19690 |
| **Claim Type** | Seafood Compensation Program ||||
| **Law Firm** | Andry Law Group/Andry Lerner, LLC ||||
| **Catch Type** | Shrimp || **Operator Type** | Vessel Owner |
| **Vessel Name** | Boss Hoss || **Hull ID** | LAZ62111E101 |
| II. STATEMENT OF ISSUES FOR APPEAL |||||

The Appeal Panel will review all claims and issues related to your claim. By requesting an Appeal, you are certifying that you understand that if you appeal, your Settlement Payment could increase, decrease or stay the same. You must select the basis of your Appeal by selecting one or more of the reasons below

☐　The Settlement Program committed a calculation error.

☐　Error in reviewing submitted documentation.

☐　Error in the Risk Transfer Premium multiplier.

☐　Error in Prior Payment Offset.

Explain (You may attach additional sheets if necessary):

PAY-5 v.5          WWW.DEEPWATERHORIZONECONOMICSETTLEMENT.COM          ClaimantID: 100051739
                          Page 9 of 12                                        ClaimID: 19690

## III. COMPENSATION AMOUNT REQUESTED

If you select "The Settlement Program committed a calculation error", "Error in reviewing submitted documentation", and/or "Error in the Risk Transfer Premium multiplier" as the basis of your Appeal, this amount should be the combined Compensation Amount and Risk Transfer Premium that you are seeking on Appeal. Refer to Appendix A of your Eligibility Notice for more details. Your filing fee is based on the Compensation Amount you request. Your Initial Proposal Compensation Amount may not be larger than the Compensation Amount you enter here.

| **Compensation Amount Requested** | |
|---|---|

Select your home state. If you do not live in one of these five states, select the state where your injury occurred.

☐ Alabama ☐ Florida ☐ Louisiana ☐ Mississippi ☐ Texas

## IV. METHOD OF PAYMENT

If you choose to appeal, you must pay a filing fee. If you select "Error in the Risk Transfer Premium multiplier" and/or "Error in Prior Payment Offset" as the only reason(s) for your Appeal, the filing fee is $100. If you select a different reason or any additional reasons for your Appeal, you must either pay your appeal fee based on the Compensation Amount you are seeking, or you must agree to a 5% reduction in your Compensation Amount if you do not prevail on your Appeal. The Settlement Agreement defines Compensation Amount as the "Amount awarded to the claimant prior to the addition of any RTP." To "prevail" on Appeal means that the Appeal Panel awards you a Post- Appeal Compensation Amount this is higher than your original Compensation Amount. The chart below sets out the filing fee for each level of Compensation Amount sought:

| **Compensation Amount** | **Filing Fee** |
|---|---|
| Up to $10,000 | $100 |
| $10,000.01 to $25,000 | $150 |
| $25,000.01 to $50,000 | $200 |
| $50,000.01 to $100,000 | $250 |
| $100,000.01 to $250,000 | $500 |
| $250,000.01 to $500,000 | $1,000 |
| $500,000.01 or more | $2,500 |

If you have access to the DWH Portal, submit your appeal online and use our secure payment system to pay the filing fee. If you do not use the DWH Portal, you can pay the Appeal fee by personal check or money order. Checks must be made out to Appeal Processing Account and must include your name, Claimant ID, and Claim ID. **Cash will not be accepted. Your payment must be postmarked no later than your Appeal deadline.** You must mail your check or money order to the **Appeal Processing Account**, PO Box 85006, Richmond, VA 23285- 5006. Use the boxes below to indicate the method by which you will pay your filing fee.

☐ I will pay for my Appeal by paying a filing fee, as determined by the Compensation Amount I requested in Section III. This filing fee will only be refunded if I prevail in my Appeal.

☐ I will pay for my Appeal by agreeing to a 5% reduction in the Compensation Amount (before any offsets) if I do not prevail. **Note:** If the Compensation Amount listed in Section 2, line 1 of your Post-Reconsideration Eligibility Notice is $0 or less, do not select this option. You must pay for your Appeal by paying a filing fee, as determined by the Compensation Amount you requested in Section III.

| V. HOW TO SUBMIT THIS FORM ||
|---|---|
|  | If you are unable to access the DWH Portal, you may submit your **Request for Appeal Form** in any of the below ways. Pay the applicable filing fee by submitting a check or money order with this form. ||
| **By Mail**<br>(Postmarked no later than your Reconsideration deadline) | **Appeal Processing Account**<br>PO Box 85006<br>Richmond, VA 23285- 5006 |
| **By Overnight, Certified or Registered Mail**<br>(If mail, postmarked no later than your Reconsideration deadline; if other overnight delivery, placed in the custody of an overnight carrier by your Reconsideration Deadline) | **Appeal Processing Account**<br>PO Box 85006<br>Richmond, VA 23285- 5006 |