

**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

# PAYMENT NOTICE
## DATE OF NOTICE: July 18, 2012
## DEADLINE FOR RECONSIDERATION REQUEST: August 17, 2012

### I. CLAIMANT AND CLAIM INFORMATION

| | Last/Name of Business | First | Middle |
|---|---|---|---|
| **Claimant Name** | THONN | CASEY | |
| **Claimant ID** | 100051739 | **Claim ID** | 20741 |
| **Claim Type** | VoO Charter Payment | | |
| **Law Firm** | Andry Law Group | | |
| **Vessel Name** | Boss Hoss | **Hull ID** | |
| **Federal Registration Number** | | **State Registration Number** | LA 9346 FD |

### II. COMPENSATION AND PAYMENT DETERMINATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. We have reviewed this claim and find that it qualifies for payment under the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement"). The following provides a breakdown of the factors relevant to your payment. See Explanation of Claim Attachment for details on each item, unless another Attachment is noted.

| | | |
|---|---|---|
| 1. | Compensation Amount: | $49,400.00 |
| 2. | Risk Transfer Premium Amount: | $0.00 |
| 3. | Less Prior Spill-Related Payments: | $0.00 |
| 4. | Total Compensation Amount: This is the sum of all Rows above. | $49,400.00 |
| 5. | 40% of Prior Transition Offer, if Applicable: | $0.00 |
| 6. | Final Compensation Award: Higher of 40% Amount or Total Compensation Amount, subject to any applicable liens. | $49,400.00 |

EXHIBIT 13

## III. ACCEPTANCE OF FINAL COMPENSATION AWARD

To accept this Final Compensation Award, you must complete the **Final Compensation Award Acceptance Form** accompanying this Payment Notice or complete it online through the DWH Portal.

**(1) If this is your first Payment Notice**: After you have accepted your Final Compensation Award, you will receive a Full and Final Release, Settlement, and Covenant Not to Sue ("Release") that you must complete, sign and return before you may be paid. **An original of the Release bearing the claimant's signature is required. We will not accept photocopies of the claimant's signature.** If you use the DWH Portal, you may print a copy of the Release from the portal, obtain the claimant's original signature, and then return it. If you do not use the DWH Portal, we will send you the Release by mail or by email, as you direct on the Final Compensation Award Acceptance Form.

After signing your Release and receiving a payment on your first claim, you will have 180 days from the date we mail or wire your payment to file any additional claims you wish to pursue under the Settlement Program. You will waive all rights to future claims if you do not submit additional claims within this 180-day window. However, if you are filing a claim in the Seafood Compensation Program, you must file all Seafood-related claims no later than 30 days after the Court issues a Final Order approving the Settlement Agreement.

**(2) If you have already Received a Payment from the Settlement Program.** If you already have submitted a Release and received a payment from the Settlement Program, you do not need to submit another Release to receive a payment on the claim that is the subject of this Payment Notice. However, you must complete and submit another Final Compensation Award Acceptance Form to receive a payment on this claim.

To obtain more detailed information regarding acceptance of your payment and additional terms and requirements of the Release, go to **www.deepwaterhorizoneconomicsettlement.com**. If you have any questions about your options or this Notice, you may call the Claimant Communication Center at 1-800-353-1262, send an email to **Questions@dhecc.com**, or visit a Claimant Assistance Center.

**Note**: If the Compensation Amount listed on Row 1 in Section II of this Notice is greater than $25,000, BP has a right to appeal it, which could delay your payment. BP may appeal a Compensation Amount within certain timeframes following the claimant's acceptance of the award. These timeframes differ, depending on the amount of the award, as follows: (a) for awards of $25,001 to $250,000, BP has ten days to appeal; (b) for awards of $250,001 to $500,000, BP has 15 days to appeal; and (c) for awards greater than $500,001, BP has 20 days to appeal. If BP appeals your Compensation Amount, we will send you a separate notification explaining BP's appeal and the appeals process.

## IV. RECONSIDERATION

You may seek Reconsideration of this claim if you believe that we have made a calculation error or incorrectly deducted prior Spill-related payments, if you believe that we failed to take into account relevant information or data, or did not follow the Settlement Agreement's standards governing this claim. To request Reconsideration, you must do the following on or before the Deadline for Reconsideration Request date listed at the top of this Payment Notice: (1) complete the **Request for Reconsideration Form** accompanying this Notice or complete the online version available on the DWH Portal; and (2) submit all documentation you want us to consider at the same time you submit your Request for Reconsideration Form. Because submission of a Request for Reconsideration is the equivalent of asking for a new review of the claim, the Reconsideration outcome could change the eligibility of the claim, or your Final Compensation Award may increase, decrease or stay the same.

