03:13PM 1    Need TM agreement done."

03:13PM 2    A.    Yes, sir.

03:13PM 3    Q.    Is it your understanding that's also a reference to the

03:13PM 4    Crown business?

03:13PM 5    A.    I think that was TerraMer.  But that is with respect to

03:13PM 6    the Crown business sir, yes, sir.

03:13PM 7    Q.    Then going to page 1, the bottom portion of the page,

03:13PM 8    about halfway down the page, which is an e-mail from you to

03:13PM 9    Mr. Sutton and Mr. Cahill dated January 7, 2013, 9:12, and it

03:13PM 10   reads, "Jeff, did we receive monies from Andry."

03:14PM 11          What's that a reference to as far as you know?

03:14PM 12   A.    It would have been from Andry Lerner, yes, sir.

03:14PM 13   Q.    Then you say, "If so, Tiger, how much is your fee?"

03:14PM 14          Is that a question you intended to direct to

03:14PM 15   Mr. Sutton?

03:14PM 16   A.    Yes, sir.  Because I had no idea what the referral

03:14PM 17   agreement was, what he had agreed on with the office.

03:14PM 18   Q.    Then looking up further on the page, the subsequent

03:14PM 19   e-mail, January 7, 2013, 10:49, there is a statement there

03:14PM 20   which purports to be from you.  It says, "Make sure out of the

03:14PM 21   $5K John kept, I get half since I'm sending full $5K to Tiger."

03:14PM 22   Do you see that?

03:14PM 23   A.    Yes, sir.

03:14PM 24   Q.    What are you saying or what are you intending to say at

03:14PM 25   that point?

**C O N F I D E N T I A L**

03:14PM  1    A.    I think I said, as I stated to Mr. Dolan, I believe, that

03:14PM  2    50 percent of the fee that I received was sent to "Tiger," and

03:14PM  3    then my percent of the fee, the remaining Andry Lerner fee was

03:15PM  4    supposed to be sent to me.

03:15PM  5    Q.    The reference there to John, J-O-H-N, is that a reference

03:15PM  6    to Jon Andry?

03:15PM  7    A.    Sir, yes, sir.

03:15PM  8         MR. DOLAN:  Would Susan DeSantis have the ability

03:15PM  9    then to cut a check from Andry Lerner?

03:15PM  10        THE WITNESS:  No, sir.

03:15PM  11        MR. DOLAN:  She would have had to discuss it with

03:15PM  12   somebody at the Andry Lerner Law Firm for half of that fee?

03:15PM  13        THE WITNESS:  I believe so, yes, sir.  She has no

03:15PM  14   check-writing abilities.

03:15PM  15        MR. DOLAN:  At Andry Lerner?

03:15PM  16        THE WITNESS:  No, sir.  Or at Glen Lerner as well.

03:15PM  17        MR. DOLAN:  Who would she need to talk to at

03:15PM  18   Andry Lerner to get half that fee?

03:15PM  19        THE WITNESS:  I don't know.

03:15PM  20                    EXAMINATION

03:15PM  21   BY MR. FREEH:

03:15PM  22   Q.    Mr. Lerner, let me go back to L-2, which I think is still

03:15PM  23   in your pile across the table from us.  If you look on the

03:16PM  24   second page, there is an e-mail which purports to be from you

03:16PM  25   to Mr. Sutton dated May 9, 2013, at 15:13.  Do you see that?

**C O N F I D E N T I A L**

SM-02-JA00522

03:16PM 1    A.    Yes, sir.

03:16PM 2    Q.    Preceding that, there appears to be an e-mail directly

03:16PM 3    preceding that by six minutes or so, according to the document.

03:16PM 4    It purports to be an e-mail from Mr. Sutton that says, "U

03:16PM 5    forget.  I'm also working hard to get you money so you can pay

03:16PM 6    for shit."

03:16PM 7    A.    Yes, sir.

03:16PM 8    Q.    What was your understanding as to that statement?

03:16PM 9    A.    Just "Tiger" being "Tiger," acting like he's a big shot

03:16PM 10   because he's over at the claims administrator office.

03:16PM 11   Q.    Did you understand that to mean in terms of his reference

03:17PM 12   to, so you, Mr. Lerner, can pay for shit, to refer to Crown

03:17PM 13   payments to him?

03:17PM 14   A.    I think -- I think he was probably happy that I was

03:17PM 15   getting a part of the fee on the case.  He felt like he was

03:17PM 16   finally getting me money finally, after I put so much money

03:17PM 17   into Crown.  I think what was my fee in it's entirety, maybe

03:17PM 18   $20,000, on Thonn, I believe.  So maybe he took a little bit of

03:17PM 19   solace in that, considering that I put about two and a half,

03:17PM 20   $2.6 million into Crown.  But it's nothing -- I think it was

03:17PM 21   just "Tiger" being "Tiger."

03:17PM 22   Q.    Before this matter became public, was it your belief that

03:17PM 23   he was regularly and consistently pressing you or communicating

03:17PM 24   to you about the status of his payments?

03:17PM 25   A.    I don't understand your question.

**C O N F I D E N T I A L**

SM-02-JA00523

| | | |
|---|---|---|
| 03:17PM | 1 | Q.   Prior to this matter becoming public? |
| 03:17PM | 2 | A.   Yes, sir. |
| 03:18PM | 3 | Q.   Do you understand that? |
| 03:18PM | 4 | A.   Of course.  It was June 19th. |
| 03:18PM | 5 | Q.   Was Mr. Sutton on a regular basis querying you, sending |
| 03:18PM | 6 | you e-mails, asking you about the status of these payments? |
| 03:18PM | 7 | A.   His payments on? |
| 03:18PM | 8 | Q.   On anything? |
| 03:18PM | 9 | A.   I believe we had no pending agreements anymore after |
| 03:18PM | 10 | May 31st of 2013.  And I believe prior to May 31st of 2013, I |
| 03:18PM | 11 | had satisfied my obligation per our operating agreement to pay |
| 03:18PM | 12 | him the $120,000 per year in consideration for him reducing his |
| 03:18PM | 13 | equity stake in Crown.  So I had no more obligation to him |
| 03:18PM | 14 | financially in that regard. |
| 03:18PM | 15 | Q.   Prior to May 13th of 2013, was he regularly communicating |
| 03:18PM | 16 | with you, asking you for payments, advising you that payments |
| 03:18PM | 17 | were late, and asking you when they would be paid? |
| 03:18PM | 18 | A.   Oh, certainly.  There were several e-mails.  I think over |
| 03:18PM | 19 | the course of -- I believe since August or September, "When am |
| 03:18PM | 20 | I going to be paid?  My salary hasn't been paid this month." |
| 03:18PM | 21 | Q.   As you sit here today, do you believe you owe him any |
| 03:19PM | 22 | monies with respect to Crown? |
| 03:19PM | 23 | A.   At this point, I believe we're completely caught up and if |
| 03:19PM | 24 | I had -- if I can finish? |
| 03:19PM | 25 | Q.   Yeah. |

**C O N F I D E N T I A L**

SM-02-JA00524

03:19PM 1    A.    We had a clause in there if I owed any salaries or this

03:19PM 2    and that, depending upon how much I owed, then my equity stake

03:19PM 3    would be reduced, you know, the amount that they gave up would

03:19PM 4    be reduced by that certain percentage.  So we had a clause in

03:19PM 5    there.  No one ever brought it up, so my understanding is

03:19PM 6    Mr. Cahill has paid everybody up.

03:19PM 7    Q.    Is it your understanding that you no longer owe him any

03:19PM 8    monies with respect to the *Casey Thonn* matter?

03:19PM 9    A.    I don't know.  I mean, I just -- whatever checks we got,

03:19PM 10   we sent.  So I don't know anything else about Casey Thonn.  I

03:19PM 11   don't know if it's over or not.

03:19PM 12   Q.    You didn't make any inquiries about that?

03:19PM 13   A.    No, sir.  I guess enough time has gone by now.  I don't

03:19PM 14   remember more payments to come, but I don't even know how a lot

03:19PM 15   of the claims work.  Maybe there are more payments.  I don't

03:19PM 16   know.

03:19PM 17   Q.    After this matter became public, did you not make any

03:20PM 18   inquiry to the Andry Lerner firm or Mr. Andry as to the status

03:20PM 19   of that particular case?

03:20PM 20   A.    No, I only spoke to my accountant, Jeff Cahill, as to how

03:20PM 21   payments were made and who they were made to and where.

03:20PM 22   Q.    I'll show you what has been marked as L-6, which is a

03:20PM 23   four-page document.  It's an e-mail string.  Some of them you

03:20PM 24   may already have seen, the last two pages, I think, in a prior

03:20PM 25   exhibit today.  Before I show it to you, take a look at it

**C O N F I D E N T I A L**

SM-02-JA00525

03:20PM 1    please.

03:20PM 2                    (WHEREUPON, at this point in the proceedings,

03:20PM 3    Exhibit L-6 was marked for identification.)

03:20PM 4                    THE WITNESS:  (Witness reviews the document.)

03:21PM 5                    Okay, yes, sir.

03:21PM 6                                EXAMINATION

03:21PM 7    BY MR. FREEH:

03:21PM 8    Q.    You've seen this document before or parts of it as far as

03:21PM 9    you recall?

03:21PM 10   A.    Yes, sir.

03:21PM 11   Q.    I'm directing your attention to the top portion of page 2

03:21PM 12   of the exhibit.  There is an e-mail purportedly from you to

03:21PM 13   Jeff Cahill and Mr. Sutton, January 7, 2013, at 10:13 a.m.

03:21PM 14   That's on the bottom of the first page.  And the top of the

03:21PM 15   second page reads, "Jeff, did we receive monies from Andry."

03:21PM 16                    Is that another reference the *Casey Thonn* matter?

03:21PM 17   A.    Yes, sir.

03:21PM 18   Q.    Was that in response to a question or query by Mr. Sutton

03:21PM 19   in the e-mail reflected on the top of page 2 at 9:08, which

03:22PM 20   said, quote, "Did you check on my fee from *Casey Thonn*?  Susie

03:22PM 21   sent it to Jeff in December."

03:22PM 22   A.    Yes, sir.

03:22PM 23   Q.    As you said before, it's your understanding now that the

03:22PM 24   monies for the *Casey Thonn* fee went from the Andry Lerner Law

03:22PM 25   Firm to the law firm that you operate in Nevada?

**C O N F I D E N T I A L**

**SM-02-JA00526**

03:22PM 1  A.   Sir, yes, sir.

03:22PM 2  Q.   Then you learned again, after the fact, I think you said,

03:22PM 3  that monies were then sent to the old Crown account, as it's

03:22PM 4  been referred to, which you understand to be "Tiger" Sutton's

03:22PM 5  account?

03:22PM 6  A.   I believe I've come to learn after all of this stuff

03:22PM 7  happened that "Tiger" used that to receive his salary all

03:22PM 8  along.  Once Jeff Cahill took over the account, then he

03:22PM 9  switched our accounts to Bank of America, and so that it would

03:23PM 10  be easier to deposit money into Crown, since our bank accounts

03:23PM 11  are Bank of America with Glen Lerner & Associates.

03:23PM 12  Q.   As far as you know, did Mr. Sutton have authority over

03:23PM 13  what's been referred to and what we're talking about as *the old*

03:23PM 14  *Crown account*?

03:23PM 15  A.   I guess.  Because I didn't even know it still existed

03:23PM 16  until -- in fact, although I was copied on the e-mail, I didn't

03:23PM 17  pay attention to it, so I wouldn't even know what the old Crown

03:23PM 18  account was until I asked Jeff Cahill.

03:23PM 19  Q.   Did you ask Jeff Cahill to look into that account in any

03:23PM 20  manner?

03:23PM 21  A.   I think once this whole thing arose, I asked him what the

03:23PM 22  old Crown account was, and he said "Tiger" keeps it to get his

03:23PM 23  Crown salary.

03:23PM 24  Q.   I'll show you what we've marked as L-7, which is a

03:24PM 25  five-page document.  Some of these repeat excerpts from the

**C O N F I D E N T I A L**

SM-02-JA00527

03:24PM 1   prior exhibits.  These are e-mail strings again.  And the first

03:24PM 2   page of L-12 [verbatim] purports to be an e-mail from

3   Glen Lerner....

4            (WHEREUPON, at this point in the proceedings,

5   Exhibit L-7 was marked for identification.)

6            THE WITNESS:  What page is this, sir?

7                         EXAMINATION

8   BY MR. FREEH:

03:24PM 9   Q.   I'm sorry.  L-7, page 1.

03:24PM 10   A.   Page 1.  Yes, sir.

03:24PM 11   Q.   I'll ask you to look at just that first entry at the top

03:24PM 12   of page 1 on the exhibit.

03:24PM 13   A.   (Witness reviews the document.)

03:24PM 14        Okay.

03:24PM 15   Q.   Is that a reference and discussion about the Crown

03:24PM 16   business as far as you understand?

03:24PM 17   A.   Yes, sir.  Yes, sir.

03:24PM 18   Q.   At the bottom of the page, there is an e-mail which

03:24PM 19   purports to precede it, dated March 8, 2013, 8:58 p.m.  Do you

03:24PM 20   see that?

03:24PM 21   A.   Yes, sir.

03:24PM 22   Q.   In the e-mail you say, "He controls the money man?"  Do

03:25PM 23   you know what you're referring to there?

03:25PM 24   A.   I think if it said Jon got paid, I can only imagine it was

03:25PM 25   Andry Lerner getting the money.  So I had no access to the

**C O N F I D E N T I A L**

03:25PM 1   Andry Lerner account, so I can't send any money from that.   Jon

03:25PM 2   has to pay me first.

03:25PM 3   Q.   So do you believe your reference to *he* would have been a

03:25PM 4   reference to Jon Andry?

03:25PM 5   A.   Either Jon Andry or if we had already received the money,

03:25PM 6   then it would have been Jeff Cahill, but if he's implying that

03:25PM 7   we hadn't received it yet, then it would have been Jon not

03:25PM 8   sending it to the office yet.

03:25PM 9   Q.   Directing your attention to the second page of L-7, the

03:25PM 10  exhibit before you, you see some other e-mails reflected there?

03:25PM 11  One is dated March 7, 2013, 10:23 a.m., in the middle of the

03:25PM 12  page and then at the bottom, February 21, 2013, 12:31.   They

03:26PM 13  are not obviously in time sequence.

03:26PM 14  A.   Yes, sir.   I mean, I wasn't a party to the 3/7/13 -- the

03:26PM 15  3/7/13 e-mail, so I don't know if I can comment on that.

03:26PM 16  Q.   You were copied on the one on February 21st?

03:26PM 17  A.   I believe so, yes, sir.

03:26PM 18  Q.   Reading that e-mail, is that, to your understanding, a

03:26PM 19  reference to a particular expense reimbursement besides the

03:26PM 20  word or the phrase *expense reimbursement*?

03:26PM 21  A.   (Witness reviews the document.)   Yes, sir.   I think at the

03:26PM 22  time we were trying to reconcile exactly what "Tiger" was owed

03:26PM 23  to get him caught up, and I think there was just a question of

03:26PM 24  how much was owed from the monies that had been paid so far,

03:26PM 25  putting aside for this 120,000 that was due for the year.   I

**C O N F I D E N T I A L**

03:26PM  1    can't, you know, I just --
03:26PM  2    Q.    Your understanding is that is a reference again to the
03:26PM  3    Crown business --
03:26PM  4    A.    Sir, yes, sir.
03:26PM  5    Q.    -- not to anything else?
03:26PM  6    A.    No, sir.
03:27PM  7    Q.    I direct your attention to page 3 of that exhibit, and
03:27PM  8    there is an e-mail that's dated January 7, 2013.  You're not a
03:27PM  9    party to that.  But then I would ask you to turn the page, and
03:27PM 10    there is an e-mail that you are a party to, which is dated
03:27PM 11    June 26, 2012, 15:44.  It purports to be from Mike Bryant to
03:27PM 12    you and others.  Do you see that?
03:27PM 13    A.    Yes, sir.
03:27PM 14    Q.    The e-mail begins, "Gentlemen, following on from our
03:27PM 15    meeting today I have included scenarios 4 & 5."  And it goes on
03:28PM 16    for the rest of that sentence.  Do you know what that's a
03:28PM 17    reference to?
03:28PM 18    A.    I believe at the time we were executing a Memorandum of
03:28PM 19    Understanding with North American Coal Company and Mike was
03:28PM 20    negotiating the deal.  And I believe it just included -- I
03:28PM 21    think that's what he's describing *NAC commercial proposal*.  It
03:28PM 22    was -- we were putting together a Memorandum of Understanding,
03:28PM 23    which is subsequently completed.
03:28PM 24    Q.    Again, that's a reference, to your understanding, to the
03:28PM 25    Crown business?

**C O N F I D E N T I A L**

SM-02-JA00530

03:28PM 1    A.    Sir, yes, sir.

03:28PM 2    Q.    All right.  If you look at L-8, we're going to give you

03:28PM 3    another exhibit.  There is a heading to an e-mail about a third

03:28PM 4    down the page called "Salary," and it purports to be an e-mail

03:28PM 5    from Mr. Sutton to Mr. Cahill dated March 7, 2013?

03:28PM 6              (WHEREUPON, at this point in the proceedings,

03:28PM 7    Exhibit L-8 was marked for identification.)

03:29PM 8              THE WITNESS:  Yes, sir.

03:29PM 9                         EXAMINATION

03:29PM 10   BY MR. FREEH:

03:29PM 11   Q.    Have you seen that document before, if you recall?

03:29PM 12   A.    This is on page 1?

03:29PM 13   Q.    On page 1.

03:29PM 14   A.    Which e-mail?  The first one or the second one?

03:29PM 15   Q.    That one, March 7, 2013?

03:29PM 16   A.    Oh, gosh.  Okay, I'm sorry.

03:29PM 17   Q.    10:23 a.m.  If you've seen it before.  If you recall.

03:29PM 18   A.    I believe I've seen it now in relation to reviewing

03:29PM 19   e-mails for this -- this matter.  I can't recall if I ever saw

03:29PM 20   it at the time, no.

03:29PM 21   Q.    So I direct your attention to the bottom of the page.

03:29PM 22   There is an e-mail which purports to be from Mr. Cahill to

03:29PM 23   Mr. Sutton and to you.  Do you see that?

03:29PM 24   A.    Yes, sir.

03:29PM 25   Q.    There is a reference to a 7/19 payment.  Do you see that?

**C O N F I D E N T I A L**

SM-02-JA00531

03:29PM 1    A.    Yes, sir.

03:29PM 2    Q.    What's your understanding as to what that reference is?

03:29PM 3    A.    That would have been a Crown expense reimbursement.

03:30PM 4    Q.    Directing your attention to page 2, there is an e-mail

03:30PM 5    dated January 7, 2013, purporting to be from Mr. Sutton to

03:30PM 6    Ms. DeSantis.  Do you see that?

03:30PM 7    A.    Yes, sir.

03:30PM 8    Q.    Have you seen this document before, if you recall?

03:30PM 9    A.    My guess is I probably would have only seen that in

03:30PM 10   preparing for looking at e-mails related to this.  I don't know

03:30PM 11   if I ever saw that exactly.

03:30PM 12            MS. HARDIN:  So the record is clear, you may have

03:30PM 13   reviewed this in preparation for today?

03:30PM 14            THE WITNESS:  Yes, ma'am.  Yes, ma'am.  I don't know.

03:30PM 15   It was addressed to Susan, so I don't know if I would have ever

03:30PM 16   seen it.  I didn't usually get her e-mails unless she forwarded

03:30PM 17   it to me at some point, which --

03:30PM 18                         EXAMINATION

03:30PM 19   BY MR. FREEH:

03:30PM 20   Q.    Which you don't recall?

03:30PM 21   A.    No, sir.

03:30PM 22   Q.    Let me show what you what we've marked as L-9.

03:31PM 23            (WHEREUPON, at this point in the proceedings, a brief

03:41PM 24   recess was taken.)

03:41PM 25            MR. FREEH:  We only have a few more exhibits that I

**C O N F I D E N T I A L**

**SM-02-JA00532**

| | |
|---|---|
| 03:41PM | 1 |

03:41PM 1    want to go over a couple of questions and then I think we're

03:41PM 2    finished.  Do you want to ask your question?

03:41PM 3        MR. DOLAN:  Mr. Lerner, going back to the document

03:42PM 4    marked L-2.

03:42PM 5        THE WITNESS:  Yes, sir.

03:42PM 6        MR. DOLAN:  If you would go to page 2.  At the time

03:42PM 7    this e-mail exchange occurred, you were aware that Mr. Sutton

03:42PM 8    worked at the claims administrations office?

03:42PM 9        THE WITNESS:  Oh, yes, sir.

03:42PM 10        MR. DOLAN:  When you say, in the bottom e-mail of

03:42PM 11    9 May 2013 at 15:06:03, you're kind of frustrated because

03:42PM 12    you're paying for all of the costs at Crown.

03:42PM 13        THE WITNESS:  Yes, sir.

03:42PM 14        MR. DOLAN:  Mr. Sutton then responds to you, "You

03:42PM 15    forget, I'm also working hard to get you money so you can pay

03:42PM 16    for shit."

03:42PM 17        THE WITNESS:  Sir, yes, sir.

03:42PM 18        MR. DOLAN:  It's your understanding -- when he's

03:42PM 19    *working hard*, what's your understanding of what he means by

03:42PM 20    that?

03:42PM 21        THE WITNESS:  Oh, as I told Judge -- Mr. Freeh, I

03:42PM 22    just think he's trying to be a big shot.  Look what, you know,

03:42PM 23    I'm working over at BP.  I'm making you money by working.  You

03:43PM 24    know, because if he's working hard and if he's doing his job,

03:43PM 25    then claims are being processed.  I mean it just -- it's just

**C O N F I D E N T I A L**

SM-02-JA00533

03:43PM 1    common sense.  I think he's just acting like a big shot.

03:43PM 2         MR. DOLAN:  So you understand when he says *working*

03:43PM 3    *hard*, he means working hard at the claims administration

03:43PM 4    office?

03:43PM 5         THE WITNESS:  My understanding, yes, sir.  I just

03:43PM 6    think he's acting like a big shot.  Not working on my claims in

03:43PM 7    particularly or doing anything illicit.

03:43PM 8         MR. DOLAN:  Okay, but then on the 9 May -- when you

03:43PM 9    responded on 9 May 15:13:14 seconds, you say, "Ooh la la.  Work

03:43PM 10   harder."

03:43PM 11        THE WITNESS:  Sure.  He's been my friend for

03:43PM 12   25 years.  I'm just joking around with him.

03:43PM 13        MR. DOLAN:  You're just saying work harder at the

03:43PM 14   claims administration then?

03:43PM 15        THE WITNESS:  Yeah, do your job.

03:43PM 16        MR. DOLAN:  And the *ooh la la*, what do you mean?  Do

03:43PM 17   you stand to benefit?

03:43PM 18        THE WITNESS:  It was just an e-mail exchange.  We

03:43PM 19   have been friends for 25 years.  I'm just making a joke, you

03:43PM 20   know.

03:43PM 21        MR. DOLAN:  Okay.  But at the time, is it your

03:43PM 22   understanding he's actually at the claims administration office

03:43PM 23   or do you know where he was at this time?

03:44PM 24        THE WITNESS:  Oh, gosh, no.  I didn't know where he

03:44PM 25   was.  It could have been on his phone.  I don't know.

**C O N F I D E N T I A L**

SM-02-JA00534

03:44PM 1           MR. DOLAN:  All right.

03:44PM 2                          EXAMINATION

03:44PM 3  BY MR. FREEH:

03:44PM 4     Q.    Mr. Lerner, I want to show you what's L-9, which is the

03:44PM 5  second to last exhibit I want to ask you questions about.

03:44PM 6           (WHEREUPON, at this point in the proceedings,

03:44PM 7  Exhibit L-9 was marked for identification.)

03:44PM 8           THE WITNESS:  Yes, sir.

03:44PM 9                          EXAMINATION

03:44PM 10 BY MR. FREEH:

03:44PM 11    Q.    Just take a look at that, and I've got a couple of

03:44PM 12 questions for you.  I'll direct your attention to page 2 of the

03:44PM 13 exhibit, which on the top purports to be an e-mail from

03:44PM 14 Mr. Cahill to you and to Mr. Sutton, starting, "Will have about

03:44PM 15 $40K to you by tomorrow."  Do you see that?

03:44PM 16    A.    Sir, yes, sir.

03:44PM 17    Q.    That particular e-mail, is it your understanding that

03:44PM 18 that's a reference to Crown?

03:44PM 19    A.    Sir, yes, sir.

03:44PM 20    Q.    Then dropping down to an e-mail which purports to be from

03:45PM 21 Mr. Sutton to Mr. Cahill dated March 21, 2013, 7:57 a.m.,

03:45PM 22 begins, "As of March 1, I was due $100,000," and continues

03:45PM 23 referring to Crown, looking at the first part of that e-mail,

03:45PM 24 is that also another reference to your understanding to the

03:45PM 25 Crown?

**C O N F I D E N T I A L**

03:45PM 1    A.    Anything referring to Crown, yes, sir, the hundred
03:45PM 2    thousand was related to Crown.
03:45PM 3    Q.    The last sentence begins on line 2 from the bottom of that
03:45PM 4    particular e-mail, the body of that e-mail.  It says, "The
03:45PM 5    above is in addition to the $16,666 Andry fee..."
03:45PM 6          Did you understand that to be a reference or do you
03:45PM 7    understand that now to be a reference to the *Casey Thonn* fee?
03:45PM 8    A.    Yes, sir.
03:45PM 9    Q.    As we discussed and as you explained before.
03:46PM 10         Yes, I'm correct?
03:46PM 11   A.    Yes, sir.  I believe so, yes, sir.
03:46PM 12   Q.    That's the same e-mail?
03:46PM 13   A.    Yes, sir.
03:46PM 14   Q.    Then on the next page, which is page 3 of the document,
03:46PM 15   there is an e-mail purportedly sent from Mr. Sutton to
03:46PM 16   Jeff Cahill.  You're not copied on this e-mail.
03:46PM 17   A.    Which page is this, sir?
03:46PM 18   Q.    Page 3.
03:46PM 19   A.    Okay.
03:46PM 20   Q.    On the top it's dated March 20, 2013, at 3:17 p.m.  And
03:46PM 21   again, it's not your e-mail, you're not copied.  It reads,
03:46PM 22   "Jeff, please confirm that you will deposit my past-due salary
03:46PM 23   by the end of the month at the latest, 'Tiger.'"
03:46PM 24         Is it your understanding, and I know you're not on
03:46PM 25   this exchange, that the reference by Mr. Sutton to the salary

**C O N F I D E N T I A L**

SM-02-JA00536

| | |
|---|---|
| 03:46PM 1 | is a reference to the Crown matter as we have been discussing? |
| 03:46PM 2 | A.    Sir, yes, sir. |
| 03:46PM 3 | Q.    And not to the Casey Thonn fee? |
| 03:46PM 4 | A.    No, sir, I believe any reference to *Thonn* always says |
| 03:47PM 5 | "fee" and the reference to *Crown* always says "salary." |
| 03:47PM 6 | Q.    Did you distinguish it likewise in your mind? |
| 03:47PM 7 | A.    Of course.  I mean, the only fee that "Tiger" has ever |
| 03:47PM 8 | received from me was related to the *Casey Thonn* case. |
| 03:47PM 9 | Everything else was his salary related to the consideration he |
| 03:47PM 10 | gave for giving up his equity shares in Crown, $120,000. |
| 03:47PM 11 | Q.    All right.  Thank you.  I show you what's L-10, which is |
| 03:47PM 12 | an exhibit.  This is an eight-page exhibit.  I'm not going to |
| 03:47PM 13 | ask you about most of the pages.  Make sure you have the right |
| 03:47PM 14 | number of pages.  I'm sorry, I have a nine-page exhibit.  I |
| 03:47PM 15 | just want to make sure we're looking at the same document. |
| 03:47PM 16 | We've marked it L-10.  It starts with an e-mail sent to |
| 03:48PM 17 | Lionel Sutton.  It's dated March 28, 2013, 12:35 p.m., and it |
| 03:48PM 18 | has, "To Lionel Sutton," paren -- |
| 03:48PM 19 | (WHEREUPON, at this point in the proceedings, |
| 03:48PM 20 | Exhibit L-10 was marked for identification.) |
| 03:48PM 21 | THE WITNESS:  Sir, what page is this on? |
| 03:48PM 22 | EXAMINATION |
| 03:48PM 23 | BY MR. FREEH: |
| 03:48PM 24 | Q.    This would be page 1. |
| 03:48PM 25 | A.    Page 1.  At what time was this? |

**C O N F I D E N T I A L**

SM-02-JA00537

03:48PM  1    Q.    12:35 p.m.

