07:03PM 1   have been all the way through -- I mean, from June 1st, it

07:03PM 2   would have been all the way through.

07:03PM 3         So, apparently, as of March 1st -- or as of

07:03PM 4   March 22nd, he still hadn't paid me any of the payments on --

07:03PM 5   for my shares.  So I said, I'm due -- as of March 1st, I was

07:03PM 6   due $100,000 in Crown direct payments.  That's what I'm

07:03PM 7   referring to there.

07:03PM 8   Q.   Then you say, "I've been paid" --

07:03PM 9   A.   I'm reading the rest.  "As per your February e-mail to

07:03PM 10  Glen, I've been paid 36."  So he had already paid me 36 of the

07:04PM 11  hundred, and leaving a balance of 64.  On April 1st, that

07:04PM 12  amount will be increased to 74.

07:04PM 13  Q.   That's another month's payment?

07:04PM 14  A.   Yeah, that would have been April.  Then we had May, the

07:04PM 15  last one.

07:04PM 16        So the total would have been 120.  I said on

07:04PM 17  March 1st, I was owed a hundred.  You had already paid me 36,

07:04PM 18  so you still owe me 64.  On April 1st, which was only, you

07:04PM 19  know, 10 days later, now it's going to be 74.

07:04PM 20        So I'm saying, I understand money is tight.  I agreed

07:04PM 21  to wait until the last two weeks of March for him to send me my

07:04PM 22  payment, even though we're about to do an operating agreement.

07:04PM 23  "I request confirmation that it will be done.  And this is in

07:04PM 24  addition to the 16,666 Andry fee, which you should send as soon

07:04PM 25  as you get."

**C O N F I D E N T I A L**

| | |
|---|---|
| 07:04PM 1 | It wasn't an Andry fee. It was a *Thonn* fee, that he |
| 07:04PM 2 | should get it -- as soon as Andry sent them their 50 percent of |
| 07:04PM 3 | the fee, he should send it to me. |
| 07:04PM 4 | So that had nothing to do with the Crown payments. |
| 07:04PM 5 | We spelled all of that out right there. That was the *Thonn* |
| 07:04PM 6 | fee. |
| 07:04PM 7 | Q. Right. I understand the 16,666 is the *Thonn* fee. Why do |
| 07:05PM 8 | you refer to it here as *the Andry fee*? |
| 07:05PM 9 | A. I don't know, maybe because it was coming from Andry's |
| 07:05PM 10 | office. I don't know. It would have been the *Thonn* fee, but I |
| 07:05PM 11 | was -- |
| 07:05PM 12 | Q. So it would be -- |
| 07:05PM 13 | A. Glen has law offices all over the country. I mean, I |
| 07:05PM 14 | think Jeff gets stuff in all the time, so maybe I was |
| 07:05PM 15 | identifying where it was coming from. I don't know. |
| 07:05PM 16 | But he had been talking -- I mean, we had been |
| 07:05PM 17 | e-mailing back and forth, so he knew what it was. |
| 07:05PM 18 | Q. But, again, you said before you didn't think Jon was doing |
| 07:05PM 19 | this for nothing. So you associated this money with both |
| 07:05PM 20 | Lerner and Andry? |
| 07:05PM 21 | A. No. I understood that the 16,666 was 50 percent of the |
| 07:05PM 22 | fee, that Jon was sending that to Glen -- I don't know what |
| 07:05PM 23 | their arrangement was -- and Glenn was going to send me that. |
| 07:05PM 24 | Whether Glen was going to get more from Jon, whether |
| 07:06PM 25 | he was going to let Jon keep all of it, I don't know. I don't |

**C O N F I D E N T I A L**

SM-02-JA00154

07:06PM 1 have any idea.

07:06PM 2 Q. Right. But my question was, without knowing the amount or

07:06PM 3 the specific arrangement, it was your belief that Andry had

07:06PM 4 some financial interest in that?

07:06PM 5 A. It's my belief now. I don't know that I ever thought

07:06PM 6 about it one way or another. It's my -- I believe now that he

07:06PM 7 filed all of his *BP* cases, and that he probably had some --

07:06PM 8 expected to get paid a fee for the cases he filed, I would

07:06PM 9 guess.

07:06PM 10 Q. Again, you think you referred to it as *the Andry fee*

07:06PM 11 because he was associated with Lerner's firm?

07:06PM 12 A. No. I think I referred to *the Andry fee* because it was

07:06PM 13 the money that was coming from the *Thonn* money that was coming

07:06PM 14 from Andry, you know, from his office.

07:06PM 15 We called it *the Andry office* over there on Baronne,

07:06PM 16 but -- so I think that's what I was referring to there.

07:06PM 17 Then he said he was going to be able to send me

07:06PM 18 40 tomorrow, but then I think he only sent 30. I don't know,

07:07PM 19 something like that.

07:07PM 20 Then he wants copies of the Crown -- when he says

07:07PM 21 entity's tax returns, he's talking about Crown because we had

07:07PM 22 to pay a tax penalty. I paid that, I think, and I asked for

07:07PM 23 reimbursement on that.

07:07PM 24 Then that was it. That's the extent of those

07:07PM 25 e-mails.

**C O N F I D E N T I A L**

07:07PM 1   Q.   All right.  The last page of that document, Mr. Sutton,
07:07PM 2   there was an e-mail from Glen Lerner to you dated February 15,
07:07PM 3   2013, 13:32.  It reads to you, "Yeah, but hard to do with him,
07:07PM 4   he's so unorganized."
07:07PM 5   A.   Yeah.
07:07PM 6   Q.   Then --
07:07PM 7   A.   Well, it was referring to Glen has PI, personal injury,
07:07PM 8   practices in, I think, Las Vegas, Phoenix, Chicago, maybe
07:07PM 9   something in Minneapolis, but I'm not sure.  Then he had just
07:08PM 10  opened a small practice in Naples.
07:08PM 11         I think we had always talked about possibly opening a
07:08PM 12  small PI practice in New Orleans, when -- you know, when we
07:08PM 13  finished -- when I finished working.
07:08PM 14  Q.   Had you --
07:08PM 15  A.   He had said with Jon, and then he was like, but he
07:08PM 16  wouldn't -- he didn't trust Jon -- or Jon didn't -- what did he
07:08PM 17  say?  It's hard to do with Jon, he's so unorganized.
07:08PM 18         So I think, originally, a long time, even before *BP*,
07:08PM 19  when Jon and I and Glen were friends, we had always talked
07:08PM 20  about possibly opening up a PI practice here.  In fact, before
07:08PM 21  the hurricane, Glen bought a house in New Orleans; but, then
07:08PM 22  the hurricane came, and he sold it.  At the time, we were going
07:08PM 23  to talk about starting a PI practice here, me, him and Jon.
07:08PM 24         So I think we were still talking about when all of
07:08PM 25  this *BP* stuff is over, maybe we could, you know, go back to

**C O N F I D E N T I A L**

**SM-02-JA00156**

07:08PM 1     starting a small PI practice.  He said, not with Jon, he's too

07:08PM 2     disorganized.

07:08PM 3         I think that comes into play with what I had said

07:09PM 4     earlier about 61 percent of the claim forms hadn't been filed

07:09PM 5     and this and that.  Jon's office was just in complete disarray,

07:09PM 6     and I think that's what Glen was referring to.

07:09PM 7     Q.   Your question to him is, "Are you still interested in a

07:09PM 8     small PI practice when the BP" --

07:09PM 9     A.    Right.

07:09PM 10     Q.   -- "starts trailing off?"  His answer to that -- the first

07:09PM 11     part of his response is, "Yeah."

07:09PM 12     A.    Well, the whole thing is, "Are you still interested in a

07:09PM 13     small PI practice here when BP starts trailing off?  I would

07:09PM 14     hate to think that I made up with Jon for nothing."

07:09PM 15         So what I'm saying is, for the three of us.  That's

07:09PM 16     why -- you know, I made up with Jon.  I would hate to think it

07:09PM 17     was for nothing.  He said, "Yeah, but hard to do with him, he's

07:09PM 18     so unorganized."

07:09PM 19         So he was referring to, yeah, he would be interested

07:09PM 20     in a small PI practice, but it's hard to do with Jon because

07:09PM 21     he's so unorganized.

07:09PM 22         Then I said, "Well, we would have to draw it up like

07:09PM 23     a business from the start, using a scaled-down model of the

07:09PM 24     other offices," meaning we would have to really draw it up

07:09PM 25     tight because Jon is so unorganized.  We'd have to -- there was

**C O N F I D E N T I A L**

07:10PM 1   no way Glen and I could do something in New Orleans without his

07:10PM 2   other friend.  I mean, he would never have done that.

07:10PM 3   Q.    Then, in the subsequent e-mails, he says, "Impossible with

07:10PM 4   Jon right now," which confirms what you just said.  "I love

07:10PM 5   him, but absolutely he gets in his own way."

07:10PM 6   A.    Yeah.

07:10PM 7   Q.    Then he says, "Focus on Crown.  Grant's e-mail was funny."

07:10PM 8   Who is Grant?

07:10PM 9   A.    He's the head of TerraMer, which this would have been --

07:10PM 10  you see, he says, "PI is peanuts," so he didn't even want to do

07:10PM 11  the PI cases.

07:10PM 12        But then he says, "Grant's e-mail was funny.

07:10PM 13  Surprised that someone like him didn't know and doesn't know

07:10PM 14  how big companies" -- oh, I think -- Grant was the head of

07:10PM 15  TerraMer.  They get a royalty from every barrel of water we

07:10PM 16  clean on our machine.

07:10PM 17        I think the place in -- where the part got stolen in

07:10PM 18  Ohio was a mine, and we were trying to get a contract with the

07:11PM 19  mine.  Grant was anxious for us to get that contract signed

07:11PM 20  because they were making a royalty and wanted some stuff

07:11PM 21  working.  I guess he wrote some kind of e-mail when he wasn't

07:11PM 22  getting it -- or they were -- they kept canceling on us.  They

07:11PM 23  kept putting us off.  They kept saying, go to Moundsville, go

07:11PM 24  to Dallas.  I think that's what Glen was referring to.

07:11PM 25  Q.    You said that Crown is still an operating business?

**C O N F I D E N T I A L**

| | |
|---|---|
| 07:11PM 1 | A.    Yes. |
| 07:11PM 2 | Q.    Is it making any profit at this point? |
| 07:11PM 3 | A.    No, it hadn't made any money yet at all. |
| 07:11PM 4 | Q.    Even up to today's date? |
| 07:11PM 5 | A.    Even up to today's date.  It's had expenses paid.  Like |
| 07:11PM 6 | what we do now is when a company wants us to go and do a demo |
| 07:11PM 7 | or a testing at their shop, we figure out what it would cost |
| 07:11PM 8 | and -- the expenses.  Then, typically, we would try to get a |
| 07:11PM 9 | deal where they would give us half of the expenses or something |
| 07:11PM 10 | like that. |
| 07:11PM 11 | But we still have a prototype.  We have been trying |
| 07:11PM 12 | to get contracts with just a prototype.  But we got seriously |
| 07:11PM 13 | delayed because the part got stolen, and we can't get another |
| 07:12PM 14 | part rebuilt.  So we're having problems right now.  That's why |
| 07:12PM 15 | I talked to David Welker. |
| 07:12PM 16 | (WHEREUPON, at this point in the proceedings, |
| 07:12PM 17 | Exhibit S-14 was marked.) |
| 07:12PM 18 | BY MR. FREEH: |
| 07:12PM 19 | Q.    All right.  Showing you S-14.  This one we've discussed, |
| 07:12PM 20 | so it won't take but a second. |
| 07:12PM 21 | It's a three-page -- sorry, five-page string of |
| 07:12PM 22 | e-mails that's dated -- |
| 07:12PM 23 | A.    Mine is only three. |
| 07:12PM 24 | Q.    Looking at the three pages you do have while he's finding |
| 07:12PM 25 | the other two, this is an e-mail string going, at least in the |

**C O N F I D E N T I A L**

| | | |
|---|---|---|
| 07:12PM | 1 | last communication, 12:35 p.m., on March 28, 2013, between you |
| 07:12PM | 2 | and Susan DeSantis. |
| 07:12PM | 3 | I take it that the exchanges here are more references |
| 07:13PM | 4 | to what we have been talking about, that is -- |
| 07:13PM | 5 | A. The 16,666. |
| 07:13PM | 6 | Q. -- the 16,666? |
| 07:13PM | 7 | A. Correct. |
| 07:13PM | 8 | Q. A question by Glen Lerner, how much was our end, 33,000 -- |
| 07:13PM | 9 | A. Yeah. I think -- |
| 07:13PM | 10 | Q. -- and the response being yes? |
| 07:13PM | 11 | A. -- it was a concern, yeah. |
| 07:13PM | 12 | THE COURT REPORTER: |
| 07:13PM | 13 | Wait, wait. Y'all are talking at the same time. |
| 07:13PM | 14 | BY MR. FREEH: |
| 07:13PM | 15 | Q. So these are continuing exchanges on the matters we've |
| 07:13PM | 16 | just discussed regarding the $16,665 payment? |
| 07:13PM | 17 | A. Regarding the $166,000 claim that Casey Thonn got and my |
| 07:13PM | 18 | 50 percent of the fee, which would have been the 16,000, yes. |
| 07:13PM | 19 | This is still all referring to that. |
| 07:13PM | 20 | Q. All right. On the front page of Exhibit 14, the fourth |
| 07:13PM | 21 | line from the bottom, in parenthesis after the figure, 16,665, |
| 07:13PM | 22 | it's, paren, quote, 50 percent *Casey Thonn* referral fee, close |
| 07:14PM | 23 | quote; do you see that? |
| 07:14PM | 24 | A. Yes, that's what I was talking about. The 16,665 is |
| 07:14PM | 25 | 50 percent of the fee of the $166,000 case. So she's saying it |

**C O N F I D E N T I A L**

161

| | |
|---|---|
| 07:14PM 1 | was 50 percent of the fee.  That was our agreement. |
| 07:14PM 2 | Q.   Right.  We're giving you two additional pages, which will |
| 07:14PM 3 | be part of Exhibit 14, pages four and five.  Mr. Sutton is |
| 07:14PM 4 | looking at those. |
| 07:14PM 5 |         This is the start of the e-mail chain that we've just |
| 07:14PM 6 | discussed on 3/28/13 at 12:35 p.m.  Let me just ask you to look |
| 07:14PM 7 | at those for a second. |
| 07:14PM 8 | A.   I'm sorry, which page was first? |
| 07:14PM 9 | Q.   The one that starts, "New Orleans LA Re:  Crown," would be |
| 07:14PM 10 | page 4. |
| 07:14PM 11 | A.   All right.  All right.  (Witness reviews the document.) |
| 07:14PM 12 | Q.   I take it from reviewing that, that's just, again, a |
| 07:14PM 13 | continuation of the exchange we've been discussing? |
| 07:15PM 14 | A.   Yes. |
| 07:15PM 15 | Q.   Unless you want to add anything to it? |
| 07:15PM 16 | A.   No, I don't think. |
| 07:15PM 17 | Q.   Okay. |
| 07:15PM 18 | A.   Yeah, March 5th. |
| 07:15PM 19 |         (WHEREUPON, at this point in the proceedings, |
| 07:15PM 20 | Exhibit S-15 was marked.) |
| 07:15PM 21 | BY MR. FREEH: |
| 07:15PM 22 | Q.   Okay.  Exhibit 15, which is an e-mail from you to |
| 07:15PM 23 | Mr. Cahill dated June 3, 2013, 2:39 p.m.  That's page 1. |
| 07:15PM 24 | A.   Yes. |
| 07:15PM 25 | Q.   Page 4 of the document -- it's a four-page document -- |

**C O N F I D E N T I A L**

07:15PM  1    A.    I have a lot more than four pages on 15.

07:15PM  2    Q.    Well, I only have four.

07:15PM  3    A.    Well, I have 11 pages in 15.

07:15PM  4    Q.    May be some of the e-mails we just discussed.

07:16PM  5            MR. FREEH:  Why don't we conform his copy of this

07:16PM  6    exhibit, which will be the exhibit.  So just make sure he's got

07:16PM  7    these four pages, and there is nothing else on there.  It ends

07:16PM  8    with the --

07:16PM  9            MR. TIDWELL:  *Casey Thonn* referral fee.

07:16PM  10            MR. FREEH:  -- which we talked about in the last -- I

07:16PM  11    think he's just got all the e-mails --

07:16PM  12            So we're conforming your S-15 to my S-15, which

07:16PM  13    will be in the record.

07:16PM  14            MR. WALSH:  Judge, I'm sorry, how many pages are now

07:16PM  15    in S-15?

07:16PM  16            MR. FREEH:  Four.

07:16PM  17            MR. WALSH:  Just four?

07:16PM  18            MR. FREEH:  Just four.

07:16PM  19            THE WITNESS:  Okay.

07:16PM  20    BY MR. FREEH:

07:16PM  21    Q.    Again, the same question.  Reviewing that, is that a

07:17PM  22    continuation of the conversation we have been discussing?

07:17PM  23    Anything you want to add or subtract to it?

07:17PM  24    A.    I don't know if that's the same thing or not.  I think

07:17PM  25    this was the final *Casey Thonn* claim, and it was going to be my

**C O N F I D E N T I A L**

07:17PM 1   share of that.  I think that's what the first page is referring

07:17PM 2   to on here, I believe, but I can't tell from --

07:17PM 3   Q.   Okay.

07:17PM 4   A.   I'm not sure.  There was two.  He had two claims, one for

07:17PM 5   captain and one for boat owner.  I don't know which -- I don't

07:17PM 6   know which one is which.  I don't know if this one is referring

07:17PM 7   to the same one or referring to the other one.

07:17PM 8        (WHEREUPON, at this point in the proceedings,

07:17PM 9   Exhibit S-16A was marked.)

07:18PM 10  BY MR. FREEH:

07:18PM 11  Q.   Thank you.  We're going to show you 16A --

07:18PM 12       MR. FREEH:  We're actually getting to the end of it,

07:18PM 13  Counselor and Mr. Sutton.

07:18PM 14  BY MR. FREEH:

07:18PM 15  Q.   -- 16A, which is an e-mail from you to Mr. Odom dated

07:18PM 16  November 15, 2012, 11:16 a.m.

07:18PM 17  A.   Oh, right.  That was when -- no.  This would have been --

07:18PM 18  oh, yeah, that was in the -- in my original contract, the

07:18PM 19  contracts all said -- whatever my original one is -- before

07:18PM 20  that, they said that the contractor shall devote all of his

07:18PM 21  time, or something like that, because I had the redlined

07:18PM 22  version on my computer.

07:18PM 23  Q.   I'll show you 16.  I think that's your document.

07:19PM 24  A.   (Witness reviews the document.)  Yes.  What happened

07:19PM 25  was -- I don't know where it is in here, though.

**C O N F I D E N T I A L**

| | |
|---|---|
| 07:19PM 1 | MR. WALSH:  Take a minute. |
| 07:19PM 2 | BY MR. FREEH: |
| 07:19PM 3 | Q.  Just for the record, 16A is Mr. Sutton's e-mail to |
| 07:19PM 4 | Mr. Odom saying, "I have a question about contractor shall |
| 07:19PM 5 | devote 'substantially all of his time'." |
| 07:19PM 6 | A.    Right.  In the original contract -- not 16 -- in the |
| 07:19PM 7 | original contract that David Odom gave me, it didn't say a |
| 07:19PM 8 | substantial majority.  It said, "substantially all of his |
| 07:19PM 9 | time." |
| 07:19PM 10 | So I was telling David Odom, Pat and I agreed that I |
| 07:19PM 11 | could continue with some private practice that was reflected in |
| 07:20PM 12 | the negotiated salary.  I'm only part time.  I'm okay if this |
| 07:20PM 13 | is just boilerplate, but I don't want it to come back and bite |
| 07:20PM 14 | me later. |
| 07:20PM 15 | So they changed it.  We agreed to change it to |
| 07:20PM 16 | "devote a substantial majority of his time," and that was the |
| 07:20PM 17 | 75 percent that Pat and I agreed to.  So I think that's what |
| 07:20PM 18 | that was referring to. |
| 07:20PM 19 | Q.    That was a change that you wanted made? |
| 07:20PM 20 | A.    Well, it was -- I didn't think that the contract was |
| 07:20PM 21 | accurate.  It wasn't what Pat and I agreed to.  So I told David |
| 07:20PM 22 | that, and he made the change. |
| 07:20PM 23 | But I must have not signed it on November 1st because |
| 07:20PM 24 | this is dated November 15th.  So I don't know when he actually |
| 07:20PM 25 | fixed it. |

**C O N F I D E N T I A L**

07:20PM 1        I mean, it could be -- the way things are done over

07:20PM 2    there, I might not have signed that document until January,

07:20PM 3    February or March.  It was -- obviously, it was effective

07:20PM 4    November 1st, but when they actually made this change and got

07:20PM 5    me to sign it, I have no idea.  It could have been -- I mean,

07:21PM 6    they were notorious for being slow on contracts, and I just

07:21PM 7    don't know.

07:21PM 8    Q.   You think it's more likely it was not the date reflected

07:21PM 9    on the first page of Exhibit 16, which is November?  Your

07:21PM 10   understanding is it was later?

07:21PM 11   A.   Well, because -- I don't understand because it says from

07:21PM 12   Lionel Sutton to David Odom, sent November 15th, received

07:21PM 13   January 2nd.

07:21PM 14        So I don't know if that means that David Odom didn't

07:21PM 15   get this until January 2nd; and, if he did, that's when we

07:21PM 16   would have made the changes and signed it.  I just -- I don't

07:21PM 17   know.

07:21PM 18        So that's what I'm saying, that would not have been

07:21PM 19   unusual that I would have been working there for two months

07:21PM 20   without having anything signed.  That's what it looks like to

07:21PM 21   me.

07:21PM 22   Q.   Thank you.

07:21PM 23   A.   You'll see the contract is not dated, so we don't know.

07:21PM 24   Q.   Did there come a time on or about July of 2012 -- this is

07:22PM 25   before you went to work for the Claims Administrator --

**C O N F I D E N T I A L**

07:22PM 1    A.    Okay.

07:22PM 2    Q.    -- when Christine talked to you or you talked to her about

07:22PM 3    getting possible employment at the Garden City Group?

07:22PM 4    A.    Yes.

07:22PM 5    Q.    What do you recall about that?

07:22PM 6    A.    She said that Garden City was looking for a lawyer in

07:22PM 7    New Orleans because Neil is way in Long Island and -- I'm

07:22PM 8    sorry, I forgot her name -- is in Seattle.  So they were

07:22PM 9    talking about getting a lawyer here to, like, sit in on the

07:22PM 10   meetings and stuff.

07:22PM 11          She was talking to -- I forget Neil's partner's name,

07:22PM 12   but she was talking to the girl.

07:22PM 13   Q.    Zola?

07:22PM 14   A.    No.  Tiffany, Jessica --

07:22PM 15          MR. TIDWELL:  Jennifer?

07:22PM 16          THE WITNESS:  Jennifer.

07:23PM 17          MR. TIDWELL:  Jennifer Keough.

07:23PM 18          THE WITNESS:  Yes.  So -- that's Neil's partner.  So

07:23PM 19   Jennifer was telling Christine -- and I understand, from what

07:23PM 20   Christine was telling me -- that, hey, they are looking to hire

07:23PM 21   a lawyer just part time, to retain a lawyer to sit in on the

07:23PM 22   meetings that would involve Garden City, instead of sending

07:23PM 23   somebody from Long Island or from Seattle.

07:23PM 24          So she said, "Tiger may be available."

07:23PM 25          Jennifer said, "Well, why don't you ask him."

**C O N F I D E N T I A L**

07:23PM 1         So I asked them, I said, yeah, I mean, if it's

07:23PM 2 not going to take up a lot of time, it's just me going in the

07:23PM 3 meetings.

07:23PM 4         Then, she said, "Well, I'll have Neil call."  I

07:23PM 5 think that's what Jennifer said.

07:23PM 6         So Neil called me.  Neil said, "I'm worried that

07:23PM 7 Pat might think we were trying to get in his good graces or

07:23PM 8 something by hiring you," or something like that.

07:23PM 9         So I'm like, "Well, I understand that.  It

07:23PM 10 doesn't matter to me."  So we left it at that.

07:23PM 11         But then he ended up hiring somebody from Tampa,

07:23PM 12 I believe, which was -- they still had to get people back and

07:24PM 13 forth.

07:24PM 14 BY MR. FREEH:

07:24PM 15 Q.   Was it your understanding that as part of her

07:24PM 16 responsibilities Christine was overseeing Garden City Group's

07:24PM 17 operations at that time?

07:24PM 18 A.   I didn't really know what Christine was doing at that

07:24PM 19 time.  At first, it was just her and Pat.  She was working till

07:24PM 20 late at night.  I mean, all -- and I didn't know -- you know, I

07:24PM 21 didn't understand everything that was going on there, so I

07:24PM 22 didn't know.

07:24PM 23         I don't know when David Odom started and when he, you

07:24PM 24 know, starting taking over.  So I don't know when it went from

07:24PM 25 just Christine and Pat to all of this other stuff.

**C O N F I D E N T I A L**

07:24PM 1          I probably didn't know who -- I mean, until I got

07:24PM 2     there, I really didn't know who everybody was, and I didn't

07:24PM 3     understand everybody's role or anything, you know.

07:24PM 4          Now, I have an understanding of it; but, when I went

07:24PM 5     there, it took me a long time to understand who did what.

07:24PM 6          (WHEREUPON, at this point in the proceedings,

07:24PM 7     Exhibit S-17 was marked.)

07:24PM 8     BY MR. FREEH:

07:24PM 9     Q.   All right.  Let me show you Exhibit 17, S-17, which is

07:24PM 10    your resignation, you know, entitled subject e-mail to Pat and

07:25PM 11    Michael Juneau.  I'll let you just --

07:25PM 12    A.   I remember it.  I wrote it.

07:25PM 13    Q.   Do you want to just take a look at it and review, and I'm

07:25PM 14    going to ask you some questions about it?

07:25PM 15    A.   Okay.  Ask.

07:25PM 16    Q.   You say there on line 3, "Lerner uses fees received from

07:25PM 17    this program to fund a business that I had a minority interest

07:25PM 18    and is effectively giving me a financial interest in those

07:25PM 19    fees, particularly in a case like *Thonn* where the funds can be

07:25PM 20    directly tied to the fee."

07:25PM 21    A.   Yeah, because Pat -- that's what Pat said to me.  I said I

07:25PM 22    didn't see a problem.  I said, Lerner gets fees from all over

07:25PM 23    the country, and he uses it all to fund my business -- or to

07:25PM 24    fund Crown, and I didn't see any problem with it.

07:25PM 25          That's when Pat started talking about -- telling me

**C O N F I D E N T I A L**

07:25PM 1   he saw a conflict of interest there, and he saw a problem with

07:26PM 2   that.  He said, "Particularly in a case like" -- or Pat said,

07:26PM 3   "Particularly in a case like *Thonn*, when you can see the fee

07:26PM 4   directly going to Glen."

07:26PM 5           So I basically said, "Okay, I now recognize that."

07:26PM 6           I mean, look, I sent this resignation in because I

07:26PM 7   asked Mike, I said, "Look, Christine didn't have anything to do

07:26PM 8   with this."  This was early in the morning.  I called Mike at,

07:26PM 9   like, six in the morning, said, "Christine didn't have anything

07:26PM 10  to do with this.  She's really upset.  What can she do to keep

07:26PM 11  her job?"

07:26PM 12          Mike said, "Well, I can't promise you anything; but,

07:26PM 13  if you send me a resignation, it would help."

07:26PM 14          I said, "Well, I just assumed, you know, that I

07:26PM 15  wasn't going back there because of the conflict that Pat said."

07:26PM 16  So I wrote this and really tried to sound -- I wanted Pat to

07:26PM 17  keep Christine there, so I was -- you know, I was upset.  I was

07:26PM 18  really upset.

07:26PM 19          I was upset that Pat -- I mean, you know, I worked

07:26PM 20  with Pat for a long time, and I liked Pat.  I was upset that he

07:26PM 21  thought it was a problem, and that I didn't realize it was a

07:26PM 22  problem.  I'm sorry that I caused him all this trouble.

07:27PM 23          Because I knew it was going to cause him trouble

07:27PM 24  because he said it.  He said, "Oh, this is going to cause all

07:27PM 25  kind of shit, you know.  BP is looking at it."  He had already

**C O N F I D E N T I A L**

07:27PM 1   been sued by BP once.

07:27PM 2   Q.   When you wrote this memo, did you agree with him that this

07:27PM 3   was a conflict, or did you not think it was a conflict?

07:27PM 4   A.   I never really saw it as a conflict.  I just put, "I

07:27PM 5   recognize from an outside perspective it could be a conflict,"

07:27PM 6   but I said, "from my perspective, the thought of a conflict

07:27PM 7   never entered my mind."

07:27PM 8        That's what I said today.  That's kind of how it is.

07:27PM 9   Q.   When you say *an outside perspective*, would that be, in

07:27PM 10  your mind, the same as saying "an appearance of a conflict"?

07:27PM 11  A.   No.  I think what we were referring to there is Pat was

07:27PM 12  talking about how BP was looking at every single thing.  BP was

07:27PM 13  on him about everything.  BP wasn't paying the stuff they were

07:28PM 14  supposed to pay, wasn't putting in the -- paying for the -- the

07:28PM 15  people they were supposed to pay.  They were suing him, all

07:28PM 16  that kind of stuff.

07:28PM 17       I was really -- I thought he and I were really

07:28PM 18  talking about BP, you know, about all of this; that, you know,

07:28PM 19  he thought it was going to be a conflict because BP was going

07:28PM 20  to think it was a conflict.  That's my understanding.

07:28PM 21  Q.   Well, when you said "from an outside perspective" -- you

07:28PM 22  said, quote, "I recognize that from an outside perspective,"

07:28PM 23  and then --

07:28PM 24  A.   Outsider's perspective is what I said.

07:28PM 25  Q.   -- "outsider's perspective," and then the sentence I

**C O N F I D E N T I A L**

07:28PM 1    quoted, and I'd relate it up to, "I am submitting my immediate

07:28PM 2    resignation," was it your understanding at that time when you

07:28PM 3    wrote the memo that, if not an actual conflict, this

07:28PM 4    arrangement, from an outsider's perspective, could appear to be

07:28PM 5    a conflict?

07:28PM 6    A.   I wasn't thinking about that when I wrote this at all.

07:29PM 7    What I was thinking about was that Pat telling me that this was

07:29PM 8    going to cause all kind of problems with BP.  He had already

07:29PM 9    had problems with them.

07:29PM 10        I wrote this as a, you know, hat-in-hand resignation,

07:29PM 11   hoping that it wouldn't cause him any further problems and

07:29PM 12   saying I was sorry that I caused him any problems.  I didn't

07:29PM 13   want to.

07:29PM 14        I said in here that I didn't think -- it never

07:29PM 15   occurred to me that there was a conflict.

07:29PM 16   Q.   After he described what could be a conflict -- or what

07:29PM 17   could be, from an outsider's perspective, the appearance of a

07:29PM 18   conflict, and after you wrote the memo, and today as you sit

07:29PM 19   here reading what you wrote, does it appear that there was a

07:29PM 20   conflict or somebody could perceive a conflict in the facts

07:29PM 21   that you state in this memo?

07:29PM 22   A.   Well, first of all, it's not a memo.  It's my resignation.

07:29PM 23   I wrote this upset, with tears in my eyes, you know, after --

07:29PM 24   early the next morning, sitting on my step outside.  I had just

07:30PM 25   been talking to Mike on the phone.

**C O N F I D E N T I A L**

172

07:30PM 1       I stand by what I said.  From my perspective, I

07:30PM 2   never -- thought of a conflict never entered my mind.  Pat was

07:30PM 3   talking to me about -- he sat right there, and I was sitting

07:30PM 4   here.  I said, "Pat, I just don't see this."

07:30PM 5       He said, "You don't think" -- and he pretty much said

07:30PM 6   what that first few lines say -- "is a conflict?"

07:30PM 7       I said, "No, I don't."

07:30PM 8       He said, "Well, BP is going to think it's" -- you

07:30PM 9   know, he went through the whole BP thing, like I said before.

07:30PM 10      When I wrote this, that's what I had in my mind.  I

07:30PM 11  mean, I can't tell you exactly.  I mean, I was -- but that's

07:30PM 12  how I feel about it.  I never -- I never saw it as a conflict.

07:30PM 13  Q.   Did Mr. Juneau, at this point when you spoke to him, tell

07:30PM 14  you that he thought it was a conflict?

07:30PM 15  A.   He told me the night before, when he was sitting right

07:30PM 16  there, that he thought that me being in business with Glen --

07:31PM 17  it was almost verbatim for what I put in there, because that's

07:31PM 18  why I wrote it like that.  That's what he told me.

07:31PM 19      (WHEREUPON, at this point in the proceedings,

07:31PM 20  Exhibit 18 was marked.)

07:31PM 21  BY MR. FREEH:

07:31PM 22  Q.   I'm showing you number 18, which is a one-page document.

07:31PM 23  This is a memo from Mike Juneau to Patrick re:  a discussion of

07:31PM 24  June 19, 2013.  This is the meeting with you, David Welker, and

07:31PM 25  Patrick and Michael Juneau.  Do you recall that meeting?

**C O N F I D E N T I A L**

| | |
|---|---|
| 07:31PM | 1 |
| 07:31PM | 2 |
| 07:31PM | 3 |
| 07:31PM | 4 |
| 07:32PM | 5 |
| 07:32PM | 6 |
| 07:32PM | 7 |
| 07:32PM | 8 |
| 07:32PM | 9 |
| 07:32PM | 10 |

A.    Wait, what?

          MR. TIDWELL:  June 20, 2013.

          THE WITNESS:  That was the night before the
resignation.  Yes.  Yes, that's when he said that.

BY MR. FREEH:

Q.    All right.  Prior to that night, prior to this June 19,
2013, 6:25 p.m. meeting, which we'll talk about in a second,
had you had a previous conversation just with Mr. Juneau about
this matter as it surfaced?

A.    No.

Q.    This was the first time anyone spoke to you about it?

A.    No.  I had a previous conversation with Mike and Pat
together, not with just Mr. Juneau.

Q.    Okay.  Thanks for correcting me.

          MR. TIDWELL:  Just to be certain, there wasn't a
meeting with Pat --

          THE WITNESS:  By himself?

          MR. TIDWELL:  -- by himself, followed by the both of
them?

          THE WITNESS:  The first time I recall any of this
happening, which I've already testified to, Pat called me in.
It was Pat and Mike in there.  Pat said, "We have a report" --
or a tip or something -- "that you have been" -- "you are
referring cases to Jon Andry for a fee."

          I said, "The only case I ever referred to

**C O N F I D E N T I A L**

SM-02-JA00173

07:32PM 1    Jon Andry was *Thonn*, and the only other case I ever had was

07:32PM 2    *Backes*."

07:32PM 3                    He said, "No, I already know about those."

07:33PM 4                    That's what led me to believe it was something

07:33PM 5    ongoing that he was asking me about.  I had that conversation

07:33PM 6    with him.

07:33PM 7    BY MR. FREEH:

07:33PM 8    Q.   Mr. Welker was not present?

07:33PM 9    A.   No.  I went back, maybe like the next day, and said, "Pat,

07:33PM 10   man, this thing has got me really paranoid," because there was

07:33PM 11   some e-mails from -- that Pat -- Pat had put an e-mail on my

07:33PM 12   desk sometime before this, that week, maybe, or whatever,

07:33PM 13   couple days, where it was from a potential claimant in Florida.

07:33PM 14                   Pat would always do that.  He would get some e-mail

07:33PM 15   from somebody, and he would ask me to take care of it.

07:33PM 16                   That e-mail looked really strange to me because it

07:33PM 17   was an e-mail addressed to Pat at his office in Lafayette,

07:33PM 18   which wasn't unusual; but, it was a guy who said he was a

07:33PM 19   cattle farmer in the middle of Florida, and he was going broke

07:33PM 20   because of the financial downturn; that some houses -- a

07:33PM 21   developer was supposed to buy his farm and didn't, and he's got

07:34PM 22   all these problems, and what kind of -- he heard he could file

07:34PM 23   a *BP* claim, and he wanted to know what he could file.

07:34PM 24                   I looked at it.  I'm like, that looks kind of weird

07:34PM 25   to me.  This was before any of this came out.  I said, "Pat" --

**CONFIDENTIAL**

07:34PM 1   because it has all of the things that BP was complaining about.

07:34PM 2   It has a farmer.  He's away from the Gulf.  He has a loss that

07:34PM 3   was caused by something else.  It just seemed to have

07:34PM 4   everything --

07:34PM 5           Pat would put e-mails like that from people on my

07:34PM 6   desk every day, so I knew kind of what claimants -- and usually

07:34PM 7   claimants put a phone number.  This one didn't have a phone

07:34PM 8   number, so that was another thing.

07:34PM 9           So I wrote back, "I'm sure we can help you.  Call

07:34PM 10  me," like right away.  I can tell you, in all the time I was

07:34PM 11  there, if a claimant ever wrote a letter -- or wrote an e-mail

07:34PM 12  saying they wanted to know what was going on with their claim

07:34PM 13  or what they should do, if I told them to call me, they called

07:34PM 14  me like that, I mean, right --

07:34PM 15          So after this came out -- or after that meeting with

07:34PM 16  Pat, I went to him.  I said, "Pat, remember" -- I said, "I'm

07:34PM 17  paranoid now.  Remember that e-mail you gave me the other day."

07:34PM 18  I said, "I'm thinking now that might have been, you know, a

07:35PM 19  plant or something."

07:35PM 20          He said, "Well, if the guy calls, just tell him

07:35PM 21  to" -- "refer him to class counsel."

07:35PM 22          So that was the only other discussion that we had --

07:35PM 23  and then I said, "Well, what do you think this is stemming

07:35PM 24  from?"

07:35PM 25          He said, "Jon Andry has a lot of enemies," and that's

**C O N F I D E N T I A L**

SM-02-JA00175

07:35PM  1    what he told me.

07:35PM  2            That was the only -- but that was in the course of me

07:35PM  3    going with him about the e-mail, and that was the only time I

07:35PM  4    ever had any conversation with him by himself about this.  It

07:35PM  5    may have just been in the hall, even.  It wasn't, you know, me

07:35PM  6    going in and shutting the door.

07:35PM  7    Q.   As best you recall, how long before the June 19th

07:35PM  8    conversation reflected in 18 did that conversation just with

07:35PM  9    Mr. Juneau take place?

07:35PM  10   A.   I don't know what --

07:35PM  11   Q.   In other words, you're talking to Michael --

07:35PM  12   A.   I don't think this is right.  Because I had a meeting --

07:35PM  13   this is my resignation.  My resignation is dated June 21st.

07:35PM  14            I'd had a meeting the night before, that Thursday

07:36PM  15   night, with Pat, Welker, and Mike.  That would have been the

07:36PM  16   20th.

07:36PM  17   Q.   Okay, the 20th.

07:36PM  18   A.   But this, you're saying it's June 19th.

07:36PM  19            Oh, this June 19th, meaning it's just between Welker

07:36PM  20   and Pat; it's not with me.  So I don't know.  I didn't know

07:36PM  21   about that.  Okay, I understand that.

07:36PM  22   Q.   So your meeting with Welker and the Juneaus was on the

07:36PM  23   20th?

07:36PM  24   A.   Yes.

07:36PM  25   Q.   How long before the 20th did you have this one on one with

**C O N F I D E N T I A L**

07:36PM  1    Pat Juneau you've just described, if you recall?

07:36PM  2    A.    I think it was a day or two after I had -- I first -- Mike

07:36PM  3    and Pat first asked me about it.  It was right after that.

07:36PM  4    Because I started thinking about that e-mail that somebody had

07:36PM  5    sent to Pat from Florida, and it got me thinking, hey, what's

07:36PM  6    going on here.  I went and showed it to Pat -- or asked him

07:36PM  7    about it, again, because he's the one that put it on my desk.

07:37PM  8          So that was -- whenever Pat and Mike called me in --

07:37PM  9    I don't know what date that was -- we would have had the

07:37PM  10   discussion the next day or right after that.  Then, however

07:37PM  11   long it was before that, I don't know.

07:37PM  12   Q.    Right.  So the meeting with Welker -- let's take the

07:37PM  13   meeting with Welker because Welker is only at one of these

07:37PM  14   interviews.

07:37PM  15   A.    Yes, correct.

07:37PM  16   Q.    So let's, for chronology purposes, say that that occurred

07:37PM  17   apparently on the 20th of June.

07:37PM  18   A.    Correct.

07:37PM  19   Q.    You are now saying there were two prior meetings, one with

07:37PM  20   two Juneaus and then a separate one with just Patrick?

07:37PM  21   A.    No, no.

07:37PM  22   Q.    All right.  I'm sorry, I don't understand you, then.

07:37PM  23   A.    There was a meeting that Pat and Mike called me in where

07:37PM  24   they first told me about this.  The next day, or right after

07:37PM  25   that -- you asked me if I ever talked to Pat about any of this

**C O N F I D E N T I A L**

07:37PM 1    again.  I was saying I did, just to the extent where I showed

07:37PM 2    him that e-mail and said, "I'm paranoid now about this kind of

07:37PM 3    stuff," and, you know, "are they coming after us?"

07:37PM 4         He said, "Jon Andry has a lot of enemies."

07:38PM 5         I think that was just in passing in the hall, and I

07:38PM 6    showed him that e-mail.  Then, sometime after that, Mike Juneau

07:38PM 7    called me and Christine in the office, and we had a meeting

07:38PM 8    with Mike by himself.

07:38PM 9         So I didn't want you to misunderstand that I was

07:38PM 10   saying the only two times I ever talked to anybody.  That's the

07:38PM 11   four discussions that any of this might have come up.

07:38PM 12   Q.   The meeting with Michael, you and Christine was prior to

07:38PM 13   the meeting where Welker is present with the two Juneaus?

07:38PM 14   A.   Yes.

07:38PM 15   Q.   Days before, a week before; what's your best recollection?

07:38PM 16   A.   Christine remembers those days better than me.  I don't

07:38PM 17   know.  I thought it was, like, a few days before.

07:38PM 18        I think Christine and I were talking a while back,

07:38PM 19   and she thought it was like -- oh, I know how it came up.  At

07:38PM 20   that meeting, Mike Juneau put Christine and me on paid leave.

07:39PM 21   I think we were discussing about being on paid leave, and

07:39PM 22   Christine said, "Oh, we were on paid leave for only a day."

07:39PM 23        I said, "No, I thought we were on paid leave for a

07:39PM 24   few days before we met with Welker."  So I don't know which one

07:39PM 25   it is.  I don't remember.

**C O N F I D E N T I A L**

SM-02-JA00178

07:39PM  1   Q.   So looking, if you would, for a moment on S-18.   This is

07:39PM  2   obviously a memo from Michael to Patrick.   Then, there is a

07:39PM  3   heading on Page 1, Monday June 17, 2013.   "I" -- meaning

07:39PM  4   Michael, we're assuming -- "was present with you" -- assuming

07:39PM  5   Patrick -- "during a meeting with Tiger Sutton at which he was

07:39PM  6   questioned about any financial interest in any claims filed in

07:39PM  7   the settlement program.   His responses are the following," and

07:39PM  8   then he's got four bullets.

07:39PM  9        So that purports to report a meeting between you --

07:39PM 10   Christine is not mentioned -- Pat and Michael Juneau on Monday,

07:40PM 11   June 17th.   Does that refresh your recollection?

07:40PM 12   A.   I thought it was -- I thought it was long before that.

07:40PM 13   What he's referring to, to me, seems to be the meeting

07:40PM 14   between me and Pat and Mike where they first advised me that

07:40PM 15   they had gotten a tip or a call that I was referring cases to

07:40PM 16   Jon Andry for a fee.   I thought it was earlier than that, but,

07:40PM 17   I mean, I have no way to dispute it one way or the other.

07:40PM 18   Q.   It could have been on the 17th, which would be three days

07:40PM 19   before you met with Welker and the Juneaus?

07:40PM 20   A.   It could have been; but, boy, it seems like a lot -- maybe

07:40PM 21   Christine is right.   I mean, I keep thinking that it's longer

07:40PM 22   than it really was.

07:40PM 23   Q.   Staying with 18 for a moment -- and, again, this is not my

07:40PM 24   memo; it's from Mike Juneau -- but the first bullet says,

07:40PM 25   "He" -- referring to you, I think -- "He personally had filed a

**C O N F I D E N T I A L**

07:40PM   1    registration form before he was hired to do any work for the

07:41PM   2    DHECC."  Do you know what that refers to?

07:41PM   3    A.    Yes, I think I told them that I had, the Sutton Law Firm,

07:41PM   4    or me as a law firm, had filed a registration form because I

07:41PM   5    just wanted to get in there and see how it was all done or

07:41PM   6    worked out; but, I never -- I never filed it or did anything

07:41PM   7    with it.  I never -- I don't know where it even existed in the

07:41PM   8    computer.  So that's what I was telling him.

07:41PM   9         In fact, it wasn't abandoned given the clear

07:41PM  10    prohibition.  I just was never going to do anything with it,

07:41PM  11    anyway.  I just wanted to see what it was -- what it looked

07:41PM  12    like.

07:41PM  13    Q.    Then the second bullet says, "Sutton & Reitano had

07:41PM  14    represented a claimant by the name of *Thonn*" --

07:41PM  15    A.    Yes.

07:41PM  16    Q.    -- "but that claim was referred out, again based on the

07:41PM  17    conditions of his hiring."

07:41PM  18    A.    No, that's not correct.  That was referred out when

07:41PM  19    Christine was hired.  Pat knew it.  I mean, that's what --

07:41PM  20    that's why he said, "No, I know about that."

07:41PM  21    Q.    Then there is a sentence, jumping one sentence down in the

07:42PM  22    bullet, second one, "Jon Andry became this client's new

07:42PM  23    counsel."  Did you make that statement at the time?

07:42PM  24    A.    No.  What I said was -- the way I said it is exactly like

07:42PM  25    I said.  Pat said, "We heard" -- or however -- "that you are

**C O N F I D E N T I A L**

07:42PM 1   referring cases to Jon Andry for a fee."

07:42PM 2            I said, "The only case I ever referred to Jon Andry

07:42PM 3   was *Casey Thonn*."

07:42PM 4            And he said, "No, I know about that."

07:42PM 5            So that must be what Jon -- I mean, what Mike is

07:42PM 6   referring to there.

07:42PM 7            Then Sal Brocato -- I said, "The other guy,

07:42PM 8   *Backes*" -- which Pat said he knew about -- I said, "that guy,

07:42PM 9   he went to his old attorney" -- I mean, "his original attorney,

07:42PM 10  which was Sal Brocato," which I told you.

07:42PM 11  Q.   Let me stick with the second bullet.  There is another

07:42PM 12  statement here.  Again, this is Michael Juneau's statement.  It

07:42PM 13  says, quote, "Tiger confirmed that he retained absolutely no

07:43PM 14  financial interest in this claim."  *This* apparently referring

07:43PM 15  to *Thonn*.  Is that not correct?

07:43PM 16  A.   I don't remember them asking me about that at all, I mean,

07:43PM 17  that specific thing.  Because when I said *Thonn*, Pat said, "No,

07:43PM 18  I already knew about that."  I don't remember discussing

07:43PM 19  anything about *Thonn* any more at that point.

07:43PM 20  Q.   Then the last sentence in that bullet, "He" -- referring

07:43PM 21  to you, presumably -- "He received no referral fee nor any

07:43PM 22  compensation of any kind and had no future financial interest

07:43PM 23  either."  Do you recall making that statement?

07:43PM 24  A.   I don't recall making that.  I recall what I said.

07:43PM 25  Q.   Would you have said that?  Would that have been a correct

**C O N F I D E N T I A L**

07:43PM  1    statement?

07:43PM  2    A.    Well, if I said it, it would not have been a correct

07:43PM  3    statement.

07:43PM  4    Q.    That was my question.

07:43PM  5    A.    Is that what your question was?

07:43PM  6    Q.    Yes.  All right.  So I should take you down to the third

07:44PM  7    bullet.  I'm going to have to give you page number 2, which

07:44PM  8    we'll mark --

07:44PM  9    A.    The third bullet?

07:44PM  10   Q.    I'm sorry, it would be the fourth bullet.

07:44PM  11            MR. FREEH:  18.  We hadn't given him the second page

07:44PM  12   of the memo because I didn't think he had a statement on there,

07:44PM  13   but he does.  That's part of it on the top.  So just give him

07:44PM  14   the one page, so we can keep the exhibits consistent.

07:44PM  15            So Exhibit 18 is now two pages, S-18.  We're

07:44PM  16   giving Mr. Sutton for the first time page 2, which has the last

07:44PM  17   two lines of bullet number 4 on the top.

07:44PM  18            The rest of it is not attributed to him.  There

07:44PM  19   are other statements by Mr. Juneau.

07:44PM  20   BY MR. FREEH:

07:44PM  21   Q.    But the bullet I wanted to ask you about if you recall

07:44PM  22   saying this, this is number 4, it says -- this is now on

07:44PM  23   page 1 -- "Tiger was very clear and adamant of the underlying

07:45PM  24   issue as a whole.  He fully understands he is prohibited from

07:45PM  25   having any financial interest in any claim.  He absolutely has

**C O N F I D E N T I A L**

07:45PM  1    not had nor does he now have (any financial interest in any

07:45PM  2    claim filed in the settlement program, no shared fee, no

07:45PM  3    referral fee, no financial interest of any kind)."

07:45PM  4         Do you recall making that statement?

07:45PM  5    A.   That's Mike talking.

07:45PM  6    Q.   No.

07:45PM  7    A.   Yeah.  This is Mike's memo.

07:45PM  8    Q.   Yeah.  Mike is attributing this to you.  My question is do

07:45PM  9    you recall making that statement?

07:45PM  10   A.   No.  I recall speaking of a financial interest in any

07:45PM  11   other cases or any future financial interest.  I don't remember

07:45PM  12   talking about anything -- I remember them saying *Thonn*, and

07:45PM  13   that no -- there was something else -- and then I remember

07:45PM  14   talking about that.

07:45PM  15        But, to the extent that -- you know, where it says,

07:46PM  16   "He fully understands that he is prohibited from having any

07:46PM  17   financial interest in any claim," he may have explained that to

07:46PM  18   me then, and I may have indicated I understand.  I don't know.

07:46PM  19   I don't remember saying that.

07:46PM  20   Q.   All right.  Well, let me ask you about the last sentence

07:46PM  21   again.  The same question, do you recall saying, quote --

07:46PM  22   meaning you -- "He absolutely has not had nor does he now have

07:46PM  23   any financial interest in any claim filed in the settlement

07:46PM  24   program, no shared fee, no referral fee, no financial interest

07:46PM  25   of any kind," close quote?

**C O N F I D E N T I A L**

07:46PM 1   A.   No, I don't recall making that because I don't recall us

07:46PM 2   talking about the past tense. I don't think I would have ever

07:46PM 3   said shared fee, because that's not something -- that's not a

07:46PM 4   term that I typically use. So I don't remember making that

07:46PM 5   statement.

07:46PM 6   Q.   But *referral fee* is a phrase that you use?

07:46PM 7   A.   Referral fee would be a typical phrase used.

07:46PM 8   Q.   Would you have said to him at that time that you had no

07:46PM 9   referral fee of any kind with respect to any claim?

07:47PM 10   A.   I don't know. For the future, I may have. As I

07:47PM 11   understand, we weren't talking about *Casey Thonn*. I may have

07:47PM 12   said -- what I think I said is, "No, the only case I ever

07:47PM 13   referred to Jon Andry was *Casey Thonn*."

07:47PM 14        And Pat said, "No, I know about that."

07:47PM 15        I don't remember us talking about *Casey Thonn* at all

07:47PM 16   anymore. It was my understanding that he was -- he had talked

07:47PM 17   about kickbacks and things like that, that he was talking about

07:47PM 18   something ongoing, that I was currently, since I had been

07:47PM 19   working there, referring cases to somebody. That's what I

07:47PM 20   understood he was talking about, and that's what I understood

07:47PM 21   that I absolutely could not do. That was my understanding of

07:47PM 22   the situation when we talked.

07:47PM 23        (WHEREUPON, at this point in the proceedings,

07:47PM 24   Exhibit S-18A was marked.)

07:47PM 25   BY MR. FREEH:

**C O N F I D E N T I A L**

07:47PM 1   Q.   Let me show you an exhibit marked 18A.  This, I'll

07:48PM 2   represent to you, is a report by David Weller --

07:48PM 3   A.   Welker.

07:48PM 4        MR. TIDWELL:  Welker, W-E-L-K-E-R.

07:48PM 5   BY MR. FREEH:

07:48PM 6   Q.   -- three pages, which states it's the report of the

07:48PM 7   interview with you on June 20, 2013, here in New Orleans,

07:48PM 8   attended also by Michael Juneau and Patrick Juneau.

07:48PM 9   A.   No.  Mike was the one talking to me.  David Welker didn't

07:48PM 10  say a word in there, so.

07:48PM 11  Q.   Did you see him taking notes?

07:48PM 12  A.   I think he was writing down stuff, yes.

07:48PM 13  Q.   So going down to the third paragraph, at line number 10,

07:48PM 14  there is a statement attributed to you.  Again, my question is

07:48PM 15  do you recall stating this.  It says, quote, "When he" --

07:49PM 16  referring to you -- "When he referred the *Thonn* case to

07:49PM 17  Andry Lerner, LLC, he told them the case was for Lerner, so he

07:49PM 18  could use the money to pay him the money he was owed.  He again

07:49PM 19  emphasized that he didn't get any money from the *Thonn* claims.

07:49PM 20  He recalled that he had another case with *Thonn* for an auto

07:49PM 21  wreck *Thonn* was involved in.  He said the auto wreck case was

07:49PM 22  in the January, February 2013 timeframe, and *Thonn* received

07:49PM 23  approximately $16,600."

07:49PM 24  A.   No.

07:49PM 25  Q.   Do you recall making that statement?

**C O N F I D E N T I A L**

07:49PM 1    A.    No, that's not correct.  I mean --

07:49PM 2    Q.    It's not correct, or you didn't make it?

07:49PM 3    A.    That statement is not correct.  There is parts in there

07:49PM 4    that may be correct; but, no, it's -- clearly, he made some

07:49PM 5    mistakes in there.

07:49PM 6    Q.    What parts are correct, and what parts are not correct?

07:49PM 7    A.    Well, all right.  Let's see.  Where did you start with it?

07:50PM 8    "When he referred" --

07:50PM 9    Q.    "When he referred the *Thonn* case to Andry" --

07:50PM 10   A.    -- "he told them that case was for Lerner, so he" -- no, I

07:50PM 11   never told anybody anything when I referred the case to them.

07:50PM 12   I said -- I talked to Glen himself and told *Thonn* to go over to

07:50PM 13   the old office and see if he liked him and sign up.  I never

07:50PM 14   talked to anybody.

07:50PM 15         So when he says *he told them*, I have no idea who he

07:50PM 16   was talking to.  I wouldn't have said that.

07:50PM 17   Q.    Well, the *them* appears to refer to Andry Lerner.

07:50PM 18   A.    Yeah, who I wouldn't have -- I would have never talked to.

07:50PM 19   The only person I would have talked to was Lerner, and it

07:50PM 20   doesn't make -- the sentence doesn't make sense if that's what

07:50PM 21   he's saying.  He wouldn't say, when he referred the case to

07:50PM 22   Lerner, he told Lerner the case was for Lerner.  That wouldn't

07:50PM 23   make sense.

07:50PM 24         So I don't know.  I don't remember saying that at

07:50PM 25   all.  It doesn't seem like something I would say either.

**C O N F I D E N T I A L**

07:50PM 1    Q.    You said one part of it was correct?

07:51PM 2    A.    No, I'm saying --

07:51PM 3    Q.    What I read you?

07:51PM 4    A.    No, I'm saying I think there's parts of it that are

07:51PM 5    incorrect.  I don't know if there are parts that are absolutely

07:51PM 6    correct.

07:51PM 7    Q.    All right.  Well, that was the question.

07:51PM 8    A.    Now, we're only talking about the sentence you read --

07:51PM 9    Q.    Yes.

07:51PM 10   A.    "He again emphasized that he didn't get any money from" --

07:51PM 11   yes, I probably did tell them that.

07:51PM 12         I did have a case with *Thonn* from an auto wreck.  I

07:51PM 13   think the auto wreck case settled in January to February

07:51PM 14   timeframe, but *Thonn* didn't receive --

07:51PM 15   Q.    I'm sorry, 2013?

07:51PM 16   A.    Yes.  But the auto wreck was long before that because we

07:51PM 17   had filed suit and gone through everything, so it was probably

07:52PM 18   long before that.

07:52PM 19         But it settled around the January, February

07:52PM 20   timeframe.  *Thonn* didn't receive 16,500.  I think the case

07:52PM 21   settled for 50,000.  My one-third fee would have been 16,600 --

07:52PM 22   or 16,666, or whatever it was, and *Thonn* received the balance,

07:52PM 23   less whatever expenses there may have been for court costs and

07:52PM 24   things like that.  So I wouldn't have -- I didn't say that.

07:52PM 25   Q.    That's remarkably similar, almost exactly, to the

**C O N F I D E N T I A L**

07:52PM 1    10 percent fee, but that has no relationship to that as far as

07:52PM 2    you know?

07:52PM 3    A.    None at all.   None at all.

07:52PM 4          I mean, I have a -- because that case was settled for

07:52PM 5    around $50,000, and I had a one-third share.   So my

07:52PM 6    one-third -- I said approximately 16.   I don't know, but

07:53PM 7    16-something, that would have been my one-third of 50.   That's

07:53PM 8    correct.

07:53PM 9          This had nothing to do with anything else.   This

07:53PM 10   would have been a coincidence, I guess.   That's what it was.   I

07:53PM 11   have a disbursement on it.

07:53PM 12         No -- that's correct.   Andry and Lerner were not

07:53PM 13   involved in the case.   I was paid directly by the insurance

07:53PM 14   company.   I think it was GEICO.

07:53PM 15   Q.    Let me read you the last two sentences and then ask you

07:53PM 16   the same question, did you make this statement at the meeting

07:53PM 17   that we're talking about on June 20th.

07:53PM 18         Quote, "He" -- referring to you -- "He also indicated

07:53PM 19   that Casey Thonn had been talking to him the whole time because

07:53PM 20   Thonn was dating a girl that worked at BrownGreer, and after

07:53PM 21   they broke up, he was concerned that she would impact his

07:53PM 22   claim."

07:53PM 23   A.    No.   I didn't say that.   What I said was, I had been

07:53PM 24   talking to Casey Thonn because I was representing him in the

07:53PM 25   car wreck.   I remembered on at least one occasion he told me

**C O N F I D E N T I A L**

07:54PM  1   that he was dating a girl that worked at BrownGreer, and they

07:54PM  2   broke up.

07:54PM  3          He was worried that she was going to do something to

07:54PM  4   mess with his claim, so he asked me to check the status of his

07:54PM  5   claim.  I said, you know, everything looks like it's still like

07:54PM  6   it was before.

07:54PM  7          MR. TIDWELL:  Do you happen to remember her name?

07:54PM  8          THE WITNESS:  No.  He never told me.  He just said --

07:54PM  9   and I didn't even know he was dating anybody there.  He said,

07:54PM 10   "Hey" -- it was when we were talking about his car wreck case

07:54PM 11   or something, he said, "Hey, I was dating a girl that worked at

07:54PM 12   BrownGreer" -- and I think he said BrownGreer; I'm not even

07:54PM 13   positive, but I knew it was one of the vendors -- and he said,

07:54PM 14   "we broke up" -- or he broke up with her, and he was worried

07:54PM 15   that she could do something to mess up his claim.

07:54PM 16          I told him, "There is no way she can do anything

07:54PM 17   to mess up your claim.  Nobody has that kind of power."  He

07:54PM 18   said -- and I said, "And the case has already been decided and

07:54PM 19   everything."

07:54PM 20          So he said, "Well, would you mind checking," and

07:54PM 21   I think I checked.

07:55PM 22          MR. TIDWELL:  Do you remember about when that could

07:55PM 23   have been?

07:55PM 24          THE WITNESS:  I don't remember.  I don't remember if

07:55PM 25   that was the very first time he asked me to check his case or

**C O N F I D E N T I A L**

SM-02-JA00189

07:55PM 1    not, but I remember that specifically.

07:55PM 2                I remember one time he asked me because of the

07:55PM 3    appeal, and I remember one time he asked me for that.

07:55PM 4                Like I said earlier, he may have asked me other

07:55PM 5    times, but I remember -- that's what I told Welker.  But I

07:55PM 6    never said -- clearly, I didn't say that I had been talking to

07:55PM 7    him the whole time because Thonn was dating a girl.  That

07:55PM 8    wouldn't make any sense either.

07:55PM 9                I was talking to Thonn and staying in touch with

07:55PM 10   Thonn because I had a case with him.  I represented him.  She

07:55PM 11   was -- he was concerned that when he broke up with the girl,

07:55PM 12   she would impact -- or she would do something to hurt his

07:55PM 13   claim.

07:55PM 14   BY MR. FREEH:

07:55PM 15   Q.   So when you were checking the claim from time to time, you

07:55PM 16   weren't doing it based on his request that he didn't trust the

07:55PM 17   system to be fairly treating his claim because of this

07:55PM 18   relationship with the girl?

07:55PM 19   A.   I can only say what I did.  He asked me at one point if --

07:56PM 20   he was worried that he broke up with a girl, and that she would

07:56PM 21   do something to mess up his claims.  I told him I didn't think

07:56PM 22   that that was possible; but, he asked me, would I look at his

07:56PM 23   claim and make sure nothing had happened to it.  That's what I

07:56PM 24   did.

07:56PM 25   Q.   Then the next sentence, "He" -- in reference to you -- "He

**C O N F I D E N T I A L**

07:56PM 1    realized that when he called the money his fee, it looked bad."
07:56PM 2    Are you referring now to the e-mails that they had showed you
07:56PM 3    that night?
07:56PM 4    A.    They didn't show me.  They asked me about them.  Yes.
07:56PM 5    Yes, I think I was specifically referring to the one about
07:56PM 6    the -- the VoO one, because that was the one that said "my fee"
07:56PM 7    or something like that, and I didn't know what that was about
07:56PM 8    because I couldn't -- I didn't remember.
07:56PM 9         I knew there was nothing going on in January, so I
07:56PM 10   didn't remember why I would have, you know, been talking about
07:56PM 11   my fee in January, and that's what I was telling them.
07:56PM 12        But they didn't show me the e-mail so that I could
07:56PM 13   look at the string and realize I was talking about a case that
07:57PM 14   had been disbursed all the way back in October.  So I didn't
07:57PM 15   know what they were talking about there.  I said, "I don't know
07:57PM 16   why I was calling it *my fee*."
07:57PM 17   Q.    Then the last sentence of that paragraph, "He" --
07:57PM 18   referring to you -- "He does not know what the *Thonn* claim
07:57PM 19   settled for or what the fee was."
07:57PM 20   A.    No, I never --
07:57PM 21   Q.    Did you make that statement?
07:57PM 22   A.    I never discussed that at all.  I mean, it was in the
07:57PM 23   e-mails, and they asked me about it.  I never said that.
07:57PM 24   Q.    So, I mean, you knew what the fee was based on your
07:57PM 25   e-mails, correct?

**C O N F I D E N T I A L**

07:57PM 1   A.    I knew what the fee was because I was getting 50 percent

07:57PM 2   of the fee; and, that he had a 20 percent fee, and I knew what

07:57PM 3   my share was, yes.

07:57PM 4   Q.    So that's -- you didn't make that statement, the last

07:57PM 5   sentence of that paragraph?

07:57PM 6   A.    No.   No.   I don't remember them even asking me that

07:57PM 7   question.   I don't remember that being discussed.

07:57PM 8   Q.    On the next page, the end of the long paragraph -- that's

07:58PM 9   just a continuation of the paragraph on page 2 -- six lines

07:58PM 10  from the bottom, there is a sentence.   Again, this is

07:58PM 11  attributed as your statement on June 20th.

07:58PM 12          "He explained it meant" -- we're talking about the

07:58PM 13  e-mail that you and I just discussed before, quote, "you

07:58PM 14  forgot, I'm working hard for you to make you money, so you can

07:58PM 15  pay for shit," close quote -- this report says, "He" --

07:58PM 16  A.    I don't remember them ever asking me -- that e-mail -- or

07:58PM 17  stating that e-mail to me at all.   I remember when I saw that

07:58PM 18  e-mail for the first time, either when they filed it in court

07:58PM 19  or something.   I don't remember them ever asking me about that.

07:59PM 20  Q.    Right.   So when this report -- again, this report says,

07:59PM 21  quote, "He" -- meaning you -- "He explained it meant," meaning

07:59PM 22  that e-mail we just discussed -- "He explained it meant that he

07:59PM 23  is helping get them paid so he, in turn, gets paid through

07:59PM 24  Crown."

07:59PM 25  A.    No.

**C O N F I D E N T I A L**

07:59PM 1    Q.   Do you recall making that statement?

07:59PM 2    A.   Absolutely not, because I never said that I was helping

07:59PM 3    them get paid.  I mean, even the sentence that he quotes above

07:59PM 4    said, "I'm working hard for you."  Then he's saying that I

07:59PM 5    explained that I was helping them get paid -- no, I never said

07:59PM 6    that.

07:59PM 7    Q.   Going to the next sentence, did you say words to the

07:59PM 8    effect, "He" -- meaning you -- "He understood how the words 'my

07:59PM 9    fee' looks, but if he was worried about it, he wouldn't have

07:59PM 10   used those words"?

07:59PM 11   A.   Let me say this.  It was a long meeting, and it was very

07:59PM 12   upsetting to everybody involved.  I can't sit here and tell you

08:00PM 13   exactly whether I said something or not.

08:00PM 14        I can tell you if I recall saying it or whether it

08:00PM 15   looks correct to me or not; but, as far as every single word,

08:00PM 16   whether I said it or not, I don't know.

08:00PM 17        So which question are you asking me about?  Which

08:00PM 18   sentence?

08:00PM 19   Q.   Well, I'll ask you another one.  Fourth line from the

08:00PM 20   bottom.  It says, quote, "Because Lerner owed him" -- referring

08:00PM 21   to you -- "so much money, when he" -- reference to you again --

08:00PM 22   "when he became aware that Andy settled the claim, he would

08:00PM 23   e-mail them and say, 'Jon got paid on a *BP* claim last week,

08:00PM 24   send me that'."  Do you recall making that statement?

08:00PM 25   A.   No.  I remember whatever -- Mike read the e-mails to me,

**C O N F I D E N T I A L**

08:00PM 1 and whatever the e-mails said, I agree with that.  I don't

08:00PM 2 remember -- I remember telling them at some point that when

08:01PM 3 Lerner -- that Lerner would say, "I have to wait on a case to

08:01PM 4 settle.  I have a 1.2 million dollar case settling," or

08:01PM 5 something like that, "and" -- which had nothing to do with *BP*.

08:01PM 6     I told -- that's what I discussed with Michael.  I

08:01PM 7 said, "Lerner would say, when I get the fee, you know, I'll use

08:01PM 8 that," because we were trying to get Crown paid.

08:01PM 9     At some point, I said, "Oh, well, I know you got the

08:01PM 10 *Thonn* fee, send me that."  But one wouldn't have had -- I don't

08:01PM 11 know how they went together, but that's what I remember

08:01PM 12 discussing.

08:01PM 13 Q.   Then the last question about this document.  The last --

08:01PM 14 we're actually first paragraph on the page, the third line from

08:01PM 15 the bottom.  This appears to be a reference to the prior

08:01PM 16 discussion about the e-mails.

08:01PM 17     The report, again, attributing to you, says quote,

08:01PM 18 "His" -- meaning you -- "His only excuse was that he never

08:02PM 19 thought about the wording he used."  Do you remember making

08:02PM 20 that statement?

08:02PM 21 A.   I'm sorry, where is that?

08:02PM 22 Q.   The second line from the bottom.

08:02PM 23 A.   On the first page?

08:02PM 24 Q.   No, second page.

08:02PM 25 A.   Oh, I'm sorry.

**C O N F I D E N T I A L**

08:02PM 1   Q.   It says, quote, "His only excuse" -- referring to you --

08:02PM 2   "was that he never thought about the wording he used," close

08:02PM 3   quote, referring, I think, to the e-mails that are discussed in

08:02PM 4   the whole page before, which we've just talked about.

08:02PM 5        Do you recall making that statement, "His only excuse

08:02PM 6   was that he never thought about the wording he used"?

08:02PM 7   A.   I don't think I ever said, "My only excuse is that I never

08:02PM 8   thought about the wording I used."  I don't think I said that.

08:02PM 9        I think I did say there was nothing to suggest I was

08:02PM 10  doing anything wrong at the job, that I didn't believe I

08:02PM 11  violated my contract.  I didn't see how it had anything to

08:02PM 12  do -- I think I remember discussing that kind of stuff.

08:02PM 13       But, I mean, Welker was taking notes.  None of this

08:02PM 14  is -- I can't say whether it was word for word or not.  I can

08:03PM 15  just tell you the general intent of what I recall about the

08:03PM 16  conversation.

08:03PM 17  Q.   Let me ask you this question.  As you sit here tonight --

08:03PM 18  we've reviewed the e-mails together over the last few hours,

08:03PM 19  going through them, you know, word by word.  You looked at

08:03PM 20  them, I asked you questions.  As you sit here tonight, having

08:03PM 21  reviewed them now with me, you don't have any reservations

08:03PM 22  about any of the wording that you used; is that correct?

08:03PM 23  A.   I didn't say that.

08:03PM 24  Q.   I'm asking you a question.

08:03PM 25  A.   Do I have any reservation about any of the wording I used?

**C O N F I D E N T I A L**

| | | |
|---|---|---|
| 08:03PM | 1 | Q.   Are you concerned about any of the words that you used in |
| 08:03PM | 2 | the e-mails, now, as we're talking about them in hindsight? |
| 08:03PM | 3 | A.   I'm concerned about the way you have interpreted some of |
| 08:03PM | 4 | my words, but I wasn't concerned about the words that I used. |
| 08:03PM | 5 | What I told you was I never told Pat and them that I |
| 08:03PM | 6 | got the fee on *Casey Thonn*.  The first person I told that to |
| 08:03PM | 7 | was my lawyer. |
| 08:03PM | 8 | So, clearly, a lot of what I said in the statement, I |
| 08:04PM | 9 | didn't say that, which is what we have been talking about for |
| 08:04PM | 10 | the last three hours. |
| 08:04PM | 11 | Q.   But the statement -- actually, the both statements -- |
| 08:04PM | 12 | A.   It's not a statement.  It's Welker's notes. |
| 08:04PM | 13 | Q.   The report of your statements says that you were concerned |
| 08:04PM | 14 | now, and you regretted, in effect, using the word *referral fee*. |
| 08:04PM | 15 | Your testimony today to us is that you don't have any regrets |
| 08:04PM | 16 | at all about using that; that's, in fact, how you understand it |
| 08:04PM | 17 | and describe it? |
| 08:04PM | 18 | A.   No, I didn't say that.  In fact, I just said I have |
| 08:04PM | 19 | regrets because of the way you interpret things.  You have made |
| 08:04PM | 20 | it seem like referral fee means something bad, and so I do have |
| 08:04PM | 21 | a regret for that because you don't seem to be understanding |
| 08:04PM | 22 | the explanation that I give when I talk about a referral fee. |
| 08:05PM | 23 | MR. WALSH:  How much longer have you got? |
| 08:05PM | 24 | MR. FREEH:  Twenty, thirty minutes. |
| 08:05PM | 25 | MR. WALSH:  I'm going to hold you to that. |

**C O N F I D E N T I A L**

SM-02-JA00196

08:05PM  1          MR. FREEH:  I'll finish when I finish.

08:05PM  2          MR. WALSH:  Well, it's 8 o'clock at night.  We came

08:05PM  3  down here for a one o'clock meeting.  We waited until 3:15.

08:05PM  4  It's 8 o'clock.  We completely rescheduled everything to come

08:05PM  5  here today, and we waited two hours.

08:05PM  6          I'm willing to go on, but the court reporter

08:05PM  7  needs to move her car.  It's 8 o'clock.  We didn't get lunch

08:05PM  8  because we were coming here for one.  It's getting to the end

08:05PM  9  of the day.

08:05PM 10          THE COURT:  We'll take a break.  You can move your

08:05PM 11  car.  Let's take a 15-minute break.

08:25PM 12          (WHEREUPON, at this point in the proceedings, a brief

       13  recess was taken.)

       14  BY MR. FREEH:

       15  Q.   We are back on the record.

       16          (WHEREUPON, at this point in the proceedings, Exhibit

       17  S-21 was marked.)

08:26PM 18          So we're showing you what we've marked as S-21, which

08:27PM 19  is a November 29, 2012, e-mail from you which purports to be to

08:27PM 20  Michael Juneau.  I'll ask you just if you would look at the

08:27PM 21  first page.  The rest of it you can look at, too, but I'm --

08:27PM 22  A.   I got it.

08:27PM 23  Q.   Does that ring a bell or refresh your recollection about a

08:27PM 24  matter that you inquired about regarding moratoria losses?

08:27PM 25  A.   Wait, I don't see that.

**C O N F I D E N T I A L**

08:27PM 1    Q.    If you go down --

08:27PM 2    A.    Where it says, "Mike, please add the" --

08:27PM 3    Q.    Yes.

08:27PM 4    A.    Oh, I don't think I would have inquired about that.  That

08:27PM 5    was something that we were putting on the agenda.  I don't know

08:27PM 6    if somebody told me to put that on the agenda or how I would

08:27PM 7    have -- how that would have came up.

08:28PM 8          I know the moratoria, we had done nothing really by

08:28PM 9    November 29th, so -- the descriptive period for businesses

08:28PM 10   excluded from the class -- that doesn't -- that doesn't ring a

08:28PM 11   bell at all.  But it was put to the agenda, but I don't even

08:28PM 12   know what meeting we were talking about.

08:28PM 13   Q.    So leaving aside the agenda reference, the November 29,

08:28PM 14   2012, 3:28 entry, which is a couple lines into the body of the

08:28PM 15   first page of S-21, it looks like Michael Juneau querying you,

08:28PM 16   subject re:  DWH legal department meeting agenda.  Then he

08:28PM 17   says, "Got it.  Did Ken DeJean reach you yesterday?"

08:28PM 18          Is he addressing that to you?

08:28PM 19   A.    Yes, probably.

08:28PM 20   Q.    Do you know who Ken DeJean is?

08:29PM 21   A.    Yes, he's a lawyer from Lafayette.  I think he either

08:29PM 22   called -- he must have called Mike -- I thought he called

08:29PM 23   Pat -- and told them he had some questions about subsistence

08:29PM 24   impairment versus fear, and Mike told him to call me -- or Pat

08:29PM 25   told him to call me.

**C O N F I D E N T I A L**

08:29PM 1      I remember having this discussion with -- about

08:29PM 2  impairment versus fear and about Ken DeJean with Pat a lot

08:29PM 3  because even -- it was still going on when I left there.

08:29PM 4      So I don't remember if it started because Mike told

08:29PM 5  him to call me or -- but he's a lawyer in Lafayette.  He knows

08:29PM 6  Mike, and he knows Pat, and he knows me, from all when we

08:29PM 7  practiced in Lafayette.

08:29PM 8      He -- I guess Mike told him to call me because he

08:29PM 9  called Mike about a question, which is typical.  That's what I

08:29PM 10  said, they would refer stuff to me.

08:29PM 11  Q.   That would be a routine matter.  Then you would do

08:29PM 12  whatever follow-up you thought was appropriate and get back to

08:30PM 13  the party, usually, the lawyer?

08:30PM 14  A.   No.  Usually, but on this one I think DeJean had a bunch

08:30PM 15  of cases with some guys out of Houston.  The subsistence map --

08:30PM 16  you were only supposed to get paid where you couldn't -- where

08:30PM 17  you couldn't fish, and that's where it was impaired.

08:30PM 18      These guys were all trying to say that if I was

08:30PM 19  afraid of the fish being contaminated, then, in essence, it was

08:30PM 20  impaired.  We were like, huh-uh, no, no, that doesn't fly.

08:30PM 21  There was, like, a lot of that going on.

08:30PM 22      So I think DeJean was the first one.  I think that

08:30PM 23  was one of the first ones.  But that would have come up in --

08:30PM 24  you know, we would have put it in some agenda and talked about

08:30PM 25  it.  But I remember that was DeJean's issue; and, to me, it's

**C O N F I D E N T I A L**

08:30PM 1    still an issue with him.

08:30PM 2    Q.    We mentioned the subject matter category of moratoria

08:31PM 3    losses.

08:31PM 4    A.    Yes.

08:31PM 5    Q.    Was one of your responsibilities while you were there to

08:31PM 6    look at and draft policies or guidelines regarding moratoria

08:31PM 7    processing?

08:31PM 8    A.    No.  I was never drafting any policy.  I mean, I never did

08:31PM 9    draft any policy and never was to draft any policy that I ever

08:31PM 10   recall.

08:31PM 11        I was -- one of my reasons I was hired is because

08:31PM 12   they needed to have a moratoria team with the accountants and

08:31PM 13   BrownGreer; and, obviously, somebody from our office would have

08:31PM 14   to pay attention and, you know, know what was going on.

08:31PM 15        Because I had a lot of oil and gas experience from

08:31PM 16   work and everything else and growing up down here, Pat wanted

08:31PM 17   me to head the moratoria team from our office.  But, as of

08:32PM 18   November 29th, I don't think we had really had hardly anything

08:32PM 19   done.

08:32PM 20        But what happened was -- I mean, you're asking about

08:32PM 21   policy, and I can just kind of give you a quick rundown on the

08:32PM 22   moratoria.  We asked BrownGreer to put together who they

08:32PM 23   thought could be on a moratoria team, and Pat decided he wanted

08:32PM 24   just Price Waterhouse to be the accounting for moratoria, not

08:32PM 25   Postlethwaite.

**C O N F I D E N T I A L**

08:32PM 1        So we asked them to put a group together, so that

08:32PM 2    they would -- and it was going to be a group from BrownGreer

08:32PM 3    and a group from Price Waterhouse.  That was going to be the

08:32PM 4    team.

08:32PM 5        So then we asked Price Waterhouse to try to figure

08:32PM 6    out how you could calculate non-moratoria losses.  I mean, how

08:32PM 7    would you do that.  None of us had any idea how you would do

08:32PM 8    that.

08:32PM 9        So they took a long time.  It was well after this,

08:32PM 10   because I didn't really understand too much until I was there

08:33PM 11   for a while; but, at some point, the people from

08:33PM 12   Price Waterhouse came back and said, okay, we think we have the

08:33PM 13   framework of how we would do the calculation.  I mean, this is

08:33PM 14   coming from the accountants, how they would do their

08:33PM 15   calculations.

08:33PM 16       So we met with Pat.  You know, they kind of explained

08:33PM 17   it to us.  Pat and I were both like, oh, this is a bunch of

08:33PM 18   accounting stuff -- I mean, very -- the accounting stuff is

08:33PM 19   very difficult to understand.

08:33PM 20       So he said, all right, we're going to bring in the

08:33PM 21   parties, and we're going to present the framework that

08:33PM 22   Price Waterhouse came up with and get input and see if we're on

08:33PM 23   the right track or not.

08:33PM 24       So we did that.  All the parties came in.  We had a

08:33PM 25   big projector.  Price Waterhouse did their show.  You know,

**C O N F I D E N T I A L**

08:33PM 1   they put the whole thing together.

08:34PM 2        When they finished, Pat said, all right, we're going

08:34PM 3   to give y'all seven days or 14 days to digest what you've seen,

08:34PM 4   and then tell us what you think, are we on the right track, do

08:34PM 5   you want to get it -- is this right.

08:34PM 6        I mean, it wasn't anything complete, but it was sort

08:34PM 7   of like the framework for calculations.

08:34PM 8        So they came back after a week or two, whenever it

08:34PM 9   was, and they were just -- they were so far apart, you know,

08:34PM 10  what the plaintiff -- what the class counsel thought and what

08:34PM 11  BP thought, that we just scrapped it.  We just said we've got

08:34PM 12  to start fresh.

08:34PM 13       So then I was looking at the settlement agreement.

08:34PM 14  In the settlement agreement, it actually said that the parties

08:34PM 15  were to come up with a framework and everything.  So I went to

08:34PM 16  Pat.  I'm like, hey, wait.  We were trying to figure it out.

08:34PM 17  Really, they're the ones that are supposed to figure it out.

08:34PM 18       So we called them in again, and we gave it to them to

08:34PM 19  start figuring out.  They would -- then they had a deadline,

08:35PM 20  and they wanted more time.  They had another deadline, and they

08:35PM 21  wanted more time.

08:35PM 22       Then as I recall, the last deadline was June 1st --

08:35PM 23  no, it was July 1st, it must have been, because it was after I

08:35PM 24  was still there -- I mean, after I left.  So nothing had been

08:35PM 25  done.

**C O N F I D E N T I A L**

08:35PM  1      We had a couple of meetings where they would tell us
08:35PM  2  they were on the right track about how to identify moratoria
08:35PM  3  and things like that, where they told us kind of where they
08:35PM  4  were going, but nothing ever got done by the time I left.
08:35PM  5      We were waiting for them to give us how to do the
08:35PM  6  moratoria, and then we were going to implement it from them.
08:35PM  7      I mean, it was very -- none of us could figure it
08:35PM  8  out, to be honest with you.
08:35PM  9  Q.   However it ended with respect to Price Waterhouse or the
08:35PM 10  parties working out the formula, were you, as you described it,
08:35PM 11  the head of the CAO moratoria team, designated by Pat as such?
08:35PM 12  A.   I think -- yeah, I mean, I was kind of the one overseeing
08:36PM 13  the accountants and BrownGreer and the team, yeah.  I mean, he
08:36PM 14  did, too; but, yes, I was the one.
08:36PM 15      We tried to typically have a lawyer -- I mean,
08:36PM 16  typically just me or Mike.  Mike wasn't going to do that, so
08:36PM 17  that would have been my -- that was my primary -- that was one
08:36PM 18  of the things that I was hired to do originally when Pat
08:36PM 19  thought that we were going to come up with it.  But then when
08:36PM 20  we realized that it was something that the parties were going
08:36PM 21  to come up with, then there --
08:36PM 22      So there really wasn't hardly anything for me to do
08:36PM 23  on moratoria.  That's why I kind of became the guy that Pat
08:36PM 24  would, you know, refer attorneys to and claimants and check
08:36PM 25  this and check that, because in moratoria we was just sitting

**C O N F I D E N T I A L**

08:36PM 1    around waiting for the parties.

08:36PM 2    Q.    Now, there came a time when the Romeo Papa claim was

08:36PM 3    discussed in terms of recategorizing it from a business loss

08:36PM 4    claim to a moratoria type claim?

08:37PM 5    A.    I have no idea about that.  I never saw Romeo Papa, other

08:37PM 6    than when it was initially filed.  I don't know -- I didn't

08:37PM 7    understand -- I never thought they pulled it, as far as I knew.

08:37PM 8    I thought it was still just sitting there.  Nobody ever

08:37PM 9    discussed it to me.

08:37PM 10   Q.    Did you understand it to be a BEL claim?

08:37PM 11   A.    Well, it was a business.  All businesses, whether they

08:37PM 12   were moratoria or not, would have had a BEL claim.

08:37PM 13   Q.    Right.

08:37PM 14   A.    So I understood it was a business, so it would have been a

08:37PM 15   BEL claim.  The only other thing would have been an IEL, but it

08:37PM 16   wouldn't have been that.

08:37PM 17   Q.    But you never understood it while you were there to be a

08:37PM 18   moratoria claim?

08:37PM 19   A.    I never looked at it one way or the other.  I never gave

08:37PM 20   that any thought.

08:37PM 21         Moratoria was -- it was only a moratoria claim if it

08:37PM 22   fell into 19 -- Exhibit 19, 1, with an X, then you

08:37PM 23   automatically had to do a moratoria analysis.  It automatically

08:37PM 24   got kicked over there.

08:38PM 25         Then, if it was 19, 2, with an X, you had to do some

**C O N F I D E N T I A L**

08:38PM 1    kind of other analysis.

08:38PM 2              So if it wasn't a 19, then it wouldn't have been

08:38PM 3    moratoria.  If it was in 19, it would have been moratoria.  I

08:38PM 4    never looked one way or the other.  I never knew one way or the

08:38PM 5    other.

08:38PM 6    Q.   So your testimony is, if it was ever changed to a

08:38PM 7    moratoria claim by the CAO, you were not aware of that?

08:38PM 8    A.   Well, and I don't know if it was initially a moratoria

08:38PM 9    claim or if it was a -- or if they changed it.  It's not a

08:38PM 10   moratoria claim.  It's a BEL claim, but then it gets subject to

08:38PM 11   a moratoria analysis if it's under 19, A or B -- or one or two.

08:38PM 12             I have no idea what it was categorized first or

08:38PM 13   whether it was ever changed.  I think -- I don't know.  No, I

08:38PM 14   don't know.  I don't remember 19, if it included -- how it

08:38PM 15   included that kind of company.

08:38PM 16   Q.   This is a hypothetical question.  If you had learned that

08:39PM 17   it was changed to a moratoria analysis from a pure business

08:39PM 18   economic loss analysis, would that have triggered in you any

08:39PM 19   notion that you shouldn't be heading the moratoria team for the

08:39PM 20   CAO or not?

08:39PM 21   A.   What it would have triggered to me was probably to tell

08:39PM 22   them to figure out some way where they couldn't -- they

08:39PM 23   wouldn't have filed a claim.  I mean, however, we would have

08:39PM 24   had to figure it out.

08:39PM 25             What I was hoping it would do was like what Pat did.

**C O N F I D E N T I A L**

08:39PM 1    He let his son's claim get calculated and figure out how much

08:39PM 2    it was going to be, and then he said, okay, I'll pay it to you,

08:39PM 3    $150,000.

08:39PM 4         I was hoping that -- I mean, I didn't know if it was

08:39PM 5    moratoria or not.  I was hoping that if the BEL claim got

08:39PM 6    paid -- or got calculated, and it was $100,000, then I could

08:39PM 7    say, all right, you drop it, and I'll give you the 50 that you

08:40PM 8    would have gotten, the other guy, like Pat did with his son.

08:40PM 9    That's what I was hoping, but I never -- I don't think it was a

08:40PM 10   moratoria.  I don't know one way or other.

08:40PM 11   Q.   In terms of your last response, did you put into place or

08:40PM 12   make any notification within the CAO so you would know that if

08:40PM 13   it was, in fact, paid or about to be paid, you would then have

08:40PM 14   the opportunity to make the reimbursement yourself?

08:40PM 15   A.   No, because it was -- it was so far from even getting

08:40PM 16   anywhere close.  I mean, if it was moratoria, by the time I

08:40PM 17   left, they still hadn't even figured it out.

08:40PM 18        So if it got 19 -- if it got 19, one or two, if it

08:40PM 19   was put in there -- which BrownGreer did that.  I mean, I

08:40PM 20   didn't -- they put -- that was part of the settlement.  That

08:40PM 21   was in the settlement.

08:40PM 22        So if it got put in 19, one or two, correctly, then

08:40PM 23   it would have been Lord knows how long.  I mean, forever.  It

08:40PM 24   probably would have been -- would have just been gone.

08:41PM 25        It was my understanding from the parties -- I think

**C O N F I D E N T I A L**

08:41PM  1    Pat and I both came to the understanding that they very well

08:41PM  2    may just bag moratoria because they were having so much

08:41PM  3    problem; and, that the claims, I understood, that class counsel

08:41PM  4    was kind of willing to just -- at some point, they said, oh,

08:41PM  5    it's only 4,000 claims, or something like that.  I thought

08:41PM  6    class counsel was willing to just kind of let them -- get

08:41PM  7    them -- you know, say no, you don't get anything.  Just kick

08:41PM  8    them out to the curb.

08:41PM  9          So if that would have happened, it would have been a

08:41PM 10    good thing because then I wouldn't have had to worry about that

08:41PM 11    at all.

08:41PM 12    Q.   I've got two more questions, and he's got one or two.  I'm

08:41PM 13    going to ask one, he's going to his questions, and I've got the

08:41PM 14    last question.

08:41PM 15          (WHEREUPON, at this point in the proceedings,

08:41PM 16    Exhibit S-19 was marked.)

08:41PM 17    BY MR. FREEH:

08:41PM 18    Q.   So let me show you quickly S-19, which is an e-mail train

08:41PM 19    dated June 19, 2013.  This is from?

08:41PM 20    A.   Sher Garner.

08:41PM 21    Q.   Okay.  So there is a reference, as you said, to

08:42PM 22    Sher Garner.  That's a law firm?

08:42PM 23    A.   Yes.

08:42PM 24    Q.   Was that a firm that represented parties that had claims

08:42PM 25    in the CAO?

**C O N F I D E N T I A L**

08:42PM 1    A.    They had their own claim, and they represented parties,

08:42PM 2    yes.  A lot, I think.  I don't know how many.

08:42PM 3    Q.    Was this a law firm you were familiar with before you

08:42PM 4    worked in connection with the CAO?

08:42PM 5    A.    No, other than I've heard of them, and I know who they

08:42PM 6    are.  But the way I got involved in this, I was walking past

08:42PM 7    the conference room one day, and Mike said, "Oh, I've got a

08:42PM 8    meeting with the lawyers from Sher Garner.  They want to

08:42PM 9    discuss some claims.  Come in."

08:42PM 10          So I went in there, and I saw a one of the lawyers I

08:42PM 11   went to school with was in there.  We were on moot court

08:42PM 12   together or something.  I said, "Hey, I hadn't seen you in

08:42PM 13   20 years," or whatever it was.

08:42PM 14          So they wanted to discuss -- they had a list of cases

08:42PM 15   they were going to discuss with Mike, like a hundred cases.  So

08:43PM 16   we started listening to them.

08:43PM 17          Finally, you know, Mike said, "Look" -- Mike passed

08:43PM 18   it off on me because he wanted to get out of there quick.

08:43PM 19   Anyway, he said, "Look, we can only deal with so many cases at

08:43PM 20   a time."

08:43PM 21          In fact, what Mike and I came up with -- because so

08:43PM 22   many law firms were contacting he and I and wanting to know the

08:43PM 23   status -- and they just wanted to know "the status of our

08:43PM 24   cases."  So what we said was, we will give you one in-person

08:43PM 25   meeting, where you come in there and we'll discuss generically,

**C O N F I D E N T I A L**

08:43PM 1   in general, the process and what's going on in the cases; but,

08:43PM 2   that's your one meeting.

08:43PM 3        Then, after that, you've got to send us, like, a list

08:43PM 4   of five cases a week or 10 cases a week, and then we will

08:43PM 5   figure out everything that's going on with those and get it

08:43PM 6   back to you.

08:43PM 7        So Mike and I started doing that, because we had a

08:43PM 8   big law firm out of Miami that Pat brought me into a meeting,

08:43PM 9   and it was the same thing.

08:43PM 10       There was some representative from Alabama who

08:43PM 11  brought a bunch of lawyers over there to a meeting with Pat,

08:44PM 12  and he brought me in there, and I had to explain that to him.

08:44PM 13       I mean, that was -- that was basically what I was

08:44PM 14  doing all the time, because these people will drive you crazy.

08:44PM 15       So I didn't know Sher Garner.  I knew who they were.

08:44PM 16  But when I walked into that meeting, I knew the attorney.  Mike

08:44PM 17  kind of said, "You take Sher Garner."

08:44PM 18       But I think he was still dealing with them because I

08:44PM 19  believe I was on spring break, and I was on the beach, and they

08:44PM 20  were -- kept e-mailing me claims to check, and Mike was getting

08:44PM 21  cc'd on it, too.

08:44PM 22       Because Mike said, "We've got to put a stop to this

08:44PM 23  shit.  It's just getting ridiculous."  That's when we started

08:44PM 24  saying only five a week, or whatever we came up with.

08:44PM 25  Q.   So trying to minimize or control the number of inquiries

**C O N F I D E N T I A L**

**SM-02-JA00209**

08:44PM  1    from outside lawyers, were you spending --

08:44PM  2    A.    At that time.

08:44PM  3    Q.    At that time, you were spending most of the your time as

08:44PM  4    you just described, running down queries and claims by lawyers,

08:44PM  5    either coming to you directly or to Mike or Pat, and they were

08:44PM  6    then assigning you to do the follow-up?

08:44PM  7    A.    Lawyers, claimants, accountants.

08:45PM  8              What had happened was, the reason -- and I alluded to

08:45PM  9    this before -- when the stay came out, we felt like -- the

08:45PM 10    switchboard was being lit up.  BrownGreer was being just

08:45PM 11    bombarded, oh, what's going to happen to my claim, and all that

08:45PM 12    kind of stuff.

08:45PM 13              So we said we needed to come up with some type of

08:45PM 14    script that BrownGreer could read when all of these people

08:45PM 15    starting calling.  This was when it was getting, you know,

08:45PM 16    publicity and all that kind of stuff.

08:45PM 17              So we came up with a script, and BrownGreer was

08:45PM 18    supposed to give it to their people to read.  At the bottom of

08:45PM 19    the script it said, "If you have any questions, you can contact

08:45PM 20    Tiger Sutton at," and it gave my DHE e-mail address and my

08:45PM 21    cell phone number.

08:45PM 22              But the first girl that read the script, she didn't

08:45PM 23    know that that sentence was supposed to be if she had any

08:45PM 24    questions, and she read that into the script.  I mean, she read

08:45PM 25    that -- then some lawyer got it and posted it on the trial

**C O N F I D E N T I A L**

08:46PM 1   lawyers boards or whatever it was, you know, anything about the

08:46PM 2   Judge's order and this and that, contact Tiger -- I mean, then

08:46PM 3   I just had -- I just got just bombarded with e-mails and phone

08:46PM 4   calls.

08:46PM 5       To this day, a lawyer will still call me, apparently

08:46PM 6   didn't read any of the papers for the last month, but would

08:46PM 7   still call me on my cell phone and say, "I was wondering if you

08:46PM 8   could check my case."

08:46PM 9       I'm like, "Dude, obviously you don't read stuff."

08:46PM 10      So that's what led to just me getting just lambasted.

08:46PM 11  I didn't mind it because we were waiting on moratoria.  There

08:46PM 12  wasn't really anything else for me to do.  So I kind of took

08:46PM 13  that upon myself.  I actually enjoyed talking to them, enjoyed

08:46PM 14  trying to --

08:46PM 15      The whole thing with the settlement office was that

08:46PM 16  we were supposed to be claimant friendly.  A lot of people

08:46PM 17  thought that that was -- meant that we were supposed to, you

08:46PM 18  know, make the award as big as possible or do -- you know, that

08:46PM 19  kind of stuff.

08:46PM 20      I understood claimant friendly to be that we needed

08:46PM 21  to be responsive to the people making the claims, whether it's

08:47PM 22  lawyers, accountants or claimants themselves, because the

08:47PM 23  biggest gripe against Feinberg and the way they were running

08:47PM 24  things in the public's view here was that, oh, you could never

08:47PM 25  find out what was going on with your claim.  Nobody would ever

**C O N F I D E N T I A L**

08:47PM 1   call you back.

08:47PM 2          I didn't want Pat to be that.  We wanted Pat to be

08:47PM 3   known as the guy that, you know, our office was responsive.

08:47PM 4   Our office was -- so nobody was going to, you know, say that we

08:47PM 5   weren't being responsive to what they were doing and friendly,

08:47PM 6   claimant friendly.

08:47PM 7          That's why, what I said earlier, when people would

08:47PM 8   call and I would give them that information that would show up

08:47PM 9   about -- I mean, I thought about it after we talked.  There was

08:47PM 10  a guy from Alabama that I met through the representative that

08:47PM 11  Pat brought me to the meeting.  He would call me.  He finally

08:47PM 12  was like, Pat's taking too long with my cases.

08:47PM 13         I read him -- I remember reading him, you know, you

08:47PM 14  didn't do this, you didn't do that, because he made some nasty

08:47PM 15  comment about the claims office.

08:48PM 16         So that just became -- I mean, Pat was putting stuff

08:48PM 17  on my desk from the last day, but I got a lot of calls because

08:48PM 18  of that girl putting it in the script.  When I reported it to

08:48PM 19  Pat the next day, I said, "Look, I got 20 calls overnight."

08:48PM 20         He was, like, "Oh, they shouldn't have done that."

08:48PM 21  He got on BrownGreer's behind about it, but it was already

08:48PM 22  done.

08:48PM 23  Q.   Single last question on this, and then I'm going to hand

08:48PM 24  over to Steve.  I think I asked you this before, but now you've

08:48PM 25  even described a more expansive and demanding situation, given

**C O N F I D E N T I A L**

08:48PM 1    the script and your name and cell phone number being out there.

08:48PM 2             So the question is the following:  Over the course of

08:48PM 3    the months that you were there, if you can estimate, maybe you

08:48PM 4    can't, but if you could estimate on how many different

08:48PM 5    occasions did you query a database on behalf of some lawyer or

08:48PM 6    matter?  Was it --

08:48PM 7    A.    Every day; but, how many times a day, I couldn't tell you.

08:48PM 8    But at least every day.

08:49PM 9    Q.    At least every day?

08:49PM 10   A.    At least every day.

08:49PM 11   Q.    A couple or more than a couple?

08:49PM 12   A.    I would say more than a couple, but I don't know.

08:49PM 13            Sometimes we would query for the accountants.  You

08:49PM 14   know, we would have a meeting --

08:49PM 15   Q.    This question is just for lawyers and outside counsel.

08:49PM 16   A.    I mean, it was -- obviously, it was a lot when the stay

08:49PM 17   was first lifted.  Then, when we were going to the hearing,

08:49PM 18   when Pat was -- I got a lot more.  I mean, you would get --

08:49PM 19   from lawyers, you would get like -- it would be in spurts

08:49PM 20   depending on what was going on with the Court, particularly at

08:49PM 21   the end because everybody was trying -- wanted to know if their

08:49PM 22   claim was going to get through the process before the Judge

08:49PM 23   ruled and then before the Fifth Circuit ruled.  So they would

08:49PM 24   call you every day.

08:49PM 25            So, in spurts, I would be doing a lot more than a

**C O N F I D E N T I A L**

08:49PM 1   couple of days.  Sometimes it would just be a couple of days.

08:49PM 2   Pat would give me a list several times a week.

08:49PM 3                          EXAMINATION

08:49PM 4   BY MR. TIDWELL:

08:49PM 5   Q.    A couple of things.  Did you have a case involving a

08:50PM 6   Cody Nedved?  Does that ring any bells?

08:50PM 7   A.    No.  Spell it, please.

08:50PM 8   Q.    Cody, C-O-D-Y, Nedved, N-E-D-V-E-D.

08:50PM 9   A.    Nedved sounds -- but I know a Melved from playing baseball

08:50PM 10  with my kids, so I don't know if that's why that name sounds

08:50PM 11  familiar.

08:50PM 12  Q.    It was a *BP* derivative matter?

08:50PM 13  A.    Oh, no, I don't think I would have known him.

08:50PM 14  Q.    You know, you were trying to wrap your arms around how

08:50PM 15  many times that you might have looked at Casey Thonn's.

08:50PM 16  A.    Yes.

08:50PM 17  Q.    You checked his claim about almost twice as much as

08:50PM 18  anybody else did in the CAO office.

08:50PM 19  A.    I checked it twice as much as anybody else in the CAO

08:51PM 20  checked?  Well, I would expect that because he was calling and

08:51PM 21  asking me.

08:51PM 22  Q.    Right.  Right.  Probably out of all the ones that you

08:51PM 23  checked, he was probably by about a quarter more than any of

08:51PM 24  those you checked.

08:51PM 25  A.    I would expect that because he was my personal injury

**C O N F I D E N T I A L**

SM-02-JA00214

08:51PM 1    client.  He would have been asking me, or I would have been

08:51PM 2    checking it for him.

08:51PM 3         There was another guy -- you know, most of the time

08:51PM 4    it was lawyers, so we could get them -- give them -- satisfy

08:51PM 5    them.  But there were some -- the claimants would typically

08:51PM 6    call you a lot.

08:51PM 7         I remember Pat gave me some claimant from Florida,

08:51PM 8    and I checked him.  He was calling me every day, and I was

08:51PM 9    checking him, but I don't remember his name.

08:51PM 10        MR. TIDWELL:  Okay.  Just wanted to give you a little

08:51PM 11   context on that.

08:51PM 12                        EXAMINATION

08:51PM 13   BY MR. FREEH:

08:51PM 14   Q.   All right.  My last question.  Maybe two or three

08:51PM 15   questions, but the very last thing I'm requesting is your

08:51PM 16   description of what the monies represented that you received

08:51PM 17   over the course of the several months that you were at the CAO.

08:52PM 18        I understand there is a difference between the Crown

08:52PM 19   payments, and then is there a difference between the *Thonn* --

08:52PM 20   let's call it *a referral fee*, or the earned income prior to you

08:52PM 21   making the referral?

08:52PM 22   A.   Lerner was obligated to pay the Crown payments --

08:52PM 23   Q.   Yes.

08:52PM 24   A.   -- long before.  He just didn't.  I understand that --

08:52PM 25   okay.

**C O N F I D E N T I A L**

08:52PM 1   Q.    So let me leave aside the Crown payments and ask a very

08:52PM 2   few questions on the *Thonn* referral fee.  Let's just call it

08:52PM 3   *the referral fee*, even though we've described it and you've

08:52PM 4   amply explained in the record, with your counsel's assistance,

08:52PM 5   what your understanding of that was.

08:52PM 6        If the monies that you were getting relating to the

08:52PM 7   *Thonn* case were for work that you did prior to sending the case

08:53PM 8   to that law firm, why was the 50 percent of the fee and the

08:53PM 9   10 percent of the settlement coming from the current fees of

08:53PM 10  the Lerner --

08:53PM 11  A.    Because that's when he got paid.  Because for the GCCF,

08:53PM 12  you had to put all the stuff together.  You had to get almost

08:53PM 13  all of the same kind of things that you would have to get

08:53PM 14  together and put through the DHE settlement.

08:53PM 15       You would have to put all of that together, get

08:53PM 16  him -- deal with him, do all of that stuff.  Then, for the DHE

08:53PM 17  settlement, they would have just taken the stuff and filed it.

08:53PM 18       So I thought -- actually, it looked to me like we did

08:53PM 19  more work than 50 percent; but, you know, lawyers rarely split

08:53PM 20  more than 50 percent.

08:53PM 21  Q.    But the fees that the Andry Lerner firm were receiving on

08:53PM 22  the *Thonn* claim were fees that they ostensibly earned after the

08:54PM 23  case was referred to them by you and your firm; they weren't

08:54PM 24  for the fees and earnings prior to that referral?

08:54PM 25  A.    He didn't have any earnings -- he didn't have any earnings

**C O N F I D E N T I A L**

08:54PM 1    prior to that.  So I looked at it, and I think everybody would

08:54PM 2    have looked at it, it was from the time you represented him all

08:54PM 3    the way through to the time he got paid, how much work did each

08:54PM 4    lawyer do.

08:54PM 5         I thought we actually did more than 50 percent; but,

08:54PM 6    you know, that's typically what lawyers will split it at,

08:54PM 7    unless it's just a straight, you take the case and work the

08:54PM 8    whole case.

08:54PM 9         I mean, that's -- like, for example, if I have a car

08:54PM 10   wreck case, and I do -- for 11 months, I'm trying to settle

08:54PM 11   with the insurance company, or I'm doing this, I'm doing that

08:54PM 12   for a client, sending them to the doctor and stuff, whatever it

08:54PM 13   is.  Then, I decide I'm not a trial lawyer, so I'll refer it to

08:54PM 14   somebody to file because we couldn't settle the case.

08:54PM 15        So they'll file it, and then the case will go all the

08:55PM 16   way through trial, and they'll get an award from a jury.  It

08:55PM 17   would still be the work that I did before, even though he

08:55PM 18   didn't get any money from it.  I mean, that's how we always

08:55PM 19   looked at things.  I didn't see this as any different from

08:55PM 20   that.

08:55PM 21        MR. FREEH:  Do you have any other things to ask?

08:55PM 22        MR. TIDWELL:  No.

08:55PM 23        MR. FREEH:  Ben, do you have anything else?

08:55PM 24        MR. SCOTTI:  I think we're okay with the documents.

08:55PM 25        MR. FREEH:  Counsel, do you have anything you want to

**C O N F I D E N T I A L**

SM-02-JA00217

08:55PM 1    add to the record?

08:55PM 2            MR. WALSH:  No.

08:55PM 3            MR. FREEH:  Mr. Sutton, do you want to add anything?

08:55PM 4            THE WITNESS:  No.

08:56PM 5            MR. FREEH:  So on the record --

08:56PM 6            MR. WALSH:  Judge, I do have a question.

08:56PM 7            MR. FREEH:  Sure.

08:56PM 8            MR. WALSH:  The pile of documents in front of

08:56PM 9    Mr. Sutton is what's going to be attached to the statement,

08:56PM 10   these documents?

08:56PM 11           MR. FREEH:  Yes.

08:56PM 12           MR. WALSH:  These documents?

08:56PM 13           MR. FREEH:  Yes, those documents.

08:56PM 14               So this is a request on the record.  You don't

08:56PM 15   have to make a response now, but we're going to request that

08:56PM 16   your client agree to provide us with the joint tax returns that

08:56PM 17   he filed for the years 2012, 2013.

08:56PM 18           THE WITNESS:  I didn't file any for those years yet.

08:56PM 19   The last year we would have filed was '11.  I don't file until

08:56PM 20   October.

08:56PM 21           MR. FREEH:  So we're going to make a request for any

08:56PM 22   tax returns filed for 2012 and/or 2013, either in his

08:56PM 23   individual capacity, in his joint spousal capacity, or for any

08:57PM 24   of the LLC's, particularly --

08:57PM 25           THE WITNESS:  I didn't file any.  There is no tax

**C O N F I D E N T I A L**

08:57PM 1   returns that I have for 2012 or 2013.

08:57PM 2           MR. WALSH:  You got an extension until October?

08:57PM 3           THE WITNESS:  Yes.

08:57PM 4           MR. FREEH:  For both years?

08:57PM 5           THE WITNESS:  '13 is not due yet.

08:57PM 6           MR. FREEH:  What about 2012?

08:57PM 7           THE WITNESS:  My extension is until October.  Then we

08:57PM 8   had a hurricane, so we had another extension.  Isaac.  I mean,

08:57PM 9   so I don't have any.

08:57PM 10          MR. WALSH:  Judge, I understand what you're asking.

08:57PM 11  I'll ask him.

08:57PM 12          THE WITNESS:  I want it to be on the record.  I don't

08:57PM 13  have that.

08:57PM 14          MR. WALSH:  I also want to clarify, you're talking

08:57PM 15  about tax returns for all of his business entities?

08:57PM 16          MR. FREEH:  Yes.

08:57PM 17          THE WITNESS:  I wouldn't have filed --

08:57PM 18          MR. FREEH:  Well, anything that you've signed,

08:57PM 19  whether it was filed --

08:57PM 20          THE WITNESS:  I wouldn't have signed any.  The only

08:57PM 21  thing I get is a K-1 that I use for my tax returns.  I don't

08:57PM 22  file anything.

08:57PM 23          MR. FREEH:  We would ask for a copy of the K-1's.

08:58PM 24  We'll send you a correspondence for that.

08:58PM 25          MR. WALSH:  Thank you.

# C O N F I D E N T I A L

08:58PM  1          MR. FREEH:  Okay.  Thank you very much.

08:58PM  2          MR. TIDWELL:  Thank y'all.  Thanks for your patience.

3          (WHEREUPON, at 8:58 p.m., the proceedings were

4    concluded.)

5                              *    *    *

6

7

8                         REPORTER'S CERTIFICATE

9

10          I, Cathy Pepper, Certified Realtime Reporter, Registered

11    Merit Reporter, Certified Court Reporter of the State of

12    Louisiana, Official Court Reporter for the United States

13    District Court, Eastern District of Louisiana, do hereby

14    certify that the foregoing is a true and correct transcript to

15    the best of my ability and understanding from the record of the

16    proceedings in the above-entitled and numbered matter.

17

18

19          *s/Cathy Pepper*

20          Cathy Pepper, CRR, RMR, CCR
            Certified Realtime Reporter
21          Registered Merit Reporter
            Official Court Reporter
22          United States District Court
            Cathy_Pepper@laed.uscourts.gov

23

24

25

**C O N F I D E N T I A L**

**SM-02-JA00220**

**$**

**$10,000** [6] - 38:15, 40:2, 40:4, 40:5, 40:20
**$100,000** [3] - 152:22, 153:6, 206:6
**$120,000** [3] - 40:4, 40:9, 41:20
**$150,000** [4] - 18:1, 82:10, 82:18, 206:3
**$16,600** [1] - 185:23
**$16,665** [1] - 160:16
**$16,666** [1] - 151:1
**$166,000** [2] - 160:17, 160:25
**$166,666** [2] - 150:19, 150:22
**$20,000** [1] - 72:9
**$4,940** [2] - 140:21, 141:25
**$40,000** [1] - 152:17
**$5,000** [4] - 41:6, 41:20, 41:21, 41:22
**$50,000** [1] - 188:5

**'**

**'11** [2] - 12:25, 218:19
**'13** [1] - 219:5
**'90** [2] - 6:16, 6:24
**'95** [1] - 9:11
**'Jon** [1] - 193:23
**'my** [1] - 193:8
**'substantially** [1] - 164:5

**0**

**06A** [1] - 98:6

**1**

**1** [13] - 58:6, 58:7, 59:6, 92:22, 98:13, 114:21, 120:14, 145:9, 145:12, 161:23, 179:3, 182:23, 204:22
**1.2** [1] - 194:4
**10** [10] - 118:19, 118:22, 138:9, 151:10, 152:25, 153:19, 185:13, 188:1, 209:4, 216:9
**10,000** [1] - 141:24
**10-MD-2179** [1] - 1:6

**100,000** [1] - 18:1
**1001** [1] - 5:9
**104** [1] - 2:23
**10:25** [1] - 141:17
**10:49** [1] - 138:10
**11** [3] - 140:17, 162:3, 217:10
**11-2207B** [1] - 89:22
**110** [1] - 9:3
**112** [1] - 2:24
**116** [1] - 2:25
**117** [1] - 3:1
**11:16** [1] - 163:16
**12** [2] - 34:16, 99:18
**12/13/02** [1] - 93:1
**12/18** [1] - 95:17
**12/18/12** [1] - 93:7
**12/19/12** [1] - 92:15
**120** [1] - 153:16
**12:35** [2] - 160:1, 161:6
**12th** [1] - 122:23
**13** [2] - 148:2, 150:15
**13:32** [1] - 156:3
**14** [4] - 34:16, 160:20, 161:3, 202:3
**140** [1] - 3:2
**145** [1] - 3:3
**147** [1] - 3:4
**15** [5] - 156:2, 161:22, 162:1, 162:3, 163:16
**15-minute** [1] - 197:11
**152** [1] - 3:5
**159** [1] - 3:6
**15:13** [1] - 109:23
**15:16** [1] - 119:19
**15th** [2] - 164:24, 165:12
**16** [5] - 60:25, 163:23, 164:6, 165:9, 188:6
**16,000** [1] - 160:18
**16,500** [1] - 187:20
**16,600** [1] - 187:21
**16,665** [2] - 160:21, 160:24
**16,666** [6] - 153:24, 154:7, 154:21, 160:5, 160:6, 187:22
**16-something** [1] - 188:7
**161** [1] - 3:7
**163** [1] - 3:8
**168** [1] - 3:9
**16A** [3] - 163:11, 163:15, 164:3
**17** [6] - 38:13, 90:7, 116:13, 120:5, 168:9, 179:3
**172** [1] - 3:10

**17:03** [1] - 120:24
**17th** [2] - 179:11, 179:18
**18** [9] - 3:10, 5:9, 93:19, 172:20, 172:22, 176:8, 179:23, 182:11, 182:15
**184** [1] - 3:11
**18A** [1] - 185:1
**19** [11] - 172:24, 173:6, 204:22, 204:25, 205:2, 205:3, 205:11, 205:14, 206:18, 206:22, 207:19
**197** [1] - 3:12
**1993** [2] - 7:18, 9:4
**1995** [1] - 12:13
**1996** [2] - 10:23, 12:18
**19th** [3] - 176:7, 176:18, 176:19
**1st** [18] - 40:3, 59:6, 59:9, 93:23, 99:9, 108:7, 152:22, 152:25, 153:1, 153:3, 153:5, 153:11, 153:17, 153:18, 164:23, 165:4, 202:22, 202:23

**2**

**2** [8] - 92:22, 92:23, 113:6, 152:17, 182:7, 182:16, 192:9, 204:25
**20** [12] - 1:5, 8:18, 72:20, 150:25, 151:11, 151:14, 151:18, 173:2, 185:7, 192:2, 208:13, 212:19
**20,000** [1] - 42:10
**2000** [1] - 12:25
**2001** [2] - 75:11, 78:24
**2006** [1] - 80:3
**2007** [2] - 77:10, 77:24
**2009** [1] - 3:14
**2010** [3] - 1:5, 74:3, 120:19
**2011** [4] - 13:1, 16:22, 16:23, 21:20
**2012** [22] - 13:1, 21:9, 40:3, 58:7, 89:6, 89:10, 93:19, 113:2, 113:18, 114:2, 119:24, 120:6,

**122:3, 151:25,** 163:16, 165:24, 197:19, 198:14, 218:17, 218:22, 219:1, 219:6
**2013** [38] - 1:7, 4:2, 36:17, 40:4, 90:7, 90:11, 96:10, 98:13, 99:18, 100:4, 103:19, 104:15, 108:12, 116:13, 118:3, 118:23, 122:3, 140:18, 145:6, 148:6, 152:11, 152:14, 156:3, 160:1, 161:23, 172:24, 173:2, 173:7, 179:3, 185:7, 185:22, 187:15, 207:19, 218:17, 218:22, 219:1
**207** [1] - 3:13
**20741** [1] - 115:6
**20th** [7] - 176:16, 176:17, 176:23, 176:25, 177:17, 188:17, 192:11
**21** [1] - 113:18
**21st** [4] - 113:2, 113:6, 114:2, 116:13
**22** [1] - 105:25
**22nd** [1] - 153:4
**25** [4] - 38:12, 72:18, 79:19, 151:17
**257** [1] - 1:17
**26** [3] - 90:7, 152:11, 152:14
**26th** [1] - 90:11
**28** [1] - 160:1
**29** [4] - 1:7, 4:2, 197:19, 198:13
**29th** [2] - 198:9, 200:18
**2:11-CV-02540** [1] - 88:19
**2:39** [1] - 161:23
**2nd** [3] - 99:8, 165:13, 165:15

**3**

**3** [4] - 113:10, 141:16, 161:23, 168:16
**3/28/13** [1] - 161:6
**30** [2] - 42:13, 155:18
**33,000** [1] - 160:8
**36** [3] - 153:10, 153:17
**3:00** [1] - 1:7

**3:15** [1] - 197:3
**3:18** [2] - 152:11, 152:14
**3:28** [1] - 198:14
**3:51** [2] - 104:23, 105:3

**4**

**4** [9] - 89:16, 118:23, 120:24, 138:23, 138:24, 161:10, 161:25, 182:17, 182:22
**4,000** [1] - 207:5
**4,940** [2] - 141:8, 141:23
**4-C** [1] - 93:17
**4-K** [2] - 77:24, 78:3
**40** [1] - 155:18
**402** [1] - 105:20
**49** [2] - 79:9, 97:21
**4A** [3] - 89:23, 90:3, 90:7
**4C** [3] - 91:23, 91:24, 92:6
**4K** [2] - 79:14, 79:19
**4th** [2] - 119:19, 121:22

**5**

**5** [4] - 58:10, 58:15, 96:19, 138:17
**5/9** [2] - 105:3, 108:6
**50** [30] - 39:11, 42:13, 87:21, 119:3, 120:3, 124:11, 129:9, 139:2, 139:10, 139:19, 141:12, 145:23, 150:24, 150:25, 151:12, 154:2, 154:21, 160:18, 160:22, 160:25, 161:1, 188:7, 192:1, 206:7, 216:8, 216:19, 216:20, 217:5
**50,000** [1] - 187:21
**50/50** [3] - 97:20, 139:8, 139:10
**500** [1] - 1:22
**504** [1] - 1:23
**51** [6] - 79:8, 79:11, 87:21, 97:21, 98:1
**57** [1] - 2:13
**589-7779** [1] - 1:23
**5K** [6] - 138:13, 138:23, 138:24,

139:4, 139:5
**5th** [1] - 161:18

**6**

**6** [5] - 2:4, 2:6, 97:7,
100:4, 118:9
**60** [2] - 105:24, 106:18
**61** [3] - 105:20,
109:15, 157:4
**610** [4] - 11:3, 11:4,
15:5, 16:1
**64** [2] - 153:11, 153:18
**6:15** [1] - 118:8
**6:25** [1] - 173:7

**7**

**7** [5] - 58:12, 118:3,
140:18, 141:17,
148:6
**70130** [1] - 1:22
**70802** [1] - 1:18
**73** [1] - 2:14
**74** [3] - 2:15, 153:12,
153:19
**75** [3] - 44:11, 72:14,
164:17
**750,000** [2] - 38:21,
38:22
**7th** [3] - 138:10,
140:20, 148:20

**8**

**8** [4] - 145:6, 197:2,
197:4, 197:7
**88** [1] - 2:16
**8:23** [1] - 140:20
**8:24** [1] - 114:21
**8:56** [1] - 100:4
**8:58** [2] - 145:6, 220:3
**8th** [2] - 145:14,
145:17

**9**

**9** [3] - 108:9, 108:12,
109:23
**9,880** [1] - 141:24
**90** [1] - 2:17
**92** [1] - 2:18
**935** [2] - 12:23, 103:10
**96** [1] - 2:19
**97** [1] - 2:20
**98** [1] - 2:21
**99** [1] - 2:22

**9th** [2] - 104:15,
110:17

**A**

**a.m** [3] - 100:4,
138:10, 163:16
**abandoned** [1] - 180:9
**abide** [1] - 50:19
**ability** [2] - 6:1, 220:15
**able** [8] - 5:19, 81:18,
82:23, 92:16, 95:19,
96:13, 150:17,
155:17
**above-entitled** [1] -
220:16
**absence** [1] - 147:2
**absolutely** [8] - 97:2,
136:14, 158:5,
181:13, 182:25,
183:22, 184:21,
187:5, 193:2
**accept** [1] - 65:17
**accepted** [1] - 126:10
**access** [3] - 45:2,
45:3, 109:16
**accessed** [1] - 45:4
**according** [3] - 77:10,
88:24, 104:14
**accordingly** [1] -
112:22
**account** [14] - 30:2,
42:18, 42:21, 42:22,
43:2, 43:11, 43:13,
43:14, 43:16, 43:18,
43:24, 111:19,
141:11
**accountant** [17] -
29:25, 30:1, 30:4,
30:24, 33:22, 43:5,
43:8, 43:15, 78:18,
100:13, 112:8,
112:11, 122:11,
122:14, 122:15,
122:16, 138:11
**accountants** [13] -
28:14, 34:1, 34:4,
34:19, 62:2, 100:6,
100:10, 200:12,
201:14, 203:13,
210:7, 211:22,
213:13
**accounting** [14] -
29:21, 34:5, 34:6,
34:7, 34:10, 34:12,
34:18, 141:20,
200:24, 201:18
**accounts** [1] - 111:8
**accurate** [2] - 5:5,

164:21
**Act** [1] - 97:8
**acting** [2] - 81:14,
81:15
**action** [7] - 11:24,
12:4, 14:20, 14:21,
19:9, 23:14, 59:19
**ACTION** [1] - 1:6
**actions** [2] - 15:1,
71:8
**active** [3] - 73:25,
75:13, 76:21
**actively** [2] - 87:3,
90:10
**activity** [1] - 58:22
**actual** [7] - 22:21,
29:25, 92:19, 93:5,
93:18, 94:1, 171:3
**adamant** [1] - 182:23
**adamantly** [1] -
125:20
**add** [7] - 31:2, 31:3,
161:15, 162:23,
198:2, 218:1, 218:3
**addition** [1] - 153:24
**additional** [2] - 74:4,
161:2
**address** [8] - 8:25,
9:2, 9:5, 15:6, 77:12,
101:16, 113:11,
210:20
**addressed** [1] -
174:17
**addressing** [1] -
198:18
**Adley** [1] - 6:22
**administer** [1] - 5:23
**administration** [2] -
4:13, 32:17, 55:14
**Administration** [9] -
34:25, 37:24, 41:24,
41:25, 44:21, 47:15,
54:2, 69:11, 83:19
**administrative** [1] -
51:13
**Administrative** [2] -
68:9, 90:23
**Administrator** [12] -
19:6, 20:1, 20:3,
23:1, 24:18, 42:3,
44:4, 46:9, 58:6,
58:22, 71:5, 165:25
**administrator** [11] -
46:10, 56:25, 60:2,
66:21, 67:17, 67:21,
67:24, 70:5, 87:1,
88:9, 109:12
**Administrator's** [1] -
45:18
**admiralty** [1] - 14:16

**admission** [1] - 5:8
**admit** [2] - 126:8
**admitted** [1] - 7:8
**advertising** [3] - 21:1,
21:8, 21:17
**advice** [3] - 26:2, 85:5,
85:13
**advise** [3] - 91:5,
142:4, 142:10
**advised** [4] - 67:16,
142:7, 142:13,
179:14
**affects** [1] - 94:12
**afraid** [1] - 199:19
**after-sale** [1] - 16:7
**afternoon** [1] - 4:5
**agenda** [6] - 198:5,
198:6, 198:11,
198:13, 198:16,
199:24
**agent** [4] - 72:24,
76:10, 137:15,
137:20
**aggravating** [2] -
102:10, 104:7
**ago** [5] - 23:5, 75:14,
121:14, 121:20,
124:16
**agree** [6] - 61:19,
119:10, 120:7,
120:21, 134:21,
170:2, 194:1, 218:16
**agreed** [6] - 119:14,
120:1, 121:17,
151:25, 153:20,
164:10, 164:15,
164:17, 164:21
**agreeing** [1] - 129:1
**Agreement** [1] - 58:4
**agreement** [39] - 14:8,
36:15, 41:19, 49:14,
57:7, 58:8, 60:24,
119:6, 119:8,
119:12, 119:13,
120:8, 120:9,
120:12, 120:13,
120:25, 121:2,
121:3, 121:5, 121:9,
121:17, 121:19,
139:14, 139:18,
139:20, 150:18,
151:9, 151:12,
151:23, 151:24,
152:1, 152:4, 152:6,
152:22, 153:22,
161:1, 202:13,
202:14
**agriculture** [1] - 101:6
**ahead** [3] - 10:4,
126:21, 151:21

**admission** [1] - 5:8
**ain't** [1] - 146:3
**Alabama** [2] - 209:10,
212:10
**Alfortish** [4] - 11:7,
13:6, 13:16, 75:15
**ALFORTISH** [1] - 11:9
**ALL** [1] - 1:8
**allegations** [1] - 4:12
**allowed** [1] - 83:3
**alluded** [1] - 210:8
**almost** [8] - 34:17,
37:17, 53:5, 57:5,
172:17, 187:25,
214:17, 216:12
**amenities** [1] - 8:24
**amount** [7] - 65:15,
72:10, 106:11,
140:4, 151:10,
153:12, 155:2
**amounts** [2] - 111:2,
111:12
**amply** [1] - 216:4
**analysis** [5] - 204:23,
205:1, 205:11,
205:17, 205:18
**AND** [1] - 2:16
**Andry** [106] - 9:23,
10:3, 13:11, 13:12,
13:13, 17:1, 17:2,
17:14, 20:16, 20:21,
20:23, 21:2, 21:5,
22:7, 22:21, 23:4,
23:8, 26:22, 27:3,
27:5, 28:16, 28:22,
32:12, 34:23, 53:9,
54:3, 54:16, 55:14,
56:8, 56:23, 62:24,
67:3, 69:13, 101:1,
101:21, 101:24,
102:2, 102:8,
102:21, 102:22,
102:24, 102:25,
103:2, 103:3, 103:4,
103:11, 103:14,
103:19, 103:20,
103:23, 103:24,
104:2, 104:6,
108:25, 113:9,
114:5, 115:16,
122:10, 122:19,
123:15, 128:25,
130:10, 130:21,
131:6, 131:19,
132:4, 132:13,
132:25, 133:7,
133:8, 133:12,
133:19, 133:21,
136:2, 136:4, 140:1,
141:7, 144:11,
145:21, 153:24,

154:1, 154:2, 154:8, 154:20, 155:3, 155:10, 155:12, 155:14, 155:15, 173:24, 174:1, 175:25, 178:4, 179:16, 180:22, 181:1, 181:2, 184:13, 185:17, 186:9, 186:17, 188:12, 216:21
**Andry's** [2] - 28:4, 154:9
**Andrys** [2] - 17:4, 104:8
**Andy** [1] - 193:22
**answer** [5] - 5:2, 53:3, 63:14, 107:14, 157:10
**answered** [2] - 40:11, 62:7
**answering** [3] - 5:1, 111:25, 112:3
**answers** [3] - 4:20, 48:6, 79:23
**anxious** [1] - 158:19
**anyway** [2] - 180:11, 208:19
**apart** [1] - 202:9
**apartment** [1] - 9:13
**apologize** [1] - 53:20
**appeal** [10] - 65:17, 88:25, 116:24, 117:2, 117:3, 117:15, 117:21, 147:12, 190:3
**appealed** [3] - 65:19, 101:11, 147:13
**appeals** [4] - 102:12, 102:14, 116:19, 117:6
**appear** [4] - 58:23, 115:11, 171:4, 171:19
**appearance** [6] - 58:17, 59:16, 60:5, 86:25, 170:10, 171:17
**APPEARANCES** [1] - 1:13
**appearances** [1] - 59:19
**appellate** [1] - 90:5
**apply** [1] - 36:22
**Appointing** [1] - 58:5
**appointment** [1] - 4:11
**appreciate** [3] - 4:7, 4:8, 71:10
**appropriate** [3] -

58:17, 59:19, 199:12
**approval** [1] - 58:21
**April** [5] - 74:3, 152:24, 153:11, 153:14, 153:18
**APRIL** [1] - 1:5
**architects** [1] - 101:9
**area** [1] - 8:21
**argue** [1] - 111:24
**arms** [1] - 214:14
**arrangement** [8] - 14:4, 20:19, 22:8, 22:19, 67:2, 154:23, 155:3, 171:4
**arrangements** [2] - 15:2, 131:16
**arrears** [2] - 66:5, 66:7
**ASHLEY** [3] - 78:24, 80:4, 80:5
**aside** [2] - 198:13, 216:1
**asset** [1] - 16:11
**assets** [1] - 97:16
**assigned** [2] - 29:22, 56:23
**assigning** [1] - 210:6
**Assignment** [1] - 97:8
**assist** [2] - 99:5, 107:18
**assistance** [1] - 216:4
**assisted** [1] - 107:13
**assisting** [1] - 107:12
**associate** [2] - 7:3, 10:22
**associated** [4] - 74:5, 102:21, 154:19, 155:11
**associates** [3] - 7:6, 7:17, 13:14
**association** [2] - 7:2, 85:5
**assume** [6] - 57:3, 57:13, 114:11, 115:7, 131:7, 140:1
**assumed** [3] - 140:10, 145:23, 169:14
**assuming** [3] - 117:8, 179:4
**Attached** [1] - 113:13
**attached** [4] - 58:1, 73:9, 112:10, 218:9
**attack** [1] - 77:8
**attended** [1] - 185:8
**attention** [11] - 18:5, 18:9, 39:17, 44:1, 52:18, 58:15, 89:16, 94:1, 100:3, 135:8, 200:14
**attorney** [14] - 7:21, 80:25, 81:14,

107:16, 108:15, 108:16, 114:11, 129:3, 130:1, 132:23, 137:12, 181:9, 209:16
**ATTORNEY** [1] - 1:18
**attorneys** [3] - 107:18, 113:21, 203:24
**attributed** [3] - 182:18, 185:14, 192:11
**attributing** [2] - 183:8, 194:17
**auto** [5] - 185:20, 185:21, 187:12, 187:13, 187:16
**automatically** [2] - 204:23
**available** [1] - 166:24
**averaged** [1] - 30:19
**avoid** [1] - 58:17
**award** [2] - 211:18, 217:16
**aware** [12] - 20:15, 20:17, 50:9, 52:21, 53:7, 69:13, 69:14, 83:23, 84:2, 85:16, 193:22, 205:7
**awkward** [2] - 19:23, 20:13

## B

**Backes** [7] - 136:18, 136:22, 143:1, 143:25, 144:14, 174:2, 181:8
**background** [1] - 6:10
**bad** [5] - 26:9, 82:15, 147:1, 191:1, 196:20
**bag** [1] - 207:2
**balance** [5] - 87:23, 150:17, 151:22, 153:11, 187:22
**Bank** [1] - 43:18
**bank** [2] - 43:20, 111:8
**Bar** [2] - 7:8, 7:12
**bar** [2] - 7:9, 7:10
**Baronne** [14] - 10:13, 11:3, 11:4, 12:16, 12:17, 12:19, 12:22, 13:4, 15:5, 16:1, 16:19, 16:25, 103:7, 155:15
**barrel** [1] - 158:15
**base** [1] - 51:5
**baseball** [1] - 214:9
**based** [10] - 12:10, 14:21, 17:19, 66:20,

123:20, 124:14, 134:24, 180:16, 190:16, 191:24
**basis** [8] - 9:7, 14:7, 56:4, 72:6, 107:21, 107:24, 108:1, 146:14
**BATON** [1] - 1:18
**beach** [2] - 21:15, 209:19
**became** [16] - 12:2, 12:5, 41:23, 61:10, 71:15, 83:18, 83:23, 84:2, 85:16, 86:15, 103:3, 103:4, 180:22, 193:22, 203:23, 212:16
**becoming** [1] - 39:4
**BEFORE** [1] - 1:11
**began** [1] - 42:2
**beginning** [6] - 11:16, 12:25, 13:1, 20:25, 40:3, 100:12
**begins** [1] - 113:2
**behalf** [5] - 5:4, 98:23, 213:5
**behind** [3] - 10:2, 76:6, 212:21
**BEL** [6] - 102:2, 204:10, 204:12, 204:15, 205:10, 206:5
**Belden** [1] - 79:1
**belief** [3] - 40:1, 155:3, 155:5
**bell** [2] - 197:23, 198:11
**bells** [1] - 214:6
**Ben** [2] - 4:18, 217:23
**benefiting** [2] - 82:16, 140:5
**BENJAMIN** [1] - 1:14
**beside** [1] - 149:1
**best** [7] - 6:1, 42:5, 42:8, 84:9, 176:7, 178:15, 220:15
**better** [4] - 21:24, 80:9, 96:8, 178:16
**between** [12] - 17:12, 18:15, 53:9, 105:5, 105:7, 106:22, 152:16, 160:1, 176:19, 179:9, 179:14, 215:18, 215:19
**BG** [2] - 117:2, 117:3
**big** [15] - 7:4, 11:13, 14:14, 17:17, 31:11, 35:18, 45:5, 82:21, 135:1, 135:17,

137:12, 158:14, 201:25, 209:8, 211:18
**bigger** [1] - 79:21
**biggest** [1] - 211:23
**bill** [1] - 12:7
**bills** [1] - 43:6
**bit** [8] - 4:6, 17:6, 42:14, 49:6, 55:25, 79:21, 118:10, 149:6
**bite** [1] - 164:13
**bitter** [2] - 119:3, 119:20
**black** [1] - 50:2
**blah** [3] - 21:25
**blow** [1] - 135:4
**Blue** [15] - 79:8, 79:12, 79:14, 79:17, 79:20, 79:24, 82:20, 85:22, 85:23, 96:20, 97:13, 97:17, 97:18, 97:25
**board** [5] - 36:4, 38:3, 49:14, 50:16, 51:20
**boards** [1] - 211:1
**boat** [22] - 76:15, 76:17, 76:22, 79:4, 79:7, 80:5, 80:8, 80:9, 80:18, 80:19, 80:23, 81:2, 87:11, 87:12, 87:13, 90:20, 113:16, 145:19, 163:5
**boats** [7] - 80:6, 80:7, 80:11, 81:4, 87:6, 87:9, 97:17
**body** [1] - 198:14
**boilerplate** [1] - 164:13
**bombarded** [2] - 210:11, 211:3
**books** [1] - 43:5
**bookshelves** [1] - 47:3
**borrowed** [1] - 15:7
**bother** [1] - 19:11
**bottom** [10] - 79:1, 113:5, 145:11, 145:12, 160:21, 192:10, 193:20, 194:15, 194:22, 210:18
**bought** [8] - 13:3, 14:1, 38:11, 77:6, 121:7, 156:21
**boy** [1] - 179:20
**BP** [40] - 20:18, 22:6, 22:19, 53:8, 54:3, 54:15, 57:4, 101:4, 101:11, 114:20, 115:4, 115:16,

117:4, 131:3, 140:8,
140:10, 143:3,
143:4, 145:15,
155:7, 156:18,
156:25, 157:8,
157:13, 169:25,
170:1, 170:12,
170:13, 170:18,
170:19, 171:8,
172:8, 172:9,
174:23, 175:1,
193:23, 194:5,
202:11, 214:12
BP's [1] - 143:12
break [9] - 4:6, 4:22,
57:18, 57:20, 90:22,
91:2, 197:10,
197:11, 209:19
breast [5] - 9:9, 10:14,
10:16, 12:4
brief [5] - 88:1, 90:9,
98:20, 118:16,
197:12
briefed [1] - 90:24
briefing [3] - 49:21,
50:20, 51:11
bring [5] - 11:18, 39:1,
48:4, 135:8, 201:20
broadcast [1] - 101:17
Brocato [3] - 11:9,
181:7, 181:10
BROCATTO [1] -
11:10
broke [7] - 174:19,
188:21, 189:2,
189:14, 190:11,
190:20
brother [5] - 10:3,
10:18, 79:6, 79:15,
79:18
brothers [1] - 98:1
brought [15] - 10:20,
10:21, 18:4, 18:9,
47:3, 55:7, 79:16,
79:17, 79:18, 79:21,
136:1, 209:8,
209:11, 209:12,
212:11
Brown [1] - 30:1
BrownGreer [16] -
30:4, 33:24, 117:5,
117:6, 188:20,
189:1, 189:12,
200:13, 200:22,
201:2, 203:13,
206:19, 210:10,
210:14, 210:17
BrownGreer's [1] -
212:21
Bryant [1] - 73:21

BRYANT [1] - 73:22
budget [1] - 39:6
budgeted [1] - 39:6
bugging [2] - 26:22,
54:4
build [1] - 42:25
building [27] - 11:6,
13:2, 13:3, 13:5,
13:7, 13:24, 13:25,
14:1, 15:3, 15:8,
15:10, 15:13, 15:18,
15:23, 16:1, 16:11,
23:10, 27:6, 27:8,
27:9, 27:17, 28:23,
42:23, 46:17, 46:20,
47:11
built [1] - 38:24
bullet [11] - 48:13,
179:24, 180:13,
180:22, 181:11,
181:20, 182:7,
182:9, 182:10,
182:17, 182:21
bullets [1] - 179:8
bullshit [1] - 125:12
bunch [9] - 22:10,
102:4, 125:12,
130:10, 143:11,
144:18, 199:14,
201:17, 209:11
burned [1] - 132:14
business [41] - 8:10,
10:21, 11:17, 23:2,
35:3, 35:4, 44:13,
45:19, 45:22, 48:22,
53:4, 54:13, 73:25,
76:4, 78:1, 79:16,
80:8, 92:10, 107:23,
128:8, 128:10,
129:4, 134:20,
135:16, 138:4,
138:5, 138:6,
150:10, 150:14,
157:23, 158:25,
168:17, 168:23,
172:16, 204:3,
204:11, 204:14,
205:17, 219:15
businesses [5] -
36:23, 53:1, 60:22,
198:9, 204:11
busting [1] - 110:25
butts [1] - 110:25
buy [7] - 15:3, 75:23,
76:16, 77:4, 79:4,
79:6, 174:21
buying [1] - 76:16
BY [67] - 1:4, 1:24,
1:25, 2:6, 6:9, 28:21,
41:16, 52:13, 57:11,

57:24, 58:3, 69:16,
71:1, 73:4, 73:12,
74:21, 75:5, 88:3,
88:20, 89:15, 90:2,
90:21, 92:5, 94:10,
94:23, 96:2, 96:17,
97:6, 98:5, 98:14,
99:14, 104:12,
112:25, 116:6,
116:15, 118:1,
118:18, 127:2,
130:20, 136:11,
137:21, 140:16,
145:4, 148:1, 148:7,
152:9, 152:15,
159:18, 160:14,
161:21, 162:20,
163:10, 163:14,
164:2, 167:14,
168:8, 172:21,
173:5, 174:7,
182:20, 184:25,
185:5, 190:14,
197:14, 207:17,
214:4, 215:13

C

CA [5] - 21:19, 72:7,
72:8, 91:11, 91:12
CA's [3] - 21:12,
21:13, 70:16
Cahill [13] - 122:12,
138:10, 138:11,
140:19, 140:21,
149:7, 149:8,
149:10, 149:11,
150:16, 152:11,
152:16, 161:23
calculate [3] - 86:20,
100:11, 201:6
calculated [7] - 54:24,
62:1, 62:2, 62:3,
62:5, 206:1, 206:6
calculates [1] - 86:19
calculation [2] - 62:6,
201:13
calculations [2] -
201:15, 202:7
Calgary [2] - 121:12,
121:16
CAN [1] - 76:17
Canadian [1] - 121:2
Canal [7] - 10:24,
11:5, 12:15, 12:18,
12:19, 13:8, 75:16
canceled [1] - 47:5
canceling [1] - 158:22
CAO [25] - 45:19,
47:17, 48:25, 50:20,

55:11, 61:11, 61:14,
65:2, 76:2, 81:8,
85:17, 88:8, 91:4,
99:6, 113:3, 142:5,
203:11, 205:7,
205:20, 206:12,
207:25, 208:4,
214:18, 214:19,
215:17
capacity [2] - 218:23
captain [2] - 145:19,
163:5
caption [1] - 34:12
car [8] - 14:16, 115:21,
118:8, 188:25,
189:10, 197:7,
197:11, 217:9
card [1] - 75:1
care [3] - 15:10, 130:8,
174:15
career [1] - 6:13
careful [1] - 21:24
case [117] - 8:12,
11:13, 11:17, 12:8,
14:5, 14:18, 17:16,
23:14, 25:16, 27:10,
28:1, 30:5, 30:8,
31:19, 38:10, 46:9,
56:23, 59:22, 62:8,
63:19, 66:8, 66:16,
66:18, 68:2, 68:4,
69:3, 69:5, 69:7,
70:8, 84:23, 89:7,
89:9, 89:11, 98:25,
99:1, 99:2, 99:11,
100:21, 113:23,
115:15, 115:16,
115:21, 116:24,
122:22, 123:14,
123:22, 123:24,
124:2, 124:6, 124:7,
124:11, 125:19,
126:19, 126:20,
127:10, 129:8,
130:4, 130:6,
130:15, 130:21,
131:5, 131:24,
133:20, 136:3,
139:20, 142:25,
143:1, 144:14,
144:16, 144:18,
144:23, 145:15,
145:21, 145:24,
146:1, 146:10,
147:10, 150:5,
160:25, 168:19,
169:2, 169:3,
173:25, 174:1,
181:2, 184:12,
185:16, 185:17,

185:20, 185:21,
186:9, 186:10,
186:11, 186:21,
186:22, 187:12,
187:13, 187:20,
188:4, 188:13,
189:10, 189:18,
189:25, 190:10,
191:13, 194:3,
194:4, 211:8, 214:5,
216:7, 216:23,
217:7, 217:8,
217:10, 217:14,
217:15
Case [1] - 97:8
CASES [1] - 1:8
cases [54] - 9:9,
10:17, 14:3, 15:24,
20:18, 21:2, 21:17,
22:20, 25:20, 31:21,
37:18, 44:14, 54:3,
54:22, 67:22, 70:20,
70:23, 101:10,
107:2, 107:8,
130:11, 133:4,
136:2, 136:18,
136:25, 140:8,
140:10, 140:11,
142:9, 142:13,
143:1, 143:2, 143:8,
143:20, 151:14,
155:7, 155:8,
158:11, 173:24,
179:15, 181:1,
183:11, 184:19,
199:15, 208:14,
208:15, 208:19,
208:24, 209:1,
209:4, 212:12
Casey [87] - 56:21,
56:22, 60:15, 62:22,
63:3, 63:12, 63:13,
63:15, 65:5, 65:9,
65:21, 66:14, 66:16,
68:3, 68:13, 69:21,
70:6, 84:23, 113:14,
114:8, 114:20,
115:2, 115:5,
115:18, 116:23,
117:14, 121:23,
122:8, 122:18,
123:14, 124:7,
127:10, 129:21,
130:22, 131:1,
131:2, 133:6, 133:7,
133:17, 134:2,
135:23, 135:24,
135:25, 136:4,
136:5, 136:6, 136:7,
136:13, 136:15,
136:18, 136:21,

139:19, 142:15, 142:23, 142:25, 143:9, 143:23, 144:7, 145:15, 145:18, 145:25, 146:15, 146:18, 146:19, 146:23, 146:25, 147:2, 147:5, 147:6, 147:15, 147:20, 148:12, 150:19, 151:3, 160:17, 160:22, 162:9, 162:25, 181:3, 184:11, 184:13, 184:15, 188:19, 188:24, 196:6, 214:15

Casey's [13] - 61:11, 63:3, 63:24, 64:3, 64:4, 64:6, 64:9, 64:16, 64:22, 65:3, 67:24, 68:20, 117:20

casual [1] - 72:21

categorize [1] - 67:23

categorized [1] - 205:12

category [1] - 200:2

CATHY [1] - 1:20

Cathy [2] - 220:10, 220:20

cathy_Pepper@laed. uscourts.gov [1] - 1:23

Cathy_Pepper@laed .uscourts.gov [1] - 220:22

cattle [1] - 174:19

caught [1] - 152:2

caused [3] - 169:22, 171:12, 175:3

cc'd [1] - 209:21

CCR [2] - 1:20, 220:20

cell [7] - 14:20, 17:16, 23:19, 101:16, 210:21, 211:7, 213:1

Center [1] - 92:7

certain [6] - 4:12, 4:15, 5:2, 17:9, 17:11, 173:15

certainly [1] - 20:15

CERTIFICATE [1] - 220:8

CERTIFIED [1] - 1:21

Certified [3] - 220:10, 220:11, 220:20

certify [1] - 220:14

chain [5] - 105:2, 139:1, 140:17, 148:10, 161:5

chair [2] - 11:15, 47:3

chairs [2] - 47:3, 57:19

chance [1] - 118:22

change [12] - 16:15, 38:17, 119:5, 119:12, 119:13, 126:7, 128:9, 135:18, 164:15, 164:19, 164:22, 165:4

changed [8] - 15:21, 17:12, 52:8, 97:22, 164:15, 205:6, 205:9, 205:13, 205:17

changes [3] - 37:5, 61:7, 165:16

changing [3] - 77:18, 120:8, 120:13

charge [6] - 41:1, 41:2, 41:3, 41:4, 151:18

charging [1] - 151:14

Charles [2] - 75:19, 76:19

chart [1] - 105:17

check [31] - 27:10, 34:17, 43:3, 43:15, 48:19, 56:16, 65:9, 65:10, 65:13, 65:14, 65:18, 116:23, 117:15, 121:23, 122:7, 122:17, 141:17, 141:19, 146:19, 146:25, 147:1, 147:7, 147:16, 148:15, 150:20, 189:4, 189:25, 203:24, 203:25, 209:20, 211:8

checked [22] - 30:21, 55:15, 62:4, 107:6, 146:21, 147:3, 147:4, 147:5, 147:8, 147:10, 147:14, 147:18, 147:19, 147:21, 189:21, 214:17, 214:19, 214:20, 214:23, 214:24, 215:8

checking [10] - 61:15, 61:23, 146:12, 146:18, 147:19, 147:22, 189:20, 190:15, 215:2, 215:9

checks [1] - 43:23

Chicago [2] - 122:13, 156:8

Chieftain [1] - 77:5

children's [1] - 97:15

Chris [2] - 46:1, 109:24

Christine [36] - 9:17, 10:1, 10:9, 46:22, 70:20, 71:2, 71:17, 71:21, 72:17, 78:8, 78:13, 127:11, 131:9, 136:17, 136:25, 142:8, 142:21, 144:5, 166:2, 166:19, 166:20, 167:16, 167:18, 167:25, 168:9, 169:9, 169:17, 178:7, 178:12, 178:16, 178:18, 178:20, 178:22, 179:10, 179:21, 180:19

Christopher [3] - 100:17, 100:24, 100:25

chronology [1] - 177:16

chunk [1] - 42:12

chunks [1] - 40:6

Circuit [2] - 90:5, 213:23

cited [1] - 60:25

City [4] - 166:3, 166:6, 166:22, 167:16

CIVIL [1] - 1:6

civil [1] - 90:25

claim [153] - 26:22, 27:24, 29:6, 29:12, 30:10, 31:13, 31:16, 31:23, 32:18, 32:25, 33:2, 33:20, 54:15, 56:11, 56:16, 57:14, 57:15, 60:1, 61:11, 61:20, 61:23, 61:25, 62:5, 62:15, 62:19, 62:20, 62:22, 62:23, 62:25, 63:3, 63:24, 64:3, 64:4, 64:6, 64:9, 64:16, 64:22, 65:3, 65:9, 65:12, 65:13, 65:14, 65:17, 65:24, 66:1, 66:3, 66:21, 66:24, 67:24, 68:11, 68:12, 68:13, 68:20, 70:4, 81:8, 81:16, 81:18, 82:2, 82:5, 82:8, 82:13, 82:15, 82:17, 82:19, 82:21, 82:22, 82:24, 83:2, 83:14, 83:20, 84:3, 84:13, 85:11,

85:16, 85:18, 85:20, 86:13, 86:24, 87:10, 87:11, 91:5, 91:7, 91:16, 91:18, 91:25, 92:14, 93:5, 93:7, 93:9, 93:12, 93:16, 93:18, 94:1, 95:3, 95:9, 95:11, 95:17, 95:22, 98:24, 99:3, 100:23, 101:2, 101:24, 102:2, 102:9, 103:12, 103:19, 103:20, 103:23, 104:1, 104:2, 105:20, 105:25, 106:19, 107:16, 107:19, 108:24, 109:1, 109:15, 113:16, 114:20, 114:23, 115:10, 115:12, 122:2, 130:8, 133:18, 144:1, 144:24, 147:4, 147:19, 147:20, 157:4, 160:17, 162:25, 174:23, 175:12, 180:16, 181:14, 182:25, 183:2, 183:17, 183:23, 184:9, 188:22, 189:4, 189:5, 189:15, 189:17, 190:13, 190:15, 190:17, 190:23, 191:18, 193:22, 193:23, 204:2, 204:4, 204:10, 204:12, 204:15, 204:18, 204:21, 205:7, 205:9, 205:10, 205:23, 206:1, 206:5, 208:1, 210:11, 211:25, 213:22, 214:17, 216:22

Claim [1] - 69:10

claimant [10] - 33:3, 92:10, 115:12, 174:13, 175:11, 180:14, 211:16, 211:20, 212:6, 215:7

claimants [9] - 105:20, 107:18, 108:14, 175:6, 175:7, 203:24, 210:7, 211:22, 215:5

Claims [23] - 19:5, 20:1, 20:2, 22:25, 24:18, 34:25, 37:24,

41:24, 41:25, 42:2, 44:3, 44:20, 45:18, 47:15, 54:1, 58:5, 58:22, 68:9, 71:5, 83:18, 90:23, 92:7, 165:25

claims [87] - 4:13, 21:8, 22:6, 22:9, 25:18, 26:21, 32:17, 32:20, 32:21, 51:14, 53:8, 54:24, 55:13, 56:1, 56:2, 56:8, 56:11, 56:12, 56:15, 57:4, 58:20, 58:25, 61:14, 62:1, 66:11, 68:18, 70:16, 76:2, 87:10, 93:20, 95:15, 98:16, 100:9, 100:11, 101:5, 101:17, 101:19, 101:20, 105:10, 105:15, 105:17, 105:18, 106:5, 107:12, 108:21, 109:14, 113:22, 114:9, 116:19, 117:22, 133:14, 145:18, 147:13, 163:4, 179:6, 185:19, 190:21, 207:3, 207:5, 207:24, 208:9, 209:20, 210:4, 211:21, 212:15

clarify [3] - 41:12, 126:24, 219:14

class [6] - 10:1, 10:16, 11:24, 12:4, 14:20, 14:21, 15:1, 19:8, 23:14, 71:7, 175:21, 198:10, 202:10, 207:3, 207:6

clean [2] - 35:16, 158:16

cleaning [1] - 149:20

clear [6] - 42:1, 91:22, 107:20, 128:18, 180:9, 182:23

clearly [3] - 186:4, 190:6, 196:8

client [20] - 47:3, 56:24, 57:3, 60:1, 88:8, 90:10, 123:22, 123:25, 124:4, 124:5, 124:7, 130:16, 131:3, 131:19, 144:8, 144:15, 215:1, 217:12, 218:16

client's [1] - 180:22

clients [3] - 8:21, 8:22, 106:18
close [9] - 17:7, 17:9, 18:16, 24:8, 160:22, 183:25, 192:15, 195:2, 206:16
closed [2] - 103:15, 143:14
Coast [1] - 70:11
code [4] - 50:21, 50:25, 51:19
Cody [2] - 214:6, 214:8
CODY [1] - 214:8
coincidence [1] - 188:10
colleagues [1] - 95:20
college [1] - 6:11
columns [1] - 48:12
combine [1] - 80:7
comfortable [1] - 5:18
coming [16] - 9:8, 18:23, 28:17, 33:21, 43:1, 122:6, 154:9, 154:15, 155:13, 178:3, 197:8, 201:14, 210:5, 216:9
comment [1] - 212:15
communicate [1] - 106:23
communication [3] - 113:18, 149:5, 160:1
communications [8] - 62:17, 62:21, 63:7, 63:9, 64:2, 135:13, 142:6, 149:3
companies [3] - 72:23, 110:25, 158:14
company [22] - 17:1, 30:14, 38:25, 73:13, 77:20, 80:10, 81:3, 81:6, 87:6, 87:7, 87:12, 87:19, 90:20, 97:13, 121:1, 121:2, 159:6, 188:14, 205:15, 217:11
Company [1] - 77:10
compensated [1] - 72:6
compensation [1] - 181:22
complained [1] - 54:4
complaining [7] - 34:9, 105:12, 105:23, 119:25, 120:11, 175:1
Complaint [1] - 89:18
complaint [2] - 28:4, 28:8

complaints [1] - 105:24
complete [5] - 5:5, 6:15, 108:24, 157:5, 202:6
completely [1] - 197:4
compliance [5] - 51:8, 51:9, 51:12, 51:16, 51:20
composing [1] - 106:11
COMPUTER [1] - 1:25
computer [3] - 45:3, 163:22, 180:8
computers [1] - 45:10
concept [1] - 59:16
concern [1] - 160:11
concerned [8] - 85:24, 86:1, 188:21, 190:11, 196:1, 196:3, 196:4, 196:13
concluded [2] - 7:24, 220:4
conditions [1] - 180:17
conduct [3] - 50:25, 51:19, 61:4
conference [6] - 46:12, 46:24, 47:5, 47:7, 208:7
confidential [1] - 105:24
confirm [3] - 83:6, 84:21, 148:22
confirmation [1] - 153:23
confirmed [1] - 181:13
confirms [1] - 158:4
Conflict [1] - 58:13
conflict [58] - 36:10, 49:21, 49:22, 50:3, 54:13, 54:18, 54:25, 55:5, 55:6, 55:9, 57:2, 58:17, 58:24, 59:16, 60:3, 60:5, 60:24, 62:9, 67:14, 86:16, 86:22, 86:25, 108:19, 109:5, 109:9, 117:19, 128:8, 128:16, 134:19, 134:22, 135:2, 135:15, 136:8, 169:1, 169:15, 170:3, 170:4, 170:5, 170:6, 170:10, 170:19, 170:20, 171:3, 171:5, 171:15, 171:16, 171:18, 171:20, 172:2,

172:6, 172:12, 172:14
conflicts [10] - 36:3, 36:6, 36:9, 36:13, 49:15, 50:3, 50:8, 50:15, 51:19, 59:19
conform [1] - 162:5
conforming [1] - 162:12
confronted [2] - 18:3
confused [1] - 89:14
conjunction [2] - 11:11, 14:11
connected [1] - 118:25
connection [6] - 4:10, 52:21, 52:22, 61:10, 98:24, 208:4
consider [3] - 17:7, 44:3, 71:10
consistent [1] - 182:14
construction [2] - 42:24, 101:6
construed [1] - 5:7
contact [7] - 7:25, 45:24, 100:25, 125:7, 127:14, 210:19, 211:2
contacted [2] - 101:22, 137:15
contacting [1] - 208:22
contaminated [1] - 199:19
contemplated [1] - 67:25
contempt [1] - 5:8
context [1] - 215:11
contingencies [1] - 151:17
continuation [3] - 161:13, 162:22, 192:9
continue [8] - 7:12, 75:24, 142:14, 142:16, 143:4, 164:11
continued [2] - 59:24, 88:25
continuing [8] - 54:15, 90:24, 120:18, 142:8, 143:8, 160:15
contract [13] - 14:22, 44:8, 110:23, 110:24, 144:2, 158:18, 158:19, 163:18, 164:6, 164:7, 164:20, 165:23, 195:11

Contractor [1] - 58:16
contractor [6] - 44:6, 58:20, 60:2, 61:10, 163:20, 164:4
contractors [1] - 50:21
contracts [4] - 111:1, 159:12, 163:19, 165:6
control [3] - 97:25, 98:2, 209:25
controlled [1] - 98:1
controls [4] - 145:13, 146:2, 146:4, 146:7
conversation [20] - 23:23, 25:11, 36:1, 52:23, 53:22, 53:25, 71:14, 83:16, 84:1, 94:6, 96:3, 141:22, 162:22, 173:8, 173:12, 174:5, 176:4, 176:8, 195:16
conversations [13] - 25:8, 25:10, 61:9, 62:24, 63:2, 63:4, 68:17, 68:19, 121:22, 142:2, 149:16, 150:1, 150:2
cooperation [1] - 4:8
copied [2] - 138:19, 140:24
copies [3] - 72:25, 75:7, 155:20
copy [7] - 5:11, 5:19, 91:23, 113:13, 113:25, 162:5, 219:23
Corcoran [1] - 76:18
Corey [2] - 73:23, 120:16
corporate [1] - 31:3
corporation [3] - 15:19, 15:20, 78:17
Corporation [2] - 78:5, 88:14
correct [59] - 31:19, 38:3, 39:21, 56:2, 56:23, 60:15, 61:11, 62:15, 63:21, 63:25, 65:4, 67:6, 67:21, 87:4, 94:13, 107:25, 108:17, 111:8, 113:3, 113:10, 117:10, 119:1, 125:8, 125:22, 125:25, 127:15, 127:19, 127:22, 127:23, 128:18, 128:19, 128:20, 132:15, 132:16,

134:14, 138:11, 138:12, 144:2, 160:7, 177:15, 177:18, 180:18, 181:15, 181:25, 182:2, 186:1, 186:2, 186:3, 186:4, 186:6, 187:1, 187:6, 188:8, 188:12, 191:25, 193:15, 195:22, 220:14
corrected [1] - 128:13
correcting [1] - 173:14
correctly [6] - 31:2, 62:4, 83:10, 93:13, 129:7, 206:22
correspondence [2] - 103:18, 219:24
cost [2] - 15:23, 159:7
costing [2] - 38:25, 110:22
costs [1] - 187:23
counsel [16] - 5:15, 8:13, 92:6, 99:19, 111:10, 112:1, 118:2, 133:24, 175:21, 180:23, 202:10, 207:3, 207:6, 213:15, 217:25
Counsel [1] - 73:7
counsel's [1] - 216:4
Counselor [2] - 89:21, 163:13
count [1] - 102:3
countless [1] - 31:24
country [2] - 154:13, 168:23
couple [21] - 4:24, 13:10, 23:8, 23:9, 23:11, 24:16, 25:12, 48:5, 87:14, 144:4, 145:14, 149:19, 174:13, 198:14, 203:1, 213:11, 213:12, 214:1, 214:5
course [8] - 10:5, 34:24, 35:23, 53:6, 55:11, 176:2, 213:2, 215:17
COURT [4] - 1:1, 1:20, 160:12, 197:10
Court [17] - 4:11, 5:3, 5:4, 5:7, 5:14, 5:21, 58:20, 58:25, 111:23, 124:3, 213:20, 220:11, 220:12, 220:13, 220:21, 220:22

**C O N F I D E N T I A L**

SM-02-JA00226

court [13] - 4:19, 5:9,
47:22, 47:23, 47:25,
48:3, 88:12, 98:18,
128:5, 187:23,
192:18, 197:6,
208:11
Court's [2] - 5:16, 58:5
Court-supervised [2]
- 58:20, 58:25
crazy [2] - 121:14,
209:14
create [1] - 93:1
created [2] - 86:16,
86:24
creation [1] - 97:23
credit [1] - 75:1
crew [1] - 79:4, 80:8
crisis [1] - 45:6
crooked [1] - 48:12
crossing [1] - 57:6
Crown [72] - 35:5,
35:6, 35:7, 35:16,
37:10, 37:14, 37:18,
37:20, 41:13, 41:14,
41:19, 42:16, 42:17,
42:18, 43:2, 43:11,
43:13, 43:24, 52:21,
52:24, 54:7, 54:8,
63:25, 64:4, 64:6,
64:14, 64:15, 66:5,
66:6, 66:7, 66:12,
66:19, 73:11, 73:14,
110:8, 110:10,
110:22, 111:17,
111:18, 112:6,
118:25, 120:1,
122:15, 128:9,
128:11, 134:20,
135:16, 136:9,
137:2, 137:5,
137:19, 138:2,
149:11, 149:14,
149:22, 150:10,
152:23, 153:6,
154:4, 155:20,
155:21, 158:7,
158:25, 161:9,
168:24, 192:24,
194:8, 215:18,
215:22, 216:1
CRR [2] - 1:20, 220:20
Cummins [4] - 89:18,
90:8, 99:2, 99:11
curb [1] - 207:8
current [3] - 16:20,
81:6, 216:9

**D**

d/b/a [3] - 78:10, 78:15
dad [8] - 77:25, 79:5,
79:11, 79:15, 80:11,
97:21
daily [2] - 32:10,
107:21
Dallas [1] - 158:24
damage [1] - 113:16
damn [1] - 102:8
Dartez [3] - 38:6,
73:16, 73:18
database [2] - 95:21,
213:5
date [23] - 59:6, 59:9,
90:7, 90:23, 92:19,
93:1, 93:11, 93:12,
93:15, 95:17, 95:21,
96:12, 96:13, 98:12,
116:12, 120:7,
148:5, 152:4,
152:12, 159:4,
159:5, 165:8, 177:9
dated [12] - 58:6, 99:9,
99:17, 145:6, 156:2,
159:22, 161:23,
163:15, 164:24,
165:23, 176:13,
177:19
dates [4] - 101:2,
111:2, 111:12,
112:14
dating [7] - 24:10,
65:10, 188:20,
189:1, 189:9,
189:11, 190:7
Dave [2] - 124:17,
127:4
David [26] - 35:19,
50:11, 52:2, 52:11,
102:15, 102:16,
116:16, 116:18,
116:25, 117:8,
117:10, 124:25,
137:10, 137:11,
137:14, 137:18,
159:15, 164:7,
164:10, 164:21,
165:12, 165:14,
167:23, 172:24,
185:2, 185:9
days [14] - 43:15,
93:23, 121:21,
153:19, 174:13,
178:15, 178:16,
178:17, 178:24,
179:18, 202:3, 214:1
deadline [3] - 202:19,

202:20, 202:22
deal [8] - 29:24, 40:23,
79:15, 135:1, 151:1,
159:9, 208:19,
216:16
dealing [8] - 45:5,
45:6, 132:19,
132:21, 209:18
December [8] - 32:7,
93:19, 96:5, 121:24,
122:8, 122:20,
123:1, 125:4
decide [1] - 217:13
decided [8] - 65:17,
78:16, 80:7, 97:20,
103:6, 189:18,
200:23
decision [1] - 5:16
decisions [2] - 5:14,
81:20
Deepwater [1] - 92:7
DEEPWATER [1] - 1:4
defense [1] - 7:3
define [2] - 44:6,
127:7
definitely [2] - 48:2,
109:13
DeJean [5] - 198:17,
198:20, 199:2,
199:14, 199:22
DeJean's [1] - 199:25
delayed [3] - 4:5,
68:24, 159:13
demanding [1] -
212:25
demo [2] - 54:10,
159:6
demonstrate [1] -
39:2
demonstrations [1] -
54:8
denied [2] - 124:21,
125:20
department [3] - 7:22,
46:2, 198:16
deposit [1] - 141:11
deposition [3] - 45:23,
46:9, 47:6
depositions [1] -
48:20
depository [1] - 12:7
derivative [1] - 214:12
DeSantis [4] - 129:11,
129:20, 148:15,
160:2
describe [5] - 11:19,
14:10, 22:13, 36:8,
196:17
described [15] - 16:20,
33:13, 33:16, 40:7,

41:6, 50:24, 114:9,
127:8, 135:6,
171:16, 177:1,
203:10, 210:4,
212:25, 216:3
describing [1] -
118:24
DESCRIPTION [1] -
2:11
description [2] -
118:24, 215:16
descriptive [1] - 198:9
designated [1] -
203:11
desk [5] - 47:3,
174:12, 175:6,
177:7, 212:17
detail [6] - 55:10,
55:24, 66:25, 106:7,
106:11, 107:11
determine [4] - 65:4,
66:25, 92:12, 95:20
developed [3] - 17:12,
35:15, 35:16
developer [1] - 174:21
devote [3] - 163:20,
164:5, 164:16
DHE [4] - 98:24,
210:20, 216:14,
216:16
DHECC [1] - 180:2
DHECC [1] - 180:2
diabetic [1] - 77:7
died [1] - 77:7
difference [2] -
215:18, 215:19
different [17] - 34:16,
47:21, 53:19, 60:22,
64:4, 64:7, 74:2,
79:20, 89:20, 95:13,
95:14, 95:15, 104:1,
110:25, 136:23,
213:4, 217:19
difficult [1] - 201:19
digest [1] - 202:3
Dimension [8] - 77:9,
77:13, 77:16, 77:18,
77:20, 77:22
dinner [2] - 19:13
direct [8] - 39:17,
44:1, 52:18, 58:15,
89:16, 102:1,
152:23, 153:6
directing [2] - 95:20,
100:3
directly [11] - 8:14,
42:16, 71:18, 143:3,
143:4, 143:11,
150:3, 168:20,
169:4, 188:13, 210:5
disarray [1] - 157:5

disbursed [5] - 122:2,
122:22, 122:23,
122:24, 191:14
disbursement [2] -
125:5, 188:11
disclose [1] - 69:8
disclosed [6] - 55:4,
55:5, 60:7, 60:11,
69:10, 69:15
discontinued [1] -
103:15
discuss [5] - 36:3,
208:9, 208:14,
208:15, 208:25
discussed [20] - 18:4,
26:12, 29:6, 44:10,
55:21, 73:16,
108:18, 121:22,
159:19, 160:16,
161:6, 162:4,
191:22, 192:7,
192:13, 192:22,
194:6, 195:3, 204:3,
204:9
discussing [7] -
150:4, 161:13,
162:22, 178:21,
181:18, 194:12,
195:12
discussion [8] -
25:22, 37:13, 119:5,
119:22, 172:23,
175:22, 177:10,
194:16, 199:1
discussions [2] -
119:23, 178:11
dismissal [1] - 88:14
dismissed [2] - 89:6,
89:8
disorganized [1] -
157:2
disposition [1] - 16:17
dispute [1] - 179:17
dissolved [1] - 97:15
distinguished [1] -
133:24
DISTRICT [2] - 1:1,
1:1
District [4] - 88:16,
220:13, 220:22
disturbs [1] - 94:11
Ditka [1] - 75:21
Ditka's [2] - 75:19,
75:21
divesting [1] - 70:5
divide [1] - 14:12
divided [3] - 13:11,
34:14, 34:15
dock [1] - 27:25
docket [8] - 88:14,

88:18, 88:19, 88:24, 89:20, 90:3, 90:6, 115:23
**docks** [1] - 28:1
**doctor** [3] - 82:5, 82:8, 217:12
**doctorate** [1] - 6:17
**document** [29] - 12:7, 37:3, 37:7, 58:9, 58:14, 71:7, 76:6, 79:24, 91:19, 92:8, 92:12, 93:17, 97:23, 99:20, 100:4, 104:14, 104:18, 106:2, 116:20, 148:3, 156:1, 161:11, 161:25, 163:23, 163:24, 165:2, 172:22, 194:13
**documentation** [1] - 111:11
**documents** [12] - 87:14, 88:10, 88:11, 88:12, 88:21, 109:11, 112:9, 217:24, 218:8, 218:10, 218:12, 218:13
**Documents** [1] - 92:25
**dollar** [1] - 194:4
**dollars** [1] - 40:19
**don'ts** [2] - 50:2, 51:6
**done** [48] - 30:3, 33:15, 44:16, 46:13, 48:2, 49:3, 54:23, 55:22, 65:12, 66:16, 69:3, 69:5, 70:11, 98:23, 98:25, 99:1, 100:19, 105:9, 106:13, 109:20, 109:21, 120:25, 121:19, 123:21, 124:8, 124:10, 126:21, 127:9, 127:12, 128:24, 129:8, 129:9, 135:7, 135:19, 139:19, 151:13, 151:25, 153:23, 158:2, 165:1, 180:5, 198:8, 200:19, 202:25, 203:4, 212:20, 212:22
**door** [6] - 28:17, 35:14, 44:22, 44:23, 71:20, 176:6
**dos** [2] - 50:2, 51:5
**double** [1] - 30:21

**double-checked** [1] - 30:21
**doubt** [4] - 57:17, 74:24, 108:10, 111:21
**down** [34] - 4:20, 15:7, 15:11, 19:22, 29:5, 36:11, 38:12, 47:7, 47:8, 47:9, 50:1, 51:4, 51:11, 51:16, 55:8, 77:4, 78:4, 78:18, 78:20, 78:23, 103:3, 103:15, 129:10, 149:20, 152:20, 157:23, 180:21, 182:6, 185:12, 185:13, 197:3, 198:1, 200:16, 210:4
**downstairs** [1] - 11:1
**downturn** [1] - 174:20
**draft** [3] - 200:6, 200:9
**drafting** [1] - 200:8
**dragging** [2] - 121:13, 121:19
**draw** [2] - 157:22, 157:24
**Drew** [1] - 137:20
**drive** [2] - 41:3, 209:14
**drop** [1] - 206:7
**Dude** [1] - 211:9
**due** [6] - 38:17, 152:22, 153:5, 153:6, 219:5
**Duke** [1] - 150:11
**duly** [1] - 6:5
**during** [12] - 9:9, 10:5, 12:20, 20:11, 31:21, 40:7, 40:18, 53:16, 55:10, 87:4, 125:16, 179:5
**duties** [1] - 58:19
**duty** [1] - 25:16
**Duval** [5] - 102:15, 102:16, 116:16, 116:18, 116:22, 116:25
**DWH** [1] - 198:16

## E

**e-mail** [86] - 29:23, 30:6, 47:25, 48:13, 55:12, 62:17, 62:21, 83:8, 84:21, 98:11, 98:12, 99:9, 99:17, 99:22, 100:5, 101:16, 104:13,

104:24, 105:2, 107:22, 109:22, 110:3, 110:6, 110:8, 112:19, 113:1, 113:5, 113:6, 113:11, 114:9, 116:16, 118:23, 119:16, 119:19, 120:23, 121:16, 126:1, 126:10, 127:5, 127:19, 138:10, 138:22, 139:1, 140:17, 140:19, 140:24, 141:10, 141:16, 145:6, 145:7, 149:8, 149:12, 150:14, 150:15, 151:2, 151:20, 152:10, 153:9, 156:2, 158:7, 158:12, 158:21, 159:25, 161:5, 161:22, 163:15, 164:3, 168:10, 174:11, 174:14, 174:16, 174:17, 175:11, 175:17, 176:3, 177:4, 178:2, 178:6, 191:12, 192:13, 192:16, 192:17, 192:18, 192:22, 193:23, 197:19, 207:18, 210:20
**e-mailed** [5] - 29:25, 30:3, 69:19, 71:6, 100:18
**e-mailing** [2] - 154:17, 209:20
**e-mails** [44] - 45:23, 46:4, 46:5, 55:24, 56:3, 61:9, 63:5, 64:10, 64:11, 66:25, 68:17, 98:7, 101:15, 106:6, 106:10, 111:23, 112:10, 121:22, 125:1, 134:6, 134:7, 149:1, 149:4, 149:24, 150:2, 151:5, 152:16, 155:25, 158:3, 159:22, 162:4, 162:11, 174:11, 175:5, 191:2, 191:23, 191:25, 193:25, 194:1, 194:16, 196:3, 195:18, 196:2, 211:3
**EADES** [2] - 87:9, 90:14

**early** [3] - 84:4, 169:8, 171:24
**earned** [2] - 215:20, 216:22
**earnings** [3] - 216:24, 216:25
**easier** [1] - 47:13
**East** [1] - 9:3
**Easter** [2] - 137:25
**EASTERN** [1] - 1:1
**Eastern** [2] - 88:16, 220:13
**easy** [2] - 33:17, 33:23
**eat** [1] - 19:20
**Economic** [1] - 113:14
**economic** [1] - 205:18
**educational** [1] - 6:10
**effect** [4] - 101:18, 151:10, 193:8, 196:14
**effective** [2] - 59:9, 165:3
**effectively** [1] - 168:18
**effectuated** [1] - 42:15
**efficiency** [1] - 4:25
**eight** [3] - 15:16, 38:13, 95:14
**either** [28] - 12:25, 13:1, 16:13, 29:25, 30:4, 36:12, 38:14, 43:17, 46:1, 71:5, 72:24, 84:16, 85:14, 87:21, 89:5, 91:4, 95:5, 96:3, 98:17, 103:9, 115:25, 181:23, 186:25, 190:8, 192:18, 198:21, 210:5, 218:22
**elementary** [1] - 123:11
**elevator** [1] - 35:14
**eligibility** [3] - 33:19, 65:15, 100:8
**Elmhurst** [2] - 38:7, 73:18
**emphasized** [2] - 185:19, 187:10
**employ** [1] - 71:2
**employee** [3] - 41:24, 41:25, 44:3
**employment** [7] - 6:19, 6:20, 49:14, 54:15, 57:7, 71:16, 166:3
**end** [9] - 12:8, 40:3, 140:21, 141:8, 160:8, 163:12, 192:8, 197:8, 213:21
**ended** [7] - 44:18,

47:11, 77:18, 141:25, 144:3, 167:11, 203:9
**ends** [1] - 162:7
**enemies** [2] - 175:25, 178:4
**enjoyed** [2] - 211:13
**entered** [3] - 58:6, 170:7, 172:2
**Enterprises** [1] - 75:7
**entities** [1] - 219:15
**entitled** [13] - 18:13, 26:11, 40:13, 58:4, 58:12, 69:1, 126:20, 129:8, 139:8, 141:12, 150:23, 168:10, 220:16
**entity** [1] - 22:22
**entity's** [1] - 155:21
**entry** [2] - 92:25, 198:14
**environment** [1] - 45:16
**equal** [1] - 15:18
**equate** [1] - 151:11
**equity** [2] - 15:2, 87:20
**equivalent** [1] - 6:17
**ESCH** [1] - 73:23
**Eschweiler** [1] - 73:24
**ESQ** [2] - 1:10, 1:18
**ESQUIRE** [1] - 1:14, 1:17
**essence** [1] - 199:19
**estate** [1] - 17:1
**estimate** [3] - 42:8, 213:3, 213:4
**etcetera** [3] - 51:14, 129:1
**ethics** [5] - 50:18, 50:19, 50:21, 50:25, 51:19
**evened** [1] - 97:22
**event** [1] - 38:23
**eventually** [6] - 9:10, 10:20, 37:3, 46:6, 80:13
**evidently** [1] - 137:4
**exact** [1] - 28:2
**exactly** [13] - 7:16, 8:20, 9:8, 32:22, 40:10, 91:8, 95:12, 112:20, 126:18, 172:11, 180:24, 187:25, 193:13
**EXAMINATION** [4] - 2:6, 6:8, 214:3, 215:12
**EXAMINATIONS** [1] - 2:2

**C O N F I D E N T I A L**

SM-02-JA00228

examined [1] - 6:6
example [6] - 30:14, 42:23, 67:25, 108:22, 217:9
except [4] - 41:10, 134:3, 135:10, 146:6
exchange [7] - 8:6, 16:8, 99:21, 104:19, 104:23, 116:22, 161:13
exchanges [2] - 160:3, 160:15
excluded [4] - 60:23, 61:1, 61:5, 198:10
excuse [6] - 98:9, 126:13, 194:18, 195:1, 195:5, 195:7
exercise [1] - 31:22
Exhibit [41] - 57:23, 60:25, 73:3, 74:18, 89:16, 90:1, 92:4, 92:23, 96:16, 96:19, 97:5, 97:7, 98:4, 98:6, 99:13, 104:11, 112:18, 112:24, 116:5, 117:25, 118:2, 138:9, 140:15, 145:3, 147:25, 152:8, 159:17, 160:20, 161:3, 161:20, 161:22, 163:9, 165:9, 168:7, 168:9, 172:20, 182:15, 184:24, 197:17, 204:22, 207:16
EXHIBIT [25] - 2:13, 2:14, 2:15, 2:17, 2:18, 2:19, 2:20, 2:21, 2:22, 2:23, 2:24, 2:25, 3:1, 3:2, 3:3, 3:4, 3:5, 3:6, 3:7, 3:8, 3:9, 3:10, 3:11, 3:12, 3:13
exhibit [8] - 58:6, 76:24, 96:18, 97:8, 112:10, 114:21, 162:6, 185:1
Exhibits [1] - 88:6
exhibits [1] - 182:14
EXHIBITS [1] - 2:16
existed [1] - 180:7
expansive [1] - 212:25
expect [4] - 66:19, 150:18, 214:20, 214:25
expectation [2] - 40:1, 66:5
expected [6] - 66:11, 66:15, 66:18, 67:25,

68:3, 155:8
expecting [1] - 64:19
expenses [20] - 21:1, 21:22, 40:13, 40:14, 40:18, 40:22, 41:2, 41:5, 41:6, 41:10, 41:20, 42:9, 42:21, 149:11, 149:14, 152:2, 159:5, 159:8, 159:9, 187:23
expensive [1] - 39:4
experience [2] - 71:7, 200:15
experiences [1] - 59:18
explain [4] - 134:7, 140:25, 141:4, 209:12
explained [11] - 30:23, 31:2, 31:10, 99:4, 183:17, 192:12, 192:21, 192:22, 193:5, 201:16, 216:4
explanation [2] - 128:22, 196:22
extension [3] - 219:2, 219:7, 219:8
extent [7] - 12:6, 63:22, 107:13, 108:18, 155:24, 178:1, 183:15
eyes [1] - 171:23

**F**

facilities [4] - 30:10, 30:12, 30:15, 31:4
facility [2] - 30:14, 39:1
fact [19] - 33:12, 38:17, 45:25, 55:19, 62:14, 63:23, 65:25, 107:20, 112:9, 126:2, 126:10, 135:6, 137:14, 156:20, 180:9, 196:16, 196:18, 206:13, 208:21
factor [1] - 14:14
facts [2] - 58:24, 171:20
fair [1] - 51:18
fairly [1] - 190:17
false [1] - 5:7
familiar [6] - 51:8, 59:15, 88:23, 92:13, 208:3, 214:11
family [3] - 18:22, 20:12, 80:4

far [15] - 31:13, 41:9, 76:1, 76:21, 101:24, 102:25, 112:11, 133:7, 142:10, 149:24, 188:1, 193:15, 202:9, 204:7, 206:15
farm [1] - 174:21
farmer [2] - 174:19, 175:2
farmers [1] - 101:9
fast [1] - 71:15
faxed [2] - 46:4
FBI [2] - 137:15, 137:20
fear [2] - 189:24, 199:2
February [6] - 153:9, 156:2, 165:3, 185:22, 187:13, 187:19
federal [6] - 47:21, 47:23, 47:24, 48:3, 98:18, 99:5
fee [128] - 12:9, 17:18, 63:22, 64:6, 64:18, 64:20, 64:25, 66:14, 66:15, 67:7, 67:8, 67:12, 68:4, 68:22, 68:24, 69:6, 69:17, 69:25, 72:12, 121:23, 122:1, 122:7, 122:17, 122:19, 123:8, 123:10, 123:12, 123:14, 123:16, 123:17, 124:2, 124:5, 124:6, 124:11, 124:22, 125:2, 125:19, 126:3, 126:4, 126:12, 126:20, 126:23, 127:6, 127:7, 127:9, 129:9, 129:21, 129:22, 131:16, 132:8, 135:6, 136:2, 139:8, 139:19, 141:8, 141:12, 141:13, 141:18, 141:23, 142:12, 146:5, 146:6, 146:20, 148:16, 148:23, 149:24, 150:23, 150:24, 151:11, 151:13, 153:24, 154:1, 154:3, 154:6, 154:7, 154:8, 154:10, 154:22, 155:8, 155:10,

155:12, 160:18, 160:22, 160:25, 161:1, 162:9, 168:20, 169:3, 173:24, 179:16, 181:1, 181:21, 183:2, 183:3, 183:24, 184:3, 184:6, 184:7, 184:9, 187:21, 188:1, 191:1, 191:6, 191:11, 191:16, 191:19, 191:24, 192:1, 192:2, 194:7, 194:10, 196:6, 196:14, 196:20, 196:22, 215:20, 216:2, 216:3, 216:8
fee' [1] - 193:9
fees [20] - 17:18, 21:25, 67:1, 67:4, 122:6, 123:18, 124:1, 124:13, 124:14, 125:22, 126:5, 139:17, 144:22, 168:16, 168:19, 168:22, 216:9, 216:21, 216:22, 216:24
feet [2] - 121:14, 121:19
Feinberg [1] - 211:23
fell [1] - 204:22
felt [5] - 24:5, 24:12, 26:6, 26:9, 210:9
few [15] - 29:4, 32:18, 32:22, 33:9, 44:24, 46:13, 72:24, 96:5, 110:4, 124:15, 172:6, 178:17, 178:24, 195:18, 216:2
fiduciary [1] - 25:16
Fifth [2] - 90:5, 213:23
fight [3] - 19:17, 103:2, 120:18
figure [14] - 46:18, 46:21, 110:7, 131:16, 159:7, 160:21, 201:5, 202:16, 202:17, 203:7, 205:22, 205:24, 206:1, 209:5
figured [1] - 206:17
figuring [1] - 202:19
file [28] - 14:21, 47:21, 48:1, 48:3, 48:24, 76:1, 78:16, 82:17, 83:14, 85:11, 90:8, 93:8, 93:9, 98:17,

98:19, 130:5, 130:14, 133:18, 137:16, 140:13, 174:22, 174:23, 217:14, 217:15, 218:18, 218:19, 218:25, 219:22
filed [70] - 30:13, 49:2, 57:13, 67:22, 77:22, 82:5, 82:8, 83:12, 83:14, 83:20, 83:21, 84:4, 84:13, 85:16, 85:20, 85:21, 86:2, 86:17, 86:23, 90:19, 91:5, 91:16, 91:18, 91:19, 92:14, 93:4, 93:5, 93:8, 93:12, 93:15, 93:18, 94:8, 94:16, 94:19, 94:24, 95:3, 95:12, 99:8, 104:1, 106:19, 107:3, 107:8, 109:8, 111:23, 115:23, 115:24, 130:15, 140:10, 144:24, 155:7, 155:8, 157:4, 179:6, 179:25, 180:4, 180:6, 183:2, 183:23, 187:17, 192:18, 204:6, 205:23, 216:17, 218:17, 218:19, 218:22, 219:17, 219:19
files [1] - 113:24
filing [18] - 30:15, 47:23, 47:25, 91:7, 92:19, 93:11, 94:1, 94:11, 94:12, 95:13, 96:20, 99:5, 99:7, 99:11, 113:22, 115:20, 115:22, 130:6
filings [1] - 49:5
fill [1] - 75:1
final [1] - 162:25
finally [7] - 39:8, 43:8, 102:7, 102:12, 121:12, 208:17, 212:11
financial [17] - 30:16, 67:20, 108:16, 155:4, 168:18, 174:20, 179:6, 181:14, 181:22, 182:25, 183:1, 183:3, 183:10, 183:11, 183:17, 183:23, 183:24
financially [1] - 140:5

**C O N F I D E N T I A L**

SM-02-JA00229

financials [1] - 30:22
financier [1] - 22:13
fine [4] - 46:14, 57:21, 85:2, 143:6
Fine [1] - 72:21
finish [4] - 106:1, 111:25, 197:1
finished [7] - 5:14, 33:18, 33:20, 71:8, 156:13, 202:2
firm [41] - 6:22, 7:3, 7:4, 7:15, 7:16, 7:19, 7:23, 7:24, 8:8, 8:13, 8:15, 10:22, 29:21, 39:15, 48:18, 55:14, 100:24, 102:22, 103:15, 103:23, 114:3, 114:7, 114:16, 122:14, 131:13, 131:17, 133:1, 133:13, 134:10, 144:11, 144:13, 155:11, 180:4, 207:22, 207:24, 208:3, 209:8, 216:8, 216:21, 216:23
Firm [12] - 101:24, 102:2, 102:23, 102:24, 103:3, 103:11, 103:14, 103:19, 103:23, 104:2, 180:3
firms [1] - 208:22
first [70] - 6:5, 6:19, 6:21, 8:9, 9:25, 10:14, 13:2, 13:12, 19:22, 19:24, 21:7, 23:7, 23:9, 23:11, 24:15, 24:17, 27:19, 29:2, 29:4, 31:10, 36:16, 37:15, 38:5, 46:15, 47:6, 49:23, 55:7, 58:15, 62:4, 89:3, 92:25, 102:3, 103:21, 105:1, 113:8, 116:10, 133:25, 134:4, 136:1, 136:24, 145:10, 150:5, 150:15, 157:10, 161:8, 163:1, 165:9, 167:19, 171:22, 172:6, 173:11, 173:20, 177:2, 177:3, 177:24, 179:14, 179:24, 182:16, 189:25, 192:18, 194:14, 194:23, 196:6,

197:21, 198:15, 199:22, 199:23, 205:12, 210:22, 213:17
fish [2] - 199:17, 199:19
five [10] - 34:11, 40:19, 57:20, 58:8, 141:19, 159:21, 161:3, 209:4, 209:24
five-minute [1] - 57:20
five-page [2] - 58:8, 159:21
fix [1] - 48:14
fixed [4] - 34:20, 48:11, 72:10, 164:25
flags [2] - 50:2
floor [11] - 13:12, 13:14, 13:15, 13:21, 13:22, 14:23, 16:4, 46:16, 46:20, 47:7, 47:12
Florida [4] - 174:13, 174:19, 177:5, 215:7
flowback [1] - 35:16
fluid [1] - 45:14
fly [1] - 199:20
Focus [1] - 158:7
folder [1] - 46:3
follow [2] - 128:22, 199:12, 210:6
follow-up [2] - 199:12, 210:6
followed [2] - 151:2, 173:18
following [2] - 179:7, 213:2
follows [2] - 6:7, 152:16
FOR [1] - 1:18
foregoing [1] - 220:14
Foresight [1] - 110:24
forever [1] - 206:23
forget [2] - 110:4, 166:11
forgot [2] - 166:8, 192:14
form [20] - 9:4, 74:9, 74:23, 76:16, 76:24, 77:10, 92:20, 93:1, 93:5, 93:9, 93:12, 93:16, 95:11, 95:17, 105:21, 105:25, 106:19, 180:1, 180:4
formal [4] - 11:11, 11:13, 13:23, 53:8
formatting [2] - 49:8, 98:20
formed [2] - 77:6, 97:14

forms [1] - 157:4
formula [1] - 203:10
forth [2] - 18:23, 45:13, 154:17, 167:13
forward [1] - 71:15
four [20] - 7:5, 30:15, 30:17, 34:10, 78:2, 78:3, 89:24, 97:14, 148:2, 161:3, 161:25, 162:1, 162:2, 162:7, 162:16, 162:17, 162:18, 178:11, 179:8
four-page [2] - 148:2, 161:25
fourth [3] - 160:20, 182:10, 193:19
framework [4] - 201:13, 201:21, 202:7, 202:15
free [2] - 140:2, 140:13
Freeh [1] - 4:17
FREEH [118] - 1:11, 1:14, 4:5, 5:13, 5:20, 5:23, 6:9, 28:21, 41:16, 52:13, 57:7, 57:11, 57:20, 57:24, 58:2, 58:3, 69:16, 71:1, 73:4, 73:7, 73:10, 73:12, 74:21, 75:5, 88:3, 88:19, 88:20, 89:15, 89:20, 89:24, 90:2, 90:21, 91:18, 91:23, 92:2, 92:5, 94:10, 94:23, 95:19, 95:24, 96:2, 96:17, 96:22, 97:2, 97:6, 98:5, 98:10, 98:14, 99:14, 104:12, 112:21, 112:25, 116:6, 116:9, 116:13, 116:15, 118:1, 118:10, 118:13, 118:15, 118:18, 126:15, 126:21, 126:25, 127:2, 130:20, 136:11, 137:21, 140:16, 145:4, 148:1, 148:6, 148:7, 152:9, 152:14, 152:15, 159:18, 160:14, 161:21, 162:5, 162:10, 162:16, 162:18, 162:20, 163:10, 163:12,

163:14, 164:2, 167:14, 168:8, 172:21, 173:5, 174:7, 182:11, 182:20, 184:25, 185:5, 190:14, 196:24, 197:1, 197:14, 207:17, 215:13, 217:21, 217:23, 217:25, 218:3, 218:5, 218:7, 218:11, 218:13, 218:21, 219:4, 219:6, 219:16, 219:18, 219:23, 220:1
FREEH........................
.....[1] - 2:6
fresh [1] - 202:12
Friday [2] - 44:15, 45:1
Fridays [1] - 45:11
friend [4] - 13:3, 35:20, 46:18, 158:2
friendly [5] - 129:4, 211:16, 211:20, 212:5, 212:6
friends [9] - 17:4, 17:5, 17:8, 17:10, 19:8, 19:10, 19:11, 156:19
friendship [1] - 19:18
front [4] - 27:16, 118:20, 160:20, 218:8
fronted [2] - 38:18, 38:19
fuel [2] - 27:25, 28:1
full [8] - 6:20, 9:7, 60:16, 60:18, 71:23, 72:17, 72:18, 139:5
Full [6] - 77:9, 77:13, 77:16, 77:17, 77:20, 77:22
full-time [2] - 6:20, 9:7
fully [2] - 182:24, 183:16
functioning [2] - 5:3, 73:25
fund [3] - 168:17, 168:23, 168:24
funding [1] - 38:16
funds [1] - 168:19
funny [2] - 158:7, 158:12
furniture [1] - 46:24
Furtherance [1] - 58:5
fuss [1] - 107:1
future [3] - 181:22, 183:11, 184:10

**G**

garage [2] - 118:8, 118:11
Garden [4] - 166:3, 166:6, 166:22, 167:16
Garner [5] - 207:20, 207:22, 208:8, 209:15, 209:17
gas [1] - 200:15
GCCF [10] - 57:14, 66:17, 68:23, 69:3, 70:4, 70:5, 70:15, 70:20, 143:14, 216:11
GEICO [1] - 188:14
general [6] - 11:19, 37:11, 93:11, 102:19, 195:15, 209:1
generally [1] - 42:19
generate [1] - 124:5
generically [1] - 208:25
genesis [1] - 119:18
Gibby [25] - 10:4, 13:12, 13:25, 14:18, 15:9, 16:1, 16:14, 17:2, 25:6, 101:1, 101:21, 101:23, 102:10, 102:17, 102:22, 102:25, 103:4, 103:6, 103:20, 103:24, 104:1
girl [12] - 25:5, 65:10, 166:12, 188:20, 189:1, 189:11, 190:7, 190:11, 190:18, 190:20, 210:22, 212:18
given [6] - 30:25, 121:17, 144:10, 180:9, 182:11, 212:25
Glad [1] - 110:6
Glen [60] - 19:6, 19:19, 20:25, 22:3, 22:10, 22:13, 39:7, 39:15, 40:15, 40:23, 41:13, 41:15, 42:20, 42:22, 43:11, 63:4, 69:19, 69:24, 73:18, 104:14, 104:24, 109:21, 109:22, 111:4, 111:22, 115:15, 119:2, 119:13, 119:24,

**C O N F I D E N T I A L**

120:8, 122:9,
122:19, 123:8,
123:10, 124:10,
128:9, 128:10,
129:6, 129:12,
129:14, 129:21,
131:23, 132:1,
132:2, 132:3,
132:20, 132:21,
133:16, 133:20,
134:20, 135:16,
136:9, 138:14,
138:16, 138:18,
139:20, 140:23,
141:8, 141:16,
144:7, 145:6,
145:23, 146:5,
148:22, 149:3,
149:6, 150:3, 150:4,
150:8, 153:10,
154:13, 154:22,
154:24, 156:2,
156:7, 156:19,
156:21, 157:6,
158:1, 158:24,
160:8, 169:4,
172:16, 186:12
**Glen's** [5] - 41:17,
41:18, 43:4, 122:10,
122:20
**Glenn** [1] - 154:23
**Glenn's** [1] - 122:14
**global** [2] - 29:14,
29:16
**God** [1] - 6:2
**graces** [1] - 167:7
**graduation** [1] - 6:20
**grand** [1] - 72:18
**Grant** [2] - 158:8,
158:14
**grant** [1] - 158:19
**grant's** [1] - 158:7
**Grant's** [1] - 158:12
**graph** [1] - 105:19
**Gravier** [2] - 12:23,
103:10
**great** [2] - 54:10,
55:24
**Greer** [1] - 30:1
**gripe** [1] - 211:23
**ground** [1] - 14:23
**group** [3] - 201:1,
201:2, 201:3
**Group** [20] - 20:23,
21:5, 22:7, 22:21,
23:4, 103:4, 114:6,
122:10, 122:19,
123:15, 131:7,
133:1, 133:7, 133:8,
133:12, 133:21,

140:1, 145:21, 166:3
**Group's** [1] - 167:16
**growing** [1] - 200:16
**guaranteed** [1] - 42:25
**guess** [13] - 67:19,
70:9, 72:17, 77:21,
99:10, 101:1, 115:3,
146:15, 146:16,
155:9, 158:21,
188:10, 199:8
**guessing** [2] - 99:7,
101:13
**guidance** [2] - 52:1,
85:5
**guidelines** [1] - 200:6
**Gulf** [2] - 70:11, 70:15,
175:2
**GULF** [1] - 1:5
**guy** [23] - 10:18,
13:18, 50:11, 77:4,
79:1, 80:17, 80:19,
80:23, 100:15,
120:16, 131:24,
137:20, 144:2,
174:18, 175:20,
181:7, 181:8,
203:23, 206:8,
212:3, 212:10, 215:3
**guys** [10] - 39:14,
76:15, 103:23,
106:4, 106:21,
108:20, 125:23,
125:24, 199:15,
199:18

## H

**half** [6] - 82:2, 82:24,
84:8, 138:22, 139:5,
141:25, 151:11,
159:9
**hall** [2] - 176:5, 178:5
**hand** [3] - 124:4,
171:10, 212:23
**hand-holding** [1] -
124:4
**handed** [1] - 51:25
**handful** [2] - 55:17,
56:10
**handle** [2] - 43:9,
123:23
**handled** [4] - 78:19,
100:16, 100:24,
101:24
**handling** [3] - 43:9,
70:15, 144:1
**hands** [1] - 16:15
**hang** [1] - 89:13
**happy** [1] - 26:8

**hard** [11] - 40:23,
46:21, 110:5, 110:7,
150:8, 156:3,
156:17, 157:17,
157:20, 192:14,
193:4
**harder** [1] - 109:24
**hardly** [2] - 200:18,
203:22
**hat** [1] - 171:10
**hat-in-hand** [1] -
171:10
**hate** [2] - 157:14,
157:16
**HB406** [1] - 1:22
**head** [5] - 100:15,
158:9, 158:14,
200:17, 203:11
**heading** [2] - 179:3,
205:19
**headings** [1] - 104:14
**hear** [1] - 131:18
**Hear** [1] - 76:7
**HEAR** [1] - 76:17
**heard** [5] - 31:15,
144:20, 174:22,
180:25, 208:5
**hearing** [1] - 213:17
**heir** [1] - 97:14
**hell** [1] - 102:16
**help** [7] - 6:2, 48:24,
70:1, 71:22, 95:25,
169:13, 175:9
**helping** [3] - 192:23,
193:2, 193:5
**helps** [1] - 124:4
**hereby** [1] - 220:13
**herself** [2] - 56:23,
60:14
**hi** [1] - 8:5
**Hill** [1] - 6:22
**himself** [10] - 43:5,
90:10, 109:20,
117:23, 173:17,
173:18, 176:4,
178:8, 186:12
**hindsight** [3] - 67:18,
67:20, 196:2
**hire** [1] - 166:20
**hired** [10] - 6:21, 7:21,
37:1, 53:14, 54:12,
142:22, 180:1,
180:19, 200:11,
203:18
**hiring** [4] - 70:21,
167:8, 167:11,
180:17
**history** [1] - 24:14
**hit** [1] - 136:21
**hold** [2] - 121:9,

196:25
**holder** [1] - 87:20
**holding** [2] - 16:25,
124:4
**home** [7] - 48:1,
48:18, 125:3, 126:1,
126:7, 126:9, 127:5
**honest** [1] - 203:8
**HONORABLE** [1] -
1:11
**hoping** [7] - 84:6,
86:12, 171:11,
205:25, 206:4,
206:5, 206:9
**HORIZON** [1] - 1:4
**Horizon** [1] - 92:7
**hotel** [1] - 41:4
**hour** [1] - 51:5
**hourly** [2] - 12:7, 72:6
**hours** [7] - 4:24,
12:10, 72:10,
145:14, 195:18,
196:10, 197:5
**house** [2] - 9:13,
156:21
**houses** [1] - 174:20
**Houston** [2] - 41:3,
199:15
**hundred** [5] - 15:15,
15:16, 20:4, 23:15,
32:10, 136:14,
153:11, 153:17,
208:15
**hundreds** [1] - 31:25
**hurricane** [7] - 14:13,
14:15, 18:21,
156:21, 156:22,
219:8
**hurt** [1] - 190:12
**hypothetical** [1] -
205:16

## I

**Iberia** [5] - 8:17, 9:3,
10:19, 77:12, 79:6
**ID's** [1] - 115:12
**idea** [10] - 94:6, 96:8,
139:21, 140:3,
155:1, 165:5,
186:15, 201:7,
204:5, 205:12
**identified** [4] - 59:18,
136:25, 142:15,
144:14
**identify** [2] - 89:5,
203:2
**identifying** [1] -
154:15

**IEL** [1] - 204:15
**III** [4] - 1:10, 1:18, 6:4,
78:11
**III** ........................... [1] -
2:5
**imagine** [1] - 117:1
**immediate** [1] - 171:1
**impact** [2] - 188:21,
190:12
**impaired** [2] - 199:17,
199:20
**impairment** [2] -
198:24, 199:2
**impartiality** [1] - 58:18
**implant** [5] - 9:9, 9:10,
10:14, 10:16, 12:4
**implement** [1] - 203:6
**implies** [1] - 126:23
**important** [5] - 39:23,
63:20, 127:23,
132:20, 135:7
**Impossible** [1] - 158:3
**IN** [2] - 1:4, 1:5
**in-person** [1] - 208:24
**inactive** [1] - 80:3
**inappropriate** [1] -
117:19
**Inc** [1] - 89:18
**include** [1] - 113:15
**included** [6] - 51:3,
95:12, 96:25,
205:14, 205:15
**including** [1] - 90:11
**income** [2] - 30:11,
215:20
**incompleteness** [1] -
108:23
**incorporated** [1] - 9:1
**incorrect** [2] - 128:3,
187:5
**increased** [1] - 153:12
**indicate** [2] - 4:21, 5:2
**indicated** [2] - 183:18,
188:18
**indicating** [1] - 106:22
**individual** [3] - 73:16,
105:18, 218:23
**individually** [1] -
133:6
**information** [8] - 5:25,
28:15, 30:16,
107:10, 108:14,
109:10, 130:5, 212:8
**initial** [1] - 125:10
**initiate** [1] - 104:24
**injury** [8] - 11:23,
14:16, 56:24, 57:15,
113:23, 131:3,
147:10, 156:7,
214:25

input [1] - 201:22
inquire [4] - 62:14, 68:13, 85:17, 85:19
inquired [8] - 65:2, 68:6, 68:8, 68:10, 68:12, 96:14, 197:24, 198:4
inquiries [3] - 65:24, 102:2, 209:25
inquiring [2] - 55:12, 117:20
inquiry [2] - 30:9, 147:15
inserts [1] - 48:9
insisted [1] - 124:22
instances [1] - 147:7
instead [1] - 166:22
insurance [4] - 7:3, 87:12, 188:13, 217:11
intake [1] - 92:20
intend [1] - 123:12
intent [1] - 195:15
intentionally [1] - 5:6
interbank [1] - 43:22
interest [39] - 15:25, 16:3, 16:7, 16:8, 16:13, 16:14, 16:17, 21:8, 39:19, 58:18, 58:24, 60:3, 67:14, 67:20, 91:6, 97:11, 121:7, 132:18, 134:19, 134:22, 135:3, 135:15, 136:8, 147:17, 155:4, 168:17, 168:18, 169:1, 179:6, 181:14, 181:22, 182:25, 183:1, 183:3, 183:10, 183:11, 183:17, 183:23, 183:24
Interest [2] - 58:13, 97:9
interested [6] - 35:15, 35:18, 157:7, 157:12, 157:19
interests [1] - 78:1
international [1] - 121:5
interpret [1] - 196:19
interpreted [1] - 196:3
interrogatories [1] - 48:6
interrogatory [1] - 48:6
interview [14] - 4:6, 4:9, 53:14, 53:17, 73:14, 124:21,

124:24, 124:25, 125:1, 125:7, 125:17, 125:23, 185:7
interviewed [4] - 7:23, 53:6, 53:12, 124:15
interviews [1] - 177:14
introduce [1] - 4:16
inventor [1] - 121:4
invest [1] - 75:23
investment [1] - 38:18
involve [3] - 5:8, 61:13, 166:22
involved [22] - 11:24, 12:2, 12:6, 14:22, 14:24, 18:16, 37:20, 55:12, 61:9, 62:8, 72:23, 73:17, 75:9, 76:9, 81:4, 81:10, 95:18, 100:8, 185:21, 188:13, 193:12, 208:6
involvement [1] - 62:23
involving [4] - 61:19, 61:24, 64:22, 214:5
IRS [1] - 78:21
Isaac [1] - 219:8
Island [2] - 166:7, 166:23
issue [6] - 18:4, 135:17, 135:25, 182:24, 199:25, 200:1
issued [2] - 101:7
issues [2] - 17:12, 25:25
IT [1] - 46:2
itself [1] - 143:16

J

January [28] - 98:13, 99:8, 99:9, 116:13, 116:22, 118:3, 118:23, 119:19, 120:24, 121:22, 122:3, 125:2, 138:10, 140:18, 140:20, 141:17, 148:6, 148:20, 148:24, 165:2, 165:13, 165:15, 185:22, 187:13, 187:19, 191:9, 191:11
JD [2] - 6:17, 6:18
Jeff [19] - 121:24,

122:8, 122:10, 122:12, 122:19, 122:25, 123:6, 123:8, 141:6, 141:8, 148:22, 150:16, 151:4, 151:6, 152:11, 152:16, 154:14
Jennifer [8] - 166:15, 166:16, 166:17, 166:19, 166:25, 167:5
Jessica [1] - 166:14
job [11] - 32:10, 52:19, 53:6, 54:12, 71:17, 106:18, 107:2, 107:17, 109:4, 169:11, 195:10
Joey [11] - 38:6, 38:13, 39:2, 39:7, 39:12, 39:24, 40:22, 41:2, 73:16, 73:18, 120:9
Johnny [4] - 77:3, 80:19, 80:21, 80:22
joint [2] - 218:16, 218:23
Jon [100] - 9:23, 10:1, 13:11, 13:13, 13:25, 14:20, 16:1, 16:13, 16:14, 17:5, 17:14, 17:21, 19:8, 19:10, 19:11, 19:13, 19:16, 19:20, 20:13, 21:17, 21:24, 22:11, 23:24, 26:6, 26:22, 27:9, 27:14, 27:19, 33:1, 54:3, 54:4, 56:12, 56:16, 69:21, 69:22, 102:21, 102:25, 103:3, 104:5, 104:6, 107:1, 107:2, 107:4, 108:25, 122:6, 130:21, 130:25, 131:19, 131:21, 132:4, 132:6, 132:13, 132:19, 132:22, 132:23, 133:16, 136:2, 136:4, 138:13, 139:4, 139:8, 139:9, 139:21, 139:24, 140:2, 143:18, 145:14, 145:22, 145:25, 146:4, 146:7, 146:10, 154:18, 154:22, 154:24, 154:25, 156:15, 156:16, 156:17, 156:19,

156:23, 157:1, 157:14, 157:16, 157:20, 157:25, 158:4, 173:24, 174:1, 175:25, 178:4, 179:16, 180:22, 181:1, 181:2, 181:5, 184:13
Jon's [7] - 21:16, 21:22, 130:23, 131:25, 133:21, 157:5
Jr [1] - 82:8
judge [8] - 74:25, 91:25, 96:21, 112:19, 126:13, 151:16, 151:18, 162:14
Judge [10] - 82:14, 89:7, 89:13, 98:9, 101:5, 118:7, 152:12, 213:22, 218:6, 219:10
Judge's [1] - 211:2
Judice [1] - 6:21
judicial [1] - 5:4
July [2] - 165:24, 202:23
JULY [2] - 1:7, 4:2
jumping [1] - 180:21
June [25] - 40:3, 90:7, 90:11, 108:7, 113:2, 113:6, 113:18, 114:2, 153:1, 161:23, 172:24, 173:2, 173:6, 176:7, 176:13, 176:18, 176:19, 177:17, 179:3, 179:11, 185:7, 188:17, 192:11, 202:22, 207:19
Juneau [55] - 6:21, 29:8, 34:22, 35:9, 35:25, 36:25, 37:13, 39:18, 44:2, 48:19, 50:22, 52:8, 52:19, 53:11, 53:22, 61:13, 69:8, 71:2, 71:16, 71:18, 83:11, 84:9, 84:15, 91:4, 102:6, 102:7, 124:15, 124:16, 127:10, 127:11, 127:14, 135:13, 142:4, 142:7, 142:11, 142:21, 168:11, 172:13, 172:23, 172:25, 173:8, 173:13, 176:9,

177:1, 178:6, 178:20, 179:10, 179:24, 182:19, 185:8, 197:20, 198:15
Juneau's [5] - 6:22, 7:15, 58:9, 82:4, 181:12
Juneaus [7] - 96:4, 124:25, 127:4, 176:22, 177:20, 178:13, 179:19
juris [1] - 6:17
jury [1] - 217:16

K

K-1 [1] - 219:21
K-1's [1] - 219:23
keep [14] - 16:4, 39:9, 90:23, 97:18, 106:23, 120:8, 120:13, 128:2, 143:19, 154:25, 169:10, 169:17, 179:21, 182:14
keeping [3] - 29:16, 43:5, 143:20
Ken [3] - 198:17, 198:20, 199:2
Keough [1] - 166:17
kept [16] - 9:12, 19:15, 56:22, 103:16, 111:5, 111:6, 120:7, 138:13, 139:4, 141:19, 143:24, 158:22, 158:23, 209:20
kick [1] - 207:7
kickbacks [1] - 184:17
kicked [2] - 102:12, 204:24
kids [5] - 20:12, 78:2, 78:3, 97:14, 214:10
kind [84] - 10:20, 13:11, 14:12, 15:9, 15:24, 19:18, 19:22, 20:12, 20:13, 20:14, 20:19, 21:1, 22:8, 23:2, 23:22, 23:23, 23:25, 24:7, 24:15, 25:16, 26:4, 26:7, 26:13, 26:15, 27:2, 29:18, 34:14, 34:15, 35:18, 39:12, 44:11, 44:14, 44:17, 45:7, 45:12, 45:25, 46:8, 46:25, 78:19, 82:23, 84:5, 84:18, 85:2, 86:14, 97:16,

102:19, 106:7, 111:5, 122:6, 128:25, 130:11, 149:11, 150:13, 158:21, 169:25, 170:8, 170:16, 171:8, 174:22, 174:24, 175:6, 178:2, 181:22, 183:25, 184:9, 189:17, 195:12, 200:21, 201:16, 203:3, 203:12, 203:23, 205:1, 205:15, 207:4, 207:6, 209:17, 210:12, 210:16, 211:12, 211:19, 216:13

**kind** [1] - 183:3
**kinds** [1] - 149:16
**knowing** [1] - 155:2
**knowledge** [5] - 16:10, 76:2, 76:3, 83:6, 102:21
**knowledgeable** [1] - 58:23
**known** [8] - 24:9, 39:9, 120:2, 146:22, 212:3, 214:13
**knows** [4] - 199:5, 199:6, 206:23

---

**L**

**L.H** [1] - 78:11
**LA** [3] - 1:18, 1:22, 161:9
**Laborde** [1] - 76:19
**Lafayette** [8] - 7:1, 8:18, 18:22, 75:20, 174:17, 198:21, 199:5, 199:7
**lambasted** [1] - 211:10
**language** [2] - 55:25, 134:7
**Las** [2] - 137:12, 156:8
**last** [36] - 72:24, 75:25, 101:8, 105:2, 145:15, 146:1, 146:10, 148:13, 148:23, 149:9, 150:19, 153:15, 153:21, 156:1, 160:1, 162:10, 181:20, 182:16, 183:20, 188:15, 191:17, 192:4, 193:23, 194:13,

195:18, 196:10, 202:22, 206:11, 207:14, 211:6, 212:17, 212:23, 215:14, 215:15, 218:19
**lasted** [1] - 76:5
**late** [1] - 167:20
**law** [33] - 6:12, 6:14, 6:15, 6:20, 7:3, 7:4, 8:15, 9:19, 10:3, 12:21, 17:6, 19:7, 20:16, 37:18, 44:14, 45:1, 45:21, 46:19, 52:6, 52:23, 57:4, 57:9, 78:16, 102:22, 154:13, 180:4, 207:22, 208:3, 208:22, 209:8, 216:8
**Law** [19] - 22:7, 22:21, 78:5, 78:11, 101:24, 102:2, 102:22, 102:24, 103:2, 103:3, 103:4, 103:11, 103:14, 103:19, 103:23, 104:2, 140:1, 180:3
**lawsuit** [3] - 87:11, 87:12, 113:24
**lawsuits** [1] - 87:11
**lawyer** [56] - 9:7, 10:25, 13:15, 22:14, 25:19, 44:8, 45:24, 59:15, 59:18, 59:20, 65:16, 65:17, 72:25, 73:6, 75:16, 109:17, 112:16, 113:24, 116:19, 123:25, 124:4, 126:17, 130:4, 130:15, 133:2, 133:3, 133:10, 133:11, 133:14, 133:16, 133:17, 133:18, 135:6, 135:8, 135:10, 140:12, 143:12, 144:15, 144:16, 144:17, 144:25, 166:6, 166:9, 166:21, 196:7, 198:21, 199:5, 199:13, 203:15, 210:25, 211:5, 213:5, 217:4, 217:13
**lawyers** [39] - 11:6, 13:4, 13:13, 13:24, 14:3, 14:23, 18:15, 22:10, 22:11, 31:1, 32:21, 34:25, 47:10,

48:9, 50:18, 56:4, 56:7, 82:7, 101:9, 102:9, 105:10, 105:23, 106:7, 130:10, 130:14, 133:15, 208:8, 208:10, 209:11, 210:1, 210:4, 210:7, 211:1, 211:22, 213:15, 213:19, 215:4, 216:19, 217:6
**lead** [1] - 6:12
**learn** [1] - 21:4
**learned** [7] - 22:25, 23:2, 23:3, 94:3, 94:4, 134:15, 205:16
**least** [10] - 80:2, 88:25, 92:25, 96:13, 114:8, 159:25, 188:25, 213:8, 213:9, 213:10
**leave** [6] - 134:10, 178:20, 178:21, 178:22, 178:23, 216:1
**leaving** [2] - 153:11, 198:13
**led** [2] - 174:4, 211:10
**LEE** [1] - 1:16
**left** [14] - 7:17, 7:20, 8:8, 8:9, 8:15, 11:2, 12:18, 34:15, 167:10, 199:3, 202:24, 203:4, 206:17
**legal** [4] - 6:19, 6:20, 42:2, 198:16
**Leger** [2] - 10:15, 47:19
**Lerner** [111] - 19:6, 20:16, 20:21, 20:23, 20:25, 21:5, 21:7, 23:4, 25:3, 35:3, 37:20, 38:2, 39:21, 42:16, 53:4, 53:9, 54:7, 54:14, 55:14, 56:8, 56:18, 62:17, 62:21, 63:2, 63:15, 63:17, 63:24, 64:2, 64:9, 64:16, 66:10, 66:11, 66:21, 66:25, 67:3, 67:11, 67:20, 68:2, 68:17, 68:19, 68:23, 69:4, 69:19, 73:18, 74:5, 104:14, 104:24, 107:11, 107:23, 111:3, 111:13, 113:9, 114:5, 115:15, 122:10, 122:19,

123:15, 128:24, 128:25, 130:10, 130:21, 130:22, 131:6, 132:3, 132:25, 133:2, 133:7, 133:8, 133:9, 133:12, 133:21, 134:20, 137:5, 138:1, 138:3, 138:14, 138:16, 138:18, 140:20, 141:16, 145:6, 145:13, 145:21, 150:3, 151:9, 154:20, 156:2, 160:8, 168:16, 168:22, 185:17, 186:10, 186:17, 186:19, 186:22, 188:12, 193:20, 194:3, 194:7, 215:22, 216:10, 216:21
**Lerner's** [2] - 67:2, 155:11
**Leslie** [1] - 113:8
**less** [2] - 26:14, 187:23
**letter** [2] - 135:12, 175:11
**license** [1] - 121:8
**licensed** [1] - 126:17
**licensing** [3] - 121:1, 121:3, 121:5
**lifted** [2] - 101:3, 101:8, 213:17
**likely** [2] - 117:14, 165:8
**line** [7] - 33:18, 160:21, 168:16, 185:13, 193:19, 194:14, 194:22
**lines** [4] - 172:6, 182:17, 192:9, 198:14
**Lionel** [5] - 89:1, 98:12, 111:16, 138:20, 165:12
**LIONEL** [4] - 1:10, 1:18, 2:5, 6:4
**list** [5] - 74:10, 74:11, 208:14, 209:3, 214:2
**listed** [1] - 75:15
**listening** [1] - 208:16
**lit** [1] - 210:10
**litigation** [4] - 9:10, 11:20, 11:21, 11:22
**living** [2] - 18:20, 18:22
**LLC** [28] - 15:5, 20:21,

38:7, 73:14, 74:9, 75:8, 75:17, 75:18, 76:7, 76:16, 77:6, 77:24, 78:3, 78:24, 79:12, 79:14, 79:24, 80:3, 80:12, 81:7, 92:2, 92:11, 97:9, 97:25, 113:9, 185:17
**LLC's** [10] - 8:25, 48:25, 49:2, 49:5, 72:23, 74:10, 74:19, 75:8, 76:9, 218:24
**loan** [1] - 88:25
**location** [1] - 16:20
**logos** [1] - 110:9
**Look** [8] - 39:9, 83:13, 84:1, 125:12, 169:7, 208:17, 208:19, 212:19
**look** [51] - 4:12, 26:14, 26:23, 27:12, 29:9, 31:11, 33:9, 33:11, 33:12, 34:22, 43:9, 58:4, 58:11, 58:12, 73:6, 82:22, 88:12, 88:22, 92:7, 92:16, 92:23, 95:9, 97:10, 99:18, 104:17, 105:16, 108:25, 109:17, 109:18, 111:22, 112:8, 116:20, 117:22, 118:3, 118:6, 118:22, 122:7, 124:10, 144:2, 145:11, 148:3, 152:1, 161:6, 168:13, 169:6, 190:22, 191:13, 197:20, 197:21, 200:6
**looked** [31] - 26:25, 29:20, 33:14, 49:18, 52:3, 63:12, 86:2, 93:10, 94:9, 95:11, 95:16, 95:17, 96:7, 96:8, 103:12, 109:14, 109:20, 115:11, 130:3, 174:16, 174:24, 180:11, 191:1, 195:19, 204:19, 205:4, 214:15, 216:18, 217:1, 217:2, 217:19
**looking** [27] - 61:16, 72:3, 77:14, 90:6, 92:22, 93:14, 93:17, 109:16, 109:18, 109:22, 113:5,

**C O N F I D E N T I A L**

113:11, 121:8,
138:9, 139:7, 149:4,
149:20, 150:15,
159:24, 161:4,
166:6, 166:20,
169:25, 170:12,
179:1, 202:13
**looks** [10] - 89:22,
90:6, 92:15, 141:5,
165:20, 174:24,
189:5, 193:9,
193:15, 198:15
**Lord** [1] - 206:23
**loss** [4] - 58:18, 175:2,
204:3, 205:18
**losses** [3] - 197:24,
200:3, 201:6
**Louie** [1] - 4:17
**LOUIS** [2] - 1:11, 1:14
**Louisiana** [13] - 7:1,
7:8, 7:12, 8:17, 9:3,
73:8, 74:8, 74:19,
75:6, 76:25, 126:17,
220:12, 220:13
**LOUISIANA** [2] - 1:1,
1:6
**love** [1] - 158:4
**LSU** [1] - 6:14
**ltate@ andrylawgroup** [1] -
113:7
**lunch** [7] - 4:6, 19:20,
20:3, 20:11, 27:7,
29:3, 197:7
**luncheon** [3] - 20:15,
23:7, 23:16

## M

**M-Blue** [1] - 79:17
**M/V** [1] - 90:14
**machine** [9] - 38:24,
39:1, 42:23, 42:25,
54:9, 121:2, 121:6,
137:17, 158:16
**mad** [1] - 17:23
**mail** [30] - 29:23, 30:6,
44:16, 47:25, 48:13,
55:12, 62:17, 62:21,
83:8, 84:21, 98:11,
98:12, 99:9, 99:17,
99:22, 100:5,
101:16, 104:13,
104:24, 105:2,
107:22, 109:22,
110:3, 110:6, 110:8,
112:19, 113:1,
113:5, 113:6,
113:11, 114:9,

116:16, 118:23,
119:16, 119:19,
120:23, 121:16,
126:1, 126:10,
127:5, 127:19,
138:10, 138:22,
139:1, 140:17,
140:19, 140:24,
141:10, 141:16,
145:6, 145:7, 149:8,
149:12, 150:14,
150:15, 151:2,
151:20, 152:10,
153:9, 156:2, 158:7,
158:12, 158:21,
159:25, 161:5,
161:22, 163:15,
164:3, 168:10,
174:11, 174:14,
174:16, 174:17,
175:11, 175:17,
176:3, 177:4, 178:2,
178:6, 191:12,
192:13, 192:16,
192:17, 192:18,
192:22, 193:23,
197:19, 207:18,
210:20
**mailed** [6] - 29:25,
30:3, 69:19, 71:6,
100:18
**mailing** [2] - 154:17,
209:20
**mails** [44] - 45:23,
46:4, 46:5, 55:24,
56:3, 61:9, 63:5,
64:10, 64:11, 66:25,
68:17, 98:7, 101:15,
106:6, 106:10,
111:23, 112:10,
121:22, 125:1,
134:6, 134:7, 149:1,
149:4, 149:24,
150:2, 151:5,
152:16, 155:25,
158:3, 159:22,
162:4, 162:11,
174:11, 176:5,
191:2, 191:23,
191:25, 193:25,
194:1, 194:16,
195:3, 195:18,
196:2, 211:3
**main** [3] - 25:22, 28:4,
28:8
**maintain** [2] - 12:21,
16:11
**maintained** [1] - 42:17
**maintaining** [1] -
42:21

**majority** [6] - 42:7,
79:9, 121:7, 164:8,
164:16
**malpractice** [1] -
123:24
**man** [5] - 39:9, 53:4,
145:13, 146:3,
174:10
**manage** [1] - 36:13
**management** [3] -
49:22, 50:3, 51:19
**manager** [3] - 15:9,
81:20, 87:17, 87:18,
87:19, 111:18,
122:10, 122:18
**manner** [2] - 117:20,
128:3
**map** [1] - 199:15
**March** [28] - 36:17,
37:9, 49:24, 51:1,
51:3, 51:21, 51:23,
99:18, 100:4,
103:18, 119:7,
119:24, 145:6,
145:14, 145:17,
148:6, 152:11,
152:14, 152:22,
152:24, 153:3,
153:4, 153:5,
153:17, 153:21,
160:1, 161:18, 165:3
**mark** [2] - 88:11,
182:8
**Mark** [6] - 13:18,
76:18, 99:17,
100:15, 100:18,
100:22
**marked** [33] - 57:23,
57:25, 73:3, 73:5,
74:18, 88:6, 90:1,
90:6, 92:4, 96:16,
97:5, 98:4, 99:13,
104:11, 112:24,
116:5, 116:7,
117:25, 140:15,
145:3, 145:5,
147:25, 152:8,
159:17, 161:20,
163:9, 168:7,
172:20, 184:24,
185:1, 197:17,
197:18, 207:16
MARKED..................
.......... [1] - 2:16
MARKED..................
.......... [7] - 2:17, 2:18,
2:21, 2:25, 3:5, 3:8,
3:11
MARKED..................
.......... [17] - 2:13,

2:14, 2:15, 2:19,
2:20, 2:22, 2:23,
2:24, 3:1, 3:2, 3:3,
3:4, 3:6, 3:7, 3:9,
3:12, 3:13
MARKED..................
.......... [1] - 3:10
**marketing** [1] - 80:9
**marketing-wise** [1] -
80:9
**married** [2] - 9:18,
24:10
**Martin** [2] - 79:1, 79:9
**Master** [4] - 4:11, 5:3,
6:6, 71:3
**master** [1] - 82:17
**MASTER** [2] - 1:11,
1:14
**materials** [3] - 49:21,
50:24, 51:2
**matter** [24] - 34:22,
53:25, 60:1, 63:25,
87:3, 88:8, 88:13,
89:9, 90:4, 99:22,
118:25, 124:19,
134:14, 142:15,
143:23, 146:11,
167:10, 173:9,
197:24, 199:11,
200:2, 213:6,
214:12, 220:16
**matters** [12] - 14:7,
14:10, 32:17, 47:17,
67:20, 90:25, 99:6,
143:24, 144:11,
144:13, 160:15
**MAXIMILIAN** [1] - 1:17
**ME** [1] - 76:17
**meals** [1] - 41:4
**mean** [136] - 8:5,
12:25, 13:1, 18:20,
20:12, 20:18, 22:10,
23:4, 26:3, 26:4,
26:8, 28:1, 28:2,
28:6, 31:1, 31:24,
32:4, 32:9, 32:10,
32:21, 34:8, 35:19,
35:22, 35:23, 37:1,
37:11, 40:21, 41:9,
41:18, 43:23, 44:22,
45:20, 45:21, 54:8,
54:21, 54:24, 57:5,
57:6, 57:13, 61:16,
63:5, 69:24, 71:4,
72:21, 82:20, 85:2,
100:14, 101:13,
101:17, 102:10,
104:20, 105:7,
106:20, 109:4,
109:8, 111:4,

111:16, 111:17,
113:23, 114:25,
119:16, 120:9,
120:15, 123:18,
125:4, 129:14,
129:15, 130:18,
131:12, 131:13,
131:25, 133:11,
137:18, 139:6,
139:7, 139:13,
139:22, 140:25,
141:14, 142:16,
143:17, 146:8,
153:1, 154:13,
154:16, 158:2,
165:1, 165:5, 167:1,
167:20, 168:1,
169:6, 169:19,
172:11, 175:14,
179:17, 179:21,
180:19, 181:5,
181:9, 181:16,
186:1, 188:4,
191:22, 191:24,
193:3, 195:13,
200:8, 200:20,
201:6, 201:13,
201:18, 202:6,
202:24, 203:7,
203:12, 203:13,
203:15, 205:23,
206:4, 206:16,
206:19, 206:23,
209:13, 210:24,
211:2, 212:9,
212:16, 213:16,
213:18, 217:9,
217:18, 219:8
**meaning** [11] - 14:7,
146:1, 146:5,
157:24, 176:19,
179:3, 183:22,
192:21, 193:8,
194:18
**means** [3] - 68:25,
165:14, 196:20
**meant** [10] - 33:24,
34:20, 107:4, 107:8,
117:3, 141:15,
192:12, 192:21,
192:22, 211:17
**MECHANICAL** [1] -
1:24
**mechanical** [2] -
70:10
**mechanics** [1] - 70:1
**medical** [2] - 82:9,
123:24
**meet** [6] - 8:22, 19:21,
22:3, 32:12, 80:23

meeting [46] - 28:16, 28:22, 28:23, 29:1, 29:8, 31:5, 32:12, 34:23, 84:19, 119:22, 121:14, 121:20, 128:7, 134:18, 172:24, 172:25, 173:7, 173:16, 175:15, 176:12, 176:14, 176:22, 177:12, 177:13, 177:23, 178:7, 178:12, 178:13, 178:20, 179:5, 179:9, 179:13, 188:16, 193:11, 197:3, 198:12, 198:16, 208:8, 208:25, 209:2, 209:8, 209:11, 209:16, 212:11, 213:14
meetings [5] - 166:10, 166:22, 167:3, 177:19, 203:1
Melved [1] - 214:9
member [12] - 7:7, 7:11, 7:12, 74:9, 76:10, 76:12, 76:13, 77:4, 79:2, 79:3, 81:22
members [7] - 38:7, 74:11, 74:14, 74:15, 75:17, 79:12, 86:8
Membership [1] - 97:8
membership [1] - 97:11
memo [10] - 170:2, 171:3, 171:18, 171:21, 171:22, 172:23, 179:2, 179:24, 182:12, 183:7
memorandum [4] - 48:7, 84:18, 99:8, 99:11
mentioned [10] - 26:10, 33:7, 53:1, 56:12, 75:16, 84:15, 138:3, 142:22, 179:10, 200:2
MERIT [1] - 1:21
Merit [2] - 220:11, 220:21
mess [5] - 65:12, 189:4, 189:15, 189:17, 190:21
message [1] - 117:13
Mestayer [2] - 10:16, 47:20

Mestayer's [1] - 10:18
met [10] - 9:19, 9:25, 10:5, 26:18, 80:19, 80:22, 178:24, 179:19, 201:16, 212:10
MEXICO [1] - 1:5
Miami [1] - 209:8
Michael [17] - 79:18, 82:6, 84:15, 85:7, 91:4, 168:11, 172:25, 176:11, 178:12, 179:2, 179:4, 179:10, 181:12, 185:8, 194:6, 197:20, 198:15
MICHAEL [1] - 1:17
mid [3] - 121:24, 122:8, 122:20
Mid [3] - 89:18, 99:2, 99:11
mid-December [2] - 121:24, 122:20
Mid-South [3] - 89:18, 99:2, 99:11
middle [2] - 109:23, 174:19
might [37] - 14:6, 21:18, 21:19, 25:5, 25:6, 27:18, 29:19, 33:8, 36:3, 40:18, 43:23, 45:7, 45:20, 45:24, 65:12, 82:23, 85:8, 95:6, 95:25, 96:8, 101:7, 106:8, 108:7, 108:8, 117:4, 123:22, 128:11, 137:11, 138:18, 143:19, 144:1, 147:14, 165:2, 167:7, 175:18, 178:11, 214:15
Mike [83] - 35:22, 37:4, 46:13, 52:7, 52:8, 52:10, 61:7, 71:20, 73:21, 75:19, 75:21, 81:24, 82:7, 83:17, 86:9, 102:6, 120:16, 124:16, 125:9, 125:11, 169:7, 169:8, 169:12, 171:25, 172:23, 173:12, 173:22, 176:15, 177:2, 177:8, 177:23, 178:6, 178:8, 178:20, 179:14, 179:24, 181:5, 183:5, 183:8,

185:9, 193:25, 198:2, 198:22, 198:24, 199:4, 199:6, 199:8, 199:9, 203:16, 208:7, 208:15, 208:17, 208:21, 209:7, 209:16, 209:20, 209:22, 210:5
Mike's [1] - 183:7
mileage [1] - 41:3
miles [1] - 8:18
milestone [1] - 43:1
milestones [2] - 42:24
million [2] - 38:22, 194:4
mind [8] - 7:18, 44:12, 57:6, 170:7, 170:10, 172:2, 172:10, 189:20, 211:11
mine [7] - 5:16, 13:3, 46:18, 149:20, 158:18, 158:19, 159:23
minimize [1] - 209:25
mining [1] - 38:25
Minneapolis [1] - 156:9
Minnesota [1] - 122:14
minority [1] - 168:17
minus [1] - 141:25
minus] [1] - 141:18
minute [3] - 57:20, 88:12, 164:1
minutes [3] - 14:22, 110:4, 196:24
misleading [1] - 5:6
MISS [3] - 78:24, 80:4, 80:5
missed [2] - 23:22, 26:6
mistakes [1] - 186:5
misunderstand [1] - 178:9
mix [1] - 142:17
mixed [1] - 78:17
model [1] - 157:23
mom [1] - 75:20
moment [5] - 99:19, 116:20, 118:4, 179:1, 179:23
MONDAY [2] - 1:7, 4:2
Monday [3] - 44:12, 179:3, 179:10
money [87] - 5:6, 19:17, 38:18, 39:10, 39:23, 39:24, 40:16, 41:15, 41:17, 41:18, 42:15, 42:20, 42:22,

43:2, 43:7, 43:8, 43:13, 66:11, 66:22, 67:11, 69:4, 79:5, 79:6, 82:25, 107:7, 107:24, 107:25, 108:1, 108:3, 110:5, 110:11, 110:13, 110:15, 110:16, 110:22, 111:7, 111:19, 112:6, 119:25, 120:2, 120:15, 121:10, 123:3, 123:5, 123:6, 141:7, 145:13, 145:22, 146:2, 146:7, 148:13, 152:3, 153:20, 154:19, 155:13, 159:3, 185:18, 185:19, 187:10, 191:1, 192:14, 193:21, 217:18
monies [3] - 64:14, 215:16, 216:6
month [11] - 38:8, 38:15, 40:2, 40:4, 40:5, 72:9, 93:21, 148:23, 150:19, 151:4, 211:6
month's [1] - 153:13
monthly [5] - 38:9, 38:10, 39:8, 39:19, 39:20
months [12] - 13:10, 31:21, 34:11, 96:5, 121:14, 121:16, 121:20, 152:25, 165:19, 213:3, 215:17, 217:10
moot [1] - 208:11
moratoria [34] - 197:24, 198:8, 200:2, 200:6, 200:12, 200:17, 200:22, 200:23, 200:24, 201:6, 203:2, 203:6, 203:11, 203:23, 203:25, 204:4, 204:12, 204:18, 204:21, 204:23, 205:3, 205:7, 205:8, 205:10, 205:11, 205:17, 205:19, 206:5, 206:10, 206:16, 207:2, 211:11
morning [4] - 125:12, 169:8, 169:9, 171:24
most [16] - 12:11,

31:1, 44:18, 44:20, 73:1, 105:13, 105:23, 106:13, 106:15, 117:14, 131:11, 149:12, 150:13, 151:16, 210:3, 215:3
mostly [7] - 9:10, 14:15, 26:5, 72:23, 117:23, 150:10, 150:13
Mother's [4] - 19:21, 20:5, 23:7, 29:3
motions [2] - 25:19, 25:20
motivated [1] - 65:25
motive [2] - 65:3, 65:8
Moundsville [1] - 158:23
move [5] - 4:25, 103:7, 197:7, 197:10
moved [8] - 9:10, 10:10, 12:23, 16:19, 16:25, 18:6, 103:9
moving [1] - 34:11
MR [201] - 2:6, 4:5, 5:11, 5:13, 5:17, 5:20, 5:22, 5:23, 6:9, 28:20, 28:21, 41:12, 41:16, 51:25, 52:13, 57:7, 57:11, 57:18, 57:20, 57:21, 57:24, 58:1, 58:2, 58:3, 69:14, 69:16, 70:1, 70:4, 70:9, 70:13, 70:18, 70:22, 70:25, 71:1, 73:4, 73:7, 73:9, 73:10, 73:11, 73:12, 74:21, 74:25, 75:4, 75:5, 88:3, 88:16, 88:18, 88:19, 88:20, 89:13, 89:15, 89:20, 89:23, 89:24, 90:2, 90:17, 90:21, 91:18, 91:20, 91:22, 91:23, 91:25, 92:2, 92:5, 94:5, 94:10, 94:20, 94:23, 95:19, 95:23, 95:24, 96:2, 96:17, 96:21, 96:22, 96:23, 97:2, 97:6, 98:5, 98:9, 98:10, 98:11, 98:14, 99:14, 104:12, 112:19, 112:21, 112:22, 112:25, 116:6, 116:9, 116:12, 116:13, 116:15, 118:1, 118:7, 118:10, 118:11,

118:13, 118:14, 118:15, 118:18, 126:13, 126:15, 126:16, 126:21, 126:22, 126:25, 127:2, 128:22, 129:11, 129:15, 129:19, 129:24, 130:7, 130:12, 130:20, 135:22, 136:11, 137:2, 137:21, 140:16, 145:4, 148:1, 148:5, 148:6, 148:7, 152:9, 152:12, 152:14, 152:15, 159:18, 160:14, 161:21, 162:5, 162:9, 162:10, 162:14, 162:16, 162:17, 162:18, 162:20, 163:10, 163:12, 163:14, 164:1, 164:2, 166:15, 166:17, 167:14, 168:8, 172:21, 173:2, 173:5, 173:15, 173:18, 174:7, 182:11, 182:20, 184:25, 185:4, 185:5, 189:7, 189:22, 190:14, 196:23, 196:24, 196:25, 197:1, 197:2, 197:14, 207:17, 214:4, 215:10, 215:13, 217:21, 217:22, 217:23, 217:24, 217:25, 218:2, 218:3, 218:5, 218:6, 218:7, 218:8, 218:11, 218:12, 218:13, 218:21, 219:2, 219:4, 219:6, 219:10, 219:14, 219:16, 219:18, 219:23, 219:25, 220:1, 220:2
**MRGO** [1] - 19:8
**multi** [1] - 30:10
**multi-facilities** [1] - 30:10
**must** [3] - 33:14, 114:25, 164:23, 181:5, 198:12, 202:23

**N**

**N-E-D-V-E-D** [1] - 214:8
**NAC** [1] - 110:23
**name** [24] - 19:6, 20:23, 23:3, 23:5, 23:6, 27:25, 28:2, 31:18, 33:5, 46:2, 77:18, 86:6, 97:18, 97:19, 113:12, 133:23, 137:13, 166:8, 166:11, 180:14, 189:7, 213:1, 214:10, 215:9
**named** [5] - 7:5, 25:5, 53:4, 76:17, 87:15
**names** [6] - 11:6, 34:4, 76:14, 76:19, 97:22, 143:24
**Naples** [2] - 122:14, 156:10
**nasty** [1] - 212:14
**National** [3] - 88:13, 89:3, 89:14
**natural** [1] - 35:23
**nature** [2] - 7:2, 150:2
**Navajo** [4] - 76:25, 77:3, 77:5, 80:20
**necessarily** [3] - 12:11, 120:21, 124:2
**necessary** [1] - 132:17
**Nedved** [3] - 214:6, 214:8, 214:9
**Need** [1] - 120:24
**need** [9] - 5:11, 19:16, 40:23, 47:2, 71:10, 84:22, 118:11, 121:18, 152:2
**needed** [16] - 11:14, 15:6, 15:7, 15:24, 26:7, 30:17, 31:1, 39:13, 45:1, 45:2, 46:20, 71:21, 71:22, 200:12, 210:13, 211:20
**needs** [1] - 197:7
**negotiated** [3] - 39:12, 60:20, 164:12
**negotiating** [1] - 120:4
**Neil** [4] - 166:7, 167:4, 167:6
**Nell's** [2] - 166:11, 166:18
**never** [71] - 26:17, 31:15, 40:5, 41:25, 47:5, 62:22, 65:6, 66:7, 68:10, 69:10,

72:4, 77:6, 77:7, 77:8, 78:18, 103:12, 113:19, 119:10, 120:9, 120:10, 130:2, 132:1, 132:3, 134:3, 136:12, 137:7, 137:8, 144:20, 144:22, 147:18, 147:22, 158:2, 170:4, 170:7, 171:14, 172:2, 172:12, 180:6, 180:7, 180:10, 185:11, 186:13, 186:18, 189:8, 190:6, 191:20, 191:22, 191:23, 192:3, 193:5, 194:18, 195:2, 195:6, 195:7, 196:5, 200:8, 200:9, 204:5, 204:7, 204:17, 204:19, 205:4, 206:9, 211:24
**new** [5] - 36:13, 79:16, 180:22
**NEW** [2] - 1:6, 1:22
**New** [17] - 8:17, 9:3, 9:8, 10:10, 10:19, 18:20, 42:18, 43:6, 77:12, 79:6, 145:23, 156:12, 156:21, 158:1, 161:9, 166:7, 185:7
**next** [29] - 27:1, 32:14, 33:21, 44:22, 71:15, 71:19, 76:24, 77:9, 77:24, 78:5, 78:24, 79:24, 80:2, 93:5, 109:22, 125:9, 125:11, 127:13, 150:18, 151:23, 152:2, 171:24, 174:9, 177:10, 177:24, 190:25, 192:8, 193:7, 212:19
**nice** [2] - 46:24, 71:20
**night** [10] - 127:15, 134:4, 167:20, 172:15, 173:3, 173:6, 176:14, 176:15, 191:3, 197:2
**nine** [1] - 95:14
**NO** [1] - 1:6
**nobody** [10] - 51:4, 51:18, 51:18, 51:23, 135:9, 137:13, 189:17, 204:8, 211:25, 212:4
**non** [2] - 45:19, 46:9,

47:17, 88:8, 201:6
**non-Administrator** [1] - 46:9
**non-CAO** [3] - 45:19, 47:17, 88:8
**non-moratoria** [1] - 201:6
**none** [5] - 188:3, 195:13, 201:7, 203:7
**nonformal** [1] - 14:7
**normally** [1] - 100:19
**noted** [1] - 126:25
**notes** [6] - 29:14, 29:16, 125:17, 185:11, 195:13, 196:12
**nothing** [21] - 6:1, 64:15, 66:6, 66:19, 68:18, 77:8, 132:7, 132:8, 154:4, 154:19, 157:14, 157:17, 162:7, 188:9, 190:23, 191:9, 194:5, 195:9, 198:8, 202:24, 203:4
**notice** [7] - 33:19, 45:24, 65:15, 88:15, 91:10, 114:17, 130:15
**notices** [1] - 108:23
**notification** [2] - 129:25, 206:12
**notifying** [1] - 129:16, 129:17
**notion** [1] - 205:19
**notorious** [1] - 165:6
**November** [19] - 32:5, 32:6, 52:20, 58:7, 59:6, 59:9, 89:6, 89:10, 93:23, 163:16, 164:23, 164:24, 165:4, 165:9, 165:12, 197:19, 198:9, 198:13, 200:18
**NOW** [1] - 76:17
**number** [32] - 7:17, 14:23, 24:24, 28:1, 34:6, 58:12, 88:18, 88:19, 89:20, 92:10, 101:16, 108:14, 114:20, 114:23, 115:4, 115:14, 115:16, 115:20, 115:24, 118:19, 118:22, 140:17, 172:22, 175:7, 175:8, 182:7, 182:17, 182:22, 185:13, 209:25,

210:21, 213:1
**numbered** [1] - 220:16
**numbers** [3] - 115:10, 115:12, 118:25

**O**

**o'clock** [5] - 118:9, 197:2, 197:3, 197:4, 197:7
**oath** [4] - 4:10, 5:23, 5:24, 6:6
**object** [1] - 126:16
**objecting** [1] - 126:14
**objection** [1] - 126:25
**objective** [1] - 86:19
**obligated** [1] - 215:22
**obligations** [1] - 66:12
**observe** [1] - 4:19
**obvious** [1] - 52:22
**obviously** [10] - 5:5, 50:18, 55:25, 59:15, 78:8, 165:3, 179:2, 200:13, 211:9, 213:16
**occasion** [3] - 23:16, 59:20, 188:25
**occasions** [1] - 213:5
**occurred** [3] - 72:2, 171:15, 177:16
**October** [11] - 7:9, 89:7, 122:3, 122:23, 125:4, 148:13, 148:24, 191:14, 218:20, 219:2, 219:7
**Odom** [11] - 35:19, 50:11, 52:2, 52:11, 163:15, 164:4, 164:7, 164:10, 165:12, 165:14, 167:23
**OF** [3] - 1:1, 1:5, 1:10
**offer** [1] - 83:1
**Office** [9] - 19:6, 20:1, 20:3, 47:15, 68:9, 69:11, 78:11, 83:19, 90:23
**office** [75] - 8:17, 8:19, 8:20, 8:23, 8:24, 9:6, 10:8, 10:13, 11:5, 12:21, 21:1, 21:12, 21:13, 24:21, 25:18, 26:21, 44:16, 44:25, 45:1, 45:2, 45:12, 45:21, 46:6, 46:7, 46:17, 46:19, 46:24, 47:4, 50:11, 51:13, 52:23, 55:14, 60:17, 62:1, 68:18, 70:17,

71:12, 91:9, 91:11, 91:12, 93:20, 98:16, 101:17, 103:7, 105:14, 106:4, 106:21, 108:21, 130:23, 131:1, 131:2, 131:3, 131:4, 131:20, 131:25, 133:16, 133:21, 136:17, 136:20, 154:10, 155:14, 155:15, 157:5, 174:17, 178:7, 186:13, 200:13, 200:17, 211:15, 212:3, 212:4, 212:15, 214:18

**officer** [5] - 5:4, 72:24, 74:7, 75:15, 79:2
**officers** [4] - 74:8, 74:13, 74:20, 74:22
**offices** [5] - 8:18, 9:13, 44:22, 154:13, 157:24
**OFFICIAL** [1] - 1:20
**Official** [2] - 220:12, 220:21
**official** [1] - 58:19
**offshore** [1] - 79:4
**Ohio** [4] - 137:15, 137:17, 137:20, 158:18
**oil** [3] - 35:17, 38:25, 200:15
**OIL** [2] - 1:4, 1:4
**old** [8] - 43:11, 43:13, 47:2, 97:18, 122:5, 131:4, 181:9, 186:13
**ON** [1] - 1:5
**onboard** [1] - 36:11
**once** [7] - 14:18, 34:3, 38:24, 85:4, 86:16, 149:23, 170:1
**one** [162] - 4:17, 4:18, 6:21, 8:23, 9:4, 10:25, 11:13, 11:18, 13:16, 15:9, 19:19, 22:9, 25:15, 28:25, 29:19, 33:7, 34:5, 34:22, 34:24, 35:23, 37:1, 42:10, 44:23, 46:15, 50:15, 50:24, 52:12, 53:13, 54:4, 55:1, 61:2, 65:10, 65:11, 65:19, 66:13, 68:21, 71:12, 75:4, 75:8, 75:11, 76:9, 76:10, 76:11, 76:12, 76:13, 76:15, 76:24, 77:9, 77:24, 78:5,
**one-boat** [1] - 80:23
**one-half** [1] - 139:5
**one-page** [1] - 172:22
**one-third** [4] - 187:21, 188:5, 188:6, 188:7
**ones** [16] - 33:11, 55:16, 55:21, 55:22, 73:20, 100:11, 106:12, 106:13, 112:9, 129:14, 142:16, 143:10, 199:23, 202:17,

214:22
**ongoing** [3] - 107:23, 174:5, 184:18
**online** [2] - 74:25, 75:1
**Ooh** [1] - 109:23
**open** [3] - 10:13, 103:16, 137:16
**opened** [4] - 8:17, 13:2, 137:15, 156:10
**opening** [2] - 156:11, 156:20
**openings** [1] - 71:9
**operated** [1] - 78:9
**operating** [12] - 80:8, 119:6, 119:12, 119:13, 120:8, 120:9, 120:12, 151:23, 152:4, 152:21, 153:22, 158:25
**operation** [1] - 80:23
**operations** [1] - 167:17
**opportunity** [1] - 206:14
**opposed** [1] - 45:25
**opposing** [1] - 8:13
**order** [2] - 101:5, 211:2
**Order** [3] - 4:12, 4:14, 58:5
**ordered** [1] - 46:23
**ordering** [1] - 46:24
**orders** [1] - 88:14
**orientation** [2] - 49:21, 50:20
**original** [7] - 91:20, 124:4, 163:18, 163:19, 164:6, 164:7, 181:9
**originally** [12] - 17:18, 38:21, 46:16, 119:3, 119:14, 120:1, 121:3, 130:16, 130:22, 151:17, 156:18, 203:18
**Orleans** [12] - 9:8, 10:10, 18:20, 42:18, 43:6, 145:23, 156:12, 156:21, 158:1, 161:9, 166:7, 185:7
**ORLEANS** [2] - 1:6, 1:22
**ostensibly** [1] - 216:22
**otherwise** [5] - 5:6, 36:12, 50:21, 53:9, 94:2

**ought** [2] - 5:18, 80:22
**ourselves** [2] - 4:16, 77:19
**outside** [7] - 170:5, 170:9, 170:21, 170:22, 171:24, 210:1, 213:15
**outsider's** [4] - 170:24, 170:25, 171:4, 171:17
**overnight** [1] - 212:19
**overseeing** [2] - 167:16, 203:12
**owe** [1] - 153:18
**owed** [17] - 40:2, 41:19, 42:14, 107:24, 108:3, 108:4, 110:11, 110:13, 110:15, 110:16, 110:18, 150:17, 151:22, 153:17, 185:18, 193:20
**owing** [1] - 69:17
**own** [15] - 8:17, 11:17, 25:25, 41:1, 43:16, 44:16, 80:12, 81:5, 81:14, 81:15, 97:19, 147:15, 147:16, 158:5, 208:1
**owned** [7] - 13:25, 79:8, 80:18, 80:19, 81:3, 97:17, 103:23
**owner** [3] - 46:17, 145:19, 163:5
**owners** [2] - 38:12, 74:4
**ownership** [2] - 15:2, 74:2
**owns** [2] - 87:21, 87:23

## P

**P&Ls** [2] - 30:16, 86:20
**p.m** [8] - 105:3, 152:11, 152:14, 160:1, 161:6, 161:23, 173:7, 220:3
**P.M** [1] - 1:7
**PACER** [1] - 90:3
**package** [3] - 113:14, 115:19, 115:22
**Page** [1] - 179:3
**page** [54] - 58:6, 58:8, 58:10, 58:15, 58:16, 59:6, 92:22, 92:23, 93:5, 100:3, 104:15,

105:1, 109:22, 109:23, 113:6, 113:10, 114:21, 116:8, 116:9, 116:10, 141:16, 145:8, 145:9, 145:10, 145:12, 148:2, 150:15, 152:17, 156:1, 159:21, 160:20, 161:8, 161:10, 161:23, 161:25, 163:1, 165:9, 172:22, 182:7, 182:11, 182:14, 182:16, 182:23, 192:8, 192:9, 194:14, 194:23, 194:24, 195:4, 197:21, 198:15
**PAGE** [2] - 2:2, 2:11
**pages** [8] - 159:24, 161:2, 161:3, 162:1, 162:3, 162:7, 162:14, 182:15, 185:6
**paid** [87] - 15:13, 21:7, 28:4, 28:8, 28:11, 31:13, 31:15, 38:14, 40:2, 40:18, 41:23, 42:5, 42:7, 42:9, 63:18, 63:20, 63:24, 63:25, 64:13, 64:17, 64:19, 64:20, 65:4, 65:16, 66:1, 66:2, 66:3, 66:4, 66:5, 66:7, 66:10, 66:12, 66:14, 66:24, 67:1, 67:3, 67:6, 67:24, 68:2, 68:7, 105:10, 105:24, 108:4, 108:8, 108:10, 110:19, 111:6, 112:11, 123:4, 123:5, 123:6, 145:15, 145:21, 145:25, 146:10, 146:11, 146:22, 147:23, 150:19, 153:4, 153:8, 153:10, 153:17, 155:8, 155:22, 159:5, 178:20, 178:21, 178:22, 178:23, 188:13, 192:23, 193:3, 193:5, 193:23, 194:8, 199:16, 206:6, 206:13, 216:11, 217:3

**C O N F I D E N T I A L**

pain [1] - 47:8
Papa [27] - 81:7,
82:21, 87:8, 87:24,
87:25, 88:8, 88:13,
89:10, 89:11, 90:12,
90:13, 90:14, 90:17,
90:18, 90:25, 91:7,
92:1, 92:2, 92:11,
95:6, 97:9, 97:12,
98:23, 98:25, 99:1,
204:2, 204:5
Papa's [1] - 99:3
paper [1] - 128:25
papers [11] - 31:3,
36:18, 49:24, 50:1,
51:1, 51:21, 51:23,
51:24, 52:1, 135:11,
211:6
paperwork [3] - 28:14,
144:10
paragraph [7] - 58:12,
185:13, 191:17,
192:5, 192:8, 192:9,
194:14
paranoid [3] - 174:10,
175:17, 178:2
paren [1] - 160:22
parenthesis [1] -
160:21
parking [1] - 118:8
part [42] - 4:14, 8:7,
16:6, 17:17, 32:10,
36:22, 36:23, 37:2,
37:16, 38:5, 44:7,
44:9, 52:5, 54:7,
58:19, 60:10, 60:20,
60:23, 65:3, 71:16,
71:24, 72:19, 83:18,
107:17, 120:15,
137:5, 138:5,
143:16, 148:8,
148:12, 157:11,
158:17, 159:13,
159:14, 161:3,
164:12, 166:21,
167:15, 182:13,
187:1, 206:20
part-time [3] - 44:7,
44:9, 71:16
participate [1] - 58:21
particular [15] - 27:24,
30:8, 31:19, 31:23,
33:4, 52:23, 59:12,
75:18, 99:21,
100:13, 100:21,
102:10, 107:22,
113:18, 146:11
Particularly [2] -
169:2, 169:3
particularly [4] -

58:11, 168:19,
213:20, 218:24
parties [6] - 201:21,
201:24, 202:14,
203:10, 203:20,
204:1, 206:25,
207:24, 208:1
partner [5] - 14:11,
81:19, 102:22,
137:11, 166:18
partner's [1] - 166:11
partners [11] - 4:17,
4:18, 7:5, 15:18,
20:16, 77:1, 77:2,
85:22, 131:15,
137:8, 138:6
Partners [5] - 77:3,
77:24, 78:3, 79:14,
80:20
partnership [4] - 14:8,
20:18, 20:20, 22:5
partnerships [1] -
97:15
parts [5] - 186:3,
186:6, 187:4, 187:5
party [2] - 91:5,
199:13
passed [1] - 208:17
passing [1] - 178:5
past [2] - 184:2, 208:6
Pat [154] - 6:22, 8:18,
26:21, 26:23, 26:24,
27:2, 27:6, 27:10,
27:12, 27:19, 27:20,
28:17, 36:25, 39:25,
44:25, 45:11, 46:12,
46:14, 46:23, 47:14,
53:3, 53:17, 54:3,
55:7, 55:17, 57:9,
57:12, 60:8, 60:16,
60:18, 66:17, 70:7,
70:19, 71:20, 71:22,
72:3, 72:13, 81:24,
82:4, 82:8, 82:11,
82:15, 82:18, 83:17,
84:2, 84:9, 84:22,
86:9, 91:4, 101:4,
102:7, 104:6,
107:20, 108:24,
108:25, 117:23,
124:16, 127:10,
127:11, 128:7,
134:17, 135:1,
135:13, 135:16,
135:23, 135:24,
136:1, 142:21,
144:6, 144:14,
148:14, 164:10,
164:17, 164:21,
167:7, 167:19,

167:25, 168:10,
168:21, 168:25,
169:2, 169:15,
169:16, 169:19,
169:20, 170:11,
171:7, 172:2, 172:4,
173:12, 173:16,
173:21, 173:22,
174:9, 174:11,
174:14, 174:17,
174:25, 175:5,
175:16, 176:15,
176:20, 177:1,
177:3, 177:5, 177:6,
177:8, 177:23,
177:25, 179:10,
179:14, 180:19,
180:25, 181:8,
181:17, 184:14,
196:5, 198:23,
198:24, 199:2,
199:6, 200:16,
200:23, 201:16,
201:17, 202:2,
202:16, 203:11,
203:18, 203:23,
205:25, 206:8,
207:1, 209:8,
209:11, 210:5,
212:2, 212:11,
212:16, 212:19,
213:18, 214:2, 215:7
Pat's [2] - 82:4, 212:12
patience [2] - 4:7,
220:2
Patrick [6] - 172:23,
172:25, 177:20,
179:2, 179:5, 185:8
pay [19] - 38:10,
39:24, 40:6, 40:22,
42:21, 42:25, 82:1,
82:18, 108:7, 110:5,
110:7, 155:22,
170:14, 170:15,
185:18, 192:15,
200:14, 206:2,
215:22
paying [19] - 15:22,
16:6, 16:9, 20:25,
21:16, 21:22, 38:9,
39:7, 40:5, 42:20,
107:7, 107:24,
108:1, 110:10,
119:25, 149:14,
170:13, 170:14
payment [25] - 15:7,
15:11, 56:1, 56:2,
66:20, 68:1, 68:6,
68:8, 68:10, 68:24,
69:5, 87:12, 132:8,

132:14, 140:7,
146:25, 147:3,
147:16, 147:17,
147:18, 147:22,
152:23, 153:13,
153:22, 160:16
payments [20] - 39:20,
39:21, 40:8, 42:10,
42:15, 111:3,
111:12, 119:9,
134:1, 138:2,
139:25, 142:3,
144:22, 147:2,
153:4, 153:6, 154:4,
215:19, 215:22,
216:1
peanuts [1] - 158:10
penalty [1] - 155:22
pending [1] - 81:8
people [20] - 7:6, 34:9,
35:15, 48:24, 48:25,
50:21, 67:5, 68:9,
93:8, 151:17,
167:12, 170:15,
175:5, 201:11,
209:14, 210:14,
210:18, 211:16,
211:21, 212:7
PEPPER [1] - 1:20
Pepper [3] - 220:10,
220:19, 220:20
per [4] - 40:2, 41:19,
52:24, 153:9
perceive [1] - 171:20
perceived [1] - 135:15
percent [58] - 20:4,
23:15, 38:12, 38:13,
39:11, 44:11, 72:14,
79:8, 79:9, 79:11,
79:19, 87:21, 97:21,
98:1, 105:20,
105:24, 105:25,
106:18, 109:15,
119:3, 120:3,
124:11, 129:9,
136:14, 139:9,
139:10, 139:19,
141:12, 145:23,
150:24, 150:25,
151:10, 151:11,
151:12, 151:14,
151:17, 151:18,
154:2, 154:21,
157:4, 160:18,
160:22, 160:25,
161:1, 164:17,
188:1, 192:1, 192:2,
216:8, 216:9,
216:19, 216:20,
217:5

percentage [5] -
17:19, 17:21, 18:17,
120:16, 121:10
Perez [15] - 80:5,
80:16, 80:20, 80:23,
81:2, 81:13, 83:1,
85:4, 87:3, 87:5,
87:8, 88:7, 89:10,
94:2, 94:13
performance [1] -
58:19
performed [2] - 69:7,
134:1
perhaps [1] - 148:11
period [11] - 12:13,
39:17, 40:7, 40:10,
40:15, 42:5, 44:2,
52:20, 76:5, 87:4,
198:9
periods [2] - 12:20,
47:21
permission [1] - 62:11
Pershing [1] - 9:3
person [11] - 25:9,
25:10, 25:12, 47:12,
58:23, 79:20, 86:24,
150:6, 186:19,
196:6, 208:24
personal [17] - 11:23,
14:16, 23:23, 24:21,
25:13, 25:23, 25:25,
27:5, 41:2, 48:22,
58:24, 57:15,
113:23, 131:2,
147:10, 156:7,
214:25
personality [1] - 104:9
personally [5] - 55:11,
81:2, 87:8, 131:9,
179:25
personnel [1] - 47:16
perspective [10] -
170:5, 170:6, 170:9,
170:21, 170:22,
170:24, 170:25,
171:4, 171:17, 172:1
Phoenix [1] - 156:8
phone [34] - 14:20,
17:16, 23:19, 24:4,
24:5, 24:15, 24:17,
24:22, 24:24, 25:9,
25:12, 28:15, 29:4,
32:24, 45:20, 45:21,
56:13, 101:16,
106:16, 119:22,
127:21, 135:12,
149:2, 149:4, 149:7,
150:6, 150:8,
171:25, 175:7,
210:21, 211:3,

**C O N F I D E N T I A L**

211:7, 213:1
**phonetically** [1] - 110:24
**phosphate** [1] - 149:20
**phrase** [3] - 146:10, 184:6, 184:7
**physically** [1] - 43:16
**PI** [10] - 156:7, 156:12, 156:20, 156:23, 157:1, 157:8, 157:13, 157:20, 158:10, 158:11
**pick** [3] - 86:5, 149:2, 149:7
**picked** [2] - 86:3, 86:4
**picky** [1] - 41:5
**picture** [1] - 31:11
**pie** [1] - 105:17
**piece** [3] - 137:16, 137:24
**pile** [1] - 218:8
**pilot** [2] - 80:21
**pissed** [1] - 147:11
**place** [7] - 27:16, 47:9, 102:20, 119:17, 158:17, 176:9, 206:11
**places** [3] - 9:12, 34:6, 133:15
**plaintiff** [3] - 10:22, 11:25, 202:10
**plane** [2] - 77:4, 77:7
**plant** [1] - 175:19
**play** [2] - 150:12, 157:3
**player** [1] - 150:11
**playing** [1] - 214:9
**pleadings** [2] - 47:22, 113:25
**pleasantries** [1] - 8:6
**plus** [3] - 38:15, 141:18, 141:24
**pocket** [1] - 40:22
**point** [78] - 7:17, 8:23, 15:25, 16:13, 17:2, 17:5, 17:9, 17:11, 17:16, 18:19, 20:22, 20:24, 21:4, 22:8, 25:11, 28:10, 30:23, 36:17, 38:10, 42:19, 56:16, 57:4, 57:22, 59:10, 69:22, 70:7, 73:2, 74:17, 76:1, 81:24, 82:4, 86:4, 86:6, 86:11, 88:1, 88:5, 89:25, 91:3, 91:8, 92:3, 96:15, 97:4, 97:24, 98:3, 99:12, 102:7,

104:10, 112:23, 114:24, 115:3, 116:4, 117:21, 117:24, 118:16, 126:2, 136:16, 137:22, 140:14, 145:2, 147:24, 152:7, 159:2, 159:16, 161:19, 163:8, 168:6, 172:13, 172:19, 181:19, 184:23, 190:19, 194:2, 194:9, 197:12, 197:16, 201:11, 207:4, 207:15
**points** [1] - 48:13
**policies** [1] - 200:6
**policy** [5] - 36:12, 200:8, 200:9, 200:21
**PORT** [2] - 87:9, 90:14
**portal** [2] - 34:3, 109:18
**portion** [2] - 43:24, 150:22
**position** [3] - 18:12, 36:13, 52:20
**positive** [7] - 9:12, 37:17, 53:5, 76:20, 83:5, 92:15, 189:13
**possible** [6] - 9:5, 36:3, 52:16, 166:3, 190:22, 211:18
**possibly** [3] - 5:9, 156:11, 156:20
**posted** [1] - 210:25
**Postlethwaite** [2] - 100:7, 200:25
**potential** [1] - 174:13
**power** [1] - 189:17
**POYDRAS** [1] - 1:22
**practice** [27] - 8:15, 10:10, 10:11, 11:19, 11:23, 12:3, 25:20, 44:21, 52:6, 57:4, 57:10, 60:8, 60:10, 60:21, 78:8, 82:9, 123:21, 126:17, 156:10, 156:12, 156:20, 156:23, 157:1, 157:8, 157:13, 157:20, 164:11
**practiced** [1] - 199:7
**practices** [1] - 156:8
**practicing** [5] - 9:6, 22:14, 103:17, 133:2, 133:3
**practitioner** [1] - 78:10

**prepare** [1] - 48:25
**present** [5] - 58:23, 174:8, 178:13, 179:4, 201:21
**presents** [1] - 58:22
**presumably** [1] - 181:21
**pretrial** [1] - 48:9
**pretty** [6] - 27:1, 33:23, 45:14, 48:7, 129:6, 172:5
**previous** [4] - 151:2, 151:5, 173:8, 173:12
**previously** [3] - 73:13, 73:16, 151:13
**price** [1] - 15:13
**Price** [7] - 200:24, 201:3, 201:5, 201:12, 201:22, 201:25, 203:9
**primary** [1] - 203:17
**principal** [2] - 7:21, 87:16
**principals** [2] - 37:22, 79:12
**print** [1] - 46:6
**private** [7] - 45:19, 47:17, 57:9, 60:8, 60:10, 60:21, 164:11
**pro** [1] - 92:11
**problem** [23] - 29:16, 30:11, 52:5, 82:14, 85:9, 86:12, 86:13, 86:15, 105:14, 106:4, 109:1, 109:2, 109:3, 135:14, 144:9, 168:22, 168:24, 169:1, 169:21, 169:22, 207:3
**problems** [6] - 24:9, 108:2, 144:18, 159:14, 171:8, 171:9, 171:11, 171:12, 174:22
**proceedings** [31] - 57:22, 73:2, 74:17, 88:1, 88:5, 89:25, 92:3, 96:15, 97:4, 98:3, 99:12, 104:10, 112:23, 116:4, 117:24, 118:16, 140:14, 145:2, 147:24, 152:7, 159:16, 161:19, 163:8, 168:6, 172:19, 184:23, 197:12, 197:16, 207:15, 220:3, 220:16

**PROCEEDINGS** [2] - 1:24, 4:1
**proceeds** [1] - 16:16
**process** [22] - 4:13, 21:8, 28:9, 28:12, 28:13, 32:8, 33:12, 33:15, 33:17, 46:23, 54:15, 54:22, 57:5, 61:14, 63:23, 66:11, 77:25, 100:8, 133:14, 143:10, 209:1, 213:22
**processed** [1] - 106:5
**processing** [2] - 51:13, 200:7
**produce** [2] - 35:17, 111:11
**PRODUCED** [1] - 1:25
**professional** [6] - 6:13, 8:2, 8:4, 8:7, 78:16, 101:5
**Professional** [1] - 78:5
**professionally** [1] - 8:8
**profit** [1] - 159:2
**program** [9] - 34:8, 58:20, 58:25, 61:17, 61:18, 168:17, 179:7, 183:2, 183:24
**Program** [1] - 113:15
**prohibited** [2] - 182:24, 183:16
**prohibition** [1] - 180:10
**projector** [1] - 201:25
**promise** [1] - 169:12
**prompted** [3] - 100:21, 119:21, 119:24
**prompts** [1] - 148:15
**proper** [1] - 126:14
**properly** [2] - 107:3, 122:6
**Properties** [1] - 76:25
**property** [5] - 16:12, 78:1, 79:21
**protect** [1] - 132:18
**prototype** [3] - 38:24, 159:11, 159:12
**Proven** [3] - 121:4, 121:8, 121:9
**provide** [2] - 5:13, 218:16
**provision** [2] - 49:15, 59:12
**provisions** [3] - 60:24, 61:1, 61:4
**public's** [1] - 211:24
**publicity** [1] - 210:16

**pull** [5] - 29:12, 31:18, 46:6, 105:16, 105:17
**pulled** [6] - 85:20, 86:5, 86:6, 95:9, 106:16, 204:7
**purchase** [1] - 17:1
**pure** [1] - 205:17
**purports** [3] - 58:9, 179:9, 197:19
**purpose** [2] - 75:18, 128:14
**purposes** [2] - 118:7, 177:16
**pursued** [2] - 64:13, 103:20
**push** [1] - 66:3
**put** [53] - 4:10, 12:10, 15:6, 38:21, 39:10, 40:16, 42:22, 43:2, 43:7, 43:8, 43:12, 43:13, 44:11, 46:2, 46:5, 47:4, 54:22, 72:13, 74:13, 74:15, 84:24, 85:1, 97:19, 101:5, 111:19, 115:18, 118:12, 132:11, 132:20, 135:10, 135:12, 170:4, 172:17, 174:11, 175:5, 175:7, 177:7, 178:20, 198:6, 198:11, 199:24, 200:22, 201:1, 202:1, 206:11, 206:19, 206:20, 206:22, 209:22, 216:12, 216:14, 216:15
**putting** [6] - 41:15, 158:23, 170:14, 198:5, 212:16, 212:18

**Q**

**qualified** [1] - 123:24
**quarter** [1] - 214:23
**queried** [1] - 95:21
**queries** [1] - 210:4
**query** [3] - 31:22, 213:5, 213:13
**querying** [1] - 198:15
**questioned** [1] - 179:6
**questions** [23] - 4:20, 5:1, 5:10, 72:22, 79:23, 88:7, 91:2, 95:25, 98:7, 98:8, 100:22, 101:18,

102:1, 125:18, 168:14, 195:20, 198:23, 207:12, 207:13, 210:19, 210:24, 215:15, 216:2

**quick** [2] - 200:21, 208:18

**quickly** [1] - 207:18

**quit** [1] - 102:8

**quite** [6] - 18:6, 42:14, 55:25, 96:6, 118:10, 149:6

**quote** [20] - 100:22, 110:4, 123:12, 124:22, 152:17, 160:22, 160:23, 170:22, 181:13, 183:21, 183:25, 185:15, 188:18, 192:13, 192:15, 192:21, 193:20, 194:17, 195:1, 195:3

**quoted** [2] - 59:13, 171:1

**quotes** [1] - 193:3

---

## R

**ran** [1] - 50:11
**rarely** [1] - 216:19
**ratio** [1] - 97:12
**Ratios** [1] - 97:9
**ratios** [1] - 97:25
**Re** [1] - 161:9
**RE** [1] - 1:4
**re** [2] - 172:23, 198:16
**reach** [1] - 198:17
**reached** [1] - 119:8
**reaction** [1] - 125:20
**read** [21] - 99:24, 106:2, 106:8, 114:10, 114:19, 117:11, 134:6, 139:11, 142:24, 187:3, 187:8, 188:15, 193:25, 210:14, 210:18, 210:22, 210:24, 211:6, 211:9, 212:13
**reading** [8] - 59:1, 59:12, 59:14, 137:6, 148:19, 153:9, 171:19, 212:13
**reads** [3] - 58:16, 145:7, 156:3
**real** [2] - 17:1, 23:23
**realize** [4] - 5:17, 134:8, 169:21,

---

191:13
**realized** [7] - 126:10, 127:5, 127:9, 127:13, 135:5, 191:1, 203:20
**realizing** [1] - 30:17
**really** [43] - 5:18, 8:4, 14:17, 15:23, 18:20, 19:23, 22:9, 24:13, 25:23, 27:4, 31:14, 32:11, 34:2, 34:11, 38:9, 44:15, 44:17, 54:10, 69:22, 86:18, 86:21, 117:9, 150:4, 157:24, 167:18, 168:2, 169:10, 169:16, 169:18, 170:4, 170:17, 174:10, 174:16, 179:22, 198:8, 200:18, 201:10, 202:17, 203:22, 211:12
**Realtime** [2] - 220:10, 220:20
**REALTIME** [1] - 1:21
**reason** [5] - 4:21, 116:21, 123:23, 135:20, 210:8
**reasonable** [2] - 58:23, 86:24
**reasons** [1] - 200:11
**rebuilt** [1] - 159:14
**recalled** [1] - 185:20
**recategorizing** [1] - 204:3
**receipt** [1] - 90:6
**receivables** [1] - 110:11
**receive** [8] - 16:16, 39:20, 40:8, 115:4, 125:22, 141:7, 187:14, 187:20
**received** [23] - 28:15, 40:9, 109:11, 111:3, 111:12, 111:17, 112:13, 112:14, 114:7, 125:19, 126:3, 126:4, 127:6, 140:21, 141:8, 144:22, 151:8, 165:12, 168:16, 181:21, 185:22, 187:22, 215:16
**receiving** [5] - 38:2, 39:19, 39:22, 151:10, 216:21
**recently** [3] - 34:8, 34:14, 41:11
**recess** [3] - 88:2,

---

118:17, 197:13
**recognize** [9] - 17:22, 76:14, 76:18, 76:19, 104:21, 128:3, 169:5, 170:5, 170:22
**recognized** [3] - 20:23, 126:2, 126:11
**recollect** [1] - 99:21
**recollection** [6] - 6:2, 37:7, 91:14, 96:1, 146:17, 178:15, 179:11, 197:23
**recommend** [1] - 71:17
**recommendations** [1] - 4:15
**reconstruct** [3] - 96:13, 111:10, 112:13
**record** [22] - 4:21, 41:22, 88:4, 88:25, 111:2, 118:19, 126:18, 128:2, 128:4, 128:5, 128:18, 128:19, 142:4, 162:13, 164:3, 197:15, 216:4, 218:1, 218:5, 218:14, 219:12, 220:15
**recorded** [1] - 127:4
**RECORDED** [1] - 1:24
**records** [1] - 96:13
**Recusal** [1] - 58:13
**recused** [2] - 56:23, 60:14
**red** [1] - 50:2
**redlined** [1] - 163:21
**reduce** [1] - 120:5
**refer** [17] - 43:12, 68:19, 70:8, 70:23, 113:23, 120:25, 123:25, 130:21, 132:2, 136:19, 137:20, 154:8, 175:21, 186:17, 199:10, 203:24, 217:13
**reference** [8] - 110:12, 190:25, 193:21, 194:15, 198:13, 207:21
**referenced** [2] - 96:24, 100:23
**references** [1] - 160:3
**referencing** [2] - 121:21, 122:21
**referral** [42] - 113:21, 114:11, 114:16, 115:19, 123:16,

---

123:18, 124:13, 124:14, 124:22, 125:19, 125:22, 126:3, 126:4, 126:5, 126:11, 126:23, 127:6, 127:7, 128:23, 130:1, 130:14, 130:15, 132:5, 132:8, 135:6, 160:22, 162:9, 181:21, 183:3, 183:24, 184:6, 184:7, 184:9, 196:14, 196:20, 196:22, 215:20, 215:21, 216:2, 216:3, 216:24
**referrals** [1] - 14:6
**referred** [23] - 14:18, 115:21, 123:15, 124:6, 130:10, 133:19, 135:24, 136:4, 144:16, 150:5, 155:10, 155:12, 173:25, 180:16, 180:18, 181:2, 184:13, 185:16, 186:8, 186:9, 186:11, 186:21, 216:23
**referring** [44] - 9:15, 10:9, 123:16, 123:17, 125:3, 125:4, 125:5, 129:3, 131:24, 136:2, 142:25, 143:1, 151:7, 152:5, 152:6, 153:7, 155:16, 156:7, 157:6, 157:19, 158:24, 160:19, 163:1, 163:6, 163:7, 164:18, 170:11, 173:24, 179:13, 179:15, 179:25, 181:1, 181:6, 181:14, 181:20, 184:19, 185:16, 188:18, 191:2, 191:5, 191:18, 193:20, 195:1, 195:3
**refers** [1] - 180:2
**reflect** [1] - 97:11
**reflected** [4] - 80:2, 164:11, 165:8, 176:8
**reflects** [2] - 41:22, 92:10
**refresh** [5] - 37:7, 91:14, 95:25, 179:11, 197:23

---

**regard** [6] - 14:1, 22:14, 22:15, 22:16, 61:10, 98:19
**regarding** [10] - 4:12, 63:25, 98:8, 108:14, 124:19, 130:7, 160:16, 160:17, 197:24, 200:6
**Regions** [1] - 43:18
**register** [1] - 93:8
**REGISTERED** [1] - 1:21
**registered** [3] - 72:24, 74:2, 220:21
**Registered** [1] - 220:10
**registration** [8] - 77:10, 77:24, 78:25, 80:3, 93:1, 105:25, 180:1, 180:4
**regret** [1] - 196:21
**regrets** [2] - 196:15, 196:19
**regretted** [1] - 196:14
**regular** [8] - 39:19, 39:20, 39:24, 41:5, 43:18, 56:4, 107:24, 108:1
**reimbursed** [4] - 41:8, 41:10, 41:13
**reimbursement** [2] - 155:23, 206:14
**Reitano** [6] - 9:17, 78:6, 78:10, 78:14, 180:13
**relate** [3] - 27:24, 31:7, 171:1
**related** [4] - 25:17, 49:5, 96:3, 99:6
**relates** [1] - 90:4
**RELATES** [1] - 1:8
**relating** [4] - 32:17, 61:14, 140:18, 216:6
**relation** [1] - 138:2
**relationship** [24] - 8:2, 10:22, 11:12, 11:13, 13:23, 17:2, 17:3, 17:13, 19:2, 21:3, 23:2, 26:6, 35:3, 35:4, 53:4, 53:8, 54:14, 85:4, 107:23, 108:17, 118:25, 129:5, 188:1, 190:18
**relationships** [1] - 54:1
**release** [1] - 5:15
**relevant** [1] - 58:24
**remain** [1] - 7:24
**remained** [1] - 19:10
**remaining** [1] - 139:10

remarkably [1] - 187:25
remember [151] - 7:6, 7:16, 8:10, 9:25, 11:4, 12:1, 14:17, 15:14, 17:25, 21:23, 23:20, 24:19, 24:21, 25:7, 25:14, 25:15, 25:21, 27:19, 28:2, 32:14, 32:20, 32:22, 32:23, 32:24, 33:5, 33:9, 33:11, 34:6, 36:10, 36:18, 36:21, 37:4, 37:6, 42:12, 44:10, 44:24, 46:1, 49:1, 49:2, 49:3, 49:23, 49:25, 50:13, 50:23, 51:25, 52:4, 52:7, 52:9, 53:1, 54:11, 56:10, 56:14, 59:1, 59:9, 61:2, 61:6, 61:8, 62:4, 63:4, 65:21, 69:23, 73:1, 76:12, 76:13, 77:13, 77:19, 82:11, 83:16, 83:17, 84:11, 84:17, 85:6, 85:8, 85:12, 85:13, 87:7, 87:13, 87:22, 91:8, 91:16, 91:17, 93:13, 94:4, 94:22, 96:6, 96:7, 100:12, 103:1, 104:19, 104:20, 104:21, 108:6, 116:1, 129:6, 129:23, 143:9, 143:23, 147:6, 147:12, 147:19, 149:22, 150:6, 151:16, 168:12, 175:16, 175:17, 178:25, 181:16, 181:18, 183:11, 183:12, 183:13, 183:19, 184:4, 184:15, 186:24, 189:7, 189:22, 189:24, 190:1, 190:2, 190:3, 190:5, 191:8, 191:10, 192:6, 192:7, 192:16, 192:17, 192:19, 193:25, 194:2, 194:11, 194:19, 195:12, 199:1, 199:4, 199:25, 205:14, 212:13, 215:7, 215:9
remembered [2] - 25:20, 188:25
remembers [1] -

178:16
remuneration [1] - 139:25
renotice [1] - 117:7
renovate [1] - 15:8
renovated [1] - 15:16
rent [4] - 8:20, 8:24, 16:6, 16:9
rented [6] - 10:18, 10:23, 10:24, 13:6, 13:17, 13:18
repeat [4] - 4:23, 66:10, 95:3, 127:13
report [18] - 76:7, 86:11, 105:5, 105:8, 106:24, 108:20, 113:14, 115:2, 136:1, 173:22, 179:9, 185:2, 185:6, 192:15, 192:20, 194:17, 196:13
reported [3] - 108:15, 109:6, 212:18
Reporter [7] - 220:10, 220:11, 220:12, 220:20, 220:21, 220:21
reporter [3] - 4:19, 128:5, 197:6
REPORTER [4] - 1:20, 1:21, 1:21, 160:12
REPORTER'S [1] - 220:8
reporting [3] - 107:11, 108:19, 109:7
reports [1] - 49:5
represent [8] - 59:24, 80:25, 81:6, 131:19, 133:4, 133:6, 133:9, 144:8, 185:2
representation [6] - 58:9, 60:14, 69:2, 69:18, 88:24, 90:24, 114:3, 132:24, 136:12
representative [2] - 209:10, 212:10
represented [29] - 55:13, 57:12, 66:16, 68:22, 81:1, 81:2, 81:3, 81:4, 87:3, 87:5, 87:6, 87:19, 88:8, 92:11, 114:13, 133:7, 133:16, 134:2, 135:23, 136:14, 136:15, 142:23, 180:14, 190:10, 207:24, 208:1, 215:16, 217:2
representing [9] -

60:17, 70:6, 81:3, 90:10, 114:8, 124:9, 133:25, 147:9, 188:24
represents [1] - 97:24
request [10] - 108:13, 111:10, 111:20, 112:1, 128:17, 153:23, 190:16, 218:14, 218:15, 218:21
requesting [1] - 215:15
require [1] - 133:14
requirements [1] - 51:12
rescheduled [1] - 197:4
reservation [1] - 195:25
reservations [1] - 195:21
residence [1] - 10:8
resign [4] - 125:14, 128:11, 128:17, 135:21
resignation [6] - 168:10, 169:6, 169:13, 171:2, 171:10, 171:22, 173:4, 176:13
resigned [6] - 55:8, 125:15, 134:12, 134:16, 134:24, 135:5
resigning [3] - 128:1, 128:2, 128:15
resolution [1] - 18:10
respect [17] - 18:12, 34:23, 36:12, 58:18, 64:14, 66:12, 67:1, 85:3, 88:25, 90:25, 96:20, 99:4, 100:8, 114:9, 144:22, 184:9, 203:9
respond [4] - 112:1, 112:2, 112:22, 114:12
responded [2] - 141:8, 141:10
responding [6] - 107:15, 117:10, 139:1, 140:23, 141:6
responds [1] - 148:18
response [18] - 49:13, 98:12, 99:7, 108:24, 110:3, 110:6, 110:8, 110:21, 112:16, 117:8, 117:9, 117:17, 119:21,

120:22, 143:5, 157:11, 160:10, 206:11, 218:15
Response [3] - 88:13, 89:3, 89:14
responses [1] - 179:7
responsibilities [2] - 167:16, 200:5
responsibility [5] - 50:5, 50:7, 50:9, 50:12, 50:14
responsive [3] - 211:21, 212:3, 212:5
rest [5] - 42:11, 151:20, 153:9, 182:18, 197:21
restaurant [5] - 28:18, 31:6, 76:1, 76:3, 76:5
Restaurant [2] - 75:19, 75:21
resulted [1] - 34:23
resumed [1] - 19:2
retain [1] - 166:21
retained [1] - 181:13
returns [8] - 30:12, 30:20, 155:21, 218:16, 218:22, 219:1, 219:15, 219:21
Reuben's [2] - 27:15, 31:7
review [8] - 34:5, 34:7, 34:10, 34:11, 34:12, 34:18, 71:7, 168:13
reviewed [3] - 149:9, 195:18, 195:21
reviewing [2] - 161:12, 162:21
reviews [5] - 58:14, 99:20, 104:18, 161:11, 163:24
rich [1] - 35:22
rid [1] - 38:13
ridiculous [3] - 19:17, 136:3, 209:23
RIG [1] - 1:4
rigs [1] - 35:17
Rinaldi [2] - 100:17, 100:24
ring [3] - 197:23, 198:10, 214:6
RMR [2] - 1:20, 220:20
road [1] - 51:6
Robert [13] - 80:5, 80:16, 80:20, 80:23, 81:2, 81:13, 84:8, 87:5, 87:8, 87:15, 94:7, 94:25, 97:20
role [2] - 44:6, 168:3

Romeo [28] - 81:7, 82:21, 87:8, 87:24, 87:25, 88:8, 88:13, 89:10, 89:11, 90:12, 90:13, 90:14, 90:17, 90:18, 90:25, 91:7, 92:1, 92:2, 92:11, 95:6, 97:9, 97:12, 98:23, 98:25, 99:1, 99:3, 204:2, 204:5
room [3] - 46:12, 47:5, 208:7
ROOM [1] - 1:22
roommates [2] - 17:5, 24:11
rooms [1] - 47:8
ROUGE [1] - 1:18
rounding [1] - 14:22
routine [1] - 199:11
royalty [3] - 121:10, 158:15, 158:20
rule [1] - 5:17
ruled [2] - 213:23
rules [2] - 50:19, 51:6
run [2] - 18:24, 75:24
rundown [1] - 200:21
running [2] - 210:4, 211:23

S

S-01 [4] - 2:14, 73:3, 73:5, 73:11
S-02 [6] - 2:15, 74:16, 74:18, 75:4, 75:6, 96:25
S-03 [3] - 2:16, 88:6, 88:11
S-04 [3] - 2:16, 88:6, 88:11
S-04A [2] - 2:17, 90:1
S-04C [3] - 2:18, 92:4, 92:23
S-05 [3] - 2:19, 96:16, 96:21
S-06 [4] - 2:20, 97:5, 97:7, 99:16
S-06A [4] - 2:21, 98:4, 98:9, 98:10
S-07 [4] - 2:22, 99:13, 99:15, 99:17
S-08 [4] - 2:23, 104:11, 104:13, 105:1
S-09 [5] - 2:24, 112:18, 112:24, 113:1, 114:21
S-09A [3] - 2:25, 116:5, 116:7

**C O N F I D E N T I A L**

**S-10** [3] - 3:1, 117:25, 118:2
**S-11** [6] - 3:2, 140:15, 140:17, 140:20, 142:10, 142:11
**S-12** [3] - 3:3, 145:3, 145:5
**S-13** [3] - 3:4, 147:25, 148:12
**S-13A** [3] - 3:5, 152:8, 152:10
**S-14** [3] - 3:6, 159:17, 159:19
**S-15** [6] - 3:7, 161:20, 162:12, 162:15
**S-16** [3] - 2:13, 57:23, 57:25
**S-16A** [2] - 3:8, 163:9
**S-17** [3] - 3:9, 168:7, 168:9
**S-18** [2] - 179:1, 182:15
**S-18A** [2] - 3:11, 184:24
**S-19** [3] - 3:13, 207:16, 207:18
**S-2** [1] - 97:3
**S-21** [4] - 3:12, 197:17, 197:18, 198:15
**s/Cathy** [1] - 220:19
**Sal** [3] - 11:9, 181:7, 181:10
**salary** [9] - 38:2, 38:6, 38:8, 39:19, 43:12, 43:17, 43:24, 72:5, 164:12
**Sale** [1] - 97:8
**sale** [2] - 16:7, 16:16
**sandwich** [2] - 27:15, 27:19
**sank** [1] - 76:22
**sat** [4] - 19:22, 29:5, 51:16, 172:3
**satisfy** [1] - 215:4
**saw** [20] - 32:15, 71:6, 86:6, 96:21, 100:16, 100:17, 109:14, 115:6, 125:3, 126:1, 126:10, 127:5, 150:18, 169:1, 170:4, 172:12, 192:17, 204:5, 208:10
**scaled** [1] - 157:23
**scaled-down** [1] - 157:23
**scheduling** [1] - 118:7
**school** [10] - 6:12, 6:14, 6:15, 6:20,

9:19, 10:3, 10:6, 17:6, 19:7, 208:11
**score** [1] - 7:11
**scores** [1] - 7:9
**Scotti** [1] - 4:18
**SCOTTI** [3] - 1:14, 95:23, 217:24
**scrapped** [1] - 202:11
**screen** [5] - 29:13, 30:2, 92:19, 106:9, 106:16
**screw** [1] - 130:17
**screwing** [1] - 107:7
**script** [7] - 210:14, 210:17, 210:19, 210:22, 210:24, 212:18, 213:1
**SDA** [1] - 75:7
**se** [2] - 52:24, 92:11
**seafood** [4] - 61:17, 61:18, 62:2, 145:18
**Seafood** [1] - 113:14
**Sean** [5] - 11:7, 13:6, 13:16, 75:15, 75:23
**Sean's** [1] - 75:20
**Seattle** [2] - 166:8, 166:23
**second** [18] - 4:10, 11:14, 13:13, 57:18, 88:21, 89:13, 100:3, 104:17, 108:14, 159:20, 161:7, 173:7, 180:13, 180:22, 181:11, 182:11, 194:22, 194:24
**SECRETARIAT** [2] - 80:3, 80:5
**Secretary** [4] - 73:8, 75:6, 76:24, 96:19
**secretary** [2] - 47:19, 74:22
**see** [84] - 8:4, 8:5, 8:13, 22:3, 23:7, 23:10, 29:13, 29:20, 29:22, 30:2, 31:18, 33:9, 33:18, 33:20, 34:3, 34:12, 35:19, 54:25, 55:1, 55:6, 55:8, 55:9, 63:5, 65:19, 71:20, 75:7, 76:12, 77:3, 77:14, 79:2, 80:11, 81:23, 82:1, 83:3, 84:5, 85:21, 86:2, 86:18, 86:21, 89:21, 92:25, 93:2, 95:11, 95:17, 95:24, 96:12, 96:22, 100:13, 101:9, 105:22, 108:19,

109:9, 110:1, 110:7, 119:1, 119:2, 119:11, 119:18, 119:20, 123:3, 131:19, 132:2, 135:2, 140:22, 146:19, 148:12, 158:10, 160:23, 165:23, 168:22, 168:24, 169:3, 172:4, 180:5, 180:11, 185:11, 186:7, 186:13, 195:11, 197:25, 201:22, 217:19
**seem** [5] - 15:14, 36:21, 186:25, 196:20, 196:21
**sell** [1] - 75:22
**Send** [2] - 131:24, 133:20
**send** [38] - 48:10, 48:15, 86:20, 100:4, 100:14, 100:22, 106:7, 112:20, 113:17, 113:24, 119:13, 127:19, 130:4, 130:5, 130:14, 130:17, 130:22, 141:16, 144:11, 144:13, 145:15, 146:1, 146:2, 146:6, 148:20, 149:7, 150:17, 153:21, 153:24, 154:3, 154:23, 155:17, 169:13, 193:24, 194:10, 209:3, 219:24
**sending** [19] - 99:22, 105:8, 107:11, 114:11, 129:7, 129:24, 133:20, 138:21, 138:23, 138:24, 138:25, 139:1, 139:5, 151:5, 151:6, 154:22, 166:22, 216:7, 217:12
**sends** [3] - 109:22, 120:23, 140:19
**sense** [4] - 32:2, 186:20, 186:23, 190:8
**sent** [36] - 8:9, 69:21, 104:13, 112:6, 113:21, 114:3, 114:14, 114:15, 114:16, 115:1,

115:22, 115:23, 121:23, 122:8, 122:19, 122:25, 123:7, 124:10, 126:19, 129:21, 140:19, 141:17, 141:19, 143:17, 144:7, 144:25, 145:23, 148:22, 154:2, 155:18, 165:12, 169:6, 177:5
**sentence** [16] - 58:16, 170:25, 180:21, 181:20, 183:20, 186:20, 187:8, 190:25, 191:17, 192:5, 192:10, 193:3, 193:7, 193:18, 210:23
**sentences** [1] - 188:15
**separate** [4] - 49:21, 90:24, 131:14, 177:20
**separately** [1] - 124:16
**September** [1] - 7:10
**series** [2] - 72:22, 98:7
**serious** [2] - 134:14, 134:16
**seriously** [1] - 159:12
**set** [1] - 17:18
**settle** [7] - 12:9, 143:4, 143:16, 143:21, 194:4, 217:10, 217:14
**settled** [13] - 17:17, 23:13, 89:7, 122:2, 140:11, 143:11, 144:5, 187:13, 187:19, 187:21, 188:4, 191:19, 193:22
**settlement** [16] - 54:22, 67:22, 70:14, 143:12, 143:15, 143:16, 143:21, 179:7, 183:2, 183:23, 202:13, 202:14, 206:20, 206:21, 211:15, 216:9, 216:14, 216:17
**settling** [3] - 143:3, 143:11, 194:4
**seven** [2] - 30:14, 202:3
**seven-facility** [1] - 30:14
**several** [3] - 104:4,

214:2, 215:17
**shale** [1] - 35:17
**shall** [2] - 163:20, 164:4
**share** [26] - 10:21, 15:22, 39:19, 43:12, 64:18, 64:25, 66:15, 67:12, 68:4, 68:22, 69:6, 79:21, 122:4, 123:7, 124:1, 141:11, 163:1, 188:5, 192:3
**shared** [3] - 10:15, 75:16, 183:2, 183:24, 184:3
**shareholding** [1] - 38:17
**shares** [8] - 38:11, 38:13, 38:15, 97:22, 119:15, 120:5, 152:3, 153:5
**Sharing** [1] - 97:9
**sharing** [2] - 97:11, 97:25
**sheet** [2] - 88:14, 90:3
**sheets** [1] - 88:24
**Sher** [5] - 207:20, 207:22, 208:8, 209:15, 209:17
**shit** [5] - 110:5, 110:8, 169:25, 192:15, 209:23
**shop** [2] - 39:5, 159:7
**short** [2] - 39:23, 76:5
**shorted** [3] - 17:21, 17:24, 21:24
**shortly** [1] - 96:4
**show** [45] - 30:20, 30:21, 34:7, 36:20, 56:3, 57:25, 72:25, 73:5, 74:16, 87:14, 88:10, 88:13, 93:15, 96:13, 97:7, 97:10, 98:6, 99:15, 104:13, 105:17, 105:18, 105:19, 106:20, 112:11, 112:18, 113:1, 116:7, 116:10, 118:2, 125:1, 125:17, 140:17, 145:5, 148:2, 152:10, 163:11, 163:23, 168:9, 185:1, 191:4, 191:12, 201:25, 207:18, 212:8
**showed** [10] - 50:24, 71:12, 92:18, 93:14, 99:16, 104:20, 177:6, 178:1, 178:6,

191:2
**showing** [5] - 88:21, 92:6, 159:19, 172:22, 197:18
**shows** [2] - 128:25, 130:14
**shut** [6] - 78:4, 78:18, 78:20, 78:22, 103:3, 103:15
**shutting** [1] - 176:6
**side** [1] - 11:25
**sidebar** [1] - 28:17
**sign** [10] - 52:3, 52:16, 120:11, 150:18, 151:23, 152:1, 152:3, 152:21, 165:5, 186:13
**signature** [5] - 58:9, 58:10, 59:2, 59:5, 59:11
**signed** [31] - 15:25, 16:2, 16:3, 36:15, 37:3, 37:8, 46:22, 49:14, 52:10, 52:11, 52:12, 57:8, 59:2, 59:7, 59:8, 59:10, 61:3, 90:15, 90:19, 105:20, 109:15, 130:16, 131:6, 133:11, 158:19, 164:23, 165:2, 165:16, 165:20, 219:18, 219:20
**signing** [2] - 52:14, 59:1
**similar** [5] - 31:22, 35:20, 106:6, 115:21, 187:25
**simultaneously** [1] - 54:14
**single** [3] - 170:12, 193:15, 212:23
**sisters** [1] - 79:15
**sit** [13] - 36:11, 51:11, 54:18, 55:1, 67:13, 67:19, 86:23, 166:9, 166:21, 171:18, 193:12, 195:17, 195:20
**sitting** [10] - 24:21, 45:25, 50:1, 51:4, 117:17, 171:24, 172:3, 172:15, 203:25, 204:8
**situation** [2] - 184:22, 212:25
**six** [5] - 7:5, 15:15, 40:19, 169:9, 192:9
**sixth** [3] - 46:16, 47:7, 47:12

**slow** [1] - 165:6
**small** [7] - 8:20, 156:10, 156:12, 157:1, 157:8, 157:13, 157:20
**soccer** [2] - 150:11, 150:12
**social** [3] - 8:2, 8:5, 17:3
**sold** [5] - 16:11, 16:13, 16:14, 119:15, 156:22
**sole** [1] - 78:9
**solely** [2] - 97:25, 98:2
**someone** [6] - 5:7, 91:15, 112:19, 114:4, 132:13, 158:13
**sometime** [4] - 16:23, 137:25, 174:12, 178:6
**sometimes** [21] - 11:16, 11:18, 11:20, 12:5, 12:11, 29:13, 29:18, 29:21, 30:6, 33:17, 33:22, 48:8, 48:12, 100:12, 111:17, 124:3, 129:2, 213:13, 214:1
**somewhere** [2] - 93:15, 111:2
**son** [6] - 82:4, 82:5, 82:6, 82:8, 82:13, 83:15, 150:11, 206:8
**son's** [1] - 206:1
**soon** [7] - 27:1, 84:12, 84:13, 101:8, 143:20, 153:24, 154:2
**sorry** [21] - 4:5, 24:4, 69:14, 95:2, 98:10, 113:10, 119:2, 123:11, 138:16, 152:12, 159:21, 161:8, 162:14, 166:8, 169:22, 171:12, 177:22, 182:10, 187:15, 194:21, 194:25
**sort** [4] - 18:15, 43:22, 50:1, 202:6
**sound** [2] - 94:17, 169:16
**sounds** [2] - 214:9, 214:10
**South** [3] - 89:18, 99:2, 99:11
**space** [11] - 8:20, 10:15, 10:18, 10:23, 10:24, 13:6, 13:17,

13:18, 45:18, 46:10, 46:19, 46:22, 75:16
**speaking** [4] - 32:24, 33:3, 56:22, 149:18, 183:10
**special** [1] - 82:16
**SPECIAL** [2] - 1:11, 1:14
**Special** [3] - 4:11, 6:6, 71:3
**specific** [8] - 23:20, 53:2, 56:15, 85:13, 108:16, 147:6, 155:3, 181:17
**specifically** [10] - 60:14, 60:19, 61:8, 68:20, 101:21, 116:2, 142:14, 142:22, 190:1, 191:5
**Speilberg** [2] - 47:18, 98:11
**spell** [2] - 11:8, 214:7
**spelled** [2] - 110:24, 154:5
**spend** [1] - 51:5
**spending** [2] - 210:1, 210:3
**spent** [1] - 44:19
**spill** [2] - 16:23, 76:4
**SPILL** [1] - 1:4
**split** [10] - 7:16, 7:19, 18:15, 97:16, 103:2, 139:8, 139:10, 139:17, 216:19, 217:6
**splitting** [1] - 53:16
**spoken** [1] - 20:14
**spousal** [1] - 218:23
**spring** [1] - 209:19
**spurts** [2] - 213:19, 213:25
**Square** [1] - 75:20
**St** [1] - 75:19
**stage** [1] - 34:4
**Staley** [5] - 99:17, 99:22, 100:5, 100:6, 100:15
**stand** [1] - 172:1
**standing** [1] - 7:13
**start** [12] - 6:10, 26:16, 32:4, 78:3, 102:15, 129:16, 157:23, 161:5, 186:7, 202:12, 202:19
**started** [47] - 7:10, 9:8, 10:17, 15:5, 19:1, 19:5, 21:10, 21:11, 21:12, 23:22, 23:23, 24:10, 24:18, 27:2, 27:22, 32:6, 35:7,

37:25, 43:5, 43:9, 49:23, 53:7, 71:13, 72:5, 77:25, 79:25, 80:10, 93:22, 93:23, 105:25, 107:5, 119:7, 119:8, 119:15, 119:25, 120:4, 121:8, 121:9, 122:6, 167:23, 168:25, 177:4, 199:4, 208:16, 209:7, 209:23
**starting** [7] - 52:19, 107:5, 120:14, 156:23, 157:1, 167:24, 210:15
**starts** [5] - 118:23, 148:8, 157:10, 157:13, 161:9
**state** [5] - 57:5, 74:12, 74:22, 78:21, 171:21
**State** [8] - 73:7, 73:8, 75:6, 75:7, 76:25, 96:20, 220:11
**STATEMENT** [1] - 1:10
**statement** [29] - 5:8, 127:3, 127:4, 128:20, 180:23, 181:12, 181:23, 182:1, 182:3, 182:12, 183:4, 183:9, 184:5, 185:14, 185:25, 186:3, 188:16, 191:21, 192:4, 192:11, 193:1, 193:24, 194:20, 195:5, 196:8, 196:11, 196:12, 218:9
**statements** [4] - 5:4, 182:19, 196:11, 196:13
**states** [1] - 185:6
**STATES** [1] - 1:1
**States** [2] - 220:12, 220:22
**stating** [2] - 185:15, 192:17
**status** [40] - 33:9, 55:15, 56:1, 61:15, 62:14, 62:21, 62:24, 64:9, 65:2, 65:6, 65:24, 68:6, 68:8, 68:10, 68:11, 68:12, 68:13, 80:3, 85:17, 85:19, 95:21, 101:2, 107:16, 116:24, 117:9, 117:15,

117:20, 146:25, 147:3, 147:4, 147:11, 147:16, 147:18, 147:19, 147:20, 147:22, 150:20, 189:4, 208:23
**statuses** [1] - 147:1
**stay** [11] - 16:4, 16:9, 45:7, 101:3, 101:5, 101:7, 101:8, 101:19, 210:9, 213:16
**staying** [3] - 103:8, 179:23, 190:9
**steady** [1] - 47:20
**stemming** [1] - 175:23
**STENOGRAPHY** [1] - 1:24
**step** [1] - 171:24
**steps** [2] - 58:17, 85:17
**Steve** [2] - 4:17, 212:24
**STEVE** [1] - 1:15
**stick** [1] - 181:11
**still** [49] - 8:19, 8:20, 10:24, 26:8, 37:18, 40:22, 44:13, 48:18, 52:6, 60:8, 60:21, 70:11, 73:25, 74:5, 78:14, 86:25, 98:19, 109:3, 119:11, 120:11, 121:17, 121:18, 122:4, 122:24, 124:13, 143:2, 148:21, 148:25, 151:25, 153:4, 153:18, 156:24, 157:7, 157:12, 158:25, 159:11, 160:19, 167:12, 189:5, 199:3, 200:1, 202:24, 204:8, 206:17, 209:18, 211:5, 211:7, 217:17
**stolen** [6] - 137:16, 137:24, 137:25, 138:5, 158:17, 159:13
**stop** [5] - 9:6, 102:11, 104:7, 118:14, 209:22
**stopped** [6] - 18:11, 18:19, 18:24, 60:14, 60:16, 80:15
**story** [3] - 137:19, 137:22, 138:1
**straight** [5] - 43:23,

72:12, 111:22,
112:6, 217:7
**straighten** [1] - 48:14
**strange** [1] - 174:16
**STREET** [2] - 1:17,
1:22
**street** [6] - 27:15,
27:17, 27:22, 28:18,
31:6, 118:12
**Street** [13] - 10:13,
10:24, 11:5, 12:15,
12:16, 12:18, 12:19,
12:22, 13:4, 13:8,
16:19, 16:25, 75:16
**strike** [2] - 18:3, 97:23
**string** [6] - 104:17,
113:1, 118:23,
159:21, 159:25,
191:13
**structured** [1] - 16:1
**stuck** [3] - 28:13,
33:24, 34:13
**stuff** [59] - 14:16, 19:9,
20:14, 21:1, 23:25,
25:13, 26:4, 27:5,
35:24, 37:6, 37:19,
44:17, 45:25, 46:4,
46:8, 46:25, 47:5,
61:3, 71:7, 71:20,
78:17, 84:22,
109:18, 111:5,
119:13, 120:8,
122:5, 122:6,
131:14, 131:16,
136:21, 149:12,
149:24, 150:13,
150:14, 152:3,
154:14, 156:25,
158:20, 166:10,
167:25, 170:13,
170:16, 178:3,
185:12, 195:12,
199:10, 201:18,
210:12, 210:16,
211:9, 211:19,
212:16, 216:12,
216:16, 216:17,
217:12
**subbing** [1] - 47:11
**subcontractor** [1] -
44:9
**subcontractors** [1] -
44:5
**subject** [7] - 26:11,
53:25, 99:22,
168:10, 198:16,
200:2, 205:10
**submitted** [2] -
105:20, 105:25
**submitting** [1] - 171:1

**subsequent** [3] -
32:16, 138:9, 158:3
**subsequently** [1] -
115:4
**subsistence** [3] -
113:15, 198:23,
199:15
**substantial** [2] -
164:8, 164:16
**substantially** [1] -
164:8
**subtract** [1] - 162:23
**sued** [2] - 101:4, 170:1
**suffer** [1] - 81:21
**suggest** [1] - 195:9
**suing** [1] - 170:15
**suit** [2] - 115:22,
187:17
**suits** [1] - 11:24
**summer** [2] - 21:9,
21:20
**supervised** [2] -
58:20, 58:25
**supervisor** [1] -
100:15
**supervisors** [1] -
29:24
**Suppliers** [4] - 77:13,
77:19, 77:21, 77:23
**supply** [1] - 80:9
**supposed** [25] - 17:17,
17:19, 38:19, 38:20,
38:21, 39:20, 44:5,
44:15, 68:21, 86:19,
106:5, 107:18,
108:6, 122:20,
123:10, 124:1,
170:14, 170:15,
174:21, 199:16,
202:17, 210:18,
210:23, 211:16,
211:17
**Supreme** [1] - 124:3
**surfaced** [1] - 173:9
**surprise** [2] - 131:18,
131:20
**surprised** [1] - 158:13
**surprising** [1] - 56:6
**Susan** [3] - 129:11,
129:20, 160:2
**Susie** [13] - 25:5,
121:23, 122:8,
122:9, 122:18,
122:25, 141:20,
148:15, 149:3,
149:6, 149:17,
149:18, 151:5
**SUTTON** [4] - 1:10,
1:18, 2:5, 6:4
**Sutton** [23] - 5:23,

78:6, 78:10, 78:11,
78:14, 88:10, 98:12,
107:10, 111:16,
138:20, 149:1,
156:1, 161:3,
163:13, 165:12,
179:5, 180:3,
180:13, 182:16,
210:20, 218:3, 218:9
**Sutton's** [1] - 164:3
**swear** [2] - 5:24, 18:2
**switch** [1] - 57:19
**switchboard** [1] -
210:10
**SWORN** [1] - 1:10
**sworn** [1] - 6:5
**system** [2] - 47:23,
190:17

# T

**T-A-L-E-N-S** [1] - 28:3
**T-Blue** [14] - 79:8,
79:12, 79:14, 79:17,
79:20, 79:24, 82:20,
85:22, 85:23, 96:20,
97:13, 97:17, 97:18,
97:25
**tab** [1] - 90:7
**table** [1] - 86:24
**TAKEN** [1] - 1:11
**Talen's** [6] - 27:25,
28:3, 32:18, 56:11,
108:24
**Tampa** [2] - 149:21,
167:11
**task** [1] - 47:16
**tasks** [1] - 4:15
**Tate** [5] - 113:8,
129:19, 129:24,
130:2
**tax** [9] - 30:12, 30:20,
155:21, 155:22,
218:16, 218:22,
218:25, 219:15,
219:21
**taxes** [1] - 78:17
**team** [10] - 117:2,
117:3, 117:6,
200:12, 200:17,
200:23, 201:4,
203:11, 203:13,
205:19
**tears** [1] - 171:23
**Technologies** [1] -
121:4
**technology** [1] - 35:16
**telephone** [5] - 32:16,
55:13, 149:16,

150:1, 150:2
**temporary** [1] - 46:17
**ten** [2] - 7:6, 141:18
**tenant** [2] - 13:2, 16:6
**tenants** [1] - 46:21
**tense** [1] - 184:2
**term** [8] - 37:11, 51:9,
51:15, 124:21,
126:14, 184:4
**terminology** [1] -
123:19
**terms** [8] - 8:2, 11:19,
61:9, 111:11,
132:14, 150:23,
204:3, 206:11
**TerraMer** [7] - 121:1,
121:7, 121:8,
121:13, 121:19,
158:9, 158:15
**testified** [2] - 6:6,
173:21
**testimony** [5] - 5:24,
127:6, 136:24,
196:15, 205:6
**testing** [1] - 159:7
**that'** [1] - 193:24
**THE** [51] - 1:4, 1:5,
1:11, 6:3, 41:14,
52:2, 57:9, 69:15,
70:3, 70:7, 70:12,
70:14, 70:19, 70:23,
74:19, 75:2, 88:17,
90:18, 94:8, 94:22,
96:25, 116:14,
129:2, 129:13,
129:22, 130:20,
130:1, 130:9,
130:13, 135:23,
137:3, 137:6,
160:12, 162:19,
166:16, 166:18,
173:3, 173:17,
173:20, 189:8,
189:24, 197:10,
218:4, 218:18,
218:25, 219:3,
219:5, 219:7,
219:12, 219:17,
219:20
**themselves** [1] -
211:22
**thereafter** [1] - 27:2
**thereof** [1] - 99:23
**they've** [2] - 121:13,
121:19
**thinking** [6] - 171:6,
171:7, 175:18,
177:4, 177:5, 179:21
**thinks** [1] - 82:14
**third** [12] - 13:15,

13:21, 13:22, 16:4,
182:6, 182:9,
185:13, 187:21,
188:5, 188:6, 188:7,
194:14
**thirty** [1] - 196:24
**THIS** [1] - 1:8
**Thonn** [106] - 32:25,
33:1, 56:11, 56:16,
56:21, 56:22, 57:12,
59:24, 59:25, 64:17,
66:7, 66:14, 66:18,
67:7, 67:8, 68:3,
68:13, 68:22, 69:5,
69:6, 69:7, 69:21,
70:6, 84:23, 113:14,
115:5, 116:23,
121:23, 122:8,
122:18, 124:7,
125:19, 127:10,
129:21, 133:17,
134:2, 135:23,
135:24, 135:25,
136:4, 136:5, 136:6,
136:7, 136:13,
136:15, 136:18,
136:21, 139:19,
141:18, 142:15,
142:23, 142:25,
143:23, 144:7,
145:15, 145:25,
147:20, 148:12,
150:19, 151:3,
154:1, 154:5, 154:7,
154:10, 155:13,
160:17, 160:22,
162:9, 162:25,
168:19, 169:3,
174:1, 180:14,
181:3, 181:15,
181:17, 181:19,
183:12, 184:11,
184:13, 184:15,
185:16, 185:19,
185:20, 185:21,
185:22, 186:9,
186:12, 187:12,
187:14, 187:20,
187:22, 188:19,
188:20, 188:24,
190:7, 190:9,
190:10, 191:18,
194:10, 196:6,
215:19, 216:2,
216:7, 216:22
**Thonn's** [7] - 62:22,
66:16, 69:3, 123:14,
143:9, 145:18,
214:15
**thousand** [3] - 15:15,

40:19
**three** [27] - 20:7, 24:6, 26:10, 26:14, 26:15, 30:17, 32:19, 34:4, 34:16, 46:11, 56:11, 101:19, 104:15, 110:19, 121:21, 125:23, 125:24, 144:8, 157:15, 159:21, 159:23, 159:24, 179:18, 185:6, 196:10, 215:14
**three-page** [2] - 104:15, 159:21
**Thursday** [2] - 44:13, 176:14
**Tidwell** [2] - 4:17, 132:7
**TIDWELL** [36] - 1:15, 51:25, 70:1, 70:4, 70:9, 70:13, 70:18, 70:22, 70:25, 73:11, 89:23, 90:17, 91:20, 94:5, 94:20, 98:11, 128:22, 129:11, 129:15, 129:19, 129:24, 130:7, 130:12, 135:22, 137:2, 137:4, 162:9, 166:15, 166:17, 173:2, 173:15, 173:18, 185:4, 189:7, 189:22, 214:4, 215:10, 217:22, 220:2
**tied** [1] - 168:20
**Tiffany** [1] - 166:14
**Tiger** [14] - 27:12, 27:13, 51:4, 72:3, 138:21, 138:23, 139:5, 141:7, 166:24, 179:5, 181:13, 182:23, 210:20, 211:2
**TIGER** [3] - 1:10, 2:5, 6:4
**tight** [2] - 153:20, 157:25
**Tim** [9] - 38:7, 38:13, 39:2, 39:8, 39:12, 39:24, 40:23, 73:18, 120:9
**time'** [1] - 164:5
**timeframe** [3] - 185:22, 187:14, 187:20
**timetable** [1] - 111:11
**tip** [2] - 173:23, 179:15
**titled** [1] - 58:8

**TM** [2] - 120:24, 120:25
**TO** [1] - 1:8
**tobacco** [1] - 71:9
**today** [11] - 7:13, 54:18, 55:1, 67:13, 67:19, 86:23, 117:17, 170:8, 171:18, 196:15, 197:5
**today's** [2] - 159:4, 159:5
**together** [29] - 13:25, 14:1, 14:4, 15:1, 15:4, 19:9, 19:14, 21:2, 22:5, 27:20, 53:18, 80:24, 81:5, 103:17, 142:17, 173:13, 194:11, 195:18, 200:22, 201:1, 202:1, 208:12, 216:12, 216:14, 216:15
**Tommy** [2] - 82:7, 102:6
**tomorrow** [4] - 98:22, 99:10, 152:18, 155:18
**tonight** [3] - 134:4, 195:17, 195:20
**took** [8] - 15:10, 18:17, 47:2, 47:6, 55:25, 168:5, 201:9, 211:12
**top** [4] - 58:16, 100:15, 182:13, 182:17
**total** [4] - 105:18, 105:19, 141:18, 153:16
**touch** [2] - 51:5, 190:9
**towards** [1] - 27:9
**town** [2] - 19:12, 150:13
**track** [5] - 111:5, 111:6, 201:23, 202:4, 203:2
**Tracy** [5] - 47:18, 49:9, 98:11, 98:15, 99:5
**Traders** [1] - 77:18
**Trading** [2] - 77:9, 77:16
**trailing** [2] - 157:10, 157:13
**train** [1] - 207:18
**transaction** [2] - 90:5, 139:25
**transactions** [3] - 142:5, 142:10,

142:11
**TRANSCRIPT** [1] - 1:24
**transcript** [3] - 5:12, 5:19, 220:14
**transcripts** [1] - 5:13
**transfer** [2] - 43:17, 43:22
**transferred** [1] - 115:15
**treating** [1] - 190:17
**trial** [4] - 11:14, 210:25, 217:13, 217:16
**trick** [1] - 31:25
**tried** [2] - 169:16, 203:15
**triggered** [3] - 116:21, 205:18, 205:21
**trouble** [3] - 15:22, 169:22, 169:23
**trucks** [1] - 39:3
**true** [2] - 5:5, 220:14
**truly** [1] - 70:10
**trust** [3] - 132:13, 156:16, 190:16
**truth** [4] - 5:25, 6:1, 134:9
**try** [12] - 4:25, 29:13, 34:19, 44:16, 48:11, 78:16, 89:21, 110:7, 110:25, 143:4, 159:8, 201:5
**trying** [32] - 31:25, 32:2, 32:3, 40:16, 46:18, 63:18, 66:3, 76:11, 102:9, 106:23, 110:23, 115:16, 116:1, 119:18, 120:7, 121:9, 134:6, 142:17, 150:12, 158:18, 159:11, 167:7, 194:8, 199:18, 202:16, 209:25, 211:14, 213:21, 214:14, 217:10
**Tuesday** [1] - 44:12
**Tulane** [2] - 6:14, 9:21
**turn** [4] - 30:15, 44:17, 44:19, 192:23
**turned** [4] - 30:11, 30:12, 38:23, 63:24
**twenty** [1] - 196:24
**twice** [3] - 149:23, 214:17, 214:19
**two** [58] - 22:5, 24:6, 25:8, 32:19, 33:21, 34:4, 42:10, 46:11,

52:12, 64:4, 64:7, 65:21, 68:14, 70:19, 70:20, 73:19, 73:20, 74:4, 79:15, 80:6, 80:7, 81:4, 87:10, 94:12, 103:23, 116:3, 116:8, 120:17, 124:25, 127:3, 131:15, 136:18, 136:25, 144:8, 145:18, 153:21, 159:25, 161:2, 163:4, 165:19, 177:2, 177:19, 177:20, 178:10, 178:13, 182:15, 182:17, 188:15, 197:5, 202:8, 205:11, 206:18, 206:22, 207:12, 215:14
**two-page** [1] - 116:8
**type** [7] - 10:22, 11:19, 12:3, 39:8, 76:7, 204:4, 210:13
**types** [3] - 14:10, 95:15, 101:19
**typical** [6] - 10:22, 22:18, 30:10, 100:20, 184:7, 199:9
**typically** [25] - 26:24, 29:12, 29:24, 30:3, 31:18, 33:15, 40:21, 41:4, 43:3, 45:11, 47:21, 79:10, 100:2, 100:13, 105:9, 114:18, 123:20, 129:2, 130:3, 159:8, 184:4, 203:15, 203:16, 215:5, 217:6

**U**

**U.S.C** [1] - 5:9
**ultimately** [3] - 40:9, 111:7, 129:22
**under** [5] - 4:10, 39:6, 40:20, 97:19, 205:11
**undergraduate** [1] - 6:14
**underlying** [1] - 182:23
**understood** [37] - 19:25, 22:7, 22:21, 25:22, 40:1, 49:20, 70:15, 103:21, 107:15, 107:17, 109:4, 126:11, 128:7, 128:12, 132:25, 134:21,

135:14, 135:17, 136:23, 139:13, 139:22, 141:5, 141:14, 142:18, 142:20, 146:3, 146:7, 150:24, 154:21, 184:20, 193:8, 204:14, 204:17, 207:3, 211:20
**undertook** [1] - 54:12
**UNITED** [1] - 1:1
**United** [2] - 220:12, 220:22
**unless** [11] - 31:3, 49:8, 49:10, 49:24, 51:1, 51:21, 65:5, 146:18, 146:19, 161:15, 217:7
**unloaded** [1] - 24:15
**unorganized** [5] - 156:4, 156:17, 157:18, 157:21, 157:25
**unquote** [2] - 123:13, 124:23
**unrelated** [4] - 60:1, 63:25, 87:3, 99:15
**unusual** [2] - 165:19, 174:18
**up** [120] - 5:20, 7:16, 7:19, 8:17, 10:13, 12:5, 12:9, 13:2, 13:11, 14:20, 14:22, 15:6, 17:9, 19:7, 19:15, 19:16, 19:19, 26:11, 29:12, 29:16, 30:7, 31:2, 31:3, 31:18, 33:9, 33:11, 33:12, 33:14, 34:14, 34:15, 38:18, 38:19, 38:21, 39:10, 40:16, 41:15, 43:1, 44:18, 44:25, 46:7, 47:4, 47:11, 53:16, 55:7, 65:12, 71:12, 77:18, 78:17, 85:20, 86:2, 86:3, 86:4, 86:5, 86:6, 90:7, 90:10, 90:23, 95:9, 103:2, 105:16, 105:17, 106:16, 107:7, 110:18, 120:4, 121:10, 121:16, 122:7, 128:22, 130:16, 130:17, 131:6, 133:12, 135:4, 137:5, 137:15, 137:16, 141:25, 144:3,

149:2, 149:7, 152:2,
152:4, 156:20,
157:14, 157:16,
157:22, 157:24,
159:4, 159:5, 167:2,
167:11, 171:1,
178:11, 178:19,
186:13, 188:21,
189:2, 189:14,
189:15, 189:17,
190:11, 190:20,
190:21, 198:7,
199:12, 199:23,
200:16, 201:22,
202:15, 203:19,
203:21, 208:21,
209:24, 210:6,
210:10, 210:13,
210:17, 212:8
**upper** [1] - 46:20
**upset** [7] - 84:8,
169:10, 169:17,
169:18, 169:19,
169:20, 171:23
**upsetting** [1] - 193:12
**upstairs** [1] - 10:25
**uses** [2] - 168:16,
168:23

## V

**vaguely** [1] - 8:10
**valid** [1] - 82:22
**various** [3] - 32:17,
49:5, 64:2
**vast** [1] - 42:7
**Vegas** [2] - 137:12,
156:8
**vendors** [2] - 65:11,
189:13
**verbatim** [3] - 11:10,
17:1, 172:17
**verbatim]** [1] - 93:2
**version** [1] - 163:22
**versus** [4] - 88:13,
89:14, 198:24, 199:2
**View** [1] - 92:25
**view** [1] - 211:24
**violated** [1] - 195:11
**violations** [1] - 5:9
**Vioxx** [1] - 71:8
**visible** [1] - 52:22
**Volker** [1] - 144:2
**volunteer** [1] - 36:8
**VoO** [17] - 113:15,
122:2, 123:14,
124:9, 141:12,
142:9, 143:2, 143:8,
143:16, 143:20,

143:25, 144:2,
145:24, 148:13,
151:1, 191:6

## W

**W-E-L-K-E-R** [1] -
185:4
**wait** [10] - 7:10, 76:11,
89:2, 153:21,
160:13, 173:1,
194:3, 197:25,
202:16
**waited** [2] - 197:3,
197:5
**waiting** [7] - 29:15,
64:25, 84:5, 90:8,
203:5, 204:1, 211:11
**walk** [1] - 44:22
**walked** [2] - 35:13,
209:16
**Walker** [3] - 77:3,
80:19, 80:22
**walking** [4] - 27:6,
27:8, 27:9, 208:6
**wall** [1] - 35:13
**WALSH** [47] - 1:16,
1:17, 5:11, 5:17,
5:22, 28:20, 41:12,
57:18, 57:21, 58:1,
69:14, 73:9, 74:25,
75:4, 88:16, 88:18,
89:13, 91:22, 91:25,
96:21, 96:23, 98:9,
112:19, 112:22,
116:12, 118:7,
118:11, 118:14,
126:13, 126:16,
126:22, 148:5,
152:12, 162:14,
162:17, 164:1,
196:23, 196:25,
197:2, 218:2, 218:6,
218:8, 218:12,
219:2, 219:10,
219:14, 219:25
**wants** [5] - 83:14,
85:11, 120:15,
155:20, 159:6
**WAS** [25] - 2:13, 2:14,
2:15, 2:17, 2:18,
2:19, 2:20, 2:21,
2:22, 2:23, 2:24,
2:25, 3:1, 3:2, 3:3,
3:4, 3:5, 3:6, 3:7,
3:8, 3:9, 3:10, 3:11,
3:12, 3:13
**waste** [1] - 35:17
**water** [2] - 35:17,
158:15

**Waterhouse** [7] -
200:24, 201:3,
201:5, 201:12,
201:22, 201:25,
203:9
**Wednesday** [1] -
44:12
**week** [16] - 33:21,
145:15, 146:1,
146:10, 148:13,
150:18, 152:3,
152:2, 174:12,
178:15, 193:23,
202:8, 209:4,
209:24, 214:2
**week's** [1] - 146:9
**weekly** [1] - 146:14
**weeks** [4] - 44:25,
96:4, 124:15, 153:21
**weird** [1] - 174:24
**Welker** [25] - 124:17,
127:4, 127:14,
135:13, 137:10,
137:11, 137:14,
137:18, 159:15,
172:24, 174:8,
176:15, 176:19,
176:22, 177:12,
177:13, 178:13,
178:24, 179:19,
185:3, 185:4, 185:9,
190:5, 195:13
**Welker's** [1] - 196:12
**Weller** [1] - 185:2
**WERE** [1] - 2:16
**WHEREUPON** [30] -
57:22, 73:2, 74:17,
88:1, 88:5, 89:25,
92:3, 96:15, 97:4,
98:3, 99:12, 104:10,
112:23, 116:4,
117:24, 118:16,
140:14, 145:2,
147:24, 152:7,
159:16, 161:19,
163:8, 168:6,
172:19, 184:23,
197:12, 197:16,
207:15, 220:3
**Whitehead** [1] - 13:18
**whole** [23] - 5:25,
7:23, 24:13, 26:16,
34:2, 40:9, 50:11,
57:5, 111:17, 118:6,
137:19, 137:22,
138:1, 138:4,
157:12, 172:9,
182:24, 188:19,
190:7, 195:4, 202:1,
211:15, 217:8

**wife** [15] - 9:15, 10:9,
12:6, 12:11, 21:19,
24:9, 50:5, 56:22,
56:25, 60:13, 70:5,
71:6, 114:3, 114:8,
125:9
**willing** [3] - 197:6,
207:4, 207:6
**wise** [1] - 80:9
**withdraw** [2] - 43:14,
82:24
**Witness** [5] - 58:14,
99:20, 104:18,
161:11, 163:24
**WITNESS** [46] - 6:3,
41:14, 52:2, 57:9,
69:15, 70:3, 70:7,
70:12, 70:14, 70:19,
70:23, 74:19, 75:2,
88:17, 90:18, 94:8,
94:22, 96:25,
116:14, 129:2,
129:13, 129:18,
129:20, 130:1,
130:9, 130:13,
135:23, 137:3,
137:6, 162:19,
166:16, 166:18,
173:3, 173:17,
173:20, 189:8,
189:24, 218:4,
218:18, 218:25,
219:3, 219:5, 219:7,
219:12, 219:17,
219:20
**witness** [1] - 6:5
**wives** [2] - 20:12,
150:12
**wondering** [2] - 94:20,
211:7
**Word** [2] - 48:8, 48:10
**word** [9] - 18:4, 44:11,
185:10, 193:15,
195:14, 195:19,
196:14
**worded** [1] - 113:20
**wording** [8] - 194:19,
195:2, 195:6, 195:8,
195:22, 195:25
**WordPerfect** [2] -
48:8, 48:11
**WordPerfect/Word** [1]
- 49:9
**words** [8] - 31:22,
117:11, 176:11,
193:7, 193:8,
193:10, 196:1, 196:4
**worker** [1] - 71:16
**works** [2] - 100:6,
128:23

**workweek** [1] - 44:20
**worried** [8] - 65:11,
167:6, 189:3,
189:14, 190:20,
193:9
**worry** [1] - 207:10
**worth** [3] - 84:6, 84:7,
86:14
**wrap** [1] - 214:14
**wreck** [10] - 14:16,
115:21, 185:21,
187:12, 187:13,
187:16, 188:25,
189:10, 217:10
**write** [5] - 43:2, 43:15,
129:2, 129:10,
138:14
**writing** [12] - 36:12,
83:6, 84:18, 84:22,
84:24, 85:1, 112:17,
132:7, 132:11,
132:18, 132:21,
185:12
**written** [1] - 58:21
**wrote** [24] - 43:23,
70:5, 98:20, 106:10,
107:22, 110:3,
117:16, 138:18,
141:15, 158:21,
168:12, 169:16,
170:2, 171:3, 171:6,
171:10, 171:18,
171:19, 171:23,
172:10, 172:18,
175:9, 175:11

## Y

**Y'all** [1] - 160:13
**y'all** [6] - 80:24,
105:11, 106:4,
202:3, 220:2
**year** [10] - 6:15, 10:1,
10:4, 71:15, 76:22,
78:20, 124:8,
140:21, 141:9,
218:19
**years** [8] - 23:8, 23:9,
23:12, 49:7, 72:24,
208:13, 218:17,
218:18, 219:4
**yesterday** [1] - 198:17
**YOU** [1] - 76:17
**yourself** [7] - 17:7,
44:3, 61:14, 61:19,
64:22, 136:12,
206:14

**C O N F I D E N T I A L**

SM-02-JA00246

27

| **Z** |
|---|
| **Zola** [1] - 166:13 |

**C O N F I D E N T I A L**

**SM-02-JA00247**

SM-02-JA00248



| Tom Schedler | State of Louisiana | **COMMERCIAL DIVISION** |
| Secretary of State | Secretary of State | **225.925.4704** |




Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| CROWN, LLC | Limited Liability Company | NEW ORLEANS | Active |

| | |
|---|---|
| **Business:** | CROWN, LLC |
| **Charter Number:** | 40182208K |
| **Registration Date:** | 4/16/2010 |
| **State Of Origin:** | |
| **Domicile Address** | |
| | 935 GRAVIER STREET |
| | STE. 600 |
| | NEW ORLEANS, LA 70112 |
| **Mailing Address** | |
| | C/O LIONEL SUTTON III |
| | 935 GRAVIER STREET, STE. 600 |
| | NEW ORLEANS, LA 70112 |

## Status

| | |
|---|---|
| **Status:** | Active |
| **Annual Report Status:** | Not In Good Standing for failure to file Annual Report |
| **File Date:** | 4/16/2010 |
| **Last Report Filed:** | 3/23/2012 |
| **Type:** | Limited Liability Company |

## Registered Agent(s)

| | |
|---|---|
| Agent: | LIONEL SUTTON, III |
| Address 1: | 935 GRAVIER STREET |
| Address 2: | STE. 600 |
| City, State, Zip: | NEW ORLEANS, LA 70112 |
| Appointment Date: | 4/16/2010 |

## Officer(s)                                        Additional Officers: No

| | |
|---|---|
| Officer: | LIONEL SUTTON, III |
| Title: | Manager |
| Address 1: | 935 GRAVIER STREET |
| Address 2: | STE. 600 |
| City, State, Zip: | NEW ORLEANS, LA 70112 |

| | |
|---|---|
| Officer: | JOEY DARTEZ |
| Title: | Member |
| Address 1: | 118 N. RICHELIEU CIRCLE |
| City, State, Zip: | NEW IBERIA, LA 70560 |

| | |
|---|---|
| Officer: | TIM ELMHURST |

http://coraweb.sos.la.gov/commercialsearch/CommercialSearchD...

**EXHIBIT**
**S-1**

| Title: | Member |
| Address 1: | 2704 BRISTOL ROAD |
| City, State, Zip: | COLUMBUS, OH 43221 |

| Officer: | GLEN LERNER |
| Title: | Member |
| Address 1: | 7801 CALLE CABELLEROS |
| City, State, Zip: | PARADISE VALLEY, AZ 85253 |

## Amendments on File

No Amendments on file

Print

http://coraweb.sos.la.gov/commercial...

SM-02-JA00250

SM-02-JA00251



| Tom Schedler<br>Secretary of State | State of Louisiana<br>Secretary of State<br> | **COMMERCIAL DIVISION**<br>225.925.4704<br><br>Fax Numbers<br>225.932.5317 (Admin. Services)<br>225.932.5314 (Corporations)<br>225.932.5318 (UCC) |

| Name | Type | City | Status |
|---|---|---|---|
| SDA ENTERPRISES, L.L.C. | Limited Liability Company | NEW ORLEANS | Inactive |

**Business:** SDA ENTERPRISES, L.L.C.
**Charter Number:** 35086698K
**Registration Date:** 5/10/2001
**State Of Origin:**
**Domicile Address**
   610 BARONNE ST.
   NEW ORLEANS, LA 70113
**Mailing Address**
   C/O LIONEL H. SUTTON, III
   610 BARONNE ST.
   NEW ORLEANS, LA 70113

## Status

| | |
|---|---|
| Status: | Inactive |
| Inactive Reason: | Action by Secretary of State |
| File Date: | 5/10/2001 |
| Last Report Filed: | 4/5/2006 |
| Type: | Limited Liability Company |

## Registered Agent(s)

| | |
|---|---|
| Agent: | LIONEL H. SUTTON, III |
| Address 1: | 610 BARONNE ST. |
| City, State, Zip: | NEW ORLEANS, LA 70113 |
| Appointment Date: | 5/10/2001 |

## Officer(s)

Additional Officers: No

| | |
|---|---|
| Officer: | LIONEL H. SUTTON, III |
| Title: | Member |
| Address 1: | 610 BARONNE ST. |
| City, State, Zip: | NEW ORLEANS, LA 70113 |

| | |
|---|---|
| Officer: | SEAN D. ALFORTISH |
| Title: | Member |
| Address 1: | 4240 CANAL ST. |
| City, State, Zip: | NEW ORLEANS, LA 70119 |

## Amendments on File (1)

| Description | Date |
|---|---|
| | |

**EXHIBIT**
**S-2**

http://coraweb.sos.la.gov/commercialsearch/CommercialSearchDetails_Print...

**SM-02-JA00252**

Page 2 of 2

Revoked                                                8/18/2009

Print

SM-02-JA00253

| Tom Schedler<br>Secretary of State | State of Louisiana<br>Secretary of State | COMMERCIAL DIVISION<br>225.925.4704 |
|---|---|---|



Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name<br>CAN U HEAR ME NOW, L.L.C. | Type<br>Limited Liability Company | City<br>NEW ORLEANS | Status<br>Inactive |
|---|---|---|---|

**Business:** CAN U HEAR ME NOW, L.L.C.
**Charter Number:** 35268395K
**Registration Date:** 5/13/2002
**State Of Origin:**
**Domicile Address**
    610 BARONNE STREET
    NEW ORLEANS, LA 70113
**Mailing Address**
    C/O LIONEL H. SUTTON, III
    610 BARONNE STREET
    NEW ORLEANS, LA 70113

## Status

**Status:** Inactive
**Inactive Reason:** Action by Secretary of State
**File Date:** 5/13/2002
**Last Report Filed:** N/A
**Type:** Limited Liability Company

## Registered Agent(s)

| | |
|---|---|
| **Agent:** | LIONEL H. SUTTON, III |
| **Address 1:** | 610 BARONNE STREET |
| **City, State, Zip:** | NEW ORLEANS, LA 70113 |
| **Appointment Date:** | 5/13/2002 |

## Officer(s)

Additional Officers: Yes

| | |
|---|---|
| **Officer:** | LIONEL H. SUTTON, III |
| **Title:** | Member |
| **Address 1:** | 610 BARONNE STREET |
| **City, State, Zip:** | NEW ORLEANS, LA 70113 |

| | |
|---|---|
| **Officer:** | MARK CORCORAN |
| **Title:** | Member |
| **Address 1:** | 58 ZINNIA DR. |
| **City, State, Zip:** | COVINGTON, LA 70433 |

| | |
|---|---|
| **Officer:** | CHARLES LABORDE JR. |
| **Title:** | Member |
| **Address 1:** | 38 MURFIELD DR. |
| **City, State, Zip:** | LAPLACE, LA 70068 |

http://coraweb.sos.la.gov/commercial

SM-02-JA00254

## Amendments on File (1)

| Description | Date |
|---|---|
| Revoked | 8/15/2006 |

Print

SM-02-JA00255





| Tom Schedler | State of Louisiana | COMMERCIAL DIVISION |
|---|---|---|
| Secretary of State | Secretary of State | 225.925.4704 |

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| NAVAJO PARTNERS, L.L.C. | Limited Liability Company | LAFAYETTE | Inactive |

| | |
|---|---|
| Business: | NAVAJO PARTNERS, L.L.C. |
| Charter Number: | 35458472K |
| Registration Date: | 4/3/2003 |
| State Of Origin: | |
| Domicile Address | |
| | 111 PINE PARK |
| | LAFAYETTE, LA 70508 |
| Mailing Address | |
| | P.O. BOX 82097 |
| | LAFAYETTE, LA 70598-2097 |

## Status

| | |
|---|---|
| Status: | Inactive |
| Inactive Reason: | Voluntary Action |
| File Date: | 4/3/2003 |
| Last Report Filed: | 3/9/2004 |
| Type: | Limited Liability Company |

## Registered Agent(s)

| | |
|---|---|
| Agent: | LIONEL H. SUTTON, III |
| Address 1: | 610 BARONNE STREET |
| City, State, Zip: | NEW ORLEANS, LA 70113 |
| Appointment Date: | 4/3/2003 |

## Officer(s)

Additional Officers: No

| | |
|---|---|
| Officer: | LIONEL H. SUTTON, III |
| Title: | Member |
| Address 1: | 610 BARONNE STREET |
| City, State, Zip: | NEW ORLEANS, LA 70113 |

| | |
|---|---|
| Officer: | JOHNNY T. WALKER |
| Title: | Member |
| Address 1: | 205 E LONG PLANTATION |
| City, State, Zip: | LAFAYETTE, LA 70508 |

## Amendments on File (1)

| Description | Date |
|---|---|
| Affidavit to Dissolve | 2/11/2005 |

http://coraweb.sos.la.gov/commercialsearch/CommercialSearchDetails_Print.aspx?Ch...

**SM-02-JA00256**

Print

SM-02-JA00257



| Tom Schedler<br>Secretary of State | State of Louisiana<br>Secretary of State<br> | **COMMERCIAL DIVISION**<br>**225.925.4704**<br><br>Fax Numbers<br>225.932.5317 (Admin. Services)<br>225.932.5314 (Corporations)<br>225.932.5318 (UCC) |

---

**Name**
FULL DIMENSION TRADING CO., LLC

**Type**
Limited Liability Company

**City**
NEW IBERIA

**Status**
Inactive

**Business:**      FULL DIMENSION TRADING CO., LLC
**Charter Number:**      36462897K
**Registration Date:**      6/1/2007
**State Of Origin:**
**Domicile Address**
         110 EAST PERSHING STREET
         NEW IBERIA, LA 70560
**Mailing Address**
         110 EAST PERSHING STREET
         NEW IBERIA, LA 70560

## Status

**Status:**      Inactive
**Inactive Reason:**      Action by Secretary of State
**File Date:**      6/1/2007
**Last Report Filed:**      N/A
**Type:**      Limited Liability Company

## Registered Agent(s)

| Agent: | LIONEL H. SUTTON, III |
|---|---|
| Address 1: | 610 BARONNE STREET |
| City, State, Zip: | NEW ORLEANS, LA 70113 |
| Appointment Date: | 6/1/2007 |

## Officer(s)

Additional Officers: No

| Officer: | LIONEL H. SUTTON, III |
|---|---|
| Title: | Member |
| Address 1: | 610 BARONNE STREET |
| City, State, Zip: | NEW ORLEANS, LA 70113 |

## Amendments on File (1)

| Description | Date |
|---|---|
| Revoked | 8/15/2010 |

Print

**SM-02-JA00258**



**Tom Schedler**
Secretary of State

**State of Louisiana**
Secretary of State



**COMMERCIAL DIVISION**
**225.925.4704**



Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|------|------|------|--------|
| 4-K PARTNERS, L.L.C. | Limited Liability Company | NEW IBERIA | Inactive |

Business:              4-K PARTNERS, L.L.C.
Charter Number:        36463276K
Registration Date:     6/1/2007
State Of Origin:
Domicile Address
                       110 E. PESHING STREET
                       NEW IBERIA, LA 70560
Mailing Address
                       110 E. PESHING STREET
                       NEW IBERIA, LA 70560

## Status

Status:                Inactive
Inactive Reason:       Action by Secretary of State
File Date:             6/1/2007
Last Report Filed:     5/6/2008
Type:                  Limited Liability Company

## Registered Agent(s)

| Agent: | LIONEL H. SUTTON, III |
|--------|------------------------|
| Address 1: | 610 BARONNE STREET |
| City, State, Zip: | NEW ORLEANS, LA 70113 |
| Appointment Date: | 6/1/2007 |

## Officer(s)

Additional Officers: No

| Officer: | LIONEL H. SUTTON, III |
|----------|------------------------|
| Title: | Member |
| Address 1: | 6037 LAUREL STREET |
| City, State, Zip: | NEW ORLEANS, LA 70115 |

| Officer: | MICHAEL D. SUTTON |
|----------|--------------------|
| Title: | Member |
| Address 1: | 613 TERRELL COURT |
| City, State, Zip: | NEW IBERIA, LA 70560 |

## Amendments on File (1)

| Description | Date |
|-------------|------|
| Revoked | 8/19/2011 |

http://coraweb.sos.la.gov/commercialsearch/CommercialSearchDetails_Print.aspx?CharterID...

SM-02-JA00259

Print

SM-02-JA00260

Tom Schedler
Secretary of State

State of Louisiana
Secretary of State



**COMMERCIAL DIVISION**
**225.925.4704**

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

**Name**
SUTTON AND REITANO, (A PROFESSIONAL LAW CORPORATION)

| Type | City | Status |
|---|---|---|
| Business Corporation | NEW ORLEANS | Inactive |

**Business:** SUTTON AND REITANO, (A PROFESSIONAL LAW CORPORATION)
**Charter Number:** 36675489D
**Registration Date:** 2/25/2008
**State Of Origin:**
**Domicile Address**
 610 BARONNE STREET
 NEW ORLEANS, LA 70113
**Mailing Address**
 C/O LIONEL H. SUTTON, III
 610 BARONNE STREET
 NEW ORLEANS, LA 70113

## Status

**Status:** Inactive
**Inactive Reason:** Voluntary Action
**File Date:** 2/25/2008
**Last Report Filed:** 2/11/2010
**Type:** Business Corporation

## Registered Agent(s)

| Agent: | LIONEL H. SUTTON, III |
|---|---|
| Address 1: | 610 BARONNE STREET |
| City, State, Zip: | NEW ORLEANS, LA 70113 |
| Appointment Date: | 2/25/2008 |

## Officer(s)

Additional Officers: No

| Officer: | LIONEL H. SUTTON, III |
|---|---|
| Title: | Director |
| Address 1: | 610 BARONNE STREET |
| City, State, Zip: | NEW ORLEANS, LA 70113 |

## Amendments on File (1)

| Description | Date |
|---|---|
| Affidavit to Dissolve | 3/11/2013 |

Print

http://coraweb.sos.la.gov/commercialsearch/CommercialSearchDetails...

**SM-02-JA00261**

Tom Schedler
Secretary of State

State of Louisiana
Secretary of State



COMMERCIAL DIVISION
225.925.4704

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| MISS ASHLEY, L.L.C. | Limited Liability Company | NEW ORLEANS | Inactive |

Business:                MISS ASHLEY, L.L.C.
Charter Number:          35086696K
Registration Date:       5/10/2001
State Of Origin:
Domicile Address
                         610 BARONNE ST.
                         NEW ORLEANS, LA 70113
Mailing Address
                         C/O LIONEL H. SUTTON, III
                         610 BARONNE ST.
                         NEW ORLEANS, LA 70113

## Status

Status:              Inactive
Inactive Reason:     Voluntary Action
File Date:           5/10/2001
Last Report Filed:   4/5/2006
Type:                Limited Liability Company

## Registered Agent(s)

| Agent: | LIONEL H. SUTTON, III |
|---|---|
| Address 1: | 610 BARONNE ST. |
| City, State, Zip: | NEW ORLEANS, LA 70113 |
| Appointment Date: | 5/10/2001 |

## Officer(s)

Additional Officers: No

| Officer: | T-BLUE, L.L.C. |
|---|---|
| Title: | Member |
| Address 1: | 5494 SHORELINE DR. |
| City, State, Zip: | NEW IBERIA, LA 70560 |

| Officer: | MARTIN LELAND BELDEN |
|---|---|
| Title: | Member |
| Address 1: | 19532 HWY. 182 |
| City, State, Zip: | JEANERETTE, LA 70544 |

## Amendments on File (1)

| Description | Date |
|---|---|
| | |

SM-02-JA00262

Affidavit to Dissolve                              12/13/2006

Print

**SM-02-JA00263**



| Tom Schedler | State of Louisiana | COMMERCIAL DIVISION |
|---|---|---|
| Secretary of State | Secretary of State | 225.925.4704 |



Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | | City | Status |
|---|---|---|---|---|
| T-BLUE, L.L.C. | Limited Liability Company | | NEW ORLEANS | Active |

**Business:** T-BLUE, L.L.C.
**Charter Number:** 35125163K
**Registration Date:** 8/8/2001
**State Of Origin:**
**Domicile Address**
    610 BARONNE ST
    NEW ORLEANS, LA 70113
**Mailing Address**
    C/O LIONEL H. SUTTON, III
    610 BARONNE ST
    NEW ORLEANS, LA 70113

## Status

| | |
|---|---|
| Status: | Active |
| Annual Report Status: | Not In Good Standing for failure to file Annual Report |
| File Date: | 8/8/2001 |
| Last Report Filed: | 9/23/2010 |
| Type: | Limited Liability Company |

## Registered Agent(s)

| Agent: | LIONEL H. SUTTON, III |
|---|---|
| Address 1: | 610 BARONNE ST |
| City, State, Zip: | NEW ORLEANS, LA 70113 |
| Appointment Date: | 9/23/2010 |

## Officer(s)

Additional Officers: No

| Officer: | LIONEL H. SUTTON, III |
|---|---|
| Title: | Manager, Member |
| Address 1: | 610 BARONNE ST |
| City, State, Zip: | NEW ORLEANS, LA 70113 |

## Amendments on File
No Amendments on file

[ Print ]

SM-02-JA00264

Tom Schedler
Secretary of State

State of Louisiana
Secretary of State

**COMMERCIAL DIVISION**
**225.925.4704**



Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| SECRETARIAT, L.L.C. | Limited Liability Company | NEW IBERIA | Inactive |

**Business:** SECRETARIAT, L.L.C.
**Charter Number:** 36310694K
**Registration Date:** 11/14/2006
**State Of Origin:**
**Domicile Address**
　　5494 SHORELINE DRIVE
　　NEW IBERIA, LA 70560
**Mailing Address**
　　5494 SHORELINE DRIVE
　　NEW IBERIA, LA 70560

## Status

**Status:** Inactive
**Inactive Reason:** Voluntary Action
**File Date:** 11/14/2006
**Last Report Filed:** 10/25/2007
**Type:** Limited Liability Company

## Registered Agent(s)

| | |
|---|---|
| Agent: | LIONEL H. SUTTON, III |
| Address 1: | 610 BARONNE STREET |
| City, State, Zip: | NEW ORLEANS, LA 70113 |
| Appointment Date: | 11/14/2006 |

## Officer(s)

Additional Officers: No

| | |
|---|---|
| Officer: | T-BLUE, L.L.C. |
| Title: | Member |
| Address 1: | 5494 SHORELINE DRIVE |
| City, State, Zip: | NEW IBERIA, LA 70560 |

| | |
|---|---|
| Officer: | ROBERT PEREZ |
| Title: | Member |
| Address 1: | 313 SAFETY ROAD |
| City, State, Zip: | HOUMA, LA 70363 |

## Amendments on File (1)

| Description | Date |
|---|---|
| Affidavit to Dissolve | 12/29/2008 |

http://coraweb.sos.la.gov/commercialsearch/CommercialSearchD...

SM-02-JA00265

Print

SM-02-JA00266

Page 1 of 2

| Tom Schedler | State of Louisiana | COMMERCIAL DIVISION |
| Secretary of State | Secretary of State | 225.925.4704 |



Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| TAMPA SEAHORSE, L.L.C. | Limited Liability Company | NEW IBERIA | Inactive |

**Business:** TAMPA SEAHORSE, L.L.C.
**Charter Number:** 35890965K
**Registration Date:** 3/4/2005
**State Of Origin:**
**Domicile Address**
    5494 SHORELINE DRIVE
    NEW IBERIA, LA 70560
**Mailing Address**
    5494 SHORELINE DRIVE
    NEW IBERIA, LA 70560

## Status

| | |
|---|---|
| **Status:** | **Inactive** |
| **Inactive Reason:** | **Voluntary Action** |
| **File Date:** | 3/4/2005 |
| **Last Report Filed:** | 3/10/2008 |
| **Type:** | Limited Liability Company |

## Registered Agent(s)

| | |
|---|---|
| Agent: | LIONEL H. SUTTON, III |
| Address 1: | 610 BARONNE STREET |
| City, State, Zip: | NEW ORLEANS, LA 70113 |
| Appointment Date: | 3/4/2005 |

## Officer(s)

Additional Officers: No

| | |
|---|---|
| Officer: | ROBERT PEREZ |
| Title: | Member |
| Address 1: | 313 SAFETY ROAD |
| City, State, Zip: | HOUMA, LA 70363 |

| | |
|---|---|
| Officer: | T-BLUE, L.L.C. |
| Title: | Member |
| Address 1: | 5494 SHORELINE DR. |
| City, State, Zip: | NEW IBERIA, LA 70560 |

## Amendments on File (2)

| Description | Date |
|---|---|
| Supplemental Initial Report | 11/14/2006 |

http://coraweb.sos.la.gov/commercial...

**SM-02-JA00267**

| Affidavit to Dissolve | | 12/29/2008 |

Print

SM-02-JA00268

SM-02-JA00269

| Date Filed | # | Docket Text |
|---|---|---|
| 10/07/2011 | 1 | COMPLAINT with jury demand against National Response Corporation (Filing fee $ 350 receipt number 053L-3224880) filed by Romeo Papa, LLC.. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(Sutton, Lionel) (Entered: 10/07/2011) |
| 08/10/2012 | 14 | ORDER granting 13 Motion for Hearing. NCR's summary judgment motion is hereby set for 9/5/2012. Signed by Judge Mary Ann Vial Lemmon on 8/9/2012. (cms, ) (Entered: 08/10/2012) |
| 08/13/2012 | 15 | Witness and Exhibit List by Romeo Papa, LLC.. (Sutton, Lionel) (Entered: 08/13/2012) |
| 08/10/2012 | 16 | MOTION for Summary Judgment by National Response Corporation. Motion set for 9/5/2012 before Judge Mary Ann Vial Lemmon. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Statement of Contested/Uncontested Facts)(cms, ) (Entered: 08/14/2012) |
| 10/09/2012 | 21 | Proposed Pretrial Order by Romeo Papa, LLC. (Sutton, Lionel) (Entered: 10/09/2012) |
| 11/06/2012 | 23 | ORDER DISMISSING CASE. Signed by Judge Mary Ann Vial Lemmon on 11/6/12.(cbn) (Entered: 11/06/2012) |



EXHIBIT
S-3

SM-02-JA00270

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROMEO PAPA, LLC | * | CIVIL ACTION NO. |
| | * | |
| versus | * | SECTION |
| | * | |
| NATIONAL RESPONSE CORPORATION | * | MAGISTRATE |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, ROMEO PAPA, LLC

("ROMEO PAPA"), a Louisiana Limited Liability Company domiciled in the parish of Terrebonne,

State of Louisiana, who respectfully represents:

I.

This action is brought to recover damages suffered by plaintiff, as a result of defendant's

breach of a maritime charter agreement.

II.

Made defendant herein is National Response Corporation ("NRC"), a foreign corporation

licensed to do and doing business in the State of Louisiana.

III.

This court has jurisdiction over this action pursuant to diversity and the general maritime law.

IV.

Venue is proper in this district court because the events giving rise to the claims asserted

herein occurred in this district and the maritime contract at issue stipulated that the parties submit

to the exclusive personal and subject matter jurisdiction of the United States District Court located

in New Orleans, Louisiana.

SM-02-JA00271

V.

Prior to May 2010, ROMEO PAPA and Kilgore Marine Services, Inc. entered into a brokerage agreement wherein ROMEO PAPA appointed Kilgore Marine as its agent for obtaining charters for offshore supply vessels owned and operated by ROMEO PAPA.. Under said brokerage agreement, Kilgore Marine was authorized to sign a charter agreement as agent on behalf of ROMEO PAPA.

VI.

On or about May 17, 2010, Kilgore Marine Services, Inc. entered into a brokerage agreement with Adriatic Marine wherein Killgore Marine appointed Adriatic Marine as its agent for obtaining charters for Kilgore Marine.  Under said brokerage agreement, Adriatic Marine was authorized to sign a charter agreement as agent on behalf of Kilgore Marine.

VII.

On or about July 5, 2010, Adriatic Marine entered into a Standard Time Charter Agreement ("CHARTER") with National Response Corporation for charter of the M/V Port Eads.  At all times pertinent herein, the M/V Port Eads was owned and operated by ROMEO PAPA, LLC.

VIII.

The term of the CHARTER called for an on hire date of 5/14/2010 and to terminate upon redeliver of the vessel to the owner after completion of the charter term at Fourchon, Louisiana with the vessel clean, free of debris and otherwise ready for a subsequent use by owner.

IX.

Pursuant to paragraph 2D of the CHARTER,  NRC agreed that any vessel fittings, gear and/or equipment lost or damaged as a result of the operations during the charter term shall be repaired or replaced by NRC at its expense.  The CHARTER also allowed for the owner of the Port

Eads to arrange or advance payment for any of the charges and expenses allocated to NRC, as agent for NRC and required NRC to promptly reimburse the owner for such charges and expenses.

X.

By letter dated October 25, 2010 and received by ROMEO PAPA on November 5, 2010, ROMEO PAPA was notified that the redeliver date for the M/V Port Eads was September 29, 2010.

XI.

On October 27, 2010, the M/V Port Eads was inspected by Dufuor Lasky & Strauss (DLS) at the request of and for the account of NRC. Upon inspection, DLS noted that the vessel's top coat between 9' 6" and the draft marks, ranging the full perimeter of the hull, failed, exposing the vessel's prime coating in the areas affected.

XII.

The damage noted by the DLS survey rendered the M/V Port Eads unfit for service.

XIII.

Pursuant to the terms of the CHARTER, ROMEO PAPA paid for the charges and expenses necessary to repair the hull and presented the same to NRC for reimbursement.

XIV.

Following repairs, the M/V Port Eads was returned to Fourchon, Louisiana clean, free of debris and otherwise ready for a subsequent use, thereby ending the charter term.

XV.

NRC has refused to pay for the repairs necessary to return the vessel to service and has refused to pay for charter from the date of the redeliver letter to the date the vessel was returned to Fourchon, clean, free of debris and otherwise ready for a subsequent use by owner.

SM-02-JA00273

XVI.

ROMEO PAPA itemizes its damages as follows:

A.  Repair costs - $42,474.00;

B.  Fuel cost to and from shipyard for repairs - $5,040.00; and

C.  Payment for remainder of charter term - $564,000.00.

XVII.

Plaintiff demands trial by jury in accordance with the Federal Rules of Civil Procedure.

WHEREFORE, ROMEO PAPA prays that:

A.  Defendant be served with a copy of the complaint and be sited to appear and answer the same;

B.  After due proceedings had, there be judgement rendered against defendant in an amount reasonable in the premises, together with legal interests, costs and attorney's fees, if applicable.

Respectfully submitted,

**SUTTON & REITANO**
935 Gravier Street
Suite 600
New Orleans, LA 70112
Ph. (504) 592-3230
Fx. (504) 585-1789

By:     s/Lionel H. Sutton, III
        Lionel H. Sutton, III
        Bar No. 20386

**SM-02-JA00274**

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| ïeo Papa, LLC | National Response Corporation |

| (b) County of Residence of First Listed Plaintiff   Terrebonne | County of Residence of First Listed Defendant |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |
| | NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |

(c) Attorney's (Firm Name, Address, and Telephone Number)
Lionel H. Sutton, III
935 Gravier Street, Ste. 600
New Orleans, LA  70112  (504) 592-3230

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                    and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane   ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product   Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability   ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &   Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander   ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'   Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability   Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine   **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product   ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability   ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle   ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability   ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal   Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting   ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment   Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/   Habeas Corpus: | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations   ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare   ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment   ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities -   ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | Actions | | |

## V. ORIGIN   (Place an "X" in One Box Only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE   DOCKET NUMBER

DATE   /07/2011

SIGNATURE OF ATTORNEY OF RECORD   s/Lionel H. Sutton, III

FOR OFFICE USE ONLY

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

**SM-02-JA00275**

JS 44 Reverse  (Rev. 12/07)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.     **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

       **(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

       **(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.    **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

       **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. Do not cite jurisdictional statutes unless diversity.     Example:     U.S. Civil Statute: 47 USC 553
                                                                                      Brief Description: Unauthorized reception of cable service

VII.   **Requested in Complaint. Class Action.** Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.  **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

Date and Attorney Signature. Date and sign the civil cover sheet.

**SM-02-JA00276**

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Romeo Papa, LLC<br><br>_____<br>*Plaintiff*<br><br>v.<br><br>National Response Corporation<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   2011-2540

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  National Response Corporation
Through their registered agent for service of process:

National Registered Agents, Inc.
1011 N. Causeway Blvd., Ste. 3
Mandeville, LA  70471

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Lionel H. Sutton, III
Sutton & Reitano
935 Gravier Street, Ste. 600
New Orleans, LA  70112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

**SM-02-JA00277**

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  2011-2540

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

SM-02-JA00278

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROMEO PAPA, LLC | * | C. A. No.: 2:11-cv-02540 |
| | * | |
| Versus | * | Section: MVL |
| | * | |
| NATIONAL RESPONSE CORPORATION | * | Magistrate: JCW |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### O R D E R

Considering the foregoing motion of defendant, National Response Corporation, for

an expedited hearing on its motion for summary judgement, it is hereby

ORDERED that the motion is GRANTED and that NRC's summary-judgment

motion is hereby set for hearing on ~~August 22, 2012.~~ September 5, 2012.

New Orleans, Louisiana, this ___9th___ day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

SM-02-JA00279

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROMEO PAPA, LLC | * | C. A. NO.: 11-2540 |
| | * | |
| VERSUS | * | Section: "S" (2) |
| | * | |
| NATIONAL RESPONSE CORPORATION | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes plaintiff, ROMEO PAPA, who submits the instant Witness and Exhibit List:

## WITNESS LIST

1.    Robert Perez, Romeo Papa LLC, 313 Safety Rd, Houma, LA

2.    Bart Haddad, Romeo Papa LLC, 313 Safety Rd, Houma, LA

3.    David Kendall, National Response Corporation

4.    Charles Faucheaux, Adriatic Marine LLC, POB 188, Raceland, LA

5.    Andy Naquin, Kilgore Marine LLC, 1819 W. Pinhook, Lafayette, LA

6.    Michael Gilbert, Kenelli Services Inc., POB 986, Marrero, LA

7.    Norman Petticrew, Kenelli Services, Inc., POB 986 Marrero, LA

8.    Ryan Armida, DLS, 3935 N. Causeway Blvd., Metarie, LA

9.    Representative of Thoma-Sea Marine Constructors, POB 399, Bourg, LA

10.    Representative of Rebstock Supply, 18708 W. Main St., Galliano, LA

11.    Any other witness identified by any other party.

12.    Any witness identified in responses to discovery.

13.    Any witness necessary to rebut Defendant's expert report(s).

EXHIBIT LIST

1.    Adriatic-NRC Standard time Charter

2.    Kilgore-Adriatic Brokerage Agreement

3.    Romeo Papa-Kilgore Brokerage Agreement

4.    Kenelli Services Inc. - Pt. Eads Survey / File

5.    DLS - Pt. Eads Survey / File

6.    Thoma-Sea Marine Constructors - Damage Estimate / Invoice

7.    Rebstock Marine - Damage Estimate / Invoice

8.    Any exhibit necessary to rebut Defendant's expert report(s)

9.    Any exhibit listed by any other party

Respectfully Submitted,

SUTTON LAW FIRM


 s/ Lionel H. Sutton, III
Lionel H. Sutton, III    Bar No. 20386
935 Gravier St., Ste. 1910
New Orleans, LA 70112
Ph.  (504) 592-3230
Fx.  (504) 585-1789

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 13th day of August, 2012, filed a copy of the foregoing electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent out to all counsel using the court electronic filing system.

s/ Lionel H. Sutton, III

SM-02-JA00282

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROMEO PAPA, LLC | * | C. A. No.: 2:11-cv-02540 |
| | * | |
| Versus | * | Section: MVL |
| | * | |
| NATIONAL RESPONSE CORPORATION | * | Magistrate: JCW |
| | * | |

*******************************************

## NRC'S MOTION FOR SUMMARY JUDGMENT

NOW COMES, through undersigned counsel, defendant, National Response Corporation ("NRC"), and pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully moves for a summary judgment dismissing plaintiff's claims in their entirety, on the grounds and for the reasons stated in the accompanying memorandum.

Respectfully submitted,

HARRIS & RUFTY, LLC

/s/ Alfred J. Rufty III
ALFRED J. RUFTY III (Bar #19990)
RUFUS C. HARRIS III (Bar #6638)
CINDY G. MARTIN (Bar #25159)
JILL S. WILLHOFT (Bar #28990)
650 Poydras Street, Suite 2710
New Orleans, Louisiana 70130
Telephone: (504) 525-7500
Attorneys for National Response Corp.