```
>To: Matt Lundy
>Subject: Re: Expedited Claims
>
>Thanks. I am told the payment will be wired today, the payment election
>form and firm W-9 had to be loaded into the system which was done on
>Friday. Please let me know if you do not receive the wire today.
>
>Thanks
>
>Christine
>
>Sent from my iPhone
>
>On Sep 17, 2012, at 9:27 AM, "Matt Lundy" <mlundy@lundylawllp.com> wrote:
>
>> Will send shortly. Did you make any headway with the claim that hasn't
>>been paid?
>>
>> Thanks for your help.
>>
>> -----Original Message-----
>> From: Christine Reitano [mailto:creitano@dheclaims.com]
>> Sent: Monday, September 17, 2012 9:26 AM
>> To: Matt Lundy
>> Cc: Lynn Greer
>> Subject: Expedited Claims
>>
>> Matt
>>
>> I had forwarded your email designating the claims you wished to be
>>expedited to BrownGreer but there was no attachment. Could you please
>>resend with attachments if there are any?
>>
>> Thank you
>>
>> Christine
>>
>> Sent from my iPhone
>>
>>
>> This email (and any attachments) is confidential and is intended for
>>use solely by the properly named addressee. If you are not the intended
>>recipient, any use, dissemination, forwarding, copying or printing of
>>this email without the consent of the originator is strictly prohibited.
>>Although this email (and any attachments) are believed to be free of any
>>virus or other defect, it is the responsibility of the recipient to
>>ensure that it is virus free, and no responsibility is accepted by the
>>sender for any loss or damage arising in any way from its use. If you
>>have received this email in error, please immediately notify the sender
>>by reply email or by telephone at 504-934-4999.
>>
>>
>
>This email (and any attachments) is confidential and is intended for use
>solely by the properly named addressee. If you are not the intended
```

3


EXHIBIT 93

SM-02-JA00914

>recipient, any use, dissemination, forwarding, copying or printing of
>this email without the consent of the originator is strictly prohibited.
>Although this email (and any attachments) are believed to be free of any
>virus or other defect, it is the responsibility of the recipient to
>ensure that it is virus free, and no responsibility is accepted by the
>sender for any loss or damage arising in any way from its use. If you
>have received this email in error, please immediately notify the sender
>by reply email or by telephone at 504-934-4999.
>
>

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

4

SM-02-JA00915