6/17/13

John Ardoin

Casey Thonn - One claim

Tiger/Christine have no interest in anything. Absolutely clear about that.

Any inquiries - Nah - Trevor -

We've spoken to David. David - will also go to me. Not to Tiger -

Given Tiger's silence - I've made a point to avoid that.
Given Lawrence - made a real point to avoid any issues that would compromise him in any way.

※ When I spoke with Mike he ~~called~~ ~~Tiger~~ said that I should talk with him or David about the status of my cases and not Tiger; He didn't say ~~that~~ not to good to talk to anyone

EXHIBIT 27

SM-01-JA00363