# United States District Court
## Southern District of Texas

## Certificate of Good Standing

I, David J. Bradley, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Brian Jensen, Federal ID No 3099

Admission date: December, 31, 1985

Dated October 11, 2013, at Houston, Texas.

*David J. Bradley*

David J. Bradley,
Clerk of Court

By: Donna Wilkerson, Deputy Clerk



