

# UNITED STATES DISTRICT COURT
## Eastern District of Texas

### Certificate of Good Standing

I, David J. Maland, Clerk of this Court, certify that

**TOMMY LEE YEATES**

was duly admitted to practice in this Court on

July 7, 1986, and is in good standing

as a member of the Bar of this Court.

Dated at   Beaumont, Texas

on   November 25, 2013          by _____
                                        Deputy Clerk





EXHIBIT B