

UNITED STATES DISTRICT COURT
Eastern District of Texas

*Certificate of Good Standing*

I, David J. Maland, Clerk of this Court, certify that

TOMMY LEE YEATES

was duly admitted to practice in this Court on

July 7, 1986, and is in good standing

as a member of the Bar of this Court.

Dated at   Beaumont, Texas

on   November 25, 2013       by  *David Maland*
                                 _____
                                 *Robin Lockhart*
                                 _____
                                 Deputy Clerk





EXHIBIT
B