United States District Court
Eastern District of Louisiana
ELECTRONIC CASE FILING SYSTEM
Attorney Registration Form

This form shall be used to register for an account on the Eastern District of Louisiana's Electronic Filing System. Registered attorneys will have privileges to electronically submit documents and to view and retrieve electronic docket sheets and documents as available for cases assigned to the Electronic Filing systems. This form should be emailed to ECF_Registration@laed.uscourts.gov The following information is required for registration:

Please Type

First/Middle/Last Name: Tommy Lee Yeates

Attorney Bar # and State: 22151100 Texas

Firm Name: Moore Landrey, LLP

Firm Address: 905 Orleans Street
Beaumont, TX 77701

Telephone Number: (409) 835-3891

E-Mail Address: tyeates@moorelandrey.com
(Attorney's email for electronic service)

Additional E-Mail Address: dward@moorelandrey.com
(Secretary, central repository, etc.)

**Note: Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court, Eastern District of Louisiana pursuant to LR83.2.2 or 83.2.5. Attorneys filing only in MDL cases are not required to be admitted to practice in this court.

**Training is not required but is available by going to the Court's website (www.laed.uscourts.gov) and either registering for a training class held at the court (2 hrs CLE credit) or taking the Court's online tutorial (no CLE credit).

**By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed.R.Civ.P. 5(b) and 77(d) via the Court's electronic filing system and consents to receive service from other filing users by the Notice of Electronic Filing generated by the Court's electronic filing system. The combination of user id and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised.

12/11/13
Date

[signature]
Attorney Signature