UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
|     **"Deepwater Horizon" in the Gulf** | * | |
|     **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **Applies to:** | * | **JUDGE BARBIER** |
| | * | |
| **10-4429, 13-5140, 13-5141, 13-5142,** | * | **MAG. JUDGE SHUSHAN** |
| **13-5143, 13-5144, 13-5145, 13-5146,** | * | |
| **13-5147, 13-5471** | * | |

## ORDER

Counsel for Plaintiffs in the referenced member cases filed multiple notices under Federal Rule of Civil Procedure 41(a)(1)(A)(i) that "non-suit without prejudice [Plaintiffs'] claims against Defendant Weatherford U.S., L.P." while maintaining claims against other defendants. (Rec. Docs. 12153-12161)  The notices also request that the Court "enter an Order acknowledging this Notice of Non-Suit Without Prejudice" and include proposed orders.  The proposed orders state, "It is therefore ordered that Weatherford U.S., L.P. is hereby dismissed without prejudice . . . ." (emphasis omitted).

Rule 41(a)(1)(A)(i) permits a plaintiff to dismiss an action merely by filing a notice of dismissal, provided the opposing party has not filed an answer or motion for summary judgment. The notice itself effects dismissal. "There is not even a perfunctory order of court closing the file. Its alpha and omega was the doing of the plaintiff alone." *Am. Cyanamid Co. v. McGhee*, 317 F.2d 295, 297 (5th Cir. 1963).  As an administrative matter, the Clerk of Court simply may note in the docket that the dismissed party is terminated from the case or, if all parties are dismissed, that the case is closed.

Accordingly, the Court will not sign the proposed orders.

The Court also notes that filing multiple notices, motions, etc. that request similar or identical relief—as Plaintiffs' counsel has done here—creates needless clutter in the docket. Counsel shall make a single, omnibus filing whenever possible in this Multidistrict Litigation.

New Orleans, Louisiana, this 20th day of January, 2014.

_____
United States District Judge