UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL 2179 |
| This Document Relates To: | * * | |
| No. 13-6674 | * * * * * | |
| | * | SECTION "J" (1) |
| | * * | |
| | * | JUDGE CARL J. BARBIER |
| | * * | |
| | * | MAGISTRATE SALLY SHUSHAN |

## ORDER

Considering the foregoing Motion to File Under Seal by Defendants Bon Secour Fisheries, Inc; Fort Morgan Realty, Inc.; LFBP #1, LLC d/b/a GW Fins; Panama City Beach Dolphin Tours & More, LLC; Zeke's Charter Fleet, LLC; William Sellers; Kathleen Irwin; Ronald Lundy; Corliss Gallo; Lake Eugenie Land & Development, Inc.; Henry Hutto; Brad

1

Friloux; Jerry J. Kee; John Tesvich; and Michael Guidry, ("Class Representatives" or "Class") on behalf of themselves and all others similarly situated, (Rec. Doc. No.    ),

**IT IS ORDERED** that said motion to file under seal is **GRANTED**;

**IT IS FURTHER ORDERED** that an unredacted version of the Class' Opposition to BP's Motion for Preliminary Injunction; an unredacted version of Exhibit "2" submitted in support of said Opposition; and Exhibits "4," "5," "6," "7," and "8" submitted in support of said Opposition be filed under seal pending further order of the Court; and

**IT IS FURTHER ORDERED** that the versions of the Opposition and Exhibit "2" that have confidential information redacted remain filed in the public record.

New Orleans, Louisiana this 21st day of January, 2014.

_____
United States District Judge