UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *11-00348* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Robert Kaluza's Request to Preserve Evidence (Rec. doc. 12136)]**

Defendant, Robert Kaluza's Request to Preserve Certain Evidence Currently at NASA's Michoud Facility is GRANTED.

The following will be preserved until further notice:

1. The three "variable bore rams" or "VBRs" from the Deepwater Horizon's BOP;[1]

2. The section of drill pipe currently placed next to the VBRs;

3. Any small pieces of rubber from the annular preventers' rubber elements that currently are sitting on top of the annular preventers but are loose or not attached to the annulars' rubber elements.

Mr. Kaluza's attorneys are to coordinate with Special Master Captain Suzanne Englebert to ensure a proper selection, documentation, and preservation of the items listed above. The cost of preservation, including Captain Englebert's fee, will be borne by mover.

New Orleans, Louisiana, this 21st day of January, 2014.

**SALLY SHUSHAN**
**United States Magistrate Judge**

---

[1] All itemized evidence may be identified by the test item numbers enumerated in the Request.