UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| This Document applies to: | SECTION: J |
| In re: Triton Asset Leasing GmbH Case No. 2:10-cv-02771-CJB-SS | JUDGE BARBIER |
| | MAGISTRATE SUSHAN |

## MOTION TO QUASH

Plaintiff Craig Michael Breland moves the Court to quash Transocean Offshore Deepwater Drilling, Inc.'s subpoenas to Lynn Adams, LCSW, Clinton Howard, IV, M.D./The Orthopedic Group, P.C., Huntington Ingalls Industries, Christopher Jenkins, M.D., LLC, and Edward Shwery, Ph.D. As explained in Plaintiff's Memorandum in support of this motion, these subpoenas are not consistent with the provisions of Pre-Trial Order No. 42 (Doc. 4043) and/or Rule 26 of the Federal Rules of Civil Procedure. Accordingly, Plaintiff respectfully requests that the Court quash the subpoenas.

/s/ William E. Bonner
ROBERT T. CUNNINGHAM, JR
rtc@cunninghambounds.com
WILLIAM E. BONNER
web@cunninghambounds.com
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604
251-471-6191 (O)
251-479-1031 (F)
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this January 21, 2014 electronically filed the foregoing with the Clerk of this Court using the CM/ECF system which will send notification of such filing to each and every lawyer who has at the time of this filing appeared in this proceeding.

/s/ William E. Bonner
WILLIAM E. BONNER