# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document applies to:<br><br>In re: Triton Asset Leasing GmbH<br>Case No. 2:10-cv-02771-CJB-SS | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

## MEMORANDUM IN SUPPORT OF MOTION TO QUASH

Plaintiff Craig Michael Breland submits the following memorandum in support of his motion to quash Transocean Offshore Deepwater Drilling, Inc.'s subpoenas to Lynn Adams, LCSW, Clinton Howard, IV, M.D./The Orthopedic Group, P.C., Huntington Ingalls Industries, Christopher Jenkins, M.D., LLC, and Edward Shwery, Ph.D:

1.   Plaintiff is a resident of Mobile, Alabama. He was working aboard the Deepwater Horizon at the time of the Macondo blowout as a crane operator. Plaintiff's claims fall within the "Bundle A" group of claims.

2. Lynn Adams, LCSW, Clinton Howard, IV, M.D./The Orthopedic Group, P.C., Huntington Ingalls Industries, and Christopher Jenkins, M.D., LLC are medical providers or employers for the Plaintiff. Pre-Trial Order Number 42 (Doc. 4043) lays out the procedure for obtaining medical and employment records for Bundle A plaintiffs. Pursuant to that process, Bundle A plaintiffs were required to provide Liskow & Lewis executed releases for certain medical providers and employers. In turn, the order requires Liskow & Lewis to obtain records from any such medical providers or employers and distribute the records among the parties.

3. The Court set up this process to prevent medical providers and employers from being overwhelmed with subpoenas from multiple parties requesting essentially the same documents. The Plaintiff has complied with the requirements of Pre-Trial Order Number 42. Accordingly, Transocean's subpoenas to Lynn Adams, LCSW, Clinton Howard, IV, M.D./The Orthopedic Group, P.C., Huntington Ingalls Industries, and Christopher Jenkins, M.D., LLC should be quashed, and Transocean, like all other defendants, should be required to go through the process outlined

in Pre-Trial Order Number 42 in order to obtain Mr. Breland's medical and employment records.

4.   Edward Shwery, Ph.D is a retained consultant for the Plaintiff. Plaintiff has not identified him as a testifying expert.  Until Plaintiff designates Dr. Shwery as a testifying expert, his file materials and documents are protected by Rule 26 of the Federal Rules of Civil Procedure, which provides that a party ordinarily cannot discover facts or opinions held by an expert who has not been designated as a testifying expert. FED. R. CIV. P. 26(b)(4)(C).[1]

Wherefore, premises considered, Transocean's subpoenas to Lynn Adams, LCSW, Clinton Howard, IV, M.D./The Orthopedic Group, P.C., Huntington Ingalls Industries, Christopher Jenkins, M.D., LLC, and Edward Shwery, Ph.D should be quashed and Transocean should be

---

[1] Plaintiff reserves the right to designate Dr. Shwery as a testifying expert.  However, at this time, that decision has not been made.  Moreover, the Court has not entered a scheduling order in this case setting deadlines for disclosure of testifying experts. When any such order is entered, Plaintiff will comply with it.  And, in the event Dr. Shwery is identified as a testifying expert, Transocean and the other Defendants will have ample time to obtain copies of his discoverable file materials and to depose him, if necessary.

ordered to follow the requirements of Pre-Trial Order Number 42 and Rule 26 of the Federal Rules of Civil Procedure in obtaining Plaintiff's medical and employment records and with respect to discovering facts and opinions held by Plaintiff's testifying and consulting experts.

                /s/ William E. Bonner
                ROBERT T. CUNNINGHAM, JR
                rtc@cunninghambounds.com
                WILLIAM E. BONNER
                web@cunninghambounds.com
                Cunningham Bounds, LLC
                1601 Dauphin Street
                Mobile, Alabama 36604
                251-471-6191 (O)
                251-479-1031 (F)
                *Attorneys for Plaintiff*

Case 2:10-md-02179-CJB-DPC   Document 12195-1   Filed 01/21/14   Page 5 of 5

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this January 21, 2014 electronically filed the foregoing with the Clerk of this Court using the CM/ECF system which will send notification of such filing to each and every lawyer who has at the time of this filing appeared in this proceeding.

/s/ William E. Bonner
WILLIAM E. BONNER