UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: "J" |
| Applies to: | JUDGE BARBIER |
| No. 14-00039 | MAGISTRATE SHUSHAN |

## MOTION TO STAY PROCEEDINGS
## PENDING PARALLEL CRIMINAL INVESTIGATION

NOW INTO COURT, through undersigned counsel, come defendants Mikal C. Watts, Hunter Craft, Francisco Guerra and Watts Guerra LLP (hereinafter "Watts Defendants"), who, for the reasons more fully stated in the memorandum attached hereto, respectfully request that this matter be stayed pending the conclusion of an ongoing federal criminal investigation. The Watts Defendants appear herein for the limited purpose of seeking such a stay, and expressly reserve all rights to address the allegations set forth by the Plaintiffs through any and all viable affirmative defenses, FRCP 12(b) motions, and/or counterclaims.

    Respectfully submitted:

    GAINSBURGH, BENJAMIN, DAVID, MEUNIER &
      WARSHAUER, L.L.C.

    BY:   */s/Gerald E. Meunier*
           GERALD E. MEUNIER, #9471
           M. PALMER LAMBERT, #33228
           2800 Energy Centre, 1100 Poydras Street
           New Orleans, Louisiana 70163
           Telephone:   504/522-2304
           Facsimile:    504/528-9973
           gmeunier@gainsben.com
           plambert@gainsben.com

    *Counsel for Mikal C. Watts and Watts Guerra LLP*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2014, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ *Gerald E. Meunier*
GERALD E. MEUNIER, #9471