UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: "J" |
| Applies to: | JUDGE BARBIER |
| No. 14-00039 | MAGISTRATE SHUSHAN |

# [PROPOSED] ORDER

Considering the foregoing Motion to Stay Proceedings Pending Parallel Criminal Investigation filed by defendants Mikal C. Watts and Watts Guerra LLP,

IT IS ORDERED that Civil Action No. 14-00039 is hereby stayed pending the outcome of an ongoing and parallel federal criminal investigation; and

IT IS FURTHER ORDERED that counsel for defendants shall report to the Court and counsel for all other parties on or before the ___ day of _____, 2014, regarding the status of the aforesaid investigation.

New Orleans, Louisiana this ___ day of _____, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE