UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 <br><br> SECTION: "J" |
| Applies to: | JUDGE BARBIER |
| No. 14-00039 | MAGISTRATE SHUSHAN |

**MEMORANDUM IN SUPPORT OF
MOTION FOR EXPEDITED CONSIDERATION**

MAY IT PLEASE THE COURT:

Defendants Mikal C. Watts and Watts Guerra LLP respectfully request that their Motion to Stay Pending Parallel Criminal Investigation be considered and/or heard on an expedited basis. Although the motion presently is assigned a hearing/submission date of February 12, 2014, the circumstances herein justify a more expedited schedule because of the impending deadline (i.e., January 29, 2014) for defendants herein to file responsive pleadings. The requested relief thus will allow this Court to determine the merits of the Motion to Stay before the deadline for defendants to file responsive pleadings.

Moreover, the nature of the relief sought in the motion to stay makes expedited consideration appropriate, so that responsive pleadings on the merits not become due while the federal criminal investigation of matters put at issue in this civil action is ongoing. Defendants' obligation to respond in the civil matter otherwise might jeopardize their right to invoke applicable constitutional privileges in any criminal proceedings.

- 1 -

- 2 -

Accordingly, defendants respectfully request that this Motion for Expedited Consideration be granted.

Respectfully submitted:

GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

BY:    /s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        M. PALMER LAMBERT, #33228
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:   504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com
        plambert@gainsben.com

*Counsel for Mikal C. Watts and Watts Guerra LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2014, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ *Gerald E. Meunier*
GERALD E. MEUNIER, #9471