UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: "J" |
| Applies to: | JUDGE BARBIER |
| No. 14-00039 | MAGISTRATE SHUSHAN |

### ORDER

Considering the above and foregoing,

IT IS ORDERED that defendants' Motion for Expedited Consideration of its Motion to Stay Proceedings Pending Parallel Criminal Investigation is hereby GRANTED.

IT IS FURTHER ORDERED that Defendants' Motion to Stay Proceedings Pending Parallel Criminal Investigation shall be set for submission on the _____ day of January, 2014, that any opposition memoranda shall be due no later than the _____ day of January, 2014, and that any reply to opposition memoranda shall be due no later than the _____ day of January, 2014.

New Orleans, Louisiana, this _____ day of January, 2014.

_____
 CARL J. BARBIER
 UNITED STATES DISTRICT JUDGE