UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Gary L. Button; Marilyn Hickman Beckham; Carol Hickman Beheler; Marcus B. Blackwell; Michael L. Blackwell; Peter Blackwell; Wanda Patton Cowart; Judith M. Cuevas; Wanda Hickman Curtis; Michele Wilson Davis; Herbert Wayne Easterling; Robert D. Easterling; Virginia Hickman Eaton; Charlotte Wilson Edwards; Gloria J. Evans; Kenneth E. Evans; Lenora A. Evans; Port G. Evansl Sharon E. Evan; James Clark Harrell; Patricia Ann Easterling Hatten; the living heirs of Mark Edward Hester; Patsye E. Hester; Steven R. Hester; Essie Sellers Hickman; Harold V. Hickman; Glen Russell Hickman; Jaden Elyse Hickman; James Ellis Hickman; Joseph W. Hickman; Linda Hickman; Mary Elvia Hickman; Peter Griffin Hickman; Robinson W. Hickman, Jr.; Roger Allan Hickman; Sydne Lauren Hickman; Tyler Hickman; William Earl Hickman; William Martin Hickman; Rucker Howell, Trustee of the Mable H. Howell Revocable Trust; Melissa Wilson Kennedy; Barbara Patton King; Brenda Patton McDonald; Gloria Jean Hickman Murphy; Lloyd Nathaniel Nicaud, as Assignee of Interest Held by Mary Grace Bunch; Doye Patton Parker; Donald Patton; Lois Patton; Randall Patton; Richard Patton; Ronnie Lynn Patton; Roy D. Patton; Wendell Patton; Barbara E. Robinson; Schulzie Ann Roland; Homer Ray Saucier; Robert Alan Saucier; Carol Patton Shiyou; Merle Hickman Simmons; Rita Pearl Saucier Smith; Sarah Hickman Smith; Barbara Wilson Stewart; Thorne Blackwell Sullivan; Patricia Varnado, Administratrix for the Estate of Arthur E. Marsh; Diane Wanker; Elaine Easterling Whittenburg; Ronald Williams; Elizabeth Hickman Willison; Billy Jack Wilson; Clark P. Wilson; Frank Wilson; Kenneth G. Wilson; Kevin Wilson; Lola Dean Wilson; Michael J. Wilson; Myra P. Wilson; Ottis E. Wilson; Steven G. Wilson; Terry A. Wilson; and Todd M. Wilson.** | **CIVIL ACTION NO. 13-2306 J(1)** |

Plaintiffs,

v.

**BP Exploration & Production, Inc.; BP America Production Company; Halliburton Energy Services, Inc.; and Sperry Drilling Services, a division of Halliburton Ennergy Services, Inc.**

        Defendants.

---

**ENTRY OF APPEARANCE AS COUNSEL OF RECORD FOR PLAINTIFFS, BARBARA PATTON KING, BRENDA PATTON MCDONALD, DOYE PATTON PARKER, DONALD PATTON, LOIS PATTON, RANDALL PATTON, RICHARD PATTON, ROY PATTON, AND CAROL PATTON SHIYOU**

---

COMES NOW, Jared A. Kobs, Benjamin N. Philley, and Robert G. Barlow, III, of Kobs & Philley, PLLC, and enter their appearance as counsel of record for Barbara Patton King; Brenda Patton McDonald; Doye Patton Parker; Donald Patton; Lois Patton; Randall Patton; Richard Patton; Roy Patton and Carol Patton Shiyou, Plaintiffs in the above-captioned civil action.

RESPECTFULLY SUBMITTED, this the 21st day of January, 2014.

        **BARBARA PATTON KING, BRENDA PATTON MCDONALD, DOYE PATTON PARKER, DONALD PATTON, LOIS PATTON, RANDALL PATTON, RICHARD PATTON, ROY PATTON, AND CAROL PATTON SHIYOU**

        BY: /s/ Jared A. Kobs
        JARED A. KOBS, MSB NO. 101612
        BENJAMIN N. PHILLEY, MSB NO. 101556
        ROBERT G. BARLOW, III, MSB NO. 103712
        ATTORNEYS FOR PLAINTIFF

OF COUNSEL:

KOBS & PHILLEY, PLLC
Post Office Box 2230
Madison, Mississippi 39130-2230
216 West Jackson Street
Ridgeland, Mississippi 39157
Telephone: 601.856.7800
Facsimile: 601.856.7031
E-mail: jkobs@kobsphilley.com
   *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Jared A. Kobs, attorney for Plaintiff, do hereby certify that I have this day caused a true and correct copy of the above and foregoing document to be filed electronically with the Clerk of Court using the ECF filing system, which sent notification of such filing to the following ECF participants:

> Matthew W. McDade, Esq.
> Jonathan P. Dyal, Esq.
> BALCH & BINGHAM, LLP
> 1310 Twenty Fifth Ave.
> Gulfport, MS 39501
>
> Michael D. Freeman, Esq.
> M. Todd Lowther, Esq.
> BALCH & BINGHAM, LLP
> P.O. Box 306
> Birmingham, AL 35201-0306

THIS, the 21st day of January, 2014.

/s/ Jared A. Kobs
ATTORNEY FOR PLAINTIFF