UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Gary L. Button; Marilyn Hickman Beckham; Carol Hickman Beheler; Marcus B. Blackwell; Michael L. Blackwell; Peter Blackwell; Wanda Patton Cowart; Judith M. Cuevas; Wanda Hickman Curtis; Michele Wilson Davis; Herbert Wayne Easterling; Robert D. Easterling; Virginia Hickman Eaton; Charlotte Wilson Edwards; Gloria J. Evans; Kenneth E. Evans; Lenora A. Evans; Port G. Evansl Sharon E. Evan; James Clark Harrell; Patricia Ann Easterling Hatten; the living heirs of Mark Edward Hester; Patsye E. Hester; Steven R. Hester; Essie Sellers Hickman; Harold V. Hickman; Glen Russell Hickman; Jaden Elyse Hickman; James Ellis Hickman; Joseph W. Hickman; Linda Hickman; Mary Elvia Hickman; Peter Griffin Hickman; Robinson W. Hickman, Jr.; Roger Allan Hickman; Sydne Lauren Hickman; Tyler Hickman; William Earl Hickman; William Martin Hickman; Rucker Howell, Trustee of the Mable H. Howell Revocable Trust; Melissa Wilson Kennedy; Barbara Patton King; Brenda Patton McDonald; Gloria Jean Hickman Murphy; Lloyd Nathaniel Nicaud, as Assignee of Interest Held by Mary Grace Bunch; Doye Patton Parker; Donald Patton; Lois Patton; Randall Patton; Richard Patton; Ronnie Lynn Patton; Roy D. Patton; Wendell Patton; Barbara E. Robinson; Schulzie Ann Roland; Homer Ray Saucier; Robert Alan Saucier; Carol Patton Shiyou; Merle Hickman Simmons; Rita Pearl Saucier Smith; Sarah Hickman Smith; Barbara Wilson Stewart; Thorne Blackwell Sullivan; Patricia Varnado, Administratrix for the Estate of Arthur E. Marsh; Diane Wanker; Elaine Easterling Whittenburg; Ronald Williams; Elizabeth Hickman Willison; Billy Jack Wilson; Clark P. Wilson; Frank Wilson; Kenneth G. Wilson; Kevin Wilson; Lola Dean Wilson; Michael J. Wilson; Myra P. Wilson; Ottis E. Wilson; Steven G. Wilson; Terry A. Wilson; and Todd M. Wilson.

Plaintiffs,

CIVIL ACTION NO. 13-2306 J(1)

v.

**BP Exploration & Production, Inc.; BP America
Production Company; Halliburton
Energy Services, Inc.; and Sperry Drilling
Services, a division of Halliburton Ennergy
Services, Inc.**

      Defendants.

**PLAINTIFFS, BARBARA PATTON KING, BRENDA
PATTON MCDONALD, DOYE PATTON PARKER, DONALD
PATTON, LOIS PATTON, RANDALL PATTON, RICHARD PATTON, ROY
PATTON, AND CAROL PATTON SHIYOU'S, MOTION TO SUBSTITUTE COUNSEL**

  COME NOW, Plaintiffs, Barbara Patton King; Brenda Patton McDonald; Doye Patton Parker; Donald Patton; Lois Patton; Randall Patton; Richard Patton; Roy Patton and Carol Patton Shiyou, and does hereby move to substitute counsel in the above styled and numbered cause of action, and in support thereof would show as follows:

  1. Jonathan P. Dyal, Matthew W. McDade, Michael D. Freeman, and M. Todd Lowther, all of Balch & Bingham, LLP, are current counsel of record for Plaintiffs, Barbara Patton King; Brenda Patton McDonald; Doye Patton Parker; Donald Patton; Lois Patton; Randall Patton; Richard Patton; Roy Patton and Carol Patton Shiyou.

  2. Plaintiff has notified current counsel of record that they desires new counsel in this matter. *See* termination letters to Balch & Bingham, LLP, collectively attached as Exhibit "A" hereto.

  3. New counsel selected by said Plaintiffs are Jared A. Kobs, Benjamin Philley and Robert G. Barlow, III, of Kobs & Philley, PLLC. Mr. Kobs, Mr. Philley and Mr. Barlow's address is P.O. Box 2230, Madison, MS 39130-2230, their telephone number is (601) 856-7800.

  4. Plaintiffs, by and through Jared A. Kobs, has requested a copy of all file materials

associated with Barbara Patton King; Brenda Patton McDonald; Doye Patton Parker; Donald Patton; Lois Patton; Randall Patton; Richard Patton; Roy Patton and Carol Patton Shiyou's, case and the Horn Island matter that this civil action involves, but, despite numerous requests by Mr. Kobs to current counsel, Jonathan P. Dyal, current counsel of record has not provided a copy to new counsel for future handling.  New counsel has already filed an Entry of Appearance on behalf of said Plaintiffs, Barbara Patton King; Brenda Patton McDonald; Doye Patton Parker; Donald Patton; Lois Patton; Randall Patton; Richard Patton; Roy Patton and Carol Patton Shiyou.

5. Consistent with L.U.Civ.R. 83.1(b)(3), and the Certificate of Service below, the undersigned is serving a true and correct copy of this Motion to their client, as well as all attorneys of record.

WHEREFORE, Plaintiffs, Barbara Patton King; Brenda Patton McDonald; Doye Patton Parker; Donald Patton; Lois Patton; Randall Patton; Richard Patton; Roy Patton and Carol Patton Shiyou, pray that Jonathan P. Dyal, Matthew W. McDade, Michael D. Freeman, and M. Todd Lowther, all of Balch & Bingham, LLP, be substituted without further obligation and that Jared A. Kobs, Benjamin Philley and Robert G. Barlow, III, of Kobs & Philley, PLLC be substituted as said Plaintiffs' new counsel.

RESPECTFULLY SUBMITTED, this the 21st day of January, 2014.

**DONALD PATTON**

BY:/s/ Jared A. Kobs
JARED A. KOBS, MSB NO. 101612
BENJAMIN N. PHILLEY, MSB NO. 101556
ROBERT G. BARLOW, III, MSB NO. 103712
ATTORNEYS FOR PLAINTIFF

OF COUNSEL:

KOBS & PHILLEY, PLLC
Post Office Box 2230
Madison, Mississippi 39130-2230
216 West Jackson Street
Ridgeland, Mississippi 39157
Telephone: 601.856.7800
Facsimile: 601.856.7031
E-mail: jkobs@kobsphilley.com
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I, Jared A. Kobs, attorney for Plaintiff, do hereby certify that I have this day caused a true and correct copy of the above and foregoing document to be filed electronically with the Clerk of Court using the ECF filing system, which sent notification of such filing to the following ECF participants:

    Matthew W. McDade, Esq.
    Jonathan P. Dyal, Esq.
    BALCH & BINGHAM, LLP
    1310 Twenty Fifth Ave.
    Gulfport, MS 39501

    Michael D. Freeman, Esq.
    M. Todd Lowther, Esq.
    BALCH & BINGHAM, LLP
    P.O. Box 306
    Birmingham, AL 35201-0306

    THIS, the 21st day of January, 2014.

    /s/ Jared A. Kobs
    ATTORNEY FOR PLAINTIFF