UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" | CIVIL ACTION NO. 10 MDL 2179<br>C/W NO. 12-970<br><br>SECT. J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**MOTION & INCORPORATED MEMORANDUM TO LIFT THE STAY ON BP CLAIMS OF DR. MARC PETERS, APMC d/b/a PLASTIC SURGERY INSTITUTE OF THE SOUTH**

NOW INTO COURT, through undersigned counsel, comes Claimant, **DR. MARC PETERS, APMC d/b/a PLASTIC SURGERY INSTITUTE OF THE SOUTH**, who, moves this Court to lift the stay on all claims of the Claimant for the following reasons:

1. Claimant was initially represented by the Andry Lerner, LLC law firm for his BP claims;

2. Since 2013, Claimant has tried to change representation to the undersigned firm and filed the necessary forms with the DHL Portal for the BP Settlement Program.  However, it is the undersigned's understanding that all claims of the BP Claimants once represented by the Andry Lerner, LLC law firm (Andry Law Group) have been stayed while the Freeh Investigation is investigating alleged misconduct by the Andry Lerner, LLC group;

3. Claimant has had no involvement whatsoever in any alleged misconduct.  Claimant's only error was initially retaining the Andry Lerner, LLC law firm for his BP claims;

4. In the interest of the Claimant's rights to pursue his legitimate BP claims and the fact that Claimant would like to participate in the BP Settlement Program before the upcoming April, 2014, deadline, Claimant requests that the stay on his claims be lifted.

5. Claimant also moves for the undersigned attorney and law firm be made his counsel of record in this case and the Deepwater Horizon Settlement Program.

6. Undersigned counsel has attached a Notice of Hearing and a proposed Order for the Court's convenience depending on how the Court would like to address this Motion.

WHEREFORE, Claimant, **DR. MARC PETERS, APMC d/b/a PLASTIC SURGERY INSTITUTE OF THE SOUTH,** prays for an Order lifting the stay on all of his BP claims represented by the Andry Lerner, LLC law firm and that the undersigned law firm be substituted as his counsel of record.

Respectfully submitted,

**BALLAY, BRAUD & COLON, PLC**

s/   Adrian A. Colon, Jr.
**ADRIAN A. COLON, JR. (#20525)**
8114 Highway 23, Suite 101
Belle Chasse, Louisiana  70037
Telephone:  (504) 394-9841
Telecopier: (504) 394-9945

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion TO Lift Stay been served on counsel for defendants by Lexis/ Nexis as ordered by the Court on this   23   day of January, 2014.

s/   Adrian A. Colon, Jr.