UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" | CIVIL ACTION NO. 10 MDL 2179<br>C/W NO. 12-970<br><br>SECT. J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### ORDER

Considering the foregoing Motion;

IT IS ORDERED that the stay be lifted on all BP claims **DR. MARC PETERS, APMC d/b/a PLASTIC SURGERY INSTITUTE OF THE SOUTH** and that Adrian A. Colon, Jr. of the law firm, Ballay, Braud and Colon, PLC, be substituted as his counsel of record for his BP claims.

_____
**JUDGE**