IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Appeal No. 13-31296



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JAN 16 2014
WILLIAM W. BLEVINS
CLERK

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:10-MD-2179

The Court of Appeals has granted a motion to use the designated record in appeal number 13-30843 a the record on appeal in this case.

The parties may, if necessary, file a supplemental designation limited to any specific portions of the record relevant to these appeals not already included in the record in 13-30843. The parties should attempt to agree on which documents should be included and should file a joint supplemental designation. If the parties cannot agree on which documents should be included, they may file separate supplemental designations..

The parties are instructed to file the supplemental designation as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on this court's order of January 15, 2014 and supplemental designations if necessary.

/s/ Lyle W. Cayce
_____
Lyle W. Cayce
CLERK OF COURT

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
New Orleans, Louisiana  1/15/14

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

January 15, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 13-31296   In Re: Deepwater Horizon  
                     USDC No. 2:10-MD-2179  
                     USDC No. 2:12-CV-970

*U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED JAN 16 2014 WILLIAM W. BLEVINS CLERK*

Enclosed is an order entered in this case.

In addition to filing the supplemental designation with the clerk of the district court, please notify this office once the designation has been filed. You may electronically file a letter to the clerk attaching a courtesy copy of the designation. If no additional documents need to be designated, please advise us immediately.

Sincerely,

LYLE W. CAYCE, Clerk

*/s/ Allison Lopez*

By: _____  
Allison G. Lopez, Deputy Clerk  
504-310-7702

Mr. William W. Blevins  
Mr. George Howard Brown  
Ms. Elizabeth Joan Cabraser  
Mr. Jeffrey Bossert Clark Sr.  
Mr. Kevin Michael Downey  
Mr. Miguel Angel Estrada  
Ms. Laura S. Gibson  
Mr. Soren E. Gisleson  
Mr. Richard Cartier Godfrey  
Mr. Don Keller Haycraft  
Mr. Stephen Jay Herman  
Mr. Thomas George Hungar  
Mr. Samuel Issacharoff  
Mr. James Andrew Langan  
Mr. Scott Payne Martin  
Mr. Theodore B. Olson  
Mr. James Parkerson Roy