

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JAN 16 2014

WILLIAM W. BLEVINS
CLERK

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 13-30843

MD 10-2179-2

IN RE: DEEPWATER HORIZON

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON
SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY,
INCORPORATED; LFBP 1, L.L.C., doing business as GW Fins; PANAMA
CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER
FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD
LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on
behalf of themselves and all others similarly situated; HENRY HUTTO;
BRAD FRILOUX; JERRY J. KEE,

        Plaintiffs - Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION COMPANY; BP, P.L.C.,

        Defendants - Appellants

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Fee _____
Process _____
X  Dktd _____
CtRmDep _____
Doc. No. _____

ORDER:

IT IS ORDERED that appellants motion to align the briefing and oral argument schedules in 13-30843, 13-31296, 13-31299 and 13-31302 is GRANTED.

IT IS FURTHER ORDERED that appellants' motion for assignment of 13-30843, 13-31296, 13-31299 and 13-31302 to the same panel is GRANTED.

IT IS FURTHER ORDERED that appellants' motion to use the designated record in 13-30843 as the record in all four cases is GRANTED.

/s/ James E. Graves, Jr.

JAMES E. GRAVES, JR.
UNITED STATES CIRCUIT JUDGE

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
New Orleans, Louisiana    1/15/14



## *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   **JAN 16 2014**

WILLIAM W. BLEVINS
CLERK
TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 15, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 13-30843     In Re: Deepwater Horizon
                 USDC No. 2:10-MD-2179
                 USDC No. 2:12-CV-970

Enclosed is an order entered in this case.

By copy of this letter, the clerk of the district court is instructed to create the electronic record for appeal nos. 13-31296, 13-31299 and 13-31302 based on the designation filed in 13-30843.  The briefing schedule in 13-30843 is suspended pending completion of the electronic record in the other cases.

In light of this order, no action will be taken on appellants' motion to extend time to file their brief in 13-30843.  Once a new briefing schedule is established, counsel may refile the motion if necessary.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Mr. William W. Blevins
Mr. George Howard Brown
Ms. Elizabeth Joan Cabraser
Mr. Jeffrey Bossert Clark Sr.
Mr. Miguel Angel Estrada
Mr. Soren E. Gisleson
Mr. Richard Cartier Godfrey
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Thomas George Hungar
Mr. Samuel Issacharoff
Mr. James Andrew Langan
Mr. Scott Payne Martin
Mr. Steven Andrew Myers
Mr. Theodore B. Olson
Mr. James Parkerson Roy

___ Fee
___ Process
X  Dktd
___ CtRmDep
___ Doc. No.