UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al.<br>v. BP Exploration & Production Inc., et al. | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### EX PARTE MOTION AND INCORPORATED MEMORANDUM TO WITHDRAW ANDRY LERNER, LLC'S SUPPLEMENTAL OBJECTIONS TO SPECIAL MASTER'S REPORT

**NOW INTO COURT**, through undersigned counsel of record, comes Andry Lerner, LLC, ("Andry Lerner") who respectfully submits this *Ex Parte Motion and Incorporated Memorandum to Withdraw Andry Lerner, LLC's Supplemental Objections to Special Master's Report* (the "Motion") seeking leave to strike the pleading entitled Andry Lerner, LLC's Supplemental Objections to Special Master's Report and attending exhibits (Doc. #s 12181 and 12182). In support of this Motion, Andry Lerner avers as follows:

Procedural Background

1. On January 17, 2014, Andry Lerner filed the *Andry Lerner, LLC's Supplemental Objections to Special Master's Report* (Doc. #s 12181 and 12182) with attending exhibits (collectively, the "Response").

Relief Requested

2. Andry Lerner is seeking leave from this court to withdraw the Response from the record of the captioned proceeding.

**WHEREFORE**, Andry Lerner, LLC respectfully requests that this court grant them leave to withdraw the Supplemental Objections to Special Master's Report and attending exhibits

{00339089-1}

(Doc. #s 12181 and 12182) from the record in the above captioned matter and issue an order in substantially the same form as Exhibit A attached hereto.

January 22, 2014

RESPECTFULLY SUBMITTED:

BY: */s/Douglas S. Draper*
Douglas S. Draper (La. Bar #5073)
Greta M. Brouphy (La. Bar # 26216)
Heller, Draper, Patrick & Horn, LLC
650 Poydras Street, Suite 2500
New Orleans, LA  70130
Telephone: (504) 299-3300
Facsimile: (504)299-3399
ddraper@hellerdraper.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Ex Parte Motion and Incorporated Memorandum to Withdraw Andry Lerner, LLC's Supplemental Objections to Special Master's Report* has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 1, and that the foregoing was electrically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of January 2014.

*/s/Douglas S. Draper*

{00339089-1}