UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**ORDER GRANTING EX PARTE MOTION AND INCORPORATED MEMORANDUM TO WITHDRAW ANDRY LERNER, LLC'S SUPPLEMENTAL OBJECTIONS TO SPECIAL MASTER'S REPORT**

CONSIDERING, the *Ex Parte Motion and Incorporated Memorandum to Withdraw Andry Lerner, LLC's Supplemental Objections to Special Master's Report*, it is hereby,

**ORDERED**, that Andry Lerner, LLC is given leave of court to withdraw the Supplemental Objections to Special Master's Report and attending exhibits (Doc. #s 12181 and 12182); and it is hereby further

**ORDERED**, that the Supplemental Objections to Special Master's Report and attending exhibits (Doc. #s 12181 and 12182) are withdrawn from the record of this case.

{00339090-1}