**Office of Special Master Louis J. Freeh**
935 Gravier Street Suite 1160
New Orleans, Louisiana 70112

January 8, 2014

The Hon. Carl J. Barbier
United States District Judge
  for the Eastern District of Louisiana
500 Poydras Street
Room C256
New Orleans, LA 70130

Re:   In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
      in the Gulf of Mexico, on April 20, 2010 (MDL-2179)

Dear Judge Barbier:

I write to supplement my disclosure to the Court of July 2, 2013, in connection with the matter captioned *In Re: Oil Spill by the Oil Rig 'Deepwater Horizon' in the Gulf of Mexico, on April 200, 2010*, MDL-2179 (the "Case").

On December 17, 2013, Williams & Connolly LLP filed in the Case a Motion for Relief Pursuant to Rule 60(b)(3) on behalf of defendants BP Exploration & Production, Inc. and BP America Production Company.

Williams & Connolly LLP represents a client which has engaged Freeh Group International Solutions ("FGIS") to provide advisory functions in an on-going civil litigation engagement unrelated to Case and not involving any of the parties to the Case.

As a result of my knowledge of this Case and supplementing my affidavit of July 2, 2013, I can attest and affirm that there are no grounds for disqualification under Title 28, United States Code, Section 455 that would prevent me from serving as a Special Master in this matter.

Sincerely yours,

Louis J. Freeh
Special Master

**EXHIBIT 1**