IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TAM V. LE, THIM T. NGUYEN, | § | |
| TAI LAM, DUNG VAN NGUYEN, | § | NO. 2:14-CV-00039 |
| HUNG VAN PHAM, MINH TAN VO, | § | MDL No. 2179 |
| DAVID NGUYEN, L.V. MARINE | § | Section: J |
| CORPORATION, LADY MORE LLC, | § | |
| NATURAL NINE, LLC, | § | |
| QUYET PHAM, NHAT VAN NGUYEN, | § | Judge: Carl Barbier |
| DUY QUOC HA, LIEN NGUYEN, | § | |
| LISA NGUYEN, LEE VAN NGUYEN, | § | |
| THANH LINH VU NGUYEN | § | |
| *individually and on behalf of all others* | § | |
| *similarly situated,* | § | Magistrate: Sally Shushan |
| | § | |
| **Plaintiffs,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| VS. | § | |
| | § | |
| MIKAL WATTS, HUNTER CRAFT, | § | |
| FRANCISCO GUERRA, AND | § | |
| WATTS GUERRA CRAFT LLP | § | |
| | § | **CLASS ACTION PURSUANT** |
| **Defendants.** | § | **TO FED. R. CIV. P. 23** |

**PLAINTIFFS' MOTION TO REMOVE OR, IN THE ALTERNATIVE, MOTION TO
CAUSE MR. DANIEL BECNEL AND BECNEL LAW FIRM, L.L.C. TO WITHDRAW**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Pursuant to Rule 1.16 of the Louisiana Rules of Professional Conduct, Plaintiffs TAM V. LE, THIM T. NGUYEN, TAI LAM, DUNG VAN NGUYEN, HUNG VAN PHAM, MINH TAN VO, DAVID NGUYEN, L.V. MARINE, CORPORATION, LADY MORE LLC, NATURAL NINE, LLC, QUYET PHAM, NHAT VAN NGUYEN, DUY QUOC HA, LIEN NGUYEN, LISA NGUYEN, LEE VAN NGUYEN, and THANH LINH VU NGUYEN ("Plaintiffs") moved the Court to remove or, in the alternative, to cause Mr. Daniel Becnel and Becnel Law firm, L.L.C. to withdraw[1] and would show the Court as follows:

---

[1] *See* Plaintiffs' Sworn Statements attached as Exhibit A.

Plaintiffs have engaged Ms. Tammy Tran of the Tammy Tran Law Firm, a Vietnamese - American Law Firm, to be the primary counsel to represent them against Mikal Watts, Hunter Craft, Francisco Guerra, their law firm, Watts Guerra LLP and their co-conspirators (their agents, employees, and so forth) ("Defendants") in filing lawsuits.

In late December of 2013, Plaintiffs authorized Ms. Tammy Tran, their Vietnamese American Counsel and her Law Firm, The Tammy Tran Law Firm, to retain Mr. Daniel Becnel, Law Firm, L.L.C. and its associates ("Louisiana Local Counsel") to serve as local counsel in this action. Each Plaintiff duly executed a consent which also specifically required:

> *The Tammy Tran Law Firm will continue: to be the co-lead counsel; participate in all phases of litigation, strategy . . . ; be in all pleadings and correspondence; be the primary counsel to deal with the Deepwater Horizon Economic Claim Center ("DHECC"); make reasonable efforts to assure the adequacy of representation by our co-counsel; monitor the matter as needed; and keep Plaintiffs fully informed.*

Plaintiffs' sole interest is to sue Defendants for Negligent Misuse of Identities; Miss-appropriation of Identities; DTPA; Breach of Fiduciary Duty; Violations of the Civil Rights Acts; Violations of RICO; Conspiracy; Gross Negligence and to protect the interest of claimants against the Defendants.

Plaintiffs do not intend nor desire to upset the DHECC Settlement Program. Immediately after the law suit was filed, Plaintiffs were informed that on January 20, 2014, Mr. Becnel advised Ms. Tran that he will be the only one to make all strategies of the litigation, and The Tammy Tran Law Firm is to do what he said, because the primary firm and Plaintiffs were only merely clients. It also became very obvious that The Louisiana Local Counsel now has a different political agenda and interests and such diverse interests of Louisiana Local Counsel could potentially mess up the settlement agreement and be in conflict with the Plaintiffs' interests.

As a consequence, upon learning of the information and bullied tactics against the primary counsel of Louisiana Local counsel, Plaintiffs no longer wish to have Mr. Becnel and his Firm to be their counsel on this case and any other cases and/or any legal matters, and have terminated them.

Upon termination, Mr. Becnel and his Law Firm are still subject to attorney-client privilege and all privileges according to the law and Rules of Professional Conduct. Furthermore, Louisiana Local Counsel may be entitled to their reasonable fees based on *quantum meruit* which will be determined by this Honorable Court or agreed by the parties.

## PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs, individually and on behalf of all others similarly situated, pray that the Court grant them the Motion to Remove or, in the alternative, Motion to Cause Mr. Daniel Becnel and Becnel Law Firm, L.L.C. to Withdraw and to grant Plaintiffs any reliefs the Court deems just and appropriate.

ON THIS the 23rd Day of January, 2014.

                          **Respectfully submitted,**

                          **THE TAMMY TRAN LAW FIRM**
                          **ATTORNEYS AT LAW, LLP**

                          By: /s/ Tammy Tran
                                MINH TAM TAMMY TRAN
                                Texas Bar No. 20186400
                                PETE MAI
                                Texas Bar No. 24029702
                                JOHN NA
                                Texas Bar No. 24074786
                                RYAN NGUYEN
                                Texas Bar No. 24083570
                                2915 Fannin
                                Houston, Texas 77002
                                Telephone: (713) 655-0737
                                ttran@tt-lawfirm.com

OF COUNSEL
**HILL & HILL, P.C. LAW FIRM**

J. MARCUS HILL
Texas Bar No. 09638150
1770 St. James Place, Suite 115
Houston, Texas 77056
Telephone: (713) 688-6318
Telecopier: (713) 688-2817

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was served in accordance with the Federal Rules of Civil Procedure on all counsel of record by ECF notification on this the 23rd day of January, 2014.

                                                /s/ John Na
                                                  John Na