IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAM V. LE, THIM T. NGUYEN, § | |
| TAI LAM, DUNG VAN NGUYEN, § | NO.2:14-CV-00039 |
| HUNG VAN PHAM, MINH TAN VO, § | MDL No. 2179 |
| DAVID NGUYEN, L.V. MARINE § | Section: J |
| CORPORATION, LADY MORE LLC, § | |
| NATURAL NINE, LLC, § | |
| QUYET PHAM, NHAT VAN NGUYEN, § | Judge: Carl Barbier |
| DUY QUOC HA, LIEN NGUYEN, § | |
| LISA NGUYEN, LEE VAN NGUYEN, § | |
| THANH LINH VU NGUYEN § | |
| *individually and on behalf of all others* § | |
| *similarly situated,* § | Magistrate: Sally Shushan |
| § | |
| **Plaintiffs,** § | |
| § | JURY TRIAL DEMANDED |
| VS. § | |
| § | |
| MIKAL WATTS, HUNTER CRAFT, § | |
| FRANCISCO GUERRA, AND § | |
| WATTS GUERRA CRAFT LLP § | |
| § | CLASS ACTION PURSUANT |
| **Defendants.** § | TO FED. R. CIV. P. 23 |

## ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE OR, IN THE ALTERNATIVE, MOTION TO CAUSE MR. DANIEL BECNEL AND BECNEL LAW FIRM, L.L.C. TO WITHDRAW

**PENDING BEFORE THE COURT** is Plaintiffs' Motion to Remove or in the Alternative, Motion to Cause Daniel Becnel and Becnel Law Firm, L.L.C. to Withdraw. Upon considering the motion, the response and the entire file, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED THAT the Motion is granted. Mr. Daniel Becnel and Becnel Law firm, L.L.C. are to be removed from the docket of this case. And IT IS FURTHER ORDERED THAT upon termination, Mr. Becnel and his Law Firm are still subject to attorney-client privilege and all privileges according to the law and Rules of Professional Conduct. Mr.

5

6

Becnel and his Law Firm may be entitled to their reasonable fees based on *quantum meruit* which will be determined by this Honorable Court or agreed by the parties

_____
**PRESIDING JUDGE**