IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAM V. LE, THIM T. NGUYEN, § | |
| TAI LAM, DUNG VAN NGUYEN, § | NO. 2:14-CV-00039 |
| HUNG VAN PHAM, MINH TAN VO, § | MDL No. 2179 |
| DAVID NGUYEN, L.V. MARINE § | Section: J |
| CORPORATION, LADY MORE LLC, § | |
| NATURAL NINE, LLC, § | |
| QUYET PHAM, NHAT VAN NGUYEN, § | Judge: Carl Barbier |
| DUY QUOC HA, LIEN NGUYEN, § | |
| LISA NGUYEN, LEE VAN NGUYEN, § | |
| THANH LINH VU NGUYEN § | |
| *individually and on behalf of all others* § | |
| *similarly situated,* § | Magistrate: Sally Shushan |
| § | |
| **Plaintiffs,** § | |
| § | JURY TRIAL DEMANDED |
| VS. § | |
| § | |
| MIKAL WATTS, HUNTER CRAFT, § | |
| FRANCISCO GUERRA, AND § | |
| WATTS GUERRA CRAFT LLP § | |
| § | CLASS ACTION PURSUANT |
| **Defendants.** § | TO FED. R. CIV. P. 23 |

### NOTICE OF HEARING

Please take notice that the following motion is set for hearing before the Court on Wednesday, February 12, 2014, at 9:30 a.m.:

> Plaintiff's Motion to Remove or, in the Alternative, Motion to Cause Mr. Daniel Becnel and Becnel Law Firm, L.L.C. to Withdraw.

Respectfully submitted,

**THE TAMMY TRAN LAW FIRM
ATTORNEYS AT LAW, LLP**

By:  /s/ Tammy Tran
　　MINH TAM TAMMY TRAN
　　Texas Bar No. 20186400
　　PETE MAI
　　Texas Bar No. 24029702
　　JOHN NA

7

                    Texas Bar No. 24074786
                    RYAN NGUYEN
                    Texas Bar No. 24083570
                    2915 Fannin
                    Houston, Texas 77002
                    Telephone:  (713) 655-0737
                    ttran@tt-lawfirm.com

**OF COUNSEL**
**HILL & HILL, P.C. LAW FIRM**

                    J. MARCUS HILL
                    Texas Bar No. 09638150
                    1770 St. James Place, Suite 115
                    Houston, Texas 77056
                    Telephone: (713) 688-6318
                    Telecopier: (713) 688-2817

                **COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing was served in accordance with the Federal Rules of Civil Procedure on all counsel of record by ECF notification on this the 23rd day of January, 2014.

                        /s/ John Na
                        John Na