UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  Section:  J |
| This document relates to: 2:10-cv-08888 | * * * | JUDGE BARBIER  MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Considering the above and foregoing Motion to Withdraw as Counsel (Rec. Doc. 12109),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that said Motion to Withdraw as Counsel is granted, and the IRPINO LAW FIRM is hereby allowed to withdraw as counsel for Plaintiffs listed in Exhibit "A".

New Orleans, Louisiana this 23rd day of January, 2014.

_____
United States District Judge