# EXHIBIT "A"

| PLAINTIFF | SFJ NUMBER | ADDRESS | TELEPHONE NUMBER |
|---|---|---|---|
| Adam Clofer, Sr. | 65145 | 3631 Bennett Street<br>New Orleans, LA 70131 | (504) 723-8183 |
| Adam Clofer, Sr., o/b/o Crest (Caress) Auto Detail | 52324 | 3631 Bennett Street<br>New Orleans, LA 70131 | (504) 723-8183 |
| Adena Clofer | 57514 | 3631 Bennett Street<br>New Orleans, LA 70131 | (504) 273-8183 |
| Mariana Paiva (De Paiva) | 57576 | 5016 S. Johnson Street<br>New Orleans, LA 70125 | (504) 895-2728 |
| Rogerio Paiva (De Paiva) | 57577 | 5016 S. Johnson Street<br>New Orleans, LA 70125 | (504) 810-5430 |
| Donald Moore | 57521 | P.O. Box 3104<br>Gretna, LA 70054 | (504) 818-8262 |
| Michel Gray | 57526 | 6881 Park Brittany Blvd.<br>New Orleans, LA 70126 | (504) 234-8931 |
| Mitchell Sikes | 57528 | 2669 Gemini Street<br>Harvey, LA 70058 | (504) 319-3048 |
| James Spaulding | 57541 | 1718 Washington Avenue<br>New Orleans, LA 70130 | (504) 390-9473 |
| Oscar Reed | 65230 | 1928 Melvin Place<br>Marrero, LA 70072 | (504) 234-6130 |
| Oscar Reed o/b/o Catherine's Kitchen | 57547 | 1227 Highway 31<br>Heidelberg, MS 39439 | (504) 234-6130 |
| Mark Stranga (Stanga) | 60603 | 212 Sandra Del Mar<br>Mandeville, LA 70448 | (504) 782-0663 |
| Cindy Champagne | 57549 | P.O. Box 628<br>Garyville, LA 70051 | (985) 212-7111 |
| Victorino Miranda | 57554 | 924 Marilyn Drive<br>Baton Rouge, LA 70815 | (225) 773-3068 |
| Prixie Montgomery | 57558 | 5119 Citrus Blvd. #355<br>River Ridge, LA 70123 | (504) 460-5724 |
| Nalu Zaccarrias | 71603 | 5016 S.Johnson Street<br>New Orleans, LA 70125 | (504) 810-5430 |

| Name | ID | Address | Phone |
|---|---|---|---|
| Nalu Zaccarrias o/b/o CoCo Bamboo Restaurant | 57560 | 3741 Jefferson Hwy Jefferson, LA 70121 | (504) 810-5430 |
| Tommye Myrick o/b/o The JuJu Bag Café and Barber Salon | 57565 | 5363 Franklin Avenue New Orleans, LA 70122 | (504) 288-1618 |
| Tommye Myrick | 65213 | 5363 Franklin Avenue New Orleans, LA 70122 | (504) 288-1618 |
| Samuel Jones | 60595 | 2246 Baronne Street New Orleans, LA 70113 | (504) 491-7305 |
| Kelli Binnings | 57571 | 926 City Parke Avenue New Orleans, LA 70119 | (225) 266-4695 |
| Gary Lamonte | 57572 | 2245 Barton Drive Marrero, LA 70072 | (504) 650-8113 |
| Rhonda Robertson | 57579 | 730 Washington Avenue New Orleans, LA 70130 | (504) 899-8964 |
| Ander Pellerano | 60727 | 22 Nottoway Drive Marrero, LA 70072 | (504) 340-5725 |
| Omar Pellerano | 60179 | 39 Oakley Drive Marrero, LA 70072 | (504) 340-1555 |
| Rujuwan (Rujuwa) Wonder | 65176 | 2704 Whitney Place #824 Metairie, LA 70002 | (504) 390-0061 |
