IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TAM V. LE, THIM T. NGUYEN, | § | |
| TAI LAM, DUNG VAN NGUYEN, | § | NO. 2:14-CV-00039 |
| HUNG VAN PHAM, MINH TAN VO, | § | MDL No. 2179 |
| DAVID NGUYEN, L.V. MARINE | § | Section: J |
| CORPORATION, LADY MORE LLC, | § | |
| NATURAL NINE, LLC, | § | |
| QUYET PHAM, NHAT VAN NGUYEN, | § | Judge: Carl Barbier |
| DUY QUOC HA, LIEN NGUYEN, | § | |
| LISA NGUYEN, LEE VAN NGUYEN, | § | |
| THANH LINH VU NGUYEN | § | |
| *individually and on behalf of all others* | § | |
| *similarly situated,* | § | Magistrate: Sally Shushan |
| | § | |
| **Plaintiffs,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| VS. | § | |
| | § | |
| MIKAL WATTS, HUNTER CRAFT, | § | |
| FRANCISCO GUERRA, AND | § | |
| WATTS GUERRA CRAFT LLP | § | |
| | § | **CLASS ACTION PURSUANT** |
| **Defendants.** | § | **TO FED. R. CIV. P. 23** |

## NOTICE OF SUBMISSION

Please take notice that the following motion is set for submission before the Court on Wednesday, February 12, 2014, at 9:30 a.m.:

> Plaintiff's Motion to Remove or, in the Alternative, Motion to Cause Mr. Daniel Becnel and Becnel Law Firm, L.L.C. to Withdraw.

                        **Respectfully submitted,**

                        **THE TAMMY TRAN LAW FIRM**
                        **ATTORNEYS AT LAW, LLP**

By: /s/ Tammy Tran
      MINH TAM TAMMY TRAN
      Texas Bar No. 20186400
      PETE MAI
      Texas Bar No. 24029702
      JOHN NA

7

8

        Texas Bar No. 24074786
        RYAN NGUYEN
        Texas Bar No. 24083570
        2915 Fannin
        Houston, Texas 77002
        Telephone: (713) 655-0737
        ttran@tt-lawfirm.com

**OF COUNSEL**
**HILL & HILL, P.C. LAW FIRM**

        J. MARCUS HILL
        Texas Bar No. 09638150
        1770 St. James Place, Suite 115
        Houston, Texas 77056
        Telephone: (713) 688-6318
        Telecopier: (713) 688-2817

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above and foregoing was served in accordance with the Federal Rules of Civil Procedure on all counsel of record by ECF notification on this the 24th day of January, 2014.

        /s/ John Na
        John Na