UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| Nos. 10-3059 and 11-516 | * * * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court are two objections/appeals by the State of Louisiana ("State") pertaining to rulings by the Magistrate Judge. (Rec. Docs. 7933, 11185)  The Court has considered the State's objections/appeals, but finds that the Magistrate Judge's rulings were neither clearly erroneous nor contrary to law.  *See* Fed. R. Civ. P. 72(a).  Accordingly,

IT IS ORDERED that the State's objections/appeals (Rec. Docs. 7933, 11185) are OVERRULED and the Magistrate Judge is AFFIRMED.

New Orleans, Louisiana, this 24th day of January, 2014.

_____
United States District Judge