UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG           MDL 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010         SECTION: "J"

This Document Applies to:                 JUDGE BARBIER
                                          MAG. JUDGE SHUSHAN
No. 12-970, Bon Secour Fisheries, Inc., et al.
v. BP Exploration & Production Inc., et al.

ORDER GRANTING EX PARTE MOTION AND INCORPORATED MEMORANDUM
TO WITHDRAW ANDRY LERNER, LLC'S SUPPLEMENTAL
OBJECTIONS TO SPECIAL MASTER'S REPORT

CONSIDERING, the *Ex Parte Motion and Incorporated Memorandum to Withdraw Andry Lerner, LLC's Supplemental Objections to Special Master's Report*, it is hereby,

**ORDERED**, that Andry Lerner, LLC is given leave of court to withdraw the Supplemental Objections to Special Master's Report and attending exhibits (Rec. Docs. 12181 and 12182); and it is hereby further

**ORDERED**, that the Supplemental Objections to Special Master's Report and attending exhibits (Rec. Docs. 12181 and 12182) are withdrawn from the record of this case.

New Orleans, Louisiana this 24th day of January, 2014.

_____
United States District Judge