IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION: J |
| This Document Applies to:<br>No. 12-970, Bon Secour Fisheries, Inc., et al.<br>v. BP Exploration & Production Inc., et al. | * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

**CHRISTINE REITANO'S OBJECTION TO CONTINUED APPOINTMENT OF LOUIS J. FREEH AS SPECIAL MASTER**

NOW INTO COURT, through undersigned counsel, comes Christine Reitano ("Reitano") who hereby objects pursuant to Federal Rule of Civil Procedure 53 to the continued appointment of Louis J. Freeh as Special Master. Reitano joins in and adopts the arguments contained in Jon Andry's Objection (Rec. Doc. 12206) and Glen Lerner's Objection (Rec. Doc. 12213).

                 Respectfully Submitted:

                 /s/ Mary Olive Pierson
                Mary Olive Pierson, La. Bar No. 11004
                8702 Jefferson Highway, Suite B (70809)
                Post Office Box 14647
                Baton Rouge, LA 70898
                (225) 927-6765 - Telephone
                (225) 927-6775 - Facsimile
                mop@mopslaw.com - Email

                *Counsel for Christine Reitano*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Objection to Continued Appointment of Louis J. Freeh as Special Master has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 24th day of January, 2014.

/s/ Mary Olive Pierson
Mary Olive Pierson