UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179  SECTION J |
| | * | JUDGE BARBIER |
| APPLIES TO: No. 12-311 | * | MAG. JUDGE SHUSHAN |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

### [Re Briefing Page Limit and Oral Argument]

On September 10, 2013, an amended case management and scheduling order was entered with provision for filing and briefing motions for summary judgment to be filed by Cameron and/or Liberty. Rec. doc. 11308. The memoranda in support of these motions and in opposition shall be limited to 25 pages. Reply memoranda shall be limited to 10 pages.

Following the close of briefing, the Court <u>may</u> hold a hearing on the summary judgment motions on a date set by the Court.

New Orleans, Louisiana, this 24rh day of January, 2014.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**