UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| No. 14-0039 | * * * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is Plaintiffs' Motion to Remove or, in the Alternative, Motion to Cause Mr. Daniel Becnel and Becnel Law Firm, L.L.C. to Withdraw. (Rec. Doc. 12208)

IT IS ORDERED that any responses to this motion shall be filed on or before Wednesday, January 29, 2014.[1]  Responses shall not exceed three pages.

New Orleans, Louisiana, this 24th day of January, 2014.

_____
United States District Judge

---

[1] The motion's caption does not comply with Pretrial Order No. 1 ¶ 9 (Rec. Doc. 2).  The Court will accept this motion as filed; however, future filings must use the proper caption or the filing will be deemed deficient.

Furthermore, counsel should not have filed a Notice of Hearing (Rec. Doc. 12208-3) or Notice of Submission (Rec. Doc. 12216) with the motion.  *See* Pretrial Order No. 15, (Rec. Doc. 676).  These notices are invalid and may be disregarded.  Instead, the motion will be considered under advisement after January 29th unless the Court orders otherwise.