UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179  SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| No. 12-970 | * * * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court are several objections to the continued appointment of Louis J. Freeh as Special Master.  (Rec. Docs. 12206, 12213, 12219)

IT IS ORDERED that these objections are OVERRULED.

New Orleans, Louisiana, this 24th day of January, 2014.

_____
United States District Judge