UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| No. 12-970 | * * * | MAG. JUDGE SHUSHAN |

### ORDER

Before the Court is the Special Master's Motion for Return of Payments Made to Casey C. Thonn and Others. (Rec. Doc. 12107)

IT IS ORDERED that any responses shall be filed on or before Friday, February 14, 2014, and shall not exceed 25 pages. If the Special Master chooses to file a reply, such reply shall be filed on or before Monday, February 24, 2014, and shall not exceed 10 pages. The Court will advise the parties if it requires oral argument.

New Orleans, Louisiana, this 24th day of January, 2014.

_____
United States District Judge