UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | § | MDL No. 2179 |
| "Deepwater Horizon" in the | § | |
| Gulf of Mexico, on April 20, 2010 | § | |
| | § | SECTION: J |
| | § | |
| This Document Relates to: | § | Judge Barbier |
| No. 2:14-CV-00039 | § | Mag. Judge Shushan |

**PLAINTIFFS' MOTION TO REMOVE OR, IN THE ALTERNATIVE, MOTION TO CAUSE MR. DANIEL BECNEL AND BECNEL LAW FIRM, L.L.C. TO WITHDRAW**

NOW INTO COURT, through undersigned counsel, come Plaintiffs Tam V. Le, Thim T. Nguyen, Tai Lam, Dung Van Nguyen, Hung Van Pham, Minh Tan Vo, David Nguyen, L.V. Marine, Corporation, Lady More LLC, Natural Nine, LLC, Quyet Pham, Nhat Van Nguyen, Duy Quoc Ha, Lien Nguyen, Lisa Nguyen, Lee Van Nguyen, and Thanh Linh Vu Nguyen (hereinafter "Plaintiffs"), who, for the reasons set forth in the attached memorandum in support, respectfully request that their Motion to Remove or, in the alternative, Motion to Cause Mr. Daniel Becnel and Becnel Law Firm, L.L.C. to Withdraw be considered and granted.

Respectfully submitted,

**THE TAMMY TRAN LAW FIRM
ATTORNEYS AT LAW, LLP**

By: /s/ Tammy Tran
MINH TAM TAMMY TRAN
Texas Bar No. 20186400
PETE MAI
Texas Bar No. 24029702
JOHN NA
Texas Bar No. 24074786
RYAN NGUYEN
Texas Bar No. 24083570
2915 Fannin
Houston, Texas 77002
Telephone: (713) 655-0737
ttran@tt-lawfirm.com

OF COUNSEL
HILL & HILL, P.C. LAW FIRM

J. MARCUS HILL
Texas Bar No. 09638150
1770 St. James Place, Suite 115
Houston, Texas 77056
Telephone: (713) 688-6318
Telecopier: (713) 688-2817

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2014, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

    /s/ John Na    
John Na