UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** § | | MDL No. 2179 |
| **"Deepwater Horizon" in the** § | | |
| **Gulf of Mexico, on April 20, 2010** § | | |
| § | | SECTION: J |
| § | | |
| **This Document Relates to:** § | | Judge Barbier |
| **No. 2:14-CV-00039** § | | Mag. Judge Shushan |

### [PROPOSED] ORDER

Considering the above and foregoing,

IT IS ORDERED that Plaintiffs' Motion to Remove or in the Alternative, Motion to Cause Daniel Becnel and Becnel Law Firm, L.L.C. to Withdraw is hereby GRANTED.

IT IS FURTHER ORDERED that Mr. Daniel Becnel and Becnel Law firm, L.L.C. are to be removed from the docket of this case. Upon termination, Mr. Becnel and his Law Firm are still subject to attorney-client privilege and all privileges according to the law and Rules of Professional Conduct. Mr. Becnel and his Law Firm may be entitled to their reasonable fees based on *quantum meruit* which will be determined by this Court or agreed by the parties.

New Orleans, Louisiana this _____ day of _____, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

7