IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig  "Deepwater Horizon" in the  Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179  SECTION: J |
| This document relates to: No. 13-6674 | * * * * * * | HONORABLE CARL J. BARBIER  MAGISTRATE JUDGE SHUSHAN |

**BP'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION UNDER SEAL**

Pursuant to Pre-Trial Order 38 (Rec. Doc. 3201), Plaintiffs BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") respectfully request leave to file unredacted versions of its Reply Memorandum in Support of Motion for a Preliminary Injunction Suspending the Second Distribution of the Seafood Compensation Program and the Supplemental Declaration of Richard C. Godfrey under seal.  These filings contain discussion of settlement communications, which are deemed "confidential" pursuant to the above-referenced Order.

If granted leave to file its Reply, BP will file public versions of these pleadings with any arguably confidential information redacted.

WHEREFORE, Plaintiffs BP Exploration & Production Inc. and BP America Production Company respectfully request this Court to grant them leave to file unredacted versions of its Reply Memorandum in Support of Motion for a Preliminary Injunction Suspending the Second Distribution of the Seafood Compensation Program, and the Declaration of Richard C. Godfrey under seal.

| | |
|---|---|
| January 24, 2014 | Respectfully submitted, |
| James J. Neath<br>BP AMERICA INC.<br>501 Westlake Park Boulevard<br>Houston, TX  77079<br>Telephone:  (281) 366-2000<br>Telefax:  (312) 862-2200 |    /s/ Kevin M. Downey          <br>Kevin M. Downey<br>F. Lane Heard III<br>Margaret A. Keeley<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC  20005<br>Telephone:  (202) 434-5000<br>Telefax:  (202) 434-5029 |
| Daniel A. Cantor<br>Andrew T. Karron<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004<br>Telephone:  (202) 942-5000<br>Telefax:  (202) 942-5999 |    /s/ Don K. Haycraft            <br>S. Gene Fendler (Bar #05510)<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139<br>Telephone:  (504) 581-7979<br>Telefax:  (504) 556-4108 |
| Robert C. "Mike" Brock<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone:  (202) 662-5985<br>Telefax:  (202) 662-6291 | Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>Wendy L. Bloom<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone:  (312) 862-2000<br>Telefax:  (312) 862-2200 |
| Jeffrey Lennard<br>Keith Moskowitz<br>DENTONS US LLP<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, IL  60606<br>Telephone:  (312) 876-8000<br>Telefax:  (312) 876-7934<br><br>***OF COUNSEL*** | Jeffrey Bossert Clark<br>Steven A. Myers<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone:  (202) 879-5000<br>Telefax:  (202) 879-5200 |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.***
***AND BP AMERICA PRODUCTION COMPANY***

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 24th day of January, 2014.

    /s/ Don K. Haycraft
    Don K. Haycraft