IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This document relates to:<br>No. 13-6674 | * * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**BP'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION SUSPENDING
THE SECOND DISTRIBUTION OF THE SEAFOOD COMPENSATION PROGRAM**

Plaintiffs BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") respectfully request leave to file the accompanying Reply Memorandum in Support of Motion for a Preliminary Injunction Suspending the Second Distribution of the Seafood Compensation Program.

Class Defendants' Opposition to BP's Motion for a Preliminary Injunction Suspending the Second Distribution of the Seafood Compensation Program raises new substantive arguments, along with two procedural objections based on Rule 60(b) and judicial estoppel.  BP seeks to respond to Class Defendant's Opposition in the accompanying Reply Memorandum In Support of Motion for a Preliminary Injunction Suspending the Second Distribution of the Seafood Compensation Program.  The Reply also includes two Declarations, from Richard C. Godfrey and Mark Holstein, addressing the facts discussed for the first time in the Opposition.

WHEREFORE, Plaintiffs BP Exploration & Production Inc. and BP America Production Company respectfully request this Court to grant them leave to file the Reply Memorandum in Support of Motion for a Preliminary Injuction Suspending the Second Distribution of the

Seafood Compensation Program, and the Declarations of Richard C. Godfrey and Mark Holstein, submitted herewith.

| | |
|---|---|
| January 24, 2014 | Respectfully submitted, |
| James J. Neath<br>BP AMERICA INC.<br>501 Westlake Park Boulevard<br>Houston, TX  77079<br>Telephone:  (281) 366-2000<br>Telefax:  (312) 862-2200 |   /s/ Kevin M. Downey<br>Kevin M. Downey<br>F. Lane Heard III<br>Margaret A. Keeley<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC  20005<br>Telephone: (202) 434-5000<br>Telefax:  (202) 434-5029 |
| Daniel A. Cantor<br>Andrew T. Karron<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004<br>Telephone:  (202) 942-5000<br>Telefax:  (202) 942-5999 |   /s/ Don K. Haycraft<br>S. Gene Fendler (Bar #05510)<br>Don K. Haycraft (Bar #14361)<br>R. Keith Jarrett (Bar #16984)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139<br>Telephone:  (504) 581-7979<br>Telefax:  (504) 556-4108 |
| Robert C. "Mike" Brock<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone:  (202) 662-5985<br>Telefax:  (202) 662-6291 | Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>Wendy L. Bloom<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone:  (312) 862-2000<br>Telefax:  (312) 862-2200 |
| Jeffrey Lennard<br>Keith Moskowitz<br>DENTONS US LLP<br>233 South Wacker Drive<br>Suite 7800<br>Chicago, IL  60606<br>Telephone:  (312) 876-8000<br>Telefax:  (312) 876-7934 | Jeffrey Bossert Clark<br>Steven A. Myers<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone:  (202) 879-5000<br>Telefax:  (202) 879-5200 |
| ***OF COUNSEL*** | |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.***
***AND BP AMERICA PRODUCTION COMPANY***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, on this 24th day of January, 2014.

/s/ Don K. Haycraft
Don K. Haycraft