UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 <br><br> SECTION "J" (1) <br><br> JUDGE BARBIER |
| *This Document Relates to All Cases* | MAGISTRATE JUDGE SHUSHAN |

JOINT MOTION FOR LEAVE TO SUPPLEMENT PHASE II TRIAL RECORD
AND FILE MEMORANDUM REGARDING
BP ADMISSIONS RELEVANT TO PHASE II

**NOW INTO COURT**, through undersigned counsel, come defendants, Transocean Holdings LLC, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GmbH ("Transocean"); the Plaintiffs' Steering Committee ("PSC"); and the State of Alabama (collectively, the Moving Parties), who move this Honorable Court for leave to supplement the Phase II evidentiary record. Testimonial admissions by BP's George William Kirton introduced during the *United States v. Kurt Mix* criminal trial (2:12-cr-00171) provide new evidence relevant to Phase II issues. The Moving Parties' Memorandum advises the Court of the significance of this evidence, which shows that:

- BP planned the Top Kill by assuming a flow rate of 5,000 BOPD;

- BP presented the Top Kill to the Government for approval using an assumed flow rate of 10,000 BOPD;

- At the Kill the Well On Paper meeting regarding the Top Kill, BP mentioned only two flow rates: 5,000 BOPD (at which the Top Kill would likely work) and 15,000 BOPD (at which the Top Kill would not work);

- Flow rate was the key assumption in planning for the Top Kill; and

- BP's leader of the Top Kill effort was not aware, prior to the Top Kill, of BP's internal flow rate modeling showing rates much higher than 5,000 BOPD.

Pretrial Order No. 41 states that the Court may hold open the record between phases of the trial. (Rec. Doc. 6592 at 5). Following the end of the Phase II trial and the Phase II Marshaling Conference, the Phase II record was closed. (Rec. Doc. 11944 at 3). Given the subsequent development of this new evidence and in the interests of justice, the Moving Parties respectfully request that the Phase II record be reopened for the limited purpose of submitting this new evidence since it bears directly on issues relevant to Phase II.

WHEREFORE, the Moving Parties request that the Court grant this Motion and: (1) permit the Moving Parties to file the attached Memorandum; and (2) include the exhibit attached thereto in the Phase II evidentiary record.

DATED: January 24, 2014

Respectfully submitted,

| | |
|---|---|
| By: /s/ Brad D. Brian | By: /s/ Steven L. Roberts |
| Brad D. Brian | Steven L. Roberts |
| Michael R. Doyen | Rachel Giesber Clingman |
| Grant Davis-Denny | Sean Jordan |
| Daniel B. Levin | SUTHERLAND ASBILL & BRENNAN LLP |
| MUNGER TOLLES & OLSEN, LLP | 1001 Fannin Street, Suite 3700 |
| 355 So. Grand Avenue, 35th Floor | Houston, TX  77002 |
| Los Angeles, CA  90071 | Tel: (713) 4710-6100 |
| Tel: (213) 683-9100 | Fax: (713) 354-1301 |
| Fax: (213) 683-5180 | Email:  steven.roberts@sutherland.com |
| Email:  brad.brian@mto.com | rachel.clingman@sutherland.com |
| michael.doyen@mto.com | sean.jordan@sutherland.com |
| grant.davis-denny@mto.com | |
| daniel.levin@mto.com | |

John M. Elsley
ROYSTON, RAYZOR, VICKERY &
WILLIAMS LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
Tel: (713) 224-8380

By: /s/ Kerry J. Miller
Kerry J. Miller
FRILOT, LLC
1100 Poydras Street, Suite 3800
New Orleans, LA 70163
Tel: (504) 599-8194
Fax: (504) 599-8154
Email: kmiller@frilot.com
**Counsel for Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH.**

/s/ Stephen J. Herman
Stephen J. Herman, La. Bar No. 23129
HERMAN HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sherman@hhkc.com

s/ James Parkerson Roy
James Parkerson Roy, La. Bar No. 11511
DOMENGEAUX WRIGHT ROY
& EDWARDS LLC
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com
**Plaintiffs' Liaison Counsel**

LUTHER STRANGE
Attorney General
/S/ Corey L. Maze
COREY L. MAZE
Special Deputy Attorney General
WINFIELD J. SINCLAIR
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130
(334) 353-4336 (phone)
(334) 242-4891 (fax)
**Attorneys for the State of Alabama**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2014, I electronically filed the foregoing with the Court's CM/ECF system and service on all counsel of record by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

                                                     /s/ Kerry J. Miller
                                                   Kerry J. Miller