# Exhibit A

```
1                      UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF LOUISIANA
2
       ****************************************************************
3      UNITED STATES OF AMERICA

4                                        DOCKET NO. 12-CR-171
                                         SECTION "K"
5      V.                                NEW ORLEANS, LOUISIANA
                                         MONDAY, DECEMBER 9, 2013
6
       KURT MIX
7      ****************************************************************

8
                         DAY 6  MORNING SESSION
9                     TRANSCRIPT OF TRIAL PROCEEDINGS
              HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL
10                    UNITED STATES DISTRICT JUDGE

11


12     APPEARANCES:

13     FOR THE GOVERNMENT:              U.S. DEPARTMENT OF JUSTICE
                                        BY:  JENNIFER L. SAULINO, ESQ.
14                                      1400 NEW YORK AVE., NW
                                        BOND BUILDING
15                                      WASHINGTON, D.C. 20530

16                                      U.S. DEPARTMENT OF JUSTICE
                                        BY:  LEO R. TSAO, ESQ.
17                                      400 POYDRAS ST., SUITE 1000
                                        NEW ORLEANS, LA 70130
18

19
       FOR THE DEFENDANT:              CHAFFE MCCALL
20                                      BY:  WALTER BECKER, JR., ESQ.
                                             CHARLES MARSHALL III, ESQ.
21                                      1100 POYDRAS ST., SUITE 2300
                                        NEW ORLEANS, LA 70163
22
                                        ROPES & GRAY
23                                      BY:  JOAN MCPHEE, ESQ.
                                             AARON M. KATZ, ESQ.
24                                      PRUDENTIAL CENTER
                                        800 BOYLSTON ST.
25                                      BOSTON, MA 02199


                            OFFICIAL TRANSCRIPT
```

```
 1   APPEARANCES CONTINUED:

 2

 3                                  ROPES & GRAY
                                    BY:  MICHAEL G. MCGOVERN, ESQ.
 4                                       ALYSSA ZIEGLER, ESQ.
                                    1211 AVENUE OF THE AMERICAS
 5                                  NEW YORK, NY 10036

 6

 7   OFFICIAL COURT REPORTER:       CATHY PEPPER, CRR, RMR
                                    CERTIFIED REALTIME REPORTER
 8                                  500 POYDRAS STREET, ROOM HB-406
                                    NEW ORLEANS, LOUISIANA 70130
 9                                  (504) 589-7779

10

11

12   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
     PRODUCED BY COMPUTER.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**OFFICIAL TRANSCRIPT**

1

**I N D E X**

2

3    EXAMINATIONS                                    PAGE

4

5    **CURTT AMMERMAN**......................................1395

6    DIRECT EXAMINATION BY MS. SAULINO....................1395

7    CROSS-EXAMINATION BY MR. KATZ........................1424

8    CROSS-EXAMINATION BY MR. KATZ........................1424

9    REDIRECT EXAMINATION BY MS. SAULINO..................1459

10   **GEORGE WILLIAM KIRTON**...............................1467

11   DIRECT EXAMINATION BY MS. SAULINO....................1467

12   CROSS-EXAMINATION BY MR. MCGOVERN....................1505

13   LUNCHEON RECESS......................................1542

14

15

16

17

**E X H I B I T S**

18

19   DESCRIPTION                                     PAGE

20

21   GOVERNMENT EXHIBIT 52 WAS ADMITTED...................1400

22   GOVERNMENT EXHIBIT 19B WAS ADMITTED..................1412

23   EXHIBIT DX 9070 WAS ADMITTED.........................1428

24   EXHIBIT DX 9053 WAS ADMITTED.........................1445

25   GOVERNMENT EXHIBIT 19A WAS ADMITTED..................1454

**OFFICIAL TRANSCRIPT**

1   DEFENSE EXHIBIT 236 WAS ADMITTED.....................1458

2   EXHIBIT 22 WAS ADMITTED..............................1493

3   DEFENSE EXHIBIT 85 WAS ADMITTED......................1509

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

11:02:15  1    Q.    Is Westlake 4 a building?

11:02:17  2    A.    Sorry.  Westlake 4 is a BP building.  It's where the

11:02:20  3    response center developed.  That's where the teams and all the

11:02:25  4    people that were trying to work on the incident worked from.

11:02:28  5    Q.    What were you assigned to do?

11:02:30  6    A.    I was assigned to be the leader of the Top Kill effort.

11:02:35  7    Q.    Who assigned you that role?

11:02:38  8    A.    A gentleman named Mark Paterson.

11:02:40  9    Q.    Just very basically, as the leader of the Top Kill effort,

11:02:45 10    what was your role?

