UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: "J" |
| Applies to: | JUDGE BARBIER |
| No. 13-6674 | MAGISTRATE SHUSHAN |

## MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADINGS

NOW INTO COURT, through undersigned counsel, come defendants Mikal C. Watts and Watts Guerra LLP (hereinafter "Watts Defendants"), who, for the reasons more fully stated in the memorandum attached hereto, respectfully request that their deadline to file responsive pleadings be extended pending this Court's consideration of their previously filed motion to stay (Rec. Doc. 12171). The Watts Defendants appear herein for the limited purpose of seeking the requested extension, and expressly reserve all rights to address the allegations set forth by plaintiffs through any and all viable affirmative defenses, FRCP 12(b) motions, and/or counterclaims.

Respectfully submitted:

GAINSBURGH, BENJAMIN, DAVID, MEUNIER &
 WARSHAUER, L.L.C.

BY: */s/Gerald E. Meunier*
GERALD E. MEUNIER, #9471
M. PALMER LAMBERT, #33228
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com
plambert@gainsben.com

*Counsel for Mikal C. Watts and Watts Guerra LLP*

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2014, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ *Gerald E. Meunier*
GERALD E. MEUNIER, #9471