UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 <br><br> SECTION: "J" |
| Applies to: | JUDGE BARBIER |
| No. 13-6674 | MAGISTRATE SHUSHAN |

## [PROPOSED] ORDER

Considering the foregoing Motion to Extend Deadline to File Responsive Pleadings filed by defendants Mikal C. Watts and Watts Guerra LLP,

IT IS ORDERED that the Motion to Extend Deadline to File Responsive Pleadings is hereby GRANTED; and

IT IS FURTHER ORDERED that defendants, Mikal C. Watts and Watts Guerra LLP, shall file responsive pleadings to the BP plaintiffs' complaint within twenty-one (21) days of either:

(a) a Court Order lifting any stay entered pursuant to defendants' pending Motion to Stay Proceedings Pending Parallel Criminal Investigation (Rec. Doc. 12171); or

(b) a Court Order denying entry of the stay requested in defendants' pending Motion to Stay Proceedings Pending Parallel Criminal Investigation (Rec. Doc. 12171).

New Orleans, Louisiana this ___ day of _____, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE