UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: "J" |
| Applies to: | JUDGE BARBIER |
| No. 13-6674 | MAGISTRATE SHUSHAN |

NOTICE OF SUBMISSION

TO:   ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the Motion to Extend Deadline to File Responsive Pleadings is hereby set for submission on the 12th day of February, 2014, at 9:30 a.m.

    Respectfully submitted:

    GAINSBURGH, BENJAMIN, DAVID, MEUNIER &
     WARSHAUER, L.L.C.

BY: */s/Gerald E. Meunier*
    GERALD E. MEUNIER, #9471
    M. PALMER LAMBERT, #33228
    2800 Energy Centre, 1100 Poydras Street
    New Orleans, Louisiana 70163
    Telephone: 504/522-2304
    Facsimile: 504/528-9973
    gmeunier@gainsben.com
    plambert@gainsben.com

    *Counsel for Mikal C. Watts and Watts Guerra LLP*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2014, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ *Gerald E. Meunier*
GERALD E. MEUNIER, #9471