UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: "J" |
| Applies to: | JUDGE BARBIER |
| No. 13-6674 | MAGISTRATE SHUSHAN |

## MEMORANDUM IN SUPPORT OF
## MOTION FOR EXPEDITED CONSIDERATION

MAY IT PLEASE THE COURT:

Defendants Mikal C. Watts and Watts Guerra LLP respectfully request that their Motion to Extend Deadline to File Responsive Pleadings be considered and/or heard on an expedited basis. Although the motion presently is assigned a hearing/submission date of February 12, 2014, the circumstances herein justify a more expedited schedule because of the deadline for defendants herein to file responsive pleadings.

Moreover, the nature of the relief sought in the motion to stay makes expedited consideration appropriate, so that responsive pleadings on the merits not become due while the pending motion to stay is considered. As set forth in their motion to stay (Rec. Doc. 12171), defendants' obligation to respond in the civil matter otherwise might jeopardize their right to invoke applicable constitutional privileges in any criminal proceedings.

Accordingly, defendants respectfully request that this Motion for Expedited Consideration be granted.

- 1 -

Respectfully submitted:

GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

BY: */s/Gerald E. Meunier*
GERALD E. MEUNIER, #9471
M. PALMER LAMBERT, #33228
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com
plambert@gainsben.com

*Counsel for Mikal C. Watts and Watts Guerra LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2014, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ *Gerald E. Meunier*
GERALD E. MEUNIER, #9471