UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document Relates to: 2:13-cv-05385 and 2:13-cv-05386. | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## ORDER

Considering the above and foregoing Motion to Withdraw Audrie L. Lawton as Counsel of Record,

**IT IS HEREBY ORDERED** that the Motion to Withdraw Audrie L. Lawton as Counsel of Record is granted, and Audrie L. Lawton is hereby allowed to withdraw as counsel for the Plaintiffs listed in the above captioned cases.

Signed in New Orleans, Louisiana, this _____ day of _____, 2014.

_____
Honorable Carl J. Barbier
UNITED STATES DISTRICT JUDGE

1