# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | **MDL 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION "J"** |
| | * | |
| This Document Relates To: | * | **JUDGE BARBIER** |
| | * | |
| All Cases and No. 12-970 | * | **MAG. JUDGE SHUSHAN** |
| | * | |
| | * | |

## AMENDED SCHEDULING ORDER
### [Regarding Emeril Homebase, LLC's sealed Motion, Memorandum, and Exhibits (Rec. Doc. 12053)]

On January 2, 2014, this Court ordered that any responses to Emeril's Homebase, LLC's sealed Motion, Memorandum, and Exhibits be filed by Monday, February 3. (Rec. Doc. 12078)

IT IS FURTHER ORDERED that if a response is filed, then any reply by Emeril's Homebase, LLC shall be filed no later than Thursday, February 13.

IT IS FURTHER ORDERED that any response or reply shall be filed under seal.

New Orleans, Louisiana, this 27th day of January, 2014.

_____
United States District Judge