UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| No. 13-6674 | * * * | MAG. JUDGE SHUSHAN |

## ORDER

Considering (1) BP's Motion for Leave to File Reply Memorandum In Support of Motion for a Preliminary Injunction Suspending the Second Distribution of the Seafood Compensation Program (Rec. Doc. 12231), (2) BP's Motion for Leave to Exceed Page Limit (Rec. Doc. 12230), and (3) BP's Motion for Leave to File Under Seal (Rec. Doc. 12229);

IT IS ORDERED that these Motions are GRANTED. BP is hereby given leave to file its reply memorandum, provided it does not exceed thirteen (13) pages, exclusive of exhibits. Furthermore, the unredacted versions of BP's reply memorandum and the Declaration of Richard C. Godfrey shall be filed under seal.

New Orleans, Louisiana, this 27th day of January, 2014.

_____
United States District Judge