UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| No. 10-2454, 10-1768 | * * * | MAG. JUDGE SHUSHAN |

## ORDER

On December 12, 2013, the Center for Biological Diversity ("Center") filed a motion requesting "that the Court lift the stay contained in paragraph 8 of Pretrial Order No. 25 as it applies to the Center's individual complaints and allow this case to move forward before a Magistrate Judge irrespective of the pleading bundles established in Pretrial Order No. 11." (Rec. Doc. 11954) On January 6, 2014, the Magistrate Judge entered a scheduling order addressing the Center's requests. (Rec. Doc. 12090) Specifically, the scheduling order established deadlines for conducting discovery, filing motions for summary judgment and related briefing, and filing a notice of consent to proceed before the Magistrate Judge.  Accordingly,

IT IS ORDERED that the Center's Motion (Rec. Doc. 11954) is MOOT.

New Orleans, Louisiana, this 27th day of January, 2014.

_____
United States District Judge