UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| | * | |
| No. 12-970 and All Cases | * | MAG. JUDGE SHUSHAN |
| | * | |
| | * | |

## ORDER

On September 6, 2013, the Court ordered that Lionel Sutton, Christine Reitano, Jon Andry, Glen Lerner, and any associated law firms show cause why the Court should not adopt certain findings and recommendations of the Special Master. ("Show Cause Order," Rec. Doc. 11288) The deadline for these and any other interested parties to file responses, objections, or motions regarding the Show Cause Order was extended to January 17, 2014. (Rec. Doc. 11979) The Show Cause Order also set a deadline for the Special Master to reply to any responses, objections, or motions.

IT IS ORDERED that the deadline for the Special Master to file any replies regarding the Show Cause Order is extended up to and including Friday, February 21, 2014.

Signed in New Orleans, Louisiana, this 27th day of January, 2014.

_____
United States District Judge