UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
|     "Deepwater Horizon" in the Gulf | * | |
|     of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| | * | |
| No. 12-970 | * | MAG. JUDGE SHUSHAN |
| | * | |
| | * | |

### ORDER

IT IS ORDERED that Class Counsel's Comments on the Freeh Report (Rec. Doc. 11463), filed September 20, 2013, is hereby STRUCK from the record.

FURTHER ORDERED that BP's Motion for Leave to File Response to Class Counsel's Comments on the Special Master's Report (Rec. Doc. 12180) is DENIED.

New Orleans, Louisiana, this 27th day of January, 2014.

_____
United States District Judge