# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br>All Cases and No. 12-970 | * *<br>*<br>*<br>* | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

<u>SUPPLEMENTAL DECLARATION OF RICHARD C. GODFREY</u>

I, Richard C. Godfrey, do hereby declare that the following statements made by me under oath are true and accurate to the best of my knowledge, information, and belief:

1.      I previously submitted a Declaration in support of BP's Motion for a Preliminary Injunction, filed on December 17, 2013 (*BP Exploration & Production Inc. et al. v. Watts et al.*, No. Civ. 13-6674, Rec. Doc. 2-4 (filed under seal)).[1]   This Declaration is intended to supplement my December 17 Declaration.

# REDACTED

---

[1] All "Rec. Doc." numbers refer to MDL 2179 unless otherwise noted.

REDACTED

6.      Given the obligations of Rule 11, his obligations pursuant to the ethical rules of professional conduct of a lawyer, and given Mr. Watts' position as a court-appointed member of the PSC as of the time of the settlement negotiations, it was inconceivable to me that Watts would have filed short form joinders on behalf of 40,000-plus clients unless those persons in whose names he filed the short form joinders actually existed.

REDACTED

8.     There are various other statements or arguments that Class Counsel have made in opposition to BP's Motion for A Preliminary Injunction with which I do not agree, but see no reason to comment upon at this stage of the proceedings.  My silence, however, should not be read as agreement or acquiescence in what they argue or allege.

9.     Portions of this Declaration are being filed confidentially and under seal as an Exhibit to the Reply Memorandum in Support of BP's Motion for a Preliminary Injunction Suspending the Second Distribution of the Seafood Compensation Program.  Those portions of the Declaration are intended to remain confidential unless unsealed by the Court through the appropriate process.


I make this Declaration under penalties of perjury pursuant to 28 U.S.C. § 1746, and I state that the facts set forth herein are true to the best of my knowledge, belief, and information.

Richard C. Godfrey

Dated:  January 24, 2014