UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION: "J" |
| THIS DOCUMENT RELATES TO:<br>No. 12-970; *Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc. et al.* | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## MOTION TO SCHEDULE MOTION TO STRIKE FOR HEARING

**NOW INTO COURT**, through undersigned counsel, comes Gilbert (Gibby) V. Andry, IV and respectfully moves the Court to grant his request to schedule for hearing his previously filed Motion to Strike and/or Response (Rec. Doc. No. 12175) in conformity with the procedures provided by this Court through Pre-Trial Order No. 1 and Pre-Trial Order No. 15. In view of recent actions taken by BP as well as BP's current questionable activities relating to Gibby Andry, it is respectfully submitted that the Motion to Strike filed on behalf of Gibby Andry should be specifically excepted from the general continuance of motions by the Court and that his Motion to Strike should be set for a hearing consistent with the schedule provided by Pre-Trial Order No. 15.

Respectfully submitted:

*/s/ Harry Rosenberg*
Harry Rosenberg,
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
harry.rosenberg@phelps.com
ATTORNEY FOR PLAINTIFF
GILBERT V. ANDRY, IV

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and/or that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 27th day of January, 2014.

/s/ *Harry Rosenberg*
Harry Rosenberg