UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CA 10-MD-2179<br><br>SECTION: "J" |
| THIS DOCUMENT RELATES TO NO. 12-970; *Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc. et al.* | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

### ORDER

Based upon the motion filed by Gilbert "Gibby" V. Andry, IV to schedule his motion to strike/response for hearing consistent with the procedures set forth in Pre-Trial Order Nos. 1 and 15, and the Court having included that the motion to strike is specifically excepted from the general continuance of motions by the Court,

IT IS ORDERED that the motion to strike filed by Gibby Andry (Rec. No. 12175) is set for hearing on February __, 2014 at ____ o'clock a.m.

New Orleans, Louisiana, this _____ day of January, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE