UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CA 10-MD-2179<br><br>SECTION: "J" |
| THIS DOCUMENT RELATES TO:<br>No. 12-970; Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc. et al. | JUDGE CARL J. BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

## MOTION TO STRIKE AND SUBMISSION OF RESPONSE ON BEHALF OF GILBERT "GIBBY" ANDRY, IV

**NOW INTO COURT**, through undersigned counsel, comes, Gilbert "Gibby" Andry, IV and in conformity with FRCP Rule 12 respectfully moves to strike sections of the Special Master's September 6, 2013 report (Rec. Doc. No. 11287), that the references to Gibby Andry in the Special Master's report are neither factually nor legally supported, and are impertinent, as more fully set forth in the supporting memorandum accompanying this Motion. Therefore, it is respectfully submitted that the references to Gibby Andry should be stricken, his good name cleared from the disparaging innuendo, and that the report should not adversely affect Gibby Andry.

Respectfully submitted:

/s/ *Harry Rosenberg*
Harry Rosenberg, (Bar #11465)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
harry.rosenberg@phelps.com

ATTORNEY FOR GILBERT "GIBBY" ANDRY, IV

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and/or that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 27th day of January, 2014.

*/s/ Harry Rosenberg*
Harry Rosenberg