UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CA 10-MD-2179<br><br>SECTION: "J" |
| THIS DOCUMENT RELATES TO:<br>No. 12-970; Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc. et al. | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

### REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 78.1E, Gilbert A. "Gibby" Andry, IV respectfully requests the Court to hear oral argument on his Motion to Strike subject to Pre-Trial Orders 1 and 15. It is respectfully submitted that oral argument will assist the Court in the adjudication of this matter.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   /s/ Harry Rosenberg
　　　Harry Rosenberg, (Bar #11465)
　　　Canal Place | 365 Canal Street, Suite 2000
　　　New Orleans, Louisiana 70130-6534
　　　Telephone: 504-566-1311
　　　Telecopier: 504-568-9130
　　　Email: harry.rosenberg@phelps.com

　　　ATTORNEYS FOR
　　　GILBERT "GIBBY" ANDRY, IV

PD.10914225.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and/or that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 27th day of January, 2014.

*/s/ Harry Rosenberg*
Harry Rosenberg