IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL NO. 2179 SECTION: J |
| This Document Relates to: Tam V. Le et al v. Mikal Watts et al Case Number: 14-39 | § § § | JUDGE BARBIER |

<u>**BECNEL LAW FIRM, L.L.C.'S RESPONSE TO THIS HONORABLE COURT'S JANUARY 24, 2014, ORDER**</u>

**MAY IT PLEASE THE COURT:**

**COMES NOW**, the Becnel Law Firm, L.L.C., through its principal, Daniel E. Becnel, Jr. and it's associates, Kevin P. Klibert and Salvadore Christina, Jr., who respectfully submit the instant Response to this Honorable Court's January 24, 2014, Order related to Motion to Remove, or alternatively, Motion to Cause Mr. Daniel Becnel and Becnel Law Firm, L.L.C. to Withdraw.

**FACTS**

At the outset, Respondents note that they were never properly served with a copy of the underlying motion and thus only became aware that the Plaintiff's listed therein had made such a request when this Honorable Court issued its January 24, 2014, Order. Moreover, the only notice Respondents were given that the Tammy Tran Law Firm, or any of the Plaintiffs jointly represented by the Tammy Tran Law Firm and the Becnel Law Firm, L.L.C. in this matter desired for the Becnel Law Firm, L.L.C. to withdraw as counsel was the filing of Plaintiff's Motion to Remove, or in the alternative, Motion to Cause Mr. Daniel Becnel and Becnel Law Firm, L.L.C. to Withdraw. Notwithstanding this obvious lack of professional courtesy and wholly unnecessary use of this Honorable Court's resources, Respondents certainly recognize

that it is axiomatic that a Plaintiff has an absolute right to choose his/her counsel. Therefore, subject to the Becnel Law Firm, L.L.C.'s claim to entitlement to a reasonable fee for the work performed thus far in this matter, a Motion to Withdraw as Counsel of Record will be presented to this Honorable Court with all due haste.

Respondents are, however, compelled to respond at least in part to several allegations the movants included in their motion. Without addressing the substance of the privileged discussions which took place, and also noting that it was inappropriate to include in a public pleading alleged statements made by and among co-counsel during private meetings during which the merits of a pending claim were discussed, the Becnel Law Firm, L.L.C.'s comments will be limited so as to preserve the attorney-client privilege which exists between the movers and Respondents. Respondents must correct, however, the erroneous statements included in the motion that suggests counsel's "political agenda" plays any part in his representation of Plaintiffs or that Respondents intended to take any actions which "could potentially mess up the settlement agreement and be in conflict with the Plaintiff's interests." A cursory reading of the Complaint filed in this matter would make even the casual reader aware that these "claims" are false.

In fact, Mrs. Tran came to respondents' office on multiple occasions to discuss the case and strategy for moving forward with the litigation. At no time, did respondents inform Mrs. Tran or any of the clients that their input was not necessary or that the Becnel Law Firm, LLC would make all decisions without them. Mrs. Tran and her firm drafted the original lawsuit with the help of counsel she had associated. Mrs. Trans asked the Becnel Law Firm, LLC to edit the lawsuit she prepared and file on her behalf. Prior to filing the suit, the Becnel Law Firm, sent a copy to Mrs. Tran for approval which was received prior to filing.

Subject to the above, the Becnel Law Firm, L.L.C. will file the appropriate Motion to Withdraw as Counsel forthwith, reserving its rights to claim reasonable attorneys fees for the work done thus far in this matter.

**BECNEL LAW FIRM, L.L.C**.

By:  /s/ Daniel Becnel
DANIEL BECNEL
La.  Bar No.2926
MATTHEW B. MORELAND
La. Bar No. 24,567
KEVIN P. KLIBERT
LA. Bar No. 26954
SALVADORE CHRISTINA
La. Bar No. 27198
P.O. Drawer  H
Reserve, La 70084
Telephone: (985) 536-1186
Telecopier:  (985) 536-6445
dbecnel@becnellaw.com

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL2179, on this 2th day of January, 2014.

/s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr.