UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Documents Relates to:<br><br>2:10-cv-01313-CJB-SS | MDL No. 2179<br><br>Section: J<br><br>Judge Carl J. Barbier<br><br>Mag. Judge Shushan |

## NOTICE OF NON-SUIT

COME NOW, **NOVA AFFILIATED**, S.A, Plaintiff herein, and files this its Notice of Non-suit as to all Defendants, without prejudice to refiling of same, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff prays that this Notice of Non-Suit be noted in the pleadings files of this case, and that all interested parties take notice thereof.

Respectfully submitted,

**THE LANIER LAW FIRM, P.C.**

By:_____
W. MARK LANIER
TBA #11934600
CHARLES F. HERD, JR.
TBA #09504480
6810 F.M. 1960 West
Houston, Texas 77069
Telephone: 713-659-5200
Fax: 713-659-2204

HERMAN HERMAN KATZ & COTLAR
James C. Klick (LA Bar No. 7451)
Russ Herman (LA Bar No. 6819)
Stephen J Herman (LA Bar No. 23129)
Herman Herman Katz & Cotlar LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 569-6024

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 28th day of January 2014, a true and correct copy of the foregoing document was served upon all known counsel pursuant to the Federal Rules.

_____
Charles F. Herd, Jr.