# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *   MDL NO. 2179<br>*<br>*<br>*   SECTION J<br>* |
| This Document Relates to:<br>No. 12-970. | *<br>*<br>*<br>*   Honorable CARL J. BARBIER<br>*<br>*<br>*   Magistrate Judge SHUSHAN<br>* |

## BP'S SUPPLEMENTAL DESIGNATIONS OF RECORD ON APPEAL
## <u>IN FIFTH CIRCUIT CASE NO. 13-31296</u>

**(counsel listed at end of filing)**

On January 15, 2014, the United States Court of Appeals for the Fifth Circuit ordered that the designated record in Appeal No. 13-30843 shall be used as the record on appeal in Appeal Nos. 13-31296, 13-31299, and 13-31302.  *See* Order at 2, 5th Cir. Doc. 00512500655 (No. 13-30843, aligned with Nos. 13-31296, 13-31299, and 13-31302).  The Fifth Circuit also directed the parties in Appeal No. 13-31296 to file any supplemental designations of portions of the record not already included in the record in Appeal No. 13-30843.  *See* Order at 1, 5th Cir. Doc. 00512501321 (No. 13-31296).  In accordance with that order, BP supplements the designations in No. 13-30843 with the following record entries.  BP twice contacted counsel for Claimant-Appellee regarding these designations.  Counsel for Claimant-Appellee did not respond.  Class Counsel object to these designations.

## MDL 2179 Docket Entries

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 11982 | 12/16/2013 | NOTICE OF APPEAL re denial of judicial review of Claim ID XXX948 (L.A.) by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (Credit Card not accepted or unavailable - payment of filing fee due within 2 business days) (Reference: 12-970)(Haycraft, Don) Modified on 12/17/2013 (gec, ). Modified on 12/17/2013 (gec, ). (Additional attachment(s) added on 12/18/2013: # 1 SEALED - Notice of Appeal) (gec, ). (Entered: 12/16/2013) |
| MDL 2179 | 11983 | 12/16/2013 | EXPARTE/CONSENT MOTION to Seal Document 11982 Notice of Appeal by Defendant BP. (Attachments: # 1 Proposed Order)(Reference: 12-970)(Haycraft, Don) Modified on 12/17/2013 (gec, ). (Entered: 12/16/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 11984 | 12/16/2013 | NOTICE OF APPEAL re denial of judicial review of Claim ID XXX51 (K.W.), by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (Credit Card not accepted or unavailable - payment of filing fee due within 2 business days) (Reference: 12-970)(Haycraft, Don) Modified on 12/17/2013 (gec, ). (Additional attachment(s) added on 12/18/2013: # 1 SEALED - Notice of Appeal) (gec, ). (Entered: 12/16/2013) |
| MDL 2179 | 11985 | 12/16/2013 | EXPARTE/CONSENT MOTION to Seal Document 11984 Notice of Appeal by Defendant BP. (Attachments: # 1 Proposed Order)(Reference: 12-970)(Haycraft, Don) Modified on 12/17/2013 (gec, ). (Entered: 12/16/2013) |
| MDL 2179 | 11986 | 12/16/2013 | NOTICE OF APPEAL re denial of judicial review of Claim ID XXX15 (U.W.) by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (Credit Card not accepted or unavailable - payment of filing fee due within 2 business days) (Reference: 12-970)(Haycraft, Don) Modified on 12/17/2013 (gec, ). (Additional attachment(s) added on 12/18/2013: # 1 SEALED - Notice of Appeal) (gec, ). (Entered: 12/16/2013) |
| MDL 2179 | 11987 | 12/16/2013 | EXPARTE/CONSENT MOTION to Seal Document 11986 Notice of Appeal by Defendant BP. (Attachments: # 1 Proposed Order)(Reference: 12-970)(Haycraft, Don) Modified on 12/17/2013 (gec, ). (Entered: 12/16/2013) |
| MDL 2179 | 12012 | 12/18/2013 | ORDER granting 11983 Motion to Seal Document 11982 Notice of Appeal. Signed by Judge Carl Barbier. (Reference: 12-970)(gec, ) (Entered: 12/18/2013) |
| MDL 2179 | 12013 | 12/18/2013 | ORDER granting 11985 Motion to Seal Document 11984 Notice of Appeal. Signed by Judge Carl Barbier. (Reference: 12-970)(gec, ) (Entered: 12/18/2013) |
| MDL 2179 | 12014 | 12/18/2013 | ORDER granting 11987 Motion to Seal Document 11986 Notice of Appeal. Signed by Judge Carl Barbier. (Reference: 12-970)(gec, ) (Entered: 12/18/2013) |

January 29, 2014                                    Respectfully submitted,

Richard C. Godfrey, P.C.                            　/s/ Theodore B. Olson　
J. Andrew Langan, P.C.                              Theodore B. Olson
Wendy L. Bloom                                      Miguel A. Estrada
Andrew B. Bloomer, P.C.                             Thomas G. Hungar
R. Chris Heck                                       GIBSON, DUNN & CRUTCHER LLP
KIRKLAND & ELLIS LLP                                1050 Connecticut Avenue, N.W.
300 North LaSalle Street                            Washington, DC  20036
Chicago, IL  60654                                  Telephone:  (202) 955-8500
Telephone:  (312) 862-2000                          Telefax: (202) 467-0539
Telefax:  (312) 862-2200
                                                    George H. Brown
Jeffrey Bossert Clark                               GIBSON, DUNN & CRUTCHER LLP
Steven A. Myers                                     1881 Page Mill Road
KIRKLAND & ELLIS LLP                                Palo Alto, CA  94304-1211
655 Fifteenth Street, N.W.                          Telephone: (650) 849-5300
Washington, D.C.  20005                             Telefax:  (650) 849-5333
Telephone:  (202) 879-5000
Telefax:  (202) 879-5200                            　/s/ Don K. Haycraft　
                                                    Don K. Haycraft (Bar #14361)
Daniel A. Cantor                                    S. Gene Fendler (Bar #05510)
Andrew T. Karron                                    R. Keith Jarrett (Bar #16984)
ARNOLD & PORTER LLP                                 LISKOW & LEWIS
555 Twelfth Street, N.W.                            701 Poydras Street, Suite 5000
Washington, D.C.  20004                             New Orleans, LA  70139
(202) 942-5000                                      Telephone:  (504) 581-7979
                                                    Telefax:  (504) 556-4108
Jeffrey Lennard
Keith Moskowitz                                     Kevin M. Downey
DENTONS LLP                                         F. Lane Heard III
233 South Wacker Drive, Suite 7800                  WILLIAMS & CONNOLLY LLP
Chicago, IL  60606                                  725 Twelfth Street, N.W.
Telephone:  (312) 876-8000                          Washington, D.C.  20005
Telefax:  (312) 876-7934                            (202) 434-5000

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP P.L.C.***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this January 29, 2014.

I further certify that the above and foregoing pleading was served by mail on Laura S. Gibson, counsel for Sealed Appellee in No. 13-31296, at Suite 500, 2025 3rd Avenue, N., Massey Building, Birmingham, AL 35203, on January 29, 2014.

/s/ Don K. Haycraft
Don K. Haycraft