# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *  MDL NO. 2179 <br> * <br> * <br> *  SECTION J <br> * |
| This Document Relates to: <br> No. 12-970. | * <br> * <br> * <br> *  Honorable CARL J. BARBIER <br> * <br> * <br> *  Magistrate Judge SHUSHAN <br> * |

## BP'S SUPPLEMENTAL DESIGNATIONS OF RECORD ON APPEAL
## <u>IN FIFTH CIRCUIT CASE NO. 13-31299</u>

**(counsel listed at end of filing)**

On January 15, 2014, the United States Court of Appeals for the Fifth Circuit ordered that the designated record in Appeal No. 13-30843 shall be used as the record on appeal in Appeal Nos. 13-31296, 13-31299, and 13-31302.  *See* Order at 2, 5th Cir. Doc. 00512500655 (No. 13-30843, aligned with Nos. 13-31296, 13-31299, and 13-31302).  The Fifth Circuit also directed the parties in Appeal No. 13-31299 to file any supplemental designations of portions of the record not already included in the record in Appeal No. 13-30843.  *See* Order at 1, 5th Cir. Doc. 00512501336 (No. 13-31299).  In accordance with that order, BP supplements the designations in No. 13-30843 with the following record entries.  Claimant-Appellee objects to these designations and does not join them.  Class Counsel also object to these designations.

**MDL 2179 Docket Entries**

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 11982 | 12/16/2013 | NOTICE OF APPEAL re denial of judicial review of Claim ID XXX948 (L.A.) by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (Credit Card not accepted or unavailable - payment of filing fee due within 2 business days) (Reference: 12-970)(Haycraft, Don) Modified on 12/17/2013 (gec, ). Modified on 12/17/2013 (gec, ). (Additional attachment(s) added on 12/18/2013: # 1 SEALED - Notice of Appeal) (gec, ). (Entered: 12/16/2013) |
| MDL 2179 | 11983 | 12/16/2013 | EXPARTE/CONSENT MOTION to Seal Document 11982 Notice of Appeal by Defendant BP. (Attachments: # 1 Proposed Order)(Reference: 12-970)(Haycraft, Don) Modified on 12/17/2013 (gec, ). (Entered: 12/16/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| MDL 2179 | 11984 | 12/16/2013 | NOTICE OF APPEAL re denial of judicial review of Claim ID XXX51 (K.W.), by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (Credit Card not accepted or unavailable - payment of filing fee due within 2 business days) (Reference: 12-970)(Haycraft, Don) Modified on 12/17/2013 (gec, ). (Additional attachment(s) added on 12/18/2013: # 1 SEALED - Notice of Appeal) (gec, ). (Entered: 12/16/2013) |
| MDL 2179 | 11985 | 12/16/2013 | EXPARTE/CONSENT MOTION to Seal Document 11984 Notice of Appeal by Defendant BP. (Attachments: # 1 Proposed Order)(Reference: 12-970)(Haycraft, Don) Modified on 12/17/2013 (gec, ). (Entered: 12/16/2013) |
| MDL 2179 | 11986 | 12/16/2013 | NOTICE OF APPEAL re denial of judicial review of Claim ID XXX15 (U.W.) by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (Credit Card not accepted or unavailable - payment of filing fee due within 2 business days) (Reference: 12-970)(Haycraft, Don) Modified on 12/17/2013 (gec, ). (Additional attachment(s) added on 12/18/2013: # 1 SEALED - Notice of Appeal) (gec, ). (Entered: 12/16/2013) |
| MDL 2179 | 11987 | 12/16/2013 | EXPARTE/CONSENT MOTION to Seal Document 11986 Notice of Appeal by Defendant BP. (Attachments: # 1 Proposed Order)(Reference: 12-970)(Haycraft, Don) Modified on 12/17/2013 (gec, ). (Entered: 12/16/2013) |
| MDL 2179 | 12012 | 12/18/2013 | ORDER granting 11983 Motion to Seal Document 11982 Notice of Appeal. Signed by Judge Carl Barbier. (Reference: 12-970)(gec, ) (Entered: 12/18/2013) |
| MDL 2179 | 12013 | 12/18/2013 | ORDER granting 11985 Motion to Seal Document 11984 Notice of Appeal. Signed by Judge Carl Barbier. (Reference: 12-970)(gec, ) (Entered: 12/18/2013) |
| MDL 2179 | 12014 | 12/18/2013 | ORDER granting 11987 Motion to Seal Document 11986 Notice of Appeal. Signed by Judge Carl Barbier. (Reference: 12-970)(gec, ) (Entered: 12/18/2013) |

January 29, 2014                                                    Respectfully submitted,

| | |
|---|---|
| Richard C. Godfrey, P.C. |   /s/ Theodore B. Olson |
| J. Andrew Langan, P.C. | Theodore B. Olson |
| Wendy L. Bloom | Miguel A. Estrada |
| Andrew B. Bloomer, P.C. | Thomas G. Hungar |
| R. Chris Heck | GIBSON, DUNN & CRUTCHER LLP |
| KIRKLAND & ELLIS LLP | 1050 Connecticut Avenue, N.W. |
| 300 North LaSalle Street | Washington, DC  20036 |
| Chicago, IL  60654 | Telephone:  (202) 955-8500 |
| Telephone:  (312) 862-2000 | Telefax: (202) 467-0539 |
| Telefax:  (312) 862-2200 | |
| | George H. Brown |
| Jeffrey Bossert Clark | GIBSON, DUNN & CRUTCHER LLP |
| Steven A. Myers | 1881 Page Mill Road |
| KIRKLAND & ELLIS LLP | Palo Alto, CA  94304-1211 |
| 655 Fifteenth Street, N.W. | Telephone: (650) 849-5300 |
| Washington, D.C.  20005 | Telefax:  (650) 849-5333 |
| Telephone:  (202) 879-5000 | |
| Telefax:  (202) 879-5200 |   /s/ Don K. Haycraft |
| | Don K. Haycraft (Bar #14361) |
| Daniel A. Cantor | S. Gene Fendler (Bar #05510) |
| Andrew T. Karron | R. Keith Jarrett (Bar #16984) |
| ARNOLD & PORTER LLP | LISKOW & LEWIS |
| 555 Twelfth Street, N.W. | 701 Poydras Street, Suite 5000 |
| Washington, D.C.  20004 | New Orleans, LA  70139 |
| (202) 942-5000 | Telephone:  (504) 581-7979 |
| | Telefax:  (504) 556-4108 |
| Jeffrey Lennard | |
| Keith Moskowitz | Kevin M. Downey |
| DENTONS LLP | F. Lane Heard III |
| 233 South Wacker Drive, Suite 7800 | WILLIAMS & CONNOLLY LLP |
| Chicago, IL  60606 | 725 Twelfth Street, N.W. |
| Telephone:  (312) 876-8000 | Washington, D.C.  20005 |
| Telefax:  (312) 876-7934 | (202) 434-5000 |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, AND BP P.L.C.***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this January 29, 2014.

      I further certify that the above and foregoing pleading was served by mail on Edwin Armistead Easterby, counsel for Sealed Appellee in No. 13-31299, at Suite 600, 8441 Gulf Freeway, Houston, TX 77017-5051, on January 29, 2014.

      /s/ Don K. Haycraft
      Don K. Haycraft