# Exhibit 2

# Office of Special Master Louis J. Freeh
935 Gravier Street Suite 1160
New Orleans, Louisiana 70112

January 22, 2014

Kevin M. Downey, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

    Re: *In re: Deepwater Horizon*, MDL 10-2179

Dear Mr. Downey:

    Thank you for your letter of January 21, 2014, on behalf of BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c.

    We have reviewed your request for production of certain information. As the Special Master works at the direction of Judge Barbier in this matter, we respectfully suggest that you bring your request to the Court for review and consideration.

    Please feel free to contact me if you have any questions on this matter. Thank you for your cooperation.

                              Sincerely yours,

                              Gregory A. Paw

cc:    The Honorable Carl J. Barbier
        The Honorable Sally Shushan
        Patrick A. Juneau, Esq.
        Stephen J. Herman, Esq.
        James P. Roy, Esq.
        Michael S. Walsh, Esq.
        Mary Olive Pierson, Esq.
        Lewis O. Unglesby, Esq.
        Pauline F. Hardin, Esq.
        William W. Taylor, III, Esq.
        William P. Gibbens, Esq.
        Stephen M. Gele, Esq.
        Douglas S. Draper, Esq.
        Harry Rosenberg, Esq.
        Kyle Schonekas, Esq.