IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This document relates to all actions. | * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**[PROPOSED] ORDER**

Upon consideration of BP's Motion To Order Production Of Certain Documents By Special Master Freeh And To Set Schedule, and for the reasons stated in BP's Motion, it is HEREBY ORDERED that:

1. The Motion To Order Production Of Certain Documents By Special Master Freeh And To Set Schedule is GRANTED.

2. Special Master Freeh shall produce the documents requested by BP in its letter, Rec. Doc. 12193-1, by _____, and provide notice to the Court and BP of such production.

3. BP shall file its response to Special Master Freeh's January 17, 2014 Report, Rec. Doc. 12174, if any, _____ days after Special Master Freeh provides notice to the Court of its production of documents.

IT IS SO ORDERED.

New Orleans, Louisiana, this ____ day of _____, 2014.

_____
United States District Judge