UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| | * | JUDGE CARL J. BARBIER |
| **THIS PLEADING APPLIES TO ALL ACTIONS.** | * * * | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING

PLEASE TAKE NOTICE that the Claims Administrator, Patrick A. Juneau, files into the record the attached letter, dated January 29, 2014, to Kevin M. Downey.

Respectfully submitted,

 /s/ John M. Landis
Phillip A. Wittmann, 13625
   pwittmann@stonepigman.com
John M. Landis, 7958
   jlandis@stonepigman.com
Maggie A. Broussard, 33033
   mbroussard@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)

*Attorneys for Patrick A. Juneau*

1149187v1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Filing has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of January, 2014.

*/s/ John M. Landis*

1149187v1