UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: "J" |
| Applies to: | JUDGE BARBIER |
| No. 11617 | MAGISTRATE SHUSHAN |

## MOTION FOR EXPEDITED CONSIDERATION

NOW INTO COURT, through undersigned counsel, come plaintiff, Van Tang d/b/a Cho Saigon, who, for the reasons set forth in the attached memorandum in support, respectfully request that it's Emergency Motion for Relief and Request for Judicial Review to be considered and/or heard on an expedited basis.

Respectfully Submitted,

/s/ Michael D. Antalan
MICHAEL D. ANTALAN
LAED Number: TX24039615
5425 Doolittle
Houston, Texas 77033
Office: (713) 738.3842
Direct: (713) 577.2864
Fax:    (713) 588.8948
Attorney for VAN TANG d/b/a CHO SAIGON

- 2 -

## CERTIFICATE OF SERVICE

        I hereby certify that the above and foregoing MOTION FOR EXPEDITED CONSIDERATION has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this on this 30th day of January, 2014.

        /s/Michael D. Antalan
        **MICHAEL D. ANTALAN**