# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179<br>Section: J |
| This filing relates to: 10-cv-2771 | * * * * * | District Judge Carl J. Barbier<br>Magistrate Judge Shushan |

## ORDER

**[Regarding Breland's Motion to Quash (Rec. doc. 12195)]**

At the request of the mover and plaintiff, Michael Breland ("Breland"),

IT IS ORDERED that Breland's motion to quash Transocean's subpoenas to Lynn Adams, LCSW, Clinton Howard, IV, M.D./The Orthopedic Group, P.C., Hunington Ingalls Industries, Christopher Jenkins, M.D., LLC, and Edward Shwery, Ph.D. (Rec. doc. 12195) is DISMISSED as MOOT.

New Orleans, Louisiana, this 31st day of January, 2014.

_____
SALLY SHUSHAN
**United States Magistrate Judge**

1