# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

J. Andrew Langan, P.C.
To Call Writer Directly:          (312) 862-2000                    Facsimile:
(312) 862-2064                                                (312) 862-2200
andrew.langan@kirkland.com          www.kirkland.com

January 28, 2014

**By Electronic Mail**

The Honorable Sally Shushan
United States District Court
Room B345
500 Poydras Street
New Orleans, LA  70130

> Re:   MDL No. 2179 — *Center for Biological Diversity, Inc. v. BP America Production Co. et al.*

Dear Judge Shushan:

I write concerning the January 6, 2014 telephone status conference in the above-referenced matter and the Court's Order Regarding Scheduling of Cross-Motions for Summary Judgment (Rec. Doc. 12090) entered the same day.

As you know, the Court's Order authorizes the Center for Biological Diversity (the "Center") to serve limited discovery on BP, namely, "no more than 10 interrogatories, 10 requests for production of documents and 10 requests for admissions." *Id.* at 1.  Yesterday, the Center served its discovery on BP.  BP understands that the Court's Order does not grant BP any discovery and that, during the status conference, "BP responded that it did not require any discovery before it filed a motion for summary judgment on the Center's remaining claims." *Id.*

BP remains confident that its arguments against the Center's remaining claims are strong and persuasive and that BP ultimately will prevail as a matter of law.  Nonetheless, upon further consideration, BP believes that some limited discovery against the Center — on the same terms and timetable set forth in the Court's Order — is warranted.

Such limited discovery against the Center will ensure that the Center's remaining claims are thoroughly and efficiently handled on remand by allowing the examination of facts underlying the Center's claims, primarily the Center's "standing to assert its claim for relief based on the defendants' alleged failure to comply with the reporting requirements of EPCRA, and [the fact] that the EPCRA claim is not moot."  *Center for Biological Diversity,  Inc. v. BP America Production Co. et al.*, 704 F.3d 413, 432 (5th Cir. 2014).

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
January 28, 2014
Page 2


      BP respectfully requests that it be permitted to serve limited discovery against the Center on the same terms and timetable set forth in the Court's Order for discovery against BP.

      Sincerely,

      J. Andrew Langan, P.C.

cc (via electronic mail):

Joel M. Gross
Jeffrey B. Clark
Joseph A. Eisert
Charles M. Tebbutt
Marc Fink
Dan Snyder
Kerry Miller
Daniel Levin