UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *10-2454* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Amendment to Scheduling Order (Rec. doc. 12090)]**

On January 6, 2014, the Court issued an order regarding the scheduling of cross-motions for summary judgment. Rec. doc. 12090. It provided a schedule for a limited amount of discovery to be served by the Center for Biological Diversity ("the Center) on BP. Based on BP's representation that it did not require any discovery, there was no provision for it to serve discovery. By letter dated January 28, 2014, BP requests authorization to serve limited discovery. By letter dated January 30, 2014, the Center contends that BP's request is not timely and it is foreclosed by the decision of the Court of Appeals for the Fifth Circuit.

BP's request for leave to serve the limited discovery is granted. BP's discovery shall proceed on the same schedule as provided for the Center's discovery. The Center's right to object to the discovery is preserved, including on the basis that the discovery is foreclosed by the Fifth Circuit's decision.

New Orleans, Louisiana, this 31st day of January, 2014.

                                                                          **SALLY SHUSHAN**
                                                                          **United States Magistrate Judge**