UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL NO. 2179
  "Deepwater Horizon" in the Gulf
  of Mexico, on April 20, 2010            SECTION J

Applies to: *All Cases*                   JUDGE BARBIER
                                          MAGISTRATE JUDGE SHUSHAN

## ORDER

[Regarding BP's Motion's to Order Production of Certain Documents by
Special Master Freeh and to Set Schedule (Rec. doc. 12254)]

IT IS ORDERED that:

1. The motion of BP to order production of certain documents by Special Master Freeh and to set schedule (Rec. doc. 12254) is set for submission on **Friday, February 14, 2014**, on briefs and without oral argument.

2. Special Master Freeh and any other interested party shall submit their responses to BP's motion by **Monday, February 10, 2014**. Each response shall be limited to no more than 15 pages.

3. BP may submit a single reply to all responses by **noon on Friday, February 14, 2014**. The reply shall be limited to no more than 10 pages.

4. Pending resolution of BP's motion to order production, the deadline of 21 days to move to modify Special Master Freeh's report is suspended.

New Orleans, Louisiana, this 31st day of January, 2014.

                                          _____
                                          SALLY SHUSHAN
                                          United States Magistrate Judge