IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION: "J" |
| This document relates to No. 12-970 | * * * | Honorable Carl J. Barbier Magistrate Judge Shushan |

*************************************************************************

## MOTION TO VACATE THE ORDER APPOINTING LOUIS FREEH AS SPECIAL MASTER AND TO DISQUALIFY SPECIAL MASTER LOUIS FREEH

**NOW INTO COURT**, through undersigned counsel, comes claimant The Andry Law Firm, LLC ("The Andry Law Firm"), who respectfully moves this Honorable Court to vacate its *Order* appointing Louis Freeh, pursuant to Rule 60(b)(2) of the Federal Rules of Civil Procedure and, after a hearing, disqualify Special Master Louis Freeh, pursuant to Rule 53(A)(2) of the Federal Rules of Civil Procedure and 28 U.S.C. § 455, based on his newly disclosed conflict of interest in conjunction with all previously disclosed conflicts. For the reasons more fully set forth in the accompanying *Memorandum in Support*, this Court should grant The Andry Law Firm's *Motion to Vacate the Order Appointing Louis Freeh as Special Master and To Disqualify Special Master Louis Freeh* and vacate this Court's *Order* appointing Mr. Freeh as Special Master and, after a hearing, order that Louis Freeh be disqualified as Special Master in the above-captioned matter.

**WHEREFORE**, claimant The Andry Law Firm, LLC prays that this Honorable Court grant their *Motion to Vacate the Order Appointing Louis Freeh as Special Master and To Disqualify Special Master Louis Freeh*, and vacate this Court's *Order* appointing Louis Freeh as Special Master, and disqualify Louis Freeh as Special Master in the above-captioned matter.

Respectfully submitted,

_/s/ Stephen M. Gelé_
**RANDALL A. SMITH, T.A. (#2117)**
**STEPHEN M. GELÉ (#22385)**
**SARA E. PORTER (#34190)**
-OF-
**SMITH & FAWER, L.L.C.**
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Telephone: (504) 525-2200
Telecopy: (504) 525-2205

*Counsel for Claimant*
*The Andry Law Firm, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 31st day of January, 2014.

_/s/ Stephen M. Gelé_

2