IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * <br> * <br> * <br> * | MDL NO. 2179 <br><br> SECTION: "J" |
| This document relates to No. 12-970 | * <br> * <br> * | Honorable Carl J. Barbier <br><br> Magistrate Judge Shushan |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that claimant The Andry Law Firm, LLC's *Motion to Vacate the Order Appointing Louis Freeh as Special Master* be and it is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that The Andry Law Firm, LLC's *Motion to Disqualify Special Master Louis Freeh* be and is hereby set for hearing on the _____ day of _____, 2014.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____

**UNITED STATES DISTRICT JUDGE**