UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: "J" |
| Related to: 2:10-08888 | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |
| Applies to: | |
| No. 11617 | |

MEMORANDUM IN SUPPORT OF
MOTION FOR EXPEDITED CONSIDERATION

MAY IT PLEASE THE COURT:

Plaintiff Van Tang d/b/a Cho Saigon request that their Motion for Emergency Relief and Request for Judicial Review to be considered and/or heard on an expedited basis. The motion was filed on October 9, 2013, and currently, the motion has not been assigned a hearing/submission date as of January 27, 2014 and the circumstances herein justify a more expedited schedule because of the continuous irreparable proprietary and pecuniary harm being suffered by the plaintiff.

Moreover, the relief sought in the Emergency Motion for Relief to remand the claim to the DWHCC and award makes this expedited consideration appropriate, so that this claim can be decided on the merits.

Accordingly, plaintiffs respectfully request that this Motion for Expedited Consideration be granted.

- 2 -

        Respectfully Submitted,

        /s/ Michael D. Antalan
        MICHAEL D. ANTALAN
        LAED Number: TX24039615
        5425 Doolittle
        Houston, Texas 77033
        Office: (713) 738.3842
        Direct: (713) 577.2864
        Fax:    (713) 588.8948
        Attorney for VAN TANG d/b/a CHO SAIGON

**CERTIFICATE OF SERVICE**

        I hereby certify that the above and foregoing MOTION FOR EXPEDITED CONSIDERATION has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this on this 31st day of January, 2014.

        /s/Michael D. Antalan
        **MICHAEL D. ANTALAN**