UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| No. 14-00039 | * * * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is Plaintiffs' Motion to Remove or in the Alternative, Motion to Cause Daniel Becnel and Becnel Law Firm, L.L.C. to Withdraw (Rec. Docs. 12208, 12225).

The Becnel Law Firm responded to certain statements in the motion but does not oppose the relief sought. (Rec. Doc. 12249) Accordingly,

IT IS ORDERED that Daniel Becnel and Becnel Law firm, L.L.C. are withdrawn as counsel in the referenced member case. Mr. Becnel and the Becenel Law Firm, L.L.C. are still subject to the privileges and confidences, including the attorney-client privilege, under the Rules of Professional Conduct or other applicable law. The Court notes that the Becnel Law Firm, L.L.C. reserves its right to claim reasonable attorney fees for work done in the referenced case.

New Orleans, Louisiana, this 31st day of January, 2014.

_____
United States District Judge