UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL 2179 |
| | | SECTION "J" (1) |
| This document relates to: No. 13-6674 | * * * * | JUDGE CARL J. BARBIER |
| | | MAGISTRATE SALLY SHUSHAN |

## MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO BP'S MOTION FOR PRELIMINARY INJUNCTION SUSPENDING THE SECOND DISTRIBUTION OF THE SEAFOOD COMPENSATION PROGRAM

NOW COME DEFENDANTS Bon Secour Fisheries, Inc; Fort Morgan Realty, Inc.; LFBP #1, LLC d/b/a GW Fins; Panama City Beach Dolphin Tours & More, LLC; Zeke's Charter Fleet, LLC; William Sellers; Kathleen Irwin; Ronald Lundy; Corliss Gallo; Lake Eugenie Land & Development, Inc.; Henry Hutto; Brad Friloux; Jerry J. Kee; John Tesvich; and Michael Guidry ("Class"), on behalf of themselves and all others similarly situated, who, through undersigned Special Counsel retained by the Plaintiffs' Steering Committee on behalf of the aforementioned class representatives, respectfully move for leave to file a brief four (4) page Sur-reply in Opposition to BP's Motion for Preliminary Injunction. Defendants respectfully submit that the attached proposed Sur-reply responds to certain misstatements of law and fact within BP's proposed Reply Memorandum in Support of its Motion, and will aid the Court in resolution of the instant motion.

WHEREFORE, the Class respectfully requests this Court to it grant leave to file this Sur-reply in Opposition to BP's Motion for Preliminary Injunction.

Respectfully submitted,

**IRWIN FRITCHIE URQUHART & MOORE LLC**

*/s/ James B. Irwin*
JAMES B. IRWIN, IV (La. Bar No. 7074)
DOUGLAS J. MOORE (La. Bar No. 27706)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone (504) 310-2100
Facsimile: (504) 310-2101
jirwin@irwinllc.com
dmoore@irwinllc.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 31st day of January, 2014.

*/s/ James B. Irwin*