UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL 2179 SECTION "J" (1) |
| This document relates to: No. 13-6674 | * * * * | JUDGE CARL J. BARBIER MAGISTRATE SALLY SHUSHAN |

### ORDER

Considering Defendants' foregoing Motion for Leave to File a Sur-Reply in Opposition to BP's Motion for Preliminary Injunction (Rec. Doc. No.     ),

**IT IS ORDERED** that said Motion is **GRANTED** and the Clerk of Court shall file the proposed Sur-Reply into the Record.

New Orleans, Louisiana, this _____ day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE

00232911