U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   JAN 1 6 2014
WILLIAM W. BLEVINS
CLERK

United States District Court
Eastern District of Louisiana

In Re - To oil spill by the oil Rig "Deepwater Horizon" in the Gulf of Mexico, April 20-2010 ---

MDL 2179

Case # 2:13-CV-02441-CJB.SS
Section - J -

Plaintiff - John M. Bennett
V.
BP. Defendants ---

"Motion to petition"

① I Ask this Court for the thired time to put my motion to Appoint Counsel on your Docket To Be Ruled on - Case No. 02441

② I Filed an Amended Complaint And sent it to your Court to Be Ruled on. Could you plese put it on your Court Docket Also.

To Be Ruled on....

③ My case has been before the Court over a year and I still dont know the status of my case and what status is at this time.

④ I ask this Court for an updated Status Report for the Following Reasons...

⑤ Plaintiff is incarcerated at this time and has <u>NO</u> means to go on line to follow my case.

⑥ I have NO Counsel to give me updates ---

⑦ Plaintiff Liaison Counsels does not and will not Respond to any of my Request ---

(8) I'm in another State And Cannot Fight my Case Cause I Have NO knowledge Of the LAW....

(9) It is my Right to know where my Case Stands And I need Counsel From this Court.--

I thank you For your time In Advance

John M. Bennett
And God Bless....

John M. Bennett #060154
Columbia CI
216 SE. Corrections Way
Lake City, FLA 32025

MAILED FROM A STATE
CORRECTIONAL
INSTITUTION

US POSTAGE
ZIP 32025
02 1W
0001350776

7013 0600 0003 9850 8095

United States
District Court
Eastern District of
Louisiana New Orleans, LA
70130