IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: "J" |
| This document relates to No. 12-970 | * | Honorable Carl J. Barbier |
| | | Magistrate Judge Shushan |
| | * | * | * |

**MOTION TO RELEASE HOLD ON PAYMENT TO THE ANDRY LAW FIRM**

**NOW INTO COURT**, through undersigned counsel, comes claimant The Andry Law Firm, L.L.C. ("The Andry Law Firm"), [1] who files this *Motion to Release Hold On Payment to The Andry Law Firm,* as the claim filed by The Andry Law Firm is due and owing, and *res judicata,* to be paid consistent with the orders of this Court,[2] or, in the alternative, set the matter

---

[1] The Andry Law Firm hereby objects and reserves its rights to continue to make any and all objections to the *Freeh Report* and the Special Master's appointment and authority in this matter, as set forth in prior filings, including the *Initial Objections and Response of The Andry Law Firm to the Freeh Report*, R. Doc. 12712,  including, but not limited to, any objections under the United States Constitution, 28 U.S.C. § 455, Rules for Lawyer Disciplinary Enforcement, the Federal Rules of Evidence, and the Federal Rules of Civil Procedure 4, 12(b)(1), 12(b)(5), 12(b)(6), and 53, including, but not limited to, lack of notice of and consent to the appointment of the Special Master, lack of notice of conflicts of interest and bases for disqualification of the Special Master, lack of waiver of objection to conflicts of interest and bases for disqualification of the Special Master, lack of notice of and consent to the scope of the mandate of the Special Master, the Special Master acting beyond the scope of his mandate and the scope permitted by law, violation of procedural and substantive due process, lack of opportunity to confront witnesses, hearsay, lack of meaningful opportunity to be heard, lack of evidentiary hearing, lack of opportunity to object to evidence, lack of subject matter jurisdiction, failure to state a claim upon which relief can be granted, lack of notice of complaint, orders and proceedings, lack of service of complaint, summons, appointment of Special Master, orders and proceedings, lack of personal jurisdiction, collateral estoppel, and *res judicata.*

[2] As a fully adjudicated claim, the award should not be adversely affected by later rulings or stay orders of this Court or the United States Fifth Circuit Court of Appeal which address claims in process and on appeal.  However, The Andry Law Firm acknowledges that this Honorable Court, in response to a ruling of the United States Fifth Circuit Court of Appeal, issued an Order stating:

> The Claims Administrator ... shall temporarily suspend the issuance of final
> determination notices and payments of BEL claims, pending resolution of the
> BEL issues that are the subject of the pending remand. This suspension shall
> also apply to claims currently in the claims appeal process.

Rec. Doc. 11928; *see also* R. Docs. 11697, 11790, 11861, 11928, 12055.
If this Court interprets this stay order to apply to a claim, like the claim of The Andry Law Firm, which reached final determination and was upheld through the appeals process, but was put on "hold" by the Claims Administrator, then

for evidentiary hearing, all as more fully set forth in the accompanying memorandum in support.

**WHEREFORE**, The Andry Law Firm, L.L.C. respectfully requests that this Honorable Court grant claimant, The Andry Law Firm, L.L.C.'s *Motion to Release Payment to The Andry Law Firm* and order the hold on the amount adjudicated be released, or, in the alternative, the matter be set for evidentiary hearing.

**Respectfully submitted,**

*/s/ Stephen M. Gelé*
**RANDALL A. SMITH, T.A. (#2117)**
**STEPHEN M. GELÉ (#22385)**
     OF
**SMITH & FAWER, L.L.C.**
201 St. Charles Avenue, Suite 3702
New Orleans, LA 70170
Tel:   (504) 525-2200
Fax:   (504) 525-2205
sgele@smithfawer.com

**Attorneys for The Andry Law Firm, L.L.C.**

---

The Andry Law Firm requests that the "hold" be lifted such that the only impediment to payment would be the temporary stay order.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 31st day of January, 2014.

/s/ Stephen M. Gelé
Stephen M. Gelé