UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: NO. 10-8888<br>Short form joinder numbers[1] | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Full Scope's Motion for Leave to Intervene (Rec. doc. 11899)]**

On November 26, 2013, Full Scope Services, LLC ("Full Scope") filed its fourth motion for leave to intervene. Rec. doc. 11899. The history of Full Scope's first three motions to intervene may be found in the Court's order of December 2, 2013. Rec. doc. 11914. Within 21 days of December 2, 2013, Full Scope was ordered to personally confer with counsel for defendants to determine whether defendants opposed the requests for leave to intervene and thereafter file a certificate reporting on the outcome of the conferences. Id. at 2.

Full Scope did not comply with the December 2, 2013 order. Accordingly,

IT IS ORDERED that Full Scope's motion for leave to intervene (Rec. doc. 11899) is DENIED.

New Orleans, Louisiana, this 3rd day of February, 2014.

_____
SALLY SHUSHAN
**United States Magistrate Judge**

---

[1] 34821,47718,47947,48283,48285, 48290, 55342,63199,63214,63626, 63631, 66172, 66334,66335,66441, 66453, 67030, 67581, 67990, 70336, 70635, 70660, 70668, 70685, 73372, 73844, 80390, 80615, 83375, 83615, 83654, 84365, 89475, 89995, 94735, 94743, 96841, 97436, 99746, 99752, 100693, 100697, 101063, 108908, 110072, 111426, 112291, 112529, 112536, 112590, 122242, 123732, 123963, 123982, 126220, 132662.