IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 <br><br> SECTION J <br> JUDGE BARBIER |
| *Applies to:* <br>    All Cases | MAGISTRATE SHUSHAN |

ORDER

CONSIDERING on September 13, 2011, this Court entered an Order appointing Captain Suzanne E. Englebert, U.S. Coast Guard Retired, as Special Master for Supervision and Custody of the BOP and Related Items. (Rec. Doc. 4013) That Order provided that it was subject to amendment as required and after notice to the Parties.

AND CONSIDERING on December 5, 2013, this Court entered an Order providing for the Orderly disposition of the remaining *Deepwater Horizon* related items stored at Michoud, and for the release all of those items from any continued preservation obligations under this Court's pre-trial Orders unless one of the Parties requested that particular items continue on legal hold. (Rec Doc. 11926)

AND CONSIDERING Halliburton and BP have asked this Court to continue the legal hold for certain Halliburton-owned cement-related items subject to this Court's preservation orders and to continue to provide for the storage of those items under the control of a neutral third-party. Those items are described with particularity on Exhibit A. Halliburton and BP have asked also that Captain Englebert, in her capacity as this Court's Special Master, be given charge of those items.

IT IS ORDERED that the Halliburton cement-related items shall continue to be subject to the preservation obligations under PTO 1 (Doc. 2).

IT IS FURTHER ORDERED that Captain Englebert, in her capacity as this Court's Special Master, shall continue her custody of the Halliburton cement-related items at this time and if they are released from Michoud shall provide for their continued storage and safe-keeping. Those items need not be stored at Michoud, but may be stored at any place deemed proper by Captain Englebert. In all other respects, Captain Englebert's authority and responsibilities are as described in this Court's Order of September 13, 2011.

IT IS FURTHER ORDERED Halliburton shall bear the continued cost of storage of those items, including fees charged by the Special Master in connection with such storage.

This Order shall continue in effect as long as PTO 1 remains in effect or until otherwise modified by subsequent order of this Court.

New Orleans, Louisiana, this 3rd day of February, 2014.

SALLY SHUSHAN
United States Magistrate Judge