**EXHIBIT A**
**DRAFT INVENTORY OF HALLIBURTON'S ITEMS AT MICHOUD**

| Report line # | Evidence Storage Location | FBI ERT ID location | FBI # or GOV# | BP or Other Party # or Identifier | Description of Item | Date Received | Origin |
|---|---|---|---|---|---|---|---|
| 1160 | xfered to Oilfield Testing, Houston TX Mr. Greg Garrison: 6/22/2011 | BOP-TEST | 200-1 | n/a | EPA DW-01: Halliburton Cement Samples - Zone Sealant 2000 1 Quart container NE 27450 | 11/16/2010 | Transferred from EPA/FBI |
| 1161 | xfered to Oilfield Testing, Houston TX Mr. Greg Garrison: 6/22/2011 | BOP-TEST | 200-2 | n/a | EPA DW-02: Halliburton Cement Samples - SCR-100L 1 Quart container NE 27467 | 11/16/2010 | Transferred from EPA/FBI |
| 1162 | xfered to Oilfield Testing, Houston TX Mr. Greg Garrison: 6/22/2011 | BOP-TEST | 200-3 | n/a | EPA DW-03: Halliburton Cement Samples - SCR-100L 1 Gallon plastic container NE 27443 | 11/16/2010 | Transferred from EPA/FBI |
| 1163 | xfered to Oilfield Testing, Houston TX Mr. Greg Garrison: 6/22/2011 | BOP-TEST | 200-4 | n/a | EPA DW-04: Halliburton Cement Samples - SCR-100L 1 Gallon plastic container NE27444 | 11/16/2010 | Transferred from EPA/FBI |
| 1164 | A/C Container # 4470 | BOP-TEST | 200-5 | n/a | EPA DW-05: Halliburton Cement Samples - Synthetic Mud; 1 Gallon NE 27445 | 11/16/2010 | Transferred from EPA/FBI |
| 1165 | A/C Container # 4470 | BOP-TEST | 200-6 | n/a | EPA DW-06: Halliburton Cement Samples - 1 bag La Farge Class# gray powder in plastic container NE 27446 | 11/16/2010 | Transferred from EPA/FBI |
| 1166 | A/C Container # 4470 | BOP-TEST | 200-7 | n/a | EPA DW-07: Halliburton Cement Samples - Gas Stop Exp (liquid) in 1 Gallon plastic container NE 27447 | 11/16/2010 | Transferred from EPA/FBI |
| 1167 | A/C Container # 4470 | BOP-TEST | 200-8 | n/a | EPA DW-08: Halliburton Cement Samples - Field fresh water in 1 Gallon plastic container NE 27448 | 11/16/2010 | Transferred from EPA/FBI |
| 1168 | xfered to Oilfield | BOP-TEST | 200-9 | n/a | EPA DW-09: Halliburton Cement Samples | 11/16/2010 | Transferred |

| Report line # | Evidence Storage Location | FBI ERT ID location | FBI # or GOV# | BP or Other Party # or Identifier | Description of Item | Date Received | Origin |
|---|---|---|---|---|---|---|---|
| | Testing, Houston TX Mr. Greg Garrison: 6/22/2011 | | | | - La Farge Class#(cement blend) in 5 Gallon container NE 27449 | | from EPA/FBI |
| 1169 | A/C Container # 4470 | BOP-TEST | 200-10 | n/a | EPA DW-10: Halliburton Cement Samples - Field fresh water in 5 Gallon plastic container NE 27451 | 11/16/2010 | Transferred from EPA/FBI |
| 1170 | A/C Container # 4470 | BOP-TEST | 200-11 | n/a | EPA DW-11: Halliburton Cement Samples - La Farge Class#(cement blend) in 5 Gallon container NE 27452 | 11/16/2010 | Transferred from EPA/FBI |
| 1171 | A/C Container # 4470 | BOP-TEST | 200-12 | n/a | EPA DW-12: Halliburton Cement Samples - La Farge Class#(cement blend) in 5 Gallon container NE 27430 | 11/16/2010 | Transferred from EPA/FBI |
| 2140 | A/C Container #4470 | None | FC-1000 | n/a | HP Laptop Computer (Mark Savery) s/n 00144-051-759-203 with Halliburton #ENAUS00061348: Transferred to Elysium Digital, LLC for testing 2/27/2012 & returned 7/26/2012 | 2/2/2012 | Court Order dtd 1/20/2012 |
| 2141 | A/C Container #4470 | None | FC-1001 | n/a | WD Hard drive s/n WMAZA2716867M with Halliburton #271, image of David Bedford's computer drivers (ENAUS00066583 and APMYKUL1101003L): Transferred to Elysium Digital, LLC for testing 2/27/2012 & returned 7/26/2012 | 2/3/2012 | Court Order dtd 1/20/2012 |
| 2142 | A/C Container #4470 | None | FC-1002 | n/a | One (1) usb cord and One (1) AC Adapter cord for Hard Drive: Transferred to Elysium Digital, LLC for testing 2/27/2012 & returned 7/26/2012 | 2/3/2012 | Court Order dtd 1/20/2012 |

