IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by | * | MDL NO. 2179 |
| the Oil Rig "Deepwater Horizon" | * | |
| in the Gulf of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This document relates to: | * | |
| All Cases and No. 12-970 | * | Honorable CARL J. BARBIER |
| | * | |
| | * | Magistrate Judge SHUSHAN |
| | * | |
| | * | |

## PROPOSED ORDER

Considering BP's Motion to File Opposition and Exhibits to Emeril's Homebase, LLC's Motion Under Seal:

IT IS HEREBY ORDERED, that BP's Motion is **GRANTED**; and it is further

**ORDERED** its Opposition and Exhibits, be filed under seal pending further order of the Court.

New Orleans, Louisiana, this __ day of February, 2014

_____
**UNITED STATES DISTRICT JUDGE**