UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: "J" |
| Applies to: | JUDGE BARBIER |
| No. 13-6674 | MAGISTRATE SHUSHAN |

## MOTION FOR LEAVE TO FILE REPLY TO BP OPPOSITION TO DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING PARALLEL CRIMINAL INVESTIGATION

NOW COME DEFENDANTS Mikal c. Watts and Watts Guerra LLP (collectively, "Defendants"), on behalf of themselves, who, through undersigned Counsel, respectfully move for leave to file the attached, Reply to BP Opposition to Motion to Stay Proceedings Pending Parallel Criminal Investigation. Defendants respectfully submit that the attached will aid the Court in resolution of the instant motion.

WHEREFORE, the Defendants respectfully request this Court grant it leave to file this Reply to BP Opposition to its Motion to Stay.

Respectfully submitted:

GAINSBURGH, BENJAMIN, DAVID, MEUNIER &
  WARSHAUER, L.L.C.

BY:   /s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        M. PALMER LAMBERT, #33228
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304

>   Facsimile: 504/528-9973
>   gmeunier@gainsben.com
>   plambert@gainsben.com
>
>   *Counsel for Mikal C. Watts and Watts Guerra LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2014, the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that a copy of the foregoing pleading was filed electronically with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

>   /s/ *Gerald E. Meunier*
>   GERALD E. MEUNIER, #9471