UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL § | MDL No. 2179 |
| RIG "DEEPWATER HORIZON" § | |
| IN THE GULF OF MEXICO, § | SECTION: J |
| ON APRIL 20, 2010 § | |
| § | |
| Relates to: No. 12-970 § | JUDGE BARBIER |
| § | |
| § | MAG. JUDGE SHUSHAN |

## MOTION FOR LEAVE TO FILE
## REPLY BRIEF IN FURTHER SUPPORT OF
## OBJECTION TO ADMINISTRATIVE RULING
## REGARDING THE ADMISSION OF NEW "EVIDENCE" BY BP
## IN CONNECTION WITH SETTLEMENT PROGRAM APPEALS

**NOW INTO COURT** come Eligible Claimants and the Economic & Property Damages Settlement Class, who, through Lead Class Counsel, respectfully seek leave to file a Reply Brief in further support of the Class' Objection to the Appeal Panelists' *en banc* decision to allow BP to submit new "evidence" in support of a Wetlands Settlement Program Claim Appeal [Doc 11973], and in response to BP's Response to the Objection filed under seal on or around December 26, 2013. The proposed Reply Brief is short, concise, and narrowly tailored to the arguments in BP's Response. Class Counsel believe and respectfully suggest that it will be of assistance to the Court.

This 4th day of February, 2014.

Respectfully submitted,

/s/ Stephen J. Herman
Stephen J. Herman, LA Bar No. 23129
Herman Herman & Katz LLC
820 O'Keefe Avenue
New Orleans, LA 70113

/s/ James Parkerson Roy
James Parkerson Roy, LA Bar No. 1511
Domengeaux Wright Roy & Edwards LLC
556 Jefferson Street, Suite 500
Lafayette, LA 70501

| | |
|---|---|
| Tel: (504) 581-4892 | Tel: (337) 233-3033 |
| Fax: (504) 569-6024 | Fax: (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion for Leave will be filed into the record electronically *via* the Court's ECF system and served on All Counsel *via* the Lexis-Nexis File & Serve system in accordance with Pre-Trial Order No. 12, this 4th day of February, 2014.

/s/ Stephen J. Herman and James Parkerson Roy