UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 |
| | SECTION: "J" |
| Applies to: | JUDGE BARBIER |
| No. 13-6674 | MAGISTRATE SHUSHAN |

### ORDER

Considering Defendants' foregoing Motion for Leave to File a Reply to BP's Opposition to Motion to Stay Proceedings Pending Parallel Criminal Investigation (Rec. Doc. No 12282),

IT IS ORDERED that said Motion is GRANTED and the Clerk of Court shall file the attached Reply into the Record.

New Orleans, Louisiana this 4th day of February, 2014.

_____
United States District Judge

.