IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 SECTION: J |
| | * | Judge Barbier |
| This Document Relates To: *All Cases* | * * | Magistrate Judge Shushan |

## BP EXPLORATION & PRODUCTION INC. AND ANADARKO PETROLEUM CORPORATION'S MOTION TO STRIKE HALLIBURTON ENERGY SERVICES, INC.'S PROPOSED SUPPLEMENTAL FINDINGS OF FACT AND CONCLUSIONS OF LAW AS TO PHASE TWO—QUANTIFICATION

BP Exploration & Production Inc. ("BP") and Anadarko Petroleum Corporation ("Anadarko") hereby move for an Order striking Halliburton Energy Services, Inc.'s ("Halliburton's") Proposed Supplemental Findings of Fact and Conclusions of Law as to Phase Two—Quantification. *See* Rec. Doc. 12224. Halliburton's submission violates the Court's repeated orders denying Halliburton's participation in the Phase Two Quantification Segment. *See* Rec. Docs. 10981, 11048, 11367, 11422, and 11706. BP and Anadarko's Motion is supported by BP and Anadarko's Memorandum in Support of its Motion to Strike Halliburton's Proposed Supplemental Findings of Fact and Conclusions of Law as to Phase Two—Quantification, which is fully incorporated by reference herein.

Dated:  February 4, 2014.                           Respectfully submitted,


                                                    */s/ Don K. Haycraft*
                                                    Don K. Haycraft

1

| | |
|---|---|
| Warren Anthony Fitch<br>Ky E. Kirby<br>BINGHAM MCCUTCHEN LLP<br>2020 K Street NW<br>Washington, DC 20006<br>Telephone: (202) 373-6000 | Don K. Haycraft (Bar No. 14361)<br>LISKOW & LEWIS<br>701 Poydras Street, Suite 5000<br>New Orleans, Louisiana 70139-5099<br>Telephone: (504) 581-7979<br>Facsimile: (504) 556-4108 |
| James J. Dragna<br>BINGHAM MCCUTCHEN LLP<br>355 S. Grand Avenue, Suite 4400<br>Los Angeles, CA 90071<br>Telephone: (213) 680-6400 | Richard C. Godfrey, P.C.<br>J. Andrew Langan, P.C.<br>Barry E. Fields, P.C.<br>Hariklia ("Carrie") Karis, P.C.<br>Matthew T. Regan, P.C.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone: (312) 862-2000 |
| Deborah D. Kuchler, T.A. (Bar No. 17013)<br>KUCHLER POLK SCHELL<br>WEINER & RICHESON, LLC<br>1615 Poydras Street, Suite 1300<br>New Orleans, LA 70112<br>Telephone: (504) 592-0691 | Robert C. "Mike" Brock<br>Kimberly O. Branscome<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004-2401<br>Telephone: (202) 662-5985 |
| *Attorneys for Anadarko Petroleum Corporation* | *Attorneys for BP Exploration & Production Inc.* |

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of February, 2014.

                                                                            */s/ Don K. Haycraft*
                                                                            Don K. Haycraft