IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010<br><br>This document relates to:<br><br>No. 14-0039 | * * * * * * * * | MDL 2179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
|---|---|---|

## LIEN NOTICE

NOTICE is herby given that THE BECNEL LAW FIRM, LLC., does hereby claim a lien in the matter entitled *Tam V. Le et al., v. Mikal Watts, et al.*, Docket No. 14-0039 pursuant to La. R.S. 37:218.

1. The plaintiffs were represented by the Becnel Law Firm LLC, in relation to claims arising out of the defendants' representation of plaintiffs in MDL 2179.

2. Plaintiffs signed co-counsel agreements to hire the Becnel Law Firm, LLC in addition to their original counsel, the Tammy Tran Law Firm.

3. The Becnel Law Firm, LLC, subsequently filed a lawsuit on behalf of the plaintiffs entitled *Tam V. Le et al., v. Mikal Watts*, et al., Docket No. 14-0039 on January 7, 2014.

4. Plaintiffs have terminated the services of the Becnel Law Firm, LLC.

5. The undersigned claim a lien and priviledge under the laws of the State of Louisiana.

Respectfully submitted,

**BECNEL LAW FIRM, L.L.C.**

By: /s/ Daniel Becnel
DANIEL BECNEL
La. Bar No.2926
MATTHEW B. MORELAND
La. Bar No. 24,567
KEVIN P. KLIBERT
LA. Bar No. 26954
SALVADORE CHRISTINA
La. Bar No. 27198
P.O. Drawer H
Reserve, La 70084
Telephone: (985) 536-1186
Telecopier: (985) 536-6445
dbecnel@becnellaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Lien Notice as Counsel of Record has been served on all parties through this Court's CM/ECF electronic filing system, and Lexis Nexis File & Serve Nexis File & Serve on this 4th day of February, 2014.

/s/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010<br><br>This document relates to:<br><br>No. 14-0039 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL 2179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
|---|---|---|

VERIFICATION

STATE OF LOUISIANA
PARISH OF ST. JOHN THE BAPTIST

Before me, the undersigned Public, personally came and appeared DANIEL E. BECNEL, JR., of the Becnel Law Firm, LLC, who, first being duly sworn, deposed and said that the preceding allegations of fact are true and correct.

_____
Daniel E. Becnel, Jr.

SWORN TO AND SUBSCRIBED before me, this 4th day of February, 2014 at Reserve, Louisiana.

_____
NOTARY PUBLIC

Darryl J. Becnel, Notary Public
La. Bar # 2294?
Attorney-at-Law
My commission is for life.