UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| Related to:<br>2:10-08888 | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |
| Applies to:<br><br>No. 87503 | |

MEMORANDUM IN SUPPORT OF
MOTION FOR EXPEDITED CONSIDERATION

MAY IT PLEASE THE COURT:

Plaintiff Van Tang d/b/a Cho Saigon request that their Motion for Emergency Relief and Request for Judicial Review to be considered and/or heard on an expedited basis. The motion was filed on October 9, 2013, and currently, the motion has not been assigned a hearing/submission date as of February 4, 2014 and the circumstances herein justify a more expedited schedule because of the continuous irreparable proprietary and pecuniary harm being suffered by the plaintiff.

Specifically, Plaintiff was arrested and prosecuted for criminal charges in the St. Landry's Parish District Attorney Office for "Worthless Checks" for whole sale seafood purchases in the amount of $87,484.48, in Lake Charles, Louisiana and Opelousas, Louisiana, respectively, for making payments for seafood whole sale purchases, with insufficient business/individual banking and credit monies to cover the seafood being purchased for business economic purposes. Van Tang is presently on bond and has been making monthly restitution payments to the St. Landry's Louisiana District Attorney's office. If he fails to make payments, his bond will be revoked and he will go to jail in the State of Louisiana for whole sale seafood purchases that were made in 2010 at or near the time of the oil spill. The Plaintiff has suffered a

"total loss" as a result of the oil spill and unable to make restitution payments.

Moreover, the relief sought in the Emergency Motion for Relief is a request to award plaintiff causation and hardship status in accordance with the settlement agreement; and remand the claim to the DWHCC for an accounting and compensation award, to wit, makes this expedited consideration appropriate and this claim can be decided without further delay.

Accordingly, plaintiffs respectfully request that this Motion for Expedited Consideration be granted.

Respectfully Submitted,

/s/ Michael D. Antalan
MICHAEL D. ANTALAN
LAED Number: TX24039615
5425 Doolittle
Houston, Texas 77033
Office: (713) 738.3842
Direct: (713) 577.2864
Fax:    (713) 588.8948
Attorney for VAN TANG d/b/a CHO SAIGON

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION FOR EXPEDITED CONSIDERATION has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this on this 4th day of February, 2014.

/s/Michael D. Antalan
**MICHAEL D. ANTALAN**