UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| Related to:<br>2:10-08888 | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |
| Applies to:<br><br>No. 87503 | |

## ORDER

Considering the above and foregoing,

　　IT IS ORDERED that defendants' Motion for Expedited Consideration of its Emergency Motion Relief and Request for Judicial Review is hereby GRANTED.

　　New Orleans, Louisiana, this _____ day of February, 2014.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CARL J. BARBIER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE