# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | § § § § § | MDL No. 2179 |
| | | SECTION: J |
| This Document Relates to: No. 2:14-CV-00039 | § § | Judge Barbier |
| | | Mag. Judge Shushan |

## PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

**TO THE HONORABLE JUDGE BARBIER:**

NOW INTO COURT, through undersigned counsel, the Vietnamese Fishermen and the Vietnamese Americans, Plaintiffs Tam V. Le, Thim T. Nguyen, Tai Lam, Dung Van Nguyen, Hung Van Pham, Minh Tan Vo, and David Nguyen, L.V. Marine Corporation, Natural Nine LLC, Lady More LLC, Quyet Pham, Nhat Van Nguyen, and Duy Quoc Ha, Lee Nguyen, Lisa Nguyen, Lien Nguyen, Thanh - Linh Vu Nguyen, Theresa T. Nguyen, and Thinh T. Nguyen, individually and on behalf of the putative class members respectfully submit this Notice of Dismissal and hereby give notice that Plaintiffs dismiss without prejudice all claims and causes of action and this entire case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

No defendant has filed an answer or moved for summary judgment in this case. No notice to putative class members is required because no class has been certified. *See* FED. R. CIV. P. 23(e).[1]

        Respectfully submitted,

**THE TAMMY TRAN LAW FIRM
ATTORNEYS AT LAW, LLP**

By: /s/ Tammy Tran
    MINH TAM (TAMMY) TRAN
    Texas Bar No. 20186400
    ttran@tt-lawfirm.com
    PETE MAI
    Texas Bar No. 24029702
    pmai@tt-lawfirm.com
    JOHN NA
    Texas Bar No. 24074786
    jna@tt-lawfirm.com
    RYAN NGUYEN
    Texas Bar No. 24083570
    rnguyen@tt-lawfirm.com
    2915 Fannin Street
    Houston, Texas 77002
    Telephone: (713) 655-0737
    Telecopier: (713) 655-0823

**TOVA VISHNEVSKY**
    New York Bar No. 4086021
    462 Hudson Rd.
    Washougal, WA 98671

---

[1] In 2003, Rule 23(e) was amended to substitute "certified class" for "class action." The 2003 amendment was to resolve ambiguity of when class notice was required for a settlement or voluntary dismissal. The Notes of the Advisory Committee make clear that the "new rule requires approval only if the claims, issues, or defenses of a ***certified class*** are resolved by a settlement, voluntary dismissal, or compromise." *See* FED. R. CIV. P. 23, ADVISORY CMTE. NOTES ¶ 16 (emphasis added).

tovalynn@yahoo.com

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 3, 2014, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

        /s/Tammy Tran
        MINH TAM (TAMMY) TRAN