# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** § | | **MDL No. 2179** |
| "Deepwater Horizon" in the § | | |
| Gulf of Mexico, on April 20, 2010 § | | |
| § | | **SECTION: J** |
| § | | |
| **This Document Relates to:** § | | **Judge Barbier** |
| **No. 2:14-CV-00039** § | | **Mag. Judge Shushan** |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this the _____ day of _____, 2014, the Court considered Plaintiffs' Notice of Dismissal without Prejudice. After considering the pleading, the Court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE** to re-filing.

New Orleans, Louisiana this _____ day of _____, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE