IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATED TO: *Stylistic Design Developers, Inc.* 2:13-cv-3016 | § § § § | JUDGE BARBIER MAG JUDGE SHUSHAN |

## EX-PARTE MOTION TO WITHDRAWAL AS LEAD COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **Stylistic Design Developers, Inc.,** Plaintiff in the above-entitled and numbered cause of action, and would respectfully show unto the Court as follows:

I.

Plaintiff, Stylistic Design Developers, Inc., requests that Tracee L. Ivins of the law firm Danziger & De Llano, 8270 Woodland Center Blvd, Tampa, Florida 33614, (713) 222-9998, be allowed to withdrawal as Lead Counsel of Record and withdrawal completely from this case. Furthermore, Plaintiff requests that Brent W. Coon of the law firm of Brent Coon & Associates, 215 Orleans Street, Beaumont, Texas 77701, (409) 835-2666, (409) 835-1912 facsimile, be designated as the Lead Counsel of Record and attorney in charge for Plaintiff from this date forward.

II.

This withdrawal and change of Lead Counsel of Record is sought with the approval of Plaintiff and with agreement of both attorneys, and is not filed for purposes of delay.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, moves the Court to withdrawal and remove completely Tracee L. Ivins as Counsel in this case and change Brent W. Coon to Lead Counsel of Record and attorney in charge for Plaintiff in this matter.

By: /s/ Brent W. Coon
Brent W. Coon
Texas Bar No. 04769750
Fed Bar No   9308
215 Orleans Street
Beaumont, Texas 77701
brent@bcoonlaw.com
Phone: (409) 835-2666
Fax: (409) 835-1912

By: /s/ Tracee L. Ivins
Tracee L. Ivins
Florida Bar No. 67209
8270 Woodland Center Blvd
Tampa, Florida 33614
tracee@dandell.com
Phone: (813) 334-2103
Fax: (713) 222-8866

## CERTIFICATE AND PROOF OF SERVICE

I hereby certify that a copy of the foregoing Motion to Withdrawal, as well as the original and this Proof of Service, were both filed via the Easter District of Louisiana's ECF system and served on February 3, 2014, both electronically and via the United States, mail first class, postage prepaid for those who are not a part of the electronic system.

/s/ Tracee L. Ivins