IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATED TO:<br>*Stylistic Design Developers, Inc.*<br>2:13-cv-3016 | § § § | JUDGE BARBIER<br>MAG JUDGE SHUSHAN |

## ORDER

CONSIDERING the Ex Parte Motion to Withdrawal Tracee L. Ivins as Lead Counsel of Record and completely withdrawal Tracee L. Ivins from the case and change Brent W. Coon to Lead Counsel of Record and attorney in charge of Plaintiff, in the above and entitled cause of action and having come before this honorable Court and having considered this matter is of the opinion that said Motion is well taken and should be GRANTED.

NEW ORLEANS, Louisiana, this _____ day of _____, 2014.

_____
JUDGE PRESIDING