# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Removal of Remaining Items at Michoud (Supplement to Rec. doc. 11926)]**

On December 15, 2013, an order was issued regarding removal of the remaining items at Michoud. Rec. doc. 11926.

On January 2, 2014, Captain Englebert provided the parties with an inventory of the materials still on site on site at Michoud. See Attachment A. On January 15, 2014, the Court notified the parties that by Monday, January 27, 2014, the parties were to advise the Court as to the retention or return of the evidence and to whom.

On January 21, 2014, the request for Robert Kaluza to preserve evidence was granted. Rec. doc. 12192. Attachment B reflects the items retained on behalf of Kaluza.

On January 27, 2014, Transocean and Cameron reported their agreement with Captain Englebert's recommendations on releasing the materials at Michoud. Subject to cement-related items, Halliburton reported agreement with the recommendations. On January 28, 2014, the United States reported that it took no position on the recommendations.

On January 28, 2014, BP reported that it accepted Captain Englebert's recommendations and that her inventory distributed on January 2, 2014 accurately described which party owned the remaining Michoud equipment, and that the inventory should be used to govern the release of those items. BP's acceptance was subject to two exceptions: (1) the order requested by Mr.

Kaluza (Rec. doc. 12192); and (2) the order requested by Halliburton for preservation of cement-related items, neither of which did BP object to. On February 3, 2014, the request of Halliburton and BP to preserve cement-related items was granted. Rec. doc. 12280. Attachment C reflects the items retained on behalf of Halliburton.

Attachment D reflects items that shall be retained on behalf of the Court.

Subject to the Kaluza and Halliburton orders and the items retained on behalf of the Court, Attachment A shall govern the release of the remaining items at Michoud. By **Friday, February 28, 2014**, the remaining items shall be removed from Michoud by the responsible parties.

New Orleans, Louisiana, this 5th day of February, 2014.

                                                **SALLY SHUSHAN**
                                                **United States Magistrate Judge**