| Report line # | 2014 details - BP recmd | 2014 details - TO recmd | 2014 details - Hal recmd | 2014 details - Kaluza Rqst | 2014 details - Summary w/SM recommendation | Evidence Storage Location | FBI ERT ID location | FBI # or GOV# | BP or Other Party # or Identifier | Description of Item | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 391 | TO | TO |  | Kaluza | Retain | WGCU600340-0 | BOP-TEST | 111 | n/a | Port Side Upper Pipe Ram | 12/10/2010 |
| 392 | BP |  |  | Kaluza | Retain | WGCU600340-0 | BOP-TEST | 111-1 to 111-5 | n/a | Sub-sample: Pipe ram segments from #111 after cleaning (5 total): 3 1/2 Gallon bucket | 2/16/2011 |
| 399 | TO | TO |  | Kaluza | Retain | WGCU600340-0 | BOP-TEST | 112 | n/a | STBD Side Upper Pipe Ram | 12/10/2010 |
| 400 | BP |  |  | Kaluza | Retain | WGCU600340-0 | BOP-TEST | 112-1 to 112-7 | n/a | Sub-sample: Pipe ram segments from #112 after cleaning (7 total).  On 10/15/2012 BP Rep conducted NDT test.  3 1/2 Gallon bucket | 2/16/2011 |
| 756 | TO | TO |  | Kaluza | Retain | WGCU600340-0 | BOP-TEST | 139 | n/a | Port side Middle Pipe Ram | 12/15/2010 |
| 757 | BP |  |  | Kaluza | Retain | WGCU600340-0 | BOP-TEST | 139-1 to 139-7 | n/a | Sub-sample: Segments (7 total) removed and cleaned from Middle Pipe Ram: 3 1/2 Gallon bucket | 1/17/2011 |
| 768 | TO | TO |  | Kaluza | Retain | WGCU600340-0 | BOP-TEST | 140 | n/a | STBD side Middle Pipe Ram | 12/15/2010 |
| 769 | BP |  |  | Kaluza | Retain | WGCU600340-0 | BOP-TEST | 140-1 to 140-5 | n/a | Sub-sample from sample 140 STBD side Middle Pipe ram segments: 3 1/2 Gallon bucket | 12/15/2010 |
| 876 | BP | TO |  | Kaluza | Retain | WGCU600340-0 | BOP-TEST | 148 | n/a | Drill Pipe removed from between the Upper and Lower Pipe Rams for the BOP  - Drill pipe taken (148Q) leaving 2 lengths approx. 2 foot and 10 foot long.  On 10/15/2012 BP rep conducted NDT on segment (1 of 2) | 12/16/2010 |
| 877 | BP | TO |  | Kaluza | Retain | WGCU600340-0 | BOP-TEST | 148Q | n/a | Sub-sample: 4 inch test coupon cut from #148 drill pipe: 02/04/11 sent to DNV Ohio lab for testing: 07/12/2011 Returned sample now in  multiple parts, wrapped and contained in small ziploc bags then bundled in single bag. | 2/4/2011 |
| 1004 | TO | TO |  | Kaluza | Retain | WGCU600340-0 | BOP-TEST | 158 | n/a | STBD Lower Pipe Ram | 12/17/2010 |
| 1005 | BP |  |  | Kaluza | Retain | WGCU600340-0 | BOP-TEST | 158-1 | n/a | Sub-sample: Pipe ram segment 1 of 1 from item 158, STBD side lower pipe ram.  On 10/15/2012 BP rep conducted NDT.  3 1/2 Gallon bucket | 1/17/2011 |
| 1012 | TO | TO |  | Kaluza | Retain | WGCU600340-0 | BOP-TEST | 159 | n/a | Port Lower Pipe Ram | 12/17/2010 |
| 1275 | BP |  |  | Kaluza | Retain | A/C Container # 4470 | BOP-TEST | 228-Q | n/a | Sub-sample; Coupon from Packer removed from Second Top Cap Choke Side - DNV testing 6/14/2011 resulted in ziploc bag & 2 remnant chunks of material; 2 Gallon bucket | 5/23/2011 |
| 1294 | TO |  |  | Kaluza | Retain | A/C Container # 4470 | BOP-TEST | 229-Q | n/a | Sub-sample; Coupon from Packer from inside Top Cap of LMRP Segment 6 - DNV testing 6/14/2011 resulted in 5 ziploc bags & remnant chunk; 2 Gallon bucket | 5/21/2011 |
| 1340 | BP |  |  | Kaluza | Retain | A/C Container # 4470 | BOP-TEST | 231-Q | n/a | Sub-sample; Coupon taken from Upper Annular  (LMRP) Donut Kill Side - DNV testing 6/14/2011 resulted in 2 ziplog bags & 2 chunks; 1 Plastic bundle | 5/23/2011 |
| 1349.5 |  |  |  | Kaluza | Retain | A/C Container # 4470 | BOP-TEST | 231-E | n/a | Debris (loose) from Upper Annular donut recovered during visual exam - 3/4"x 1/2" piece: Ziploc bag | 2/3/2014 |
| 1375 | BP |  |  | Kaluza | Retain | A/C Container # 4470 | BOP-TEST | 256-Q | n/a | Sub-sample; Coupon taken from LMRP Lower Annular Donut Choke Side - DNV testing 6/14/2011 resulted in 2 ziploc bags & 3 remnant chunks; 1 Plastic bundle | 5/23/2011 |
| 1379.5 |  |  |  | Kaluza | Retain | A/C Container # 4470 | BOP-TEST | 256-B | n/a | Debris (loose) from Lower Annular donut recovered during visual exam - 1 1/2"x 3" piece: Ziploc bag | 2/3/2014 |