| Report line # | 2014 details - BP recmd | 2014 details - TO recmd | 2014 details - Hal recmd | 2014 details - Kaluza Rqst | 2014 details - Summary w/SM recommendation | Evidence Storage Location | FBI ERT ID location | FBI # or GOV# | BP or Other Party # or Identifier | Description of Item | Date Received |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1504 | Court | Court | | | Retain Court | A/C Container # 4470 | None | FC-900 to FC-904 | n/a | Five (5) encrypted Hard Drives from KMPG with data from Phase 2 of the BOP testing: CHI-11883 to CHI-11887 containing BXPP Data files, images and Videos from April 2011 through June 2011 | 11/8/2011 |
| 2143 | Court | Court | | | Retain Court | A/C Container # 4470 | None | FC-1003 | n/a | USB containing data collected during Capping Stack and Gate valve exam January 2012 by DNV. | 2/7/2012 |
| 2144 | Court | Court | | | Retain Court | A/C Container # 4470 | None | FC-1004 | n/a | External Hard drives (2) containing video/photos regarding BOP Capping Stack: 2 TB Drive XC005 G-RAID dual drive with 12/12/2011-01/26/2012 (2 of 2) and 2 TB Drive XC005sub5 G-RAID dual drive with 01/16/2012-01/20/2012 (1 of 2) | 3/2/2012 |
| 2145 | Court | Court | | | Retain Court | A/C Container # 4470 | None | FC-1005 | n/a | External Hard drive w/usb cord (1) containing Laser scan data from Capping Stack examination from DNV: "My Passport" P/N WDBACY3200ABK-01, S/N WXQ1A71J6850 | 3/12/2012 |
| 2154 | nc/DOJ? | | | | Retain Court | A/C Container # 4470 | None | FC-1014 | n/a | Elysium Digital Report with Exhibits CD dated and certified 7/25/2012 | 7/26/2012 |
| 2155 | nc/DOJ? | | | | Retain Court | A/C Container # 4470 | None | FC-1015 | n/a | Elysium Digital Report with Exhibits CD dated and certified 7/25/2012 | 7/26/2012 |
| 2157 | | | | | Retain Court | A/C Container # 4470 | None | FC-1017 | n/a | G-Raid Dual-Drive 2 TB Hard Drive S/N: MAHB3204JF containing video and photography of BP Sub-sampling from 09/05/2012 to 10/05/2012 "Drive # H2cpy2" received from JAM Video 3/1/2013: AC power supply & USB cords included. | 3/1/2013 |
| 2158 | | | | | Retain Court | A/C Container # 4470 | None | FC-1018 | n/a | G-Raid Dual-Drive 4 TB Hard Drive S/N: MAFB1114101130-JB containing video and photography of BP Sub-sampling from 10/06/2012 to 10/11/2012 "Drive # I2cpy2" received from JAM Video 3/1/2013: AC power supply & USB cords included. | 3/1/2013 |
| 2159 | | | | | Retain Court | A/C Container # 4470 | None | FC-1019 | n/a | G-Raid Dual-Drive 4 TB Hard Drive S/N: MAFB11141004B6-JM containing video and photography of BP Sub-sampling from 10/12/2012 to 10/23/2012 "Drive # J2cpy2" received from JAM Video 3/1/2013: AC power supply & USB cords included. | 3/1/2013 |
| 2167 | nc/DOJ? | | | | Retain Court | A/C Container # 4470 | None | FC-1027 | n/a | USB drive (16 GB-SanDisk) containing 32 audio files and 1 Excel spreadsheet w/inventory. Audio files originated from Dr. Leifer MP3 recordings and span dates 6/28/2010 to 5/4/2012 representing a sample set from Dr. Leifer's recordings. Folder "Audio transcription files" added 3/25/2013 by Worldwide Court Reporters reflecting 32 text files of the files. | 3/20/2013 |