UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179<br><br>SECTION "J" |
| Applies to:<br><br>No. 14-0039 | * * * * * | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## ORDER

Plaintiffs in the referenced member case filed a Notice of Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Rec. Doc. 12291)  The notice included a proposed order.

The filing of a notice under Rule 41(a)(1)(A)(i) accomplishes the dismissal; "[t]here is not even a perfunctory order of court closing the file."  *Am. Cyanamid Co. v. McGhee*, 317 F.2d 295, 297 (5th Cir. 1963); *see also* Order of January 21, 2014 (Rec. Doc. 12189).  Accordingly, the Court will not issue the proposed order.

New Orleans, Louisiana, this 5th day of February, 2014.

_____
United States District Judge