UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| No. 13-3016 | * * * | MAG. JUDGE SHUSHAN |

## ORDER

Considering the Ex Parte Motion to Withdraw as Lead Counsel (Rec. Doc. 12292),

IT IS ORDERED that Tracee L. Ivins is withdrawn as counsel for the Plaintiff in the referenced case. Brent W. Coon will continue as counsel for the Plaintiff and is hereby designated as lead counsel of record for the Plaintiff.

New Orleans, Louisiana, this 6th day of February, 2014.

_____
United States District Judge