UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL No. 2179  SECTION J |
| THIS DOCUMENT RELATED TO: | * * * | JUDGE BARBIER MAG. JUDGE SHUSAN |
| Case No. 2:10-cv-08888-CJB-SS | * | |

**************************************************************************

**MOTION FOR LEAVE TO FILE LIMITATION SHORT FORM JOINDERS AFTER THE APRIL 20, 2011 DEADLINE**

# EXHIBIT A

| **Claimant** | **Date Filed** | **Docket Number** |
|---|---|---|
| 1 Yantis E Stafford | 02/06/2014 | 136659 |
| 2 Bosco Bros, LLC | 02/06/2014 | 136660 |
| 3 Kenneth Garrett | 02/06/2014 | 136661 |