IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by | * | MDL NO. 2179 |
|   the Oil Rig "Deepwater Horizon" | * | |
|   in the Gulf of Mexico, on April 10, 2010 | * | SECTION J |
| | * | |
| This document relates to: | * | Honorable CARL J. BARBIER |
| All Cases and No. 12-970 | * | |
| | * | Magistrate Judge SHUSHAN |

## REQUEST FOR ORAL ARGUMENT

**NOW COMES** Emeril's Homebase, LLC ("Homebase") who requests on its Motion (Rec. Doc. No. 12053) for Contempt at Rec. Doc. 12053 be set for oral argument as Homebase believes that oral argument will assist the Court in fully analyzing the issues raised by the Motion and of BP's opposition thereto Rec Doc. 12281.

Pursuant to L.R. 78.1 E, Emeril's Homebase, LLC hereby requests oral argument on its Motion (Rec. Doc. No. 12053) before the Honorable District Judge Barbier, United States District Court, 500 Camp Street, New Orleans, Louisiana 70130.

                **Respectfully submitted,**

                **LOWE, STEIN, HOFFMAN,**
                 **ALLWEISS & HAUVER, L.L.P.**

                */s/ Mark S. Stein*
                **MARK S. STEIN (12428)**
                **MELVIN D. ALBRITTON (27936)**
                **JEFFREY M. HOFFMAN (29253)**
                **701 Poydras Street, Suite 3600**
                **New Orleans, Louisiana 70139-7735**
                **(504) 581-2450**
                **(504) 581-2461 (Fax)**
                **Attorneys for Homebase, L.L.C.**