UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL BY THE OIL RIG                     MDL No. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010              SECTION "J"


This Document Relates to: 2:13-cv-06241            Judge Barbier
                                                   Mag. Judge Shushan


## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, MATTHEW P. PAVLOV, of DENHAM LAW FIRM, PLLC, and enters

his appearance as counsel on behalf of Plaintiff, CHRISTOPHER P. LANDRY, in the above

styled cause of action.

Respectfully submitted on the 7th day of February, 2014.

CHRISTOPHER P. LANDRY
BY: DENHAM LAW FIRM, PLLC


BY: ___*s/Matthew P. Pavlov*_
        MATTHEW P. PAVLOV
        MS Bar No. 104540
        matthew@denhamlaw.com
        DENHAM LAW FIRM, PLLC
        424 Washington Avenue (39564)
        Post Office Drawer 580
        Ocean Springs, MS 39566-0580
        228.875.1234 Telephone
        228.875.4553 Facsimile

CERTIFICATE OF SERVICE

I, MATTHEW P. PAVLOV, hereby certify that the above and foregoing *Notice of Appearance of Counsel* has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of February. 2014.

_____*s/Matthew P. Pavlov*_
MATTHEW P. PAVLOV

MATTHEW P. PAVLOV
Mississippi Bar No. 104540
matthew@denhamlaw.com
DENHAM LAW FIRM, PLLC
424 Washington Avenue (39564)
Post Office Drawer 580
Ocean Springs, MS 39566-0580
228.875.1234 Telephone
228.875.4553 Facsimile