**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:        OIL SPILL BY THE OIL RIG,
              "DEEPWATER HORIZON" IN THE           MDL NO: 2179
              GULF OF MEXICO ON APRIL 20 2010

                                                   SECTION: J
This Document Relates to:

      Bama Sea Products, Inc. v. BP Exploration        JUDGE BARBIER
      & Production, Inc., et al.
      Middle District of Florida Case No.               MAG. JUDGE SHUSHAN
      8:13-cv-1464-T-27EAJ
                                                  /

**NOTICE OF CHANGE OF LAW FIRM AFFILIATION,**
**AND JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL**

      Please take notice that John E. Johnson, Esquire and William P. Cassidy, Jr., Esquire, counsel

for BAMA SEA PRODUCTS, INC., in the above-captioned matter, are no longer affiliated with the law

firm of Shutts & Bowen LLP, and are now affiliated with the law firm of Johnson & Cassidy, P.A.

Henceforth, copies of all notices, pleadings, orders, and other matters should be provided to the following

address:

      JOHN E. JOHNSON
      Florida Bar No. 593000
      jjohnson@jclaw.com
      Telephone: (813) 699-4856
      Facsimile: (813) 235-0456
      WILLIAM P. CASSIDY, JR.
      Florida Bar No. 0332630
      wcassidy@jclaw.com
      Telephone:  (813) 699-4857
      Facsimile:  (813) 235-0458
      **JOHNSON & CASSIDY, P.A.**
      324 S. Hyde Park Avenue, Suite 325
      Tampa, Florida 33606
      Secondary:     swalker@jclaw.com
                     bwalker@jclaw.com

      FURTHERMORE, IT IS HEREBY STIPULATED AND AGREED that the law firm of Johnson

& Cassidy, P.A. shall be substituted for the law firm of Shutts & Bowen LLP as attorney of record for

BAMA SEA PRODUCTS, INC., in the above-captioned case.  Pursuant to this Stipulation, Shutts &

Bowen LLP is hereby discharged and relieved of further responsibility as counsel for BAMA SEA

PRODUCTS, INC., effective as of the date of the Order approving this Stipulation.  Shutts & Bowen

LLP has received a signed consent from BAMA SEA PRODUCTS, INC., for the substitution of law

firms, as required by the Rules Regulating The Florida Bar.

Stipulated and agreed to this 7th day of February, 2014.


**SHUTTS & BOWEN LLP**                           **JOHNSON & CASSIDY, P.A.**

/s/ Eric S. Adams                                        /s/ John E. Johnson
ERIC S. ADAMS                                         JOHN E. JOHNSON
Florida Bar No. 0090476                             Florida Bar No. 593000
SHUTTS & BOWEN LLP                            jjohnson@jclaw.com
4301 W. Boy Scout Blvd, Suite 300            Telephone: (813) 699-4856
Tampa, Florida 33607                                 Facsimile:  (813) 235-0456
Telephone: (813) 229-8900                         WILLIAM P. CASSIDY, JR.
Facsimile:  (813) 229-8901                         Florida Bar No.  0332630
eadams@shutts.com                                     wcassidy@jclaw.com
                                                               Telephone:  (813) 699-4857
                                                               Facsimile:  (813) 235-0458
                                                               **JOHNSON & CASSIDY, P.A.**
                                                               324 S. Hyde Park Avenue, Suite 325
                                                               Tampa, Florida 33606


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of February, 2014, this document was electronically

filed with the Clerk of this Court by using the CM/ECF system, which will serve a copy on all counsel

of record.


/s/ John E. Johnson
Attorney

2