UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL No. 13-0737 SECTION "J" |
| THIS PLEADING APPLIES TO: | * * | JUDGE: BARBIER |
| Darleen Levy, et al. v. BP Exploration & Production, Inc., et al. | * * * * | MAGISTRATE: SHUSHAN |

Civil Action Nos.:
2:13-cv-07373 and 10-md-2179

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS DARLEEN LEVY, ET AL.'S CLAIMS AGAINST WEATHERFORD U.S., L.P.

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Darleen Levy, et al., who, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, file this Notice of Voluntarily Dismissal without Prejudice of their claims against Weatherford U.S., L.P. asserted in the matter of *Darleen Levy, et al.* v. *BP Exploration & Production, Inc., et al.,* Civil Action No. 13-0737, in the United States District Court for the Eastern District of Louisiana, with Plaintiffs reserving all rights to proceed against all remaining defendants in the matter. As of the filing of this Notice, Weatherford has not filed an Answer in Civil Action No. 13-0737.

On February 10, 2012, the United States District Court for the Eastern District of Louisiana, presiding over the *Deepwater Horizon* multi-district litigation, granted summary judgment in Weatherford's favor. (*See* Rec. Docs. 5652, 5653 in Cause No. 10-md-2179, EDLA). In the Court's Order, Rec. Doc. 5653, the Court stated: "the Court finds for reasons stated in Weatherford's Memoranda that there is no evidence that the Weatherford float collar

{N2726107.1}

used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill."

Subsequently, on April 10, 2012, the Court entered a Rule 54(b) Judgment in Weatherford's favor in the multi-district litigation, "dismissing all claims asserted against Weatherford U.S., L.P. and Weatherford International, Inc. in this multi-district litigation for the reasons stated in the Orders (Rec. Doc. 5653 and 5711 in Cause No. 10-md-2179, EDLA), specifically that there is no evidence that the Weatherford float collar used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill." (Rec. Doc. 6402 in Cause No. 10-md-2179, EDLA). There was no appeal taken from the entry of judgment.

**WHEREFORE**, in light of the above summary judgment ruling and the entry of a Rule 54(b) Judgment in favor of Weatherford, Plaintiffs, Darleen Levy, et al., voluntarily dismiss without prejudice their claims, and withdraw all associated allegations, arising out of the *Deepwater Horizon* incident against Defendant Weatherford U.S., L.P. as set forth in the matter of *Darleen Levy, et al.* v. *BP Exploration & Production, Inc., et al.,* Civil Action No. 13-0737, in the United States District Court for the Eastern District of Louisiana, reserving all rights to proceed against all remaining defendants in the matter. Plaintiffs reserve all rights to proceed against all remaining defendants in the matter.

This _7th___ day of February, 2014.

Respectfully submitted:

*/s/ Darleen Jacobs*
DARLEEN M. JACOBS, ESQ. (#7208)
(NY Bar No. 2145704)
*A Professional Law Corporation*
823 St. Louis Street
New Orleans, LA  70112
(504) 522-0155 and (504) 522-3287

/s/Kenny Charbonnet
KENNY CHARBONNET (#4061)
(TX Bar No. 00785576)
3750 South Claiborne Ave.
New Orleans, LA  70125
(504) 897-3700

**/s/Richard Martin**
RICHARD M. MARTIN, JR. (#08998)
(MS Bar No. 99627)
(TX Bar No. 24026021)
Law Offices of Richard M. Martin, Jr., LLC
20 Versailles Boulevard
New Orleans, LA  70125
(504) 861-8476

/s/Steve Gordon
STEVE GORDON (#24109)
(TX Bar No. 08207980)
5821 Southwest Freeway
Suite 422
Houston, TX  77057
(713) 668-9999

{N2726107.1}

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this _7th____ day of February, 2014, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.


                                           */s/ Darleen Jacobs*