**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF | : | |
| OF MEXICO, ON APRIL 20, 2010 | : | SECTION J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE BARBIER |
| | : | |
| CIV. NO. 10-4536 | : | MAGISTRATE JUDGE SHUSHAN |

........................................................................................................................................

**UNITED STATES OF AMERICA'S RESPONSE TO HALLIBURTON ENERGY
SERVICES, INC.'S PROPOSED SUPPLEMENTAL FINDINGS OF FACT AND
CONCLUSIONS OF LAW AS TO PHASE TWO – QUANTIFICATION AND BP
EXPLORATION & PRODUCTION INC. AND ANADARKO PETROLEUM
CORPORATION'S RELATED MOTION TO STRIKE**

On January 24, 2014, the day that Phase Two *reply* briefs were due, Halliburton Energy

Services, Inc., ("Halliburton") filed Proposed Supplemental Findings of Fact and Conclusions of

Law as to Phase Two – Quantification ("PS-FFCL"), *see* Rec. doc. 12224, and on February 4,

2014, BP Exploration and Production Inc. ("BP") and Anadarko Petroleum Corporation

("Anadarko") filed a Motion to Strike Halliburton's PS-FFCL ("Motion to Strike").  *See* Rec.

doc. 12288.  Out of an abundance of caution, the United States submits this brief response to

Halliburton's and BP and Andarko's filings.

1.      The United States does not adopt BP and Andarko's Memorandum in Support of

the Motion to Strike in its entirety, but agrees that that Halliburton's PS-FFCL should be stricken

in light of the Court's proper exclusion of Halliburton from the quantification segment of the

Phase Two trial and the Court's proper refusal to allow the Parties to retry Phase One issues

during the Phase Two segment of the trial.

2.       The United States disagrees with the contention made by BP and Anadarko in their Motion to Strike that the United States' Phase Two Quantification experts assumed the Macondo production casing cement had set.  *See* BP and Andarko's Motion to Strike at p. 4, fn. 2.  The Phase Two Quantification record speaks for itself and the United States submitted proposed Findings of Fact and briefing on this issue.  *See, e.g.,* Rec. doc. 12048-1 at ¶¶ 532, 533; Rec. doc. 12049; Rec. doc. 12237.

3.       Should the Court decline to strike Halliburton's PS-FFCL, the United States respectfully requests permission to make a submission on the merits.


Dated:  February 7, 2014                              Respectfully submitted,

BRIAN HAUCK
Deputy Assistant Attorney General
Civil Division

PETER FROST
Directory, Torts Branch, Civil Division
Admiralty and Aviation
STEPHEN G. FLYNN
Assistant Director
MICHELLE DELEMARRE
SHARON SHUTLER
JESSICA SULLIVAN
JESSICA MCCLELLAN
MALINDA LAWRENCE
Trial Attorneys

ROBERT G. DREHER
Acting Assistant Attorney General
Environment & Natural Resources Division

SARAH HIMMELHOCH
NANCY FLICKINGER
SCOTT CERNICH
RICHARD GLADSTEIN
THOMAS BENSON
Senior Attorneys
A. NATHANIEL CHAKERES
ANNA CROSS
BETHANY ENGEL
JUDY HARVEY
RACHEL KING
ERICA PENCAK
Trial Attorneys

*/s/ Steven O'Rourke*

STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

KENNETH A. POLITE, JR.
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3000
Facsimile: (504) 680-3184
E-mail: sharon.d.smith@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing brief has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12.

Dated: February 7, 2014
*/s/  Steven O'Rourke*