IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: "J" |
| This document relates to No. 12-970 | * | Honorable Carl J. Barbier |
| | | Magistrate Judge Shushan |
| * * * | | |

## ORDER

Considering the foregoing,

**IT IS ORDERED** that C. Berwick Duval, II, Stanwood Duval, and the law firm of Duval, Funderburk, Sundbery, Lovell & Watkins, APLC's Motion for Leave to File Opposition to Motion to Order Production of Certain Documents by Special Master Freeh and to Set Schedule is **GRANTED.**

**IT IS FURTHER ORDERED** that C. Berwick Duval, II, Stanwood Duval, and the law firm of Duval, Funderburk, Sundbery, Lovell & Watkins, APLC's Opposition to Motion to Order Production of Certain Documents by Special Master Freeh and to Set Schedule **BE FILED INTO THE RECORD IN THIS MATTER UNDER SEAL.**

New Orleans, Louisiana this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE