IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: "J" |
| This document relates to No. 12-970 | * | Honorable Carl J. Barbier |
| | | Magistrate Judge Shushan |
| * * * | | |

### NOTICE OF FILING UNDER SEAL

**NOW INTO COURT**, through undersigned counsel, comes C. Berwick Duval, II, Stanwood Duval, and the law firm of Duval, Funderburk, Sundbery, Lovell & Watkins, APLC, who, pursuant to this Court's Standing Order regarding filing documents under seal, respectfully represents that they have filed their opposition to BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c.'s  motion to order production of certain documents by Special Master Freeh and to set schedule under seal.

Respectfully submitted,

*/s/ Ian Atkinson*
Kyle Schonekas, 11817
William P. Gibbens, 27225
Ian Atkinson, 31605
Schonekas, Evans, McGoey & McEachin, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana  70112
Telephone:  (504) 680-6050
Fax:  (504) 680-6051
kyle@semmlaw.com
billy@semmlaw.com
ian@semmlaw.com
Attorneys for Duval, Funderburk, Sundbery, Lovell & Watkins, PLC and C. Berwick Duval, II

1

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 10th day of February, 2014.

                */s/ Ian Atkinson*
                Ian Atkinson