UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NUMBER 2179  SECTION: J |
| | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: 13-CV-05568 | MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE OF VOLUNTARY
DISMISSAL, WITH RESERVATION OF RIGHTS

NOW INTO COURT, through undersigned counsel, come Plaintiffs, **Aubrey L. Roney**, individually and as personal representative of his minor daughter, **Brianna L. Roney;** and **Amber N. Roney**, who desire to voluntarily dismiss any and all claims against Environmental Safety & Health, Inc. As stated in the attached affidavit (Exhibit A), Defendant Environmental Safety & Health, Inc. was not involved in the actions leading to Plaintiff's injuries.

Plaintiffs desire to reserve all rights against BP Exploration & Production, Inc.; BP America Production Company; BP P.L.C.; Apex Environmental Services, L.L.C.; Nature's Way Marine, L.L.C.; United States Environmental Services, L.L.C.; Environmental, Safety & Health Consulting Services, Inc.; ABC insurance company; DEF insurance company; GHI insurance company; JKL insurance company; MNO insurance company; PQR insurance company; and STU insurance company.

K:\Public\JWD\RONEY, AUBREY\Pleadings\Notice of Dismissal - ES&H.wpd

By Attorneys:

*s/John W. deGravelles*

**JOHN W. deGRAVELLES** (04808)
J. NEALE deGRAVELLES (29143)
deGravelles, Palmintier, Holthaus & Frugé, L.L.P.
618 Main Street
Baton Rouge, Louisiana 70801-1910
(225) 344-3735 • Fax: (225) 336-1146
jdegravelles@dphf-law.com
ndegravelles@dphf-law.com

*s/Richard J. Fernandez*
**RICHARD J. FERNANDEZ** (05532)
Law Office of Richard J. Fernandez, LLC
3000 West Esplanade Avenue, Ste. 200
Metairie, Louisiana 70002
(504) 834-8500 • Fax: (504) 834-1511
rick@rjfernandezlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of February, 2014, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Don K. Haycraft, James P. Roy and Stephen J. Herman by operation of the court's electronic filing system and to all counsel of record through the Lexis Nexis File & Serve.

*s/John W. deGravelles*
**JOHN W. deGRAVELLES**

K:\Public\JWD\RONEY, AUBREY\Pleadings\Notice of Dismissal - ES&H.wpd