UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT COURT OF LOUISIANA

| | |
|---|---|
| AUBREY L. RONEY, INDIVIDUALLY, ) <br> and as personal representative of his ) <br> minor daughter, BRIANNA L. RONEY, ) <br> and AMBER N. RONEY, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> BP EXPLORATION & PRODUCTION, ) <br> INC., et al, ) <br>   ) <br> Defendants. ) | Civil Action No.   13-CV-05568 J(1) |

## AFFIDAVIT OF DAVID O'TOOLE

Comes your Affiant and states as follows:

1. My name is David O'Toole. I am over the age of 18 and competent to testify regarding the matters contained in this Affidavit.

2. I currently serve as the Vice President of Finance for ES&H, Inc.

3. ES&H, Inc. is a corporation formed in the State of Tennessee on February 5, 1997. Our principal office is located at 940 Sanctuary Lane, Knoxville, Tennessee 37932.

4. ES&H, Inc. did not perform any work for or with BP Exploration and Production, Inc. in Louisiana during the time period identified in Plaintiff's Complaint.

5. ES&H, Inc.'s employment, payroll and independent contractor records do not contain any reference to Plaintiff, Aubrey L. Roney working, either an an employee or contractor, from ES&H.

6. ES&H, Inc. has not performed any off shore diving and salvage work in the Gulf of Mexico during the time period identified in Plaintiff's Complaint.

7. ES&H, Inc. did not perform any work with or for Apex Environmental, Nature's Way Marine or the United States Environmental Services during the time period identified in Plaintiff's Complaint.

Exhibit A

FURTHER AFFIANT SAITH NOT.

_____
David O'Toole

STATE OF TENNESSEE )
                   )
COUNTY OF _Knox_   )

Sworn to and subscribed before me this _6TH_ day of _NOVEMBER_, 2013.

_____
Notary Public

My Commission Expires: _6/6/17_

2