# EXHIBIT "A"

| CLAIMANT NAME | DATE OF FILING | SHORT FORM DOCUMENT NUMBER |
|---|---|---|
| Brunet, Billy J. | 01/16/14 | 136626 |
| Albert, Sandra Hardeman (AMENDED) | 02/10/14 | 136663 |

1