UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**JOINDER TO GLEN J. LERNER'S OPPOSITION TO BP'S MOTION FOR PRODUCTION OF CERTAIN DOCUMENTS BY SPECIAL MASTER FREEH AND TO SET SCHEDULE**

**NOW INTO COURT**, through undersigned counsel of record, comes Andry Lerner, LLC, ("Andry Lerner") who respectfully submits this *Joinder to Glen J. Lerner's Opposition to BP's Motion for Production of Certain Documents by Special Master Freeh and to Set Schedule* (the "Opposition") seeking to join Glen J. Lerner's argument that BP's motion for production of certain records from the Special Master via the BP Motion at Rec. Doc. 12254 should be denied. In support of this Opposition, Andry Lerner avers as follows:

Background

1. By its motion for production (Rec. Doc. 12254), BP is seeking access to thousands of hard copy and electronic pages of interview transcripts and notes, personal emails, individual bank and telephone records, claimant files, and other materials as part of his investigation into the facts and circumstances surrounding the resignation of Lionel Sutton from the Claims Administration Office.

2. On February 10, 2014, Glen J. Lerner filed the *Glen J. Lerner's Opposition to BP's Motion for Production of Certain Documents by Special Master Freeh and to Set Schedule* (the "Glen J. Lerner Opposition") (Rec. Doc. 12308). Pursuant to the Glen J. Lerner Opposition,

{00339381-1}

Mr. Lerner is arguing that: (i) neither rule 53 nor due process entitles BP to full and complete disclosure of the Special Master's Investigative Record; and (ii) in the alternative if disclosure is granted, any disclosure to BP must be made pursuant to a protective order.

<u>Joinder to the Glen J. Lerner Opposition</u>

3. Andry Lerner supports and concurs with the arguments presented in the Glen J. Lerner Opposition. Accordingly, Andry Lerner respectfully requests that this court, for the reasons stated in the Glen J. Lerner Opposition, deny BP's motion or in the alternative, issue a protective order under rule 26(c) to prevent the documents' appearance in the BP's public relation campaign.

**WHEREFORE**, Andry Lerner, LLC respectfully requests that this court deny the BP's motion (Rec. Doc. 12254) for the reasons stated in the *Glen J. Lerner's Opposition to BP's Motion for Production of Certain Documents by Special Master Freeh and to Set Schedule* (the (Rec. Doc. 12308).

February 10, 2014

RESPECTFULLY SUBMITTED:

BY: */s/Douglas S. Draper*
Douglas S. Draper (La. Bar #5073)
Greta M. Brouphy (La. Bar # 26216)
Heller, Draper, Patrick, Horn
& Dabney, LLC
650 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3300
Facsimile: (504)299-3399
ddraper@hellerdraper.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Joinder to Glen J. Lerner's Opposition to BP's Motion for Production of Certain Documents by Special Master Freeh and to Set Schedule*

has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 1, and that the foregoing was electrically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of February 2014.

                */s/Douglas S. Draper*