UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL No. 2179<br><br>SECTION J |
| This Document Applies to:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

### MOTION TO SEAL JOINT MOTION FOR ENTRY OF AMENDED AND SUPERSEDING ORDER AMENDING JANUARY 2, 2014 ORDER [DOC. 12077] GRANTING JOINT MOTION TO MODIFY ORDER APPROVING PROCEDURE FOR PAYMENT OF CERTAIN CLAIMS OF CLIENTS OF THE ANDRYLERNER LAW FIRM

**COME NOW** Special Master Louis J. Freeh (the "Special Master") and the AndryLerner LLC ("Law Firm"), without objection by Patrick A. Juneau as Claims Administrator and Trustee (the "Claims Administrator"), who move this Court to Seal the Joint Motion for Entry of Amended and Superseding Order Amending January 2, 2104 Order [Doc. 12077] Granting Joint Motion to Modify Order Dated December 19, 2013, Approving Procedure for Payment of Certain Claims of Clients of Law Firm ("Joint Motion"), together with the proposed Order attached to the Joint Motion, based on the following:

1. The Special Master and Law Firm, together with Patrick A. Juneau as Claims Administrator and Trustee, are filing the Joint Motion to modify the Court's Order of January 2, 2014 involving claimants represented by Law Firm. The documents concerning the Joint Motion shall be provided to the Special Master, the Claims Administrator, and counsel for the partners of Law Firm.

2. The Joint Motion relates to the January 2, 2014 Order that was itself filed under seal.

3. For these reasons, Law Firm and the Special Master, without objection by the Claims Administrator, respectfully request that the Joint Motion, the proposed Order attached to the Joint Motion and any amended and superseding order entered as a result of the filing of the Joint Motion be filed under seal, except that copies of same shall be provided to counsel for the Special Master, the Claims Administrator, as well as to counsel for the partners of Law Firm, and as provided in the proposed Order attached to the Joint Motion.

Dated:  February 11, 2014

    Respectfully submitted,

    BY:/s/*Douglas S. Draper*
    Douglas S. Draper (La. Bar #5073)
    Heller, Draper, Patrick, Horn & Dabney, LLC
    650 Poydras Street, Suite 2500
    New Orleans, LA  70130
    Telephone:  (504) 299-3300
    Facsimile:  (504) 299-3399
    ddraper@hellerdraper.com

    **AND**

    BY:/s/*Louis J. Freeh*
    Louis J. Freeh
    Special Master

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to Seal Joint Motion for Entry of Amended and Superseding Order Amending January 2, 2014 Order [Doc. 12077] Granting Joint Motion to Modify Order Approving Procedure for Payment of Certain Claims of Clients of the AndryLerner Law Firm been served on All Counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 1, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of February, 2014.

                                            */s/Gregory A. Paw*
                                            Gregory A. Paw