UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL No. 2179<br><br>SECTION J |
| This Document Applies to:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## ORDER

AND NOW this \_\_\_\_\_ day of February, 2014, the Court ORDERS that the accompanying papers shall be filed by the Clerk of Court UNDER SEAL.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE