UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL No. 2179<br><br>SECTION J |
| This Document Applies to:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

### NOTICE OF FILING UNDER SEAL

**NOW INTO COURT**, through undersigned counsel, come AndryLerner, LLC and Louis J. Freeh, Special Master, who pursuant to the Court's Standing Order regarding filing documents under seal, respectfully represents that it has filed under seal a *Joint Motion for Entry of Amended and Superseding Order Amending January 2, 2104 Order [Doc. 12077] Granting Joint Motion to Modify the Court's Order Dated December 19, 2013 Approving Procedure for Payment of Certain Claims of Clients of the AndryLerner Law Firm.*

Dated:  February 11, 2014

        Respectfully submitted,

        BY:/s/Douglas S. Draper
        Douglas S. Draper (La. Bar #5073)
        Heller, Draper, Patrick, Horn & Dabney, LLC
        650 Poydras Street, Suite 2500
        New Orleans, LA  70130
        Telephone:  (504) 299-3300
        Facsimile:  (504) 299-3399
        ddraper@hellerdraper.com

        **AND**

        BY:/s/Louis J. Freeh
        Louis J. Freeh
        Special Master