IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Michael Abney, *et al.*,<br>　　　Plaintiffs,<br><br>v.<br><br>Plant Performance Services, LLC, d/b/a P2S; Fluor Enterprises, Inc.; BP Exploration & Production, Inc.; BP America Production Company; BP p.l.c.; and O'Brien's Response Management, Inc.,<br>　　　Defendants. | CASE NO. 2:13-cv-00582-CJB-SS |

**<u>CERTAIN PLAINTIFFS' NOTICE OF DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE</u>**

The following seventy-nine Plaintiffs, through their respective counsel and pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, hereby serve notice of their dismissal <u>with prejudice</u> of three causes of action identified below as asserted against Plant Performance Services, LLC, d/b/a P2S ("P2S") and Fluor Enterprises, Inc. (with P2S, collectively referred to herein as the "P2S Defendants"), with each party to bear its own costs and fees:

| | | | | |
|---|---|---|---|---|
| 1 | Aldrich, Cara | | 15 | Cobb, Dushan |
| 2 | Ammar, Garry | | 16 | Cooler, Sassy |
| 3 | Banks, David | | 17 | Cunningham, Marchita |
| 4 | Banks, Sonamekia | | 18 | Dale, Ernest |
| 5 | Beal, Charles | | 19 | Decaylor, John |
| 6 | Beesley, Fredric | | 20 | Dove, William |
| 7 | Bivins, Lonnie | | 21 | Dumas, Donald |
| 8 | Branch, Kevin | | 22 | Elliot, Cynthia |
| 9 | Brown, Anthony | | 23 | Finney, Steven |
| 10 | Brown, Darlene | | 24 | Franklin, Kinte |
| 11 | Brown, Lamaro | | 25 | Franklin, Wayne |
| 12 | Bryant, James | | 26 | Fugatt, Curtis |
| 13 | Carter, Randy | | 27 | Grace, Daniel |
| 14 | Causey, Christopher | | 28 | Grasso, James |

| | | | | |
|---|---|---|---|---|
| 29 | Heard, Demetrius | | 70 | Robinson, Brenda |
| 30 | Hennis, David | | 71 | Smith, Rufus |
| 31 | Howard, Jonathan | | 72 | Thornhill, Kathleen |
| 32 | Huff, Benjamin | | 73 | Walker, Josh |
| 33 | Hull, Janice | | 74 | Wallace, Guy |
| 34 | Hunt, Bruce | | 75 | Williams, Gerald |
| 35 | Jenkins, Henry | | 76 | Williams, Magdaline |
| 36 | Jenkins, Precious | | 77 | Williams, Skyler |
| 37 | Johnson, Brandy | | 78 | Williams, Thurston |
| 38 | Jones, Carrie | | 79 | Wright, Allen |
| 39 | Jones, Craig | | | |
| 40 | Jones, Teri | | | |
| 41 | Kennedy, Warren | | | |
| 42 | Knight, Lashebre | | | |
| 43 | Lee, Robert | | | |
| 44 | Lett, Gail | | | |
| 45 | Lewis, Willie | | | |
| 46 | Lindsey, Reginald | | | |
| 47 | Londrow, Samuel | | | |
| 48 | Martin, Mario | | | |
| 49 | McCants, Kanita | | | |
| 50 | McCants, Samuel | | | |
| 51 | McIntosh, William | | | |
| 52 | McKenzie, Dorothy | | | |
| 53 | McRoy, Michael | | | |
| 54 | McWilliams, Tasharra | | | |
| 55 | Minchew, Lennard | | | |
| 56 | Moore, Carolyn | | | |
| 57 | Morrill, Alfred | | | |
| 58 | Myles, Diane | | | |
| 59 | Neger, Joseph | | | |
| 60 | Nettles, Calvin | | | |
| 61 | Novelozo, Ulric | | | |
| 62 | Odom, Gil | | | |
| 63 | Parker, Harold | | | |
| 64 | Perritt, Tony | | | |
| 65 | Pullium, David | | | |
| 66 | Revels, Ronald | | | |
| 67 | Reynolds, AnnaMaria | | | |
| 68 | Richardson, Valerie | | | |
| 69 | Richardson, Willie | | | |

The claims that are dismissed as alleged against the P2S Defendants are the following: Count I (Civil Remedy for Injuries By Hazardous Substances Under Florida Statutes, Chapter 376); Count V (Punitive Damages Under Chapter 376); and Count VI (Medical Surveillance).

Any Plaintiffs in this cause that are not identified in the group of 79 above do <u>not</u> hereby dismiss any claims, and nothing herein shall be construed as dismissing: (a) any other claims in this action asserted against the P2S Defendants; or (b) any claims in this action against any party other than the P2S Defendants.

Respectfully submitted,

s/ Heather Fisher Lindsay
Heather Fisher Lindsay
Florida Bar No. 073441
Lindsay & Andrews, PA
5218 Willing Street
Milton, FL 32570
Phone: 850-623-3200
Fax: 850-623-0104

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed on February 12, 2014 via CM/ECF, which will send a copy of this filing via email to all attorneys of record.

s/ Heather Fisher Lindsay

{25683860;1}