UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| Applies to: No. 13-2547 | * * * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

Considering Plaintiff's Second Motion to Extend Time for Service (Rec. Doc. 12025),

IT IS ORDERED that Plaintiff is granted an additional one hundred twenty (120) days to serve any non-served defendants.

New Orleans, Louisiana, this 12th day of February, 2014.

_____
United States District Judge