UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| Nos. 13-6674, 12-970, and all cases | * | MAG. JUDGE SHUSHAN |
| | * | |
| | * | |

## ORDER

IT IS ORDERED that oral argument on BP's Motion for a Preliminary Injunction Suspending the Second Distribution of the Seafood Compensation Program (No. 13-6674, Rec. Doc. 2) is scheduled for <u>Wednesday, February 26 at 9:30 a.m.</u>.  BP's Motion for Relief Pursuant to Rule 60(b)(3) (No. 10-md-2179, Rec. Doc. 11994) will be considered with the Motion for Preliminary Injunction, to the extent the motions seek identical relief.  Consequently, the Court does not require further briefing or submissions.

New Orleans, Louisiana, this 13th day of February, 2014.

_____
United States District Judge