UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| This document relates to: Case No. 2:13-cv-02026 | Honorable Carl J. Barbier |
| | Magistrate Judge Shushan |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD FOR TALEN'S MARINE & FUEL, LLC

Plaintiff TALEN'S MARINE & FUEL, LLC respectfully requests that this Honorable Court enter an order enrolling Mr. A. Craig Eiland of The Law Offices of A. Craig Eiland, PC in substitution for Jonathan B. Andry of The Andry Law Group as counsel of record for TALEN'S MARINE & FUEL, LLC in this matter.

Dated: February 13, 2014

RESPECTFULLY SUBMITTED:

BY: /s/ A. Craig Eiland

The Law Offices of A. Craig Eiland, PC

A Craig Eiland (#9076)
2211 The Strand, Suite 201
Galveston, TX 77550
Telephone: 409-763-3260
Facsimile: 409-763-8154
Email: ceiland@eilandlaw.com

RESPECTFULLY SUBMITTED:

BY: /s/ Jonathan B. Andry

The Andry Law Group

Jonathan B. Andry
610 Baronne Street
New Orleans, LA 70113
Telephone: 504-525-5535
Facsimile: 504-586-8933
Email: jandry@andrylawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Substitute Counsel of Record for TALEN'S MARINE & FUEL, LLC has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of February, 2014.

_____
A. Craig Eiland

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>Case No. 2:13-CV-02026 | MDL NO. 2179<br><br>SECTION: J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

ORDER

Considering the foregoing Motion to Substitute Counsel for Record for TALEN'S MARINE & FUEL, LLC, filed by Jonathan B. Andry of The Andry Law Group.

IT IS HEREBY ORDERED that A. Craig Eiland of The Law Offices of A. Craig Eiland, PC be substituted for Jonathan B. Andry of The Andry Law Group, as counsel of record for Plaintiff TALEN'S MARINE & FUEL, LLC.

New Orleans, Louisiana this _____ day of _____, 2014.

_____
United States District Judge