UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | NO.: 2:10-MD-2179 SECTION: "J" |
| This Document Applies to | : | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisdheries, Inc, et al v. BP Exploration & Production Inc., et al | : | MAG. JUDGE SHUSHAN |

**MOTION, INCORPORATED MEMORANDUM FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION OF THE SPECIAL MASTER FOR RETURN OF PAYMENTS MADE TO CASEY THONN AND OTHERS**

COMES NOW, defendant herein, Casey Thonn, who through undersigned counsel respectfully requests that the date presently set for him to file his response to the the Freeh Group, February 14, 2014, be continued for the following reasons:

I.

Mr. Thonn, through undersigned counsel, is requesting additional time to file a response to the Motion of the Special Master for Return of Payments Made to Casey Thonn and Others, filed on January 8, 2014.

II.

Additional time is needed for defense counsel to respond as he is recently recovering from a surgical procedure.

III.

Mr. Greg Paw has been contacted and has no position on the continuance.

WHEREFORE, defendant herein through undersigned counsel respectfully requests a continuance of the above captioned matter be granted.

Respectfully submitted,


/S/ FRANK G. DeSALVO
_____

**FRANK G. DeSALVO (#4898)**
739 Baronne Street
New Orleans, Louisiana 70113
Telephone:  (504) 524-4191
Facsimile:   (504) 821-0036

## CERTIFICATE OF SERVICE

  I hereby certify that on February 13, 2014 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

/s/ Frank G. DeSalvo
_____