UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG        :       NO.: 2:10-MD-2179
    "DEEPWATER HORIZON" IN THE
    GULF OF MEXICO, ON APRIL 20, 2010   :       SECTION: "J"

This Document Applies to                 :       JUDGE BARBIER

No. 12-970, Bon Secour Fisheries, Inc, et al v. BP   :   MAG. JUDGE SHUSHAN
Exploration & Production Inc., et al

<u>ORDER</u>

Considering the above and foregoing Motion for Extension of Time to File Response;

IT IS ORDERED, ADJUDGED AND DECREED that the previously set deadline for Mr. Thonn's response, February 14, 2014 be continued to _____, at ___ ____.M.

THUS DONE AND SIGNED IN NEW ORLEANS, LOUISIANA this _____ day of _____, 2014.

_____
JUDGE