IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: <br><br> OIL SPILL BY THE OIL RIG "DEEPWATERHORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 <br><br> This document relates to: <br><br> 2:13-cv-02964-CJB-SS | MDL NO. 2179 <br><br> SECTION:  J <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |

**CERTAIN PLAINTIFFS' NOTICE OF DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE**

The following twenty-two Plaintiffs, through their respective counsel and pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, hereby serve notice of their dismissal <u>with prejudice</u> of three causes of action identified below as asserted against Plant Performance Services, LLC, d/b/a P2S ("P2S") and Fluor Enterprises, Inc. (with P2S, collectively referred to herein as the "P2S Defendants"), with each party to bear its own costs and fees:

| | | | | |
|---|---|---|---|---|
| 1 | Ball, Jakeya | | 15 | Kirkland, James |
| 2 | Ball, Vanessa | | 16 | Odom, Marie |
| 3 | Beachem, Cedric | | 17 | Ogles, Frank |
| 4 | Brockington, Toria | | 18 | Parizo, Robert |
| 5 | Burke, Steven | | 19 | Simmons, Davetta |
| 6 | Casanova, Eddie | | 20 | Turner, Michael |
| 7 | Dearwent, Paul | | 21 | Wicker, Jennifer |
| 8 | Earl, Matthew | | 22 | Wingate, Edward |
| 9 | Funk, John | | | |
| 10 | Hall, Dave | | | |
| 11 | Harmon, Rick | | | |
| 12 | Johnson, Anthony | | | |
| 13 | Jones, Anthony | | | |
| 14 | Jones, Dwight | | | |

{25683860;1}

The claims that are dismissed as alleged against the P2S Defendants are the following: Count I (Civil Remedy for Injuries By Hazardous Substances Under Florida Statutes, Chapter 376); Count V (Punitive Damages Under Chapter 376); and Count VI (Medical Surveillance).

Any Plaintiffs in this cause that are not identified in the group of 22 above do <u>not</u> hereby dismiss any claims, and nothing herein shall be construed as dismissing: (a) any other claims in this action asserted against the P2S Defendants; or (b) any claims in this action against any party other than the P2S Defendants.

Respectfully submitted,

s/ Heather Fisher Lindsay
Heather Fisher Lindsay
Florida Bar No. 073441
Lindsay & Andrews, PA
5218 Willing Street
Milton, FL 32570
Phone: 850-623-3200
Fax: 850-623-0104

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed on February 13, 2014 via CM/ECF, which will send a copy of this filing via email to all attorneys of record.

s/ Heather Fisher Lindsay

{25683860;1}