UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| No. 12-970 | * * * | MAG. JUDGE SHUSHAN |

## ORDER

Considering Casey Thonn's Motion for Extension of Time to File Response to Motion of the Special Master for Return of Payments Made to Casey Thonn and Others (Rec. Doc. 12330);

IT IS ORDERED that the deadline for Casey Thonn to respond to the Special Master's motion is extended up to and including <u>Friday, March 14, 2014</u>. The deadline for the Special Master to file a reply is also extended up to and including <u>Monday, March 24, 2014</u>.

New Orleans, Louisiana, this 14th day of February, 2014.

_____
United States District Judge