UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to:<br>Case No. 2:13-CV-02026 | MDL NO. 2179<br><br>SECTION: J<br><br>Honorable Carl J. Barbier<br><br>Magistrate Judge Shushan |

ORDER

Considering the foregoing Motion to Substitute Counsel for Record for TALEN'S MARINE & FUEL, LLC, filed by Jonathan B. Andry of The Andry Law Group.

IT IS HEREBY ORDERED that A. Craig Eiland of The Law Offices of A. Craig Eiland, PC be substituted for Jonathan B. Andry of The Andry Law Group, as counsel of record for Plaintiff TALEN'S MARINE & FUEL, LLC.

New Orleans, Louisiana this __14__ day of __February__, 2014.

_____
United States District Judge