IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This document relates to all actions. | * * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### RESPONSE OF BP TO JOIN MOTION OF THE SPECIAL MASTER FOR RETURN OF PAYMENTS MADE TO CASEY C. THONN AND OTHERS

BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c. ("BP") respectfully submit this response to join the Motion of the Special Master for Return of Payments Made to Casey C. Thonn and Others and to urge the Court to grant the Special Master's requested relief.

BP is the party that must bear the cost of any fraudulent claim. It, thus, has a direct and particularly acute interest in the outcome of this motion.

The evidence of wrongdoing documented by the Special Master in his motion is compelling. And the equities here are clear. BP should not be obligated to pay a claim that was predicated on the submission of false evidence. Nor should those professionals who assisted in the submission of such a claim be permitted to profit from it at BP's expense. The Court has the authority to require the return of these monies to the Court-Supervised Settlement Program ("CSSP"), and it should do so for the reasons stated by the Special Master. The CSSP cannot be permitted to be used as an instrument of fraud.

Indeed, allowing the payments at issue to stand in the face of the evidence gathered by the Special Master would not only directly harm BP, but undermine the integrity of the CSSP. There can be no tolerance for fraud when the CSSP processes claims in the first instance. Likewise, where a fraud is only uncovered later, all appropriate remedies should be pursued to ensure the return of those monies.  It serves no legitimate interest to permit Casey Thonn and the associated professionals who profited from his false claim to retain payments that were awarded only as a result of fraud.

## CONCLUSION

For the foregoing reasons and those set forth in the Special Master's motion, BP respectfully requests that the Court grant Special Master Freeh's Motion for Return of Payments Made to Casey C. Thonn and Others, including all requested relief.

February 14, 2014

James J. Neath
Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX  77079
Telephone:  (281) 366-2000
Telefax:  (312) 862-2200

Respectfully submitted,

  /s/ Kevin M. Downey
Kevin M. Downey
F. Lane Heard III
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

| | |
|---|---|
| Daniel A. Cantor | /s/ Don K. Haycraft |
| Andrew T. Karron | S. Gene Fendler (Bar #05510) |
| ARNOLD & PORTER LLP | Don K. Haycraft (Bar #14361) |
| 555 Twelfth Street, NW | R. Keith Jarrett (Bar #16984) |
| Washington, DC 20004 | LISKOW & LEWIS |
| Telephone: (202) 942-5000 | 701 Poydras Street, Suite 5000 |
| Telefax: (202) 942-5999 | New Orleans, Louisiana 70139 |
| | Telephone: (504) 581-7979 |
| Robert C. "Mike" Brock | Telefax: (504) 556-4108 |
| COVINGTON & BURLING LLP | |
| 1201 Pennsylvania Avenue, NW | Richard C. Godfrey, P.C. |
| Washington, DC 20004 | J. Andrew Langan, P.C. |
| Telephone: (202) 662-5985 | Wendy L. Bloom |
| Telefax: (202) 662-6291 | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle Street |
| Jeffrey Lennard | Chicago, IL 60654 |
| Keith Moskowitz | Telephone: (312) 862-2000 |
| DENTONS US LLP | Telefax: (312) 862-2200 |
| 233 South Wacker Drive | |
| Suite 7800 | Jeffrey Bossert Clark |
| Chicago, IL 60606 | Steven A. Myers |
| Telephone: (312) 876-8000 | KIRKLAND & ELLIS LLP |
| Telefax: (312) 876-7934 | 655 Fifteenth Street, N.W. |
| | Washington, D.C. 20005 |
| *OF COUNSEL* | Telephone: (202) 879-5000 |
| | Telefax: (202) 879-5200 |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of February, 2014.

                                              */s/ Don K. Haycraft*
                                              Don K. Haycraft