UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| Nos. 13-6674, 14-0039 | * * * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is the Watts Defendants' Motion for Expedited Consideration (Rec. Doc. 12173) of their Motion to Stay Proceedings Pending Parallel Criminal Investigation (Rec. Doc. 12171) respecting member case No. 13-6674.

IT IS ORDERED that the Motion for Expedited Consideration (Rec. Doc. 12173) is GRANTED. Oral argument on the Motion to Stay Proceedings (Rec. Doc. 12171) will be heard on Wednesday, February 26 at 9:30 a.m.[1]

The Watts Defendants also filed similar motions to stay and for expedited consideration regarding another case, No. 14-0039. (Rec. Docs. 12196, 12197) In light of the fact that case No. 14-0039 has been dismissed (*see* Rec. Doc. 12294, 12291);

IT IS FURTHER ORDERED that the Watts' Defendants Motion to Stay Proceedings (Rec. Doc. 12196) and Motion for Expedited Consideration (Rec. Doc. 12197) are DENIED AS MOOT.

---

[1] The Court notes that the Watts Defendants' Motion to Stay Proceedings has been fully briefed, even though no briefing schedule issued. (*See* BP Opp'n, Rec. Doc. 12228; Watts Defs.' Reply, Rec. Doc. 12285).

New Orleans, Louisiana, this 14th day of February, 2014.

_____
United States District Judge