UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970. Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS PURSUANT TO RULE 12(b)

Lionel H. Sutton III, sought to be made defendant herein and appearing in proper person, moves this Court to dismiss the Motion filed by the Special Master pursuant to Fed. R. Civ. Proc. 12(b) (2), (4), (5) and (6).

As more fully explained in Mover's memorandum, the Special Master has failed to allege facts that support his proposed Order that Mover pay $35,700.23 to the DHECC. Additionally, this Court lacks personal jurisdiction over Mover in this proceeding and the Special Master's pleadings fail to comply with Fed. R. Civ. Proc. 3, 4 & 10.

Specifically, the Special Master's Motion should be dismissed because:

1) The Special Master has failed to state a claim against Lionel Sutton upon which relief can be granted;

2) The Special Master has failed to state a claim that would allow the DHECC to recover any money from Lionel Sutton;

3) The Special Master has failed to state a claim that would allow the DHECC to recover over $91,000 more than it paid.

4)   Section 18.1 of the Amended Settlement Agreement does not provide jurisdiction over Lionel Sutton in this proceeding;

5)   Fed. R. Civ. Proc. 3 requires that a civil action be commenced by the filing of a Complaint, which the Special Master failed to do;

6)   Fed. R. Civ. Proc. 4 requires that a Summons be served on the Defendant with a copy of the Complaint, which the Special Master failed to do;

7)   The Special Master has failed to draft his pleadings in the form required by Fed. R. Civ. Proc. 10.

Because the Special Master has failed to state a claim against Mover upon which relief can be granted, and because the Special Master has failed to file and serve pleadings in compliance with the Federal Rules of Civil Procedure, this action should be dismissed.

Respectfully submitted,

_____
Lionel H. Sutton, III *in proper person*
Bar No. 20386

935 Gravier St., Ste. 1910
New Orleans, LA 70112
Ph. (504) 592-3230
Fx. (504) 585-1789

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by electronic means, including the CM/ECF system.

NEW ORLEANS, LOUISIANA this 14 day of February, 2014.

_____
Lionel H. Sutton, III