# GCCF — Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

July 20, 2011

CHRISTINE REITANO
c/o SUTTON AND REITANO
935 GRAVIER ST.
SUITE 600
NEW ORLEANS, LA 70112

RECEIVED JUL 2 5 2011 BY:

RE: **Deficiency Letter on Interim Payment/Final Payment Claim**
**CASEY CHARLES THONN**
**Claimant ID: 1060469**

Dear Claimant:

The Gulf Coast Claims Facility (the "GCCF") is the official way for Individuals and Businesses to file claims for costs and damages incurred as a result of the oil discharges due to the Deepwater Horizon Incident on April 20, 2010 ("Oil Spill"). The GCCF and its Claims Administrator, Kenneth R. Feinberg, act for and on behalf of BP Exploration & Production, Inc. ("BP") in fulfilling BP's statutory obligations as a "responsible party" under the Oil Pollution Act of 1990 ("OPA").

*All claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement or signing a release of legal rights.*

You have filed one or more Claim Forms with the GCCF. This Deficiency Letter ("Letter") is an official notification from the GCCF. This letter addresses any Interim Payment and/or Full Review Final Payment Claim Form you have filed to date on which you have not previously received a final determination.

We have reviewed the Claim Form(s) that you submitted and determined that your file is missing information that is necessary to the review of your claim. We cannot take any further action on your claim until you provide the following:

| | Claim Type | Why We Need the Missing Information | What You Need to Submit |
|---|---|---|---|
| 1. | Loss of Subsistence | We are unable to determine the portion of your catch that was kept for personal consumption or bartering purposes. | Documents, such as an affidavit or third party proof, which show that you kept a portion of your catch for personal con[sumption or] bartering purposes. |


EXHIBIT A

Submit these documents within 30 days after the date of this Letter. You can send us documents using any of the following ways:

| | | |
|---|---|---|
| 1. | **By Emailed PDF Attachment:** (Emailed no later than 30 days after the date of this Letter) | Email to info@gccf-claims.com |
| 2. | **By Mail:** (Postmarked no later than 30 days after the date of this Letter) | Gulf Coast Claims Facility<br>Kenneth R. Feinberg, Administrator<br>P.O. Box 9658<br>Dublin, OH 43017-4958 |
| 3. | **By Overnight, Certified or Registered Mail:** (Placed with the delivery service no later than 30 days after the date of this Letter) | Gulf Coast Claims Facility<br>Kenneth R. Feinberg, Administrator<br>5151 Blazer Pkwy., Suite A<br>Dublin, OH 43017 |
| 4. | **By Facsimile:** (Sent no later than 30 days after the date of this Letter) | 1-866-682-1772 |
| 5. | **Visit a GCCF Site Office:** (No later than 30 days after the date of this Letter) | You can bring the documents to a GCCF Site Office no later than 30 days after the date of this Letter. Visit the GCCF website at www.gulfcoastclaimsfacility.com to see a list of Site Offices, or call 1-800-916-4893 and ask for Site Office locations. |

**IMPORTANT NOTE:** *Make sure that you write your Claimant Identification Number (shown above) and your Social Security Number or Taxpayer ID on each page of each document that you submit, so that the GCCF can properly attach your documents to your claim.* Otherwise, if the documents get separated, we cannot always determine to which claimant they belong.

**Quick Payment Option.**

If you are unable to or do not wish to provide the documentation required as described above and you have previously been paid an Emergency Advance Payment or an Interim Payment, you have the option of submitting a Quick Payment Final Claim Form without submitting additional documentation. If you apply for a Quick Payment Final Claim, you must be willing to accept a fixed Final Payment amount of $5,000 for Individual Claimants and $25,000 for Business Claimants and to sign a Release and Covenant Not to Sue. If you sign a release of liability, you will not be able to seek further compensation from the GCCF, the Coast Guard, or in court.

You may download the Quick Payment Claim Form and the Release and Covenant Not to Sue from the GCCF website or you may also go to a Claims Site Office and have the Quick Payment Claim Form and the Release and Covenant Not to Sue printed for you. Additionally, you may call the GCCF Toll Free Number 1-800-916-4893 or email **info@gccf-claims.com** to ask that the packet be sent to you.

