Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   EASTERN DISTRICT OF LOUISIANA
 4   ------------------------------------X
 5   In re: OIL SPILL BY THE OIL RIG
 6   "DEEPWATER HORIZON" IN THE
 7   GULF OF MEXICO, ON APRIL 20, 2010
 8
 9   Applies to:
10   12-311, Cameron Int'l Corp. v. Liberty
11   Ins. Underwriters, Inc., a/k/a Liberty
12   Int'l Underwriters
     ------------------------------------X
13
14
15        VIDEOTAPED DEPOSITION OF ALAN MANDEL
16                New York, New York
17                September 12, 2013
18
19
20
21
22
23
24   Reported by:
     Bonnie Pruszynski, RMR
25   JOB NO. 65662
```

EXHIBIT 3

Page 67

1          A. Mandel
2     A    That's what Tony Black told me.
3     Q    And that was your understanding
4    when you issued the policies to Cameron;
5    right?
6     A    That was the only reason I had
7    issued the policy, to write the account.
8     Q    And so as a result, if Cameron
9    incurred a loss, it would look first to the
10   customer to satisfy its loss; right?
11    A    Correct.  What I was advised.
12    Q    And if the customer did not agree
13   to pay the loss under the customer contracts,
14   Liberty would be responsible for that loss,
15   correct?
16    A    That is a claim issue, so I can't
17   give you -- I can't give you a valid opinion.
18   I just don't know.
19    Q    So, if Cameron had suffered a loss
20   in connection with a blowout for which you
21   sold Cameron an insurance policy, and the
22   customer with whom Cameron had an
23   indemnifying agreement refused to pay, you
24   don't know whether Cameron had insurance?
25    A    I don't know how that would work,

```
 1                    A. Mandel
 2   no.
 3       Q      Would you agree that Cameron faced
 4   risk -- risks that might result from a
 5   massive oil spill that could put Cameron out
 6   of business?
 7       A      It's a possibility, depending on
 8   how large the company is and how much they
 9   have -- and what their other assets are.
10   There is a very big possibility due to fines.
11       Q      That's what you wrote in your
12   account summary; right?
13       A      That's because that's what I was
14   told.
15       Q      If you can turn to page seven of
16   your account summary.
17              Are you with me, sir?
18       A      Yes, I am.
19       Q      What does page seven describe?
20       A      The lead umbrella, the carrier, the
21   limits, the term, the premium, the form,
22   occurrence versus claims made, and the --
23   their conditions of the lead umbrella.
24       Q      Do you see that in describing the
25   lead umbrella policy, there is a section of
```

Page 69

```
1                A. Mandel
2    the form that says "defense"?
3      A     Yes.  It's outside the limit.
4      Q     What does that mean?
5      A     That defense could be -- go on
6    forever.  It's outside the limit versus in
7    the limit.  There are two options, either in
8    the limit or out of the limit.  On this
9    account, it's outside the limit.
10           So, this could go on forever.  It's
11   not indemnity.  It's defense of the claim.
12     Q     So, for the Illinois National
13   Insurance policy that was issued Cameron for
14   the '09-2010 policy year, defense costs were
15   outside limit; correct?
16     A     Yes.
17     Q     And when defense costs are outside
18   limits, that means defense costs are covered
19   by the insurance policy; correct?
20     A     Yes.
21     Q     So, when you wrote this, it was
22   your understanding that defense costs were
23   covered by the Illinois National policy;
24   correct?
25     A     That's what I was advised.
```

Page 70

```
 1                    A. Mandel
 2      Q    If you could turn back to what was
 3 previously marked as Engel Exhibit 2, this
 4 document.
 5           I would like you to turn to
 6 Endorsement 29, which is at the Bates number
 7 001130, in the lower right-hand corner.
 8      A    Zero zero --
 9      Q    1130.
10      A    Okay.
11      Q    I would just like to direct you to
12 paragraph H under two on the first page.  Do
13 you see that?
14      A    "Defense expenses will be in
15 addition to the limit"?
16      Q    Yes.  It says:  "Defense expenses
17 will be in addition to the applicable limits
18 of insurance of this policy."
19           Do you see that?
20      A    Um-hum.
21      Q    That language makes clear that
22 defense expenses are covered by the Illinois
23 National policy; correct?
24      A    That's correct.
25      Q    If you look down a little bit
```