1         UNITED STATES DISTRICT COURT

2         EASTERN DISTRICT OF LOUISIANA

3

4

5
   In Re:  OIL SPILL BY THE OIL RIG
6  "DEEPWATER HORIZON" IN THE GULF
   OF MEXICO, ON APRIL 20th, 2010        MDL NO. 2179
7

8
   Applies to:
9  12-311, Cameron Int'l Corp. v.
   Liberty Ins. Underwriters, Inc.,
10 a/k/a Liberty Int'l Underwriters

11 _____

12
            VIDEOTAPED DEPOSITION OF DENISE MORRIS
13               SAN FRANCISCO, California
                 Thursday, June 20, 2013
14

15

16

17

18

19

20

21

22

23  Reported by:

24  LESLIE ROCKWOOD, RPR, CSR 3462

25  Job No. 62770

**EXHIBIT 4**

Page 123

1  addition to that $25 million limit.
2  BY MR. KORN:
3       Q.  So let's say defense costs are outside the
4  limits.  Once the indemnity has exhausted that
5  $25 million that you used in your example, do you go up
6  to the next layer, and assuming it follows form, then
7  that layer picks up the defense costs if they're outside
8  the limits until its indemnity is exhausted?
9       A.  When defense is outside of the limit?
10      Q.  Yes.
11      A.  No.  The excess people -- yes.  You would
12 follow form, the defense provision, unless you
13 specifically endorsed it.  But most excess players on
14 a -- on a large loss are going to want to get involved
15 as opposed to having a duty to get involved.  But if
16 their defense costs are outside the limit, then so are
17 ours.
18      Q.  And is that the case in the -- under the
19 standard terms and conditions of the Liberty policy
20 form?
21      A.  What?  Under our excess policy?
22      Q.  Yes.
23      A.  Yes.  We follow form.
24      Q.  So if we go back to Engel Exhibit 7, this is
25 the excess liability standard terms and conditions.

```
                                                       Page 124
 1        A.    Yes.
 2        Q.    And these -- this is -- these are the terms and
 3   conditions that were used in the Cameron policy?
 4        A.    Yes.
 5        Q.    And under these terms and conditions, if
 6   defense costs were outside limits in the underlying
 7   layer, you follow form and would cover defense costs
 8   once the -- your layer was hit?
 9        A.    Yes.
10        Q.    Okay.  You can put that to the side.
11             MR. KORN:  I'm going to mark as Engel
12   Exhibit -- sorry.  Withdrawn.
13             I'm going to mark as Morris Exhibit 46 a
14   document bearing the Bates range LIU 0949 through 0952.
15             (Exhibit 46, Umbrella/Excess Casualty -
16              Premium Worksheet, 7/7/09, LIU 0949 - 52,
17              marked for identification.)
18   BY MR. KORN:
19        Q.    Ms. Morris, please let me know when you've had
20   a chance to review Exhibit 46.
21        A.    Okay.
22        Q.    What is Exhibit 46?
23        A.    It's not something I'm totally familiar with,
24   but it looks like it is a sheet that's given to the
25   assistants that gives them some information that they
```

Page 131

1  defending the loss, yes.  If -- if we've denied
2  coverage, then no.
3  BY MR. KORN:
4       Q.  So it depends on whether coverage was available
5  or properly denied?
6            MR. MARTIN:  Object to the form.
7  BY MR. KORN:
8       Q.  Is that fair?
9       A.  Well, I would say yes.
10      Q.  So let's assume that the loss is covered and
11 Liberty is responsible under the policy for it as a
12 matter of indemnity.  Until the Liberty limits are
13 existed, is Liberty responsible for paying defense costs
14 in light of what Mr. Mandel wrote in the excess casualty
15 summary?
16      A.  I don't --
17           MR. MARTIN:  Objection to form.
18           THE WITNESS:  I don't know that this
19 information is accurate.  Again, I haven't looked at the
20 Illinois National policy.
21 BY MR. KORN:
22      Q.  Okay.
23      A.  I mean, this is not a legal, binding document.
24      Q.  I understand.  But this indicates that defense
25 costs are covered under the Liberty policy; correct?

Page 132

1           MR. MARTIN:  Object to the form.
2           THE WITNESS:  No.  It doesn't say that the
3   defense costs are under the Liberty form.  No, it
4   doesn't say that.  It says they're outside the limit on
5   the Illinois National policy.
6   BY MR. KORN:
7       Q.  And the Liberty policy follows form on the
8   Illinois National policy; right?
9       A.  It does follow form, but I think it's specific
10  in that it says, "We have the right but not the duty for
11  any claim or defense of any suit which in our opinion
12  may create liability on us for loss under this policy.
13  If we exercise such right to defend it, we'll do so at
14  our own expense."
15      Q.  Okay.  Let me take a step back, then.  Let's
16  assume that Mr. Mandel accurately described the lead
17  umbrella policy as outside -- as having defense costs
18  outside limits.  Are you with me?
19      A.  Yes.
20      Q.  Does that mean that based upon the Liberty
21  policy terms, the standard policy terms that we just
22  looked at, that the defense costs are outside limits for
23  the Liberty policy?
24      A.  If we've determined that it's a loss that is
25  covered by this policy, yes.