UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>of Mexico on April 20, 2010<br><br>This Document Relates to:<br>Nos. 10-2179; 10-4536; 10-2771<br><br>* * * * * * * * * * * * | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL No. 2179<br><br>SECTION "J"<br>JUDGE BARBIER<br><br><br>MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

### MOTION *IN LIMINE* TO EXCLUDE ALL EVIDENCE REGARDING ANADARKO'S CULPABILITY

NOW INTO COURT, comes Defendant Anadarko Petroleum Corporation[1] and moves this Honorable Court to preclude the presentation of evidence or argument for the purpose of proving Anadarko's "culpability," for reasons more fully explained in the accompanying memorandum in support.

WHEREFORE, Anadarko prays that this Court grant its Motion *in Limine* to exclude all evidence or argument presented for the purpose of proving Anadarko's "culpability."

~ ~ ~

---

[1] The Government has stipulated that it will not pursue CWA liability against Anadarko E&P Company LP. Stipulated Order Regarding Anadarko Entities, Rec. Doc. 5930. Anadarko E&P joins in this motion insofar as the Government nonetheless intends to argue or introduce evidence for the ostensible purpose of proving Anadarko E&P's "culpability."

Respectfully submitted,

DATED: February 14, 2014        **BINGHAM McCUTCHEN LLP**

/s/ *James J. Dragna*
James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

Ky E. Kirby
ky.kirby@bingham.com
Thomas Lotterman
tom.lotterman@bingham.com
David B. Salmons
david.salmons@bingham.com
Randall M. Levine
randall.levine@bingham.com
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

**KUCHLER POLK SCHELL
WEINER & RICHESON, LLC**

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Telephone (504) 592-0691

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

_____/s/ *James J. Dragna*_____
James J. Dragna