# EXHIBIT C

\\bosappfs1\dc$\levinerm\Desktop\Ex. C\Exhibit C Cover Page.docx

```
09:31:22   1                UNITED STATES DISTRICT COURT
                            EASTERN DISTRICT OF LOUISIANA
           2
               ******************************************************************
           3
               IN RE:  OIL SPILL BY THE           Docket No. MDL-2179
           4   OIL RIG DEEPWATER HORIZON          Section "J"
               IN THE GULF OF MEXICO ON           New Orleans, LA
           5   APRIL 20, 2010                     Wednesday, September 11, 2013
               CIVIL
           6   ******************************************************************
               IN RE:  THE COMPLAINT AND          Docket No. 10-CV-2771
           7   PETITION OF TRITON ASSET           Section "J"
               LEASING GmbH, ET AL
           8   ******************************************************************
               UNITED STATES OF AMERICA           Docket No. 10-CV-4536
           9   V.                                 Section "J"
               BP EXPLORATION & PRODUCTION,
          10   INC., ET AL
               ******************************************************************
          11            TRANSCRIPT OF PRE-TRIAL CONFERENCE PROCEEDINGS
                        HEARD BEFORE THE HONORABLE CARL J. BARBIER
          12                    UNITED STATES DISTRICT JUDGE

          13
               APPEARANCES:
          14
               FOR THE PLAINTIFFS:               HERMAN HERMAN & KATZ
          15                                     BY:  STEPHEN J. HERMAN, ESQ.
                                                 820 O'Keefe Ave.
          16                                     New Orleans, LA 70113

          17                                     DOMENGEAUX, WRIGHT, ROY & EDWARDS
                                                 BY:  JAMES P. ROY, ESQ.
          18                                     P. O. Box 3668
                                                 556 Jefferson St.
          19                                     Lafayette, LA 70502-3668

          20                                     LEVIN PAPANTONIO THOMAS MITCHELL
                                                 RAFFERTY & PROCTOR
          21                                     BY:  BRIAN H. BARR, ESQ.
                                                 316 South Baylen Street, Suite 600
          22                                     Pensacola, FL 32502

          23                                     WEITZ & LUXENBERG
                                                 BY:  ROBIN L. GREENWALD, ESQ.
          24                                     700 Broadway
                                                 New York, NY 10003
          25
```

```
 1                                   LUNDY LUNDY SOILEAU & SOUTH
                                     BY:  MATTHEW E. LUNDY, ESQ.
 2                                   501 Broad Street
                                     Lake Charles, LA 70601
 3
                                     MORGAN & MORGAN
 4                                   BY:  FRANK M. PETOSA, ESQ.
                                     600 N. Pine Island Rd., Suite 400
 5                                   Plantation, FL 33324

 6
    FOR THE STATE OF LOUISIANA:      KANNER & WHITELEY
 7                                   BY:  ALLAN KANNER, ESQ.
                                          DOUGLAS R. KRAUS, ESQ.
 8                                   701 Camp St.
                                     New Orleans, LA 70130
 9

10  FOR THE STATE INTERESTS:         ATTORNEY GENERAL OF ALABAMA
                                     BY:  COREY L. MAZE, ESQ.
11                                        WINFIELD J. SINCLAIR, ESQ.
                                     500 Dexter Ave.
12                                   Montgomery, AB 36130

13
    FOR THE UNITED STATES
14  DEPARTMENT OF JUSTICE:           U.S. DEPARTMENT OF JUSTICE
                                     ENVIRONMENTAL ENFORCEMENT SECTION
15                                   BY:  SARAH HIMMELHOCH, ESQ.
                                          A. NATHANIEL CHAKERES, ESQ.
16                                        STEVEN O'ROURKE, ESQ.
                                          SCOTT CERNICH, ESQ.
17                                   P.O. Box 7611
                                     Washington, DC 20044
18
                                     U.S. DEPARTMENT OF JUSTICE
19                                   TORTS BRANCH, CIVIL DIVISION
                                     BY:  STEPHEN G. FLYNN, ESQ.
