UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| **Nos. 10-2179; 10-4536; 10-2771** | * | |
| | * | **MAGISTRATE NO. 1** |
| | * | **MAGISTRATE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion of Anadarko Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability, and good cause being shown, the Motion is hereby GRANTED.

The Court further orders that all Parties to this consolidated action are precluded from introducing evidence or argument in the Penalty Phase, or in any other trial or phase in this consolidated action as the Court may order, for the purpose of demonstrating that Anadarko was "culpable" in connection with the *Deepwater Horizon* incident.

SO ORDERED.

This ____ day of _____, 2014.

_____
United States District Judge