UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | SECTION "J" |
| | * | JUDGE BARBIER |
| **This Document Relates to:** | * | |
| **Nos. 10-2179; 10-4536; 10-2771** | * | |
| | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Request of Anadarko Petroleum Corporation for Oral Argument:

**IT IS HEREBY ORDERED** that the Court will hear oral argument on Anadarko's Motion *in Limine* to Exclude All Evidence Regarding Anadarko's Culpability.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE