# Exhibit 4

818     Anno vicesimo sexto GEORGII III. c. 85.    [1786.]

## C A P. LXXXVI.

*An act to explain and amend an act, made in the seventh year of his late Majesty's reign, intituled, An act to settle how far owners of ships shall be answerable for the acts of the masters or mariners; and for giving a further relief to the owners of ships.*

**Preamble.**
**Act 7 Geo. 2. c. 15, recited.**

WHEREAS, by an act made in the seventh year of the reign of his late majesty King George the Second, intituled, An act to settle how far owners of ships shall be answerable for the acts of the masters or mariners, it is amongst other things enacted, That no owner or owners of any ship or vessel should be liable to answer for or make good to any person or persons, any loss or damage by reason of any embezzlement, secreting, or making away with (by the master or mariners, or any of them) of any gold, silver, diamonds, jewels, precious stones, or other goods or merchandize, which should be shipped on board any ship or vessel, or for any act, matter, or thing, damage or forfeiture, done, occasioned, or incurred by the said master or mariners, or any of them, without the privity and knowledge of such owner or owners, further than the value of the ship or vessel, with all her appurtenances, and the full amount of the freight due or to grow due for and during the voyage wherein such embezzlement, secreting, or making away with, or other malversation of the master or mariners, should be made, committed, or done: and whereas all masters or captains, and owners of ships or vessels, are by law respectively subject or liable to answer for or make good to any person or persons, the full value and amount of any goods or merchandize by such person or persons shipped or put on board any ship or vessel, notwithstanding such goods or merchandize be lost by robbery, fire, or other accident (other than by the King's enemies, the perils of the seas, or the act of God), or unless the master or some of the ship's company are privy to such robbery, in which case alone the responsibility of the owners is by the said act limited to the value of the ship and full amount of the freight: and whereas it is of the utmost consequence and importance to the general welfare of this kingdom, to promote the increase of the number of ships and vessels, and to prevent any discouragement to merchants and others from being interested and concerned therein, which is likely to happen from the responsibility to which they are now exposed, notwithstanding the salutary intention of the said act: may it therefore please your Majesty that it may be enacted; and be it enacted by the King's most excellent majesty, by and with the advice and consent of the lords spiritual and temporal, and commons, in this present parliament assembled, and by the authority of the same, That no person or persons,

**Owners of ships not liable for any loss of goods shipped without their privity, further than the value of the vessel,**

who is, are, or shall be owner or owners of any ship or vessel, shall be subject or liable to answer for or make good, to any one or more person or persons, any loss or damage by reason of any robbery, embezzlement, secreting, or making away with, of any gold, silver, diamonds, jewels, precious stones, or other goods or merchandize, which, from and after the first day of *September*, one thousand seven hundred and eighty-six, shall be shipped,

1786.] Anno vicesimo sexto GEORGII III. c. 86.     819

shipped, taken in, or put on board any ship or vessel, or for any act, matter, or thing, damage or forfeiture, done, occasioned, or incurred, from and after the passing of this act, without the privity and knowledge of such owner or owners, further than the value of the ship or vessel, with all her appurtenances, and the full amount of the freight due or to grow due for and during the voyage wherein such robbery, embezzlement, secreting, or making away with, as aforesaid, shall be made, committed, or done, although the master or mariners shall not be in any wise concerned in or privy to such robbery, embezzlement, secreting, or making away with; any law, usage, or custom, to the contrary thereof in any wise notwithstanding. *and the freight, after Sept. 1, 1786;*

II. And be it further enacted by the authority aforesaid, That no owner or owners of any ship or vessel shall be subject or liable to answer for or make good, to any one or more person or persons, any loss or damage which may happen to any goods or merchandize whatsoever, which, from and after the first day of *September*, one thousand seven hundred and eighty-six, shall be shipped, taken in, or put on board any such ship or vessel, by reason or means of any fire happening to or on board the said ship or vessel. *nor for any loss occasioned by fire on board.*

