IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| This document relates to: No. 10-4536 | * * * * * * | HONORABLE CARL J. BARBIER MAGISTRATE JUDGE SHUSHAN |

**BPXP'S COMBINED MOTION IN LIMINE TO EXCLUDE FROM THE
PENALTY PHASE (1) ADDITIONAL EVIDENCE OF CULPABILITY AND
(2) EVIDENCE RELATING TO UNRELATED PRIOR INCIDENTS**

Defendant BP Exploration & Production Inc. ("BPXP") respectfully requests that the Court preclude the introduction during the Penalty Phase of (1) additional evidence regarding BPXP's degree of culpability; and (2) evidence relating to unrelated prior incidents. Thus, this is a combined motion addressing two of the penalty factors identified in the Clean Water Act: "the degree of culpability involved" and "any history of prior violations." 33 U.S.C. § 1321(b)(8). BPXP's motion is supported by the attached Memorandum, which is fully incorporated by reference herein.

Date: February 14, 2014                                   Respectfully submitted,


                                                          /s/ Don K. Haycraft
                                                          Don K. Haycraft (Bar #14361)
                                                          R. Keith Jarrett (Bar #16984)
                                                          Liskow & Lewis
                                                          701 Poydras Street, Suite 5000
                                                          New Orleans, Louisiana 70139-5099
                                                          Telephone: (504) 581-7979
                                                          Facsimile: (504) 556-4108
                                                          and

                                                          Richard C. Godfrey, P.C.
                                                          J. Andrew Langan, P.C.
                                                          Hariklia Karis, P.C.
                                                          Kirkland & Ellis LLP
                                                          300 North LaSalle Street
                                                          Chicago, IL 60654
                                                          Telephone: (312) 862-2000
                                                          Facsimile: (312) 862-2200

                                                          Robert C. "Mike" Brock
                                                          Covington & Burling LLP
                                                          1201 Pennsylvania Avenue, NW
                                                          Washington, DC 20004-2401
                                                          Telephone: (202) 662-6000
                                                          Facsimile: (202) 662-6291

                                                          ***Attorneys for BP Exploration & Production Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of February, 2014.

/s/ Don K. Haycraft
Don K. Haycraft