EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010

MDL 2179

SECTION: "J"

This Document Applies to:

JUDGE BARBIER
MAG. JUDGE SHUSHAN

No. 12-970, Bon Secour Fisheries, Inc., et al.
v. BP Exploration & Production Inc., et al.

## AFFIDAVIT OF CHRISTINA MANCUSO

STATE OF LOUISIANA

PARISH OF ORLEANS

I, CHRISTINA MANCUSO, hereby certify as follows:

1.  I, Christina Mancuso, am an attorney employed by the Andry Lerner, LLC law firm ("AL"), whose office is located at 610 Baronne Street, New Orleans, Louisiana, 70113. The statements contained in this Affidavit are within my personal knowledge, and, if called upon to testify, I could and would testify competently thereto.

2.  I attended Baylor University in Waco, Texas (B.A., 1982) and Baylor Law School (J.D. 1984). I was admitted to the State Bar of Texas in 1984 and practiced at several firms from 1984-1990. I worked at Baron & Budd, P.C. in Dallas, Texas from 1990 until 2007 in Mass-Tort/Multi-Party Toxic Tort litigation. I hold an AV® Preeminent™ Rating by Martindale-Hubbell.

3.  I am the senior AL staff attorney handling claims for property and economic damages resulting from the BP "Deepwater Horizon" oil spill in the Gulf of Mexico on April 20, 2010 (the "Oil Spill"). My responsibilities include the preparation, filing and processing of our

clients' Oil Spill claims. I am knowledgeable about AL's Oil Spill client files. I have a working knowledge of the Deepwater Horizon Economic Claims Center ("DHECC") database.

4. Casey Thonn ("Thonn") is a commercial fisherman that AL represented pursuant to his assertion that he suffered losses as a result of the Oil Spill. AL filed five claims on his behalf. As of October 13, 2013, Thonn had received three settlement checks – a VoO settlement check in the amount of $49,400.00 (Claim 20741), a Seafood Vessel Owner settlement check in the amount of $166,652.10 (Claim 19690) and a Boat Captain settlement check in the amount of $190,350.25 (Claim 19691) — a total of $406,402.35. To my knowledge, the Thonn claims were processed in the regular course of business and in a normal manner according to the applicable DHECC procedures, policies and appellate decisions.

5. Claims on behalf of Thonn were filed with the GCCF on or about March 28, 2011. The 2009 Original Tax Return ("Original Return") and an amended 2009 tax return ("Amended Return") were filed with the GCCF prior to AL's representation of Thonn. Attached as Exhibit A is a document that sets forth the documents filed with both the GCCF and the DHECC. Most of the documents which were filed with the GCCF are highlighted in yellow. Documents not submitted by the GCCF were then filed by AL. When the registration form was submitted for the Thonn claim to the DHECC by AL, most documentation that was on the files maintained by the GCCF in connection with the Thonn claim were electronically transferred to the DHECC and became part of the DHECC Thonn claims file. Included in the documentation that was transferred were the Original and Amended Tax Returns and other financial material supporting Thonn's claim of $156,000 of business income in 2009.

6. Prior to the AL retention, Thonn was represented by Christine Reitano. The CD disc containing Thonn's file provided to AL shows that in January 2012, Thonn and Reitano

2

{00339367-5}

submitted additional financial material to the GCCF to substantiate Thonn's business revenue in 2009 (See Exhibit A). Included in the material that was supplied by Thonn to the GCCF prior to the AL retainment were a monthly profit/loss statement and a 2009 income statement. The 2009 Income Statement is attached as Exhibit B.

7. On April 12, 2012, AL was retained by Thonn pursuant to a written contingency fee agreement (the "Fee Agreement") attached as Exhibit C. The contingency fee in the Fee Agreement is a twenty (20%) percent contingency.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Christina Mancuso

Sworn to and subscribed before me
this _14th_ day of February 2014

_____
**NOTARY PUBLIC**
Name: Jonathan Andry
Bar No.: 20081

Claimant Details

**EXHIBIT A**

All highlighted text reference those documents transferred from the GCCF to the DHECC.

All documents not highlighted are those which AL filed on behalf of Thon

Page 1 of 7



# DEEPWATER HORIZON CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

- Home
- News and Developments
- Firm Administration
- Download Files
- Claimant Activity
- Reporting
- Notices
- Forms
- Payments
- Change Password / Email
- Log Off

## Claimant Details

<< Back

### Demographic Information

[Edit]

- Claimant ID: 100051739
- Name: THONN (Last)   CASEY (First)   (M.I.)   (Suffix)
- Business Name: CASEY CHARLES THONN
- SSN: 439 - 37 - 7553
- Address 1: *332 JACOB ST
- Address 2:
- City: *SLIDELL   State: *LA
- Zip Code: *70458
- Parish/County: St. Tammany
- Country: *United States of America
- Date of Birth: *9/10/1979

### Representation

Represented By: Andry Law Group/Andry Lerner, LLC

### Forms

[Registration Form]   [Claim Forms]   [Sworn Written Statements]

### Documents

Click the View Documents button to view documents uploaded to this claimant's file. The Upload button provides you the ability to send documents to the Claims Administrator. Any documents you upload using this button will be directly linked to the claimant's file.

For Seafood and Business Economic Loss Claims, your claim will be reviewed more quickly if you submit any financial data records in Excel format.

Do not upload PDFs of a Claim Form to the Portal. Instead, finish and submit the Claim Form online. If you unable to complete the Claim Form online, email, mail or fax the Claim Form or visit a CAC.

