U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED FEB 12 2014
WILLIAM W. BLEVINS
CLERK

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
FILED
February 11, 2014
Lyle W. Cayce
Clerk

No. 13-30221

MD 10-2179-J

IN RE: DEEPWATER HORIZON - APPEALS OF THE MEDICAL BENEFITS CLASS ACTION SETTLEMENT

---

MIKE STURDIVANT; PATRICIA STURDIVANT; SUSAN FORSYTH; JAMES H. KIRBY, IV,

    Claimants - Appellants

MEDICAL BENEFITS SETTLEMENT CLASS,

    Plaintiff - Appellee

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellees

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

Before KING, DAVIS and ELROD, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the unopposed motion to partially dismiss the appeal pursuant to F.R.A.P. 42 as to appellants Mike Sturdivant, Patricia Sturdivant, and Susan Forsyth is GRANTED.

IT IS FURTHER ORDERED that the motion to partially dismiss the appeal pursuant to F.R.A.P. 42 as to appellant James H. Kirby, IV, is GRANTED.

IT IS FURTHER ORDERED that the motion of appellant James H. Kirby, IV, to withdraw the motion for sanctions is GRANTED.

A true copy
Attest
11 FEB 2014
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana