Case 2:10-md-02179-CJB-DPC Document 12353 Filed 02/12/14 Page 1 of 2

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  FEB 12 2014

WILLIAM W. BLEVINS
CLERK
TEL. 504-310-7700

600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 11, 2014

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 13-30221    In Re: Deepwater Horizon
                         USDC No. 2:10-MD-2179
                         USDC No. 2:12-CV-968
                         USDC No. 2:12-CV-970

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

Record and exhibits are returned to District Court:

( 1 ) Volume    ( 1 ) Envelope    ( ) Boxes

The electronic copy of the record has been recycled.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    *Dantrell Johnson*

                    By: _____
                    Dantrell L. Johnson, Deputy Clerk
                    504-310-7689

cc w/encl:
    Honorable Carl J. Barbier
    Mr. Andrew Baker Bloomer
    Mr. John S. Bradford
    Mr. Robert C. Mike Brock
    Mr. George Howard Brown
    Ms. Elizabeth Joan Cabraser
    Mr. Jeffrey Bossert Clark, Sr.
    Mrs. Martha Y. Curtis
    Mr. Timothy A. Duffy
    Mr. Miguel Angel Estrada
    Mr. Theodore Harold Frank
    Mr. James M. Garner
    Mr. Soren E. Gisleson

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

```
Mr. Richard Cartier Godfrey
Mr. Ethan Peter Keith Greene
Ms. Robin Lynn Greenwald
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Thomas George Hungar
Mr. Samuel Issacharoff
Mr. James Peter Joseph, I
Mr. James Andrew Langan
Ms. Elizabeth A. Larsen
Mr. Matthew Edward Lundy
Mr. Scott Payne Martin
Mr. Kevin Michael McGlone
Mr. Steven Andrew Myers
Mr. Theodore B. Olson
Mr. Joseph Darrell Palmer
Mr. Ronnie G. Penton
Ms. Ellen K. Reisman
Mr. James Parkerson Roy
```

P.S. to All Counsel: The motion to issue the mandate forthwith is moot.