IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to Civil Action No. 12-970. | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**BP'S MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE UNDER SEAL AN UNREDACTED VERSION OF BP'S REPLY IN SUPPORT OF MOTION TO ORDER PRODUCTION OF CERTAIN DOCUMENTS BY SPECIAL MASTER FREEH AND TO SET SCHEDULE**

BP Exploration & Production Inc. and BP America Production Company ("BP"), by their attorneys, hereby respectfully request leave to file under seal an unredacted version of BP's Reply in Support of Motion to Order Production of Certain Documents by Special Master Freeh and to Set Schedule ("Reply").  This document includes responses to the Opposition to Motion to Order Production of Certain Documents by Special Master Freeh And To Set Schedule filed by C. Berwick Duval, II, Stanwood Duval, and the law firm of Duval, Funderburk, Sundbery, Lovell & Watkins, APLC ("Opposition"), which was filed under seal pursuant to this Court's Order, Rec. Doc. 12322.  In responding to this under-seal Opposition, portions of BP's Reply quote from, cite to, and discuss the Opposition.  Accordingly, and out of an abundance of caution, BP is redacting from the public version of its Reply any arguably confidential information relating to the under-seal Opposition.

WHEREFORE, BP respectfully prays the Court for an Order that an unredacted version of BP's Reply in Support of Motion to Order Production of Certain Documents by Special Master Freeh and to Set Schedule, be filed under seal.

| | |
|---|---|
| February 14, 2014 | Respectfully submitted, |
| | |
| James J. Neath |   /s/ Kevin M. Downey |
| Mark Holstein | Kevin M. Downey |
| BP AMERICA INC. | F. Lane Heard, III |
| 501 Westlake Park Boulevard | WILLIAMS & CONNOLLY LLP |
| Houston, TX  77079 | 725 Twelfth Street, N.W. |
| Telephone:  (281) 366-2000 | Washington, D.C. 20005 |
| Telefax:  (312) 862-2200 | Telephone:  (202) 434-5000 |
| | Telefax:  (202) 434-5029 |
| | |
| Daniel A. Cantor |   /s/ Don K. Haycraft |
| Andrew T. Karron | S. Gene Fendler (Bar #05510) |
| ARNOLD & PORTER LLP | Don K. Haycraft (Bar #14361) |
| 555 Twelfth Street, NW | R. Keith Jarrett (Bar #16984) |
| Washington, DC 20004 | LISKOW & LEWIS |
| Telephone:  (202) 942-5000 | 701 Poydras Street, Suite 5000 |
| Telefax:  (202) 942-5999 | New Orleans, Louisiana 70139 |
| | Telephone:  (504) 581-7979 |
| | Telefax:  (504) 556-4108 |
| Robert C. "Mike" Brock | |
| COVINGTON & BURLING LLP | |
| 1201 Pennsylvania Avenue, NW | Richard C. Godfrey, P.C. |
| Washington, DC 20004 | J. Andrew Langan, P.C. |
| Telephone:  (202) 662-5985 | Wendy L. Bloom |
| Telefax:  (202) 662-6291 | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle Street |
| Jeffrey Lennard | Chicago, IL 60654 |
| Keith Moskowitz | Telephone:  (312) 862-2000 |
| DENTONS US LLP | Telefax:  (312) 862-2200 |
| 233 South Wacker Drive | |
| Suite 7800 | Jeffrey Bossert Clark |
| Chicago, IL  60606 | Steven A. Myers |
| Telephone:  (312) 876-8000 | KIRKLAND & ELLIS LLP |
| Telefax:  (312) 876-7934 | 655 Fifteenth Street, N.W. |
| | Washington, D.C. 20005 |
| ***OF COUNSEL*** | Telephone:  (202) 879-5000 |
| | Telefax:  (202) 879-5200 |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of February, 2014.

      */s/ Don K. Haycraft*
      Don K. Haycraft