UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| ALL CASES | : : | MAGISTRATE JUDGE SHUSHAN |

### UNITED STATES' MOTION *IN LIMINE* TO PERMIT RELEVANT EVIDENCE CONCERNING BP P.L.C. AND OTHER BP AFFILIATES

The parties have attempted to reach agreement on the scope of the penalty factors under Clean Water Act, 33 U.S.C. §1321(b)(8), in order to reach stipulations which would streamline discovery and the presentation of evidence at trial. However, the United States and the defendant BP Exploration and Production, Inc. ("BPXP") have been unable to reach agreement.

BPXP seeks to present evidence of BP's[1] response actions, or efforts to mitigate the spill pursuant to one of the statutory penalty factors in Section 311(b)(8), even though those actions were not taken by BPXP. In contrast, BP contends that the scope and consideration of other statutory penalty factors should be limited to BPXP – specifically when that limitation benefits BP, for example, as in the penalty factors "any history of prior violations" and "the economic impact of the penalty on the violator." As explained in the accompanying memorandum, the record thus far in this litigation does not support limiting the Court's consideration in assessing a penalty to solely the actions and finances of BPXP. Indeed, such a limitation would defeat the primary purpose of penalties, deterrence.

---

[1] BP means the BP Group which BP defines as "BP p.l.c. and its subsidiaries."

- 1 -

For the reasons stated in the attached memorandum, the United States seeks a ruling *in limine* that the Court will consider the conduct and finances of BPXP's corporate affiliates when evaluating each of the penalty factors, not just the "mitigation" factor.

Respectfully submitted,

BRIAN HAUCK
Deputy Assistant Attorney General
Civil Division
PETER FROST
Directory, Torts Branch, Civil Division
Admiralty and Aviation
STEPHEN G. FLYNN
Assistant Director
SHARON SHUTLER
MALINDA LAWRENCE
LAURA MAYBERRY
Trial Attorneys


R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

ROBERT G. DREHER
Acting Assistant Attorney General
Environment & Natural Resources Division

SARAH HIMMELHOCH
Senior Litigation Counsel
NANCY FLICKINGER
Senior Attorney
RICHARD GLADSTEIN
PATRICK CASEY
Senior Counsel
A. NATHANIEL CHAKERES
JUDY HARVEY
RACHEL KING
ERICA PENCAK
ABIGAIL ANDRE
RACHEL HANKEY
BRANDON ROBERS
Trial Attorneys


/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

KENNETH A. POLITE, JR
United States Attorney
Eastern District of Louisiana

SHARON D. SMITH  
Assistant United States Attorney  
Eastern District of Louisiana  
650 Poydras Street, Suite 1600  
New Orleans, LA  70130  
Telephone:  (504) 680-3000  
Facsimile:  (504) 680-3184  
E-mail:  sharon.d.smith@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  February 14, 2014.                                                      /s/  Steven O'Rourke
                                                                                                  U.S. Department of Justice