UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL NO. 2179 SECTION: J |
| This Document Relates to: | : : | JUDGE BARBIER |
| *Civ. No.* 10-4536 | : | MAG. JUDGE SHUSHAN |

............................................

ORDER

[Regarding United States' Motion *in Limine* to Permit Relevant Evidence Concerning BP P.L.C. and Other BP Affiliates]

On February 14, 2014, the United States submitted a motion *in limine* to permit relevant evidence concerning BP p.l.c. and other BP affiliates to be heard during the civil penalty trial (Phase Three) of this matter. BP has submitted an opposition, and the United States has submitted a reply.

For the reasons set forth in the United States' motion and memorandum in support,

IT IS ORDERED that the United States' motion *in limine* is GRANTED. When evaluating the civil penalty factors under the Clean Water Act, 33 U.S.C. § 1321(b)(8), the Court will not limit its consideration to the actions and finances of BP Exploration and Production, Inc. ("BPXP"), but also will include consideration of the actions and finances of BP p.l.c. and its affiliates.

New Orleans, Louisiana, this ____ day of _____, 2014.

                                                                           **CARL J. BARBIER**
                                                                           **United States District Judge**