UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates to: | : : | JUDGE BARBIER |
| *Civ. No.* 10-4536 | : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFF UNITED STATES'
MOTION *IN LIMINE* TO PERMIT RELEVANT EVIDENCE
CONCERNING BP P.L.C. AND OTHER BP AFFILIATES**

| Exh. # | Description |
|---|---|
| 01 | BP Annual Report and Form 20-F 2010, at 3, 34, 83-107, 146, 168-170 (TREX 06033) |
| 02 | [Filed Under Seal] Hayward Depo. 183-194, 561-562, 664-666, 864-866 |
| 03 | Macondo Operating Agreement, EX 03457 at 2, 20 |
| 04 | The BP Parties' Answer to the State of Louisiana's First Amended Complaint, ¶ 38 (Rec. Doc. 4907) |
| 05 | Agreed Stipulations No. 98 (Rec. Doc. 5927) |
| 06 | Nile Decommissioning P&A SIMOPS Plan Addendum, VK 914, Well #1 ST 3, OCS-G 8785 (TOI Deepwater Horizon Rig) (BP-HZN-2179MDL00246420) |
| 07 | O'Bryan TR 9294 |
| 08 | Email chain from Brian Morel to Merrick Kelley, dated April 12-13, 2010, TREX-119E |
| 09 | Rule 26 Report on BP's Deepwater Horizon Macondo Blowout, by Drs. Robert G. Bea and Dr. William E. Gale, Jr. , TREX 20001, p. 71 |
| 10 | Initial Exploration Plan, Mississippi Canyon Block 252, OCS-G 32306, TREX 768 p. 7-1 |

| | |
|---|---|
| 11 | [Filed Under Seal] October 24, 2012 Responses of BP to EPA's Questions of October 12, 2012, p. 39 |
| 12 | McKay TR 537, 594-596 |
| 13 | Armstrong Depo. 25-27 |
| 14 | BP Annual Report and Form 20-F 2012, at 2, 15, 18-19, 117-118, 179-182, 255 |
| 15 | Jan. 2, 2014 Letter from Andrew Langan to Counsel, re: Notice of Corporate Reoganization |
| 16 | Email from Christina Verchere to G MOR Upstream SLT, Re: GL/SLL Telecon – Sector Leadership AGI's script, dated October 27, 2009, TREX 2248.1 |
| 17 | BP Organizational Chart, TREX 02557 |
| 18 | BP Annual Report and Accounts 2009, at 65-92 (BP-HZN-2179MDL04961424 – 4961490 - 4961517) |
| 19 | Group Operations Risk Committee Minutes, TREX-7203 (BP-HZN-2179MDL02286246) |
| 20 | Inglis Depo. 580 |
| 21 | Email from Andy Inglis to G MOR Upstream SLF, Re: Lifting Operations and Dropped Objects Safety Stand Down, dated July 13, 2009, TREX 6312 (BP-HZN-2179MDL01854243 – 1854245) |
| 22 | Execute Financial Memorandum – Macondo Exploration Well, TREX 6327 |
| 23 | Finance Memorandum – Long Term Commercial Commitment, TREX 6318 |
| 24 | Financial Memorandum – U.S. Capital Expenditure – Horizon Rig Contract Extension, TREX 6316 |
| 25 | Email from Mike Daly to Andy Inglis, Re: Exploration Updates, dated April 6, 2010, with attached Petrobras letter , TREX 06321 |
| 26 | Suttles Depo. 22-23, 547, 550-551 |
| 27 | Shaw Depo. 187-188 |
| 28 | Bly TR 883-887, 893-894 |
| 29 | D-2670 (BP Organizational Chart) |

