# Exhibit 2
## to

**PLAINTIFF UNITED STATES' MOTION *IN LIMINE* TO PERMIT RELEVANT EVIDENCE CONCERNING BP P.L.C. AND OTHER BP AFFILIATES**

[PENDING MOTION TO FILE UNDER SEAL]

The United States has moved to attach Exhibit 2 as a sealed appendix per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal as an appendix to the instrument that refers to them.