# Exhibit 5



Feb 29 2012
3:13PM

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To: All Actions | : : | JUDGE BARBIER<br>MAGISTRATE JUDGE |
| …………………………………………... | : | SHUSHAN |

## AGREED STIPULATIONS

The Parties to the Phase I trial have agreed to the following stipulations for purposes of the Phase I trial.  Please note that the numbers assigned to the stipulations are not consecutive so as to allow reference to prior lists of proposals, modifications, and objections exchanged among the parties in the course of negotiating these stipulations.

1. The Bureau of Ocean Energy Management, and its predecessor, the Minerals Management Service, have approved long string production casing designs for certain deepwater wells in the Gulf of Mexico.

2. Between April 20, 2005 and April 20, 2010, the Minerals Management Service approved long string production casing designs for certain deepwater wells in the Gulf of Mexico.

6. The Flag State did not identify any failures in Transocean's Safety Management System's risk assessment concerning the maintenance of, or material condition of, the Deepwater Horizon prior to April 20, 2010.

7. There is no evidence of any communications from the American Bureau of Shipping to Det Norske Veritas regarding possible Safety Management System deficiencies found aboard the Deepwater Horizon.

24. On June 30, 2003, the Deepwater Horizon performed an emergency riser disconnect using the BOP's Emergency Disconnect System ("EDS") operation during a hurricane.

25. On June 30, 2003, the Lower Marine Riser Package ("LMRP") of the Deepwater Horizon BOP disconnected from the BOP stack during an EDS operation.

91. On December 9, 1998, R&B Falcon Drilling Co. ("R&B Falcon") and Vastar Resources, Inc. ("Vastar") entered into a drilling contract for the construction, use, and operation of the Deepwater Horizon (hereafter "Drilling Contract").

92.    In 1999, R&B Falcon issued purchase orders to Cameron concerning specified blowout preventer ("BOP") equipment for the Deepwater Horizon, PO 087-00101 and PO 087-00015.

93.    As of September 28, 2000, Transocean Offshore Deepwater Drilling Inc. and Cameron mutually executed a Master Service Agreement ("MSA").

94.    Transocean Holdings, LLC became and is the successor to R&B Falcon under the Drilling Contract.

95.    BPAPC became and is the successor to Vastar under the Drilling Contract.

96.    On March 19, 2008, BPXP acquired a lease from the United States of 5,760 acres of property on the Outer Continental Shelf comprising Mississippi Canyon Block 252 ("MC 252 lease"). The ten-year lease started on June 1, 2008.

98.    BPAPC contracted with Transocean Holdings, LLC to drill the Macondo Well.

100.   BPXP assigned minority working interests in the MC-252 lease.

101.   On April 20, 2010, BP took steps to shut in, secure and abandon the Macondo well for potential future production by another rig before disengaging the Deepwater Horizon. As part of the abandonment procedures, the rig crew used the blind shear ram of the BOP to conduct a positive pressure test. During this test, the blind shear ram closed and sealed as expected.

102.   During the evening of April 20, 2010, the Macondo well blew out.

103.   No Cameron personnel were on board the Deepwater Horizon on April 20, 2010.

104.   No Cameron personnel were involved in the well design for the Macondo well.

105.   No Cameron personnel were involved in the well abandonment process for the Macondo well.

106.   No Cameron personnel were involved in the cementing process for abandonment of the Macondo well.

107.   No Cameron personnel were involved in conducting or interpreting the negative pressure test on April 20, 2010.

108.   No Cameron personnel were involved in monitoring the Macondo well during the well abandonment process.

110.   The AMF deadman system for the Deepwater Horizon BOP system uses non-rechargeable batteries in the BOP control pods to power the system.

111.   The final production interval for BP Well MC252 #1 ("Macondo Well") consisted of 7" H513 x 9 7/8" H523 x-over production casing.