# Exhibit 6





# Nile Decommissioning
## P&A SIMOPS Plan Addendum
## VK 914, Well #1 ST 3
## OCS-G 8785
### (TOI Deepwater Horizon Rig)

| | |
|---|---|
| Date: | March 26, 2010 |
| Revision: | 2, 03/26/2010 |
| Operator: | BP America, Inc. |
| Planned Operation: | SIMOPS Plan |
| Rig: | TOI Deepwater Horizon |
| Field: | Nile VK 914 Well #1 ST-3 |

Endorsed By: John Guide
**Wells TL, Horizon**                          _____   Date_____

Endorsed By: D. Ballard / N. Olivier
**Marlin Facility OIMs**                       _____   Date_____

Endorsed By: Steve Sauer
**Project Manager**                            _____   Date_____

Endorsed By: Wayne Sutton
**Engineering TL - Interventions**             _____   Date_____

Endorsed By: David Sims
**Wells Manager E&A Operations**               _____   Date_____

Endorsed By: David Rich
**GoM Wells Director**                         _____   Date_____

Approved By: Jayne Gates
**Marlin Asset Manager**                       _____   Date_____

CONFIDENTIAL