# Exhibit 7

```
1                    UNITED STATES DISTRICT COURT
2                    EASTERN DISTRICT OF LOUISIANA
3
4   IN RE:  OIL SPILL BY THE OIL RIG     *   Docket 10-MD-2179
    DEEPWATER HORIZON IN THE              *
5   GULF OF MEXICO ON APRIL 20, 2010      *   Section J
                                          *
6   Applies to:                           *   New Orleans, Louisiana
                                          *
7   Docket 10-CV-02771,                   *   April 17, 2013
    IN RE:  THE COMPLAINT AND             *
8   PETITION OF TRITON ASSET              *
    LEASING GmbH, et al                   *
9                                         *
    Docket 10-CV-4536,                    *
10  UNITED STATES OF AMERICA v.           *
    BP EXPLORATION & PRODUCTION,          *
11  INC., et al                           *
                                          *
12  * * * * * * * * * * * * * * * * * *
13
14                    DAY 29, MORNING SESSION
                      TRANSCRIPT OF NONJURY TRIAL
15             BEFORE THE HONORABLE CARL J. BARBIER
                      UNITED STATES DISTRICT JUDGE
16
17  Appearances:
18
    For the Plaintiffs:            Domengeaux Wright Roy
19                                   & Edwards, LLC
                                   BY:  JAMES P. ROY, ESQ.
20                                 556 Jefferson Street, Suite 500
                                   Post Office Box 3668
21                                 Lafayette, Louisiana 70502
22
    For the Plaintiffs:            Herman Herman & Katz, LLC
23                                 BY:  STEPHEN J. HERMAN, ESQ.
                                   820 O'Keefe Avenue
24                                 New Orleans, Louisiana 70113
25
```

                              OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 9:39AM | 1 | March 17th; is that correct? |
| 9:39AM | 2 | A. I don't remember the exact date, but somewhere in March. |
| 9:39AM | 3 | Q. And then after the Macondo, the rig was supposed to go to |
| 9:39AM | 4 | the Nile; correct? |
| 9:39AM | 5 | A. That's correct. |
| 9:39AM | 6 | Q. And then after the Nile, to the Kaskida? |
| 9:40AM | 7 | A. That's correct. |
| 9:40AM | 8 | Q. And the Nile was going to take around 30 days; correct? |
| 9:40AM | 9 | A. That's what we had estimated, yes. |
| 9:40AM | 10 | Q. So you're to at least around May 20th? |
| 9:40AM | 11 | A. Yeah, somewhere around there, yes. |
| 9:40AM | 12 | Q. And under the existing permit, if you didn't spud the |
| 9:40AM | 13 | Kaskida by May 16th, you had a risk of losing that lease; |
| 9:40AM | 14 | correct? |
| 9:40AM | 15 | A. That was the deadline to spud the -- to do something on |
| 9:40AM | 16 | the Kaskida lease, yes. |
| 9:40AM | 17 | Q. At that point, you didn't have an extension from MMS; |
| 9:40AM | 18 | correct? |
| 9:40AM | 19 | A. No. We had just sent a letter to MMS, I believe, on the |
| 9:40AM | 20 | Monday that I went out. |
| 9:40AM | 21 | Q. Okay. |
| 9:40AM | 22 | MR. HERMAN: Can we please look at TREX-4232.1.1. |
| 9:40AM | 23 | BY MR. HERMAN: |
| 9:40AM | 24 | Q. Mr. O'Bryan, do you recognize this e-mail? |
| 9:41AM | 25 | A. Yes. |