# Exhibit 8

From: Morel, Brian P
Sent: Tue Apr 13 12:13:29 2010
To: Walz, Gregory S
Subject: FW: Macondo
Importance: Normal

FYI

---

From: Kelley, Merrick M
Sent: Monday, April 12, 2010 11:08 PM
To: Morel, Brian P
Cc: Hafle, Mark E
Subject: RE: Macondo

Brian
I suspect there is more to your question, if so please advise but to address the below, the Macondo tree order for 3 trees is on the schedule to be placed in the 3Q 2010 with a 2Q 2012 delivery. I am going to install the LDS on Isabela at the beginning of June. I know you all are under pressure to finish Macondo so we can get Nile P&A moving and not jeopardize the Kaskida well and IFT. I can also anticipate the challenge back to us about not installing the LDS with the rig to save 24 hours rig time. If you all plan to take this stand please ensure you have it well documented that boat charges will still need to be allocated on the Macondo drilling AFE or if that is not considered part of your scope then please ensure you all do a clear job of documenting this for the completion team so we have it on the radar for the completion AFE.
Based on resources and priority we will not likely combine the Isabela and Macondo lock down sleeve jobs and will leave it until the Macondo development plan is progressed and approved.
On another note, please advise how you plan to leave the high pressure wellhead preserved, i.e. with wellhead preservation fluid and a lightweight T/A cap, etc.
Thanks
Merrick

---

From: Morel, Brian P
Sent: Monday, April 12, 2010 4:42 PM
To: Kelley, Merrick M
Subject: Macondo

Merrick,
 Can you confirm if a tree has been ordered for Macondo and timing on that tree arriving?  Do you know when the Isabella LDS is going to be set?

Thank You,
Brian Morel

---

TREX-00119E

BP-HZN-MBI 00126333