# Exhibit 9

# RULE 26 REPORT ON BP's DEEPWATER HORIZON MACONDO BLOWOUT

RE: OIL SPILL by the OIL RIG
"DEEPWATER HORIZON"
GULF OF MEXICO
APRIL 20, 2010

EXPERT OPINIONS
BASIS OF OPINIONS
ANALYSIS & DISCUSSION

Prepared by:

Dr. Robert G. Bea, PE
Professor Emeritus of Civil and Environmental Engineering
University of California, Berkeley

and

Dr. William E. Gale, Jr., PE, CSP, CFEI, CFII
Forensic Engineer and Fire & Explosion Investigator
Principal, Bundy, Gale & Shields, LLC

Prepared for:

The Plaintiff Steering Committee (PSC) for MDL No. 2179

At the behest of

Plaintiff Liaison Counsel, James P. Roy and Stephen J. Herman
and
Brian Barr & Scott Summy of the Plaintiff Executive Committee

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THE HONORABLE JUDGE BARBIER
MAG. JUDGE SHUSHAN

By order of
The Judicial Panel on Multi District Litigation

August 26, 2011

TREX-20001

perform Process Safety critical procedures. For instance, both Vidrine and Kaluza accepted the never before heard of "bladder effect" as a justification for moving forward following the failed negative pressure test.[257] While Vidrine did order a second negative pressure test on the kill line, he declared it a success even though the pressure on the drill pipe remained at 1,400 psi throughout.

### 4.4.2 The Macondo drilling team did not create and follow written policies and procedures for process system safety critical activities.

Many of the operational decisions at the Macondo well were poorly planned and delivered to the rig at the last minute.[258] This poor planning was largely driven by time and cost pressures to complete the Macondo well. At the time of the Macondo blowout, the Macondo well was nearly $60 million over budget and 45 days past schedule.[259] Additionally, the Deepwater Horizon was scheduled to go the Nile and Kaskida wells following Macondo.[260] The Macondo team was facing an upcoming MMS deadline that could have resulted in BP losing the Kaskida lease if not drilled in time.[261] One subsea engineer noted that the Macondo drilling team was "under pressure to finish Macondo so [they could] get [the] Nile P&A moving and not jeopardize the Kaskida well . . ."[262] These time pressures exposed fatal failures in the Macondo drilling team's understanding of the importance of creating and following written procedures for safety critical activities.

Chief among these failures was the negative pressure test. By all accounts, the negative pressure test is a safety critical activity.[263] However, at the time of the Macondo blowout, BP

---

[257] See, e.g. Exh. 759, pp. 1-2; BP-HZN-CEC020334-61; Deposition of Lee Lambert, 373-74, 387-88, 471-73, 562, 609; Deposition of Miles "Randy" Ezell, 226.

[258] *See, e.g.*, Exh. 1685, pp. 2 (Email from Greg Walz noting that "planning has been lagging behind the operations . . ."), BP-HZN-BLY00068635.

[259] Exh. 119A, BP-HZN-MBI00173371; Exh. 119B, BP-HZN-MBI00178400; Exh. 119C, BP-HZN-MBI00178405; Exh. 119E, BP-HZN-MBI00126333.

[260] Deposition of David Sims, pp. 556-557; Exh. 119E, . BP-HZN-MBI00126333.

[261] *Id.* at 558.

[262] Exh. 119E, BP-HZN-MBI00126333.

[263] *See, e.g.*, Deposition of Walter Guillot, pp. 20; Exh. 102, pp. 8, BP-HZN-BLY00094096.

71