# Exhibit 12

```
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL BY THE OIL RIG    *    Docket 10-MD-2179
DEEPWATER HORIZON IN THE            *
GULF OF MEXICO ON APRIL 20, 2010    *    Section J
                                    *
Applies to:                         *    New Orleans, Louisiana
                                    *
Docket 10-CV-02771,                 *    February 26, 2013
IN RE:  THE COMPLAINT AND           *
PETITION OF TRITON ASSET            *
LEASING GmbH, et al                 *
                                    *
Docket 10-CV-4536,                  *
UNITED STATES OF AMERICA v.         *
BP EXPLORATION & PRODUCTION,        *
INC., et al                         *
                                    *
* * * * * * * * * * * * * * * * * *


             DAY 2, AFTERNOON SESSION
             TRANSCRIPT OF NONJURY TRIAL
         BEFORE THE HONORABLE CARL J. BARBIER
              UNITED STATES DISTRICT JUDGE


Appearances:


For the Plaintiffs:          Domengeaux Wright Roy
                                & Edwards, LLC
                             BY:  JAMES P. ROY, ESQ.
                             556 Jefferson Street, Suite 500
                             Post Office Box 3668
                             Lafayette, Louisiana 70502


For the Plaintiffs:          Herman Herman & Katz, LLC
                             BY:  STEPHEN J. HERMAN, ESQ.
                             820 O'Keefe Avenue
                             New Orleans, Louisiana 70113
```

OFFICIAL TRANSCRIPT

```
04:22   1              THE COURT:  Thank you.
04:22   2                   Next witness for the plaintiffs.
04:23   3              MR. CUNNINGHAM:  Judge, we call Mr. McKay.
04:23   4              THE COURT:  Mr. McKay.
04:23   5                   If anybody needs to stand up and stretch, go
04:23   6   ahead.
04:25   7                   I think Mr. McKay has arrived.  Everybody can
04:25   8   take their seats again, please.
04:25   9                          LAMAR MCKAY,
04:25  10   having been duly sworn, testified as follows:
04:25  11              THE DEPUTY CLERK:  State your full name and correct
04:25  12   spelling for the record, please.
04:26  13              THE WITNESS:  My name is Lamar McKay, L-A-M-A-R,
04:26  14   M-C-K-A-Y.
04:26  15                       DIRECT EXAMINATION
04:26  16   BY MR. CUNNINGHAM:
04:26  17   Q.   Your name is Lamar McKay?
04:26  18   A.   That's right.
04:26  19   Q.   You are currently the chief executive upstream for BP?
04:26  20   A.   That's right.
04:26  21   Q.   Upstream is comprised of exploration, development, and
04:26  22   production, those three divisions; is that correct?
04:26  23   A.   Yes, as well as the financial groups and other support
04:26  24   groups.
04:26  25   Q.   You report to Bob Dudley?
```

LAMAR MCKAY - DIRECT

```
05:11   1   Then they have various assurance mechanisms, their own, as well
05:11   2   as we have the safety and operations risk group, which is a
05:11   3   corporate group, which looks at -- you know, helps with
05:11   4   standards, advice, escalation, if there are issues.
05:11   5           So when you say "monitor," I'm not sure exactly what
05:11   6   you mean.
05:11   7   Q.  Well, monitor, for example, to assure that BP was living
05:11   8   up to its own standards in the U.S.
05:11   9   A.  Well, there would be several different ways.  One, the
05:11  10   operating organization is responsible for that, and they would
05:11  11   have some assurance in their organization.  The safety and
05:11  12   operation risk group would have mechanisms to understand
05:11  13   whether things are improving or continuing to improve.  And we
05:12  14   have an audit group that looks at compliance with OMS and other
05:12  15   things.
05:12  16   Q.  Was there a person responsible for that?  Overall, a
05:12  17   person in the U.S.?  Ultimate responsibility?
05:12  18   A.  Well, we are not organized by the U.S. for operations; we
05:12  19   are organized by function.  The E&P segment is a global
05:12  20   function, so there's not a U.S. head for that.  There would be
05:12  21   a head of drilling.  There would be a head of Gulf of Mexico,
05:12  22   those kind of things.
05:12  23   Q.  Exhibit 45393.  What is this, Mr. McKay?
05:12  24   A.  It says "Sustainability Report 2006."
05:12  25   Q.  It's a BP report?
```

