# Exhibit 13

01-37360
TC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Ellis Armstrong

**VOLUME 1**

JULY 13, 2011

**COPY**



Systems Technology for the Litigation World

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1          A.  In terms of volume, it's been an
 2     important part of our business.
 3          Q.  Sure.  Okay.
 4               So BP acquires Amoco, takes
 5     over the gas assets in Trinidad and Egypt,
 6     but there's a number of things that need
 7     to be done from the standpoint of
 8     planning, and you spearheaded that on
 9     behalf of the corporate entity; is that
10     right?
11          A.  Correct.
12          Q.  Now, the corporate entity at that
13     time, was it known as BP p.l.c.?
14          A.  I'm not sure.
15          Q.  Okay.
16          A.  I'm not sure of the exact name of
17     the corporate entity.
18          Q.  Okay.  In terms of right now, I
19     see BP p.l.c.; I see a number of
20     references to the BP Group.  That would be
21     the same corporate entity, right?
22               MR. FOWKES:  Object to the
23     form.
24          Q.  (BY MR. WATTS)  Go ahead.
25          A.  The -- I'm not exactly -- I'm not
```

```
 1        precisely sure of the definition of the
 2        legal entities.  In my language, the BP
 3        Group describes the entirety of our
 4        operations.  So it would cover exploration
 5        and production, refining and marketing,
 6        our alternative energy business, and our
 7        corporate center.
 8                 So when people refer to the BP
 9        Group --
10            Q.  Right.
11            A.  -- at least inside the firm, it's
12        got that broad meaning.
13                 I think BP p.l.c. is -- is a
14        legal entity, which is -- which is
15        different from the BP Group and has got
16        probably a narrower definition than the
17        word the BP Group.
18            Q.  Sure.  I traveled to London to
19        take depositions last month of a number of
20        BP p.l.c. employees.  Would it be accurate
21        for me to characterize BP p.l.c. within
22        the group as kind of the entity based in
23        London that sets standards throughout the
24        BP Group?
25                 MR. FOWKES:  Object to the
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1    form.
2         Q.  (BY MR. WATTS)  And does a certain
3    degree of management throughout the group?
4         A.  Yeah, I'm -- I'm trying to answer
5    the question carefully.  I think in -- in
6    a sense, I think that's accurate, but in
7    terms of the precise legal definition of
8    BP p.l.c., I'm not sure.
9              But in -- in the sense in
10   which you're asking the question, which is
11   they're a sort of center -- corporate
12   center in London that sets some standards
13   for the rest of the group --
14        Q.  Okay.
15        A.  -- I'm -- I think that's a -- a
16   reasonable description of that.
17        Q.  And then when you say for the rest
18   of the group, you have things like BP
19   exploration and production, BP refining
20   and marketing, BP's alternative energy
21   company, things like that, right?
22        A.  Yes.
23        Q.  And within exploration and
24   production, depending upon different
25   geographical areas, there are different

**PURSUANT TO CONFIDENTIALITY ORDER**