# Exhibit 14

# Annual Report and Form 20-F 2012

bp.com/annualreport





Building a stronger, safer BP

# Information about this report



**Cautionary statement**
This document should be read in conjunction with the cautionary statement on page 32.

**Frequent abbreviations**

ADR
American depositary receipt.

ADS
American depositary share.

Barrel (bbl)
159 litres, 42 US gallons.

b/d
Barrels per day.

boe
Barrels of oil equivalent.

GAAP
Generally accepted accounting practice.

Gas
Natural gas.

Hydrocarbons
Crude oil and natural gas.

IFRS
International Financial Reporting Standards.

Liquids
Crude oil, condensate and natural gas liquids.

LNG
Liquefied natural gas.

LPG
Liquefied petroleum gas.

mb/d
Thousand barrels per day.

mboe/d
Thousand barrels of oil equivalent per day.

mmboe
Million barrels of oil equivalent.

mmBtu
Million British thermal units.

MW
Megawatt.

NGLs
Natural gas liquids.

PSA
Production-sharing agreement.

RC
Replacement cost.

SEC
The United States Securities and Exchange Commission.

Tonne
2,204.6 pounds.

**Certain definitions**
For definitions of certain financial and contractual terms see pages 98-99.

**Key performance indicators**
Definitions for our group KPIs are provided on pages 28-29.

This document constitutes the Annual Report and Accounts in accordance with UK requirements and the Annual Report on Form 20-F in accordance with the US Securities Exchange Act of 1934, for BP p.l.c. for the year ended 31 December 2012. A cross reference to Form 20-F requirements is on page 20F.

This document contains the Directors' Report, including the Business Review and Management Report, on pages 3-126 and 147-175, and 178. The Directors' Remuneration Report is on pages 127-145. The consolidated financial statements of the group are on pages 177-286 and the corresponding reports of the auditor are on pages 179-181. The parent company financial statements of BP p.l.c. and corresponding auditor's report are on pages PC2-PC11 and page PC1 respectively.

The statement of directors' responsibilities, the independent auditor's report on the annual report and accounts to the members of BP p.l.c. and the parent company financial statements of BP p.l.c. and corresponding auditor's report do not form part of BP's Annual Report on Form 20-F as filed with the SEC.

*BP Annual Report and Form 20-F 2012* and *BP Summary Review 2012* may be downloaded from bp.com/annualreport. No material on the BP website, other than the items identified as *BP Annual Report and Form 20-F 2012* or *BP Summary Review 2012*, forms any part of those documents.

BP p.l.c. is the parent company of the BP group of companies. The company was incorporated in 1909 in England and Wales and changed its name to BP p.l.c. in 2001. Where we refer to the company, we mean BP p.l.c. Unless otherwise stated, the text does not distinguish between the activities and operations of the parent company and those of its subsidiaries, and information in this document reflects 100% of the assets and operations of the company and its subsidiaries that were consolidated at the date or for the periods indicated, including minority interests. BP's primary share listing is the London Stock Exchange. Ordinary shares are also traded on the Frankfurt Stock Exchange in Germany and, in the US, the company's securities are traded on the New York Stock Exchange in the form of ADSs (see page 154 for more details).

The term 'shareholder' in this report means, unless the context otherwise requires, investors in the equity capital of BP p.l.c., both direct and indirect. As BP shares, in the form of ADSs, are listed on the New York Stock Exchange (NYSE), an Annual Report on Form 20-F is filed with the US Securities and Exchange Commission (SEC). Ordinary shares are ordinary fully paid shares in BP p.l.c. of 25 cents each. Preference shares are cumulative first preference shares and cumulative second preference shares in BP p.l.c. of £1 each.

Trade marks of the BP group appear throughout this Annual Report and Form 20-F in italics. They include:

*ampm*
*Aral*
*ARCO*
*BP*
*BP Ultimate*
*Castrol*
*Castrol CRB*
*Castrol EDGE*
*Castrol Magnatec*
*Designer Water*
*Field of the Future*
*LoSal*
*Project 20K*
*Pushing Reservoir Limits*
*Veba Combi-Cracking (VCC)*

EcoBoost is a trade mark of Ford Motor Company.
SkyMine is a trade mark of Skyonic Corporation.
Permasense is a trade mark of Permasense Limited.

Registered office and our worldwide headquarters:

BP p.l.c.
1 St James's Square
London SW1Y 4PD
UK
Tel +44 (0)20 7496 4000

Registered in England and Wales No. 102498.
Stock exchange symbol 'BP'.

