# Exhibit 15

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois  60654

| | | |
|---|---|---|
| Andrew Langan, P.C.<br>To Call Writer Directly:<br>(312) 862-2064<br>andrew.langan@kirkland.com | (312) 862-2000<br><br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

January 2, 2014

**Via E-mail and File & ServeXpress**

Steven J. Herman
Herman Herman Katz & Cotlar
820 O'Keefe, Avenue
New Orleans, LA 70113-1116

James P. Roy
Domengeaux Wright Roy & Edwards
556 Jefferson Street
P.O. Box 3668
Lafayette, LA 70502


R. Michael Underhill
Department of Justice, Torts Branch
West Coast and Pacific Rim Office
7th Floor, Room 7-5395
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, CA  94102-3463

Alabama Attorney General Luther Strange
State of Alabama Attorney General's Office
501 Washington Avenue
Montgomery, AL  36130


Louisiana Attorney General
James D. "Buddy" Caldwell
1885 North Third Street
Baton Rouge, LA  70802

Re:     MDL 2179 -- Notice of Corporate Reorganization

Dear Counsel:

I am writing to inform you (and all MDL 2179 counsel) of a corporate reorganization involving certain BP legal entities in the United States that have been named as defendants in the MDL 2179 cases.  Based on its review, BP does not believe that the reorganization described below affects the continued accuracy of any of its discovery responses or corporate disclosure statements filed or served in these proceedings.  Out of an abundance of caution, however, BP is

## KIRKLAND & ELLIS LLP

January 2, 2014
Page 2

providing notice of the recent reorganization. Please consider this letter an update and supplement to BP's discovery responses.

Prior to January 1, 2014, the corporate structure relevant to the BP defendants in MDL 2179 has been as follows:

- BP Exploration & Production Inc. ("BPXP") was a direct subsidiary of BP America Production Company ("BPAPC");

- BPAPC was a direct subsidiary of BP Company North America Inc.;

- BP Company North America Inc. was a direct subsidiary of BP Corporation North America Inc.; and

- BP Corporation North America Inc. was an indirect subsidiary of BP p.l.c.

Effective January 1, 2014, in order to streamline and simplify this corporate structure, the common stock of BPXP was transferred out of BPAPC and is now held entirely by BP Company North America Inc. This reorganization does not otherwise alter the corporate structure described above, nor does it substantively change any of the assets or liabilities of BPXP (the BP entity which is a Responsible Party under OPA 90). Additionally, there will not be any substantive or relevant changes made to BP Corporation North America Inc. or the ultimate corporate parent, BP p.l.c.

Best wishes for a happy New Year.

Sincerely,

/s/ Andrew Langan

J. Andrew Langan, P.C.

JAL/cs

cc: Magistrate Judge Sally Shushan (via e-mail)
All MDL 2179 Counsel (via File & ServeXpress)