# Exhibit 16

From: Verchere, Christina C
Sent: Tue Oct 27 20:54:03 2009
To: G MOR Upstream SLT
Subject: CONFIDENTIAL: GL/SLL Telecon - Sector Leadership AGI's script
Importance: Normal
Attachments: FINAL GLSLL Telecon_AGI_Oct 27 (2).pdf

Please find attached Andy's script for the GL/SLL telecon's this week.  This document is intended for you, and is not to be distributed further.

<<...>>
Please don't hesitate to call if you have any questions.

Many thanks,

Christina Verchere
Head of BP E&P Executive Office

UK tel +44 207 496 5860
US tel +1 281 366 6981
mobile +1 713 470 8306

BP p.l.c. Registered office: 1 St James's Square, London, SW1Y 4PD. Registered in England and Wales, number 102498


Suttles
EXHIBIT NO. 2248

BP-HZN-2179MDL00985757

**TREX-02248**