# Exhibit 17



TREX-02557



Draft BP Org Chart for 4/10/10
Updated 5/27/11

Privileged and Confidential
Attorney Work Product



Draft BP Org Chart for 4/10/10
Updated 5/27/11

Privileged and Confidential
Attorney Work Product

Draft BP Org Chart for 4/10/10
Updated 5/27/11

Privileged and Confidential
Attorney Work Product



Draft BP Org Chart for 4/10/10
Updated 5/27/11

Privileged and Confidential
Attorney Work Product



Central Development Organization (CDO)