# Exhibit 18

# Annual Report and Accounts 2009



bp.com/annualreport

# What's inside?

**3  Business review**
4    Chairman's letter
6    Group chief executive's review
8    Our performance
10   Group overview
22   Exploration and Production
36   Refining and Marketing
42   Other businesses and corporate
44   Research and technology
46   Corporate responsibility
52   Relationships with suppliers and contractors
52   Regulation of the group's business
52   Organizational structure
53   Financial performance
61   Liquidity and capital resources

**65  Board performance and biographies**
66   Directors and senior management
69   Board performance report

**81  Directors' remuneration report**
82   Part 1 Summary
84   Part 2 Executive directors' remuneration
91   Part 3 Non-executive directors' remuneration

**93  Additional information for shareholders**
94   Critical accounting policies
96   Property, plants and equipment
96   Share ownership
98   Major shareholders and related party transactions
98   Dividends
99   Legal proceedings
100  Share prices and listings
101  Memorandum and Articles of Association
103  Exchange controls
103  Taxation
105  Documents on display
105  Controls and procedures
106  Code of ethics
106  Principal accountants' fees and services
106  Corporate governance practices
107  Purchases of equity securities by the issuer and affiliated purchasers
107  Fees and charges payable by a holder of ADSs
108  Fees and payments made by the Depositary to the issuer
108  Called-up share capital
108  Administration
108  Annual general meeting

**109 Financial statements**
110  Consolidated financial statements of the BP group
116  Notes on financial statements
179  Supplementary information on oil and natural gas (unaudited)
193  Parent company financial statements of BP p.l.c.

# Board performance and biographies



66   Directors and senior management

69   Board performance report

Board performance and biographies

CONFIDENTIAL

BPD351-013607

BP Annual Report and Accounts 2009
**Board performance and biographies**

# Directors and senior management

The following lists the company's directors and senior management as at 18 February 2010.

| Name | | Initially elected or appointed |
|---|---|---|
| C-H Svanberg | Chairman | Chairman since January 2010<br>Director since September 2009 |
| Sir Ian Prosser | Non-Executive Deputy Chairman | Deputy chairman since February 1999<br>Director since May 1997 |
| P Anderson | Non-Executive Director | February 2010 |
| A Burgmans | Non-Executive Director | February 2004 |
| C B Carroll | Non-Executive Director | June 2007 |
| Sir William Castell | Non-Executive Director | July 2006 |
| G David | Non-Executive Director | February 2008 |
| E B Davis, Jr | Non-Executive Director | December 1998 |
| D J Flint | Non-Executive Director | January 2005 |
| Dr D S Julius | Non-Executive Director | November 2001 |
| Dr A B Hayward | Executive Director (Group Chief Executive) | Group Chief Executive since May 2007<br>Director since February 2003 |
| I C Conn | Executive Director (Chief Executive, Refining and Marketing) | July 2004 |
| R W Dudley | Executive Director (Managing Director) | April 2009 |
| Dr B E Grote | Executive Director (Chief Financial Officer) | August 2000 |
| A G Inglis | Executive Director (Chief Executive, Exploration and Production) | February 2007 |
| R Bondy | Group General Counsel | May 2008 |
| S Bott | Executive Vice President, Human Resources | March 2005 |
| H L McKay | Executive Vice President (Chairman and President of BP America Inc.) | June 2008 |
| S Westwell | Executive Vice President (Group Chief of Staff) | January 2008 |

Mr C-H Svanberg was appointed as a director and chairman designate on 1 September 2009 and appointed chairman on 1 January 2010 on the retirement of Mr P D Sutherland. Mr P Anderson was appointed as a director on 1 February 2010. Sir Tom McKillop resigned as a director on 16 April 2009.

At the company's 2009 annual general meeting (AGM), the following directors retired, offered themselves for election/re-election and were duly elected/re-elected: Mr A Burgmans; Mrs C B Carroll; Sir William Castell; Mr I C Conn; Mr G David; Mr E B Davis, Jr; Mr R W Dudley; Mr D J Flint; Dr B E Grote; Dr A B Hayward; Mr A G Inglis; Dr D S Julius; Sir Ian Prosser and Mr P D Sutherland.

Mr I E L Davis has been appointed as a director with effect from 2 April 2010. All of the directors, including Mr Davis, will offer themselves for election/re-election at the company's 2010 AGM.

David Jackson (57) was appointed company secretary in 2003. A solicitor, he is a director of BP Pension Trustees Limited and a member of the Listing Authorities Advisory Committee.

CONFIDENTIAL

BP-HZN-2179MDL04961491

BPD351-013608

BP Annual Report and Accounts 2009
**Board performance and biographies**

## Directors

### C-H Svanberg
*Chairman of the chairman's and the nomination committees and attends meetings of the remuneration committee*

Carl-Henric Svanberg (57) was appointed a non-executive director of BP on 1 September 2009 and, in succession to Mr Sutherland, became chairman of BP on 1 January 2010. From 2003 until 31 December 2009, he was president and chief executive officer of Ericsson, also serving as the chairman of Sony Ericsson Mobile Communications AB. He continues to be a non-executive director of Ericsson.

### Sir Ian Prosser
*Member of the chairman's, the nomination and the remuneration committees and chairman of the audit committee*

Sir Ian (66) joined BP's board in 1997 and was appointed non-executive deputy chairman in 1999. He is the senior independent director. In 2003, he retired as chairman of InterContinental Hotels Group PLC, a spin-off from the former Bass PLC where he was chief executive. He is a non-executive director of the Sara Lee Corporation and non-executive chairman of The Navy, Army and Air Force Institutes (NAAFI). He was previously on the boards of GlaxoSmithKline plc, The Boots Company PLC and Lloyds TSB PLC.

### P Anderson
*Member of the chairman's and the safety, ethics and environment assurance committees*

Paul Anderson (64) was appointed a non-executive director of BP on 1 February 2010. He is a non-executive director of BAE Systems PLC and of Spectra Energy Corp. He was formerly chief executive at BHP Billiton and Duke Energy where he also served as a non-executive director. Having previously been chief executive officer and managing director of BHP Limited and then BHP Billiton Limited and BHP Billiton Plc, he rejoined these latter boards in 2006 as a non-executive director, retiring on 31 January 2010.

### A Burgmans, KBE
*Member of the chairman's, the remuneration and the safety, ethics and environment assurance committees*

Antony Burgmans (63) joined BP's board in 2004. He was appointed to the board of Unilever in 1991. In 1999, he became chairman of Unilever NV and vice chairman of Unilever PLC. In 2005, he became non-executive chairman of Unilever PLC and Unilever NV, retiring from these appointments in 2007. He is also a member of the supervisory boards of Akzo Nobel NV, Aegon NV and SHV Holdings NV.

### C B Carroll
*Member of the chairman's and the safety, ethics and environment assurance committees*

Cynthia Carroll (53) joined BP's board in 2007. She started her career at Amoco and in 1989 she joined Alcan, where in 2002 she was appointed president and chief executive officer of Alcan's primary metals group and an officer of Alcan, Inc. She was appointed as chief executive of Anglo American plc, the global mining group, in 2007. She is also a director of De Beers s.a. and Anglo Platinum Ltd.

### Sir William Castell, LVO
*Member of the chairman's and the nomination committees and chairman of the safety, ethics and environment assurance committee*

Sir William (62) joined BP's board in 2006. From 1990 to 2004, he was chief executive of Amersham plc and subsequently president and chief executive officer of GE Healthcare. He was appointed as a vice chairman of the board of GE in 2004, stepping down from this post in 2006 when he became chairman of the Wellcome Trust. He remains a non-executive director of GE.

### G David
*Member of the chairman's, the audit and the remuneration committees*

George David (67) joined BP's board in February 2008. He has spent his career with United Technologies Corporation (UTC), as its chief executive officer between 1994 and 2008 and chairman from 1997 until his retirement on 31 December 2009. He is a former director of Citigroup Inc.

### E B Davis, Jr
*Member of the chairman's, the audit and the safety, ethics and environment assurance committees*

Erroll B Davis, Jr (65) joined BP's board in 1998, having previously been a director of Amoco. He was chairman and chief executive officer of Alliant Energy, relinquishing this dual appointment in 2005. He continued as chairman of Alliant Energy until 2006, leaving to become chancellor of the University System of Georgia. He is a member of the board of General Motors Corporation and Union Pacific Corporation.

### D J Flint, CBE
*Member of the chairman's and the audit committees*

Douglas Flint (54) joined BP's board in 2005. He trained as a chartered accountant and was made a partner at KPMG in 1988. In 1995, he was appointed group finance director of HSBC Holdings plc and in 2009 his role was broadened to chief financial officer, executive director risk and regulation. He was chairman of the Financial Reporting Council's review of the Turnbull Guidance on Internal Control. Between 2001 and 2004, he served on the Accounting Standards Board and the Standards Advisory Council of the International Accounting Standards Board.

### Dr D S Julius, CBE
*Member of the chairman's and the nomination committees and chairman of the remuneration committee*

DeAnne Julius (60) joined BP's board in 2001. She began her career as a project economist with the World Bank in Washington. From 1986 until 1997, she held a succession of posts, including chief economist at British Airways and Royal Dutch Shell Group. From 1997 to 2001, she was a full time member of the Monetary Policy Committee of the Bank of England. She is chairman of the Royal Institute of International Affairs and a non-executive director of Roche Holdings SA and Jones Lang LaSalle, Inc.

### Dr A B Hayward
Tony Hayward (52) joined BP in 1982. He held a series of roles in exploration and production, becoming a director of exploration and production in 1997. In 2000, he was made group treasurer, and an executive vice president in 2002. He was chief executive officer of exploration and production between 2002 and 2007. He became an executive director of BP in 2003 and was appointed as group chief executive in 2007.

### I C Conn
Iain Conn (47) joined BP in 1986. Following a variety of roles in oil trading, commercial refining, retail and commercial marketing operations, and exploration and production, in 2000 he became group vice president of BP's refining and marketing business. From 2002 to 2004, he was chief executive of petrochemicals. He was appointed group executive officer with a range of regional and functional responsibilities and an executive director in 2004. He was appointed chief executive of refining and marketing in 2007. He is a non-executive director and senior independent director of Rolls-Royce Group plc.

Board performance and biographies

67

BP-HZN-2179MDL04961492

BPD351-013609

### R W Dudley

Robert Dudley (54) joined the Amoco Corporation in 1979 for whom he worked until its merger with BP in 1998. Following a variety of posts in the US, the UK, the South China Sea and Moscow, in 2001 he became group vice president responsible for BP's upstream businesses in Russia, the Caspian Region, Angola, Algeria and Egypt. From 2003 to 2008, Mr Dudley was president and chief executive officer of TNK-BP in Moscow. He was appointed an executive director on 6 April 2009 and is an executive vice president with responsibility for broad oversight of the company's activities in the Americas and Asia.

### Dr B E Grote

Byron Grote (61) joined BP in 1987 following the acquisition of The Standard Oil Company of Ohio, where he had worked since 1979. He became group treasurer in 1992 and in 1994 regional chief executive in Latin America. In 1999, he was appointed an executive vice president of exploration and production, and chief executive of chemicals in 2000. He was appointed an executive director of BP in 2000 and chief financial officer in 2002. He is a non-executive director of Unilever NV and Unilever PLC.

### A G Inglis

Andy Inglis (50) joined BP in 1980, working on various North Sea projects. Following a series of commercial roles in exploration, in 1996, he became chief of staff, exploration and production. From 1997 until 1999, he was responsible for leading BP's activities in the deepwater Gulf of Mexico. In 1999, he was appointed vice president of BP's US western gas business unit. In 2004, he became executive vice president and deputy chief executive of exploration and production. He was appointed chief executive of BP's exploration and production business and an executive director in 2007. He is a non-executive director of BAE Systems plc.

## Senior management

### R Bondy

Rupert Bondy (48) joined BP as group general counsel in May 2008. In 1989, he joined US law firm Morrison & Foerster, working in San Francisco and London. From 1994 to 1995, he worked for UK law firm Lovells in London. In 1995, he joined SmithKline Beecham as senior counsel for mergers and acquisitions and other corporate matters. He subsequently held positions of increasing responsibility and following the merger of SmithKline Beecham and GlaxoWellcome he was appointed senior vice president and general counsel of GlaxoSmithKline in 2001.

### S Bott

Sally Bott (60) joined BP in 2005 as an executive vice president responsible for global human resources. Sally joined Citibank in 1970 and was in the economics department and the finance function before joining human resources. She was appointed human resources vice president in 1979. In 1994, she joined Barclays De Zoete Wedd, an investment bank, as head of human resources and in 1997 became group human resources director of Barclays plc. From 2000 to early 2005, she was managing director of Marsh and McLennan and head of global human resources at Marsh Inc. In 2008, Sally was elected as a non-executive director of UBS AG.

### H L McKay

Lamar McKay (51) was appointed chairman and president of BP America, Inc. in February 2009. He joined Amoco Production Company as a petroleum engineer in 1980. He held a variety of roles before becoming group vice president for Russia & Kazakhstan in 2003, also being appointed to the board of TNK-BP in 2004. In 2007, he was named executive vice-president of BP America and COO. In early 2008, he became executive vice president of BP plc special projects, focusing on Russia, subsequently joining the group executive management team in June 2008.

### S Westwell

Steve Westwell (51) joined BP in the manufacturing and supply division of BP Southern Africa in 1988. Following various retail positions in the UK and the US, he was appointed head of retail and a member of the board of BP Southern Africa Pty. In 2003, he became president and chief executive officer of BP solar, and in 2004, group vice president of natural gas liquids, power, solar and renewables. In 2005, he was appointed group vice president of alternative energy. He was appointed group chief of staff in January 2008.

CONFIDENTIAL

BP-HZN-2179MDL04961493

BPD351-013610

# Board performance report

I am pleased to have this opportunity to report to you on the work of the BP board over the last year.

I joined the board as a non-executive director in September 2009 and took the chair on 1 January 2010 upon the retirement of Peter Sutherland. Peter has reviewed this letter and I, of course, have had the benefit of the views of my board colleagues on its content.

