# Exhibit 19

Confidential

## GROUP OPERATIONS RISK COMMITTEE MINUTES

| Meeting No. 9 | 29 January 2007 |
|---|---|

**Members Present:** J Manzoni (Chair)
A Hayward
I Conn
J Mogford
J Baxter
V Cox
A Inglis
S Flynn (Sec)

**Attending:** CJ Warner
WE Armstrong
A Quinn
R Blyweert

### Agreements/ Discussion

### 1. SEEAC Meeting Preparation

Preparation for SEEAC agreed.

### 2. S&O Audit

Audit programme and progress reviewed. Audit programme with any changes and summary results to be formally reviewed quarterly and results included in Orange Book. For 2006 it was agreed that prior independent audits can be assessed against the S&O protocols to determine audit scope and priority but that S&O must assure on equivalence.

### 3. Baker Panel Meeting – Follow-up

Reflections following Washington meeting shared. Agreements:
- Assess options for Group-wide process safety Stand-Down on March 23rd (Action: J Mogford).
- Conduct targeted process safety survey alongside PAS.
- Process safety definition to be reviewed by S&O FAM (Action: S Flynn)
- Holistic risk assessment process to be used to prioritise site actions.
- OMS Wave 2 participants to be identified through risk assessment (including technical and leadership/culture) by mid-year.

1 of 2

CONFIDENTIAL

BP-HZN-2179MDL02286246

TREX-07203

Exhibit No. 7203
Worldwide Court Reporters, Inc.