# Exhibit 20

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## CONFIDENTIAL

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Andy Inglis

**VOLUME 2**

JULY 22, 2011

## COPY



Systems Technology for the Litigation World

Litigation Group ◆ Court Reporting ◆ Video Production ◆ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1         A.    You read that correctly.
 2         Q.    Okay.  And -- and Mr. Daly was
 3   reporting this to you.  What was the occasion
 4   for him sending this e-mail to you, which
 5   included information about the Macondo well
 6   and these serious losses that were being
 7   taken as of April 6th, 2010?
 8         A.    I had a weekly meeting with my
 9   senior executive team, which I believe was on
10   the -- which I believe was on the 6th of
11   April, which I believe was on a Tuesday.
12         Q.    What if --
13         A.    He was reporting progress in --
14   on the exploration wells.
15         Q.    Thank you.  I apologize for
16   stepping over you there, sir.
17               What, if anything, did you
18   instruct Mr. Daly and/or anyone else at BP to
19   do when you were informed on April 6th that
20   serious losses of mud were being taken on the
21   Macondo well?
22         A.    I asked my chief of staff to
23   find out if we were still taking losses on
24   the well and what the status of the well was.
25         Q.    Was it a concern to you, as it,
```

**PURSUANT TO CONFIDENTIALITY ORDER**