# Exhibit 23

Confidential

Lord Browne

## GoM: Deepwater Horizon Drilling Rig Commitment

The attached Long Term Commercial Commitment FM requests authority to enter into a five year rig contract ($365m - $585m gross, c.$180m - $290m net) with Transocean for the Deepwater Horizon. Transocean have a strong desire to lengthen their portfolio and have not offered anything except a five year contract. The rig's day rate has been negotiated to a fixed, competitive rate of $275k/day for the first two years, and will be adjusted according to an agreed market rate formula for years three through five.

The proposed five year contract is supported on the following basis:
- The Gulf of Mexico has sufficient rig work in the plan to underpin a five year single string operation even in the minimum case, where exploration is unsuccessful;
- With 10,000ft capacity, the Horizon is technically capable of performing all of the activity required by the GoM plan;
- Experience has shown that it is very difficult to beat the market rate for 5th generation drilling rigs. In a tight market, our strategy is to access high performing rigs, creating value through enhanced operational efficiency. Recent performance by the Horizon on the Atlantis batch drilling programme and the Stones exploration well has been close to Best in Class.

This decision requires RCM endorsement since the gross commitment exceeds the $250m delegation held by the E&P Chief Executive. The Gulf of Mexico drilling rig market is extremely tight at present and we have negotiated a deadline of 14th April for execution of the contact, which is ahead of the next RCM meeting. I have consulted with the other members of the RCM and they have offered their support. I request your endorsement of this decision.

AGI
29th March 2005

Exhibit No. 6318
Worldwide Court
Reporters, Inc.

TREX-06318

BP-HZN-2179MDL0234483

DWD-FM-2005-20                                                                       Confidential

# Finance Memorandum – Long Term Commercial Commitment
## BP Exploration & Production Inc. – Gulf of Mexico Deepwater SPU
## Transocean Deepwater Horizon Rig Contract

### Request
Approval is sought to enter into a five year rig contract for the Transocean Deepwater Horizon. The rig's day rate has been negotiated at a fixed, competitive rate of $275k/day for the first two years, and will be adjusted according to an agreed market rate formula for years three through five. The total gross BP financial commitment will range from $365m - $585m, based on the range of possible rig rates for the last three years between $150 – 350k/day, with a most likely exposure of $475m, assuming a longer run rate of $250k/day.

### Strategic Context
The Deepwater SPU Annual Plan assumes steady state exploration and appraisal drilling activity through to 2010, and beyond. On average, the SPU expects to drill 3-4 operated exploration wells per year (excluding ILX), discover 300 mmboe net per year, appraise and develop two thirds of these discoveries, and increase production to a sustained rate of about 600 mboed.

The GoM DW SPU mobile rig programme through to 2010 is shown in Attachment 1, comprising Exploration (Corex and ILX), Follow-on Success, Appraisal, Development and Production Intervention operations. The programme can be considered as firm through to mid-2007 and all those activities except follow-on success are in the Annual Plan. No rigs are currently contracted after July 2008 (when the Development Driller 2, drilling Atlantis development wells, comes off contract).

The most likely GoM DW demand for 5th gen rigs in the 2008 – 2010 period is at least three, with two being viewed as a reasonable downside scenario even if there is no further exploration success. Our base case is to use the Horizon and Confidence rigs to cover this base load of activity. The pace of exploration and appraisal is driven by license expiries in the 2005 - 2007 time period, including the Stones Southwest prospect in May 2006. Due to its ability to operate in 10,000 ft water depth, the Horizon is the only available rig capable of drilling this prospect prior to lease expiry. Additionally, the rig has 35,000 ft drilling depth capability, which is required to drill certain exploration prospects in the current inventory.

The market for 5th Generation rigs is very tight globally, at 100% utilization at least until late 2007. Our strategy is to access and retain high performance rigs which deliver capital productivity advantage through operational efficiency. Extending the Horizon contract is consistent with this strategy. Over the last two years, the rig has demonstrated steady HSE improvement, achieving a 67 percent decrease in TRIR and no DAFWC's. During 2004, the rig delivered a 10 percent improvement in rig operational performance, the Atlantis batch-setting program within 10 percent of technical limit targets, set a new "best in class" sidetrack benchmark, and delivered a new "best" well at Atlantis. The rig most recently drilled the Stones exploration well 50 percent below the expected drilling time and cost.

### Transaction Description
The current Horizon contract expires in September of this year. Transocean have a strong desire to lengthen their portfolio of contracts and have yet to offer BP anything other than a five-year contract for the Horizon. Consequently BP has negotiated a contract extension, with an initial two-year, fixed-rate term, followed by a floating, market-rate based three-year period.

DWD-FM-2005-20 Confidential

The first two years will be at a fixed rate of $275k/day, and years three through five will float at an average of the Transocean 5th Generation Gulf of Mexico DP rig contracts, on which basis the rate will be demonstrably competitive.

A five-year contract is of value to both Transocean and BP. A long-term commitment will enable both parties to focus on rig performance and operational efficiency. Similar specification rigs, for which longer term contracts have been recently agreed, have cost in the $250 - 270k/day range. Indications are that rates are still increasing and that short-term hires will soon exceed $300k/day. In a recent RFP, Transocean bid less capable rigs to BP for GoM DW appraisal at $300k/day and it is reasonable to expect that a two year contract with Transocean for the Horizon, if such an outcome could be achieved, would result in an even higher rate.

### Risks & Mitigations

The Horizon is technically capable of performing all of the likely rig work in the DW GoM during the proposed 5 year contract. This includes exploration, appraisal and development drilling as well as subsea well intervention. These activities are currently planned to be spread over a number of rigs, with contracts expiring between 1Q 2006 and 2Q 2008 (see Attachment 1). Risks to the 5yr Horizon demand profile are mitigated by evaluating the forward program as each rig contract comes up for renewal, and prioritizing work to the Horizon in the event of uncertainty in the future program. The first decision point will be at the extension of the Ocean Confidence contract later in 2005. In the unlikely event that the GoM DW SPU cannot support a continuous 5th generation rig program between 2008-2010, the following options are available:

- Use the Horizon for work which would normally require a lower spec'd rig, potentially increasing the cost of that work;
- Farm out the Horizon to other operators – the competitive day-rate contract would make the Horizon attractive to others;
- Mobilize the rig outside the region to drill elsewhere in the global BP deepwater portfolio.

### Verification

Assurance for this FM has been obtained from the Technology Vice-President for Drilling as well as from Finance, Tax, Legal, and Control.

### Approval Sought

Authority is requested to contract for the Transocean Deepwater Horizon by April 15. The most likely gross BP financial commitment is $475m over a five year period commencing September 18, 2005.

CONFIDENTIAL

DWD-FM-2005-20                                                                 Confidential

_____        Date: _____
Proposed by: DGP Eyton
Business Unit Leader, GoM DW Developments

*[signature: A. J. Inglis]*
_____        Date: 11.4.05
Recommended by AG Inglis,
EVP & Deputy Chief Executive, E&P Segment

*[signature]*
_____        Date: 12/4/05
Supported by AB Hayward
MD & Chief Executive, E&P Segment

_____        Date: _____
Confirmation of RCM Endorsement:
RCM Secretary

_____        Date: _____
Approved by: KW Lang
Officer, BP America, Inc.