# Exhibit 24

DWD – FM – DWD – 2004 – 02          BP America Production Company           Confidential

## Financial Memorandum – U.S. Capital Expenditure
## Gulf of Mexico (GoM) Deepwater Development Business Unit
## Horizon Rig Contract Extension

| Capital Investment | Gross $m (MOD) |
|---|---|
| Sanction Request: One year Horizon Rig Contract Extension ($165k/day) | FM Request |
| | $60 |

### Executive Summary

Authority is sought to extend the Horizon rig contract for one year beyond its current term, which ends September 16, 2004. The rig's day rate has been tentatively negotiated at a competitive rate of $165k/day, resulting in a gross commitment of $60m. This expenditure is included in the adjusted LTP for Appraisal ($82m in 2004 and $172m in 2005). This plan contains twice the number of wells than can be drilled by the Horizon rig, implying that we will also need to spot hires, or alternatively that there is flexibility to reduce the drilling programme without invalidating the decision to extend the Horizon contract.

### Background, Rig Market and Utilization

The appraisal program in GoM Deepwater is an outgrowth of recent exploration success. The Horizon rig has been used during its initial three-year contract term to explore and appraise GoM deepwater prospects. Performance improvements on the rig have been achieved in safety and efficiency (days/10k). An extension of the current contract would allow BP to retain the benefits of these performance improvements, and to appraise a rich opportunity set of options at a competitive rate for a 5th generation enhanced-activity rig. The proposed rate falls within the market range of $140k/day to $185k/day for 5th generation enhanced activity rigs. Puma and Mad Dog Southwest Ridge could utilize a high spec 4th generation rig, the market rate for which is estimated currently at $100k to $120k per day. However, efficiency loss from spot hiring 4th generation 5th generation rigs in place of the Horizon would more than offset the savings of a 4th generation rig. In addition, a 4th generation rig would be less adaptable to changes in the portfolio of drillable options (for example, deepening at Puma resulting from MD Deep success in Paleogene; or with minor upgrade of the Horizon riser system, drilling the Stones prospect in 9600' water depth).

| Rig | BP GoM Deepwater Rig Schedule | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2004 | | | | | | | | | | | | 2005 | | | | | | | | | | | |
| | J | F | M | A | M | J | J | A | S | O | N | D | J | F | M | A | M | J | J | A | S | O | N | D |
| Confidence (5th Gen.) | Mad Dog Deep | | | | Das Bump | | | | Diamondback | | | | Bon Jovi | | | | Kaskida | | | | Cannondale | | | |
| Enterprise (5th Gen.) | Thunder Horse Pre-drills and Completions | | | | | | | | | | | | Thunder Horse Development (Extension needed) | | | | | | | | | | | |
| Horizon (5th Gen.) | Juno | | | | Atlantis PDs | | | | | | | | Atlantis N | | | | Puma* | | | TBells | | Puma* | | |
| Appraisal Spot Rig | | | | | | | | | | | | | | | | | MD SW Ridge | | | Cascade | | | | |
| Exploration Spot Rig | | | | | | | | | | Stones | | | | Cane/Abel* | | | | Simba | | | | Big Kahuna | | |

Additional Drilling Candidates

| Blues Image | Amber | Canyonlands | Bontrager |
|---|---|---|---|
| | | Waimanilo | Tiber |

4th Generation High Spec Rig Candidate

Legend    ☐ DWD    ☐ NAX    ▲ Rig Contract Expiration    △ Rig Contract Extension Expires

The schedule for a one-year extension on Horizon assumes completion of the Atlantis pre-drills. Atlantis North, Puma, and Tubular Bells. Other appraisal prospects such as Mad Dog SW Ridge and Cascade provide further cover. This work totals two rig years of appraisal activity. Exploration success in 2004 will provide further appraisal options in 2005. Should an additional rig program of exploration be approved by the Exploration Forum, this could also be optimised with the Horizon rig.

### Risks

- <u>Reputation, Partner and Legal Risks</u> – BP and Transocean are currently in negotiation regarding the riser break incident for the Transocean Enterprise. To the extent this contract extension is negotiated at the same time as the settlement of the Enterprise contract dispute, a risk exists that



TREX-06316

Exhibit No. 6316
Worldwide Court
Reporters, Inc.

BP-HZN-2179MDL02378626
BP-HZN-2179MDL02378626

CONFIDENTIAL

DWD – FM – DWD – 2004 – 02        BP America Production Company                    Confidential

BP's co-lessees with whom BP utilizes the Horizon could contend that the consideration for the settlement included the extension of the Horizon, and the rate negotiated was too high. However, the risk is minimal because BP can demonstrate the terms of this extension are competitive.

**Alternatives**

- **Alternative spot market rigs** – Although potential savings could be obtained if the market softens, the current market view indicates the market for 5th generation rigs is limited and rig rates are firming such that the Horizon rig rate is competitive within the expected market range. Efficiency losses due to training and learning curves will offset any potential market rate gains.

- **Do Nothing** – Deferral of the identified appraisal activities results in expiry of leases chosen for exploration and appraisal.

**Consultations**

Tax, Finance, Legal, Commercial, FC&A, SCM, and Drilling Head of Discipline have been consulted and support the proposed approach.

**Approval Sought**

Authority is sought for a capital commitment of up to $60m to cover the Horizon one-year contract extension. Approval of this contract will mitigate market exposures to rig availability and price and allow effective execution of the GoM DW appraisal program.

Proposed by: _____        3/5/04
             D. G. P. Eyton, BUL, GoM DW Developments      Date

Supported by: _____        19 April 04
              G. Martion, GoM Head of Drilling & Completions   Date

Supported by: _____        16.3.04
              A. G. Inglis, Group Vice-President, Upstream   Date

Approved by: _____         6 April 04
             Kenny Lang, Officer, BP America Production Co.  Date

CONFIDENTIAL

BP-HZN-2179MDL02378627
BP-HZN-2179MDL0237862[?]