# Exhibit 25

From: Daly, Mike (SJS)
Sent: Tue Apr 06 09:40:47 2010
To: Inglis, Andy G (UPSTREAM)
Cc: Verchere, Christina C; Hopwood, Andy (HOU); Suttles, Doug J; Shaw, Neil; Armstrong, Ellis; Drysdale, Simon F
Subject: Exploration Updates
Importance: High
Attachments: CARTA E&P-CORP 057-2010 Shafe Alexander - Presidente BP Brasil Ltda - BM-C-34.pdf

Andy

I will be en-route to Houston during the Weekly Meeting. The main points of update.

1. Petrobras decided not to pre-empt Maersk on Blk-34.
- Interesting reply to our letter enclosed.

2. Brazil Equatorial Margin Farm-ins.
- Petrobras are asking for a $20m signature bonus, a 2:1 carry and a discovery bonus of $1-2bbl.
- This high level has apparently been set by CNOOC in two of the three basins.
- We will get very clear on our priorities and come up with a counter offer + a Rig.
- We (preferably you and I) need to go and visit Estrella/Moraes soon to establish a more strategic connection with regard to future joint bidding. It has become clear CNOOC are all over everything there. Which will make the PAE issue even more interesting.

3. Macondo is in oil.
- About 100' of M56 pay so far, which is close to prognosis.
- No data on quality of reservoir or oil, but the well is ~100'F lower than expected so that may be good for reservoir quality.
- We are currently taking serious losses which is a concern.
- Secondary target, M55/54 (Isabella equivalent), 1000' ahead. Hopefully we will get there.
- Probably 40mmb net in the bag so far - intent is to tie back to Pompano

4. Other wells now on track - more results coming soon.
- Hodwa just above Aquitanian (Miocene) M15 secondary target - roughly Raven equivalent.
- Fagata drilling ahead in post salt Cretaceous
- Moccassin still drilling ahead in salt, 8000' to salt exit
- Ticker BOP fixed and drilling ahead

5. Neil Piggott came back formally and accepted the Brazil VPX job, based Houston.



6321
Exhibit No. ____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL    TREX-06321    BP-HZN-2179MDL00032979

6. I broadly support Guillermo's proposal to place Shafe as a VP OBO.
- It gives Shafe the key external partners job, covering the NOC and IOC's.
- He will also run the in country exploration operations for Neil.
- It feels like the pragmatic solution given the split site and gives him an LT seat.
- It also gives Ivan the C&EA role and places a very capable Brazilian in an LT position.

7. RCM April 15th
- Ceduna bid as per AtN
- Baffin Bay seismic as per AtN - as its a new country entry.
- Tiber appraisal

8. Prasad has confirmed he will visit us on the 14th.
- Morning in Sunbury,
- Afternoon/Evening meeting with you and ABH.

See you Wednesday 7.30.

Mike

CONFIDENTIAL

BP-HZN-2179MDL00032980


**PETROBRAS**

E&P-CORP 0057/2010

- *CONFIDENCIAL* -
Rio de Janeiro, April 1, 2010

Ilmo. Sr.
Shafe Alexander
Presidente BP Brasil Ltda.
Avenida das Américas 3434 - Bloco 2
Sala 701 - Barra da Tijuca
22640-102 - Rio de Janeiro - RJ - Brasil

Subject: BM-C-34
Reference: Letter dated March 24th, 2010

Dear Shafe,

Reference is made to your letter dated March 24th., 2010, in which BP states its understanding in relation to the Acquisition Agreement on Concession Area BM-C-34.

We are fully aware that the decision related to the pre-emptive rights was in Petrobras hands and considering our internal approval process and the existing time constraints Petrobras decided to waive the existing pre-emption rights under the present conditions agreed.

Nevertheless, we are glad to know that BP would be interested, if possible, in keeping the original participation in the area as we also do believe in its potential.

We take this opportunity to inform you that we have already formally notified Devon about Petrobras' decision to waive the pre-emptive rights under the conditions agreed in the Acquisition Agreement.

Many thanks for your consideration.

Respectfully,

Jose Jorge de Moraes Junior
E&P Corporative
Executive Manager

There are not enclosure(s)

EXPLORAÇÃO E PRODUÇÃO CORPORATIVO
Av. República do Chile, 330/30° andar
20031-170 - Centro - Rio de Janeiro/RJ
Tel: (21) 2144-0479 Fax: (21) 2144-1783

CONFIDENTIAL

BP-HZN-2179MDL00032981