# Exhibit 26

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
       IN RE:  OIL SPILL BY    MDL NO. 2179
 3     THE OIL RIG
       "DEEPWATER HORIZON"     SECTION:  J
 4     IN THE GULF OF
       MEXICO, ON APRIL 20,    JUDGE BARBIER
 5     2010                    MAG. JUDGE SHUSHAN

 6
```

**VOLUME 1 OF 2**

Deposition of **DOUG SUTTLES** taken in the Orleans Room, Pan American Life Center, 601 Poydras Street, New Orleans, Louisiana, on Thursday, May 19, 2011.

**APPEARANCES:**

ON BEHALF OF THE PLAINTIFFS STEERING COMMITTEE:

    WATTS GUERRA CRAFT, LLP
    (BY:  MIKAL WATTS, ESQUIRE
        DAVID V. McLENDON, ESQUIRE)
        W.D. DENIS, ESQUIRE)
    Four Dominion Drive, Bldg. 3, Suite 100
    San Antonio, Texas 78257

```
 1   Exploration Alaska?
 2        A.    Yes, I was at the -- at the
 3   beginning of 2007.
 4        Q.    And did you stay in that
 5   capacity through the end of 2008?
 6        A.    Yes, I did.
 7        Q.    All right.  And then you were
 8   named the chief operating officer of BP
 9   Exploration & Production and moved back to
10   Houston; is that right?
11        A.    That's correct.
12        Q.    Okay.  Who made the decision to
13   make you the chief operating officer?  Was it
14   the board of directors?
15        A.    I was offered the position by
16   Andy Inglis who is the chief executive
17   officer of Exploration & Production.
18        Q.    Okay.  And both of you -- was
19   your direct supervisor when you were the
20   chief operating officer the chief executive
21   officer, Mr. Inglis?
22        A.    Yes, he was my boss.
23        Q.    And from January 1, 2009, up
24   through and including the date of the sinking
25   of the DEEPWATER HORIZON on April the 22nd
```

```
 1   you were the chief operating officer for BP
 2   Exploration & Production; is that right?
 3        A.    Yes, that was my title, yes.
 4        Q.    Now, as I understand it, since
 5   then the chief executive officer of BP, PLC,
 6   Tony Hayward, has been replaced; is that
 7   right?
 8        A.    Tony has left the company, yes.
 9        Q.    All right.  The chief executive
10   officer of BP Exploration & Production, Andy
11   Inglis, has left the company?
12        A.    That's correct.
13        Q.    And you as the chief operating
14   officer of BP Exploration & Production have
15   left the company?
16        A.    I retired at the end of March,
17   yes.
18        Q.    Okay.  And I just wanted to ask
19   you:  At the time that you retired, you were
20   the ripe old age of 50 years old; is that
21   right?
22        A.    Yes, I was.
23        Q.    Was that a voluntary retirement?
24        A.    Yes, it was.
25        Q.    Did anybody ask you to retire?
```

536

```
 1          UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
 2
      IN RE:  OIL SPILL BY    MDL NO. 2179
 3    THE OIL RIG
      "DEEPWATER HORIZON"     SECTION:  J
 4    IN THE GULF OF
      MEXICO, ON APRIL 20,    JUDGE BARBIER
 5    2010                    MAG. JUDGE SHUSHAN

 6
```

14                    **VOLUME 2 OF 2**

15      Deposition of **DOUG SUTTLES** taken in the

16   Mardi Gras Room, Pan American Life Center,

17   601 Poydras Street, New Orleans, Louisiana,

18   on Friday, May 20, 2011.

19

20   **APPEARANCES:**

21   ON BEHALF OF THE PLAINTIFFS STEERING
     COMMITTEE:
22        LEVIN, PAPANTONIO, THOMAS, MITCHELL,
          ECHSNER, RAFFERTY & PROCTOR, PA
23        (BY:  BRIAN H. BARR, ESQUIRE)
          316 S. Baylen Street, Suite 600
24        Pensacola, Florida 32502

25

GAUDET, KAISER, L.L.C.
Board-Certified Court Reporters

1      A.      I don't -- I don't believe it --
2   it -- it says anything about issues related
3   to the DEEPWATER HORIZON event.
4      Q.      Okay, sir.
5      A.      I don't recall it saying
6   anything about that.
7      Q.      Okay.  You did say it was a
8   negotiated agreement?
9      A.      Yes, it was.
10     Q.      Okay.  Now -- and prior -- I'm
11  going to be focusing on -- on the time around
12  April 20, 2011, perhaps some after that.
13             But during the period January 1,
14  2000 -- excuse me -- 2010 through, say,
15  April 30 of 2010, you were the chief
16  operating officer or COO of which company?
17     A.      I -- of BP Exploration &
18  Production, the -- the actual -- I believe my
19  paycheck came from BP North America, but --
20     Q.      Okay.
21     A.      -- I worked for --
22         DEFENSE COUNSEL:
23             Carrie, would you ask him to
24  pull the mike up closer.  The sound system is
25  not working in here.

```
 1                  Object to form.
 2   EXAMINATION BY MR. GODWIN:
 3        Q.    Go ahead, sir.
 4        A.    Yes.  I -- and I am trying to do
 5   my best to answer your question.  I -- the --
 6   the corporate structure of the company
 7   involved a number of subsidiaries around the
 8   world which I had some responsibility and
 9   relationship to, so I -- I actually don't
10   know how to answer your question other
11   than --
12        Q.    Okay.
13        A.    -- to tell you --
14        Q.    Okay.  Let -- let me rephrase
15   it, then.
16              I understand the company, BP, is
17   divided -- the main primary company in London
18   is divided into companies around the world.
19   And I'm talking about Doug Suttles who was
20   the COO for earning -- or E&P earnings --
21   Exploration & Production.
22        A.    Uh-huh.
23        Q.    I simply want to know the name
24   of the company that you were the chief
25   operating officer of.  I'm not interested in
```

```
 1   sales and marketing or legal or any other
 2   aspect of the company.  I want to know the
 3   company that you believe you were the COO of,
 4   if you know.
 5        A.   I'm sorry.  I -- I -- I can't
 6   answer your question.  I -- I just don't know
 7   the --
 8        Q.   Okay.
 9        A.   -- answer to that.
10        Q.   All right.  And -- okay.  And I
11   believe you said that you reported prior to
12   your retirement while you were the COO in
13   most recent times to Mr. Andy Inglis,
14   correct?
15        A.   That's correct, yes.
16        Q.   And -- and tell us, if you will,
17   please, he was the CEO?
18        A.   He -- his -- his title -- at
19   least my understanding of his title was the
20   chief executive officer of Exploration &
21   Production.
22        Q.   Okay.  Of -- of Exploration &
23   Production of which company?
24        MS. KARIS:
25             Object to --
```