# Exhibit 27

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL         )   MDL NO. 2179
     BY THE OIL RIG            )
 4   "DEEPWATER HORIZON" IN    )   SECTION "J"
     THE GULF OF MEXICO, ON    )
 5   APRIL 20, 2010            )   JUDGE BARBIER
                               )   MAG. JUDGE SHUSHAN
 6

 7

 8

 9

10

11

12

13

14

15

16

17              *****************
                    VOLUME 1
18              *****************

19

20      Deposition of NEIL SHAW, taken at the

21   Pan-American Building, 601 Poydras Street, 11th

22   Floor, New Orleans, Louisiana, 70130, on the 26th

23   of October, 2011.

24

25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1                    (Marked Exhibit No. 5673.)
 2                    THE VIDEOGRAPHER:  Today is
 3   Wednesday, October 26th, 2011.  This is the
 4   deposition of Neil Shaw regarding the oil spill of
 5   the oil rig DEEPWATER HORIZON on April 20th, 2010.
 6   The time is 8:38 a.m.  We're on the record.
 7                    NEIL SHAW,
 8   having been first duly sworn, testified as
 9   follows:
10                  E X A M I N A T I O N
11   BY MR. WILLIAMSON:
12        Q.   Please state your name for the record.
13        A.   Neil Shaw.
14        Q.   Who do you work for?
15        A.   Today I work for Bernard Looney.
16        Q.   And how long have you worked for Bernard
17   Looney?
18        A.   One year.
19        Q.   And what do you do for Bernard Looney?
20        A.   I'm senior vice president responsible for
21   or global projects organization.
22        Q.   What is the business of Bernard Looney?
23        A.   Bernard is the executive vice president
24   for developments.
25        Q.   Okay.  Who do you work -- what company do
```

```
 1   12:22 p.m.  We're back on the record.
 2                    E X A M I N A T I O N
 3   BY MR. DART:
 4       Q.  Good afternoon, Mr. Shaw.  My name is
 5   Henry Dart.  I'm special counsel to the Louisiana
 6   Attorney General's office, and I represent the
 7   State of Louisiana.  How are you, sir?
 8       A.  Very well, thank you.
 9       Q.  What company was your payroll employer
10   when you first went to work for BP in 1984?
11       A.  It was BP.
12       Q.  Can you be more specific?  Was there a
13   company name on your paycheck, a corporation name?
14       A.  If there was, I can't remember what it
15   was.  I'm familiar -- it was just I was going to
16   work for BP.
17       Q.  Okay.  Same question, when you became
18   technology of BP for projects and engineering, who
19   were you being paid by?
20       A.  Same -- same answer.
21       Q.  Same answer.
22              And how about when you became head of
23   Gulf of Mexico SPU, same question.
24       A.  Same answer.  I've always seen it as BP.
25   But there may be some different legal entity at
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
        1    the time I was working for them.  I'm not -- I
        2    don't understand the detail of that.
        3         Q.   Well, now that you've been working in the
        4    United States, do you get a W-2 form at the end of
12:23   5    each year?
        6         A.   That's correct.
        7         Q.   All right.  Do you know what corporation
        8    name is on your W-2 form --
        9         A.   I don't.
12:24  10         Q.   -- when you file your taxes?
       11         A.   I don't.
       12         Q.   Okay.  Now, from approximately October of
       13    2007 to October 2009, you were the head of Gulf of
       14    Mexico SPU; is that correct?
12:24  15         A.   That is correct.
       16         Q.   And that meant that you were in charge of
       17    drilling and completions in the Gulf of Mexico?
       18         A.   I was responsible for everything in the
       19    Gulf of Mexico.
12:24  20         Q.   Okay.  Drilling and completions,
       21    production, platforms, everything?
       22         A.   Everything.
       23         Q.   And did that include managing BP's leases
       24    in the Gulf of Mexico?
12:24  25         A.   That was part of the business.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1   THE STATE OF TEXAS    )
 2   COUNTY OF HARRIS      )
 3
 4           I, Donna L. Garza, Certified Shorthand
     Reporter in and for the State of Texas, do hereby
 5   certify that the above and foregoing contains a
     true and correct transcription of all portions of
 6   evidence and other proceedings in the above-styled
     and numbered cause, all of which occurred and were
 7   reported by me.
             I further certify that I am neither
 8   counsel for, related to, nor employed by any of
     the parties or attorneys in the action in which
 9   this proceeding was taken, and further that I am
     not financially or otherwise interested in the
10   outcome of the action.
             GIVEN UNDER MY HAND AND SEAL OF OFFICE,
11   on this, the 26th day of October, 2011.
12
13
                        _____
14                      DONNA L. GARZA
                        TEXAS CSR NO. 4785
15                      Expiration Date:
                        12-31-11
16
17
18   WORLDWIDE COURT REPORTERS, INC.
     Firm Registration No. 223
19   3000 Weslayan, Suite 235
     Houston, Texas   77027
20   (800) 745-1101
21
22
23
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
1        I, NEIL SHAW, have read the foregoing
  deposition and hereby affix my signature that same
2 is true and correct, except as noted above.
3
4              _____
                    NEIL SHAW
5
6
7  STATE OF _____    *
   COUNTY OF _____   *
8
          Before me, _____, on
9  this day personally appeared NEIL SHAW, known to
   me, or proved to me under oath or through
10 _____ (description of identity card or
   other document), to be the person whose name is
11 subscribed to the foregoing instrument and
   acknowledged to me that they executed the same for
12 the purposes and consideration therein expressed.
13        Given under my hand and seal of office on
   this, the _____ day of _____, 2011.
14
15
16              _____
                Notary Public, State of _____
17
18 My Commission Expires: _____
19
20
21
22
23
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

