# Exhibit 28

```
 1                    UNITED STATES DISTRICT COURT
 2                    EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  OIL SPILL BY THE OIL RIG    *   Docket 10-MD-2179
     DEEPWATER HORIZON IN THE            *
 5   GULF OF MEXICO ON APRIL 20, 2010    *   Section J
                                         *
 6   Applies to:                         *   New Orleans, Louisiana
                                         *
 7   Docket 10-CV-02771,                 *   February 27, 2013
     IN RE:  THE COMPLAINT AND           *
 8   PETITION OF TRITON ASSET            *
     LEASING GmbH, et al                 *
 9                                       *
     Docket 10-CV-4536,                  *
10   UNITED STATES OF AMERICA v.         *
     BP EXPLORATION & PRODUCTION,        *
11   INC., et al                         *
                                         *
12   * * * * * * * * * * * * * * * * * *
13
14                    DAY 3, AFTERNOON SESSION
                      TRANSCRIPT OF NONJURY TRIAL
15               BEFORE THE HONORABLE CARL J. BARBIER
                      UNITED STATES DISTRICT JUDGE
16
17   Appearances:
18
     For the Plaintiffs:         Domengeaux Wright Roy
19                                  & Edwards, LLC
                                 BY:  JAMES P. ROY, ESQ.
20                               556 Jefferson Street, Suite 500
                                 Post Office Box 3668
21                               Lafayette, Louisiana 70502
22
     For the Plaintiffs:         Herman Herman & Katz, LLC
23                               BY:  STEPHEN J. HERMAN, ESQ.
                                 820 O'Keefe Avenue
24                               New Orleans, Louisiana 70113
25
```

| | | |
|---|---|---|
| 04:25 | 1 | CV were put in at the beginning.  If not, I am admitting them. |
| 04:25 | 2 |         **MR. GODWIN:**  Thank you, sir. |
| 04:25 | 3 |         **THE COURT:**  Who is up next for the plaintiffs? |
| 04:26 | 4 |         **MR. STERBCOW:**  The PSC calls Mark Bly, Your Honor. |
| 04:26 | 5 |         **MARK BLY,** |
| 04:26 | 6 | having been duly sworn, testified as follows: |
| 04:26 | 7 |         **THE DEPUTY CLERK:**  State your full name and correct |
| 04:26 | 8 | spelling for the record, please. |
| 04:26 | 9 |         **THE WITNESS:**  My name is Mark Bly, M-A-R-K, B-L-Y. |
| 04:27 | 10 |         **MR. STERBCOW:**  May it please the Court, Paul |
| 04:27 | 11 | Sterbcow, plaintiffs steering committee, on cross-examination. |
| 04:27 | 12 |         **CROSS-EXAMINATION** |
| 04:27 | 13 | **BY MR. STERBCOW:** |
| 04:27 | 14 | **Q.**  Good afternoon, Mr. Bly. |
| 04:27 | 15 | **A.**  Good afternoon. |
| 04:27 | 16 | **Q.**  Let's begin with your background, please. |
| 04:27 | 17 |         **MR. STERBCOW:**  If we could pull up D-2747, |
| 04:27 | 18 | TREX-22784. |
| 04:27 | 19 | **BY MR. STERBCOW:** |
| 04:27 | 20 | **Q.**  My understanding, Mr. Bly, is that you have degrees in |
| 04:27 | 21 | both civil engineering and structural engineering, correct? |
| 04:27 | 22 | **A.**  That's correct. |
| 04:27 | 23 | **Q.**  Civil engineering from the University Cal Davis, |
| 04:27 | 24 | structural engineering degree from the University of California |
| 04:27 | 25 | Berkeley, correct? |

|  |  |  |
|---|---|---|
| 04:49 | 1 | group. But, yeah, for the sake of argument, that's what it |
| 04:49 | 2 | would be. |
| 04:49 | 3 | **Q.** In addition to that, next to you would have been a -- I'll |
| 04:49 | 4 | call it a sister group called group engineering? |
| 04:49 | 5 | **A.** I don't recognize those as two separate groups at that |
| 04:49 | 6 | point. |
| 04:49 | 7 | **Q.** Were they one? |
| 04:49 | 8 | **A.** Yeah. |
| 04:49 | 9 | **Q.** So based on your knowledge and your participation, |
| 04:49 | 10 | obviously, group safety and operations integrity and group |
| 04:49 | 11 | engineering were really one -- I'll call it unit -- at that |
| 04:49 | 12 | point, not two separate divisions? |
| 04:49 | 13 | **A.** Correct. |
| 04:49 | 14 | **Q.** Were they both, as this chart reflects, part of executive |
| 04:49 | 15 | management of BP? |
| 04:49 | 16 | **A.** No, not -- with the definition I hold, which is membership |
| 04:50 | 17 | on the executive team, they were not. |
| 04:50 | 18 | **Q.** Did you report directly to executive management? |
| 04:50 | 19 | **A.** I did. |
| 04:50 | 20 | **Q.** Were you also, as of 2008, a member -- if you look at the |
| 04:50 | 21 | far left -- the group operating risk committee, which we have |
| 04:50 | 22 | come to know as GORC? |
| 04:50 | 23 | **A.** Yes. |
| 04:50 | 24 | **Q.** What was the responsibility of that committee? |
| 04:50 | 25 | **A.** So the GORC is the executive management level committee |

