# Exhibit 30





Compilation of fact witness testimony, documents and research.



D-2672