# Exhibit 31



Board of Directors

# Executive Management

**Tony Hayward**
Group CEO

Group
Operating
Risk Committee

Group
Engineering

Group Safety
and
Operations
Integrity

**Byron Grote**
Chief Financial
Officer

**Andrew Inglis**
Chief Executive
Exploration and
Production

**Iain Conn**
Chief Executive
Refining and
Marketing

**Robert Dudley**
Managing Director

**Robert Bondy**
Group General
Counsel

**Sally Bott**
Executive
Vice President, HR

**Steve Westwell**
Executive
Vice President
Group Chief of Staff

**Lamar McKay**
Executive Vice
President

BP.com, Executive Management
(http://web.archive.org/web/20100422230748/http://www.bp.com/managedlistingsection.do?categoryId=9021802&contentId=7040609)

Exploration and Production

Compilation of fact witness testimony,
documents and research.

**SEARCH**

**Click to view
Bly Investigation Team**

D-2674