# Exhibit 33

## P.L.C. Involvment with SEEAC/GORC Meetings

| Tab # | Date | Gorc/Seeac | Attendees | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13 | 1/9/08 | SEEAC | Casteel Hayward | Burgmans Inglis | McKillrop Conn | Pearl Mogford | Massey (Ch) | |
| 14 | 1/22/08 | GORC | Hayward (ch) | Inglis | Conn | Mogford | Baxter | Feil |
| 15 | 1/29/08 | SEEAC | Casteel Hayward | Burgmans | McKillrop | Pearl Mogford | Massey (Ch) | |
| 16 | 2/15/08 | GORC | Hayward (ch) | Inglis | Conn | Mogford | Baxter | Feil |
| 18 | 3/6/08 | GORC | Hayward (ch) | Inglis | Conn | Rataj | Baxter Bly | Feil |
| 19 | 3/13/08 | SEEAC | Casteel Hayward | Burgmans | McKillrop Conn | Pearl | Massey (Ch) Bly | |
| 20 | 4/15/08 | GORC | Hayward (ch) | Inglis | Conn | Rataj Mogford | Baxter Bly | Feil |
| 21 | 5/7/08 | SEEAC | Casteel (Ch) Hayward | Burgmans | McKillrop Conn | Pearl Mogford | Bly | |
| 22 | 5/23/08 | GORC | Hayward (ch) | Inglis | Welch | Waligura | Baxter Bly | |
| 23 | 6/13/08 | GORC | Hayward (ch) | Inglis | Conn | Waligura | Bly | Cox |
| 24 | 7/10/08 | GORC | Hayward (ch) | Harlan | Birrell | Mogford Waligura | Baxter Bly | |
| 25 | 7/23/08 | SEEAC | Casteel (Ch) Hayward | Burgmans | McKillrop | Pearl | Bly | |
| 26 | 9/3/08 | GORC | Hayward (ch) | Harlan | Conn | Rios | Baxter Bly | Cox |
| 27 | 10/9/08 | GORC | Hayward (ch) | Inglis | Conn | Rios | Baxter Bly | |
| 28 | 10/23/08 | SEEAC | Casteel (Ch) Hayward | Burgmans | McKillrop Birrell | Pearl Mogford | Bly | |
| 29 | 11/12/08 | SEEAC | Casteel (Ch) Hayward | Burgmans | McKillrop Conn | Pearl | Carroll | |
| 30 | 12/4/08 | GORC | | Inglis | Conn (ch) | Rios | Baxter Bly | |
| 31 | 1/7/09 | SEEAC | Casteel (Ch) Hayward | Burgmans | McKillrop Conn | Pearl Mogford | Carroll Bly | |
| 32 | 2/4/09 | GORC | Hayward (ch) | Inglis | Conn | Rios | Baxter Bly | Cox |

3822

Exhibit No. _____
Worldwide Court
Reporters, Inc.

TREX-03822

# P.L.C. Involvment with SEEAC/GORC Meetings

| Tab # | Date | Gorc/Seeac | Attendees | | | | | |
|---|---|---|---|---|---|---|---|---|
| 35 | 3/12/09 | SEEAC | Casteel (Ch) Hayward | Burgmans | McKillrop Conn | Pearl Mogford | Carroll Bly | |
| 38 | 4/29/09 | GORC | Hayward (ch) | Inglis | Conn | Rios | Baxter Bly | Cox |
| 39 | 5/6/09 | SEEAC | Casteel (Ch) Hayward | Burgmans Inglis | McKillrop | Pearl Baxter | Carroll Bly | |
| 45 | 7/22/09 | SEEAC | Casteel (Ch) Hayward | Burgmans | McKillrop Conn | Pearl | Bly | |
| 47 | 7/31/09 | GORC | Hayward (ch) | Inglis | Conn | Rios | Baxter Bly | |
| 51 | 10/22/09 | SEEAC | Casteel (Ch) Hayward | Burgmans | | Pearl | Bly | |
| 54 | 11/6/09 | GORC | Hayward (ch) | | Conn | Rios | Baxter Bly | Westwell |
| 55 | 11/11/09 | SEEAC | Casteel (Ch) Hayward | Burgmans | McKillrop Conn | Pearl | Carroll | |
| 66 | 2/3/10 | GORC | Hayward (ch) | Inglis | Conn | Rios | Bly | Westwell |
| 72 | 2/24/10 | SEEAC | Casteel (Ch) Hayward | Burgmans | Conn | Pearl | Bly | |
| 77 | 3/24/10 | SEEAC | Casteel (Ch) Hayward | Burgmans Inglis | Anderson Conn | Pearl | Carroll Bly | Davis |
| 84 | 5/14/10 | GORC | | | Conn (ch) | | Baxter | Westwell |
| 85 | 5/20/10 | SEEAC | Casteel (Ch) | | Anderson Conn | Pearl Baxter | Carroll | |
| 86 | 7/21/10 | SEEAC | Casteel (Ch) Hayward | Burgmans Inglis | Anderson Conn | Pearl Baxter | Yilmaz | |
| 87 | 8/2/10 | GORC | | Inglis | Conn (ch) | Baxter | | Westwell |
| 88 | 8/24/10 | SEEAC | Casteel (Ch) Hayward | Burgmans Dudley | Anderson Conn | Pearl Baxter | | |
| 89 | 9/17/10 | SEEAC | Casteel (Ch) | Burgmans | Anderson | Pearl Baxter | Carroll | |
| 90 | 10/21/10 | SEEAC | Casteel (Ch) | Burgmans Dudley | Anderson | Pearl Baxter | Carroll Bly | |
| 91 | 11/10/10 | GORC | Dudley (ch) | Looney | Conn | Fryar | Baxter | Westwell |