# Exhibit 34

# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME | | | | TAX YR. |
|---|---|---|---|---|
| BP EXPLORATION & PRODUCTION INC. | | | | 2010 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE | | |
|---|---|---|---|---|
| 2625238 | 1996/06/10 | | | |

| PRINCIPAL PLACE OF BUSINESS | PHONE NUMBER |
|---|---|
| 501 Westlake Park Boulevard | 630/821-2024 |
| HOUSTON TX 77079 United States | |

| REGISTERED AGENT | AGENT NUMBER |
|---|---|
| THE CORPORATION TRUST COMPANY | 9000010 |
| CORPORATION TRUST CENTER | |
| 1209 ORANGE STREET | |
| WILMINGTON                     DE 19801 | |

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 2001/12/20 | | COMMON | 250 | 10.000000 |
| | | PREFERRED | 7,000 | .100000 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| W.T. MANGAN | | |
| 501 Westlake Park Boulevard | | TAX OFFICER |
| HOUSTON TX 77079 United States | | |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP |
|---|---|
| BRENDA PENNINGTON | |
| 501 Westlake Park Boulevard | |
| HOUSTON TX 77079 United States | |
| D.B. PINKERT | |
| 501 Westlake Park Boulevard | |
| HOUSTON TX 77079 United States | |
| DENISE ROBERTSON | |
| 501 Westlake Park Boulevard | |
| HOUSTON TX 77079 United States | |

=====================================================================
Total number of directors: 3

NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| W.T. MANGAN | | |
| 501 Westlake Park Boulevard | 2011-01-13 | TAX OFFICER |
| HOUSTON TX 77079 United States | | |