# Exhibit 35


Suttles
EXHIBIT NO. 2410

## BP Major Incident Announcement
## URGENT

*BP CONFIDENTIAL: contains BP confidential business information – do not forward*

Send by e-mail to the relevant distribution list. Add other addressees as necessary to meet BU or Regional requirements, e.g. Local Management Team or Joint Venture partner.

| SPU/Business Unit: | GoM | | |
|---|---|---|---|
| Country: | USA | Location of Incident: | GoM |
| Date of Incident: | 4/20/2010 | Time of Incident: | 2200 |

**Contact:** James Dupree

**Brief account of Incident:**

At approximately 2200 hours, the Transocean Deepwater Horizon, a contracted drilling rig working for BP in the GoM, reported the rig was on fire, and several personnel were injured. Personnel were primarily evacuated via the rig lifeboats. The United States Coast Guard responded with search and rescue and additional vessels in the area rendered aid. 11 of the 126 personnel on board remain unaccounted for while search and rescue continues. 17 personnel were medivac'd and the remainder are in transit to shore via supply vessel. RTA 1:15am Thursday.

| Fatalities: | Control<br>Work-related | Control<br>Not work-related | Influence<br>Work-related | Influence<br>Not work-related |
|---|---|---|---|---|
| Employee | 0 | 0 | 0 | 0 |
| Contractor | Undertermined | 0 | 0 | 0 |
| Third party | Undertermined | 0 | 0 | 0 |

**Business impact/damage/loss:** Environmental, Reputation, delay of planned activity, shut in of production

**External agencies involved:** US Coast Guard, Minerals Management Service, National Response Center

**News media coverage seen:** Local, National and Global Media coverage.

**What assistance has been requested:** BP Incident Management Team

| BP person in charge of response/Investigation: | Response: Doug Suttles<br>Investigation: Mark Bly | Business Unit Leader: | James Dupree |
|---|---|---|---|
| Office telephone: | 281 366 3969<br>44 207 496 4616 | Office telephone: | 281 366 5519 |

| Mobile telephone: | 832 276 3740<br>44 7917 553 609 | Mobile telephone: | 832 289 4229 |
|---|---|---|---|
| Home telephone: | N/A | Home telephone: | N/A |

BP-HZN-2179MDL01626507<br>BPD187-112956