# Exhibit 37

## Hild, David G

**From:** Employee Communications
**Sent:** Tuesday, June 22, 2010 10:09 PM
**Subject:** Message from Tony Hayward: Formation of Gulf Coast Restoration Organization

**Expires:** Friday, July 23, 2010 5:00 PM

### Formation of Gulf Coast Restoration Organization

I would like to announce further details of the new organization which we are creating to manage our long-term response to the Deepwater Horizon incident.

The response to the incident in the Gulf of Mexico continues to be my highest priority. In order to ensure BP meets our commitment to restore the Gulf Coast, we will transition to a permanent organization. The organization is dedicated to fulfilling our clean up responsibilities, and to supporting the long-term effort to restore the Gulf Coast and starting to rebuild trust in BP.

More than a thousand BP staff are working on the response throughout the Gulf region and have devoted all their energies for two months now to marshalling BP's resources to contain the spill, protect the shore and support the businesses and families impacted.

Our commitment to the Gulf States is for the long-term. And that requires a more permanent sustainable organization to see it through. Today I am announcing the formation of the **Gulf Coast Restoration Organization.**

Effective immediately, **Bob Dudley** is appointed President and CEO of the Gulf Coast Restoration Organization, reporting directly to me. Bob comes to this role with 30 years of experience, most recently as Managing Director for Asia and the Americas. Having grown up in Mississippi, Bob has a deep appreciation and affinity for the Gulf Coast, and believes deeply in BP's commitment to restore the region.

This new organization will deal with all aspects of the response and ensure we fulfill our promises to the people of the Gulf Coast, and work to restore the environment. This will include:

- Executing our ongoing clean-up operations, and all associated remediation activities;
- Coordinating with government officials, including the National Incident Commander, Admiral Thad Allen, the Governors and local officials from the Gulf States, to meet our commitments as effectively and efficiently as possible;
- Keeping the public informed;
- Implementing the $20 billion escrow account established to assure we meet our obligations through the claims process; and
- Understanding the impact of the spill on the environment.

Also effective immediately, BP's Gulf States response activities, centered in the Unified Command with the Coast Guard in New Orleans, will now report to Bob.

The establishment of this new organization in no way limits the resources of BP that are available to meet our responsibilities to clean up the spill and restore the Gulf.

**Doug Suttles**, who has been fully dedicated to our response activities since the incident occurred, will

1

continue to lead these operations in New Orleans for a period of time in order to ensure continuity of activities. I want to take this opportunity to thank Doug for the job he is doing as BP's lead in the Unified Area Command. A Deputy will be appointed to allow a transition over time for Doug to return to his position as Chief Operating Officer for the global Exploration and Production Segment.

The first priority for Bob will be to ensure continuity in our operations in the Gulf during this transition. Bob's responsibilities as Managing Director for Asia will now be assumed by **Iain Conn**, Chief Executive Officer for BP's global Refining and Marketing Segment.

All activities to plug the well and contain the flow of oil into the Gulf will continue to be held by BP's Exploration and Production Segment.

**Lamar McKay**, Chairman and President, BP America, will continue to focus on BP's ongoing US business, and will work closely with Bob to rebuild the reputation of BP in America. This will take time.

I would like to express my deep gratitude to the extended team that has been so dedicated to our response. It is vitally important that those of you currently involved in the response effort continue to fulfill your roles. Over the coming days, more details on the new organization will be announced by Bob.

BP employees around the world recognize that the long-term success of BP depends on the success of this new organization. And I am confident that the people within the Gulf Coast Restoration Organization will have the full support of BP employees everywhere. As I've said before, all the resources of BP are available to meet our responsibilities in the Gulf region. BP has been a partner to communities around the world throughout our company's one hundred year history. And in establishing this new organization, we are not only living up to our commitments, but building for a long and successful future in the US.

**Tony Hayward**
**Group Chief Executive**


**Further information:**

Visit Gulf of Mexico response (bp.com) or

Follow BP America on Facebook or Twitter

CONFIDENTIAL

BP-HZN-2179MDL07721912
BPD684-015902