# Exhibit 39

**SENATE COMMITTEE ON ENERGY AND NATURAL RESOURCES HOLDS A HEARING ON THE DEEPWATER HORIZON OIL RIG ACCIDENT, PANEL 2**

**MAY 11, 2010**

SPEAKERS: SEN. JEFF BINGAMAN, D-N.M. CHAIRMAN SEN. BYRON L. DORGAN, D-N.D. SEN. RON WYDEN, D-ORE. SEN. TIM JOHNSON, D-S.D. SEN. MARY L. LANDRIEU, D-LA. SEN. MARIA CANTWELL, D-WASH. SEN. ROBERT MENENDEZ, D-N.J. SEN. BLANCHE LINCOLN, D-ARK. SEN. JEANNE SHAHEEN, D-N.H. SEN. MARK UDALL, D-COLO. SEN. DEBBIE STABENOW, D-MICH. SEN. EVAN BAYH, D-IND.

SEN. BERNARD SANDERS, I-VT.

SEN. LISA MURKOWSKI, R-ALASKA RANKING MEMBER SEN. RICHARD M. BURR, R-N.C. SEN. BOB CORKER, R-TENN. SEN. JEFF SESSIONS, R-ALA. SEN. JIM BUNNING, R-KY. SEN. JOHN BARRASSO, R-WYO. SEN. SAM BROWNBACK, R-KAN. SEN. JIM RISCH, R-IDAHO SEN. JOHN MCCAIN, R-ARIZ. SEN. ROBERT F. BENNETT, R-UTAH

WITNESSES: LAMAR MCKAY, PRESIDENT AND CHAIRMAN, B.P. AMERICA, INC.

STEVEN NEWMAN, PRESIDENT AND CHIEF EXECUTIVE OFFICER, TRANSOCEAN LIMITED

TIM PROBERT, PRESIDENT, GLOBAL BUSINESS LINES, CHIEF HEALTH, SAFETY AND ENVIRONMENTAL OFFICER, HALLIBURTON

[*] BINGAMAN: Our second panel is composed of witnesses from the three companies that are most immediately involved in the operation on the Deepwater Horizon drilling rig in the days and hours leading up to this catastrophic failure.

B.P. is the integrated exploration and production company that was ultimately the primary operator of the well being drilled. Its representative on this panel is Lamar McKay, president and -- chairman and president of B.P. America.

Transocean Limited was the owner and operator of the Deepwater Horizon drilling rig that exploded on April 20th. It is the primary offshore drilling contractor in the deep waters of the Gulf of Mexico, providing rigs to many of the deepwater exploration and development wells. And it is -- its representative on this panel is Steven Newman, its chief executive officer.

Halliburton is the oil field services provider that was subcontracted to provide a -- a range of services on the Deepwater Horizon, including the cement and casing program of the

7369
Exhibit No. _____
Worldwide Court Reporters, Inc.

BP-HZN-2179MDL01787718

TREX-07369

well that experienced the disastrous blowout. Its representative on this panel is Tim Probert, the president of Global Business Lines and chief health, safety and environment officer.

As I indicated before, we're asking all witnesses to please be sworn today. If each of you would stand, raise your right hand, I'll administer the oath to you.

Do you solemnly swear that the testimony you're about to give to the Senate Committee on Energy and Natural Resources shall be the truth, the whole truth, and nothing but the truth?

Please be seated.

As with the previous panel, your entire statement, written statement will be made part of the record. And we would ask that each of you take five or six minutes to make the main points that you think we need to understand, starting with you, Mr. McKay, and then Mr. Newman, and then Mr. Probert.

Go right ahead.

MCKAY: Thank you, Chairman. Chairman Bingaman, Ranking Member Murkowski, members of the committee, my name is Lamar McKay, and I am the chairman and president of B.P. America.

We have experienced a tragic series of events. Three weeks ago tonight, 11 people were lost in an explosion and a fire aboard the Transocean Deepwater Horizon, and 17 others were injured.

My deepest sympathies go out to the families and friends who have suffered such a terrible loss and to those in the Gulf Coast communities whose lives and livelihoods are being impacted.

Over the last few days, I've seen the response firsthand, and I've talked with the men and women on the front lines. There is a deep and steadfast resolve to do all we humanly can to stop the leak, contain the spill, and to minimize the damage suffered by the environment and the people of the Gulf Coast.

As a responsible party under the Oil Pollution Act, we will carry out our responsibilities to mitigate the environmental and economic impacts of this incident. Our efforts are part of a unified command that was established within hours of the accident and provides a structure for our work with Departments of Homeland Security and Interior, as well as Defense, Energy, OSHA, and other federal agencies, as well as affected state and local governments and Transocean.

We are grateful for the involvement of President Obama and members of his cabinet and for the leadership, direction and resources they have provided. We're also grateful to the

BP-HZN-2179MDL01787719

governors, congressional members, state agencies, and local communities of Mississippi, Alabama, Louisiana, Texas and Florida.

MCKAY: I want to underscore that the global resources of B.P. are committed to this effort and have been from the outset. Nothing is being spared. Everyone understands the enormity of what lies ahead and is working to deliver an effective response at the wellhead, on the water, and at the shoreline.

Before I describe our around-the-clock efforts to respond to this series of events, I want to reiterate our commitment to find out what happened.

Figuring out what happened and why it happened is a complex process. We are coordinating with the joint investigation by the Departments of Homeland Security and Interior and investigations by Congress. In addition, B.P. has commissioned an internal investigation whose results we plan to share so we can all learn from these terrible events.

