# Exhibit 40

Westlaw

2010 WL 2418444 (F.D.C.H.)
2010 WL 2418444 (F.D.C.H.)

Page 1

Federal Document Clearing House
Copyright (c) 2010 Roll Call, Inc.

Verbatim Transcript
June 17, 2010

House of Representatives
Committee on Energy and Commerce, Subcommittee on Oversight and Investigations
Committee Hearing

REP. Bart Stupak Holds a Hearing on the Deepwater Horizon Oil Spill

HOUSE COMMITTEE ON ENERGY AND COMMERCE, SUBCOMMITTEE ON
OVERSIGHT AND INVESTIGATIONS HOLDS A HEARING ON THE
ROLE OF B.P. IN THE DEEPWATER HORIZON EXPLOSION AND
OIL SPILL
JUNE 17, 2010
SPEAKERS:
REP. BART STUPAK, D-MICH.
CHAIRMAN
REP. BRUCE BRALEY, D-IOWA
REP. EDWARD J. MARKEY, D-MASS.
REP. DIANA DEGETTE, D-COLO.
REP. GENE GREEN, D-TEXAS
REP. MIKE DOYLE, D-PA.
REP. JAN SCHAKOWSKY, D-ILL.
REP. MIKE ROSS, D-ARK.
DEL. DONNA M.C. CHRISTENSEN, D-VIRGIN IS.
REP. PETER WELCH, D-VT.
REP. BETTY SUTTON, D-OHIO
REP. JOHN D. DINGELL, D-MICH.
EX OFFICIO
REP. HENRY A. WAXMAN, D-CALIF.
EX OFFICIO
REP. MICHAEL C. BURGESS, R-TEXAS
RANKING MEMBER
REP. GEORGE RADANOVICH, R-CALIF.
REP. JOHN SULLIVAN, R-OKLA.
REP. MARSHA BLACKBURN, R-TENN.
REP. PHIL GINGREY, R-GA.
REP. PARKER GRIFFITH, R-ALA.
REP. ROBERT LATTA, R-OHIO
REP. JOE L. BARTON, R-TEXAS
EX OFFICIO
REP. CHARLIE MELANCON, D-LA.
REP. ANTHONY WEINER, D-N.Y.
REP. JANE HARMAN, D-CALIF.

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

TREX-06001

6801
Exhibit No. _____
Worldwide Court
Reporters, Inc.

2010 WL 2418444 (F.D.C.H.)
2010 WL 2418444 (F.D.C.H.)

Page 25

STUPAK: Let the record reflect the witness answered in the affirmative.
Mr. Hayward, you are now under oath. We'd like to hear an opening statement from you. You may submit a longer statement, if you will, for the record. But if you would, please begin your opening statement. And let me again, on behalf of all members of the committee, we appreciate your willingness to appear here today.
HAYWARD: Thank you.
Chairman Waxman, Chairman Stupak...
PROTESTER: Tony Hayward...
STUPAK: OK.
PROTESTER: (OFF-MIKE)
STUPAK: Suspend, please, sir.
PROTESTER: ... down there! And I think you need to be charged with a crime! You need to go to jail! [****]
STUPAK: Ma'am?
PROTESTER: (OFF-MIKE)
STUPAK: Before we begin again with Mr. Hayward, let me just, again, mention those viewers in audience, emotions run high on this issue. But we have a hearing to conduct here. We're going to conduct our hearing. It's going to be done with proper decorum.
Mr. Hayward, when you're ready. We're going to start the clock over. You may begin.
HAYWARD: Chairman Waxman, Chairman Stupak, Ranking Member Barton, Ranking Member Burgess, members of the committee, I'm Tony Hayward, chief executive of B.P. The explosion and fire aboard the deep water Horizon and the resulting oil spill in the Gulf of Mexico...
STUPAK: Excuse me, Mr. Hayward, I'm going to ask you just to pull that up some. The members are having trouble hearing, probably over the clicking of the cameras. But we're having a little trouble hearing you. If you could just pull it a little closer. Thanks.
HAYWARD: The explosion and fire aboard the deep water Horizon and the resulting oil spill in the Gulf of Mexico never should have happened. And I'm deeply sorry that it did. When I learned that 11 men had lost their lives, I was personally devastated. Three weeks ago I attended a memorial service for those men. And it was a shattering moment.
I want to offer my sincere condolences to their friends and families. I can only begin to imagine their sorrow. I understand how serious the situation is. It is a tragedy.
I want to speak directly to the people who live and work in the Gulf region. I know that this incident has had a profound impact on your lives and caused great turmoil. And I deeply regret that.
I also deeply regret the impact the spill has had on the environment, the wildlife and the ecosystem of the Gulf. I want to acknowledge the questions that you and the public are rightly asking. How could this happen? How damaging is the spill to the environment? Why is it taking so long to stop the flow of oil and gas into the Gulf?
We don't yet have all the answers to these important questions. But I hear and understand the concerns, frustrations and anger being voiced across the country. And I know that these sentiments will

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

2010 WL 2418444 (F.D.C.H.)                                                                     Page 26
2010 WL 2418444 (F.D.C.H.)

