# Exhibit 41

```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3

 4    ****************************************************************

 5    IN RE:   OIL SPILL BY THE OIL
      RIG DEEPWATER HORIZON IN THE
 6    GULF OF MEXICO ON APRIL 20,
      2010
 7

 8                                      CIVIL ACTION NO. 10-MD-2179 "J"
                                        NEW ORLEANS, LOUISIANA
 9                                      MONDAY, FEBRUARY 25, 2013

10
      THIS DOCUMENT RELATES TO:
11
      CASE NO. 2:10-CV-02771,
12    IN RE:  THE COMPLAINT AND
      PETITION OF TRITON ASSET
13    LEASING GmbH, ET AL

14    CASE NO. 2:10-CV-4536,
      UNITED STATES OF AMERICA V.
15    BP EXPLORATION & PRODUCTION,
      INC., ET AL
16

17    ****************************************************************

18

19
                          DAY 1   MORNING SESSION
20
                   TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
21
                 HEARD BEFORE THE HONORABLE CARL J. BARBIER
22
                        UNITED STATES DISTRICT JUDGE
23

24

25

                              OFFICIAL TRANSCRIPT
```

```
                    P-R-O-C-E-E-D-I-N-G-S
                   MONDAY, FEBRUARY 25, 2013
                      M O R N I N G   S E S S I O N
                     (COURT CALLED TO ORDER)
```

07:22AM
08:02AM

08:02AM  THE DEPUTY CLERK: All rise.
08:02AM  THE COURT: All right. Good morning, everyone.
08:02AM  VOICES: Good morning, Your Honor.
08:02AM  THE COURT: Be seated.
08:02AM       All right, Stephanie, you may call the case, please.
08:03AM  THE DEPUTY CLERK: Multidistrict Litigation 10-2179, *In re: Oil spill by the oil rig Deepwater Horizon in the Gulf of Mexico on April 20, 2010*; Civil Action 10-2771, *In re: The Complaint and Petition of Triton Asset Leasing GmbH, et al.*; Civil Action 10-4536, *United States of America versus BP Exploration and Production, Incorporated, et al.*
08:03AM  THE COURT: All right. Counsel, I would like to have those counsel who will be appearing during the trial to make an appearance on the record right now, please.
08:03AM  MR. ROY: Your Honor, Jim Roy, good morning, PSC coliaison.
08:03AM  MR. CUNNINGHAM: Your Honor, Robert Cunningham, PSC.
08:03AM  MR. WILLIAMS: Good morning, Your Honor. Duke

**OFFICIAL TRANSCRIPT**

```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3

 4   ****************************************************************

 5   IN RE:  OIL SPILL BY THE OIL
     RIG DEEPWATER HORIZON IN THE
 6   GULF OF MEXICO ON APRIL 20,
     2010
 7

 8                              CIVIL ACTION NO. 10-MD-2179 "J"
                                NEW ORLEANS, LOUISIANA
 9                              WEDNESDAY, FEBRUARY 27, 2013, 8:00 A.M.

10

11   THIS DOCUMENT RELATES TO:

12   CASE NO. 2:10-CV-02771,
     IN RE:  THE COMPLAINT AND
13   PETITION OF TRITON ASSET
     LEASING GmbH, ET AL
14
     CASE NO. 2:10-CV-4536,
15   UNITED STATES OF AMERICA V.
     BP EXPLORATION & PRODUCTION,
16   INC., ET AL

17
     ****************************************************************
18

19

20                    **DAY 3   MORNING SESSION**

21            TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22           HEARD BEFORE THE HONORABLE CARL J. BARBIER

23                   UNITED STATES DISTRICT JUDGE

24

25

                            **OFFICIAL TRANSCRIPT**
```


