# Exhibit 42

1                 UNITED STATES DISTRICT COURT

2                 EASTERN DISTRICT OF LOUISIANA

3

4    ****************************************************************

5    IN RE:  OIL SPILL BY THE OIL
     RIG *DEEPWATER HORIZON* IN THE
6    GULF OF MEXICO ON APRIL 20,
     2010
7

8                            CIVIL ACTION NO. 10-MD-2179 "J"
                             NEW ORLEANS, LOUISIANA
9                            TUESDAY, FEBRUARY 26, 2013, 8:00 A.M.

10

     THIS DOCUMENT RELATES TO:
11
     CASE NO. 2:10-CV-02771,
12   *IN RE:  THE COMPLAINT AND*
     *PETITION OF TRITON ASSET*
13   *LEASING GmbH, ET AL*

14   CASE NO. 2:10-CV-4536,
     *UNITED STATES OF AMERICA V.*
15   *BP EXPLORATION & PRODUCTION,*
     *INC., ET AL*
16

17   ****************************************************************

18

19
                       **DAY 2   MORNING SESSION**
20
               TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
21
            HEARD BEFORE THE HONORABLE CARL J. BARBIER
22
                  UNITED STATES DISTRICT JUDGE
23

24

25


                       **OFFICIAL TRANSCRIPT**

1                    **P-R-O-C-E-E-D-I-N-G-S**

2              TUESDAY, FEBRUARY 26, 2013

3            M O R N I N G   S E S S I O N

4              (COURT CALLED TO ORDER)

5

08:01AM  6

08:01AM  7        THE DEPUTY CLERK:  All rise.

08:01AM  8        THE COURT:  Good morning, everyone.

08:01AM  9        VOICES:  Good morning, Your Honor.

08:01AM 10        THE COURT:  Please be seated.

08:01AM 11            All right.  Everyone ready to proceed?  Any

08:01AM 12   preliminary matters?  If not, the plaintiffs can call their

08:01AM 13   first witness.

08:01AM 14        MR. CUNNINGHAM:  May it please the Court,

08:01AM 15   Robert Cunningham for the PSC, Your Honor.  We call

08:01AM 16   Dr. Bob Bea.

17            THE COURT:  All right.  Very well.

18            THE DEPUTY CLERK:  Would you please raise your right

19   hand.  Do you solemnly swear that the testimony you are about

20   to give is the truth, the whole truth and nothing but the

21   truth, so help you God?

22            THE WITNESS:  I do.

23                   **DR. ROBERT BEA, PE**

24    was called as a witness and, after being first duly sworn by

25     the Clerk, was examined and testified on his oath as follows:

| | |
|---|---|
| 11:17AM 1 | A.    Yes. |
| 11:17AM 2 | Q.    In the period of time 2003, 2004, and 2005, you saw |
| 11:17AM 3 | evidence that BP was attempting to improve a process management |
| 11:17AM 4 | system, correct? |
| 11:17AM 5 | A.    Correct. |
| 11:17AM 6 | Q.    In fact, the fact that BP hired you as a consultant, flew |
| 11:17AM 7 | you to London to work with them for a couple of weeks, is |
| 11:18AM 8 | evidence that BP was showing due care in the area of process |
| 11:18AM 9 | safety. |
| 11:18AM 10 | A.    Well, I can't testify to the due care, but BP was making |
| 11:18AM 11 | significant efforts to develop their process safety management |
| 11:18AM 12 | capabilities. |
| 11:18AM 13 | Q.    That was in as early as 2003, 2004, 2005. |
| 11:18AM 14 | A.    Yes, sir. |
| 11:18AM 15 | Q.    BP was working during that time very diligently to improve |
| 11:18AM 16 | its process safety management system for marine operations; |
| 11:18AM 17 | that's one of the things you talked to them about? |
| 11:18AM 18 | A.    Well, I did talk to them about that.  I can't testify to |
| 11:18AM 19 | the diligently. |
| 11:18AM 20 | Q.    You would agree that you saw evidence that BP was |
| 11:19AM 21 | improving its process safety system during this period of time |
| 11:19AM 22 | that you were talking to them in the early 2000s, correct, sir? |
| 11:19AM 23 | A.    Yes, sir. |
| 11:19AM 24 | Q.    In addition to that, they were showing process in terms of |
| 11:19AM 25 | your being able to see clear evidence that BP's staff was |

11:19AM 1    trying to take advantage of the best knowledge that was

11:19AM 2    available in the process safety field?

11:19AM 3    A.    Please repeat your question.

11:19AM 4    Q.    Sure.  You saw evidence that the BP staff was trying to

11:19AM 5    take advantage of the best available evidence in the process

11:19AM 6    safety field?

11:19AM 7    A.    I saw evidence that some staff were doing that.

11:20AM 8    Q.    Let's look at your deposition, page 86, line 13 to

11:20AM 9    page 87, line 9.

11:20AM 10        I want to look at two questions here with you, please,

11:20AM 11   sir.

11:20AM 12        First, at the bottom -- and we're talking about this

11:20AM 13   period of time early 2000s -- "Did you see other evidence in

11:20AM 14   terms of initiatives that BP was taking at the time to improve

11:20AM 15   its process safety management system?"  And to that you said,

11:20AM 16   "Yes," correct?

11:20AM 17   A.    Correct.

11:20AM 18   Q.    "Like what?"

11:20AM 19        "Well, what they were doing with ships.  That's a process

11:20AM 20   safety management system, too.  And they were working very

11:20AM 21   diligently to improve those marine operations."

11:20AM 22        Did you say that?

11:20AM 23   A.    Yes, sir.

11:20AM 24   Q.    "The work referred to in pipelines, they were very

11:21AM 25   concerned with their pipelines.  Similarly, we saw outreach

11:21AM 1    concerning deepwater floating production facilities."

11:21AM 2         Did you say that?

11:21AM 3    A.   Yes, sir.

11:21AM 4    Q.   For this very period of time that you've been talking

11:21AM 5    about to the Judge today, did you say, "So there was much

11:21AM 6    encouraging evidence that they wanted to tap the best knowledge

11:21AM 7    that we and others had in an attempt to improve their system"?

11:21AM 8         Did you say that?

11:21AM 9    A.   Yes.

11:21AM 10   Q.   Now, at one point, BP sent a team to Houston to -- from

11:21AM 11   Houston to meet with you at your offices at the University of

11:21AM 12   California Berkeley, correct?

11:21AM 13   A.   That's correct.

11:21AM 14   Q.   I believe there were several sets of meetings that took

11:21AM 15   place.

11:21AM 16   A.   That is correct.

11:21AM 17   Q.   During that time, BP was attempting to implement what you

11:21AM 18   have referred to as advanced system reliability concepts within

11:22AM 19   BP's Gulf of Mexico operations?

11:22AM 20   A.   That's correct.

11:22AM 21   Q.   That's a good thing?

11:22AM 22   A.   Yes.

11:22AM 23   Q.   Positive step?

11:22AM 24   A.   Very definitely.

11:22AM 25   Q.   Showing safety-mindedness?

11:22AM  1    A.    Showing process safety-mindedness.

11:22AM  2    Q.    Thank you.

11:22AM  3          There was other encouraging evidence that BP wanted to tap

11:22AM  4    the best knowledge that you and others had to improve safety

11:22AM  5    systems, to include additional meetings that were conducted

11:22AM  6    with you.

11:22AM  7    A.    Would you repeat the question, please?

11:22AM  8    Q.    Right.  In addition to the meetings that took place in

11:22AM  9    Berkeley, there were other interactions, as you have described,

11:22AM 10    with you and with others to understand what was the best

11:22AM 11    available information about process safety at the time?

11:22AM 12    A.    That is correct.

