# Exhibit 43

```
 1                    UNITED STATES DISTRICT COURT
 2                    EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  OIL SPILL BY THE OIL RIG   *   Docket 10-MD-2179
     DEEPWATER HORIZON IN THE           *
 5   GULF OF MEXICO ON APRIL 20, 2010   *   Section J
                                        *
 6   Applies to:                        *   New Orleans, Louisiana
                                        *
 7   Docket 10-CV-02771,                *   March 5, 2013
     IN RE:  THE COMPLAINT AND          *
 8   PETITION OF TRITON ASSET           *
     LEASING GmbH, et al                *
 9                                      *
     Docket 10-CV-4536,                 *
10   UNITED STATES OF AMERICA v.        *
     BP EXPLORATION & PRODUCTION,       *
11   INC., et al                        *
                                        *
12   * * * * * * * * * * * * * * * * * *
13
14                    DAY 6, AFTERNOON SESSION
                      TRANSCRIPT OF NONJURY TRIAL
15              BEFORE THE HONORABLE CARL J. BARBIER
                      UNITED STATES DISTRICT JUDGE
16
17   Appearances:
18
     For the Plaintiffs:         Domengeaux Wright Roy
19                                 & Edwards, LLC
                                 BY:  JAMES P. ROY, ESQ.
20                               556 Jefferson Street, Suite 500
                                 Post Office Box 3668
21                               Lafayette, Louisiana 70502
22
     For the Plaintiffs:         Herman Herman & Katz, LLC
23                               BY:  STEPHEN J. HERMAN, ESQ.
                                 820 O'Keefe Avenue
24                               New Orleans, Louisiana 70113
25
```

| | | |
|---|---|---|
| 4:20PM | 1 | (WHEREUPON, **RONNIE W. SEPULVADO**, having been duly |
| 4:20PM | 2 | sworn, testified as follows.) |
| 4:21PM | 3 | **THE DEPUTY CLERK:** Please state your full name and |
| 4:21PM | 4 | correct spelling for the record. |
| 4:21PM | 5 | **THE WITNESS:** Ronnie, R-O-N-N-I-E, W., Sepulvado, |
| 4:21PM | 6 | S-E-P-U-L-V-A-D-O. |
| 4:21PM | 7 | **DIRECT EXAMINATION** |
| 4:21PM | 8 | **BY MR. WILLIAMS:** |
| 4:21PM | 9 | **Q.** Good evening, Mr. Sepulvado. My name is Duke Williams, |
| 4:21PM | 10 | and I represent the plaintiffs. I'm a member of the Plaintiffs |
| 4:21PM | 11 | Steering Committee, and I'm taking you on cross-examination |
| 4:21PM | 12 | this afternoon. |
| 4:21PM | 13 | Could you give us a brief overview of your work |
| 4:21PM | 14 | history, please? |
| 4:21PM | 15 | **A.** Started out -- |
| 4:21PM | 16 | **THE COURT:** Wait, wait, Mr. Sepulvado. You don't |
| 4:21PM | 17 | have to get quite that close to the microphone. Just about 5 |
| 4:21PM | 18 | or 6 inches -- or where you are should be okay. That would be |
| 4:21PM | 19 | fine. Thank you. |
| 4:21PM | 20 | **THE WITNESS:** Is this good? |
| 4:21PM | 21 | **BY MR. WILLIAMS:** |
| 4:21PM | 22 | **Q.** Yeah, it's great. |
| 4:21PM | 23 | **A.** I graduated from LSU in 1971, in animal science. I went |
| 4:22PM | 24 | to work in the oilfield, roustabout and roughnecking. And I |
| 4:22PM | 25 | started out mud engineering for Baroid in 1971. Worked for |

| | |
|---|---|
| 5:16PM | 1    **THE COURT:** All right. Transocean? |
| 5:16PM | 2    **MR. ROBERTS:** Your Honor, I believe it's BP's |
| 5:16PM | 3  witness, and they're going next. |
| 5:16PM | 4    **THE COURT:** Oh, okay. Go ahead. |
| 5:16PM | 5    **MS. KARIS:** Thank you, Your Honor. |
| 5:17PM | 6    Hariklia Karis for BP, conducting the direct |
| 5:17PM | 7  examination of Mr. Sepulvado. I put the mic on, and if it's |
| 5:17PM | 8  too loud or too -- too high or too low, if you could please let |
| 5:17PM | 9  me know. Thank you. |
| 5:17PM | 10    **DIRECT EXAMINATION** |
| 5:17PM | 11 **BY MS. KARIS:** |
| 5:17PM | 12 **Q.**   Mr. Sepulvado, I want to back up a little bit. We're |
| 5:17PM | 13 going to come to that test procedure that we just saw. But |
| 5:17PM | 14 before we do that, I eant to talk a little bit about your |
| 5:17PM | 15 background beyond what Mr. Conrad covered with you. |
| 5:17PM | 16    Is it correct that at the time of this incident, you |
| 5:17PM | 17 had been a well site leader for almost -- or over 20 years? |
| 5:17PM | 18 **A.**   Yes, ma'am. |
| 5:17PM | 19 **Q.**   All right. And 11 of those years had been with BP and, in |
| 5:17PM | 20 fact, of those 11 years, you had spent eight on the *Deepwater* |
| 5:17PM | 21 *Horizon*? |
| 5:17PM | 22 **A.**   Yes, ma'am. It was 10 years and, yeah, almost eight on |
| 5:17PM | 23 the *Deepwater Horizon*. |
| 5:17PM | 24 **Q.**   Okay. When you came to BP as a result of, you said, the |
| 5:18PM | 25 merger with ARCO, had you had training as a well site leader? |

| | | |
|---|---|---|
| 5:18PM | 1 | **A.** I did my training with Pennzoil, and I went to work for |
| 5:18PM | 2 | them in 1977 as a well site leader. And the rest of it has |
| 5:18PM | 3 | been through going to schools, CBTs, and experience. |
| 5:18PM | 4 | **Q.** Okay. So you already came as a trained well site leader. |
| 5:18PM | 5 | Is that fair to say? |
| 5:18PM | 6 | **A.** Yes, I did. |
| 5:18PM | 7 | **Q.** And then in the course of the 11 years -- 10 years that |
| 5:18PM | 8 | you were with BP, did you then continue to go through training |
| 5:18PM | 9 | with BP? |
| 5:18PM | 10 | **A.** Yes, ma'am, I did. |
| 5:18PM | 11 | **MS. KARIS:** Okay. And if we can pull up Exhibit 557, |
| 5:18PM | 12 | please. |
| 5:18PM | 13 | **BY MS. KARIS:** |
| 5:18PM | 14 | **Q.** Mr. Sepulvado, if we can just leaf through it, multiple |
| 5:18PM | 15 | pages. Is this a list of the various training programs that |
| 5:19PM | 16 | you had participated in while you were a BP employee? |
| 5:19PM | 17 | **MS. KARIS:** If we could go to the last page, please, |
| 5:19PM | 18 | call out the end. |
| 5:19PM | 19 | **BY MS. KARIS:** |
| 5:19PM | 20 | **Q.** Is it correct that BP had provided you with over 600 hours |
| 5:19PM | 21 | of training at the time, at least as of the time you left BP? |
| 5:19PM | 22 | **A.** Yes, ma'am. |
| 5:19PM | 23 | **Q.** All right. And did some of that training include well |
| 5:19PM | 24 | control training? |
| 5:19PM | 25 | **A.** We had to go to well control training every two years. |