# Exhibit 44

```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE:  OIL SPILL BY THE OIL RIG   *   Docket 10-MD-2179
     DEEPWATER HORIZON IN THE           *
 5   GULF OF MEXICO ON APRIL 20, 2010   *   Section J
                                        *
 6   Applies to:                        *   New Orleans, Louisiana
                                        *
 7   Docket 10-CV-02771,                *   April 15, 2013
     IN RE:  THE COMPLAINT AND          *
 8   PETITION OF TRITON ASSET           *
     LEASING GmbH, et al                *
 9                                      *
     Docket 10-CV-4536,                 *
10   UNITED STATES OF AMERICA v.        *
     BP EXPLORATION & PRODUCTION,       *
11   INC., et al                        *
                                        *
12   * * * * * * * * * * * * * * * * * *

13

14                    DAY 27, MORNING SESSION
                     TRANSCRIPT OF NONJURY TRIAL
15              BEFORE THE HONORABLE CARL J. BARBIER
                    UNITED STATES DISTRICT JUDGE
16

17   Appearances:

18
     For the Plaintiffs:          Domengeaux Wright Roy
19                                   & Edwards, LLC
                                  BY:  JAMES P. ROY, ESQ.
20                                556 Jefferson Street, Suite 500
                                  Post Office Box 3668
21                                Lafayette, Louisiana 70502

22
     For the Plaintiffs:          Herman Herman & Katz, LLC
23                                BY:  STEPHEN J. HERMAN, ESQ.
                                  820 O'Keefe Avenue
24                                New Orleans, Louisiana 70113

25
```

OFFICIAL TRANSCRIPT

ALEXANDER JOHN GUIDE - DIRECT

| | | |
|---|---|---|
| 8:14AM | 1 | **THE COURT:**  All right. |
| 8:14AM | 2 | **MS. KARIS:**  BP calls Mr. Guide as our next witness. |
| 8:14AM | 3 | (WHEREUPON, **ALEXANDER JOHN GUIDE**, having been duly |
| 8:14AM | 4 | sworn, testified as follows.) |
| 8:14AM | 5 | **THE DEPUTY CLERK:**  Please state your full name and |
| 8:14AM | 6 | correct spelling for the record. |
| 8:14AM | 7 | **THE WITNESS:**  Alexander John Guide, |
| 8:14AM | 8 | A-L-E-X-A-N-D-E-R, J-O-H-N, G-U-I-D-E. |
| 8:14AM | 9 | **MS. KARIS:**  May I proceed, Your Honor? |
| 8:14AM | 10 | **THE COURT:**  Yes. |
| 8:14AM | 11 | **MS. KARIS:**  Thank you. |
| 8:14AM | 12 | **DIRECT EXAMINATION** |
| 8:14AM | 13 | BY MS. KARIS: |
| 8:14AM | 14 | **Q.**  Good morning, Mr. Guide. |
| 8:14AM | 15 | **A.**  Good morning. |
| 8:14AM | 16 | **Q.**  Which company do you currently work for? |
| 8:14AM | 17 | **A.**  BP. |
| 8:14AM | 18 | **Q.**  What position did you hold on April 20th of 2010? |
| 8:14AM | 19 | **A.**  Wells team leader for the *Deepwater Horizon*. |
| 8:14AM | 20 | **Q.**  And as the wells team leader for the *Deepwater Horizon*, |
| 8:14AM | 21 | were you the supervisor for the well site leaders who were |
| 8:15AM | 22 | actually on the rig? |
| 8:15AM | 23 | **A.**  I was. |
| 8:15AM | 24 | **Q.**  And how long did you hold that position? |
| 8:15AM | 25 | **A.**  Three years. |

OFFICIAL TRANSCRIPT