# Exhibit 45

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG *DEEPWATER HORIZON* IN THE GULF OF MEXICO ON APRIL 20, 2010 * Docket 10-MD-2179
* Section J
Applies to: * New Orleans, Louisiana
Docket 10-CV-02771, *IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, et al.* * October 1, 2013
Docket 10-CV-4536, *UNITED STATES OF AMERICA v. BP EXPLORATION & PRODUCTION, INC., et al.*

* * * * * * * * * * * * * * * * * *

DAY 2, AFTERNOON SESSION
TRANSCRIPT OF NONJURY TRIAL BEFORE
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

Appearances:

For the Plaintiffs: Herman Herman & Katz, LLC
BY: STEPHEN J. HERMAN, ESQ.
820 O'Keefe Avenue
New Orleans, Louisiana 70113

For the Plaintiffs: Domengeaux Wright Roy & Edwards, LLC
BY: JAMES P. ROY, ESQ.
556 Jefferson Street, Suite 500
Post Office Box 3668
Lafayette, Louisiana 70502

16:47 **MR. BRIAN:** I ask, Your Honor, because obviously some of us have an interest in those two people he identified. We would like to know as early as possible tonight if that's possible.

16:48 **THE COURT:** Well, I think that's what he said he is going to give us.

16:48 **MR. BROCK:** Plaintiff has just rested. We are evaluating where we are. We will let the parties know when we -- after we have talked it through.

16:48 **THE COURT:** Okay. Are you ready to call your first witness?

16:48 **MS. KARIS:** Yes, Your Honor. May I go get Mr. Dupree, Your Honor?

16:48 **THE COURT:** I'll step off the bench for about five minutes. We'll keep this to a short, short recess.

16:48 **MS. KARIS:** Thank you, Your Honor.

16:56 (Recess.)

16:56 **THE COURT:** Please be seated, everyone.

16:56 **JAMES DUPREE,**

16:56 having been duly sworn, testified as follows:

16:56 **THE DEPUTY CLERK:** State your full name and correct spelling for the record, please.

16:57 **THE WITNESS:** My name is James Dupree, D-U-P-R-E-E.

16:57 **MS. KARIS:** May I proceed, Your Honor?

16:57 **THE COURT:** Yes.

**MS. KARIS:** Good afternoon, Mr. Dupree.

And for the record, Hariklia Karis on direct examination. We just finished cross, so I'm going to try to remember I'm on direct now.

**DIRECT EXAMINATION**

**BY MS. KARIS:**

**Q.** Who do you work for?

**A.** I work for BP.

**Q.** What is your current position at BP?

**A.** I'm currently the chief operating officer of resource development and technology.

**Q.** What are some of your responsibilities as the chief operating officer for resource development and technology?

**A.** I am responsible for -- as the chief operating officer of resource development, it's a global role. I'm responsible for the reservoirs, all the reservoirs that BP owns around the world, for the development of those reservoirs, the development, planning, the drilling, the execution, completion plans of those particular reservoirs.

On the technology side, I'm head of upstream technology in BP, so I'm responsible for all the technology deployment in the upstream of the business.

**Q.** Where is your office located?

**A.** I'm located in Houston in Westlake, Westlake Plaza in Houston.