# Exhibit 46

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  OIL SPILL BY THE OIL RIG  *   Docket 10-MD-2179
     *DEEPWATER HORIZON* IN THE         *
5    GULF OF MEXICO ON APRIL 20, 2010  *   Section J
                                       *
6    Applies to:                       *   New Orleans, Louisiana
                                       *
7    Docket 10-CV-02771,               *   October 2, 2013
     *IN RE:  THE COMPLAINT AND*        *
8    *PETITION OF TRITON ASSET*         *
     *LEASING GmbH, et al.*             *
9                                      *
     Docket 10-CV-4536,                *
10   *UNITED STATES OF AMERICA v.*      *
     *BP EXPLORATION & PRODUCTION,*     *
11   *INC., et al.*                     *
                                       *
12   * * * * * * * * * * * * * * * * * *

13

14                 DAY 3, AFTERNOON SESSION
              TRANSCRIPT OF NONJURY TRIAL BEFORE
15            THE HONORABLE CARL J. BARBIER
               UNITED STATES DISTRICT JUDGE

16

17   Appearances:

18
     For the Plaintiffs:          Herman Herman & Katz, LLC
19                                 BY:  STEPHEN J. HERMAN, ESQ.
                                   820 O'Keefe Avenue
20                                 New Orleans, Louisiana 70113

21
     For the Plaintiffs:          Domengeaux Wright Roy
22                                   & Edwards, LLC
                                   BY:  JAMES P. ROY, ESQ.
23                                 556 Jefferson Street, Suite 500
                                   Post Office Box 3668
24                                 Lafayette, Louisiana 70502

25

                       OFFICIAL TRANSCRIPT

16:31   1   added.  But the direction of those changes came from within

16:31   2   that Capping Stack Team, which I was not personally a member.

16:31   3           MR. COLLIER:  Thank you, Mr. Smith.  No further

16:31   4   questions.

16:31   5           THE COURT:  Thank you, sir.

16:31   6           THE WITNESS:  Thank you.

16:31   7           THE COURT:  Who is your next witness, Mr. Brock?

16:31   8           MR. BROCK:  Your Honor, our next witness is Adam

16:31   9   Ballard.  He is in the hall, and we will bring him right in.

16:31  10                       ADAM BALLARD,

16:31  11   having been duly sworn, testified as follows:

16:32  12           THE DEPUTY CLERK:  State your full name and correct

16:32  13   spelling for the record, please.

16:32  14           THE WITNESS:  Adam Ballard, B-A-L-L-A-R-D.

16:33  15           MS. KARIS:  On behalf of BP, I have Dr. Ballard on

16:33  16   direct examination.

16:33  17                         VOIR DIRE

16:33  18   BY MS. KARIS:

16:33  19   Q.   Good afternoon, Dr. Ballard.  Could you please introduce

16:33  20   yourself to the Court.

16:33  21   A.   Yes.  My name is Adam Ballard.

16:33  22   Q.   Mr. Ballard, what company do you currently work for?

16:33  23   A.   I currently work for BP.

16:33  24   Q.   How long have you worked for BP?

16:33  25   A.   I've worked for BP for over 11 years.

ADAM BALLARD - VOIR DIRE

16:33   1   **Q.**   What's your current job title?
16:33   2   **A.**   I'm currently an executive assistant to our regional
16:33   3   president.
16:33   4   **Q.**   What is the job of an executive assistant to the regional
16:33   5   president?
16:33   6   **A.**   So in general it's to keep him informed of technical
16:33   7   issues and prepared for meetings.
16:33   8   **Q.**   Now, did you assist with BP's source control efforts
16:33   9   following the *Deepwater Horizon* incident?
16:33   10  **A.**   I did.
16:33   11  **Q.**   How long were you personally involved in the efforts to
16:33   12  stop the spill?
16:33   13  **A.**   I was involved about a week after the incident started and
16:34   14  was involved through mid-August.
16:34   15  **Q.**   In addition to personally assisting with BP source control
16:34   16  efforts, were you asked to provide certain expert opinions in
16:34   17  this case regarding hydraulic modeling?
16:34   18  **A.**   I was.
16:34   19  **Q.**   Before we discuss your involvement and your opinions, I
16:34   20  would like to give the Court a little bit of information about
16:34   21  your background.
16:34   22          **MS. KARIS:**  Actually, if we can pull up D-23212,
16:34   23  please.
16:34   24  **BY MS. KARIS:**
16:34   25  **Q.**   Mr. Ballard, does this slide accurately reflect your