# Exhibit 47

```
 1                     UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2

 3    ****************************************************************

 4    IN RE: OIL SPILL BY THE            DOCKET NO. MDL-2179
      OIL RIG DEEPWATER HORIZON          SECTION "J"
 5    IN THE GULF OF MEXICO ON           NEW ORLEANS, LA
      APRIL 20, 2010                     WEDNESDAY, OCTOBER 2, 2013
 6

      ****************************************************************
 7
      IN RE: THE COMPLAINT AND           DOCKET NO. 10-CV-2771
 8    PETITION OF TRITON ASSET           SECTION "J"
      LEASING GMBH, ET AL
 9
      ****************************************************************
10
      UNITED STATES OF AMERICA           DOCKET NO. 10-CV-4536
11         V.                            SECTION "J"
      BP EXPLORATION & PRODUCTION,
12    INC., ET AL

13    ****************************************************************

14                       **DAY 3   MORNING SESSION**
                  TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
15              HEARD BEFORE THE HONORABLE CARL J. BARBIER
                       UNITED STATES DISTRICT JUDGE
16

17    APPEARANCES:

18

19    FOR THE PLAINTIFFS:      HERMAN HERMAN & KATZ
                               BY:  STEPHEN J. HERMAN, ESQ.
20                             820 O'KEEFE AVENUE
                               NEW ORLEANS, LA  70113
21

22
                               DOMENGEAUX WRIGHT ROY & EDWARDS
23                             BY:  JAMES P. ROY, ESQ.
                               556 JEFFERSON STREET, SUITE 500
24                             POST OFFICE BOX 3668
                               LAFAYETTE, LA  70502
25

                              **OFFICIAL TRANSCRIPT**
```

```
 1  will be the truth, the whole truth and nothing but the truth,
 2  so help you God?
 3          THE WITNESS:  I do.
```

**MARK MAZZELLA**

```
 5  was called as a witness and, after being first duly sworn by
 6  the Clerk, was examined and testified on his oath as follows:
 7          THE DEPUTY CLERK:  Please take a seat.  State and spell
 8  your name for the record.
 9          THE WITNESS:  My name is Mark Mazzella,
10  M-A-Z-Z-E-L-L-A.
11  DIRECT EXAMINATION BY MR. BROCK:
12  Q.   Mr. Mazzella, would you tell Judge Barbier where you work
13  at the present time.
14  A.   Yes, sir, I work at BP in Houston.
15  Q.   How long have you worked for BP?
16  A.   I've been there since 2005.
17  Q.   At the time of the Deepwater Horizon incident, what was
18  your job with BP?
19  A.   I was the segment engineering technical authority for well
20  control, sometimes in short we're called well SETA.
21  Q.   Tell the Judge what the responsibilities of the segment
22  engineering technical authority are at BP, or were at the time.
23  A.   Well, the well control SETA had several responsibilities,
24  one of which included the preparedness, providing guidance for
25  well control response, the training of the response, also the
```

**OFFICIAL TRANSCRIPT**