# Exhibit 49

```
 1              UNITED STATES DISTRICT COURT

 2             EASTERN DISTRICT OF LOUISIANA

 3

 4
      IN RE:  OIL SPILL        MDL NO. 2179
 5    BY THE OIL RIG
      "DEEPWATER HORIZON"      SECTION:  J
 6    IN THE GULF OF
      MEXICO, ON               JUDGE BARBIER
 7    APRIL 20, 2010           MAG. JUDGE SHUSHAN

 8

 9

10




15

16

17                      VOLUME 1

18

19         Deposition of MARK ROBERT BLY, 501

20    Westlake Park Boulevard, Houston, Texas

21    77210, taken in the Pan American Life

22    Center, Louisiana 70130, reported on

23    Thursday, February 17th, 2011.

24

25
```

```
 1   Mr. Bly has been sick for the last couple of
 2   days.  He's feeling somewhat better this
 3   morning, but he was real sick yesterday and
 4   if we could just take a break every now and
 5   then, I will give you a signal, I would
 6   appreciate it.
 7            MR. STERBCOW:
 8                 Absolutely.
 9            MR. GODFREY:
10                 He's committed to trying to get
11   this done, but he's not feeling well.
12            MR. STERBCOW:
13                 Understood.
14            MR. GODFREY:
15                 So I want to let you know that, if
16   I need to take a break or he needs to take a
17   break.
18            MR. STERBCOW:
19                 Right.  Just let us know.
20            MR. GODFREY:
21                 Okay, great.
22   EXAMINATION BY MR. STERBCOW:
23        Q.      What is your current job title?
24        A.      Executive vice president of
25   safety and operational risk.
```

```
 1          Q.      And who is your employer?
 2          A.      BP.
 3          Q.      Where is your office?
 4          A.      I've got an office in London, in
 5   the headquarters of the company.  I also keep
 6   an office in Houston and split time
 7   effectively between those two locations.
 8          Q.      How long have you been executive
 9   vice president of safety and operations?
10          A.      That appointment was made in the
11   fall, I believe it was around the beginning
12   of October, October of last year, 2010.
13          Q.      What position did you hold with
14   BP as of April 20, 2010?
15          A.      I was the -- head of safety and
16   operations was the title at that time.
17          Q.      And was -- executive vice
18   president of safety and operation, I assume,
19   is a promotion within BP's structure from
20   head of safety and operations?
21          A.      Yeah, that's correct.
22          Q.      Who was executive vice president
23   of safety and operations as of April 20,
24   2010?
25          A.      That position did not exist at
```

```
 1   that point.
 2        Q.    Was that position created, if
 3   you know, as the result of the DEEPWATER
 4   HORIZON incident?
 5        A.    No, I don't believe it was a
 6   result of that.  There was a number of
 7   changes that the company made in its
 8   organizational structure at about this point
 9   in time in the fall and this is one of them.
10        Q.    As executive vice president of
11   safety and operations, can you tell me
12   generally what your duties and
13   responsibilities are?
14        A.    Well, we're developing the
15   duties and responsibilities for this new part
16   of the company, but at a high level, it would
17   be to set the standards and requirements that
18   are to be followed across the whole company
19   in the matter of safety and operational risk.
20   It's to provide some auditing activity and
21   assurance activity across the company against
22   those standards and then it's to escalate or
23   intervene if people in my organization see
24   things that they think need to be improved.
25        Q.    Was there any similar job
```

```
 1   position, if you know, with the duties and
 2   responsibilities you've just described as of
 3   April 20, 2010?
 4        A.    It was different at that time.
 5   It was a central function that provided some
 6   of the things, some standards, some auditing.
 7   This is a significantly strengthened function
 8   that we've developed now.
 9        Q.    To whom do you report in your
10   current position?
11        A.    In that position, I report to
12   the chief executive officer.
13        Q.    And at this time, who is that?
14        A.    That's Bob Dudley.
15        Q.    And at the time of the accident,
16   April 20, 2010, was the CEO Mr. Hayward?
17        A.    That's correct.
18        Q.    As head of safety and
19   operations, did you have any reporting
20   responsibilities to Mr. Hayward as of April
21   20, 2010?
22        A.    I did, yes.
23        Q.    Was he to whom you reported?
24        A.    Yes.
25        Q.    So, in terms of who you report
```

```
 1   to and deal with above you in the company,
 2   the position hasn't changed, it was CEO on
 3   April 20 and it's CEO now?
 4        A.   Yeah.  This is a move on to the
 5   executive team.  That's what's different from
 6   the past.
 7        Q.   Did Mr. Hayward and/or Mr.
 8   Dudley ask that you head the DEEPWATER
 9   HORIZON internal investigation team?
10        A.   Mr. Hayward at the time asked me
11   to lead the investigation.
12        Q.   And did you report to Mr.
13   Hayward during the course of your
14   investigative efforts?
15        A.   We set this up as an independent
16   group.  So I went to Houston, set up the team
17   in Houston and through the course of that, I
18   had a couple of interactions with Mr.
19   Hayward, but it was a pretty separate
20   activity.
21        Q.   All right. Who, if anyone
22   besides yourself, defined the scope of the
23   investigation?
24        A.   When we set out the -- you know,
25   when I was asked to do it, the idea or the
```

