# Exhibit 50



34358557

Nov 15 2010
6:20PM

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 <br><br> SECTION: J |
| This Document Relates To: All Actions | : : | JUDGE BARBIER <br> MAGISTRATE SHUSHAN |
| …………………………………………………... | : | |

**THE BP DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFFS'**
**OMNIBUS DISCOVERY REQUESTS ON ALL DEFENDANTS**

Defendants BP America Inc. ("BPA"), BP America Production Company ("BPAP"), and

BP Exploration & Production Inc. ("BPXP") (collectively, "the BP Defendants") by their

undersigned Counsel, and pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil

Procedure, hereby submit the following responses and objections to Plaintiffs' Omnibus

Discovery Requests on All Defendants [Doc 510-1].

**SPECIFIC RESPONSES AND OBJECTIONS**

The BP Defendants hereby state as follows in response to plaintiffs' specific discovery

requests, subject to and without waiving their general objections, which are specifically

incorporated into each individual response below.[1]

**Plaintiffs' Request for Production No. 1**

Please produce any and all documents and/or ESI produced and/or provided to the Coast
Guard, Mineral Management Service ("MMS"), Marine Board Investigation ("MBI"), and/or
any Congressional Committee and/or Sub-Committee in connection or association with any
investigation or inquiry regarding or relating to the Deepwater Horizon and/or the Macondo
Well.

Please include copies of any and all *subpoenas* and/or requests to which you produced
such documents and ESI.

---

[1] The BP Defendants' general objections are set forth at pages 21-24.

**Plaintiff's Interrogatory No. 2 and Request for Production No. 8**

Within thirty (30) days, please provide the ==name, employer, address, job title, job== description, immediate supervisor, and direct subordinates, of (i) all officers, directors, managers, employees or other corporate representatives providing testimony to the Coast Guard / MMS / MBI or to any committee or sub-committee of the United States Congress, and (ii) all officers or employees responsible for services provided in association with the navigational, drilling, completion, temporary abandonment or other operations of the Deepwater Horizon (whether on the rig or from shore) within forty-eight hours of the casualty. Defendants shall also provide a written transcript of any testimony before Congress or the Coast Guard / MMS / MBI, as well as any and all written or recorded statements prepared or provided by such personnel.

Within sixty (60) days, please provide the name, employer, address, job title, job description, immediate supervisor, and direct subordinates, of any and all other officers, employees or consultants associated with any services provided, and/or drilling and/or completion and/or temporary abandonment activities conducted, in association with the Deepwater Horizon, its equipment, or the Macondo Well.

Within ninety (90) days, please provide the name, employer, address, job title, job description, immediate supervisor, and direct subordinates, of any and all other officers, employees or consultants with knowledge regarding the maintenance, inspection, problems, complaints or repairs associated with the Deepwater Horizon, its equipment, or the Macondo Well.

Within one hundred and twenty (120) days, please provide the name, employer, address, job title, job description, immediate supervisor, and direct subordinates, of any and all other officers, employees or consultants who were involved or participated in any and all well control, clean-up, or remediation efforts as a result of the spill.

**The BP Defendants' Response to Plaintiffs' Interrogatory No. 2 and Request for Production No. 8**

The BP Defendants provide, subject to their general objections: (i) the following list of

==employees or corporate representatives of any BP Defendant== who have provided testimony to

Congress and/or the MBI:

| NAME | JOB TITLE |
|---|---|
| Shane Albers | Subsea Project Engineer Challenger |
| Michael Beirne | Offshore Land Negotiator |
| Brett Cocales | Drilling Engineer |
| Neil Cramond | Marine Authority for Gulf of Mexico Operations |

