# Exhibit 51



36600828
Mar 21 2011
8:06PM

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To: All Actions | : : : | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |
| …………………………………………………... | : | |

### THE BP PARTIES' FOURTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' OMNIBUS DISCOVERY REQUESTS ON ALL DEFENDANTS

Defendants BP America Inc. ("BPA"), BP America Production Company ("BPAP"), and BP Exploration & Production Inc. ("BPXP") (collectively, "the BP Parties") by their undersigned Counsel, and pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, hereby submit the following fourth supplement to The BP Defendants' Responses and Objections to Plaintiffs' Omnibus Discovery Requests on All Defendants.

### SPECIFIC SUPPLEMENTAL RESPONSES AND OBJECTIONS

The BP Parties further respond as follow to plaintiffs' Interrogatory No. 2 and Request for Production No. 8 as follows, subject to and without waiving their general objections, which are set forth below and are specifically incorporated into the responses below. The BP Parties also expressly incorporate by reference the entirety of their prior responses to this discovery request, including all general objections incorporated therein, and all specific objections and responses set forth in their November 15, 2010 responses to Plaintiffs' Omnibus Discovery Requests on All Defendants and their First, Second, and Third prior supplemental responses to these same discovery requests dated December 15, 2011; January 14, 2011; and February 15, 2011, respectively.

**Plaintiff's Interrogatory No. 2 and Request for Production No. 8**

Within thirty (30) days, please provide the name, employer, address, job title, job description, immediate supervisor, and direct subordinates, of (i) all officers, directors, managers, employees or other corporate representatives providing testimony to the Coast Guard / MMS / MBI or to any committee or sub-committee of the United States Congress, and (ii) all officers or employees responsible for services provided in association with the navigational, drilling, completion, temporary abandonment or other operations of the Deepwater Horizon (whether on the rig or from shore) within forty-eight hours of the casualty. Defendants shall also provide a written transcript of any testimony before Congress or the Coast Guard / MMS / MBI, as well as any and all written or recorded statements prepared or provided by such personnel.

Within sixty (60) days, please provide the name, employer, address, job title, job description, immediate supervisor, and direct subordinates, of any and all other officers, employees or consultants associated with any services provided, and/or drilling and/or completion and/or temporary abandonment activities conducted, in association with the Deepwater Horizon, its equipment, or the Macondo Well.

Within ninety (90) days, please provide the name, employer, address, job title, job description, immediate supervisor, and direct subordinates, of any and all other officers, employees or consultants with knowledge regarding the maintenance, inspection, problems, complaints or repairs associated with the Deepwater Horizon, its equipment, or the Macondo Well.

Within one hundred and twenty (120) days, please provide the ==name, employer, address, job title, job description,== immediate supervisor, and direct subordinates, of any and all other officers, employees or consultants who were involved or participated in any and all well control, clean-up, or remediation efforts as a result of the spill.

**The BP Parties' Further Response to Plaintiffs' Interrogatory No. 2 and Request for Production No. 8**

Subject to and without waiving any of its prior objections made to this request, the BP Parties have agreed, after consultation with counsel for plaintiffs, to resolve in part plaintiffs' objections to BP's identification of individuals in response to plaintiffs' "120 day" request by identifying certain personnel whose work in the response and remediation efforts following the incident concerned the subject-matter areas listed below. These lists represent the BP Parties' good-faith attempt to provide certain additional information in response to this request, and are in no way intended to be exhaustive or comprehensive lists of individuals who may have relevant knowledge of the response and remediation work. They are simply a good-faith attempt to

identify a reasonable number of people who appear, based on the BP Parties' reasonable investigation under the circumstances, to have played a relatively significant role in the response and remediation work performed in the areas listed below:

**Activation of the BOP**

Mike Byrd
Merrick Kelly
Henry ('Harry") Theirens

**Well control, including the "containment dome," the "top kill" and "junk shot" efforts, and the "top hat"**

James Dupree
Andy Inglis
Kevin Kennelley
Richard Lynch
Mark Mazzella
Pat O'Bryan
Mark Patteson
Doug Suttles
Henry ("Harry") Thierens
Paul Tooms

**Oil spill containment, including dispersants, burning and use of booms & berm**

Overall
Mike Utsler
Doug Suttles

In Situ Burning (Controlled Burning)
Nere' Mabile
Al Allan

Dispersants (Surface and sub-surface)
Jon Rodgers
Charlie Huber
Gina Coelho

Boom
Mark Ploen
Bob Schmidt

3

<u>Skimming</u>
Mark Ploen
Tom Cothran

<u>Disposal/Decon</u>
David Sweeten
Laura Sanchez

<u>Berms</u>
Robin Bullock
Chris Herlugson

**Use of oil dispersants and Corexit in particular**

Jon Rogers
Charlie Huber
Marie BenKinney
Arden Ahnell

**Estimates of the rate of oil spilling or the amount of oil spilling**

Trevor Hill
David Rainey
Paul Tooms
Cindy Yeilding

**Potential health impacts of the oil spill and oil dispersants**

Oliver Pelz
Dave Dutton
Keith Benton
Mark Saperstein

**Potential environmental and ecological impacts of the oil spill and oil dispersants**

Glen Millner
Rock Vitale
Marie Ben Kinney
Arden Ahnell
Peter Carragher

**Potential economic impacts of the oil spill and oil dispersants**

Jeff Morgheim

4

In addition to the objections previously made in response to this request, the BP Parties object to plaintiffs' request to provide certain information "within one hundred and twenty (120) days" as overbroad, unreasonable, unduly burdensome, and duplicative and cumulative of several other document requests and interrogatories posed to the BP Parties. The BP Parties also object to plaintiffs' request to provide certain information "within one hundred and twenty (120) days" on the grounds that it is vague, ambiguous, undefined, overbroad, and seeks information or documents not related to the claims or defense of any party in that it fails to define, specify a reasonable time period, or otherwise reasonably limit its request for information concerning "any and all well control, clean-up, or remediation efforts as a result of the spill."

The BP Parties also object to providing contact information for the individuals identified and state that with regard to all of the individuals listed as employees of a member of the BP Group, all can be contacted through counsel for the BP Parties. The BP Parties also object to providing job descriptions and identifying supervisors and subordinates on the grounds that this request is unduly burdensome, duplicative of plaintiffs' discovery requests seeking organizational charts and related information, and seeks information that is either easily obtained from a review of the transcripts and other documents being produced below or is irrelevant to the claims of any party in this case..

To the extent plaintiffs' request seeks additional information or documents, the BP Parties object on the grounds that it is overbroad, unreasonable, unduly burdensome, and seeks information not relevant to the claims or defenses of any party.

**GENERAL OBJECTIONS**

The BP Parties assert the following objections to plaintiffs' interrogatory and request for production ("Plaintiffs' Discovery Requests"). These general objections are incorporated by