# Exhibit 53



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179 SECTION: J |
| This Document Relates To: ALL CASES | § § § § § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**PLAINTIFFS' INTERROGATORIES AND REQUESTS FOR PRODUCTION TO BP EXPLORATION AND PRODUCTION, INC.**

**NOW COME** Plaintiffs, through Plaintiffs' Liaison Counsel, and, pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure, serve the following requests upon BP Exploration and Production, Inc. and request that responses be served upon Plaintiffs' Liaison Counsel within thirty (30) days, or as otherwise provided herein, (or upon a rolling or other alternative schedule mutually agreed upon by Plaintiffs' Liaison Counsel and Counsel for Defendant).

**INSTRUCTIONS**

(a)   Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, these interrogatories and requests for production are continuing in nature so that if, after answering, you acquire additional responsive knowledge or information or determine that an answer you provided was false, incomplete, or misleading, Plaintiffs direct that you serve supplemental or amended answers as soon as reasonably possible after acquiring such additional knowledge or information.  Furthermore, documents or electronically stored information ("ESI") prepared prior to or subsequent to the period covered by these interrogatories, but which nonetheless relate or refer thereto, are to be included in your response.

(b)   As defined below, you are to produce all documents in your control.  Production of documents shall be in conformance with all procedures and formats set forth by the Court.

1

digital or other means. ESI includes, by way of example only, computer programs (whether private, commercial, or work-in progress), programming notes or instructions, activity listings of electronic mail receipts and transmittals, output resulting from the use of any software program, including word processing documents, spreadsheets, database files, charts, graphs and outlines, electronic mail displaying full email aliases (not merely "display names"), electronic calendars, IM logs, PBX logs, documents management system data, operating systems, all metadata, source code of all types, peripheral drivers, PIF files, batch files, ASCII files, and any and all miscellaneous files and file fragments, regardless of the media on which they reside and regardless of whether said ESI consists in an active file, deleted file or fragment. Electronically stored information includes any and all items stored on computer memories, hard disks, floppy disks, CD-ROMs, removable media such as Zip disks, Jaz cartridges, Bernoulli Boxes and their equivalent, magnetic tapes of all types, microfiche, punched cards, punched tape, computer chips, including, EPROM, PROM RAM and ROM, on or in any other vehicle for digital data storage and transmittal. The term ESI also includes the file, folder tabs and containers and labels appended to, or associated with, any physical storage device associated with each original and copy.

(hh) "Computer" means all devices utilizing microchips to facilitate processing, analysis, or storage of data, including microcomputers (also known as personal computers), laptop computers, portable computers, notebook computers, palmtop computers (also known as personal digital assistants or PDA's), minicomputers and mainframe computers.

(ii) "Privilege log" should be construed as a listing of each document for which a privilege is claimed, which should include with specificity, the title of the document, the nature of the privilege or protection asserted, the author and date of the document, the identity of all intended recipients of the document, any documents or ESI supporting the privileged information, title and subject matter, present location of any documents or ESI involved, and a description of how you contend the alleged privilege or other protection applies. Any Privilege log that you submit must also comply with any Case Management Order entered in this case that governs Privilege Logs.

(jj) "Control" refers to ownership, possession, or custody of the document, or the right to secure the document or copy thereof from any person or public and private entity having physical possession thereof.

(kk) "Relating to," "Referring to," "Regarding," "Concerning" or "With respect to" refers to, without limitation, the following concepts: discussing, describing, reflecting, concerning, dealing with, pertaining to, analyzing, evaluating, estimating, constituting, studying, surveying, projecting, assessing, recording, summarizing, criticizing, reporting, commenting or otherwise involving, in whole or in part.

(ll) "Identify" when used in reference to a person means to state the person's:

(1) Full name;

(2) Social security number;

(3) Present or last known address;

(4) Office, home, cellular, and facsimile telephone numbers;

(5) Present or last known employment position, including the employer name; and

(6) Job description, title, responsibilities, and business affiliation for the relevant time period.

(mm)   "Identify" when used in reference to a document or ESI means to state:

(1) The type of document or ESI;

(2) Its date;

(3) Its author(s) and author(s) address(es), including every author involved, whether or not such person signed the document;

(4) Its subject matter or response;

(5) Its present location or custodian;

(6) Every person to whom such document or ESI, or any copy thereof, was given or sent;

(7) Every person known to you to have received the document or information, or to have learned the substance of its contents; and

(8) If any such document or ESI was, but is no longer, in your possession or subject to your control, state what disposition was made of it.

(nn)   "Identify" when used with respect to a communication other than a writing means to state:

(1) The full name of any person who was a party to the communication;

(2) The type of communication, e.g., telephone conversation, letter, telegram, teletype, telecopy, written memorandum, face-to-face conversation, or any other form ; and

(3) The full name of any persons participating therein, along with the date, duration, location(s) and the substance of the communication.

(oo)   "And" as well as "Or" should be construed either disjunctively or conjunctively so that each request is given its broadest possible application. If, for example, a request calls for information about "A" or "B", you should produce all information about A and all information