# Exhibit 56



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To: All Actions | : : | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |
| ……………………………………………... | : | |

## THE BP PARTIES' RESPONSES AND OBJECTIONS TO PLAINTIFFS' INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSION

Defendants BP America Inc. ("BPA"), BP America Production Company ("BPAP"), and BP Exploration & Production Inc. ("BPXP") (collectively, "the BP Parties"), by their undersigned Counsel, and, pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, hereby submit the following responses and objections to plaintiffs' Interrogatories, Requests for Production, and Requests for Admission.

### SPECIFIC RESPONSES AND OBJECTIONS

The BP Parties respond as follows to plaintiffs' specific interrogatories, requests for production, and requests for admission, subject to and without waiving their general objections, each and every one of which are specifically incorporated into each individual response below.[1]

**INTERROGATORY NO. 1:**

Please describe in detail the general chain of command and organizational structure for the Deepwater Horizon during the relevant time period, beginning with the lowest ranking person aboard the rig, up to and through the highest ranking person on-shore.

---

[1] The BP Parties' general objections are set forth at pages 370-382.

To the extent plaintiffs' request seeks additional documents, the BP Parties object on the grounds that it is overbroad, unreasonable, unduly burdensome, and seeks information not relevant to the claims or defenses of any party.

**INTERROGATORY NO. 10:**

Please identify any persons on-shore who participated in or were in anyway involved with the operations aboard the Deepwater Horizon during the relevant time period.

**RESPONSE TO INTERROGATORY NO. 10:**

Subject to their specific and general objections, the BP Parties refer plaintiffs to their response to Interrogatory No. 5.

To the extent plaintiffs' interrogatory seeks additional information, the BP Parties object on the grounds that it is overbroad, unreasonable, unduly burdensome, and seeks information not relevant to the claims or defenses of any party.

**REQUEST FOR PRODUCTION NO. 18:**

Please produce the personnel files for each person identified in response to Interrogatory No. 4, 5, 6, 8, and 10.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

The BP Parties object to this request on the grounds that the phrase "personnel files" is vague, ambiguous and undefined. In addition, to the extent plaintiffs' request seeks information above and beyond performance evaluations and/or information for other individuals, the BP Parties object on the grounds that the request seeks documents that likely contain sensitive, confidential and personal identifying information not relevant to the claims or defenses of any party and personnel files for employees of other entities or documents that are likely more readily available from other parties in the litigation.

Subject to their specific and general objections, and the confidentiality restrictions of Pretrial Order #13, the BP Parties will conduct a reasonable search of non-privileged documents for the 2007 to 2009 (or other most recent) annual performance evaluations of the following BP employees: Brett Cocales; Alexander John Guide; Mark Hafle; Robert Kaluza; Brian Morel; Murry Sepulvado; Ronnie Sepulvado; David Sims; Donald Vidrine and Gregory Walz.

The BP Parties will also provide the 2009 (or other most recent) annual performance evaluations of the BP employees listed below:

| NAME |
| --- |
| Shane Albers |
| Michael Beirne |
| Robert Bodek |
| Christopher Bryan |
| Scott Christopher |
| Erick Cunningham |
| Sarah Dobbs |
| Ralph Doucet |
| Andrew Frazelle |
| Timothy Hopper |
| Merrick Kelley |
| Gavin Kidd |
| Conward Lee Lambert |
| Phillip Earl Lee |
| Ian Little |
| Terry Miglicco |
| Richard Miller |
| Steve Morey |
| Joe Neumeyer |
| Patrick O'Bryan |
| Francisco Pineda |
| David Rich |
| Angel Rodriguez |
| Galina Skripnikova |
| Jonathan Sprague |

| NAME |
|---|
| Henry ("Harry") Thierens |
| Brad Tippetts |

Certain of these materials have already been produced at BP-HZN-MBI00193029 through BP-HZN-MBI00193098.

To the extent plaintiffs' request seeks additional documents, the BP Parties object on the grounds that it is overbroad, unreasonable, unduly burdensome, and seeks information not relevant to the claims or defenses of any party.

**INTERROGATORY NO. 11:**

Please identify any crew boats, supply boats, or vessels that were within a one (1) mile radius of the Deepwater Horizon at any time between April 20, 2010 and April 22, 2010 and for each such crew boat, supply boat, or vessel, please identify the owner or charterer of the crew boat, supply boat, or vessel, and any persons aboard the crew boat, supply boat, or vessel between April 20, 2010 and April 22, 2010.

**RESPONSE TO INTERROGATORY NO. 11:**

The BP Parties object to this interrogatory to the extent it seeks information such as the owner, charterer, and persons aboard vessels, that were not owned or operated by the BP Parties, on the grounds that the request is unreasonable, unduly burdensome, and seeks information likely more readily available from other parties or entities.

Subject to their specific and general objections, the BP Parties state that based on the information available at this time, the following vessels were located within a one-mile radius of the *Deepwater Horizon* between April 20, 2010 and April 22, 2010: the *Alice G. Macall, Bee Sting, Boa Subsea, C-Enforcer, C-Express, C-Hero, C-Leader, C-Pacer, Damon Bankston, Fast Cajun, Gloria B. Callais, Gulf Princess, Hilda Lab, Joe Griffin, Katrina Fagan, Kobe Chouest, Lainey Chouest, Max Chouest, Monica Anne, Mr. Sydney, Nikki Candies, Norbert Bouziga,*

34