# Exhibit 57

```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2

 3
       IN RE:  OIL SPILL     MDL NO. 2179
 4     BY THE OIL RIG
       "DEEPWATER HORIZON"   SECTION:  J
 5     IN THE GULF OF
       MEXICO, ON APRIL      JUDGE BARBIER
 6     20, 2010              MAG. JUDGE SHUSHAN

 7
```

13

14

   Deposition of **DAVID A. RICH,** taken
15 in the Pan American Life Center, Bayou
   Room, 11th Floor, 601 Poydras Street, New
16 Orleans, Louisiana 70130, on Wednesday,
   June 1, 2011.

17

18 **APPEARANCES:**

19

20       LEGER & SHAW
         (By:  Walter J. Leger Jr., Esquire
21             and Christine E. Sevin,
               Esquire)
22       600 Carondelet Street
         Suite 900
23       New Orleans, Louisiana  70130-3519
             (Attorneys for Plaintiff's
24            Steering Committee)

25

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

```
 1    years working in the Gulf of Mexico
 2    offshore on the shelf.
 3              Following that I went to
 4    Indonesia.  And all of these jobs have been
 5    well intervention, well -- related
 6    primarily to well work, working on wells in
 7    various capacities.
 8              Spent approximately six years in
 9    Indonesia and then went to Aberdeen, worked
10    in the technology group for a year and a
11    half.  Transferred to Azerbaijan, worked
12    three and a half years as a completion
13    manager in Azerbaijan and worked another
14    year and a half in London as -- working on
15    major project reviews across the globe and
16    then transferred in 2008 to Gulf of Mexico
17    as completion manager for the DEEPWATER.
18        Q.    I'm sorry, that was 2008?
19        A.    January of 2008; that's correct.
20              December 1st of 2009, assumed
21    the role of wells director, replacing Harry
22    Thierens.  Was in that role -- well,
23    there's some transition as part of the
24    reorganization in April of 2010 where I
25    became wells manager.  And I'm currently
```

1    the wells director for interventions in the
2    integrity in the global wells organization.
3         Q.    Okay.  I'm going to take it a
4    little bit slower and go over some of that
5    in a little bit more detail.  But thank
6    you.
7               First of all, what is wells
8    intervention?
9         A.    Wells intervention is
10   essentially, once a well is drilled and
11   completed it's almost any activity in
12   repair or production optimization of a
13   wellbore.
14        Q.    Now, did you -- when did you
15   graduate from high school?
16        A.    December of '73.
17        Q.    And you enrolled at LSU in the
18   fall?
19        A.    No.
20        Q.    You went in the military?
21        A.    U.S. Navy.
22        Q.    And what nuclear submarine were
23   you on?
24        A.    The MARIANA JUBILEO.
25        Q.    And you were honorably

```
 1   side of the work?
 2        Q.   There's a drilling side and
 3   there's a completion side, as I appreciate
 4   it; correct?
 5        A.   There is a drilling, yes.  And
 6   so you're -- are you asking me if I was
 7   ever a drilling engineering team leader?
 8        Q.   Yes.
 9        A.   No.  I was not a drilling
10   engineering team leader.
11        Q.   You were involved as, I guess, a
12   wells manager, you were involved in the
13   work of drilling and completion; correct?
14        A.   And interventions, yes.
15        Q.   And interventions.
16        A.   The wells manager role has
17   accountability for all phases of well
18   construction and repair.
19        Q.   So before you got into the wells
20   director, or wells management position, you
21   had not been involved in the drilling
22   operations?
23        MR. COLLIER:
24             Object to form.
25   EXAMINATION BY MR. LEGER:
```

