# Exhibit 59



Dec 8 2010
10:01PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To: All Actions | : : | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |
| …………………………………………………... | : | |

## THE BP PARTIES' RESPONSES AND OBJECTIONS TO PLAINTIFFS' INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSION

Defendants BP America Inc. ("BPA"), BP America Production Company ("BPAP"), and BP Exploration & Production Inc. ("BPXP") (collectively, "the BP Parties"), by their undersigned Counsel, and, pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, hereby submit the following responses and objections to plaintiffs' Interrogatories, Requests for Production, and Requests for Admission.

## SPECIFIC RESPONSES AND OBJECTIONS

The BP Parties respond as follows to plaintiffs' specific interrogatories, requests for production, and requests for admission, subject to and without waiving their general objections, each and every one of which are specifically incorporated into each individual response below.[1]

**INTERROGATORY NO. 1:**

Please describe in detail the general chain of command and organizational structure for the Deepwater Horizon during the relevant time period, beginning with the lowest ranking person aboard the rig, up to and through the highest ranking person on-shore.

---

[1] The BP Parties' general objections are set forth at pages 370-382.

**REQUEST FOR PRODUCTION NO. 69:**

Please provide the organizational chart for the following entities for every year during the relevant time period:

(a)   BP Exploration and Production;

(b)   BP America, Inc.;

(c)   BP Products North America, Inc.;

(d)   BP, P.L.C.; and

(e)   BP America Production Company.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 69:**

The BP Parties object to this request to the extent it seeks more documents than those necessary to provide a reasonable overview of the business operations units whose work was directly related to the Macondo Well on the grounds that it is overbroad, unreasonable, unduly burdensome, and seeks documents not relevant to the claims or defenses of any party.

Subject to their specific and general objections, the BP Parties will conduct a reasonable search of non-privileged documents for organization charts showing engineering and operations personnel assigned to the Gulf of Mexico SPU in 2009 and 2010, as well as organizational documents for the *Transocean Marianas* during the relevant time period, and will produce responsive documents identified as a result of that search. The BP Parties also refer plaintiffs to their response to Request for Production No. 1 and to their response to Request for Production No. 9 in Plaintiffs' Omnibus Discovery Requests on All Defendants, along with their accompanying document production.

To the extent plaintiffs' request seeks additional documents, the BP Parties object on the grounds that it is overbroad, unreasonable, unduly burdensome, and seeks information not relevant to the claims or defenses of any party.

**REQUEST FOR PRODUCTION NO. 70A [BPA ONLY]:**

Please produce any documents reflecting the oversight or performance of: (1) any aspect of BP America Inc; (2) of anyone in management at BP, P.L.C.; or (3) the board of directors at BP, P.L.C.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 70A [BPA ONLY}:**

The BP Parties object to this request on the grounds that it is overbroad and unduly burdensome in that it is in no way limited or phrased in such a way that the documents being requested are related to the Incident and that plaintiffs' use of the terms "oversight," "performance," and "management" is vague, ambiguous, and undefined.

Subject to their specific and general objections, the BP Parties refer plaintiffs to the publicly available Internet website, www.bp.com, under the "Investors" homepage for documents and information related to the financial performance, share price, governance, annual reports, regulatory filings, director declarations, and so forth for BP p.l.c. and its global operations. The BP Parties also refer plaintiffs to documents previously produced to plaintiffs in response to Request for Production No. 1 in Plaintiffs' Omnibus Discovery Requests on All Defendants, including publicly available reports showing the company's total revenues, net income, and total dividend payments for fiscal years 2004 to 2009 and the first quarter of fiscal year 2010, as well as publicly available directors' remuneration reports for fiscal years 2004-2009, and a chart containing data reflecting revenue and operating income after taxes for the Gulf of Mexico SPU, which is not reported publicly. The information in the chart is based upon global management information used internally by BP in evaluating its strategic performance