# Exhibit 59



LEXISNEXIS FILE & SERVE
34358557
e-SERVICE
Nov 15 2010
6:20PM

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To: All Actions | : : | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |
| …………………………………………………... | : | |

## THE BP DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFFS' OMNIBUS DISCOVERY REQUESTS ON ALL DEFENDANTS

Defendants BP America Inc. ("BPA"), BP America Production Company ("BPAP"), and BP Exploration & Production Inc. ("BPXP") (collectively, "the BP Defendants") by their undersigned Counsel, and pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, hereby submit the following responses and objections to Plaintiffs' Omnibus Discovery Requests on All Defendants [Doc 510-1].

### SPECIFIC RESPONSES AND OBJECTIONS

The BP Defendants hereby state as follows in response to plaintiffs' specific discovery requests, subject to and without waiving their general objections, which are specifically incorporated into each individual response below.[1]

**Plaintiffs' Request for Production No. 1**

Please produce any and all documents and/or ESI produced and/or provided to the Coast Guard, Mineral Management Service ("MMS"), Marine Board Investigation ("MBI"), and/or any Congressional Committee and/or Sub-Committee in connection or association with any investigation or inquiry regarding or relating to the Deepwater Horizon and/or the Macondo Well.

Please include copies of any and all *subpoenas* and/or requests to which you produced such documents and ESI.

---

[1] The BP Defendants' general objections are set forth at pages 21-24.

The BP Defendants will provide further information in response to this request within the time periods requested.

The BP Defendants also will produce written transcripts of any testimony given by the individuals identified above to the MBI, Bates-stamped BP-HZN-2179MDL00048888 - BP-HZN-2179MDL00052177. Please note that transcripts of testimony before the MBI were obtained from the *Deepwater Horizon* Joint Investigation Team website (available at http://www.deepwaterinvestigation.com) and that these transcripts contain many inaccuracies. The BP Defendants will supplement this production with written transcripts of any testimony given by the individuals identified above to Congress.

**Plaintiff's Request for Production No. 9**

Please provide your organizational charts in effect from January 1, 2010, thru the present, including organizational charts reflecting and/or containing:

a. officers, employees or other personnel within any department or division supervising and/or providing services in connection with the Deepwater Horizon and/or the Macondo Well;

b. officers, employees or other personnel within any department or division supervising and/or providing services within the Gulf of Mexico;

c. the officers, directors, members and/or managers of each Defendant entity;

d. the parents, subsidiaries, sister entities and/or other affiliates of each Defendant entity;

e. the officers, directors, members and/or managers of the parents, subsidiaries, sisters and/or other affiliates of each Defendant entity; and

e. the parents, subsidiaries, sister entities and/or other affiliates of each entity supervising and/or providing services in connection with the Deepwater Horizon and/or the Macondo Well.

14

**The BP Defendants' Response to Plaintiffs' Request for Production No. 9**

The BP Defendants will produce, subject to their general objections, organization charts showing engineering and operations personnel assigned to the Gulf of Mexico Strategic Performance Unit ("SPU") in 2009 and 2010, as well as organizational documents for the *Marianas* while on site at the MC 252 #1 Macondo well. These materials are Bates-stamped BP-HZN-2179MDL00054004 - BP-HZN-2179MDL00054327.

To the extent plaintiffs' request seeks additional information or documents beyond readily available charts identified above, which provide a reasonable overview of the business operations units whose work was directly related to the MC 252 # 1 Macondo Well, the BP Defendants object on the grounds that it is overbroad, unreasonable, unduly burdensome, and seeks information or documents outside the intended scope of the Initial Omnibus Requests and/or not relevant to the claims or defenses of any party.

**Plaintiff's Interrogatory No. 3 (and/or Request for Production No. 10)**

Please describe the existence, nature, time, location, custodian, testing, analysis and/or results of any and all water, oil, soil, air, tissue and/or other environmental samples which have been taken or collected in or around the Gulf of Mexico (including its adjacent and/or neighboring shores, inlets, tributaries, rivers, marches, estuaries, beaches, waters, counties, parishes, states, countries and/or bays) from April 20, 2010 to the present.

**The BP Defendants' Response to Plaintiffs' Interrogatory No. 3 (and/or Request for Production No. 10)**

The BP Defendants object to this interrogatory because it seeks an enormous volume of detailed information, much of which is not currently in the possession, custody, or control of the BP Defendants, is the subject of ongoing testing and/or analysis, or has yet to be generated or finalized. In addition, the request is outside the intended scope of the Initial Omnibus Requests and, because it seeks such a broad array of information, necessarily calls for the review and