# Exhibit 60

## PART 1 OF 2



# Drilling & Completions

**Leadership**                                                     **As of April 2010**



**O'Bryan, Pat**
VP Drilling and Completions

**TBD**
Administrative Assistant

| **Holt, Charles** Org Capability Lead (D&C) | **Walker, Eric** Well Interventions Manager | **Sprague, Jonathan** Drilling Eng Manager | **Rich, David** Wells Manager | **Waters, Frank** Completions Eng. Manager | **TBD** Functional Perf. Manager |

TREX-02515

EXHIBIT # 2515

WIT:

# Drilling & Completions

**Wells Intervention**

**As of April 2010**



```
                        ┌─────────────────────┐
                        │    Walker, Eric     │
                        │ Well Interventions  │
                        │      Manager        │
                        └─────────────────────┘
```

| Smart, John | Porter, David | Sutton, Linnville | Keck, Richard | Sankar, Maniram |
|---|---|---|---|---|
| Well Intervention Ops TL | Well Integrity Advisor | Well Intervention Engineering TL | Well Integrity Management TL | Completions Ops Readiness Engineer |

# Drilling & Completions

**Wells Intervention**

As of April 2010





**Smart, John**
Well Intervention
Ops TL

| **Shumake, Phillip**<br>Wellsite Leader | **Bolton, Bobby**<br>Wellsite Leader | **Sherman, Thomas**<br>Wellsite Leader | **TBD**<br>Wellsite Leader |
|---|---|---|---|
| **Saucier, Lynn**<br>Wellsite Leader | **Pesson, Rodney**<br>Wellsite Leader | **Moore, Robert**<br>Wellsite Leader | **Chancy, James**<br>Wellsite Leader |
| **Doucet, Tate**<br>Wellsite Leader | **Pilcher, Jonathan**<br>Wellsite Leader | **Hagler, Tim**<br>Wellsite Leader | **Morrison, Marvin**<br>Wellsite Leader |
| **Powell, Michael**<br>Wellsite Leader | **Dupre, Marvin**<br>Wellsite Leader | **Prima, Matthew**<br>Wellsite Leader | **Tappin, George**<br>Wellsite Leader |
| | **Kamper, Ronald**<br>Wellsite Leader | **TBD**<br>Wellsite Leader | |

# Drilling & Completions

**Wells Intervention**

**As of April 2010**





# Drilling & Completions

**Well Integrity**                                     **As of April 2010**





**Keck, Richard**
Well Integrity
Management TL

| TBD | TBD | TBD | TBD |
|---|---|---|---|
| Well Integrity Engineer | Well Integrity Engineer | Well Integrity Engineer | Well Integrity Engineer |

# Drilling & Completions

**Drilling Eng**

**As of April 2010**





# Drilling & Completions

**Drilling Eng**

**As of April 2010**





Walz, Gregory
Drilling Eng TL
(E&A)

| Tripp. Alex | TBD | TBD | Prewett, Hartford |
| Chal-Drilling Engineer | Drilling Engineer | Drilling Engineer | Drilling Engineer |

| Lirette, Nicolas | Rivera, Rodolfo | Hafle, Mark | Cocales, Brett |
| Drilling Engineer | Drilling Engineer | Drilling Engineer | Drilling Engineer |

| Burns, Tim | Morel, Brian | Andres, Kurt | Nixon, Zane |
| Drilling Engineer | Drilling Engineer | Drilling Engineer | Drilling Engineer |

# Drilling & Completions

**Drilling Eng - Delivery Team 1**

**As of April 2010**





**Driscoll, Peter**
Drilling Eng TL -
Delivery Team 1

**Odenthal, Robert**
Drilling Engineer

**Connolly, Maria**
Drilling Engineer

**Ware, Charles**
Drilling Engineer

**Fleece, Trent**
Drilling Engineer

**Mouton, Dave**
Drilling Engineer

**Chastain, Jonathan**
Chal-Drilling Engineer

**Hart, Sofiri**
Drilling Engineer

**Halvorsen-Dory, Kathleen**
Drilling Engineer

**Mushovic, Todd**
Drilling Engineer

**Ramirez, Juan**
Drilling Engineer

**Eicks, Ted**
Drilling Engineer

**Heironimus, Mark**
Drilling Engineer

**TBD**
Drilling Engineer

**TBD**
Drilling Engineer

**Vo, Nghia**
Drilling Engineer

**Coy Aristizabal, Luis**
Drilling Engineer

**Frank Ayala, Gustavo**
Chal-Drilling Engineer

# Drilling & Completions

**Drilling Eng - Delivery Team 2**

As of April 2010





**Taylor, Charles**
Drilling Eng TL -
Delivery Team 2

| | | | |
|---|---|---|---|
| **Martin, Jonathan**<br>Drilling Engineer | **Tan, Peter**<br>Chal-Drilling Engineer | **Robin, Vernon**<br>Drilling Engineer | **Phillippi, Monty**<br>Drilling Engineer |
| **Wesley, David**<br>Drilling Engineer | **Griffin, Eric**<br>Chal-Drilling Engineer | **Shaughnessy, John**<br>Drilling Engineer | **Wollam, Ryan**<br>Drilling Engineer |
| **Chin-Yen, Chan**<br>Drilling Engineer | **Billard, Alan**<br>Drilling Engineer | **Okuchaba, Boma**<br>Chal-Drilling Engineer | **Feryereisen, Seth**<br>Drilling Engineer |
| **Riddle, Gene**<br>Drilling Engineer | **Soltero, Adriana**<br>Chal-Drilling Engineer | **TBD**<br>Drilling Engineer | **Huseynov, Asif**<br>Drilling Engineer |

# Drilling & Completions

**Exploration Drilling Eng**

**As of April 2010**





**Blome, Greg**
Exploration Drilling
Eng TL (Beaufort
Sea)

| **TBD** Drilling Engineer | **TBD** Drilling Engineer | **TBD** Drilling Engineer | **TBD** Drilling Engineer | **TBD** Drilling Engineer |

# Drilling & Completions

**Exploration Drilling Eng**

As of April 2010





**Wellings, James**
Exploration Drilling
Eng TL (Colombia)

| **TBD** Drilling Engineer | **TBD** Drilling Engineer | **TBD** Drilling Engineer | **TBD** Drilling Engineer | **TBD** Drilling Engineer |

# Drilling & Completions

DeX                                                     As of April 2010





**Chester, Douglas**
DeX TL

| **Mix, Kurt** Drilling Engineer | **Mataway, Thomas** Drilling Engineer | **Daire, Bryan** Drilling Engineer | **Jacobsen Plutt, Louise** Drilling Engineer |
| **Shanks, Earl** Drilling Engineer | **Murray, Mark** Drilling Engineer | **deSteiguer, Craig** Drilling Engineer | **Seeley, Tom** Drilling Engineer |
| **Diaz Castro, Andres** Drilling Engineer | **Vickers, Doug** Wellsite Leader | **Pollock, Tim** Drilling Engineer | **Karlson, Geir** Drilling Engineer |
| **Wilton, Bonsall** Fluids Specialist | **LeBleu, John** Drilling Engineer | **Armagost, Ken** Drilling Engineer | **TBD** Technologist |
| **Daniels, Matt** Rig Operations Engineer | **Sistrunk, John** Wellsite Leader | **Leonard, Jerome** Drilling Engineer | **Gulick, Jonathon** Delivery Lead |

# Drilling & Completions

**D&C Drilling**                                          **As of April 2010**





# Drilling & Completions

**Wells**  As of April 2010





**Rich, David**
Wells Manager

**Sachan, Kim**
Administrative Assistant

**Harder, Chris**
D&C Ops Manager - Delivery Team 1

**Frazelle, Andrew**
D&C Ops Manager - Delivery Team 2

**Sims, David**
D&C Ops Manager (E&A)

**Daigle, Keith**
Wellsite Leader

**Nohavitza, Glenn**
PS I & II Delivery Lead

**Harland, Richard**
D&C Ops Lead - Kaskida IFT

# Drilling & Completions

**D&C Ops - Delivery Team 1**                                        As of April 2010





**Harder, Chris**
D&C Ops Manager - Delivery Team 1

**Kidd, Gavin**
Wells Team Leader (DD II)

**Sanders, Robert**
Wells Team Leader (DD III)

**Bullock, Mitchell**
Wellsite Leader

**Radich, Derek**
Rig Clerk

**Spiers, Cayce**
Rig Clerk

**Wright, S**
Wellsite Leader

**Fitzgerald, Claudia**
Technologist

**Reesor, Derek**
Rig Clerk

**Beemer, Randy**
Rig Clerk

**Santos, Diana**
Technologist

**TBD**
Wellsite Leader

**Simoneaux, Joshua**
Performance Engineer

**Brooks, Ken**
Rig Clerk

**Nunley, Dwight**
Wellsite Leader

**Fruge, Michael**
Wellsite Leader

**Morrison, Jamie**
Wellsite Leader

**Speirs, Timothy**
Wellsite Leader

**Zaunbrecher, Bennet**
Rig Clerk

**Speyrer, Richard**
Wellsite Leader

**Bourque, Eddie**
Rig Clerk

**Tate, Ernest**
Wellsite Leader

**Purvis, Harold**
Wellsite Leader

**Bernard, Leonard**
Performance Engineer

**Coleman, Steve**
Rig Clerk

# Drilling & Completions

**D&C Ops - Delivery Team 2**

As of April 2010





**Frazelle, Andrew**
D&C Ops Manager - Delivery Team 2

**Hernandez, Yolanda**
Administrative Assistant

**Emmerson, Antony**
Wells Team Leader (PDQ)

**TBD**
BP Owned Rigs Maintenance TL

**Stoltz, Daniel**
Wells Team Leader (Enterprise)

| | | |
|---|---|---|
| **Lochbrunner, Glenn** Rig Clerk | **Miles, Teddy** Administrative Assistant | |
| **Edwards, Jamie** Rig Clerk | **Trichell, Rickey** Wellsite Leader | |
| **Kaluza, Robert** Wellsite Leader | **Lambert, Conward** WSLF | |
| **Thompson, James** Wellsite Leader | **Willis, Mark** Rig Clerk | |
| **Bradshaw, Jim** Rig Clerk | **Caughron, Douglas** Wellsite Leader | |
| **Stanhope, David** Wellsite Leader | **Spears, Randy** Wellsite Leader | |
| | **Hancock, Michelle** Technologist | |

**TBD** Drilling Engineer

**TBD** Drilling Engineer

**TBD** Drilling Engineer

**TBD** Drilling Engineer

| | |
|---|---|
| **Cassinis, Nicholas** WSLF | **Fontaine, Robert** Wellsite Leader |
| **Mamer, Brian** Rig Clerk | **Nelson, Jim** Wellsite Leader |
| **Walker, George** Wellsite Leader | **Davidson, Dwight** Rig Clerk |
| **TBD** Technologist | **Rawson, Chris** Wellsite Leader |
| **Vance, John** Rig Clerk | **Lemaire, Donald** Wellsite Leader |
| **Ellis, Ronnie** Rig Clerk | **Lockwood, Paul** Wellsite Leader |

# Drilling & Completions

**D&C Ops (E&A)**

**As of April 2010**





**Sims, David**
D&C Ops Manager (E&A)

**TBD**
Administrative Assistant

**Guide, Alexander**
Wells Team Leader (Horizon)

**Schilling, David**
Wells Team Leader (PS I)

**Gray, George**
Wells Team Leader (PS II)

| | | | | | |
|---|---|---|---|---|---|
| **Sepulvado, Ronald** Wellsite Leader | **Bodenhamer, Crystal** WSLF | **Holik, Cynthia** Technologist | **Easterling, Jack** Wellsite Leader | **Adams, Jimmy** Wellsite Leader | **TBD** Rig Clerk |
| **Chmura, Dianne** Technologist | **Dunn, Mike** Rig Clerk | **Shawn Southworth** Wellsite Leader | **Akins, Matthew** WSLF | **Brown, William** Wellsite Leader | **TBD** Technologist |
| **Wilson, J** Rig Clerk | **TBD** Wellsite Leader | **Wroten, Robert** Rig Clerk | **TBD** Rig Clerk | **Price, Vincent** WSLF | **TBD** Rig Clerk |
| **Sepulvado, Murray** Wellsite Leader | **Lee, Phillip** Wellsite Leader | **Milliman, Nathan** Rig Clerk | **Boudreaux, Darrell** Wellsite Leader | **TBD** Wellsite Leader | **TBD** Wellsite Leader |
| **Dendy, Rickey** Rig Clerk | **Simmons, Ron** Rig Clerk | **TBD** Rig Clerk | **McNeill, Rory** Wellsite Leader | **TBD** Rig Clerk | **TBD** Rig Clerk |
| | **Vidrine, Donald** Wellsite Leader | | **TBD** Wellsite Leader | | **Parker, Mack** Wellsite Leader |

# Drilling & Completions

**Completions Eng**                                                                 **As of April 2010**





# Drilling & Completions

**Completions Eng - Delivery Team 1**

As of April 2010



**Miglicco, Terry**
Completion Eng TL -
Delivery Team 1

**Darby, Chad**
Completion Engineer

**TBD**
Completion Engineer

**Loya, Darrell**
Completion Engineer

**Nieves, Aisha**
Chal-Completion
Engineer

**Hopper, Timothy**
Completion Engineer

**Bortka, Nicholas**
Chal-Completion
Engineer

**Fowler, Michael**
Completion Engineer

**Lewis, Sharon**
Completion Engineer

**Balasubramani,
Vishwanath**
Completion Engineer

**Rodrigues, Kegan**
Completion Engineer

**Piskurich, Nicholas**
Completion Engineer

**Hoskins, Brian**
Completion Engineer

**Jones, Steven**
Completion Engineer

**Jew, Leo**
Completion Engineer

**Pumphrey, Dale**
Completion Engineer

**LeClerc, Bernie**
Completion Engineer

**Paz, Luis**
Completion Engineer

**Pineda, Francisco**
Completion Engineer

**TBD**
Technologist

**Dobbs, Sarah**
Completion Engineer

**Hupp, Craig**
Completion Engineer

# Drilling & Completions

**Completions Eng - Delivery Team 2**

As of April 2010





**Rogers, Bruce**
Completion Eng TL -
Delivery Team 2

**Wall, Sidney**
Completion Engineer

**Richard, Lee**
Completion Engineer

**Doshi, Rupen**
Completion Engineer

**Jayawickramarajah, Narendren**
Completion Engineer

**Saavedra, Luis**
Completion Engineer

**James, Brandon**
Completion Engineer

**Gutierrez, William**
Completion Engineer

**Wenner, Jim**
Completion Engineer

**Tinker, Steven**
Completion Engineer

**Candella, Joseph**
Completion Engineer

**Steen, Jack**
Completion Engineer

**TBD**
Technologist

**Weiblen, Christine**
Chal-Completion Engineer

**Hupp, Jeffrey**
Completion Engineer

**Pena, Juan**
Completion Engineer

**Ugalde, Rebecca**
Chal-Completion Engineer

**Zeiler, Charles**
Completion Engineer

# Drilling & Completions

**Completions Excellence**                                          **As of April 2010**





**Beyer, Eric**
Completions
Excellence Team
Leader

**Edwards, Michael**
D&C Technology
Lead

**TBD**
Completion Engineer

**Sauter, Jason**
Completion Engineer

**TBD**
Completion Engineer

**Galiunas, Michael**
CE Technology
Coordinator

**TBD**
Completion Engineer

**McSherry, Bart**
Completion Engineer

**Lorenz, Michael**
Completion Engineer

**Kay, Amii**
Technologist

**TBD**
Completion Engineer

**Patterson, Kenneth**
Completion Engineer

**Stewart, Craig**
Completion Engineer

**Pinchoff, Mike**
Quality Assurance
Technologist

**Davis, Al**
Completion Engineer

**Mullen, Mike**
Completion Engineer

**Wildt, Patrick**
Completion Engineer

# Drilling & Completions

**Completion Eng - Kaskida IFT**

**As of April 2010**





**Luce, Thomas**
Completion Eng TL - Kaskida IFT

**Powell, Keith**
Completion Engineer

**Ammachathram, Vaidyanathan**
Completion Engineer

**Webb, Dick**
Completion Engineer

**Cadena, Javier**
Completion Engineer

**Lott, Jeff**
Completion Engineer

**Pusch, Jennifer**
Completion Engineer

**Gosch, Stewart**
Completion Engineer

**Flores Soruco, Denar**
Completion Engineer

**Blalock, Douglas**
Completion Engineer

# Drilling & Completions

**Functional Performance**                                      **As of April 2010**





# Drilling & Completions

**Project Services**

As of April 2010





**Forness, Kevin**
Project Services Manager

**Davis, Angela**
Project Services Lead

**Kraus, Andreas**
Project Services Lead

**Cabiness, John**
Project Services Lead

**Courry, Michelle**
Cost Analyst

**Matthews, Michelle**
PS Technician, A/P

**D'Angelo, Rod**
Cost Engineer

**Puskas, Gretchen**
Cost Analyst

**Ferguson, Ted**
Cost Engineer

**Bell, Juliette**
Lead Cost Engineer

**White, Edna**
PS Technician, A/P

**Fontenot, Diana**
Cost Analyst

**Zubik, Mark**
Cost Engineer

**Johnson, Mary Jo**
Cost Analyst

**Phillip, Vino**
Cost Engineer

**Harkins, Jennifer**
Cost Engineer

**Adams, Robert**
Cost Analyst

**Smith, Susan**
PS Technician, A/P

**TBD**
Cost Engineer

**Contreras, M**
Cost Analyst

**TBD**
Cost Engineer

**TBD**
Cost Engineer

**Thornton-Wiley, Vicki**
Cost Analyst

**Melia, Joanne**
PS Technician, A/P

**TBD**
Cost Engineer

**TBD**
Cost Engineer

**TBD**
Cost Engineer

**Thorburn, Julie**
Lead Remediator

**Kelley, Lloyd**
Cost Analyst

**TBD**
Backbone Analyst

**TBD**
Backbone Analyst

**TBD**
Backbone Process Analyst

# Drilling & Completions

**Planning & Scheduling**                                    **As of April 2010**





# Drilling & Completions

D&C Support

As of April 2010





**TBD**
D&C Support TL

**Beck, Melissa**
Technical Writer

**Lucia, Deb**
Common Process
Coordinator

**Luna, Jesse**
Document Control

**Bedke, Leonard**
Common Process
Coordinator

**Edwards, Jonell**
Document Control

**Culbert, Rick**
Common Process
Coordinator

**Mueller, Eric**
Common Process
Coordinator

**Roberts, Chris**
Common Process
Coordinator

**Johnson, Tom**
Common Process
Coordinator

**TBD**
Common Process
Coordinator

**Stautberg, Peggy**
Technical Writer

**Gallo, Charley**
Common Process
Coordinator

**Arabie, Wilson**
Common Process
Coordinator

**Bryan, Bonnie**
Technical Writer

**Wilson, John**
Technical Writer

**TBD**
Common Process
Coordinator

**TBD**
Technical Writer



# DW D&C Organizational Chart

January 7, 2010

TREX-02516



EXHIBIT # 2516

WIT:



# Drilling and Completion Leadership Team



**Pat O'Bryan**
Vice President
Drilling and Completion

**Susan Longo**
Administrative
Assistant

**Curtis Jackson**
HSE Director
(Hosted)

**Dave Rich**
Wells Director

**Mick Leary**
Performance Manager

**Paul Sullivan**
Rigs and Delivery Proj
& Assurance
Manager

**Bill Kirton**
Projects Manager

**Kevin Guerre**
Rigs and Wells
Services Manager

**Michael Edwards**
Technology  Manager

**Jon Sprague**
Drilling Engineering
Manager

**Charlie Holt**
Atlantis
Operations Manager

**Frank Waters**
Completion
Engineering Manager

**Andy Frazelle**
Thunder Horse
Operations Manager

**Steve Tink**
D&C / Exploration
HSSE Manager

**Ian Little**
E&A Wells
Operations Manger

**Jennifer Nahman**
HR Advisor to
GoM D&C

**Richard Harland**
Kaskida IFT Manager

Page 2

Rev: 1/7/2010

# D&C Leadership Team





**Pat O'Bryan**
Vice President
Drilling and Completion

**Susan Longo**
Administrative Assistant

**Mick Leary**
Performance Manager

**Bill Kirton**
Drilling & Completion
Projects Manager

**Kevin Guerre**
Rigs & Wells
Services Manager

**Paul Sullivan**
Rig Delivery Projects &
Assurance Manager

**Michael Edwards**
Technology Manager

**David Porter**
Drilling & Completion
IM Lead

**Terry Jordan**
Performance
Team Leader

**Kevin Forness**
Project Services Mgr

**Mark Webster**
HSE Advisor –
Spec Proj

**Glenn Fritchie**
Project Leader
Mad Dog Phase 2

**Gary Wulf**
Project Leader
T-Bells/Kodiak

**Wes Black**
Project Leader
Paleogene

**John Hosford**
Wells Services
Contracts Renewal Lead

**TBD**
BP Owned Rigs
Team Leader

**Mark Diehl**
Rig Fleet TL

**Jonathan Gulick**
Rig Delivery TL
Pride DO Ascension
&  Clarion

**Perry Hill**
Projects Eng &
Operability Mgr

Page 3

Rev: 1/7/2010

# Performance Manager





Page 4

Rev: 1/7/2010

# Performance Team





**Terry Jordan**
Performance
Team Leader

**Wanda Kinsman**
Administrative Assistant

**Performance Engineer**
Mark Drummond

**Technologists**
Rebecca Arnold – TH
Dianne Chmura – GoMX
Claudia Fitzgerald – ND/ATL
Michelle Hancock – TH
Cindy Holik – EGoM
Ami Kay - CE
Diana Santos - MDH
Karen Thornton
Michael Wolf © Well Interv

**Common Process Coordinators ©**
Wilson Arabie – Projects
Leonard Bedke – Atl
Rick Culbert – TB
Charley Gallo – SP'07
Tom Johnson – EGoM
Alan Kendall – ND
Eric Mueller – GoMX
Chris Roberts – TH

**Technical Writers ©**
Melissa Beck – Compl
Bonnie Bryan – Compl
Peggy Stautberg – Drilling
John Wilson – ND

Page 5

Rev: 1/7/2010



# Project Services Team



**Kevin Forness**
GoM D&C Project Services Manager (30)

**Wanda Kinsman**
Administrative Assistant

---

**Andreas Kraus**
PSL Devs, E&A, Backbone A/P, Timewriting, AFEs, Audits (8)

**Angela Davis**
PSL Prod PU, Backbone SPA, Cost Categories (8)

**John Cabiness**
PSL Atlantis & Thunder Horse, Cost Forecast SPA, Long Leads (8)

**Joe Faulkerson**
PSL Schedule & Planning and Document Control (5)

---

**RIGS:
Marianas**

**RIGS:
Horizon**

**RIGS:
DDII, DDIII, PDQ, Enterprise**

**Mike Perko ©
Kevin Zidar ©**
Planner / Scheduler

---

**Jennifer Harkins ©**
Cost Engr  (Kod, KasK, Free, GoMX)

**Ted Ferguson ©**
Cost Engr (Marlin/Dorado/Nakika)

**Shelli Bell**
Lead Cost Engr D&C

**Jonell Edwards ©
Jesse Luna ©**
Document Control

---

**Bob Adams
LLoyd Kelley ©**
Cost Analyst, A/P

**Consuelo Contreras
Vicki Thornton-Wiley ©**
Cost Analyst

**Vino Phillip ©**
Cost Engr
(ATL)

---

**Joanne Melia ©
Susan Smith ©
Edna White ©**
PS Technician, A/P

**Michelle Courry
Diana Fontenot**
Cost Analyst, SC

**Rod D'Angelo ©**
Cost Engr DDII & DDIII
(ATL)

---

**Mark Zubik ©**
Cost Engr, Audits & Well Reconciliations

**Julie (Otwell) Thorburn ©**
Lead Remediator

**Melissa Benson**
Cost Engr  (TH)

---

PSI 3Q10

**Michelle Matthews ©**
PS Technician, SC

**Steve Spencer**
Cost Engr
PDQ/Enterprise (TH)

---

PSII 4Q10

**Mary Jo Johnson ©
Gretchen Puskas**
Cost Analyst

---

Page 6

Rev: 1/7/2010

# Projects Manager





**Bill Kirton**
Projects
Manager

**Kelli Kennedy**
Administrative
Assistant

**Wes Black**
D&C Project Leader
Paleogene

**Glenn Fritchie**
D&C Project Leader
Mad Dog Phase 2

**Gary Wulf**
D&C Project Leader
Tubular Bells/Kodiak

Rev: 1/7/2010

# Rig Delivery Project & Assurance Manager





**Paul Sullivan**
Rig Delivery Project &
Assurance Manager

**Wanda Kinsman**
Administrative Assistant

**Perry Hill**
Projects Eng &
Operability Mgr

**Mark Diehl**
Rig Fleet Team Lead

**Jonathan Gulick**
Rig Delivery TL
Pride DOA/DOC

**Engineers**
Norman Beeching ©
Jason Colledge ©
Matt Daniels
Doug Hill
Don Long ©
Ed Norwood ©
Gary Snow ©
Don Sustendal ©
TBA
TBA
TBA

**WSL**
John Sistrunk

**Engineer**
Earl Shanks ©
TBA (IA)
TBA
TBA
TBA - Challenger

**Engineers**
Steve Leppard ©
Don Lewis ©
Brent Reeves ©
TBA
TBA - Challenger

Rev: 1/7/2010

Page 8

# Rigs / Wells Services Manager





**Kevin Guerre**
Rigs / Wells Services Manager

**Wanda Kinsman**
Administrative Assistant

**John Hosford**
Contract Renewal & SPM Lead

Rev: 1/7/2010

# Technology





Rev: 1/7/2010



# Drilling & Completion/HSSE Operations



**Dave Rich**
Wells Director

**Kim Sachan**
Administrative Assistant

**Jon Sprague**
Drilling Eng Mgr

**Frank Waters**
Completion Eng Mgr

**Charlie Holt**
Atlantis
Operations Mgr

**Andy Frazelle**
Thunder Horse
Operations Mgr

**Greg Walz #1**
Drilling Engineering
Team Leader

**Charles Taylor #2**
Drilling Engineering
Team Leader

**Doug Chester #4**
Drilling Excellence
Team Leader

**Pete Driscoll #5**
Drilling Engineering
Team Leader-Projects

**Jake Skelton**
Drilling Engineering Adv

**Bruce Rogers #1**
Completion Eng
Team Leader

**Quentin Dyson #2**
Completion Eng
Team Leader

**Terry Miglicco #3**
Completion Eng
Team Leader - Projects

**Eric Beyer #4**
Completion Excellence
Team Leader

**Wayne Sutton #5**
Intervention Eng
Team Lead

**John Smart #6**
Intervention & Completion
Ops Team Leader

**Karen Olson #7**
Completion Engineering
Team Leader Kaskida IFT

**Richard Keck**
Well Integrity
Team Lead

**Dave Tiffin**
Completion Advisor

**Gavin Kidd**
Wells Team Leader
DDII

**Robert Sanders**
Wells Team Leader
DDIII

**Tony Emmerson**
Wells Team Leader
PDQ

**Dan Stoltz**
Wells Team Leader
Enterprise

Page 11

Rev: 1/7/2010



# Drilling & Completion/HSSE Operations



**Dave Rich**
Wells Director

**Kim Sachan**
Administrative Assistant

**Ian Little**
E&A Wells
Operations Mgr

**Steve Tink**
HSSE Manager

**Richard Harland**
Kaskida IFT D&C
Project Manager

**Glenn Nohavitza**
Pride Deepwater
Project Manager

**John Guide**
Wells Team Leader
Horizon

**David Sims**
E&A Drilling Eng
Team Leader

**Jim Wellings**
Wells Team Leader
Spirit

**Keigh Daigle**
Drilling Operations
Advisor

**Dave Schilling**
Wells Team Leader
Deep Ocean Ascension

**George Gray**
Wells TL
Deep Ocean Clarion

Rev: 1/7/2010

# Drilling Engineering





**Jon Sprague**
Drilling Engineering
Manager

**Tina Lara**
Administrative  Assistant

**Greg Walz #1**
Drilling Engineering
Team Leader

**Charles Taylor #2**
Drilling Engineering
Team Leader

**Doug Chester  #4**
Drilling Excellence
Team Leader

**Pete Driscoll #5**
Drilling Engineering
Team Leader/Projects

**Jake Skelton**
Drilling Engineering
Advisor

**Drilling Engineers**

**TH/Enterprise**
Robert Perez
Sofiri Hart CH
Juan Ramirez
Mark Heironimus ©

**PDQ**
Nghia Vo
Maria Connolly
Ted Eicks ©

**EDW**
Robert Odenthal
Dave Mouton ©

**Horn Mountain**
Alejandro Coy
Todd Mushovic
Gustavo Frank

**Drilling Engineers**

**Atlantis**
Chin-Yen Chan
Seth Feyereisen
Asif Huseynov
Jonathan C Martin
Boma Okuchaba CH
Adriana Soltero (CH)
Peter Tan (CH)
Dave Wesley

**Pompano JV**
Alan Billard ©
Vernon Robin ©
Gene Riddle ©

**Drilling Engineers**
Ken Armagost
Bob Baker
Brian Daire
Andres Diaz
John LeBleu
Jay Leonard
Tom Mataway
Mark Murray
Tim Pollock ©
Tom Seeley ©
Ryan Wollam

**Drilling Engineers**
Mark Andrea ©
Mark Arceneaux ©
Gerrit d'Ablaing
Don Fryhofer ©
Will Henderson
Greg Lewis ©
Kurt Mix
Bob Myers
Eddie Osborne ©
M Vay Phillippi
Ron Plott
Jason Waligura ©

Rev: 1/7/2010

# Completion Engineering

bp

**Frank Waters**
Completion Engineering
Manager

**Kelli Kennedy**
Administrative Assistant

| **Bruce Rogers #1** Completion Engineering Team Leader | **Quentin Dyson #2** Completion Engineering Team Leader | **Terry Miglicco #3** Completion Engineering Team Leader - Projects | **Eric Beyer  #4** Completion Excellence Team Leader | **Wayne Sutton #5** Intervention Engineering Team Leader |
|---|---|---|---|---|

**Completion Engineers**

Joseph Candella
Michael Galiunas
Will Gutierrez
Brandon James
Naren Jayawick
Juan Pena
Lee Richard ©
Luis Saavedra
Jack Steen ©
Steve Tinker
Rebecca Ugalde (CH)
Sid Wall
Christine Weiblen (CH)
Jim Wenner ©
Chuck Zeiler

**Completion Engineers**

Brian Hoskins
Craig Hupp
Leo Jew
Steven Jones
Bernie LeClerc
Sharon Lewis
Darrell Loya ©
Nick Piskurich
Dale Pumphrey
Kegan Rodrigues
Vish Subramani

**Completion Engineers**

Chad Darby ©
Gregg Dickerson ©
Sarah Dobbs
Hu Gai
Tim Hopper
Matthew Maharaj
Rusty Morrison
Luis Paz
Francisco Pineda
John Richey

**Completion Engineers**

Al Davis
Albert Garcia (CH)
Tim Hagler
Mike Lorenz
Bart McSherry ©
Mike Mullen ©
Daryl Patterson
Mike Pinchoff ©
Jason Sauter
Jack Shada
Craig Stewart
Dick Webb ©
Pat Wildt

**Intervention Engineers**

Mike Bednarz
Tom Boyd
Mike Chambers
Jose Duenas ©
Pat Ellis ©
Tom Krawietz
Joe Melvan ©
James Pocza (CH)
Emberley Riddle
Javier Rodriguez
Ken Schneider

**Technologist**
Amii Kay

**Technologist**
Michael Wolf ©

Rev: 1/7/2010

# Completion Engineering





**Frank Waters**
Completion Engineering

**Kelli Kennedy**
Administrative Assistant

**John Smart #6**
Wells Team Leader
Intervention & Completion Ops

**Karen Olson #7**
Completion Engineering
Team Leader Kaskida IFT

**Richard Keck**
Well Integrity
Team Lead

**Dave Tiffin**
Completion Advisor

**Intervention & Completion Wellsite Leaders**
Bobby Bolton
James Chancy
Marvin Dupre
Ronnie Kamper
Robert Moore
Cade Pilcher
Mike Powell
Matthew Prima
Tommy Sherman
Phillip Shumake
George Tappin

**Intervention & Completion Ops Engineer**
John Sixt

**Intervention Completion Specialists ©**
Tate Doucet
Mark Krpec
Marvin Morrison
Rodney Pesson
Lynn Saucier

**Completion Engineers**
Doug Blalock
Javier Cadena
Denar Flores
Jeff Lott
Tom Luce
AV Mahadev
Keith Powell ©
Jenneye Pusch

Mike Chambers
Al Davis ©
Stu Gosch
Bart McSherry ©
Joe Melvan ©
Tim Pollock ©
Jack Shada ©
Dick Webb ©
Kevin Zidar ©

2 - TBA

Rev: 1/7/2010

# Thunder Horse Operations





**Andy Frazelle**
Thunder Horse
Operations Manager

**Yolanda Hernandez**
Administrative Assistant

**Tony Emmerson**
Wells Team Leader
TH PDQ

**Dan Stoltz**
Wells Team Leader
Enterprise

**TH PDQ/Enterprise**
Jeremy Galtier

**Completion Ops Rig
Readiness Coordinator**
Mannie Sankar

Rev: 1/7/2010

# Atlantis Operations
## DDIII, DDIII & Pride





**Charlie Holt**
Atlantis
Operations Manager

**Yolanda Hernandez**
Administrative Assistant

**Gavin Kidd**
Wells Team Leader
DDII

**Robert Sanders**
Wells Team Leader
DDIII

**TBD**
Wells Team Lead
PS1 (Ascension/Pride)

**TH PDQ/Enterprise**
Jeremy Galtier

Rev: 1/7/2010

# Development Driller II





**Gavn Kidd**
DDII
Wells Team Leader

**Wellsite Leaders**
Mitch Bullock
Cody Colston
Jack Easterling
Mickey Frugé
Jamie Morrison
Richard Speyrer

**Rig Clerks**
Eddie Bourque ©
Steve Coleman ©
Derek Radich ©
Derek Reesor ©

**Performance Engineers**
Leonard Bernard ©
Joshua Simoneaux ©

**Operations Drilling Engineer**
John Shaughnessy

**Operations Completion Engineer**
Rupen Doshi
Aisha Nieves (CH)

**Drilling Engineers**
From
**Drilling Engineering**
Team

**Completion Engineers**
From
**Completion Engineering**
Team

**Geology**
Asset

**Office HSE Support**
Richard Davis

Rev: 1/7/2010



# Development Driller III



**Robert Sanders**
DDIII
Wells Team Leader

**Wellsite Leaders**
Dwight Nunley
Wayne Purvis
Tim Speirs
Ernie Tate
Craig Wright

**Rig Clerks**
Randy Beemer©
Ken Brooks©
Cayce Spiers©
Bennett Zaunbrecher©

**Performance Engineers**

**HSE Advisors**
Jay Anderson ©
Scott Sepulvado

**Operations Drilling Engineer**
Louise Jacobsen Plutt

**Operations Completion Engineer**
Jeff Hupp
Eric Griffin CH)

**Drilling Engineers**
From
**Drilling Engineering**
Team

**Completion Engineers**
From
**Completion Engineering**
Team

**Geology**
Asset

**Office HSE Support**
Joe Neumeyer

**Technologist**
Diana Santos

Rev: 1/7/2010

# Thunder Horse PDQ





**Tony Emmerson**
PDQ
Wells Team Leader

**Teddy Miles**
Administrative Assistant

**Wellsite Leaders**
Doug Caughron
Robert Kaluza
Randy Spears
David Stanhope ©
Doug Thompson
Rickey Trichell

**Rig Clerks**
Jim Bradshaw ©
Jamie Edwards ©
Glenn Lochbrunner ©
Mark Willis ©

**Operations Drilling Engineer**
Chuck Ware

**Operations Completion Engineer**

Elliott Hu - CH
Daniel Pickett

**Drilling Engineers**
From Drilling
Engineering
Team

**Completion Engineers**
From Completion
Engineering
Team

**Geology Asset**
TBD

**Office HSE Support**
Jeremy Galtier

**Technologist**
Michelle Hancock

Page 20



# Enterprise



**Dan Stoltz**
Enterprise
Wells Team Leader

**Teddy Miles**
Administrative Assistant

**Offshore
Drilling Engineer**
Nick Bortka (CH)
Jonathan Chastain (CH)

**Wellsite Leaders**
Bill Brown
Rob Fontaine
Don LeMaire
Paul Lockwood
Jim Nelson ©
Chris Rawson
George Walker

**Rig Clerks**
Dwight Davidson ©
Ronnie Ellis ©
BrianMamer ©
John Vance ©

**Operations Drilling
Engineer**
Kathleen Halvorson Dory

**Operations Completion
Engineer**
Mike Fowler

**Drilling Engineers**
From
**Drilling Engineering
Team**

**Completion Engineers**
From
**Completion
Engineering
Team**

**Geology Asset**

**Office HSE Support**
Jeremy Galtier

**Technologist**
Rebecca Arnold

Page 21

Rev: 1/7/2010

# E&A Engineering & Operations





Rev: 1/7/2010

# E&A - Horizon





Rev: 1/7/2010

# E&A - Devon Operated West Sirius Rig





Rev: 1/7/2010

# E&A Engineering





**David Sims**
E&A Engineering
Team Leader

**Drilling Engineers**
Kurt Andres
Tim Burns
Mark Hafle
Nick Lirette
Brian Morel
Zane Nixon ©
Harry Prewett
Rodolfo Rivera
Alex Tripp - CH

**E&A Cost Analyst**
Lloyd Kelley ©

**Common Process Coordinator**
Eric Mueller ©

Page 25

Rev: 1/7/2010

# E&A – Wellsite Leaders of the Future



**Keith Daigle**
Operations Advisor

**Wellsite Leaders**
Matt Akins
Chrystal Bodenhamer
Nick Cassinis
Lee Lambert
Vincent Price

Rev: 1/7/2010

Page 26

# E&A - Marianas

bp

**TBA**
Wells Team Leader

**Wellsite Leaders**
Jimmy Adams
Darrell Boudreaux
Mack Parker
Shawn Southworth
Don Vidrine

**Rig Clerks**
Nathan Milliman©
Bill Pitman©
Robert Samuels ©
Robert Wroten©

**Mooring Specialists**
Bobby Blanco ©
Geir Karlsen ©

**Operations Drilling Engineer**

**Operations Completion Engineer**
TBD

**Drilling Engineers**
From
**Drilling Engineering**
Team

**Completion Engineers**
From
**Completion Engineering**
Team

**Geology**
Asset

**Office HSE Advisor**
Rusty Thibodeaux

**Technologist**
Cindy Holik

**Subsea Engineering**
Subsea Projects
Team Supplied

Page 27

Rev: 1/7/2010

# HSSE – D&C





Steve Tink
Drilling and Exploration
HSSE Manager

Kim Sachan
Administrative Assistant

**Office HSSE Advisors**

**Jeremy Galtier**
PDQ & Enterprise

**Clint Honeycutt**
Holstein & Subsea Projects

**Joe Neumeyer**
Horizon & DDIII

**Richard Davis**
DDII

**Rusty Thibodeaux**
Intervention & Marianas

**Field HSSE Advisors**
**(rotate)**

Brian Courtney
Chris Bryant
Scott Sepulvado
Ryan Urik

Jay Anderson ©
Jake Duhon ©
Mitch Gill ©
Terry Moore ©

Rev: 1/7/2010



# Kaskida IFT Project



**Richard Harland**
Kaskida IFT
Project Manager

**Kim Sachan**
Administrative Assistant

**Completion Engineering**

**Operations**

**Interventions**

**Support**

**Karen Olson #7**
Completion Engineering
Team Leader Kaskida IFT

**TBA**
Wells Team Leader

**Completion Engineers**
Javier Cadena
Denar Flores
Jeff Lott
Tom Luce
AV Mahadev
Keith Powell ©
Jenneye Pusch

Doug Blalock
Stu Gosch

Mike Chambers
Joe Melvan ©
Tim Pollock ©

Alan Kendall
John Wilson
Kevin Zidar ©

**Support**
Al Davis ©
Bart McSherry ©
Jack Shada ©
Dick Webb ©

Page 29

Rev: 1/7/2010



# Pride Deepwater Project



**Glenn Nohavitza**
Pride Deepwater
Project Manager

**TBD**
Administrative Assistant

**Dave Schilling**
Wells Team Leader
Deep Ocean Ascension

**George Gray**
Wells TL
Deep Ocean Clarion

**Drilling Ops Eng**
Trent Fleece

**Drilling Ops Eng**
TBD

**WSL**
Shawn Southworth
Darrell Boudreaux
Rory McNeil
Jack Easterling
TBA

**WSL**
Mack Parker
Jimmy Adams
Bill Brown
TBA

Rev: 1/7/2010



Rev: 1/7/2010



## GoM SPU Leadership Team



**James Dupree**
GoM SPUL

**Cory Davis**
Admin Asst

**Jason Caldwell**
Exec Asst to SPUL

**Gary Imm**
VP Developments

**Pat O'Bryan**
VP Drilling & Completion

**Simon Todd**
VP Thunder Horse

**David L Rainey**
VP Exploration

**Richard L Morrison**
VP Operations

**TBD**
VP Resources

**Pete A Zwart**
Chief Financial Officer

**Dave Oxley**
VP Human Resources

**Cindi Skelton**
VP HSSE HSSE & Engineering

Rev: 1/7/2010