# Exhibit 60
## PART 2 OF 2

CONFIDENTIAL

BP-HZN-2179MDL01164126

# GoM Drilling & Completions
**Leadership Team**

August 2008





**Lacy,Kevin D**
Vice President - GoM D&C

**Thierens,Henry**
Wells Director
Expat

**Sachan,Kim E**
Administrative Assistant

**Little,Ian**
Wells Operations
Manager
Expat

**Frazelle,Andrew E**
Wells Operations
Manager

**Sprague,Jonathan**
Drilling Engineering
Manager

**Holt Jr,Charles A**
Wells Operations
Manager

**Rich,David A**
Completion Engineering
Manager

**Tink,Richard S**
HSE Manager

**Kirton,George W**
Projects Manager

**Leary,Michael J**
Performance Manager

**Guerre,Russell K**
Rigs and Wells Services
Mgr

**Jackson,Curtis W**
HSSE Director

**Keck,Richard G**
Technology Manager

TREX-02517

EXHIBIT # 2517
WIT:

CONFIDENTIAL

BP-HZN-2179MDL01164127



# GoM Drilling & Completions
## Wells Operations
August 2008



**Frazelle, Andrew E** — Wells Operations Manager

**Gray, George E** — Wells Team Leader - Marianas
**Kidd, Gavin** — Wells Team Leader - Mad Dog Expat
**Smart, John C** — Wells Team Leader - I&C Ops
**Hill, Frank D** — Wells Team Leader - Holstein

### Gray, George E
- Adams, Jimmy J — Well Site Leader
- Blanco, Robert George — Mooring Specialist Contractor
- Tinker, Steven John — Operations Completion Engineer
- Parker, Mack R — Well Site Leader
- Boudreaux, Darrell Joseph — Well Site Leader
- Vidrine, Donald J — Well Site Leader
- Karlsen, Geir G — Mooring Lead Contractor
- Southworth, Shawn Eric — Well Site Leader
- Billard, Alan C — Operations Drilling Engineer Contractor
- Sankar, Maniram — Operations Superintendent
  - Primm, Bruce — Rig Clerk - Marianas Contractor
  - LaFleur, Leon — Rig Clerk - Marianas Contractor
  - Billey, Robert W. — Rig Clerk - Marianas Contractor
  - Ayo, David J. — Rig Clerk - Marianas Contractor

### Kidd, Gavin
- Walker, George R — Well Site Leader
- Lott, Jeff M — Operations Completion Engineer
- Pitman, Bill — Rig Clerk - Mad Dog Contractor
- Dartez, Bradley — Rig Clerk - Mad Dog Contractor
- Snow, Gary D — Expeditor Contractor
- Prewett Jr, Hartford H — Drilling Engineer
- Mushovic, Tanya — Administrative Assistant Contractor
- Rawson, Chris T — Well Site Leader
- Vickers, Doug — Well Site Leader Contractor
- Kaluza Jr, Robert M — Well Site Leader
- Sistrunk, John B — Well Site Leader

### Smart, John C
- Pesson, Rodney C — Intervention and Completion Specialist - Ops Contractor
- Saucier, Lynn — Intervention and Completion Specialist - Ops Contractor
- Sherman, Thomas D — Well Site Leader
- Mouton, David E — Intervention and Completion Specialist - Ops Contractor
- Chancy Jr, James W — Well Site Leader
- Morrison, Marvin M — Intervention and Completion Specialist - Ops Contractor
- Delaunay, Paul E — Well Site Leader
- Krpac, Mark — Intervention and Completion Specialist - Ops Contractor
- Doucet, Tate — Intervention and Completion Specialist - Ops Contractor
- Guerrera, Santo — Intervention and Completion Specialist - Ops Contractor
- Thompson, James Douglas — Well Site Leader
- Powell, Michael L — Well Site Leader
- Harrison, Dwane — Intervention and Completion Specialist - Ops Contractor

### Hill, Frank D
- Johnson, Scott A — Well Site Leader
- Hammack, Randy — Rig Clerk - Holstein Contractor
- Simoneaux, Tilford — Rig Clerk - Holstein Contractor
- Gosch, Stuart William — Operations Completion Engineer
- Hagler, Timothy L — Well Site Leader
- Speirs, Timothy J — Well Site Leader
- Spiers, Cayce B — Rig Clerk - Holstein Contractor
- Mamer, Brian — Rig Clerk - Holstein Contractor

CONFIDENTIAL

BP-HZN-2179MDL01164128



# GoM Drilling & Completions
## Wells Operations
August 2008



**Holt Jr,Charles A**
Wells Operations Manager

**Bray,Diane M**
Administrative Assistant

**Stoltz,Daniel S**
Wells Team Leader - Enterprise

**Sanders,Robert O**
Wells Team Leader - DDII

**Chester,Douglas K**
Wells Team Leader - PDQ

| | | | | | |
|---|---|---|---|---|---|
| **Fontaine,Robert M** Well Site Leader | **Davidson,Dwight J.** Rig Clerk - Enterprise Contractor | **Flanders,Bruce** Performance Engineer - DDII Contractor | **Reesor,Derek W.** Rig Clerk - DDII Contractor | **Black,Jon Wesley** Operations Completion Engineer | **Trichell,Ricky Ray** Well Site Leader |
| **Beemer,Randy** Rig Clerk - Enterprise Contractor | **Lemaire,Donald W** Well Site Leader | **Fruge,Michael P** Well Site Leader | **Wright,S Craig** Well Site Leader | **Lochbrunner,Glenn** Rig Clerk - PDQ Contractor | **Gotreaux,Louis F** Well Site Leader |
| **Brown,William Perry** Well Site Leader | **Ellis,Ron** Rig Clerk - Enterprise Contractor | **Coleman,Steven W.** Rig Clerk - DDII Contractor | **Colston,Cody D** Well Site Leader | **Bullock,Mitchell E** Well Site Leader | **Willis,Mark** Rig Clerk - PDQ Contractor |
| **Vance,John L.** Rig Clerk - Enterprise Contractor | **Purvis Jr,Harold W** Well Site Leader | **Speyrer,Richard R** Well Site Leader | **Simoneaux,Joshua** Performance Engineer - DDII Contractor | **Edwards,Jamie O** Rig Clerk - PDQ Contractor | **Miles,Teddy Clara** Administrative Assistant |
| **Ware,Charles C** Operations Drilling Engineer | **Ramirez,Juan J** Drilling Engineer | **Bourque,Eddie P.** Rig Clerk - DDII Contractor | **Easterling,Jack H** Well Site Leader | **Breazeale,Martin A** Well Site Leader | **Osborne, Eddie** Operations Drilling Engineer Contractor |
| | | **Hupp,Jeffrey L** Operations Completion Engineer | **Radich,Derek M.** Rig Clerk - DDII Contractor | **Bradshaw,Jim** Rig Clerk - PDQ Contractor | **Stanhope,David G** Well Site Leader Contractor |
| | | | **Shaughnessy,John M** Operations Drilling Engineer | | |

CONFIDENTIAL

BP-HZN-2179MDL01164129



# GoM Drilling & Completions
## Wells Operations
August 2008



**Little,Ian**
Wells Operations Manager
Expat

**Richie,Sarah**
Administrative Assistant
Contractor

**Wellings,James S**
Wells Team Leader - Spirit

**Daigle,Keith G**
Drilling Operations Advisor

**Sims,David C**
Drilling Engineering TL- E&A

**Skelton,David M**
Wells Team Leader - Horizon

**Doucet,Ralph J**
Well Site Leader

**Knudsen,Torben**
Drilling Engineer

**Hafle,Mark E**
Drilling Engineer

**Dendy,Ricky H.**
Performance Coordinator
Contractor

**Guide,Alexander J**
Operations Drilling Engineer

**Guillot,Walter P**
Well Site Leader

**Kelley, Lloyd**
Cost Analyst
Contractor

**Cocales,Brett William**
Drilling Engineer

**Dunn,Michael J.**
Performance Coordinator
Contractor

**Lockwood,Paul R**
Well Site Leader

**Sepulvado,Murry R**
Well Site Leader

**Lirette,Nicholas J**
Drilling Engineer

**Morel,Brian P**
Drilling Engineer

**Simmons,Rondal**
Performance Coordinator
Contractor

**Wilson,James N**
Performance Coordinator
Contractor

**Nixon,Zane H**
Drilling Engineer
Contractor

**Burns,Tim A**
Drilling Engineer

**Tripp Jr,Alex J**
Chal - Drilling Engineer
Challenger

**Spears,Randy P**
Well Site Leader

**Dory,Kathleen Halvorson**
Drilling Engineer

**Rivera,Rodolfo A**
Chal - Drilling Engineer
Challenger

**Sepulvado,Ronald W**
Well Site Leader

**Nunley,Dwight D**
Well Site Leader

**Reed,James T**
Well Site Leader

CONFIDENTIAL



# GoM Drilling & Completions

**Rig & Wells Services**

August 2008



| Guerre,Russell K |
|---|
| Rigs and Wells Services Mgr |

| Gulick,Jonathan F | Diehl,Mark T | Hosford,John P |
|---|---|---|
| DDIII Delivery Lead | PS1 Delivery Lead | Contracts Renewal Lead |

| Frase,John R |
|---|
| Project Engineer |

| Thompson,Patrick |
|---|
| Rig Delivery Engineer Contractor |

| TBD-Reeves,T Brent |
|---|
| Contractor  07/01/08 |

BP-HZN-2179MDL01164130

CONFIDENTIAL

BP-HZN-2179MDL01164131



# GoM Drilling & Completions
## HSSE
August 2008



**Jackson,Curtis W** — HSSE Director

**Smith,Laura Jean** — Administrative Assistant

**Grant,James R** — Regulatory and Advocacy TL

**Pennell,Donna M** — Technologist - HSE

**Johnson,Dennis P** — HSE Team Leader

**Lynch Jr,Gregory V** — Security Manager

**Park,Virginia** — Environmental

**Wiltz,Gregory J** — DWP Reg Specialist

**Winfree,Rebecca L** — DWP Reg Specialist

**Scott,Cheryl L** — HSE Advisor/Training

**Reidenbach,Jacob W** — HSE Advisor

**Gerard,Faye G** — Env Coord Subsea

**Neumann,Scott N** — EMS Support

**Douglas,Scherie D** — GOMX Reg Specialist

**Sustala,Dennis R** — DWP Reg Specialist

**Elizondo,Luis Roberto** — HSE Adviser - Challenger Challenger

**Apodaca,Alfred** — HSE Advisor

**Thibodeaux,James R** — Field Prod Env

**Rooney,Theresa C** — Env. Advisor

**Laplante,Anne-Renee R** — DWD Reg Specialist

**Johnson,Grant C** — Lead Marine Regulatory Advisor

**Church,Timothy R** — HSE Advisor/Safety

**Venter,Katie S** — Chal - Industrial Hygienist Challenger

**Gyles,Donna Andrea** — EMS Support

**Hoggan,James L** — Chal - Environmental Special Challenger

**Onstott,Linda Fowler** — DWP Reg Specialist

**Halverson,Teri A** — Regulatory Specialist

**Gallucci,Joseph M** — Sr. Industrial Hygiene

**Mays Sr,Steven A** — HSE Advisor

**Davis,Richard L** — Field Drlg Eng

**York,Susan L** — Technical Assistant

**Bush,Robert W** — Safety Coordinator

**Eckols,Tana R** — HSE Advisor

**Briggs,Darrel W** — Field Prod Env

**Parks,Megan E** — Air Coordinator

**Bush,Earnest D** — Environmental Coordinator

**Dyer,Teresa K** — Waste Coordinator

CONFIDENTIAL

# GoM Drilling & Completions
Projects                                                   August 2008





**Kirton,George W**
Projects Manager

**Kennedy,Kelli K**
Administrative Assistant

**Wulf,Gary T**
Projects Lead - Tubular
Bells

**Schilling,David Andrew**
Projects Lead -
Paleogene

**Fritchie,Donald G**
Projects Lead - Puma

**Olson,Karen Elaine**
Drilling Team Leader

**Henderson,William D**
Completion Team Leader

BP-HZN-2179MDL01164132

CONFIDENTIAL

BP-HZN-2179MDL01164133





# GoM Drilling & Completions
**Performance**

August 2008

**Leary,Michael J**
Performance Manager

**Kinsman,Wanda J**
Administrative Assistant

**Forness,Kevin L**
Project Services Manager

**Jordan,Terry T**
Performance Team Leader

**Webster,Mark E**
HSE Advisor - Special Projects

**Welch,Dan M**
BP Rig Team Lead

**Porter,David A**
D&C IM Lead

**Brown,Christina L**
Technical Editor
Contractor

**Stautberg,Peggy A**
Technical Editor
Contractor

**Holik,Cynthia M**
Technologist

**Beck,Melissa**
Technical Editor
Contractor

**Broom,Ken**
Rig Operations Engineer
Contractor

**Jassal,Kal**
IM Engineer
Contractor

**Engle Jr,Kenneth Paul**
Systems Analyst

**Bean,Amii**
Technologist
Contractor

**Kendall,James Alan**
Common Process
Coordinator
Contractor

**Drummond,Mark E**
Performance Engineer

**Sustendal,Charles Don**
Rig Operations Engineer
Contractor

**Johnson,Thomas G**
Common Process
Coordinator
Contractor

**Hancock,Michelle L**
Technologist

**Dickerson, John**
Common Process
Coordinator
Contractor

**Bedke,Leonard J**
Common Process
Coordinator
Contractor

**Norwood,Edward**
Project Engineer
Contractor

**Staples,Jeff L**
Technical Editor
Contractor

**Wilson, Gabe S**
Common Process
Coordinator
Contractor

**Fitzgerald,Claudia Carson**
Technologist

**Wolf,Michael**
Performance Analyst
Contractor

**Daniels,Matthew J**
Rig Operations Engineer

**Arabie,Wilson**
Common Process
Coordinator
Contractor

**Wilson,John**
Technical Editor
Contractor

**Arnold,Rebecca Catherine**
Technologist

**Roberts,Chris A**
Common Process
Coordinator
Contractor

**Simmons,James C**
Rig Operations Engineer

**Bryan,Bonnie**
Technical Editor
Contractor

**Chmura,Dianne O**
Technologist

**Culbert,Rickard M**
Common Process
Coordinator
Contractor

**Loose,Peter (shared with MDH)**
Common Process Coordinator
Contractor

**Davis,Matt**
Rig Operations Engineer
Contractor

CONFIDENTIAL



# GoM Drilling & Completions
### Project Services

August 2008



**Forness,Kevin L**
Project Services Manager

- **Sergesketter,Angela R** — Cost Engineer
- **TBD-Project Services Team Lead** — BP 08/31/08
- **Benson,Melissa B** — Cost Analyst
- **TBD-'Cabiness,John** — BP 08/18/08
- **Kraus,Andreas M** — Project Services Lead

**Sergesketter,Angela R** branch:
- Edwards,Jonell — Document Control Specialist Contractor
- Adams,Robert L — Cost Analyst
- Bell,Juliette M — Cost Engineer
- Luna,Jesse — Document Control Specialist Contractor

**TBD-Project Services Team Lead** branch:
- Matthews,Michelle — Project Services Technician Contractor
- Courry,Michelle Ann — Cost Analyst
- Fontenot,Diana V — Cost Analyst
- Zubick,Mark — Cost Engineer Contractor
- Contreras,M Consuelo — Cost Analyst

**Benson,Melissa B** branch:
- White,Edna — Project Services Technician Contractor
- Forster,Kristin — Cost Analyst Contractor
- D'Angelo,Rod — Cost Engineer Contractor
- Smith,Susan — Project Services Technician Contractor

**TBD-'Cabiness,John** branch:
- Spencer,Stephen J — Cost Engineer
- Melia,Joanne — Project Services Technician Contractor
- Otwell,Julie X — Cost Engineer Contractor
- Johnson,Mary Jo — Project Services Technician Contractor

**Kraus,Andreas M** branch:
- Perko,Michael — Scheduler Contractor
- Rainwater,Shelly M — Cost Engineer Contractor
- Puskas,Gretchen A — Cost Analyst
- Marcoux,Michael J — Cost Engineer
- Thornton-Wiley,Vicki — Project Services Technician Contractor
- Ferguson,Theodore — Cost Analyst Contractor

BP-HZN-2179MDL01164134

CONFIDENTIAL



# GoM Drilling & Completions
### Completion Engineering                                          August 2008



**Rich,David A**
Completion Engineering Manager

---

**Miglicco,Terry P**
Completion Eng TL-Projects

**Dyson,William Quentin**
Completion Engineering TL

**Tiffin,David L**
Completion Engineering Advisor

**Loveland,Kenneth Richard**
Completion Engineering TL

**Rogers,Bruce A**
Completion Excellence TL

**Sutton,Linville W**
Intervention Engineering TL

---

**Doshi,Rupen S**
Completion Engineer

**Hovem,Knut A**
Completion Engineer

**Pinchoff,Mike**
QA Engineer
Contractor

**Park,Edward I**
Completion Engineer

**Chambers,Michael J**
Intervention Engineer

**Fowler,Michael R**
Completion Engineer

**Piskurich,Nicholas C**
Completion Engineer

**Lorenz,Michael D**
Completion Engineer

**Sauter,Jason P**
Completion Engineer

**Ellis,Pat**
Intervention Engineer
Contractor

**Pickett,Daniel J**
Completion Engineer

**Cantley,Blake W**
Completions Engineer

**Webb,Dick**
Completion Engineer
Contractor

**Mullen,Michael E**
Completion Engineer
Contractor

**Melvan,Joe**
Intervention Engineer
Contractor

**Leclerc,Bernard G**
Completion Engineer

**Higuera,Josue**
Completion Engineer
Expat

**Davis, Jr., Albert**
Completion Engineer
Contractor

**Watker,Shaun**
QA Engineer
Contractor

**Krawietz,Thomas Edward**
Intervention Engineer

**Stewart,Craig S**
Drilling Engineer

**Shada,Jack L**
Completion Engineer

**Wildt,Patrick J**
Completion Engineer

**Schneider,Kenneth J**
Intervention Engineer

**Bednarz,Michael J**
Intervention Engineer

BP-HZN-2179MDL01164135

CONFIDENTIAL

BP-HZN-2179MDL01164136



# GoM Drilling & Completions
### Completion Engineering
August 2008



**Loveland,Kenneth Richard**
Completion Engineering TL

| | |
|---|---|
| **Wall,Sidney A** Drilling Engineer | **Zeiler,Charles E** Completion Engineer |
| **Richey II,John F** Completion Engineer | **Steen,Jack W** Completion Engineer Contractor |
| **Pena Jr.,Juan F** Completion Engineer | **Wenner,Jim** Completion Engineer Contractor |
| **Saavedra,Luis Eduardo** Completion Engineer Expat | **James,Brandon L** Completion Engineer |
| **Dobbs,Sarah Elisabeth** Completion Engineer | **Richard,Lee** Completion Engineer Contractor |
| **Hopper,Timothy S** Completion Engineer | **Paz,Luis G** Completion Engineer |

**Miglicco,Terry P**
Completion Eng TL-Projects

| | |
|---|---|
| **Luce,Thomas A** Completion Engineer | **Dickerson,Gregg** Completion Engineer Contractor |
| **Maguire,Patrick G** Completion Engineer Contractor | **Gai,Huawen** Completion Engineer Expat |
| **Darby,Chad M** Completion Engineer Contractor | **Beyer,Eric Kenneth** Completion Engineer |
| **Blalock,Douglas P** Completion Engineer | **Powell,Keith** Completion Engineer Contractor |
| **Hirth,David** Completion Engineer Contractor | **Sixt,John E** Completion Engineer |
| | **Flores Soruco,Denar** Completion Engineer |

CONFIDENTIAL

BP-HZN-2179MDL01164137



# GoM Drilling & Completions
**Drilling Engineering**                                                                          August 2008



**Sprague,Jonathan**
Drilling Engineering Manager

**Lara,Ernestina D**
Administrative Assistant

**Taylor,Charles E**
Drilling Engineering TL

**Driscoll,Peter M**
Drilling Eng TL-Projects

**Hill,Perry L**
Drilling Engineering Advisor

**Emmerson,Antony C**
Drilling Engineering TL

**Walz,Gregory S**
Drilling Excellence TL

**Daire,Bryan M**
Drilling Engineer

**Jacobsen Plutt,Louise Ann**
Drilling Engineer

**Balasubramani,Vishwanath**
Drilling Engineer

**Fleece,Trent**
Drilling Engineer Expat

**D'Ablaing IV,Gerrit**
Drilling Engineer

**Okuchaba,Boma J**
Chal - Drilling Engineer Challenger

**Prewett III,Hartford H**
Chal - Drilling Engineer Challenger

**Renfrow,Doug K**
Drilling Engineer Contractor

**TBD - Frank Gustavo**
Challenger 07/01/08

**Eicks,Ted**
Drilling Engineer Contractor

**Chan,Chin-Yen**
Drilling Engineer

**Coy Aristizabal,Luis Alejandro**
Drilling Engineer

**Martin,Jonathan C**
Drilling Engineer

**Wesley,David E JR**
Drilling Engineer

**Heironimus, Mark B**
Drilling Engineer Contractor

**Perez,Robert**
Drilling Engineer Expat

**TBD-Hart,Sofiri**
Challenger 08/01/08

**Locklin,Chris**
Drilling Engineer Contractor

**Odenthal,Robert Scott**
Drilling Engineer

**Vo,Nghia T**
Drilling Engineer

CONFIDENTIAL



# GoM Drilling & Completions
### Drilling Engineering
**August 2008**



**Walz,Gregory S**
Drilling Excellence TL

| | |
|---|---|
| **Shanks,Forrest Earl** Project Engineer Contractor | **Armagost,W Kenneth** Project Engineer |
| **Mataway,Thomas P** Wells Systems Engineer | **TBD - Replacement for Bart Joppe** Contractor 05/01/08 |
| **TBD-Project Engineer: Repalcement for Will Rodriguez** Contractor 07/01/08 | **Leppard,Steve A** Project Engineer Contractor |
| **Gray,Todd** Project Engineer Contractor | **Desai,Vinny** Structural Engineer Contractor |
| **deSteiguer,Steven Craig** Lifting Specialist Contractor | **Woilam,Ryan A** Project Engineer |
| **Pollock,Tim** Project Enginer - HWO Contractor | **McSherry,Bart** QA Engineer Contractor |
| | **Chen,G.Q.** Cost Engineer Contractor |



**Driscoll,Peter M**
Drilling Eng TL-Projects

| | |
|---|---|
| **Andrea,Mark D** Drilling Engineer Contractor | **TBD-Cousins,Eddie** Contractor 05/01/08 |
| **TBD-Huseynov,Asif** BP 08/01/08 | **Plott,Ronald S** Drilling Engineer |
| **Myers,Robert L** Drilling Engineer | **Lewis, Greg L** Drilling Engineer Contractor |
| **Elrod,Jeff** Drilling Engineer Contractor | **Mix,Kurt E** Drilling Engineer |
| **Long,Donald C** Project Engineer Contractor | **TBD-Boudreau,Paul** Contractor 07/01/08 |
| **TBD-Paleogene Project DE** Contractor 08/01/08 | **Fryhofer,Don** Drilling Engineer Contractor |

BP-HZN-2179MDL01164138

CONFIDENTIAL

BP-HZN-2179MDL01164139



# GoM Drilling & Completions
## Drilling Engineering
August 2008



**Tink,Richard S**
HSE Manager

| **Womack, John W.** Field HSE Advisor - Wells Contractor | **Farag,Mohamed Hassanein Ibrahi** HSE Advisor - Wells Expat | **Galtier,Jeremy M** HSE Advisor - Wells | **Williford,Josh** Field HSE Advisor - Wells Contractor |
|---|---|---|---|
| **Schexneider,Reggie** Field HSE Advisor - Wells Contractor | **Clement, Thomas** Field HSE Advisor - Wells Contractor | **Hyde,John** Field HSE Advisor - Wells Contractor | **Keller,Terry L.** Field HSE Advisor - Wells Contractor |
| **Johnson,Kenny** Field HSE Advisor - Wells Contractor | **Neumeyer,Joe P** HSE Advisor - Wells | **Bourdoumis,Nick A** HSE Advisor - Wells | **Courtney,Brian D** Field HSE Advisor - Wells |
| **Urik,Ryan R** Field HSE Advisor - Wells | **Johnson,Luther** Field HSE Advisor - Wells Contractor | **Honeycutt II,Clinton W** HSE Advisor - Wells | **Sepulvado,Jason S** Field HSE Advisor - Wells |
| **Schonacher Jr,Douglas A** HSE Advisor - Wells | **Castro Jr,David** HSE Advisor - Wells | **Gill,Mitch** Field HSE Advisor - Wells Contractor | **Montanez,Chris** Field HSE Advisor - Wells Contractor |
| **Anderson,Jay F** Field HSE Advisor - Wells Contractor | **Wells,Benjie R** Field HSE Advisor - Wells | **Bryant,Christopher J** Field HSE Advisor - Wells | **Moore,Terry** Field HSE Advisor - Wells Contractor |
| **Lenoir,Tommy** Field HSE Advisor - Wells Contractor | **Duhon,John** Field HSE Advisor - Wells Contractor | **Britain,Scott** Field HSE Advisor - Wells Contractor | |

# GoM Exploration
## Leadership Team

August 2008





**Rainey,David I**
VP Exploration

**Berryhill,Sammye**
Executive Admin Assistant

**Yeilding,Cindy A**
Expl Manager Renewal

**Wardlaw,Onus K**
Chief Land Negotiator

**Thorseth,Jay C**
Expl Manager Deep Water

**Howe,J Kemper**
Land Manager

**Hurliman,Joseph**
Subsurface & Wells Director

**Blankenship,Cynthia L**
Expl Manager Deep Gas

TREX-02518



EXHIBIT # 2518

WIT:

# GoM Exploration
**Deep Gas**

**August 2008**





**Blankenship,Cynthia L**
Expl Manager Deep Gas

**Randall,Amber M**
Administrative Assistant

**Nohavitza,Glenn R**
Wells Project Manager

**Lore,Jason**
Area Manager Louisiana

**Lemanski Jr,Edward A**
Seismic Excellence Lead

**Knight,Debbie H**
Area Manager Texas

**de Jong,Hendrik**
Drilling Ops
Superintendent
Expat

**Rodriguez,Jerry W**
Drilling Engineer
Contractor

**House,William M**
Geologist

**Chakraborty,Samarjit**
Chal - Geophysicist
Challenger

**Hargrove,Kenneth L**
Geophysicist

**Key-Simon,Cindy Ann**
Petro-technologist

**Nelson, Jim**
Well Site Leader
Contractor

**Daab, Rick**
Drilling Engineer
Contractor

**Kirkova-Pourciau,Julitta T**
Geologist

**Foux,Elizabeth S**
Petro-technologist

**Brown,Orelessa O**
Petro-technologist

**Klein,Robert T**
Petroleum System Analyst

**Lee,Phillip E**
Well Site Leader

**Andres,Kurt A**
Drilling Engineer

**Jordan,Dawne M**
Geophysicist

**Carney, Chip**
Biostrat
Contractor

**Kumar,Chandan**
Chal - Geophysicist
Challenger

**Benthien,Ross H**
Geologist

**Tate,Ernest G**
Well Site Leader

**Henry,Ivan L**
Chal - Drilling Engineer
Challenger

**Dingler,Jeffrey A**
Chal - Geophysicist
Challenger

**Derbecker,David**
Geophysicist
Expat

**Uzoh,Echezona A**
Chal - Petrophysicist
Challenger

**Wydrinski,Raymond**
Petrophysicist

**Malone,Stephen E**
Well Site Leader

**Brasseux,Guy R**
Drilling Engineer

**Bodek Jr.,Robert J**
Chal - Geologist
Challenger



# GoM Exploration
## Deep Water

**August 2008**



**Thorseth,Jay C**
Expl Manager Deep Water

**Corner,Janeen J**
Administrative Assistant

**Peijs,Jasper**
Area Manager Eastern Deepwater

**Yanchak,Dennis A**
Seismic Excellence Lead

**Chappell,Steven N**
Area Manager Central Deepwater Expat

**Dixon,Eric L**
Area Manager Western Deepwater

**Everill,Keith F**
Information Mgmt Assurance

**Vinson,Graham S**
Tiger Team Manager

**Billette,Frederic J**
Geophysicist

**Propes,Russell L**
Geophysicist

**Frederick,Jason**
Chal - Geologist Expat-Challenger

**Skripnikova,Galina**
Petrophysicist

**Brewton,James Greg**
Geophysicist

**Kasten,Robert K**
Petrophysicist

**Hansell, Phil**
Technologist - Geoscience Contractor

**Albertin,Martin L**
Geophysicist

**Mitchell,Stephen P**
Geophysicist

**Hart,William H**
Geologist

**Wilson,Judy F**
Petro-technologist

**Chong,Garret G**
Geophysicist

**Searcy,Tomieka Y**
Chal - Geologist Challenger

**Ponder,Joseph L**
Geophysicist

**Gigger,Sylvia S**
Petro-technologist

**Wesneske, Raymond**
Technologist-Dgl & Comp Contractor

**Johnston,Paul**
Operation Geologist Expat

**Greeley,David F**
Petroleum System Analyst

**Tadepalli,Sharma V**
Geophysicist

**Depret,Pierre-Andre**
Chal - Geologist Challenger

**Stephens,John E**
Geophysicist

**Rumelhart,Laura Maley**
Geologist

**Klecker, Richard**
Geologist -Contractor Contractor

**Antrim,Lisa K**
Geophysicist

**Truax III,Stephen**
Biostratigrapher

**Bellow,Jonathan Mark**
Operation Geologist Expat

**Bondurant,Charles H**
Geologist

**Hart, Ingrid**
EPTG - Geoscience Contractor

**Fitzpatrick,Terry P**
Geophysicist

**Sheliga,Carl M**
Geologist

**Sullivan,Michael P**
Petroleum System Analyst

**Surles,Donald M**
Chal - Geologist Challenger

**Sherlonda Nelson**
Administrative Assistant Contractor

**Boesiger,Todd Matthew**
Chal - Biostratigrapher Challenger

**Coterill-Jenkins,Katrina**
Geophysicist

**Charles,Donald**
Petrophysicist Expat

**Wojcik,Michael**
Geologist Expat

**Phillips,Debra Hays**
Geophysicist

**Leroy,Ronald A**
Geologist

**Nandi,Papia**
Chal - Geophysicist Challenger

**Salamov,Firuz A**
Chal - Geophysicist Expat-Challenger

**TBD Expl 34**
Site Investigation Specialist BP 08/01/08

**Nguyen,Binh**
Geophysicist Expat

**Lapinski,Todd G**
Geologist

**Gong,Changrui**
Petroleum System Analyst

**Burke,Nicholas L**
Geophysicist

**Riahi,Sami**
Chal - Geologist Expat-Challenger

**Siemann-Gartmann,Susan M**
Geophysicist

**Febo,Lawrence A**
Chal - Biostratigrapher Challenger

**Mallman,Ellen P**
Chal - Geophysicist Challenger

**Naranjo,John C**
Chal - Geophysicist Challenger

**Steinhoff,Doerte**
Geologist

**Decalf,Carole C**
Geophysicist

**Wagner,Bruce E**
Petrophysicist

**Bergen,James A**
Biostratigrapher

**McLucas,Deanna Mae**
Petro-technologist

**Olson,Erik L**
Chal - Geophysicist Challenger

**Lundquist,Jason J**
Biostratigrapher



# GoM Exploration
### Renewal

August 2008



# GoM Exploration
**Subsurface & Wells**

**August 2008**





# GoM Exploration
**Land**

**August 2008**



---

**Howe,J Kemper**
Land Manager

**Staggs,Larry**
Scout

**TBD Expl 19**
Chal - Commercial Negotiator
Challenger  08/25/08

**Fletcher,Marvin W**
Commercial Negotiator

**Morrison,Dale B**
Commercial Negotiator

**Erwin,Edgar L**
Team Leader Contract Mgmt

**Walters,Michael C**
Commercial Negotiator

**Woody,Brett C**
Commercial Negotiator

**Lee,Thomas W**
Commercial Negotiator

**Beirne,Michael J**
Commercial Negotiator

**Fremaux,Margaret M**
Contract Mgmt & Compl Analyst

**Aceves,Janet**
Contract Mgmt & Compl Analyst

**Crow,Karen G**
Contract Mgmt & Compl Analyst

**Stein,Dianna**
Contract Mgmt & Compl Analyst

**Collins, Otha R.**
Clerk
Contractor