# Exhibit 63



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To: All Actions | : : | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |
| ……………………………………………….. | : | |

**THE BP PARTIES' RESPONSES AND OBJECTIONS TO PLAINTIFFS' INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSION**

Defendants BP America Inc. ("BPA"), BP America Production Company ("BPAP"), and BP Exploration & Production Inc. ("BPXP") (collectively, "the BP Parties"), by their undersigned Counsel, and, pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, hereby submit the following responses and objections to plaintiffs' Interrogatories, Requests for Production, and Requests for Admission.

**SPECIFIC RESPONSES AND OBJECTIONS**

The BP Parties respond as follows to plaintiffs' specific interrogatories, requests for production, and requests for admission, subject to and without waiving their general objections, each and every one of which are specifically incorporated into each individual response below.[1]

**INTERROGATORY NO. 1:**

Please describe in detail the general chain of command and organizational structure for the Deepwater Horizon during the relevant time period, beginning with the lowest ranking person aboard the rig, up to and through the highest ranking person on-shore.

---

[1] The BP Parties' general objections are set forth at pages 370-382.

Subject to their specific and general objections, the BP Parties respond as follows: Denied. The BP Parties deny this request because, based upon a reasonable investigation, they have no indication that they contribute capital to The Louisiana Record.

**REQUEST FOR ADMISSION NO. 10:**

Please admit or deny Robert Kaluza was an employee of yours at the time of the incident.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Subject to their general objections, the BP Parties respond as follows: The BP Parties admit that Robert Kaluza was an employee of BPAP at the time of the Incident. The BP Parties deny the remainder of this request.

**REQUEST FOR ADMISSION NO. 11:**

Please admit or deny at all times on the date of the incident Robert Kaluza was acting in the course and scope of his employment with you.

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

The BP Parties object to this request on the grounds that it is ambiguous and confusing. The BP Parties further object to this request on the grounds that plaintiffs' use of the phrase "acting in the course" is vague, ambiguous, and undefined.

Subject to their general objections, the BP Parties respond as follows: The BP Parties admit that Robert Kaluza was acting within the scope of his employment with BPAP on April 20, 2010. The BP Parties deny the remainder of this request.

**REQUEST FOR ADMISSION NO. 12:**

Please admit or deny Robert Kaluza was informed prior to the explosion approximately 21 centralizers were recommended to stabilize the well site.