# Exhibit 63

```
 1            UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
 2

 3

 4   IN RE:  OIL SPILL      MDL NO. 2179
     BY THE OIL RIG
 5   "DEEPWATER HORIZON"    SECTION:  J
     IN THE GULF OF
 6   MEXICO, ON APRIL       JUDGE BARBIER
     20, 2010               MAG. JUDGE SHUSHAN
 7

 8

 9
```

15            Deposition of **RONALD W. SEPULVADO**,
16   taken in the Pan American Life Center,
     Bayou Room, 11th Floor, 601 Poydras Street,
17   New Orleans, Louisiana 70130, on Thursday,
     March 10, 2011.
18

19
     **APPEARANCES**:
20

21         LEWIS, KULLMAN, STERBCOW
           & ABRAMSON
22         (By:  Paul M. Sterbcow, Esquire)
           601 Poydras Street
23         Suite 2616
           New Orleans, Louisiana  70130
24            (Attorneys for the Plaintiffs
                 Steering Committee)
25

                    **GAUDET KAISER, L.L.C.**
                  Board-Certified Court Reporters

Suggested line for Running Header
Case 2:10-md-02179-CJB-DPC   Document 12355-67   Filed 02/14/14   Page 3 of 4
348

1                    Thank you, sir.
2              MR. GODWIN:
3                    And I have ceded Halliburton's
4     time to Anadarko MOEX this afternoon or
5     whenever they get up.  Okay.
6              THE VIDEOGRAPHER:
7                    Off the record.  It's 4:22.
8                    (Off the record.)
9              THE VIDEOGRAPHER:
10                   Returning to the record, it is
11    4:23.
12    EXAMINATION BY MR. DART:
13         Q.    Good afternoon, Mr. Sepulvado,
14    my name is Henry Dart and I, along with my
15    colleague David Pote, are special counsel
16    to Louisiana Attorney General's office, we
17    represent the State of Louisiana.  Along
18    with me is Mr. Robert Tambling representing
19    the State of Alabama.
20         A.    Okay.
21         Q.    Getting into your retirement a
22    little bit, you probably received your very
23    last W-2 form from BP recently and I'm
24    curious to know what the name of the
25    company is on that W-2 form?

1        A.    The best I can recall is BP
2   America.
3        Q.    BP America, Inc.?
4        A.    Yes, sir.
5        Q.    Okay.  What does BP America,
6   Inc., have to do with the Macondo well?
7        A.    You know, they drilled the
8   Macondo well, was the operator on it.
9        Q.    Do you know or have you heard of
10  BP Exploration and Production, Inc.?
11       A.    Yes, sir.
12       Q.    What does that company have to
13  do with drilling the well?
14       A.    Well, you're getting over my
15  level again, now.  You know, we got so many
16  different company names, you know, that the
17  only thing I can go by is where my check
18  comes from.
19       Q.    Right.  And that's BP America?
20       A.    BP America.
21       Q.    And as far as you knew, BP
22  America was the company that drilled that
23  well?
24       A.    Yes, sir.
25       Q.    And I think another lawyer today