# Exhibit 64

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3
      IN RE:  OIL SPILL      MDL NO. 2179
 4    BY THE OIL RIG
      "DEEPWATER HORIZON"    SECTION:  J
 5    IN THE GULF OF
      MEXICO, ON APRIL       JUDGE BARBIER
 6    20, 2010               MAG. JUDGE SHUSHAN

 7
```

**A. JOHN GUIDE**

```
12

13
              Deposition of A. JOHN GUIDE, taken
14    in the Pan American Life Center, Bayou
      Room, 11th Floor, 601 Poydras Street, New
15    Orleans, Louisiana 70130, on Monday, May 9,
      2011.
16

17
      APPEARANCES:
18

19
              COTCHETT, PITRE & MCCARTHY
20            (By:  Bryan Payne, Esquire)
              San Francisco Airport Office Center
21            840 Malcolm Road
              Suite 200
22            Burlingame, California 94010
                 (Attorneys for MDL 2185
23                 Securities plaintiffs subclass)

24

25
```

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

1   Q.   So we have a new acronym.  And
2   this is a segment of BP, PLC, the Global
3   corporate parent in London?
4   A.   I'm sorry.  Did you say
5   subsidiary?
6   Q.   No.  A unit of, or a part of.
7   A.   Yeah.
8   Q.   Segment?
9   A.   Yeah.  It's a piece of it, yes.
10  Q.   By whom are you employed?  Who's
11  on your W-2 form?  What corporation?
12  A.   I'm BP.
13  Q.   BP PLC, BP America, BP --
14  A.   I think it BP America.
15  Q.   America?
16  A.   I think.
17  Q.   And BP America is still paying
18  you working in Angola?
19  A.   Yes.  Because I'm considered a
20  rotor, a rotational, so I'm still based out
21  of Houston.  But I just happen to spend
22  half my time in Rwanda.
23  Q.   And you work now under the
24  direction of this global D&C operation;
25  right?