# Exhibit 65

1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL      )  MDL NO. 2179
     BY THE OIL RIG         )
 4   "DEEPWATER HORIZON" IN )  SECTION "J"
     THE GULF OF MEXICO, ON )
 5   APRIL 20, 2010         )  JUDGE BARBIER
                            )  MAG. JUDGE SHUSHAN
 6

 7

 8

 9

10

11

12

13

14

15

16

17              * * * * * * * * * * * * * * * *

                        VOLUME 1
18              * * * * * * * * * * * * * * * *

19

20

          Deposition of Andrew Eric Frazelle,
21   Individually and as Corporate Representative,
     taken at the Pan-American Building, 601 Poydras
22   Street, 11th Floor, New Orleans, Louisiana,
     70130, on the 26th day of September, 2011.
23

24

25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

347

1      A.   I can't say that it was directly reported

2  to that, but it was a position that was

3  identified that was needed in the reorganization

4  when we went to a Global -- to a Global

5  Engineering Central Group, when we reorganized

6  the D&C.

7      Q.   The position did not exist before April

8  20th of 2010.  Is that correct?

9      A.   That is correct.

10      Q.   Okay.  Who is your payroll employer?

11      A.   BP America.

12      Q.   Okay.  Have you been always employed by

13  BP America?

14      A.   No, sir.

15      Q.   Who was your previous BP employer?

16      A.   Well, Amoco, before BP.

17      Q.   Okay.  So you were an Am --

18      A.   That's right.

19      Q.   You were an Amoco legacy?

20      A.   I'm Amoco legacy.  And before that, I

21  spent three years with Kerr-McGee.

22      Q.   Okay.  Sev -- you were asked several, or

23  a number of questions about Drilling &

24  Completions as an organization in the Gulf of

25  Mexico.  And I'm trying to understand how that

**PURSUANT TO CONFIDENTIALITY ORDER**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL            )     MDL NO. 2179
BY THE OIL RIG              )
"DEEPWATER HORIZON" IN )     SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010             )     JUDGE BARBIER
                            )     MAG. JUDGE SHUSHAN

REPORTER'S CERTIFICATION
TO THE ORAL AND VIDEOTAPED DEPOSITION OF
ANDREW ERIC FRAZELLE
INDIVIDUALLY AND AS CORPORATE REPRESENTATIVE
SEPTEMBER 26, 2011
VOLUME 1

I, Emanuel A. Fontana, Jr., Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, **ANDREW ERIC FRAZELLE**, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted on _October 5_____, 2011, to the witness or to Attorney _J. Robert Warren___ for the witness to examine, sign, and return to Worldwide Court Reporters, Inc., by _November 19_____, 2011.

That the amount of time used by each party at the deposition is as follows:

Mr. Sterbcow - 1 Hour, 13 Minutes
Mr. Williamson - 1 Hour, 21 Minutes
Mr. Barr - 1 Hour, 54 Minutes
Ms. Shutler - 1 Hour, 43 Minutes
Mr. Dart - 19 Minutes

PURSUANT TO CONFIDENTIALITY ORDER

1      I further certify that I am neither counsel
for, related to, nor employed by any of the
2  parties in the action in which this proceeding
was taken, and further that I am not financially
3  or otherwise interested in the outcome of the
action.

4
       SUBSCRIBED AND SWORN to by me on this 26th
5  day of September, 2011.

6

7

8  _____
   Emanuel A. Fontana, Jr., RPR
9  Texas CSR No. 1232
   Expiration Date: 12/31/12
10 Worldwide Court Reporters
   Firm Registration No. 223
11 3000 Weslayan, Suite 235
   Houston, Texas   77027
12 (713) 572-2000

13

14

15

16

17

18

19

20

21

22

23

24

25

**PURSUANT TO CONFIDENTIALITY ORDER**

PAGE 2/5

361

1
2          I, **ANDREW ERIC FRAZELLE**, have read the

3     foregoing deposition and hereby affix my

4     signature that same is true and correct, except

5     as noted on the attached Amendment Sheet.

6

7                        ANDREW ERIC FRAZELLE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PURSUANT TO CONFIDENTIALITY ORDER

PAGE 1/5

360

CHANGES AND SIGNATURE

WITNESS NAME:   ANDREW ERIC FRAZELLE

DATE OF DEPOSITION:   SEPTEMBER 26, 2011

PAGE   LINE          CHANGE                REASON

SEE ATTACHED THREE PAGES OF CHANGES

1- PAGE FOC VOLUME I
NUMBERED PAGES 16-355

2- PAGES FOR VOLUME II
NUMBERED PAGES 377-691

11/16/201

PURSUANT TO CONFIDENTIALITY ORDER

PAGE 3/5

## VOLUME I- CHANGES AND SIGNATURE

WITNESS NAME: ANDY FRAZELLE

DATE OF DEPOSITION:   SEPTEMBER 26, 2011

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| 16 | 1 | "through what I read in some of the---the" | transcription error |
| 62 | 21 | "the 12th, it referred to a shal – shallow set" | transcription error |
| 161 | 7 | "where we had interaction with the Asset" | transcription error |
| 161 | 24 | "report to the Well Team Leaders, and that is" | transcription error |
| 167 | 1 | "It says 'for information' is what it says" | missing quotation |
| 172 | 6 | "much stronger after the incident" | transcription error |
| 196 | 20 | "my recommendation is to fix the hot" | transcription error |
| 201 | 23 | "close in and close on" | transcription error |
| 248 | 8 | "not "attempts," they were actually" | transcription error |
| 248 | 9 | "seismic lines for shallow" | transcription error |
| 266 | 14-15 | "people work with their hands" | transcription error |
| 269 | 20 | "and then check a box" | transcription error |
| 270 | 4 | "work on those" | transcription error |
| 347 | 1 | "directly related" | transcription error |
| 349 | 20 | delete "the turn – the turn" | transcription error |
| 355 | 10 | filimar should be familiar | transcription error |