# Exhibit 66

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3
    IN RE:  OIL SPILL            MDL NO. 2179
 4  BY THE OIL RIG
    "DEEPWATER HORIZON"          SECTION:  J
 5  IN THE GULF OF
    MEXICO, ON APRIL             JUDGE BARBIER
 6  20, 2010                     MAG. JUDGE SHUSHAN

 7

 8

 9
```

**Volume 1**

Deposition of **KEVIN DENNIS LACY**, P.O. Box 7888, The Woodlands, Texas 77387, taken in the Pan American Life Center, Mardi Gras Room, 11th Floor, 601 Poydras Street, New Orleans, Louisiana 70130, reported on Wednesday, June 1st, 2011.

**GAUDET, KAISER, L.L.C.**
Board-Certified Court Reporters

```
 1         Q.     Good afternoon, Mr. Lacy.  My
 2   name is Henry Dart.  I'm special counsel to
 3   the Louisiana Attorney General's office.  I
 4   represent the State of Louisiana.
 5         A.     Okay.
 6         Q.     During your tenure at BP, who --
 7   what corporation was your payroll employer?
 8         A.     I believe by BP America, Inc.
 9         Q.     Okay.  To the best of your
10   understanding, were all of the employees in
11   the Gulf of Mexico SPU, at least those under
12   your supervision, were they all employed by
13   BP America, Inc.?
14         A.     If they were BP employees, I
15   believe that's correct.
16         Q.     Now, you were talking about a
17   meeting with Barbara Yilmaz.
18         A.     Uh-huh (indicating
19   affirmatively).
20         Q.     At which you were terminated.
21   Was there an official date for your
22   termination?  Were you fired on the spot or
23   --
24         A.     No.  The discussion occurred a
25   date in November -- what I was informed was
```