# Exhibit 67

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3
     IN RE:  OIL SPILL      MDL NO. 2179
 4   BY THE OIL RIG
     "DEEPWATER HORIZON"    SECTION:  J
 5   IN THE GULF OF
     MEXICO, ON APRIL       JUDGE BARBIER
 6   20, 2010               MAG. JUDGE SHUSHAN

 7

 8




14
             Deposition of DAVID C. SIMS, taken
15   in the Pan American Life Center, Bayou
     Room, 11th Floor, 601 Poydras Street, New
16   Orleans, Louisiana 70130, on Wednesday,
     April 6, 2011.
17

18
     APPEARANCES:
19

20        WILLIAMS LAW GROUP, LLC
          (By:  Conrad S.P. (Duke) Williams,
21               III, Esquire and J.
                 Christopher Zainey, Jr.,
22               Esquire)
          909 Poydras Street
23        Suite 1650
          New Orleans, Louisiana  70112
24            (Attorneys for MDL plaintiffs)

25
```

                    **GAUDET KAISER, L.L.C.**
                  Board-Certified Court Reporters

```
 1        Q.    Good afternoon, Mr. Sims, my
 2   name is Henry Dart, I'm special counsel for
 3   the Louisiana Attorney General's office and
 4   I represent the State of Louisiana.
 5              Who is your payroll employer,
 6   sir?  Who's on your W-2 form?
 7        A.    BP America, I believe.
 8        Q.    Okay.  That's BP America, Inc.;
 9   right?
10        A.    Yes, sir.
11        Q.    Okay.  Now, I thought I heard
12   you say that shortly, you will be moving to
13   London to work in the Angola business unit;
14   is that right?
15        A.    In support of the BP Angola
16   region.
17        Q.    Will your payroll employer
18   change?
19        A.    I don't know, honestly.  I've
20   been, I never worked overseas so I'm not
21   sure.  I think it may actually be some
22   component of both.
23        Q.    In your years working for BP,
24   has your payroll employer ever changed from
25   BP America?
```