# Exhibit 68

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2

 3     IN RE:  OIL SPILL        )    MDL NO. 2179
       by the OIL RIG,          )
 4     DEEPWATER HORIZON in     )    SECTION "J"
       the GULF OF MEXICO,      )
 5     April 20, 2010           )    JUDGE BARBIER
                                )
 6                              )    MAG. JUDGE
                                )    SHUSHAN
 7

 8
```

**\* \* \* \* \* \* \* \* \* \* \* \* \***
VOLUME 1
**\* \* \* \* \* \* \* \* \* \* \* \* \***

Deposition of **JONATHAN SPRAGUE**, taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 21st of March, 2011.

**APPEARANCES:**

Mr. Duke Williams
**WILLIAMS LAW GROUP, LLC**
909 Poydras Street, Suite 1650
New Orleans, Louisiana 70112

```
 1              MS. KARIS:
 2                   Object to form.
 3         Q.   Physically, where was his
 4    office?
 5         A.   I know he had an office in
 6    Houston, and I think he had an office in
 7    London too.
 8         Q.   Okay.  Did he commute back and
 9    forth between the two offices?
10         A.   He lived in Houston or had a
11    residence in Houston.  And, yes, he was
12    back and forth between London and Houston.
13         Q.   Was Mr. Inglis part of the BP
14    group's executive management team?
15              MS. KARIS:
16                   Object to form.
17         A.   At the time -- at the time, I
18    think he was.
19         Q.   Okay.  Now, who did you actually
20    receive your compensation from?  What BP
21    entity?
22         A.   It would have been from -- my
23    check came from the Woodlands, and I think
24    it was BP America.
25         Q.   Would that also be true with
```

```
 1   respect to your bonus or performance
 2   payments, your cash payments?
 3        A.   I think -- I think that's
 4   correct.
 5        Q.   Okay.  Now, as -- I assume as
 6   part of management making a determination
 7   as to what your performance bonus should be
 8   in any particular year, whether it be the
 9   safety element or the success -- business
10   success -- do you understand what I'm
11   talking about?
12        A.   Could -- could you --
13        Q.   Well, there are two components
14   you described, safety and -- and business
15   success.  The success of your business
16   unit, correct?
17        A.   Yes.
18        Q.   Is the same management team that
19   you just described determine both?
20        A.   I think that's correct.
21        Q.   Okay.  And what tools do they
22   use to make that determination; do you
23   know?
24        A.   I'm not sure what you mean by
25   tools.
```