UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | SECTION "J" |
| | * | JUDGE BARBIER |
| **This Document Relates to:** | * | |
| **Case Nos. 10-2771, 10-4182, 10-4183, 13-02645, 13-cv-02646, 13-cv-02647, 13-cv-02813** | * * * | |
| | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering Anadarko's *Ex Parte* Motion for Leave to Join in and Adopt BP's Motion to Strike the State of Alabama's Jury Demand (Rec. Doc. 12345), and good cause being shown, the Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE