UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:   Oil Spill by the Oil Rig            MDL No.  2179
"Deepwater Horizon" in
the Gulf of Mexico on               Section:  J
April 10, 2010
Judge Barbier
Magistrate Shushan

This Document Relates to:
State of Yucatán v. BP
2:13-cv-06649

### *EX PARTE* MOTION TO ENROLL
### ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFF

COMES NOW the Plaintiff, STATE OF YUCATAN, by and

through their undersigned counsel, and moves this Court for an order

enrolling attorney William T. Reid IV as additional counsel of record for

the Plaintiff, STATE OF YUCATAN, and in support thereof would state:

1.  Plaintiff in the above-captioned matter is represented by

counsel from the law firm of Krupnick Campbell Malone Buser Slama

Hancock Liberman, P.A.

2.  William T. Reid IV is an attorney with the law firm of Reid

Collins & Tsai LLP and is a member in good standing with the New York

State Bar, with a New York registration number of 4487807, and the

Texas State Bar, with a Texas bar number of 00788817.  Pertinent contact

information for William T. Reid IV is:

William T. Reid IV, Esquire
Texas Bar Number:  00788817
New York Registration Number:  4487807
wreid@rctlegal.com
Reid Collins & Tsai LLP
1301 South Capital of Texas Highway
Building C, Suite 300
Austin, Texas 78746
512-647-6105 telephone
512-647-6129 facsimile

3.  The appearance of William T. Reid IV will not hinder or

delay the litigation of this case.

WHEREFORE, Plaintiff respectfully request that William T.

Reid IV be admitted to enroll as additional counsel and participate fully

as counsel in this action.

DATED on this 18th day of February 2014.

KRUPNICK, CAMPBELL, MALONE,
BUSER, SLAMA, HANCOCK,
LIBERMAN, P.A.


By:  /s/    Charles A. Acevedo

Charles A. Acevedo, Esquire
Florida Bar Number 097771
cacevedo@krupnicklaw.com
Kelley B. Stewart, Esquire
Florida Bar Number:  492132
kstewart@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Enroll Additional Counsel of Record for Plaintiff has been served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order Number 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18 day of February 2014.

KRUPNICK, CAMPBELL, MALONE, BUSER, SLAMA, HANCOCK, LIBERMAN, P.A.

By: /s/    Charles A. Acevedo

Charles A. Acevedo, Esquire
Florida Bar Number 097771
cacevedo@krupnicklaw.com
Kelley B. Stewart, Esquire
Florida Bar Number:  492132
kstewart@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

Attorneys for Plaintiff