UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No.  2179<br><br>Section:  J<br><br>Judge Barbier<br>Magistrate Shushan |
| This Document Relates to:<br>State of Yucatán v. BP<br>2:13-cv-06649 | |

### ORDER GRANTING *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFF

THIS CAUSE having been considered on Plaintiff's *Ex Parte* Motion to Enroll Additional Counsel of Record for Plaintiff, STATE OF YUCATAN, in the above-captioned cause of action, it is

ORDERED AND ADJUDGED as follows:

1.  That the Motion to Enroll Additional Counsel of Record for Plaintiff, STATE OF YUCATAN, is granted.

2.  That William T. Reid IV (Texas bar number 00788817 and New York registration number 4487807) with the law firm of Reid Collins & Tsai LLC is enrolled as additional counsel of record on behalf of the Plaintiff, STATE OF YUCATAN, in the above-captioned matter.

DONE AND ORDERED at New Orleans, Louisiana, on this _____ day of February 2014.

_____
UNITED STATES DISTRICT JUDGE