UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| Nos. 12-970, 13-6674, and all cases | * * * | MAG. JUDGE SHUSHAN |

## ORDER

IT IS ORDERED that Daniel J. Balhoff, joint Court-Designated Neutral for the Seafood Compensation Program, shall file a declaration setting forth any factual information in his possession relevant to the issues raised in BP's Motion for a Preliminary Injunction Suspending the Second Distribution of the Seafood Compensation Program (No. 13-6674, Rec. Doc. 2). The declaration shall be filed not later than Friday, February 21, 2014.[1]

IT IS FURTHER ORDERED that the Court-Designated Neutrals shall defer issuing any recommendation concerning the second round distribution in the Seafood Compensation Program pending resolution of the issues raised in BP's Motion for a Preliminary Injunction.

New Orleans, Louisiana, this 18th day of February, 2014.

_____
United States District Judge

---

[1] Oral argument on BP's Motion for a Preliminary Injunction is scheduled for Wednesday, February 26 at 9:30 a.m. (Rec. Doc. 12327).