IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE" OIL SPILL by the OIL RIG § | | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE § | | |
| GULF OF MEXICO, on April 20, 2010 § | | SECTION J |
| § | | |
| THIS DOCUMENT RELATES TO: § | | JUDGE BARBIER |
| § | | |
| 2:11-cv-02526 § | | MAG. JUDGE SHUSHAN |

**PLAINTIFF'S MOTION TO REMAND**

Pursuant to Pre-Trial Order # 5, Plaintiff Nyoka Curtis, as Next Friend of Treavor Ray Curtis, a Minor, and Nancy Curtis, in Her Capacity as Personal Representative of the Estate of Stephen Ray Curtis and His Beneficiaries, and on Behalf of Treavor Ray Curtis, a Minor ("Curtis"), re-files her Motion to Remand for consideration by this Court. [MDL Doc. # 17].

On or about October 6, 2011, Curtis's case was transferred to MDL 2179. Prior to the MDL transfer, however, Curtis timely filed her Motion to Remand in the Southern District of Texas, Houston Division, on July 7, 2011 [Doc. # 8, in Cause No. 4:11-cv-2231, *Curtis, et al. v. BP Exploration & Production Inc., et al.*] The Court should remand this case for the following reasons:

- Curtis has not made any claims arising under the Outer Continental Shelf Lands Act ("OCSLA") or any other federal law that falls within the parameters of 28 U.S.C. § 1331.[1]

- Curtis's claims are governed by the Jones Act and the general maritime law and are, therefore, not removable.[2]

---

[1] Curtis's First Amended Original Petition attached as Exhibit 1, pp. 3-4, to Plaintiff's Memorandum in Support of Motion to Remand filed contemporaneously herewith.

[2] *Holmes v. Atl. Sounding Co., Inc.*, 437 F.3d 441, 445 (5th Cir. 2006) ("Generally, Jones Act cases are not removable from state court."); *Romero v. Int'l Terminal Operating Co.*, 358 U.S. 354, 377-79 (1958) (discussing non-removability of "savings to suitors" claims on the grounds that, because maritime claims do not arise under the laws or Constitution of the United States they do not present federal questions).

- Curtis filed suit on or about April 18, 2011, and therefore, the amendments to the general removal statute, effective January 6, 2012, are inapplicable.[13]

Curtis respectfully requests that the Court remand this case to the 129th Judicial District of Harris, County, Texas and for all other relief the Court deems appropriate.

    Respectfully submitted,

    **STEVENSON & MURRAY**

By:   <u>John W. Stevenson, Jr.</u>
    **JOHN W. STEVENSON, JR.**
    Attorney-In-Charge
    Texas Bar No. 01159820
    **JOHN C. SCHWAMBACH, JR.**
    Texas Bar No. 19196050
    Weslayan Tower, Suite 750
    24 Greenway Plaza
    Houston, Texas  77046-2416
    (713) 622-3223
    (713) 622-3224 (fax)

    **KELLY & TOWNSEND, LLC**

By: */s/ Taylor Townsend*
    **TAYLOR TOWNSEND**
    Louisiana State Bar. No. 20021
    137 Saint Dennis St.
    Natchitoches, LA.  71457
    (318) 352-2353
    (318) 352-8918 (fax)

    Counsel for Nyoka Curtis, as Next Friend of Treavor Ray Curtis, a Minor, *et al.*

---

[3]   28 U.S.C. § 1441; *see also Ryan v. Hercules Offshore, Inc.,* 945 F. Supp.2d 772, 774 n. 4 (S.D. Tex. 2013).

## CERTIFICATE OF SERVICE

We hereby certify that the above and foregoing Plaintiff's Motion to Remand has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 18th day of February, 2014.

*/s/ John C. Schwambach, Jr.*
**JOHN C. SCHWAMBACH, JR.**
