IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This document relates to Civil Action No. 12-970. | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

Considering BP's Motion and Incorporated Memorandum For Leave To File Under Seal an unredacted version of BP's Reply in Support of Motion to Order Production of Certain Documents by Special Master Freeh and to Set Schedule,

**IT IS HEREBY ORDERED**, that BP's Motion is GRANTED; and it is further

**ORDERED** that the unredacted version of BP's Reply in Support of Motion to Order Production of Certain Documents by Special Master Freeh and to Set Schedule, be filed under seal pending further order of the Court; and

**ORDERED** that the version of BP's Reply in Support of Motion to Order Production of Certain Documents by Special Master Freeh and to Set Schedule that has confidential information redacted remain filed in the public record.

New Orleans, Louisiana, this 19th day of February, 2014

_____
United States Magistrate Judge