UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179<br><br>SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| No. 10-4536 | * * * | MAG. JUDGE SHUSHAN |

**ORDER**
[Regarding the Proposed Clean Water Act Penalty Phase]

IT IS ORDERED that the Court will hold a Status Conference with the United States, BP, and Anadarko on Friday, March 21, 2014 at 9:30 a.m. The purpose is to address case management issues for the proposed "Penalty Phase" on the United States' claims under the Clean Water Act.

IT IS FURTHER ORDERED that any response to Anadarko's Motion in Limine to Exclude All Evidence Regarding Anadarko's Culpability (Rec. Doc. 12343), BPXP's Combined Motion in Limine to Exclude from the Penalty Phase (1) Additional Evidence of Culpability and (2) Evidence Relating to Unrelated Prior Incidents (Rec. Doc. 12347), or the Government's Motion in Limine to Permit Relevant Evidence Concerning BP P.L.C. and Other BP Affiliates (Rec. Doc. 12355) shall be filed not later than Thursday, March 6, 2014. Any replies shall be filed not later than Thursday, March 13, 2014. The Court adopts the page limits proposed by the parties on page 6 their Rule 26(f) Conferencing Report. (Rec. Doc. 12338) Oral argument, should the Court require it, will occur during the March 21 Status Conference.

New Orleans, Louisiana, this 19th day of February, 2014.

_____
United States District Judge