UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

**SECOND AMENDMENT TO PTO 1 AND PTO 14 REGARDING COMMUNICATIONS BETWEEN THE UNITED STATES AND THE STATES AND PLAINTIFFS' STEERING COMMITTEE**

The Court is aware that the United States is engaged in many long term efforts related to the restoration of the Gulf of Mexico in response to the *Deepwater Horizon* oil spill.  These efforts include coordination between the United States and all of the Gulf States (and their subdivisions and agents), especially with respect to the ongoing Natural Resource Damage Assessment process.  To facilitate the just, speedy, and inexpensive resolution of the Subject Claims (as that term is defined in PTO 38), and pursuant to Federal Rule of Evidence 502 and this Court's authority to control this litigation, IT IS HEREBY ORDERED:

The May 16, 2011 amendment to Pretrial Order 1 and 14 is amended to include the following sentence:  "Privileged communications protected by the provisions of this order may not be released directly, or indirectly through third parties, by the United States or any State pursuant to the Freedom of Information Act, 5 U.S.C. § 552, or any other open records law absent good cause shown in this Court."

New Orleans, Louisiana this ___ day of February, 2013.

```
                                            _____
                                                   United States District Judge
```