UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 |
| | : | SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| ALL CASES | : : | MAGISTRATE JUDGE SHUSHAN |

**CLEAN WATER ACT -- PENALTY PHASE**

**MOTION OF THE UNITED STATES TO LIMIT EVIDENCE ABOUT THE "SERIOUSNESS" FACTOR**

For the reasons stated in the attached memorandum, the United States seeks a ruling *in limine* pursuant to FRE 403 and 201 that the Court will limit evidence (and thus, discovery under Fed. R. Civ. P. 26(b)(2)) regarding the impacts of the Macondo Oil Spill on the environment, human health, and private parties' economic interests. As explained in the accompanying memorandum, the MDL 2179 record has sufficient evidence to establish the seriousness penalty factor, so limited or no additional evidence or discovery is needed.

A memorandum in support and a proposed order (which includes Appendix A setting forth the relevant evidence already before the Court) are attached.

//
//
//

Respectfully submitted,

| | |
|---|---|
| BRIAN HAUCK<br>Deputy Assistant Attorney General<br>Civil Division | ROBERT G. DREHER<br>Acting Assistant Attorney General<br>Environment & Natural Resources Division |
| PETER FROST<br>Director, Torts Branch, Civil Division<br>Admiralty and Aviation<br>STEPHEN G. FLYNN<br>Assistant Director<br>SHARON SHUTLER<br>MALINDA LAWRENCE<br>LAURA MAYBERRY<br>Trial Attorneys | SARAH HIMMELHOCH<br>Senior Litigation Counsel<br>NANCY FLICKINGER<br>Senior Attorneys<br>RICHARD GLADSTEIN<br>PATRICK CASEY<br>Senior Counsel<br>A. NATHANIEL CHAKERES<br>JUDY HARVEY<br>RACHEL KING<br>ERICA PENCAK<br>ABIGAIL ANDRE<br>RACHEL HANKEY<br>BRANDON ROBERS<br>Trial Attorneys |
| R. MICHAEL UNDERHILL, T.A.<br>Attorney in Charge, West Coast Office<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>7-5395 Federal Bldg., Box 36028<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3463<br>Telephone:  415-436-6648<br>Facsimile:  415-436-6632<br>E-mail:  mike.underhill@usdoj.gov | /s/ Steven O'Rourke<br>STEVEN O'ROURKE<br>Senior Attorney<br>Environmental Enforcement Section<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044<br>Telephone:  202-514-2779<br>Facsimile:   202-514-2583<br>E-mail:  steve.o'rourke@usdoj.gov<br><br>KENNETH A. POLITE, Jr.<br>United States Attorney<br>Eastern District of Louisiana<br>SHARON D. SMITH<br>Assistant United States Attorney<br>Eastern District of Louisiana |

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date: February 20, 2014.                    /s/ Steven O'Rourke
                                                                       U.S. Department of Justice