**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179  SECTION: J |
| This Document Relates To: 10-4536  ……………………………………………... | : : | JUDGE BARBIER  MAG. JUDGE SHUSHAN |

### CLEAN WATER ACT – PENALTY PHASE

### ORDER CONCERNING "SERIOUSNESS" FACTOR IN THE PENALTY PHASE

  This matter comes before the Court on the Motion of the United States to Limit Evidence About the "Seriousness" Factor.  Having concluded that Appendix A provides the Court sufficient evidence to consider the "seriousness" factor as regarding actual or potential harms to the environment, human health, and economic interest of private parties, the Motion is GRANTED.

The Court hereby ORDERS that:

1. The oil from the Macondo Oil Spill has caused serious harm to the environment of the Gulf of Mexico.

2. The Macondo Oil Spill has caused serious actual and potential harm to the health of residents of the Gulf of Mexico.

3. The oil from the Macondo Oil Spill has caused serious actual and potential economic losses to residents and businesses of the Gulf of Mexico.

4. No party shall seek to introduce evidence in the Penalty Phase relating to environmental harm, including that the United States shall not seek to show harm, potential harm, or lack of recovery and the Defendants shall not seek to show lack of harm, recovery, or lack of potential for long-term harm.

5. No party shall seek to introduce evidence in the Penalty Phase relating to human health impacts, including that the United States shall not seek to show harm or potential harm and the Defendants shall not seek to show lack of harm.

6. No party shall seek to introduce evidence in the Penalty Phase relating to human economic impacts, including that the United States shall not seek to show losses and the Defendants shall not seek to show lack thereof.

7. In light of these limitations, the Parties shall not serve any discovery in the Penalty Phase related to: environmental harm resulting from the Macondo Oil Spill (or lack of harm or environmental recovery); human health impacts (or lack thereof) resulting from the spill; or economic losses (or lack thereof) resulting from the spill.

8. Nothing herein prevents Parties from citing to or relying upon evidence already in the record from Phases One and Two.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
**The Honorable Carl J. Barbier**
**United States District Court Judge**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179  SECTION: J |
| This Document Relates To: 10-4536 …………………………………………………... | : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## CLEAN WATER ACT – PENALTY PHASE

## APPENDIX A: REGARDING THE "SERIOUSNESS" FACTOR

The "seriousness" of the violation, within the meaning of 33 U.S.C. § 1321(b)(8) includes, *inter alia*, consideration of environmental harms, or even potential harms, from the discharge of oil. Similarly, actual or potential impacts on human health and on economic interests of private parties relate to this factor.

The United States requests that the Court take judicial notice of the following facts related to harms or potential harms from the Macondo Oil Spill for the purposes of considering the "seriousness" of the violation. These facts are already in the record of MDL 2179, in the records of related court cases, or are supported by BP's statements.

### GENERAL FACTS

1. The Deepwater Horizon Incident was a well known event and widely publicized across the Gulf region and beyond.[1]

2. The blowout of the Macondo Well caused eleven deaths, dozens of injuries to rig workers, and a massive discharge of oil into the Gulf of Mexico that continued for nearly three months. Eventually, hundreds of cases with thousands of individual claimants were consolidated with this Multidistrict Litigation ("MDL").[2]

---

[1] BP's Reply Memorandum in Support of Its Motion for Final Approval of the Medical Benefits Class Action Settlement at 7, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Plaisance et al. v. BP Exploration & Production, Inc.*, et al., No. 2:10-md-02179, 12-CV-968 (E.D. La. Oct. 22, 2012), Rec. Doc. 7732.

[2] Preliminary Approval Order at 2, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Plaisance et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-968 (E.D. La. May 2, 2012), Rec. Doc. 6419; Plaintiff Steering Committee's and BP Defendants' Joint Motion for 1) Preliminary Approval of Class Action Settlement, 2) Scheduling a Fairness Hearing, 3) Approving and Issuing Proposed Class Action Settlement Notice, and 4) BP's Motion for Adjourning the Limitation and Liability Trial at 2, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Bon Secour*

3. The Oil Spill impacted many individuals, businesses and the environment around the Gulf, and resulted in the closure of some areas of the Gulf of Mexico and adjacent lands, waters and wetlands.[3]

4. In the wake of the incident, BP set aside $20 billion dollars in an escrow fund (the Deepwater Horizon Oil Spill Trust) to cover damages caused by the spill. This does not include funds to pay any civil penalties BP may incur as a result of the spill.[4]

5. BP has estimated that it will ultimately spend approximately $42 billion on the Macondo Oil Spill.[5]

6. During the sentencing hearing in BP's criminal case, a BP representative said: "Our guilty plea makes clear BP understands and acknowledges its role in that tragedy, and we apologize. BP apologizes to all those injured and especially to the families of the lost loved ones. BP is also sorry for the harm to the environment that resulted from the spill, and we apologize to the individuals and communities who were injured."[6]

## FACTS RELATED TO THE ENVIRONMENT

7. The Deepwater Horizon Oil Spill was the largest ever spill in U.S. waters. Millions of barrels of Macondo oil discharged into the environment, and oil discharged into the environment for 87 days.[7]

8. Without quantifying any specific amounts, the Court is aware that Macondo oil spread in the Gulf of Mexico and has been observed in habitats including wetlands, marshes, beaches, and offshore open waters. Oil impacted habitats in states along the Gulf.

---

*Fisheries, Inc., et al. v. BP Exploration & Production, Inc.*, et al., No. 2:10-md-02179, 12-CV-970 (E.D. La. April 18, 2012), Rec. Doc. 6266-1.

[3] The BP Parties' Answer to the State of Louisiana's First Amended Complaint at ¶ 120, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179, related to 11-516, 10-3059 (E.D. La. Dec. 14, 2011), Rec. Doc. 4907; The BP Parties' Answer to Plaintiffs' Amended Class Action Complaint for Private Economic Losses and Property Damages at ¶ 8, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179 (E.D. La. May 7, 2012), Rec. Doc. 6453.

[4] Order and Reasons that Plaintiff's Motion to Supervise Ex Parte Communications with Putative Class (Rec. Doc. 912) is Granted in Part at 2, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179 (E.D. La. Feb. 02, 2011), Rec. Doc. 1098.

[5] Joint Memorandum In Support of Proposed Guilty Plea by BP Exploration & Production Inc. at 37, *United States v. BP Exploration and Production, Inc.*, No. 2:12-cr-00292 (E.D. La. Jan. 16, 2013), Rec. Doc. 49.

[6] Plea and Sentencing Hearing at 21:9-15, *United States v. BP Exploration and Production, Inc.*, No. 2:12-cr-00292 (E.D. La. Feb. 1, 2013), Rec. Doc. 67 (Exhibit 6).

[7] In Phase 2 of this case, experts for the United States presented evidence that the total discharged into the environment was 4.2 million barrels and BP presented that the total discharged was 2.45 million barrels. United States' Proposed Findings of Fact For Quantification Segment of The Phase Two Trial at 1, 51, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179 (E.D. La. Dec 20, 2013), Rec. Doc. 12048-1; BP and Anadarko's Proposed Findings of Fact and Conclusions of Law at 236, 472, 482, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179 (E.D. La. Dec 20, 2013), Rec. Doc. 12047.

Macondo oil was observed on many miles of shoreline.[8] Numerous animals were killed by Macondo oil, including protected migratory birds.[9]

9. In response to the Macondo Oil Spill, recreational fishing closures or restrictions were imposed in federal and state waters offshore from Louisiana, Mississippi, Alabama, and Florida from April, 2010 to April, 2011.[10] According to NOAA, at one point in time following the Incident, commercial and recreational fishing was prevented in an area that amounted to 88,552 square miles.[11]

10. At the peak of shoreline oiling, approximately 1,100 miles of the coast contained some oil.[12]

11. Pursuant to a criminal plea agreement, BP has agreed to pay $100 million to the North American Wetlands Conservation fund pursuant to the Migratory Bird Treaty Act (16 U.S.C. §§ 703, 707), for the purpose of wetlands restoration and conservation projects located in States bordering the Gulf of Mexico or otherwise designed to benefit migratory bird species and other wildlife and habitats harmed by the Macondo Oil Spill.[13]

12. Pursuant to a criminal plea agreement, BP has agreed to pay $2.394 billion to the National Fish and Wildlife Foundation to remedy harm and eliminate or reduce the risk of future harm to Gulf Coast natural resources and to remedy harm to resources where there has been injury to, or destruction of, loss of, or loss of use of those resources resulting from the Macondo Oil Spill in Louisiana, Alabama, Florida, Mississippi, and Texas.[14]

---

[8] The BP Parties' Answer to Plaintiffs' Amended Class Action Complaint for Private Economic Losses and Property Damages at ¶ 269, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179 (E.D. La. May 7, 2012), Rec. Doc. 6453; The BP Parties' Answer to the State of Louisiana's First Amended Complaint at ¶ 121-123, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179, related to 11-516, 10-3059 (E.D. La. Dec. 14, 2011), Rec. Doc. 4907.

[9] Guilty Plea Agreement, Exhibit A at 16, *United States v. BP Exploration and Production, Inc.*, No. 2:12-cr-00292 (E.D. La. Nov. 15, 2012), Rec. Doc. 2-1,TREX-52673.

[10] Declaration of John W. Tunnell, Jr., Ph.D. (BP Declarant) at ¶ 23, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179 (E.D. La. Aug. 13, 2012), Rec. Doc. 7114-22.

[11] The BP Parties' Answer to Plaintiffs' Amended Class Action Complaint for Private Economic Losses and Property Damages at ¶ 272, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179 (E.D. La. May 7, 2012), Rec. Doc. 6453.

[12] Declaration of Elliott Taylor, Ph.D. (BP Declarant) at ¶ 20, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Plaisance et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-968 (E.D. La. Aug. 13, 2012), Rec. Doc.7114-20.

[13] Guilty Plea Agreement at 4-5, *United States v. BP Exploration and Production, Inc.*, No. 2:12-cr-00292 (E.D. La. Nov. 15, 2012), Rec. Doc. 2-1, TREX-52673.

[14] Guilty Plea Agreement, Exhibit B at 16-18, *United States v. BP Exploration and Production, Inc.*, No. 2:12-cr-00292 (E.D. La. Nov. 15, 2012), Rec. Doc. 2-1, TREX-52673.

13. Under the "Framework for Early Restoration Addressing Injuries Resulting from the Deepwater Horizon Oil Spill," ("Early Restoration Agreement") BP committed $1 billion from the $20 billion Deepwater Horizon Oil Spill Trust to pay for early restoration projects in the Gulf of Mexico.[15]

14. Early Restoration Projects are intended to begin to make the environment and the public whole by restoring, rehabilitating, replacing, or acquiring the equivalent of natural resources or services known to have been injured as a result of the Macondo Oil Spill or response (collectively, "incident"), or compensating for interim losses resulting from the incident; address one or more specific injuries to natural resources or services associated with the incident; seek to restore natural resources, habitats or natural resource services of the same type, quality, and of comparable ecological and/or human use value to compensate for identified resource and service losses resulting from the incident.[16]

15. BP and the state and federal Trustee agencies have agreed on 38 early restoration projects, totaling approximately $665 million.[17] The first 10 projects, which are currently underway and total approximately $71 million,[18] include: Alabama dune restoration, Alabama Marsh Island restoration, Florida boat ramp construction and enhancement, Florida dune restoration, Louisiana Lake Hermitage marsh creation, Louisiana oyster cultch restoration, Mississippi artificial reef habitat creation, Mississippi oyster clutch restoration,[19] an avian breeding habitat project, and a sea turtle nesting ground project.[20] The additional 28 projects include ecological and human use projects in Texas,

---

[15] Report on "Framework for Early Restoration Addressing Injuries Resulting from the Deepwater Horizon Oil Spill" at 4-5, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179 (E.D. La. May 2, 2011), Rec. Doc. 2239.

[16] Report on "Framework for Early Restoration Addressing Injuries Resulting from the Deepwater Horizon Oil Spill" at 4-5, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179 (E.D. La. May 2, 2011), Rec. Doc. 2239; Notice of Filing of Stipulations (Phase II) Under the "Framework for Early Restoration Addressing Injuries Resulting from the Deepwater Horizon Oil Spill" at 2, I*n Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179, related to 10-4536, 10-3059, 10-4183, 10-4182, 11-516 (E.D. La. Jan. 9, 2013), Rec. Doc. 8194.

[17] BP Fact Sheet - Early Environmental Restoration: BP's $1 billion pledge to accelerate restoration efforts in the Gulf of Mexico (May 2013), *available at* http://www.bp.com/content/dam/bp/pdf/gulf-of-mexico/Early_Restoration_Fact_Sheet.pdf (Exhibit 7).

[18] *See generally*, Report on "Framework for Early Restoration Addressing Injuries Resulting from the Deepwater Horizon Oil Spill," *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179 (E.D. La. May 2, 2011), Rec. Doc. 2239.

[19] Notice of Filing of Stipulations Under the "Framework for Early Restoration Addressing Injuries Resulting from the Deepwater Horizon Oil Spill*," In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179, related to 10-4536, 10-3059, 10-4183, 10-4182, 11-516 (E.D. La. June 6, 2012), Rec. Doc. 6621 (and attached stipulations).

[20] Notice of Filing of Stipulations (Phase II) Under the "Framework for Early Restoration Addressing Injuries Resulting from the Deepwater Horizon Oil Spill," I*n Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179, related to 10-4536, 10-3059, 10-4183, 10-4182, 11-516 (E.D. La. Jan. 9, 2013) Rec. Doc. 8194 (and attached stipulations).

    Louisiana, Mississippi, Alabama, and Florida.  The proposal for these projects is currently undergoing administrative planning and review. [21]

16. In total, BP has already committed and/or agreed to pay approximately $3.5 billion to remedy environmental harm caused by the Macondo Oil Spill.[22]

17. There is an on-going Natural Resource Damage Assessment to comprehensively identify and assess injuries to natural resources resulting from the Deepwater Horizon Incident. For purposes of the Proposed Order, the Court will make no assumptions regarding whether long term or chronic harms to the environment will be found or whether or how quickly acute, short-term or long term impacts have recovered. Because the NRD Assessment is not yet completed, this order thus relies only on some of the acute or short-term harms that were identified prior to the date of this order. The Proposed Order does not apply to any future Natural Resource Damages claim arising from the Macondo Oil Spill and in no way limits the evidence Parties may present in future cases.

## FACTS RELATED TO HUMAN HEALTH

18. On January 11, 2013, the Court granted final approval of the Plaintiff Steering Committee and BP's Medical Benefits Class Action Settlement ("Medical Settlement").[23]

19. The class of persons eligible for compensation under the Medical Settlement ("Medical Class") consists of individuals involved in response activities following the April 20, 2010 *Deepwater Horizon* blowout and residents of areas deemed most affected along the Gulf Coast during relevant times following the blowout.[24]

---

[21] *See generally*, Report on "Framework for Early Restoration Addressing Injuries Resulting from the Deepwater Horizon Oil Spill," *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179 (E.D. La. May 2, 2011), Rec. Doc. 2239; Notice of Filing of Stipulations Under the "Framework for Early Restoration Addressing Injuries Resulting from the Deepwater Horizon Oil Spill*,*" *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179, related to 10-4536, 10-3059, 10-4183, 10-4182, 11-516 (E.D. La. June 6, 2012), Rec. Doc. 6621 (and attached stipulations); Notice of Filing of Stipulations (Phase II) Under the "Framework for Early Restoration Addressing Injuries Resulting from the Deepwater Horizon Oil Spill," *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179, related to 10-4536, 10-3059, 10-4183, 10-4182, 11-516 (E.D. La. Jan. 9, 2013), Rec. Doc. 8194 (and attached stipulations).

[22] Guilty Plea Agreement at 4-5, *United States v. BP Exploration and Production, Inc.*, No. 2:12-cr-00292 (E.D. La. Nov. 15, 2012), Rec. Doc. 2-1, TREX-52673; Report on "Framework for Early Restoration Addressing Injuries Resulting from the Deepwater Horizon Oil Spill" at 4-5, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179 (E.D. La. May 2, 2011), Rec. Doc. 8217.

[23] Order and Reasons, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Plaisance et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-968 (E.D. La. Jan. 11, 2013), Rec. Doc. 8217.

[24] Plaintiffs' and BP's Memorandum in Support of Joint Motion for Preliminary Approval of Proposed Medical Benefits Class Action Settlement, Approval of Class Notice, and Related Matters at 5-6, 12, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Plaisance et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-968 (E.D. La. April 18, 2012), Rec. Doc. 6267-1.

20. Overall, the Medical Class eligible for recovery for physical harm resulting from the Macondo Oil Spill included as many as 200,000 people, including approximately 90,000 Clean-Up Workers, and 105,000 Gulf residents.[25]

21. Oil in the Macondo reservoir likely contained benzene, toluene, polyaromatic hydrocarbons and other compounds. Benzene has been classified by the United States government as a human carcinogen, and polyaromatic hydrocarbons are part of a larger group of chemicals, some of which have been classified by the United States government as probable human carcinogens based on animal studies.[26]

22. The Medical Settlement offers compensation to Medical Class members for the following symptoms: conjunctivitis; corneal ulcers; keratitis; acute rhinosinusitis; acute tracheobronchitis; acute bronchitis; acute exacerbation of asthma; acute exacerbation of chronic obstructive pulmonary disease (COPD); nose bleeds; acute pharyngitis; acute skin rashes; skin blistering, inflammation, crusting, swelling, itching, lesions, and welts; acne; headache; dizziness; fainting; seizures; nausea; diarrhea; vomiting; and abdominal pain and cramps.[27]

23. Medical Class members can also recover compensation for a number of chronic conditions, including: (1) ocular, specifically sequela from direct chemical splash to the eye(s); (2) respiratory, specifically chronic rhinosinusitis and Reactive Airways Dysfunction Syndrome ("RADS"); and (3) dermal, specifically chronic contact dermatitis and chronic eczematous reaction.[28]

---

[25] Order and Reasons at 35-36, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Plaisance et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-968 (E.D. La. Jan. 11, 2013), Rec. Doc. 8217; Plaintiff's and BP's Memorandum in Support of Joint Motion for Preliminary Approval of Proposed Medical Benefits Class Action Settlement, Approval of Class Notice, and Related Matters at 3-4, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Plaisance et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-968 (E.D. La. April 18, 2012), Rec. Doc. 6267-1.

[26] The BP Parties' Answer to Plaintiffs' Amended Class Action Complaint for Private Economic Losses and Property Damages at ¶ 267, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179 (E.D. La. May 7, 2012), Rec. Doc. 6453.

[27] Plaintiffs' and BP's Memorandum in Support of Joint Motion for Preliminary Approval of Proposed Medical Benefits Class Action Settlement, Approval of Class Notice, and Related Matters, Exhibit A, Specified Condition Matrix, at 6-9, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Plaisance et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-968 (E.D. La. April 18, 2012), Rec. Doc. 6267-2.

[28] Order and Reasons at 9, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Plaisance et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-968 (E.D. La. Jan. 11, 2013), Rec. Doc. 8217; Plaintiffs' and BP's Memorandum in Support of Joint Motion for Preliminary Approval of Proposed Medical Benefits Class Action Settlement, Approval of Class Notice, and Related Matters, Exhibit A, Specified Condition Matrix, at 6-9, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Plaisance et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-968 (E.D. La. April 18, 2012), Rec. Doc. 6267-2.

24. Response workers experiencing symptoms during the response had available mobile medic stations where they could fill out a Medical Data Form.[29] Approximately 20,000 visits were made to these medic stations by approximately 13,000 individuals. Approximately 70% of these individuals reported conditions described above in paragraph 22, *supra* or heat-related injuries. The conditions and symptoms reported by the remaining 30% of the approximately 13,000 individuals consist of trauma (e.g., cuts, lacerations, broken bones), musculoskeletal problems (e.g., back pain), routine care (e.g., routine checks of blood pressure and blood sugar), and other events generally unrelated to exposure to oil and/or dispersants or heat (e.g., cardiac events, stroke, and pre-existing conditions).[30]

25. At the time the Medical Settlement was approved, over 17,000 persons had filed short form joinders in MDL No. 2179 asserting a claim for personal or bodily injury as a result of the Deepwater Horizon Incident[31] and more than 4,546 persons have filed claims with the Claims Administrator.[32]

---

[29] BP's Memorandum in Support of Its Motion for Final Approval of the Medical Benefits Class Action Settlement at 15, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Plaisance et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-968 (E.D. La. Aug. 13, 2012), Rec. Doc. 7112-1.

[30] Declaration of Dr. Jessica Herzstein (BP Declarant) at 8, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Plaisance et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-968 (E.D. La. Aug. 13, 2012), Rec. Doc.7112-7.

[31] Order and Reasons at 35-36, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Plaisance et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-968 (E.D. La. Jan. 11, 2013), Rec. Doc. 8217; BP's Memorandum in Support of Its Motion for Final Approval of the Medical Benefits Class Action Settlement at 4, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Plaisance et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-968 (E.D. La. Aug. 13, 2012), Rec. Doc. 7112-1.

[32] Order and Reasons at 35-36, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Plaisance et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-968 (E.D. La. Jan. 11, 2013), Rec. Doc. 8217; Supplemental Declaration of Matthew Garrison (BP Declarant) at ¶ 4, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Plaisance et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-968 (E.D. La. Nov. 19, 2012), Rec. Doc. 7944-1.

## FACTS RELATED TO ECONOMIC LOSSES

26. Following the April 20, 2010, explosion and fire on board the *Deepwater Horizon* and the initiation of the subsequent oil spill, under the dictates of and as required by the Oil Pollution Act of 1990, 33 U.S.C. §2701, *et seq.*, BP established a claims process.[33]

27. During the initial claims process, nearly $400 million in claims for damages to individuals and businesses were paid by BP.[34]

28. On August 23, 2010, the claims process was transitioned to the BP created Gulf Coast Claims Facility (GCCF) from which more than $6.3 billion has been paid for damages to individuals and businesses.[35]

29. On December 12, 2012, the Court granted final approval of the Plaintiffs' Steering Committee and BP's Economic and Property Damage Class Action Settlement ("Economic Settlement").[36]

30. The class of persons eligible for compensation under the Economic Settlement ("Economic Class") consists of individuals who, and/or business entities that have lived, worked, owned property, leased property, etc., in Louisiana, Mississippi, Alabama, and certain coastal counties in eastern Texas and western Florida, as well as specified adjacent Gulf waters, bays, etc.[37]

---

[33] The BP Parties' Answer to the State of Louisiana's First Amended Complaint ¶ 1, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179, related to 11-0516, 10-3059 (E.D. La. Dec. 14, 2011), Rec. Doc. 4907; see also 33 U.S.C. §2714; *see also* The BP Parties' Answer to Plaintiffs' Amended Class Action Complaint for Private Economic Losses and Property Damages ¶ Introduction, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179 (E.D. La. May 7, 2012), Rec. Doc. 6453; BPXP's Cross-Claim and Third Party Complaint Against Transocean at ¶ 54, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179 (E.D. La. April 20, 2011), Rec. Doc. 2075.

[34] The BP Parties' Answer to the State of Louisiana's First Amended Complaint ¶ 1, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179, related to 11-0516, 10-3059 (E.D. La. Dec. 14, 2011), Rec. Doc. 4907; see also 33 U.S.C. §2714; *see also* The BP Parties' Answer to Plaintiffs' Amended Class Action Complaint for Private Economic Losses and Property Damages ¶ Introduction, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179 (E.D. La. May 7, 2012), Rec. Doc. 6453.

[35] The BP Parties' Answer to Plaintiffs' Amended Class Action Complaint for Private Economic Losses and Property Damages ¶ Introduction, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179 (E.D. La. May 7, 2012), Rec. Doc. 6453.

[36] Order and Reasons, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, *Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-970 (E.D. La. December 21, 2012), Rec. Doc. 8138.

[37] Preliminary Approval Order at 5, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-970 (E.D. La. May 2, 2012), Rec. Doc. 6418; Exhibit A to Memorandum in Support of Motion for Conditional and Preliminary Certification of Economic and Property Damages Class for Settlement Purposes; Appointment of Class Representatives; and Appointment of Class Counsel, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Bon Secour Fisheries, Inc., et al. v. BP*

31. The structure and definition of the Economic Class was determined by the scope and nature of the disaster:[38] it consists of more than one-hundred thousand individuals and businesses dispersed across the Gulf Coast that either (1) have already filed short-form joinders; (2) have claims pending before the Gulf Coast Claims Facility ("GCCF"); (3) filed a separate lawsuit; or (4) were harmed by the Deepwater Horizon spill but have not filed a claim.[39]

32. The Economic Class includes a wide array of individuals and businesses, all of which were disrupted, in varying degrees, by the Macondo Oil Spill and response.[40] Economic Class representatives include a seafood merchant, realtor, restaurant owner, dolphin tour operator, charter boat operator, property owner, commercial & subsistence use fisherman, shrimper, land developer, owners of vessels used during the response (Vessels of Opportunity, or VoO), and an oyster leaseholder.[41]

33. Under the Economic Settlement, Economic Class members can submit multiple claims for compensation for the following types of harm arising from the Macondo Oil Spill and response:[42] Economic Loss (individual loss of wages, business economic loss, multi-facility business economic loss, start-up business economic loss, failed business economic loss, failed start up economic loss); Property Damage (loss of use/enjoyment of real property; coastal real property damage, wetlands real property damage, realized real

---

*Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-970 (E.D. La. April 18, 2012), Rec. Doc. 6269-2.

[38] Preliminary Approval Order at 4-5, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-970 (E.D. La. May 2, 2012), Rec. Doc. 6418.

[39] Preliminary Approval Order at 27, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-970 (E.D. La. May 2, 2012), Rec. Doc. 6418.

[40] Preliminary Approval Order at 26, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-970 (E.D. La. May 2, 2012), Rec. Doc. 6418 (adopting the defined terms and definitions set forth in the Economic and Property Damages Settlement Agreement); Deepwater Horizon Economic and Property Damages Settlement Agreement at 3-8, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-970 (E.D. La. May 2, 2012), Rec. Doc. 6276-1.

[41] Order and Reasons at 27-28 (and cited declarations), *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Bon Secour Fisheries, Inc., et. al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-970 (E.D. La. December 21, 2012), Rec. Doc. 8138.

[42] Preliminary Approval Order at 26, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-970 (E.D. La. May 2, 2012), Rec. Doc. 6418 (adopting the defined terms and definitions set forth in the Economic and Property Damages Settlement Agreement); Deepwater Horizon Economic and Property Damages Settlement Agreement at 41, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-970 (E.D. La. May 2, 2012), Rec. Doc. 6276-1.

property sales loss); Vessels of Opportunity ("VoO") Charter Payment; Vessel Physical Damage; Subsistence Damage; Seafood Compensation Program.[43]

34. The Seafood Compensation Program is a $2.3 billion fund to compensate economic losses of commercial fishermen, seafood boat captains, all other seafood crew, oyster leaseholders, and seafood vessel owners.[44]

35. Other than the Seafood Compensation Program, the Economic Settlement has no limit on the amount to be paid by BP for the damages outlined above in paragraph 30, *supra*.[45]

36. As of January 21 2014, 249,944 claim forms have been submitted to the Settlement Program. As of January 10, 2014, the Settlement Program has reviewed and issued eligibility notices on 62,133 of those claim forms with payment offers totaling approximately $4.96 billion.[46]

---

[43] Preliminary Approval Order at 5, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-970 (E.D. La. May 2, 2012), Rec. Doc. 6418; Exhibit A to Memorandum in Support of Motion for Conditional and Preliminary Certification of Economic and Property Damages Class for Settlement Purposes; Appointment of Class Representatives; and Appointment of Class Counsel at 2, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-970 (E.D. La. April 18, 2012), Rec. Doc. 6269-2.

[44] Preliminary Approval Order at 7, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-970 (E.D. La. May 2, 2012), Rec. Doc. 6418; Memorandum in Support of Motion for Conditional and Preliminary Certification of Economic and Property Damages Class for Settlement Purposes; Appointment of Class Representatives; and Appointment of Class Counsel at 22, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-970 (E.D. La. April 18, 2012), Rec. Doc. 6269-1; Exhibit A to Memorandum in Support of Motion for Conditional and Preliminary Certification of Economic and Property Damages Class for Settlement Purposes; Appointment of Class Representatives; and Appointment of Class Counsel at 2, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-970 (E.D. La. April 18, 2012), Rec. Doc. 6269-2.

[45] Preliminary Approval Order at 10, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-970 (E.D. La. May 2, 2012), Rec. Doc. 6418; Memorandum in Support of Motion for Conditional and Preliminary Certification of Economic and Property Damages Class for Settlement Purposes; Appointment of Class Representatives; and Appointment of Class Counsel at 6, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.*, No. 2:10-md-02179, 12-CV-970 (E.D. La. April 18, 2012), Rec. Doc. 6269-1.

[46] STATUS REPORT #17 by the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement on the Status of Claims Review at 1, 11, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179 (E.D. La. Jan. 21, 2014), Rec. Doc. 12194.