UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to: 10-4536<br>……………………………………………... | : : | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**CLEAN WATER ACT – PENALTY PHASE**

**INDEX OF EXHIBITS IN SUPPORT OF MOTION OF THE UNITED STATES TO LIMIT EVIDENCE ABOUT THE "SERIOUSNESS" FACTOR**

| **Exh. #** | **Description** |
|---|---|
| 01 | BP Exploration & Production Inc.'s First Set of Requests for Production to The United States of America Relating to the Clean Water Act Penalty Phase (Draft), dated January 17, 2014 |
| 02 | The United States' First Draft Stipulation Concerning Environmental Harm Related to the Macondo Oil Spill |
| 03 | The United States' Second Draft Stipulation Concerning Environmental Harm Related to the Macondo Oil Spill |
| 04 | Declaration of Patricia B. Erdenberger, dated February 12, 2014 |
| 05 | Reasons for Accepting Plea Agreement, *United States v. BP Exploration and Production, Inc.*, No. 2:12-cr-00292 (E.D. La. Jan.30, 2013), Rec. Doc. 65 |
| 06 | Plea and Sentencing Hearing, *United States v. BP Exploration and Production, Inc.*, No. 2:12-cr-00292 (E.D. La. Feb. 1, 2013), Rec. Doc. 67 |
| 07 | BP Fact Sheet – Early Environmental Restoration |