# Exhibit 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re: | Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: 10-4536 …………………………………………………... | | : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## STIPULATION CONCERNING ENVIRONMENTAL HARM RELATED TO THE MACONDO OIL SPILL

The Parties[1] hereby stipulate to the facts set forth herein concerning environmental harm related to the Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 ("Macondo Oil Spill").[2]  These stipulations relate to the Penalty Phase of *United States v. BP, et al.*, 10-4536.

The United States reserves the right to offer evidence to prove additional facts relevant to environmental harm during any other phase or trial, including any Natural Resource Damage ("NRD") trial, in this or any other civil action. The Defendants reserve the right to rebut such additional facts and evidence or to prove that the environmental harm is no greater than as set forth herein.

In light of these stipulations, the Parties shall not serve any discovery in the Penalty Phase related to environmental harm from the Macondo Oil Spill, and no Party shall call any expert or fact witnesses to testify regarding environmental harm from the Macondo Oil Spill.

The "seriousness" of the violation, within the meaning of 33 U.S.C. § 1321(b)(8) includes, *inter alia*, consideration of environmental harm from the discharge of oil.  The following stipulations relate to the consideration of environmental harm from the Macondo Oil Spill for the purposes of considering the "seriousness" of the violation.

### STIPULATED FACTS

1. The Macondo Oil Spill was the largest ever spill in U.S. waters and has caused serious harm to the environment of the Gulf of Mexico.

---

[1] The Parties are the United States, BPXP, and APC.  These stipulations are not binding on any other entity including any State.
[2] Oil released during the Macondo Oil Spill is commonly referred to as, "MC 252" oil.

2. The Macondo Oil Spill has caused "enormous environmental damage from the discharge of oil into the Gulf of Mexico."[3]

3. The Macondo Oil Spill "has had a disastrous impact on the Gulf Coast Region."[4]

4. The Macondo Oil Spill has had "staggering consequences."[5]

5. The ecosystems of five coastal states (Louisiana, Alabama, Florida, Mississippi, and Texas) have been negatively impacted by the Macondo Oil Spill. For example:

    a. Over the course of the response, the mean daily surface area covered with MC 252 oil was approximately 10,750 km$^2$.[6]

    b. Satellite observations of the surface oil slicks and sheen from April 25 through July 16 showed that, at one time or another, at least 68,000 square miles (176,000 km$^2$) of Gulf waters were covered with MC 252 oil.[7]

    c. There was a continuous subsea plume over 35 km in length at approximately 1,100 m depth southwest of the MC 252 Macondo well site. The plume persisted for months after the Macondo Oil Spill. Analysis of samples collected from within the plume contained monoaromatic petroleum hydrocarbon concentrations in excess of 50 μg/L.[8]

    d. MC 252 oil has been found as far west as eastern Texas and as far east as the Florida panhandle.[9]

    e. There have been increased concentrations of bioavailable Polycyclic Aromatic Hydrocarbons (PAHs) in the coastal waters of Louisiana, Mississippi, Alabama, and Florida during and after the Macondo Oil Spill compared to pre-spill conditions.[10] The aromatic fraction of petroleum including PAH is considered to be responsible for most of the toxic effects. Partially metabolized PAHs can induce genetic damage and

---

[3] *Reasons for Accepting Plea Agreement, United States v. BP Exploration and Production, Inc.*, 12-cr-292 *(January 30, 2013), Dkt 65* at 4.
[4] *Id.* at 4.
[5] *Id.* at 6.
[6] Oscar Garcia-Pineda Et al., *Oil Spill Mapping and Measurement in the Gulf of Mexico with Textural Classifier Neural Network Algorithm (TCNNA),* at 1, IEEE Journal of Selected Topics in Applied Earth Observations and Remote Sensing (April 24, 2013).
[7] Elliot A. Norse & John Amos, *Impacts, Perception, and Policy Implications of the Deepwater Horizon Oil and Gas Disaster*, 40 Envt'l Law Reporter 11058-11073, at 11065 (2010).
[8] Richard Camilli Et al., *Tracking Hydrocarbon Plume Transport and Biodegradation at Deepwater Horizon*, 330 Science 201-204 (2010).
[9] Jacqueline Michel Et al., *Extent and Degree of Shoreline Oiling: Deepwater Horizon Oil Spill, Gulf of Mexico, USA*, Figure 3 and Table 1, 8(6) PLoS ONE e65087 (2013).
[10] S.E. Allan Et al., *Impact of the Deepwater Horizon Oil Spill on Bioavailable Polycyclic Aromatic Hydrocarbons in Gulf of Mexico Coastal Waters*, 46(4) Envt'l. Science & Tech. 2033-2039, at 2036 (2012).

  developmental abnormalities and can induce cancerous and noncancerous tumors.[11]

 f. Shoreline assessment teams indicated that MC 252 oil was present on at least 1,773 km of shoreline following the Macondo Oil Spill.[12]

 g. MC 252 oil remained on at least 847 km of shoreline one year after the Macondo Oil Spill, and on at least 687 km of shoreline two years after the spill.[13]

 h. Hurricane Isaac exposed buried MC 252 oil on Gulf Coast beaches in August 2012.[14]

 i. Submerged MC 252 tar mats have been re-exposed and removed from beaches along the Gulf Coast through at least 2012.[15]

 j. As part of response activities, BP deployed over 2,500 miles of boom.[16]

 k. Constituents of MC 252 oil are toxic to plankton, invertebrates, fish, reptiles, birds, and mammals.[17]

 l. The process of oil "weathering" -- physical and chemical processes, including evaporation, emulsification, dissolution, and oxidation, that alter the physical and chemical characteristics of the oil -- does not eliminate its toxicity.[18]

 m. Gulf of Mexico organisms have been exposed to MC 252 oil through a variety of pathways, including sediment or water exposure, surface contact, contaminated prey/dietary uptake, and inhalation.[19]

 n. On or about and between April 20, 2010, and December 31, 2010, in the Eastern District of Louisiana and elsewhere, BP did unlawfully kill and

---

[11] P.H. Albers, *Petroleum and individual polycyclic aromatic hydrocarbons*, at 341-371, Handbook of Ecotoxicology (2003).
[12] Michel, *supra* note 9 at Table 1, p. 6.
[13] *Id*.
[14] *Id*. at 5-8.
[15] *Id*.
[16] *Completing the Response: The Deepwater Horizon Accident Triggered an Extensive Oil Spill Response*, BP, http://www.bp.com/en/global/corporate/gulf-of-mexico-restoration/deepwater-horizon-accident-and-response/completing-the-response.html. (last visited Aug. 21, 2013).
[17] P.H. Albers, *Petroleum and individual polycyclic aromatic hydrocarbons*, at 341-371, *Handbook of Ecotoxicology* (2003); P.H. Albers, *Oil Spills and the Environment: A Review of Chemical Fate and Biological Effects of Petroleum*, at 1-7, *The Effects of Oil on Wildlife: Research, Rehabilitation, and General Concerns*, Proceedings from The Oil Symposium (J. White and L. Frink eds. Sheridan Press Oct. 16-18, 1990)[hereinafter Albers, *Oil Spills*].
[18] Jeffrey Short, *Long-term Effects of Crude Oil on Developing Fish: Lessons from the Exxon Valdez Oil Spill*, 25(6) Energy Sources 509-517 (2003).
[19] Albers, *Oil Spills*, *supra* note 17 at p. 1-7.

      cause to be killed one or more migratory birds, including Brown Pelicans, Laughing Gulls, Northern Gannets, and other protected species, when BP discharged oil from the Macondo well.[20]

o. Responders to the Macondo Oil Spill documented marine mammals, including Risso's dolphins, spinner dolphins, bottlenose dolphins, and sperm whales, "swimming, feeding, and socializing in oiled waters" and coastal cetacean species "swimming through oil slicks closer to shore and inland bays," including some animals "with tar balls attached to them."[21]

p. MC 252 oil made landfall at 80% of the known sea turtle nesting sites in the northern Gulf of Mexico.[22]

q. The Macondo surface spill zone overlaps with historical distributions of at least 79 species of fish, including at least 40 endemic species and at least 39 ecologically and economically important resident species.[23]

r. In a survey of deep-water fishes, the levels of PAHs found in fish tissues correlated to the proximity of the animals to the Macondo site.[24]

s. Carbon from MC 252 oil was measured in the planktonic food web of the Gulf, including mesozooplankton, collected from both offshore and nearshore waters in the northern Gulf of Mexico.[25]

t. Recreational fishing closures or restrictions have been imposed in federal and state waters off shore from Louisiana, Mississippi, Alabama, and Florida from April 30, 2010 to April 26, 2011.[26]

---

[20] Guilty Plea Agreement, Exhibit A at 3, *United States v. BP Exploration and Production, Inc.*, No. 2:12-cr-00292 (E.D. La. Nov. 15, 2012), Rec. Doc. 2-1.

[21] *Frequently Asked Questions about Marine Mammal Rescue and Intervention Plans in Response to the Deepwater Horizon Oil Spill*, (2010), NOAA National Marine Fisheries Service, *available at* http://docs.lib.noaa.gov/noaa_documents/DWH_IR/reports/20100726_FINAL_FAQDWH_NOAA_marine_mammal_intervention_and_rescue.pdf (last visited Aug. 8, 2013).

[22] *Unveiling the Disaster: A Satellite Based Habitat Impact Assessment of the Deepwater Horizon Oil Spill,* at 4 (European Space Agency 2010).

[23] P. Chakrabarty Et al., *Species Map: A Web-Based Application for Visualizing the Overlap of Distributions and Pollution Events, with a List of Fishes put at Risk by the 2010 Gulf of Mexico Oil Spill*, 21 Biodiversity and Conservation 1865-1876, at 1868 (2012).

[24] R.D. Grubbs Et al., *Demersal Fish Assemblages Associated with DeSoto Canyon and the Continental Slope of the Eastern Gulf of Mexico Relative to the Deepwater Horizon Oil Spill,* Abstract ID12271, 2012 Ocean Sciences Meeting Abstract Book (Feb. 20-24, 2012).

[25] *See generally*, William Graham, *Zooplankton Community Change and Biomass Reduction During Deepwater Horizon,* Abstract, Deepwater Horizon Oil Spill Principal Investigator Workshop, (Oct. 25-26, 2011)*,* National Science and Technology Council, Subcommittee on Ocean Science and Technology, at 71; J.P. Chanton Et al., *Radiocarbon Evidence that Carbon from the Deepwater Horizon Spill Entered the Planktonic Food Web of the Gulf of Mexico*,7(4) Environmental Research Letters  045303 (2012); Siddhartha Mitra Et al., *Macondo-1 Well Oil-Derived Polycyclic Aromatic Hydrocarbons in Mesozooplankton from the Northern Gulf of Mexico*, Geophysical 39(1) Research Letters 049505 (2012).

    u. Beach closures or advisories have been imposed on beaches in Louisiana, Mississippi, Alabama, and Florida since May, 2010.[27]

6. Pursuant to a criminal plea agreement, BP has agreed to pay $100 million to the North American Wetlands Conservation fund pursuant to the Migratory Bird Treaty Act (16. U.S.C. §§ 703, 707), for the purpose of wetlands restoration and conservation projects located in States bordering the Gulf of Mexico or otherwise designed to benefit migratory bird species and other wildlife and habitat affected by the Macondo Oil Spill.[28]

7. Pursuant to a criminal plea agreement, BP has agreed to pay $2.394 billion to the National Fish and Wildlife Foundation to remedy harm and eliminate or reduce the risk of future harm to Gulf Coast natural resources and to remedy harm to resources where there has been injury to, or destruction of, loss of, or loss of use

---

[26] Press Release, Louisiana Department of Wildlife and Fisheries, In Precautionary Move, LDWF and DHH Announce Closures Due to Oil Spill (April 30, 2010); Press Release, Louisiana Department of Wildlife and Fisheries, LDWF Announces More Fishing Openings (April 26, 2011); Emergency Regulation, Alabama Department of Conservation and Natural Resources, Closed Recreational and Commercial Fishing Season: All Gulf waters of the State of Alabama, including Pelican Bay, west of longitude 88 degrees, 4.5 minutes west (signed June 1, 2010); Press Release, Alabama Department of Conservation and Natural Resources, Alabama Waters Opening for Crab Harvest (Aug. 20, 2010); Press Release, Florida Fish and Wildlife Conservation Commission, Fishing Advisory Issued for Escambia, Santa Rosa, Okaloosa and Walton Counties (June 4, 2010); Press Release, Florida Department of Environmental Protection, Governor Crist Announces Closed Harvesting Area in Escambia County Reopens (July 31, 2010); Press Release, Mississippi Department of Marine Resources, Precautionary Closure of Portions of Mississippi Marine Waters to all Commercial and Recreational Fishing, Effective Immediately (June 1, 2010); Press Release, Mississippi Department of Environmental Quality and Mississippi Department of Marine Resources, Mississippi Territorial Water Open to Live Bait Shrimping and Recreational Catch-and-Release Hook and Line Fishing (July 19, 2010); Press Release, National Oceanic and Atmospheric Administration, National Marine Fisheries Service, Deepwater Horizon Oil Spill: Emergency Area Closure in the Gulf of Mexico, Southeast Fishery Bulletin (May 3, 2010); Press Release, National Oceanic and Atmospheric Administration, National Marine Fisheries Service, NOAA Re-opens All Remaining Federal Waters Closed in Response to the BP/Deepwater Horizon Oil Spill, Southeast Fishery Bulletin (April 19, 2011).

[27] Press Release, Alabama Department of Public Health, Alabama Agencies Take Steps to Protect Public's Health During Gulf Oil Spill (June 1, 2010); Press Release, Alabama Department of Public Health, Improvements in Gulf Oil Spill Situation Lead to Reassessment of Public Health Beach Advisories (July 30, 2010); Press Release, Escambia County and Florida Department of Health, Escambia County and Escambia County Health Department Jointly Rescind Oil Impact Notice for Pensacola Beach and a Portion of Perdido Key (Aug. 16, 2010); Press Release, Escambia County Health Department, Health Advisory Issued for Portion of Beach Due to Oil Spill. Pensacola, FL (June 8, 2010); Press Release, Lafourche Parish Office of Emergency Preparedness, Lafourche Parish Declares State of Emergency Due to Gulf Oil Spill (May 9, 2010); Press Release, Mississippi Department of Environmental Quality, Gulf Oil Spill: MDEQ and DMR Issue Beach Advisories for Two Locations (June 28, 2010); Press Release, Mississippi Department of Environmental Quality, Mississippi Beach Advisories for Oil Spill Lifted (Nov. 4, 2010).

[28] Guilty Plea Agreement at 4-5, *United States v. BP Exploration and Production, Inc.*, No. 2:12-cr-00292 (E.D. La. Nov. 15, 2012), Rec. Doc. 2-1.

of those resources resulting from the Macondo Oil Spill in Louisiana, Alabama, Florida, Mississippi, and Texas.[29]

8. There is an on-going assessment of NRD taking place. The NRD assessment has not been completed.

9. Under the "Framework for Early Restoration Addressing Injuries Resulting from the Deepwater Horizon Oil Spill," BP has already committed to pay $1 billion to cover "early" restoration projects intended to restore natural resources injured by the Macondo Oil Spill.[30]

---

[29] Guilty Plea Agreement, Exhibit A at 16-18, United States v. BP Exploration and Production, Inc., No. 2:12-cr-00292 (E.D. La. Nov. 15, 2012), Rec. Doc. 2-1, *United States v. BP Exploration and Production, Inc.*, No. 2:12-cr-00292 (E.D. La. Jan. 29, 2013), Rec. Doc. 66-3.

[30] Report on Framework for Early Restoration Addressing Injuries Resulting from the Deepwater Horizon Oil Spill." Rec. Doc. 2239.