# Exhibit 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To: 10-4536<br>…………………………………………... | : : | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## **STIPULATION CONCERNING ENVIRONMENTAL HARM**
## **RELATED TO THE MACONDO OIL SPILL**

The Parties[1] hereby stipulate to the facts set forth herein concerning environmental harm related to the Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 ("Macondo Oil Spill").[2]  These stipulations relate to the Penalty Phase of *United States v. BP, et al.*, 10-4536.

The United States reserves the right to offer evidence to prove additional facts relevant to environmental harm during this or any other phase of trial, including any Natural Resource Damage ("NRD") trial, in this or any other civil action.  The Defendants reserve the right to rebut such additional facts and evidence or to prove that the environmental harm is no greater than as set forth herein.

There is an on-going assessment of NRD taking place (in part with BP's cooperation and funding). The NRD assessment has not been completed.

In light of these stipulations, the Parties shall not serve any discovery in the Penalty Phase related to environmental harm from the Macondo Oil Spill.  The Parties agree that each side may bring no more than two experts to testify at trial regarding environmental harm, and that these experts' work will rely entirely on publicly available data and/or published materials.

The "seriousness" of the violation, within the meaning of 33 U.S.C. § 1321(b)(8) includes, *inter alia*, consideration of environmental harm from the discharge of oil.  The following stipulations relate to the environmental harm from the Macondo Oil Spill for the purposes of considering the "seriousness" of the violation.

---

[1] The Parties are the United States, BP, and APC. For purposes of Phase III, BP includes BP, plc and all its subsidiaries including BPXP and BP America.  The parties agree that for purposes of Phase III, these entities are interchangeable. These stipulations are not binding on any other entity including any State.

[2] Oil released during the Macondo Oil Spill is commonly referred to as, "MC 252" oil.

1

## STIPULATED FACTS

1. The Deepwater Horizon Oil Spill was the largest ever spill in U.S. waters.

2. The oil from the spill has caused harm to the environment of the Gulf of Mexico.

3. The oil from the spill has caused potential harm to the environment of the Gulf of Mexico.

4. No less than 2.45 million barrels of MC 252 oil discharged into the environment.[3]

5. MC 252 oil discharged into the environment for 87 days.

6. MC 252 oil spread in the Gulf of Mexico and has been observed in the following habitats: Wetlands, marshes and mangroves, oyster reefs, submerged aquatic vegetation beds, beaches, offshore water column, unvegetated near shore sediments, corals, intertidal zones, and deep benthic environments.

7. Portions of the natural environment in five coastal states (Louisiana, Alabama, Florida, Mississippi, and Texas) have been impacted by the Deepwater Horizon Incident.

8. Recreational fishing closures or restrictions have been imposed in federal and state waters off shore from Louisiana, Mississippi, Alabama, and Florida from April 30, 2010 to April 26, 2011.[4]

---

[3] BP and Anadarko's Proposed Findings of Fact and Conclusions of Law at 231, 234, 365, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179 (E.D. La. Dec 20, 2013), Rec. Doc. 12047. The United States argues that approximately 4.2 million barrels were discharged. United States' Proposed Findings of Fact For Quantification Segment of The Phase Two Trial at 1, 51, 210, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 2:10-md-02179 (E.D. La. Dec 20, 2013), Rec. Doc. 12048-1.

[4] Press Release, Louisiana Department of Wildlife and Fisheries, In Precautionary Move, LDWF and DHH Announce Closures Due to Oil Spill (April 30, 2010); Press Release, Louisiana Department of Wildlife and Fisheries, LDWF Announces More Fishing Openings (April 26, 2011); Emergency Regulation, Alabama Department of Conservation and Natural Resources, Closed Recreational and Commercial Fishing Season: All Gulf waters of the State of Alabama, including Pelican Bay, west of longitude 88 degrees, 4.5 minutes west (signed June 1, 2010); Press Release, Alabama Department of Conservation and Natural Resources, Alabama Waters Opening for Crab Harvest (Aug. 20, 2010); Press Release, Florida Fish and Wildlife Conservation Commission, Fishing Advisory Issued for Escambia, Santa Rosa, Okaloosa and Walton Counties (June 4, 2010); Press Release, Florida Department of Environmental Protection, Governor Crist Announces Closed Harvesting Area in Escambia County Reopens (July 31, 2010); Press Release, Mississippi Department of Marine Resources, Precautionary Closure of Portions of Mississippi Marine Waters to all Commercial and Recreational Fishing, Effective Immediately (June 1, 2010); Press Release, Mississippi Department of Environmental Quality and Mississippi Department of Marine Resources, Mississippi Territorial Water Open to Live Bait Shrimping and Recreational Catch-and-Release Hook and Line Fishing (July 19, 2010); Press Release, National Oceanic and Atmospheric Administration, National Marine Fisheries Service, Deepwater Horizon Oil Spill: Emergency Area Closure in the Gulf of Mexico, Southeast Fishery Bulletin (May 3, 2010); Press Release, National Oceanic and Atmospheric Administration, National

9. MC 252 oil was observed on approximately 1,102 miles of shoreline following the Deepwater Horizon Incident.[5]

10. As part of response activities, BP and other responders working at the direction and under the oversight of the Unified Command, deployed over 2,500 miles of boom.[6]

11. Pursuant to a criminal plea agreement, BP has agreed to pay $100 million to the North American Wetlands Conservation fund pursuant to the Migratory Bird Treaty Act (16. U.S.C. §§ 703, 707), for the purpose of wetlands restoration and conservation projects located in States bordering the Gulf of Mexico or otherwise designed to benefit migratory bird species and other wildlife and habitat affected by the Macondo Oil Spill.[7]

12. Pursuant to a criminal plea agreement, BP has agreed to pay $2.394 billion to the National Fish and Wildlife Foundation to remedy harm and eliminate or reduce the risk of future harm to Gulf Coast natural resources and to remedy harm to resources where there has been injury to, or destruction of, loss of, or loss of use of those resources resulting from the Macondo Oil Spill in Louisiana, Alabama, Florida, Mississippi, and Texas.[8]

13. Under the "Framework for Early Restoration Addressing Injuries Resulting from the Deepwater Horizon Oil Spill," BP committed $1 billion from the $20 billion Deepwater Horizon Oil Spill Trust to pay for early restoration projects in the Gulf of Mexico. The goal of the Framework Agreement is for the Trustees agencies and BP "to work together" to identify natural resources that were impacted as a result of the Deepwater Horizon Incident, and to identify and implement "early restoration projects that will provide meaningful benefits to accelerate restoration in the Gulf as quickly as practicable." The United States and Gulf States agreed that "BP's commitment to fund early restoration projects […] is voluntary and not otherwise required at this stage in the NRDA process."

    a. To date, BP and the state and federal Trustee agencies have agreed on 10 early restoration projects, totaling approximately $71 million. The 10 projects, which are currently underway, include: Alabama dune

---

Marine Fisheries Service, NOAA Re-opens All Remaining Federal Waters Closed in Response to the BP/Deepwater Horizon Oil Spill, Southeast Fishery Bulletin (April 19, 2011).

[5] Jacqueline Michel et al., Extent and Degree of Shoreline Oiling: Deepwater Horizon Oil Spill, Gulf of Mexico, USA, Figure 3 and Table 1, p.6 PLoS ONE e65087 (2013).

[6] BP, Completing the response: The Deepwater Horizon accident triggered an extensive oil spill response, http://www.bp.com/en/global/corporate/gulf-of-mexico-restoration/deepwater-horizon-accident-andresponse/completing-the-response.html (last visited Aug. 21, 2013).

[7] Guilty Plea Agreement at 4-5, *United States v. BP Exploration and Production, Inc.*, No. 2:12-cr-00292 (E.D. La. Nov. 15, 2012), Rec. Doc. 2-1.

[8] Order pursuant to Plea Agreement at 16-18, *United States v. BP Exploration and Production, Inc.*, No. 2:12-cr-00292 (E.D. La. Jan. 29, 2013), Rec. Doc. 66-3.

      restoration, Alabama Marsh Island restoration, Florida boat ramp construction and enhancement, Florida dune restoration, Louisiana Lake Hermitage marsh creation, Louisiana oyster cultch restoration, Mississippi artificial reef habitat creation, Mississippi oyster clutch restoration, an avian breeding habitat project, and a sea turtle nesting ground project.

    b. In May, 2013, the Trustee agencies published notice of their intent to propose 28 additional early restoration projects. These projects total approximately $589 million and include ecological and human use projects in five Gulf states. The proposal for these projects is currently undergoing administrative planning and review.

14. There is an on-going Natural Resource Damage Assessment to identify and assess injuries to natural resources resulting from the Deepwater Horizon Incident.