# Exhibit 6

```
                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA


UNITED STATES OF AMERICA         *      Docket 12-CR-292
                                 *
versus                           *      Section R
                                 *
BP EXPLORATION & PRODUCTION, INC.*      January 29, 2013
                                 *
* * * * * * * * * * * * * * * * *


           TRANSCRIPT OF PLEA AND SENTENCING HEARING
              BEFORE THE HONORABLE SARAH S. VANCE
                   UNITED STATES DISTRICT JUDGE
```

Appearances:

| | |
|---|---|
| For the United States: | U.S. Department of Justice, Criminal Division<br>BY:  JOHN D. BURETTA, ESQ.<br>     COLIN L. BLACK, ESQ.<br>     DEREK A. COHEN, ESQ.<br>     SCOTT MICHAEL CULLEN, ESQ.<br>     ROHAN A. VIRGINKAR, ESQ.<br>400 Poydras Street, Suite 1000<br>New Orleans, Louisiana 70130 |
| For BP Exploration & Production, Inc.: | Kirkland & Ellis, LLP<br>BY:  MARK FILIP, ESQ.<br>300 N. Lasalle<br>Chicago, Illinois 60654 |
| For BP Exploration & Production, Inc.: | Kirkland & Ellis, LLP<br>BY:  HENRY DEPIPPO, ESQ.<br>601 Lexington Avenue<br>New York, New York 10022 |

Case 2:10-md-02179-CJB-DPC Document 12373-9 Filed 02/20/14 Page 3 of 3
Case 2:12-cr-00292-SSV-DEK Document 67 Filed 02/01/13 Page 21 of 100

21

|       |    |                                                                      |
|-------|----|----------------------------------------------------------------------|
| 10:22 | 1  | Especially having read the letters and other statements that        |
| 10:22 | 2  | the families sent to the Court, BP knows there's nothing we can      |
| 10:22 | 3  | say to diminish their loss.  No one can bring those fathers,         |
| 10:23 | 4  | husbands, sons, and brothers back, but I am here today to            |
| 10:23 | 5  | express our apology on behalf of the entire company.                 |
| 10:23 | 6  |             We -- and by that I mean the men and the women           |
| 10:23 | 7  | of the management of BP, its board of directors, and its many        |
| 10:23 | 8  | employees -- are deeply sorry for the tragic loss of the 11 men     |
| 10:23 | 9  | who died and the others who were injured that day.  Our guilty       |
| 10:23 | 10 | plea makes clear BP understands and acknowledges its role in         |
| 10:23 | 11 | that tragedy, and we apologize.  BP apologizes to all those          |
| 10:23 | 12 | injured and especially to the families of the lost loved ones.       |
| 10:23 | 13 |             BP is also sorry for the harm to the environment         |
| 10:23 | 14 | that resulted from the spill, and we apologize to the                |
| 10:23 | 15 | individuals and communities who were injured.  BP understands        |
| 10:23 | 16 | the role we played in the tragic accident, and we are doing          |
| 10:23 | 17 | what we can to prevent something like this from happening            |
| 10:23 | 18 | again.  To that end, BP has tried and will continue to try to        |
| 10:24 | 19 | make itself a safer and stronger company and lead the drilling       |
| 10:24 | 20 | industry in safe and compliant operations.                           |
| 10:24 | 21 |             We have also continued to share the lessons              |
| 10:24 | 22 | learned from the accident and response with the industry, with       |
| 10:24 | 23 | the regulators around the world, and to provide governments and      |
| 10:24 | 24 | industry the opportunity to improve safety practices.  I             |
| 10:24 | 25 | mention this not to ask for praise but to convey that, as an         |