# Exhibit 7



# Early Environmental Restoration

## BP's $1 billion pledge to accelerate restoration efforts in the Gulf of Mexico

**Through a landmark agreement signed with state and federal Trustees, BP is voluntarily funding up to $1 billion in early restoration projects to speed the recovery of natural resources in the Gulf that were injured as a result of the Deepwater Horizon accident. To date, BP and the Trustees have agreed on a total of 38 projects representing approximately $665 million, including both ecological and human use (recreational use) projects.**



**Texas**
- 5 projects
- $18 million
- Artificial reefs, Sea Rim State Park enhancement, Galveston Island State Park beach development

**Louisiana**
- 4 projects
- $370 million
- Marsh and barrier islands restoration, oyster cultch, fish hatchery

**Mississippi**
- 7 projects*
- $84 million
- Artificial reefs, oyster cultch, living shoreline, bird nesting habitat, various recreational use projects

**Alabama**
- 7 projects*
- $108 million
- Marsh and dune restoration, bird and sea turtle habitat, living shoreline, oyster cultch, Gulf State Park enhancements

**Florida**
- 18 projects*
- $84 million
- Dune and seagrass restoration, beach nourishment, artificial reefs, oyster cultch, living shorelines, bird and sea turtle habitat, various recreational use projects

*Two projects span multiple states. Dollar totals may not add due to rounding.

### Commitment to Gulf Restoration

BP's unprecedented $1 billion commitment means that Trustees can begin restoration while the ongoing Natural Resource Damages (NRD) assessment is being completed.

> The projects selected by the Trustees are located along the coasts of Alabama, Florida, Louisiana, Mississippi and Texas.

> The projects will provide significant long-term benefits to the environment and to the people who live, work or visit the region.

> Funding will come from the $20 billion trust BP established in 2010 to pay claims, NRD costs, final judgements in litigation and litigation settlements, and state and local response costs.

> We continue to work with the Trustees to identify and evaluate early restoration projects.

### Project Selection Process

The Trustees responsible for identifying and implementing projects are from Alabama; Florida; Louisiana; Mississippi; Texas; the National Oceanic and Atmospheric Administration; the Department of the Interior; the Department of Agriculture; and the Environmental Protection Agency.

> In May 2011, the Trustees created an online database and invited the public to submit and review project proposals.

> The Trustees held public meetings in 2011 to explain the process and request ideas. The public also submitted ideas through the mail.

> Hundreds of proposals have been submitted and evaluated to date.

> Proposals were evaluated and selected based on criteria in the Early Restoration Framework Agreement[1] and the Oil Pollution Act (OPA) NRD regulations.

5/3/13

- The Trustees and BP agreed on the projects, the funding level and the credits, or NRD offsets, BP will receive.
- The public is provided a review and comment period on proposed projects.
- The Trustees will determine when and how to present proposed projects to the public for review and comment.

### Project Selection Criteria

In accordance with the early restoration agreement, a suggested project must meet the following criteria:

- Contribute to making the environment and the public whole by restoring, rehabilitating, replacing, or acquiring the equivalent of natural resources or services injured as a result of the spill, or compensating for interim losses resulting from the accident.
- Address one or more specific injuries to natural resources or services associated with the accident.
- Seek to restore natural resources, habitats or natural resource services of the same type, quality, and of comparable ecological and/or human-use value to compensate for identified resource and service losses resulting from the accident.
- Are consistent with the anticipated long-term restoration needs and anticipated final restoration plan.
- Are feasible and cost effective.

### Phase I Projects

- Following a public review and comment period, the Trustees approved eight initial projects in a Phase I Early Restoration Plan issued on April 17, 2012.
- The estimated cost of the projects, including base costs and contingency allotments, is $62 million.
- Collectively, the projects will restore and enhance wildlife, habitats and the services provided by those habitats, as well as provide additional access for fishing, boating and related recreational uses.
- The Trustees began implementing the projects in 2012 in Alabama, Florida, Louisiana and Mississippi.

### Phase II Projects

- Two additional projects were approved in December 2012 following a public comment period. The projects are designed to improve beach nesting habitat for birds and sea turtles.
- The estimated cost of the Phase II projects, including base costs and contingency allotments, is $9 million. The projects are expected to begin in 2013.

### Phase III Projects

- In May 2013, the Trustees announced 28 additional projects totaling an estimated $594 million.
- The new projects are located across Texas, Louisiana, Mississippi, Alabama and Florida and include ecological projects that restore habitat and resources, as well as projects that enhance recreational use of natural resources.
- The nine ecological projects will include restoration of dune, seagrass and oyster habitats, as well as barrier islands that protect coastal areas from waves and tides, and the creation of living shorelines — made from organic materials — that protect against coastal erosion and provide habitat for wildlife.
- The 19 recreational use projects are designed to address the temporary loss of use and enjoyment of natural resources during the period when human use was reduced, including the time when some beaches and waters were closed. Although a number of the project locations were not directly injured by the accident, the projects address loss of use by providing residents and visitors with new recreational options, better access to natural resources and a greater opportunity to enjoy them.
- The public will have an opportunity to review and comment on the Phase III projects. Funding will be provided once the Trustees review and address public comments, and the projects receive final approval.

**For more information:**
More information on the projects can be found at: http://www.gulfspillrestoration.noaa.gov.

---

[1] http://www.restorethegulf.gov/sites/default/files/documents/pdf/framework-for-early-restoration-04212011.pdf

*We will update these facts if necessary and continue to share information about what we are doing to meet our commitments to the people of the Gulf Coast.*