*Daniell, Upton & Perry, P.C.*
30421 Highway 181
P.O. Box 1800
Daphne, AL 36526
Phone: 251-625-0046
Fax: 251-625-0464
dab@dupm.com
*Licensed in Alabama, Mississippi, Georgia & Texas



Notice: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 251-625-0046 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

**From:** Tiffany Norwood [mailto:tnorwood@dhecc.com]
**Sent:** Thursday, September 26, 2013 1:24 PM
**To:** David A. Busby
**Subject:** RE: ▓▓▓▓ 100033737

Hi David,

We received the notification that the Court denied BP's request. We are processing this request in the system so that we can move the claim forward to payment. I do not have a time frame for when payment will be issued, but I will monitor this and let you know as soon as I can provide more definitive information.

Thanks!

**From:** David A. Busby [mailto:dab@dupm.com]
**Sent:** Thursday, September 26, 2013 10:59 AM
**To:** Tiffany Norwood
**Subject:** ▓▓▓▓ 100033737

Tiffany,

Yesterday, the Court denied BP's Request for Discretionary Review. Please let me know when we can expect to receive the $▓▓▓▓ wire transfer. Thank you.

**David A. Busby, Esq.**
*Daniell, Upton & Perry, P.C.*
30421 Highway 181
P.O. Box 1800
Daphne, AL 36526



PLAINTIFF'S EXHIBIT 4

10/29/2013

Phone: 251-625-0046
Fax: 251-625-0464
dab@dupm.com
*Licensed in Alabama, Mississippi, Georgia & Texas



Notice: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 251-625-0046 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.

10/29/2013