## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20th, 2010 | ) ) ) | MDL No. 2179 |
| | ) | Section: J |
| | ) | |
| This document relates to: 2:10-cv-08888-CJB-SS | ) ) | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |
| | ) | |

IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20th, 2010

This document relates to:
2:10-cv-08888-CJB-SS

MDL No. 2179

Section: J

JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

_____/

### MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16TH, 2011 DEADLINE

**NOW COME** various CLAIMANTS as set forth on Exhibit "A" ("Claimants") who move this Court for acceptance of their late filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice and/or Operations of the MODU Deepwater Horizon, and as grounds therefore would show the Court as follows:

1. This Court originally established a deadline for the filing of the claims in the Transocean limitations proceeding for April 20, 2011.

2. The Court extended the deadline for filing of the claims in the Transocean limitations proceeding to September 16, 2011.

3. Claimants contacted counsel after September 16, 2011, seeking assistance in filing claims for injuries and damages occurred as a result of the Deepwater Horizon explosion and resulting oil spill.

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

4.  Claimants were unaware of the Court-established deadlines, or had not yet fully

    realized their damages, and did not timely file in the Transocean limitation

    proceeding.

5.  No prejudice will result from the acceptance of the late filed Short Form Joinders, a

    List of which is attached hereto as Exhibit "A". No action has been taken in the

    limitation proceeding which could cause prejudice to any other party to the

    proceeding. For these reasons, Claimants respectfully request that the Court gran

    Movants' Motion for Acceptance of Short Form Joinders Filed Beyond the April

    20, 2011 and September 16, 2011 Deadlines, and that the Court deem said Short

    Form Joinders as timely filed.


                            Respectfully submitted:

                            /S/ Jessica B. Reilly
                            Jessica B. Reilly, Esq.
                            FL Bar No: 113662


                            /S/ Bernadette Restvio
                            Bernadette Restivo, Esq.
                            FL Bar N0: 484512

                            Restivo & Reilly, LLC
                            103400 Overseas Highway, Suite 237
                            Key Largo, FL 33037
                            Tel: 305-453-4961
                            Fax: 1-888-496-4131

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

### CERTIFICATE OF SERVICE

**I hereby** certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this _19_ th day of February, 2014.

/S/ Jessica B. Reilly____
Jessica B. Reilly, Esq.

/S/ Bernadette Restivo__
Bernadette Restivo, Esq.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20th, 2010 | ) ) ) ) | MDL No. 2179 |
| | | Section: J |
| This document relates to: 2:10-cv-08888-CJB-SS | ) ) ) | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |
| _____/ | ) | |

## MEMORANDUM IN SUPPORT OF MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16, 2011 DEADLINE

Now come various Claimants, specifically set forth on Exhibit "A", who file this Memorandum in Support of the accompanying Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline. Attached to this Memorandum is a list of all Claimants who filed last short forms and are joint movants for the purpose of this motion (attached as Exhibit "A"). These Claimants seek this Honorable Court's permission to accept Claimants' late filed claims in the limitation proceeding for the following reasons:

1. All Claimants contacted counsel after the Court-established deadline of September 16, 2011, seeking assistance for injuries and damages incurred as a result of the *Deepwater Horizon* explosion and resulting oil spill.

2. Because Claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, they did not timely file in the Transocean limitation proceeding.

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

3. No prejudice will result from the acceptance of the late filings. Such filings have been filed in the Court-established filing system under the action 2:10-cv-08888-CJB-SS. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

4. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulfur Co. v. Blue Stack Towing Co.,* 313 F.3d 359, 362 (5th Cir. 1963) ("[S]o long as rights of the parties are not adversely affected , the Court will freely grant permission to file late claims."); In re *Gladiator Marine, Inc., No. 98-2037, 1991 WL 378121 (E.D. La. June, 1999) (citing Golnoy Barge Co. v M/T Shinoussa , 980 F.2d 349, 351 ( 5th Cir, 1993)).* Here , there are no indications that any limitation plaintiff would be adversely affected or suffer any prejudice if these late filed claims are deemed timely.

5. Limitation has not been determined, and there is no prejudice to the limiting parties or other defendants.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: Oil Spill by the Oil Rig "Deepwater )   MDL No. 2179
Horizon" in the Gulf of Mexico, on )
April 20th, 2010 )
) Section: J
    This document relates to: )   JUDGE BARBIER
    2:10-cv-08888-CJB-SS )   MAGISTRATE JUDGE SHUSHAN
)
_____/

### ORDER

    Considering the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline and Supporting Memorandum of Law:

    **IT IS ORDERED** that the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby **GRANTED** and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation ( Civil Action No. 10-2771) as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

    Signed this _____ day of _____, 2014

 

_____
**HONORABLE CARL J. BARBIER**
**U.S. DISTRICT COURT JUDGE**

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

## EXHIBIT "A"

| Claimant Name | Filing Date | Short Form Document Number |
|---|---|---|
| Michelle Birnie, | 6/12/12 | 3549596 |
| Lighthouse Boat Center, Inc., | 6/12/12 | 3550204 |
| David Hilton, | 6/12/12 | 3550218 |
| Michael Marhoffer, | 6/12/12 | 3550225 |
| SV Flooring Installations, Inc., | 6/12/12 | 3550232 |
| Billie Jane Carver, | 6/12/12 | 3550238 |
| Richard Norling, | 6/12/12 | 3550263 |
| Rachel Tomko, | 6/12/12 | 3550267 |
| Captain Sonny's Dive Charter, LLC, . | 6/12/12 | 3550276 |
| Regina Worden, | 6/12/12 | 3550289 |
| Mermaid Productions, Inc., | 6/12/12 | 3550299 |
| Craig Stephens, | 6/12/12 | 3550306 |
| Dolia Valdes, | 6/12/12 | 3550322 |
| Wayne Falb, | 6/12/12 | 3550335 |
| Sidney Vandiver, | 6/12/12 | 3550375 |
| Get the Net, Inc., | 6/12/12 | 3550381 |
| Mary Ginger, | 6/12/12 | 3550389 |
| Christine Zeher, | 6/13/12 | 3551011 |
| Clara Romero, | 6/13/12 | 3551020 |
| Bobcat Electric Corporation,. | 6/13/12 | 3551032 |
| Dr. Zinc Diving, Inc., | 6/13/12 | 3551051 |
| Deanna Sabo, | 6/13/12 | 3551060 |
| Thomas Cooke,. | 6/13/12 | 3551066 |
| Natalie Johnson, | 6/13/12 | 3551073 |
| Bobbie Kieber, | 6/13/12 | 3551084 |
| Steve Nannini, | 6/13/12 | 3551091 |
| Ian Craig, | 6/13/12 | 3551097 |
| Robin Elaine Schlaudecker | 6/13/12 | 3551104 |
| Michael Noonan III, | 6/13/12 | 3551127 |
| Michael Noonan. | 6/13/12 | 3551152 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Berry's Island Storage, | 6/13/12 | 3551174 |
| Chris Peskar, | 6/13/12 | 3551209 |
| S. Whitney Hale | 6/13/12 | 3551237 |
| Kim S. Carroll, | 6/13/12 | 3551262 |
| Aileen Joiner, | 6/13/12 | 3551284 |
| Unique Marine, Inc., | 6/13/12 | 3551322 |
| Processer Charters. | 6/13/12 | 3551344 |
| Tropical Warehouse, | 6/13/12 | 3551366 |
| Sid's on a Roll, Inc., | 6/13/12 | 3551376 |
| William T Walsh III, | 6/13/12 | 3551402 |
| Tania Metzger,. | 6/13/12 | 3551416 |
| Captain Bill Ellenwood, | 6/13/12 | 3551435 |
| Yolanda Salafia, | 6/13/12 | 3551451 |
| Circle Z-Six, Inc., | 6/13/12 | 3551462 |
| Lisa Wolski, | 6/13/12 | 3551486 |
| Martin Punshon, | 6/13/12 | 3551509 |
| Sanctuary Aquarium, Inc, | 6/13/12 | 3551511 |
| Sabrina Wampler, | 6/13/12 | 3551516 |
| Sherry Rogers, | 6/13/12 | 3551553 |
| Jennifer Craig, | 6/13/12 | 3551563 |
| Lengen Marine Services, Inc., | 6/13/12 | 3551573 |
| Captain Dan Matthews, | 6/13/12 | 3551589 |
| Richard Jamison, | 6/13/12 | 3551604 |
| Angela Rojas, | 6/13/12 | 3551620 |
| Hollywood Stone, Inc.,. | 6/13/12 | 3551630 |
| Paula Tuyls-Johnson, | 6/13/12 | 3551640 |
| Cecile Gann, | 6/13/12 | 3551649 |
| Keys Tropical Windows Inc., | 6/13/12 | 3551664 |
| Sievers Marine, | 6/13/12 | 3551675 |
| Tina Koval, | 6/13/12 | 3551693 |
| Arthur Rowe, | 6/13/12 | 3551707 |
| Angela Cody,. | 6/13/12 | 3551744 |
| On Line Seafood, | 6/13/12 | 3551769 |
| Mark Mills, | 6/13/12 | 3551785 |
| Eliecer Coll, | 6/13/12 | 3551797 |
| Jacqueline Duignan, | 6/13/12 | 3551806 |
| Prime Florida Properties, Inc., | 6/13/12 | 3551840 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Ocean Quest Dive Center. | 6/13/12 | 3551870 |
| Joseph Giordano, | 6/13/12 | 3551898 |
| Julie Lewis, | 6/13/12 | 3551937 |
| Kimberly Bouchard, | 6/13/12 | 3551962 |
| Joseph Flowers, | 6/13/12 | 3551985 |
| Page Excavating and Hauling, Inc., | 6/13/12 | 3552088 |
| Juan Ornelas, | 6/13/12 | 3552108 |
| Christina Maffeo, | 6/13/12 | 3552133 |
| Floral Fantasy, LLC, | 6/13/12 | 3552167 |
| Karem Kramer Exit Realty, | 6/13/12 | 3552191 |
| Webb Bros. Contracting Inc., | 6/13/12 | 3552208 |
| Dan's Tropical Tree Service Corporation, | 6/13/12 | 3552221 |
| A-Plus Roofing of Key West, Inc., | 6/13/12 | 3552235 |
| Karem Kramer, | 6/13/12 | 3552247 |
| Michael Turner Reiss, | 6/13/12 | 3552260 |
| A-Adam's Locksmith, | 6/13/12 | 3552272 |
| Berry's Rentals, | 6/13/12 | 3552280 |
| Ellen E Canning, | 6/13/12 | 3552286 |
| Nuthens Purfect, Inc., | 6/13/12 | 3552302 |
| TLC Interiors & Exteriors, Inc. | 6/13/12 | 3552320 |
| Luke Glenn, | 6/13/12 | 3552331 |
| Andrew Kennelly,. | 6/13/12 | 3552340 |
| Morning Star Underwater Services, | 6/13/12 | 3552344 |
| William Mainord, | 6/13/12 | 3552349 |
| Bardon Electric, | 6/13/12 | 3552362 |
| Islamorada Elevator Co., Inc.,. | 6/13/12 | 3552372 |
| Karen's Cleaning Service, | 6/13/12 | 3552399 |
| Barbara Clifford,. | 6/13/12 | 3552432 |
| Angela Salcito, | 6/13/12 | 3552440 |
| Key Largo Illustrations, | 6/13/12 | 3552448 |
| Keys Roofing Inc., | 6/13/12 | 3552454 |
| Bill Becker, | 6/13/12 | 3552457 |
| James Meyer, | 6/13/12 | 3552462 |
| Kristina Koch, | 6/13/12 | 3552465 |
| Michael McCorkle, | 6/13/12 | 3552489 |
| Patricia Knapp, | 6/13/12 | 3552502 |
| Kristen Giordano, | 6/13/12 | 3552528 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| All Keys Landscape, Inc., | 6/13/12 | 3552548 |
| Deborah Donofrio, | 6/13/12 | 3552555 |
| Services International Corp., | 6/13/12 | 3552564 |
| JAFO Transportation Consultants LLC, | 6/13/12 | 3552572 |
| Kevin Ward,. | 6/13/12 | 3552577 |
| Patrice Gerard, | 6/13/12 | 3552584 |
| Phillip Rubow, | 6/13/12 | 3552590 |
| Jesus Gonzalez Jr., | 6/26/12 | 3567884 |
| Hutchings & Sons Inc., | 6/26/12 | 3567890 |
| Robert Riley, | 6/26/12 | 3567896 |
| Bridget Toler, | 6/26/12 | 3567906 |
| Mary Beth Klein. | 6/26/12 | 3567915 |
| Hauber, Inc., | 6/26/12 | 3568496 |
| J.F.K. Charters, | 6/26/12 | 3568760 |
| Underwater Innovations, LLC, | 6/26/12 | 3568765 |
| Jane Wasmund, | 6/26/12 | 3568774 |
| Paul Pecor, | 6/26/12 | 3568781 |
| Florida Bay Outfitters, | 6/26/12 | 3568787 |
| Dennis Ball, Inc., | 6/26/12 | 3568817 |
| Blackbeard Towing & Salvage, | 6/26/12 | 3568825 |
| A E Mitchell Corporation, | 6/26/12 | 3568841 |
| Kieran Ferrer, | 6/26/12 | 3568849 |
| Jonathan Jula, | 6/26/12 | 3568858 |
| Diego Tejada, | 6/26/12 | 3568867 |
| Cindy Martin, | 6/26/12 | 3568890 |
| Billie Jane Carver, | 6/27/12 | 3569905 |
| Allessandra Schlicter, | 6/27/12 | 3570435 |
| Richard Canter, | 6/27/12 | 3570454 |
| Anthony Gibbs, | 6/27/12 | 3570469 |
| Benjamin Leigh, | 6/27/12 | 3570478 |
| Dan Betterman, | 6/27/12 | 3570500 |
| Carlos Vilarchao, | 6/27/12 | 3570513 |
| Blake Becker, | 6/27/12 | 3570524 |
| Michael Hutchings, | 6/27/12 | 3570535 |
| Katja Hutchings, | 6/27/12 | 3570556 |
| Julie Becker, | 6/27/12 | 3570579 |
| Jennifer Roe, | 6/27/12 | 3570594 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Island Stylin' Inc. | 6/27/12 | 3570607 |
| Just Breathe, | 6/27/12 | 3570623 |
| Lissa Terese Skincare, | 6/27/12 | 3570648 |
| T & T Nails, | 6/27/12 | 3570658 |
| Kimberly Tomic, | 7/12/12 | 3587990 |
| Mitchell Wolski, | 7/12/12 | 3588140 |
| JFK Charters, | 7/12/12 | 3588205 |
| Vari Construction, | 7/12/12 | 3588224 |
| Amy Cunningham, | 7/12/12 | 3588464 |
| Caribbean Catering, | 7/12/12 | 3588472 |
| Craig Cross, | 7/12/12 | 3588476 |
| Darryl Roberts, | 7/12/12 | 3588512 |
| George Lines, | 7/12/12 | 3588520 |
| James Warnaar, | 7/12/12 | 3588524 |
| Kristine Dion, | 7/17/12 | 3592924 |
| Daniel Natelli, | 7/17/12 | 3592939 |
| Katrina Magnuson, | 7/17/12 | 3592955 |
| Melody Novoa, | 7/17/12 | 3592978 |
| Mark Hernandez, | 7/17/12 | 3592997 |
| Karina Bay, | 7/17/12 | 3593013 |
| Leave it to Beaver Charters, | 7/17/12 | 3593052 |
| Cathy Rogerwitz, | 7/17/12 | 3593080 |
| Susan Stautzenbach, | 7/17/12 | 3593110 |
| Thomas Theisen, | 7/17/12 | 3593139 |
| Outpost Marine, | 7/17/12 | 3593174 |
| Amanda Fredericks, | 7/17/12 | 3593193 |
| Abeys Barrios, | 7/17/12 | 3593204 |
| John Holoman, | 7/17/12 | 3593228 |
| Jose Martinez, | 7/17/12 | 3593243 |
| Hector Concepcion, | 7/17/12 | 3593262 |
| Lawrence Threlkeld, | 7/17/12 | 3593287 |
| Russell Eaves, | 7/17/12 | 3593463 |
| Sarah Whittle, | 7/17/12 | 3593488 |
| Sky Fabel, | 7/17/12 | 3593510 |
| Tracy Farnum, | 7/17/12 | 3593528 |
| Tiffany Sagan, | 7/17/12 | 3593546 |
| Michael Beal, | 7/17/12 | 3593566 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Anthony Vari, | 7/17/12 | 3593584 |
| Travis Lewis, | 7/17/12 | 3593602 |
| Scott Yarroll, | 7/17/12 | 3593604 |
| Linda Yarroll, | 7/17/12 | 3593612 |
| Jennifer Goss, | 7/17/12 | 3593614 |
| Wayne S. Falb, | 7/17/12 | 3593620 |
| Aris Stavropoulos, | 7/17/12 | 3593643 |
| Robert Doyle, | 7/17/12 | 3593647 |
| Who's Yer Daddy, | 7/17/12 | 3593656 |
| Island Air Control, | 7/17/12 | 3593660 |
| Stacy Valle, | 7/17/12 | 3593662 |
| Jose Sandoval, | 7/19/12 | 3596586 |
| Robert Nelson, | 7/19/12 | 3596819 |
| Gary Leo, | 7/19/12 | 3596869 |
| Allison Barry, | 7/19/12 | 3596888 |
| Mary Threlkeld,. | 7/19/12 | 3596896 |
| Kenneth Fradley, Inc., | 7/19/12 | 3596899 |
| Mark Melhado, | 7/19/12 | 3596905 |
| Jane Wasmund, | 7/19/12 | 3596913 |
| robert bonnen, | 7/19/12 | 3596926 |
| Healing Waters, | 7/19/12 | 3596929 |
| Silent World Scuba, | 7/19/12 | 3596933 |
| Coco Plum Properties, | 7/19/12 | 3596951 |
| Blu Bamboo, | 7/19/12 | 3596960 |
| Dixie Montague,. | 7/19/12 | 3596968 |
| Daniel Gignac, | 7/19/12 | 3596974 |
| William Walsh III, | 7/19/12 | 3596991 |
| Francisco Acosta, | 7/19/12 | 3596996 |
| R & R Tackle, | 7/19/12 | 3597005 |
| K.B. Reynolds Corp., | 7/19/12 | 3597016 |
| Optimum Contractors, Inc., | 7/19/12 | 3597025 |
| Great German Food, | 7/19/12 | 3597050 |
| Hyperbarics International, | 7/19/12 | 3597075 |
| Terese Kennedy-Garson, | 7/19/12 | 3597094 |
| Ana Zambrana, | 7/24/12 | 3601382 |
| Cerrina Norton, | 7/24/12 | 3601390 |
| Dianne Terrasi, | 7/24/12 | 3601397 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| George Nance, | 7/24/12 | 3601566 |
| Graham Garson, | 7/24/12 | 3601584 |
| James Giles, | 7/24/12 | 3601615 |
| Jamoncito Fishing, Inc., | 7/24/12 | 3601643 |
| Juanita Legate, | 7/24/12 | 3601666 |
| Key Largo Health Care Center, | 7/24/12 | 3601677 |
| Martha Ornelas, | 7/24/12 | 3601687 |
| Out of the Blue, | 7/24/12 | 3601694 |
| Pamela Pegler, | 7/24/12 | 3601700 |
| Robin Moore, | 7/24/12 | 3601717 |
| TLC Interiors & Exteriors, | 7/24/12 | 3601722 |
| Todd A. Bost, | 7/24/12 | 3601741 |
| Deborah Williamson, | 7/25/12 | 3602455 |
| DeShawn Robinson, | 7/25/12 | 3602511 |
| Executive Mobile Detailing, Inc., | 7/25/12 | 3602581 |
| Fulin Tile of the Upper Keys,. | 7/25/12 | 3602608 |
| Foxy Saltwater Tropical Fish, | 7/25/12 | 3602648 |
| Gordon Weber Construction, | 7/25/12 | 3602714 |
| Isidro Lopez, | 7/25/12 | 3602738 |
| Jack Kilburn, | 7/25/12 | 3602748 |
| Jaime Amodio, | 7/25/12 | 3602778 |
| Janet Calloway, | 7/25/12 | 3602787 |
| Karelis Rodriguez, | 7/25/12 | 3602797 |
| Larry Hoffman, | 7/25/12 | 3602802 |
| Lee Risher Construction, | 7/25/12 | 3602807 |
| Lisa Tolli, | 7/25/12 | 3602810 |
| Lissete Bautista, | 7/25/12 | 3602822 |
| MJW Insurance, | 7/25/12 | 3602828 |
| Rachel Beam, | 7/25/12 | 3602830 |
| Stephanie Natanson, | 7/25/12 | 3602835 |
| The Trailer Shop, Inc., | 7/25/12 | 3602842 |
| Timothy King, | 7/25/12 | 3602850 |
| Travis Cooper, | 7/25/12 | 3602855 |
| Wade Deeman, | 7/25/12 | 3602863 |
| Wendy Ives, | 7/25/12 | 3602870 |
| Carly Ann Sergi, | 7/31/12 | 3608861 |
| Montessori Academy of the Upper Keys, | 7/31/12 | 3608908 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Nancy Eaves, | 7/31/12 | 3608933 |
| Randolph W. Brennan, | 7/31/12 | 3608944 |
| Shear Paradise, | 7/31/12 | 3608959 |
| Alexander Esquivel, | 7/31/12 | 3608986 |
| Cary Construction Corp., | 7/31/12 | 3609027 |
| Alice Cary, | 7/31/12 | 3609052 |
| Amy Fox, | 7/31/12 | 3609082 |
| Ana Llanes, | 7/31/12 | 3609110 |
| Anikel Etienne, | 7/31/12 | 3609132 |
| Barbara Fassino-Midling | 7/31/12 | 3609154 |
| Barbara Lezcano, | 7/31/12 | 3609170 |
| Candice Gobeil, | 7/31/12 | 3609191 |
| Christa Hoffman, | 7/31/12 | 3609210 |
| Christina Davis, | 7/31/12 | 3609223 |
| Claribel de la Cruz, | 7/31/12 | 3609246 |
| Curtis Booth, | 7/31/12 | 3609266 |
| Ernesto Echevarria, | 7/31/12 | 3609285 |
| Freddy Echevarria, | 7/31/12 | 3609291 |
| Jeremy McQuarters, | 7/31/12 | 3609313 |
| Julia Schaupp, | 7/31/12 | 3609617 |
| Kyle Gross, | 7/31/12 | 3609641 |
| Leonard Anderson, | 7/31/12 | 3609643 |
| Maria Alaniz, | 7/31/12 | 3609654 |
| Maria Luz Ruiz, 6699. | 7/31/12 | 3609661 |
| Maria Sol Ruiz, 1177. | 7/31/12 | 3609665 |
| Maria Ornelas, 7972. | 7/31/12 | 3609672 |
| Melissa Martinez, | 7/31/12 | 3609676 |
| Mikell Cary, | 7/31/12 | 3609683 |
| Nick Cash, | 7/31/12 | 3609691 |
| Richard Williamson, | 7/31/12 | 3609697 |
| William Falvey, | 7/31/12 | 3609702 |
| Katerine Betancourt | 8/1/12 | 3610647 |
| Patricia Saunders, | 8/1/12 | 3610672 |
| Richard Lopez | 8/1/12 | 3610684 |
| Toledo Sales, Inc., | 8/1/12 | 3610705 |
| Philip Gunthner, | 8/2/12 | 3612825 |
| Ysidro J Fernandez, | 8/2/12 | 3612836 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Yanet Lopez, | 8/2/12 | 3612840 |
| Yusnier Fernandez Zamora, | 8/2/12 | 3612900 |
| Tamara Green, | 8/2/12 | 3612903 |
| Penny Smith, | 8/2/12 | 3612914 |
| Hospice of the Florida Keys, | 8/2/12 | 3613096 |
| Michael Hannon, | 8/7/12 | 3617416 |
| Antonio Lopez, | 8/7/12 | 3617445 |
| Marvin Darna, | 8/7/12 | 3617455 |
| Meris Palts, | 8/7/12 | 3617485 |
| Shiloh Tire & Lube Inc., | 8/7/12 | 3617497 |
| Alfredo Mora, | 8/7/12 | 3617547 |
| Deborah Finch, | 8/7/12 | 3617661 |
| Donald Schurman, | 8/7/12 | 3617669 |
| Derek Howe, | 8/7/12 | 3617707 |
| Erin Capurso, | 8/9/12 | 3620385 |
| Irma Alvarez Munoz, | 8/9/12 | 3620404 |
| Juan Molina, | 8/9/12 | 3620453 |
| Gerald Creasman, | 8/9/12 | 3620500 |
| Kenneth Wangen, | 8/9/12 | 3620519 |
| John Dixon, | 8/9/12 | 3620638 |
| Pablo Mollineda, | 8/9/12 | 3620658 |
| Jriska Albanes, | 8/9/12 | 3620696 |
| Ana Bailey, | 8/9/12 | 3620737 |
| John Percevault, | 8/9/12 | 3620800 |
| Ana Zaleski, | 8/9/12 | 3620868 |
| Bayside Marine Canvas, | 8/9/12 | 3620901 |
| C-Schror Design Service, | 8/9/12 | 3621116 |
| Gerald Creasman CPA, . | 8/9/12 | 3621132 |
| Key Dog Wholesale Distributing, . | 8/9/12 | 3621263 |
| Michael Valdes, | 8/9/12 | 3621396 |
| Lee Thomas, | 8/15/12 | 3627753 |
| Islands in the Sun, | 8/15/12 | 3627774 |
| J. Cury Construction, | 8/15/12 | 3627777 |
| Paul Lopez, | 8/15/12 | 3627794 |
| James Saunders, | 8/22/12 | 3637343 |
| Homer Rogers, | 8/22/12 | 3637351 |
| Ana Zalesky, | 8/22/12 | 3637354 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Bayside Marine Canvas, | 8/22/12 | 3637358 |
| Lower Keys Bobcat Services, Inc., | 8/23/12 | 3638339 |
| Michael Bell, | 8/23/12 | 3638350 |
| Thomas Etzler, | 8/23/12 | 3638361 |
| Thomas Walsh II DDS, | 8/23/12 | 3638370 |
| Rodney Harms, | 8/23/12 | 3638376 |
| Robert Shirley, | 8/23/12 | 3638384 |
| Pablo Perez, | 8/23/12 | 3638391 |
| Gayla Gerz, | 8/23/12 | 3638402 |
| Robert Pippin, | 8/23/12 | 3638419 |
| Made in the Shade Marine Canvas, | 8/23/12 | 3638423 |
| La Jolla Properties, Ltd., | 8/23/12 | 3638424 |
| SFK Consulting, | 8/23/12 | 3638427 |
| Ruben Lopez, | 8/23/12 | 3638428 |
| Arletis Diaz, | 8/23/12 | 3638431 |
| William Albury, | 8/23/12 | 3638441 |
| Sailing Away Appraisals, | 8/23/12 | 3638445 |
| Cristobal Mendez, | 8/23/12 | 3638453 |
| Maria Garcia, | 8/23/12 | 3638459 |
| Jesse Green, | 8/23/12 | 3638463 |
| Ada Hernandez, | 8/23/12 | 3638471 |
| All American Towing and Tires, | 8/23/12 | 3638481 |
| Paradise Massage Yoga, | 8/23/12 | 3638487 |
| Matthew Dettmann, | 8/23/12 | 3638498 |
| Robert McDonald, | 8/23/12 | 3638520 |
| Elizabeth Hill, | 8/23/12 | 3638535 |
| Janet Calloway, | 8/23/12 | 3638544 |
| Gail Jehle, | 8/23/12 | 3638553 |
| Ronald Jehle, | 8/23/12 | 3638565 |
| Damaris Marquez, | 8/23/12 | 3638573 |
| Norberto Alvarez, | 8/23/12 | 3638581 |
| Alyse Bell-Ferrer, | 8/23/12 | 3638616 |
| Richard Rolfes, | 8/23/12 | 3638655 |
| Osvani Ley, | 8/23/12 | 3638666 |
| Luisa Tamayo, | 8/23/12 | 3638684 |
| Pamela Demala, | 8/23/12 | 3639149 |
| Hooked on Books, Inc., | 8/23/12 | 3639160 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Robert Bailey Custom Painting, | 8/23/12 | 3639170 |
| keys tropical windows inc., | 9/20/12 | 3665076 |
| Damary Rizzo, | 9/20/12 | 3665108 |
| Ultra Plumbing inc., | 9/20/12 | 3665120 |
| Jon Michael Kelch, | 9/20/12 | 3665125 |
| Nelly Pastora Salgado, | 9/20/12 | 3665129 |
| Javier Lazaro Alvarez, | 9/20/12 | 3665133 |
| Jeffrey P Sanchez, | 9/20/12 | 3665140 |
| Charles J Chapman, | 9/20/12 | 3665143 |
| G&G Trading, | 9/20/12 | 3665151 |
| Melody Chapman, | 9/20/12 | 3665157 |
| Gayle D Tippett, | 9/20/12 | 3665160 |
| Faustino Paz Ortiz, | 9/20/12 | 3665166 |
| Karen Galo, | 9/20/12 | 3665171 |
| Joseph Henry Tola, | 9/20/12 | 3665174 |
| Bernadina Waters, | 9/27/12 | 3672956 |
| W.F. McCain & Associates, | 9/27/12 | 3672969 |
| Elaine K. Faliace Krodel, | 9/27/12 | 3672975 |
| David Jensen, | 9/27/12 | 3672985 |
| Miguel A. Sanchez, | 9/27/12 | 3672987 |
| Rebecca Lundsford | 9/27/12 | 3672989 |
| Ensel Herrera, | 9/27/12 | 3672994 |
| Damaris Marquez, | 9/27/12 | 3673005 |
| Ronald Jehle, | 9/27/12 | 3673042 |
| David Gillon, | 9/27/12 | 3673051 |
| La Jolla Properties, Ltd., | 9/27/12 | 3673055 |
| Paradise Massage Yoga, | 9/27/12 | 3673071 |
| Made In The Shade Marine Canvas, | 9/27/12 | 3673078 |
| Yadira Gonzalez, | 9/27/12 | 3673083 |
| Noyde Hernandez, | 9/27/12 | 3673097 |
| Vivian Hernandez-Popp, | 9/27/12 | 3673107 |
| Silver Palm Nursery, Inc, | 9/27/12 | 3673118 |
| Douglas Hitchcock, | 9/27/12 | 3673134 |
| Kim Jeffries, . | 9/27/12 | 3673135 |
| Rosa Maria Zamora, | 9/27/12 | 3673142 |
| Hugo Gomez Lopez, | 9/27/12 | 3673146 |
| Christopher O'Connor Mors | 9/27/12 | 3673148 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Kathleen Payne PA, | 9/27/12 | 3673150 |
| Twocan Tropical Homes, Inc, | 9/27/12 | 3673152 |
| Anaidirys Mazorra Aguila . | 9/27/12 | 3673153 |
| Full Throttle Marine Services, Inc, | 9/27/12 | 3673158 |
| Sailing Away Appraisals, | 9/27/12 | 3673163 |
| Melody chapman, | 10/2/12 | 3677745 |
| Howard W. Popp M.D., P.A., | 10/2/12 | 3677983 |
| Diann Barber, | 10/2/12 | 3677984 |
| Levi w. Bennet, | 10/2/12 | 3677985 |
| Mette Biglin, | 10/2/12 | 3677986 |
| Bambi A. Bundy-Hodges, | 10/2/12 | 3677987 |
| Locust Center LTD. | 10/2/12 | 3677994 |
| Naivi Mane Cartaya, | 10/2/12 | 3677995 |
| Ibrahim Marin, | 10/2/12 | 3677997 |
| Paula Muscolino, | 10/2/12 | 3677999 |
| K&A Leasing Corp. | 10/2/12 | 3678003 |
| Alison Smith, | 10/2/12 | 3678005 |
| Sparks Family Corp., | 10/2/12 | 3678007 |
| Michael C. Young Musician, | 10/2/12 | 3678008 |
| Carlos Paradela Guerra, | 10/2/12 | 3678012 |
| Heather M. Warren, | 10/2/12 | 3678025 |
| Jerome Scott, | 10/2/12 | 3678029 |
| Pamela Owsinek, | 10/2/12 | 3678032 |
| John Hutchison Wolf, | 10/2/12 | 3678084 |
| Caridad Broch, | 10/2/12 | 3678129 |
| Steven Webb, | 10/2/12 | 3678136 |
| Steven Webb, | 10/4/12 | 3680938 |
| Peacock Home Service Inc., | 10/5/12 | 3682888 |
| Omar Casco, | 10/5/12 | 3682908 |
| Lourdes Sabin, | 10/5/12 | 3682915 |
| Tyler's Treasures, | 10/5/12 | 3682921 |
| Randall Perry, | 10/5/12 | 3682929 |
| Monika Bancej, | 10/5/12 | 3682938 |
| Pablo Placencia, | 10/5/12 | 3682947 |
| Amarilys Garcia Rodriguez, | 10/5/12 | 3682951 |
| Rodney Dixon, | 10/5/12 | 3682954 |
| William James Midling,  . | 10/5/12 | 3682962 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Charles E Cheatham, | 10/5/12 | 3682970 |
| Ivan Garcia, | 10/5/12 | 3682976 |
| Alberto Rodriguez, | 10/5/12 | 3682983 |
| Kenly Baird Turchetti, | 10/5/12 | 3682988 |
| Monica's Hair Shop, | 10/5/12 | 3682998 |
| Robin Finigan, | 10/5/12 | 3683002 |
| Elizabeth M. Lynch, | 10/5/12 | 3683005 |
| Howie Concrete Products Co., | 10/5/12 | 3683011 |
| Orbelina Casco,  . | 10/5/12 | 3683019 |
| Dorca Rodriguez,  . | 10/5/12 | 3683020 |
| Derek Jauregui, | 10/5/12 | 3683023 |
| Janine Gregg, | 10/5/12 | 3683031 |
| Aleida Roldan, | 10/5/12 | 3683046 |
| Gustavo A. Galo, | 10/5/12 | 3683053 |
| Marian Bancej, | 10/5/12 | 3683060 |
| Linda W. Jaikins, | 10/5/12 | 3683065 |
| Billy L. Erwin, | 10/5/12 | 3683068 |
| Colleen M. Gonzalez, | 10/5/12 | 3683074 |
| Aileen Patricia Cardoso, | 10/5/12 | 3683098 |
| Randall M. Perry, | 10/5/12 | 3683108 |
| Koval's Lawn Care, | 10/5/12 | 3683112 |
| Kenia Catalina Ballester Serrano, | 10/5/12 | 3683118 |
| Douglas M. Lyons, Jr., | 10/5/12 | 3683123 |
| Michael E Hamilton, | 10/5/12 | 3683126 |
| Shannon M. O' Berry, | 10/5/12 | 3683135 |
| Laura A. Borguss, | 10/5/12 | 3683148 |
| Axis Aerotech, Inc., | 10/27/12 | 3707124 |
| Brian C. Anthony, | 10/27/12 | 3707125 |
| V&T Boat Repair and Maintenance, | 10/27/12 | 3707126 |
| Terrnace M. Arroyo, | 10/27/12 | 3707127 |
| Benjamin Kaiman, | 10/27/12 | 3707128 |
| Hooked On Books, Inc., | 10/27/12 | 3707129 |
| Wayne Brooks, | 10/27/12 | 3707130 |
| Lilias Bochenick, | 10/27/12 | 3707131 |
| Diecila Brignolle, | 10/27/12 | 3707132 |
| Patricia G Broadway, | 10/27/12 | 3707133 |
| William Bailey, | 10/27/12 | 3707134 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Hospice of the Fl Keys, | 10/27/12 | 3707135 |
| Rocio Cabrales, | 10/27/12 | 3707136 |
| William Cook, | 10/27/12 | 3707137 |
| Patrick J Cummings, | 10/27/12 | 3707138 |
| Karen R DaSilva, | 10/27/12 | 3707139 |
| Nora Patricia Diaz, | 10/27/12 | 3707140 |
| Robert Doyle, | 10/27/12 | 3707141 |
| David Duran Munoz, | 10/27/12 | 3707142 |
| David Charles Gestrich, | 10/27/12 | 3707143 |
| Juan Gutierrez, | 10/27/12 | 3707144 |
| Lazaro O. Alvarez, | 10/27/12 | 3707145 |
| Christina Kittle, | 10/27/12 | 3707146 |
| RK&S Construction of the Florida Keys, Inc., | 10/27/12 | 3707147 |
| Kristine E. Sayenga, | 10/27/12 | 3707148 |
| Santana Gustavo, | 11/1/12 | 3713187 |
| Leonardo Madlun, | 11/1/12 | 3713209 |
| Mary Lynn Myers, | 11/1/12 | 3713215 |
| Karen L. Simonetti, | 11/1/12 | 3713236 |
| Wilfred Baptiste, | 11/1/12 | 3713249 |
| Florida Keys Elks Lodge BPOE # 1872 | 11/1/12 | 3713256 |
| Stephanie Wright, | 11/1/12 | 3713265 |
| Marilee Free Entertainment, | 11/1/12 | 3713270 |
| MD 66 Distributors, LLC, | 11/1/12 | 3713276 |
| Rosa Elena Kelch, | 11/1/12 | 3713285 |
| Jared Bernstein Plastering LLC, | 11/1/12 | 3713291 |
| Soraida Gonzalez, | 11/1/12 | 3713296 |
| Carlos Casani, | 11/1/12 | 3713304 |
| Tonja Kraft, | 11/1/12 | 3713310 |
| Heather E Sweeting, | 11/1/12 | 3713316 |
| Iryna Koshova, | 11/1/12 | 3713323 |
| Star Motors, | 11/1/12 | 3713333 |
| Kristen D Onderdonk, | 11/1/12 | 3713337 |
| Leonardo Ferretti, | 11/1/12 | 3713342 |
| Francisca Banos, | 11/1/12 | 3713350 |
| Anthony Acker, | 11/1/12 | 3713357 |
| Alexander Roldan, | 11/1/12 | 3713379 |
| Thomas Renn, | 11/1/12 | 3713385 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Shannon Renn, | 11/1/12 | 3713394 |
| Paul Hardy, | 11/1/12 | 3713398 |
| Florida Keys Panama Jack, Inc., | 11/1/12 | 3713409 |
| Frances Weber, | 11/1/12 | 3713422 |
| Laudicina Enterprises Inc., | 11/1/12 | 3713427 |
| Mattress & Beyond Corp., | 11/2/12 | 3715336 |
| Key Largo Central Plaza, | 11/2/12 | 3715342 |
| Grace Strauss, | 11/2/12 | 3715347 |
| Robert Cappadona, | 11/2/12 | 3715357 |
| Lori Hutto, | 11/2/12 | 3715361 |
| J&W Key West LLC, | 11/2/12 | 3715367 |
| Gil Gonzalez, | 11/2/12 | 3715375 |
| Leeward Grille, LLC, | 11/2/12 | 3715383 |
| Yanisleidis Rodriguez, | 11/2/12 | 3715395 |
| Dockside Diesel Service, Inc, | 11/2/12 | 3715410 |
| Drunken Monkeys, | 11/2/12 | 3715425 |
| Yannier Alavarez Dominguez, | 11/2/12 | 3715429 |
| Adrienne Zolondick, | 11/2/12 | 3715460 |
| Hector Alvarez, | 11/2/12 | 3715469 |
| Pamela Long, | 11/2/12 | 3715474 |
| Antonio Albanes, | 11/2/12 | 3715480 |
| Erica Arroyo, | 11/2/12 | 3715485 |
| Vorick Financial Consulting Services, | 11/2/12 | 3715492 |
| JV Products, | 11/2/12 | 3715513 |
| Christina Escobedo-Perello, | 11/2/12 | 3715522 |
| David De Mala, | 11/2/12 | 3715530 |
| Jerry Sanders, | 11/2/12 | 3715534 |
| Michael Young, | 11/2/12 | 3715540 |
| Louis Sangenito, | 11/2/12 | 3715547 |
| Kristine Sayenga, | 11/2/12 | 3715555 |
| Thomas Lawson, | 11/2/12 | 3715567 |
| Iris Rodriguez, | 11/2/12 | 3715576 |
| John Lukas, | 11/2/12 | 3715587 |
| HP Marine, | 11/2/12 | 3715596 |
| Paradise Maintenance, | 11/2/12 | 3715603 |
| Terra Nova Net, | 11/2/12 | 3715608 |
| Judith Diesel, | 11/2/12 | 3715627 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Kelly Hussey, | 11/2/12 | 3715641 |
| Vladimir Fidirko, | 11/2/12 | 3715665 |
| Jason Wolf Consulting, | 11/2/12 | 3715682 |
| James McLane, | 11/2/12 | 3715694 |
| Fatima Herrera, | 11/2/12 | 3715702 |
| Melissa Toney, | 11/2/12 | 3715711 |
| Jeff Gautier Landscaping, Inc, | 11/2/12 | 3715719 |
| Russell Cullen P.A | 11/8/12 | 3722172 |
| Osmel Acosta-Rodriguez, | 11/8/12 | 3722261 |
| Samantha Kornely, | 11/8/12 | 3722270 |
| Merida Perez, | 11/8/12 | 3722276 |
| Jaroslava Koenig, | 11/8/12 | 3722282 |
| Mamma Onesti East Inc., | 11/8/12 | 3722288 |
| Mamma Onesti Key Largo, Inc, | 11/8/12 | 3722296 |
| Mamma Onesti, Inc, | 11/8/12 | 3722305 |
| Bernadette Restivo, | 11/8/12 | 3722309 |
| Russell Cullen Jr, | 11/8/12 | 3722320 |
| Daryl Cullen, | 11/8/12 | 3722339 |
| Debra Mott, | 11/8/12 | 3722344 |
| Karin Mulchaey, | 11/8/12 | 3722347 |
| Organic Maintenance and Care, Inc, | 11/8/12 | 3722355 |
| Cesar Ornelas, | 11/8/12 | 3722365 |
| Dolores Pereira, | 11/8/12 | 3722378 |
| David Reid, | 11/8/12 | 3722385 |
| Regla Ruano, | 11/8/12 | 3722394 |
| Hector Torres, | 11/8/12 | 3722407 |
| Paul Tolli Tile, Inc., | 11/8/12 | 3722412 |
| Yanet Miranda, | 11/8/12 | 3722419 |
| John Harrelson, | 11/8/12 | 3722424 |
| Anima Charters & Sailing | 11/8/12 | 3722429 |
| Living Fit, Inc., | 11/9/12 | 3723929 |
| Michael-John Ed, | 11/9/12 | 3723934 |
| Laura Perez, | 11/9/12 | 3723941 |
| Cross Sheet Metal LLC, | 11/9/12 | 3723945 |
| Jose Mora Lopez, | 11/9/12 | 3723951 |
| Michael Neves, | 11/9/12 | 3723956 |
| Joyce Greeson, | 11/9/12 | 3723959 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Chris Blankenship, | 11/9/12 | 3723966 |
| Awilda Barragan, | 11/9/12 | 3723973 |
| Catherine Baker, | 11/9/12 | 3723992 |
| Capt. Greg Brown | 11/9/12 | 3723993 |
| Deborah Brown, | 11/9/12 | 3723998 |
| The Florida Keys Real Estate Team, Inc, | 11/9/12 | 3724002 |
| Amalia Alvarez, | 11/9/12 | 3724012 |
| Reinaldo Alvarez, | 11/9/12 | 3724042 |
| Kelley Amoroso, | 11/9/12 | 3724052 |
| Anderson Financial Service, | 11/9/12 | 3724060 |
| Ultimate Dental Care, Inc, | 11/9/12 | 3724126 |
| Luis Lomonte, | 11/13/12 | 3726272 |
| Teresa Rigby, | 11/13/12 | 3726280 |
| Donald McKenzie, | 11/13/12 | 3726288 |
| Susan Mooney, | 11/13/12 | 3726312 |
| Jonal Louis, | 11/13/12 | 3726324 |
| Wildred Lopez, | 11/13/12 | 3726335 |
| Dariusz Krogulski, | 11/13/12 | 3726341 |
| Kimberly Kennedy, | 11/13/12 | 3726345 |
| Kevin Jeffries, | 11/13/12 | 3726357 |
| John Guastavino Back Country Fishing, | 11/13/12 | 3726365 |
| Omar Gonzalez, | 11/13/12 | 3726376 |
| Lucila Garcia, | 11/13/12 | 3726383 |
| Santiago Garcia-Mendez, | 11/13/12 | 3726390 |
| Vladimir Diaz, | 11/13/12 | 3726397 |
| Marta Diaz, | 11/13/12 | 3726412 |
| John Curry, . | 11/13/12 | 3726418 |
| Carol Cornish, | 11/13/12 | 3726428 |
| Donna Christison, | 11/13/12 | 3726438 |
| Eric Camacho, | 11/13/12 | 3726448 |
| Angelique Chambers, | 11/13/12 | 3726462 |
| Timothy Contizano, | 11/13/12 | 3726470 |
| Paul Brishke, | 11/13/12 | 3726476 |
| Andrew Meyer, | 11/13/12 | 3726489 |
| Bradford Randall, | 11/13/12 | 3726498 |
| Todd Kornely, | 11/15/12 | 3730361 |
| Janette Arenado, | 11/15/12 | 3730523 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Leslie Howard, | 11/15/12 | 3730530 |
| Timothy Low, | 11/15/12 | 3730542 |
| Fralon Warren, | 11/15/12 | 3730555 |
| Lindsey Betterman, | 11/15/12 | 3730563 |
| Ian L. Cortina, | 11/15/12 | 3730569 |
| Charles Eaves, | 11/15/12 | 3730575 |
| Stephen Ferrera, | 11/15/12 | 3730579 |
| Electric Cooling & Illuminations, Inc, | 11/15/12 | 3730584 |
| Christian Boniface, | 11/15/12 | 3730592 |
| Matthew Thomas, | 11/15/12 | 3730600 |
| Michael Champigny | 11/15/12 | 3730604 |
| Coastal Counseling Services | 11/15/12 | 3730608 |
| Olbia Manduley Martinez, | 11/15/12 | 3730614 |
| Marjorie Weber, | 11/15/12 | 3730623 |
| Richard Johnson, | 11/15/12 | 3730634 |
| Susan Hankins, | 11/15/12 | 3730641 |
| Simon Trucking, Inc, | 11/15/12 | 3730648 |
| Randy Towe, | 11/15/12 | 3730665 |
| Steven Jones, | 11/15/12 | 3730669 |
| Reef Brothers Inc, | 11/15/12 | 3730689 |
| Pino Windows Of The Keys, | 11/15/12 | 3730694 |
| Laura Ramsay, PA, | 11/15/12 | 3730697 |
| Wade Miller | 11/15/12 | 3730704 |
| Pelican Plaza, LLC, | 11/15/12 | 3730714 |
| Humberto Valdes, | 11/15/12 | 3730718 |
| Big Pine Vacation Rentals Mgmt., | 11/15/12 | 3730728 |
| Orville Kelly, | 11/15/12 | 3730826 |
| Randy and Sheri Martindale, | 11/29/12 | 3744252 |
| Odalys Garcia, | 11/29/12 | 3744255 |
| Deborah Santos, | 11/29/12 | 3744259 |
| Alice Gahagen, | 11/29/12 | 3744264 |
| James Gahagen, | 11/29/12 | 3744273 |
| James M. Gahagen O.D. Inc, | 11/29/12 | 3744281 |
| Susan Key Holler, PA, | 11/29/12 | 3744288 |
| Boyce Excavating, Inc, | 11/29/12 | 3744290 |
| Homestead Guns and Ammo, | 11/29/12 | 3744295 |
| Pressed For More Time, Inc DBA Blue Water Printing, | 11/29/12 | 3744304 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Gladys Madlun, | 11/29/12 | 3744326 |
| Carl O Johanson, | 11/29/12 | 3744332 |
| Miguel Bautista, | 11/29/12 | 3744336 |
| Trudy Tiffany, | 11/29/12 | 3744345 |
| Mayelin Barrios, | 11/29/12 | 3744354 |
| Jennifer Allen | 11/29/12 | 3744362 |
| Mayra Gonzalez Housekeeping, | 11/29/12 | 3744373 |
| Norton Enterprises, Inc. DBA Norka's Cleaning, | 11/29/12 | 3752444 |
| Zephyrus Sailing Charters, | 12/6/12 | 3752444 |
| Sue Mooney P.A., | 12/6/12 | 3752448 |
| Berry's Island Storage, | 12/6/12 | 3752449 |
| Michael G. Holler, PA, | 12/6/12 | 3752450 |
| Native Adventures, Inc. DBA Miss Britt, | 12/6/12 | 3752453 |
| Camille Hickey, | 12/6/12 | 3752458 |
| Leonides Rodriguez, | 12/6/12 | 3752459 |
| Pirates Cove Bait & Tackle, | 12/6/12 | 3752460 |
| Lena Bertram, | 12/6/12 | 3752464 |
| Brian Bloodworth, | 12/6/12 | 3752467 |
| Dennis Harmon, | 12/6/12 | 3752467 |
| Jason P. Manchester, D.M.D., PA, | 12/6/12 | 3752474 |
| Heart of Yoga, | 12/6/12 | 3752477 |
| Evan Dobbins, | 12/6/12 | 3752437 |
| Alison M. Smith, | 12/7/12 | 3753338 |
| Ronny Bleser, | 12/7/12 | 3763794 |
| Charter Ft. Lauderdale Inc, DBA Round Up CharterFishing, | 12/17/12 | 3763800 |
| Angie's Custom Cushions, | 12/17/12 | 3763808 |
| Betty Guzman Solis, | 12/17/12 | 3763811 |
| John Scharch, | 12/17/12 | 3763816 |
| Lion's Lair, | 12/17/12 | 3763820 |
| Florida Keys Lanscaping, | 12/17/12 | 3763824 |
| Ribbit Investments, | 12/17/12 | 3763826 |
| Jeffrey Umla, | 12/17/12 | 3763830 |
| Joseph Hisko, | 12/17/12 | 3763839 |
| Barbara Gibson, | 12/17/12 | 3763846 |
| Mark Christian, | 12/17/12 | 3763850 |
| Dolphin Montessori, | 12/17/12 | 3763858 |
| Jana Carter, | 12/17/12 | 3763861 |