In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| James Brown, | 12/17/12 | 3763862 |
| Matthew Wright, . | 12/17/12 | 3763866 |
| Cathie Baron, | 12/17/12 | 3763886 |
| Melissa Huneau, | 12/17/12 | 3763890 |
| Gulnara Gumarova, | 12/17/12 | 3763897 |
| Wesley Lemler, | 12/17/12 | 3763899 |
| Mirtha Carrillo, | 12/17/12 | 3763903 |
| Bonnie Eaves, | 12/17/12 | 3763904 |
| Michael MacMullin, | 12/17/12 | 3763908 |
| Judith Curtis, | 12/17/12 | 3763911 |
| Stephen Wofford, | 12/17/12 | 3763916 |
| Anchor Aluminum Products, | 12/17/12 | 3763922 |
| Jean Phelan, | 12/17/12 | 3763924 |
| Joseph Soderman, | 12/17/12 | 3763928 |
| William Lane, | 12/18/12 | 3765906 |
| Bobby Walker, | 12/18/12 | 3765909 |
| Martin Ornelas, | 12/18/12 | 3765913 |
| Arturo Quezada, | 12/18/12 | 3765917 |
| Michael Huett, | 12/18/12 | 3765926 |
| Adrian Murillo, | 12/18/12 | 3765937 |
| Wire Nuts Electric of S. Florida, Inc, | 12/18/12 | 3765946 |
| Tabitha Chesher, | 12/18/12 | 3765952 |
| Fortress Investments, INC, | 12/18/12 | 3765964 |
| Ivonne Mantici, | 12/18/12 | 3765970 |
| Nora Guggenheim, | 12/18/12 | 3765980 |
| Keith Durham, | 12/18/12 | 3765987 |
| Mary Ross, | 12/18/12 | 3765996 |
| Susan Boyle, | 12/18/12 | 3766047 |
| Bethany Reilly, | 12/18/12 | 3766052 |
| Natallo Gayle, | 12/18/12 | 3766059 |
| David Shine, | 12/18/12 | 3766064 |
| Victor Arias, | 12/18/12 | 3766068 |
| Jorge Luis Diaz, | 12/18/12 | 3766079 |
| Jennifer Lear | 12/18/12 | 3766087 |
| Conch Republic Marine, LLC, | 12/18/12 | 3766088 |
| Jean Willy Henri, | 12/18/12 | 3766103 |
| Jean Riguad Henri, | 12/18/12 | 3766108 |

Case 2:10-md-02179-CJB-DPC   Document 12378-1   Filed 02/21/14   Page 2 of 19

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Mariel Montedoca, | 12/20/12 | 3769716 |
|---|---|---|
| Antonio Solis, | 12/20/12 | 3769724 |
| Karen De Berjeolis, | 12/20/12 | 3769747 |
| Georgina Rhoden Leigh, | 12/20/12 | 3769759 |
| Julio Ochoa-Munoz, | 12/20/12 | 3769774 |
| Big Torch 2, INC, | 12/20/12 | 3769784 |
| Tracy Riordan, | 12/20/12 | 3769791 |
| Idania Torres, . | 12/20/12 | 3769800 |
| Ann Caridad Perez, | 12/20/12 | 3769805 |
| Joel Lavoy, | 12/20/12 | 3769813 |
| Andrew Leonidas Vastola, | 12/20/12 | 3769818 |
| The Lobster Connection Corp, | 12/20/12 | 3769841 |
| David Tippins, | 12/20/12 | 3769860 |
| DT Tanks LLC, | 12/20/12 | 3769862 |
| Rebecca Wells, | 12/20/12 | 3769866 |
| Action Boat Rental, | 12/20/12 | 3769869 |
| Wayne Hickey, | 12/20/12 | 3769871 |
| Bonnie Levin, | 12/20/12 | 3769879 |
| Edwin Sikora, | 12/20/12 | 3769880 |
| W. Holloway Commercial Bait, | 12/20/12 | 3769887 |
| Fith Fithian, | 12/20/12 | 3769894 |
| Alfredo Quezada, | 12/20/12 | 3769896 |
| Robert Cummings, . | 12/20/12 | 3769902 |
| Magram & Magram, PA, | 12/20/12 | 3769903 |
| Tate Matheny | 12/20/12 | 3769909 |
| John Boyce III, | 12/20/12 | 3769910 |
| Clydes Yard Care, | 12/20/12 | 3769914 |
| Diane S. Gardner, PHD,PA, | 12/20/12 | 3769918 |
| Eladi Rodriguez, | 12/20/12 | 3769919 |
| South of Heaven Tattoo, | 1/16/13 | 3794728 |
| Ruben Arellano, | 1/16/13 | 3794736 |
| Alexis Labrada, | 1/16/13 | 3794742 |
| Jonathan McBride, | 1/16/13 | 3794747 |
| Majken Ellis, | 1/16/13 | 3794749 |
| Manuel Castellon | 1/16/13 | 3794752 |
| Lazaro Rivera, | 1/16/13 | 3794757 |
| Emanuel Stinson, | 1/16/13 | 3794759 |

Case 2:10-md-02179-CJB-DPC   Document 12378-1   Filed 02/21/14   Page 3 of 19

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Debra Puch, | 1/16/13 | 3794764 |
| Debbie Randall, | 1/16/13 | 3794767 |
| Kevin Puch, | 1/16/13 | 3794769 |
| Veronica Garmas, | 1/16/13 | 3794772 |
| James Sorrell, | 1/16/13 | 3794776 |
| Harmonious Hands For Health, | 1/16/13 | 3794799 |
| Luz A. Torres, | 1/16/13 | 3794916 |
| Kimberly Ocean Nason's Green Cleaning, | 1/16/13 | 3794919 |
| Captain Ron, | 1/16/13 | 3794925 |
| Largo Management, | 1/16/13 | 3794926 |
| Dolfinn Enterprises LLC dba Time Out Magazine, | 1/16/13 | 3794928 |
| Joe Talamas, | 1/16/13 | 3794934 |
| Capt. Denny's Marine Inc, | 1/16/13 | 3794940 |
| Miguel Ortiz, 2620. | 1/16/13 | 3794944 |
| Mr. Lift Truck E. Inc, | 1/16/13 | 3794951 |
| Carlos A. Espinosa, | 1/16/13 | 3794955 |
| Alan D. Grove, | 1/16/13 | 3794959 |
| Christopher Omar Marshall | 1/16/13 | 3794973 |
| Albert Izquierdo | 1/16/13 | 3794995 |
| Timothy King, | 1/16/13 | 3794997 |
| John O'Steen Jr., | 1/16/13 | 3794998 |
| Surfside Aluminum of the Florida Keys Inc, | 1/16/13 | 3795000 |
| Abby Deaver, . | 1/16/13 | 3795002 |
| Thomas J Mercier, | 1/16/13 | 3795005 |
| Melbin Danilo Hernandez, | 1/16/13 | 3795013 |
| Jorge Felix Barrios, | 1/16/13 | 3795016 |
| Adela Graciela Barrios, | 1/16/13 | 3795022 |
| Joseph Young Sr., | 1/16/13 | 3795025 |
| Gwendolyn E. Perez, | 1/16/13 | 3795026 |
| Alicia L. Wofford, . | 1/16/13 | 3795029 |
| Frank Tom Michelini, | 1/16/13 | 3795035 |
| Jorge Diego Naranjo Leon, | 1/16/13 | 3795042 |
| Keys Crane Service, | 1/16/13 | 3795053 |
| MLP Builders, Inc, | 1/16/13 | 3795064 |
| Peter L Christie, | 1/16/13 | 3795069 |
| John A. Williams, | 1/16/13 | 3795073 |
| Karen Marie Gariepy, | 1/16/13 | 3795075 |

Case 2:10-md-02179-CJB-DPC   Document 12378-1   Filed 02/21/14   Page 4 of 19

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Wilfredo M Pena, | 1/16/13 | 3795079 |
| Old Keys Tavern, | 1/16/13 | 3795083 |
| Quenton J Qualheim, | 1/16/13 | 3795088 |
| Hernando Hernandez, | 1/16/13 | 3795098 |
| Rolando H Roman, | 1/16/13 | 3795108 |
| Tara L Smith . | 1/16/13 | 3795115 |
| Giovanny Jose Vargas | 1/16/13 | 3795130 |
| Yaima Ortiz Padron, | 1/16/13 | 3795134 |
| John Robert Logan, | 1/16/13 | 3795136 |
| Travis Mikalson, | 1/16/13 | 3795144 |
| Andre Forest, | 1/16/13 | 3795154 |
| Mary Jeanell Albert, | 1/16/13 | 3795160 |
| Jenny L Fready, | 1/16/13 | 3795165 |
| Michael A. Gregory, | 1/16/13 | 3795170 |
| Neil Perello, | 1/16/13 | 3795174 |
| Napharine George Stuart, | 1/16/13 | 3795184 |
| Benjamin Pereira, | 1/16/13 | 3795364 |
| Reef Tropical Construction, Inc, | 1/23/13 | 3802241 |
| Wyland Galleries of Key West Sales, | 1/23/13 | 3802243 |
| Barry Reidy, | 1/23/13 | 3802245 |
| Nidia Judith Aguirre, | 1/23/13 | 3802251 |
| Elva Lavado, | 1/23/13 | 3802268 |
| All Keys Reporting, | 1/23/13 | 3802270 |
| Reef Custom Electric, Inc, | 1/23/13 | 3802290 |
| Elda Scott, | 1/23/13 | 3802296 |
| Marc Andy Segard, | 1/23/13 | 3802301 |
| Norma Bonola, | 1/23/13 | 3802306 |
| Erich Garcia, | 1/23/13 | 3802370 |
| Monroe Tire & Auto Service, | 1/23/13 | 3802381 |
| South Cape Marine LLC, | 1/23/13 | 3802399 |
| Antoniette A Magas, | 1/23/13 | 3802453 |
| Cross Sheet Metal LLC, | 1/23/13 | 3802467 |
| Antonio Castro, | 1/23/13 | 3802474 |
| Renee Grier, | 1/23/13 | 3802532 |
| Toby Velasco, | 1/23/13 | 3802755 |
| Diane Rohr, | 1/23/13 | 3802769 |
| Viktor Slavov, | 1/23/13 | 3802774 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Victor Giron Garcia, | 1/23/13 | 3802781 |
| Yvonne Goldson, | 1/23/13 | 3802787 |
| Deborah D Judd, | 1/23/13 | 3802794 |
| Plutarco Ponce, | 1/23/13 | 3802804 |
| Reyes Vicioso, | 1/23/13 | 3802810 |
| Jonathan Hess Jackson, | 1/23/13 | 3802819 |
| Deanne Waynick, | 1/23/13 | 3802823 |
| Joseph M. Brunke, | 1/23/13 | 3802831 |
| Harry M Sutherland, | 1/23/13 | 3802836 |
| Lillian J. Sutherland, | 1/23/13 | 3802838 |
| William J Camp DBA RGE Productions, | 1/23/13 | 3802843 |
| Mark White, | 1/23/13 | 3802845 |
| Sebastian (KP) Enterprises, Inc | 1/23/13 | 3802846 |
| Mary Pauline Williams, | 1/23/13 | 3802853 |
| Charlie's Garage, | 1/23/13 | 3802864 |
| Julie Eileen Walker, | 1/23/13 | 3802869 |
| Kelly Jo Martin, | 1/23/13 | 3802871 |
| Islands DJ Service, Inc, | 1/23/13 | 3802879 |
| Ralph Weidman, | 1/23/13 | 3802886 |
| Olga Maria Padron, | 1/23/13 | 3802890 |
| Larry Joseph Smorgala, | 1/23/13 | 3802894 |
| Andre Charles, | 1/23/13 | 3802897 |
| Claudia Maria Lopez Perez, | 1/23/13 | 3802902 |
| Richard Van McCardle, | 1/23/13 | 3802905 |
| Jairo E Gomez, | 1/23/13 | 3802908 |
| Elissa B Hemeyer, | 1/23/13 | 3802912 |
| Mirna Erenia Narvaez, | 1/23/13 | 3802913 |
| Nancy Elizabeth Aguilar Rios, | 1/23/13 | 3802914 |
| Island Elevator Co., Inc, | 1/23/13 | 3802918 |
| Marilyn J Beyer, | 1/23/13 | 3802920 |
| Francois Abraham, | 1/23/13 | 3802922 |
| Nicholas J Cannazzaro, | 1/23/13 | 3802926 |
| Bonnie M Tillman, | 1/23/13 | 3802928 |
| Michele M McBride, | 1/23/13 | 3802932 |
| Jennifer A Monkhouse, | 1/23/13 | 3802935 |
| Coral Reef Tropical Pools, Inc, | 1/23/13 | 3802936 |
| Dean A. Bosworth, | 1/23/13 | 3802938 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Richard L Shimp, | 1/23/13 | 3802939 |
| Richard Marr, | 1/23/13 | 3802942 |
| Yvette Winslow, | 1/23/13 | 3802951 |
| Robert Michael Sheedy, | 1/23/13 | 3802956 |
| Key West Jewlers, | 1/30/13 | 3811845 |
| Kenneth A Rush, | 1/30/13 | 3811849 |
| Waypoint Enterprises, | 1/30/13 | 3811854 |
| Carlos Enrique Randin, | 1/30/13 | 3811857 |
| George R Morton, | 1/30/13 | 3811860 |
| Jean Hunt, | 1/30/13 | 3811862 |
| Gary Hunt, | 1/30/13 | 3811867 |
| Richard Raines LLC, | 1/30/13 | 3811870 |
| Ester Porhun, | 1/30/13 | 3811872 |
| Douglas j Johns, | 1/30/13 | 3811873 |
| Alina Cabrera Hernandez, | 1/30/13 | 3811878 |
| Rigoberto Quezada, | 1/30/13 | 3811883 |
| Denise Truax, | 1/30/13 | 3811888 |
| Edgardo Valiente, | 1/30/13 | 3811891 |
| Symbolik Structures, Inc, | 1/30/13 | 3811895 |
| Jesus O. Morales, | 1/30/13 | 3811905 |
| Juvenal Sanchez, | 1/30/13 | 3811911 |
| Michael Petrusha, | 1/30/13 | 3811914 |
| Delaine R Nicholson, | 1/30/13 | 3811923 |
| April Cummings, | 1/30/13 | 3811960 |
| Diann Barber, | 1/30/13 | 3811994 |
| Anne E Mock, | 1/30/13 | 3812003 |
| Luis A Dominguez, | 1/30/13 | 3812007 |
| Brett D Thompson, | 1/30/13 | 3812012 |
| Marlene L Swaidan, | 1/30/13 | 3812016 |
| Juan Ramone Hernandez, | 1/30/13 | 3812022 |
| Jennifer Lynn McCrory, | 1/30/13 | 3812027 |
| Humberto R Garcia, | 1/30/13 | 3812030 |
| Adan J Salgado, | 1/30/13 | 3812033 |
| Billie Sue Graper, | 1/30/13 | 3812045 |
| Vivian Sanchez, | 1/30/13 | 3812052 |
| Jan Joleen Nelson, | 1/30/13 | 3812059 |
| Karen M. Christman, | 1/30/13 | 3812068 |

Case 2:10-md-02179-CJB-DPC   Document 12378-1   Filed 02/21/14   Page 7 of 19

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Heath Kirk Steuben, | 1/30/13 | 3812075 |
| R. G. Mechanical Services, Corp, | 1/30/13 | 3812088 |
| Melissa M Weierick, | 1/30/13 | 3812099 |
| Bonnie L Marra, | 1/30/13 | 3812103 |
| Reginald Lanarris Pittman, | 1/30/13 | 3812111 |
| Maria T. Garcia, | 1/30/13 | 3812119 |
| H. W. Beyer Funeral Home, Inc, | 1/30/13 | 3812125 |
| Bridget Crossen, | 1/30/13 | 3812130 |
| Atlantic Ocean Homes, Inc, | 1/30/13 | 3812192 |
| Robert Joseph Wike, | 1/30/13 | 3812197 |
| Neisy Fleites, | 1/30/13 | 3812203 |
| Cynthia A Mansueto, | 1/30/13 | 3812216 |
| Jose M Cuello, | 1/30/13 | 3812236 |
| Michael Joseph O' Grady, | 1/30/13 | 3812241 |
| Todd Allen West, | 2/6/13 | 3820842 |
| Ronald Bauman, | 2/6/13 | 3820866 |
| News Barometer/Real Estate Guide, | 2/6/13 | 3820875 |
| Sallie J Korte, | 2/6/13 | 3820896 |
| Bagel Island Deli, Inc, | 2/6/13 | 3820899 |
| Carlos Amaya Barahona, | 2/6/13 | 3820904 |
| Janelle M Smith, | 2/6/13 | 3820910 |
| Blue Moon Emporium, Inc, | 2/6/13 | 3820918 |
| Kirssis T. Anaya, | 2/6/13 | 3820923 |
| Rosemarie P Oakes, | 2/6/13 | 3820927 |
| Alfonsina De Asmundis, | 2/6/13 | 3820934 |
| Sonia Garcia Nunez, | 2/6/13 | 3820946 |
| Don H Needles, | 2/6/13 | 3820953 |
| Alejandro Martir, | 2/6/13 | 3820955 |
| Bradley J Zackman, | 2/6/13 | 3820975 |
| Action I, II, III LLC, | 2/6/13 | 3820983 |
| Delroy Kirlew, | 2/6/13 | 3820988 |
| David Norman, | 2/6/13 | 3820992 |
| John B Summers, | 2/6/13 | 3820994 |
| Robert E Hopkins, | 2/6/13 | 3820998 |
| Briceida Garcia Costa, | 2/6/13 | 3821001 |
| Michael Rene Neves, | 2/6/13 | 3821004 |
| Michael J Mansueto, | 2/6/13 | 3821007 |

Case 2:10-md-02179-CJB-DPC   Document 12378-1   Filed 02/21/14   Page 8 of 19

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Mario Cisnero Avila, | 2/6/13 | 3821016 |
| Jorge Manso Lopez, | 2/6/13 | 3821020 |
| Elda Solis, | 2/6/13 | 3821025 |
| Santana Zupply, Inc, | 2/6/13 | 3821028 |
| Lamont Lipscomb, | 2/19/13 | 3832106 |
| Peter Varney, | 2/19/13 | 3832126 |
| Barbara L Yohn, | 2/19/13 | 3832137 |
| Daniel Ruano, | 2/19/13 | 3832148 |
| Halfbreed Custome Motorcycles LLC, | 2/19/13 | 3832157 |
| Florida Keys Watercraft, | 2/19/13 | 3832166 |
| Korey Holland, | 2/19/13 | 3832172 |
| Demaras Inc., | 2/19/13 | 3832179 |
| Joseph Valenza, | 2/19/13 | 3832187 |
| A Little Taste of Keys, | 2/19/13 | 3832217 |
| Reliable Degreasing, | 2/19/13 | 3832240 |
| Eric Young, | 2/19/13 | 3832247 |
| Marcos Alpizar Perez, | 2/19/13 | 3832262 |
| Juan Nieda, | 2/19/13 | 3832273 |
| Betsabe Lobo, | 2/19/13 | 3832286 |
| John Ballard, | 2/19/13 | 3832297 |
| Ledy Amador | 2/19/13 | 3832304 |
| Oneil Esquirol, | 2/19/13 | 3832320 |
| Norberto M Pallan, | 2/19/13 | 3832329 |
| Veronica Cabral Sandoval, | 2/19/13 | 3832359 |
| Jeremiah J Helm, | 2/19/13 | 3832362 |
| Mary Motte, | 2/19/13 | 3832364 |
| Jerry Franklin Butler, | 2/19/13 | 3832368 |
| Gregory John Rainer, | 2/19/13 | 3832373 |
| Andres Barrales Torres H, | 2/19/13 | 3832384 |
| E.M.C. Oil Corporation, | 2/19/13 | 3832412 |
| Maria E Leon, | 2/19/13 | 3832421 |
| David Charles Pierce, | 2/19/13 | 3832430 |
| Angelo R Consiglio, | 2/19/13 | 3832434 |
| Melissa Pietruszka, | 2/19/13 | 3832442 |
| Richard Pietruszka, | 2/19/13 | 3832457 |
| Martin E Brome, | 2/19/13 | 3832522 |
| Vianka O. Sikora, | 2/19/13 | 3832554 |

Case 2:10-md-02179-CJB-DPC   Document 12378-1   Filed 02/21/14   Page 9 of 19

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Melissa Pietruszka, | 2/19/13 | 3832562 |
|---|---|---|
| Keys Payroll Services, | 2/19/13 | 3832597 |
| Lismary Rosales, | 2/19/13 | 3832606 |
| Dianelis Suarez, | 2/19/13 | 3832649 |
| Lazara Mariela Yerena, | 2/19/13 | 3832659 |
| Mercedes Lopez, | 2/19/13 | 3832672 |
| Fabiolla Padilla, | 2/19/13 | 3832685 |
| Crossen Joiner Management, Inc, | 2/19/13 | 3832738 |
| Stephen T Meacham, | 2/19/13 | 3832776 |
| Samuel Ornelas, | 2/19/13 | 3832783 |
| Lisa Omarsdottir, | 2/19/13 | 3832789 |
| Joel Galicia, | 2/19/13 | 3832796 |
| Mercedes Ballard, | 2/19/13 | 3832806 |
| Yusmila Ferrer, | 2/19/13 | 3832816 |
| Luis Perez-Garcia, | 2/19/13 | 3832825 |
| Karen G Hoad, | 2/19/13 | 3832831 |
| Lourdes X Sanchez, | 2/19/13 | 3832834 |
| Pirates Hat Marina LLC, | 2/19/13 | 3832838 |
| Robert D Allsbrook, | 2/19/13 | 3832843 |
| Angie Santos, | 2/19/13 | 3832848 |
| Elizabeth Ann Mee, | 2/19/13 | 3832851 |
| Alvaro Fregoso, | 2/19/13 | 3832854 |
| Guillermina Quintana, | 2/19/13 | 3832858 |
| Marie M Legrand, | 2/19/13 | 3832861 |
| Guillermo Avila, | 2/19/13 | 3832871 |
| Vincent J Picone, | 2/19/13 | 3832877 |
| Rosa Aurora Castillo Moran, | 2/19/13 | 3832882 |
| The Cook Group, DBA Sunset Tiki Bar, | 2/19/13 | 3832889 |
| Zachary M Smith | 2/19/13 | 3832897 |
| Stan's Live Bait, | 3/8/13 | 3855817 |
| John E Martin, | 3/8/13 | 3855822 |
| Melbin Danilo Hernandez, | 3/8/13 | 3855831 |
| Donna Marie Sumrell, | 3/8/13 | 3855838 |
| Vanessa Molina | 3/8/13 | 3855841 |
| Patrick J McDonald, | 3/8/13 | 3855844 |
| Jacqueline A Alpers, | 3/8/13 | 3855852 |
| Pamela Godfrey, | 3/8/13 | 3855859 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Lynn A. Zuccaro, | 3/8/13 | 3855863 |
| Alfred Kluge, | 3/8/13 | 3855881 |
| Carlos Mirabal, | 3/8/13 | 3855890 |
| Maritza G Garcia, | 3/8/13 | 3855904 |
| Reina De La Torre, | 3/8/13 | 3855913 |
| Gulnoz Sharipova, | 3/8/13 | 3856000 |
| Umarkul Ganiev, | 3/8/13 | 3856005 |
| Dona Beckmann, | 3/8/13 | 3856011 |
| Rosendo Lazaro Castillo Roque, | 3/8/13 | 3856015 |
| Timothy Robert Driscoll, | 3/8/13 | 3856022 |
| Maximo Borges Hernandez, | 3/8/13 | 3856029 |
| Kerri Ann Bender, | 3/8/13 | 3856034 |
| Jorge E. Leon, | 3/8/13 | 3856037 |
| Gemini Printing Operations, Inc, | 3/8/13 | 3856040 |
| Eva Marie Fernicola, | 3/8/13 | 3856051 |
| Stephanie Ferrer, | 3/8/13 | 3856056 |
| J Martin Renovations Inc., | 3/8/13 | 3856060 |
| Eduardo Comas, | 3/8/13 | 3856063 |
| Bryan D. Fix, | 3/8/13 | 3856065 |
| Jose Robert Gonzalez, | 3/8/13 | 3856068 |
| Amelia Vidal, | 3/8/13 | 3856070 |
| Maria Lourdes Ortiz, | 3/8/13 | 3856081 |
| Carol L MacNeil, | 3/8/13 | 3856091 |
| Alvaro F Mayorga, | 3/8/13 | 3856094 |
| George W. Howells, | 3/8/13 | 3856096 |
| Yoel Perez Garcia, | 3/8/13 | 3856098 |
| Lynnette Marie Violette, | 3/8/13 | 3856100 |
| Cassie L Cummings, | 3/8/13 | 3856102 |
| Island Pools, | 3/8/13 | 3856113 |
| Alberto Aguirre, | 3/8/13 | 3856115 |
| Yuliet Herrada, | 3/8/13 | 3856117 |
| Marcia Lorena Silva, | 3/8/13 | 3856125 |
| Eva Pena, | 3/8/13 | 3856129 |
| David Davia, | 3/8/13 | 3856132 |
| Maria C Ramirez, | 3/8/13 | 3856146 |
| Carmen M Zirio, | 3/8/13 | 3856150 |
| Eduardo Perez Garcia, | 3/8/13 | 3856158 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Luis D Noa Garcia, . | 3/8/13 | 3856164 |
| Michael James Baker, | 3/8/13 | 3856169 |
| Richard D MacNeil, | 3/8/13 | 3856171 |
| Derek Wayne Donald, | 3/8/13 | 3856175 |
| Donna M Lahey, | 3/8/13 | 3856181 |
| Amy R Simonaitis, | 3/8/13 | 3856185 |
| Ariel Chavez, | 3/8/13 | 3856189 |
| Manuel A Garcia, | 3/8/13 | 3856194 |
| Robert R Hellmuth, | 3/8/13 | 3856195 |
| Dan Pavon, Inc, | 3/8/13 | 3856199 |
| Joseph Stayduhar, | 3/8/13 | 3856203 |
| Rita Sanchez, | 3/8/13 | 3856207 |
| Hortensia R. Becerra, | 3/8/13 | 3856219 |
| Jeffery Holroyd | 3/12/13 | 3859513 |
| Kallie Tarves, | 3/12/13 | 3859516 |
| William Hart, | 3/12/13 | 3859522 |
| Jose Mora Lopez, | 3/12/13 | 3859526 |
| Tropical Cleaners of the Keys, Inc, | 3/12/13 | 3859586 |
| Cheryl Huckins Cleaning Service | 3/12/13 | 3859587 |
| Matthew Robert Hand, | 3/12/13 | 3859592 |
| Laura C Maddison, | 3/12/13 | 3859593 |
| Woodman Joshua Alderman, | 3/12/13 | 3859596 |
| Flying A Security Systems, Inc, | 3/12/13 | 3859598 |
| Three Amigos Plumbing Monroe, Inc, | 3/12/13 | 3859600 |
| Carmeau Legrand, | 3/12/13 | 3859603 |
| Neelakantha Harrington, | 3/12/13 | 3859607 |
| Phyllis A Williams, | 3/12/13 | 3859608 |
| Coconut Critters, | 3/12/13 | 3859615 |
| Joseph F Scheible, | 3/12/13 | 3859618 |
| Anthony Edward Dus, | 3/12/13 | 3859620 |
| Kristina Villemonte, | 3/12/13 | 3859626 |
| Olga L Sanchez, | 3/12/13 | 3859628 |
| Allison D Williams, | 3/12/13 | 3859631 |
| Robert Scott Rodman, | 3/12/13 | 3859633 |
| Reynaldo Martinez, | 4/3/13 | 3889114 |
| Kevin Pease, | 4/3/13 | 3889119 |
| Christine Godlewski, | 4/3/13 | 3889169 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Steven Godlewski, | 4/3/13 | 3889187 |
| Scott G Ahrens, | 4/3/13 | 3889200 |
| Andrea A Kemp, | 4/3/13 | 3889219 |
| Jamie E. Rider, | 4/3/13 | 3889225 |
| Doreen M Cunningham, | 4/3/13 | 3889232 |
| Michael L Sipes, | 4/3/13 | 3889239 |
| Ann L Haber, | 4/3/13 | 3889244 |
| Dana Guerrant, | 4/3/13 | 3889250 |
| James H. Rautio, | 4/3/13 | 3889261 |
| Karen S Justice cleaning Service, | 4/3/13 | 3889267 |
| The Arts Foundation, | 4/3/13 | 3889275 |
| Dale A Como, | 4/3/13 | 3889280 |
| Adam Moore, | 4/3/13 | 3889288 |
| Aida Porras, | 4/3/13 | 3889299 |
| Caceres Marie Michelle, | 4/3/13 | 3889310 |
| Billy C Davis, | 4/3/13 | 3889316 |
| Mike N Ike Cooling and Heating Inc, | 4/3/13 | 3889323 |
| Sullivan's Custom Woodworking Inc, | 4/3/13 | 3889328 |
| Michael L Griffin, | 4/3/13 | 3889331 |
| Sunny Days Catamarans, LLC, . | 4/3/13 | 3889338 |
| Eymann Investment Group, LLC, | 4/3/13 | 3889356 |
| Joanne Sipes, | 4/3/13 | 3889385 |
| Manuel Fabelo, | 4/3/13 | 3889409 |
| Jack Hagopian, | 4/3/13 | 3889427 |
| Randall Violette, | 4/3/13 | 3889443 |
| Num Thai Restaurant, | 4/3/13 | 3889498 |
| Prapaporn Russmetes, | 4/3/13 | 3889502 |
| Sonia Salvarrey, | 4/3/13 | 3889507 |
| Robert Joseph Wike, | 4/3/13 | 3889512 |
| Oscar Lobo, | 4/3/13 | 3889520 |
| Laura A Sturgeon, | 4/3/13 | 3889525 |
| Elena M. DiMaggio, | 4/3/13 | 3889527 |
| Bri-Tech Coatings, Inc, | 4/3/13 | 3889534 |
| Jo Gunthner, | 4/3/13 | 3889538 |
| Flancher Apartments, LLC, | 4/3/13 | 3889574 |
| John D Mahoney, | 4/3/13 | 3889613 |
| Connie Arrabal, | 4/3/13 | 3889636 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Jennifer L D'Alessandro, | 4/17/13 | 3911164 |
| Islamorada Pool Company, Inc, | 4/17/13 | 3911416 |
| Terry S Davis, | 4/17/13 | 3911423 |
| Dietz K Robert, | 4/17/13 | 3911431 |
| Timothy Hemsoth, | 4/17/13 | 3911437 |
| Cory S Walter, | 4/17/13 | 3911442 |
| Robert A Svoboda, | 4/17/13 | 3911447 |
| Charles D Meier, | 4/17/13 | 3911462 |
| Janet Wood, | 4/17/13 | 3911470 |
| Patricia Ann Cannon, | 4/17/13 | 3911472 |
| Frederick Harold Stewart Jr, | 4/17/13 | 3911475 |
| Jason T Roma, | 4/17/13 | 3911491 |
| Vanessa L Leffler, | 4/17/13 | 3911506 |
| Donald Spraetz, | 4/17/13 | 3911521 |
| Beach and Reef, Inc, | 4/17/13 | 3911530 |
| Scott James Vosburgh, | 4/17/13 | 3911540 |
| Sole Collector, | 4/17/13 | 3911548 |
| Mike Haack Excavating, Inc, | 4/17/13 | 3911551 |
| Anthony E Crain, | 4/17/13 | 3911569 |
| Hurricane Shutters of Key West, | 4/17/13 | 3911579 |
| Nicholas Harold Smith | 4/17/13 | 3911595 |
| Paul M Geiger, | 4/17/13 | 3911605 |
| Robert D Williams, | 4/23/13 | 3929351 |
| Benjamin H Tarafdar, | 4/23/13 | 3929393 |
| Janette R Holmes, | 4/23/13 | 3929414 |
| Mark S Poetz, | 4/23/13 | 3929426 |
| Jedi Acevedo Construction, | 4/23/13 | 3929435 |
| Wendy Bolen, | 4/23/13 | 3929473 |
| Daneisa Alecia Robinson, | 4/23/13 | 3929481 |
| James M Osborne, | 4/23/13 | 3929495 |
| Casey Dressler, | 4/23/13 | 3929593 |
| Richard k Rozier, | 4/23/13 | 3929622 |
| Shawn Burnstad Inc, | 4/23/13 | 3929693 |
| Fredy Varela, | 4/23/13 | 3929700 |
| Hidden Out, | 4/24/13 | 3931035 |
| Ariel Ruano Velasquez, | 4/24/13 | 3931042 |
| Mud Bone Inc, | 4/24/13 | 3931045 |

Case 2:10-md-02179-CJB-DPC   Document 12378-1   Filed 02/21/14   Page 14 of 19

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Neal Oliver, | 4/24/13 | 3931051 |
|---|---|---|
| Sonya A Leto, | 4/24/13 | 3931061 |
| Justyna I Janicka, | 4/24/13 | 3931065 |
| Dell Lunsford, | 4/24/13 | 3931072 |
| Mariola Janicka-Williams, | 4/24/13 | 3931081 |
| Natalie A Machado, | 4/24/13 | 3931095 |
| Guillermo Morales, | 4/24/13 | 3931105 |
| Kenneth E. Jones, | 4/24/13 | 3931120 |
| Lucy Doyle, | 4/24/13 | 3931130 |
| Robert C Gibbs, | 5/9/13 | 3956000 |
| Sugar Loaf Office Services, Inc, | 5/9/13 | 3956011 |
| Grader Mike, LLC, | 5/9/13 | 3956023 |
| Taj J Adams, | 5/9/13 | 3956027 |
| Garmas Ivan, | 5/9/13 | 3956031 |
| Lenore Lenoir, | 5/10/13 | 3957912 |
| Jesse Yerger, | 5/10/13 | 3957917 |
| Leslee A Tallman-Spaulding, | 5/10/13 | 3957920 |
| Gerardo Garcia, | 5/10/13 | 3957936 |
| Bernard E Eymann, | 5/10/13 | 3957963 |
| Julie Goll, | 5/10/13 | 3957968 |
| Hyacinth Amelda Allen, | 5/10/13 | 3957972 |
| Mangrove Bob's Concrete Pumping, | 5/10/13 | 3957975 |
| Richard A Jeselskis, | 5/10/13 | 3957990 |
| Maria T. Canto, | 5/10/13 | 3957999 |
| Sandra M. Mc Teague, | 5/10/13 | 3958002 |
| Yoelky Torna, | 5/10/13 | 3958005 |
| Lesley's Custom Canvas, | 5/13/13 | 3960521 |
| Andrew Goll, | 5/13/13 | 3960524 |
| Alexis Verdecia Guzman, | 5/13/13 | 3960544 |
| Thomas E Nichols, | 5/13/13 | 3960551 |
| Roma Lambert, | 5/13/13 | 3960566 |
| Teresa Eugenie Evans, | 5/13/13 | 3960570 |
| Juan M Diaz, | 5/13/13 | 3960588 |
| Justo R Chacon, | 5/13/13 | 3960593 |
| Robert E Daniel Jr, | 5/13/13 | 3960600 |
| George William Hamshire, | 5/13/13 | 3960610 |
| Patricia D Floyd, | 5/13/13 | 3960617 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| T.C. Pools, Inc, | 5/13/13 | 3960649 |
| Ted R Pulhamus, . | 5/17/13 | 3971157 |
| Baltazar Vargas Perez, | 5/17/13 | 3971201 |
| T & M Enterprises KW Inc | 5/17/13 | 3971220 |
| Robert R Halbrook, | 5/17/13 | 3971236 |
| Teresa S Rierson, | 5/17/13 | 3971242 |
| Keys to the Sea Realty, Inc | 5/17/13 | 3971255 |
| Judy Lafferty, | 5/17/13 | 3971262 |
| Visith Sueksagan, | 6/17/13 | 4021119 |
| Rosemary K Farrell, | 6/17/13 | 4021127 |
| Jacqueline marie Goering, | 6/17/13 | 4021133 |
| Tony Pappas, | 6/17/13 | 4021299 |
| Tony Campo, | 6/17/13 | 4021342 |
| Annie Bullock, | 6/17/13 | 4021353 |
| Lynn Cauger, | 6/17/13 | 4021361 |
| William Cauger, | 6/17/13 | 4021366 |
| Mary s Woodrum, | 6/18/13 | 4022179 |
| Maria Perdigon, | 6/18/13 | 4022201 |
| Manatee Haven I & II, | 6/18/13 | 4022224 |
| Lindsay A Himmelsbach, | 6/18/13 | 4022231 |
| Island Paint & Body, | 6/18/13 | 4022235 |
| Andrae Cochrane, | 6/18/13 | 4022240 |
| Britney A Spivey-Dixon, | 6/18/13 | 4022245 |
| Palm Tree Treasures | 6/18/13 | 4022252 |
| Sasha Sosa, | 6/18/13 | 4022266 |
| Kelly& Son Electric, Inc, | 6/18/13 | 4022274 |
| Lynn G Wintermyer, | 6/18/13 | 4022281 |
| Robert E Forbes, | 6/18/13 | 4022289 |
| Stanton Salerno, | 8/6/13 | 4089926 |
| Armando Lopez, | 8/6/13 | 4089929 |
| Ruth Haigh, | 8/6/13 | 4089932 |
| John Mann, | 8/6/13 | 4089936 |
| Tropical Clean Air, | 8/6/13 | 4089946 |
| Paul's Permit Services, | 8/6/13 | 4089989 |
| Amalia Quezada, | 8/6/13 | 4089999 |
| Marker 84 Properties LLC, | 8/6/13 | 4090038 |
| Earnie Alexander Plumbing, | 8/6/13 | 4090218 |

34

Case 2:10-md-02179-CJB-DPC   Document 12378-1   Filed 02/21/14   Page 16 of 19

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Joanne Moore, | 8/6/13 | 4090223 |
| Jesus Ramos-Carmenate, | 8/6/13 | 4090232 |
| J Anneliese Hart, | 8/6/13 | 4090239 |
| R Marsha Jones, | 8/6/13 | 4090572 |
| Truval Village Inc, | 8/6/13 | 4090573 |
| Frank R. Ramsingh, | 8/6/13 | 4090578 |
| BR Construction, | 8/6/13 | 4090585 |
| Angie DiGiovani, | 8/6/13 | 4090624 |
| Cynthia L Dech, | 8/6/13 | 4090629 |
| Robin L Paulin, | 8/6/13 | 4090639 |
| Kevin R Dempton, | 8/6/13 | 4090646 |
| Jason P Broeder, | 8/6/13 | 4090651 |
| William R Gillette, | 8/6/13 | 4090657 |
| Billy Dollarhide, | 8/6/13 | 4090662 |
| Patrycja Fac, | 8/6/13 | 4090665 |
| Maria Boardman, | 8/6/13 | 4090699 |
| Suzamme M Egle, | 8/6/13 | 4090730 |
| April M Cooper, | 8/6/13 | 4090735 |
| Eric Swenson, | 8/6/13 | 4090763 |
| Dimaima De Matos, | 8/12/13 | 4097295 |
| Sylvia M. Shelly Family Trust, | 8/12/13 | 4097297 |
| Lissa Terese Skincare, LLC, | 8/12/13 | 4097301 |
| John Berky, | 8/12/13 | 4097303 |
| Aaffordable Solutions, LLC, | 8/12/13 | 4097318 |
| Keisha Beswick-Marshall, | 8/12/13 | 4097325 |
| Albren Yacht Services, LLC, | 8/12/13 | 4097329 |
| David Umpleby, | 8/12/13 | 4097345 |
| James S Whitmarsh, | 8/12/13 | 4097369 |
| Susanne Fornell, | 10/16/13 | 4193912 |
| Charles R Bauer, | 10/16/13 | 4193941 |
| Jessica L Lilli, | 10/16/13 | 4193942 |
| James P Ahearn, | 10/16/13 | 4193945 |
| John Hines, | 10/16/13 | 4193950 |
| Scott M Williams, | 10/16/13 | 4193957 |
| George Todd Taylor, | 10/16/13 | 4193963 |
| Maria Fradera, | 10/16/13 | 4193981 |
| Daniel Thomas Shalvatis Jr, | 10/16/13 | 4193988 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Roberto Garcia, | 10/16/13 | 4193997 |
| Karen Leonard, | 10/16/13 | 4194002 |
| Jose Napoles, | 10/16/13 | 4194008 |
| Mark Marek, | 10/16/13 | 4194013 |
| Cleaning by Monika, LLC, | 10/16/13 | 4194018 |
| Alison Young, | 10/16/13 | 4194022 |
| Slice of Paradise LLC, | 10/16/13 | 4194027 |
| Bayview Homes, LLC, | 10/16/13 | 4194032 |
| Pioneer Technology Inc, | 10/16/13 | 4194040 |
| Charles R Malby Jr., | 10/16/13 | 4194044 |
| Calvin Cruz, | 10/16/13 | 4194125 |
| Chao X Lian, | 10/16/13 | 4194134 |
| George F Kruzick, | 10/16/13 | 4194148 |
| Key West Seaport Inc, DBA Schooner Warf Bar, | 10/16/13 | 4194160 |
| Gordon G Hopkins | 10/16/13 | 4194200 |
| Lourdes M Spellman, | 10/16/13 | 4194207 |
| Hink Holdings LLC, | 10/16/13 | 4194212 |
| Wasim H Mohammed, | 10/16/13 | 4194219 |
| Massage by Mary Ann Nelson, | 10/16/13 | 4194227 |
| Frank Gregory, | 10/16/13 | 4194244 |
| Manuel A Gaunaurd, | 10/16/13 | 4194276 |
| Joseph R Lepree, | 10/16/13 | 4194341 |
| Jacqueline D Lepree, | 10/16/13 | 4194342 |
| DBA China Garden, Inc Big Pine, | 10/16/13 | 4194577 |
| Wynn R Merryman, | 10/16/13 | 4194625 |
| Vicki Tashjian, | 10/16/13 | 4194659 |
| Anchor Inn Motel, | 10/16/13 | 4194667 |
| Thomas Haddican, | 10/16/13 | 4194672 |
| Ai Ying Zheng, | 10/16/13 | 4194677 |
| Yi Zhuang Zhang, | 10/16/13 | 4194680 |
| Jian Zheng, | 10/16/13 | 4194683 |
| Bi Zheng, | 10/16/13 | 4194688 |
| Force Five of Key West DBA Sweets of Paradise, | 10/17/13 | 4195581 |
| Kathleen Pietruszka, | 10/17/13 | 4195621 |
| PT Enterprises Inc DBA China Garden West, | 10/17/13 | 4195647 |
| Shi Xing Zheng, | 10/17/13 | 4195653 |
| Gray Construction & Associates, Inc, | 10/17/13 | 4195664 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Aracely Ornelas, | 10/17/13 | 4195674 |
| Jeffrey L Taylor, | 10/17/13 | 4195681 |
| Fioralba Ferraris, | 10/17/13 | 4195685 |
| Stuart L Strickland, | 10/17/13 | 4195697 |
| Marcelene Tarvin, | 10/17/13 | 4195708 |
| Thomas Accola, | 10/17/13 | 4195714 |
| Katarzyna Waldron, | 10/17/13 | 4195721 |
| Sylwia Clapper, | 10/17/13 | 4195726 |
| Bernard E Eymann, | 10/17/13 | 4195735 |
| Melanie C Torres, | 10/17/13 | 4195740 |
| James Pryvitosky, | 10/17/13 | 4195743 |
| Enrique Lopez, | 10/17/13 | 4196203 |
| Linda Floyd, | 10/17/13 | 4196207 |
| Kanjana Kaewsansai, | 10/17/13 | 4196270 |
| Island Calculator Express Inc, | 10/28/13 | 4208766 |
| Marisol Garcia, | 10/28/13 | 4208797 |
| Yanic Amblard, | 10/28/13 | 4208812 |
| Anthony Miller, | 10/28/13 | 4208818 |
| Jeanna C Bryan, | 10/28/13 | 4208826 |
| Lisa A Slaydon, | 10/28/13 | 4208849 |
| Raul Gonzalez, | 10/28/13 | 4208864 |
| Spree Expeditions Inc, | 10/28/13 | 4208867 |
| Paul L Springer, | 10/28/13 | 4208876 |
| Summerland Glass Inc, | 10/28/13 | 4208892 |
| Sylvane De Monteclain Venini, | 10/28/13 | 4208900 |
| Sonia Burke, | 10/28/13 | 4208912 |
| Gloria P Cram, | 10/28/13 | 4208927 |
| Diana L Moore, | 10/28/13 | 4208932 |
| Bruce L Olvera, | 10/28/13 | 4208975 |
| Edward J Vihlen, | 11/8/13 | 4224819 |
| Ronald D Acevedo, | 11/8/13 | 4224837 |
| Kaparie, Inc, | 11/8/13 | 4224842 |
| Mark R Bell, | 11/8/13 | 4224845 |
| Jose E Hernandez, | 11/8/13 | 4224847 |
| Cheryl Ramey, | 11/8/13 | 4224848 |
| Richard Olden Jr., | 11/8/13 | 4224859 |
| Jeffrey Hoerl, | 11/8/13 | 4224881 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Renee Riley, | 12/16/13 | 4265089 |
| Krzysztof Duszka, | 12/16/13 | 4265093 |
| Deborah Peacock, | 12/16/13 | 4265117 |
| Gail A. Leder, | 12/16/13 | 4265120 |
| Bayview Development, LLC, | 12/16/13 | 4265132 |
| Bayview Marketing Florida Key | 12/16/13 | 4265138 |
| Kay L Chatters, | 12/16/13 | 4265150 |
| Chris E Chatters, | 12/16/13 | 4265160 |
| Elizabeth A Scibilia, | 12/16/13 | 4265164 |
| Matthew R Szumada, | 12/16/13 | 4265170 |
| Steven Leonard, | 12/16/13 | 4265174 |
| Victor B Cannizzo, | 12/16/13 | 4265177 |
| Nicola C Zidanic, | 12/16/13 | 4265178 |
| Michael A Russell, | 12/16/13 | 4265204 |
| Francis X Senecke, | 12/16/13 | 4265208 |