UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig    "Deepwater Horizon" in the Gulf    of Mexico, on April 20, 2010 | * * * * | MDL 2179<br><br>SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| No. 13-6015, *Zadeh v. Feinberg, et al.* | * * * | MAG. JUDGE SHUSHAN |

## ORDER

Patrick Juneau, Claims Administrator for the *Deepwater Horizon* Court Supervised Settlement Program ("Settlement Program"), moved under Rule 12(b)(6) of the Federal Rules of Civil Procedure to partially dismiss the complaint filed by *pro se* Plaintiff Naussera Zadeh in the referenced member case insofar as it asserts claims against the Claims Administrator and the Settlement Program.  (Rec. Doc. 11685).  The Claims Administrator's motion does not concern Zadeh's claims against other defendants, such as the Gulf Coast Claim Facility or its administrator, Kenneth Feinberg.

IT IS ORDERED that Naussera Zadeh shall file a response to the Claims Administrator's Motion to Dismiss by Friday, March 14, 2014.  The response shall not exceed 25 pages, double-spaced.  The response will use the same caption (heading) that appears at the top of this Order.

New Orleans, Louisiana, this 21st day of February, 2014.

_____
United States District Judge

**Clerk Please Mail Service To:**
Naussera N. Zadeh
428 Pasage Avenue
Tarpon Springs, Fl. 34689