UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE SHUSHAN |
| **THIS DOCUMENT APPLIES TO:** | * | |
| No. 12-00311 | * | **JURY TRIAL DEMANDED** |

### LIBERTY INSURANCE UNDERWRITERS, INC.'S MOTION FOR ENTRY OF AMENDED CASE MANAGEMENT AND SCHEDULING ORDER AND INCORPORATED MEMORANDUM IN SUPPORT

Liberty Insurance Underwriters, Inc. ("Liberty") moves the Court to enter the Amended Case Management and Scheduling Order (the "Order") attached hereto as Exhibit 1. Liberty has "good cause" for the requested amendments, as shown below.

1.

The present deadline for filing of dispositive Motions is March 10, 2014. Given the recent winter storms, which closed offices and affected scheduling in other matters in which counsel is involved, as well as the upcoming school break which ends on the deadline, Liberty requires an additional one week to brief and file summary judgment motions. Liberty conferred with Cameron concerning extending the summary judgment deadlines for two weeks until March 24, 2014. Cameron did not object to extending the briefing schedule for two weeks to March 24, 2014 but would not consent *unless* the Order called for only one hearing on *all* summary

1

judgment motions, including Liberty's December 23, 2013 Motion for Summary Judgment (Rec. Doc. 12050) and any unfiled and unidentified motions. This hearing would be held no earlier than May, *five months* after Liberty filed its December 23 Motion. Liberty could not agree to this condition. Among other reasons, Cameron's proposal is not consistent with the Court's recent Order reserving the discretion to determine whether to grant a hearing on any summary judgment motion. (Rec. Doc. No. 12220), and if the Court desires oral argument on Liberty's December Motion, there is no reason to delay that argument for three or more months.

**2.**

The one week extension of the summary judgment deadline Liberty seeks cannot possibly prejudice either party, as no trial date is set. Moreover, Liberty recently agreed to Cameron's request for a three-week extension of Cameron's deadline to oppose its December 2013 summary judgment motion, requested in part because of the intervening holidays. (Rec. Doc. 12138).

**3.**

Liberty also asks the Court to set deadlines for briefing and filing Motions to Exclude Expert Testimony, which the Court's prior Order did not address. To Liberty's knowledge, Cameron has no objection to these new deadlines.

**4.**

Finally, as Cameron proposed, Liberty requests that the Court continue the submission date for the Joint Pre-Trial Order, currently June 5, 2014, until after the Motions for Summary Judgment are decided and a Pre-Trial Conference is set.

**WHEREFORE,** Liberty respectfully requests that the Court grant this Motion and enter the Amended Case Management and Scheduling Order attached hereto.

Dated:   February 19, 2014

        Respectfully submitted,

        */s/ Judy Y. Barrasso*
        Judy Y. Barrasso, 2814
           jbarrasso@barrassousdin.com
        Celeste Coco-Ewing, 25002
           ccocoewing@barrassousdin.com
        BARRASSO USDIN KUPPERMAN
           FREEMAN & SARVER, L.L.C.
        909 Poydras Street, 24th Floor
        New Orleans, LA 70112
        504-589-9700 (Telephone)
        504-589-9701 (Facsimile)

        Christopher W. Martin
        Federal I.D. 13515
        Gary L. Pate
        Federal I.D. 29713
        MARTIN, DISIERE, JEFFERSON
           AND WISDOM LLP
        808 Travis, Suite 1800
        Houston, TX 77002
        713-632-1700 (Telephone)
        713-222-0101 (Facsimile)

        *Attorneys for Liberty Insurance*
          *Underwriters, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of February, 2014.

/s/ *Judy Y. Barrasso*