UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * | MDL NO. 2179 |
| | | SECTION J |
| | | JUDGE BARBIER |
| | | MAG. JUDGE SHUSHAN |
| THIS PLEADING APPLIES TO: No. 12-00311 | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AMENDED CASE MANGEMENT AND SCHEDULING ORDER

Cameron International Corporation ("Cameron") and Liberty Insurance Underwriters, Inc. ("Liberty") hereby submit to this Court their Proposed Amended Case Management and Scheduling Order.

**I.   DISCOVERY**

   A.   **Rule 26(f) Conference:** The parties met and conferred pursuant to Fed. R. Civ. P. 26(f) on April 25, 2012.

   B.   **Initial Disclosures:** The parties exchanged initial disclosures in accordance with Fed. R. Civ. P. 26(a)(l) on September 14, 2012.

   C.   All discovery has been completed.

**II.   RULE 56 MOTIONS FOR SUMMARY JUDGMENT**

   A.   Cameron's response to Liberty's December 23, 2013 Motion for Summary Judgment (Rec. Doc. 12050) is due February 14, 2014.

   B.   Liberty's reply in support of its December 23, 2013 Motion for Summary Judgment (Rec. Doc. 12050) is due 20 days after Cameron's response is filed and served.



1

C. Any additional motions for summary judgment shall be filed no later than March 17, 2014.

D. Responses to such motions for summary judgment are due no later than April 16, 2014 or 30 days after the motion for summary judgment is filed and served, whichever is earlier.

E. Except for the reply on Liberty's December 23, 2013 Motion for Summary Judgment (Rec. Doc. 12050), replies in support of such motions for summary judgment shall be filed 20 days after the last response to these motions is filed and served, regardless of when the response to any particular motion is filed.

F. The Court will advise whether it will entertain oral argument on any motion for summary judgment, and if so, when.

### III. *DAUBERT* MOTIONS TO EXCLUDE EXPERT TESTIMONY

A. Any party seeking to exclude expert testimony shall file its motion no later than 30 days after the Court rules on all motions for summary judgment.

B. Responses to motions to exclude expert testimony shall be filed 30 days after the motion is filed and served.

C. Replies in support of motions to exclude expert testimony shall be filed 20 days after the response is filed and served.

D. Following the close of briefing, the Court will hold a hearing on the motions to exclude expert testimony on a date set by the Court.

## IV. PRE-TRIAL AND TRIAL

The parties ask that the submission date for the joint Pre-Trial Order be reset until after the Motions for Summary Judgment are decided and the Court schedules a Final Pre-Trial Conference.

## V. AMENDMENTS TO THIS ORDER

Pursuant to Rule 16(b)(4), the parties may seek modification of this order for good cause and with the Judge's consent.

New Orleans, Louisiana this ___ day of _____, 2014

_____
SALLY SHUSHAN
United States Magistrate Judge