# STONE PIGMAN WALTHER WITTMANN L.L.C.

### COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

CARMELITE M. BERTAUT
DIRECT DIAL: (504) 593-0898
DIRECT FAX: (504) 596-0898
E-MAIL: cbertaut@stonepigman.com

OUR FILE NUMBER

46,408

February 20, 2014

**Via E-Mail**

Honorable Sally Shushan
Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, Louisiana 70130

      Re:    *Cameron International Corporation v. Liberty Insurance Underwriters, Inc., et al.*, USDC EDLA Case No. 12-311

Dear Judge Shushan:

      As we discussed with Liberty, Cameron has no issue with extending the deadline for dispositive motions by one week (or two weeks), continuing the pretrial order deadline or setting a *Daubert* motions schedule after the motions for summary judgment are heard.

      Cameron simply asked that the parties jointly propose that, *if the Court decides* to schedule oral argument, all such arguments be held in a single hearing, rather than on multiple dates. Because Liberty is seeking this extension to file a second summary judgment motion, Cameron wished only to clarify that the parties were not suggesting the Court hold multiple arguments with all the attendant inefficiency. Of course, whether the Court will hold oral argument on any motion, and when, is solely within its discretion.

      Given that Liberty is seeking this extension, and there are no other pending deadlines, we do not understand Liberty's concern about having oral argument (if one is to be scheduled at all) on all motions heard together. Nor do we understand why it is necessary for one party to file multiple summary judgment motions and oppose the most efficient manner of their resolution.

1151499v.1

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE
2

February 20, 2014

It was for these reasons that we conditioned our consent to any extension to proposing a single hearing on summary judgment motions.

Thank you for your consideration.

Respectfully yours,

*Carmelite M. Bertaut*

Carmelite M. Bertaut

CMB/cmb

cc: Ms. Judy Barrasso (via email)
Ms. Catherine F. Giarusso (via email)
Mr. Ed Wicker (via email)
Mr. Christopher Martin (via email)
Mr. Robert G. Dees (via email)
Mr. Phillip A. Wittmann (via email)
Mr. Mitchell Auslander (via email)
Mr. Jeffrey Korn (via email)
Ms. Hayley Tozeski (via email)
Mr. William O'Brien (via email)

1151499v.1