If you are dissatisfied with the outcome of your Reconsideration review, you will have the right to file an appeal; however, you must submit a timely Request for Reconsideration if you later wish to appeal. **If you do not submit a Request for Reconsideration or submit one after the deadline for doing so has passed, you will not be able to file an appeal.**



## V. LIENS

We will deduct any outstanding liens we have received along with any other deductions required by state or federal law or by any court order from Your Final Compensation Award identified in Section II of this Notice before issuing payment. If we have received a lien against your claim(s), the Notice of Lien Withholding Attachment included with this Notice provides details on that lien and how it affects your Final Compensation Award. If we receive a valid lien or notice of another required deduction after you accept your Final Compensation Award but before we issue the payment on your claim, we will deduct the lien amount from your payment.

## VI. HOW TO CONTACT US WITH QUESTIONS

If you have any questions about this Notice or the status of your claim(s), contact the Claimant Communications Center at 1-800-353-1262 or send an email to **Questions@dhecc.com.** You also may visit a Claimant Assistance Center for help. For a complete list of Claimant Assistance Centers, go to **www.deepwaterhorizoneconomicsettlement.com.**

## VII. HOW TO SUBMIT THIS NOTICE

Submit your **Final Compensation Award Acceptance Form** or **Request for Reconsideration Form** online with any accompanying documentation by uploading them to your DWH Portal. If you are unable to access the DWH Portal, you may submit your request in any of the following ways:

| | |
|---|---|
| **By Mail** (Postmarked no later than your Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail** (Postmarked no later than your Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>c/o Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile** (Sent no later than 12:00 midnight local time on your Reconsideration deadline) | (888) 524-1583 |
| **By Email** (Sent no later than 12:00 midnight local time on your Reconsideration deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center** (Delivered no later than your Reconsideration deadline) | You may take the required information or documents to a Claimant Assistance Center. |

## VIII. SUMMARY OF OTHER SUBMITTED CLAIMS

We received one or more additional Claim Forms from you that are not included or addressed in this Notice. This chart summarizes the status of those claims as of the date of this Notice. You will receive or have already received separate Notices for each additional claim. You may monitor the status of your other claims by using the DWH Portal. If you do not use the DWH Portal, contact us by one of the methods listed in this Notice to find out the current status of your other claims.

| | Claim Type | Claim ID | Claim Status |
|---|---|---|---|
| 1. | Seafood Compensation Program | 19690 | Under Review |

| 2. | Seafood Compensation Program | 19691 | Under Review |
|---|---|---|---|

## EXPLANATION OF CLAIM ATTACHMENT

### A. VoO PARTICIPANT STATUS AND VESSEL LENGTH

| **VoO Participant Status** | Working |
|---|---|
| **Vessel Length** | 30.0 ft. |

### B. EXPLANATION OF VoO CHARTER PAYMENTS

**Explanation of Calculation:** The Settlement Program pays all Vessels of Opportunity ("VoO") Charter Payment claims based upon the confirmed length of the vessel and whether the claimant was dispatched or placed on hire in the VoO program. If you already have been paid for an Economic Loss claim based on earnings from this vessel, the Settlement Program will deduct a VoO Settlement Payment Offset from your Calculated Compensation Amount.

| Working VoO Participant Compensation Amounts | |
|---|---|
| **Vessel Length** | **Compensation Amount** |
| Less than 30 feet | $41,600 |
| 30 feet-45 feet | $49,400 |
| Greater than 45 feet-65 feet | $62,400 |
| Greater than 65 feet | $88,400 |

| Non-Working VoO Participant Compensation Amounts | |
|---|---|
| **Vessel Length** | **Compensation Amount** |
| Less than 30 feet | $4,800 |
| 30 feet-45 feet | $5,700 |
| Greater than 45 feet-65 feet | $7,200 |
| Greater than 65 feet | $10,200 |

### C. CALCULATED COMPENSATION AMOUNT

| 1. | **Calculated Compensation Amount:** This amount is based on your VoO Participant Status and Vessel Length. | $49,400.00 |
|---|---|---|
| 2. | **VoO Settlement Payment Offset:** 50% of Row 1, if applicable. | $0.00 |
| 3. | **Total Compensation Amount:** Row 1 minus Row 2. | **$49,400.00** |

# FINAL COMPENSATION AWARD ACCEPTANCE FORM

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/Name of Business: THONN | First: CASEY | Middle Initial: |
| **Claimant ID** | 100051739 | **Claim ID** | 20741 |
| **Final Compensation** | $49,400.00 | | |
| **Current Address** | Street: 332 JACOB ST | | |
| | City: SLIDELL | State: LA | Zip Code: 70458 |
| **Law Firm** | Andry Law Group | | |

## II. ACCEPTANCE OF FINAL COMPENSATION AWARD

☐  I accept and request to be paid the Final Compensation Award described in my Payment Notice. I will not seek Reconsideration or an Appeal.

All claimants must sign a Full and Final Release, Settlement, and Covenant Not to Sue ("Release") before the Settlement Program can issue a payment. We will send you a Release that you must sign and return to be paid. An original copy of the Release bearing the claimant's signature is required. If you already have submitted a Release and received a payment from the Settlement Program, you do not have to submit another Release.

## III. OPTIONS FOR RECEIVING THE RELEASE

Choose how you would like to receive the Release. Regardless of which method you choose, you must sign the Release and send in the original copy. If you use the DWH Portal, you may go to **www.deepwaterhorizoneconomicsettlement.com** and choose to accept payment and you may print the Release. If you are unable to access the DWH Portal, you must select the method that you would like the Release sent to you and return this form.

☐  **I would like the Release mailed to my current address.**

☐  **I would like the Release emailed to the email address that I provided below.**

**Email Address**

## IV. HOW TO SUBMIT THIS FORM

Submit your **Final Compensation Award Acceptance Form** online using your DWH Portal. If you are unable to access the DWH Portal, you may submit this form in any of the following ways:

| **By Mail** | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
|---|---|

| **By Overnight, Certified or Registered Mail** | Deepwater Horizon Economic Claims Center<br>c/o Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
|---|---|
| **By Facsimile** | (888) 524-1583 |
| **By Email** | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center** | You may take the required information or documents to a Claimant Assistance Center. |

# REQUEST FOR RECONSIDERATION FORM
## DATE OF PAYMENT NOTICE: July 18, 2012
## DEADLINE TO SUBMIT FORM: August 17, 2012

### I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last/ Name of Business<br>THONN | First<br>CASEY | Middle |
| **Claimant ID** | 100051739 | **Claim ID** | 20741 |
| **Claim Type** | VoO Charter Payment | | |
| **Law Firm** | Andry Law Group | | |
| **Vessel Name** | Boss Hoss | **Hull ID** | |
| **Federal Registration Number** | | **State Registration Number** | LA 9346 FD |

### II. REQUEST FOR RECONSIDERATION OF CLAIM

By requesting Reconsideration, you are certifying that you understand that the Reconsideration outcome could change the eligibility of your claim and that your Settlement Payment could increase, decrease or stay the same. Include all additional documentation you want us to consider along with this Reconsideration Form. Select the reason(s) you are requesting Reconsideration from the options below.

- ☐ Calculation Error
- ☐ Failure to take into account relevant information or data
- ☑ Failure to follow the standards in the Settlement Agreement
- ☐ Incorrect deductions from prior BP/GCCF payments

Explain (You may attach additional sheets if necessary):

| III. HOW TO SUBMIT THIS FORM ||
|---|---|
| Submit your **Request for Reconsideration Form** online with any accompanying documentation by uploading them to your DWH Portal. If you do not use the DWH Portal, you may submit your request in any of the following ways on or before your Reconsideration deadline: ||
| **By Mail** (Postmarked no later than your Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>PO Box 1439<br>Hammond, LA 70404-1439 |
| **By Overnight, Certified or Registered Mail** (Postmarked no later than your Reconsideration deadline) | Deepwater Horizon Economic Claims Center<br>c/o Claims Administrator<br>42548 Happy Woods Road<br>Hammond, LA 70403 |
| **By Facsimile** (Sent no later than 12:00 midnight local time on your Reconsideration deadline) | (888) 524-1583 |
| **By Email** (Sent no later than 12:00 midnight local time on your Reconsideration deadline) | ClaimForms@deepwaterhorizoneconomicsettlement.com |
| **Visit a Claimant Assistance Center** (Delivered no later than your Reconsideration deadline) | You may take the required information or documents to a Claimant Assistance Center. |