03:48PM  2    A.    Oh, gosh, the one at the top.  I missed it clearly.

03:48PM  3    Q.    That's all right.  Do you know as you sit here or do you

03:48PM  4    recall if this was an e-mail that you sent or someone else

03:48PM  5    sent?  I don't know the answer to that question.  I'm not

03:48PM  6    trying to confuse you.

03:48PM  7    A.    I -- I -- I have no idea, no, sir.  I certainly wouldn't

03:48PM  8    know any check numbers, so I reckon it wouldn't come from me.

03:48PM  9    I could never know a check number.

03:48PM  10   Q.    All right.  Thank you.  If you go to page 2 of that

03:48PM  11   document, there is an e-mail under the subject, "Re: Crown,"

03:49PM  12   purporting to be from Mr. Sutton to you.  I just direct your

03:49PM  13   attention to that.  And that purports to be a response to an

03:49PM  14   earlier e-mail at 1:12 p.m. on the same date from you to

03:49PM  15   Mr. Sutton.  Do you see that?

03:49PM  16   A.    I believe so, yes, sir.

03:49PM  17   Q.    There is a question, "How much was our end $33K?"  Do you

03:49PM  18   see that?

03:49PM  19   A.    Yes, sir.

03:49PM  20   Q.    What's your understanding of what that refers to, please?

03:49PM  21   A.    That should have been on the -- that was the *Thonn* fee.

03:49PM  22   Because I remember seeing this 16,665 as one of the checks to

03:49PM  23   "Tiger," and I think a lot of these got unfortunately under the

03:49PM  24   same subject thing.  But our half of that, his half of 33,000

03:49PM  25   is roughly 16,665, so that's all I can surmise since I saw a

**C O N F I D E N T I A L**

SM-02-JA00538

03:50PM 1   check for that in that exact amount.

03:50PM 2   Q.   Again, your understanding as you look at this and as you

03:50PM 3   recall it, is a reference to the *Casey Thonn* matter?

03:50PM 4   A.   Yes, sir.

03:50PM 5   Q.   And not to the Crown matter?

03:50PM 6   A.   I don't know why it says Crown on there.  I can only

03:50PM 7   imagine that was -- unless it was, you know, it may have been

03:50PM 8   I'm doing a reply, and when you hit the reply, you send a lot

03:50PM 9   of things.  It keeps the subject matter, if it was just a

03:50PM 10  previous e-mail.  That's all I can imagine.

03:50PM 11          Unfortunately sometimes I do replies and forwards and

03:50PM 12  sometimes I cc people that you've said something or whatever.

03:50PM 13  But that's all I can imagine, if I replied to some earlier

03:50PM 14  e-mail, then that's why it would have said Crown.  I mixed and

03:50PM 15  matched.

03:50PM 16  Q.   If you turn to the next page of that exhibit, which is

03:50PM 17  page 3 of the exhibit, there is a series of e-mails there, and

03:50PM 18  if you could disregard the subject matter, you've just

03:50PM 19  explained what the reference to Crown may be or why it's on

03:50PM 20  here, but if you look at that page for me, please.  See if that

03:51PM 21  refers to a particular transaction or matter that we have been

03:51PM 22  discussing that you understand.

03:51PM 23  A.   Which e-mail would this be, Mr. Freeh?

03:51PM 24  Q.   The whole page.  The whole page 3, starting with an e-mail

03:51PM 25  from you to Mr. Sutton dated 3/15/2013, "Re: Crown."

**C O N F I D E N T I A L**

03:51PM 1   A.   Yes, sir.   Yeah.   That's just unfortunately, the Crown was

03:51PM 2   in the subject line, but this had nothing to do with Crown.

03:51PM 3   Q.   This was another reference --

03:51PM 4   A.   Yes, sir.

03:51PM 5   Q.   -- to the *Casey Thonn* matter?

03:51PM 6   A.   Yes, sir.

03:51PM 7   Q.   Looking down, the rest of the page, again disregarding the

03:51PM 8   subject title, is it your understanding that at least the first

03:51PM 9   three e-mails on that page are references to the *Thonn* matter?

03:51PM 10   A.   Yes, sir.   I believe so.   Jon has nothing to do with

03:51PM 11   Crown, so I can't imagine Jon being included in any Crown

03:52PM 12   e-mails.

03:52PM 13   Q.   The March 15, 2013, e-mail at 11:26 a.m., which is about a

03:52PM 14   third down the page, Mr. Sutton purportedly writes to you, "Jon

03:52PM 15   told me that he just disbursed, so you won't get it for a few

03:52PM 16   days."   Do you see that?

03:52PM 17   A.   Sir, yes, sir.

03:52PM 18   Q.   Is that a reference to Jon Andry as far as you understand

03:52PM 19   it?

03:52PM 20   A.   I can only imagine, yes, sir.

03:52PM 21   Q.   Were you aware at the time that Jon Andry and Mr. Sutton

03:52PM 22   were communicating about the *Casey Thonn* matter?

03:52PM 23   A.   My only, I guess, awareness may have been from e-mails,

03:52PM 24   and I probably need to think about it.   Most of this I just get

03:52PM 25   and I would just forward it to Jeff Cahill.

**C O N F I D E N T I A L**

03:52PM 1    Q.   I asked you this before, but just to make clear, you have

03:53PM 2    never seen -- I'm not talking about your conversations with

03:53PM 3    your lawyers, of course, but you don't recall ever seeing a

03:53PM 4    document or a writing of any type, e-mail, memo, handwritten

03:53PM 5    notes that describe or characterize the fee sharing arrangement

03:53PM 6    or the retainer payment, whatever you want to call it, in

03:53PM 7    regard to the Casey Thonn claim?

03:53PM 8    A.   No, sir.  And at the same time, I don't know if Jon

03:53PM 9    actually executed those types of documents with other attorneys

03:53PM 10   as well.  I think that's something you would have to ask Jon

03:53PM 11   since that part of the office was totally under his control.

03:53PM 12   Q.   Shifting for a moment to your own separate firm,

03:53PM 13   Lerner & Associates, in that firm, if you know, do they

03:54PM 14   regularly execute written documents or create records when fees

03:54PM 15   are agreed to be shared with lawyers outside the firm?

03:54PM 16   A.   For the most part.  We don't do a whole lot of referrals.

03:54PM 17   I mean, because we're a large advertiser, so as a large

03:54PM 18   advertiser, you're more -- very rarely do we refer claims out

03:54PM 19   anymore.  We do our own litigation, but very, very rarely.  And

03:54PM 20   I would think that we would try to subscribe to all -- I'm

03:54PM 21   sorry, prescribe to all the Bar rules according to that so I

03:54PM 22   can only imagine that we would.

03:54PM 23        MR. DOLAN:  With "Tiger" Sutton, is the *Thonn*

03:54PM 24   referral agreement the only agreement you had with him or had

03:54PM 25   he referred other cases?

**C O N F I D E N T I A L**

SM-02-JA00541

03:54PM  1          THE WITNESS:  No, sir.  For *BP* that was the only case

03:54PM  2     that he had referred, to the best of my knowledge.

03:54PM  3          MR. DOLAN:  Had he ever --

03:54PM  4          THE WITNESS:  That's the only -- he, in fact -- if

03:54PM  5     can I interrupt you a moment.  He just -- I didn't even know

03:54PM  6     the name of the case when he referred it.  He just said a case.

03:55PM  7     I wasn't even worried about that because he said he had told

03:55PM  8     Mr. Juneau.  I was more worried about the -- anything with

03:55PM  9     Crown with him getting a salary, so I didn't even think about

03:55PM 10     this case that much.

03:55PM 11          MR. DOLAN:  Did he refer to you any other personal

03:55PM 12     injury cases?

03:55PM 13          THE WITNESS:  I couldn't tell you.  Not that I'm

03:55PM 14     aware of.

03:55PM 15          MR. DOLAN:  You don't recall him referring an auto

03:55PM 16     accident case?

03:55PM 17          THE WITNESS:  To me personally?

03:55PM 18          MR. DOLAN:  Yes.

03:55PM 19          THE WITNESS:  No, sir.  I don't think so.  Unless it

03:55PM 20     was in Arizona or Nevada, I wouldn't even know about it.  To

03:55PM 21     the best of my recollection, you know, I don't think so.  He

03:55PM 22     may have.

03:55PM 23                         EXAMINATION

03:55PM 24     BY MR. FREEH:

03:55PM 25     Q.   Did you ever ask Jon Andry if "Tiger" Sutton had referred

**C O N F I D E N T I A L**

SM-02-JA00542

03:55PM 1    any other cases to the Andry Lerner firm?

03:55PM 2    A.    Any other *BP* cases?

03:55PM 3    Q.    Any other cases.

03:55PM 4    A.    I don't believe so.  No, sir.

03:55PM 5    Q.    After this matter became public, again, regarding the

03:55PM 6    matters we have been discussing here in terms of them being

03:56PM 7    reported in the press, did you ever ask Mr. Andry if there were

03:56PM 8    any other cases that Mr. Sutton had sent to --

03:56PM 9    A.    No, sir.

03:56PM 10   Q.    -- The Andry Law Firm?

03:56PM 11   A.    I need to let you finish.

03:56PM 12   Q.    Andry Law Firm?

03:56PM 13   A.    No, sir.  I don't believe so.  In fact, I know I never

03:56PM 14   asked if there was any other case.

03:56PM 15   Q.    He never told you there were any other cases of that

03:56PM 16   nature?

03:56PM 17   A.    I'd have no reason to believe there was anyway since

03:56PM 18   "Tiger" just said there was this case.

03:56PM 19   Q.    No, but the question was Jon Andry, as far as you recall,

03:56PM 20   never told you there were any other cases?

03:56PM 21   A.    No, sir.  Sir, no, sir.

03:56PM 22   Q.    Give me one moment.

03:56PM 23        MR. DOLAN:  With regards to the Crown, L.L.C., the

03:56PM 24   change in equity?

03:56PM 25        THE WITNESS:  Yes, sir.

# C O N F I D E N T I A L

SM-02-JA00543

03:56PM 1        MR. DOLAN:  Is there a written agreement that

03:56PM 2    reflects how much money you would have had to pay the other

03:56PM 3    partners?

03:56PM 4        THE WITNESS:  Actually, that was the operating

03:56PM 5    agreement whereby -- this was kind of done in good faith, based

03:57PM 6    upon specific performance by me since June 1st of 2012 through

03:57PM 7    the end of May 2013.  My attorneys, Joe Schmidt in my office,

03:57PM 8    Corey Eschweiler were working on putting together an operating

03:57PM 9    agreement probably for six months, five months, and finally we

03:57PM 10   got everybody to agree on it.  There were so many red lines,

03:57PM 11   and then we would go into things.  But I figured as long as we

03:57PM 12   had so much e-mail traffic where everybody said, Yes, we agree

03:57PM 13   to give this up, taking on Mike's salary, giving us money and

03:57PM 14   our salaries, and then I think it would have been February,

03:57PM 15   March that it finally got all signed.

03:57PM 16       MR. DOLAN:  So February, March?

03:57PM 17       THE WITNESS:  Of 2013.  It had been in the works

03:57PM 18   since prior to "Tiger" going to work for BP, but -- not BP, my

03:57PM 19   mistake, for the claims administrator.  But the red line

03:57PM 20   versions, everything, it wasn't finalized until March.  We were

03:57PM 21   fighting over this for a while.

03:57PM 22       MR. DOLAN:  When would have the first payments to

03:58PM 23   each of the partners --

03:58PM 24       THE WITNESS:  June.

03:58PM 25       MR. DOLAN:  June?

**C O N F I D E N T I A L**

SM-02-JA00544

THE WITNESS:  June of 2012.  So there was no issue on my part.  I wanted the operating agreement obviously to reflect all this, but I figured we had enough in terms of e-mail traffic and specific performance showing what I was doing to cover me if these guys ever tried to screw me.  But still certainly we wanted the operating agreement.

In fact, we just amended the operating agreement.  I signed an amended operating agreement whereby they just gave up another two percent, Tim and Joey.

MR. DOLAN:  What was the date of that agreement?

THE WITNESS:  That is in effect as of June 1st of 2013, not 2012.  So they gave up another two percent for a salary of $12,000 a month, up to and including May 31st of 2014.

MR. DOLAN:  You referenced two other e-mails that you used.  You said, just to clarify, one is glenlerner@me.com?

THE WITNESS:  Sir, yes, sir.

MR. DOLAN:  And that's the normal spelling of your name?

THE WITNESS:  Yes, sir.

MR. DOLAN:  Okay.  And then the other one, you said was?

THE WITNESS:  Glerner@glenlerner.com?

MR. DOLAN:  Okay.  Thank you.

MR. FREEH:  Anything else?

**C O N F I D E N T I A L**

SM-02-JA00545

03:59PM 1        MR. DOLAN:  No, sir.

03:59PM 2        MR. FREEH:  Mr. Lerner, that completes our questions.

03:59PM 3    I'll ask your counsel if they want to put anything on the

03:59PM 4    record or clarify anything that you've said or whether you want

03:59PM 5    to clarify anything that you've said?

03:59PM 6        MS. HARDIN:  Not at this time, no.

03:59PM 7        MR. WRIGHT:  Do you want to give him a chance to read

03:59PM 8    and sign the transcript?

03:59PM 9        MR. FREEH:  Do you know, I haven't made a decision

03:59PM 10   about that, but I would certainly consider it.  And again, a

03:59PM 11   lot of this is subject to what the judge wants to do.  The

03:59PM 12   process.  But I'll certainly make a note of that for you.

04:00PM 13   Thank you very much.  I appreciate your time.

04:00PM 14        I'll give your lawyers a couple of requests for

04:00PM 15   information, and --

04:00PM 16       MS. HARDIN:  How many subpoenas are we going to get?

04:00PM 17       MR. FREEH:  There are four, and most of them are

04:00PM 18   repetitive but they go to the different entities that

04:00PM 19   Mr. Lerner has either said or is on record to our understanding

04:00PM 20   being associated with.  And --

04:00PM 21       MS. HARDIN:  Which were they?

04:00PM 22       MR. FREEH:  Any questions or clarifications or

04:00PM 23   limitations or privileges that you want to discuss we're happy

04:00PM 24   to do that once you review the documents.

04:00PM 25       MS. HARDIN:  Let's just see which four they are.

**C O N F I D E N T I A L**

SM-02-JA00546

| | |
|---|---|
| 04:00PM | 1 |

04:00PM 1      MR. FREEH:  Sure.  If we have the right organizations

04:00PM 2  on there.

04:01PM 3      MS. HARDIN:  Andry Lerner is represented by somebody?

04:01PM 4  Don't they have a lawyer?

04:01PM 5      MR. DOLAN:  Andry Lerner?

04:01PM 6      MS. HARDIN:  Andry Lerner, L.L.C.  We'll have to try

04:01PM 7  to work with that lawyer, but I mean, we don't represent

04:01PM 8  Andry Lerner, L.L.C.

04:01PM 9      MR. FREEH:  No, but your client is a member of the

04:01PM 10  firm.

04:01PM 11      MS. HARDIN:  He's a member.  We'll have to work it

04:01PM 12  out.

04:01PM 13      MR. WRIGHT:  We may not respond to this one.

04:01PM 14      MS. HARDIN:  Well, we may not have -- we don't have

04:01PM 15  direct access.  They are a represented entity is my

04:01PM 16  understanding, so we'll have to work with whoever their

04:01PM 17  attorney is; it's not us.

04:01PM 18      MR. DOLAN:  It would be Jon Andry's attorney.

04:01PM 19      MS. HARDIN:  Jim Cobb?  Is that who it is?

04:01PM 20      MR. DOLAN:  Jim Cobb.

04:01PM 21      MS. HARDIN:  Jim Cobb.  So we'll have to work with

04:01PM 22  him.

04:01PM 23      And we'll discuss these entities with him.  I

04:01PM 24  don't know who they are.

04:01PM 25      MR. FREEH:  If you have any questions, just call us

**C O N F I D E N T I A L**

SM-02-JA00547

04:01PM 1    and we'll clarify them.

04:02PM 2              MS. HARDIN:  Call Matt, right?

04:02PM 3              MR. FREEH:  Call either of us.  Thank you for your

04:02PM 4    time.  I appreciate it.

5              (WHEREUPON, at 4:02 p.m., the proceedings were

6    concluded.)

7                         *    *    *

8

9

10                       REPORTER'S CERTIFICATE

11

12         I, Cathy Pepper, Certified Realtime Reporter, Registered

13   Merit Reporter, Certified Court Reporter of the State of

14   Louisiana, Official Court Reporter for the United States

15   District Court, Eastern District of Louisiana, do hereby

16   certify that the foregoing is a true and correct transcript to

17   the best of my ability and understanding from the record of the

18   proceedings in the above-entitled and numbered matter.

19

20

21                            *s/Cathy Pepper*

22                            Cathy Pepper, CRR, RMR, CCR
                              Certified Realtime Reporter
23                            Registered Merit Reporter
                              Official Court Reporter
24                            United States District Court
                              Cathy_Pepper@laed.uscourts.gov
25

**C O N F I D E N T I A L**

**SM-02-JA00548**

## $

$10,000 [2] - 49:18, 50:1
$100,000 [2] - 50:24, 111:22
$12,000 [1] - 121:13
$120,000 [1] - 100:12, 113:10
$16,666 [1] - 112:5
$19,000 [1] - 41:2
$20,000 [1] - 99:18
$33K [1] - 114:17
$35,000 [1] - 48:22
$36,000 [1] - 50:23
$40K [1] - 111:15
$50,000 [2] - 31:10, 74:23
$5K [1] - 97:21
$64,000 [1] - 50:24
$760,000 [1] - 46:9

## '

'13 [1] - 96:18
'Tiger [1] - 112:23
'Tiger' [1] - 42:4

## 1

1 [10] - 91:21, 97:7, 104:9, 104:10, 104:12, 107:12, 107:13, 111:22, 113:24, 113:25
10 [3] - 7:16, 12:9
10-MD-2179 [1] - 1:6
102 [1] - 2:17
104 [1] - 2:18
107 [1] - 2:19
10:13 [1] - 102:13
10:23 [2] - 105:11, 107:17
10:49 [2] - 96:1, 97:19
111 [1] - 2:20
113 [1] - 2:21
11:26 [1] - 116:13
12 [3] - 12:9, 46:12, 88:14
120,000 [1] - 105:25
12:31 [1] - 105:12
12:35 [2] - 113:17, 114:1
13th [1] - 100:15
15 [6] - 13:13, 29:24, 32:4, 33:17, 62:15, 116:13

## 2

15:06 [1] - 90:5
15:06:03 [1] - 109:11
15:13 [1] - 98:25
15:13:14 [1] - 110:9
15:23 [1] - 90:17
15:44 [1] - 106:11
16,600 [1] - 40:25
16,685 [2] - 114:22, 114:25
18 [3] - 41:1, 46:12
19,000 [2] - 85:12, 85:13
1987 [1] - 6:2
1990 [1] - 6:6
19th [1] - 100:4
1:00 [1] - 1:7
1:12 [1] - 114:14
1st [2] - 120:6, 121:11

## 2

2 [12] - 88:25, 89:2, 94:2, 96:16, 96:25, 102:11, 102:19, 108:4, 109:6, 111:12, 112:3, 114:10
2.6 [1] - 99:20
20 [6] - 1:5, 10:11, 13:13, 35:3, 112:20
20-plus [1] - 82:13
2000 [1] - 9:22
2001 [2] - 9:22, 11:5
201 [1] - 1:18
2010 [3] - 1:5, 44:9, 46:6
2012 [16] - 24:20, 42:6, 43:24, 47:25, 48:19, 50:16, 51:19, 63:1, 64:5, 93:17, 94:5, 94:13, 95:4, 95:9, 106:11, 120:6, 121:1, 121:12
2013 [33] - 1:7, 3:2, 24:20, 88:14, 89:14, 90:5, 90:17, 91:20, 93:12, 96:1, 96:11, 97:9, 97:19, 98:25, 100:10, 100:15, 102:13, 104:19, 105:11, 105:12, 106:8, 107:5, 107:15, 108:5, 109:11, 111:21, 112:20, 113:17, 116:13, 120:7, 120:17, 121:12
2014 [1] - 121:14
21 [4] - 54:13, 94:5,

## 3

105:12, 111:21
21st [1] - 105:16
22 [1] - 21:4
23 [1] - 21:4
23rd [1] - 11:15
24 [3] - 49:12, 54:13, 92:6
25 [8] - 30:11, 31:10, 35:15, 47:20, 48:18, 54:12, 110:12, 110:19
26 [1] - 106:11
270 [1] - 11:4
28 [2] - 13:14, 113:17
290 [1] - 11:4

## 3

3 [8] - 89:12, 89:24, 94:2, 106:7, 112:14, 112:18, 115:17, 115:24
3/15/2013 [1] - 115:25
3/7/13 [2] - 105:14, 105:15
30 [1] - 32:4
30-second [3] - 29:24, 33:17, 62:15
31 [2] - 1:7, 3:2
31st [3] - 100:10, 121:13
33,000 [1] - 114:24
3:17 [1] - 112:20
3:51 [1] - 89:14

## 4

4 [4] - 96:9, 96:10, 96:11, 106:15
4,900 [1] - 40:25
40 [1] - 15:10
40/60 [3] - 15:2, 15:4, 15:7
40:42 [1] - 124:5
4th [1] - 96:18

## 5

5 [3] - 2:4, 2:5, 106:15
5,000 [1] - 49:14
50 [17] - 8:16, 35:3, 60:23, 60:24, 61:1, 61:4, 61:9, 61:11, 77:23, 85:4, 85:10, 85:11, 85:15, 85:17, 87:23, 98:2
50/50 [1] - 15:5
500 [1] - 1:22

504 [1] - 1:23
51-year-old [1] - 77:23
52 [1] - 77:24
589-7779 [1] - 1:23

## 6

6,500 [1] - 49:14
6/6/64 [1] - 5:15
60 [2] - 15:8, 15:9

## 7

7 [9] - 95:25, 97:9, 97:19, 102:13, 105:11, 106:8, 107:5, 107:15, 108:5
7/19 [1] - 107:25
70 [2] - 11:23, 12:3
70130 [1] - 1:22
70170 [1] - 1:18
75 [3] - 12:1, 12:18, 12:19
75,000 [1] - 8:16
75/25 [1] - 12:22
7801 [1] - 5:16
7:57 [1] - 111:21

## 8

8 [2] - 49:12, 104:19
80 [3] - 11:23, 12:19, 35:3
85253 [1] - 5:19
88 [1] - 2:12
89 [1] - 2:13
8:22 [1] - 88:14
8:58 [1] - 104:19

## 9

9 [8] - 89:14, 90:5, 90:17, 91:20, 98:25, 109:11, 110:8, 110:9
90,000 [1] - 21:13
93 [1] - 2:14
95 [1] - 2:15
96 [1] - 2:16
9:04 [1] - 93:17
9:08 [1] - 102:19
9:12 [1] - 97:9
9th [1] - 91:11

## A

a.m [7] - 88:14, 96:1,

102:13, 105:11, 107:17, 111:21, 116:13
abilities [1] - 98:14
ability [5] - 4:1, 16:18, 47:17, 98:8, 124:17
able [2] - 18:5, 18:7
above-entitled [1] - 124:18
accepted [3] - 32:23, 48:11, 65:14
accepting [1] - 77:13
access [3] - 11:19, 104:25, 123:15
accident [2] - 82:19, 118:16
according [6] - 14:22, 37:10, 41:7, 60:15, 99:3, 117:21
account [14] - 41:12, 42:1, 42:2, 42:10, 42:20, 42:21, 103:3, 103:5, 103:8, 103:14, 103:18, 103:19, 103:22, 105:1
accountant [3] - 11:16, 11:18, 101:20
accounts [4] - 11:11, 42:4, 103:9, 103:10
acting [3] - 99:9, 110:1, 110:6
ACTION [1] - 1:10
action [2] - 8:9, 13:24
activities [1] - 21:24
actual [5] - 23:22, 39:13, 46:21, 48:18, 65:9
acumen [2] - 16:15, 18:5
addition [3] - 28:1, 53:20, 112:5
additional [1] - 4:23
address [4] - 5:13, 5:16, 16:10, 18:7
addressed [1] - 108:15
addressing [1] - 55:19
administered [1] - 52:1
administering [1] - 82:6
administration [22] - 3:9, 16:16, 17:20, 17:21, 29:7, 30:1, 31:4, 32:24, 33:3, 33:13, 33:15, 37:4, 52:7, 52:18, 68:20, 68:25, 80:9, 81:19, 84:24, 110:3,

CONFIDENTIAL

110:14, 110:22
**administrations** [1] - 109:8
**administrative** [1] - 62:25
**administrator** [28] - 33:20, 34:1, 34:5, 43:11, 51:4, 51:16, 51:20, 54:11, 54:20, 56:2, 56:17, 59:20, 60:10, 69:5, 69:25, 70:1, 71:4, 71:10, 73:4, 73:6, 76:25, 77:2, 77:4, 77:9, 78:3, 78:17, 89:10, 120:19
**administrator's** [1] - 62:22
**advantage** [1] - 70:21
**advertiser** [2] - 117:17, 117:18
**advertisers** [1] - 8:12
**advertising** [3] - 8:13, 8:18, 12:25
**advise** [1] - 57:20
**advising** [2] - 77:12, 100:16
**affected** [1] - 52:3
**affiliation** [1] - 74:5
**afloat** [1] - 80:10
**afternoon** [2] - 3:5, 5:4
**ago** [19] - 7:8, 7:16, 8:15, 13:13, 13:14, 14:20, 18:25, 25:9, 43:9, 44:25, 48:7, 54:14, 74:17, 74:18, 75:18, 76:15, 78:24
**agree** [8] - 19:19, 37:14, 49:3, 57:9, 120:10, 120:12
**agreed** [10] - 17:3, 46:18, 49:7, 49:11, 50:15, 56:25, 57:12, 79:12, 97:17, 117:15
**agreement** [34] - 10:23, 27:22, 27:24, 27:25, 38:8, 38:13, 38:19, 39:3, 39:9, 43:25, 46:23, 46:24, 47:2, 47:4, 61:10, 61:16, 61:19, 61:22, 62:5, 62:6, 85:4, 97:1, 97:17, 100:11, 117:24, 120:1, 120:5, 120:9, 121:2, 121:6, 121:8, 121:10
**agreements** [3] - 14:22, 62:12, 100:9
**ahead** [2] - 44:7, 57:8

**airport** [1] - 73:24
**alive** [1] - 13:1
**ALL** [1] - 1:8
**allowed** [1] - 38:23
**almost** [4] - 12:21, 44:2, 80:13
**aloof** [1] - 21:8
**ambiguity** [1] - 54:2
**amended** [2] - 121:7, 121:8
**America** [3] - 42:5, 103:9, 103:11
**American** [1] - 106:19
**amount** [8] - 34:15, 50:1, 57:17, 60:11, 101:3, 115:1
**amounts** [1] - 40:21
**ancillary** [1] - 49:9
**Andry** [136] - 4:8, 9:8, 9:18, 14:3, 14:10, 14:12, 14:14, 15:1, 15:6, 15:9, 15:21, 17:3, 18:14, 19:2, 19:10, 19:17, 19:19, 21:18, 21:21, 21:23, 23:6, 24:2, 24:9, 24:23, 26:15, 26:23, 28:16, 31:14, 31:15, 31:18, 31:21, 35:19, 36:16, 36:20, 37:14, 37:22, 39:8, 39:9, 41:4, 41:11, 51:15, 52:21, 52:24, 53:3, 54:20, 55:8, 55:25, 56:15, 56:20, 56:25, 57:11, 57:20, 59:13, 59:18, 60:3, 60:10, 60:14, 60:22, 61:2, 61:4, 61:25, 63:20, 64:25, 65:1, 65:2, 71:9, 71:14, 71:24, 72:12, 72:24, 73:3, 73:7, 73:12, 73:22, 73:23, 74:2, 74:5, 74:12, 75:2, 75:3, 75:4, 76:16, 78:10, 78:11, 80:9, 80:12, 80:20, 80:21, 80:24, 83:19, 85:2, 85:6, 85:10, 85:13, 85:18, 85:24, 86:13, 87:20, 88:4, 89:22, 92:13, 94:10, 94:17, 95:7, 97:10, 97:12, 98:3, 98:6, 98:9, 98:12, 98:15, 98:18, 101:18, 102:15, 102:24, 104:25, 105:1, 105:4, 105:5, 112:5, 116:18,

116:21, 118:25, 119:1, 119:7, 119:10, 119:12, 119:19, 123:3, 123:5, 123:6, 123:8
**Andry's** [1] - 123:18
**Andrys** [1] - 10:13
**anger** [1] - 25:8
**angry** [5] - 25:4, 25:18, 25:19, 54:9, 73:16
**animosity** [1] - 37:17
**answer** [10] - 23:9, 26:11, 29:9, 36:3, 36:4, 44:3, 55:16, 66:13, 83:16, 114:5
**answered** [1] - 81:15
**answers** [2] - 3:25, 4:20
**anyway** [2] - 39:5, 119:17
**Appeals** [1] - 10:9
**appear** [1] - 76:22
**appearance** [1] - 8:20
**APPEARANCES** [1] - 1:13
**appearing** [1] - 3:10
**applications** [1] - 47:18
**appointment** [4] - 3:7, 3:19, 24:23, 65:8
**appreciate** [2] - 122:13, 124:4
**appropriate** [3] - 65:18, 71:6, 71:7
**approximate** [2] - 30:24, 36:12
**approximation** [1] - 16:4
**April** [3] - 26:17, 26:20, 44:9
**APRIL** [1] - 1:5
**area** [1] - 18:12
**Arizona** [9] - 5:18, 5:24, 9:5, 12:2, 12:11, 12:13, 14:1, 118:20
**arose** [2] - 9:1, 103:21
**arrangement** [1] - 117:5
**arrangements** [2] - 34:8, 48:15
**arranging** [1] - 75:19
**article** [2] - 25:5, 25:24
**aside** [2] - 70:5, 105:25
**aspects** [2] - 3:8, 48:25
**assessment** [2] -

18:10, 51:21
**assistance** [1] - 16:18
**associate** [1] - 64:6
**associated** [8] - 10:21, 10:22, 11:3, 11:8, 13:22, 49:9, 72:10, 122:20
**Associates** [13] - 11:10, 11:12, 11:20, 12:5, 13:6, 41:12, 42:13, 81:11, 82:16, 83:1, 83:19, 103:11, 117:13
**association** [2] - 68:18, 72:11
**assume** [1] - 81:4
**assumption** [1] - 33:16
**assurance** [1] - 87:17
**attached** [2] - 60:25, 88:11
**attempt** [1] - 92:5
**attend** [1] - 6:3
**attending** [1] - 6:10
**attention** [10] - 23:18, 96:16, 102:11, 103:17, 105:9, 106:7, 107:21, 108:4, 111:12, 114:13
**attorney** [2] - 8:6, 9:5, 10:24, 10:25, 11:2, 11:17, 13:23, 13:25, 14:4, 38:18, 38:24, 39:6, 39:12, 50:7, 51:7, 64:23, 67:25, 86:24, 89:12, 123:17, 123:18
**attorney-client** [1] - 67:25
**attorneys** [12] - 3:11, 3:12, 3:22, 5:1, 9:2, 13:12, 14:23, 16:7, 51:22, 82:5, 117:9, 120:7
**Attorneys** [3] - 11:13, 13:11, 14:7
**August** [2] - 93:17, 100:19
**authority** [2] - 4:3, 103:12
**auto** [1] - 118:15
**AVENUE** [1] - 1:18
**aware** [10] - 9:1, 27:24, 38:17, 51:14, 82:7, 87:12, 93:23, 109:7, 116:21, 118:14
**awareness** [1] - 116:23

| | **B** |

**baby** [1] - 11:14
**backwards** [1] - 89:13
**bad** [2] - 52:10, 87:10
**bag** [1] - 65:13
**Bank** [3] - 42:5, 103:9, 103:11
**bank** [2] - 11:11, 103:10
**Bar** [5] - 7:23, 8:7, 9:6, 11:25, 117:21
**Barbier** [1] - 3:7
**base** [1] - 21:15
**based** [13] - 10:8, 29:9, 34:8, 35:10, 44:25, 46:6, 52:1, 82:11, 82:13, 83:24, 87:16, 95:10, 120:5
**bases** [1] - 78:14
**basic** [1] - 47:14
**basis** [13] - 8:15, 10:14, 10:15, 16:15, 22:1, 22:2, 22:21, 28:6, 41:16, 43:15, 60:2, 71:21, 100:5
**battle** [1] - 47:3
**beauty** [1] - 19:4
**became** [11] - 24:22, 50:4, 65:7, 66:15, 67:22, 68:24, 80:23, 81:7, 99:22, 101:17, 119:5
**become** [1] - 66:2
**becoming** [2] - 48:13, 100:1
**BEFORE** [1] - 1:11
**began** [2] - 31:3, 36:22
**beginning** [4] - 36:13, 50:2, 50:16, 51:24
**begins** [4] - 94:2, 106:14, 111:22, 112:3
**behalf** [1] - 65:3
**behest** [1] - 80:15
**behind** [2] - 6:24, 50:11
**belief** [6] - 41:16, 56:6, 58:2, 58:21, 82:9, 83:24, 94:12, 99:22
**believes** [1] - 44:17
**BellSouth** [8] - 10:2, 10:3, 30:14, 31:8, 31:21, 32:1, 35:11, 74:16, 74:20
**benefit** [1] - 110:17
**best** [33] - 3:25, 12:8, 14:21, 20:12, 22:3,

26:25, 32:11, 32:21, 35:23, 37:8, 38:16, 40:16, 40:19, 46:24, 49:23, 50:8, 50:25, 59:17, 61:9, 63:13, 63:19, 63:24, 64:2, 66:4, 68:16, 70:1, 79:20, 88:3, 89:7, 89:8, 118:2, 118:21, 124:17
**better** [2] - 76:2, 96:9
**between** [10] - 10:3, 11:23, 15:1, 16:4, 29:2, 48:15, 74:12, 82:20, 92:9, 94:23
**beyond** [3] - 17:2, 77:19
**big** [10] - 30:20, 44:19, 44:21, 68:10, 73:14, 79:18, 99:9, 109:22, 110:1, 110:6
**birth** [2] - 5:14, 5:15
**bit** [4] - 8:23, 28:2, 79:6, 99:18
**blah** [4] - 73:15
**boardroom** [1] - 48:25
**body** [1] - 112:4
**bombshell** [1] - 77:7
**boss** [8] - 20:13, 21:8, 30:4, 33:1, 42:23, 43:1, 53:11, 79:19
**bosses** [1] - 20:13
**bottom** [11] - 90:17, 91:5, 94:2, 96:16, 97:7, 102:14, 104:18, 105:12, 107:21, 109:10, 112:3
**bought** [1] - 47:1
**bounds** [1] - 55:1
**BP** [27] - 3:8, 15:19, 16:10, 16:12, 17:2, 17:11, 31:17, 31:18, 33:6, 35:5, 51:4, 51:16, 52:12, 68:18, 68:19, 70:15, 71:14, 71:21, 79:16, 91:9, 91:19, 93:7, 109:23, 118:1, 119:2, 120:18
**BP-related** [3] - 16:10, 68:18, 68:19
**breach** [1] - 75:14
**break** [2] - 59:5, 59:10
**breeds** [1] - 21:10
**brief** [3] - 4:17, 59:6, 108:23
**bright** [1] - 45:8
**bring** [5] - 19:24, 46:4, 48:1, 75:15, 75:20
**bringing** [2] - 16:18,

48:3
**brother** [2] - 9:10, 72:1
**brothers** [5] - 9:18, 31:9, 72:24, 74:4, 75:12
**brought** [5] - 16:17, 19:22, 47:14, 80:1, 101:5
**Bryan** [1] - 47:16
**Bryant** [3] - 45:4, 96:18, 106:11
**buddy** [1] - 44:10
**budget** [1] - 51:1
**build** [1] - 46:9
**built** [1] - 83:4
**bus** [2] - 92:14, 92:18
**business** [27] - 4:9, 7:10, 9:17, 16:15, 18:1, 18:5, 20:17, 22:19, 43:11, 44:15, 50:25, 52:8, 53:18, 53:21, 73:25, 78:13, 79:23, 90:2, 90:23, 91:2, 94:4, 96:23, 97:4, 97:6, 104:16, 106:3, 106:25
**businesses** [1] - 77:25
**busting** [1] - 90:10
**but...** [8] - 35:23, 36:18, 48:12
**butt** [1] - 90:10
**buying** [2] - 15:24, 16:1
**BY** [27] - 1:4, 1:24, 1:25, 2:5, 5:12, 59:9, 62:24, 67:19, 68:14, 74:9, 80:19, 86:11, 88:19, 89:6, 89:19, 93:25, 95:14, 96:8, 98:21, 102:7, 104:8, 107:10, 108:19, 111:3, 111:10, 113:23, 118:24

---

**C**

---

**Caballeros** [1] - 5:17
**CABALLEROS** [1] - 5:18
**Cahill** [23] - 11:13, 11:16, 41:20, 41:22, 42:15, 42:18, 85:21, 96:11, 96:18, 97:9, 101:6, 101:20, 102:13, 103:8, 103:18, 103:19, 105:6, 107:5,

107:22, 111:14, 111:21, 112:16, 116:25
**Calgary** [1] - 46:25
**Calle** [1] - 5:16
**CALLE** [1] - 5:17
**capable** [1] - 18:16
**capacity** [1] - 3:23
**capital** [1] - 48:21
**car** [1] - 62:16
**care** [2] - 75:22, 75:24
**careful** [1] - 25:2
**case** [116] - 8:20, 22:25, 23:3, 23:12, 23:14, 23:20, 23:21, 23:22, 24:3, 24:4, 24:5, 24:7, 24:24, 28:25, 29:6, 29:19, 29:11, 29:14, 29:19, 29:23, 30:2, 30:5, 30:6, 31:2, 31:8, 31:21, 32:1, 32:5, 32:7, 32:9, 32:13, 32:15, 32:16, 32:22, 33:11, 33:16, 33:19, 35:11, 35:20, 35:22, 35:23, 37:9, 38:12, 38:21, 38:22, 39:10, 39:12, 39:17, 39:19, 39:21, 39:23, 40:18, 42:22, 43:5, 56:23, 57:5, 57:22, 59:14, 60:9, 60:18, 61:3, 61:3, 61:20, 62:16, 65:3, 65:10, 65:14, 65:15, 65:17, 65:25, 66:2, 66:10, 66:15, 66:16, 66:20, 67:6, 67:12, 67:14, 67:22, 74:15, 74:20, 79:17, 79:19, 80:6, 80:17, 81:19, 82:18, 82:20, 83:14, 84:12, 84:21, 94:9, 94:14, 95:8, 99:15, 101:19, 113:8, 118:1, 118:6, 118:10, 118:16, 119:14, 119:18
**cases** [51] - 9:21, 9:22, 9:25, 10:1, 10:19, 15:4, 17:6, 17:20, 17:21, 17:22, 22:22, 23:1, 33:5, 37:13, 39:16, 52:12, 65:5, 69:7, 69:8, 70:1, 70:6, 70:16, 72:7, 76:10, 78:10, 78:11, 79:12, 79:16, 79:25, 80:1, 80:5, 81:12, 82:19, 83:5,

83:21, 84:2, 84:3, 84:9, 89:22, 117:25, 118:12, 119:1, 119:2, 119:3, 119:8, 119:15, 119:20
**CASES** [1] - 1:8
**Casey** [34] - 23:3, 23:14, 23:23, 24:9, 25:21, 26:4, 26:8, 27:13, 39:18, 39:23, 40:8, 56:23, 57:1, 57:4, 57:22, 59:14, 60:9, 60:18, 61:3, 64:18, 94:4, 95:6, 101:8, 101:10, 102:16, 102:20, 102:24, 112:7, 113:3, 113:8, 115:3, 116:5, 116:22, 117:7
**Casey-business** [1] - 94:4
**cash** [1] - 50:4
**cat** [1] - 65:13
**catch** [2] - 50:10, 50:19
**CATHY** [1] - 1:20
**Cathy** [2] - 124:12, 124:22
**Cathy_Pepper@laed .uscourts.gov** [1] - 124:24
**cathy_Pepper@laed. uscourts.gov** [1] - 1:23
**caught** [2] - 100:23, 105:23
**caused** [2] - 78:4, 78:7
**cc** [1] - 115:12
**CCR** [2] - 1:20, 124:22
**CEO** [6] - 19:20, 45:7, 48:3, 48:13, 48:22, 48:23
**certain** [4] - 3:8, 21:6, 22:18, 101:4
**certainly** [24] - 8:10, 15:22, 16:12, 18:5, 24:25, 25:2, 26:13, 34:25, 35:1, 36:7, 40:23, 41:17, 51:23, 52:25, 55:3, 59:25, 76:6, 95:1, 100:18, 114:7, 121:6, 122:10, 122:12
**CERTIFICATE** [1] - 124:10
**CERTIFIED** [1] - 1:21
**Certified** [3] - 124:12, 124:13, 124:22
**certify** [1] - 124:16
**CFO** [2] - 11:17, 19:22

**chance** [1] - 122:7
**change** [6] - 21:3, 49:5, 65:14, 76:3, 80:12, 119:24
**changing** [2] - 5:20, 49:3
**character** [1] - 87:14
**characterize** [2] - 49:15, 117:5
**charge** [1] - 47:15
**CHARLES** [1] - 1:18
**check** [19] - 40:24, 40:25, 41:1, 64:4, 64:14, 71:12, 79:25, 80:7, 80:17, 81:20, 83:6, 83:10, 83:12, 98:9, 98:14, 102:20, 114:8, 114:9, 115:15
**check-writing** [1] - 98:14
**checked** [1] - 62:10
**checking** [1] - 84:6
**checks** [8] - 11:19, 40:20, 40:21, 61:8, 80:15, 82:7, 101:9, 114:22
**cheer** [1] - 22:16
**Chicago** [2] - 13:11, 18:22
**Chinese** [1] - 30:10
**Chris** [6] - 39:14, 62:14, 65:5, 66:6, 66:22, 67:8
**Chris'** [1] - 67:11
**Christine** [12] - 6:21, 32:10, 32:12, 32:14, 53:12, 67:5, 76:24, 78:3, 78:16, 78:19, 78:25
**Christine's** [3] - 32:15, 67:12, 67:13
**Circuit** [1] - 10:9
**circumstances** [1] - 27:4
**CIVIL** [1] - 1:6
**claim** [22] - 34:16, 37:9, 68:11, 69:12, 69:16, 69:17, 69:20, 69:22, 73:4, 73:5, 73:9, 73:10, 73:11, 73:14, 73:19, 74:3, 84:24, 85:14, 94:4, 95:6, 117:7
**claim-Shrimper-VoO** [1] - 94:4
**claimants** [1] - 93:7
**claims** [74] - 3:8, 11:2, 11:4, 16:14, 16:16, 17:18, 17:20, 17:21, 29:6, 30:1, 31:4,

31:17, 31:18, 32:23, 33:3, 33:12, 33:15, 33:20, 33:25, 34:5, 35:6, 37:4, 43:11, 51:4, 51:12, 51:16, 51:19, 51:23, 51:24, 51:25, 52:2, 52:18, 54:10, 68:7, 68:9, 68:10, 68:18, 68:19, 68:20, 68:25, 69:4, 69:5, 69:13, 69:14, 69:25, 70:24, 70:25, 71:1, 71:10, 71:14, 71:22, 71:23, 76:25, 77:2, 77:3, 77:9, 84:24, 91:6, 91:17, 92:6, 99:10, 101:15, 109:8, 109:25, 110:3, 110:6, 110:14, 110:22, 117:18, 120:19
**clarifications** [1] - 122:22
**clarify** [8] - 55:15, 59:11, 84:23, 95:10, 121:16, 122:4, 122:5, 124:1
**class** [1] - 13:24
**classmates** [1] - 6:10
**clause** [2] - 101:1, 101:4
**clean** [1] - 44:17
**cleaning** [1] - 44:22
**clear** [10] - 3:22, 4:13, 4:19, 4:20, 19:18, 24:8, 30:4, 52:12, 108:12, 117:1
**cleared** [5] - 33:1, 35:17, 37:7, 43:7, 53:10
**clearly** [1] - 114:2
**client** [10] - 60:16, 64:24, 64:25, 67:25, 80:5, 80:14, 81:15, 81:18, 83:23, 123:9
**clients** [6] - 10:16, 11:3, 17:23, 20:6, 68:12, 83:7
**close** [5] - 7:7, 48:1, 70:5, 73:1, 75:13
**Coal** [1] - 106:19
**Cobb** [3] - 123:19, 123:20, 123:21
**college** [2] - 5:25, 6:2
**comfortable** [5] - 29:8, 57:17, 58:6, 64:10, 78:1
**coming** [4] - 26:17, 35:20, 45:2, 50:8
**comment** [1] - 105:15

**commercial** [1] - 106:21
**commercials** [1] - 17:25
**common** [2] - 82:19, 110:1
**communicating** [3] - 99:23, 100:15, 116:22
**communications** [1] - 63:14
**companies** [2] - 45:7, 89:25
**Company** [2] - 4:10, 106:19
**company** [6] - 3:11, 19:4, 44:12, 46:25, 47:4, 47:7
**compensation** [3] - 21:15, 34:19, 43:15
**competing** [1] - 37:16
**competitive** [1] - 70:21
**complaint** [1] - 11:25
**complaints** [2] - 8:14, 8:17
**complete** [1] - 3:25
**completed** [3] - 5:25, 6:2, 106:23
**completely** [1] - 100:23
**completes** [1] - 122:2
**complexity** [1] - 52:2
**COMPUTER** [1] - 1:25
**concern** [8] - 52:19, 52:21, 66:10, 70:8, 78:4, 78:7, 78:9, 91:17
**concerns** [7] - 4:21, 59:18, 77:17, 77:21, 78:14, 79:18, 79:21
**concluded** [1] - 124:6
**conducted** [2] - 80:15, 80:16
**conducting** [1] - 3:6
**confirm** [1] - 112:22
**conflict** [34] - 55:7, 59:2, 78:10, 78:11, 78:12, 79:9, 79:14, 80:16, 80:20, 80:25, 81:3, 81:4, 81:8, 81:11, 81:17, 82:2, 82:4, 82:14, 82:16, 82:18, 82:19, 82:22, 83:2, 83:7, 83:10, 83:12, 83:13, 83:20, 84:4, 84:10, 84:21
**conflicts** [7] - 55:4, 79:15, 79:25, 80:7, 80:15, 82:7, 84:5

**confuse** [2] - 55:16, 114:6
**conjunction** [1] - 72:4
**connect** [1] - 40:7
**connected** [1] - 28:10
**connection** [3] - 19:2, 72:3, 74:20
**consider** [1] - 122:10
**consideration** [3] - 49:17, 100:12, 113:9
**considered** [1] - 5:23
**considering** [1] - 99:19
**consistently** [1] - 99:23
**construed** [1] - 4:3
**contact** [3] - 7:2, 61:21, 62:16
**contemplated** [1] - 47:13
**contempt** [1] - 21:11
**continues** [2] - 96:21, 111:22
**contribute** [1] - 15:21
**control** [3] - 14:25, 40:17, 117:11
**controls** [2] - 11:18, 104:22
**conversation** [58] - 25:7, 25:15, 25:22, 25:25, 26:2, 26:3, 26:5, 26:12, 29:9, 29:22, 29:24, 30:18, 30:25, 31:12, 32:3, 32:9, 33:18, 34:17, 35:4, 35:19, 36:6, 37:6, 41:22, 44:25, 52:7, 52:15, 53:2, 53:7, 55:25, 56:6, 56:12, 56:13, 56:14, 57:6, 59:18, 59:20, 62:15, 63:2, 63:5, 63:10, 63:20, 63:25, 64:6, 64:9, 64:13, 68:8, 69:24, 71:19, 77:19, 77:20, 79:2, 84:13, 84:19, 87:1, 88:2, 88:4
**conversations** [14] - 19:12, 29:2, 36:18, 36:19, 59:12, 59:13, 59:22, 60:2, 63:14, 69:6, 69:9, 70:11, 83:24, 117:2
**COO** [1] - 19:20
**cool** [2] - 13:20, 50:11
**copied** [4] - 103:16, 105:16, 112:16, 112:21

**copies** [1] - 41:21
**Corey** [1] - 120:8
**corner** [1] - 26:14
**corporate** [1] - 19:25
**correct** [21] - 3:16, 7:24, 8:21, 8:22, 17:15, 18:2, 21:7, 24:12, 38:4, 38:6, 38:20, 40:9, 43:12, 44:3, 55:5, 60:19, 66:17, 68:25, 91:22, 112:10, 124:16
**cost** [1] - 46:10
**costs** [2] - 49:9, 109:12
**counsel** [1] - 122:3
**country** [2] - 8:12, 10:11
**couple** [8] - 13:1, 31:1, 46:4, 50:3, 50:13, 96:1, 109:1, 111:11, 122:14
**course** [14] - 8:16, 15:17, 17:7, 21:4, 29:18, 69:17, 68:18, 69:3, 73:21, 78:15, 100:4, 100:19, 113:7, 117:3
**COURT** [2] - 1:1, 1:20
**court** [3] - 47:2, 55:19, 88:11
**Court** [7] - 3:19, 10:9, 124:13, 124:14, 124:15, 124:23, 124:24
**cover** [1] - 121:5
**CPA** [1] - 11:17
**create** [1] - 117:14
**created** [1] - 78:9
**creation** [1] - 79:9
**criminal** [1] - 4:5
**Crown** [14] - 4:10, 28:6, 28:7, 33:5, 42:1, 42:2, 42:9, 42:21, 43:12, 43:16, 43:21, 43:22, 43:23, 44:3, 44:6, 46:7, 46:18, 52:8, 52:9, 53:16, 53:25, 54:1, 54:3, 54:4, 54:21, 55:7, 55:25, 56:22, 69:3, 70:4, 78:13, 79:16, 79:17, 90:1, 90:2, 90:10, 90:14, 96:23, 97:4, 97:6, 99:12, 99:17, 99:20, 100:13, 100:22, 103:3, 103:10, 103:14, 103:17, 103:22, 103:23,

104:15, 106:3, 106:25, 108:3, 109:12, 111:18, 111:23, 111:25, 112:1, 112:2, 113:1, 113:5, 113:10, 114:11, 115:5, 115:6, 115:14, 115:19, 115:25, 116:1, 116:2, 116:11, 118:9, 119:23
**CRR** [2] - 1:20, 124:22
**culture** [2] - 19:25
**Cunningham** [3] - 7:12, 7:13, 7:22
**current** [2] - 5:16, 7:25
**cussed** [1] - 90:8
**cut** [1] - 98:9

**D**

**Dartez** [2] - 43:25, 47:21
**data** [1] - 91:22
**date** [10] - 5:13, 5:15, 13:20, 62:18, 62:22, 63:2, 94:5, 95:12, 114:14, 121:10
**dated** [19] - 88:14, 89:13, 90:5, 90:17, 93:17, 95:25, 96:18, 97:9, 98:25, 104:19, 105:11, 106:8, 106:10, 107:5, 108:5, 111:21, 112:20, 113:17, 115:25
**day-to-day** [3] - 39:13, 80:9, 82:6
**days** [2] - 31:1, 116:16
**deal** [7] - 16:10, 34:12, 43:24, 46:8, 46:16, 46:18, 106:20
**dealings** [1] - 33:4
**dealt** [1] - 21:2
**December** [14] - 24:19, 24:20, 27:15, 28:11, 28:12, 34:3, 36:9, 36:12, 43:18, 64:5, 94:13, 94:21, 95:2, 102:21
**decided** [2] - 46:7, 47:2
**decision** [4] - 10:9, 20:25, 77:23, 122:9
**decisions** [1] - 20:15
**DEEPWATER** [1] - 1:4
**defective** [1] - 17:7

**C O N F I D E N T I A L**

definitely [1] - 29:4
degree [3] - 6:7, 45:8, 45:9
delays [2] - 71:13
delegate [1] - 18:1
delegator [1] - 18:15
deliberately [1] - 4:1
demand [1] - 9:3
demanded [1] - 39:25
deposit [2] - 103:10, 112:22
deposited [1] - 42:20
DeSantis [5] - 18:17, 19:19, 80:11, 98:8, 108:6
DeSantis' [1] - 21:12
describe [3] - 19:20, 31:25, 117:5
described [12] - 17:2, 18:12, 19:10, 21:22, 22:10, 26:6, 28:11, 50:18, 77:16, 82:3, 82:24, 84:9
describing [2] - 86:25, 106:21
DESCRIPTION [1] - 2:10
description [2] - 23:2, 40:14
details [1] - 8:25
devoted [1] - 18:13
different [6] - 9:24, 11:6, 69:23, 75:7, 78:7, 122:18
difficult [2] - 17:12, 20:4
dinner [1] - 19:5
direct [7] - 96:16, 97:14, 106:7, 107:21, 111:12, 114:12, 123:15
directed [2] - 42:19, 58:13
directing [3] - 102:11, 105:9, 108:4
direction [2] - 20:2, 87:7
directly [3] - 75:2, 85:24, 99:2
dirty [1] - 44:22
disagreement [1] - 74:11
disbursed [2] - 60:15, 116:15
disciplinary [1] - 8:9
disclose [1] - 92:12
disclosed [6] - 29:12, 53:18, 53:21, 55:13, 59:1, 79:19
disclosure [4] - 53:22,

54:10, 54:20, 56:16
discuss [6] - 34:7, 73:12, 73:19, 98:11, 122:23, 123:23
discussed [5] - 35:2, 71:21, 73:13, 76:11, 112:9
discussing [4] - 86:1, 113:1, 115:22, 119:6
discussion [10] - 28:21, 34:18, 34:23, 35:1, 55:7, 73:25, 77:20, 94:17, 94:19, 104:15
discussions [4] - 67:4, 76:8, 76:13, 96:22
disingenuous [1] - 54:15
disorganized [1] - 18:9
disregard [1] - 115:18
disregarding [1] - 116:7
distinguish [1] - 113:6
District [3] - 124:15, 124:24
DISTRICT [2] - 1:1, 1:1
divided [1] - 14:25
divulged [1] - 70:20
document [26] - 4:23, 88:13, 89:3, 89:7, 89:11, 93:6, 93:22, 94:3, 95:24, 96:14, 96:22, 99:3, 101:23, 102:4, 102:8, 103:25, 104:13, 105:21, 107:11, 108:8, 109:3, 112:14, 113:15, 114:11, 117:4
documents [4] - 5:2, 117:9, 117:14, 122:24
Dolan [3] - 3:6, 81:15, 98:1
DOLAN [59] - 1:15, 62:11, 62:18, 67:4, 67:13, 68:4, 68:8, 74:2, 74:5, 79:2, 79:8, 79:11, 79:14, 79:23, 80:3, 80:6, 84:23, 85:2, 85:6, 85:9, 85:12, 85:17, 85:23, 86:4, 86:7, 98:8, 98:11, 98:15, 98:17, 109:3, 109:6, 109:10, 109:14, 109:18, 110:2,

110:8, 110:13, 110:16, 110:21, 111:1, 117:23, 118:3, 118:11, 118:15, 118:18, 119:23, 120:1, 120:16, 120:22, 120:25, 121:10, 121:15, 121:18, 121:21, 121:24, 122:1, 123:5, 123:18, 123:20
dollars [4] - 12:24, 13:21, 41:1, 46:14
done [15] - 9:23, 9:25, 12:21, 18:3, 34:15, 46:11, 46:13, 57:16, 72:3, 75:1, 76:7, 83:14, 83:22, 97:1, 120:5
down [19] - 9:11, 20:18, 20:20, 22:17, 45:2, 45:6, 45:11, 45:12, 48:7, 48:8, 64:16, 83:14, 97:8, 107:4, 111:20, 116:7, 116:14
draft [1] - 14:24
driver [2] - 82:20, 84:12
dropping [1] - 111:20
dude [1] - 19:14
due [6] - 50:21, 58:19, 105:25, 111:22, 112:22
Duke [1] - 6:2
duly [1] - 5:8
during [3] - 15:19, 22:6, 68:17

───────────────

E

───────────────

e-mail [88] - 18:8, 23:8, 23:11, 25:11, 29:21, 34:11, 42:17, 63:9, 69:14, 70:14, 88:13, 89:20, 89:24, 90:4, 90:16, 90:19, 90:21, 90:23, 90:25, 91:3, 91:5, 91:11, 91:16, 91:18, 91:21, 92:4, 92:8, 92:22, 92:23, 93:3, 93:5, 93:18, 94:1, 94:3, 95:24, 96:10, 96:17, 96:21, 97:8, 97:19, 98:24, 99:2, 99:4, 101:23, 102:12, 102:19, 103:16, 104:1, 104:2,

104:18, 104:22, 105:15, 105:18, 106:8, 106:10, 106:14, 107:3, 107:4, 107:14, 107:22, 108:4, 109:7, 109:10, 110:18, 111:13, 111:17, 111:20, 111:23, 112:4, 112:12, 112:15, 112:16, 112:21, 113:16, 114:4, 114:11, 114:14, 115:10, 115:14, 115:23, 115:24, 116:13, 117:4, 120:12, 121:3
e-mails [36] - 19:12, 22:25, 23:6, 23:16, 24:18, 27:14, 27:21, 27:22, 28:1, 26:13, 36:11, 39:24, 40:6, 40:11, 50:20, 63:12, 63:17, 69:17, 70:13, 70:14, 88:6, 88:12, 89:13, 89:17, 93:16, 100:6, 100:18, 105:10, 107:19, 108:10, 108:16, 115:17, 116:9, 116:12, 116:23, 121:15
early [3] - 24:19, 24:20, 36:10
earned [1] - 15:23
ears [1] - 19:24
easier [1] - 103:10
EASTERN [1] - 1:1
Eastern [1] - 124:15
economics [1] - 45:8
educate [1] - 17:12
effect [10] - 28:14, 31:20, 42:17, 57:7, 64:10, 78:1, 82:5, 86:15, 87:2, 121:11
effort [4] - 18:13, 18:15, 66:25, 67:2
efforts [3] - 66:14, 66:15, 75:14
eight [3] - 12:24, 43:9, 113:12
eight-page [1] - 113:12
either [23] - 8:13, 9:18, 10:13, 10:22, 11:7, 16:7, 17:3, 21:19, 21:20, 26:3, 49:13, 53:5, 57:4, 57:25, 58:19, 62:13, 67:15,

67:17, 70:12, 91:16, 105:5, 122:19, 124:3
Elmhurst [3] - 44:1, 44:10, 47:21
employed [1] - 16:3
employee [5] - 20:21, 47:7, 52:12, 68:24, 84:20
employees [7] - 11:24, 12:3, 19:15, 21:9, 54:22, 83:25, 84:8
employment [1] - 53:10
end [4] - 4:25, 18:22, 33:6, 36:5, 36:12, 46:9, 47:25, 48:19, 58:11, 74:25, 94:13, 94:21, 112:23, 114:17, 120:7
ended [2] - 13:3, 48:13
energy [1] - 22:18
engage [1] - 35:16
engaged [2] - 9:19, 35:4
engineering [2] - 45:8, 48:24
enter [2] - 38:8, 39:2
enterprise [1] - 76:9
entire [1] - 85:7
entirety [1] - 99:17
entities [4] - 4:9, 83:25, 122:18, 123:23
entitled [2] - 60:22, 124:18
entity [5] - 15:13, 21:18, 40:17, 72:11, 123:15
entry [1] - 104:11
equation [1] - 46:4
equity [10] - 14:16, 14:25, 48:12, 49:15, 49:17, 49:19, 100:13, 101:2, 113:10, 119:24
Eschweiler [1] - 120:8
especially [4] - 17:22, 35:4, 82:18
ESQUIRE [4] - 1:10, 1:15, 1:17, 1:17
established [2] - 33:14, 42:16
establishing [1] - 16:9
estimate [2] - 12:8, 62:18
eventually [4] - 7:10, 18:22, 40:13, 40:14
evolution [1] - 44:2

evolved [1] - 51:23
ex [1] - 47:16
ex-Senator [1] - 47:16
exact [4] - 62:22, 87:4, 87:6, 115:1
exactly [16] - 10:1, 21:14, 26:2, 31:2, 33:22, 33:24, 41:6, 49:14, 55:12, 58:17, 75:18, 78:23, 79:7, 95:1, 105:22, 108:11
EXAMINATION [24] - 2:5, 5:11, 59:8, 62:23, 67:18, 68:13, 74:8, 80:18, 86:10, 88:18, 89:5, 89:18, 93:24, 95:13, 96:7, 98:20, 102:6, 104:7, 107:9, 108:18, 111:2, 111:9, 113:22, 118:23
EXAMINATIONS [1] - 2:2
examined [1] - 5:9
except [3] - 24:7, 25:3, 47:10
excerpts [1] - 103:25
exchange [3] - 109:7, 110:18, 112:25
excuse [2] - 11:16, 46:19
execute [4] - 48:1, 48:2, 48:24, 117:14
executed [1] - 117:9
executing [1] - 106:18
EXHIBIT [10] - 2:12, 2:13, 2:14, 2:15, 2:16, 2:17, 2:18, 2:19, 2:20, 2:21
Exhibit [6] - 88:16, 89:16, 93:21, 96:4, 102:3, 104:5, 107:7, 111:7, 113:20
exhibit [14] - 95:18, 101:25, 102:12, 104:12, 105:10, 106:7, 107:3, 111:5, 111:13, 113:12, 113:14, 115:16, 115:17
exhibits [2] - 104:1, 108:25
existed [1] - 103:15
existing [3] - 15:3, 15:4, 15:25
expectation [1] - 4:18
expected [1] - 3:24
expecting [3] - 35:1, 35:7, 35:13
expense [3] - 105:19,

105:20, 108:3
expenses [5] - 49:8, 49:10, 49:20, 49:21, 49:22
experience [2] - 17:18, 18:11
expertise [2] - 18:11, 18:13
explain [1] - 32:18
explained [2] - 112:9, 115:19
express [1] - 25:7, 75:2
expressed [2] - 59:18, 77:16
expressing [2] - 91:12, 91:17
extent [1] - 67:24
extrapolate [1] - 10:4
eyebrows [1] - 29:7
eyes [1] - 19:23

**F**

fact [25] - 16:13, 22:24, 29:22, 32:12, 33:2, 34:10, 35:10, 37:4, 38:5, 40:22, 53:12, 64:12, 65:14, 66:10, 70:23, 72:25, 73:1, 73:3, 73:5, 92:25, 103:2, 103:16, 118:4, 119:13, 121:7
facts [1] - 78:6
fair [5] - 18:10, 20:6, 64:17, 64:21, 96:21
faith [1] - 120:5
falling [5] - 72:21, 72:22, 72:23, 74:11, 74:19
false [2] - 4:2, 4:3
familiar [5] - 22:21, 72:11, 73:3, 73:5, 83:8
familiarity [1] - 21:10
families [1] - 75:24
far [16] - 13:21, 14:18, 16:16, 23:25, 27:12, 41:14, 60:14, 81:23, 82:22, 97:11, 102:8, 103:12, 104:16, 105:24, 116:18, 119:19
father [1] - 77:24
February [4] - 105:12, 105:16, 120:14, 120:16
fee [76] - 10:23, 23:12,

23:18, 24:6, 24:9, 25:23, 27:16, 27:18, 28:7, 28:9, 28:14, 29:6, 29:16, 30:15, 34:8, 34:12, 34:14, 34:18, 35:2, 35:3, 35:7, 35:13, 35:25, 36:9, 36:16, 36:20, 37:21, 38:17, 39:23, 40:1, 40:11, 40:12, 57:1, 57:3, 57:18, 57:19, 57:21, 58:11, 59:19, 60:24, 61:4, 63:15, 64:7, 85:16, 85:21, 85:25, 86:22, 86:23, 86:24, 86:25, 87:2, 87:18, 87:20, 87:22, 97:13, 98:2, 98:3, 98:12, 98:18, 99:15, 99:17, 102:20, 102:24, 112:7, 113:3, 113:5, 113:7, 114:21, 117:5
fee.. [1] - 112:5
fee?" [1] - 27:19
feelings [1] - 91:12
fees [7] - 12:20, 31:11, 38:10, 41:3, 56:21, 60:21, 117:14
fell [1] - 50:11
felt [6] - 37:3, 52:23, 74:23, 74:24, 92:17, 99:15
Fen [5] - 9:21, 9:24, 10:23, 11:1, 72:7
Fen-Phen [5] - 9:21, 9:24, 10:23, 11:1, 72:7
few [7] - 39:22, 45:5, 56:20, 59:12, 62:9, 108:25, 116:15
fifteen [1] - 7:8
Fifth [1] - 10:9
fight [2] - 31:9, 31:10
fighting [2] - 46:25, 120:21
figure [2] - 90:6, 90:11
figured [3] - 23:19, 120:11, 121:3
finalized [1] - 120:20
finally [6] - 14:24, 99:16, 120:9, 120:15
financial [4] - 16:18, 34:7, 48:15, 74:6
financially [1] - 100:14
fine [2] - 4:7, 63:23
Fine [1] - 30:11
finish [5] - 16:23, 56:9, 84:17, 100:24,

119:11
finished [1] - 109:2
firm [76] - 4:9, 7:12, 7:18, 10:15, 10:20, 11:20, 12:6, 12:9, 13:1, 13:4, 13:9, 14:6, 14:10, 14:12, 15:5, 15:6, 15:18, 15:24, 15:25, 16:1, 16:4, 16:9, 17:4, 18:14, 19:10, 20:8, 21:18, 22:23, 23:5, 23:6, 27:5, 35:20, 38:18, 38:23, 41:11, 48:12, 51:16, 60:14, 60:17, 61:14, 64:20, 65:9, 65:17, 66:1, 66:10, 66:16, 66:20, 71:14, 72:9, 72:16, 72:17, 73:10, 80:9, 80:24, 81:9, 81:11, 81:20, 81:24, 82:6, 82:12, 82:13, 82:15, 84:2, 85:7, 89:22, 94:10, 95:7, 101:18, 102:25, 117:12, 117:13, 117:15, 119:1, 123:10
Firm [9] - 41:4, 60:10, 72:12, 73:7, 74:3, 98:12, 102:25, 119:10, 119:12
firms [13] - 10:11, 11:7, 13:22, 68:19, 70:22, 72:18, 79:24, 82:24, 83:18, 83:20, 83:23, 84:7, 84:20
first [54] - 5:8, 7:11, 9:19, 9:22, 13:1, 18:24, 20:18, 23:5, 24:15, 27:12, 28:9, 28:22, 29:5, 30:3, 36:6, 36:15, 36:17, 37:2, 39:20, 40:24, 49:1, 49:2, 49:13, 50:3, 50:13, 50:17, 52:17, 53:13, 60:6, 64:3, 64:7, 65:5, 69:15, 71:2, 78:2, 86:5, 88:25, 90:16, 91:15, 91:21, 94:1, 94:18, 95:24, 102:14, 104:1, 104:11, 105:2, 107:14, 111:23, 116:8, 120:22
fishing [1] - 7:6
five [8] - 7:5, 7:7, 8:14, 10:11, 12:25, 16:7, 74:17, 103:25, 120:9

five-page [1] - 103:25
flat [1] - 10:10
flew [1] - 45:12
flipped [1] - 93:3
floating [1] - 16:19
Florida [1] - 5:20
flourish [1] - 90:10
fly [2] - 45:6, 45:11
focus [2] - 17:11, 25:25
follow [2] - 29:1, 86:9
following [2] - 56:24, 106:14
follows [1] - 5:10
force [2] - 17:16, 82:4
foregoing [1] - 124:16
forget [3] - 28:5, 99:5, 109:15
formal [2] - 10:14, 72:8
formation [1] - 15:12
forward [2] - 39:16, 93:4, 116:25
forwarded [2] - 93:1, 108:16
forwards [1] - 115:11
four [10] - 10:11, 16:7, 47:2, 74:18, 88:12, 93:15, 95:24, 101:23, 122:17, 122:25
four-page [3] - 93:16, 95:24, 101:23
four-year [1] - 47:2
frac [3] - 44:17, 44:18, 44:21
FREEH [41] - 1:11, 1:14, 3:5, 3:17, 4:7, 5:12, 59:9, 62:24, 67:19, 68:1, 68:14, 74:9, 80:19, 86:9, 86:11, 88:19, 88:25, 89:6, 89:19, 93:25, 95:14, 96:8, 98:21, 102:7, 104:8, 107:10, 108:19, 108:25, 111:3, 111:10, 113:23, 118:24, 121:25, 122:2, 122:9, 122:17, 122:22, 123:1, 123:9, 123:25, 124:3
Freeh [10] - 3:5, 4:6, 4:7, 63:22, 63:23, 81:23, 88:17, 109:21, 115:23
FREEH ...........................
..... [1] - 2:5
Friday [2] - 18:21,

96:18
friend [6] - 18:18, 18:19, 19:3, 45:4, 54:12, 110:11
friends [5] - 19:15, 75:12, 75:23, 76:21, 110:19
friendship [1] - 31:10
front [1] - 96:6
frustrated [1] - 109:11
frustration [1] - 91:17
full [4] - 82:4, 85:19, 97:21
functioning [1] - 3:19
fund [1] - 49:4
future [3] - 17:7, 17:17, 44:21

**G**

gap [1] - 75:14
gargantuan [1] - 52:4
Gary [2] - 44:13, 45:13
gas [3] - 17:6, 44:15, 44:23
gather [1] - 20:24
gears [1] - 17:13
gee [1] - 10:23
general [1] - 22:21
generally [1] - 71:12
generated [1] - 41:8
Gentlemen [1] - 106:14
Gibby [7] - 9:10, 9:20, 19:18, 71:24, 73:3, 73:22, 73:23
girl [1] - 18:21
gist [1] - 88:2
given [2] - 18:11, 84:10
Glad [1] - 90:5
glance [1] - 29:5
Glen [13] - 3:13, 5:15, 11:9, 11:12, 11:13, 13:10, 14:7, 21:20, 41:11, 98:16, 103:11, 104:3
GLEN [3] - 1:10, 2:4, 5:7
glennlerner@me.com [1] - 121:16
glennlerner@me.com [1] - 91:2
glennlernerresq@aol.com [1] - 90:21
glerner@glennlerner.com [1] - 121:23
glerner@glennlerner.com [1] - 91:3

goal [1] - 76:16
God [1] - 5:5
goodness [3] - 12:7, 28:4, 35:21
gosh [21] - 9:13, 12:14, 16:8, 25:9, 25:17, 26:7, 43:9, 51:22, 57:6, 62:20, 63:21, 67:7, 69:10, 70:2, 71:16, 73:21, 82:23, 84:1, 107:16, 110:24, 114:2
gracious [1] - 35:21
graduate [1] - 6:5
graduated [1] - 6:6
graduation [1] - 9:17
greater [1] - 16:16
ground [1] - 19:24
grow [1] - 16:2
growing [1] - 15:18
guess [28] - 14:21, 16:6, 22:3, 23:12, 24:11, 26:17, 36:7, 36:14, 39:14, 52:18, 58:4, 61:9, 65:6, 66:21, 66:23, 67:12, 72:21, 75:5, 75:6, 78:23, 85:21, 93:14, 101:13, 103:15, 108:9, 116:23
guidance [2] - 19:14, 80:11
GULF [1] - 1:5
Gulf [1] - 10:8
guy [10] - 20:4, 22:15, 23:8, 23:15, 23:19, 23:20, 31:11, 44:16, 45:8, 80:10
Guy [2] - 33:7, 50:5
guys [10] - 30:2, 37:10, 44:13, 45:3, 45:14, 48:2, 48:21, 49:3, 50:4, 50:6, 50:9, 53:16, 121:5

**H**

half [18] - 7:14, 12:24, 12:25, 13:21, 14:20, 43:23, 76:15, 85:2, 85:3, 85:6, 86:22, 97:21, 98:12, 98:18, 99:19, 114:24
halfway [1] - 97:8
handle [4] - 17:24, 39:15, 82:19, 83:15
handled [6] - 39:11, 51:19, 65:3, 66:9, 66:16, 66:20

handling [8] - 23:22, 65:17, 66:2, 68:7, 71:15, 84:2
handpicked [1] - 48:3
hands [4] - 58:10, 58:17, 64:15, 86:2
handwritten [1] - 117:4
hanging [1] - 21:9
happy [5] - 22:15, 53:6, 77:23, 99:14, 122:23
hard [7] - 90:6, 99:5, 109:15, 109:19, 109:24, 110:3
harder [2] - 110:10, 110:13
HARDIN [18] - 1:17, 3:15, 67:24, 68:2, 88:23, 95:10, 108:12, 122:6, 122:16, 122:21, 122:25, 123:3, 123:6, 123:11, 123:14, 123:19, 123:21, 124:2
hardly [1] - 91:19
hats [1] - 18:20
HB406 [1] - 1:22
head [5] - 12:14, 36:10, 63:7, 67:10, 93:10
heading [1] - 107:3
heard [2] - 27:12, 52:20
help [2] - 5:5, 15:18
helped [1] - 80:10
helping [1] - 16:1
hereby [1] - 124:15
himself [1] - 33:16
hips [1] - 17:8
hit [2] - 19:5, 115:8
hold [1] - 64:22
home [1] - 5:16
homicide [1] - 8:20
HONORABLE [1] - 1:11
hopeful [1] - 17:14
hopefully [2] - 16:2, 90:11
hoping [3] - 15:20, 76:4, 76:20
HORIZON [1] - 1:4
hours [2] - 4:19, 45:15
Houston [7] - 10:24, 10:25, 11:2, 44:12, 45:6, 45:12, 48:7
hundred [2] - 17:23, 112:1
hurt [1] - 75:12

husband [2] - 53:14, 53:15

**I**

idea [8] - 27:25, 34:12, 35:6, 38:12, 40:23, 41:18, 97:16, 114:7
identification [8] - 88:16, 89:16, 93:21, 96:4, 102:3, 104:5, 107:7, 111:7, 113:20
identify [4] - 65:16, 65:25, 66:1, 66:16
identifying [1] - 66:9
III [1] - 1:17
illicit [2] - 35:16, 110:7
Illinois [1] - 14:2
imagine [14] - 56:4, 57:7, 57:9, 64:8, 64:13, 83:4, 84:1, 104:24, 115:7, 115:10, 115:13, 116:11, 116:20, 117:22
implying [1] - 105:6
important [2] - 21:7, 44:22
impossible [1] - 8:13
impressed [1] - 47:17
impression [1] - 86:20
impropriety [1] - 53:15
IN [2] - 1:4, 1:5
incapable [1] - 20:5
inception [1] - 44:5
included [4] - 13:4, 106:15, 106:20, 116:11
including [5] - 4:5, 11:24, 16:6, 59:23, 121:13
income [1] - 50:8
incorrect [2] - 40:10
incredibly [1] - 47:17
incumbent [1] - 55:3
independent [1] - 95:15
indicate [2] - 4:16, 4:17
indicated [1] - 31:20
indicates [1] - 95:8
indicating [3] - 37:18, 58:10, 87:8
indignant [1] - 25:4
individual [1] - 56:16
individually [1] - 3:13
individuals [2] - 6:13, 10:18

inferred [1] - 35:12
inflame [1] - 31:23
informal [1] - 10:15
information [15] - 4:2, 21:24, 70:18, 70:20, 70:23, 71:8, 89:21, 91:22, 92:1, 92:5, 92:7, 92:12, 93:6, 93:7, 122:15
informed [2] - 20:25, 79:3
infuse [1] - 22:18
initial [5] - 12:20, 12:23, 55:16, 60:6, 77:19
initiated [3] - 25:12, 25:13, 25:14
injury [2] - 76:10, 118:12
Injury [3] - 11:13, 13:10, 14:7
input [1] - 35:5
inquire [2] - 71:9, 80:20
inquiries [2] - 80:24, 101:12
inquiry [1] - 101:18
insane [3] - 70:15, 91:6, 92:6
insofar [1] - 64:25
instruct [1] - 38:1
Insurance [1] - 9:3
insurance [1] - 49:9
intake [4] - 39:16, 79:24, 83:14
intel [1] - 20:24
intended [1] - 97:14
intending [1] - 97:24
intent [1] - 86:4
intentional [1] - 17:3
interest [9] - 3:14, 14:16, 46:20, 47:19, 47:20, 49:12, 65:8, 74:6, 85:9
interested [2] - 45:2, 65:12
interpretation [1] - 92:15
interrupt [3] - 46:19, 47:6, 118:5
intervals [1] - 60:2
interview [2] - 3:7, 3:20
invention [1] - 46:21
inventor [1] - 44:11
invest [1] - 15:21, 45:22, 46:7
invested [1] - 48:7
investigation [2] - 65:19, 65:22

**investor** [4] - 47:8, 47:10, 47:11, 48:16
**involved** [12] - 10:10, 10:12, 15:20, 16:1, 44:14, 46:1, 46:3, 58:8, 58:16, 72:7, 76:17, 80:8
**involvement** [8] - 30:7, 37:8, 46:17, 53:17, 78:13, 79:20, 86:3, 87:8
**irregardless** [1] - 57:25
**issue** [18] - 8:19, 27:15, 27:17, 28:9, 29:16, 35:18, 55:7, 55:25, 56:21, 59:1, 59:13, 60:1, 60:6, 79:18, 82:14, 121:1
**issued** [1] - 64:4
**issues** [2] - 30:6, 82:5
**issuing** [1] - 64:14

**J**

**JAMES** [1] - 1:17
**janitor** [1] - 20:16
**January** [13] - 24:19, 24:20, 27:15, 28:12, 36:10, 95:25, 96:11, 96:18, 97:9, 97:19, 102:13, 106:8, 108:5
**JD** [1] - 6:7
**Jeff** [16] - 41:20, 85:21, 96:11, 97:10, 101:20, 102:13, 102:15, 102:21, 103:8, 103:18, 103:19, 105:6, 112:16, 112:22, 116:25
**jeopardizing** [1] - 77:25
**Jim** [5] - 13:24, 13:25, 123:19, 123:20, 123:21
**job** [27] - 23:1, 32:23, 33:3, 33:8, 33:9, 45:24, 46:1, 48:5, 48:6, 48:11, 52:11, 52:18, 52:23, 53:6, 53:13, 55:13, 77:6, 77:13, 77:14, 94:24, 94:25, 95:17, 109:24, 110:15
**jobs** [3] - 50:6, 50:9, 82:8
**Joe** [1] - 120:7
**Joey** [6] - 43:25,

44:10, 44:14, 45:13, 49:13, 121:9
**John** [2] - 97:21, 98:5
**JOHN** [1] - 98:5
**joined** [1] - 62:25
**joining** [1] - 62:21
**joke** [1] - 110:19
**joking** [1] - 110:12
**Jon** [97] - 9:8, 9:19, 10:3, 14:14, 15:1, 15:9, 16:6, 18:3, 18:4, 19:14, 19:17, 19:19, 20:4, 21:3, 24:2, 24:9, 24:23, 26:15, 28:16, 28:18, 28:22, 29:3, 29:4, 29:7, 30:14, 31:8, 31:21, 32:1, 35:5, 35:11, 35:19, 35:24, 36:16, 37:3, 39:8, 52:24, 53:3, 55:8, 55:25, 56:20, 56:25, 57:11, 57:20, 58:5, 59:13, 61:2, 61:25, 62:14, 63:20, 64:4, 71:9, 72:1, 72:7, 72:16, 73:1, 73:5, 73:12, 74:2, 74:12, 74:23, 74:25, 75:2, 75:3, 75:4, 75:10, 76:5, 80:20, 80:24, 85:10, 86:2, 86:13, 87:20, 87:22, 88:4, 92:13, 92:18, 94:17, 98:6, 104:24, 105:1, 105:4, 105:5, 105:7, 116:10, 116:11, 116:14, 116:18, 116:21, 117:8, 117:10, 118:25, 119:19, 123:18
**Jon's** [5] - 16:16, 17:10, 68:6, 75:6, 86:16
**JONES** [1] - 1:16
**judge** [2] - 30:8, 122:11
**Judge** [4] - 3:7, 4:6, 63:22, 109:21
**judicial** [1] - 3:20
**JULY** [2] - 1:7, 3:2
**June** [14] - 42:6, 43:24, 50:16, 94:5, 94:24, 95:3, 95:9, 100:4, 106:11, 120:6, 120:24, 120:25, 121:1, 121:11
**Juneau** [10] - 29:12, 29:15, 30:5, 35:17,

37:7, 37:8, 43:1, 43:2, 43:7, 43:8, 52:13, 53:11, 53:17, 53:22, 55:3, 59:2, 68:15, 87:17, 118:8

**K**

**keep** [8] - 15:18, 15:23, 16:19, 58:12, 70:8, 80:10, 90:6, 90:10
**keeping** [1] - 13:1
**keeps** [2] - 103:22, 115:9
**kept** [3] - 39:24, 42:4, 97:21
**kid** [1] - 11:25
**kids** [2] - 70:5
**kind** [22] - 10:2, 10:8, 10:9, 11:14, 18:20, 18:21, 18:22, 19:23, 20:11, 22:15, 31:11, 38:13, 47:14, 73:16, 76:22, 77:7, 79:25, 80:9, 88:2, 92:13, 109:11, 120:5
**knees** [1] - 17:8
**knowing** [2] - 35:15, 92:11
**knowledge** [16] - 3:25, 22:3, 37:9, 38:16, 40:16, 40:19, 50:8, 59:2, 61:9, 66:4, 68:16, 76:2, 79:20, 82:17, 89:8, 118:2
**known** [6] - 29:23, 30:11, 54:15, 69:13, 69:15, 77:10
**knows** [2] - 87:14
**kosher** [1] - 52:14
**Kringle** [1] - 22:16
**Kris** [1] - 22:16

**L**

**L-1** [2] - 88:10, 88:16
**L-1..........................**
...................... [1] - 2:12
**L-10** [3] - 113:11, 113:16, 113:20
**L-10..........................**
...................... [1] - 2:21
**L-12** [1] - 104:2
**L-2** [8] - 89:10, 89:16, 91:6, 91:21, 98:22, 109:4
**L-2..........................**
...................... [1] - 2:13

**L-3** [4] - 93:15, 93:21, 95:11, 95:20
**L-3..........................**
...................... [1] - 2:14
**L-4** [1] - 95:20
**L-4..........................**
...................... [1] - 2:15
**L-5** [2] - 95:23, 96:4
**L-5..........................**
...................... [1] - 2:16
**L-6** [2] - 101:22, 102:3
**L-6..........................**
...................... [1] - 2:17
**L-7** [4] - 103:24, 104:5, 104:9, 105:9
**L-7..........................**
...................... [1] - 2:18
**L-8** [2] - 107:2, 107:7
**L-8..........................**
...................... [1] - 2:19
**L-9** [3] - 108:22, 111:4, 111:7
**L-9..........................**
...................... [1] - 2:20
**L.L.C** [3] - 119:23, 123:6, 123:8
**LA** [1] - 1:18, 1:22
**lack** [2] - 8:20, 18:12
**Landry** [1] - 28:16
**large** [3] - 11:1, 117:17
**larger** [1] - 8:12
**largest** [1] - 51:25
**last** [16] - 10:10, 26:15, 26:18, 26:23, 28:11, 34:3, 39:22, 43:19, 62:9, 73:23, 88:13, 91:20, 96:10, 101:24, 111:5, 112:3
**late** [8] - 9:22, 24:19, 24:20, 27:15, 36:9, 64:4, 64:5, 100:17
**latest** [3] - 89:13, 93:17, 112:23
**launching** [1] - 16:13
**Law** [10] - 6:3, 41:4, 60:10, 72:12, 73:7, 74:2, 98:12, 102:24, 119:10, 119:12
**law** [41] - 6:7, 6:9, 6:20, 7:3, 7:5, 7:12, 9:6, 9:8, 9:15, 9:20, 10:15, 10:20, 11:6, 11:10, 11:20, 13:22, 22:23, 35:20, 38:17, 38:22, 38:23, 65:9, 66:16, 66:20, 71:24, 72:9, 73:10, 79:24, 80:24, 81:11, 81:20, 81:24, 82:12, 82:13,

82:15, 82:24, 83:18, 83:20, 84:2, 84:7, 102:25
**laws** [1] - 14:22
**lawyer** [18] - 18:4, 30:8, 30:9, 54:19, 64:17, 64:22, 65:2, 65:16, 65:24, 66:1, 66:9, 66:16, 66:20, 76:19, 84:19, 123:4, 123:7
**lawyers** [13] - 4:15, 4:16, 11:24, 12:6, 12:10, 16:4, 67:17, 82:11, 83:25, 84:8, 117:3, 117:15, 122:14
**lawyers"** [1] - 68:3
**lead** [1] - 33:9
**leadership** [3] - 19:15, 19:16, 20:1
**leading** [1] - 47:15
**learn** [8] - 17:15, 42:12, 67:13, 67:16, 67:17, 72:24, 74:14, 103:6
**learned** [11] - 23:5, 39:20, 42:11, 51:3, 51:12, 56:1, 77:12, 78:3, 78:6, 85:1, 103:2
**Learner** [1] - 81:11
**learning** [1] - 39:21
**least** [10] - 12:9, 12:12, 15:3, 16:21, 18:25, 40:11, 46:12, 79:18, 79:21, 116:8
**led** [2] - 65:8, 86:21
**left** [1] - 35:22
**legal** [7] - 7:23, 7:25, 8:2, 9:17, 9:18, 72:3, 76:9
**LERNER** [2] - 1:10, 5:7
**Lerner** [52] - 3:13, 3:18, 4:8, 5:15, 7:13, 9:6, 11:6, 11:9, 11:12, 11:13, 11:20, 12:1, 12:2, 12:4, 12:5, 12:15, 13:6, 13:10, 14:3, 14:7, 14:10, 14:12, 18:14, 19:2, 19:10, 21:18, 21:20, 21:21, 21:23, 23:6, 31:14, 31:15, 31:18, 41:4, 41:11, 42:13, 51:15, 54:20, 56:15, 59:11, 60:10, 60:14, 60:22, 61:4, 64:25, 65:1, 65:2,

71:14, 74:5, 76:16,
78:10, 78:11, 80:12,
80:21, 82:16, 83:1,
83:19, 85:2, 85:6,
85:18, 85:24, 89:22,
94:10, 95:7, 97:12,
98:3, 98:9, 98:12,
98:15, 98:16, 98:18,
98:22, 99:12,
101:18, 102:24,
103:11, 104:25,
105:1, 109:3, 111:4,
117:13, 119:1,
122:2, 122:19,
123:3, 123:5, 123:6,
123:8
**Lerner...** [1] - 104:3
**LERNER..................**
**..................** [1] - 2:4
**Leslie** [1] - 68:4
**letter** [1] - 9:3
**level** [2] - 8:18, 9:1
**lhs3law@hotmail.**
**com** [1] - 90:18
**liability** [1] - 37:19
**licence** [1] - 8:4
**license** [1] - 5:16,
5:20, 7:23, 7:25, 8:2,
9:7, 46:20, 46:23,
46:24, 47:1
**licensed** [7] - 7:20,
9:4, 12:2, 14:1, 14:2,
38:24, 64:22
**life** [1] - 24:7
**lights** [1] - 15:23
**likewise** [1] - 113:6
**limitations** [1] -
122:23
**limits** [1] - 9:4
**line** [4] - 40:14, 112:3,
116:2, 120:19
**lines** [1] - 120:10
**Lino** [1] - 8:21
**Lionel** [4] - 6:13, 6:17,
113:17, 113:18
**list** [1] - 91:22
**listed** [1] - 5:16
**litigation** [6] - 10:2,
10:4, 10:8, 15:19,
16:11, 117:19
**LLD** [1] - 6:7
**logo** [1] - 89:25
**logos** [2] - 90:11,
90:13
**London** [4] - 48:5,
48:6, 48:10, 48:12
**long-term** [2] - 17:14,
44:23
**long-winded** [1] - 44:8
**look** [24] - 3:8, 4:23,

52:14, 53:15, 61:8,
62:5, 65:21, 88:13,
88:20, 88:25, 89:12,
93:16, 94:1, 96:1,
96:13, 98:23,
101:25, 103:19,
104:11, 107:2,
109:22, 111:11,
115:2, 115:20
**looked** [5] - 16:12,
40:6, 45:17, 63:8,
69:17
**looking** [5] - 16:22,
17:5, 66:8, 95:10,
96:25, 97:18,
108:10, 111:23,
113:15, 116:7
**looks** [1] - 96:10
**LOUIS** [2] - 1:11, 1:14
**Louis** [1] - 3:5
**Louisiana** [9] - 8:4,
14:23, 38:23, 38:24,
39:3, 39:6, 64:22,
124:14, 124:15
**LOUISIANA** [2] - 1:1,
1:6
**love** [1] - 22:17
**loving** [1] - 21:8
**low** [1] - 48:23
**low-paid** [1] - 48:23
**loyal** [2] - 20:4, 20:5
**ltate@**
**andrylawgroup** [1] -
94:3
**lunch** [2] - 75:17,
75:21

# M

**ma'am** [3] - 55:20,
108:14
**machine** [7] - 45:15,
45:16, 46:9, 46:22,
47:17, 48:8, 90:12
**mad** [1] - 6:16
**madness** [1] - 19:12
**mail** [88] - 18:8, 23:8,
23:11, 25:11, 29:21,
34:11, 42:17, 63:9,
69:14, 70:14, 88:13,
89:20, 89:24, 90:4,
90:16, 90:19, 90:21,
90:23, 90:25, 91:3,
91:5, 91:11, 91:16,
91:18, 91:21, 92:4,
92:8, 92:22, 92:23,
93:3, 93:5, 93:18,
94:1, 94:3, 95:24,
96:10, 96:17, 96:21,

97:8, 97:19, 98:24,
99:2, 99:4, 101:23,
102:12, 102:19,
103:16, 104:1,
104:2, 104:18,
104:22, 105:15,
105:18, 106:8,
106:10, 106:14,
107:3, 107:4,
107:14, 107:22,
108:4, 109:7,
109:10, 110:18,
111:13, 111:17,
111:20, 111:23,
112:4, 112:12,
112:15, 112:16,
112:21, 113:16,
114:4, 114:11,
114:14, 115:10,
115:14, 115:23,
115:24, 116:13,
117:4, 120:12, 121:3
**mails** [36] - 19:12,
22:25, 23:6, 23:16,
24:18, 27:14, 27:21,
27:22, 28:1, 28:13,
36:11, 39:24, 40:6,
40:11, 50:20, 63:12,
63:17, 69:17, 70:13,
70:14, 88:6, 88:12,
89:13, 89:17, 93:16,
100:6, 100:18,
105:10, 107:19,
108:10, 108:16,
115:17, 116:9,
116:12, 116:23,
121:15
**majority** [4] - 7:4,
48:16, 48:17, 48:18
**man** [2] - 77:24,
104:22
**manage** [1] - 18:5
**management** [2] -
18:12, 18:14
**manager** [2] - 83:15,
92:20
**Mancuso** [5] - 39:14,
62:14, 65:5, 66:6,
66:22
**manner** [2] - 27:17,
51:20, 103:20
**manners** [1] - 29:4
**March** [16] - 26:17,
26:19, 50:23, 88:14,
104:19, 105:11,
107:5, 107:15,
111:21, 111:22,
112:20, 113:17,
116:13, 120:15,
120:16, 120:20

**Mario** [1] - 8:21
**Mark** [1] - 89:9
**marked** [18] - 88:10,
88:16, 89:10, 89:16,
93:15, 93:21, 95:23,
96:4, 101:22, 102:3,
103:24, 104:5,
107:7, 108:22,
109:4, 111:7,
113:16, 113:20
**Marni** [1] - 14:5
**married** [1] - 6:25
**mass** [3] - 13:24, 17:7,
17:22
**Master** [4] - 3:8, 3:24,
5:9, 24:23
**MASTER** [2] - 1:11,
1:14
**master** [1] - 3:18
**matched** [1] - 115:15
**material** [1] - 4:2
**materials** [1] - 39:22
**Matt** [2] - 3:6, 124:2
**matter** [33] - 3:14,
8:24, 10:16, 24:22,
36:2, 41:23, 57:2,
59:23, 65:7, 66:3,
66:11, 75:23, 80:23,
90:14, 99:22, 100:1,
101:8, 101:17,
102:16, 107:19,
113:1, 115:3, 115:5,
115:9, 115:18,
115:21, 116:5,
116:9, 116:22,
119:5, 124:18
**matters** [3] - 70:1,
81:7, 119:6
**MATTHEW** [1] - 1:15
**mean** [33] - 15:22,
24:25, 28:5, 29:5,
34:22, 35:1, 36:7,
40:5, 46:25, 51:25,
52:11, 53:14, 54:13,
54:14, 55:10, 62:15,
65:13, 66:4, 70:17,
75:22, 81:18, 84:1,
84:3, 84:5, 99:11,
101:9, 105:14,
109:25, 110:16,
113:7, 117:17, 123:7
**meaning** [4] - 23:6,
24:22, 65:7, 78:19
**means** [2] - 109:19,
110:3
**meant** [2] - 17:22,
47:1
**MECHANICAL** [1] -
1:24
**mediation** [1] - 45:16

**meet** [3] - 6:20, 22:10,
23:23
**meeting** [4] - 27:7,
75:20, 76:3, 106:15
**meetings** [1] - 22:9
**member** [11] - 11:8,
13:7, 13:16, 14:8,
51:15, 54:19, 81:9,
81:24, 84:20, 123:9,
123:11
**members** [8] - 7:18,
10:20, 12:16, 13:15,
14:14, 72:8, 84:8
**membership** [1] -
14:16
**memo** [1] - 117:4
**Memorandum** [2] -
105:18, 106:22
**memory** [1] - 36:19
**mention** [3] - 25:21,
28:7
**mentioned** [6] - 10:19,
14:10, 14:12, 25:5,
69:21, 83:18
**MERIT** [1] - 1:21
**Merit** [2] - 124:13,
124:23
**messed** [1] - 13:2
**met** [11] - 6:9, 9:8,
19:5, 26:23, 45:12,
45:13, 47:16, 64:19,
68:16, 68:17, 68:19
**method** [2] - 41:9,
42:16
**MEXICO** [1] - 1:5
**middle** [3] - 31:11,
75:7, 105:11
**might** [6] - 12:12,
16:6, 40:9, 47:6,
76:14, 83:13
**Mike** [20] - 45:4, 45:6,
45:7, 45:11, 45:17,
45:18, 45:23, 46:4,
46:6, 47:14, 48:4,
48:6, 48:22, 49:1,
49:3, 49:12, 106:11,
106:19
**Mike's** [2] - 49:10,
120:13
**million** [8] - 12:24,
12:25, 13:21, 15:16,
43:23, 46:14, 99:20
**mind** [5] - 19:7, 44:5,
52:10, 71:13, 113:6
**mine** [4] - 18:18,
18:19, 75:23, 85:16
**Minnesota** [2] - 13:23,
14:1
**minutes** [2] - 46:4,
99:3

**C O N F I D E N T I A L**

misinterpreted [1] - 92:10
misleading [1] - 4:2
Miss [1] - 21:12
missed [1] - 114:2
missing [1] - 71:2
Mississippi [3] - 7:12, 7:21, 10:7
misstating [1] - 55:6
mistake [1] - 120:19
mistaken [11] - 15:2, 16:7, 21:13, 24:12, 24:21, 40:25, 42:7, 64:5, 73:18, 92:24, 93:2
mixed [1] - 115:14
moment [11] - 3:20, 4:16, 4:20, 10:6, 31:12, 63:13, 88:13, 93:16, 117:12, 118:5, 119:22
money [42] - 11:18, 12:20, 12:23, 13:4, 13:18, 15:12, 15:21, 15:23, 37:11, 37:19, 37:24, 41:7, 41:13, 42:20, 43:20, 43:22, 46:17, 48:21, 49:3, 57:19, 61:14, 64:15, 64:16, 76:1, 85:14, 85:16, 85:18, 85:23, 86:5, 86:19, 99:5, 99:16, 103:10, 104:22, 104:25, 105:1, 105:5, 109:15, 109:23, 120:2, 120:13
monies [9] - 56:21, 85:20, 97:10, 100:22, 101:8, 102:15, 102:24, 103:3, 105:24
month [12] - 17:24, 20:19, 22:10, 25:9, 26:16, 48:22, 49:14, 49:18, 93:13, 100:20, 112:23, 121:13
monthly [8] - 16:14, 33:5, 43:15, 49:6, 50:1, 50:2, 50:3, 50:18
months [15] - 13:13, 13:14, 20:21, 22:12, 43:9, 46:12, 49:2, 50:3, 50:14, 62:9, 75:17, 120:9
moratoria [1] - 51:12
moratorium [1] - 51:12

moron [1] - 52:23
most [12] - 17:11, 21:7, 51:22, 65:4, 69:10, 82:19, 83:5, 88:7, 113:13, 116:24, 117:16, 122:17
mostly [1] - 13:24
mouth [4] - 58:18, 58:19, 86:16, 87:4
moved [2] - 42:4, 42:5
moving [3] - 5:19, 14:4, 70:8
MR [101] - 2:5, 3:5, 3:16, 3:17, 4:7, 5:12, 59:9, 62:11, 62:18, 62:24, 67:4, 67:13, 67:19, 68:1, 68:4, 68:8, 68:14, 74:2, 74:5, 74:9, 79:2, 79:8, 79:11, 79:14, 79:23, 80:3, 80:6, 80:19, 84:23, 85:2, 85:6, 85:9, 85:12, 85:17, 85:23, 86:4, 86:7, 86:9, 86:11, 88:19, 88:25, 89:6, 89:19, 93:25, 95:14, 96:8, 98:8, 98:11, 98:15, 98:17, 98:21, 102:7, 104:8, 107:10, 108:19, 108:25, 109:3, 109:6, 109:10, 109:14, 109:18, 110:2, 110:8, 110:13, 110:16, 110:21, 111:1, 111:3, 111:10, 113:23, 117:23, 118:3, 118:11, 118:15, 118:18, 118:24, 119:23, 120:1, 120:16, 120:22, 120:25, 121:10, 121:15, 121:18, 121:21, 121:24, 121:25, 122:1, 122:2, 122:7, 122:9, 122:17, 122:22, 123:1, 123:5, 123:9, 123:13, 123:18, 123:20, 123:25, 124:3
MRGO [1] - 10:7
MS [17] - 3:15, 67:24, 68:2, 88:23, 95:10, 108:12, 122:6, 122:16, 122:21,

122:25, 123:3, 123:6, 123:11, 123:14, 123:19, 123:21, 124:2
must [2] - 23:19, 25:25

N

NAC [1] - 106:21
name [26] - 3:5, 5:13, 5:15, 14:6, 22:24, 23:1, 23:7, 23:15, 23:16, 25:4, 25:20, 25:21, 27:13, 28:10, 39:19, 39:21, 40:5, 40:8, 68:4, 68:11, 69:13, 69:14, 69:16, 81:16, 118:6, 121:19
named [5] - 7:17, 14:4, 14:6, 44:12, 90:1
names [3] - 22:22, 69:7, 71:11
Naples [2] - 5:20, 14:4
nascent [1] - 15:19
nature [2] - 73:8, 119:16
nay [1] - 24:25
need [12] - 4:22, 8:25, 20:12, 20:23, 21:1, 22:1, 48:1, 48:20, 48:23, 98:17, 116:24, 119:11
Need [1] - 97:1
need-to-know [1] - 22:1
needed [9] - 19:16, 20:1, 20:2, 20:3
needs [1] - 82:7
nefarious [1] - 91:14
negotiated [1] - 11:1
negotiating [1] - 106:20
Nevada [11] - 7:25, 11:20, 11:22, 14:1, 38:17, 38:22, 38:25, 39:1, 47:16, 102:25, 118:20
never [24] - 18:3, 23:20, 24:6, 40:14, 53:7, 54:15, 54:23, 54:25, 58:13, 64:19, 65:20, 68:16, 69:21, 70:6, 81:5, 82:14, 94:16, 94:21, 114:9, 117:2, 119:13, 119:15, 119:20
New [2] - 27:2, 30:22

NEW [3] - 1:6, 1:18, 1:22
new [4] - 17:23, 35:20, 81:12, 83:21
newspaper [1] - 25:5
next [5] - 5:21, 34:13, 96:22, 112:14, 115:16
nickname [1] - 6:18
night [1] - 19:5
nine [4] - 12:11, 43:9, 75:17, 113:14
nine-page [1] - 113:14
NO [1] - 1:6
none [1] - 74:7
nonlawyers [2] - 12:6, 16:5
nonmembers [1] - 13:16
normal [1] - 121:18
north [1] - 45:6
North [1] - 106:19
northern [1] - 44:20
notation [1] - 29:20
note [1] - 122:12
noted [1] - 94:5
notes [1] - 117:5
nothing [12] - 5:5, 23:19, 23:21, 39:10, 45:9, 65:13, 69:6, 91:13, 94:11, 99:20, 116:2, 116:10
notice [1] - 23:16
notion [1] - 17:4
November [2] - 63:1, 67:9
November/December [1] - 51:19
number [7] - 22:22, 45:7, 51:15, 52:2, 52:3, 113:14, 114:9
numbered [1] - 124:18
numbers [2] - 93:7, 114:8
numerous [2] - 8:13, 75:16

O

oath [3] - 3:21, 5:3, 5:9
object [3] - 37:22, 37:23, 58:7
objected [2] - 58:8, 58:20
objection [1] - 58:3
obligation [3] - 54:19, 100:11, 100:13

obvious [1] - 48:20
obviously [23] - 3:12, 3:24, 16:18, 17:25, 25:4, 25:24, 29:5, 29:8, 33:2, 33:4, 35:15, 41:20, 46:3, 46:15, 53:5, 59:3, 73:16, 73:17, 77:25, 78:12, 93:4, 105:13, 121:2
occasion [1] - 91:10
occasions [2] - 75:16, 93:5
occur [1] - 36:6
occurred [5] - 56:1, 56:18, 59:24, 64:13, 109:7
October [1] - 67:9
odd [1] - 41:1
OF [3] - 1:1, 1:5, 1:10
offered [1] - 94:25
office [57] - 9:2, 14:4, 17:10, 18:5, 19:4, 20:20, 22:15, 22:17, 23:15, 27:1, 27:23, 29:7, 30:1, 30:12, 30:13, 30:16, 31:4, 31:7, 31:13, 31:15, 31:16, 31:17, 32:24, 33:3, 34:13, 37:5, 38:11, 39:11, 52:18, 61:18, 61:19, 61:21, 62:3, 62:11, 62:16, 62:22, 63:1, 64:5, 68:6, 68:20, 68:25, 69:5, 71:3, 79:6, 84:24, 92:14, 92:20, 97:17, 99:10, 105:8, 109:8, 110:4, 110:22, 117:11, 120:7
offices [1] - 17:22
OFFICIAL [1] - 1:20
Official [2] - 124:14, 124:23
official [1] - 3:20
often [10] - 4:13, 21:23, 22:5, 22:6, 22:8, 22:10, 22:11, 22:17, 22:20, 90:25
OIL [2] - 1:4, 1:4
oil [1] - 17:6
oilfield [1] - 44:14
old [9] - 42:1, 42:2, 42:9, 42:20, 42:21, 103:3, 103:13, 103:17, 103:22
omitting [1] - 4:2
ON [1] - 1:5
onboard [1] - 80:1

once [18] - 17:15, 24:6, 25:2, 32:14, 38:12, 39:10, 39:24, 42:4, 56:1, 59:19, 60:13, 65:19, 66:14, 69:14, 73:23, 103:8, 103:21, 122:24
one [73] - 5:17, 6:13, 6:24, 8:12, 8:18, 8:19, 8:20, 8:22, 9:1, 9:2, 10:11, 11:7, 11:24, 14:4, 19:5, 20:13, 21:7, 27:4, 30:1, 30:8, 36:23, 36:25, 37:1, 37:3, 37:15, 38:5, 39:5, 40:12, 43:8, 44:1, 46:16, 47:9, 49:11, 50:22, 53:5, 54:13, 54:21, 57:4, 63:19, 66:5, 67:8, 69:14, 70:12, 70:14, 72:24, 73:13, 75:11, 76:17, 79:12, 83:3, 84:9, 85:3, 89:13, 90:22, 91:5, 93:8, 93:11, 93:17, 101:5, 105:11, 105:16, 107:14, 107:15, 114:2, 114:22, 119:22, 121:16, 121:21, 123:13
one-quarter [1] - 46:16
one-third [1] - 44:1
ones [1] - 8:24
Ooh [1] - 110:9
ooh [1] - 110:16
open [3] - 7:13, 42:2, 42:4
operate [2] - 48:9, 102:25
operating [9] - 43:25, 85:3, 100:11, 120:4, 120:8, 121:2, 121:6, 121:7, 121:8
operation [2] - 19:2, 39:13
operations [3] - 19:21, 21:25, 82:6
opinion [7] - 51:21, 52:22, 59:25, 77:8, 77:10, 77:11, 84:11
opinions [1] - 20:14
opportunities [1] - 28:6
opportunity [2] - 44:11, 45:9
opposition [1] - 21:3
organization [2] -

19:13, 20:1
organizations [1] - 123:1
organized [2] - 17:10, 18:19
original [3] - 37:2, 43:25, 46:8
originally [3] - 28:23, 43:24, 85:20
originated [2] - 60:18, 60:22
Orleans [2] - 27:2, 30:22
ORLEANS [3] - 1:6, 1:18, 1:22
Outlet [1] - 10:8
outside [2] - 38:18, 117:15
outstanding [2] - 18:3, 18:4
oversight [1] - 18:14
overstepping [1] - 55:1
owe [5] - 50:12, 50:24, 100:21, 101:7
owed [7] - 60:16, 74:23, 101:1, 101:2, 105:22, 105:24
own [11] - 4:9, 17:3, 31:25, 54:10, 54:20, 56:16, 57:19, 72:16, 117:12, 117:19
owned [2] - 12:19, 47:3
owner [6] - 11:9, 12:2, 47:5, 48:16, 48:17, 48:18
owners [1] - 44:1
ownership [2] - 14:25, 49:11

P

p.m [3] - 89:14, 93:17, 104:19, 112:20, 113:17, 114:1, 114:14, 124:5
P.M [1] - 1:7
page [86] - 88:25, 89:1, 89:2, 89:11, 89:12, 89:24, 90:4, 90:16, 90:17, 91:21, 93:16, 94:2, 95:24, 96:9, 96:10, 96:16, 96:17, 96:25, 97:7, 97:8, 97:18, 98:24, 101:23, 102:11, 102:14, 102:15, 102:19, 103:25,

104:2, 104:6, 104:9, 104:10, 104:12, 104:18, 105:9, 105:12, 106:7, 106:9, 107:4, 107:12, 107:13, 107:21, 108:4, 109:6, 111:12, 112:14, 112:17, 112:18, 113:12, 113:14, 113:21, 113:24, 113:25, 114:10, 115:16, 115:17, 115:20, 115:24, 116:7, 116:9, 116:14
PAGE [2] - 2:2, 2:10
pages [7] - 88:12, 89:1, 96:2, 96:22, 101:24, 113:13, 113:14
paid [31] - 12:20, 21:17, 23:8, 37:10, 37:12, 41:3, 41:8, 41:11, 41:18, 43:20, 46:10, 48:23, 49:18, 50:16, 50:22, 50:24, 57:10, 61:11, 65:15, 73:15, 73:17, 86:23, 87:18, 100:17, 100:20, 101:6, 104:24, 105:24
paper [2] - 25:16, 25:20
par [1] - 8:16
Paradise [1] - 5:18
pardon [1] - 14:11
paren [1] - 113:18
part [19] - 15:22, 16:12, 16:20, 22:2, 22:14, 23:1, 23:12, 37:12, 49:22, 73:14, 84:2, 96:10, 96:17, 99:15, 111:23, 117:11, 117:16, 121:2
particular [13] - 26:8, 39:17, 40:18, 42:16, 73:19, 91:11, 93:18, 95:18, 101:19, 105:19, 111:17, 112:4, 115:21
particularly [1] - 110:7
particulars [1] - 34:7
parties [2] - 3:14, 4:11
partner [6] - 3:6, 9:5, 12:1, 46:16, 65:1, 84:15
partners [7] - 12:15, 53:16, 69:3, 78:13,

79:17, 120:3, 120:23
partnership [2] - 9:18, 14:22
parts [1] - 102:8
party [4] - 7:17, 105:14, 106:9, 106:10
passenger [2] - 82:20, 84:12
passing [1] - 70:4
past [3] - 72:13, 74:25, 112:22
past-due [1] - 112:22
Pat [6] - 30:5, 35:17, 37:8, 43:3, 43:7
patent [1] - 47:3
Patrick [1] - 68:15
PAULINE [1] - 1:17
pay [24] - 23:18, 37:12, 50:6, 56:25, 57:7, 57:9, 57:18, 57:25, 58:12, 86:2, 86:7, 86:14, 87:15, 90:12, 99:5, 99:12, 100:11, 103:17, 105:2, 109:15, 120:2
payback [2] - 12:22, 13:5
paying [19] - 13:3, 19:6, 21:13, 27:15, 29:5, 29:8, 48:22, 49:2, 49:25, 50:13, 57:23, 59:19, 64:11, 87:16, 90:7, 91:6, 91:17, 92:6, 109:12
payment [28] - 24:6, 24:16, 26:1, 37:3, 37:19, 37:22, 38:2, 38:5, 38:9, 42:16, 50:17, 56:21, 57:4, 57:11, 58:8, 58:25, 60:6, 60:10, 60:13, 63:15, 64:3, 64:6, 64:12, 94:17, 94:18, 107:25, 117:6
payments [34] - 24:12, 24:13, 38:6, 38:7, 40:16, 41:8, 41:9, 42:8, 50:18, 50:21, 52:8, 57:21, 58:3, 58:7, 58:14, 58:21, 58:22, 58:24, 59:14, 60:7, 79:16, 84:23, 87:13, 87:21, 99:13, 99:24, 100:6, 100:7, 100:16, 101:14, 101:15, 101:21, 120:22
pending [2] - 88:17, 100:9

Pennsylvania [1] - 44:20
people [17] - 6:10, 8:16, 16:3, 17:12, 17:14, 18:2, 20:1, 20:3, 20:5, 20:12, 20:19, 37:12, 52:3, 76:20, 80:24, 115:12
Pepper [4] - 16:25, 124:12, 124:21, 124:22
PEPPER [1] - 1:20
per [2] - 100:11, 100:12
percent [28] - 12:1, 12:18, 12:19, 35:3, 47:20, 48:18, 49:12, 60:23, 60:24, 61:1, 61:4, 61:9, 61:11, 85:4, 85:10, 85:11, 85:15, 85:17, 87:23, 98:2, 98:3, 121:9, 121:12
percentage [5] - 47:19, 60:16, 61:23, 101:4
perception [1] - 64:11
performance [2] - 120:6, 121:4
performing [1] - 20:5
period [6] - 22:7, 24:9, 46:10, 49:23, 51:18, 76:12
periodic [1] - 27:5
person [4] - 18:16, 20:16, 26:4, 91:16
personal [4] - 76:10, 90:23, 90:24, 118:11
personality [1] - 45:23
personally [3] - 17:24, 38:14, 118:17
Phen [6] - 9:21, 9:24, 10:23, 11:1, 72:7
Phoenix [1] - 17:23
phone [7] - 23:25, 26:4, 26:6, 28:2, 28:8, 92:22, 110:25
phrase [3] - 43:1, 92:16, 105:20
picture [1] - 68:10
pile [1] - 98:23
Pilot [3] - 37:18, 58:10, 87:8
pissed [2] - 52:10, 53:9
place [7] - 3:21, 18:23, 22:18, 30:18, 63:5, 63:10, 63:25
plate [1] - 71:18
point [34] - 4:3, 7:15,

CONFIDENTIAL

SM-02-JA00559

16:13, 17:8, 28:16,
30:9, 33:19, 33:21,
33:23, 44:20, 47:22,
50:14, 50:22, 51:11,
52:15, 56:25, 57:20,
59:6, 77:13, 79:22,
88:15, 89:15, 93:20,
94:1, 96:3, 97:25,
100:23, 102:2,
104:4, 107:6,
108:17, 108:23,
111:6, 113:19
**policies** [1] - 20:2
**policy** [3] - 9:4, 82:16,
82:22
**Pontius** [3] - 37:18,
58:10, 87:8
**portion** [4] - 61:13,
96:25, 97:7, 102:11
**position** [3] - 18:2,
45:25, 92:19
**possible** [3] - 34:23,
58:4, 63:5
**potential** [3] - 17:5,
53:15, 55:4, 55:7,
64:11, 79:14, 82:18,
84:20
**POYDRAS** [1] - 1:22
**practice** [5] - 8:4,
11:10, 17:4, 21:24,
84:3
**practices** [1] - 16:14
**practicing** [5] - 9:6,
21:4, 38:25, 39:1,
50:7
**precede** [1] - 104:19
**preceded** [1] - 63:2
**preceding** [3] - 90:4,
99:2, 99:3
**precious** [1] - 44:23
**preliminary** [1] - 46:23
**preparation** [1] -
108:13
**prepare** [1] - 20:7
**preparing** [1] - 108:10
**prescribe** [1] - 117:21
**presentation** [1] -
45:15
**press** [1] - 119:7
**pressing** [1] - 99:23
**pretty** [4] - 25:18,
33:7, 73:1, 81:23
**previous** [1] - 115:10
**primarily** [2] - 68:6,
82:19
**primary** [1] - 16:9
**principal** [4] - 14:8,
54:19, 56:15, 81:25
**priority** [1] - 50:9
**privilege** [1] - 67:25

**privileges** [1] - 122:23
**problem** [2] - 21:2,
56:1
**procedures** [2] -
18:17, 20:2
**proceedings** [13] -
59:6, 88:15, 89:15,
93:20, 96:3, 102:2,
104:4, 107:6,
108:23, 111:6,
113:19, 124:5,
124:18
**PROCEEDINGS** [2] -
1:24, 3:1
**process** [25] - 12:21,
15:17, 17:9, 17:20,
37:12, 39:16, 44:17,
51:23, 51:25, 52:1,
70:7, 79:23, 79:24,
80:21, 80:25, 81:3,
81:4, 81:12, 82:3,
82:4, 83:2, 83:20,
84:6, 91:13, 122:12
**processed** [4] - 11:1,
41:9, 71:1, 109:25
**processing** [1] - 39:13
**produced** [1] - 5:2
**PRODUCED** [1] - 1:25
**products** [1] - 17:8
**professional** [1] - 19:6
**profile** [2] - 81:18,
83:23
**profiles** [1] - 80:5,
80:14, 81:16
**program** [1] - 80:5
**progress** [1] - 71:12
**Progressive** [1] - 9:3
**property** [2] - 44:19,
46:21
**proposal** [1] - 106:21
**propriety** [1] - 59:19
**protocols** [1] - 18:17
**Proven** [5] - 44:12,
45:14, 46:18, 47:1,
47:5
**proverbial** [1] - 30:10
**provided** [1] - 89:21
**public** [14] - 8:18, 9:2,
11:25, 24:22, 65:7,
66:2, 66:11, 67:22,
80:23, 81:7, 99:22,
100:1, 101:17, 119:5
**publicized** [1] - 66:15
**purportedly** [4] -
95:25, 102:12,
112:15, 116:14
**purporting** [2] - 108:5,
114:12
**purports** [11] - 97:20,
98:24, 99:4, 104:2,

104:19, 106:11,
107:4, 107:22,
111:13, 111:20,
114:13
**purpose** [1] - 16:9
**pursuant** [1] - 3:7
**put** [23] - 5:3, 12:24,
13:18, 15:12, 18:1,
18:16, 26:14, 31:19,
40:1, 40:12, 43:23,
46:8, 46:13, 48:21,
58:18, 77:25, 81:16,
86:16, 87:4, 92:11,
99:16, 99:19, 122:3
**putting** [5] - 58:19,
82:13, 105:25,
106:22, 120:8

## Q

**qualified** [1] - 11:4
**quarter** [1] - 46:16
**quasi** [1] - 3:20
**quasi-judicial** [1] -
3:20
**query** [1] - 102:18
**querying** [1] - 100:5
**questions** [17] - 3:23,
4:8, 4:10, 4:19, 4:21,
19:19, 43:14, 56:20,
65:9, 88:9, 89:2,
109:1, 111:5,
111:12, 112:2,
122:22, 123:25
**quite** [2] - 33:4, 58:4
**quote** [3] - 18:9, 53:9,
102:20

## R

**raise** [1] - 29:7, 52:21
**raised** [3] - 28:9,
52:19, 84:10
**ran** [1] - 18:20
**rarely** [3] - 6:17,
117:18, 117:19
**Re** [2] - 114:11,
115:25
**RE** [1] - 1:4
**reached** [1] - 60:13
**read** [8] - 39:21,
55:21, 88:20, 88:24,
89:2, 89:4, 92:9,
122:7
**reading** [2] - 23:6,
105:18
**reads** [3] - 97:10,
102:15, 112:21
**ready** [1] - 46:11

**realize** [2] - 86:25,
95:17
**really** [33] - 7:8, 20:13,
23:1, 23:18, 25:1,
25:17, 40:14, 44:3,
45:18, 49:2, 51:11,
52:3, 58:1, 58:5,
58:15, 60:5, 62:10,
63:16, 64:16, 65:19,
65:23, 70:2, 70:5,
70:6, 70:7, 75:6,
75:10, 76:5, 76:20,
77:1, 91:13
**REALTIME** [1] - 1:21
**Realtime** [2] - 124:12,
124:22
**reason** [20] - 23:13,
27:8, 29:18, 30:10,
31:17, 32:18, 32:22,
35:18, 37:20, 43:20,
54:14, 57:15, 57:16,
58:25, 64:11, 66:8,
67:3, 72:20, 85:23,
119:17
**reasons** [2] - 37:17,
76:18
**receive** [6] - 57:15,
61:13, 87:18, 97:10,
102:15, 103:7
**received** [5] - 50:3,
98:2, 100:5, 105:7,
113:8
**receiving** [1] - 43:22
**recent** [1] - 67:20
**recently** [1] - 26:19
**recess** [3] - 4:17, 59:7,
108:24
**reckon** [6] - 9:14,
26:25, 31:1, 55:1,
62:20, 114:8
**recognize** [1] - 68:4
**recollect** [4] - 55:5,
55:6, 55:9, 55:17
**recollection** [19] -
24:13, 26:25, 30:24,
32:11, 35:23, 50:14,
63:2, 63:9, 63:14,
63:19, 63:24, 64:3,
88:3, 94:8, 94:12,
94:14, 95:6, 95:15,
118:21
**reconcile** [1] - 105:22
**record** [11] - 3:12,
4:23, 31:19, 40:3,
59:10, 62:5, 88:11,
108:12, 122:4,
122:19, 124:17
**RECORDED** [1] - 1:24
**recording** [1] - 29:21
**records** [3] - 24:14,

81:20, 117:14
**recurring** [1] - 60:1
**red** [2] - 120:10,
120:19
**reduce** [1] - 49:11
**reduced** [3] - 47:22,
101:3, 101:4
**reducing** [1] - 100:12
**refer** [10] - 18:8, 30:2,
31:5, 35:23, 37:13,
64:24, 99:12,
117:18, 118:11
**reference** [33] - 29:21,
32:25, 53:22, 53:24,
90:1, 90:14, 97:3,
97:11, 98:5, 99:11,
102:16, 104:15,
105:3, 105:4,
105:19, 106:2,
106:17, 106:24,
107:25, 108:2,
111:18, 111:24,
112:6, 112:7,
112:25, 113:1,
113:4, 113:5, 115:3,
115:19, 116:3,
116:18
**referenced** [1] -
121:15
**references** [2] - 96:23,
116:9
**referral** [26] - 28:23,
28:24, 29:23, 30:17,
32:13, 34:3, 34:9,
34:12, 34:18, 35:25,
36:16, 36:20, 37:12,
38:9, 40:7, 56:21,
57:3, 67:5, 67:11,
79:17, 79:19, 85:25,
86:23, 97:16, 117:24
**referrals** [2] - 60:25,
117:16
**referred** [31] - 15:5,
16:10, 23:14, 23:21,
23:22, 29:10, 29:11,
29:14, 33:11, 33:18,
37:9, 38:23, 42:22,
43:2, 51:2, 62:14,
63:12, 74:2, 74:11,
89:20, 94:9, 94:10,
94:14, 95:7, 95:8,
103:4, 103:13,
117:25, 118:2,
118:6, 118:25
**referring** [21] - 19:17,
23:3, 29:5, 29:13,
30:6, 30:14, 31:13,
32:19, 32:22, 33:12,
34:4, 35:10, 61:16,
69:18, 78:25, 90:9,

**CONFIDENTIAL**

SM-02-JA00560

91:8, 104:23,
111:23, 112:1,
118:15
**refers** [3] - 15:6,
114:20, 115:21
**reflect** [1] - 121:2
**reflected** [3] - 62:6,
102:19, 105:10
**reflecting** [1] - 27:22
**reflects** [1] - 120:2
**refresh** [1] - 94:8
**refreshes** [1] - 63:9
**regard** [7] - 36:2, 57:1,
57:4, 57:21, 76:9,
100:14, 117:7
**regarding** [6] - 28:6,
59:13, 59:14, 73:8,
93:7, 119:5
**regards** [5] - 67:5,
68:9, 79:24, 79:25,
119:23
**REGISTERED** [1] -
1:21
**registered** [2] - 11:22,
124:23
**Registered** [1] -
124:12
**regular** [7] - 8:15,
22:1, 28:6, 60:2,
71:18, 71:21, 100:5
**regularly** [3] - 99:23,
100:15, 117:14
**reimbursement** [3] -
105:19, 105:20,
108:3
**Reitano** [5] - 6:21,
32:10, 67:5, 78:19,
78:25
**related** [10] - 16:10,
68:18, 68:19, 77:17,
84:24, 93:6, 108:10,
112:2, 113:8, 113:9
**RELATES** [1] - 1:8
**relating** [2] - 4:8,
16:15
**relation** [2] - 43:11,
107:18
**relationship** [7] - 52:8,
53:25, 54:21, 72:8,
75:25, 76:2, 76:7
**relationships** [1] -
4:10
**relatively** [4] - 8:15,
9:14, 22:1, 28:5
**remain** [1] - 21:8
**remained** [1] - 85:18
**remaining** [3] - 85:10,
85:11, 98:3
**remember** [11] - 4:21,
4:22, 25:14, 25:17,

27:4, 45:1, 48:6,
91:24, 94:11,
101:14, 114:22
**remind** [1] - 50:20
**removed** [1] - 81:23
**repeat** [2] - 55:20,
103:25
**repeated** [1] - 77:21
**repetitive** [1] - 122:18
**rephrase** [4] - 54:18,
55:23, 66:13, 95:5
**replete** [2] - 19:12,
25:24
**replied** [1] - 115:13
**replies** [1] - 115:11
**reply** [2] - 115:8
**report** [1] - 21:23
**reported** [1] - 119:7
**REPORTER** [3] - 1:20,
1:21, 1:21
**reporter** [2] - 55:19,
88:11
**Reporter** [7] - 124:12,
124:13, 124:14,
124:22, 124:23,
124:23
**REPORTER'S** [1] -
124:10
**represent** [7] - 3:13,
17:23, 62:25, 64:17,
64:21, 123:7
**representation** [1] -
65:10
**represented** [11] -
8:15, 23:5, 23:7,
23:10, 29:11, 29:15,
60:8, 64:20, 75:5,
123:3, 123:15
**reprimand** [3] - 8:18,
9:2, 12:1
**request** [1] - 70:18
**requested** [2] - 41:19,
58:13
**requesting** [1] - 5:2
**requests** [1] - 122:14
**resident** [2] - 5:22,
5:23
**resistant** [1] - 21:3
**resource** [1] - 44:23
**respect** [22] - 12:4,
16:17, 19:10, 38:9,
40:17, 43:15, 43:21,
46:21, 52:9, 56:20,
56:22, 58:19, 59:12,
60:7, 65:2, 71:14,
81:12, 83:18, 97:5,
100:22, 101:8
**respond** [1] - 123:13
**responded** [1] - 110:9
**responds** [2] - 91:20,

109:14
**response** [6] - 43:4,
43:6, 54:5, 70:10,
102:18, 114:13
**responsibilities** [2] -
20:8, 51:10
**responsibility** [3] -
19:9, 21:22, 56:16
**responsible** [1] -
62:12
**rest** [3] - 96:21,
106:16, 116:7
**restate** [2] - 4:14,
33:17
**retained** [1] - 85:10
**retainer** [3] - 57:1,
57:3, 117:6
**return** [1] - 49:15
**review** [1] - 122:24
**reviewed** [2] - 40:24,
108:13
**reviewing** [4] - 24:18,
40:22, 45:17, 107:18
**reviews** [6] - 89:3,
93:22, 96:14, 102:4,
104:13, 105:21
**Richard** [1] - 47:16
**ridiculous** [1] - 55:11
**rift** [1] - 10:3
**RIG** [1] - 1:4
**River** [1] - 10:7
**RMR** [2] - 1:20, 124:22
**role** [2] - 20:8, 47:7,
47:13
**roles** [1] - 51:10
**Rolshouse** [1] - 13:24
**room** [1] - 64:19
**ROOM** [1] - 1:22
**rose** [1] - 8:17
**roughly** [4] - 12:3,
12:11, 78:24, 114:25
**Rowe** [5] - 9:6, 12:1,
12:2, 12:4, 12:15
**royalty** [1] - 17:6
**royalty-type** [1] - 17:6
**rudimentary** [1] -
46:24
**rules** [1] - 117:21
**run** [5] - 17:25, 50:25,
80:4, 80:6, 83:10
**running** [2] - 17:10,
46:9

**S**

**s/Cathy** [1] - 124:21
**salaried** [2] - 13:25,
52:12
**salaries** [3] - 90:12,

101:1, 120:14
**salary** [22] - 21:12,
21:15, 33:5, 49:6,
49:7, 49:10, 49:15,
49:16, 49:19, 78:12,
79:16, 100:20,
103:7, 103:23,
112:22, 112:25,
113:5, 113:9, 118:9,
120:13, 121:13
**Salary** [1] - 107:4
**sanctions** [2] - 4:4,
4:5
**satisfied** [1] - 100:11
**save** [1] - 55:23
**saw** [11] - 22:25, 23:8,
23:18, 26:15, 40:13,
49:1, 63:16, 73:24,
107:19, 108:11,
114:25
**scenarios** [1] - 106:15
**schematics** [1] -
45:10
**Schmidt** [1] - 120:7
**School** [1] - 6:3
**school** [8] - 6:9, 6:11,
6:20, 7:3, 7:5, 9:8,
9:15, 71:24
**Scottsdale** [1] - 45:6
**screw** [1] - 121:5
**screwed** [4] - 30:14,
31:8, 32:1, 35:11
**Scuderi** [1] - 14:5
**second** [40] - 40:25,
50:17, 52:20, 89:1,
98:24, 102:15,
105:9, 107:14, 111:5
**seconds** [3] - 32:4,
70:4, 110:9
**see** [31] - 7:6, 26:21,
26:22, 34:10, 34:11,
45:9, 48:8, 62:5,
63:8, 67:3, 79:14,
79:18, 81:16, 88:22,
90:6, 94:6, 95:12,
97:22, 98:25,
104:20, 105:10,
106:12, 107:23,
107:25, 108:6,
111:15, 114:15,
114:18, 115:20,
116:16, 122:25
**seed** [4] - 12:20,
12:23, 13:18, 15:12
**seeing** [5] - 39:24,
92:13, 93:18,
114:22, 117:3
**seek** [1] - 66:1
**Senator** [1] - 47:16
**send** [12] - 22:2,

30:11, 30:16, 31:6,
31:22, 37:24, 43:5,
62:16, 71:3, 92:1,
105:1, 115:8
**sending** [9] - 23:11,
28:1, 30:13, 31:7,
86:4, 87:2, 97:21,
100:5, 105:8
**sense** [2] - 51:18,
110:1
**sent** [31] - 9:3, 14:24,
34:13, 39:24, 41:21,
61:20, 69:14, 70:12,
85:12, 85:20, 85:21,
86:22, 86:24, 86:25,
87:22, 91:10, 92:21,
93:18, 95:25, 98:2,
98:4, 101:10,
102:21, 103:3,
112:15, 113:16,
114:4, 114:5, 119:8
**sentence** [2] - 106:16,
112:3
**separate** [4] - 4:9,
72:18, 78:6, 117:12
**separately** [1] - 4:16
**September** [1] -
100:19
**sequence** [1] - 105:13
**series** [2] - 4:8, 115:17
**served** [1] - 5:1
**session** [1] - 4:25
**set** [4] - 13:2, 13:3,
20:7, 27:7
**settlement** [3] - 11:1,
74:16, 74:24
**settlements** [1] - 50:5
**seven** [1] - 12:21
**several** [5] - 17:23,
38:5, 73:23, 74:16,
100:18
**shall** [1] - 5:4
**shame** [1] - 75:25
**share** [6] - 38:17,
49:17, 49:19, 71:6,
85:7, 92:20
**shared** [1] - 117:15
**shares** [3] - 49:4,
49:6, 113:10
**sharing** [2] - 10:16,
117:5
**shifting** [1] - 117:12
**shit** [4] - 90:7, 99:6,
99:12, 109:16
**shoestring** [1] - 50:25
**short** [3] - 59:5, 59:10,
74:25
**shortcomings** [1] -
18:6
**shortened** [1] - 48:14

shot [4] - 99:9, 109:22, 110:1, 110:6
show [14] - 27:10, 63:13, 88:6, 88:10, 89:10, 92:25, 93:15, 95:23, 101:22, 101:25, 103:24, 108:22, 111:4, 113:11
showing [1] - 121:4
Shrimper [1] - 94:4
shrimper [1] - 95:22
side [1] - 75:6
sign [3] - 38:23, 39:5, 122:8
signed [4] - 39:5, 39:9, 120:15, 121:8
significant [1] - 34:10
signing [1] - 38:13
similar [1] - 93:6
sit [9] - 20:19, 20:21, 20:25, 55:24, 58:2, 66:19, 81:2, 100:21, 114:3
sitting [1] - 94:19
situation [4] - 28:22, 31:24, 33:6, 84:10
six [5] - 12:25, 22:11, 49:2, 99:3, 120:9
slow [2] - 51:24, 52:3
slowly [1] - 44:8
small [1] - 14:3
smartest [1] - 20:16
smoother [1] - 52:5
smoothly [1] - 17:11
social [1] - 7:2
socially [1] - 45:5
software [5] - 81:19, 83:5, 83:8, 83:22, 83:23
solace [1] - 99:19
sole [1] - 11:9
solicit [1] - 92:5
someone [1] - 114:4
sometime [2] - 36:8, 42:6
sometimes [5] - 27:10, 50:18, 50:19, 115:11, 115:12
somewhat [2] - 37:3, 52:23
somewhere [1] - 30:22
sorry [14] - 11:20, 16:24, 17:1, 20:24, 23:9, 36:3, 49:13, 57:8, 90:8, 94:2, 104:9, 107:16, 113:14, 117:21
sort [2] - 19:25, 83:6

source [1] - 21:17
Spanish [1] - 5:17
speaking [5] - 66:9, 69:12, 69:20, 82:11, 91:5
Special [4] - 3:8, 3:24, 5:9, 24:23
SPECIAL [2] - 1:11, 1:14
special [1] - 3:18
specific [15] - 27:8, 43:14, 51:9, 53:2, 54:1, 54:3, 58:3, 68:11, 69:7, 69:12, 69:22, 70:25, 71:10, 120:6, 121:4
specifically [5] - 55:24, 58:20, 71:2, 71:16, 75:8
sped [1] - 52:4
spelled [1] - 70:15
spelling [1] - 121:18
spend [1] - 22:13
spending [1] - 7:8
spent [1] - 45:14
SPILL [1] - 1:4
split [3] - 15:2, 72:25, 85:4
spoken [8] - 23:20, 24:6, 24:23, 26:7, 28:18, 32:12, 48:4, 68:20
sporadic [1] - 51:24
spread [1] - 22:16
ST [1] - 1:18
staff [2] - 13:12, 16:8
stages [1] - 15:19
stake [2] - 100:13, 101:2
Staley [1] - 89:9
stand [1] - 110:17
standard [1] - 35:5
standing [2] - 8:6, 33:22
start [7] - 18:24, 24:4, 44:5, 49:25, 76:16, 77:14, 89:2
started [17] - 7:8, 7:12, 9:22, 11:10, 11:15, 13:13, 14:19, 19:8, 35:24, 40:10, 43:22, 45:5, 50:13, 52:3, 63:6, 65:19, 80:14
starting [4] - 46:15, 76:9, 111:14, 115:24
starts [3] - 90:17, 95:24, 113:16
state [5] - 3:12, 5:13, 5:22, 11:22, 38:1
State [6] - 5:23, 7:20,

7:25, 38:25, 39:1, 124:13
statement [6] - 4:4, 87:1, 87:7, 91:15, 97:19, 99:8
STATEMENT [1] - 1:10
states [1] - 8:2
STATES [1] - 1:1
States [3] - 52:1, 124:14, 124:24
status [5] - 70:16, 70:25, 99:24, 100:6, 101:18
stayed [2] - 7:2, 85:13
STENOGRAPHY [1] - 1:24
Stephenson [2] - 44:13, 46:8
stick [5] - 29:2, 31:12, 46:1, 49:25, 74:25
still [13] - 11:12, 13:19, 21:8, 22:18, 37:16, 42:2, 48:18, 48:25, 50:7, 66:19, 98:22, 103:15, 121:5
story [2] - 8:22, 75:6
strapped [1] - 50:4
stream [1] - 44:19
street [1] - 5:17
STREET [1] - 1:22
strengths [1] - 20:22
strike [3] - 49:23, 65:25, 87:11
string [4] - 88:12, 89:13, 93:16, 101:23
strings [1] - 104:1
student [1] - 6:23
stuff [13] - 13:23, 13:25, 14:22, 15:20, 24:18, 26:17, 26:22, 41:17, 41:19, 44:14, 68:7, 93:13, 103:6
Subject [1] - 94:4
subject [13] - 4:4, 8:9, 8:24, 36:16, 40:14, 59:23, 114:11, 114:24, 115:9, 115:18, 116:2, 116:8, 122:11
subpoenas [2] - 5:1, 122:16
subscribe [1] - 117:20
subsequent [6] - 26:3, 26:5, 36:18, 38:10, 77:20, 97:18
subsequently [8] - 29:23, 42:11, 42:12, 51:11, 61:10, 67:11, 85:1, 106:23

substantial [4] - 37:10, 51:15, 57:16, 73:11
substantive [4] - 25:1, 25:3, 65:20, 73:25
Suburban [8] - 29:25, 30:19, 30:21, 33:18, 34:17, 79:2, 79:11, 94:20
suggested [1] - 89:12
support [2] - 13:12, 16:8
suppose [4] - 23:13, 60:15, 81:21, 95:12
supposed [3] - 18:22, 73:17, 98:4
surmise [1] - 114:25
surprised [1] - 33:4
Susan [5] - 18:17, 80:11, 92:20, 99:8, 108:15
Susie [1] - 102:20
sustain [1] - 15:19
Sutton [92] - 6:13, 6:25, 7:13, 7:17, 10:14, 29:14, 29:17, 31:5, 35:25, 38:9, 40:17, 41:8, 41:13, 42:9, 42:19, 42:23, 43:10, 47:19, 48:16, 50:1, 51:3, 52:6, 53:10, 56:1, 56:22, 57:1, 57:21, 58:14, 59:14, 59:19, 60:7, 61:12, 61:15, 61:17, 63:15, 68:22, 68:24, 69:24, 73:20, 74:12, 75:3, 75:9, 76:8, 76:24, 77:20, 78:17, 85:7, 85:13, 85:24, 86:7, 87:13, 87:17, 87:21, 89:21, 89:24, 90:5, 90:18, 91:11, 93:6, 94:4, 94:10, 95:25, 96:11, 96:17, 97:9, 97:15, 98:25, 99:4, 100:5, 102:13, 102:18, 103:12, 107:5, 107:23, 108:5, 109:7, 109:14, 111:14, 111:21, 112:15, 112:25, 113:17, 113:18, 114:12, 114:15, 115:25, 116:14, 116:21, 117:23, 118:25, 119:8
Sutton's [7] - 32:16, 47:6, 47:13, 61:10,

85:20, 90:19, 103:4
swear [1] - 5:3
switch [1] - 17:13
switched [1] - 103:9
switches [1] - 12:22
switching [1] - 13:6
SWORN [1] - 1:10
sworn [1] - 5:8
system [3] - 81:16, 83:12, 83:21
systems [1] - 18:16

T

table [2] - 16:17, 98:23
TAKEN [1] - 1:11
Talen [1] - 69:19
Talen's [1] - 69:19
talks [1] - 25:3
Tampa [2] - 18:18, 19:4
task [1] - 52:4
tasks [1] - 20:5
Tate [1] - 68:4
tax [3] - 11:17, 13:2, 13:3
tax-wise [2] - 13:2, 13:3
taxes [1] - 13:3
technologies [1] - 46:18
Technologies [1] - 44:12
technology [4] - 44:11, 46:21, 47:15, 47:18
telephone [2] - 22:6, 70:3
ten [9] - 7:5, 7:7, 7:8, 12:11, 12:12, 12:13, 16:8, 75:17
term [3] - 10:18, 17:14, 44:23
terms [20] - 7:23, 9:20, 10:14, 10:15, 12:22, 15:3, 15:24, 17:4, 17:6, 17:11, 18:4, 19:20, 32:22, 39:12, 61:22, 75:19, 80:12, 99:11, 119:6, 121:3
TerraMer [2] - 47:4, 97:5
testified [1] - 5:9
testimony [10] - 5:4, 39:20, 53:20, 55:6, 55:15, 56:11, 65:24, 81:2, 82:2, 86:12
testy [1] - 46:15
THE [70] - 1:4, 1:5,

**C O N F I D E N T I A L**

SM-02-JA00562

1:11, 4:6, 5:6, 62:13, 62:20, 67:7, 67:15, 68:5, 68:10, 74:4, 74:7, 79:5, 79:10, 79:13, 79:15, 80:2, 80:4, 80:8, 84:25, 85:5, 85:8, 85:11, 85:15, 85:19, 86:1, 86:6, 86:8, 88:17, 88:24, 89:3, 89:17, 93:22, 95:12, 96:5, 98:10, 98:13, 98:16, 98:19, 102:4, 104:6, 107:8, 108:14, 109:5, 109:9, 109:13, 109:17, 109:21, 110:5, 110:11, 110:15, 110:18, 110:24, 111:8, 113:21, 118:1, 118:4, 118:13, 118:17, 118:19, 119:25, 120:4, 120:17, 120:24, 121:1, 121:11, 121:17, 121:20, 121:23
therefore [1] - 31:22
thinking [2] - 35:15, 69:17
thinks [1] - 21:5
third [4] - 41:1, 44:1, 107:3, 116:14
THIS [1] - 1:8
Thonn [53] - 22:25, 23:3, 23:14, 23:16, 23:23, 24:9, 24:24, 25:21, 26:4, 26:8, 27:13, 28:10, 28:24, 29:10, 29:24, 39:18, 39:23, 39:24, 40:8, 40:13, 40:18, 56:23, 57:1, 57:4, 57:22, 59:14, 60:9, 60:18, 61:3, 64:18, 67:5, 84:24, 94:4, 94:9, 95:6, 95:21, 99:18, 101:8, 101:10, 102:16, 102:20, 102:24, 112:7, 113:3, 113:4, 113:8, 114:21, 115:3, 116:5, 116:9, 116:22, 117:7, 117:23
THONN [1] - 23:17
thousand [1] - 112:2
three [15] - 13:12, 13:21, 24:12, 24:13, 38:7, 40:11, 40:19,

41:8, 45:15, 74:17, 84:23, 89:11, 116:9
three-page [1] - 89:11
threw [1] - 92:13
throw [1] - 75:25
throwing [1] - 92:18
Tiger [67] - 6:15, 6:18, 6:19, 7:5, 10:2, 10:3, 10:14, 23:11, 23:14, 26:22, 27:15, 27:18, 28:5, 28:23, 29:14, 29:25, 30:11, 30:20, 35:22, 36:8, 37:4, 37:17, 39:24, 44:1, 44:2, 44:9, 44:10, 44:16, 44:19, 45:13, 47:14, 49:18, 50:7, 52:23, 57:14, 57:15, 59:1, 64:11, 64:12, 65:15, 74:23, 75:3, 75:5, 75:21, 76:4, 76:17, 76:19, 79:21, 85:20, 85:22, 97:13, 97:21, 98:2, 99:9, 99:21, 103:4, 103:7, 103:22, 105:22, 113:7, 114:23, 117:23, 118:25, 119:18, 120:18
Tiger's [1] - 87:23
Tim [6] - 44:1, 44:10, 44:15, 45:13, 49:13, 121:9
timeframe [2] - 62:7, 67:20
timely [1] - 51:20
title [1] - 116:8
TM [1] - 97:1
TO [1] - 1:8
today [1] - 3:10, 41:7, 55:24, 58:2, 59:23, 66:19, 81:2, 100:21, 101:25, 106:15, 108:13
Tuesday [1] - 73:18
Tulane [1] - 6:3
turn [2] - 106:9, 115:16
twelve [1] - 12:13
two [36] - 3:11, 4:19, 5:21, 8:17, 12:15, 14:14, 14:20, 15:16, 20:21, 22:10, 22:12, 26:16, 29:4, 37:16, 40:2, 40:11, 40:13, 45:15, 48:7, 70:4, 70:12, 75:13, 76:15, 78:6, 78:14, 78:24, 96:22, 99:19, 101:24, 121:9, 121:12, 121:15
twofold [2] - 28:21, 28:22

102:11, 102:14, 102:19, 104:11, 111:13, 112:20, 114:2
torts [2] - 13:24, 17:7
total [2] - 21:15, 49:12
totally [1] - 117:11
towards [1] - 37:17
town [1] - 27:10
track [1] - 41:20
traffic [2] - 120:12, 121:4
train [1] - 18:2
transaction [1] - 115:21
TRANSCRIPT [1] - 1:24
transcript [2] - 122:8, 124:16
traveling [1] - 49:10
trick [1] - 40:4
tried [3] - 75:16, 80:10, 121:5
trips [1] - 7:6
true [1] - 124:16
trust [2] - 31:21, 42:20
trusted [1] - 20:10
truth [3] - 5:4, 5:5
truthful [3] - 3:25, 54:16, 54:17
try [11] - 17:12, 20:20, 22:18, 36:5, 44:8, 65:25, 75:14, 96:6, 117:20, 123:6
trying [16] - 10:17, 14:2, 17:9, 17:10, 19:24, 20:24, 40:4, 55:16, 58:20, 65:21, 75:20, 90:11, 105:22, 109:22, 114:6
Tuesday [1] - 73:18
Tulane [1] - 6:3
turn [2] - 106:9, 115:16
twelve [1] - 12:13

type [5] - 17:6, 45:23, 71:19, 92:5, 117:4
types [3] - 8:14, 22:22, 117:9

## U

ultimate [1] - 76:16
uncomfortable [1] - 29:4
under [12] - 3:21, 5:3, 11:11, 11:12, 38:17, 40:17, 85:3, 92:14, 92:18, 114:11, 114:23, 117:11
understood [8] - 35:12, 53:21, 74:10, 87:10, 87:20, 96:25
uneasy [2] - 37:3, 37:15
unfortunately [4] - 21:10, 114:23, 115:11, 116:1
unilateral [1] - 20:15
United [3] - 52:1, 124:14, 124:24
UNITED [1] - 1:1
University [1] - 6:2
unless [4] - 8:23, 108:16, 115:7, 118:19
unquote [2] - 18:9, 53:9
unsolicited [2] - 70:14, 70:17
untimely [1] - 51:20
up [44] - 8:14, 13:2, 13:3, 14:24, 18:22, 27:7, 27:10, 27:16, 27:17, 29:1, 33:6, 35:22, 43:23, 44:19, 46:9, 46:17, 46:25, 48:13, 49:17, 49:19, 50:10, 50:19, 52:4, 59:23, 60:6, 70:3, 72:25, 76:6, 84:3, 86:9, 89:2, 97:18, 100:23, 101:3, 101:5, 101:6, 105:23, 113:10, 120:13, 121:9, 121:12, 121:13
upset [5] - 33:7, 49:2, 52:22, 54:9, 79:8

## V

Valley [1] - 5:18
various [4] - 4:4, 4:11,

5:2, 10:19
vast [1] - 7:4
Vegas [3] - 11:25, 12:13, 17:22
venture [2] - 7:11, 66:21
ventures [1] - 7:10
verbatim [1] - 104:2
versed [1] - 47:15
versions [1] - 120:20
visits [1] - 27:5
voiced [1] - 52:22
voluntarily [1] - 3:10
VoO [1] - 94:4

## W

wait [2] - 56:9, 84:17
walk [1] - 22:15
WALKER [1] - 1:16
wall [1] - 30:10
wants [3] - 19:14, 88:23, 122:11
washing [4] - 58:10, 58:17, 64:14, 86:2
waste [1] - 44:18
wastewater [1] - 44:18
watch [1] - 20:19
water [5] - 44:11, 44:17, 44:18, 44:22, 44:23, 45:16
ways [1] - 21:7
Wednesday [1] - 73:18
WEDNESDAY [2] - 1:7, 3:2
week [2] - 5:21, 31:1
weeks [3] - 5:21, 22:11, 39:22
wells [1] - 44:18
whatsoever [1] - 74:7
whereby [2] - 120:5, 121:8
WHEREUPON [12] - 59:6, 88:15, 89:15, 93:20, 96:3, 102:2, 104:4, 107:6, 108:23, 111:6, 113:19, 124:5
whole [13] - 5:4, 22:13, 29:22, 31:9, 31:10, 49:22, 70:7, 88:24, 91:12, 103:21, 115:24, 117:16
wife [1] - 76:25
winded [1] - 44:8
wired [2] - 41:15, 42:1

| | Y |
|---|---|
| **wires** [1] - 41:21 | |
| **wise** [2] - 13:2, 13:3 | |
| **Witness** [4] - 96:14, 102:4, 104:13, 105:21 | **year** [22] - 6:1, 6:5, 6:24, 7:14, 9:25, 11:15, 14:20, 15:18, 18:25, 26:20, 28:11, 34:3, 36:13, 43:19, 47:2, 54:14, 75:18, 76:14, 78:24, 95:3, 100:12, 105:25 |
| **witness** [4] - 3:11, 5:8, 89:3, 93:22 | |
| **WITNESS** [67] - 4:6, 5:6, 62:13, 62:20, 67:7, 67:15, 68:5, 68:10, 74:4, 74:7, 79:5, 79:10, 79:13, 79:15, 80:2, 80:4, 80:8, 84:25, 85:5, 85:8, 85:11, 85:15, 85:19, 86:1, 86:6, 86:8, 88:17, 88:24, 89:3, 89:17, 93:22, 95:12, 96:5, 98:10, 98:13, 98:16, 98:19, 102:4, 104:6, 107:8, 108:14, 109:5, 109:9, 109:13, 109:17, 109:21, 110:5, 110:11, 110:15, 110:18, 110:24, 111:8, 113:21, 118:1, 118:4, 118:13, 118:17, 118:19, 119:25, 120:4, 120:17, 120:24, 121:1, 121:11, 121:17, 121:20, 121:23 | **years** [28] - 7:5, 7:7, 7:8, 7:16, 8:15, 10:1, 10:11, 12:21, 13:1, 14:20, 21:4, 30:11, 31:10, 35:15, 44:25, 48:7, 54:12, 54:13, 73:24, 74:16, 74:17, 74:18, 75:13, 76:15, 78:24, 82:14, 110:12, 110:19 |
| **word** [11] - 37:20, 52:10, 57:13, 57:14, 57:18, 58:12, 59:4, 87:4, 87:14, 87:24, 105:20 | **yell** [1] - 16:25 |
| **words** [13] - 31:19, 31:20, 31:25, 58:18, 58:19, 67:22, 86:15, 86:16, 87:1, 87:3, 87:4, 87:6, 91:16 | **yourself** [3] - 27:24, 58:14, 83:10 |
| **works** [4] - 48:8, 72:14, 82:3, 120:17 | |
| **worn** [1] - 18:20 | |
| **worried** [2] - 118:7, 118:8 | |
| **WRIGHT** [4] - 1:17, 3:16, 122:7, 123:13 | |
| **writes** [1] - 116:14 | |
| **writing** [6] - 54:7, 62:6, 62:12, 63:8, 98:14, 117:4 | |
| **written** [8] - 20:7, 38:8, 38:19, 82:16, 82:22, 93:6, 117:14, 120:1 | |

**C O N F I D E N T I A L**

SM-02-JA00564

SM-02-JA00565

| | |
|---|---|
| **From:** | Lionel Sutton <lsutton@dheclaims.com> |
| **Sent:** | Tuesday, March 12, 2013 8:22 AM |
| **To:** | Mark Staley |
| **Subject:** | RE: BEL Andry Law Firm, Claimant ID 100104880 |

Thanks Mark

Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone

-------- Original message --------
From: Mark Staley <mstaley@pncpa.com>
Date: 03/11/2013 11:41 PM (GMT-06:00)
To: Lionel Sutton <lsutton@dheclaims.com>
Subject: RE: BEL Andry Law Firm, Claimant ID 100104880

Tiger,

This claims has been prepared and pushed to accountant Q/C review as of today.  If it comes back for any reason I will let you know.

Thanks,
Mark

**From:** Lionel Sutton [mailto:lsutton@dheclaims.com]
**Sent:** Thursday, March 07, 2013 1:21 PM
**To:** Mark Staley
**Subject:** RE: BEL Andry Law Firm, Claimant ID 100104880

Thanks Mark. Just let me know if you have any problems with it and when notice goes out.

# Lionel H. Sutton, III

*Claims Counsel*

DEEPWATER HORIZON
CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

504-957-4689

**From:** Mark Staley [mailto:mstaley@pncpa.com]
**Sent:** Thursday, March 07, 2013 12:13 PM
**To:** Lionel Sutton
**Subject:** Re: BEL Andry Law Firm, Claimant ID 100104880



EXHIBIT
L-1

SM-02-JA00566

Hey Lionel,

This claim was in line to be processed. I have asked Chris to go ahead and pull the claim down and process. I can keep you posted on the status if that is your preference.

Thanks,
Mark

Sent from my iPad

On Mar 7, 2013, at 10:01 AM, "Lionel Sutton" <lsutton@dheclaims.com> wrote:

> <image002.png>
>
> **From:** Lionel Sutton
> **Sent:** Wednesday, March 06, 2013 8:56 AM
> **To:** mstaley@pncpa.com
> **Subject:** BEL Andry Law Firm, Claimant ID 100104880
>
> Mark,
>
> I have some questions about the above referenced claim. I believe it is being handled by Christopher Rinaldi with your firm. Please have Christopher contact me when he has a chance.
>
> <image003.png>
>
>
> This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.
> ---------------------------------------------------------------------------------------
> -------------
> Pursuant to IRS Circular 230 and IRS regulations we inform you that any federal tax advice
> contained in this communication is not intended or written to be used, and cannot be used,
> for the purpose of avoiding penalties imposed under the Internal Revenue Code.
>
> ---------------------------------------------------------------------------------------
> ----------------------------
> Email Encryption
>
> Confidentiality is a hallmark of the accounting profession and it is of the utmost importance to our client

2

SM-02-JA00567

relationships.  At P&N, we are committed to keeping your data confidential which is why
we use email encryption software.  This software inspects all outbound emails from our
firm.  Emails that
contain attachments will require you to enter a password to download the file.  This
ensures that your
confidential data cannot be read by anyone other than the intended recipient.

Emails with attachments will include a link to a secure web server.  Click on the link to
download the attachment.
The first time you receive a secure email from the firm you will be required to setup a
password.  This will
be your password to access future attachments.  For our clients and others, there will be
a small step to
download the encrypted files; however, we believe the added confidentiality benefits far
outweigh the few
seconds that are required to access the attachment.

If you have questions regarding this new process or if you forget your password, please
contact helpdesk@pncpa.com or call 225.922.4600.
===============================================================================
=============

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee.
If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email
without the consent of the originator is strictly prohibited. Although this email (and any attachments) are
believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus
free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If
you have received this email in error, please immediately notify the sender by reply email or by telephone at
504-934-4999.
-------------------------------------------------------------------------------
------------
Pursuant to IRS Circular 230 and IRS regulations we inform you that any federal tax
advice
contained in this communication is not intended or written to be used, and cannot be
used,
for the purpose of avoiding penalties imposed under the Internal Revenue Code.

-------------------------------------------------------------------------------
---------------------------
Email Encryption

Confidentiality is a hallmark of the accounting profession and it is of the utmost
importance to our client
relationships.  At P&N, we are committed to keeping your data confidential which is why
we use email encryption software.  This software inspects all outbound emails from our
firm.  Emails that
contain attachments will require you to enter a password to download the file.  This
ensures that your
confidential data cannot be read by anyone other than the intended recipient.

Emails with attachments will include a link to a secure web server.  Click on the link to
download the attachment.
The first time you receive a secure email from the firm you will be required to setup a
password.  This will
be your password to access future attachments.  For our clients and others, there will be
a small step to
download the encrypted files; however, we believe the added confidentiality benefits far
outweigh the few

3

SM-02-JA00568


SM-02-JA00570

Outlook Print Message

# RE: logo

From: **Sutton Lionel** (lhs3law@hotmail.com)
Sent: Thu 5/09/13 3:51 PM
To:   Glen Lerner (glenlerneresq@aol.com)

Just between me and you, here is your report:

402 claimants:
61% have submitted a signed Claim Form;
22% started a Registration Form but did not finish;
16% finished Registration but did file a Claim Form;
<1% finished Registration, started a Claim Form but did not finish.

466 total claims filed:
89 paid;
179 Incompleteness Notices issued, only 93 responded to (17 of the non-responsives are waiting to get paid);
136 under review but no Incompleteness Notices issued;
47 denied

Example of some problems:
1) Your firm was issued an incompleteness Notice on Talen's on 12/3. What appears to be a complete response was not received by us until 5/3. During that 6 month period, a lot of claims got in front of yours.
2) Only a little more than half of your clients have even submitted signed claims. At an intake rate of more than 200/day, your clients will be way behind.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

---

Subject: Re: logo
From: glenlerneresq@aol.com
Date: Thu, 9 May 2013 15:23:19 -0400
To: lhs3law@hotmail.com

EXHIBIT
L-2

https://bay165.mail.live.com/mail/PrintMessages.aspx?cpids=3...

Outlook Print Message                                    Page 2 of 3

They are not paying claims. Insane

Sent from my iPhone

On May 9, 2013, at 3:16 PM, Sutton Lionel <lhs3law@hotmail.com> wrote:

she's good. it has actually been pretty fun working together on this.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

Subject: Re: logo
From: glenlerneresq@aol.com
Date: Thu, 9 May 2013 15:13:14 -0400
To: lhs3law@hotmail.com

Ooh la la. Work harder. How's Chris.

Sent from my iPhone

On May 9, 2013, at 3:07 PM, Sutton Lionel <lhs3law@hotmail.com> wrote:

u forget. im also working hard to get you $ so you can pay for shit.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

Subject: Re: logo
From: glenlerneresq@aol.com
Date: Thu, 9 May 2013 15:06:03 -0400
To: lhs3law@hotmail.com

Glad to see you working so hard while I try to figure out how to keep paying
for shit

https://bay165.mail.live.com/mail/PrintMessages...      Rapids 2      6/28/2013

SM-02-JA00572

Outlook Print Message

Sent from my iPhone

On May 9, 2013, at 3:02 PM, Sutton Lionel <lhs3law@hotmail.com> wrote:

What I like about the logo I sent you is that it is in our name.
Now we can be identified when someone sees our name alone.
A lot of companies are named crown with a crown logo. This
stands out. It would look great on golf shirts, hats, ect.

They can come with some others, I just thought this one hit
right away.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

https://bay165.mail.live.com/mail/PrintMessages.aspx?cpids=7...      6/20/2013

SM-02-JA00573

SM-02-JA00574

From: **Susan DeSantis** (sdesantis@glenlemer.com) This sender is in
  your safe list.
Sent:  Fri 8/24/12 9:04 PM
To:    Sutton Lionel (lhs3law@hotmail.com)

20741
Please let me know if this is not the # you need.

---

**From:** Sutton Lionel [mailto:lhs3law@hotmail.com]
**Sent:** Friday, August 24, 2012 3:32 PM
**To:** Susan DeSantis
**Subject:** BP

Can you send me the BP claim # for Casey Thonn?

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and
confidential information intended only for the use of the individual or entity named above. If the
reader of this message is not the intended recipient, an associate of, or affiliated with, the intended
recipient, you are hereby notified that any use, dissemination, distribution or copying of this
information is strictly prohibited and may result in violations of Federal or State law. If you have
received this message in error, please notify the sender of this message, and destroy the original
message. Thank you.

# BP

From: Sutton Lionel (lhs3law@hotmail.com)
Sent:  Fri 8/24/12 2:31 PM
To:    sdesantis@glenlerner.com

Can you send me the BP claim # for Casey Thonn?

Lionel H. Sutton, III


EXHIBIT
L-3

935 Gravier St., Ste. 1910
New Orleans, LA 70112
Office 504 592 3230
Cell 504 957 4689

# RE: OS-00539 Thonn, Casey-Business Claim-Shrimper-VOO:

From: **Sutton Lionel** (lhs3law@hotmail.com)
Sent: Thu 6/21/12 4:34 PM
To: ltate@andrylawgroup.com

I just wanted to see it. As long as client accepts, I'm fine.

Lionel H. Sutton, III
935 Gravier St., Ste. 600
New Orleans, LA 70112
Office 504 592 3230
Cell 504 957 4689

---

From: ltate@andrylawgroup.com
To: lhs3law@hotmail.com
Subject: OS-00539 Thonn, Casey-Business Claim-Shrimper-VOO:
Date: Thu, 21 Jun 2012 21:23:20 +0000

Mr. Sutton:

Attached please find a copy of the report package for Casey Thonn for the Seafood Economic Program Only. This does not include his VOO, subsistence or VOO boat damage claim at this time. This will be coming in the future. Please let me know if you have any questions. My cell number is 985 -705-0053. Please feel free to call tonight. I will be filing this claim tomorrow. The client has already accepted this amount.

Leslie Butler Tate

SM-02-JA00576

Mr. Sutton:

Attached please find a copy of the report package for Casey Thonn for the Seafood Economic Program Only. This does not include his VOO, subsistence or VOO boat damage claim at this time. This will be coming in the future. Please let me know if you have any questions. My cell number is 985 -705-0053. Please feel free to call tonight. I will be filing this claim tomorrow. The client has already accepted this amount.

Leslie Butler Tate

BP Claims Coordinator/Paralegal

Andry Lerner, LLC

610 Baronne Street

New Orleans, LA 70113

504-525-5535

504-571-9355 Direct

504-586-8933 Fax

Email: ltate@andrylawgroup.com

CONFIDENTIALITY NOTICE: This e-mail transmission (and the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. It is intended only for use by the person(s) to whom it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution of or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for the return of the documents.

Casey Thonn #2254152

BP Claims Coordinator/Paralegal

Andry Lerner, LLC

610 Baronne Street

New Orleans, LA 70113

504-525-5535

504-571-9355 Direct

504-586-8933 Fax

Email: ltate@andrylawgroup.com

CONFIDENTIALITY NOTICE: This e-mail transmission (and the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. It is intended only for use by the person(s) to whom it is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution of or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for the return of the documents.

# OS-00539 Thonn, Casey-Business Claim-Shrimper-VOO:

From: **Leslie Tate** (ltate@andrylawgroup.com)
Sent: Thu 6/21/12 4:23 PM
To:    lhs3law@hotmail.com (lhs3law@hotmail.com)
        1 attachment
        2789629_Thonn_Final_report_Package_with_Invoice_001.PDF (5.3 MB)

SM-02-JA00578

SM-02-JA00579

## Thonn claim

9A

| | |
|---|---|
| Item ID: | 198154 |
| Subject: | Thonn claim |
| From: | David Duval <dduval@dheclaims.com> |
| To: | Lionel Sutton <lsutton@dheclaims.com> |
| Sent: | January 17, 2013 1:33:09 PM CST |
| Received: | January 17, 2013 1:33:33 PM CST |
| Attachments: | image001.png |
| | |
| Content Created: | January 17, 2013 1:33:09 PM CST |
| File Last Modified: | July 13, 2013 11:51:28 PM CDT |
| File Last Accessed: | July 25, 2013 1:50:03 PM CDT |
| File Created: | July 25, 2013 1:50:03 PM CDT |
| | |
| Message Hash: | f967c53f2c78d33f9a7cce5ebe39e91d |
| Message ID: | <85137FD1F64772498104484470A92D441898A92D@BL2PRD0810MB385.namprd08.prod.outlook.com> |
| | |
| My tags: | Produce, Thonn - Appeals |

BG appeal team is working on this claim. They might be able to pay accounting fees without going through appeal process. Hopefully, we will re-issue Notice soon and close appeal.

935 Gravier Street, Ste. 1905
New Orleans, LA 70112
dduval@dheclaims.com <mailto:dduval@dheclaims.com>
Direct Line 504.934.4915

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

EXHIBIT
L-4

**SM-02-JA00580**

## RE: Sher Garner Claim



From
    Lionel Sutton
To
    Katherine Torres
Recipients
    ktorres@pncpa.com

Thanks. Can you also check the Center for Restorative Breast Surgery.

Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone

-------- Original message -------- From: Katherine Torres <ktorres@pncpa.com> Date: 06/04/2013 4:20 PM (GMT-06:00)
To: Lionel Sutton <lsutton@dheclaims.com> Cc: Mark Staley <mstaley@pncpa.com> Subject: Sher Garner Claim

Hi Tiger-

Per our meeting this morning, you had asked me to follow up on the Sher Garner claim QC status.

The claim entered a QC queue around Mid-May, and we are working QC claims on a FIFO basis. The claim was awaiting allocation to a QC reviewer, so I went ahead and asked the team to prioritize the QC review.

Thanks,

Katherine

Katherine Torres, CIA

cid:image001.gif@01C9E044.59E6B6A0

935 Gravier Street, Suite 900 â–ª New Orleans, LA  70112

Main 504.335.1584 â–ª Direct 504.335.1580 â–ª Fax 504.335.1645

-------------------------------------------------------------------------- Pursuant to IRS Circular 230 and
IRS regulations we inform you that any federal tax advice contained in this communication is not intended or written to
be used, and cannot be used, for the purpose of avoiding penalties imposed under the Internal Revenue Code. -----------
-------------------------------------------------------- Email Encryption Confidentiality is
a hallmark of the accounting profession and it is of the utmost importance to our client relationships. At P&N, we are
committed to keeping your data confidential which is why we use email encryption software. This software inspects all
outbound emails from our firm. Emails that contain attachments will require you to enter a password to download the file.
This ensures that your confidential data cannot be read by anyone other than the intended recipient. Emails with
attachments will include a link to a secure web server. Click on the link to download the attachment. The first time you
receive a secure email from the firm you will be required to setup a password. This will be your password to access future
attachments. For our clients and others, there will be a small step to download the encrypted files; however, we believe
the added confidentiality benefits far outweigh the few seconds that are required to access the attachment. If you have
questions regarding this new process or if you forget your password, please contact helpdesk@pncpa.com or call
225.922.4600.
=======================================================================================================

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you
are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of
the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other
defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender
for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify
the sender by reply email or by telephone at 504-834-4999.

## image001.gif

SM-02-JA00582

**glen lerner** (glenlerneresq@aol.com) You moved this message to its current location.
Sent:   Mon 1/07/13 10:49 AM
To:     Sutton Lionel (lhs3law@hotmail.com); Susan Desantis (SDesantis@andrylawgroup.com)
Cc:     jcahill@glenlerner.com

Make sure out of the $5k John kept I get half since I'm sending full $5k to Tiger
On Jan 7, 2013, at 9:25 AM, Sutton Lionel wrote:

> They sent you the check for my fee. the total fee on Thonn was 10k (+ or -). They sent you
> 5 for me and kept the other 5.
> Check with Susie she has the accounting.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

---

From: glenlerneresq@aol.com
Subject: Re:
Date: Mon, 7 Jan 2013 09:12:54 -0700
To: lhs3law@hotmail.com; jcahill@glenlerner.com

Jeff, did we receive monies from Andry.  If so, Tiger, how much is your fee?
On Jan 7, 2013, at 9:08 AM, Sutton Lionel wrote:

> did u check on my fee from casey thonn. susie sent it to jeff mid december.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

---

From: glenlerneresq@aol.com
Subject: Re:
Date: Fri, 4 Jan 2013 17:03:44 -0500
To: lhs3law@hotmail.com



Ok.  understood.  Need Tm agreement done.  They've been dragging feet on it
since meeting months ago.  I'm not too crazy about them.
On Jan 4, 2013, at 4:49 PM, Sutton Lionel wrote:

> Some things are worth arguing about and some are not. Because
> we are friends.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

From: glenlerneresq@aol.com
Subject: Re:
Date: Fri, 4 Jan 2013 16:39:40 -0500
To: lhs3law@hotmail.com

Thx.  If you have any issues with anything I said you should let
me know.  We are still friends you know.
On Jan 4, 2013, at 4:02 PM, Sutton Lionel wrote:

> I don't necessarily agree with all said, but i
> understand your position. i will work with mike to
> get it resolved.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

> Subject: Re:
> From: glenlerneresq@aol.com
> Date: Fri, 4 Jan 2013 15:16:06 -0500
> CC: lhs3law@hotmail.com; mbryant@crownllc.us
> To: jcahill@glenlerner.com
>
> Now you can see why i'm a little bitter. Originally
> you wanted to give me 50% to put up $760,000.00
> for the machine. Then you said 25% but then I'd
> have 25% of all other technologies including beach
> cleaning. My understanding is we don't even have
> the rights to that technology. Nevertheless, I put up
> 50% more($1,121,000) than what i originally

SM-02-JA00584

agreed to put up as well as another $575k in salaries and expenses. You may feel that Mike's salary is on me or was premature but I promise you without it we would never be in the position we are with NAC. NAC has said as much and that without corporate leadership we would have been disregarded by their board. I've taken all the risk Tiger. We are close to something here that would never have happened if I had not stepped up to the plate. Very few people have the balls I do and put up this type of money out of their own pocket. I'm blessed I can do it.
>
> The only change to the Operating Agreement should be an apportionment of Mike's five percent (5%) I promised him for leading us and Corey's (1%) for handling all legal matter as and agreements. That will reduce all of us an additional 1.5% but I will agree that you still retain a voting majority in unison although I don't envision huge discrepancies in the direction of the company. However, I think for us to go in the correct direction we need to focus on what works. Even once we get this contract we are still a struggling little company but we will have credibility and we have people all over the world waiting to see this contract and for us to get going. We need machines to deploy for testing in Europe, TN, Mexico and South America ASAP. We can have a billion dollars worth of contracts in the next twelve months if we play our cards right. Now the hustle begins.
> On Jan 4, 2013, at 11:36 AM, Jeff Cahill wrote:
>
> > Gentlemen - attached is a spreadsheet of advances to and payments for
> > Crown, LLC.
> >
> > The first tab summarizes non-payroll payments from June through the end
> > of October - $199,053.21.
> > On the second tab - the top section shows non -payroll expenses for Jan.
> > to May 2012 - $128,842.46
> > the next section is payroll amounts (and a few misc. expense advances)
> > through August - $66,493.87
> > and the last section shows advances to Crown through the end of October
> > - $181,500.
> >
> > Total above is $575,889.54. A separate tab summarizes amounts paid to
> > Proven Technologies for building the machine - $1,121,000. These
> > payments were made from June 2010 through October 2011.

SM-02-JA00585

> >
> > At this time, we have payables of approximately $48,000 - payable
> > primarily to Crown Resource Management, LLC and Proven Technologies.
> >
> > I stopped updating this spreadsheet as of the end of October because I
> > am in the process of setting Crown, LLC up on QuickBooks. I should have
> > that completely updated by the middle of next week and can then start
> > sending out complete financial statements.
> >
> > I know early on some payments were being made from a Crown, LLC account
> > setup by Tiger? If I can get copies of those bank statements and
> > checks, I can incorporate them into QuickBooks to fully account for all
> > the financial activity. And please let me know if anyone else was
> > providing funding so that can be reflected in the financial statements.
> >
> > If you have any questions, please let me know.
> >
> > Jeff
> >
> >
> > -----Original Message-----
> > From: glen lerner [mailto:glenlerneresq@aol.com]
> > Sent: Friday, January 04, 2013 8:54 AM
> > To: Jeff Cahill; Tiger Sutton
> > Subject:
> >
> > Please resend to Tiger and I all Crown costs to date, including my buy
> > in and all payments to Proven, Manpower and salaries. Basically every
> > cent I've put into Crown to date. He never received it last time
> >
> >
> >
> >
> > CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the
> > individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use,

SM-02-JA00586

SM-02-JA00587

dissemination, distribution or copying of this
information is strictly prohibited and may result in
violations of Federal or State law. If you have
received this message in error, please notify the
sender of this message, and destroy the original
message. Thank
> > you.
> >
> >
> > <113012 nonwage expense summary 06 to
11.xls>
>

*Refers to VOO claim*

## RE:

From: **Sutton Lionel** (lhs3law@hotmail.com)
Sent: Mon 1/07/13 10:26 AM
To:   jcahill@glenlerner.com; Glen Lerner (glenlerneresq@aol.com)

Yes. That is my share. Please deposit in the crown acct so I can get it

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

Subject: RE:
Date: Mon, 7 Jan 2013 08:23:37 -0800
From: jcahill@glenlerner.com
To: glenlerneresq@aol.com; lhs3law@hotmail.com

We received $4,940 at the end of the year.

From: glen lerner [mailto:glenlerneresq@aol.com]
Sent: Monday, January 07, 2013 10:13 AM
To: Sutton Lionel; Jeff Cahill
Subject: Re:



**SM-02-JA00588**

Jeff, did we receive monies from Andry. If so, Tiger, how much is your fee?
On Jan 7, 2013, at 9:08 AM, Sutton Lionel wrote:

did u check on my fee from casey thonn. susie sent it to jeff mid december.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

From: glenlerneresq@aol.com
Subject: Re:
Date: Fri, 4 Jan 2013 17:03:44 -0500
To: lhs3law@hotmail.com

Ok. understood.  Need Tm agreement done.  They've been dragging feet on it since
meeting months ago.  I'm not too crazy about them.
On Jan 4, 2013, at 4:49 PM, Sutton Lionel wrote:

Some things are worth arguing about and some are not. Because we are
friends.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

From: glenlerneresq@aol.com
Subject: Re:
Date: Fri, 4 Jan 2013 16:39:40 -0500
To: lhs3law@hotmail.com

Thx.  If you have any issues with anything I said you should let me know.  We
are still friends you know.
On Jan 4, 2013, at 4:02 PM, Sutton Lionel wrote:

I don't necessarily agree with all said, but i understand your
position. i will work with mike to get it resolved.

Lionel H. Sutton, III
935 G

SM-02-JA00589

> >
> > CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the
> > individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank
> > you.
> >
> >
> > <113012 nonwage expense summary 06 to 11.xls>
>

CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.

# RE:

From: **Sutton Lionel (lhs3law@hotmail.com)**
Sent:  Mon 1/07/13 10:25 AM
To:   Glen Lerner (glenlerneresq@aol.com); jcahill@glenlerner.com

They sent you the check for my fee. the total fee on Thonn was 10k (+ or -). They sent you 5 for me and kept the other 5.
Check with Susie she has the accounting.

Lionel H. Sutton, III

935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

From: glenlerneresq@aol.com
Subject: Re:
Date: Mon, 7 Jan 2013 09:12:54 -0700
To: lhs3law@hotmail.com; jcahill@glenlerner.com

Jeff, did we receive monies from Andry.  If so, Tiger, how much is your fee?
On Jan 7, 2013, at 9:08 AM, Sutton Lionel wrote:

did u check on my fee from casey thonn. susie sent it to jeff mid december.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

From: glenlerneresq@aol.com
Subject: Re:
Date: Fri, 4 Jan 2013 17:03:44 -0500
To: lhs3law@hotmail.com

Ok.  understood.  Need Tm agreement done.  They've been dragging feet on it since
meeting months ago.  I'm not too crazy about them.
On Jan 4, 2013, at 4:49 PM, Sutton Lionel wrote:

Some things are worth arguing about and some are not. Because we are
friends.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

SM-02-JA00591

SM-02-JA00592

```
>>>>>
>>>>> Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone
>>>>>
>>>>>
>>>>> ------- Original message -------
>>>>> From: glen lerner <glenlerner@me.com>
>>>>> Date: 03/08/2013 4:59 PM (GMT-06:00)
>>>>> To: Tiger Sutton <LHS3law@hotmail.com>,Michael Bryant
<miketbryant2000@yahoo.com>,Jeff Cahill <jcahill@glenlerner.com>
>>>>> Subject:
>>>>>
>>>>>
>>>>> Can any of you tell me why we are not a Texas corporation? Jeff, before we start to make a
lot of money and get big, I need to know how our being a Louisiana LLC effects everybody, but
especially me, tax wise.  Except for Tiger living in NOLA I am not sure of any reason to be there unless
it offers us a tax advantage over being a Texas company.  Every major energy company is in Houston.  I
love NOLA and love spending time there so this is a perfect excuse but in reality it makes no sense
whatsoever unless there is a tax advantage.  Having corporate offices somewhere but no legitimate
business affairs is an issue as well.  Can we make this a priority soon.  Jeff, you are a tax attorney.
Obviously, we have to consider the fact that I've made all the contributions to the LA LLC so I cannot
lose any potential tax advantages of these losses to date with a switch.   Rick Perry is doing everything
he can to bring business to Texas and I am sure once we have a few contracts under our belt we can
get some sort of incentives from him with the potential of our business and size of our intial deals.
>>>>
>>>
>>
>
```

## Re:

From: **glen lerner** (glenlerner@me.com) You moved this message to
     its current location.

Sent:  Fri 3/08/13 8:58 PM

To:    lhs3law (lhs3law@hotmail.com)

```
He controls the money man.
On Mar 8, 2013, at 6:36 PM, lhs3law wrote:

> Sure. Jon got paid on the casey thonn bp case last week so you can
send me that.
>
>
> Lionel Sutton
```

EXHIBIT
L-7

message. Thank you.
>

CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and
confidential information intended only for the use of the individual or entity named above. If the
reader of this message is not the intended recipient, an associate of, or affiliated with, the intended
recipient, you are hereby notified that any use, dissemination, distribution or copying of this
information is strictly prohibited and may result in violations of Federal or State law. If you have
received this message in error, please notify the sender of this message, and destroy the original
message. Thank you.

# RE: Salary

From: lhs3law@hotmail.com
Saved: Thu 3/07/13 10:23 AM
To:      jcahill@glenlerner.com
Jeff,

Can you let me know when you are going to be able to send the balance owed to me. I expect we will
sign the agreement next week. Also, I saw that Casey Thonn was paid another 166,666 last month.
Please let me know the status of that check.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

Subject: RE: Salary
Date: Thu, 21 Feb 2013 12:31:19 -0800
From: jcahill@glenlerner.com
To: lhs3law@hotmail.com; glenlerneresq@aol.com

The 07/19 payment should have been expense reimbursement.

I'll double check and let you know.

Jeffrey Cahill
Cell: 651 983 4794

SM-02-JA00594

confidential Information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.
&gt;

CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the Intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.

# RE: casey Thonn

From: **Sutton Lionel** (lhs3law@hotmail.com)
Sent:  Mon 1/07/13 10:27 AM
To:     sdesantis@glenlerner.com

Please confirm with Jeff and Glen that you sent them my fee last month.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA 70112
Office 504 592 3230
Cell 504 957 4689

Subject: RE: casey Thonn
Date: Fri, 26 Oct 2012 10:10:25 -0700
From: sdesantis@glenlerner.com
To: lhs3law@hotmail.com

*SHE looks in Vega*

770-296-0873

From: Sutton Lionel [mailto:lhs3law@hotmail.com]

**To:** Susan DeSantis
**Subject:** RE: casey Thonn

Susie,

Hope all is well. Casey Thonn told me he got his VOO money last week.
Can you check on my fee.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

Date: Tue, 26 Jun 2012 15:44:47 -0700
From: miketbryant2000@yahoo.com
Subject: NAC Commercial Proposal Draft 2
To: glenlerneresq@aol.com; lhs3law@hotmail.com; sdesantis@glenlerner.com; jdartez@hotmail.com;
montanaelmo@yahoo.com

Gentlemen, following-on from our meeting today I have included scenarios 4 & 5, they are
blended rates that work on pay per usage basis.
Regards Mike

Mike Bryant
email miketbryant2000@yahoo.com

CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and
confidential information intended only for the use of the individual or entity named above. If the
reader of this message is not the intended recipient, an associate of, or affiliated with, the intended
recipient, you are hereby notified that any use, dissemination, distribution or copying of this
information is strictly prohibited and may result in violations of Federal or State law. If you have
received this message in error, please notify the sender of this message, and destroy the original
message. Thank you.

# RE:

From: **Sutton Lionel** (lhs3law@hotmail.com)
Sent: Mon 1/07/13 10:08 AM

SM-02-JA00596

To:    Glen Lerner (glenlerneresq@aol.com)

did u check on my fee from casey thonn. susie sent it to jeff mid december.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

---

From: glenlerneresq@aol.com
Subject: Re:
Date: Fri, 4 Jan 2013 17:03:44 -0500
To: lhs3law@hotmail.com

Ok. understood.  Need Tm agreement done.  They've been dragging feet on it since meeting months ago.  I'm not too crazy about them.
On Jan 4, 2013, at 4:49 PM, Sutton Lionel wrote:

Some things are worth arguing about and some are not. Because we are friends.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

---

From: glenlerneresq@aol.com
Subject: Re:
Date: Fri, 4 Jan 2013 16:39:40 -0500
To: lhs3law@hotmail.com

Thx.  If you have any issues with anything I said you should let me know.  We are still friends you know.
On Jan 4, 2013, at 4:02 PM, Sutton Lionel wrote:

I don't necessarily agree with all said, but I understand your position. i will work with mike to get it resolved.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910

SM-02-JA00597

SM-02-JA00598

message. Thank you.
>

CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.

# RE: Salary

From: lhs3law@hotmail.com
Saved: Thu 3/07/13 10:23 AM
To:    jcahill@glenlerner.com

Jeff,

Can you let me know when you are going to be able to send the balance owed to me. I expect we will sign the agreement next week. Also, I saw that Casey Thonn was paid another 166,666 last month. Please let me know the status of that check.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

Subject: RE: Salary
Date: Thu, 21 Feb 2013 12:31:19 -0800
From: jcahill@glenlerner.com
To: lhs3law@hotmail.com; glenlerneresq@aol.com

The 07/19 payment should have been expense reimbursement.

I'll double check and let you know.

Jeffrey Cahill
Cell 651-983-4794



SM-02-JA00599

confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.

CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.

# RE: casey Thonn

From: Sutton Lionel (lhs3law@hotmail.com)
Sent:  Mon 1/07/13 10:27 AM
To:    sdesantis@glenlerner.com

Please confirm with Jeff and Glen that you sent them my fee last month.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

Subject: RE: casey Thonn
Date: Fri, 26 Oct 2012 10:10:25 -0700
From: sdesantis@glenlerner.com
To: lhs3law@hotmail.com

*SHE located in Vegas*

770-296-0873

From: Sutton Lionel [mailto:lhs3law@hotmail.com]

SM-02-JA00600

**To:** Susan DeSantis
**Subject:** RE: casey Thonn

Susie,

Hope all is well. Casey Thonn told me he got his VOO money last week.
Can you check on my fee.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA 70112
Office 504 592 3230
Cell 504 957 4689

Date: Tue, 26 Jun 2012 15:44:47 -0700
From: miketbryant2000@yahoo.com
Subject: NAC Commercial Proposal Draft 2
To: glenlerneresq@aol.com; lhs3law@hotmail.com; sdesantis@glenlerner.com; jdartez@hotmail.com; montanaelmo@yahoo.com

Gentlemen, following-on from our meeting today I have included scenarios 4 & 5, they are
blended rates that work on pay per usage basis.
Regards Mike

Mike Bryant
email miketbryant2000@yahoo.com

CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and
confidential information intended only for the use of the individual or entity named above. If the
reader of this message is not the intended recipient, an associate of, or affiliated with, the intended
recipient, you are hereby notified that any use, dissemination, distribution or copying of this
information is strictly prohibited and may result in violations of Federal or State law. If you have
received this message in error, please notify the sender of this message, and destroy the original
message. Thank you.

# RE:

From: **Sutton Lionel** (lhs3law@hotmail.com)
Sent: Mon 1/07/13 10:08 AM

SM-02-JA00601

To:    Glen Lerner (glenlerneresq@aol.com)

did u check on my fee from casey thonn. susie sent it to jeff mid december.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA 70112
Office 504 592 3230
Cell 504 957 4689

---

From: glenlerneresq@aol.com
Subject: Re:
Date: Fri, 4 Jan 2013 17:03:44 -0500
To: lhs3law@hotmail.com

Ok. understood. Need Tm agreement done. They've been dragging feet on it since meeting months
ago. I'm not too crazy about them.
On Jan 4, 2013, at 4:49 PM, Sutton Lionel wrote:

Some things are worth arguing about and some are not. Because we are friends.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA 70112
Office 504 592 3230
Cell 504 957 4689

---

From: glenlerneresq@aol.com
Subject: Re:
Date: Fri, 4 Jan 2013 16:39:40 -0500
To: lhs3law@hotmail.com

Thx. If you have any issues with anything I said you should let me know.  We are still
friends you know.
On Jan 4, 2013, at 4:02 PM, Sutton Lionel wrote:

I don't necessarily agree with all said, but i understand your position. i will
work with mike to get it resolved.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910

SM-02-JA00602

SM-02-JA00603

S/3a

# RE:

From: **lhs3law** (lhs3law@hotmail.com)
Sent: Tue 3/26/13 3:18 PM
To:   Jeff Cahill (jcahill@glenlerner.com)

Thought I did. Will send again tomorrow.


Lionel Sutton

Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone


-------- Original message --------
From: Jeff Cahill <jcahill@glenlerner.com>
Date: 03/26/2013 2:48 PM (GMT-06:00)
To: Sutton Lionel <lhs3law@hotmail.com>
Subject: RE:


More coming. Also - please send full copy of entity's tax return - 2011.

Thanks.

Jeffrey Cahill
Cell: 651-983-4794
Office: 702-214-5558


From: Sutton Lionel [mailto:lhs3law@hotmail.com]
Sent: Friday, March 22, 2013 10:38 AM
To: Jeff Cahill
Subject: RE:

Got 30 k today. Still need balance next week and April payment on 4/1.

I have attached a tax penalty payment that I made. Even though we had an extension, we had a small
penalty. It is my understanding that we may get some back. Please send me reimbursement.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA 70112



**SM-02-JA00604**

**Office 504 592 3230**
Cell 504 957 4689

> Date: Thu, 21 Mar 2013 08:09:38 -0700
> Subject: Re:
> From: jcahill@glenlerner.com
> To: glenlerneresq@aol.com
> CC: lhs3law@hotmail.com
>
> Will have about $40k to you by tomorrow. Or later this afternoon. At a conference today but funds transferred to cover.
>
> Before this payment still owed you about 60k.
>
> Jeffrey Cahill
> Glen Lerner Injury Attorneys
> 651-983-4794
>
> glen lerner < glenlerneresq@aol.com> wrote:
>
> It should be taken care of in the next few days. TOld you would be done by end of March but may have it done tomorrow. You and I can talk in person about PR and what direction to go with it.
> On Mar 21, 2013, at 7:57 AM, lhs3law wrote:
>
> > Jeff,
> >
> > As of March 1, I was due $100, 000 as Crown direct payments. As per your February email to Glen and I, I have been paid $36,000 leaving a balance of $64,000. On April 1 that amount will increase to $74, 000. It is imperative that my account be current. I understand that money is tight and agreed to wait until the last 2 weeks of March at Glen's request. I need your confirmation that it will be done.
> > The above is in addition to the $16, 666 Andry fee which you should send as soon as you get it.
> > All funds can be deposited directly into the old Crown account.
> >
> >
> > Lionel Sutton
> >
> > Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone
> >
> >
> > ------- Original message --------
> > From: Jeff Cahill <jcahill@glenlerner.com>
> > Date: 03/20/2013 5:27 PM (GMT-06:00)
> > To: lhs3law < lhs3law@hotmail.com>
> > Subject: RE:
> >
> >
> > I'm pedaling as fast as I can Tiger. And what was the dollar amount of the other payment? I
thought it'd gone out awhile ago. I....

SM-02-JA00605

figure.
> >
> > Jeffrey Cahill
> > Cell: 651-983-4794
> > Office: 702-877-1500
> >
> >
> > From: lhs3law [mailto:lhs3law@hotmail.com]
> > Sent: Wednesday, March 20, 2013 3:17 PM
> > To: Jeff Cahill
> > Subject:
> >
> > Jeff
> > Please confirm that you will deposit my past due salary by end of the month at the latest.
> > Tiger
> >
> >
> > Lionel Sutton
> >
> > Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone
> >
> > CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.
> >
>
>
>
> CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.
>

CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original



Jeff
Please confirm that you will deposit my past due salary by end of the month at the latest.
Tiger

Lionel Sutton

Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone

CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.

CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.

CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.

# RE:



From: lhs3law (lhs3law@hotmail.com)
Sent:  Wed 3/20/13 6:18 PM
To:    Jeff Cahill (jcahill@glenlerner.com)

**SM-02-JA00607**



The one you sent from andry was 4900. He is sending or sent another 16600. I get that when you get it. Glen made a deal to get me made up and on time by the end of the month. That was some of the consideration for giving up some shares. If he can't do it, we need to talk.

Lionel Sutton

Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone

-------- Original message --------
From: Jeff Cahill <jcahill@glenlerner.com>
Date: 03/20/2013 6:07 PM (GMT-06:00)
To: Lionel Sutton <lhs3law@hotmail.com>
Subject: RE:


Not that one. The one from Andry?

Jeffrey Cahill
Glen Lerner Injury Attorneys
651-983-4794

lhs3law <lhs3law@hotmail.com> wrote:

The last payment was a fee not crown salary. You sent Glenn and I an email with the balance 2 months ago. Of course you will have to add February March and April now


Lionel Sutton

Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone

-------- Original message --------
From: Jeff Cahill <jcahill@glenlerner.com>
Date: 03/20/2013 5:27 PM (GMT-06:00)
To: lhs3law <lhs3law@hotmail.com>
Subject: RE:

I'm pedaling as fast as I can Tiger. And what was the dollar amount of the other payment? I thought it'd gone out awhile ago - to the old Crown account. I can search easier if I have the dollar figure.

Jeffrey Cahill
Cell: 651-983-4794
Office: 702-877-1500


From: lhs3law [mailto:lhs3law@hotmail.com]
Sent: Wednesday, March 20, 2013 3:17 PM

**SM-02-JA00608**



To: Jeff Cahili
Subject:

Jeff
Please confirm that you will deposit my past due salary by end of the month at the latest.
Tiger

Lionel Sutton

Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone

CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.

CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.

# RE: Settlement Agreements

From: Sutton Lionel (lhs3law@hotmail.com)
Sent:  Fri 2/15/13 4:15 PM
To:    Glen Lerner (glenlerneresq@aol.com)

I worry about the timing of Grant's email. The day he gets our signed documents, he starts bitching about the NAC deal.
We need to watch him.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112

**SM-02-JA00609**



Office 504 592 3230
Cell 504 957 4689

Subject: Re: Settlement Agreements
From: glenlerneresq@aol.com
Date: Fri, 15 Feb 2013 14:03:11 -0700
To: lhs3law@hotmail.com

Impossible with John right now. I love him but absolutely gets in his own way. If he just listens and lets me run will be fine. Focus on Crown. PI is peanuts compared to the money we can be making within two to three years. Grant's email was funny. Surprised that someone like him didn't know and doesn't know how big companies run on their schedule, not ours!!

Sent from my iPhone

On Feb 15, 2013, at 1:39 PM, Sutton Lionel <lhs3law@hotmail.com> wrote:

We would have to draw it up like a business from the start using a scaled down model of your other offices.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

Subject: Re: Settlement Agreements
From: glenlerneresq@aol.com
Date: Fri, 15 Feb 2013 13:32:49 -0700
To: lhs3law@hotmail.com

Yeah. But hard to do with him. He's so unorganized.

Sent from my iPhone

On Feb 15, 2013, at 12:54 PM, Sutton Lionel <lhs3law@hotmail.com> wrote:

Are you still interested in a small PI practice here when BP starts trailing off? I would hate to think I made up with Jon for nothing.

Lionel H. Sutton, III

SM-02-JA00610

SM-02-JA00611

Sent:   Thu 3/28/13 12:35 PM
To:     Sutton Lionel (lhs3law@hotmail.com)

Yes. Wed. 3/20 to Jeff's attention in Vegas.
check # 1308   $16665.21   (50% Casey Thonn referral fee)

---

**From:** Sutton Lione  [mailto:lhs3law@hotmail.com]
**Sent:** Thursday, March 28, 2013 9:54 AM
**To:** Susan DeSantis
**Subject:** thonn

suzy,

did you send the thonn fee to glen yet?

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

CONFIDENTIALITY NOTE: The information contained in this message may be
confidential information intended only for the use of the individual or entity
reader of this message is not the intended recipient, an associate of, or affili
recipient, you are hereby notified that any use, dissemination, distribution c
information is strictly prohibited and may result in violations of Federal or St
received this message in error, please notify the sender of this message, and
message. Thank you.

*Susan Desantis
is Business Ops
at Lerner Law firm.*

**thonn**

From: **Sutton Lionel** (lhs3law@hotmail.com)
Sent:  Thu 3/28/13 9:54 AM
To:    sdesantis@glenlerner.com

suzy,

did you send the thonn fee to glen yet?



**SM-02-JA00612**

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA 70112
Office 504 592 3230
Cell 504 957 4689

# Re: crown

From: lhs3law (lhs3law@hotmail.com)
Sent: Fri 3/15/13 1:22 PM
To: glen lerner (glenlerneresq@aol.com)

Yes. Th

Lionel Sutton

Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone

-------- Original message --------
From: glen lerner <glenlerneresq@aol.com>
Date: 03/15/2013 1:12 PM (GMT-06:00)
To: lhs3law <lhs3law@hotmail.com>
Subject: Re: crown

How much was our end $33k?

Sent from my iPhone

On Mar 15, 2013, at 1:53 PM, lhs3law <lhs3law@hotmail.com> wrote:

16,665

Lionel Sutton

Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone

**SM-02-JA00613**

-------- Original message --------
From: glen lerner <glenlerneresq@aol.com>
Date: 03/15/2013 12:25 PM (GMT-06:00)
To: Sutton Lionel <lhs3law@hotmail.com>
Subject: Re: crown

Ok. What do I owe you?  What did he send me for you?

Sent from my iPhone

On Mar 15, 2013, at 11:26 AM, Sutton Lionel <lhs3law@hotmail.com> wrote:

> Jon told me that he just disbursed so you won't get it for a few days.
>
> Lionel H. Sutton, III
> 935 Gravier St., Ste. 1910
> New Orleans, LA  70112
> Office 504 592 3230
> Cell 504 957 4689
>
>
> _____
>
> CC: jcahill@glenlerner.com; miketbryant2000@yahoo.com
> From: glenlerneresq@aol.com
> Subject: Re: crown
> Date: Fri, 15 Mar 2013 11:12:21 -0400
> To: lhs3law@hotmail.com
>
> Jeff. Did we receive Thon?  John may have but doesn't mean we did. Tiger, what was deal on that?
>
> Sent from my iPhone
>
> On Mar 15, 2013, at 10:16 AM, Sutton Lionel <lhs3law@hotmail.com> wrote:
>
>> Jeff,
>>
>> Joey, Tim and I signed the new OA. Please let me know when my salary will be paid up.
>> Also, let me know about the Thonn money.
>>
>> Lionel H. Sutton, III
>> 935 Gravier St., Ste. 1910

SM-02-JA00614

# (No Subject)

From: **Sutton Lionel** (lhs3law@hotmail.com) You moved this
message to its current location.
Sent:   Mon 6/03/13 2:39 PM
To:     jcahill@glenlerner.com (jcahill@glenlerner.com)

jeff,

you should have received the thonn check some time ago. when can i expect it.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

# may

From: **Sutton Lionel** (lhs3law@hotmail.com)
Sent:   Wed 5/22/13 10:10 AM
To:     jcahill@glenlerner.com (jcahill@glenlerner.com)
Cc:     Glen Lerner (glenlerneresq@aol.com)

Jeff,

Let me know when I can expect my May salary, as well as the final Thonn $ previously sent to you by
Jon.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

SM-02-JA00615

# RE:

From: **lhs3law** (lhs3law@hotmail.com)
Sent:  Tue 5/14/13 6:29 PM
To:    Susan DeSantis (sdesantis@glenlerner.com)

Thanks

Lionel Sutton

Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone

-------- Original message --------
From: Susan DeSantis <sdesantis@glenlerner.com>
Date: 05/14/2013 6:23 PM (GMT-06:00)
To: Sutton Lionel <lhs3law@hotmail.com>
Subject: RE:

Just saw the check sitting  on Scott's desk (Jon's CFO).  It should be sent to Vegas
tomorrow.

**From:** Sutton Lionel [mailto:lhs3law@hotmail.com]
**Sent:** Tuesday, May 14, 2013 1:06 PM
**To:** Susan DeSantis
**Subject:**

Did you send Thonn to Jeff Cahill?

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

CONFIDENTIALITY NOTE: The information contained in this message may be legally privileged and
confidential information intended only to be used by an individual

**SM-02-JA00616**

reader of this message is not the intended recipient, an associate of, or affiliated with, the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this information is strictly prohibited and may result in violations of Federal or State law. If you have received this message in error, please notify the sender of this message, and destroy the original message. Thank you.

# (No Subject)

From: **Sutton Lionel** (lhs3law@hotmail.com)
Sent: Tue 5/14/13 1:05 PM
To: sdesantis@glenlerner.com (sdesantis@glenlerner.com)

Did you send Thonn to Jeff Cahill?

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA 70112
Office 504 592 3230
Cell 504 957 4689

# RE: thonn

From: **lhs3law** (lhs3law@hotmail.com)
Sent: Thu 3/28/13 5:09 PM
To: Jeff Cahill (jcahill@glenlerner.com)

Thanks Jeff

Lionel Sutton

Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone

-------- Original message --------
From: Jeff Cahill <jcahill@glenlerner.com>
Date: 03/28/2013 4:53 PM (GMT-06:00)
To: Sutton Lionel <lhs3law@hotmail.com> Glen Lerner External <glenlernerecce@aol.com>

SM-02-JA00617



Subject: RE: thonn

We got the Thonn money in yesterday.  Will transfer to old Crown, LLC account - fund in the morning.

Jeffrey Cahill
Cell: 651-983-4794
Office: 702-214-5558

---

**From:** Sutton Lionel [mailto:lhs3law@hotmail.com]
**Sent:** Thursday, March 28, 2013 12:52 PM
**To:** Jeff Cahill; Glen Lerner External
**Subject:** FW: thonn

Jeff,

Thanks for the 30K last week and the 20k this week. According to your calculations, you still owe me 14k to catch up. Glen told me that I would have that by the end of this week. In exchange, I agreed to wait 1 week for my April payment of 10k.

Additionally, see email from Suzy below. Please advise.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

---

Subject: RE: thonn
Date: Thu, 28 Mar 2013 10:35:15 -0700
From: sdesantis@glenlerner.com
To: lhs3law@hotmail.com

Yes. Wed. 3/20 to Jeff's attention in Vegas.
check # 1308   $16665.21   (50% Casey Thonn referral fee)

---

**From:** Sutton Lione  [mailto:lhs3law@hotmail.com]
**Sent:** Thursday, March 28, 2013 9:54 AM
**To:** Susan DeSantis
**Subject:** thonn

SM-02-JA00618

New Orleans, LA 70112
Office 504 592 3230
Cell 504 957 4689

# Re: crown

From: lhs3law (lhs3law@hotmail.com)
Sent:  Fri 3/15/13 12:53 PM
To:    glen lerner (glenlerneresq@aol.com)

16,665

Lionel Sutton

Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone

-------- Original message --------
From: glen lerner <glenlerneresq@aol.com>
Date: 03/15/2013 12:25 PM (GMT-06:00)
To: Sutton Lionel <lhs3law@hotmail.com>
Subject: Re: crown

Ok. What do I owe you?  What did he send me for you?

Sent from my iPhone

On Mar 15, 2013, at 11:26 AM, Sutton Lionel <lhs3law@hotmail.com> wrote:

Jon told me that he just disbursed so you won't get it for a few days.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA 70112
Office 504 592 3230
Cell 504 957 4689

SM-02-JA00619

CC: jcahill@glenlerner.com; miketbryant2000@yahoo.com
From: glenlerneresq@aol.com
Subject: Re: crown
Date: Fri, 15 Mar 2013 11:12:21 -0400
To: lhs3law@hotmail.com

Jeff. Did we receive Thon?  John may have but doesn't mean we did. Tiger, what was deal on that?

Sent from my iPhone

On Mar 15, 2013, at 10:16 AM, Sutton Lionel <lhs3law@hotmail.com> wrote:

> Jeff,
>
> Joey, Tim and I signed the new OA. Please let me know when my salary will be paid up.
> Also, let me know about the Thonn money.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

# RE: crown

From: **Sutton Lionel** (lhs3law@hotmail.com)
Sent:  Fri 3/15/13 10:26 AM
To:    Glen Lerner (glenlerneresq@aol.com)

Jon told me that he just disbursed so you won't get it for a few days.

Lionel H. Sutton, III
935 Gravier St., Ste. 1910
New Orleans, LA  70112
Office 504 592 3230
Cell 504 957 4689

SM-02-JA00621