| Rujuwan Wonder o/b/o Rujuwan (Rujuwa) Wonder Masonry | 60668 | 2704 Whitney Place #824 Metairie, LA 70002 | (504) 390-0061 |
| Daniel Lea | 60651 | 1436 Homestead Avenue Metairie, LA 70005 | (504) 834-2162 |
| Elnora McNeal | 57586 | 1220 Tenebrach St. Apt. A Arabi, LA 70032 | (504) 331-5176 |
| Robert Florence | 65183 | P.O. Box 19381 New Orleans, LA 70179 | (504) 583-7309 |
| Robert Florence o/b/o Historic New Orleans Tours | 57588 | 2917 Esplanade Avenue New Orleans, LA 70119 | (504) 583-7309 |
| Randy Bridges | 65151 | P.O. Box 476 | (504) 915-9107 |
| Randy Bridges o/b/o Automatic Fasteners, Inc. | 60630 | 101 27th Street Kenner, LA 70062 | (504) 915-9107 |
| Melvin Claverie | 65077 | 2893 Glenbrook Drive Gretna, LA 70056 | (504) 270-8726 |
| Edward Bradley | 123984 | 1128 Tiger Drive Thibodaux, LA 70301 | (985) 277-9031 |
| Maurice Jackson | 123985 | P.O. Box 1951 LaPlace, LA 70069 | (985) 212-0135 |
| Walter Gardere | 123992, | 1501 Frankel Avenue | (504) 887-4790 |

| Name | ID | Address | Phone |
|---|---|---|---|
|  | 123993 | Metairie, LA 70003 |  |
| Aliska Marie Gaudin | 123997 | 2444 Gladiolus Street<br>New Orleans, LA 70122 | (504) 948-3506 |
| Anthony Fiffie<br>o/b/o Fiffie Transport | 123998 | P.O. Box 70<br>Hahnville, LA 70057 | (985) 783-2501 |
| Erana Hardy | 124261 | 1454 Murl Street<br>New Orleans, LA 70114 | (504) 214-5533 |
| Thomas Maldonado<br>o/b/o T&M<br>Construction and<br>Remodeling | 124266 | 5124 Warwick Drive<br>Marrero, LA 70072<br>918 Gulf Drive<br>Gretna, LA 70056 | (504) 343-0653 |
| Oscar James, Jr. | 124267 | 1832 Hope Street<br>New Orleans, LA 70126 | (832) 229-9993 |
| Mark Mercadel | 76000,<br>124268 | 1442 St. Maurice Avenue<br>New Orleans, LA 70117 | (504) 252-9856 |
| Aleane Lepree | 124269 | 2931 Spain Street<br>New Orleans, LA 70122 | (504) 400-8450 |
| Dorian Kenzy | 129476 | 1622 St. Charles Avenue<br>New Orleans, LA 70130 | (504) 810-4126 |
| Tu-Van Dang | 124277 | 2601 Verritas Via | (504) 368-2222 |
| Douglas Clayton | 124280 | P.O. Box 597<br>Bolton, MS 39041 | (504) 919-1076 |
| Angela Jenkins | 124283 | 644 Compromise St. Apt. B<br>Kenner, LA 70062` | (504) 704-7371 |
| Matthew Edmundson | 124292 | 12076 Pebble Lane<br>Folsom, LA 70437 | (985) 796-9858 |
| Matthew Edmundson<br>o/b/o Edmundson<br>Lanscaping | 135285 | 12076 Pebble Lane<br>Folsom, LA 70437 | (985) 796-9858 |
| Felicia Bargky | 124298 | 3534 Hamburg Street<br>New Orleans, LA 70122 | (504) 214-0964 |
| Hanh V. Tran | 129789 | 2777 Jimmie Dean Drive<br>Marrero, LA 70072 | (504) 957-3412 |
| Lennie Givens | 131499 | 6034 E. DeSoto<br>Bay St. Louis, MS 39520 | (504) 861-2708 |
| Wendy Whitsett o/b/o<br>W&W Crystal Estates,<br>LLC | 131544 | 920 Taylor Street<br>Kenner, LA 70062<br>wpw@cox.net | (504) 710-2256 |
| Myles Vicknair | 60525,<br>60588 | 233 Lake Crescent Circle<br>Houma, LA 70360 | (985) 381-3150 |
| Hilton Castanedo | 65109 | 5016 Kewanee Avenue<br>Metairie, LA 70006 | (504) 885-5369 |
| Robert Wolfe | 71221,<br>71318 | 868 Behrman Highway<br>Gretna, LA 70056 | (504) 393-2445 |
| Robert Wolfe o/b/o<br>Robert Wolfe | 71303 | 868 Behrman Highway<br>Gretna, LA 70056 | (504) 393-2445 |

| | | | |
|---|---|---|---|
| Construction, Inc. | | | |
| Dale Plaisance o/b/o B&B Records, Videos and Fashions | 69515 | P.O. Box 985<br>Thibodaux, LA 70302<br>814 Canal Blvd<br>Thibodaux, LA 70301 | (504) 319-2264 |
| Dale Plaisance | 69542 | P.O. Box 985<br>Thibodaux, LA 70302<br>814 Canal Blvd<br>Thibodaux, LA 70301 | (504) 319-2264<br>(985) 446-2358 |
| Tommie Carter | 124325 | 2025 English Colony Drive<br>LaPlace, LA 70068 | (985) 652-1470 |
| Herman Richardson | 124335 | 1621 N. Villere Street<br>New Orleans, LA 70116 | (504) 655-7528 |
| John LaCoste | 124441 | 4494 Irish Bend Road<br>Frank.in, LA 70538 | (985) 397-0474 |
| Tyronne LaSalle | 124482 | 12151 I-10 Service Road<br>Apartment 344<br>New Orleans, LA 70128 | (504) 432-8808 |
| Jerome Cosey o/b/o Fatt Boy Entertainment | 81734 | 503 Amaryllis Court Apt. A<br>LaPlace, LA 70068 | (504) 251-8120 |
| Louis Rosen o/b/o Insurance Protection Services, LLC | 125244 | P.O. Box 24118<br>New Orleans, LA 70118<br>318 Lake Marina Drive<br>Suite 217<br>New Orleans, LA 70124 | (504) 415-5417 |
| Diana Canahuati o/b/o EZF LLC d/b/a Attiki Bar & Grill | 128823 | 4204 Green Acres Court<br>Metairie, LA 70003<br>239 Decatur Street<br>New Orleans, LA 70130 | (504) 887-7062 |
| Toren Washington o/b/o Toren's Painting LLC | 125290 | 1118 Horace Street<br>New Orleans, LA 70114<br>745 Wright Avenue<br>Gretna, LA 70056 | (504) 232-1909 |
| Michael Federer o/b/o Mike the Bike Guy LLC | 126756 | 4411 Magazine Street<br>New Orleans, LA 70115 | (504) 899-1344 |
| Thomas Herbert (Hebert) | 128100 | 155 Brien Street<br>Houma, LA 70364 | (985) 665-8378 |
| Nga Thi Tran o/b/o Fancy Nails & Spa | 135306 | 3620 Somerset Street<br>New Orleans, LA 70131<br>3824 Magazine Street<br>New Orleans, LA 70115 | (504) 810-8809 |
| Tien Nguyen | 126763 | 3720 Magazine St. Apt. B<br>New Orleans, LA 70115 | (504) 602-9965 |
| Charles Bourg | 128101 | 130 Lydia Street<br>Gray, LA 70359 | (985) 232-0131 |

| Jacob Weaver | 128269 | 164 Foxtail Drive<br>Gray, LA 70359 | (985) 856-1858 |
|---|---|---|---|
| Brian Badeaux | 128270 | 304 Rhett Place<br>Gray, LA 70359 | (985) 688-2223 |
| Julius DeSoto o/b/o Sal's 90 West, LLC | 126280 | 510 West Avenue<br>McComb, MS 39468<br>13228 Highway 90<br>Boutte, LA 70039 | (504) 232-6308 |
| Ngoc Phuong Tran o/b/o Modern Nails | 135305 | 1652 Dogwood Drive<br>Harvey, LA 70058<br>3500 Veterans Blvd.<br>Suite B<br>Metairie, LA 70002 | (504) 265-5794 |
| Don Cousins o/b/o Don Cousins & Associates, Inc. | 43413 | 1413 Rose Garden Drive<br>Metairie, LA 70005<br>3233 Florida Avenue<br>Suite 102<br>Kenner, LA 70065 | (504) 889-1858 |
| Timothy Steere o/b/o Kulture Vulture, Inc. | 131501 | 523 Dumaine Street<br>New Orleans, LA 70118 | (504) 410-2322 |
| Laquita Meeks o/b/o Meeks Seafood, Inc. | 126072 | P.O. Box 1367<br>Larose, LA 70373 | (985) 637-0003 |
| Sherry Levron o/b/o Commercial Fisherman | 135303 | 2398 Highway 665<br>Montegut, LA 70377 | (985) 594-9854 |
| Matthew Ghergich | 65198 | 671 Terrence Street<br>Jefferson, LA 70121 | (504) 444-2748 |
| Matthew Ghergich o/b/o Zat's Restaurant | 65292 | 671 Terrence Street<br>Jefferson, LA 70121 | (504) 444-2748 |
| Glen Mark Meager | 57591 | 11129 Jefferson Highway<br>Lot #29<br>New Orleans, LA 70123 | (423) 863-3450 |
| Tamatha Faul | 128045 | 11161 Paddock Avenue<br>Baton Rouge, LA 70816 | (225) 324-0788 |
| Tony Campbell | 123938 | 8413 Colapissa Street<br>New Orleans, LA 70119 | (504) 563-3579 |
| Joseph Chon o/b/o Big Easy Mardi Gras Co., LLC | 123939 | 600 Decatur Street Ste. 203<br>New Orleans, LA 70130 | (504) 524-4729<br>(504) 524-4725<br>(504) 427-8155 |
| Ali Mustafa | 65243 | 116 Yellowstone Street<br>Kenner, LA 70065 | (504) 344-6071 |
| Ali Mustafa o/b/o Ali52 Enterprises, LLC d/b/a Royal Style | 60762 | 116 Yellowstone Street<br>Kenner, LA 70065<br>819 Royal Street<br>New Orleans, LA 70116 | (504) 344-6071 |
| Kevin G. Higgins | 58920 | 1038 Rappelet Road<br>Golden Meadow, LA 70357 | (504) 250-7823 |

| Rhonda Luent | 135308 | 174 Minnich Lane<br>Grand Isle, LA 70358 | (985) 677-1878 |
|---|---|---|---|
| Bennie Hughes | 123730 | 17380 Summerfield Rd. N.<br>Prairieville, LA 70769 | (225) 622-0119 |
| Chelsea Dauzat | 123739 | 5124 Elton Street<br>Lafitte, LA 70067 | (504) 919-3614 |
| Brandon Todd | 123788 | 2654 Longbranch Drive<br>Marrero, LA | (504) 458-5450 |
| Walter Mason o/b/o Tour Company | 124020, 123740 | 1711 Second Street Apt. 3<br>New Orleans, LA 70113 | (504) 897-5149 |
| Diane Lamothe | 123744 | 123 Oak Lane<br>Grand Isle, LA 70358 | (985) 309-0314 |
| Joseph Lamothe | 123743 | 123 Oak Lane<br>Grand Isle, LA 70358 | (985) 309-0314 |
| John Guidry o/b/o Delmor Systems | 123744 | 181 East 37th Place<br>Cut Off, LA 70345 | (985) 258-7586 |
| James Doucet | 123745, 123747 | 241 West 217th Street<br>Galliano, LA 70354 | (985) 475-6435 |
| Danny Griffin | 123746 | P.O. Box 1021<br>Larose, LA 70373 | (985) 325-2769 |
| Mayret Ledet | 123765 | 150 West 151st Street<br>Galliano, LA 70354 | (985) 325-7877 |
| Mayret Ledet o/b/o Clipper Doodles | 123764 | 150 West 151st Street<br>Galliano, LA 70354 | (985) 325-7877 |
| Yvette Pitre o/b/o Cajun Shack Laundromat, LLP | 123769 | 18078 Highway 3235<br>Galliano, LA 70354 | (985) 258-0354 |
| Dwaine Smith | 123773 | 303 Lincoln Street<br>Houma, LA 70364 | (985) 991-6924 |
| Jerome Gross o/b/o AAA Ice, LLC | 123774 | 130 Adam Drive<br>Belle Chasse, LA 70037 | (504) 228-1491 |
| Bruce Ronquille | 123776 | 4907 Enalade Street<br>Lafitte, LA 70076 | (504) 217-1498 |
| Susan Boudreaux o/b/o BAM Construction of Houma Inc. | 123791, 124067 | 1713 Grand Caillou Road<br>Houma, LA 70363 | (985) 879-2148 |
| Joey Gautier o/b/o Gautier's Trucking LLC | 123793 | 3594 Highway 316<br>Gray, LA 70359 | (985) 713-4076 |
| Linda Neveu | 123783 | 100 Quail Hollow Apt. 488<br>St. Martinville, LA 70582 | (337) 680-0551 |
| Kyle Gray | 123786 | 101 Thousand Circle<br>Belle Chasse, LA 70037 | (504) 655-4343 |
| Jackie Berthelot o/b/o Gulf Coast Discount Drugs, LLC | 135311 | 33 Derbes Drive<br>Gretna, LA 70053 | (504) 931-9836 |

| Mohamed Maiza | 123821 | P.O. Box 113471<br>Metairie, LA 70011 | (504) 975-1490 |
|---|---|---|---|
| Henly Volion | 123822 | 2121 Aramis Drive<br>Mereaux, LA 70075 | (504) 931-8825 |
| Stephanie Schlesinger o/b/o James (Jams) Rentals | 123824 | 2507 Main Street<br>Laplace, LA 70068<br>1757 Highway 1<br>Grand Isle, LA 70358 | (504) 346-5393 |
| Anna Blanchard | 123825 | 4726 Cleveland Ave<br>New Orleans, LA 70119 | (504) 975-6003 |
| Nicholas Haak | 123827 | 310 Cedarwood Drive<br>Mandeville, LA 70471 | (360) 969-1663 |
| Lewis Parker o/b/o Lewis Parker Masonry | 123840 | 635 Webster Street<br>Kenner, LA 70062 | (504) 469-8305 |
| Devin Thibodeaux | 123814, 124237 | 4975 August Lane<br>Lafitte, LA 70067 | (504) 689-3481 |
| Yasuhiro Tomiyama o/b/o Café Zen | 123950, 135283 | 2112 Belle Chasse Hwy.<br>Gretna, LA 70056 | (504) 390-2579 |
| Terrell Huntington | 135292 | 1748 Pratt Drive<br>New Orleans, LA 70112 | (504) 360-3174 |
| Clay Ives | 135293 | 502 Henry Clay Avenue<br>New Orleans, LA 70118 | (504) 579-6255 |
| Bobby Bradberry o/b/o Chassin Tails Service | 12681 | 129 Fig Street<br>Grand Isle, LA 70358 | (985) 278-3766 |