11:02:47 11    A.    So my role was to, at that point, evaluate the situation

11:02:55 12    and develop an engineering plan that would enable us to kill

11:03:00 13    the well.

11:03:00 14    Q.    Did you bring in people to help you?

11:03:07 15    A.    We did.  We basically started a team from scratch, and we

11:03:13 16    basically had to build a team.  We got the team.  We got

11:03:17 17    upwards of a hundred people or so within, I'm going to say, a

11:03:21 18    week and a half to 10 days.  Yes, we brought an awful lot of

11:03:25 19    people in.

11:03:25 20    Q.    Now, do you know a gentleman named Jonathan Sprague?

11:03:31 21    A.    I do.

11:03:31 22    Q.    How do you know him?

11:03:34 23    A.    John was one of my peers at BP.  He was the drilling

11:03:41 24    engineering supervisor.  During the incident, John was an

11:03:48 25    engineering manager who was in charge of planning relief well

**OFFICIAL TRANSCRIPT**

11:08:22  1   Q.   Do you have any knowledge of work that those three

11:08:28  2   individuals did together before the Macondo blowout?

11:08:31  3   A.   I do.  Where John and I got to know each other was, I was

11:08:35  4   in charge of the *Thunder Horse* project in the year 2000.  It

11:08:38  5   was a start-up project.  John was in charge of the *Atlantis*

11:08:44  6   project.  It was also a start-up project at the same time.

11:08:48  7        So he and I often spent times talking about how we

11:08:51  8   were developing teams, strategies, tactics, how we were

11:08:54  9   planning the projects, how we would execute the projects.  So

11:08:57 10   we were spending a lot of time with each other bouncing ideas

11:09:01 11   off each other.

11:09:01 12   Q.   Okay.  How did you come to have knowledge of Mr. Mix and

11:09:07 13   Mr. Arabie as a result of that?

11:09:10 14   A.   I would see both the gentlemen.  John would talk about

11:09:13 15   them.  John was the kind of guy that spoke highly of his people

11:09:17 16   and tried to develop relationships with his people.  He would

11:09:22 17   tell me from time to time how good Kurt was and how good Wilson

11:09:27 18   was; and that Kurt was his go-to guy in terms of engineering,

11:09:33 19   and Wilson was his go-to guy in terms of being a technical

11:09:38 20   administrator.

11:09:38 21   Q.   Did Mr. Mix become one of your go-to guys?

11:09:42 22   A.   He did, yes.

11:09:42 23   Q.   Was that during the response effort?

11:09:44 24   A.   It was.

11:09:45 25   Q.   For Top Kill specifically?

**OFFICIAL TRANSCRIPT**

11:09:46  1    A.    It was.

11:09:48  2    Q.    Now, back to the topic of Top Kill.  Was there anything

11:09:56  3    unique about this particular blowout that you had to take into

11:09:58  4    consideration for the Dynamic Kill portion of the Top Kill

11:10:01  5    procedure?

11:10:01  6    A.    Absolutely.

11:10:01  7    Q.    What was that?

11:10:04  8    A.    So to my knowledge, there's never been an event in the

11:10:10  9    world quite like this one, where you were pumping very heavy

11:10:16 10    mud into a well, and yet the top of the well was open, and you

11:10:21 11    had to pump as fast as you could trying to force fluid down a

11:10:26 12    well when there was no top.

11:10:29 13          These types of Dynamic Kills have been used for many,

11:10:32 14    many years, even before I got into the industry, but typically

11:10:37 15    it's when you drill into the very bottom of a well that's

11:10:40 16    blowing out, and you pump the heavy mud down to the bottom of

11:10:44 17    the well.  It just simply goes up the top.  It has a long ways

11:10:47 18    to build hydrostatic head or heavy column to overcome the

11:10:52 19    pressure of the reservoir.

11:10:54 20          In this case, we were employing Dynamic Kill

11:10:57 21    principles, but we were pumping down to the sea floor, which

11:11:01 22    was, you know, at 5,000 feet of water, not to the very bottom

11:11:06 23    of the well, which was at roughly 19,000 feet.  So we were

11:11:10 24    having to pump very fast to force fluid down the well versus

11:11:14 25    have it coming up the well.

**OFFICIAL TRANSCRIPT**

11:11:16  1    Q.    Now, Mr. Kirton, are you familiar with the term

11:11:22  2    "flow rate" of the oil?

11:11:22  3    A.    Yes, I am.

11:11:23  4    Q.    Was that something that you had to take into consideration

11:11:26  5    for Top Kill?

11:11:27  6    A.    Yes, we did.

11:11:28  7    Q.    Why?

11:11:29  8    A.    So the model that Dr. Ole Rygg employed needed

11:11:35  9    assumptions.  One of the key assumptions, of course, was

11:11:37 10    flow rate of the oil coming out of the well.

11:11:39 11    Q.    What number were you using for flow rate during the

11:11:46 12    Top Kill effort?

11:11:47 13    A.    We were given the number 5,000 barrels a day as a starting

11:11:51 14    point.  That was -- there were several planning teams that were

11:11:55 15    planning various ways to stop the oil flow.  Everyone had been

11:12:00 16    given a certain set of assumptions.  It was 5,000 barrels a

11:12:03 17    day.

11:12:05 18            In my -- the way I chose to do things was, I said

11:12:08 19    5,000 is --

11:12:10 20    Q.    Let me stop -- we'll go there in a minute, but let me stop

11:12:13 21    you first and ask you, you said you were given the

11:12:17 22    5,000 barrels of oil per day number?

11:12:19 23    A.    Yes, I was.

11:12:19 24    Q.    By whom?

11:12:20 25    A.    By Mark Paterson, my supervisor.

**OFFICIAL TRANSCRIPT**

11:14:59  1   just --

11:14:59  2   A.   Again, 5,000 was the base case.  It would work at 5,000,

11:15:02  3   according to the models.

11:15:04  4   Q.   12,000, what was that --

11:15:05  5   A.   We, again, ran various cases.  We ran a 10,000 barrel a

11:15:11  6   day case.  That would work.  Then we -- just prior to the

11:15:15  7   commencement of the execution, we had done what's called a

11:15:18  8   diagnostic test, where we actually did a pump in with some very

11:15:22  9   good gauges on the well.  We took that data, plugged it back in

11:15:26  10  the model, and then the model said that 12,000 barrels a day

11:15:29  11  could work.

11:15:29  12  Q.   Okay.  Now, Mr. Kirton, on this 5,000 barrels of oil per

11:15:37  13  day number, did you talk to Mr. Mix about the accuracy of that

11:15:41  14  number, that you recall?

11:15:42  15  A.   I don't recall, no.

11:15:43  16  Q.   Did you know that Mr. Mix was doing his own flow rate

11:15:48  17  calculations with Mr. Rygg at the time?

11:15:52  18  A.   I did not.

11:15:52  19  Q.   I would like to bring up Government Exhibit 11, which I

11:15:55  20  believe is already in evidence.

11:16:04  21       All right.  Now, Mr. Kirton, this is the first page

11:16:12  22  of Government Exhibit 11, but I'm going to ask Ms. Loughnane to

11:16:17  23  go to the second page, which is the beginning of a memo.  I'm

11:16:20  24  sorry, third page.

11:16:22  25       Now, I apologize, I have asked you for the wrong

**OFFICIAL TRANSCRIPT**

11:16:28 1    exhibit number.

11:16:34 2            MS. SAULINO:  This is my mistake, Your Honor, I

11:16:36 3    apologize.

11:16:36 4            MR. KATZ:  13.

11:16:38 5            MS. SAULINO:  Government Exhibit 13.  That was the one

11:16:44 6    I was looking for.

11:16:44 7                    Thank you, Mr. Katz.

11:16:44 8            MR. KATZ:  You're welcome.

11:16:47 9            MS. SAULINO:  Let's go back to the first page of it.

11:16:48 10   I'm sorry, Ms. Loughnane.

11:16:48 11   EXAMINATION BY MR. SAULINO:

11:16:50 12   Q.   Mr. Kirton, looking at the e-mail on your screen right

11:16:53 13   now -- do you see an e-mail on your screen right now?

11:16:57 14   A.   Yes, I do.

11:16:58 15   Q.   Who is it from?

11:17:00 16   A.   It's from Kurt Mix.

11:17:01 17   Q.   Who is it to?

11:17:02 18   A.   It's to Jon Sprague.

11:17:04 19   Q.   Are you on this e-mail chain?

11:17:08 20   A.   I am.  I'm cc'd.

11:17:10 21   Q.   What was the date on this e-mail?

11:17:13 22   A.   It says May 9th.

11:17:14 23   Q.   2010?

11:17:16 24   A.   I'm sorry, yes, May 9, 2010.

11:17:18 25   Q.   What's the subject?

                              **OFFICIAL TRANSCRIPT**

11:17:20 1   A.    The subject is Underground Flow Simulations for Measured

11:17:26 2   Wellhead Flowing Conditions, dash, May 9, 2010.

11:17:29 3   Q.    What does Mr. Mix say to Mr. Sprague, copying you, here?

11:17:34 4   A.    I'm sorry?

11:17:34 5   Q.    Could you read what the e-mail says?

11:17:36 6   A.    Yes.  "Questions or comments welcome.  Bottom line - do

11:17:40 7   not anticipate underground flow based on this data set.

11:17:45 8   Kurt Mix."

11:17:45 9   Q.    First, Mr. Kirton, do you recall receiving this e-mail?

11:17:50 10  A.    Not specifically, but I'm sure I did.

11:17:52 11  Q.    Now, if we could move to the next page, which is the first

11:17:56 12  page of a memo.  First, can you read the -- who's the memo to?

11:18:03 13  A.    The memo is to Jon Sprague.

11:18:05 14  Q.    Who is it from?

11:18:06 15  A.    The Hydraulic Kill Team, Kurt Mix, Ole Rygg,

11:18:12 16  William Burch.

11:18:13 17  Q.    The date?

11:18:14 18  A.    Sunday, May 9, 2010.

11:18:15 19  Q.    Let's turn to the next page, Mr. Kirton.  If you look at

11:18:20 20  the results box there, do you see the oil rate, barrels of oil

11:18:27 21  per day column?

11:18:28 22  A.    I do.

11:18:28 23  Q.    Do you see that those numbers are much higher than

11:18:35 24  5,000 barrels of oil per day?

11:18:35 25  A.    I do.

**OFFICIAL TRANSCRIPT**

11:18:36  1    Q.   Do you recall having seen this memorandum on May 9th or at

11:18:39  2    any time around May 9, 2010?

11:18:40  3    A.   No.  I do not.

11:18:42  4    Q.   I just asked you before whether you and Mr. Mix had

11:18:44  5    discussed the accuracy of the 5,000 barrels of oil per day

11:18:48  6    number?

11:18:49  7    A.   Right.

11:18:49  8    Q.   Had you seen this memorandum at the time, would you have

11:18:54  9    talked to him about it?

11:18:55 10    A.   No.  I hadn't seen this -- I had not seen this attachment

11:18:59 11    until my attorney showed me.

11:19:00 12    Q.   Okay.  So you don't recall having seen this at all at this

11:19:05 13    time?

11:19:05 14    A.   I do not.

11:19:05 15    Q.   Is it something you would have found significant in

11:19:08 16    preparing for the Top Kill effort?

11:19:10 17    A.   Well, with those kind of flow rates I would because

11:19:12 18    they're significantly higher than what we had worked, well

11:19:14 19    above the assumptions that we knew couldn't work.

11:19:16 20    Q.   Mr. Kirton, why didn't you challenge inside BP whether

11:19:26 21    there were higher flow rate numbers being calculated?

11:19:29 22    A.   I didn't know.  So I looked at the e-mail, I saw the

11:19:32 23    bottom line, I read the bottom line, and I didn't feel like I

11:19:36 24    needed to go any further and open this attachment and read it.

11:19:40 25    So I didn't know.

**OFFICIAL TRANSCRIPT**

11:19:40   1    Q.   Looking at it now, is it something that you feel like you
11:19:46   2    should have looked at?
11:19:46   3    A.   Yes.
11:19:46   4    Q.   We can take down that document now.
11:19:52   5              Now, Mr. Kirton, did you attend a meeting on
11:19:55   6    May 17th, referred to as the Kill the Well on Paper meeting?
11:19:58   7    A.   I did.
11:19:59   8    Q.   Or the KWOP meeting?
11:20:01   9    A.   I did.
11:20:01  10    Q.   To your recollection, what kind of people attended that
11:20:05  11    meeting?
11:20:05  12    A.   It was the science team that we were given on loan from
11:20:09  13    Washington.  It was Kate Baker, who more or less headed the
11:20:14  14    meeting up.  I was there.  Jon Sprague was there.  Kurt,
11:20:25  15    Dr. Rygg, people like that.
11:20:27  16    Q.   Mr. Kirton, what did you understand the purpose of that
11:20:30  17    meeting to be?
11:20:31  18    A.   The purpose of that meeting is we had done a lot of work
11:20:33  19    to that point, and it's an effort for people to sit down and
11:20:37  20    talk about the work that had been done, challenge the
11:20:40  21    assumptions, make sure that everybody is in agreement that we
11:20:46  22    have got the right kind of plan going forward.
11:20:49  23    Q.   Was this a go, no go meeting?
11:20:53  24    A.   That's it.  That's a good description.
11:20:55  25    Q.   What does that term mean to you?

**OFFICIAL TRANSCRIPT**

11:20:57 1    A.    If you have -- if you planned correctly, you'll go.   If
11:21:02 2    the plan is flawed, you won't.
11:21:03 3    Q.    So was this meeting a chance to discuss those
11:21:06 4    possibilities?
11:21:06 5    A.    Absolutely.   That's the purpose.
11:21:08 6    Q.    Do you recall whether Mr. Mix was at the meeting?
11:21:11 7    A.    He was.
11:21:12 8    Q.    Do you know why he was at the meeting?
11:21:15 9    A.    I would have asked him, because, again, Kurt has a very --
11:21:20 10   well, he's very good engineer.   He was -- he would have been
11:21:25 11   the guy that I wanted there to explain from an operational
11:21:30 12   standpoint how the model worked and the assumptions behind the
11:21:34 13   model and things like that.
11:21:35 14   Q.    Now, Mr. Mix was working with Mr. Rygg at the time; is
11:21:35 15   that right?
11:21:40 16   A.    He was.
11:21:40 17   Q.    So why not just use Mr. Rygg?
11:21:42 18   A.    Dr. Ole Rygg is someone who is a mathematician, has a
11:21:49 19   great model, but he doesn't know anything about operations
11:21:52 20   engineering.
11:21:52 21        So it's really two distinct skill sets.   He knows the
11:21:56 22   model inside and out.   Kurt knows operations inside and out.
11:22:02 23   So I needed those two to work together to make sure that it was
11:22:05 24   a complete answer, not completely model based or completely
11:22:10 25   operational based, but both.

**OFFICIAL TRANSCRIPT**

11:22:11  1    Q.    Now, do you recall Mr. Mix saying anything at this meeting

11:22:14  2    about having modeling higher than 15,000 barrels of oil per day

11:22:17  3    for the flow rate?

11:22:18  4    A.    I do not.

11:22:18  5    Q.    Do you recall Dr. Rygg saying anything about modeling

11:22:22  6    higher than 15,000 barrels of oil per day for the flow rate?

11:22:24  7    A.    I do not.

11:22:25  8    Q.    And do you believe you would have remembered had that

11:22:29  9    discussion taken place at the meeting?

11:22:30 10    A.    I do.

11:22:31 11    Q.    Why?

11:22:32 12    A.    Well, it's a significant deviation from the base plan of

11:22:36 13    five to ten to 15,000 barrels a day.

11:22:41 14    Q.    And what were the numbers that you recall having been used

11:22:44 15    at that meeting?

11:22:44 16    A.    We talked about the base case, 5,000.  I know we talked

11:22:47 17    about 15,000 as not working.  We may have discussed cases in

11:22:54 18    the middle, but I know we talked about five and 15.

11:22:56 19    Q.    And how do you know that?

11:22:59 20    A.    Well, the notes basically say that.  That's the best way

11:23:03 21    for me to remember, because Kate Baker took very good notes and

11:23:07 22    she distributed those notes and so I've seen the notes.

11:23:11 23    Q.    If we could bring up Government Exhibit 17.

11:23:15 24          THE COURT:  Has that previously be admitted?

11:23:18 25          MS. SAULINO:  It has, Your Honor.

**OFFICIAL TRANSCRIPT**

11:23:19  1           THE COURT:  I thought so.  Oh, yes, yes.

11:23:21  2   EXAMINATION BY MS. SAULINO:

11:23:22  3   Q.    Is this the e-mail that you're referring to where

11:23:24  4   Dr. Baker distributed her notes?

11:23:26  5   A.    It is.

11:23:26  6   Q.    And if we just go to the next page, are these the notes

11:23:31  7   that you're referring to, Mr. Kirton?

11:23:34  8   A.    It is.

11:23:34  9   Q.    And now, Mr. Kirton, do you independently recall that at

11:23:41 10   the time the number that you and others were using inside BP

11:23:43 11   for flow rate was 5,000 barrels of oil per day?

11:23:46 12   A.    I do.

11:23:47 13   Q.    So is that the number you would have used at the meeting?

11:23:50 14   A.    I believe so.

11:23:50 15   Q.    Okay.  Now, you said that as an engineer you bracket

11:23:55 16   things.

11:23:55 17   A.    I did.

11:23:55 18   Q.    So did you talk about higher numbers at the meeting, to

11:23:59 19   your recollection and your knowledge of your procedures?

11:24:01 20   A.    Well, I believe so, because, again, I have the benefit of

11:24:04 21   reading the note, and I can just -- I imagine that's what we

11:24:09 22   would have talked about.  We would have talked about the base

11:24:11 23   case, the numbers we've actually tested against the model to

11:24:16 24   see would it work; would it not work?  And I know that we made

11:24:20 25   the point that above 15,000 barrels a day it's not going to

11:27:56  1   from Mr. Sprague, unless he says he didn't want it written

11:28:00  2   down, but -- and I doubt if he will.

11:28:05  3                So I'm going to sustain the objection.

11:28:05  4                (WHEREUPON, at this point in the proceedings, the bench

11:28:21  5   conference concluded.)

11:28:21  6                THE COURT:  You may proceed, Counsel.

11:28:22  7   EXAMINATION BY MS. SAULINO:

11:28:23  8   Q.    Mr. Kirton, after the May 17th meeting, did preparations

11:28:32  9   continue for Top Kill?

11:28:34 10   A.    They did.

11:28:35 11   Q.    And at some point did you prepare a presentation for

11:28:40 12   high-up government officials?

11:28:41 13   A.    I did.

11:28:41 14   Q.    And around when was that?

11:28:46 15   A.    It would have been around May 22nd.

11:28:47 16   Q.    And what was the point of the presentation that you were

11:28:52 17   preparing at the time?

11:28:53 18   A.    So Secretary Of Interior Salazar, Ken Salazar, was coming

11:29:00 19   to town and it was, if you want to call it an executive

11:29:05 20   go/no go meeting where we would explain the situation, the plan

11:29:11 21   that we developed and decide at that point if we would proceed.

11:29:14 22   Q.    And who presented to the secretary and others?

11:29:20 23   A.    Several people.  I was one.

11:29:22 24   Q.    And for your part of the presentation, what did it

11:29:27 25   involve?

**OFFICIAL TRANSCRIPT**

11:32:29 1          (WHEREUPON, Exhibit 22 was admitted.)

11:32:29 2   EXAMINATION BY MS. SAULINO:

11:32:34 3   Q.    Mr. Kirton, do you recognize this document?

11:32:37 4   A.    This is the May 23rd document that we talked about.

11:32:39 5   Q.    Okay.  And to your recollection -- and I know you've

11:32:44 6   looked at Exhibit 22 previously -- is this the slide

11:32:47 7   presentation that was given to Secretary Salazar and others?

11:32:49 8   A.    It is.

11:32:50 9   Q.    And, Mr. Kirton, I will hand you the slide presentation.

11:32:56 10          MS. SAULINO:  If I may, Your Honor?

11:32:58 11          THE COURT:  You may.

11:32:58 12   EXAMINATION BY MS. SAULINO:

11:33:15 13   Q.    And, Mr. Kirton, if you could just direct Ms. Loughnane to

11:33:22 14   the slide you just described to the jury.

11:33:28 15   A.    The first one is Slide 5.  It's labeled "System Pressure

11:33:32 16   Limitations."

11:33:33 17   Q.    Are we looking at that now?

11:33:36 18   A.    Yes, that's it.

11:33:38 19          The second one is the very next page, which says,

11:33:47 20   "Top Kill Pump Schedule Boundaries."

11:33:51 21          That's it.

11:33:52 22          And the third one is page 7, which says, "Pump

11:33:55 23   Schedule Potential Outcomes."

11:33:56 24   Q.    Now, Mr. Kirton, am I right that you said you presented

11:34:04 25   these slides?

**OFFICIAL TRANSCRIPT**

11:34:05  1    A.    I presented two out of the three.

11:34:06  2    Q.    Okay.  The slide that we are currently looking at, "Pump

11:34:10  3    Schedule Potential Outcomes," is that one of the ones that you

11:34:12  4    presented?

11:34:12  5    A.    That is.

11:34:13  6    Q.    Okay.  And now, Mr. Kirton, aside from Secretary Salazar,

11:34:20  7    whom you've already mentioned, who else do you recall was at

11:34:23  8    this meeting?

11:34:23  9    A.    It was a packed room.  It would have been senior

11:34:27  10   vice-president executives.  It would have been members of the

11:34:29  11   Science Team.  It would have been Admiral Mary E. Landry.  It

11:34:40  12   would have been members of -- the level of those that I

11:34:43  13   reported to, like Mark Patterson, Henry Thierens,

11:34:48  14   Jonathan Sprague, people like that.

11:34:49  15   Q.    To your recollection, was Mr. Mix at this meeting?

11:34:52  16   A.    No, he was not.

11:34:53  17   Q.    Now, to your recollection, did Mr. Mix work on this slide?

11:34:57  18   A.    On this slide?

11:34:59  19   Q.    Yes.

11:35:00  20   A.    No, I don't have a specific recollection of him working on

11:35:03  21   this slide.

11:35:04  22   Q.    Okay.  Do you, based on your process at the time, know one

11:35:07  23   way or the other whether he did?

11:35:08  24   A.    Can you repeat.

11:35:13  25   Q.    What was your process in preparing this slide?

**OFFICIAL TRANSCRIPT**

11:36:18  1   Q.   Does that cause you to question whether Mr. Mix worked
11:36:20  2   with you on these calculations?
11:36:22  3   A.   No.
11:36:22  4   Q.   Why not?
11:36:24  5   A.   That was my process.  I mean, I'm not capable of running
11:36:28  6   the model, and I don't know enough about it to run it, so I had
11:36:30  7   to have a team to run the model.  So the team would have been
11:36:34  8   these people.
11:36:34  9   Q.   And the other individuals listed here, were they inside BP
11:36:38 10   employees?
11:36:41 11   A.   Dr. Ole Rygg was not.  Mike Mullen was.  And I don't
11:36:45 12   recall on Tom Selbekk.
11:36:49 13   Q.   What about Mr. Mix?
11:36:49 14   A.   Mr. Mix was.
11:36:50 15   Q.   With respect to this team, what did you -- how do you sort
11:36:54 16   of rank Mr. Mix?
11:37:00 17   A.   I ranked -- Kurt is the best guy on the team in terms of
11:37:04 18   operations engineering.  Kurt was considered by a lot of people
11:37:07 19   as to be a very capable and very dependable engineer.  So I
11:37:11 20   would rank him my most senior guy on that team from an
11:37:16 21   operation engineering standpoint.
11:37:16 22   Q.   How important was this presentation?
11:37:18 23   A.   It was huge.  It was a culmination of nearly a month of
11:37:25 24   absolute killer work that went into this, and it was the moment
11:37:30 25   that we were either going to do this or we weren't, so it was

**OFFICIAL TRANSCRIPT**

11:37:34 1    huge.  It was -- I mean, when the government comes to town and

11:37:38 2    you get in front of BP senior executive, it's a really big

11:37:43 3    event.

11:37:43 4    Q.   Do you have any reason to believe that Mr. Mix knew this

11:37:46 5    presentation would be happening?

11:37:46 6    A.   I do.

11:37:47 7    Q.   Why?

11:37:50 8    A.   Everybody knew.  It was just one of those events that we

11:37:52 9    all talked about.  It was -- it was the culmination moment.

11:37:56 10   Q.   And do you recall having talked with your team about this

11:38:00 11   event, upcoming event?

11:38:01 12   A.   Right.  There is no doubt about that.

11:38:03 13   Q.   Okay.  Let's look at the assumptions on this slide,

11:38:06 14   Mr. Kirton.

11:38:07 15   A.   Okay.

11:38:07 16   Q.   Do you see where it says 10,000 -- is that stock tank

11:38:11 17   barrels of oil per day?

11:38:13 18   A.   It says, "10,000 stock tank barrels," yes.

11:38:16 19   Q.   And stock tank barrels of oil per day is the same as the

11:38:23 20   barrels of oil per day?

11:38:23 21   A.   Yes.

11:38:24 22   Q.   Where did that 10,000 number come from?

11:38:27 23   A.   That was an assumption.  It was an assumption that we

11:38:28 24   talked about and said, "Let's see if this works."  And at the

11:38:31 25   time, with the best available data that we had, that was the

**OFFICIAL TRANSCRIPT**

11:38:33 1    number that worked.

11:38:34 2    Q.    Why not use the 5,000 number that had been used during the

11:38:39 3    previous meetings we discussed?

11:38:40 4    A.    Well, so the reason that I wanted to see what was the most

11:38:46 5    we could actually kill the well at was we needed to make sure

11:38:49 6    that we had the right equipment out there to kill a well that

11:38:53 7    was flowing 10,000 barrels a day.  We might want to pump at

11:38:57 8    very, very high pump rates as compared to a lower number if we

11:39:02 9    only worked the 5,000 case.

11:39:04 10           So we had to make sure we had the right equipment,

11:39:07 11   capable of pumping at very high rates, the heavy -- you know,

11:39:11 12   heavy or even heavier mud weights, so you really wanted to see

11:39:16 13   what the maximum you should be prepared to kill for, not just

11:39:19 14   the minimum.

11:39:19 15   Q.    Okay.  Who decided on that 10,000 barrels of oil per day

11:39:25 16   number for this slide?

11:39:26 17   A.    I did ultimately.

11:39:28 18   Q.    And did you do that in consultation with your team?

11:39:31 19   A.    I did.

11:39:31 20   Q.    How do you know that?

11:39:34 21   A.    That's how I work.  Because, again, I'm not smart enough

11:39:37 22   actually to do all of this myself.  I manage a team and I have

11:39:41 23   some very capable people on the team.  My job is to make those

11:39:45 24   kinds of decisions, but I wouldn't do it without consulting

11:39:48 25   highly technical people, which they were.

**OFFICIAL TRANSCRIPT**

11:39:50  1    Q.    Do you recall Mr. Mix pushing back to you at the time and

11:39:52  2    saying, "It's higher than 10,000, Bill"?

11:39:55  3    A.    I do not.

11:39:56  4    Q.    Is that something you would have remembered?

11:39:58  5    A.    I do -- I would.

11:39:59  6    Q.    Why?

11:40:00  7    A.    It would be significant.  The -- that's the key assumption

11:40:03  8    on that entire slide.  It's the key assumption that you really

11:40:06  9    have for everything you do with planning for this Top Kill

11:40:10 10    effort.  And if it was something that Kurt wasn't comfortable

11:40:16 11    with or other people weren't comfortable with, I would need to

11:40:20 12    make sure that I evaluated that and tested it to see if there

11:40:22 13    was merit.

11:40:23 14         If there was merit, then I would need to go to my

11:40:26 15    supervisors and say, "We need to talk."

11:40:28 16    Q.    And do you recall that having happened?

11:40:29 17    A.    It did not.

11:40:35 18    Q.    Now, Mr. Kirton, fast forwarding in time, were you

11:40:41 19    involved in the effort at BP to collect information for the

11:40:46 20    various legal proceedings?

11:40:47 21    A.    I was.

11:40:47 22    Q.    And do you know whether Mr. Sprague, Mr. Mix and

11:40:53 23    Mr. Arabie were involved in that effort?

11:40:55 24    A.    They would have been.

11:40:55 25    Q.    How do you know that they were involved?

**OFFICIAL TRANSCRIPT**

11:50:57  1    A.    I do.

11:50:57  2    Q.    Okay.  And we can agree that the MC252 response refers to

11:51:02  3    the Macondo blowout response, correct?

11:51:06  4    A.    I agree.

11:51:06  5    Q.    Okay.  Now, if we could go to the next paragraph -- I'm

11:51:11  6    sorry.  Let's go to the fifth paragraph down, I think it is,

11:51:16  7    Preston, starting with Mr. Kirton's name.

11:51:21  8          Mr. O'Bryan says here specifically that:

11:51:24  9    "Bill Kirton is accountable for the Top Kill efforts, including

11:51:28 10    junk shot, and reports to Mark Patterson.  All engineering

11:51:32 11    planning efforts will be directed by Bill."

11:51:35 12          And I take it the "Bill" there is you?

11:51:38 13    A.    That's right.

11:51:38 14    Q.    Okay.  And then, Preston, if we could just pull up the

11:51:45 15    last paragraph of this memorandum from Mr. O'Bryan.

11:51:48 16          Do you see here it says, "Kurt Mix is accountable for

11:51:54 17    relief well planning efforts, specifically focused on well

11:51:58 18    intersection and the Dynamic Kill planning."

11:52:01 19          I take it, sir, that the Dynamic Kill planning

11:52:05 20    referenced there is in connection with the planning for the

11:52:09 21    relief well, correct?  If you know.

11:52:15 22    A.    I'm not sure.

11:52:16 23    Q.    Okay, that's fine.  Fair to say that this memorandum

11:52:22 24    establishes that whereas you're going to be leading -- I think

11:52:26 25    you testified on direct that you were the leader of the

**OFFICIAL TRANSCRIPT**

11:52:31  1    Top Kill effort for engineering, Mr. Mix was going to be

11:52:37  2    participating instead in the relief well planning efforts?

11:52:40  3    A.    That's right.

11:52:40  4    Q.    Okay.  Now, although Mr. Mix was mentioned in this memo,

11:52:49  5    he was not a project manager like you were; is that right?

11:52:55  6    A.    I don't know that you want to call it project manager.

11:52:57  7    You can call it many things, I suppose.  Engineering manager,

11:53:01  8    engineering team leader.

11:53:02  9    Q.    Okay.  Let me ask it this way.  He wasn't a vice-president

11:53:07 10    like Pat O'Bryan, correct?

11:53:10 11    A.    That's correct.

11:53:11 12    Q.    He was a drilling engineer?

11:53:16 13    A.    That's correct.

11:53:17 14    Q.    Now, I want to ask you --

11:53:22 15          We can take that down, Preston.

11:53:24 16          -- I want to turn now to the discussion of Kurt Mix's

11:53:28 17    flow rate models.

11:53:31 18          Do you recall that Mr. Mix generated a number of

11:53:36 19    flow rate models in connection with his work on the relief well

11:53:41 20    planning?

11:53:42 21    A.    I know that now.

11:53:43 22    Q.    You didn't know it at the time?

11:53:44 23    A.    I did not know it at the time.

11:53:47 24    Q.    So you're not just saying, I don't recall knowing it,

11:53:50 25    you're saying under oath that you did not know at the time in

**OFFICIAL TRANSCRIPT**