| Report line # | Evidence Storage Location | FBI ERT ID location | FBI # or GOV# | BP or Other Party # or Identifier | Description of Item | Date Received | Origin |
|---|---|---|---|---|---|---|---|
| 2146 | A/C Container #4470 | None | FC-1006 | n/a | External Hard drive (Western Digital) model number WDBACY5000ARD-00, S/N WXW1E31FWSU1 containing EnCase image of HAD from Mark Savery's laptop (Red) plus USB cable. | 7/26/2012 | Court Order dtd 1/20/2012 |
| 2147 | A/C Container #4470 | None | FC-1007 | n/a | USB thumb drive from Halliburton (Mark Savery) dated 6/5/2012 | 7/26/2012 | Court Order dtd 1/20/2012 |
| 2148 | A/C Container #4470 | None | FC-1008 | n/a | USB thumb drive from Halliburton (Mark Savery) dated 5/18/2012 | 7/26/2012 | Court Order dtd 1/20/2012 |
| 2149 | A/C Container #4470 | None | FC-1009 | n/a | USB thumb drive from Halliburton (Mark Savery) dated 5/30/2012 | 7/26/2012 | Court Order dtd 1/20/2012 |
| 2150 | A/C Container #4470 | None | FC-1010 | n/a | Seagate Barracuda 7200.12 Hard Drive (Image Drive #1) S/N 5VPQPPH1 containing forensic images & case data from Elysium Digital neutral expert work on D3D files | 7/26/2012 | Court Order dtd 1/20/2012 |
| 2151 | A/C Container #4470 | None | FC-1011 | n/a | Seagate Barracuda 7200.12 Hard Drive (Image Drive #1) S/N 6VPGETZR containing forensic images & case data from Elysium Digital neutral expert work on D3D files | 7/26/2012 | Court Order dtd 1/20/2012 |
| 2152 | A/C Container #4470 | None | FC-1012 | n/a | Seagate Barracuda 7200.12 Hard Drive (Image Drive #1) S/N 5VP9S157 containing forensic images & case data from Elysium Digital neutral expert work on D3D files | 7/26/2012 | Court Order dtd 1/20/2012 |

**EXHIBIT A**
**DRAFT INVENTORY OF HALLIBURTON'S ITEMS AT MICHOUD**

| Report line # | Evidence Storage Location | FBI ERT ID location | FBI # or GOV# | BP or Other Party # or Identifier | Description of Item | Date Received | Origin |
|---|---|---|---|---|---|---|---|
| 2153 | A/C Container #4470 | None | FC-1013 | n/a | TDK CD-R80 (1) with TrueCrypt Recovery file | 7/26/2012 | Court Order dtd 1/20/2012 |
| 2160 | A/C Container # 4470 | None | FC-1020 | n/a | Bucket with dry blend cement. The bucket is approximately 1/2 full and labeled with marker as being "from DW Horizon" and the "#2 Kodiak Appraisal" well. Also written on the bucket in marker is "Cement Sample 12-27-09." A paper label affixed to the bucket identifies it as Sample I.D. #63981, with a "Date" of "23 02 2010." On the outside of the bucket, there is a notation for "Project # 66689." Weight 16.6# marked on bucket refers to density of slurry.: 5 gallon bucket | 3/19/13 | Transferred to Special Master per Court direction given 3/16/13 |
| 2161 | A/C Container # 4470 | None | FC-1021 | n/a | Halliburton Cement Retarder Sample I.D. #61160 from Lot # H8436264: 1 Gallon bucket | 3/19/13 | Transferred to Special Master per Court direction given 3/16/13 |
| 2162 | A/C Container # 4470 | None | FC-1022 | n/a | Halliburton Cement Retarder Sample I.D. #61161 from Lot #H8432117: 1 Gallon bucket | 3/19/13 | Transferred to Special Master per Court direction given 3/16/13 |
| 2163 | A/C Container # 4470 | None | FC-1023 | n/a | Halliburton Cement Retarder Sample I.D. #61162 from Lot #H8434781: 1 Gallon bucket | 3/19/13 | Transferred to Special Master per |

**EXHIBIT A**
**DRAFT INVENTORY OF HALLIBURTON'S ITEMS AT MICHOUD**                                                                                                   Page 4

| Report line # | Evidence Storage Location | FBI ERT ID location | FBI # or GOV# | BP or Other Party # or Identifier | Description of Item | Date Received | Origin |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | Court direction given 3/16/13 |
| 2164 | A/C Container # 4470 | None | FC-1024 | n/a | Halliburton Sample containing "mud" labeled as being from "Kaskida." bucket 1 of 3 Sample I.D. # 65501 dated 3/12/2010: 2 Gallon bucket | 3/19/13 | Transferred to Special Master per Court direction given 3/16/13 |
| 2165 | A/C Container # 4470 | None | FC-1025 | n/a | Halliburton Sample containing "mud" labeled as being from "Kaskida." bucket 2 of 3 Sample I.D. # 65501 dated 3/12/2010: 2 Gallon Bucket | 3/19/13 | Transferred to Special Master per Court direction given 3/16/13 |
| 2166 | A/C Container # 4470 | None | FC-1026 | n/a | Halliburton Sample containing "mud" labeled as being from "Kaskida." bucket 3 of 3 Sample I.D. # 65501 dated 3/12/2010: 2 Gallon bucket | 3/19/13 | Transferred to Special Master per Court direction given 3/16/13 |