If any claim listed above has been denied and you disagree with the GCCF's denial of your Interim Payment or Final Payment claim, you have the right to submit the claim to the National Pollution Funds Center ("NPFC"), the Coast Guard office responsible for evaluating and approving OPA claims, or as an alternative you have the right to file a claim in court, including in the multidistrict litigation pending before the United States District Court for the Eastern District of Louisiana, titled, *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* (MDL No. 2179). The multidistrict litigation is a consolidated grouping of federal lawsuits arising out of the Oil Spill. General information on the procedure for filing a claim with the NPFC may be obtained from the Director of the National Pollution Funds Center, NPFC MS 7100, U.S. Coast Guard, 4200 Wilson Blvd., Suite 1000, Arlington, VA 20598-7100, (800) 280-7118, or from the NPFC website at **www.uscg.mil/npfc/claims**. Information regarding the multidistrict litigation may be obtained from the court's website at **www.laed.uscourts.gov**. A claim for physical injury is not a claim under OPA and therefore cannot be submitted to the NPFC.

If you have any questions about this Letter, you can either visit a GCCF Site Office or speak to a GCCF Claims Review Specialist shown below who can answer questions about your claim and this Letter. For TTY assistance call 1-866-682-1758. For more efficient service, have this Letter and your GCCF Claimant Identification Number with you when you call and reference it in your email. If you are represented by an attorney, the GCCF will communicate directly with your attorney, rather than with you.

Your GCCF Claims Review Specialist is: Ashley 64590 at 1-985-718-1487.

Sincerely,

*Kenneth R. Feinberg*

Kenneth R. Feinberg
Claims Administrator
Gulf Coast Claims Facility




# SUTTON & REITANO

935 Gravier Street, Suite 1910, New Orleans, LA 70112
Telephone (504) 592-3230    Facsimile (504) 585-1789
Toll Free 1-888-480-5560

Lionel H. Sutton, III +
Christine Reitano *

+ *Also Admitted in Texas*
* *Also Admitted in New York*

March 30, 2012

Casey Thonn
3836 Kent Street
Slidell, LA 70458

RE:   *GCCF Claim No.: 1060469*

Dear Casey:

Please allow this letter to confirm that we will no longer be representing you regarding your GCCF Claim.

My new position as Counsel to the Special Master in the Court Supervised Claims Program for the BP Settlement Fund prevents me from representing any claims or interests made upon the fund.

I wish you the best of luck in the pursuit of your claim and a happy and prosperous future.

With kindest personal regards, I remain

Sincerely,

**SUTTON & REITANO**


Christine Reitano



EXHIBIT B




# SUTTON & REITANO

935 Gravier Street, Suite 1910, New Orleans, LA 70112
Telephone (504) 592-3230    Facsimile (504) 585-1789
Toll Free 1-888-480-5560

Lionel H. Sutton, III +
Christine Reitano *

+ *Also Admitted in Texas*
* *Also Admitted in New York*

March 30, 2012

Gulf Coast Claims Facility
P.O. Box 9658
Dublin, OH 43017-4958

    RE:    *GCCF Claim No.: 1060469*

Dear GCCF:

Please allow this letter to confirm that we will no longer be representing Casey Thonn in connection with his GCCF Claim.

With kindest personal regards, I remain

Sincerely,

**SUTTON & REITANO**


Christine Reitano

EXHIBIT C

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2

 3      ****************************************************************

 4      IN RE:   OIL SPILL BY THE
        OIL RIG DEEPWATER HORIZON
 5      IN THE GULF OF MEXICO ON
        APRIL 20, 2010
 6                                    CIVIL ACTION NO. 10-MD-2179 "J"
                                      NEW ORLEANS, LOUISIANA
 7                                    MONDAY, JULY 29, 2013, 3:00 P.M.

 8      THIS RELATES TO ALL CASES

 9      ****************************************************************

10
                SWORN STATEMENT OF LIONEL "TIGER" SUTTON, III, ESQ.
11                  TAKEN BEFORE THE HONORABLE LOUIS J. FREEH
                                SPECIAL MASTER
12

13      APPEARANCES:

14                                    LOUIS J. FREEH, SPECIAL MASTER
                                      BENJAMIN SCOTTI, ESQUIRE
15                                    STEVE TIDWELL

16
                                      LEE & WALSH
17                                    MICHAEL S. WALSH, ESQUIRE
                                      257 MAXIMILIAN STREET
18                                    BATON ROUGE LA   70802
                                      (ATTORNEY FOR LIONEL SUTTON, III, ESQ.)
19

20
        OFFICIAL COURT REPORTER:      CATHY PEPPER, CRR, RMR, CCR
21                                    CERTIFIED REALTIME REPORTER
                                      REGISTERED MERIT REPORTER
22                                    500 POYDRAS STREET, ROOM HB406
                                      NEW ORLEANS, LA   70130
23                                    (504) 589-7779
                                      Cathy_Pepper@laed.uscourts.gov
24
        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
25      PRODUCED BY COMPUTER.
```

**C O N F I D E N T I A L**

EXHIBIT D

| | | |
|---|---|---|
| 04:37PM | 1 | payment? |
| 04:37PM | 2 | A.     The only case that I ever knew that Lerner got paid on, |
| 04:37PM | 3 | that I can recall, was *Casey Thonn*, and I expected to get my |
| 04:37PM | 4 | share of the fee on that case. |
| 04:37PM | 5 | Other than that, I don't understand the question. |
| 04:37PM | 6 | Q.     Well, you inquired about the status of that payment so you |
| 04:37PM | 7 | would know when you should get paid? |
| 04:37PM | 8 | A.     Inquired on the status of payment to who? |
| 04:37PM | 9 | Q.     People in the Claims Administrative Office? |
| 04:37PM | 10 | A.     No, I never inquired about the status of a payment. |
| 04:37PM | 11 | Q.     No, the claim, status of the claim. |
| 04:38PM | 12 | A.     I inquired about the status of the claim because |
| 04:38PM | 13 | Casey Thonn asked me to inquire about the status of the claim |
| 04:38PM | 14 | on the two times that I told you; and, maybe another time, but |
| 04:38PM | 15 | I don't know for sure. |
| 04:38PM | 16 | But I wasn't asking him about it for me.  I had |
| 04:38PM | 17 | conversations with Mr. Lerner -- or e-mails with Mr. Lerner |
| 04:38PM | 18 | about that, but it had nothing to do with the claims office. |
| 04:38PM | 19 | Q.     But in your conversations with Lerner, you refer |
| 04:38PM | 20 | specifically to Casey's claim? |
| 04:38PM | 21 | A.     Because that was the only one that I was supposed to get |
| 04:38PM | 22 | my share of the fee on it because I represented *Thonn* with the |
| 04:38PM | 23 | GCCF before he ever went to Lerner. |
| 04:38PM | 24 | Q.     So this was a delayed fee payment? |
| 04:38PM | 25 | A.     No.  I don't understand what that means. |

**CONFIDENTIAL**

| | | |
|---|---|---|
| 04:38PM | 1 | Q.   Well, you said you were entitled to it because of the |
| 04:38PM | 2 | prior representation? |
| 04:38PM | 3 | A.   For the work I had done on Thonn's case with the GCCF. |
| 04:38PM | 4 | Q.   So the money you got from Lerner you believe was in |
| 04:38PM | 5 | payment of the work you had done on the *Thonn* case? |
| 04:38PM | 6 | A.   It was my share of the *Thonn* fee for the work that I had |
| 04:39PM | 7 | performed on the *Thonn* case. |
| 04:39PM | 8 | Q.   Did you ever disclose that to Mr. Juneau? |
| 04:39PM | 9 | A.   No. |
| 04:39PM | 10 | Q.   You never disclosed it to anybody at the Claim |
| 04:39PM | 11 | Administration Office? |
| 04:39PM | 12 | A.   No. |
| 04:39PM | 13 | Q.   Was Mr. Andry aware of that? |
| 04:39PM | 14 |        MR. WALSH:   I'm sorry, but aware of what? |
| 04:39PM | 15 |        THE WITNESS:   That I disclosed it? |
| 04:39PM | 16 | BY MR. FREEH: |
| 04:39PM | 17 | Q.   No, that you had a fee that you believed was owing to you |
| 04:39PM | 18 | from the prior representation? |
| 04:39PM | 19 | A.   I know I spoke to Glen about it, Glen Lerner, and e-mailed |
| 04:39PM | 20 | him about it.   I don't recall whether or not I would have |
| 04:39PM | 21 | talked to Jon about it because when I sent -- when *Casey Thonn* |
| 04:39PM | 22 | went over there, I wasn't really talking to Jon at that point, |
| 04:39PM | 23 | so I don't remember if I ever spoke to him about it or not. |
| 04:39PM | 24 |        It was Glen.   I mean, that's who I was getting the |
| 04:39PM | 25 | fee from. |

CONFIDENTIAL

```
 1                 UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
 2

 3    ***************************************************************

 4    IN RE:  OIL SPILL BY THE
      OIL RIG DEEPWATER HORIZON
 5    IN THE GULF OF MEXICO ON
      APRIL 20, 2010
 6                                    CIVIL ACTION NO. 10-MD-2179 "J"
                                      NEW ORLEANS, LOUISIANA
 7                                    THURSDAY, AUGUST 1, 2013, 8:00 A.M.

 8    THIS RELATES TO ALL CASES

 9    ***************************************************************

10

11           SWORN STATEMENT OF PATRICK A. JUNEAU, ESQUIRE
             TAKEN BEFORE THE HONORABLE LOUIS J. FREEH
12                           SPECIAL MASTER

13

14    APPEARANCES:

15
                                      LOUIS J. FREEH, SPECIAL MASTER
16                                    JAMES BUCKNAM, ESQUIRE
                                      STEVE TIDWELL
17

18

19

20    OFFICIAL COURT REPORTER:        CATHY PEPPER, CRR, RMR, CCR
                                      CERTIFIED REALTIME REPORTER
21                                    REGISTERED MERIT REPORTER
                                      500 POYDRAS STREET, ROOM HB406
22                                    NEW ORLEANS, LA   70130
                                      (504) 589-7779
23                                    Cathy_Pepper@laed.uscourts.gov

24
      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
25    PRODUCED BY COMPUTER.
```

**CONFIDENTIAL**

EXHIBIT E

| | | |
|---|---|---|
| 09:10AM | 1 | Q.   At that point in time -- he's coming aboard in November of |
| 09:10AM | 2 | 2012 -- would you have recognized the name Glen Lerner? |
| 09:10AM | 3 | A.   No, not really. |
| 09:10AM | 4 | Q.   Are you familiar with a firm in New Orleans called |
| 09:10AM | 5 | *Andry Lerner*? |
| 09:10AM | 6 | A.   I'm familiar with The Andry Law Firm.  I knew about that |
| 09:10AM | 7 | name. |
| 09:10AM | 8 | Q.   But the name Glen Lerner was not familiar to you? |
| 09:10AM | 9 | A.   Lerner was not familiar to me, no. |
| 09:10AM | 10 | Q.   Did Mr. Sutton tell you at any time that he was receiving |
| 09:10AM | 11 | payments from Mr. Lerner? |
| 09:11AM | 12 | A.   No, sir, I don't recall anything like that. |
| 09:11AM | 13 | Q.   Did Mr. Sutton or anyone else tell you, prior to these |
| 09:11AM | 14 | events becoming public, that Mr. Lerner was partners with |
| 09:11AM | 15 | Jon Andry in the Andry Lerner Law Firm? |
| 09:11AM | 16 | A.   I don't remember any discussions like that. |
| 09:11AM | 17 | Q.   You said you don't recall, at least before the matters |
| 09:11AM | 18 | here became public, the name Andry Lerner Law Firm? |
| 09:11AM | 19 | A.   I really don't.  I remember Sutton saying -- you remember |
| 09:11AM | 20 | when I told you, I said, "Well, if you've got a claim, you |
| 09:11AM | 21 | can't" -- "you can't represent anybody in this thing, today or |
| 09:11AM | 22 | tomorrow, in the future." |
| 09:11AM | 23 |      I think he may have told me that, "I referred" -- "I |
| 09:11AM | 24 | gave two names of firms to go to."  I think one of the names -- |
| 09:11AM | 25 | I remember the name Andry is a firm he suggested these people |

**CONFIDENTIAL**