20                                   P.O. Box 14271
                                     Washington, DC 20044-4271
21

22

23

24

25
```

```
 1   FOR BP AMERICA INC., BP
     AMERICA PRODUCTION COMPANY,
 2   BP COMPANY NORTH AMERICA,
     INC., BP CORPORATION NORTH
 3   AMERICA, INC., BP EXPLORATION &
     PRODUCTION INC., BP HOLDINGS
 4   NORTH AMERICA LIMITED, BP
     PRODUCTS NORTH AMERICA INC.:    LISKOW & LEWIS
 5                                   BY:  DON K. HAYCRAFT, ESQ.
                                     One Shell Square, Suite 5000
 6                                   701 Poydras St.
                                     New Orleans, LA 70139
 7
                                     KIRKLAND & ELLIS
 8                                   BY:  J. ANDREW LANGAN, ESQ.
                                          HARIKLIA KARIS, ESQ.
 9                                        MATTHEW T. REGAN, ESQ.
                                          BARRY E. FIELDS, ESQ.
10                                        PAUL D. COLLIER, ESQ.
                                     300 N. LaSalle
11                                   Chicago, IL 60654

12                                   KIRKLAND & ELLIS
                                     BY:  ROBERT R. GASAWAY, ESQ.
13                                        JOSEPH A. EISERT, ESQ.
                                     655 Fifteenth St., N.W.
14                                   Washington, D.C. 20005

15                                   COVINGTON & BURLING
                                     BY:  ROBERT C. "MIKE" BROCK, ESQ.
16                                        BRIDGET K. O'CONNOR, ESQ.
                                     1201 Pennsylvania Ave., NW
17                                   Washington, DC 20004

18   FOR HALLIBURTON
     ENERGY SERVICES, INC.:          GODWIN LEWIS
19                                   BY:  DONALD E. GODWIN, ESQ.
                                          SEAN W. FLEMING, ESQ.
20                                        JENNY L. MARTINEZ, ESQ.
                                          BRUCE W. BOWMAN, JR., ESQ.
21                                   Renaissance Tower
                                     1201 Elm St., Suite 1700
22                                   Dallas, TX 75270

23                                   GODWIN LEWIS
                                     BY:  R. ALAN YORK, ESQ.
24                                        GWEN E. RICHARD, ESQ.
                                     4 Houston Center
25                                   1331 Lamar, Suite 1665
                                     Houston, TX 77010
```

```
 1
    FOR ANADARKO PETROLEUM
 2  CORPORATION, ANADARKO E&P
    COMPANY, LP:                    KUCHLER POLK SCHELL WEINER &
 3                                  RICHESON
                                    BY:  DEBORAH D. KUCHLER, ESQ.
 4                                  1615 Poydras St., Suite 1300
                                    New Orleans, LA 70112
 5
                                    BINGHAM McCUTCHEN
 6                                  BY:  WARREN A. FITCH, ESQ.
                                         KY E. KIRBY, ESQ.
 7                                  2020 K Street, N.W.
                                    Washington, D.C. 20006
 8

 9  FOR TRANSOCEAN HOLDINGS, LLC,
    TRANSOCEAN OFFSHORE DEEPWATER
10  DRILLING INC., AND TRANSOCEAN
    DEEPWATER
11  INC.:                           FRILOT
                                    BY:  KERRY J. MILLER, ESQ.
12                                  Energy Centre, 36th Floor
                                    1100 Poydras St.
13                                  New Orleans, LA 70163

14                                  SUTHERLAND ASBILL & BRENNAN
                                    BY:  STEVEN L. ROBERTS, ESQ.
15                                  1001 Fannin St., Suite 3700
                                    Houston, TX 77002
16
                                    MUNGER TOLLES & OLSON
17                                  BY:  MICHAEL R. DOYEN, ESQ.
                                         BRAD D. BRIAN, ESQ.
18                                       LUIS LI, ESQ.
                                         GRANT A. DAVIS-DENNY, ESQ.
19                                       TAMERLIN J. GODLEY, ESQ.
                                    355 South Grand Ave., 35th Floor
20                                  Los Angeles, CA 90071-1560

21                                  ALLEN J. KATZ, ESQ.
                                    316 East Diamond Avenue
22                                  Gaithersburg, MD 20877

23  FOR THE STATE OF TEXAS:         OFFICE OF THE ATTORNEY GENERAL
                                    BY:  CRAIG PRITZLAFF, ESQ.
24                                       THOMAS H. EDWARDS, ESQ.
                                    ASSISTANT ATTORNEY GENERAL
25                                  P.O. Box 12548
                                    Austin, TX 78711-2548
```

```
 1
     FOR THE STATE OF FLORIDA:       NIX PATTERSON & ROACH
 2                                   BY:  S. DRAKE MARTIN, ESQ.
                                     1701 E. Count Highway 30-A
 3                                   Suite 201-B
                                     Santa Rosa Beach, FL 32459
 4

 5
                                     OFFICE OF THE ATTORNEY GENERAL
 6                                   STATE OF FLORIDA
                                     BY:  RUSSELL S. KENT, ESQ.
 7                                   The Capitol, PL-01
                                     Tallahassee, FL 32399
 8
     FOR THE STATE OF MISSISSIPPI:   MIKE MOORE LAW FIRM
 9                                   BY:  DAVID LEE MARTIN, ESQ.
                                     10 Canebrake Blvd., Suite 150
10                                   Flowood, MS 39232

11                                   McCRANEY MONTAGNET QUIN NOBLE
                                     BY:  WILLIAM M. QUIN, II, ESQ.
12                                   602 Steed Rd., Suite 200
                                     Ridgeland, MS 39157
13

14
     OFFICIAL COURT REPORTER:        Karen A. Ibos, CCR, RPR, CRR, RMR
15                                   500 Poydras Street, Room HB-406
                                     New Orleans, LA 70130
16                                   (504) 589-7776

17
          Proceedings recorded by mechanical stenography, transcript
18   produced by computer.

19

20

21

22

23

24

25
```

```
 1                        I N D E X

 2                                                    PAGE/LINE:

 3

 4    I.    Trial Schedule                              7/16
 5    II.   Argument/Objections to Non-participation
 6            by Halliburton and Transocean in the
 7             quantification phase of the trial        9/3
 8    III.  Allocation of time                          19/16
 9    IV.   Marshalling of Exhibits                     28/1
10    V.    Exhibit and Witness Lists                   32/9
11    VI.   Advance Notice of Witnesses                 38/10
12    VII.  Courtroom Seating                           39/9
13    VIII. Examination of Witnesses                    41/11
14    IX.   Expert Witness Examination                  42/13
15    X.    Daubert Motions                             44/14
16    XI.   Court Reporter Requests                     46/7
17    XII.  Objections/Offers of Proof                  46/16
18    XIII. Qualifying Experts                          51/15
19    XIV.  Motions in Limine                           52/8
```

```
                    P R O C E E D I N G S

                     (PRE-TRIAL CONFERENCE)

                  (WEDNESDAY, SEPTEMBER 11, 2013)


          (OPEN COURT.)

15:02:38          THE COURT:  Good afternoon, everyone.  We do have a court
15:02:46  reporter, as you can see.  So even though this is a pretrial
15:02:50  conference we'll make a record of it, just because I may make some
15:02:55  rulings that should be of record so I thought we should have a
15:02:59  reporter here.
15:03:02          So what we're doing is holding a final pretrial
15:03:08  conference in, it's really two cases, same two cases that we tried
15:03:15  in Phase One, which is a continuation of the Transocean limitation,
15:03:19  which is Civil Action 10-2771, and the United States' Clean Water
15:03:28  Act case versus BP and others, Civil Action 10-4536.
15:03:41          I think the first thing -- and we can take up anything
15:03:44  that you all want to talk about if you have any questions or
15:03:48  anything.  Somebody had submitted a proposed tentative agenda,
15:03:54  which I published.  A number of these things we may not even have
15:03:56  to talk about.
15:03:57          But in terms of trial schedule, obviously we are going to
15:03:59  start on September 30th at 8:00 A.M. with opening statements.  My
15:04:06  recollection from the timeline and earlier orders from Judge
15:04:13  Shushan that has been worked out with you all is that each side has
15:04:18  been allotted I think for -- we're going to segment the Phase Two
```

```
16:08:52   1              THE COURT:  The last thing I have on my agenda is -- oh,
16:08:55   2   I'm sorry, Ms. Karis.
16:08:56   3              MS. KARIS:  Your Honor, I apologize.  I just want to be
16:08:58   4   clear.  While we have no objection to the procedure that was
16:09:01   5   described for qualifying experts, submitting their CV, we do
16:09:04   6   reserve the right to raise objections to those experts being
16:09:07   7   qualified as to the issues that they are testifying to in Phase
16:09:10   8   Two.
16:09:10   9              THE COURT:  Sure.
16:09:11  10              MS. KARIS:  Because they're at least as we outlined in
16:09:14  11   the Daubert motions, we have some issues with the qualifications of
16:09:17  12   some of the experts.
16:09:18  13              THE COURT:  Okay.  Thank you, very well.  Going back up
16:09:23  14   to Roman Numeral XI, Motions in Limine.  Let's see if we can take
16:09:28  15   up some of these while we're here.  These are not Daubert motions,
16:09:42  16   as I said I am not taking those up now.
16:09:49  17              First of all, looks like the parties filed a -- actually,
16:09:55  18   Judge Shushan issued an order, which is Rec. Doc. 10903 issued on
16:10:05  19   August 1, setting forth certain Phase One motions in limine that
16:10:10  20   apply directly to Phase Two; and apparently this is based on
16:10:14  21   consent or agreement of the parties, as I appreciate it.
16:10:19  22              Anadarko has a Motion in Limine to Exclude All Evidence
16:10:24  23   and Argument Presented for the Purpose of Proving Anadarko's
16:10:28  24   Culpability or Fault, this is Rec. Doc. 10826.  I have looked at
16:10:37  25   that motion, I've looked at the responses to that motion.  Seems to
```

```
16:10:44   1   me that this is clearly covered by my prior rulings.
16:10:50   2             MR. O'ROURKE:  Your Honor, if I may speak.  This is Steve
16:10:52   3   O'Rourke for the United States.
16:10:53   4             We did not file an objection to that motion -- or rather
16:10:57   5   an opposition to that motion on the merits.  We only filed a letter
16:11:01   6   requesting that oppositions be delayed until after Phase Two.  You
16:11:05   7   issued an order, or rather instructed Judge Shushan and she issued
16:11:10   8   an order stating that with respect to Phase Two no culpability
16:11:14   9   evidence, and we're happy to stand with that order.
16:11:17  10             With respect to Phrase Three, which hasn't even been
16:11:20  11   scheduled yet, we would like to --
16:11:23  12             THE COURT:  You mean not Phase Three, you mean the
16:11:25  13   penalty phase.
16:11:25  14             MR. O'ROURKE:  I stand corrected.
16:11:27  15             THE COURT:  I was waiting for Mr. Langan to correct you,
16:11:30  16   but he was distracted over there.
16:11:33  17             MR. O'ROURKE:  Because we were talking about Anadarko.
16:11:37  18             With respect to the penalty phase, we would like a chance
16:11:41  19   to oppose that brief on the merits before you rule on it.
16:11:44  20             THE COURT:  Well, okay.  But I think you're spinning your
16:11:47  21   wheels and wasting time, money, paper and ink and everything --
16:11:51  22   well, not ink but bits or whatever you waste now when you do it on
16:11:54  23   computer.  Because I don't see any possible way that Anadarko's
16:11:58  24   fault, culpability, any way you want to phrase it, or wordsmith it,
16:12:02  25   is going to come into any phase of this trial going forward.  So
```

```
16:12:06   1   take that for what it's worth.
16:12:09   2              MR. O'ROURKE:  That's good to know.
16:12:11   3              THE COURT:  So I am granting Anadarko's motion.
16:12:14   4              The next one is BP's motion to exclude instances of prior
16:12:20   5   alleged improper conduct and adverse criminal, civil or regulatory
16:12:24   6   proceedings, unrelated to the Macondo well obviously.  So this
16:12:36   7   would not exclude BP's guilty plea arising out of the Macondo
16:12:40   8   blowout, as I appreciate it, correct?
16:12:43   9              MR. GASAWAY:  Good afternoon, your Honor, Rob Gasaway for
16:12:52  10   BP.  That's correct.
16:12:53  11              THE COURT:  Which is really already in the record.
16:12:56  12              MR. GASAWAY:  It is.
16:12:56  13              THE COURT:  We don't have to introduce it again, it was
16:12:58  14   introduced in Phase One.
16:13:00  15              MR. GASAWAY:  It is.  And that's referenced in an
16:13:01  16   opposition to a different one that tracks, and none of our motions
16:13:06  17   concerns that.
16:13:07  18              This is the motion, your Honor, that was focused on
16:13:11  19   Grangemouth, Alaska and Texas City that your Honor granted.  And
16:13:14  20   for the reasons that we discussed in the briefing, it's essentially
16:13:17  21   not opposed.  Going forward there were some quibbles around the
16:13:22  22   edges, but we think this should be a clear carryover from Phase One
16:13:26  23   to Phase Two.
16:13:27  24              THE COURT:  Looks like the only quibble deals with the
16:13:38  25   1979 -- I'm not sure how you pronounce it -- Ixtoc blowout,
```

| | | |
|---|---|---|
| 16:13:48 | 1 | Halliburton raised that issue as somehow being relevant to source |
| 16:13:52 | 2 | control.  Was that a BP related blowout? |
| 16:13:58 | 3 | MR. GASAWAY:  No, your Honor.  BP has no involvement in |
| 16:14:01 | 4 | Ixtoc.  As I understand it, one of the entities there has since |
| 16:14:06 | 5 | become affiliated with Transocean. |
| 16:14:07 | 6 | THE COURT:  It was Sedco which is now part of Transocean, |
| 16:14:09 | 7 | right? |
| 16:14:10 | 8 | MR. GASAWAY:  Correct, your Honor. |
| 16:14:11 | 9 | But the original motion was a BP motion that focused on |
| 16:14:15 | 10 | prior BP incidents, and the three specifically that I mentioned - |
| 16:14:21 | 11 | the Grangemouth incident, the Alaska incident and the Texas City |
| 16:14:26 | 12 | incident - and we were not trying to expand that, we were just |
| 16:14:28 | 13 | trying to make clear that those are not fair game in Phase One, |
| 16:14:32 | 14 | also not fair game in Phase Two. |
| 16:14:35 | 15 | THE COURT:  All right. |
| 16:14:36 | 16 | MR. GASAWAY:  And there's obviously two components there, |
| 16:14:38 | 17 | both the conduct component and then the documentary component to |
| 16:14:42 | 18 | the extent -- |
| 16:14:43 | 19 | THE COURT:  I don't have to hear anymore.  Does |
| 16:14:45 | 20 | Halliburton want to say anything on that? |
| 16:14:48 | 21 | MR. GODWIN:  Yes, your Honor.  Jenny will respond for us. |
| 16:14:51 | 22 | Thank you. |
| 16:14:51 | 23 | MS. MARTINEZ:  Good afternoon, your Honor.  Halliburton |
| 16:14:59 | 24 | doesn't have any objection to precluding the specific instances, |
| 16:15:03 | 25 | Texas City and the specific things that were outlined in BP's |

REPORTER'S CERTIFICATE

I, Karen A. Ibos, CCR, Official Court Reporter, United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

_____

Karen A. Ibos, CCR, RPR, CRR, RMR
Official Court Reporter