III. *And whereas disputes may arise, whether the owners or masters of ships are liable to answer or make good the value or amount of any gold, silver, diamonds, watches, jewels, or precious stones, which may be lost after the same have been put on board their ships on freight, without the shippers thereof declaring at the time the value of such goods;* be it therefore enacted by the authority aforesaid, That no master, owner or owners, of any ship or vessel, shall be subject or liable to answer for, or make good, to any one or more person or persons, any loss or damage which may happen to any gold, silver, diamonds, watches, jewels, or precious stones, which, from and after the passing of this act, shall be shipped, taken in, or put on board any such ship or vessel, by reason or means of any robbery, embezzlement, making away with, or secreting thereof, unless the owner or shipper thereof shall, at the time of shipping the same, insert in his bill of lading, or otherwise declare in writing to the master, owner or owners, of such ship or vessel, the true nature, quality, and value of such gold, silver, diamonds, watches, jewels, or precious stones. *nor for loss of gold, etc. unless at the time of shipping declaration be made of the value, etc.*

IV. And be it further enacted by the authority aforesaid, That if several freighters or proprietors of any such gold, silver, diamonds, jewels, precious stones, or other goods or merchandize, shall suffer any loss or damage by any of the means aforesaid, in the same voyage (fire only excepted), and the value of the ship or vessel, with all her appurtenances, and the amount of the freight due or to grow due during such voyage, shall not be sufficient to make full compensation to all and every of them, then such freighters or proprietors shall receive their satisfaction thereout in average, in proportion to their respective losses *If produce of ship, etc. be insufficient to answer losses, it is to be proportionally divided among the losers.*

H h h 4                                              losses

820      Anno vicesimo sexto GEORGII III. c. 87.    [1786.

**Freighters and owners of vessels may exhibit bills in equity for discovery of amount of losses and value of vessels, etc.**

losses or damages: and in every such case, it shall and may be lawful to and for such freighters or proprietors, or any of them, on behalf of himself and all other such freighters or proprietors, or to and for the owners of such ship or vessel, or any of them, on behalf of himself and all the other part owners of such ship or vessel, to exhibit a bill in any court of equity for a discovery of the total amount of such losses or damages, and also of the value of such ship or vessel, appurtenances, and freight, and for an equal distribution and payment thereof amongst such freighters, or proprietors, in proportion to their respective losses or damages, according to the rules of equity: provided always, That if any such bill shall be exhibited by or on the behalf of the part owners of such ship, the plaintiff or plaintiffs shall annex an affidavit to such bill or bills, that he or they do not collude with any of the defendants thereto; and shall thereby offer to pay the value of such ship or vessel, appurtenances, and freight, as such court shall direct; and such court shall thereupon take such method for ascertaining such value as to them shall seem just, and shall direct the payment thereof in like manner as is now used and practised in cases of bills of interpleader.

**Act not to lessen the remedy against masters and mariners for embezzlement, etc.**

V. Provided always, and it is hereby declared and enacted, That nothing in this present act contained shall extend, or be construed to extend, to impeach, lessen, or discharge any remedy which any person or persons now hath, or shall or may hereafter have, against all, every, or any the master and mariners of such ship or vessel, for or in respect of any embezzlement, secreting, or making away with, any gold, silver, diamonds, jewels, precious stones, or merchandize, shipped or loaded on board such ship or vessel, or on account of any fraud, abuse, or malversation of and in such master and mariners respectively; but that it shall and may be lawful to and for every person or persons so injured or damaged, to pursue and take such remedy for the same, against the said master and mariners respectively as he or they might have done before the making of this act.

**Publick act.**

VI. And be it further enacted, That this act shall be a publick act; and be judicially taken notice of as such, by all judges, justices, and other persons whomsoever, without the same being specially pleaded.

C A P. LXXXVII.

*An act for appointing commissioners to enquire into the state and condition of the woods, forests, and land revenues, belonging to the crown; and to sell or alienate fee-farm, and other unimproveable rents.*

**Preamble.**

**1 Geo. 3. c. 1, recited in part.**

WHEREAS, under and by virtue of the provisions contained in an act of the first year of your Majesty's reign, intituled, An act for the support of his Majesty's houshold, and of the honour and dignity of the crown of *Great Britain*, the monies arising