[View Documents]   [Upload]

### View Documents

Filter Documents likely associated with: ALL   ☐ Show Excel Files only

| Doc ID | Document Type | Create Date | Page From | Page To | Doc File ID | |
|---|---|---|---|---|---|---|
| 2408822 | Driver's License/Birth Certificate/Passport (Duplicate) | 07/17/2012 | 1 | | 686143 | View |
| 1248493 | License - Fishing (Commercial or Recreational) | 06/21/2012 | 1 | 1 | 686143 | View |
| 2408809 | License - Boat/Vessel License or Registration | 07/17/2012 | 1 | 1 | 686143 | View |
| 2408834 | License - Fishing (Commercial or Recreational) | 07/17/2012 | 1 | 1 | 686143 | View |
| 2408852 | License - Boat/Vessel License or Registration | 07/17/2012 | 1 | 1 | 686143 | View |
| 4769140 | License - Fishing (Commercial or Recreational) | 09/25/2012 | 1 | 1 | 686143 | View |
| 5903074 | License - Boat/Vessel License or Registration | 10/31/2012 | 1 | 1 | 686143 | View |
| 5903093 | License - Fishing (Commercial or Recreational) | 10/31/2012 | 1 | 1 | 686143 | View |
| 5903116 | License - Fishing (Commercial or Recreational) | 10/31/2012 | 1 | 1 | 686143 | View |
| 5903157 | License - Fishing (Commercial or Recreational) | 10/31/2012 | 1 | 1 | 686143 | View |
| 1248531 | GCCF No Documents Submitted Letter | 06/21/2012 | 1 | 2 | 686144 | View |
| 1248496 | GCCF Deficiency Letter | 06/21/2012 | 1 | 2 | 686145 | View |

https://www2.deepwaterhorizoneconomicsettlement.com/Secure/Shared/Demograghic.aspx   2/12/2014

| ID | Document Type | Date | | | | |
|---|---|---|---|---|---|---|
| 1248466 | GCCF Other Processing Document | 06/21/2012 | 1 | 2 | 686146 | View |
| 7995996 | Other | 01/30/2013 | 3 | 3 | 686146 | View |
| 1248467 | Envelope or Other Packaging Only | 06/21/2012 | 4 | 5 | 686146 | View |
| 7995717 | GCCF Other Processing Document | 01/30/2013 | 1 | 1 | 686147 | View |
| 1248473 | License - Boat/Vessel License or Registration (Duplicate) | 06/21/2012 | 2 | 2 | 686147 | View |
| 1248474 | License - Fishing (Commercial or Recreational) (Duplicate) | 06/21/2012 | 2 | 2 | 686147 | View |
| 1248475 | License - Gear (Duplicate) | 06/21/2012 | 2 | 2 | 686147 | View |
| 4530209 | License - Gear (Duplicate) | 09/18/2012 | 2 | 2 | 686147 | View |
| 1248477 | 2009 Federal Income Return Form 1040 (Individually Filed) (Duplicate) | 06/21/2012 | 3 | 8 | 686147 | View |
| 1248476 | 2009 Federal Income Return Form 1040, Schedule C (Duplicate) | 06/21/2012 | 7 | 8 | 686147 | View |
| 1248478 | Envelope or Other Packaging Only | 06/21/2012 | 9 | 10 | 686147 | View |
| 1248545 | Correspondence from Claimant | 06/21/2012 | 1 | 2 | 686148 | View |
| 7995625 | Insurance - Payments | 01/30/2013 | 3 | 4 | 686148 | View |
| 1248502 | GCCF Interim Payment Claim Form | 06/21/2012 | 1 | 15 | 686149 | View |
| 1248503 | Envelope or Other Packaging Only | 06/21/2012 | 16 | 16 | 686149 | View |
| 1248479 | Correspondence from Claimant's Counsel | 06/21/2012 | 1 | 2 | 686150 | View |
| 1248505 | GCCF Interim/Final Payment Claim Deficiency Notice | 06/21/2012 | 1 | 3 | 686151 | View |
| 1248480 | Correspondence from Claimant's Counsel | 06/21/2012 | 1 | 1 | 686152 | View |
| 1248481 | Correspondence from Claimant's Counsel (Duplicate) | 06/21/2012 | 1 | 1 | 686153 | View |
| 1248485 | Affidavit/Sworn Statement (Duplicate) | 06/21/2012 | 2 | 12 | 686153 | View |
| 1248506 | GCCF Interim/Final Payment Claim Deficiency Notice | 06/21/2012 | 1 | 3 | 686154 | View |
| 1248523 | Correspondence from Claimant's Counsel | 06/21/2012 | 1 | 1 | 686155 | View |
| 1248529 | --2010 State Tax Return (Duplicate) | 06/21/2012 | 2 | 7 | 686155 | View |
| 1248530 | 2010 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 06/21/2012 | 8 | 24 | 686155 | View |
| 1248525 | 2010 Federal Income Return Form 1040, Schedule C (Duplicate) | 06/21/2012 | 11 | 11 | 686155 | View |
| 1248526 | 2010 Federal Income Return Form 1040, Schedule C (Duplicate) | 06/21/2012 | 12 | 13 | 686155 | View |
| 1248527 | 2010 Federal Income Return Form 1040, Schedule C (Duplicate) | 06/21/2012 | 14 | 15 | 686155 | View |
| 7985614 | 2010 Federal Income Return Form 1040, Schedule C (Duplicate) | 01/30/2013 | 16 | 17 | 686155 | View |
| 7985662 | 2010 Federal Income Return Form 1040, Schedule C (Duplicate) | 01/30/2013 | 18 | 19 | 686155 | View |
| 1248518 | 2010 Financial - Income Statements / Profit & Loss (Duplicate) | 06/21/2012 | 25 | 25 | 686155 | View |
| 1248519 | Hardship Request for expedited Treatment | 06/21/2012 | 26 | 28 | 686155 | View |
| 1248520 | License - Boat/Vessel License or Registration (Duplicate) | 06/21/2012 | 29 | 29 | 686155 | View |
| 1248521 | License - Fishing (Commercial or Recreational) (Duplicate) | 06/21/2012 | 29 | 29 | 686155 | View |
| 1248522 | License - Gear | 06/21/2012 | 29 | 29 | 686155 | View |
| 4530895 | License - Gear | 09/18/2012 | 29 | 29 | 686155 | View |
| 1248482 | Correspondence from Claimant's Counsel | 06/21/2012 | 1 | 3 | 686156 | View |
| 1248494 | Correspondence from Claimant's Counsel | 06/21/2012 | 1 | 2 | 686157 | View |
| 1248483 | Correspondence from Claimant's Counsel | 06/21/2012 | 1 | 3 | 686158 | View |
| 1248488 | Correspondence from Claimant's Counsel | 06/21/2012 | 1 | 3 | 686159 | View |
| 1248495 | Correspondence from Claimant's Counsel | 06/21/2012 | 1 | 3 | 686160 | View |
| 1248547 | GCCF Other Processing Document | 06/21/2012 | 1 | 2 | 686161 | View |
| 2409819 | Education Records Received from Third Party | 07/17/2012 | 3 | 3 | 686161 | View |
| 1248546 | Envelope or Other Packaging Only | 06/21/2012 | 4 | 5 | 686161 | View |

| ID | Document Type | Date | | | Ref | |
|---|---|---|---|---|---|---|
| 1248468 | Power of Attorney or Other Authorization for Lawyer to Sign for Claimant (Duplicate) | 06/21/2012 | 1 | 1 | 686162 | View |
| 1248489 | Correspondence from Claimant's Counsel | 06/21/2012 | 1 | 2 | 686163 | View |
| 1248492 | Power of Attorney or Other Authorization for Lawyer to Sign for Claimant | 06/21/2012 | 3 | 3 | 686163 | View |
| 1248507 | GCCF Interim/Final Payment Claim Deficiency Notice | 06/21/2012 | 1 | 3 | 686164 | View |
| 1248490 | Correspondence from Claimant's Counsel | 06/21/2012 | 1 | 2 | 686165 | View |
| 1248508 | GCCF Interim/Final Payment Claim Deficiency Notice | 06/21/2012 | 1 | 3 | 686166 | View |
| 7981867 | GCCF Other Processing Document | 01/30/2013 | 1 | 1 | 686167 | View |
| 1248513 | Worley Subsistence Claimant Verification Form | 06/21/2012 | 2 | 36 | 686167 | View |
| 1248511 | Correspondence from Expert | 06/21/2012 | 10 | 12 | 686167 | View |
| 1248514 | Subsistence Claimant Sworn Written Statement | 06/21/2012 | 15 | 24 | 686167 | View |
| 1248510 | Supplemental Request Form | 06/21/2012 | 26 | 27 | 686167 | View |
| 1248512 | License - Fishing (Commercial or Recreational) (Duplicate) | 06/21/2012 | 38 | 38 | 686167 | View |
| 4607469 | License - Gear (Duplicate) | 09/20/2012 | 38 | 38 | 686167 | View |
| 4607682 | License - Boat/Vessel License or Registration (Duplicate) | 09/20/2012 | 38 | 38 | 686167 | View |
| 4607802 | License - Gear (Duplicate) | 09/20/2012 | 38 | 38 | 686167 | View |
| 4607817 | Education Records Received from Third Party (Duplicate) | 09/20/2012 | 39 | 39 | 686167 | View |
| 4607956 | Envelope or Other Packaging Only | 09/20/2012 | 40 | 42 | 686167 | View |
| 1248491 | Correspondence from Claimant's Counsel (Duplicate) | 06/21/2012 | 1 | 3 | 686168 | View |
| 4608593 | Correspondence from Claimant's Counsel | 09/20/2012 | 1 | 3 | 686169 | View |
| 1248470 | Hardship Request for expedited Treatment | 06/21/2012 | 4 | 6 | 686169 | View |
| 1248469 | Correspondence from Claimant (Duplicate) | 06/21/2012 | 1 | 1 | 686170 | View |
| 1248497 | Media - Video | 06/21/2012 | 1 | 1 | 686171 | View |
| 1248498 | Media - Video | 06/21/2012 | 1 | 1 | 686172 | View |
| 1248460 | Financial –Income Statements / Profit & Loss - Non-Monthly (Duplicate) | 06/21/2012 | 1 | 1 | 686173 | View |
| 1248515 | 2010 State Tax Return (Duplicate) | 06/21/2012 | 1 | 6 | 686174 | View |
| 1248501 | 2010 Federal Income Return Form 1040 (Individually Filed) (Duplicate) | 06/21/2012 | 1 | 17 | 686175 | View |
| 2411804 | 2010 Federal Income Return Form 1040, Schedule C (Duplicate) | 07/17/2012 | 4 | 4 | 686175 | View |
| 7965669 | 2010 Federal Income Return Form 1040, Schedule C (Duplicate) | 01/29/2013 | 5 | 6 | 686175 | View |
| 7965688 | 2010 Federal Income Return Form 1040, Schedule C (Duplicate) | 01/29/2013 | 7 | 8 | 686175 | View |
| 7965723 | 2010 Federal Income Return Form 1040, Schedule C (Duplicate) | 01/29/2013 | 9 | 10 | 686175 | View |
| 7965748 | 2010 Federal Income Return Form 1040, Schedule C (Duplicate) | 01/29/2013 | 11 | 12 | 686175 | View |
| 1248516 | 2009 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 06/21/2012 | 1 | 22 | 686176 | View |
| 2411662 | 2009 Federal Income Return Form 1040, Schedule C (Duplicate) | 07/17/2012 | 7 | 8 | 686176 | View |
| 2411720 | 2009 State Tax Return (Duplicate) | 07/17/2012 | 18 | 22 | 686176 | View |
| 1248536 | Correspondence from Claimant's Counsel | 06/21/2012 | 1 | 1 | 686177 | View |
| 1248541 | Other Correspondence | 06/21/2012 | 2 | 4 | 686177 | View |
| 1248535 | Correspondence from Claimant | 06/21/2012 | 5 | 5 | 686177 | View |
| 1248537 | Other Tax Document | 06/21/2012 | 6 | 7 | 686177 | View |
| 7962631 | 2009 Federal Income Return Form 1040 (Jointly Filed) | 01/29/2013 | 8 | 27 | 686177 | View |
| 7962709 | 2009 Federal Income Return Form 1040, Schedule C | 01/29/2013 | 12 | 13 | 686177 | View |
| 7963280 | 2009 State Tax Return | 01/29/2013 | 23 | 25 | 686177 | View |
| 1248538 | 2010 Federal Income Return Form 1040 (Individually Filed) | 06/21/2012 | 28 | 50 | 686177 | View |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7963389 | 2010 Federal Income Return Form 1040, Schedule C | 01/29/2013 | 31 | 31 | 686177 | View |
| 7963407 | 2010 Federal Income Return Form 1040, Schedule C | 01/29/2013 | 32 | 33 | 686177 | View |
| 7963447 | 2010 Federal Income Return Form 1040, Schedule C | 01/29/2013 | 34 | 35 | 686177 | View |
| 7963488 | 2010 Federal Income Return Form 1040, Schedule C | 01/29/2013 | 36 | 37 | 686177 | View |
| 7963514 | 2010 Federal Income Return Form 1040, Schedule C | 01/29/2013 | 38 | 39 | 686177 | View |
| 7963592 | 2010 State Tax Return | 01/29/2013 | 45 | 48 | 686177 | View |
| 1248542 | Financial –Income Statements / Profit & Loss - Non-Monthly (Duplicate) | 06/21/2012 | 51 | 51 | 686177 | View |
| 1248509 | GCCF Interim/Final Payment Claim Deficiency Notice | 06/21/2012 | 1 | 3 | 686178 | View |
| 1248472 | Other Correspondence | 06/21/2012 | 1 | 1 | 686179 | View |
| 1248471 | Correspondence from Claimant | 06/21/2012 | 2 | 2 | 686179 | View |
| 1248517 | Transition Process Quick Payment Letter | 06/21/2012 | 1 | 2 | 686180 | View |
| 7955179 | Correspondence from Claimant's Counsel | 01/29/2013 | 1 | 1 | 686181 | View |
| 1248461 | 2009 Financial - Income Statements / Profit & Loss | 06/21/2012 | 2 | 3 | 686181 | View |
| 1248464 | Correspondence from Claimant's Counsel | 06/21/2012 | 4 | 5 | 686181 | View |
| 1248463 | Other Correspondence | 06/21/2012 | 6 | 7 | 686181 | View |
| 1248465 | Affidavit/Sworn Statement | 06/21/2012 | 8 | 18 | 686181 | View |
| 1248462 | 2009 Financial – Annual Income Statements / Profit & Loss | 06/21/2012 | 19 | 19 | 686181 | View |
| 4617175 | Financial –Income Statements / Profit & Loss - Non-Monthly | 09/20/2012 | 20 | 20 | 686181 | View |
| 4617689 | 2011 Financial – Annual Income Statements / Profit & Loss | 09/20/2012 | 21 | 21 | 686181 | View |
| 1248484 | Correspondence from Claimant's Counsel | 06/21/2012 | 1 | 17 | 686183 | View |
| 1248487 | Correspondence from Claimant's Counsel | 06/21/2012 | 1 | 1 | 686184 | View |
| 1248486 | Envelope or Other Packaging Only | 06/21/2012 | 2 | 2 | 686184 | View |
| 1248499 | Other Correspondence | 06/21/2012 | 1 | 1 | 686185 | View |
| 1248532 | Transition Process Pending Claim Letter | 06/21/2012 | 1 | 2 | 686186 | View |
| 7954418 | Correspondence from Claimant's Counsel | 01/29/2013 | 3 | 3 | 686186 | View |
| 1248504 | GCCF Interim Payment Claim Determination Notice | 06/21/2012 | 1 | | 686187 | View |
| 1248533 | Transition Process Pending Offer Letter | 06/21/2012 | 1 | 2 | 686188 | View |
| 1248534 | Transition Process Pending Claim Letter | 06/21/2012 | 1 | 2 | 686189 | View |
| 1249475 | Power of Attorney or Other Authorization for Lawyer to Sign for Claimant | 06/21/2012 | 1 | 1 | 686704 | View |
| 1249486 | Registration Form | 06/21/2012 | 1 | 12 | 686715 | View |
| 1307224 | Seafood Compensation Program Claim Form (Yellow Form) (Claim ID 19690) | 06/24/2012 | 1 | | 721393 | View |
| 1307225 | Seafood Compensation Program Claim Form (Yellow Form) (Claim ID 19691) | 06/24/2012 | 1 | | 721394 | View |
| 2408154 | Claimant Accounting Support Invoice | 06/24/2012 | 1 | 2 | 721429 | View |
| 6056755 | Correspondence from Expert | 06/24/2012 | 3 | 6 | 721429 | View |
| 6056805 | SWS-38 - Claimant Accounting Support Sworn Written Statement | 06/24/2012 | 7 | 8 | 721429 | View |
| 1307285 | License - Boat/Vessel License or Registration (Duplicate) | 06/24/2012 | 9 | 9 | 721429 | View |
| 2408199 | License - Boat/Vessel License or Registration (Duplicate) | 06/24/2012 | 9 | 9 | 721429 | View |
| 2408220 | License - Gear (Duplicate) | 06/24/2012 | 9 | 9 | 721429 | View |
| 2408271 | License - Gear (Duplicate) | 06/24/2012 | 9 | 9 | 721429 | View |
| 2408297 | License - Fishing (Commercial or Recreational) (Duplicate) | 06/24/2012 | 9 | 9 | 721429 | View |
| 2408349 | Vessels of Opportunity Training Document | 06/24/2012 | 10 | 12 | 721429 | View |
| 2408524 | Vessels of Opportunity Work or Charterer Dispatch Log | 06/24/2012 | 13 | 44 | 721429 | View |

| ID | Document Type | Date | | | Ref | |
|---|---|---|---|---|---|---|
| 2408629 | Vessels of Opportunity Training Document | 06/24/2012 | 16 | 16 | 721429 | View |
| 2408593 | Vessels of Opportunity Invoice for Work Performed | 06/24/2012 | 19 | 19 | 721429 | View |
| 2408569 | Vessels of Opportunity Invoice for Work Performed | 06/24/2012 | 43 | 43 | 721429 | View |
| 2408658 | Driver's License/Birth Certificate/Passport (Duplicate) | 06/24/2012 | 45 | 45 | 721429 | View |
| 2408694 | Bank Statements | 06/24/2012 | 46 | 53 | 721429 | View |
| 8016725 | Bank Statements | 06/24/2012 | 54 | 61 | 721429 | View |
| 2408711 | Form W-9 | 06/24/2012 | 62 | 62 | 721429 | View |
| 1307286 | Vessels of Opportunity (VoO)/Charter Claim Form (Pink Form) (Claim ID 20741) | 06/24/2012 | 1 | | 721430 | View |
| 2464861 | Eligibility Notice (Claim ID 20741) | 07/18/2012 | 1 | 9 | 16161437 | View |
| 2799529 | Release (Claim ID 20741) | 07/29/2012 | 1 | 22 | 16263115 | View |
| 2959638 | DWH Release Received - Hard Copy | 08/02/2012 | 1 | 20 | 16319022 | View |
| 3058103 | Correspondence from Claimant's Counsel | 08/04/2012 | 21 | 21 | 16319022 | View |
| 3058119 | Other | 08/04/2012 | 22 | 23 | 16319022 | View |
| 3058138 | Envelope or Other Packaging Only | 08/04/2012 | 24 | 24 | 16319022 | View |
| 3478205 | Correspondence from Claimant's Counsel | 08/16/2012 | 1 | 1 | 16457470 | View |
| 3487618 | Payment Election Form | 08/16/2012 | 2 | 3 | 16457470 | View |
| 3487633 | Attorney Fee Acknowledgment Form | 08/16/2012 | 4 | 5 | 16457470 | View |
| 3487644 | Envelope or Other Packaging Only | 08/16/2012 | 6 | 6 | 16457470 | View |
| 5769778 | Subsistence Claim Form (Teal Form) (Claim ID 97550) | 10/26/2012 | 1 | | 17064841 | View |
| 5970681 | Eligibility Notice (Claim ID 19690) | 11/01/2012 | 1 | | 17115313 | View |
| 6129024 | Eligibility Notice (Claim ID 19691) | 11/06/2012 | 1 | | 17171861 | View |
| 6778064 | Request for Reconsideration Form (from Eligibility Notice) (Duplicate) | 12/03/2012 | 1 | 4 | 17357800 | View |
| 6778411 | Eligibility Notice (Duplicate) | 12/03/2012 | 5 | 10 | 17357800 | View |
| 6778475 | SWS-1 Seafood Sworn Written Statement for Sufficient Documentation (Duplicate) | 12/03/2012 | 11 | 13 | 17357800 | View |
| 6778171 | Request for Reconsideration Form (from Eligibility Notice) | 12/03/2012 | 1 | 2 | 17357849 | View |
| 8010084 | Supporting Document | 12/03/2012 | 3 | 4 | 17357849 | View |
| 6778578 | Eligibility Notice | 12/03/2012 | 5 | 11 | 17357849 | View |
| 6778608 | SWS-1 Seafood Sworn Written Statement for Sufficient Documentation | 12/03/2012 | 12 | 14 | 17357849 | View |
| 6876445 | Post-Reconsideration Eligibility Notice (Claim ID 19690) | 12/07/2012 | 1 | | 17391539 | View |
| 6876457 | Post-Reconsideration Eligibility Notice (Claim ID 19691) | 12/07/2012 | 1 | | 17391543 | View |
| 6923661 | Post-Reconsideration Eligibility Notice (Claim ID 19690) | 12/10/2012 | 1 | | 17403744 | View |
| 6923945 | Post-Reconsideration Eligibility Notice (Claim ID 19691) | 12/10/2012 | 1 | | 17403839 | View |
| 7454871 | Claims Preparation--Invoices to Claimant | 01/07/2013 | 1 | 1 | 17557401 | View |
| 7468048 | Claims Preparation--Supporting Detail | 01/07/2013 | 1 | 2 | 17562379 | View |
| 7467855 | Request for Reconsideration Form (from Eligibility Notice) | 01/07/2013 | 3 | 9 | 17562379 | View |
| 7468018 | SWS-1 Seafood Sworn Written Statement for Sufficient Documentation | 01/07/2013 | 10 | 12 | 17562379 | View |
| 7468026 | Post-Reconsideration Eligibility Notice | 01/07/2013 | 13 | 20 | 17562379 | View |
| 7468055 | Claims Preparation--Supporting Detail | 01/07/2013 | 21 | 23 | 17562379 | View |
| 7468038 | Correspondence from Claimant's Counsel | 01/07/2013 | 24 | 24 | 17562379 | View |
| 7468057 | Claims Preparation--Supporting Detail | 01/07/2013 | 25 | 25 | 17562379 | View |
| 7468046 | Post-Reconsideration Eligibility Notice | 01/07/2013 | 26 | 26 | 17562379 | View |
| 7467860 | Other Correspondence | 01/07/2013 | 1 | 1 | 17562382 | View |
| 7498287 | Appeal- Notice of Claimant Appeal of Eligible Claim | 01/09/2013 | 1 | | 17573998 | View |

Claimant Details                                                                                 Page 6 of 7

| | | | | | | |
|---|---|---|---|---|---|---|
| 7501153 | Appeal- Notice of Claimant Appeal of Eligible Claim | 01/09/2013 | 1 | | 17575344 | View |
| 7501218 | Appeal- Notice of Claimant Appeal of Eligible Claim | 01/09/2013 | 1 | | 17575369 | View |
| 7510765 | Appeal- Notice of Claimant Appeal of Eligible Claim (Claim ID 19690) | 01/09/2013 | 1 | | 17579250 | View |
| 7864536 | Appeal- Notice of Claimant Appeal of Eligible Claim | 01/24/2013 | 1 | | 17726956 | View |
| 7868558 | Appeal- Notice of Claimant Appeal of Eligible Claim | 01/24/2013 | 1 | | 17728837 | View |
| 7868702 | Appeal- Notice of Claimant Appeal of Eligible Claim | 01/24/2013 | 1 | | 17728893 | View |
| 7868707 | Appeal- Notice of Claimant Appeal of Eligible Claim | 01/24/2013 | 1 | | 17728897 | View |
| 7869175 | Other Correspondence | 01/24/2013 | 1 | 2 | 17729072 | View |
| 7912579 | Appeal- Opposition Memorandum | 01/24/2013 | 3 | 4 | 17729072 | View |
| 7912597 | Eligibility Notice | 01/24/2013 | 5 | 11 | 17729072 | View |
| 7912641 | SWS-1 Seafood Sworn Written Statement for Sufficient Documentation | 01/24/2013 | 12 | 14 | 17729072 | View |
| 7912724 | Post-Reconsideration Eligibility Notice | 01/24/2013 | 15 | 22 | 17729072 | View |
| 7912783 | Supporting Document | 01/24/2013 | 23 | 25 | 17729072 | View |
| 7913056 | Correspondence from Claimant's Counsel (Duplicate) | 01/24/2013 | 26 | 26 | 17729072 | View |
| 7913078 | Post-Reconsideration Eligibility Notice | 01/24/2013 | 27 | 27 | 17729072 | View |
| 7948741 | Post-Reconsideration Eligibility Notice (Claim ID 19690) | 01/29/2013 | 1 | | 17756196 | View |
| 7961164 | Appeal- Appeal Correspondence | 01/24/2013 | 1 | 1 | 17761146 | View |
| 8047866 | Appeal- Opening Memorandum | 01/24/2013 | 2 | 6 | 17761146 | View |
| 8047915 | 2009 Federal Income Return Form 1040, Schedule C | 01/24/2013 | 7 | 9 | 17761146 | View |
| 8048263 | Claims Preparation--Invoices to Claimant | 01/24/2013 | 10 | 12 | 17761146 | View |
| 8051625 | Claims Preparation--Supporting Detail | 01/24/2013 | 13 | 21 | 17761146 | View |
| 8051644 | Claims Preparation--Invoices to Claimant | 01/24/2013 | 22 | 23 | 17761146 | View |
| 8051681 | Appeal- Initial Proposal Form | 01/24/2013 | 24 | 25 | 17761146 | View |
| 7970827 | Appeal- Notice of Initial Proposals (Claim ID 19691) | 01/29/2013 | 1 | | 17765798 | View |
| 7979068 | Appeal- Notice of Claimant Appeal of Eligible Claim (Claim ID 19691) | 01/30/2013 | 1 | | 17768875 | View |
| 8118686 | Correspondence from Claimant's Counsel | 02/04/2013 | 1 | 1 | 17819814 | View |
| 8182074 | Appeal- Final Proposal Form | 02/04/2013 | 2 | 2 | 17819814 | View |
| 8182084 | Appeal- Supporting Memoranda | 02/04/2013 | 3 | 5 | 17819814 | View |
| 8141489 | Appeal- Appeal Correspondence | 02/04/2013 | 1 | 1 | 17828565 | View |
| 8201474 | Appeal- Supporting Memoranda | 02/04/2013 | 2 | 5 | 17828565 | View |
| 8201480 | Appeal- Final Proposal Form | 02/04/2013 | 6 | 7 | 17828565 | View |
| 8186237 | Employer Identification Number Verification Notice | 02/08/2013 | 1 | | 17847184 | View |
| 8211714 | Appeal- Notice of Final Proposals (Claim ID 19691) | 02/08/2013 | 1 | | 17854957 | View |
| 8646281 | Employer Identification Number Verification Notice | 02/28/2013 | 1 | 2 | 18023235 | View |
| 8646373 | Social Security Card | 02/28/2013 | 3 | 4 | 18023235 | View |
| 9320044 | Appeal- Notice of Appeal Panel Decision (Claim ID 19691) | 03/28/2013 | 1 | | 18258963 | View |
| 9472425 | Vessel Physical Damage Claim Form (Black Form) (Claim ID 179170) | 04/05/2013 | 1 | | 18315318 | View |
| 9547031 | Appeal- Post-Appeal Eligibility Notice (Claim ID 19691) | 04/10/2013 | 1 | | 18341322 | View |
| 9581262 | Geographic Location Material - Maps | 04/11/2013 | 1 | 1 | 18353087 | View |
| 9581332 | Fishing or Hunting Area Closures Report | 04/11/2013 | 2 | 3 | 18353087 | View |
| 10167910 | Incompleteness Notice (Claim ID 179170) | 05/14/2013 | 1 | | 18572150 | View |
| 11271399 | Follow- Up Incompleteness Notice (Claim ID 179170) | 07/15/2013 | 1 | | 18999267 | View |
| 11576734 | Notice of Document Investigation Process | 07/31/2013 | 1 | | 19123173 | View |

| | | | | | |
|---|---|---|---|---|---|
| 11576741 | Notice of HUB Investigation Process | 07/31/2013 | 1 | 19123178 | View |
| 13237911 | | 12/10/2013 | 0 | 19905515 | View |

### Registration Form Submission Status
Submitted

### Claim Types

| Claim ID | Claim Type | Details | Submission Status |
|---|---|---|---|
| 19690 | Seafood Compensation Program | Shrimp Boss Hoss | Submitted |
| 19691 | Seafood Compensation Program | Shrimp | Submitted |
| 20741 | VoO Charter Payment | | Submitted |
| 97550 | Subsistence | | Submitted |
| 179170 | Vessel Physical Damage | | Submitted |

Exhibit B
Thonn's 2009 Income Statement
Provided by Christine Reitano

Casey Thonn
2009 profit loss    total gross 156,000

liscenses - 155,00
April ship yard expenses - 11,225

Season opens May
Shrimp sold - 29,578
nets - 1,200.00
fuel - 3,600
groceries - 500.00
profit - 24,278

June
Shrimp sold  22,325
nets  800.00
        4,228.00 fuel
groceries - 425.00
profit  16,872.00

July
Shrimp sold - 25,410.00
nets - 500.00
fuel - 3,825.00
groceries - 622.00
profit - 20,363.00

Oct
shrimp sold - 19,120.00
nets - 1,200.00
fuel - 5,229.00
groceries - 376.00
profit - 12,315.00

Nov
shrimp sold - 32,730.00
fuel - 4,800.00
groceries - 585.00
profit - 27,341.00

Dec -
shrimp sold - 26,837
nets - 1,280.00
fuel - 5,129.00
groceries - 456.00
profit - 19,972.00


general expenses through the year
(wear tear, repair, oil, etc) up keep on my
boat - 6,456.00

YEAR 2009  SS 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
CASEY C. THONN   ID 114110
INCOME STATEMENT

INCOME:

    SALES                                         15600.00

    TOTAL INCOME                          15600.00

EXPENSES:

    TRUCK EXPENSE         1400.00

    DEPRECIATION              5437.00

    DIESEL FUEL                  1536.00

    FISHING LICENSES          155.00

    FISH NETS - DAMAGED
    AND ABANDED              506.00

    SHIPYARD AND
    PAINTING                      1122.50

    TOTAL EXPENSES                    10017.80

NET PROFIT                                            5582.20

L86169

#272150: Claimant 1060469, Casey Thonn                                    Page 1 of 3

> Subject: Claimant 1060469, Casey Thonn
> Date: Mon, 2 Jan 2012 14 02 56 -0600
> To: <info@gccfclaims.com>
> From: Christine Reitano <CReitano@suttonreitanolaw com>

GCCF:

I am writing in response to your letter dated November 4, 2011, on behalf of my client, Casey Thonn, Claim Number 1060469, last 4 digits of social security number, 7553 First, let me say that I only came across this letter by accessing the attorney portal, a hard copy of this letter was never received by my office. Second, the last letter I did receive was a deficiency letter, dated November 3, 2011, requesting documentation that had already been submitted In addressing that letter, I spoke to both a case specialist, and a member of your attorney team, to let them know the documentation had already been provided numerous times over. I was told that time would probably sort the matter out. Now, this letter dated November 4, is requesting:

1. Documents showing total gross revenues of the business from sales or services for 2009, such as a federal income tax return, annual financial statements, or monthly profit and loss statements for each month in 2009.

Mr. Thonn's 2009 tax return was submitted to you some time ago, nonetheless I have instructed him to have his accountant do a monthly profit and loss statement as well.

2 The letter states if there are no records of 2009 sales, which there are and which have provided, then submit documentation for 2008. Mr Thonn did not shrimp in 2008, he had just bought his boat in 2008 and has provided previously provided an affidavit to you to that effect. Mr. Thonn has provided you with a 2009 tax return,, and will additionally provide you with monthly profit and loss statements for that year Your letter states if there are no records of gross revenues

SM-04-TALF001292

for 2008 or 2009, which is not the case, as the 2009 tax return has been provided, to then submit documents showing gross revenues from sales or services from January through April 2010 and an explanation as to why there were no 2008 or 2009 revenues. As previously mentioned, Mr. Thonn submitted an affidavit as to why there were no 2008 revenues, and has provided a 2009 tax return. He will also provide a 2009 monthly profit statement. Additionally, he has submitted documentation showing gross revenues from sales or services from May-November, 2010, the actual shrimping season. It makes no sense to request documentation from January-April.

It was also recommended by the GCCF attorney to update the claim to present. Mr. Thonn like so many other shrimpers and fishermen has been unable to make a living shrimping to date, though he and others have tried repeatedly and at some expense to do so. I am attaching a current hardship letter to update you on his situation. I will provide you with his 2009 profit and loss statements when they are completed as that year is the best and true indicator of the livelihood that the oil spill has denied him of in 2010, 2011, and will continue to deny him of in 2012.

In closing, I just want to revoice my concern that I had not actually received a copy of your November 4th letter. I hope this helps to clarify Mr. Thonn's situation and that some resolution or at the very least direction is soon to be forthcoming.

Thank you and please let me know of any additional problems or concerns at this time.

Christine Reitano

Sutton & Reitano

935 Gravier Street, Ste 600

New Orleans, LA 70112

Phone: (504) 592-3230

Fax  (504) 525-5079

Email  creitano@suttonreitanolaw.com
<mailto.creitano@suttonreitanolaw.com>

## ATTORNEY/CLIENT CONTRACT

**RECITALS:** I, _____ on behalf of _____ the undersigned **Client** ("**Client**"), employs the **Andry Law Group LLC.** ("**Andry Law Group**") for the purpose of making a claim on my behalf with the Gulf Coast Claims Facility and/or BP or any other related Fund for all damages sustained by me that resulted, or may result in the future from the Deepwater Horizon Drilling Rig explosion and subsequent oil release on or about April 20, 2010. **Client** also empowers **Andy Law Group** to file all necessary forms and documents in the Transocean Limitation Proceeding to preserve my claim(s) and any other rights. **Client** empowers the **Andry Law Group** to sue, to compromise, to receive any and all payments, to receipt for any and all money, and to do anything generally which may be necessary in the prosecution of the above claim as full as though I were present.

**ATTORNEY FEES:** In consideration of the services to be rendered by **Andry Law Group** in connection said cause, **Client**, agrees to pay said attorney a fee of twenty (20%) percent of the amount collected. This fee will apply to any and all interim payments and/or final awards and/or settlements from the Gulf Coast Claims Facility and/or BP or any **Funds** as defined herein. The fee will be calculated before all court costs and/or other expenses, including but not limited to, all bills, photocopying expenses, expert fees, and investigation costs are deducted. Expenses will be deducted after calculation of the contingency fee, pursuant to Rule 1.5 (C) of the Rules of Professional Conduct. Client is responsible for all such costs and expenses. However, all such costs and expenses related to these claims, such as court costs and/or other expenses, including but not limited to, all bills, photocopying expenses, expert fees, investigation costs, and any other costs responsible by client shall not exceed seven and half (7.5%) percent of the final award and/or settlements. The seven and half (7.5%) shall include all and any costs related to these claims.

It is further understood and agreed that if **Client** is unable to reach an agreement or settlement with the Gulf Coast Claims Facility and/or BP, it will be necessary to file a claim in MDL 2179 to protect **Client's** rights. If **Andry Law Group** files a claim in MDL 2179 that is settled without litigation, **Client** agrees to pay attorney fee of twenty (20%) percent of the amount collected. If it becomes necessary for **Andry Law Group** to litigate claim, **Client** agrees to pay attorney fee of thirty-three (33%) percent of the amount collected. The attorney fees referenced in this paragraph will be calculated before all court costs and/or other expenses, including but not limited all bills, photocopying expenses, expert fees, and investigation costs are deducted. Expenses will be deducted after calculation of the contingency fee, pursuant to Rule 1.5 (C) of the Rules of Professional Conduct.

**STRUCTURED SETTLEMENT:** In the event of a structured settlement, then it is agreed that the attorney's fees will be based on a percentage of the value of the case at the time of the settlement, in the same manner as reflected above.

**SETTLEMENT AND COMPROMISE OF CLAIM(S) AND/OR SUIT(S):** It is hereby understood and agreed that neither **Client** nor my/our attorney may settle, compromise, dispose of, or in any way discontinue my/our claim and/or suit without the permission of the other.

**COSTS AND EXPENSES:** It is further understood and agreed that the attorneys shall have the right to finance the costs in this matter and that the interest thereon shall be an expense of the litigation. The interest rate will be commensurate with that charged by the respective lending institution. If the attorneys are terminated by the **Client** without just cause, then the **Client** shall reimburse the attorneys immediately for all out-of-pocket expenses. In such a case, the attorneys shall, in addition, have the right to the full amount of this contract for services rendered.

**INTERVENTION:** It is further understood and agreed that if it becomes necessary for the attorney to file a claim in the court of any kind in order to obtain immediate reimbursement of costs and/or reasonable attorney's fees, then the attorney shall be entitled to a reasonable attorney's fee and all costs of that claim, including the cost of filing an intervention.

**DILIGENT PURSUIT OF SPILL-RELATED CLAIM:** My attorneys agree that they will completely and diligently evaluate and institute a claim on client's behalf with the Gulf Coast Claims Facility and/or BP or any other related Fund set up to handle the Deepwater Horizon Oil Spill and if applicable, prosecute said suit to final determination in the appropriate Louisiana District Court or United States District Court, and make all reasonable and necessary efforts to collect any judgment that may be rendered herein in my favor; in the event of a judgment unfavorable to me in the said district court, they will, if in their opinion reasonable grounds therefore exist, appeal said cause to the appropriate Court of Appeals and prosecute same to a final determination therein.

**EMPLOYMENT OF ADDITIONAL ATTORNEYS:** It is further understood and agreed that **Andry Law Group** has **Client's** consent to employ the services of other attorneys as may be necessary. These attorneys, to the extent they are employed, will be compensated out of the **Andry Law Group**'s attorney fee described here in. When and if such attorneys are employed, an addendum to this contract will be provided which depicts and outlines their respective compensation.

**SCOPE OF REPRESENTATION:** The **Andry Law Group** does not represent any individual, agent, representative or employee of **Client** in a personal capacity; to the extent any individual, agent, representative or employee of **Client** desires **Andry Law Group's** representation to file a personal action or claim against any BP, or any other liable party, the parties must sign an additional Agreement, and representation will only commence thereafter.

**ADDITIONAL PROVISIONS:** Additionally, I, the undersigned, do hereby appoint **Jonathan Andry** as my attorney in fact, and grant to him the power of attorney so that in all ways and matters he may sign my name to any and all pleadings and other documents of any kind in this matter, including all settlements and releases, drafts and checks relative thereto upon my verbal authorization. Client has been advised and understands that this agreement is in accordance with the Rules of Professional Conduct, specifically 1.4 and 1.8e.

This the __12__ day of __April__ (Month), 2012

So it is AGREED,

_Casey Thom_
**Client Name**

_[signature]_
**Signature**

_[signature]_
The Andry Law Group, LLC.

_[signature]_
**Jonathan B. Andry, Attorney**