| | |
|---|---|
| 30 | D-2672 (SEEAC Organizational Chart) |
| 31 | D-2674 (Executive management Organizational Chart) |
| 32 | D-2675 (GORC Organizational Chart). |
| 33 | P.L.C. Involvement with SEEAC/GORC Meetings, TREX 03822 |
| 34 | BPXP 2010 Delaware Annual Franchise Tax Report |
| 35 | BP Major Incident Announcement, Ex. 2410 |
| 36 | Suttles Text Messages (BP-HZN-2179MDL01453512 – 01453555) |
| 37 | Message from Tony Hayward, June 22, 2010 (BP-HZN-2179MDL07721911 - 7721912) |
| 38 | Gulf of Mexico Charter, July 9, 2010 (BP-HZN-2179MDL02003229 - 2003230) |
| 39 | Transcript of Hearing on the Deepwater Horizon Oil Rig Accident, Senate Committee on Energy and Natural Resources, Panel 2, May 11, 2010, Ex. 7369 |
| 40 | Transcript of June 17, 2010 Hearing on the Deepwater Horizon Oil Spill, House Committee on Energy and Commerce, Subcommittee on Oversight and Investigations, TREX 6001, pp. 25-27 |
| 41 | Phase 1 TR 10, 594-596, 600, 1433 |
| 42 | Bea TR. 368-391, 415-421, 440-443, 476-478 |
| 43 | Sepulveda TR 1958-1959 |
| 44 | Guide TR 8574 |
| 45 | Dupree TR 579 |
| 46 | Ballard TR 909-910 |
| 47 | Mazzella TR 734 |
| 48 | BP's Proposed Findings of Fact and Legal Conclusions, Phase I, Doc. No. 10467, ¶¶ 1, 2, 3, 4, 49, 244, 2333-2334, 2338, 2429, 2447-2449, Section XI.B.1.a (¶¶ 2455-2463), Section XIV.A (¶¶ 2691-2697), Section XV (Intro, ¶¶ 2702-2705 and ft. 20), ¶¶ 2772, 2774, 2778, 2790, and 2881 |

| | |
|---|---|
| 49 | Bly Dep., 14-18 |
| 50 | The BP Defendants' Responses and Objections to Plaintiffs' Omnibus Discovery Requests on All Defendants -- Interrogatory 2 and RFP 8 |
| 51 | The BP Parties Fourth Supplemental Responses and Objections to Plaintiffs' Omnibus Discovery Requests on All Defendants |
| 52 | The BP Parties' Responses and Objections to Plaintiffs' Interrogatories, Requests for Production, and Requests for Admission --Interrogatories 4, 5, 10, 13-14, 16-19, 25, 28 |
| 53 | Plaintiffs' Interrogatories and Requests for Production to BP Exploration and Production, Inc., -- Definitions section |
| 54 | The BP Parties' Responses and Objections to Plaintiffs' Interrogatories, Requests for Production, and Requests for Admission --BP's Objections |
| 55 | Plaintiffs Interrogatories and Requests for Production and BP's Responses to Interrogatories |
| 56 | The BP Parties' Responses and Objections to Plaintiffs' Interrogatories, Requests for Production, and Requests for Admission – Request for Production 18 |
| 57 | Rich Depo. 16-17, 22, 36-38, 48, 118-119 |
| 58 | The BP Parties' Responses and Objections to Plaintiffs' Interrogatories, Requests for Production, and Requests for Admission – Request for Production 69 |
| 59 | The BP Defendants' Responses and Objections to Plaintiffs' Omnibus Discovery Requests – Request for Production 9 |
| 60 | Organization Charts, TREXs 2515, 2516, 2517, 2518 |
| 61 | <u>United States v. BPXP</u>, No. 12-292, Rec. Doc. 2, Guilty Plea Agreement, TREX 52673 at p. 14 |
| 62 | The BP Parties' Responses and Objections to Plaintiffs' Interrogatories, Requests for Production, and Requests for Admission -- Answer to Request for Admission 10 |
| 63 | Sepulveda Depo. 348-349 |
| 64 | Guide Depo. 430 |
| 65 | Frazelle Depo. 347 |

| | |
|---|---|
| 66 | Lacy Depo. 306 |
| 67 | Sims Depo. 309 |
| 68 | Sprague Depo. 35-36 |
| 69 | <u>United States v. BPXP</u>, No. 12-292, Rec. Doc. 65, Reasons for Accepting Plea Agreement |