|  |  |
|---|---|
| 08:17AM 1 | Mr. McKay, I prepared this demonstrative based upon |
| 08:17AM 2 | your deposition testimony, which was in response to questions |
| 08:17AM 3 | as to what your position was in 2010. |
| 08:17AM 4 | So I understand, Mr. McKay, in 2010, you were the |
| 08:17AM 5 | executive -- or an executive vice-president of BP PLC? |
| 08:17AM 6 | A.   Yes. |
| 08:17AM 7 | Q.   You were the Chairman and President of BP America, Inc.? |
| 08:17AM 8 | A.   That's right. |
| 08:17AM 9 | Q.   You were the Chairman and Director of BP Corporation North |
| 08:17AM 10 | America, Inc.? |
| 08:17AM 11 | A.   Correct. |
| 08:17AM 12 | Q.   Now, I understand from your testimony yesterday and a few |
| 08:17AM 13 | minutes ago that you've recently received a promotion.  Seven |
| 08:17AM 14 | weeks, my back calculation was January 1, 2013; is that |
| 08:17AM 15 | correct? |
| 08:17AM 16 | A.   Correct. |
| 08:17AM 17 | Q.   Mr. McKay, if you can tell us with respect to this |
| 08:17AM 18 | demonstrative, how would that promotion fit into this |
| 08:18AM 19 | demonstrative? |
| 08:18AM 20 | A.   Well, the way that BP is organized -- this graph or |
| 08:18AM 21 | exhibit you have here is at least pieces of it, the BP America, |
| 08:18AM 22 | the BP Corp North America, and BP Exploration & Production is |
| 08:18AM 23 | sort of the legal structure of the way the subsidiaries are |
| 08:18AM 24 | held. |
| 08:18AM 25 | BP as a global company, which is common with global |

**OFFICIAL TRANSCRIPT**

| | |
|---|---|
| 08:18AM 1 | companies, manages its assets and its varied interests, which |
| 08:18AM 2 | are in various subsidiaries around the world, we manage those |
| 08:18AM 3 | through what's called an Exploration & Production segment. |
| 08:18AM 4 | That contains the operating businesses which would manager Gulf |
| 08:18AM 5 | of Mexico, Onshore US, Alaska, those kind of things. |
| 08:18AM 6 | That management structure is, as I said yesterday, |
| 08:18AM 7 | responsible for the safe and reliable operations. Those |
| 08:18AM 8 | businesses around the world, then, in the E&P segment, report |
| 08:18AM 9 | to me. |
| 08:18AM 10 | Q. Let me ask you, Mr. McKay, the BP Exploration & |
| 08:18AM 11 | Production, Inc., the legal entity I have depicted on the |
| 08:18AM 12 | exhibit, is that the company that you're now CEO of? |
| 08:19AM 13 | A. No. That is a subsidiary company that holds the Gulf of |
| 08:19AM 14 | Mexico assets. It legally holds the leases in the Gulf of |
| 08:19AM 15 | Mexico. |
| 08:19AM 16 | Q. The promotion that you got on January 2013 to become Group |
| 08:19AM 17 | CEO of Exploration & Production, that business unit, |
| 08:19AM 18 | Exploration & Production, what company, if any, on this list |
| 08:19AM 19 | does that fall underneath? |
| 08:19AM 20 | A. Well, we have several hundred subsidiaries around the |
| 08:19AM 21 | world. So, as you can imagine, the operating structure, the |
| 08:19AM 22 | way you manage all the assets, is organized in businesses that |
| 08:19AM 23 | don't perfectly match this legal entity structure. |
| 08:19AM 24 | So the -- if you think of -- the way we're organized |
| 08:19AM 25 | right now is we have a worldwide drilling organization that |

**OFFICIAL TRANSCRIPT**

| | | |
|---|---|---|
| 08:19AM | 1 | drills wells for us, regardless of the legal entity, around the |
| 08:19AM | 2 | world, whether it be in Egypt, whether it be in the US or |
| 08:19AM | 3 | wherever. |
| 08:19AM | 4 | So we have an organization that reports to me, which |
| 08:19AM | 5 | includes drilling, exploration, production, operations, the |
| 08:20AM | 6 | financial ends, legal, everything. |
| 08:20AM | 7 | Q. Mr. McKay, are you still an executive vice-president today |
| 08:20AM | 8 | of BP PLC? |
| 08:20AM | 9 | A. Yes. |
| 08:20AM | 10 | Q. Are you still the Chairman and President of BP America, |
| 08:20AM | 11 | Inc.? |
| 08:20AM | 12 | A. No. |
| 08:20AM | 13 | Q. What's your position at BP America, Inc., if any? |
| 08:20AM | 14 | A. I was replaced as the chairman of BP America. |
| 08:20AM | 15 | Q. Are you still the chairman and director of BP Corporation |
| 08:20AM | 16 | North America, Inc.? |
| 08:20AM | 17 | A. No. |
| 08:20AM | 18 | Q. Do you have a position with BP Corporation North America, |
| 08:20AM | 19 | Inc. today? |
| 08:20AM | 20 | A. No. No. |
| 08:20AM | 21 | Q. Mr. McKay, in your position at BP PLC, are you part of the |
| 08:21AM | 22 | company's executive management? |
| 08:21AM | 23 | A. Yes. |
| 08:21AM | 24 | Q. Mr. McKay, are you on the Board of BP PLC's Gulf of Mexico |
| 08:21AM | 25 | committee? |

**OFFICIAL TRANSCRIPT**