Our agent in the US:

BP America Inc.
501 Westlake Park Boulevard
Houston, Texas 77079
US
Tel +1 281 366 2000

# Our business model

Through our business model we aim to create value across the hydrocarbon value chain. This starts with exploration and ends with the supply of energy and other products fundamental to everyday life.



BP is the largest foreign investor in Azerbaijan and operates two production-sharing agreements – Azeri-Chirag-Gunashli and Shah Deniz – and other exploration leases. Above is the West Azeri platform.

## Who we are

BP is one of the world's leading integrated oil and gas companies.[a] We aim to create value for shareholders by helping to meet growing demand for energy in a responsible way. We strive to be a safety leader in our industry, a world-class operator, a responsible corporate citizen and a good employer.

Through our work we provide customers with fuel for transportation, energy for heat and light, lubricants to keep engines moving, and the petrochemicals products used to make everyday items as diverse as paints, clothes and packaging. Our projects and operations help to generate employment, investment and tax revenues in countries and communities around the world.

At each stage of the hydrocarbon value chain there are opportunities for us to create value – both through the successful execution of activities that are core to our industry, and through the application of our own distinctive strengths and capabilities in performing those activities.

## How we are organized

We have two main business segments: Upstream and Downstream. Through these we find, develop and produce essential sources of energy, and turn these sources into products that people need.

[a] On the basis of market capitalization, proved reserves and production.

We also hold a 50% shareholding in the major Russian oil company TNK-BP, which owns upstream and downstream assets. In November, marking what we expect to be an exciting new future for BP in Russia, we signed final, binding agreements with Rosneft, Russia's leading oil company, for the sale of our share in TNK-BP for $12.3 billion in cash (which includes a dividend of $0.7 billion received from TNK-BP in December 2012) and an 18.5% stake in Rosneft. The transaction is expected to complete in the first half of 2013. Combined with BP's existing 1.25% shareholding, this will result in BP owning 19.75% of Rosneft.

In renewable energy, our investments and activities are focused on biofuels and wind. In addition, our emerging businesses and ventures unit invests in a broad range of energy projects and technologies. Our renewables and venturing activities are managed through our Alternative Energy business, which is reported in Other businesses and corporate on page 82.

## Our commitments

Keeping a relentless focus on safety is the top priority for everyone at BP.

Rigorous management of risk helps to protect the people at the front line, the places in which we operate and the value we create. We understand that operating in politically complex regions and technically demanding geographies requires particular sensitivity to local environments.

## Upstream technology flagships

*Field of the Future*
Applying real-time data capabilities to enable safe and efficient operations.

*Inherently reliable facilities*
Managing and reducing integrity risk.

*Well advisor*
BP deliver safe, reliable and efficient well operations through the integration of real-time data.

*Advanced seismic imaging*
Locating and accessing new resource through industry-leading imaging.

*Deepwater facilities*
Delivering fully qualified integrated production technology solutions that safely maximise value from BP's deepwater portfolio.

*Unconventional gas*
Recovering gas from unconventional rocks using innovative technologies.

*Heavy oil*
Developing new technologies to recover heavy oil.

*Beyond sand control*
Maximizing production and managing risk from sand-prone reservoirs.

*Pushing Reservoir Limits*
Growing recovery factors to maximize resources from existing oil fields.

---


**Technology**
For more on the role of technology at BP see pages 57-59.


**Upstream**
For more on our upstream activities in 2012 see pages 63-71.



We increased our acreage in Trinidad & Tobago, where our production comprises oil, gas and NGLs, by 889,000 acres in 2012. Below is the Rowan drilling platform, offshore Trinidad.

industry by participating in industry bodies, engaging with our peers on important issues, and – where appropriate – setting voluntary standards above those required by current regulation. And we carry out regular reviews and audit processes with contractors and suppliers, which help to maintain strong links across our operations and activities.

### Technology
We believe our development and application of technology is central to our reputation and competitive advantage. For us, technology is the practical application of scientific knowledge to manage risks, capture business value and inform strategy development. This includes the research, development, demonstration and acquisition of new technical capabilities and support for the deployment of BP's know-how.

Our investments are focused on access to resources, process efficiency, product formulation and lower-carbon opportunities. We monitor the potential opportunities and risks presented by emerging science, interdisciplinary innovation and new players; natural resource issues and climate concerns; and evolving policy, including the current emphasis on energy security and efficiency.

BP's technology advisory council, comprised of eminent business and academic technology leaders, provides the board and executive management with an independent view of BP's capabilities judged against the highest industrial and scientific standards.

### Supply and trading
We buy and sell at each stage in the value chain to optimize value for the group, often selling our own production and buying from elsewhere to satisfy demand from our refineries and customers. We also aim to create value through entrepreneurial trading, where our presence across major energy trading hubs gives us a good understanding of regional and international markets.

## Upstream

Our Upstream segment is responsible for our activities in oil and natural gas exploration, field development and production, and midstream transportation, storage and processing. We also market and trade natural gas, including liquefied natural gas, power and natural gas liquids. We focus on areas that play to our strengths, particularly exploration, deep water, gas value chains and giant fields.

In 2012 our upstream and midstream activities took place in 28 countries including Angola, Azerbaijan, Canada, Egypt, Norway, Trinidad & Tobago, the UK, the US and other locations within Asia, Australasia, South America, North Africa and the Middle East.

Our Upstream segment manages its exploration, development and production activities through global functions with specialist areas of expertise.

We actively manage our portfolio and are placing increasing emphasis on accessing, developing and producing from fields able to provide high-margin barrels (those with the potential to make the greatest contribution to our operating cash flow). We sell assets when we believe they may be more valuable to others. This allows us to focus our leadership, technical resources and organizational capability on the resources we believe are likely to add the most value to our portfolio.

Our upstream technologies support BP's business strategy by focusing on safety and operational risks, helping to obtain new access, increasing recovery and reserves and improving production efficiency. Our strengths in exploration, deep water, giant fields and gas value chains are underpinned by dedicated flagship technology programmes.

## Downstream technology

**Refining technology**
Optimizes crude oil selection, utilization and refinery processing capability to produce high-quality petroleum products.
*End products: fuels, oils, bitumen, coke.*

**Fuels technology**
Develops and implements new high-efficiency fuel products.
*End products: gasoline, diesel, aviation fuel, marine fuel.*

**Lubricants technology**
Develops unique lubricants and high-performance fluids for transportation and industrial applications.
*End products: lubricants.*

**Petrochemicals technology**
Develops, deploys and optimizes proprietary technologies to produce high-value petrochemicals intermediates. *End products: solvents/resins, plastics, textiles/fibres, paints.*

**Conversion technology**
Conversion of unconventional feedstocks, including renewables, to fuels and petrochemicals.

### Downstream
For more on our downstream activities in 2012 see pages 72-79.



The lubricants business is focusing on the growth markets of Brazil, India and China. Below, a Castrol laboratory technician in Brazil, where *Castrol* lubricants have been sold since the 1950s.

### Downstream

Our Downstream segment is the product and service-led arm of BP, focused on fuels, lubricants and petrochemicals. It is responsible for the refining, manufacturing, marketing, transportation, and supply and trading of crude oil, petroleum, petrochemicals products and related services to wholesale and retail customers.

The Downstream segment markets products in over 70 countries and has significant operations in Europe, North America, Australasia and Asia. We also manufacture and market our products across southern Africa and Central and South America.

We aim to be excellent in the markets in which we choose to participate – those that allow BP to serve the major energy markets of the world. Our aim is to operate all of our businesses as safe and reliable value chains, where we participate in multiple stages of each supply chain, as we believe that way we can deliver greater returns than would arise from owning a collection of discrete assets. These value chains, combined with our advantaged manufacturing operations and expertise in technology, allow us to pursue competitive returns and sustainable growth, as we serve customers and promote BP and our brands through high quality products. As in our Upstream segment, we will sell assets when we believe that to do so would generate more value than retaining them in our own portfolio.

Technology makes a critical contribution to our downstream activities. Through the research, development and deployment of a wide range of technologies, processes and techniques, we aim to enhance safety and risk management, improve our margins, increase efficiency and reliability, and create new market opportunities. For example, in lubricants we launched an oil co-engineered with Ford during the development of its newly released EcoBoost™ engine, which offers a significant improvement in efficiency.

The segment comprises three businesses: fuels, lubricants and petrochemicals, each of which operates as a value chain.

Our fuels business sells refined petroleum products including gasoline, diesel and aviation fuel and liquefied petroleum gas. Within the fuels business, fuels value chains integrate the activities of refining, logistics, marketing, and supply and trading on a regional basis. This provides the opportunity to optimize our activities – from crude oil purchases to end-consumer sales – all the way through our refineries, terminals, pipelines and retail stations.

Our lubricants business is involved in manufacturing and marketing lubricants and related services to markets around the world. We add value through the strength of our brands and through strategic collaboration with original equipment manufacturing partners where we seek to develop new high-performance lubricants such as *Castrol EDGE*.

Our global petrochemicals business manufactures and markets petrochemicals that are used in many everyday products, such as paints, plastic bottles and textiles. Value is derived from our strong customer relationships and joint-venture partners, and through the application of our world-class, proprietary technology.

# Risk in BP

Risk management is the foundation for reinforcing safety, building trust and growing value. In 2012 BP continued to review, refresh and enhance its management of risk.

## The role of the board

One of the key tasks of the board is to satisfy itself that the material risks to BP are identified and understood and that systems of risk management, compliance and control are in place to mitigate such risks. The board requires the group chief executive to operate with a comprehensive system of controls and internal audit to identify and manage the risks that are material to BP.

Board governance includes monitoring committees comprised of those directors best suited to serve on them, including the audit; the safety, ethics and environment assurance; and the Gulf of Mexico committees.

## The role of executive management

The group chief executive maintains BP's system of internal control. The system of internal control comprises the holistic set of management systems, organizational structures, processes, standards and behaviours that are employed to conduct the business of BP. The system is designed to meet the expectations of internal control of the Corporate Governance Code in the UK and of the Committee of Sponsoring Organizations of the Treadway Commission (COSO) in the US.

Key elements of the system include: BP's set of corporate values, behaviours and code of conduct; group strategic framework, including risk management; how the company is organized and managed; and how we verify that the system is working. BP's risk management system is an integral part of its system of internal control, and is designed to be a simple, consistent and clear framework for managing and reporting all risk from the group's operations to the board.

Executive committees are established by the group chief executive to assist him in discharging his board delegations. Their role includes setting policy, making decisions and overseeing the management of risks and performance. The executive committees are: executive team meeting (ETM); group operations risk committee (GORC); group financial risk committee (GFRC); group disclosure committee (GDC); group people committee (GPC); resource commitments meeting (RCM); and group ethics and compliance committee (GECC).

## Review of risk management

In 2012, the review to enhance the clarity, consistency and simplicity of BP's risk management system was completed.

We have embedded common language, concepts and templates for consistent reporting on risks and risk management; enhancements to board and executive processes; and greater alignment of risk management activities and business processes. These improvements build from BP's existing management systems, standards and practices.

A group risk team, effective 1 January 2013, has been established to hold a view of the group risk profile to inform key businesses processes and decisions; co-ordinate group risk reporting activities; and maintain the group risk management system.

**Risk management structures**



## BP's risk management system

BP's risk management system focuses on three levels of activity:

**Day-to-day risk management** – the system helps facilitate day-to-day risk management in the group's operations and functions, with the approach varying according to the types of risk faced. Risks are to be identified and managed, and actions to improve the management of risk are to be put in place where necessary. The aim is to address each different type of risk as well as we can – promoting safe, compliant and reliable operations.

**Business and strategic risk management** – for BP's businesses and functions, risks arising are to be collated periodically, risk management activities are to be assessed, and any necessary further improvements or actions are to be planned. The system is designed to facilitate this by incorporating a standardized form called the risk management report (RMR), for businesses and functions to report consistently the risks they face for management consideration, challenge, resource allocation and intervention. This enables the integration of risk into key business processes such as strategy, planning, performance management, resource allocation and project appraisal.

**Board, executive and functional oversight** – the system facilitates executive and board oversight and governance over the management of significant risks. It requires executive team level involvement in the finalization of risk management activities and improvement plans for the group's most significant individual risks. Using the consistent bottom-up risk identification and assessment process, coupled with top-down executive overview, the system requires that the most significant risks requiring oversight are identified. Oversight of the management of these risks is to be provided through regular review by the board or one of its committees.

**Risk management: from operations to the board**



BP's risk management system assists in:

- Understanding the risk environment for input into the strategy.
- Understanding which risk types we operate with, given the strategy.
- Identifying and assessing the specific risks and the potential exposure they may represent.
- Decision-making on how best to deal with those risks to manage overall potential exposure.
- Active management of identified risks.
- Reporting to management and the board about how those risks are managed, and monitoring of potential exposure.
- Obtaining assurance over the effectiveness of the management of those risks.
- Intervening for improvements in the management of those risks where necessary.
- Considering the effect of the external environment and business activities on the principal activities of BP's risk management system.

The willingness to take and appropriately manage certain risk is fundamental to the success of any commercial enterprise. For example, in our upstream business we consciously place significant amounts of capital at risk in exploring for new hydrocarbon resources. Where this exploration is successful, we would generally expect it to lead to future increases in our proved reserves and future cash flows. However, exploration expenditure may not yield adequate returns, for example in the case of unproductive wells or discoveries that prove uneconomic to develop.

**Risk management and reporting in 2012**

During 2012, BP's segments, strategic performance units and functions prepared RMRs. The most significant risks were organized into common categories – strategic risks, safety and operational risks and compliance and controls risks – so they could be assessed and reported up the line in the standardized form. This helped provide an overall data set of the key risks identified, an assessment of their potential impact and likelihood on a consistent basis, information on how they were being managed and any actions planned or in progress to improve the management of risk. Based on these RMRs, together with additional executive overview, a single group RMR has been prepared. Those risks identified on the group RMR requiring particular group-level oversight in the coming year are allocated to specific board and executive committees for oversight and monitoring. These are discussed below. Also see Risk factors on pages 38-44 for a description of the material risks we face in our business.

**Executive and board oversight of risk**

The executive and board examine particular group risks both on a periodic basis and as part of the development and review of the annual plan. The board also conducts an annual review of the risk management and internal control systems as required by the UK Corporate Governance Code. During the year there is flexibility to change which risks have been identified as requiring particular oversight and which have been allocated to the executive or board, in the event there are any changes to the internal or external environments or events arising.

The executive committees monitor the group risks in the following areas:

- ETM for strategic and commercial risks.
- GORC for health, safety, security and environment and operations integrity risks.
- GFRC for finance and trading risks.
- GDC for financial reporting risk.
- GPC for people risks.
- RCM for risks related to investment decisions.
- GECC for ethics and compliance risks.

# Consolidated financial statements of the BP group

## Independent auditor's report on the Annual Report and Accounts to the members of BP p.l.c.

We have audited the consolidated financial statements of BP p.l.c. for the year ended 31 December 2012 which comprise the group income statement, the group statement of comprehensive income, the group statement of changes in equity, the group balance sheet, the group cash flow statement and the related notes 1-45. The financial reporting framework that has been applied in their preparation is applicable law and International Financial Reporting Standards (IFRS) as adopted by the European Union.

This report is made solely to the company's members, as a body, in accordance with Chapter 3 of Part 16 of the Companies Act 2006. Our audit work has been undertaken so that we might state to the company's members those matters we are required to state to them in an auditor's report and for no other purpose. To the fullest extent permitted by law, we do not accept or assume responsibility to anyone other than the company and the company's members as a body, for our audit work, for this report, or for the opinions we have formed.

### Respective responsibilities of directors and auditor
As explained more fully in the Statement of directors' responsibilities set out on page 178, the directors are responsible for the preparation of the consolidated financial statements and for being satisfied that they give a true and fair view. Our responsibility is to audit and express an opinion on the consolidated financial statements in accordance with applicable law and International Standards on Auditing (UK and Ireland). Those standards require us to comply with the Auditing Practices Board's Ethical Standards for Auditors.

### Scope of the audit of the financial statements
An audit involves obtaining evidence about the amounts and disclosures in the financial statements sufficient to give reasonable assurance that the financial statements are free from material misstatement, whether caused by fraud or error. This includes an assessment of: whether the accounting policies are appropriate to the group's circumstances and have been consistently applied and adequately disclosed; the reasonableness of significant accounting estimates made by the directors; and the overall presentation of the financial statements. In addition, we read all the financial and non-financial information in the annual report to identify material inconsistencies with the audited financial statements. If we become aware of any apparent material misstatements or inconsistencies we consider the implications for our report.

### Opinion on financial statements
In our opinion the consolidated financial statements:
- give a true and fair view of the state of the group's affairs as at 31 December 2012 and of its profit for the year then ended;
- have been properly prepared in accordance with IFRS as adopted by the European Union; and
- have been prepared in accordance with the requirements of the Companies Act 2006 and Article 4 of the IAS Regulation.

### Separate opinion in relation to IFRS as issued by the International Accounting Standards Board
As explained in Note 1 to the consolidated financial statements, the group in addition to applying IFRS as adopted by the European Union, has also applied IFRS as issued by the International Accounting Standards Board (IASB). In our opinion the consolidated financial statements comply with IFRS as issued by the IASB.

### Emphasis of matter – significant uncertainty over provisions and contingencies related to the Gulf of Mexico oil spill
In forming our opinion we have considered the adequacy of the disclosures made in Notes 2, 36 and 43 to the financial statements concerning the provisions, future expenditures for which reliable estimates cannot be made and other contingencies related to the Gulf of Mexico oil spill significant event. The total amounts that will ultimately be paid by BP in relation to all obligations relating to the incident are subject to significant uncertainty and the ultimate exposure and cost to BP will be dependent on many factors. Furthermore, significant uncertainty exists in relation to the amount of claims that will become payable by BP, the amount of fines that will ultimately be levied on BP (including any determination of BP's culpability based on any findings of negligence, gross negligence or wilful misconduct), the outcome of litigation and arbitration proceedings, and any costs arising from any longer-term environmental consequences of the oil spill, which will also impact upon the ultimate cost for BP. Our opinion is not qualified in respect of these matters.

### Opinion on other matter prescribed by the Companies Act 2006
In our opinion the information given in the Directors' Report for the financial year for which the consolidated financial statements are prepared is consistent with the consolidated financial statements.

### Matters on which we are required to report by exception
We have nothing to report in respect of the following:

Under the Companies Act 2006 we are required to report to you if, in our opinion:
- certain disclosures of directors' remuneration specified by law are not made; or
- we have not received all the information and explanations we require for our audit.

Under the Listing Rules we are required to review:
- the directors' statement, set out on page 178, in relation to going concern;
- the part of the Governance and Risk section of the Annual report relating to the company's compliance with the nine provisions of the UK Corporate Governance Code specified for our review; and
- certain elements of the report to shareholders by the Board on directors' remuneration.

### Other matter
We have reported separately on the parent company financial statements of BP p.l.c. for the year ended 31 December 2012 and on the information in the Directors' Remuneration Report that is described as having been audited.

**Ernst & Young LLP**
Allister Wilson (Senior Statutory Auditor)
for and on behalf of Ernst & Young LLP, Statutory Auditor
London
6 March 2013

1. The maintenance and integrity of the BP p.l.c. website are the responsibility of the directors; the work carried out by the auditors does not involve consideration of these matters and, accordingly, the auditors accept no responsibility for any changes that may have occurred to the financial statements since they were initially presented on the website.
2. Legislation in the United Kingdom governing the preparation and dissemination of financial statements may differ from legislation in other jurisdictions.

This page does not form part of BP's Annual Report on Form 20-F as filed with the SEC.

# Consolidated financial statements of the BP group

## Report of Independent Registered Public Accounting Firm on the Annual Report on Form 20-F

**The Board of Directors and Shareholders of BP p.l.c.**

We have audited the accompanying group balance sheets of BP p.l.c. as at 31 December 2012 and 2011, and the related group income statement, group statement of comprehensive income, group statement of changes in equity and group cash flow statement for each of the three years in the period ended 31 December 2012. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the group financial position of BP p.l.c. at 31 December 2012 and 2011, and the group results of its operations and its cash flows for each of the three years in the period ended 31 December 2012, in accordance with International Financial Reporting Standards as adopted by the European Union and International Financial Reporting Standards as issued by the International Accounting Standards Board.

In forming our opinion we have considered the adequacy of the disclosures made in Notes 2, 36 and 43 to the financial statements concerning the provisions, future expenditures for which reliable estimates cannot be made and other contingencies related to the Gulf of Mexico oil spill significant event. The total amounts that will ultimately be paid by BP in relation to all obligations relating to the incident are subject to significant uncertainty and the ultimate exposure and cost to BP will be dependent on many factors. Furthermore, significant uncertainty exists in relation to the amount of claims that will become payable by BP, the amount of fines that will ultimately be levied on BP (including any determination of BP's culpability based on any findings of negligence, gross negligence or wilful misconduct), the outcome of litigation and arbitration proceedings, and any costs arising from any longer-term environmental consequences of the oil spill, which will also impact upon the ultimate cost for BP. Our opinion is not qualified in respect of these matters.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), BP p.l.c.'s internal control over financial reporting as at 31 December 2012, based on criteria established in Internal Control: Revised Guidance for Directors on the Combined Code as issued by the Institute of Chartered Accountants in England and Wales (the Turnbull guidance) and our report dated 6 March 2013 expressed an unqualified opinion thereon.

**/s/ Ernst & Young LLP**
Ernst & Young LLP
London, United Kingdom
6 March 2013

1. The maintenance and integrity of the BP p.l.c. website are the responsibility of the directors; the work carried out by the auditors does not involve consideration of these matters and, accordingly, the auditors accept no responsibility for any changes that may have occurred to the financial statements since they were initially presented on the website.
2. Legislation in the United Kingdom governing the preparation and dissemination of financial statements may differ from legislation in other jurisdictions.

# Consolidated financial statements of the BP group

## Report of Independent Registered Public Accounting Firm on the Annual Report on Form 20-F

**The Board of Directors and Shareholders of BP p.l.c.**

We have audited BP p.l.c.'s internal control over financial reporting as at 31 December 2012, based on criteria established in Internal Control: Revised Guidance for Directors on the Combined Code as issued by the Institute of Chartered Accountants in England and Wales (the Turnbull guidance). BP p.l.c.'s management is responsible for maintaining effective internal control over financial reporting, and for its assessment of the effectiveness of internal control over financial reporting included in the accompanying Management's report on internal control on page 149. Our responsibility is to express an opinion on the company's internal control over financial reporting based on our audit.

We conducted our audit in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, testing and evaluating the design and operating effectiveness of internal control based on the assessed risk, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

In our opinion, BP p.l.c. maintained, in all material respects, effective internal control over financial reporting as at 31 December 2012, based on the Turnbull guidance.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the group balance sheets of BP p.l.c. as at 31 December 2012 and 2011, and the related group income statement, group statement of comprehensive income, group statement of changes in equity and group cash flow statement for each of the three years in the period ended 31 December 2012, and our report dated 6 March 2013 expressed an unqualified opinion thereon.

**/s/ Ernst & Young LLP**
Ernst & Young LLP
London, United Kingdom
6 March 2013

## Consent of independent registered public accounting firm

We consent to the incorporation by reference of our reports dated 6 March 2013, with respect to the group financial statements of BP p.l.c., and the effectiveness of internal control over financial reporting of BP p.l.c., included in this Annual Report and Form 20-F for the year ended 31 December 2012 in the following Registration Statements:

> Registration Statements on Form F-3 (File No. 333-179953, File No. 333-157906) of BP Capital Markets p.l.c. and BP p.l.c.; and
> Registration Statements on Form S-8 (File Nos. 333-149778, 333-79399, 333-67206, 333-103924, 333-123482, 333-123483, 333-131583, 333-146868, 333-146870, 333-146873, 333-131584, 333-132619, 333-173136, 333-177423, 333-179406, 333-186463 and 333-186462) of BP p.l.c.

**/s/ Ernst & Young LLP**
Ernst & Young LLP
London, United Kingdom
6 March 2013

1. The maintenance and integrity of the BP p.l.c. website are the responsibility of the directors; the work carried out by the auditors does not involve consideration of these matters and, accordingly, the auditors accept no responsibility for any changes that may have occurred to the financial statements since they were initially presented on the website.
2. Legislation in the United Kingdom governing the preparation and dissemination of financial statements may differ from legislation in other jurisdictions.

## Group income statement

For the year ended 31 December

$ million

| | Note | 2012 | 2011 | 2010 |
|---|---|---|---|---|
| Sales and other operating revenues | 6 | **375,580** | 375,517 | 297,107 |
| Earnings from jointly controlled entities – after interest and tax | 24 | **744** | 1,304 | 1,175 |
| Earnings from associates – after interest and tax | 25 | **3,675** | 4,916 | 3,582 |
| Interest and other income | 7 | **1,590** | 596 | 681 |
| Gains on sale of businesses and fixed assets | 5 | **6,696** | 4,130 | 6,383 |
| Total revenues and other income | | **388,285** | 386,463 | 308,928 |
| Purchases | 28 | **293,242** | 285,618 | 216,211 |
| Production and manufacturing expenses[a] | | **33,911** | 24,145 | 64,615 |
| Production and similar taxes | 8 | **8,158** | 8,280 | 5,244 |
| Depreciation, depletion and amortization | 9 | **12,481** | 11,135 | 11,164 |
| Impairment and losses on sale of businesses and fixed assets | 5 | **6,275** | 2,058 | 1,689 |
| Exploration expense | 15 | **1,475** | 1,520 | 843 |
| Distribution and administration expenses | 11 | **13,357** | 13,958 | 12,555 |
| Fair value (gain) loss on embedded derivatives | 33 | **(347)** | (68) | 309 |
| Profit (loss) before interest and taxation | | **19,733** | 39,817 | (3,702) |
| Finance costs[a] | 17 | **1,125** | 1,246 | 1,170 |
| Net finance expense (income) relating to pensions and other post-retirement benefits | 37 | **(201)** | (263) | (47) |
| Profit (loss) before taxation | | **18,809** | 38,834 | (4,825) |
| Taxation[a] | 18 | **6,993** | 12,737 | (1,501) |
| Profit (loss) for the year | | **11,816** | 26,097 | (3,324) |
| Attributable to | | | | |
| BP shareholders | 39 | **11,582** | 25,700 | (3,719) |
| Minority interest | 39 | **234** | 397 | 395 |
| | | **11,816** | 26,097 | (3,324) |
| Earnings per share – cents | | | | |
| Profit (loss) for the year attributable to BP shareholders | | | | |
| Basic | 20 | **60.86** | 135.93 | (19.81) |
| Diluted | 20 | **60.45** | 134.29 | (19.81) |

[a] See Note 2 for information on the impact of the Gulf of Mexico oil spill on these income statement line items.

## 45. Subsidiaries, jointly controlled entities and associates

The more important subsidiaries, jointly controlled entities and associates of the group at 31 December 2012 and the group percentage of ordinary share capital or joint venture interest (to nearest whole number) are set out below. Those held directly by the parent company are marked with an asterisk (*), the percentage owned being that of the group unless otherwise indicated. A complete list of investments in subsidiaries, jointly controlled entities and associates will be attached to the parent company's annual return made to the Registrar of Companies.

| Subsidiaries | % | Country of incorporation | Principal activities |
|---|---|---|---|
| International | | | |
| *BP Corporate Holdings | 100 | England & Wales | Investment holding |
| BP Europa | 100 | Germany | Refining and marketing and petrochemicals |
| BP Exploration Operating Company | 100 | England & Wales | Exploration and production |
| *BP Global Investments | 100 | England & Wales | Investment holding |
| *BP International | 100 | England & Wales | Integrated oil operations |
| BP Oil International | 100 | England & Wales | Integrated oil operations |
| *BP Shipping | 100 | England & Wales | Shipping |
| *Burmah Castrol | 100 | Scotland | Lubricants |
| Jupiter Insurance | 100 | Guernsey | Insurance |
| Algeria | | | |
| BP Amoco Exploration (In Amenas) | 100 | Scotland | Exploration and production |
| BP Exploration (El Djazair) | 100 | Bahamas | Exploration and production |
| Angola | | | |
| BP Exploration (Angola) | 100 | England & Wales | Exploration and production |
| Australia | | | |
| BP Australia Capital Markets | 100 | Australia | Finance |
| BP Developments Australia | 100 | Australia | Exploration and production |
| BP Finance Australia | 100 | Australia | Finance |
| BP Oil Australia | 100 | Australia | Integrated oil operations |
| Azerbaijan | | | |
| BP Exploration (Caspian Sea) | 100 | England & Wales | Exploration and production |
| Brazil | | | |
| BP Energy do Brazil | 100 | Brazil | Exploration and production |
| Canada | | | |
| BP Canada Energy | 100 | Canada | Exploration and production |
| BP Canada Finance | 100 | Canada | Finance |
| Egypt | | | |
| BP Egypt Company | 100 | US | Exploration and production |
| India | | | |
| BP Exploration (Alpha) | 100 | England & Wales | Exploration and production |
| Indonesia | | | |
| BP Berau | 100 | US | Exploration and production |
| New Zealand | | | |
| BP Oil New Zealand | 100 | New Zealand | Marketing |
| Norway | | | |
| BP Norge | 100 | Norway | Exploration and production |
| Spain | | | |
| BP España | 100 | Spain | Refining and marketing |
| South Africa | | | |
| *BP Southern Africa | 75 | South Africa | Refining and marketing |
| Trinidad & Tobago | | | |
| BP Trinidad and Tobago | 70 | US | Exploration and production |
| UK | | | |
| BP Capital Markets | 100 | England & Wales | Finance |
| BP Oil UK | 100 | England & Wales | Marketing |
| Britoil | 100 | Scotland | Exploration and production |
| US | | | |
| *BP Holdings North America | 100 | England & Wales | Investment holding |
| Atlantic Richfield Company | 100 | US | Exploration and production, refining and marketing, pipelines and petrochemicals |
| BP America | 100 | US | |
| BP America Production Company | 100 | US | |
| BP Amoco Chemical Company | 100 | US | |
| BP Company North America | 100 | US | |
| BP Corporation North America | 100 | US | |
| BP Exploration & Production | 100 | US | |
| BP Exploration (Alaska) | 100 | US | |
| BP Products North America | 100 | US | |
| BP West Coast Products | 100 | US | |
| Standard Oil Company | 100 | US | |
| BP Capital Markets America | 100 | US | Finance |