This is a particularly interesting time for me to take the chair at BP. In the past months we have seen the reports of Sir David Walker and the Financial Reporting Council (FRC), to which we have contributed. The way in which boards work has again been in the spotlight. There are a number of lessons that all boards can learn from the events of 2008 and 2009. Both these reports have focused on the need for appropriate behaviours around the board table and for governance not to be regarded as solely relating to compliance. This is a view which BP has taken for some time and which I fully endorse.

I have been impressed by BP's commitment to the highest standards of corporate governance. Governance describes all that a board does – a point which has been reinforced by the FRC's draft revised Combined Code. It is vital that a board balances the time that it spends between strategy and oversight. From early indications, I believe that the BP board achieves this balance well.

The board is responsible for the direction and oversight of BP p.l.c. on behalf of shareholders; it is accountable to them, as owners, for all aspects of BP's business. It sets the tone from the top. In conducting its business, BP needs to be responsive to other constituencies with whom it comes into contact.

## Governance framework

Clarity of roles and responsibilities, and the proper utilization of distinct skills and processes lie at the heart of the board's role. The BP governance principles ('principles') are the framework within which the board operates.

This framework sets out the role of the board, its processes, its relationship with executive management and the main tasks and requirements of the board committees. The board's core activities include:

- The active consideration of long-term strategy.
- The monitoring of executive action and the performance of BP.
- Obtaining assurance that the material risks to BP are identified and that systems of risk management and control are in place to mitigate such risks.
- Ongoing board and executive management succession.

The principles can be seen on BP's website at *www.bp.com/governance*.

The board delegates authority for executive management of the company to the group chief executive. This delegation is subject to a clearly defined set of executive limitations which are monitored by the board. The executive limitations require the group chief executive to take into consideration specific issues in the course of business – these include key risk areas such as health, safety and environmental matters and generally ensuring that BP's reputation is maintained. The group chief executive is also responsible for ensuring there is a comprehensive system of controls to identify and manage the risks that are material to BP.

The board keeps this framework under regular review and tests its effectiveness through the annual board evaluation.

## Board activities in 2009

The board's work reflects the tasks described above, namely strategy, risk and the oversight of the company's performance and operation of the system of delegation.

The board endeavours to balance its work so that these tasks are achieved either through the work of the board or its committees. At the start of each year, the board reviews and agrees a forward workplan based upon:

- The need for the board to be involved in strategy development and the oversight of risk.
- Annual reviews of the two business segments and of the corporate business and functions which includes Alternative Energy.
- Oversight of risk generally and specifically those risks identified through the annual plan (the board will decide which risk issues will be considered by the whole board and which will be delegated to the committees with appropriate reporting to the board).
- Consideration of quarterly and annual corporate reporting documentation.

In determining its programme the board has to allow sufficient time for urgent issues to be accommodated. The board will meet by telephone should circumstances dictate.

The board now holds one of its meetings at the company's offices in Washington and at other locations when appropriate. In 2009, the board met in Long Beach, California and used this opportunity to visit the company's businesses in the West Coast fuels value chain and to learn about the research taking place in biofuels.

An analysis of the time spent by the board during 2009 is shown below:

**Board activities**
Approximate allocation of agenda time in 2009*



- GCE and executive director updates, business reviews (including safety)
- Strategy and risk
- Country specific reports (including safety)
- Functional reviews
- Financial and corporate reporting
- Other matters

*Excludes time spent on site visits.

## Strategy and risk

While strategic issues are normally discussed at the two dedicated away day sessions, the development of the group's business over the year has meant that strategic issues have been actively considered at a number of meetings. Strategic and geopolitical challenges, together with the associated risks are at the core of the group's business.

The business and competitive environment, the global economic outlook, the impact of the price of oil, the issues raised by carbon policy, the technological challenges and strengths of the group were all matters which the board kept under review.

69

CONFIDENTIAL

BP-HZN-2179MDL04961494

BPD351-013611

BP Annual Report and Accounts 2009
Board performance and biographies

## BP governance framework



### GCE update and business reviews

The group chief executive provides a written report to each meeting of the board which gives an update on key issues relating to safety and integrity, operations, financial performance and the market in which BP's businesses operate. These are complemented by verbal updates given by executive directors on material matters which have arisen in their business.

Periodic reviews of the business are scheduled throughout the year. During 2009, reviews were held with both segments (Exploration and Production and Refining and Marketing) and with Alternative Energy.

### Country specific reports

Separate to the business specific reports, the board discussed the performance, political landscape and market outlook relating to BP's operations, particularly in the US and Russia.

### Functional reviews

The work of the group technology function was reviewed and discussions were held on issues relating to information technology and services.

### Financial and corporate reporting

The board considered the group's statutory reports and the broader aspects of corporate reporting. It also received regular updates on the group's financial outlook as well as discussing the financial results.

An annual review of the group's process for sanctioning capital investment is undertaken by the board. This includes examining case studies of BP projects with different levels of complexity and understanding the effectiveness of project delivery against original sanction.

### Other matters

Other matters discussed by the board included the BP brand and corporate advertising, the results of the group-wide employee satisfaction survey and an annual report evaluating BP's external reputation in the UK and US.

The board also received a presentation from the independent expert appointed to provide an objective assessment of the BP US Refineries Independent Safety Review Panel (the panel). Further details on the activities of the independent expert are outlined in the report of the safety, ethics and environment assurance committee below.

### Risk management and internal control

The board and its committees monitor the identification and management of the group's risks and the board reviews how group-level risks and their mitigations are embedded in the company's annual plan. Geopolitical and reputational risks are considered by all the board which also receives reports from the committees to whom specific risk oversight has been allocated. The audit committee monitors financial risk whilst the safety, ethics and environment assurance committee (SEEAC) monitors non-financial risk; the audit committee and SEEAC hold an annual joint meeting to assess the effectiveness of the company's internal controls and risk management. Like BP's other board committees, the audit committee and SEEAC are composed entirely of independent non-executive directors.

The audit committee and SEEAC maintain a forward-looking approach to risk exposure. A high level work programme for the board and its committees is set on the basis of an agenda that reflects the board's core tasks and the key group risks.

The group chief executive and his senior team are supported by executive-level sub-committees which monitor specific group risks: these committees comprise the group operations risk committee (GORC), the group financial risk committee (GFRC), the group people committee (GPC), the resource commitments meeting (RCM) and the group disclosures committee (GDC). They provide input and data to the risk oversight process by the executive, as well as external and internal audit, the group's compliance and ethics officer, safety and operations audit and group controls.

Further information about our internal control systems is set out on pages 20, 74 and 105.

70

CONFIDENTIAL

BP's general auditor (head of the internal audit function) reports on the design and operation of risk management activities across the group and attends meetings of both the audit committee and SEEAC. The general auditor has direct access to the chairs of both committees and holds regular meetings with them outside formal meetings.

Within the company, BP has an annual certification process in which team leaders are asked to discuss with their teams and then submit a certificate regarding their and their team's understanding of and adherence to BP's code of conduct and the reporting of any breaches or risk of non-compliance. The certification system enables the risk of non-compliance to be assessed and reported alongside other business risks.

## Board meetings and attendance

The board met 12 times during the year, of which two meetings were two-day strategy sessions and three meetings were by telephone.

| | Board meetings eligible to attend | Board meetings attended |
|---|---|---|
| P D Sutherland | 12 | 10 |
| Sir Ian Prosser | 12 | 12 |
| A Burgmans | 12 | 12 |
| C B Carroll | 12 | 11 |
| Sir William Castell | 12 | 11 |
| G David | 12 | 12 |
| E B Davis, Jr | 12 | 10 |
| D J Flint | 12 | 10 |
| D S Julius | 12 | 12 |
| Sir Tom McKillop[a] | 5 | 3 |
| C-H Svanberg[b] | 4 | 3 |
| I C Conn | 12 | 12 |
| R W Dudley[c] | 8 | 8 |
| B E Grote | 12 | 12 |
| A B Hayward | 12 | 12 |
| A G Inglis | 12 | 11 |

[a] Retired from the board on 16 April 2009.
[b] Joined the board on 1 September 2009.
[c] Joined the board on 6 April 2009.

## International advisory board

In 2009, BP formed an international advisory board whose purpose is to advise the chairman, group chief executive and board of BP plc on strategic and geopolitical issues relating to the long-term development of the company. The international advisory board met twice in 2009.

## The chairman, senior independent director and non-executive directors

Neither the chairman nor the senior independent director is employed as an executive of the group. The board is required to develop and maintain a plan for the succession of both the chairman and senior independent director. During 2009, these posts were held by Peter Sutherland and Sir Ian Prosser respectively. Sir Ian Prosser also held the post of deputy chairman during the year – a role which will cease on his retirement.

### The chairman

Upon Peter's retirement, I took the chair on 1 January 2010. The process for my appointment and induction programme is outlined below. I stepped down as CEO of Ericsson on 31 December 2009, but will remain on the Ericsson board as a non-executive director. I had no other significant commitments at the time of my appointment as chairman.

The chairman's role is to provide leadership of the board, act as facilitator for meetings, maintain the integrity of the governance framework and have overall responsibility for ensuring the board's effectiveness. Other responsibilities include leading the board's performance evaluation and overseeing the board learning and induction programme.

The chairman is tasked with setting the agenda for the board in consultation with the group chief executive and with the support of the company secretary. The chairman ensures that systems are in place to provide directors with accurate, timely and clear information concerning the business of the board and the company.

Between board meetings, the chairman has authority to act and speak for the board on all matters relating to the role of the board. He also has responsibility for ensuring the relationship with executive management is working well.

The chairman represents the views of the board to shareholders on key issues, in particular those relating to the work of the board including succession planning. He keeps the board briefed on those views. In November I was able to meet a number of our institutional shareholders as part of my induction. I found these to be productive meetings and comment on them, and on the board engagement which has taken place during the year, in further detail below.

### The senior independent director

The senior independent director acts for the chairman in his absence or at his request, and is available to shareholders if they request a meeting or have concerns which contact through the normal channels has failed to resolve or where such contact is inappropriate.

The senior independent director is available to act as a communication channel between the chairman and other board members and, when necessary, to provide a sounding board for the chairman. He also has responsibility for leading the annual performance review of the chairman.

Sir Ian Prosser will retire from the BP board at the AGM in April 2010. Sir William Castell will become the senior independent director from that date.

### Sessions of the non-executive directors

The chairman and all non-executive directors meet periodically without the presence of executive management as the chairman's committee. The work of the committee during the year is outlined in the report below.

### Board composition

During the year, the number on the board has fluctuated. As at 26 February 2010, the board is composed of the chairman, nine non-executive directors and five executive directors; over half the board is therefore made up of independent non-executive directors. We state that the number of directors should not normally exceed 16.

This is a large board, however, given the scale and scope of BP's business we believe that it is appropriate. We need to have a broad and experienced group of directors who are able to contribute to a discussion on strategy and risk whilst having the right skills to work on the committees. We believe it is important to have a strong group of executive directors who recognize their board responsibilities as directors and not solely to represent the activity in the company for which they are responsible. This adds to open and constructive debate and demonstrates one of the strengths of a unitary board.

Sir Tom McKillop retired from the board on 16 April 2009 and Peter Sutherland retired on 31 December 2009. Bob Dudley joined the board as an executive director on 6 April 2009 and I became a BP non-executive director and chairman designate on 1 September 2009. Paul Anderson joined the board on 1 February 2010 and Ian Davis will join the board on 2 April 2010. Finally, two of our longest serving directors will be retiring at the AGM in April 2010: Sir Ian Prosser and Erroll Davis, Jr.

Board performance and biographies

CONFIDENTIAL

## Appointments to the board

The board is actively involved in succession planning for both executive and non-executive directors. It is assisted in this task of the progressive refreshing of the board by the nomination committee. The nomination committee keeps under review the composition, skills, independence, knowledge and diversity of directors to ensure that the board and its committees remains effective and appropriate to the work they undertake. This review is undertaken at regular intervals and forms the basis of criteria to evaluate potential board candidates.

Due to the size of the BP board and the wish to achieve a steady refreshment of board appointments the nomination committee is developing a longer-term pipeline of potential non-executive talent on which it hopes to draw as new appointments arise. The committee believes that given BP's scale and breadth of operations, a broad mix of skills, experience and knowledge is required for its board members. The committee has identified deep operational and industry experience, as well as insight into key technologies, health and safety, emerging markets and financial knowledge as particularly relevant to future board appointments. An understanding of geopolitical influence is also a key skill.

A report on the work of the nomination committee is set out below.

## Terms of appointment

The chairman and non-executive directors of BP serve on the basis of letters of appointment. Non-executive directors ordinarily retire at the AGM following their 70th birthday. Executive directors have service contracts with the company, which are expressed to retire at a normal retirement age of 60 (subject to age discrimination).

Details of all payments to directors appear in the directors' remuneration report.

In accordance with BP's Articles of Association, directors are granted an indemnity from the company in respect of liabilities incurred as a result of their office, to the extent permitted by law. In respect of those liabilities for which directors may not be indemnified, the company maintained a directors' and officers' liability insurance policy throughout 2009. During the year, a review of the terms and scope of the policy was undertaken. The policy has been renewed for 2010. Although their defence costs may be met, neither the company's indemnity nor insurance provides cover in the event that the director is proved to have acted fraudulently or dishonestly. UK company law permits the company to advance costs to directors for their defence in investigations or legal actions.

## Tenure and director elections

BP does not place a term limit on a director's service as the board considers this unnecessary in light of the company's long-established practice of proposing all directors for annual re-election by shareholders. The chairman and the nomination committee keep the tenure of the directors under review as part of the wider consideration of board skills and balance.

New board members are subject to election by shareholders at the first AGM following their appointment, with all existing directors standing for re-election each year. The notice of meeting contains a biography of each of the directors and a description of the skills and experience which the company feels is relevant to shareholders in taking an informed decision on their election.

## Board independence

Non-executive directors are required to be independent in character and judgement and free from any business or other relationship which could materially interfere with the exercise of their judgement. The board has determined that non-executive directors who served during 2009 fulfilled this requirement and were independent. Upon appointment as chairman, the board was satisfied that I met the criteria of independence outlined above in the principles and in the UK Combined Code.

The board is also satisfied that there is no compromise to the independence or conflicts of interest of those directors who serve together as directors on the boards of outside entities or who have other appointments in outside entities. These issues are considered on a regular basis at board meetings.

## Serving as a director

### Induction and board learning

All directors receive a full induction programme when they join the board, including a core element covering BP's system of governance, the legal duties of directors of a listed company and the regulatory systems in the UK and US. The programme for non-executive directors has wider content which covers the business of the group and is tailored according to a director's own interests and needs and takes into account the tasks of the committees on which they will serve. Non-executive directors will receive presentations from senior management, have in-depth briefings on the company's strategy, plan and financial performance and be given the opportunity to visit BP's operations and meet employees at BP sites.

Prior to assuming the role of chairman, I received an extensive induction programme which covered:

- Board matters, including directors' duties, board issues and board committees.
- The business environment for BP.
- BP's core businesses: Exploration and Production, and Refining and Marketing.
- Reviews of Alternative Energy and Group Technology.
- Overviews of BP's functions – including Finance, Safety and Operations, HR, Internal Audit, Legal, and Information Technology and Services.
- BP's regional presence and key markets.
- BP's strategic approach and financial framework.
- BP's approach to risk management.
- A review with the company's external auditor.

I had one-to-one meetings with each member of the board and undertook site visits to the Thunder Horse platform in the Gulf of Mexico and BP's fuels value chain in the western US. I attended meetings of the audit, remuneration, nomination and chairman's committees. I also met with a number of BP's largest shareholders. It was a lot of ground to cover and the process is still continuing.

As the chairman, I am responsible for ensuring that induction and training programmes are provided to all directors, and look at this provision on an individual basis. The company secretary assists in this and ensures that the programme to familiarize board members with BP's business is developed and updated in response to the needs of directors. During 2009, the board received briefings on biosciences, carbon policy and the economic outlook for the US, in addition to training at separate committees. Written updates were given on legal and regulatory issues.

All non-executive directors are required to participate in at least one site visit per year. During the year, site visits were made to the Projects and Operations Academies at the Massachusetts Institute of Technology, and to BP's fuels value chain in California, involving visits to a marine terminal, Carson Refinery, an inland distribution facility and a retail service station.

The effectiveness and relevance of the board's induction and training programmes are tested through their inclusion in the annual board evaluation. Feedback from the evaluation indicated that directors would welcome more deep-dive coverage of BP's business and more learning content on risk and the context for evaluating risk.

CONFIDENTIAL

BP-HZN-2179MDL04961497

BPD351-013614

### Board evaluation

BP undertakes an annual evaluation of the performance and effectiveness of the board, including the work of its committees. Evaluation of individual directors is undertaken by the chairman, with the chairman's committee evaluating the performance of the chairman.

By building on the results of the previous year's evaluation, the board tries to achieve a continuous cycle of evaluation, targeted actions arising from the review and performance improvement. Actions taken by the board during the year in response to the outcome of the 2008 review included greater focus on key areas of board learning, the undertaking of an investor audit to obtain feedback on BP's performance and expanded presentation of capital investment effectiveness.

For the 2009 evaluation, an external facilitator was engaged to provide me with an understanding of the dynamics and performance of the board as part of my induction as chairman.

Following a review of different providers, Boardroom Review was selected as external facilitator and it was determined that they had no other connection with the company. Boardroom Review undertook one-to-one interviews with each board member plus those who provide advice and support to the board and its committees. This was followed by observation of the board and each committee meeting in session. The evaluation report prepared by Boardroom Review was presented and discussed by the board in January 2010. The evaluation identified several areas of significant strength, including:

- Strategic involvement: including the detailed and dynamic examination of information on the external environment and the impact and penetration of the work of the committees.
- Board dynamics: examples cited include the breadth and depth of executive and non-executive experience and the open and transparent culture of the board.
- Executive leadership: in particular the operational and performance focus of the executive team and their commitment to develop the board's understanding of future options, strategic partnerships and operational excellence.

Issues identified in the evaluation for the board to consider further included:

- Strategy and risk: while the way in which the board dealt with strategy was seen to be a strength, the enhanced focus on risk meant the board was seeking ways to further improve its conversations on this.
- The balance of formal and informal time: the time pressure on the board to balance workload coupled with the increasing expectations and responsibilities placed on board members. As a result, the board is considering how best to maximize its time together, including options such as scheduling more informal sessions outside board meetings whilst still encouraging board members to observe committee meetings of which they are not members in order to better understand the issues.
- Board and committee tenure: with the retirement of several board members and the planned refreshment of the board, it was noted that board committees would be faced with turnover. Going forward, the board will examine ways of ensuring that committees do not face members retiring within the same timeframe and that there is appropriate cross membership between related committees.
- Discussion of people and culture: with the ongoing process of change within the company, there is challenge for the board to maintain oversight on issues such as long-term retention, cultural values and practices across the group. The board is looking at how its committees can maintain a holistic view of these issues and how employee engagement, staff morale and retention strategy is monitored and influenced.

### Time commitment and outside appointments

Letters of appointment to the BP board do not set out fixed time commitments for board duties as the company believes that the time required may change depending upon the demands of business. Membership of the board represents a significant time commitment and it is expected that directors will allocate sufficient time to the company to perform their responsibilities effectively. The nomination committee keeps this under review.

The company recognizes that executive directors may be invited to become non-executive directors of other companies. Such appointments can broaden their knowledge and experience, to the benefit of both the individual and the group. BP permits executive directors to take up one external board appointment, subject to the agreement of the chairman which is then reported to the BP board. Fees received for these external appointments may be retained by the executive director and are reported in the directors' remuneration report. Non-executive directors may serve on a number of outside boards, provided they continue to demonstrate the requisite commitment to discharge their duties to BP effectively. The nomination committee keeps under review the nature of directors' other interests to ensure that the efficacy of the board is not compromised and may make recommendations to the board if it concludes that a director's other commitments are inconsistent with those required by BP.

### Board support and external advice

The chairman, assisted by the company secretary, ensures that board members receive timely and clear information on all matters relevant to the work and tasks of the board. Support to the board and its committees is provided through the company secretary's office, which reports to the chairman. The company secretary has no executive functions, with his appointment determined by the nomination committee and his remuneration determined by the remuneration committee.

Any BP director is entitled to obtain independent, professional advice relating to their own responsibilities and the affairs of BP; this advice will be at the expense of the company and facilitated through the company secretary's office. No BP directors sought such advice in 2009.

### Board communication
#### Engagement with shareholders

The board represents the interests of all shareholders and seeks to act fairly between them. It is accountable to shareholders for the performance and activities of BP and engages in regular dialogue to understand their views and preferences.

The chairman, the group chief executive, other executive and non-executive directors and senior management, the company secretary's office, investor relations and other teams within BP engage with a range of shareholders on issues relating to the group. Presentations given by the group to the investment community are available to download from the Investors section of BP's website, as are speeches on topics of interest to shareholders made by the group chief executive and other senior management.

Peter Sutherland held a number of one-to-one meetings with investors over the course of the year to discuss issues relating to governance, succession, strategy and performance. The chair of the remuneration committee had meetings with institutional investors to discuss executive director remuneration.

A meeting was held in March 2009 for BP's largest shareholders with the chairman and the chairs of the board committees. Each chair gave a short presentation on his or her committee's work and the key challenges the committee faced in the year ahead, before opening the session up to questions. The meeting was aimed at providing our largest investors with an overview of the board's activities in advance of the AGM in April. Following positive feedback from both committee chairs and investors, a similar event will be held in 2010.

Board performance and biographies

73

BP-HZN-2179MDL04961498

BPD351-013615

I met a number of BP's largest shareholders in November to hear their views on the company and the activities of the board and its committees in advance of becoming chairman in January 2010.

Written and verbal feedback from shareholder meetings is shared with the wider board. During the year, the investor relations team engaged an external consultant to undertake an investor audit to solicit the views of major shareholders. The results of this audit were presented to the board in July. The board also receives regular reports on the company's share register, including explanations for movements in price and holdings of the company's ADRs and ordinary shares.

AGM

The AGM is an opportunity for BP's shareholders to ask questions and hear the resulting discussion about the company's performance and the directors' stewardship of the company. Given the size and geographical distribution of the company's shareholder base BP recognizes that attendance may not be practical; therefore votes on all matters (except procedural issues) are taken by a poll at the AGM, meaning that every vote cast – whether by proxy or in person at the meeting – is counted.

The chairman and chairs of the board committees were present during the 2009 AGM and met shareholders on an informal basis after main business of the meeting. In 2009, voting levels at the AGM decreased slightly to 61%, compared with 63% in 2008. As in previous years the AGM was webcast, with the number of webcast downloads increasing over 2008 levels. The webcast, speeches and presentations given at the AGM are available on the BP website after the event, together with the outcome of voting on the resolutions.

**Combined Code compliance**
BP complied throughout 2009 with the provisions of the Combined Code on Corporate Governance, except in the following aspects:
A.4.4   Letters of appointment do not set out fixed time commitments since the schedule of board and committee meetings is subject to change according to the exigencies of the business. All directors are expected to demonstrate their commitment to the work of the board on an ongoing basis. This is reviewed by the nomination committee in recommending candidates for annual re-election.
B.2.2   The remuneration of the chairman is not set by the remuneration committee. Instead the chairman's remuneration is reviewed by the remuneration committee which makes a recommendation to the board as a whole for final approval, within the limits set by shareholders.

Internal control review
In discharging its responsibility for the company's system of internal control the board, through its governance principles, requires the group chief executive to operate with a comprehensive system of controls and internal audit to identify and manage the risks that are material to BP. The governance principles are reviewed periodically by the board and are consistent with the requirements of the Combined Code including principle C.2.

The board has an established process by which the effectiveness of this system of internal control is reviewed as required by provision C.2.1 of the Combined Code. This process enables the board and its committees to consider the system of internal controls being operated for managing significant risks, including social, environmental, safety, ethical and compliance risks, throughout the year. The process does not extend to joint ventures or associates.

As part of this process, the board and the audit and safety, ethics and environment assurance committees requested, received and reviewed reports from executive management, including management of the business segments and functions, at their regular meetings.

In considering the system, the board noted that such a system is designed to manage, rather than eliminate, the risk of failure to achieve business objectives and can only provide reasonable, and not absolute, assurance against material misstatement or loss.

During the year, the board through its committees regularly reviewed with the general auditor and executive management processes whereby risks are identified, evaluated and managed. These processes were in place for the year under review, remain current at the date of this report and accord with the guidance on the Combined Code provided by the Financial Reporting Council. In November, the board considered the group's significant risks within the context of the annual plan presented by the group chief executive.

A joint meeting of the audit and safety, ethics and environment assurance committees in January 2010 reviewed reports from the general auditor as part of the board's annual review of the system of internal control. The chairman of the board and the chairman of the remuneration committee also attended the meeting. The reports described the significant risks identified across the group within the categories of strategic, operational and compliance and control and considered the control environment which responds to such risks. The reports also highlighted the results of audit work conducted during the year and the remedial actions taken by management in response to significant failings and weaknesses identified.

During the year, these committees engaged with management, the general auditor and other monitoring and assurance providers (such as the group compliance and ethics officer and the external auditor) on a regular basis to monitor the management of risks. Significant incidents that occurred and management's response to them were considered by the appropriate committee and reported to the board.

In the board's view, the information it received was sufficient to enable it to review the effectiveness of the company's system of internal control in accordance with the Internal Control Revised Guidance for Directors in the Combined Code (Turnbull).

The board is satisfied that, where significant failings or weaknesses in internal controls were identified during the year, appropriate remedial actions were taken or are being taken.

On behalf of the board,

**Carl-Henric Svanberg**
Chairman
26 February 2010

**Audit committee report**
The report that follows outlines the principal responsibilities and method of operation of the audit committee, and highlights some of the specific activities it undertook during 2009.

The committee's main tasks include:
• Reviewing the effectiveness of BP's internal financial controls and its systems of internal control and risk management.
• Monitoring and obtaining assurance that the management and mitigation of significant risks of a financial nature facing BP are appropriately addressed.
• Monitoring the integrity of BP's financial statements and making recommendations to the board about their adoption and publication.
• Monitoring and reviewing the effectiveness of BP's internal audit function.
• Keeping under review the external auditor's independence and objectivity, and overseeing the effectiveness of the audit process.
• Making recommendations to the board on the appointment, re-appointment or removal of the external auditor and regarding the approval of their remuneration and terms of engagement.
• Monitoring the policy and its application on the engagement of the external auditor to supply non-audit services to BP.
• Reviewing the systems in place (including OpenTalk) to enable those who work for BP to raise, in confidence, any concerns about possible improprieties in matters of financial reporting or other financial issues and for those matters to be appropriately investigated.

74

BP-HZN-2179MDL04961499

BPD351-013616

BP Annual Report and Accounts 2009
**Board performance and biographies**

The full list of the tasks and requirements of the audit committee is set out in BP's board governance principles and can be found at *www.bp.com/governance*. The committee keeps these tasks under review to determine whether they remain fit for purpose. In 2009, the evaluation of the committee's work was conducted as an integral part of the external evaluation undertaken by the board. Following this evaluation, the board concluded that the committee had fulfilled its responsibilities as defined under the principles and that its tasks and requirements remained appropriate.

Committee structure
The audit committee comprises four independent non-executive directors selected to provide a wide range of financial, international and commercial expertise appropriate to fulfil the committee's duties. During 2009 the members, in addition to myself as chairman included George David, Erroll Davis, Jr and Douglas Flint. The secretary of the committee is David Pearl, deputy company secretary of BP.

The committee met 12 times in 2009, with an additional joint meeting between the audit committee and the safety, ethics and environment assurance committee (SEEAC) to review the general auditor's report on internal controls and risk management for the previous year. Each meeting was attended by the group chief financial officer, the deputy group chief financial officer, the group controller, the general auditor (head of internal audit) and the chief accounting officer. The lead partner of the external auditors (Ernst & Young) was also present. Other senior management are invited to attend when the business of the committee requires. During the year the committee held private sessions, usually at the end of each full meeting, without the presence of executive management. It also held separate sessions with only the external auditors present and only the general auditor present.

Carl-Henric Svanberg attended two meetings of the audit committee during the year as part of his board induction programme.

The board determined that Douglas Flint is the audit committee member with recent and relevant financial experience as defined by the Combined Code guidance.

The board also determined that Douglas Flint meets the independence criteria provisions of Rule 10A-3 of the US Securities Exchange Act of 1934 and that Mr Flint may be regarded as an audit committee financial expert as defined in Item 16A of the Annual Report on Form 20-F. Mr Flint is group finance director of HSBC Holdings plc and a former member of the Accounting Standards Board and the Standards Advisory Council of the International Accounting Standards Board.

After I retire from the BP board at the AGM in April 2010, it has been agreed that Douglas Flint will become chairman of the audit committee.

Attendance

| | Audit committee meetings eligible to attend | Audit committee meetings attended |
|---|---|---|
| Sir Ian Prosser (chair) | 13 | 13 |
| E B Davis, Jr | 13 | 11 |
| D J Flint | 13 | 12 |
| G David | 13 | 13 |

Information and external advice
The committee receives information and reports directly from accountable functional and business managers and from relevant external sources. BP's board governance principles are explicit that the board and its committees can access independent advice and counsel when needed on an unrestricted basis. Further support is provided by the company secretary's office and during 2009 external specialist legal and regulatory advice was provided to the audit committee in the normal course of carrying out its responsibilities by Sullivan & Cromwell LLP. In addition to the lead partner for Ernst & Young, other external audit staff also attended meetings where appropriate to a particular review of a business or function.

As part of its annual evaluation process, the audit committee looked at whether it has received sufficient and timely information to enable it to undertake its tasks effectively. It was concluded that the processes surrounding the reliability and timeliness of information was robust.

The board was kept updated and informed of the audit committee's activities and any issues that had arisen both through the committee minutes and also more immediately through verbal updates given by myself as committee chair as part of the board's regular agenda.

Training and visits
The composition of the committee was unchanged from the previous year, so training was focused on deepening knowledge rather than induction.

During the year the committee received regular briefings on financial reporting developments, governance changes affecting audit committees, new SEC regulations for oil and gas reserves accounting and tax reform.

In addition to the site visits made by the board as a whole, the audit committee visited BP's UK trading operations for an in-depth briefing on the fundamentals of oil and gas trading. This was supplemented by visits by myself and the secretary of the committee to BP's oil and gas trading operations in Houston and Chicago. These visits also provided an opportunity to meet staff of the independent monitor appointed for BP's US trading business. Two members of the committee also joined the SEEAC visit to BP's Projects and Operations Academies at MIT in March. I found that visit, and the one I made to the company's accounting, reporting and control course, provided valuable insight into training deep within the organization.

Committee activities in 2009

**Audit committee activities**
Approximate allocation of agenda time in 2009*



- ■ Financial reporting
- ▨ Monitoring business risks
- ▨ Internal controls and audit
- ▨ Other agenda items

*Excludes time spent on site visits.

75

CONFIDENTIAL

BP-HZN-2179MDL04961500

BPD351-013617

### Financial reporting

During the year, the committee reviewed the group's quarterly financial reports, the annual report and accounts, the annual review and the 20-F before recommending their publication to the board. The committee also discussed with management the critical accounting policies and judgements applied in the preparation of those financial reports. This included key assumptions regarding significant provisions, including those for decommissioning and environmental remediation and those used for impairment testing. *(See Financial statements – Note 3 on page 124.)*

### Monitoring business risk

The committee reviewed reports on the inherent risks within selected areas of BP's businesses and supporting functions. This together with the related controls and assurance processes is designed to manage and mitigate such risks. On top of reviewing the major business areas and functions within BP, this year specific focus was additionally given to Treasury activities, including debt and liquidity management, to information technology and to the group's oil and gas trading activities. The committee also reviewed risk management and investment strategy related to pensions and other post-retirement benefits, the management of taxation and litigation exposures and the management of BP's approach to insurance.

The work and scope of the executive-level Group Financial Risk Committee (which provides assurance to the executive on the management of BP's financial risk) was reported to the committee during the year by the chief financial officer.

### Internal control and audit

The committee holds an annual joint meeting at the start of each year with the safety, ethics and environment assurance committee to review the general auditor's report on internal controls and risk management for the previous year. This provides important input into the board's review of the company's system of internal control.

The committee's agenda includes standing items addressing internal control and these included in 2009 the quarterly internal audit findings report and the annual assessment of BP's enterprise level controls.

Further detail on risk management and internal control in BP is outlined in the governance section of this board performance report above.

### External auditors

The committee held two private meetings during the year with the external auditors. These provided additional opportunity for open dialogue and feedback from both the committee and the auditors without the presence of BP management. At these meetings, topics covered included the quality of interaction with executive management, the strength of the financial team and the effectiveness of the internal audit function. I also meet on my own with the external auditors prior to each audit committee to discuss the forthcoming agenda.

The committee undertakes regular reviews of the performance, effectiveness and viability of the external auditors. As part of its 2009 review, senior partners at Ernst & Young who were independent of the audit team responsible for BP undertook an evaluation process, which involved 22 face-to-face interviews with those BP board members and senior management who have key interactions with the external auditors. In addition, there was a web-based survey of 185 people representing a cross section of BP's global finance organization, covering both group reporting and statutory locations. The results of the interviews and surveys were presented to the committee by the independent senior partners in July and the auditors were asked to develop an action plan to address a small number of areas identified for improvement.

The external auditor followed up these findings with a report to the committee in November which outlined its responses to these areas. The external auditors will perform an assessment of service quality in 2010 to review the progress against the development areas outlined in the feedback.

Fees paid to the external auditor for the year (*see Financial statements – Note 14 on page 136*) were $54 million, of which 15% was for non-audit work. The fees and services provided by Ernst & Young for both audit and non-audit work have decreased in comparison to previous years reflecting a joint approach to raising efficiency in audit processes as well as a reduction in tax services and services related to corporate finance transactions. All non-audit work is subject to the committee's advance approval policy and is monitored on a quarterly basis.

The audit committee has considered the proposed fee structure and audit engagement terms for 2010 and has recommended to the board that the reappointment of the external auditors be proposed to shareholders at the 2010 AGM.

### Internal audit

The general auditor attends all committee meetings but also meets regularly on a one-to-one basis with myself as committee chairman. In July the general auditor met privately with the committee without the presence of executive management or the external auditors. In reviewing the effectiveness and quality of the internal audit, the committee also sought input from external auditors.

The committee receives a quarterly update on the progress of internal audit against its schedule of audits, is notified of their key findings and tracks any material actions that are overdue or have been rescheduled. The proposed internal audit work programme for the year was agreed by the committee in January. The committee was satisfied that it appropriately responded to the key risks facing the company and that the function had sufficient staff and resources to complete its work.

### Other activities

The committee receives quarterly reports from the group compliance and ethics function which examine areas of potential non-compliance with the company's Code of Conduct and remedial actions that are being undertaken. The committee also receives an annual certification report which is signed by the group chief executive. The committee reviews quarterly reports on financial issues and concerns that have been raised through the group-wide employee concerns programme, OpenTalk and quarterly updates from internal audit on instances of actual or potential fraud.

### Committee evaluation

The committee conducts an annual review of its performance and effectiveness. For 2009, this review was facilitated externally as part of the wider review of the board and its committees. The external facilitator undertook one-to-one interviews with each committee member, plus those who provide support to the committee and the external auditor. The review concluded that the audit committee was effective in carrying out its duties.

On behalf of the audit committee,

**Sir Ian Prosser**
Audit committee chairman

CONFIDENTIAL

BP-HZN-2179MDL04961501

BPD351-013618

**Safety, ethics and environment assurance committee report**
This report describes the role of the safety, ethics and environment assurance committee (SEEAC) and notes particular activities undertaken in 2009.

The role of the SEEAC requires us to look at the processes adopted by the executive management to identify and mitigate significant non-financial risks and receive assurance that they are appropriate in design and effective in implementation. Following the tragic incident at the Texas City refinery in 2005 the committee has observed a number of key developments, including: the establishment of a safety & operations (S&O) function with the highest calibre of staff; development of a group-wide operating management system (OMS) which is being progressively adopted by all operating sites; the establishment of training programmes in conjunction with MIT that are teaching project management and operational excellence; the dissemination of standard engineering practices throughout the group; and the formation of a highly experienced S&O audit team formed to assess the safety and efficiency of operations and recommend improvements. Throughout this time the group chief executive has made safety the number one priority. The committee's focus in S&O will now be to monitor how these advances are interpreted into the culture of day-to-day operations.

As in all years the committee has not focused solely on S&O. Our main tasks include:
- Monitoring and obtaining assurance that the management or mitigation of significant BP risks of a non-financial nature is appropriately addressed.
- Reviewing material to be placed before shareholders which address BP's environmental, safety and ethical performance and making recommendations to the board about their adoption and publication.
- Reviewing BP's internal control systems as they relate to non-financial risk.
- Reviewing reports on the group's compliance with its code of conduct and on the employee concerns programme (OpenTalk) as it relates to non-financial issues.

The full list of the tasks and requirements of the SEEAC are set out in BP's board governance principles, at *www.bp.com/governance*. The committee reviews its tasks and processes on a regular basis and seeks to learn from the challenges and issues of the previous year when setting its future agenda. Following the committee evaluation in 2009, which was an integral part of the external evaluation undertaken by the board, it was concluded that the SEEAC's tasks and requirements remained appropriate.

**Committee structure**
The SEEAC comprises four non-executive directors. Sir Tom McKillop left the committee when he retired from the board in April. Erroll Davis, Jr joined the SEEAC in May 2009 and will continue until his retirement in April 2010. Paul Anderson joined in February 2010. Both bring broad experience of the international energy industry. The committee membership is completed by Antony Burgmans, Cynthia Carroll and myself as chairman. Support is provided by the committee secretary, David Pearl, BP's deputy company secretary.

In addition to its non-executive members, the committee invites the lead partner of the external auditors, the BP general auditor (head of internal audit) and the group head of safety and operations to attend each meeting. Meetings are also attended by relevant senior business managers. Tony Hayward was the principal executive liaison with the committee in 2009 and led the management reporting at all seven meetings of the SEEAC. The chief executives of Refining and Marketing, and Exploration and Production, Iain Conn and Andy Inglis, attended to report on topics specific to their businesses. As outlined in the report of the audit committee, one of SEEAC's meetings each year is held jointly with the audit committee to review BP's system of internal control and discuss the forward programme of the internal audit function.

The committee holds private sessions without the presence of executive management at the end of each meeting. This provides an opportunity to reflect on the effectiveness of each meeting and confirm actions to be pursued. Updating the wider board on the committee's activities and key issues is achieved through the circulation of minutes and through the verbal reports I provide as committee chairman to the board meetings.

Attendance

| | SEEAC meetings eligible to attend | SEEAC meetings attended |
|---|---|---|
| Sir William Castell (chair) | 7 | 7 |
| A Burgmans | 7 | 7 |
| C B Carroll | 7 | 5 |
| E B Davis, Jr | 4 | 3 |
| Sir Tom McKillop | 3 | 3 |

Information and external advice
SEEAC receives information from external and internal sources, including directly from the business segments and supporting functions such as group compliance and ethics, safety and operations and internal audit. During 2009 the committee's principal external input has been provided by Duane Wilson, the independent expert (*see the Independent expert section on the following page*). SEEAC can access any other independent advice and counsel it requires, on an unrestricted basis.

Training and visits
The committee participated in the board's visit to the US west coast fuels value chain in September which enabled members to discuss safety, operational integrity and environmental matters first hand at a marine terminal, a refinery, an inland distribution terminal and a retail site.

The committee also visited the Projects and Operations Academies at MIT (described in the board report above), and participated in working sessions with course participants. In October the committee secretary and I visited the company's international centre for business and technology at Sunbury. We were briefed by the group head of engineering and group head of operations and their teams on OMS and the standard operating and engineering practices applied within the businesses.

Board performance and biographies

CONFIDENTIAL

BP-HZN-2179MDL04961502

BPD351-013619

BP Annual Report and Accounts 2009
Board performance and biographies

Committee activities in 2009

## SEEAC 2009 activities

Approximate allocation of agenda time*



- ▨ Safety, operations and environment, including reports from the independent expert — 51%
- ▨ Regional and functional reports — 12%
- ▨ Internal audit and compliance and ethics — 13%
- ▨ Other topics — 24%

*Excludes time spent on site visits.

### Safety and operations

The committee received regular reports from the group operations risk committee (GORC) including data on company-wide safety and operational integrity performance, and was briefed on significant compliance issues including those arising with OSHA and other US regulatory agencies. We continued to monitor progress made in developing robust leading and lagging indicators in process safety. Other topics covered by the GORC and reviewed with the committee included improving corporate learning from safety incidents, strengthening the group-wide safety culture, and capability training programmes across the company. The committee also received a detailed briefing on the work of the safety and operations audit function.

### North Sea helicopter incident

Following the tragic accident in April when a helicopter operated by Bond Offshore Helicopters carrying BP sub-contractors came down in the North Sea, Andy Inglis reviewed with the committee BP's response and the information emerging in interim reports from the UK Air Accident Investigation Branch (AAIB). Although the AAIB is yet to publish its final report, it is our understanding that the accident was caused by a gearbox failure. The impact of such an incident was deeply felt by the committee.

### Independent expert

The committee spent considerable time with Mr Duane Wilson who was appointed in 2007 by the board as an independent expert to provide an objective assessment of BP's progress in implementing the recommendations of the BP US Refineries Independent Safety Review Panel (aimed at improving process safety performance at BP's five US refineries). Mr Wilson, who was previously a member of the panel and is independently funded through the company secretary's office, reported to us at five of our meetings. The committee was advised of evident progress against defined programmes to improve process safety performance at our US refineries. However it was also recognized that the journey requires investment not only in engineering but in sustaining cultural change and this will take many years to complete.

Mr Wilson's updates to the committee reflected the workplan which we agree with him annually and the outcomes of his visits to BP's US refining sites. In March 2009, he published his second annual report which assessed BP's progress against the 10 panel recommendations. Mr Wilson concluded that good progress was being made, in particular that BP's 'tone at the top' was reinforcing valuable positive messages on the importance of process safety, that the panel's recommendations had become embedded in the planning and resource allocation processes at all US refineries and that BP's Safety and Operations audit programme had matured into a comprehensive, high-quality programme. Areas where Mr Wilson believed more attention was warranted included further reduction in overtime, for the small percentage of individuals where this practice remained, in order to reduce the potential for fatigue, improvements to the investigation reports associated with incident investigations and development of comprehensive plans for safety instrumented systems (SIS) for the refineries in the US.

Mr Wilson's report was made available on BP's website.

### Regional and functional reports

In the past year we have reviewed the company's approach to corporate social responsibility by taking BP's operations in Azerbaijan as a case study.

With BP operating one of the largest tanker fleets in the world we have sought and received assurance from its chief executive regarding fleet integrity and operating standards.

During 2009 we also reviewed reports on the identification and management of the group's security risks and the progress made in HSE at TNK-BP.

### Internal audit and compliance and ethics

The committee received and discussed quarterly reports from the group compliance and ethics officer. Each year we review compliance with the company's code of conduct and the attention devoted to enforcing a standard of acceptable behaviour on a global basis. The group chief executive's own certification is provided to the committee. The compliance and ethics officer also reports to the committee on the operation of the employee concerns programme OpenTalk and the work of the US ombudsman. We are looking for further improvement in OpenTalk to be made in the coming year.

We also reviewed reports from internal audit addressing the programme of audits undertaken throughout the year, key audit findings and management's responses. These findings help focus our agendas to areas that require more attention. The committee was also briefed on the enhanced co-ordination between internal audit and other audit functions in the group, including Safety and Operations.

### Other topics

During the year the committee was regularly updated on the company's plans in response to a potential pandemic and in May received a report on health risk management in the workplace. In October the committee reviewed risk evaluation and mitigation related to potential loss of containment in Refining and Marketing's logistics operations.

The committee believes, given the scale and diversity of this company and recognizing that it operates primarily in hydrocarbon businesses, that it receives information in sufficient depth to provide overall assurance of the management's commitment to achieve world class levels of safe, reliable and compliant operations.

On behalf of the safety, ethics and environment assurance committee,

**Sir William Castell**
SEEAC chairman

78

CONFIDENTIAL

**Remuneration committee report**

Structure of the committee

Members of the remuneration committee during the year were
Dr DeAnne Julius (chairman) and Sir Ian Prosser. Sir Tom McKillop
stepped down from the committee when he retired from the board in
April 2009 and Erroll Davis, Jr left the committee at the end of April 2009.
Antony Burgmans and George David joined the committee in May 2009.
The chairman of the board attends meetings of the committee and
Carl-Henric Svanberg attended meetings prior to becoming chairman on
1 January 2010.

Attendance

The committee met eight times during 2009:

| | Remuneration committee meetings eligible to attend | Remuneration committee meetings attended |
|---|---|---|
| Dr D S Julius (Chair) | 8 | 8 |
| A Burgmans | 6 | 5 |
| G David | 6 | 6 |
| E B Davis, Jr | 2 | 2 |
| Sir Tom McKillop | 2 | 2 |
| Sir Ian Prosser | 8 | 8 |

Role and authority of the committee

The committee determines on behalf of the board the terms of
engagement and remuneration of the group chief executive and
executive directors and reports on these to shareholders. It also
makes recommendations to the board regarding the chairman's
remuneration. The committee is independently advised.

Further details on the committee's role, authority and activities
during the year are set out in the directors' remuneration report, which is
the subject of a vote by shareholders at the 2010 AGM.

On behalf of the remuneration committee,

**Dr DeAnne Julius**
Remuneration committee chairman

**Nomination committee report**

This has been a very active year for the committee which has met
15 times.

The main tasks of the committee are:
- Identifying, evaluating and recommending candidates for the
  appointment or re-appointment as directors.
- Identifying, evaluating and recommending candidates for
  appointment as company secretary.
- Keeping under review the mix of knowledge, skills and experience of
  the board to ensure an orderly succession of directors.
- Reviewing the outside directorships and broader commitments of the
  non-executive directors.

Committee structure

The committee is comprised of the chairman and the chairs of the SEEAC,
audit and remuneration committees. During the year, Peter Sutherland,
Sir William Castell, Sir Ian Prosser and Dr DeAnne Julius were members.
After his appointment on 1 September, Carl-Henric Svanberg has attended
meetings of the committee. Dr Hayward has also attended certain
meetings of the committee during the year.

Attendance

| | Nomination committee meetings eligible to attend | Nomination committee meetings attended |
|---|---|---|
| P D Sutherland | 15 | 12 |
| Sir William Castell | 15 | 14 |
| Sir Ian Prosser | 15 | 15 |
| D S Julius | 15 | 14 |

The work of the committee during the year has been focused on
two areas:

1. The completion of the process for the selection of a successor to
   Peter Sutherland as chairman.
   Sir Ian Prosser chaired the committee in this activity. After an
   intensive process involving two external search consultants,
   Carl-Henric Svanberg was selected as the next chairman in June
   2009. He became a non-executive director on 1 September 2009 and
   took the chair on 1 January 2010.
2. The continuing refreshment of the board.
   During the year the committee has reviewed the skills needed for
   the board against the competences and experience of the current
   directors. Sir Tom McKillop retired from the board in April and Sir Ian
   Prosser and Erroll Davis, Jr will retire at the next AGM. In the second
   half of the year, the focus has been on refreshing the board and
   identifying a number of candidates available to join the board in the
   short and medium term. Two non-executive director appointments
   were made in early 2010 following this process: Paul Anderson in
   February and Ian Davis in March to take effect in April. This work will
   continue as Dr Julius retires in 2011.

On behalf of the nomination committee,

**Carl-Henric Svanberg**
Chairman

Board performance and biographies

79

BP-HZN-2179MDL04961504

BPD351-013621

BP Annual Report and Accounts 2009
**Board performance and biographies**

**Chairman's committee report**
The committee met five times in 2009.

Committee structure
The chairman's committee consists of the chairman and all the non-executive directors.

Attendance

| | Chairman's committee meetings eligible to attend | Chairman's committee meetings attended |
|---|---|---|
| P D Sutherland | 5 | 3 |
| Sir Ian Prosser | 5 | 5 |
| A Burgmans | 5 | 5 |
| C B Carroll | 5 | 5 |
| Sir William Castell | 5 | 4 |
| G David | 5 | 5 |
| E B Davis, Jr | 5 | 5 |
| D J Flint | 5 | 5 |
| D S Julius | 5 | 5 |
| Sir Tom McKillop | 1 | 1 |
| C-H Svanberg | 2 | 2 |

The main tasks of the committee are:
- Evaluating the performance and effectiveness of the group chief executive.
- Reviewing the structure and effectiveness of the business organization of BP.
- Reviewing the systems for senior executive development and determining the succession plan for the group chief executive, executive directors and other senior members of executive management.
- Determining any other matter which is appropriate to be considered by all of the non-executive directors.
- Opining on any matter referred to it by the chairman of any committee comprised solely of non-executive directors.

Committee activities
During the year, the committee reviewed:
- The performance of the group chief executive and with him, the performance of the other executive directors.
- The performance of the chairman.
- The succession plan for the executive team and any development issues.
Dr Hayward attended a number of meetings of the committee and considered with the committee his response to the strategic and operational challenges facing the group and their implication for the evaluation of the senior management team. Corporate culture and 'tone from the top' also remain an area of active discussion.

On behalf of the chairman's committee,

**Carl-Henric Svanberg**
Chairman

**Directors' interests**

| Current directors | At 31 Dec 2009 | At 1 Jan 2009 | Change from 31 Dec 2009 to 18 Feb 2010 |
|---|---|---|---|
| A Burgmans | 10,156 | 10,000 | – |
| C B Carroll | 10,500[b] | – | – |
| Sir William Castell | 82,500 | 82,500 | – |
| I C Conn | 293,216[a] | 240,789[a] | 56,604 |
| G David | 39,000[b] | 9,000[b] | – |
| E B Davis, Jr | 76,497[b] | 73,185[b] | – |
| D J Flint | 15,000 | 15,000 | – |
| Dr B E Grote | 1,291,643[c] | 1,214,330[c] | 59,886 |
| Dr A B Hayward | 535,383 | 488,459 | 87,424 |
| A G Inglis | 259,163[d] | 226,175[d] | 49,476 |
| Dr D S Julius | 15,000 | 15,000 | – |
| Sir Ian Prosser | 16,301 | 16,301 | – |
| Directors leaving the board | At resignation/retirement | At 1 Jan 2009 | |
| Sir Tom McKillop | 20,000[e] | 20,000 | |
| P D Sutherland | 30,906[f] | 30,906 | |

| Directors joining the board | At 31 Dec 2009 | On appointment | Change from 31 Dec 2009 to 18 Feb 2010 |
|---|---|---|---|
| P Anderson | – | 6,000[g] | – |
| R W Dudley | 276,846 | 269,746[b][h] | – |
| C-H Svanberg | – | –[i] | 750,000 |

[a] Includes 47,320 shares held as ADSs at 31 December 2009 and 44,158 shares held as ADSs at 1 January 2009.
[b] Held as ADSs.
[c] Held as ADSs, except for 94 shares held as ordinary shares.
[d] Includes 34,962 shares held as ADSs.
[e] On retirement at 16 April 2009.
[f] On retirement at 31 December 2009.
[g] On appointment at 1 February 2010.
[h] On appointment at 6 April 2009.
[i] On appointment at 1 September 2009.

The above figures indicate and include all the beneficial and non-beneficial interests of each director of the company in shares of the company (or calculated equivalents) that have been disclosed to the company under the Disclosure and Transparency Rules as at the applicable dates.

Executive directors are also deemed to have an interest in such shares of the company held from time to time by the BP Employee Share Ownership Plan (No.2) to facilitate the operation of the company's option schemes.

No director has any interest in the preference shares or debentures of the company or in the shares or loan stock of any subsidiary company.

80

CONFIDENTIAL

BP-HZN-2179MDL04961505

BPD351-013622

# Directors' remuneration report

82   Part 1 Summary

84   Part 2 Executive directors' remuneration

91   Part 3 Non-executive directors' remuneration

Directors' remuneration report

BP Annual Report and Accounts 2009

# Directors' remuneration report

## Part 1 Summary

In a volatile year for the world economy, the BP executive team produced excellent results. While salaries were frozen for all directors in 2009, the variable performance-related pay reflected the impressive achievements of the year and the turnaround of performance over the past three years. The details of executive director remuneration are set out in the table on the opposite page.

The remuneration committee sets the measures and targets for the annual bonus element of variable pay at the beginning of the year, based on the strategy and annual plan accepted by the board. The strategy is built around safety, people and performance. The measures included key safety measures (15% of bonus), staff numbers and survey results to reflect the people priorities (15%) and a set of financial and operational targets to measure performance (70%). Nearly all targets were exceeded, some substantially, with particularly strong performance on cost reduction, exploration success, production start-ups and refining performance. This overall excellent performance was also reflected in the market, where BP shareholders recorded the highest total shareholder return (TSR) of all the oil majors for the year.

The other element of variable pay is awarded in shares based on BP's performance over three years, compared with the other oil majors. Following the process approved by shareholders in the Executive Directors' Incentive Plan (EDIP), the committee first reviews the three-year TSR of BP compared with its peers and then considers a set of underlying business metrics, again in comparison with peers. When there is a difference between the two comparisons, the committee decides which level of vesting best represents BP's relative three-year performance. This year the TSR result was tightly clustered and sensitive to calculation methodology. For example, based on a three-month averaging of endpoints, BP came fourth whereas on a one-month averaging it came second. On underlying metrics, BP ranked first on four of the six reviewed (production growth, earnings per share growth, change in return on average capital employed and free cash flow) and second or third on the others (Refining and Marketing earnings per barrel

and net income growth). Following the process set out in the EDIP, the committee judged BP to be tied for third place and thus shared the vesting outcome for third and fourth place to result in a vesting of 17.5% of the maximum award.

During the year the committee conducted a full review of BP's remuneration policy, and particularly the EDIP, which is being put before shareholders for renewal this year. We consulted with a number of our shareholders, reviewed the actual experience with applying EDIP rules over the past five years and considered recent developments in the marketplace. Overall we concluded that the basic structure of the EDIP remains appropriate, but that some rebalancing of elements is warranted. The key change we propose is to require a portion of the annual bonus to be deferred, paid in shares and matched after three years subject to an assessment of safety and environmental sustainability over the three-year period. This change would place more focus on the long term, highlight the importance of safety and build a larger equity stake for executives that we believe aligns their interests well with shareholders. To balance this additional bonus element, we propose to reduce the maximum award of performance shares in the renewed EDIP so as to maintain the current quantum of total remuneration. These changes are summarized in the table below.

It has been an excellent year for BP and its shareholders. In determining annual and long-term awards, the committee has recognized the very real achievements of the executive team. For the future, we believe our revised EDIP provides a sound framework with which to competitively reward our top executives for continued success in this long-term business.

**Dr DeAnne S Julius**
Chairman, Remuneration Committee
26 February 2010

### Summary of future remuneration components

| | |
|---|---|
| Salary | • Normally reviewed mid-year (no increases in 2009). Current salaries: Dr Hayward £1,045,000, Mr Conn £690,000, Mr Dudley $1,000,000, Dr Grote $1,380,000, Mr Inglis £690,000. |
| Bonus | • On-target bonus of 150% of salary and maximum of 225% of salary based on performance relative to targets set at start of year relating to financial and operational metrics. |
| Deferred bonus and match | • One-third of actual bonus awarded as shares with three-year deferral, with ability to voluntarily defer an additional one-third.<br>• All deferred shares matched one-for-one, both subject to an assessment of safety and environmental performance over the three-year period. |
| Performance shares | • Following EDIP renewal, award of shares of up to 5.5 times salary for group chief executive, 4.75 times for the chief executive of Exploration and Production, and 4 times for other executive directors.<br>• Vesting after three years based on performance relative to other oil majors.<br>• Three-year retention period after vesting before release of shares. |
| Pension | • Final salary scheme appropriate to home country of executive. |

82

CONFIDENTIAL

BPD351-013624

BP Annual Report and Accounts 2009
Directors' remuneration report

### Summary of remuneration of executive directors in 2009[a]

| | Annual remuneration | | | | | | | | Long-term remuneration | | | | |
| | | | | | | | | | Share element of EDIP | | | | |
| | | | | | | | | | 2006-2008 plan (vested in Feb 2009) | | 2007-2009 plan (vested in Feb 2010) | | 2009-2011 plan |
| | Salary[b] (thousand) | | Annual performance bonus (thousand) | | Non-cash benefits and other emoluments (thousand) | | Total (thousand) | | Actual[c] shares vested | Value[d] (thousand) | Actual[c] shares vested | Value[d] (thousand) | Potential maximum performance shares[f] |
| | 2008 | 2009 | 2008 | 2009 | 2008 | 2009 | 2008 | 2009 | | | | | |
| Dr A B Hayward | £998 | **£1,045** | £1,496 | **£2,090** | £15 | **£23** | £2,509 | **£3,158** | 66,136 | £336 | 147,985 | £852 | 1,182,540 |
| I C Conn | £670 | **£690** | £871 | **£1,104** | £45 | **£46** | £1,586 | **£1,840** | 66,136 | £336 | 95,697 | £551 | 780,816 |
| R W Dudley[g,h] | n/a | **£750** | n/a | **£1,125** | n/a | **£304[i]** | n/a | **£2,179** | n/a | n/a | n/a | n/a | 539,634 |
| Dr B E Grote[g] | $1,340 | **$1,380** | $1,742 | **$2,070** | $8 | **$8** | $3,090 | **$3,458** | 80,231 | £603 | 101,502[e] | £933 | 992,928 |
| A G Inglis | £670 | **£690** | £1,173 | **£1,311** | £212 | **£216[j]** | £2,055 | **£2,217** | 54,994 | £279 | 83,859 | £483 | 780,816 |

Amounts shown are in the currency received by executive directors. Annual bonuses are shown in the year they were earned.

[a] This information has been subject to audit.
[b] Figures show the total salary received during the calendar year. The last salary increase was in July 2008.
[c] Includes shares representing reinvested dividends received on the shares that vested at the end of the performance period.
[d] Based on market price on vesting date (£5.08 per share/$48.13 per ADS).
[e] Based on market price on vesting date (£5.78 per share/$56.17 per ADS).
[f] Maximum potential shares that could vest at the end of the three-year period depending on performance.
[g] Dr Grote and Mr Dudley hold shares in the form of ADSs. The above number reflects calculated equivalent in ordinary shares.
[h] Reflects remuneration received by Mr Dudley since appointment as executive director on 6 April 2009.
[i] This amount includes costs of London accommodation and any tax liability thereon.
[j] In addition to this amount, under a tax equalization arrangement, BP discharged a US tax liability arising from the participation by Mr Inglis in the UK pension scheme amounting to $90,314.

### Historical TSR performance



- FTSE 100
- BP

*Value of hypothetical £100 holding*

This graph shows the growth in value of a hypothetical £100 holding in BP p.l.c. ordinary shares over five years, relative to the FTSE 100 Index (of which the company is a constituent). The values of the hypothetical £100 holdings at the end of the five-year period were £141.75 and £134.58 respectively.

### Remuneration of non-executive directors in 2009[a]

| | £ thousand | |
| | 2008 | 2009 |
| P D Sutherland | 600 | **600** |
| A Burgmans | 90 | **93** |
| Sir William Castell | 108 | **115** |
| C B Carroll | 93 | **90** |
| G David[b] | 100 | **118** |
| E B Davis, Jr | 105 | **105** |
| D J Flint | 90 | **85** |
| Dr D S Julius | 110 | **105** |
| Sir Ian Prosser | 170 | **165** |
| C-H Svanberg[c] | n/a | **30** |
| **Directors leaving the board in 2009** | | |
| Sir Tom McKillop | 95 | **33** |

[a] This information has been subject to audit.
[b] Also received £4,166 for serving as a member of BP's technology advisory committee.
[c] Appointed on 1 September 2009.

While fees were held at 2008 levels, in 2009 actual fees paid to non-executive directors were affected by changes in committee membership and the number of transatlantic meetings for which an attendance allowance was paid.

In 2009 the chairman reviewed non-executive director remuneration taking into account the review completed in 2003. The chairman made a recommendation to the board (which was agreed) to maintain the 2008 structure until a further review in 2010.

Directors' remuneration report

83

BP-HZN-2179MDL04961508

BPD351-013625

# Part 2 Executive directors' remuneration

## 2009 remuneration

### Salary

Executive directors have had no salary increases since July 2008, with the exception of Mr Dudley who was appointed to the board in April 2009. Dr Hayward's salary remains £1,045,000, Mr Conn's £690,000, Mr Dudley's $1,000,000, Dr Grote's $1,380,000, and Mr Inglis's £690,000.

### Annual bonus

The annual bonus awards for 2009 reflect the excellent performance achieved across the business and are set out in the table on page 83.

Performance measures and targets were set at the beginning of the year based on the group's annual plan. Group results formed the basis for Dr Hayward's, Mr Dudley's and Dr Grote's annual bonus and were weighted 70% on financial and operating metrics (including profit, cash flow, cash costs, production, reserves replacement, Refining and Marketing profitability, refining availability, and installed new capacity), 15% on safety (both metrics and progress on plans), and 15% on people (including organizational changes and employee attitudes). Mr Conn's and Mr Inglis's annual bonuses were based 50% on the group results as above, and 50% on their respective business unit results (also a mix of financial, operating, safety and people measures). The target level of bonus for executive directors was 120% of salary with committee judgement to award up to 150% for exceeding targets and above that level to recognize exceptional performance.

Targets were exceeded on virtually all key measures during 2009, a number by a substantial margin and resulting in bonuses averaging 170% of salary.

All key safety and operating metrics (including days away from work case frequency (DAFWCF), recordable injury frequency (RIF), oil spills, loss of primary containment, and process safety high potential incidents) showed good results and significant improvements in all cases from 2008. Implementation of the operating management system (OMS) progressed ahead of plan and is now successfully installed at 70 operating entities including all major downstream sites. People metrics were also exceeded. Major organizational restructuring was completed including reducing the number of group leaders and senior level leaders in excess of plan. The employee survey results showed significant improvement in key aspects such as safety and compliance and performance culture, as well as overall employee satisfaction.

Exceptional results were achieved on financial and operating measures. Replacement cost profit was some $5 billion above plan after adjusting for the oil price and other environmental factors. Cash costs were reduced substantially. Production increased by more than 4% while unit production costs reduced by 12%. The reserves replacement ratio was 129%, continuing an industry-leading peformance. Refining and Marketing cash costs were reduced by 15%, and refining availability increased to 94%. Refining and Marketing profitability exceeded plan after adjusting for a dramatically weaker industry environment. Exploration and Production achieved major project start-ups in the Gulf of Mexico, Indonesia and Trinidad & Tobago. Exploration successes included the Tiber discovery in the Gulf of Mexico and new access for future growth was secured in Iraq, Indonesia and Jordan as well as new acreage in the Gulf of Mexico.

The excellent results achieved during 2009 reflect the strong leadership of the executive team and their continuing focus on safety, people and performance.

### 2007-2009 share element

This momentum of improvement is also apparent over the three-year performance period covered by the 2007-2009 share element under the EDIP. Performance for the share element is assessed relative to the other oil majors – ExxonMobil, Shell, Total and Chevron. The committee follows the assessment process approved by shareholders in determining the vesting of shares that had been awarded at the start of 2007. It first compares the total shareholder return (TSR) of each of the majors and then reviews underlying performance metrics across the same group. Given the small peer group, similarity of their businesses, and general imperfections in measurement, there will be occasions when results of some or all of the companies are tightly clustered. In such circumstances, a small difference in TSR performance or calculation methodology could produce a large, and inappropriate, difference in vesting level. To counter this the committee has the obligation to review both relative TSR and underlying performance to ensure a balanced judgement is made. Such was the case with regard to the 2007-2009 metrics.

The TSR result was tightly clustered for 2007-2009 with BP coming fourth based on our established methodology but very close to third place. As required by the plan, the committee reviewed a number of financial and operating metrics to assess relative underlying performance. These included the average change over the three years of EPS, ROACE, free cash flow, net income, production growth and Refining and Marketing profitability. The review of underlying performance showed BP in a strong relative position. BP came first on change in EPS growth, ROACE, free cash flow and production, on adjusted net income BP ranked second and on Refining and Marketing profitability it came third. Based on the full review and combining both the TSR and underlying analysis, the committee judged BP to be tied for third place and thus shared the vesting outcome for third and fourth place (35% and 0% respectively) as set out in the plan rules. The resulting 17.5% vesting for eligible participants is also shown in the table on page 83.

## Remuneration policy review

During 2009 the committee carried out a comprehensive review of its remuneration policy for executive directors. The review covered all components of remuneration, both fixed and variable, short term and long term. It focused especially on the EDIP which provides the framework for long-term, variable pay. The current EDIP was approved by shareholders in 2005 and will expire in April 2010, when a renewal will be put to shareholder vote. As part of its review the committee met with key shareholders to assess the current pay structure and test areas for change.

The basic principles that guide remuneration policy for executive directors in BP formed the starting point for the review. These include:

- A substantial portion of executive remuneration should be linked to success in implementing the company's business strategy to maximize long-term shareholder value.
- Executives should develop and be required to hold a significant shareholding as this represents the best way to align their interests with those of shareholders.
- The structure of pay should reflect the long-term nature of BP's business and the significance of safety and environmental risks.
- Performance conditions for variable pay should be set independently by the committee at the outset of each year and assessed by the committee both quantitatively and qualitatively at the end of each performance period.
- Performance assessment should take into account material changes in the market environment (predominantly oil prices) and BP's competitive position (primarily vis-à-vis other oil majors).

CONFIDENTIAL

BP-HZN-2179MDL04961509

BPD351-013626

- Salaries should be reviewed annually, in the context of the total quantum of pay, and taking into account both external market and internal company conditions.
- The remuneration committee will actively seek to understand shareholder preferences and be as transparent as possible in explaining its remuneration policy and practices.

The committee's review concluded that the basic structure of fixed and variable pay remains appropriate. The EDIP gives the committee a range of tools, within an overall framework approved by shareholders, with which to construct remuneration packages that are tailored to the company's business objectives each year and are calibrated to achieve the desired linkage between performance and pay.

While the basic structure of the EDIP remains appropriate, the committee concluded that three of its features should be revised. First, with respect to the annual bonus, a new element should be added to require one-third of the bonus to be deferred for three years and paid in shares rather than cash. At the end of this three-year period, subject to an assessment of safety and environmental sustainability, the deferred bonus would be matched with additional shares on a one-for-one basis. Executives would also have the opportunity to defer an additional one-third of their annual bonus on this basis.

Second, with respect to the long-term performance share element, the maximum number of shares should be reduced to offset the more generous annual bonus and deferred element in the revised EDIP and thereby keep the total quantum of remuneration roughly constant.

Third, the current EDIP includes a provision for discretionary cash payments which has never been used. This provision will be omitted from the revised EDIP.

### Detail of elements of remuneration

The majority of total remuneration is long term and varies with performance, with the largest elements share based, further aligning interests with shareholders.

### Salary

The committee normally reviews salaries annually, taking into account other large Europe-based global companies as well as relevant US companies. These groups are each defined and analysed by the committee's independent remuneration advisers.

### Annual bonus

The committee sets bonus targets and levels of eligibility each year for all executive directors. For the 2010 bonus, the committee has adjusted bonus levels and structure of payment, as part of the wider rebalancing of the remuneration mix.

The on-target bonus level for 2010 is 150% of salary with the maximum of 225% of salary. This was changed from the target for 2009 referred to earlier.

Group results will be determined based on six metrics comprising safety, people and four performance-related measures including:

- Group replacement cost profits.
- Cash costs.
- Production and reserves replacement.
- Refining and Marketing income per barrel.

Dr Hayward's and Mr Dudley's bonus will be based on group results.

Mr Conn, Dr Grote and Mr Inglis will have 70% of their bonus based on the above group results and 30% on the results of their respective business segments as measured by key performance metrics and milestones set out in the annual plan. For Exploration and Production, these include production costs and reserves replacement as well as safety and new opportunities. For Finance, they focus on specific business and cost targets. For Refining and Marketing, they include refining availability, earnings and cash costs, as well as safety and work simplification.

The committee will also review carefully the underlying performance of the group in light of company business plans and will look at competitors' results, analysts' reports and the views of the chairmen of other BP board committees when assessing results.

The committee can decide to reduce bonuses where this is warranted and, in exceptional circumstances, bonuses can be reduced to zero.

### Deferred bonus

One-third of the annual bonus will be deferred into shares for three years and matched by the company on a one-for-one basis. Both deferred and matched shares will vest contingent on an assessment of safety and environmental sustainability over the three-year deferral period. If the committee assesses that there has been a material deterioration in safety and environmental metrics, or there have been major incidents revealing underlying weaknesses in safety and environmental management, then it may conclude that shares should vest in part, or not at all. In reaching its conclusion, the committee will obtain advice from the safety, ethics and environment assurance committee (SEEAC).

Executive directors may voluntarily defer a further one-third of their annual bonus into shares, which will be capable of vesting, and will qualify for matching, on the same basis as set out above.

Where shares vest, the executive director will receive additional shares representing the value of the reinvested dividends.

This structure of deferred bonuses, paid in shares, places increased focus on long-term alignment and reinforces the critical importance of maintaining high safety and environmental standards.

### Performance shares

The share element of the EDIP has been a feature of the plan, with some modifications, since its inception in 2000. To reflect the introduction of the deferred matching element, the maximum number of shares that can be awarded will be reduced from 7.5 times salary to 5.5 times salary for the group chief executive and from 5.5 times salary to 4.75 times salary for the chief executive of Exploration and Production, and to four times salary for the other executive directors.

Performance shares will only vest to the extent that a performance condition is met, as described below. In addition, the committee will have an overriding discretion, in exceptional circumstances (relating to either the company or a particular participant) to reduce the number of shares that vest (or to provide that no shares vest).

The compulsory retention period will also be decided by the committee and will not normally be less than three years. Together with the performance period, this gives executive directors a six-year incentive structure, which is designed to ensure their interests are aligned with those of shareholders.

Where shares vest, the executive director will receive additional shares representing the value of the reinvested dividends.

The committee's policy, reflected in the EDIP, continues to be that each executive director builds a significant personal shareholding, with a target of shares equivalent in value to five times salary, within a reasonable time from appointment as an executive director.

CONFIDENTIAL

BP-HZN-2179MDL04961510

BPD351-013627

*Performance conditions*
Performance conditions for the 2010-12 share element will continue the structure used in the 2009-2011 plan.

Vesting of shares will be based, as to one-third, on BP's TSR compared with other oil majors over a three-year period and as to two-thirds, on a balanced scorecard of underlying performance. BP's TSR performance will be compared with the other oil majors – ExxonMobil, Shell, Total, ConocoPhillips and Chevron. This comparison group can be altered if circumstances change, for example, if there is significant consolidation or change in the industry. While this comparison group is narrow, it is used by both management and shareholders in assessing BP's comparative TSR performance.

The inclusion of relative TSR as an appropriate way of measuring performance for the purposes of a long-term incentive for executive directors as it reflects the creation of shareholder value while minimizing the impact of sector specific events such as the oil price. TSR is calculated as share price performance over the relevant period, assuming dividends are reinvested. All share prices are averaged over the three-month period before the beginning and end of the performance period. They are measured in US dollars.

The balanced scorecard will be assessed by the committee on three measures reflecting key priorities in BP's strategy, production growth, Refining and Marketing profitability and group underlying net income. Both production growth and Refining and Marketing profitability are key strategic objectives for the group and key drivers of value for shareholders. Group underlying net income acts as a holistic measure of success reflecting revenues, costs and complexity as well as safe and reliable operations. The three underlying measures will be averaged to form the balanced scorecard component.

All the above measures will be compared with the other oil majors to determine the overall vesting result. The methodology used will rank each of the five other majors on each of the measures. BP's performance will then be compared on an interpolated basis relative to the performance of the other five. Performance shares will vest at 100%, 70% and 35% for performance equivalent to first, second and third rank respectively and none for fourth or fifth place. For performance between second and third or first and second, the result will be interpolated based on BP's performance relative to the company ranked directly above and below it.

The committee considers that this combination of measures provides a good balance of external as well as internal metrics reflecting both shareholder value and operating priorities. As in previous years, the committee may exercise its discretion, in a reasonable and informed manner, to adjust vesting levels upwards or downwards if it concludes the quantitative approach does not reflect the true underlying health and performance of BP's business relative to its peers. It will explain any adjustments in the next directors' remuneration report following the vesting, in line with its commitment to transparency.

In exceptional recruitment circumstances, the committee may award performance shares that are subject to a requirement of continued service over a specified period, rather than a corporate performance condition.

**Pensions**
Executive directors are eligible to participate in the appropriate pension schemes applying in their home countries. Details are set out in the table on page 87.

*UK directors*
UK directors are members of the regular BP Pension Scheme. The core benefits under this scheme are non-contributory. They include a pension accrual of 1/60th of basic salary for each year of service, up to a maximum of two-thirds of final basic salary and a dependant's benefit of two-thirds of the member's pension. The scheme pension is not integrated with state pension benefits.

The rules of the BP Pension Scheme were amended in 2006 such that the normal retirement age is 65. Prior to 1 December 2006, scheme members could retire on or after age 60 without reduction. Special early retirement terms apply to pre-1 December 2006 service for members with long service as at 1 December 2006.

Pension benefits in excess of the individual lifetime allowance set by legislation are paid via an unapproved, unfunded pension arrangement provided directly by the company.

Although Mr Inglis is, like other UK directors, a member of the BP Pension Scheme, he is currently based in Houston, US. His participation in the BP Pension Scheme gives rise to a US tax liability. During 2009, the committee approved the discharge of this US tax liability under a tax equalization arrangement amounting to $90,314.

*US directors*
Dr Grote and Mr Dudley participate in the US BP Retirement Accumulation Plan (US plan) which features a cash balance formula. Pension benefits are provided through a combination of tax-qualified and non-qualified benefit restoration plans, consistent with US tax regulations as applicable.

The Supplemental Executive Retirement Benefit (supplemental plan) is a non-qualified top-up arrangement that became effective on 1 January 2002 for US employees above a specified salary level. The benefit formula is 1.3% of final average earnings, which comprise base salary and bonus in accordance with standard US practice (and as specified under the qualified arrangement), multiplied by years of service. There is an offset for benefits payable under all other BP qualified and non-qualified pension arrangements. This benefit is unfunded and therefore paid from corporate assets.

Dr Grote and Mr Dudley are eligible to participate under the supplemental plan. Their pension accrual for 2009, shown in the table below, includes the total amount that could become payable under all plans.

**Other benefits**
Executive directors are eligible to participate in regular employee benefit plans and in all-employee share saving schemes applying in their home countries. Benefits in kind are not pensionable. BP provides accommodation in London for both Mr Inglis and Mr Dudley.

CONFIDENTIAL

BP-HZN-2179MDL04961511

BPD351-013628

BP Annual Report and Accounts 2009
**Directors' remuneration report**

## Pensions[a]

thousand

| | Service at 31 Dec 2009 | Accrued pension entitlement at 31 Dec 2009 | Additional pension earned during the year ended 31 Dec 2009[b] | Transfer value of accrued benefit[c] at 31 Dec 2008 (A) | Transfer value of accrued benefit[c] at 31 Dec 2009 (B) | Amount of B-A less contributions made by the director in 2009 |
|---|---|---|---|---|---|---|
| Dr A B Hayward (UK) | 28 years | £584 | £23 | £8,045 | £10,840 | £2,743 |
| I C Conn (UK) | 24 years | £276 | £12 | £3,161 | £4,508 | £1,347 |
| R W Dudley (US)[d] | 30 years | $406 | $106 | $2,994 | $4,353 | $1,358 |
| Dr B E Grote (US) | 30 years | $1,011 | $143 | $11,220 | $12,047 | $827 |
| A G Inglis (UK) | 29 years | £337 | £12 | £4,399 | £6,000 | £1,601 |

[a] This information has been subject to audit.
[b] Additional pension earned during the year includes an inflation increase of 0.9% for UK directors and 0% for US directors.
[c] Transfer values have been calculated in accordance with guidance issued by the actuarial profession.
[d] Figures represent period after joining the board on 6 April 2009.

CONFIDENTIAL

BP-HZN-2179MDL04961512
BPD351-013629

BP Annual Report and Accounts 2009
**Directors' remuneration report**

## Performance share element of EDIP[a]

| | Performance period | Date of award of performance shares | Market price of each share at date of award of performance shares £ | Share element interests Potential maximum performance shares[b] | | | Interests vested in 2009 and 2010 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | At 1 Jan 2009 | Awarded 2009 | At 31 Dec 2009 | Number of ordinary shares vested[c] | Vesting date | Market price of each share at vesting £ |
| Dr A B Hayward | 2006-2008 | 16 Feb 2006 | 6.54 | 333,200 | – | – | 66,136 | 6 Feb 2009 | 5.08 |
| | 2007-2009 | 06 Mar 2007 | 5.12 | 706,311 | – | 706,311 | 147,985 | 3 Feb 2010 | 5.76 |
| | 2008-2010 | 13 Feb 2008 | 5.61 | 845,319 | – | 845,319 | – | – | – |
| | 2009-2011 | 11 Feb 2009 | 5.10 | – | 1,182,540 | 1,182,540 | – | – | – |
| I C Conn | 2006-2008 | 16 Feb 2006 | 6.54 | 333,200 | – | – | 66,136 | 6 Feb 2009 | 5.08 |
| | 2007-2009 | 06 Mar 2007 | 5.12 | 456,748 | – | 456,748 | 95,697 | 3 Feb 2010 | 5.76 |
| | 2008-2010 | 13 Feb 2008 | 5.61 | 578,376 | – | 578,376 | – | – | – |
| | 2008-2011[d] | 13 Feb 2008 | 5.61 | 133,452 | – | 133,452 | – | – | – |
| | 2008-2013[d] | 13 Feb 2008 | 5.61 | 133,452 | – | 133,452 | – | – | – |
| | 2009-2011 | 11 Feb 2009 | 5.10 | – | 780,816 | 780,816 | – | – | – |
| R W Dudley[e] | 2009-2011 | 6 May 2009 | 5.00 | – | 539,634 | 539,634 | – | – | – |
| Dr B E Grote[e] | 2006-2008 | 16 Feb 2006 | 6.54 | 470,432 | – | – | 80,231 | 6 Feb 2009 | 5.08 |
| | 2007-2009 | 06 Mar 2007 | 5.12 | 491,640 | – | 491,640 | 101,502 | 3 Feb 2010 | 5.76 |
| | 2008-2010 | 13 Feb 2008 | 5.61 | 581,748 | – | 581,748 | – | – | – |
| | 2009-2011 | 11 Feb 2009 | 5.10 | – | 992,928 | 992,928 | – | – | – |
| A G Inglis | 2006-2008 | 27 Mar 2006 | 6.59 | 325,750 | – | – | 54,994 | 6 Feb 2009 | 5.08 |
| | 2007-2009 | 06 Mar 2007 | 5.12 | 400,243 | – | 400,243 | 83,859 | 3 Feb 2010 | 5.76 |
| | 2008-2010 | 13 Feb 2008 | 5.61 | 578,376 | – | 578,376 | – | – | – |
| | 2008-2011[d] | 13 Feb 2008 | 5.61 | 133,452 | – | 133,452 | – | – | – |
| | 2008-2013[d] | 13 Feb 2008 | 5.61 | 133,452 | – | 133,452 | – | – | – |
| | 2009-2011 | 11 Feb 2009 | 5.10 | – | 780,816 | 780,816 | – | – | – |
| Former directors | | | | | | | | | |
| Dr D C Allen | 2006-2008 | 16 Feb 2006 | 6.54 | 333,200 | – | – | 34,518 | 6 Feb 2009 | 5.08 |
| | 2007-2009 | 06 Mar 2007 | 5.12 | 456,748 | – | 456,748 | 47,848 | 3 Feb 2010 | 5.76 |

[a] This information is subject to audit.
[b] BP's performance is measured against the oil sector. For awards under the 2006-2008 through 2008-2010 plans, the performance condition is TSR measured against ExxonMobil, Shell, Total and Chevron. For awards under the 2009-2011 plan, performance conditions are measured 50% on TSR against ExxonMobil, Shell, Total, ConocoPhillips and Chevron and 50% on a balanced scorecard of underlying performance. Each performance period ends on 31 December of the third year.
[c] Represents awards of shares made at the end of the relevant performance period based on performance achieved under rules of the plan and includes reinvested dividends on the shares awarded.
[d] Restricted award under share element of EDIP. As reported in the 2007 directors' remuneration report in February 2008, the committee awarded both Mr Inglis and Mr Conn restricted shares, as set out above. These one-off awards will vest on the third and fifth anniversary of the award, dependent on the remuneration committee being satisfied as to their personal performance at the date of vesting. Any unvested tranche will lapse in the event of cessation of employment with the company.
[e] Dr Grote and Mr Dudley receive awards in the form of ADSs. The above numbers reflect calculated equivalents in ordinary shares.

88

BP-HZN-2179MDL04961513

BPD351-013630

BP Annual Report and Accounts 2009
Directors' remuneration report

## Share options[a]

| | Option type | At 1 Jan 2009 | Granted | Exercised | At 31 Dec 2009 | Option price | Market price at date of exercise | Date from which first exercisable | Expiry date |
|---|---|---|---|---|---|---|---|---|---|
| Dr A B Hayward | SAYE | 3,220 | – | – | 3,220 | £5.00 | | 01 Sep 2011 | 29 Feb 2012 |
| | EXEC | 34,000 | – | – | 34,000 | £5.99 | | 15 May 2003 | 15 May 2010 |
| | EXEC | 77,400 | – | – | 77,400 | £5.67 | | 23 Feb 2004 | 23 Feb 2011 |
| | EXEC | 160,000 | – | – | 160,000 | £5.72 | | 18 Feb 2005 | 18 Feb 2012 |
| | EDIP | 220,000 | – | 220,000 | – | £3.86 | £5.88 | 17 Feb 2004 | 17 Feb 2010 |
| | EDIP | 275,000 | – | – | 275,000 | £4.22 | | 25 Feb 2005 | 25 Feb 2011 |
| I C Conn | SAYE | 1,186 | – | 1,186 | – | £3.86 | £5.74 | 01 Sep 2009 | 28 Feb 2010 |
| | SAYE | 1,498 | – | – | 1,498 | £4.41 | | 01 Sep 2010 | 28 Feb 2011 |
| | SAYE | 617 | – | – | 617 | £4.87 | | 01 Sep 2011 | 01 Feb 2012 |
| | SAYE | – | 605 | – | 605 | £4.20 | | 01 Sep 2012 | 28 Feb 2013 |
| | EXEC | 72,250 | – | – | 72,250 | £5.67 | | 23 Feb 2004 | 23 Feb 2011 |
| | EXEC | 130,000 | – | – | 130,000 | £5.72 | | 18 Feb 2005 | 18 Feb 2012 |
| R W Dudley[b,c] | BP SOP | 1,800 | – | – | 1,800 | $48.94 | | 28 Mar 2003 | 27 Mar 2010 |
| | BP SOP | 6,460 | – | – | 6,460 | $49.65 | | 23 Feb 2004 | 22 Feb 2011 |
| | BP SOP | 1,073 | – | – | 1,073 | $43.82 | | 17 Dec 2004 | 16 Dec 2011 |
| | BP SOP | 17,835 | – | – | 17,835 | $48.99 | | 18 Feb 2005 | 17 Feb 2012 |
| | BP SOP | 17,835 | – | – | 17,835 | $38.10 | | 17 Feb 2006 | 16 Feb 2013 |
| Dr B E Grote[b] | BPA | 10,404 | – | – | –d | $53.90 | | 15 Mar 2000 | 14 Mar 2009 |
| | BPA | 12,600 | – | – | 12,600 | $48.94 | | 28 Mar 2001 | 27 Mar 2010 |
| | EDIP | 58,173 | – | – | –d | $48.62 | | 18 Feb 2003 | 18 Feb 2009 |
| | EDIP | 58,173 | – | 45,000 | 13,173e | $37.76 | $57.28-$59.50 | 17 Feb 2004 | 17 Feb 2010 |
| | EDIP | 58,333 | – | – | 58,333 | $48.53 | | 25 Feb 2005 | 25 Feb 2011 |
| A G Inglis | SAYE | 4,550 | – | 4,550 | – | £3.50 | £4.86 | 01 Sep 2008 | 28 Feb 2009 |
| | EXEC | 72,250 | – | – | 72,250 | £5.67 | | 23 Feb 2004 | 23 Feb 2011 |
| | EXEC | 119,000 | – | – | 119,000 | £5.72 | | 18 Feb 2005 | 17 Feb 2012 |
| | EXEC | 119,000 | – | – | 119,000 | £3.86 | | 17 Feb 2006 | 16 Feb 2013 |
| | EXEC | 100,500 | – | – | 100,500 | £4.22 | | 25 Feb 2007 | 24 Feb 2014 |

The closing market prices of an ordinary share and of an ADS on 31 December 2009 were £6.00 and $57.97 respectively.
During 2009, the highest market prices were £6.09 and $59.93 respectively and the lowest market prices were £4.05 and $34.14 respectively.

BPA = BP Amoco share option plan, which applied to US executive directors prior to the adoption of the EDIP.
EDIP = Executive Directors' Incentive Plan adopted by shareholders in April 2005 as described on page 84.
EXEC = Executive Share Option Scheme. These options were granted to the relevant individuals prior to their appointments as directors and are not subject to performance conditions.
SAYE = Save As You Earn employee share scheme.
BP SOP = BP Share Option Plan. These options were granted to Mr Dudley prior to his appointment as a director and are not subject to performance conditions.

[a] This information has been subject to audit.
[b] Numbers shown are ADSs under option. One ADS is equivalent to six ordinary shares.
[c] On appointment to the board.
[d] Options lapsed.
[e] Options exercised on 12 February 2010 at a market price of $54.36 per ADS.

Directors' remuneration report

CONFIDENTIAL

BP-HZN-2179MDL04961514

BPD351-013631

## Service contracts

**Director**

| | Contract date | Salary as at 31 Dec 2009 |
|---|---|---|
| Dr A B Hayward | 29 Jan 2003 | £1,045,000 |
| I C Conn | 22 Jul 2004 | £690,000 |
| Mr R Dudley | 6 Apr 2009 | $1,000,000 |
| Dr B E Grote | 7 Aug 2000 | $1,380,000 |
| A G Inglis | 1 Feb 2007 | £690,000 |

Service contracts have a notice period of one year and may be terminated by the company at any time with immediate effect on payment in lieu of notice equivalent to one year's salary or the amount of salary that would have been paid if the contract had been terminated on the expiry of the remainder of the notice period. The service contracts are expressed to expire at a normal retirement age of 60 (subject to age discrimination).

Dr Grote's contract is with BP Exploration (Alaska) Inc. He is seconded to BP p.l.c. under a secondment agreement of 7 August 2000, which expires at the date of the 2011 Annual General Meeting. Mr Dudley's contract is with BP Corporation North America Inc. He is seconded to BP p.l.c. under a secondment agreement of 15 April 2009 which expires on 15 April 2012. Both secondments can be terminated by one month's notice by either party and terminate automatically on the termination of their service contracts.

There are no other provisions for compensation payable on early termination of the above contracts. In the event of the early termination of any of the contracts by the company, other than for cause (or under a specific termination payment provision), the relevant director's then current salary and benefits would be taken into account in calculating any liability of the company.

All service contracts include a provision to allow for severance payments to be phased, when appropriate. The committee will also consider mitigation to reduce compensation to a departing director, when appropriate to do so.

## Executive directors – external appointments

The board encourages executive directors to broaden their knowledge and experience by taking up appointments outside the company. Each executive director is permitted to accept one non-executive appointment, from which they may retain any fee. External appointments are subject to agreement by the chairman and reported to the board. Any external appointment must not conflict with a director's duties and commitments to BP.

During the year, the fees received by executive directors for external appointments were as follows:

**Executive director**

| | Appointee company | Additional position held at appointee company | Total fees |
|---|---|---|---|
| Dr A B Hayward | Tata Steel[a] | Senior Independent Director | £29,000 |
| I C Conn | Rolls-Royce | Senior Independent Director | £65,000 |
| Dr B E Grote | Unilever | Audit committee member | Unilever PLC £36,000 Unilever NV €52,250 |
| A G Inglis | BAE Systems | Chair of Corporate Responsibility Committee | £90,000 |

[a] Member of Tata Steel Europe board until 1 April 2009 and Tata Steel Ltd board until 18 September 2000.

## Remuneration committee

All the members of the committee are independent non-executive directors. Throughout the year, Dr Julius (chairman), and Sir Ian Prosser were members. Mr Davis and Sir Tom McKillop served on the committee until April 2009 and were succeeded by Mr Burgmans and Mr David in May 2009. The group chief executive was consulted on matters relating to the other executive directors who report to him and on matters relating to the performance of the company; neither he nor the chairman were present when matters affecting their own remuneration were discussed.

The remuneration committee's tasks, as set out in the board governance principles, are:

- To determine, on behalf of the board, the terms of engagement and remuneration of the group chief executive and the executive directors and to report on these to the shareholders.
- To determine, on behalf of the board, matters of policy over which the company has authority regarding the establishment or operation of the company's pension scheme of which the executive directors are members.
- To nominate, on behalf of the board, any trustees (or directors of corporate trustees) of the scheme.
- To review the policies being applied by the group chief executive in remunerating senior executives other than executive directors to ensure alignment and proportionality.
- To recommend to the board the quantum and structure of remuneration for the chairman.

CONFIDENTIAL

BP-HZN-2179MDL04961515

BPD351-013632

**Constitution and operation**

Each member of the remuneration committee is subject to annual re-election as a director of the company. The board considers all committee members to be independent (see page 72).

They have no personal financial interest, other than as shareholders, in the committee's decisions.

The committee met eight times in the period under review. The chairman of the board attends meetings of the committee and Mr Svanberg attended meetings prior to becoming chairman on 1 January 2010.

The committee is accountable to shareholders through its annual report on executive directors' remuneration. It will consider the outcome of the vote at the AGM on the directors' remuneration report and take into account the views of shareholders in its future decisions. The committee values its dialogue with major shareholders on remuneration matters.

**Advice**

Mr Aronson, an independent consultant, is the committee's secretary and independent adviser. Advice was also received from Mr Jackson, the company secretary, and from the company secretary's office, which is independent of executive management and reports to the chairman of the board.

The committee also appoints external advisers to provide specialist advice and services on particular remuneration matters. The independence of the advice is subject to annual review.

In 2009, the committee continued to engage Towers Watson as its principal external adviser. Towers Watson also provided other remuneration and benefits advice to parts of the group.

Freshfields Bruckhaus Deringer LLP provided legal advice on specific matters to the committee, as well as providing some legal advice to the group.

Ernst & Young reviewed the calculations on the financial-based targets that form the basis of the performance-related pay for executive directors, that is, the annual bonus and share element awards described on page 83, to ensure they met an independent, objective standard. They also provided audit, audit-related and taxation services for the group.

# Part 3 Non-executive directors' remuneration

The board sets the level of remuneration for all non-executive directors within a limit approved from time to time by shareholders. Key elements of BP's policy on non-executive director remuneration include:

- Remuneration should be sufficient to attract and retain world-class non-executive talent.
- Remuneration of non-executive directors is proposed by the chairman and agreed by the board.
- Remuneration practice should be consistent with recognized best practice standards for non-executive directors' remuneration.
- Remuneration should be in the form of cash fees, payable monthly.
- Non-executive directors should not receive share options from the company.
- Non-executive directors are encouraged to establish a holding in BP shares of the equivalent value of one year's base fee.

**Process**

BP reviews the quantum and structure of chairman and non-executive remuneration on an annual basis. The chairman's remuneration is reviewed by the remuneration committee, which makes a recommendation to the board; the chairman does not vote on his own remuneration. Non-executive director remuneration is reviewed by the chairman, who makes a recommendation to the board; non-executive directors do not vote on their own remuneration.

**2009 review of chairman and non-executive director remuneration**

In 2009, the chairman reviewed non-executive director remuneration taking into account the review completed in 2008. The chairman made a recommendation to the board (which was agreed) to maintain the 2008 structure until a further review in 2010.

Carl-Henric Svanberg was appointed to the board in September 2009. At the time of his appointment, the remuneration committee looked at a comparison of remuneration for FTSE and international chairmen in determining his fee. The committee determined that in common with the previous chairman, he should receive the use of a chauffeured car, a maintained office for company business and security advice. In addition, the committee recognized that the appointment was to be Mr Svanberg's main commitment and as he would be performing a proportion of his duties from Sweden, limited but appropriate secretarial support in Sweden would be provided. Mr Svanberg is also eligible for a single relocation allowance of up to £100,000 to cover expenses incurred in relocating to London from Sweden.

Mr Svanberg received the basic non-executive director fee and transatlantic attendance allowance for the period between his appointment and his assumption of the role of chairman on 1 January 2010. On his appointment as chairman in 2010, the chairman's fee increased to £750,000.

Directors' remuneration report

BP-HZN-2179MDL04961516

BPD351-013633

BP Annual Report and Accounts 2009
**Directors' remuneration report**

## Fee structure

The table below shows the fee structure for non-executive directors on 1 January 2010:

| | £ thousand Fee level |
|---|---|
| Chairman[a] | 750 |
| Senior independent director[b] | 120 |
| Board member | 75 |
| Audit committee and SEEAC chairmanship fees[c] | 30 |
| Remuneration committee chairmanship fee[c] | 20 |
| Committee membership fee[d] | 5 |
| Transatlantic attendance allowance | 5 |

[a] The chairman remains ineligible for committee chairmanship and membership fees or transatlantic attendance allowance.
[b] The senior independent director is eligible for committee chairmanship fees and transatlantic attendance allowance plus any committee membership fees.
[c] Committee chairmen do not receive an additional membership fee for the committee they chair.
[d] For members of the SEEAC, audit and remuneration committees.

## Remuneration of non-executive directors in 2009[a]

| | £ thousand | |
|---|---|---|
| | 2008 | 2009 |
| P D Sutherland | 600 | **600** |
| A Burgmans | 90 | **93** |
| Sir William Castell | 108 | **115** |
| C B Carroll | 93 | **90** |
| G David[b] | 100 | **118** |
| E B Davis, Jr | 105 | **105** |
| D J Flint | 90 | **85** |
| Dr D S Julius | 110 | **105** |
| Sir Ian Prosser | 170 | **165** |
| C-H Svanberg[c] | n/a | **30** |
| Directors leaving the board in 2009 | | |
| Sir Tom McKillop | 95 | **33** |

[a] This information has been subject to audit.
[b] Also received £4,166 for serving as a member of BP's technology advisory committee.
[c] Appointed on 1 September 2009.

While fees were held at 2008 levels, in 2009 actual fees paid to non-executive directors were affected by changes in committee membership and the number of transatlantic meetings to which an attendance allowance was paid.

No share or share option awards were made to any non-executive director in respect of service to the board during 2009.

Non-executive directors have letters of appointment which recognize that, subject to the Articles of Association, their service is at the discretion of shareholders. All directors stand for re-election at each AGM.

## Superannuation gratuities

Until 2002, BP maintained a long-standing practice whereby non-executive directors who retired from the board after at least six years' service were eligible for consideration for a superannuation gratuity. The board was, and continues to be, authorized to make such payments under the company's Articles of Association. In 2002, the board revised its policy so that non-executive directors appointed to the board after 1 July 2002 would not be eligible for a superannuation gratuity, and that directors in service at that date would remain eligible but service past 1 July 2002 would not be taken into account by the board in considering the amount of the superannuation gratuity.

The amount of the superannuation gratuity is calculated according to the following:
- Service on the board is taken up to 1 July 2002.
- Payment is calculated as 10% of the total remuneration received in either the year to 1 July 2002 or calendar year 2001 (whichever is the greater) multiplied by the number of years a non-executive director served on the board until 1 July 2002.
- There is a limit on the payment equivalent to a maximum of 10 years' service.

Peter Sutherland, who retired on 31 December 2009, is entitled to a superannuation gratuity of £280,000 in line with the policy arrangements agreed in 2002 and outlined above. Mr Sutherland has asked that the full balance of the gratuity be donated to an educational foundation.

## Non-executive directors of Amoco Corporation

Non-executive directors who were formerly non-executive directors of Amoco Corporation have residual entitlements under the Amoco Non-Employee Directors' Restricted Stock Plan. Directors were allocated restricted stock in remuneration for their service on the board of Amoco Corporation prior to its merger with BP in 1998. On merger, interests in Amoco shares in the plan were converted into interests in BP ADSs. The restricted stock will vest on the retirement of the non-executive director at the age of 70 (or earlier at the discretion of the board). Since the merger, no further entitlements have accrued to any director under the plan. The residual interests, as interests in a long-term incentive scheme, are set out in the table below:

| | Interest in BP ADSs at 1 Jan 2009 and 31 Dec 2009[a] | Date on which director reaches age 70[b] |
|---|---|---|
| E B Davis, Jr | 4,490 | 5 Aug 2014 |

[a] No awards were granted and no awards lapsed during the year. The awards were granted over Amoco stock prior to the merger but their notional weighted average market value at the date of grant (applying the subsequent merger ratio of 0.66167 of a BP ADS for every Amoco share) was $27.87 per BP ADS.
[b] For the purposes of the regulations, the date on which the director retires from the board at or after the age of 70 is the end of the qualifying period. If the director retires prior to this date, the board may waive the restrictions.

## Past directors

Mr Miles (who was a non-executive director of BP until April 2006) was appointed as a director and non-executive chairman of BP Pension Trustees Limited in October 2006. During 2009, he received £150,000 for this role.

Dr Walter Massey (who retired as a non-executive director of BP in April 2008) was appointed to the BP America External Advisory Council in April 2008 for a period of two years. During 2009, he received US$93,750 for this role.

This directors' remuneration report was approved by the board and signed on its behalf by David J Jackson, company secretary, on 26 February 2010.

92

CONFIDENTIAL

BP-HZN-2179MDL04961517

BPD351-013634