WITNESS NAME: Neil Shaw

DATE TAKEN: October 26, 2011

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

## GENERAL CORRECTIONS:

| PAGE | LINE | CHANGE |
|------|------|--------|
| 9 | 21 | "or" to "our" (wrong word) |
| 12 | 5 | "mismanagement" to "management" (wrong word) |
| 22 | 24 | "Ian" to "Andy" (wrong name) |
| 25 | 16 | "credibly" to "incredibly" (wrong word) |
| 46 | 1 | "It has" to "There are" (wrong words) |
| 49 | 23 | "means for" to "meaningful" (wrong words) |
| 59 | 16 | "no" to "not an" (wrong words) |
| 61 | 16 | "September" to "December" (wrong word) |
| 64 | 9 | "you" to "he" (wrong word) |
| 64 | 24 | "fact?" to "fact." (wrong punctuation) |
| 82 | 2 | "costs active to land" to "costs -- active demand" (wrong words) |
| 83 | 5 | "price" to "prior" (wrong word) |
| 83 | 10 | "use" to "used" (wrong word) |
| 88 | 23 | "familiar with drilling" to "a driller" (wrong words) |
| 89 | 21 | "certainty" to "uncertainty" (wrong word) |
| 89 | 23 | "During" to "After" (wrong word) |
| 93 | 16 | "value" to "valued" (wrong word) |
| 97 | 17 | "I'm" to "I" (wrong word) |
| 109 | 10 | "or" to "our" (wrong word) |
| 123 | 17 | "rights and the skills" to "right sort of skills" (wrong words) |
| 135 | 3 | "to specific" to "two specific" (wrong word) |
| 145 | 9 | "entity of risk" to "entity risk" (extra word) |
| 145 | 14 | "wold" to "would" (misspelling) |
| 149 | 15 | "welding" to "we would" (wrong word) |
| 151 | 9 | "Halliburton" to "helicopter" (wrong word) |
| 171 | 3 | "are. We'll have" to "are -- whether that's" (wrong words) |
| 172 | 20 | "force" to "full set" (wrong word, missing word) |
| 186 | 15 | "context" to "contexts" (wrong word) |
| 198 | 24 | "bottom" to "bottom-up" (missing word) |
| 200 | 13 | "ans" to "and" (wrong word) |
| 201 | 11 | "three are SPUs" to "three SPUs are" (words transposed) |
| 208 | 7 | "BPP" to "VPP" (wrong acronym) |

SIGNED: _[signature]_   DATE: 2 Dec 2011

Page | 1

WITNESS NAME:  Neil Shaw

DATE TAKEN:  October 26, 2011

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

| PAGE | LINE | CHANGE | |
|---|---|---|---|
| 210 | 12 | CHANGE: | "need" to "need to" (missing word) |
| 216 | 21 | CHANGE: | "Calgary" to "Cadre" (wrong word) |
| 217 | 1 | CHANGE: | "almost" to "our most" (wrong word, missing word) |
| 217 | 14 | CHANGE: | "Calgary" to "Cadre" (wrong word) |
| 220 | 8 | CHANGE: | "fully, not" to "fully, I do not" (missing words) |
| 222 | 4 | CHANGE: | "not-com" to "knock-on" (wrong words) |
| 224 | 6 | CHANGE: | "Lori" to "Laurie" (wrong name - twice) |
| 224 | 8 | CHANGE: | "Lori" to "Laurie" (wrong name) |
| 226 | 11 | CHANGE: | "Gere" to "Guerre" (misspelling) |
| 239 | 21 | CHANGE: | "my" to "your" (wrong word) |
| 279 | 20-21 | CHANGE: | "in Total. The French oil company" to "and Total, the French oil company," (wrong word, wrong punctuation) |
| 281 | 7 | CHANGE: | "Ward" to "Warwick" (wrong name) |
| 285 | 18 | CHANGE: | "projects" to "people" (misspoke) |
| 287 | 3 | CHANGE: | "Guam" to "the GoM" (wrong word) |
| 296 | 18 | CHANGE: | "Guam" to "the GoM" (wrong word) |
| 302 | 20 | CHANGE: | "matrix" to "metrics" (wrong word) |
| 320 | 18 | CHANGE: | "who were" to "and under" (wrong words) |
| 321 | 15 | CHANGE: | "convincing" to "satisfying" (wrong word) |
| 324 | 1 | CHANGE: | "3/ 2008" to "through 2008" (wrong words) |
| 340 | 19-20 | CHANGE: | "independents that would review the" to "an independent sort of review" (wrong words) |
| 342 | 9 | CHANGE: | "HORIZON" to "horizon" (wrong word) |
| 342 | 23 | CHANGE: | "specific" to "on that specific" (missing words) |
| 345 | 4 | CHANGE: | "Thierene" to "Thierens" (misspelling) |
| 346 | 13 | CHANGE: | "instance" to "an instance" (missing word) |

SIGNED: _____  DATE: 2 Dec 2011