| | | |
|---|---|---|
| 04:50 | 1 | charged with monitoring safety performance, performance -- |
| 04:50 | 2 | managing safety performance across the company. |
| 04:50 | 3 | **Q.** At this point in 2008, who was the CEO? |
| 04:50 | 4 | **A.** Tony Hayward. |
| 04:50 | 5 | **Q.** He was a member of that committee, correct? |
| 04:50 | 6 | **A.** He was, yes. |
| 04:50 | 7 | **Q.** Mr. Baxter was a member of that committee? |
| 04:50 | 8 | **A.** Yes, he was a sitting member. |
| 04:50 | 9 | **Q.** Was he part of the group engineering team? |
| 04:50 | 10 | **A.** Yes, he was. |
| 04:50 | 11 | **Q.** You were a member of that committee? |
| 04:50 | 12 | **A.** Yes, I was. |
| 04:50 | 13 | **Q.** That committee was specifically charged with the |
| 04:50 | 14 | responsibility of dealing with safety issues? |
| 04:50 | 15 | **A.** That's right. |
| 04:50 | 16 | **Q.** How often did you meet? |
| 04:51 | 17 | **A.** Six times a year, if I had to estimate.  It was more than |
| 04:51 | 18 | once a quarter.  I think it was six to seven times a year. |
| 04:51 | 19 | **Q.** Those meetings were in London? |
| 04:51 | 20 | **A.** Usually, yes. |
| 04:51 | 21 | **Q.** Did that committee, if I understand correctly, set and |
| 04:51 | 22 | then ensure implementation of global BP safety policy on a |
| 04:51 | 23 | grand -- a broader scale? |
| 04:51 | 24 | **A.** Yeah.  I don't remember the committee spending time |
| 04:51 | 25 | setting policy.  It more spent time reviewing risk management, |

MARK BLY - CROSS

04:51  1  safety management, and safety performance in the company.
04:51  2  　　　　I think safety policy would have been discussed. I
04:51  3  guess you could say they set policy, but it wasn't really what
04:51  4  the committee met for. It was more to look at performance and
04:51  5  progress.
04:51  6  **Q.** When you looked at performance and progress in the
04:51  7  committee meetings, which would have included you, Mr. Baxter
04:51  8  and the CEO, Dr. Hayward, were you specifically looking at the
04:52  9  safety performance of the various SPUs or units of BP across
04:52  10  the globe?
04:52  11  **A.** Yes. That's exactly what it was looking at.
04:52  12  **Q.** You would look at it with a critical eye?
04:52  13  **A.** Very much.
04:52  14  **Q.** If you saw things that needed to be changed, you would
04:52  15  discuss it and discuss how to take action if action was
04:52  16  necessary?
04:52  17  **A.** Yes. That was part of the conversation.
04:52  18  **Q.** That committee had the authority, if necessary, to dictate
04:52  19  to -- if you go down -- exploration and production, Gulf of
04:52  20  Mexico SPU, etc., changes in safety policy. Is that correct?
04:52  21  **A.** Yeah. Because the nature -- the nature of that committee
04:52  22  is that it's comprised of the heads of those chains. So they
04:52  23  are there with the CEO reviewing performance. So they are the
04:52  24  authorities at the top of those operating organizations.
04:52  25  **Q.** You said the committee met once about every eight weeks?

04:52 1 **A.** I said six. I think it was a bit more than four times a
04:52 2 year, so I'm estimating six to seven times a year.
04:52 3 **Q.** The meetings were in London?
04:52 4 **A.** Yes, most of the time.
04:53 5 **Q.** Is it fair to stay that in that membership in the group
04:53 6 operating risk committee, from 2008 through April 2010, would
04:53 7 have placed you in a position of being on top of and extremely
04:53 8 knowledgeable of BP's global safety policy, problems with the
04:53 9 policy, and any changes that needed to be made to the policy?
04:53 10 **A.** I'm not sure if I understand what you mean by *BP's global*
04:53 11 *safety policy*. As I say, it was more to look at performance of
04:53 12 the -- safety performance of the various parts of the company.
04:53 13 **Q.** I will rephrase it.
04:53 14 Would that position have given you access to
04:53 15 information and involved you in conversations with other
04:53 16 executives where you specifically discussed safety performance
04:53 17 in the various units of BP throughout the world?
04:53 18 **A.** Yes, it would have.
04:53 19 **Q.** So you knew what was going on?
04:53 20 **A.** Yes, at a high level. At a high level.
04:53 21 **Q.** At a high level.
04:53 22 **A.** Because you are looking at, you know, information covering
04:53 23 a very large company. But yes, indeed.
04:53 24 **Q.** And you, in the position that you had after all the years
04:54 25 that you had been with the company and all the promotions that

MARK BLY - CROSS

| | | |
|---|---|---|
| 04:54 | 1 | you had attained, I would assume brought to the committee |
| 04:54 | 2 | experience in drilling engineering, offshore construction, |
| 04:54 | 3 | exploration and production, drilling and completions. You were |
| 04:54 | 4 | able to bring all of that amassed experience to these meetings |
| 04:54 | 5 | when you-all would discuss these safety issues? |
| 04:54 | 6 | **A.** Yes, I guess that's right. |
| 04:54 | 7 | **Q.** So if there may have been an issue that involved drilling |
| 04:54 | 8 | engineers in the Gulf of Mexico or production personnel in |
| 04:54 | 9 | Egypt, those are the type of issues that you could engage |
| 04:54 | 10 | conversation with these other executives in, intelligent |
| 04:54 | 11 | conversation? |
| 04:54 | 12 | **A.** Yeah. I think I would have been able to, yeah. |
| 04:54 | 13 | **Q.** In fact, you did? |
| 04:54 | 14 | **A.** And did, indeed. |
| 04:54 | 15 | **Q.** Because that's what you-all discussed? |
| 04:54 | 16 | **A.** Yeah. |
| 04:54 | 17 | **Q.** It's my understanding that at some point -- and it may |
| 04:54 | 18 | have been in '08, when you became group head of safety and |
| 04:54 | 19 | operations -- that you were appointed to oversee the worldwide |
| 04:54 | 20 | group-wide operating management system implementation; is that |
| 04:55 | 21 | correct? |
| 04:55 | 22 | **A.** Yes. |
| 04:55 | 23 | **Q.** OMS? |
| 04:55 | 24 | **A.** OMS. |
| 04:55 | 25 | **Q.** Now, is OMS a system that you actually created? |

MARK BLY - CROSS

05:01 1 **Q.** At the executive level.
05:01 2 **A.** The main subsidiary meetings, you know, on down in the
05:01 3 operating organizations. But at the executive level, that was
05:01 4 our primary caucus for working on safety issues.
05:01 5 **Q.** In terms of your implementation activities, did you
05:01 6 actually physically travel to different locations, different
05:01 7 specific performance units within BP, to assist with OMS
05:01 8 implementation in those areas?
05:01 9 **A.** I didn't personally, no.
05:01 10 **Q.** You didn't go?
05:01 11 **A.** No.
05:01 12 **Q.** Did you monitor that activity?
05:01 13 **A.** Yes. We had -- after the rollout, we -- our goal was to
05:01 14 have the implementation, the switchover to OMS accomplished,
05:01 15 and all of the subparts of the company by the end of 2010.
05:02 16 There were some specific steps that the company -- that the
05:02 17 units had to accomplish to make that switchover. We monitored
05:02 18 the -- you know, the switchover, so we could track who had
05:02 19 successfully made the switch to OMS and watch that go through
05:02 20 the two-year period.
05:02 21 **Q.** Was that something that you did alone, or was that
05:02 22 tracking process part of what the group operating risk
05:02 23 committee did?
05:02 24 **A.** That was one of the things that the GORC looked at.
05:02 25 **Q.** If the GORC had a problem or an issue, say, with the OMS

MARK BLY - CROSS

| | | |
|---|---|---|
| 05:02 | 1 | implementation in refining or in production, would the GORC |
| 05:02 | 2 | communicate questions, concerns, back down to that specific |
| 05:02 | 3 | area of the company? |
| 05:02 | 4 | **A.** Yeah. In this case what you would see is a typical GORC |
| 05:02 | 5 | review looking at OMS progress, an assessment of where the |
| 05:02 | 6 | various units were. If it was seen that some units were |
| 05:02 | 7 | falling behind the pace that they had set out to achieve, then |
| 05:03 | 8 | there might be a conversation. But typically, the leader of |
| 05:03 | 9 | that part of the organization would then engage in a |
| 05:03 | 10 | discussion, you know, a performance discussion with that part |
| 05:03 | 11 | of the company. |
| 05:03 | 12 | **Q.** Were there specific goals set, to your knowledge -- let's |
| 05:03 | 13 | say North American refining. Was there a specific goal that |
| 05:03 | 14 | the BP group operating risk committee executive management |
| 05:03 | 15 | wanted OMS fully implemented, in whatever division it was, by a |
| 05:03 | 16 | certain date? |
| 05:03 | 17 | **A.** So we didn't set that goal that way. We said we had an |
| 05:03 | 18 | overall goal of having every one done by the end of 2010. |
| 05:03 | 19 | Underneath of that objective, we allowed or we |
| 05:03 | 20 | encouraged the operating organizations, so the R&M business and |
| 05:03 | 21 | the E&P business, to set their own -- or agree to their own |
| 05:03 | 22 | pace of transformation with the SPUs. |
| 05:04 | 23 | **Q.** Okay. |
| 05:04 | 24 | **A.** So we didn't attempt to set one rigid goal for all of the |
| 05:04 | 25 | subsets. We said, We would like to have this done in two years |