I want to be clear: It's inappropriate to draw any conclusion before all the facts are known. As we speak, our investigation team is locating and analyzing data, interviewing available witnesses, and reviewing and assessing evidence. And today I think it's important to give you and the American public an idea of the questions we are asking.

There are really two key sets of questions here, and we're actively exploring both of them. First, what caused the explosion and fire on board Transocean's Deepwater Horizon rig? Second, why did Transocean's blowout preventer, the key failsafe mechanism, fail to shut in the well and release the rig?

With respect to the first question, the key issue we are examining is how hydrocarbons could have entered the wellbore. B.P., as a lease-holder and the operator of the well, hired Transocean to drill that well. Transocean, as owner and operator of the Deepwater Horizon drilling rig, had responsibility for the safety of drilling operations.

We don't know yet precisely what happened on the night of April 20th, but what we do know is that there were anomalous pressure test readings prior to the explosion. These could have raised concerns about well control prior to the operation to replace mud with seawater in the well in preparation for setting of the cement plug. Through our investigation, we hope to learn more about what happened and what was done in the hours before the explosion.

Apart from looking at the causes of the explosion, we are also examining why the blowout preventer -- the BOP, as it's called -- did not work as the ultimate failsafe to seal the well and prevent an oil spill. Clearly, the BOP remains a critical piece of equipment throughout all operations to ensure well control up until the time the well is sealed with a cement plug and is temporarily abandoned.

We will continue full-speed ahead with our investigation, keeping all lines of inquiry open until we find out what happened and why. At the same time, we're fully engaged in efforts to respond to these events.

Our subsea efforts to stop the flow of oil and secure the well involved four parallel and concurrent strategies. Activating the BOP would be the preferred course, since it would stop or diminish the flow at the source. Unfortunately, this has proved unsuccessful so far.

We are working on a containment system which will place large enclosures or containment chambers atop the leaks and conduct flow to a ship at the surface. There have been technical challenges, however. Engineers are now working to see if these challenges can be overcome.

We have begun to drill the first of two relief wells designed to intercept and permanently secure the original well. We began drilling the first relief well on May 2nd and expect to begin drilling the second relief well later this week. This operation could take approximately three months.

A fourth effort known as a top kill uses a tube to inject a mixture of multi-sized particles directly into the blowout preventers to cap the well. It's a proven industry technique, and it's been used worldwide, but never in 5,000 feet of water.

On the open water, a fleet of about 300 response vessels has been mobilized, and about 1 million feet of boom is now in place, with more than a million more feet available. We are also attacking the spill area with Coast Guard-approved biodegradable dispersants, which are being applied from planes and boats.

We have also developed and tested a technique to apply dispersant at the leak point on the seabed. The EPA is carefully analyzing options for this technique's further use.

To protect the shoreline, we are implementing what the U.S. Coast Guard has called the most massive shoreline protection effort ever mounted: 13 staging are in place, and over 4,000 volunteers have already been trained.

We -- we recognized that there are both environmental and economic impacts. B.P. will pay all necessary cleanup cost and is committed to paying legitimate claims for other loss and damages caused by the spill.

Tragic and unforeseen as this accident was, we must not lose sight of why B.P. and other energy companies are operating in the offshore, including the Gulf of Mexico. The gulf provides 1 in 4 barrels of oil produced in the United States, a resource our economy requires.

B.P. and the entire energy industry are under no illusions about the challenge we face. We know that we will be judged by our response to this crisis. We intend to do

BP-HZN-2179MDL01787721

everything in our power to bring this well under control, to mitigate the environmental impact of the spill, and to address economic claims in a responsible manner.

No resource available to this company will be spared. I can assure you that we and the entire industry will learn from this terrible event and emerge from it stronger and safer.

Thank you for the opportunity to appear before you today. I'd be happy to answer your questions.

BINGAMAN: Thank you.

Mr. Newman, go right ahead.

NEWMAN: Chairman Bingaman, Ranking Member Murkowski, and other members of the committee, I want to thank you for the opportunity to speak with you today.

My name is Steven Newman, and I am the chief executive officer of Transocean Limited. Transocean is the leading offshore drilling contractor with more than 18,000 employees worldwide.

I am a petroleum engineer by training, and I have spent years working with and on drilling rigs. I have worked at Transocean for more than 15 years, and I am incredibly proud of the contributions our company has made to the energy industry during that time.

Today, however, I sit before you with a heavy heart. The last few weeks have been a time of great sadness and reflection for our company and for me personally.

Nothing is more important to me and to Transocean than the safety of our crew members. And our hearts ache for the widows, parents and children of the 11 crew members, including nine Transocean employees, who died in the Deepwater Horizon explosion.

These were exceptional men. And we are committed to doing everything we can to support their families as they struggle to cope with this tragedy.

Over the last few weeks, we have also seen great acts of courage and kindness in our colleagues and in our communities. That courage and kindness was embodied by the 115 crewmembers who were rescued from the Deepwater Horizon and were as worried about the fate of their colleagues as they were about their own safety.

It was embodied by the brave men and women of the U.S. Coast Guard, who provided on-site response and search-and-rescue efforts, and by the medical professionals and families and friends who received the injured crew members when they arrived on shore.

And it is embodied by our friends and colleagues in Transocean and across the industry who have rallied to help the families of those who were lost.

BP-HZN-2179MDL01787722