continue until the leak is stopped and until we prove through our actions that we are doing the right thing.
Yesterday we met with the president of the United States and his senior advisers. We discussed how B.P. could be more constructive in the government's desire to bring more comfort and assurance to the people of the Gulf Coast beyond the activity we've already done. We agreed in that meeting to create a $20 billion claims fund to compensate the affected parties and pay for the costs of federal, state and local government of the cleanup and environmental mitigation. We said all along that we would pay these costs. And now the American people can be confident that our word is good.
I have been to the Gulf Coast. I have met with fishermen, business owners and families. I understand what they're going through. And I promised them as I'm promising you that we will make this right. After yesterday's announcement I hope that they feel we're on the right track.
I'm here today because I have a responsibility to the American people to do my best to explain what B.P. has done, is doing and will do in the future to respond to this terrible accident. First, we're doing everything we can to secure the well and in the meantime, contain the flow of oil. We're currently drilling two relief wells. We believe they represent the ultimate solution. We expect this to be complete in August.
Simultaneously we've been working on parallel strategies to minimize or stop the flow of oil. While not all of them have been met with success, it appears that our latest containment effort is now containing about 20,000 barrels a day. By the end of June we expect to have equipment in place to handle between 40,000 and 50,000 barrels a day and by mid-July, between 60,000 and 80,000 barrels a day.
HAYWARD: Second, I've been clear that we will pay all necessary clean-up costs. We've mounted what the Coast Guard has recognized as the largest spill response in history. We've been working hard under leadership of unified command to stop the oil from coming ashore. And whilst we're grateful these efforts are reducing the impact of the spill, any oil on the shore is deeply distressing. We will be vigilant in our clean-up.
Third, as I have made clear from the beginning, we will pay all legitimate claims for losses and damages caused by the spill. Those are not just words. We've already paid out more than $95 million, and we've announced an independent claims facility, headed by Ken Feinberg, to ensure the process is as fair, transparent, and rapid as possible.
Fourth, we need to know what went wrong so that we as a company and we as an industry can do better. That is why, less than 24 hours after the accident, I commissioned a non-privileged investigation. I did it because I want to know what happened, and I want to share the results.
Right now, it's simply too early to say what caused the incident. There is still extensive work to do. A full answer must await the outcome of multiple investigations, including the Marine Board.
To sum up, I understand the seriousness of the situation and the concerns, frustrations and fears that have been and will continue to be voiced. I know that only actions and results, not mere words,

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.

2010 WL 2418444 (F.D.C.H.)
2010 WL 2418444 (F.D.C.H.)

ultimately can give you the confidence you seek. I give my pledge as the leader of B.P. that we will not rest until we make this right. We're a strong company, and no resources will be spared. We and the entire industry will learn from this terrible event and emerge stronger, smarter and safer.
Thank you.
STUPAK: Thank you, Mr. Hayward.
One of the bad parts about conducting a hearing, we get interrupted every now and then by votes, and we have three votes pending right now. There's, I think, about 10 minutes remaining on this vote. I would suggest, instead of trying to get into questions, we take a break right now. Let's stand -- stand in recess for 30 minutes. Let's come back at noon and continue this hearing. We'll start with questions from all the members, OK?
This committee will be in recess until 12 noon.
(RECESS)
STUPAK: The committee will come back to order.
When we left off, Mr. Hayward had finished his opening statement. We'll begin with questions. I'll begin.
Mr. Hayward, when I heard about the explosion in the Gulf, the immediate company that popped in my brain was B.P. And that's because the last number of years from Texas City, where people died and -- and 170 people were injured, to the North Slope, the problems we've had there, and B.P.'s own 2007 report on the management accountability project in which it stated there was a culture that evolved over the years that seems to ignore risk, tolerate noncompliance and accepted incompetence. So I wasn't surprised when we heard about the explosion in the Gulf and B.P. was part of it.
Since then, this committee, the Oversight and Investigations Committee of the Energy and Commerce Committee, we have methodically looked at this issue. And I know you have and your company has also. On May 12th we had a hearing, which we looked at a number of things that went wrong. On May 25th our committee, Chairman Waxman and myself, put out a memo that was based on B.P.'s preliminary report, and I'm sure you're familiar with that report, are you not, sir?
HAYWARD: I am.
STUPAK: And then on June 14th, Chairman Waxman and I sent you a letter, 14 pages, where we talk about the crazy well and the nightmare well. Quite frankly, B.P. blew it. You cut corners to save money and time. And as the chief executive officer of B.P., as I stated in my opening, you called for a linear decision-making process. You called for fewer people in the decision-making process. You state an individual's need to be accountable for risk and to manage risk. Therefore, B.P.'s leadership managed their risk in this well. Did you manage the risk properly?
HAYWARD: Since I've been the CEO of this company, I have focused on safe, reliable operations. I've set the tone from the top by making it very clear to everyone in B.P. that safe, reliable operations are our number one priority.
Of course, it's about much more than words. Safety is about three things. It's about plants, it's about people, and it's about process. In the last three years we've invested more than $14 billion

© 2011 Thomson Reuters. No Claim to Orig. US Gov. Works.