| | | |
|---|---|---|
| 08:17AM | 1 | Mr. McKay, I prepared this demonstrative based upon |
| 08:17AM | 2 | your deposition testimony, which was in response to questions |
| 08:17AM | 3 | as to what your position was in 2010. |
| 08:17AM | 4 | So I understand, Mr. McKay, in 2010, you were the |
| 08:17AM | 5 | executive -- or an executive vice-president of BP PLC? |
| 08:17AM | 6 | A.   Yes. |
| 08:17AM | 7 | Q.   You were the Chairman and President of BP America, Inc.? |
| 08:17AM | 8 | A.   That's right. |
| 08:17AM | 9 | Q.   You were the Chairman and Director of BP Corporation North |
| 08:17AM | 10 | America, Inc.? |
| 08:17AM | 11 | A.   Correct. |
| 08:17AM | 12 | Q.   Now, I understand from your testimony yesterday and a few |
| 08:17AM | 13 | minutes ago that you've recently received a promotion.  Seven |
| 08:17AM | 14 | weeks, my back calculation was January 1, 2013; is that |
| 08:17AM | 15 | correct? |
| 08:17AM | 16 | A.   Correct. |
| 08:17AM | 17 | Q.   Mr. McKay, if you can tell us with respect to this |
| 08:17AM | 18 | demonstrative, how would that promotion fit into this |
| 08:18AM | 19 | demonstrative? |
| 08:18AM | 20 | A.   Well, the way that BP is organized -- this graph or |
| 08:18AM | 21 | exhibit you have here is at least pieces of it, the BP America, |
| 08:18AM | 22 | the BP Corp North America, and BP Exploration & Production is |
| 08:18AM | 23 | sort of the legal structure of the way the subsidiaries are |
| 08:18AM | 24 | held. |
| 08:18AM | 25 | BP as a global company, which is common with global |

| | |
|---|---|
| 08:18AM 1 | companies, manages its assets and its varied interests, which |
| 08:18AM 2 | are in various subsidiaries around the world, we manage those |
| 08:18AM 3 | through what's called an Exploration & Production segment. |
| 08:18AM 4 | That contains the operating businesses which would manager Gulf |
| 08:18AM 5 | of Mexico, Onshore US, Alaska, those kind of things. |
| 08:18AM 6 | That management structure is, as I said yesterday, |
| 08:18AM 7 | responsible for the safe and reliable operations. Those |
| 08:18AM 8 | businesses around the world, then, in the E&P segment, report |
| 08:18AM 9 | to me. |
| 08:18AM 10 | Q. Let me ask you, Mr. McKay, the BP Exploration & |
| 08:18AM 11 | Production, Inc., the legal entity I have depicted on the |
| 08:18AM 12 | exhibit, is that the company that you're now CEO of? |
| 08:19AM 13 | A. No. That is a subsidiary company that holds the Gulf of |
| 08:19AM 14 | Mexico assets. It legally holds the leases in the Gulf of |
| 08:19AM 15 | Mexico. |
| 08:19AM 16 | Q. The promotion that you got on January 2013 to become Group |
| 08:19AM 17 | CEO of Exploration & Production, that business unit, |
| 08:19AM 18 | Exploration & Production, what company, if any, on this list |
| 08:19AM 19 | does that fall underneath? |
| 08:19AM 20 | A. Well, we have several hundred subsidiaries around the |
| 08:19AM 21 | world. So, as you can imagine, the operating structure, the |
| 08:19AM 22 | way you manage all the assets, is organized in businesses that |
| 08:19AM 23 | don't perfectly match this legal entity structure. |
| 08:19AM 24 | So the -- if you think of -- the way we're organized |
| 08:19AM 25 | right now is we have a worldwide drilling organization that |

| | | |
|---|---|---|
| 08:19AM | 1 | drills wells for us, regardless of the legal entity, around the |
| 08:19AM | 2 | world, whether it be in Egypt, whether it be in the US or |
| 08:19AM | 3 | wherever. |
| 08:19AM | 4 | So we have an organization that reports to me, which |
| 08:19AM | 5 | includes drilling, exploration, production, operations, the |
| 08:20AM | 6 | financial ends, legal, everything. |
| 08:20AM | 7 | Q.   Mr. McKay, are you still an executive vice-president today |
| 08:20AM | 8 | of BP PLC? |
| 08:20AM | 9 | A.   Yes. |
| 08:20AM | 10 | Q.   Are you still the Chairman and President of BP America, |
| 08:20AM | 11 | Inc.? |
| 08:20AM | 12 | A.   No. |
| 08:20AM | 13 | Q.   What's your position at BP America, Inc., if any? |
| 08:20AM | 14 | A.   I was replaced as the chairman of BP America. |
| 08:20AM | 15 | Q.   Are you still the chairman and director of BP Corporation |
| 08:20AM | 16 | North America, Inc.? |
| 08:20AM | 17 | A.   No. |
| 08:20AM | 18 | Q.   Do you have a position with BP Corporation North America, |
| 08:20AM | 19 | Inc. today? |
| 08:20AM | 20 | A.   No.  No. |
| 08:20AM | 21 | Q.   Mr. McKay, in your position at BP PLC, are you part of the |
| 08:21AM | 22 | company's executive management? |
| 08:21AM | 23 | A.   Yes. |
| 08:21AM | 24 | Q.   Mr. McKay, are you on the Board of BP PLC's Gulf of Mexico |
| 08:21AM | 25 | committee? |

**OFFICIAL TRANSCRIPT**

```
08:24AM  1   yeah, they were drilling to be able to do that, yes.
08:24AM  2   Q.   Those drilling operations to completely stop and shut down
08:24AM  3   the oil, those were completely successful operations, weren't
08:24AM  4   they --
08:24AM  5   A.   Yes.
08:24AM  6   Q.   -- Mr. McKay?
08:24AM  7   A.   Yes.
08:24AM  8   Q.   Mr. McKay, in your testimony with Mr. Cunningham
08:24AM  9   yesterday, you mentioned that -- BP's plea agreement,
08:24AM 10   Mr. Cunningham asked you some questions about it.
08:24AM 11             Let's look at the plea agreement.  Let's pull it up.
08:25AM 12             Mr. McKay, this plea agreement was entered by BP
08:25AM 13   Exploration & Production Company, correct?
08:25AM 14   A.   Yes.
08:25AM 15   Q.   Let's go to Exhibit D of the plea agreement.
08:25AM 16            THE COURT:  Could you recite the exhibit number.
08:25AM 17            MR. MILLER:  Sure, Your Honor.  Mr. Cunningham used it
08:25AM 18   yesterday.
08:25AM 19            THE COURT:  2737?
08:25AM 20            MR. MILLER:  No, that was the other one.
08:25AM 21                Plea agreement is TREX 89052.
08:25AM 22            THE COURT:  89052.  Okay.
08:25AM 23                              EXAMINATION
08:25AM 24   BY MR. MILLER:
08:25AM 25   Q.   Mr. McKay, I asked you earlier if you were a member of the
```

**OFFICIAL TRANSCRIPT**

```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3

 4   ***************************************************************

 5      IN RE:  OIL SPILL BY THE OIL
        RIG DEEPWATER HORIZON IN THE
 6      GULF OF MEXICO ON APRIL 20,
        2010
 7

 8                              CIVIL ACTION NO. 10-MD-2179 "J"
                                NEW ORLEANS, LOUISIANA
 9                              Monday, March 4, 2013

10
        THIS DOCUMENT RELATES TO:
11
        CASE NO. 2:10-CV-02771,
12      IN RE:  THE COMPLAINT AND
        PETITION OF TRITON ASSET
13      LEASING GmbH, ET AL

14      CASE NO. 2:10-CV-4536,
        UNITED STATES OF AMERICA V.
15      BP EXPLORATION & PRODUCTION,
        INC., ET AL
16

17   ***************************************************************

18

19
                       **DAY 5 - MORNING SESSION**
20
             TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
21
          HEARD BEFORE THE HONORABLE CARL J. BARBIER
22
                   UNITED STATES DISTRICT JUDGE
23

24

25
```

OFFICIAL TRANSCRIPT

```
11:19:23  1   A.  I recognize that name as well, yes.
11:19:25  2   Q.  Well, did anybody tell you as part of your investigation that
11:19:28  3   Mr. Cunningham was involved to some extent in connection with the
11:19:32  4   design of the cement slurry here with Halliburton, he, working on
11:19:37  5   behalf of Mr. Cunningham, working on behalf of BP?
11:19:39  6   A.  I don't recall that.  If he was, we probably interviewed him.
11:19:44  7   Q.  And Mr. Kellingray, likewise, was another cementing expert.
11:19:48  8   And I want to know, while you brought in CSI, to your knowledge,
11:19:54  9   did anybody interview Mr. Kellingray to determine if he thought
11:19:57 10   that it was appropriate to use other than rig samples for purposes
11:20:03 11   of testing Halliburton's cement.  Did anybody interview that
11:20:06 12   gentleman to your knowledge?
11:20:08 13   A.  I just don't know that.  That would have been Mr. Corser's
11:20:11 14   team.  I don't know if they asked him that question.  I know they
11:20:14 15   spoke with Mr. Kellingray through the investigation, but I don't
11:20:17 16   know if they asked that specific question, no.
11:20:20 17   Q.  All right.  Okay, sir.  And let's turn over -- let's look at
11:20:28 18   BP's contract for the Gulf of Mexico's strategic performance unit
11:20:36 19   between BP and Halliburton.  4477.  Okay.  We've got the contract
11:21:05 20   for the Gulf of Mexico strategic performance unit, offshore well
11:21:10 21   services between BP Exploration and Halliburton Energy Services.
11:21:14 22   Do you see that, sir?
11:21:15 23   A.  Yes, I do.
11:21:15 24   Q.  And we go over to the Page No. 48 of 352.
11:21:22 25           MR. GODWIN:  Just going to go over one sentence or two of
```

OFFICIAL TRANSCRIPT