11:22AM 13    Q.    Did you understand that BP was not only meeting with you,

11:22AM 14    but they were meeting with other leaders in the field?

11:23AM 15    A.    Yes.

11:23AM 16    Q.    You would give them good marks for doing that?

11:23AM 17    A.    Yes, I would.

11:23AM 18    Q.    It's an example or evidence of safety-mindedness, at least

11:23AM 19    with regard to those people you were interacting with?

11:23AM 20    A.    Process safety-mindedness, that's correct.

11:23AM 21    Q.    Process safety-mindedness, thank you.

11:23AM 22          Now, the only interaction that you described with BP after

11:23AM 23    2004, I believe, maybe it was 2005, was a meeting that you

11:23AM 24    attended in Normandy, France, in 2007?

11:23AM 25    A.    That's correct, sir.

11:23AM  1    Q.    And that meeting was organized for the purpose of

11:23AM  2    discussing these high reliability concepts that you have

11:23AM  3    introduced to the Court today?

11:23AM  4    A.    That is correct, sir.

11:23AM  5    Q.    It was a large meeting?

11:23AM  6    A.    Approximately 500 people attended.

11:23AM  7    Q.    The number again?

11:23AM  8    A.    Five hundred.

11:24AM  9    Q.    Five hundred people.

11:24AM 10          BP was represented there, as well as other representatives

11:24AM 11    of industry?

11:24AM 12    A.    That's correct.  And government.

11:24AM 13    Q.    Right.

11:24AM 14          The objection that you had that you expressed to BP was

11:24AM 15    that there was a skit that was done at some point during the

11:24AM 16    meeting sessions, and you thought the skit was a little off

11:24AM 17    color for the presentations that were being made?

11:24AM 18    A.    Well, it was not off color.  It was not reflective of

11:24AM 19    quality process safety management.

11:24AM 20          And that was not just my reaction.  My colleagues, for

11:24AM 21    example, Professor Karlene Roberts seated next to me --

11:24AM 22    Q.    But I'm not interested in Ms. Roberts.  I'm asking about

11:24AM 23    you, sir.  In terms of your objection, you objected to a skit

11:24AM 24    that was put on during an lengthy conference to discuss high

11:25AM 25    reliability operations; is that right?

11:25AM 1    A.    Well, the skit was the keynote talk presented by BP to an

11:25AM 2    international, highly qualified group in the area we have

11:25AM 3    called *process safety management*.

11:25AM 4        They employed a troupe of London actors to present process

11:25AM 5    safety concepts as they had come to understand and implement

11:25AM 6    it.  Yes, that was critical.

11:25AM 7    Q.    The only point I'm trying to get to, thank you for that,

11:25AM 8    is the actors guild came from London, you thought it was not an

11:25AM 9    appropriate presentation, and you discussed it with BP.  That's

11:25AM 10   the part I'm trying to get to.

11:25AM 11   A.    Yes, sir, and that's correct.

11:26AM 12   Q.    Thank you.

11:26AM 13       Then you will agree, though, that in the period of time,

11:26AM 14   if we looked at 2006 up to 2010, that BP had in place and in

11:26AM 15   action a number of very significant and positive process safety

11:26AM 16   work streams?

11:26AM 17   A.    Yes, they had them.

11:26AM 18   Q.    Yes.  In fact, BP during that time began a comprehensive

11:26AM 19   review of all of its safety and operational integrity systems?

11:26AM 20   A.    I can't testify to all, but to many.

11:26AM 21   Q.    You agree that BP took positive steps between 2005 and

11:26AM 22   2010 to improve its process safety system?

11:26AM 23   A.    Yes, sir.

11:26AM 24   Q.    During that period of time, let's just take 2006 to 2010,

11:27AM 25   BP expressed a major commitment to a far, far better process

11:27AM 1    safety regime?

11:27AM 2    A.    Yes, it had.

11:27AM 3    Q.    It committed significant resources and personnel to

11:27AM 4    improving its process safety regime?

11:27AM 5    A.    I think that's a fair statement.

11:27AM 6    Q.    One of the things that you look for in high reliability

11:27AM 7    organizations that are emphasizing process safety is statement

11:27AM 8    or statements that are made by leadership where safety is

11:27AM 9    emphasized?

11:27AM 10   A.    When those statements include process safety, yes.

11:27AM 11   Q.    One of the questions we asked you at your deposition was,

11:27AM 12   what other evidence did you find in the course of your analysis

11:28AM 13   in this case; what other evidence did you find in the course of

11:28AM 14   your analysis in this case to suggest that BP was attempting to

11:28AM 15   improve its process safety management system in the years prior

11:28AM 16   to Macondo.

11:28AM 17        Do you remember us asking you that?

11:28AM 18   A.    Yes, sir.

11:28AM 19   Q.    Do you recall telling us, in response to that question,

11:28AM 20   that the positive things that you found about BP in terms of

11:28AM 21   evidence of attempting to improve its process safety system

11:28AM 22   were statements by Dr. Hayward in talks, annual talks; that was

11:28AM 23   one thing you identified from the record?

11:28AM 24   A.    That's correct.

11:28AM 25   Q.    You identified statements from key leadership of BP in

11:28AM 1    London; John Mogford was one of ones you identified?

11:28AM 2    A.    Yes.

11:28AM 3    Q.    Do you recall saying that you found many, many signs of

11:28AM 4    BP's efforts to advance and improve process safety?

11:28AM 5    A.    Yes.

11:28AM 6    Q.    Let me direct your attention on the screen to TREX 06015.

11:29AM 7    Do you see here that this is a transcript of a speech by

11:29AM 8    Tony Hayward?

11:29AM 9    A.    Yes.

11:29AM 10   Q.    If we could pull out 1.1, do you see here that Tony

11:29AM 11   Hayward is conveying -- first of all, by way of background,

11:29AM 12   this is the BP 2008 annual general meeting.  Can you see that

11:29AM 13   on there?

11:29AM 14   A.    Yes.

11:29AM 15   Q.    Here he says, "Safety is our Number 1 priority, and in

11:29AM 16   2007 our overall safety record continued to improve."  Do you

11:29AM 17   see that?

11:29AM 18   A.    Yes, sir.

11:29AM 19   Q.    Now, you mentioned that what you want to see in a high

11:30AM 20   reliability operation is the people at the top making the right

11:30AM 21   kind of statement about process safety, correct?

11:30AM 22   A.    Well, the statement of the talk has to be backed up with

11:30AM 23   effective walk.

11:30AM 24   Q.    Please focus on my question.  I'm talking about

11:30AM 25   communications now.  We're going to come to the walk in a

11:30AM 1    little bit, okay?  Talking about the statements now.  Setting

11:30AM 2    the right tone at the top.  That's important, isn't it?

11:30AM 3    A.   Yes, sir.

11:30AM 4    Q.   In terms of setting tone at the top, Tony Hayward here is

11:30AM 5    saying, "Safety is our Number 1 priority."  Is that the kind of

11:30AM 6    thing you want the CEO to be saying?

11:30AM 7    A.   Yes.

11:30AM 8    Q.   And do you see as to your point about the process safety,

11:30AM 9    "Our intense focus on process safety continues"?  Do you see

11:30AM 10   that?

11:30AM 11   A.   Yes, sir.

11:30AM 12   Q.   Let's look at 07017.  This is in 2010; April 15, 2010.

11:31AM 13        Do you remember being shown in your examination an excerpt

11:31AM 14   from Tony Hayward where he was talking about cost over safety,

11:31AM 15   just in the weeks prior to the blowout, as being something that

11:31AM 16   that effort is continuing within the company?

11:31AM 17   A.   I recall that vaguely, not clearly.

11:31AM 18   Q.   Let's look at what Tony Hayward says in this press

11:31AM 19   release.  Does he say, April 15, 2010, "Our priorities, which

11:31AM 20   lie at the heart of all of our operations, remain safety,

11:31AM 21   people and performance"?

11:31AM 22   A.   Yes.

11:31AM 23   Q.   Is that what you want to see in a safety-minded company in

11:32AM 24   terms of its leadership in terms of how they communicate?

11:32AM 25   A.   Partially.

11:32AM  1    Q.   You would like to see process safety in front of remain

11:32AM  2    safety?

11:32AM  3    A.   Yes, sir.

11:32AM  4    Q.   All right.  So -- but you agree that that is a good,

11:32AM  5    positive statement, the kind of statement that a safety-minded

11:32AM  6    CEO would make?

11:32AM  7    A.   Yes, sir.

11:32AM  8    Q.   Then he says, "Safety remains our Number 1 priority."  Do

11:32AM  9    you see that?

11:32AM 10    A.   Yes, sir.

11:32AM 11    Q.   It's important for a CEO to convey to people in the line

11:32AM 12    that he or she believes that safety is important so that they

11:32AM 13    will feel empowered to take on that concept also, correct?

11:32AM 14    A.   Yes.

11:32AM 15    Q.   By these statements, Tony Hayward is doing that; you see

11:32AM 16    that?

11:32AM 17    A.   Yes, sir.

11:32AM 18    Q.   Now, I want to shift to Andy Inglis.

11:33AM 19         Do you know that Andy Inglis was the CEO of Exploration

11:33AM 20    and Production for BP at the time of the incident?

11:33AM 21    A.   Yes, sir.

11:33AM 22    Q.   I think we looked at a slide where his name was there.

11:33AM 23         Now, let's focus on Exhibit 48157.1.1.

11:33AM 24         Just for the benefit of the Court, while this is coming

11:33AM 25    up, in the BP organization at the time, there was a CEO of

11:33AM 1    Exploration and Production, and that was Andy Inglis, correct?

11:33AM 2    A.    That's correct.

11:33AM 3    Q.    Then the different drilling operations, drilling and

11:33AM 4    completion operations that existed throughout the world, would

11:33AM 5    ultimately be under his authority?

11:33AM 6    A.    That's correct.

11:33AM 7    Q.    Here -- this is just shortly before the incident in 2010,

11:33AM 8    early 2010 -- do you see that Andy is conveying to the people

11:34AM 9    in the drilling organization, "The agenda in the upstream does

11:34AM 10   not change.  It is safety, and it's people performance.  And

11:34AM 11   today, I'm going to start with safety."

11:34AM 12        Do you see that?

11:34AM 13   A.    Yes.

11:34AM 14   Q.    A company that is focused on safety and is safety-minded

11:34AM 15   will start a meeting talking about safety.  That's a positive

11:34AM 16   thing.

11:34AM 17   A.    That's a positive thing.

11:34AM 18        The important proviso is to make clear distinction of what

11:34AM 19   kind of safety we're talking about.  Is it personal safety or

11:34AM 20   process safety?

11:34AM 21   Q.    So he says here, if you look down, "This has become a core

11:35AM 22   cultural value and one we are going to continue to press on,

11:35AM 23   and we cannot be complacent.  I do want to emphasize, nothing

11:35AM 24   changes in terms of safety being our Number 1 priority."

11:35AM 25        Do you see that?

11:35AM 1    A.    Yes, sir.

11:35AM 2    Q.    He doesn't say in this note to all of the people in his

11:35AM 3    organization that his approach is profits over safety, does he?

11:35AM 4    A.    Not here in these statements.  No.

11:35AM 5    Q.    Now, you agree that these statements that we had looked at

11:35AM 6    by senior BP executives are consistent with BP's attempt to set

11:35AM 7    a positive tone from the top with respect to process safety?

11:35AM 8    A.    Well, again, with the proviso that isn't apparent in the

11:35AM 9    statements; you can't tell if it's personal safety or process

11:35AM 10   safety.

11:35AM 11   Q.    Well, we have looked at some that say process safety --

11:36AM 12   A.    And those are excellent.

11:36AM 13   Q.    -- and we've looked at some that say safety.

11:36AM 14   A.    Correct.

11:36AM 15   Q.    I understand that your emphasis is on process safety, but

11:36AM 16   the word "safety" is appearing repeatedly in these statements

11:36AM 17   by executives, and you consider that a good thing?

11:36AM 18   A.    Yes, sir.

11:36AM 19   Q.    Now, I want to turn our attention now to TREX 5962.

11:36AM 20         You are familiar, are you not, sir, with the MMS's Safe

11:36AM 21   Award, are you not?

11:36AM 22   A.    Yes, sir.

11:36AM 23   Q.    The Safe Award is a program that recognizes operating

11:36AM 24   companies which conduct their operations in a safe manner,

11:36AM 25   adhere to all regulatory requirements, employee training, and

11:36AM 1    motivate personnel and enhance safe operations, correct?

11:36AM 2    A.    Correct.

11:36AM 3    Q.    In 2008, BP won the MMS Safe Award for its operations in

11:37AM 4    the New Orleans district and the Houma district, correct?

11:37AM 5    A.    Correct.

11:37AM 6    Q.    That's a nice award for BP to receive.

11:37AM 7    A.    Yes.

11:37AM 8    Q.    If there were problems with BP's process safety management

11:37AM 9    system, BP would not have experienced the type of record needed

11:37AM 10   to have won this award?

11:37AM 11   A.    No.  Those two things don't necessarily connect.

11:37AM 12   Q.    Let me ask you to look at your deposition at page 145,

11:37AM 13   line 9, 5 through 9.

11:37AM 14        Do you see there that we asked you, sir, "Certainly, if

11:37AM 15   there were problems with BP's process safety management system,

11:37AM 16   it would not have experienced the type of record needed to have

11:37AM 17   won that award"?  And was your answer, "That's correct"?

11:38AM 18   A.    Yes.

11:38AM 19   Q.    You have also identified, have you not, sir, the six-point

11:38AM 20   plan as being one of the most notable and important process

11:38AM 21   safety initiatives in BP?

11:38AM 22   A.    Yes.

11:38AM 23   Q.    Another positive thing BP did in the years preceding the

11:38AM 24   Macondo incident was to hire people from outside BP with

11:38AM 25   process safety expertise?

| | | |
|---|---|---|
| 11:38AM | 1 | A.    Yes. |
| 11:38AM | 2 | Q.    That's one of the things that a safety-minded company |
| 11:38AM | 3 | does, is that it tries to bring in people with safety expertise |
| 11:38AM | 4 | to add to the body of knowledge within the company? |
| 11:38AM | 5 | A.    Yes. |
| 11:38AM | 6 | Q.    BP did that in the couple of years, few years leading up |
| 11:38AM | 7 | to the Macondo incident? |
| 11:38AM | 8 | A.    Yes. |
| 11:38AM | 9 | Q.    BP hired John Baxter; he is companywide head of |
| 11:39AM | 10 | engineering? |
| 11:39AM | 11 | A.    Yes. |
| 11:39AM | 12 | Q.    And hired Cheryl Grounds to be a -- to come in from the |
| 11:39AM | 13 | outside with expertise in process safety? |
| 11:39AM | 14 | A.    Yes. |
| 11:39AM | 15 | Q.    You consider those people to be excellent choices and |
| 11:39AM | 16 | people who would add in a significant way to the process safety |
| 11:39AM | 17 | regime at BP? |
| 11:39AM | 18 | A.    Yes. |
| 11:39AM | 19 | Q.    That's the kind of thing that a safety-minded company |
| 11:39AM | 20 | does? |
| 11:39AM | 21 | A.    Yes. |
| 11:39AM | 22 | Q.    BP recruited and hired John Sieg in 2006 to be its |
| 11:39AM | 23 | companywide head of operations, correct? |
| 11:39AM | 24 | A.    Correct. |
| 11:39AM | 25 | Q.    Before joining BP, he had a 35-year career with DuPont? |

11:39AM 1    A.    Yes.

11:39AM 2    Q.    He helped develop BP's operating management system?

11:39AM 3    A.    Yes.

11:39AM 4    Q.    Those are all very positive steps and show

11:39AM 5    safety-mindedness on the part of the company?

11:40AM 6    A.    Yes.

11:40AM 7    Q.    They reflect due care in the area of process safety?

11:40AM 8    A.    They reflect efforts to effectively articulate, document

11:40AM 9    and implement process safety.  I can't judge the due care.

11:40AM 10   Q.    Fair enough.

11:40AM 11         Now, you have mentioned today, I think, the idea of key

11:40AM 12   performance indicators, right?

11:40AM 13   A.    Yes.

11:40AM 14   Q.    Key performance indicators are important in terms of

11:40AM 15   tracking outcome so that you can look at process safety issues?

11:40AM 16   A.    Please repeat your question.

11:40AM 17   Q.    That was a little awkward.  I'll try again.

11:40AM 18         BP was attempting to develop key performance indicators to

11:40AM 19   track process safety?

11:40AM 20   A.    That's correct.

11:40AM 21   Q.    That's one of the things a safety-minded company does?

11:41AM 22   A.    That's correct.

11:41AM 23   Q.    This would be in the period of time before the Macondo

11:41AM 24   blowout?

11:41AM 25   A.    Yes.

11:41AM 1    Q.    Historically -- I think you may have referred to this
11:41AM 2    earlier this morning -- key performance indicators are
11:41AM 3    primarily used for personal safety metrics, have been in the
11:41AM 4    past?
11:41AM 5    A.    Well, there are key performance indicators for both
11:41AM 6    personal and process safety.
11:41AM 7    Q.    Fair.
11:41AM 8    A.    They are different.
11:41AM 9    Q.    Fair.
11:41AM 10        From 2010 to -- 2005 to 2010, BP was developing new
11:41AM 11   performance metrics to track process safety performance?
11:41AM 12   A.    Yes, sir.
11:41AM 13   Q.    You would say that is the right thing for a company to do,
11:41AM 14   that is, to actively engage and track process safety
11:42AM 15   performance metrics?
11:42AM 16   A.    Yes.
11:42AM 17   Q.    It shows a company that's safety-minded?
11:42AM 18   A.    Yes.
11:42AM 19   Q.    Others in the industry were also doing this during this
11:42AM 20   same period of time?
11:42AM 21   A.    Correct.
11:42AM 22   Q.    BP lead one of the key API committees to develop the new
11:42AM 23   process safety performance metrics?
11:42AM 24   A.    Yes.
11:42AM 25   Q.    That's the American Petroleum Institute?

11:42AM 1    A.    Yes.

11:42AM 2    Q.    As a result of that effort, BP began to use new metrics to

11:42AM 3    track process safety performance?

11:42AM 4    A.    Yes.

11:42AM 5    Q.    One of the things that they were tracking was the loss of

11:42AM 6    primary containment?

11:42AM 7    A.    Correct.

11:42AM 8    Q.    Safety critical inspections?

11:42AM 9    A.    Correct.

11:42AM 10   Q.    Volume of oil spills?

11:42AM 11   A.    Correct.

11:42AM 12   Q.    Number of oil spills?

11:42AM 13   A.    Correct.

11:42AM 14   Q.    BP's efforts in developing new KPI's, or key performance

11:43AM 15   indicators, was consistent with a company that is improving its

11:43AM 16   process safety management system?

11:43AM 17   A.    Yes, as long as the key performance indicators are both

11:43AM 18   lagging and leading.

11:43AM 19   Q.    You would compliment BP for taking the actions that we

11:43AM 20   just talked about in terms of developing key performance

11:43AM 21   indicators?

11:43AM 22   A.    Yes, sir.

11:43AM 23   Q.    Now, let's talk about some of the committees and

11:43AM 24   organizations within BP that you have referenced today.

11:43AM 25         You mentioned the SEEAC, or the Safety, Environmental and

11:43AM 1    Ethics Assurance Committee, this morning, correct, sir?

11:44AM 2    A.    Yes.

11:44AM 3    Q.    The SEEAC is a board level committee consisting of

11:44AM 4    independent members of BP's Board?

11:44AM 5    A.    Yes.

11:44AM 6    Q.    The CEO of the company, Tony Hayward, attended the SEEAC

11:44AM 7    meetings?

11:44AM 8    A.    Yes.

11:44AM 9    Q.    To your way of thinking, creating the SEEAC and giving it

11:44AM 10   oversight over safety was a positive development by BP?

11:44AM 11   A.    Yes.

11:44AM 12   Q.    It is evidence that BP was improving its oversight of

11:44AM 13   process safety?

11:44AM 14   A.    Yes.

11:44AM 15   Q.    BP also created an organization or a group that you've

11:44AM 16   referred to as the safety and operations function, correct?

11:44AM 17   A.    Correct.

11:44AM 18   Q.    We call that S&O?

11:44AM 19   A.    Correct.

11:44AM 20   Q.    This group was organized to provide leadership and

11:45AM 21   guidance on process safety issues?

11:45AM 22   A.    Yes.

11:45AM 23   Q.    Again, you would support that in terms of what BP did to

11:45AM 24   emphasize process safety issues through S&O?

11:45AM 25   A.    Yes.

11:45AM 1   Q.   Again, evidence of safety-mindedness?

11:45AM 2   A.   Yes.

11:45AM 3   Q.   Let's look at TREX 45062.  Do you see that this is the

11:45AM 4   Safety & Operations Purpose Statement?

11:45AM 5   A.   Yes.

11:45AM 6   Q.   "The primary purpose of the safety and operation function

11:45AM 7   is to support the reduction of operating risk and improvement

11:45AM 8   of operating performance of the businesses.  The S&O function

11:45AM 9   provides an independent perspective on companywide HSSE and

11:45AM 10  operational risk to the GCE."

11:45AM 11      Do you see that?

11:45AM 12  A.   Yes.

11:46AM 13  Q.   The S&O function was being led by Mr. John Mogford,

11:46AM 14  correct?

11:46AM 15  A.   Correct.

11:46AM 16  Q.   Then later Mr. Bly took over for Mr. Mogford?

11:46AM 17  A.   Yes.

11:46AM 18  Q.   They both directly reported, Bly and Mogford, during their

11:46AM 19  tenures to the CEO?

11:46AM 20  A.   Correct.

11:46AM 21  Q.   Now, I want to talk to you for just a second about

11:46AM 22  resources that were devoted to the S&O function, including the

11:46AM 23  process safety work, okay?

11:46AM 24  A.   Okay.

11:46AM 25  Q.   Do you remember being asked at your deposition if you

11:46AM 1   recall Mr. Mogford's testimony that when he started the S&O

11:46AM 2   function, he was given an unlimited budget by Mr. Hayward?

11:46AM 3   A.   I recall that vaguely.

11:46AM 4   Q.   I'm sorry, I just didn't understand?

11:47AM 5   A.   I recall that vaguely.

11:47AM 6   Q.   Vague.  All right.  Let me see if I can refresh your

11:47AM 7   recollection.

11:47AM 8        Bea transcript 110 at 18 to 111, line one.

11:47AM 9        Do you see the testimony there, "You're familiar with

11:47AM 10  Mr. Mogford's testimony, I assume, that when he started the S&O

11:47AM 11  function, he was given an unlimited budget by Mr. Hayward,

11:47AM 12  correct?"  And what did you say?

11:47AM 13  A.   "Yes."

11:47AM 14  Q.   You have no reason to disagree with that?

11:47AM 15  A.   No.

11:47AM 16  Q.   So this does not -- this testimony here does not present

11:47AM 17  the appearance of a company who is cutting corners in the area

11:47AM 18  of safety, does it?

11:47AM 19  A.   No.

11:47AM 20  Q.   Now, in addition to the safety and operations function,

11:48AM 21  there was also an organization called *the Group Operations Risk*

11:48AM 22  *Committee* --

11:48AM 23  A.   Correct.

11:48AM 24  Q.   -- that also was created in the few years prior to the

11:48AM 25  Macondo accident?

| | | |
|---|---|---|
| 11:48AM | 1 | A.    Correct. |
| 11:48AM | 2 | Q.    We call that the GORC. |
| 11:48AM | 3 | A.    Yes. |
| 11:48AM | 4 | Q.    The GORC is chaired by the Group Chief Executive and |
| 11:48AM | 5 | includes chief executives of the upstream, downstream |
| 11:48AM | 6 | businesses, as well as safety and engineering functional |
| 11:48AM | 7 | leaders? |
| 11:48AM | 8 | A.    Correct. |
| 11:48AM | 9 | Q.    It's in charge of taking an overall view of the risks |
| 11:48AM | 10 | across BP -- |
| 11:48AM | 11 | A.    Correct. |
| 11:48AM | 12 | Q.    -- and making sure that steps are in place to mitigate the |
| 11:49AM | 13 | risks? |
| 11:49AM | 14 | A.    Correct. |
| 11:49AM | 15 | Q.    It also oversees process safety and integrity management? |
| 11:49AM | 16 | A.    Correct. |
| 11:49AM | 17 | Q.    You agree that creating the GORC was a positive step for |
| 11:49AM | 18 | BP to take in improving its process safety management system? |
| 11:49AM | 19 | A.    Yes. |
| 11:49AM | 20 | Q.    Now, in addition to the numerous positive steps that we've |
| 11:49AM | 21 | talked about so far, BP also had in place in the period before |
| 11:49AM | 22 | the Macondo accident well-developed training programs; did it |
| 11:49AM | 23 | not? |
| 11:49AM | 24 | A.    Please repeat your question. |
| 11:49AM | 25 | Q.    Sure.  Before the Macondo incident, BP developed a number |

11:49AM 1    of training programs, correct?

11:49AM 2    A.    That's correct.

11:49AM 3    Q.    You are generally familiar with the training program that

11:50AM 4    BP developed with MIT, known as the *Operations Academy*?

11:50AM 5    A.    Yes, sir.

11:50AM 6    Q.    We had some fun with you in your deposition about that

11:50AM 7    point, saying that you were not an MIT man, but you volunteered

11:50AM 8    you would be happy to go there.

11:50AM 9    A.    That's correct.

11:50AM 10   Q.    All right.  In any event, it's a prestigious institution,

11:50AM 11   and the Operations Academy was designed for senior operations

11:50AM 12   and HSSE managers and emphasized process safety?

11:50AM 13   A.    Yes, sir.

11:50AM 14   Q.    Making an arrangement with a high level institution like

11:50AM 15   MIT to train senior operations and SSE managers is a very

11:50AM 16   positive step in terms of emphasizing process safety?

11:50AM 17   A.    Yes, sir.

11:50AM 18   Q.    It shows safety-mindedness?

11:51AM 19   A.    Yes, sir.

11:51AM 20   Q.    Those programs are not inexpensive, are they?

11:51AM 21   A.    No, they are not.

11:51AM 22   Q.    It's not reflective of a company that was cutting corners

11:51AM 23   as relates to this training program?

11:51AM 24   A.    That's correct.

11:51AM 25   Q.    There was also an S&O learning programs -- there were also

11:51AM 1    S&O learning programs that were established that came into

11:51AM 2    place in around May of 2009.

11:51AM 3    A.   I don't recall the date.

11:51AM 4    Q.   Let's look at Exhibit 5958, please.

11:51AM 5         Do you see this -- I'm sorry, go back to the cover page so

11:51AM 6    that Dr. Bea can see it, please.

11:51AM 7         Do you see this is the Safety and Operations Learning

11:51AM 8    Program, May of 2009?

11:51AM 9    A.   Yes, sir.

11:51AM 10   Q.   If we go to the first pull-out, please.

11:52AM 11        The P&E Academy is at the heart of the BP way of

11:52AM 12   delivering world class projects through a system of continuous

11:52AM 13   improvement over the full asset life cycle.  Do you see that?

11:52AM 14   A.   Yes, sir.

11:52AM 15   Q.   BP had a number of training programs under the P&E Academy

11:52AM 16   to address many issues but including safety issues?

11:52AM 17   A.   Yes, sir.

11:52AM 18   Q.   Including process safety?

11:52AM 19   A.   Correct.

11:52AM 20   Q.   Again, this substantial set of programs reflects

11:52AM 21   safety-mindedness on the part of the company?

11:52AM 22   A.   Yes.

11:52AM 23   Q.   These programs are not inexpensive?

11:52AM 24   A.   They are expensive.

11:52AM 25   Q.   Right.

11:52AM  1    It doesn't reflect a company putting cost over safety in
11:52AM  2    the way that they organized these programs and sent people to
11:53AM  3    these programs to learn about safe operations?
11:53AM  4    A.   That's correct.
11:53AM  5    Q.   Now, one of the things that a safety-minded company will
11:53AM  6    do is utilize safety surveys to see if its messages about
11:53AM  7    safety and process safety are being delivered to the rank and
11:53AM  8    file, correct?
11:53AM  9    A.   Please repeat that question.
11:53AM 10    Q.   Sure, I apologize.  I've switched topics on you.
11:53AM 11         Thinking about how a company understands if its messages
11:53AM 12    about safety are being received in the line, one of the tools
11:53AM 13    that -- one of the tools that are available is organizing and
11:53AM 14    conducting a safety survey?
11:53AM 15    A.   Yes, sir.
11:54AM 16    Q.   In the years before Macondo, BP conducted surveys of its
11:54AM 17    employees and of contractor employees on safety issues.
11:54AM 18    A.   Yes.
11:54AM 19    Q.   One of the documents is called a *Safety Pulse Check*?
11:54AM 20    A.   Yes.
11:54AM 21    Q.   A Safety Pulse Check is just another name for a survey
11:54AM 22    done of employees or contractors regarding their understanding
11:54AM 23    of the safety system --
11:54AM 24    A.   Yes.
11:54AM 25    Q.   -- and whether it's working?

12:35PM  1    Q.   All right.  I want to turn our attention now to BP's

12:35PM  2    interaction with the *Deepwater Horizon* and talk about some

12:36PM  3    examples of BP's concern for safe drilling with the

12:36PM  4    *Deepwater Horizon*.

12:36PM  5         First, let's look at Exhibit 5965, which is a

12:36PM  6    September 28th note from -- 2009, from John Guide to

12:36PM  7    Paul Johnson.  Do you have that there?

12:36PM  8    A.   Yes.

12:36PM  9    Q.   This note says, from Guide to Johnson, "I've been thinking

12:36PM 10    about how to make this meeting worth the time of our field

12:36PM 11    leadership, but first a few admin issues.  I want to move the

12:36PM 12    meeting and would like to rotate any day except Wednesday or

12:36PM 13    Friday, how about once every three weeks.  Promise no more than

12:36PM 14    an hour, unless we need the time.  Have an agenda.  It does not

12:36PM 15    have to be set, but rather concentrate on what has happened and

12:36PM 16    upcoming concerns.  Have data, start, SOC, etcetera, we can

12:37PM 17    share.  What is working, what's not?  How can we help them?

12:37PM 18    This is not a" -- colorful term -- "session.  Add items as you

12:37PM 19    see fit."

12:37PM 20         Do you have that there?

12:37PM 21    A.   Yes, sir.

12:37PM 22    Q.   So by this note, Guide is writing to three individuals,

12:37PM 23    including Paul Johnson at Transocean?

12:37PM 24    A.   Yes.

12:37PM 25    Q.   The e-mail is about a safety meeting?

12:37PM 1   A.   Yes.

12:37PM 2   Q.   Guide is asking Johnson from Transocean, what's working,

12:37PM 3   what's not, and trying to figure out how he can help --

12:37PM 4   A.   Yes.

12:37PM 5   Q.   -- related to the *Deepwater Horizon* --

12:37PM 6   A.   Correct.

12:37PM 7   Q.   -- and Transocean?

12:37PM 8   A.   Correct.

12:37PM 9   Q.   You agree this is a positive thing for Mr. John Guide to

12:37PM 10  have done?

12:37PM 11  A.   Yes.

12:37PM 12  Q.   You agree that the e-mail shows that John Guide cares

12:37PM 13  about safety?

12:37PM 14  A.   He cares about his view in kind of safety.

12:38PM 15  Q.   Well, you agree that Mr. -- this shows Mr. Guide cares

12:38PM 16  about safety?

12:38PM 17  A.   As I said, his implied type of safety.

12:38PM 18  Q.   Mr. Guide is not here just standing on the success of the

12:38PM 19  past six years in terms of how the relationship has gone; he is

12:38PM 20  asking, what more can we do to make our operations even safer?

12:38PM 21  A.   Yes.   This is focussed on, to my knowledge, personal

12:38PM 22  safety.

12:38PM 23  Q.   Having good communications between the representatives of

12:38PM 24  Transocean, that is, those that are on the rig, and BP is

12:38PM 25  important?

12:38PM   1   A.   Yes.

12:38PM   2   Q.   Now, let's look at 5966.1.1.  This is a note from

12:39PM   3   John Guide to Sepulvado sending some town hall slides.  Do you

12:39PM   4   see that?

12:39PM   5   A.   Yes, sir.

12:39PM   6   Q.   If we could look at -- okay, you can go to the next one.

12:39PM   7   5966.4.1.

12:39PM   8        Go to the next one.  We've covered that point.

12:40PM   9        All right.  When we look at this page here, we see that

12:40PM  10   the agenda includes safety, correct?

12:40PM  11   A.   Yes, ma'am.

12:40PM  12   Q.   If with look at this agenda, it's good to list safety as

12:40PM  13   the first item on the agenda?

12:40PM  14   A.   Yes.

12:40PM  15   Q.   You would support that?

12:40PM  16   A.   Yes.

12:40PM  17   Q.   If we look at the slide that we have up now, it's a whole

12:40PM  18   slide about safety, correct?

12:40PM  19   A.   Correct.

12:40PM  20   Q.   On the left side is recordables, 2009 recordables, do you

12:40PM  21   see that?

12:40PM  22   A.   Yes.

12:40PM  23   Q.   On the right side, it says, 2009 process safety.  Do you

12:40PM  24   see that?

12:40PM  25   A.   Yes.

| | | |
|---|---|---|
| 12:40PM | 1 | Q.   Down at the bottom, it has the note, boots on deck and |
| 12:41PM | 2 | visibility on deck.  Do you see that? |
| 12:41PM | 3 | A.   Yes. |
| 12:41PM | 4 | Q.   You agree that boots on deck, visibility on deck is an |
| 12:41PM | 5 | important piece of process safety? |
| 12:41PM | 6 | A.   Yes. |
| 12:41PM | 7 | Q.   Yes? |
| 12:41PM | 8 | A.   Yes. |
| 12:41PM | 9 | Q.   Having leadership focus on process safety visible to the |
| 12:41PM | 10 | rank and file is important for overall process safety? |
| 12:41PM | 11 | A.   Yes. |
| 12:41PM | 12 | Q.   That is being demonstrated by Mr. Guide in this note and |
| 12:41PM | 13 | the slides and agenda that are attached? |
| 12:41PM | 14 | A.   Yes. |
| 12:41PM | 15 | Q.   It's showing safety-mindedness by Mr. Guide? |
| 12:41PM | 16 | A.   Yes. |
| 12:41PM | 17 | Q.   It's an example of Mr. Guide sharing process safety |
| 12:41PM | 18 | information with people like Mr. Sepulvado, who is a well site |
| 12:42PM | 19 | leader on the rig who reports to him? |
| 12:42PM | 20 | A.   Yes. |
| 12:42PM | 21 | Q.   The October 13, 2009, Guide to Johnson re:  HSE |
| 12:42PM | 22 | conversation, evidences a healthy, open-minded approach to |
| 12:42PM | 23 | process safety? |
| 12:42PM | 24 | A.   Repeat your question. |
| 12:42PM | 25 | Q.   Sure.  This note evidences a healthy, safety-minded |

12:42PM 1     approach to process safety?

12:42PM 2     A.   I can't really tell from this document.

12:42PM 3     Q.   You can't comment on beyond what you've already said?

12:42PM 4     A.   Correct.  The keyword is healthy.  If John Guide has a

12:42PM 5     comprehensive understanding of what process safety is, then

12:43PM 6     it's healthy; if not, it's not healthy.

12:43PM 7     Q.   Let me direct your attention, please, sir, to page 215 of

12:43PM 8     your deposition, line 4 through 25.  I'm actually going to

12:43PM 9     focus on the last question and answer at the bottom.

12:43PM 10         Do you see there, we had just gone through the e-mail with

12:43PM 11    you, and the question was asked of you, "That's a healthy,

12:43PM 12    open-minded approach that Mr. Guide is evidencing, isn't it?"

12:43PM 13    And your answer was, "Correct."

12:43PM 14    A.   Correct.

12:43PM 15    Q.   Let's look at TREX 05967.

12:44PM 16         Do you see there, this is an e-mail from Guide to Johnson,

12:44PM 17    on the *Deepwater Horizon*, and others, with the topic of

12:44PM 18    *Horizon*, Transocean, BP, HSE conversation, Thursday, 10/15 --

12:44PM 19    that's October 13, 2009.  Do you see that?

12:44PM 20    A.   Yes.

12:44PM 21    Q.   Do you see it says, "Current state of overall rig HSE,

12:44PM 22    what's working, what's not working, any other items on

12:44PM 23    someone's mind, but this is not a" -- "session.  It's about

12:44PM 24    HSE.  Any constructive conversation is welcome?"

12:44PM 25         Do you see that?

| | | |
|---|---|---|
| 12:44PM | 1 | A.    No.  Oh, the last line, yes. |
| 12:45PM | 2 | Q.    Did I read something wrong? |
| 12:45PM | 3 | A.    No, I think I was catching up with your reading. |
| 12:45PM | 4 | Q.    Are we good now? |
| 12:45PM | 5 | A.    Yes. |
| 12:45PM | 6 | Q.    Thank you. |
| 12:45PM | 7 |         So he's writing to invite recipients to a meeting to |
| 12:45PM | 8 | discuss rig safety, what's working, what's not, the things that |
| 12:45PM | 9 | we've read? |
| 12:45PM | 10 | A.    Correct. |
| 12:45PM | 11 | Q.    This demonstrates a healthy, open-minded approach by |
| 12:45PM | 12 | Mr. Guide with regard to the current state of overall rig HSE? |
| 12:45PM | 13 | A.    Correct. |
| 12:45PM | 14 | Q.    Now, let's look at 05976 quickly. |
| 12:45PM | 15 |         You agree that one of the things that a safety-minded |
| 12:45PM | 16 | company tries to do is to motivate and incentivize people about |
| 12:46PM | 17 | safety? |
| 12:46PM | 18 | A.    Correct.  That's personal safety. |
| 12:46PM | 19 | Q.    Well, you would want to incentivize folks as to all kinds |
| 12:46PM | 20 | of safety, wouldn't you? |
| 12:46PM | 21 | A.    Well, that's true, but people at that pointed end I was |
| 12:46PM | 22 | talking about this morning, they are particularly concerned |
| 12:46PM | 23 | with personal safety. |
| 12:46PM | 24 | Q.    Let me go back to my question.  Do you agree that a |
| 12:46PM | 25 | safety-minded company tries to find ways to motivate and |

12:46PM 1    incentivize people about safety?

12:46PM 2    A.    Yes.

12:46PM 3    Q.    One of the simple ways to do that is to hand out bonus

12:46PM 4    checks or gifts for safe operations?

12:46PM 5    A.    Well, it's simple, but it's not necessarily effective.

12:46PM 6    Q.    Let's look at your testimony on page 251, at line 13.

12:47PM 7    Just tell me if I read this right.

12:47PM 8          "And one of the simple ways they could do that is

12:47PM 9    monetarily; they could hand out bonus checks for safe

12:47PM 10   operations or even provide gifts for safe operations, correct?"

12:47PM 11         Your answer was, "Yes."

12:47PM 12   A.    Yes.

12:47PM 13   Q.    When you see companies do that, you say to yourself,

12:47PM 14   that's a company that actually is thinking about safety, has

12:47PM 15   some degree of safety-mindedness?

12:47PM 16   A.    Yes.

12:47PM 17   Q.    If we could go back to our e-mail.

12:47PM 18         You'll recall that this was an occasion where John Guide

12:47PM 19   was giving duffel bags for safety performance, and the amount

12:47PM 20   was somewhere in the range of about $7,000.  We talked about

12:47PM 21   this in your deposition.

12:47PM 22   A.    I recall, yes.

12:47PM 23   Q.    This is another example of BP, through John Guide, being

12:48PM 24   safety-minded, correct?

12:48PM 25   A.    Personal safety-minded.

1     UNITED STATES DISTRICT COURT

2     EASTERN DISTRICT OF LOUISIANA

3

4 IN RE:  OIL SPILL BY THE OIL RIG &ast; Docket 10-MD-2179
  *DEEPWATER HORIZON* IN THE   &ast;
5 GULF OF MEXICO ON APRIL 20, 2010 &ast; Section J
            &ast;
6 Applies to:       &ast; New Orleans, Louisiana
            &ast;
7 Docket 10-CV-02771,    &ast; February 26, 2013
  *IN RE:  THE COMPLAINT AND* &ast;
8 *PETITION OF TRITON ASSET*  &ast;
  *LEASING GmbH, et al*    &ast;
9            &ast;
  Docket 10-CV-4536,    &ast;
10 *UNITED STATES OF AMERICA v.* &ast;
  *BP EXPLORATION & PRODUCTION,* &ast;
11 *INC., et al*      &ast;
            &ast;
12 &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast;

13

14     DAY 2, AFTERNOON SESSION
     TRANSCRIPT OF NONJURY TRIAL
15   BEFORE THE HONORABLE CARL J. BARBIER
    UNITED STATES DISTRICT JUDGE

16

17 Appearances:

18

19 For the Plaintiffs:    Domengeaux Wright Roy
           & Edwards, LLC
20          BY:  JAMES P. ROY, ESQ.
          556 Jefferson Street, Suite 500
21          Post Office Box 3668
          Lafayette, Louisiana 70502

22

23 For the Plaintiffs:    Herman Herman & Katz, LLC
          BY:  STEPHEN J. HERMAN, ESQ.
24          820 O'Keefe Avenue
          New Orleans, Louisiana 70113

25

ROBERT BEA - CROSS

| | | |
|---|---|---|
| 02:20 | 1 | In a high reliability organization, a company that is |
| 02:20 | 2 | willing to stop drilling when they think it's too dangerous |
| 02:20 | 3 | rather than to keep going ahead to try to find oil deeper down, |
| 02:20 | 4 | that's a safety-minded company? |
| 02:20 | 5 | **A.**   Yes. |
| 02:20 | 6 | **Q.**   New topic, Houma week.  I'll show you a document. |
| 02:21 | 7 | **MR. BROCK:**  Pull up 47414, please. |
| 02:21 | 8 | **BY MR. BROCK:** |
| 02:21 | 9 | **Q.**   Do you see this is a March 28, 2010 e-mail from Joe |
| 02:21 | 10 | Neumeyer re the Houma leadership week, sending the week agenda? |
| 02:21 | 11 | Do you have that there? |
| 02:21 | 12 | **A.**   Yes, sir. |
| 02:21 | 13 | **Q.**   Am I ringing any bells yet? |
| 02:21 | 14 | **A.**   Not loudly. |
| 02:21 | 15 | **Q.**   We'll keep going. |
| 02:21 | 16 | You're aware that BP -- or do you recall that BP held |
| 02:21 | 17 | and sponsored a three-day retreat that included sessions on |
| 02:21 | 18 | safety, where they brought in rig contractors? |
| 02:21 | 19 | **A.**   Yes. |
| 02:21 | 20 | **Q.**   If we look at 47414.2.1, do you see that this is a note |
| 02:22 | 21 | from John Guide, the wells team leader, to Andrew Frazelle, |
| 02:22 | 22 | Sanders, Paul Johnson, Daun Winslow, and others?  Do you see |
| 02:22 | 23 | that? |
| 02:22 | 24 | **A.**   Yes, sir. |
| 02:22 | 25 | **Q.**   Do you recognize those names -- some of those names as |

**ROBERT BEA - CROSS**

| | | |
|---|---|---|
| 02:22 | 1 | folks that are associated with Transocean leadership? |
| 02:22 | 2 | **A.**   Yes, sir. |
| 02:22 | 3 | **Q.**   He says:  "All, attached is the agenda for the HSSE |
| 02:22 | 4 | performance meeting this coming Wednesday during Houma week." |
| 02:22 | 5 |       Do you see that? |
| 02:22 | 6 | **A.**   Yes, sir. |
| 02:22 | 7 | **Q.**   This is March 28, 2010, right? |
| 02:22 | 8 | **A.**   Yes. |
| 02:22 | 9 | **Q.**   Then if we go to our next Treatment 1.2, this is deepwater |
| 02:22 | 10 | wells leadership Houma leadership engagement.  Do you see that? |
| 02:23 | 11 | **A.**   Yes, sir. |
| 02:23 | 12 | **Q.**   Then it has on there "town leaders," and you can see that |
| 02:23 | 13 | BP folks are attending.  And then it has below that "offshore |
| 02:23 | 14 | leaders" with -- including BP well-site leaders and |
| 02:23 | 15 | Transocean's OIM, senior toolpusher, toolpusher, maintenance |
| 02:23 | 16 | folks, the deck foreman, the driller, and then similar titles |
| 02:23 | 17 | from folks with Pride.  Do you see that? |
| 02:23 | 18 | **A.**   Yes, sir. |
| 02:23 | 19 | **Q.**   Then if we go to 8093.1.1, we see the objectives of the |
| 02:23 | 20 | meeting and it refers to having a deep engagement with rig |
| 02:23 | 21 | leadership, listen to rig leadership.  Do you see that? |
| 02:23 | 22 | **A.**   Yes. |
| 02:23 | 23 | **Q.**   This is BP sponsoring the Transocean folks coming in and |
| 02:23 | 24 | having an interaction over a period of days about enhancing |
| 02:24 | 25 | safety performance? |

**ROBERT BEA - CROSS**

02:24  1  **A.**   Personal safety performance.

02:24  2  **Q.**   Well, what the question says is:  "Will it make a

02:24  3  difference in safety performance?"

02:24  4       That's the question, correct?

02:24  5  **A.**   Correct.

02:24  6  **Q.**   Now, go to 2.1, which is the agenda.  You have talked

02:24  7  about the Challenger incident today, correct?

02:24  8  **A.**   I referred to Challenger.  I discussed Columbia, the echo

02:24  9  of Challenger.

02:24  10  **Q.**   My question was simply:  You have talked about it today,

02:24  11  correct?

02:24  12  **A.**   I mentioned it, yes.

02:24  13  **Q.**   The Challenger issue was obviously something you have

02:24  14  described as a process safety issue, correct?

02:24  15  **A.**   Yes, and NASA as well.

02:25  16  **Q.**   So it's clear, is it not, that the Houma week clearly

02:25  17  included process safety in terms of the agenda that they were

02:25  18  looking at?

02:25  19  **A.**   Well, in terms of video shown; but in terms of the agenda,

02:25  20  the focus was HSSE personal safety.

02:25  21  **Q.**   And the Challenger incident that's being referred to here

02:25  22  was a process safety incident, wasn't it?

02:25  23  **A.**   That's correct.

02:25  24  **Q.**   New issue, calling total depth at Macondo.

02:25  25       You're aware that the BP and Transocean team did not

OFFICIAL TRANSCRIPT

ROBERT BEA - CROSS

| | | |
|---|---|---|
| 02:26 | 1 | reach the original planned depth at Macondo, correct? |
| 02:26 | 2 | **A.**   That's correct. |
| 02:26 | 3 | **Q.**   They stopped some 1500 feet short of that? |
| 02:26 | 4 | **A.**   That's correct. |
| 02:26 | 5 | **Q.**   BP's decision to call total depth early is another example |
| 02:26 | 6 | of safety-mindedness on the part of BP? |
| 02:26 | 7 | **A.**   Please repeat that question. |
| 02:26 | 8 | **Q.**   So this notion that BP was willing to stop when it thought |
| 02:26 | 9 | its risk level had gotten too high, rather than push ahead and |
| 02:26 | 10 | try to find more oil that might be down there, exhibits |
| 02:26 | 11 | safety-mindedness on the part of BP, correct? |
| 02:26 | 12 | **A.**   That's not correct. |
| 02:26 | 13 | **Q.**   Let's look at your testimony at page 250, lines 17 to 24. |
| 02:26 | 14 | Page 250.  Were you asked in your deposition: |
| 02:27 | 15 | "**QUESTION:**  And so, again, this notion that BP was |
| 02:27 | 16 | willing to stop when it thought its risk level had gotten |
| 02:27 | 17 | too high, rather than push ahead and try to find more oil |
| 02:27 | 18 | that might be down there, exhibits some safety-mindedness |
| 02:27 | 19 | on the part of BP, correct?" |
| 02:27 | 20 | **A.**   Correct. |
| 02:27 | 21 | **Q.**   Was your answer "Correct"? |
| 02:27 | 22 | **A.**   Yes. |
| 02:27 | 23 | **Q.**   Thank you.  Now, I want to talk to you for a minute about |
| 02:27 | 24 | conducting safety drills on the rig. |
| 02:27 | 25 | **MR. BROCK:**  If we could go to 571 and maybe -- if we |

**ROBERT BEA - CROSS**

| | | |
|---|---|---|
| 03:22 | 1 | Do you see that? |
| 03:22 | 2 | A.   Yes. |
| 03:22 | 3 | Q.   Then if we look at 1.1 -- excuse me, 47182.1.1, they write |
| 03:22 | 4 | back to John, Transocean does, and says:  "We are addressing |
| 03:22 | 5 | all of the issues on the auditor's list." |
| 03:22 | 6 | Do you see that? |
| 03:22 | 7 | A.   Yes. |
| 03:22 | 8 | Q.   That's the kind of interaction you want to see in response |
| 03:22 | 9 | to an audit? |
| 03:22 | 10 | A.   Yes. |
| 03:22 | 11 | Q.   That shows the safety-mindedness that BP is in as well as |
| 03:22 | 12 | that Transocean is in? |
| 03:22 | 13 | A.   Yes. |
| 03:22 | 14 | Q.   If we look at 44024.1.1, Transocean says to BP:  "As per |
| 03:23 | 15 | our conversation with Iain Little, Transocean is satisfied that |
| 03:23 | 16 | we can start up operations safely." |
| 03:23 | 17 | Do you see that? |
| 03:23 | 18 | A.   Yes, sir. |
| 03:23 | 19 | Q.   You have no reason to think that was not true, do you? |
| 03:23 | 20 | A.   Well, the caution word I have as you read that is *safely*. |
| 03:23 | 21 | Q.   What's conveyed to John Guide with BP by Transocean is |
| 03:23 | 22 | that Transocean has addressed the issues and believes it can |
| 03:23 | 23 | start up operations safely, correct? |
| 03:23 | 24 | A.   That's correct. |
| 03:23 | 25 | Q.   You would want BP to have that confirmation from |

ROBERT BEA - CROSS

03:23  1  Transocean before drilling resumed?

03:23  2  **A.**   Yes, an agreement on what *safely* means.

03:24  3  **Q.**   If we look at 44027.1.1, do you see that BP evaluated that

03:24  4  and said the information provided throughout the course of the

03:24  5  day is satisfactory for the *Horizon* to return to work?

03:24  6  Correct?

03:24  7  **A.**   Yes.

03:24  8  **Q.**   So you would expect an interaction between Transocean and

03:24  9  BP to occur, for BP to get Transocean's input as to whether the

03:24  10 audit items had been addressed, and for BP to have an

03:24  11 interaction to confirm that was so?

03:24  12 **A.**   Correct.

03:24  13 **Q.**   This reflects, as far as you can see from this, a good

03:24  14 process and interaction?

03:24  15 **A.**   To the extent of this documentation, yes.  There were

03:25  16 other components in this phase that indicated otherwise.

03:25  17 **Q.**   Let me ask you to focus on what I have asked you about,

03:25  18 and then I'm coming to the issue that I think you want to talk

03:25  19 about.

03:25  20        In terms of the interaction between BP and Transocean

03:25  21 as relates to the audit, you would expect Transocean to respond

03:25  22 to BP's audit, to let BP know if, in its judgment, it could

03:25  23 return to operations safely.  You see that here?

03:25  24 **A.**   Yes.

03:25  25 **Q.**   You would expect BP to confirm that, as they say here, the

ROBERT BEA - CROSS

03:25    1    information provided through the course of the day, that the

03:25    2    *Horizon* could work -- return to work?

03:25    3    **A.**    Yes.

03:25    4    **Q.**    Now, it's also true, is it not, that BP and Transocean

03:25    5    developed a joint plan to close out the action items on the rig

03:26    6    audit?

03:26    7    **A.**    Yes, sir.

03:26    8    **Q.**    This is what you want to talk about, maybe.  We'll see.

03:26    9           Are you aware that BP provided the audit report to

03:26    10    Transocean after the audit?

03:26    11    **A.**    Yes.

03:26    12    **Q.**    If we look at 1831.1.1, we see that Brett Cocales

03:26    13    describes the findings and says:  "This is an opportunity for

03:26    14    improvement for the safe and efficient working of the rig.

03:26    15    This is a two-way street.  We very much want your input on

03:26    16    content and timing of these things, which will be reviewed by

03:26    17    John Guide and Paul Johnson.  We are all a team in this

03:26    18    effort."

03:26    19           Right?

03:26    20    **A.**    Yes.

03:26    21    **Q.**    Teamwork is expected and is a good thing in this

03:26    22    environment, right?

03:26    23    **A.**    It's essential.

03:26    24    **Q.**    Essential.

03:26    25           For the September '09 rig audit, there was a