WITNESS NAME:   Mark Robert Bly

DATE TAKEN:   February 17-18, 2011

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

## GENERAL CORRECTIONS:

RECEIVED APR - 4 2011

| PAGE | LINE | CHANGE |
|---|---|---|
| PAGE: 14 | LINE: 3 | CHANGE: "real" to "very" |
| PAGE: 28 | LINE: 20 | CHANGE: "two" to "three" |
| PAGE: 28 | LINE: 21 | CHANGE: "two" to "three" |
| PAGE: 28 | LINE: 25 | CHANGE: "very near" to "earlier" |
| PAGE: 38 | LINE: 18 | CHANGE: "compromised" to "comprised" |
| PAGE: 43 | LINE: 1-2 | CHANGE: "barrier. Do not" to "barrier did not" |
| PAGE: 54 | LINE: 2-3 | CHANGE: "contract to" to "contractor" |
| PAGE: 55 | LINE: 22 | CHANGE: "rigger" to "rigor" |
| PAGE: 70 | LINE: 15 | CHANGE: "involve" to "involved" |
| PAGE: 85 | LINE: 21 | CHANGE: "what" to "whether this" |
| PAGE: 85 | LINE: 22 | CHANGE: "certainly" to "assert the privilege but" |
| PAGE: 86 | LINE: 7 | CHANGE: "don't think I'll" to "was hoping to" |
| PAGE: 96 | LINE: 10 | CHANGE: "STRANGE" to "STERBCOW" |
| PAGE: 99 | LINE: 11 | CHANGE: "report" to "note" |
| PAGE: 104 | LINE: 15 | CHANGE: "regular" to "remedial" |
| PAGE: 129 | LINE: 21 | CHANGE: "Simms" to "Sims" |
| PAGE: 129 | LINE: 22 | CHANGE: "Simms" to "Sims" |
| PAGE: 129 | LINE: 25 | CHANGE: "Simms" to "Sims" |
| PAGE: 130 | LINE: 18 | CHANGE: "Simms" to "Sims" |
| PAGE: 131 | LINE: 17 | CHANGE: "file" to "final" |
| PAGE: 132 | LINE: 16 | CHANGE: "Moral" to "Morel" |
| PAGE: 137 | LINE: 15 | CHANGE: "management change" to "management of change" |
| PAGE: 178 | LINE: 20 | CHANGE: "he" to "we" |
| PAGE: 184 | LINE: 15 | CHANGE: "image in" to "dimension to" |
| PAGE: 190 | LINE: 24 | CHANGE: "Know" to "As I have said to you sir, I don't know" |
| PAGE: 224 | LINE: 2 | CHANGE: "Objection" to "Objection as to form." |
| PAGE: 225 | LINE: 7 | CHANGE: "or potentially" to "potentially" |
| PAGE: 226 | LINE: 14 | CHANGE: "governments" to "governance" |
| PAGE: 245 | LINE: 16 | CHANGE: "CSV" to "CSB" |
| PAGE: 251 | LINE: 17 | CHANGE: "Simms" to "Sims" |
| PAGE: 260 | LINE: 8 | CHANGE: "instant" to "incident" |
| PAGE: 284 | LINE: 4 | CHANGE: "don't" to "they'll" |
| PAGE: 289 | LINE: 4 | CHANGE: "press understandings" to "precedents to any" |
| PAGE: 293 | LINE: 17 | CHANGE: "EES" to "EDS" |
| PAGE: 293 | LINE: 18 | CHANGE: "share" to "shear" |
| PAGE: 296 | LINE: 6 | CHANGE: "EES" to "EDS" |

SIGNED: _Mark R Bly_   DATE: 4/4/11

WITNESS NAME:   Mark Robert Bly

DATE TAKEN:   February 17-18, 2011

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

| PAGE | LINE | CHANGE | |
|---|---|---|---|
| PAGE: 305 | LINE: 9 | CHANGE: | "assistance" to "assurance" |
| PAGE: 310 | LINE: 5 | CHANGE: | "Killingray" to "Kellingray" |
| PAGE: 311 | LINE: 7 | CHANGE: | "Killingray" to "Kellingray" |
| PAGE: 314 | LINE: 2 | CHANGE: | "in the contract" to "with the contractor" |
| PAGE: 333 | LINE: 15 | CHANGE: | "knew" to "do believe that" |
| PAGE: 334 | LINE: 3 | CHANGE: | "ratch it" to "ratchet" |
| PAGE: 349 | LINE: 18 | CHANGE: | "PTL13" to "PTO #17" |
| PAGE: 349 | LINE: 22 | CHANGE: | "PTL" to "PTO" |
| PAGE: 349 | LINE: 25 | CHANGE: | "objection." to "objection?" |
| PAGE: 349 | LINE: 25 | CHANGE: | "PTL17" to "PTO #17" |
| PAGE: 380 | LINE: 14 | CHANGE: | "Simms" to "Sims" |
| PAGE: 381 | LINE: 3 | CHANGE: | "Simms" to "Sims" |
| PAGE: 381 | LINE: 4 | CHANGE: | "Simms" to "Sims" |
| PAGE: 381 | LINE: 8 | CHANGE: | "Simms" to "Sims" |
| PAGE: 466 | LINE: 7 | CHANGE: | "OMC'd" to "MOC'd" |
| PAGE: 466 | LINE: 9 | CHANGE: | "management change" to "management of change" |
| PAGE: 516 | LINE: 24 | CHANGE: | "Lynette Bitt" to "Kent Corser" |
| PAGE: 520 | LINE: 12 | CHANGE: | "GODFREY" to "GODWIN" |
| PAGE: 522 | LINE: 22 | CHANGE: | "specialty" to "specialties" |
| PAGE: 533 | LINE: 14-15 | CHANGE: | "analysis in this area" to "nous in cementing sir" |
| PAGE: 537 | LINE: 13 | CHANGE: | "day" to "page" |
| PAGE: 542 | LINE: 15 | CHANGE: | "wellside" to "well site" |
| PAGE: 614 | LINE: 20 | CHANGE: | "Fool" to "Follow" |
| PAGE: 620 | LINE: 13 | CHANGE: | "failed failure test" to "failure here" |
| PAGE: 630 | LINE: 3 | CHANGE: | "to" to "to form" |
| PAGE: 636 | LINE: 19 | CHANGE: | "log" to "law" |
| PAGE: 655 | LINE: 6 | CHANGE: | "Maconda" to "Macondo" |
| PAGE: 663 | LINE: 12 | CHANGE: | "tiers" to "chairs" |
| PAGE: 665 | LINE: 3 | CHANGE: | "into any other" to "and P & A the" |
| PAGE: 669 | LINE: 21 | CHANGE: | "about." to "about?" |
| PAGE: 669 | LINE: 24 | CHANGE: | "here." to "here?" |
| PAGE: 670 | LINE: 23-24 | CHANGE: | "that the guy" to "what they've done" |
| PAGE: 675 | LINE: 24 | CHANGE: | "did developing" to "did in developing" |
| PAGE: 686 | LINE: 25 | CHANGE: | "Insights" to "insights" |
| PAGE: 687 | LINE: 3 | CHANGE: | "Insight" to "Insite" |
| PAGE: 691 | LINE: 5 | CHANGE: | "Insight" to "Insite" |
| PAGE: 691 | LINE: 6 | CHANGE: | "Insight" to "Insite" |
| PAGE: 692 | LINE: 22 | CHANGE: | "relate to -- linkaged" to "related linkage" |

SIGNED: _Mark R Bly_   DATE: 4/4/11

WITNESS NAME: Mark Robert Bly

DATE TAKEN: February 17-18, 2011

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

| PAGE | LINE | CHANGE | |
|---|---|---|---|
| PAGE: 701 | LINE: 1 | CHANGE: | "formation" to "information" |
| PAGE: 705 | LINE: 7 | CHANGE: | "Insight" to "Insite" |
| PAGE: 705 | LINE: 23 | CHANGE: | "place" to "it placed" |
| PAGE: 726 | LINE: 25 | CHANGE: | "it in town. I -- It's" to "it. In town, I -- it's" |
| PAGE: 758 | LINE: 24 | CHANGE: | "just connect it to it" to "disconnect the two" |
| PAGE: 758 | LINE: 25 | CHANGE: | "just connect it to it" to "disconnect the two" |
| PAGE: 787 | LINE: 16 | CHANGE: | "it" to "at" |
| PAGE: 789 | LINE: 12 | CHANGE: | "this discussion" to "these things" |
| PAGE: 798 | LINE: 25 | CHANGE: | Strike "MR. GODFREY:" |
| PAGE: 799 | LINE: 1 | CHANGE: | "I think a tool." to "-- that's a tool that we use." |
| PAGE: 799 | LINE: 14-15 | CHANGE: | "digi-copies" to "particular documents" |
| PAGE: 801 | LINE: 14 | CHANGE: | "ALAR" to "ALARP" |
| PAGE: 801 | LINE: 23 | CHANGE: | "ALAR" to "ALARP" |
| PAGE: 802 | LINE: 9 | CHANGE: | "ALAR" to "ALARP" |
| PAGE: 807 | LINE: 3 | CHANGE: | "Nodules" to "Modules" |
| PAGE: 808 | LINE: 19 | CHANGE: | "leave" to "lead" |
| PAGE: 809 | LINE: 3 | CHANGE: | "Graham" to "Graham McNeillie" |
| PAGE: 844 | LINE: 23 | CHANGE: | "Don't" to "I don't" |
| PAGE: 857 | LINE: 25 | CHANGE: | "IT" to "IIT" |

SIGNED: _Mark R Bly_   DATE: 4/4/11

**GAUDET KAISER, L.L.C.**
601 Poydras Street, Suite 1720    New Orleans, Louisiana 70130
Phone: (504) 525-9100    Fax: (504) 525-9109

BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT

## WITNESS CERTIFICATE

I, **MARK ROBERT BLY**, have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

4/4/11

(Date Signed)          (Signature)

✓    Signed with corrections as attached.

___ Signed with no corrections noted.

11745 Bricksome Avenue, Suite A-4
Baton Rouge, Louisiana 70816

263 W. Causeway Approach
Mandeville, Louisiana 70448

Website: www.gaudetkaiser.com

PHONE (225) 291-3411
FAX (225) 291-7990
PHONE (504) 525-9100
FAX (504) 525-9109
ALT. EMAIL:
Gkp2003@aol.com & gkp@gaudetkaiser.com