11

| Raymond Dempsey | Vice President of Strategy, BP America Inc. |
| --- | --- |
| Steve Flynn | Vice President of Health, Safety, Security and Environment, BP p.l.c. |
| John Guide | Wells Team Leader |
| Mark Hafle | Senior Drilling Engineer |
| Dr. Tony Hayward | Former Chief Executive Officer, BP p.l.c. |
| Merrick Kelley | Subsea Wells Team Leader |
| Conward Lee Lambert | Well Site Leader Trainee |
| Lamar McKay | Chairman and President, BP America Inc. |
| Pat O'Bryan | Vice President for Drilling & Completions in the Gulf of Mexico |
| Ronald Sepulvado | Well Site Leader |
| David Sims | Operations Manager for Exploration & Appraisal in the Gulf of Mexico |
| Harry Thierens | Vice President for Drilling and Completions Operations for the Gulf of Mexico |
| Steve Tink | Health and Safety Team Leader for Drilling & Completions in the Gulf of Mexico |
| Gregory Walz | Drilling Engineering Team Leader, Gulf of Mexico Exploration & Appraisal |
| Kent Wells | Senior Vice President for Exploration and Production |
| Darryl Willis | Vice President of Resources, BP America Inc. |

12

(ii) the following list of employees or corporate representatives of any BP Defendant who were substantially involved with the operations of the *Deepwater Horizon* in the forty-eight (48) hours prior to the initial explosion aboard the *Deepwater Horizon*:

| EMPLOYEE NAME | JOB TITLE |
|---|---|
| Shane Albers | Subsea Project Engineer Challenger |
| Brett Cocales | Drilling Engineer |
| John Guide | Wells Team Leader |
| Mark Hafle | Senior Drilling Engineer |
| Robert Kaluza | Well Site Leader |
| Conward Lee Lambert | Well Site Leader Trainee |
| Brian Morel | Drilling Engineer |
| David Sims | Operations Manager for Exploration & Appraisal in the Gulf of Mexico |
| Brad Tippetts | Field Engineer / Subsea Wells Engineer Challenger / Subsea Wells Engineer / Subsea Wells Engineering Trainee |
| Donald Vidrine | Well Site Leader |
| Gregory Walz | Drilling Engineering Team Leader, Gulf of Mexico Exploration & Appraisal |

All of the individuals identified above are employees of an affiliate of the BP Group.  With regard to addresses for the individuals listed, all can be contacted through counsel for the BP Defendants.  The BP Defendants object to providing job descriptions and identifying supervisors and subordinates on the grounds that this request is unduly burdensome, duplicative of plaintiffs' Request for Production No. 9, and seeks information that is either easily obtained from a review of the transcripts being produced below or is irrelevant to the claims of any party in this case.

The BP Defendants will provide further information in response to this request within the time periods requested.

The BP Defendants also will produce written transcripts of any testimony given by the individuals identified above to the MBI, Bates-stamped BP-HZN-2179MDL00048888 - BP-HZN-2179MDL00052177.   Please note that transcripts of testimony before the MBI were obtained from the *Deepwater Horizon* Joint Investigation Team website (available at http://www.deepwaterinvestigation.com) and that these transcripts contain many inaccuracies. The BP Defendants will supplement this production with written transcripts of any testimony given by the individuals identified above to Congress.

**Plaintiff's Request for Production No. 9**

Please provide your organizational charts in effect from January 1, 2010, thru the present, including organizational charts reflecting and/or containing:

      a.     officers, employees or other personnel within any department or division supervising and/or providing services in connection with the Deepwater Horizon and/or the Macondo Well;

      b.     officers, employees or other personnel within any department or division supervising and/or providing services within the Gulf of Mexico;

      c.     the officers, directors, members and/or managers of each Defendant entity;

      d.     the parents, subsidiaries, sister entities and/or other affiliates of each Defendant entity;

      e.     the officers, directors, members and/or managers of the parents, subsidiaries, sisters and/or other affiliates of each Defendant entity; and

      e.     the parents, subsidiaries, sister entities and/or other affiliates of each entity supervising and/or providing services in connection with the Deepwater Horizon and/or the Macondo Well.

14