1    completion aspect of Macondo?
2         A.   Setting a production liner is
3    part of a completion.
4         Q.   So when that long string liner
5    was set, that was the beginning of a
6    completions operation?
7         A.   It's the first phase of a
8    completion operation.  Technically, not
9    normally, you know -- yes, it's technically
10   from a paperwork perspective it is the
11   first phase of a completion.
12        Q.   Is temporary abandonment a part
13   of completions?
14        A.   I don't remember how that's
15   coded.
16        Q.   Most of these things depend on
17   how it's coded in a book or a guide or
18   something; is that right?
19        A.   What is part of a completion and
20   what is part of a drilling is, is, that's
21   semantics.  It's still being done by the
22   same crew.
23        Q.   And in this case, the crew
24   that's doing it for BP would be, starting
25   with you on April 20th, would be starting

```
 1    with you as the wells manager on that date?
 2         A.    On April 20th?
 3         Q.    Of 2010.
 4         A.    It depends on what you mean the
 5    crew.  The operations was the rig and the
 6    people on the rig.  The operations team.
 7         Q.    This being for BP, the well team
 8    leaders?
 9         A.    The well site leaders for BP.
10         Q.    The well site leaders up to the
11    well team leaders?
12         A.    To the team leaders, that's
13    correct.  To the operations manager and
14    then to me.
15         Q.    So from the well site leaders,
16    the old days used to call them the company
17    men; right?
18         A.    Yeah.
19         Q.    To the well team leader on
20    April 20, 2010 was John Guide; correct?
21         A.    That's correct.
22         Q.    To David Sims on that date was
23    the -- what was his official capacity?
24         A.    He was the operations manager.
25         Q.    Operations manager?  And then he
```

```
 1    reported directly to you; correct?
 2         A.    Except I was not in town at the
 3    time.
 4         Q.    Right.
 5         A.    And my duties were delegated to
 6    Andrew Frazelle.
 7         Q.    Where were you at the time?
 8         A.    I was in Operations Academy in
 9    Boston.
10         Q.    And what is Operations Academy?
11         A.    It's a BP school worked in
12    conjunction with MIT that you worked, you
13    look at process safety and you study
14    process safety and how to safe operations.
15         Q.    And what's involved in the study
16    of process safety?
17         A.    What do you mean what's
18    involved?
19         Q.    What is process safety?
20         A.    We studied incidents such as
21    Texas City, we studied Piper Alpha, we
22    studied the Baker panel report, we looked
23    and talked thorough incidences such as that
24    and how you could continue to improve your
25    processes.
```

1    A.   I heard your question.  I'm
2    thinking.  Approximately five or six days.
3    I don't recall exactly the amount of time.
4         Q.   Six or eight-hour days?
5         A.   Yes.
6         Q.   Now, you have been designated by
7    BP on its behalf to testify regarding the
8    chain of command in connection with Macondo
9    well, including decision making systems and
10   authority, as well as the reorganization of
11   BP personnel at the Macondo well in early
12   April 2010.
13             Is that correct?
14        A.   That's correct.
15        Q.   And you have brought for us
16   today some documents.  I'm going to hand
17   them back to you.
18             Can you tell us what they are?
19        A.   They are organization charts to
20   refresh my memory on exactly the
21   organizations at the various time frames
22   and a RACI chart which talks about the
23   roles and accountabilities.
24        Q.   So those charts are different
25   organizations at different points in time;

```
 1    by I wasn't very crazy about.
 2    EXAMINATION BY MR. LEGER:
 3         Q.    Is he from England, also?
 4         A.    Brian Hay?
 5         Q.    Yes.
 6         A.    I think so.
 7         Q.    How about Harry T?
 8         A.    Harry Thierens.
 9         Q.    That was your predecessor?
10         A.    That's correct.
11         Q.    And where was he at the time?
12         A.    He was vice-president of
13    operations and I think by then he had
14    relocated to the UK.
15         Q.    By the way, by whom are you
16    employed?
17         A.    I'm sorry?
18         Q.    By whom are you employed today?
19         A.    By whom --
20         Q.    The name of the company?
21         A.    BP.
22         Q.    And who were you employed by on
23    April 20th of 2010?
24         A.    BP.
25         Q.    Who were you employed by on
```

```
 1    January 13th of 2010?
 2         A.    BP.
 3         Q.    And who was Steve Haden employed
 4    by?
 5         A.    BP.
 6         Q.    Who was Brian Hay and Harry T.
 7    employed by?
 8         A.    BP.
 9         Q.    Who is Andy Inglis?
10         A.    Andy Inglis is our -- what was
11    his title.  He was kind of -- I don't
12    recall his title.  He was the head of E&P.
13    And for BP.
14         Q.    Okay.  He, also, worked out of
15    London?
16         A.    He worked out of London and the
17    US.  I think he had offices in both places.
18    I'm not sure.
19         Q.    That's the fellow you and I
20    talked about before?
21         A.    Yes.
22         Q.    Right.  I'd like you to turn now
23    to page -- this attaches a document called
24    improving control of work within drilling
25    and completions, November of 2009.
```

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters