# BARRASSO·USDIN·KUPPERMAN FREEMAN & SARVER, L.L.C.
### -COUNSELLORS AT LAW-

Judy Y. Barrasso
Direct Dial: (504) 589-9720
E-Mail: jbarrasso@barrassousdin.com

Our File No.
0548-0775

February 21, 2014

**BY E-MAIL**

Honorable Sally Shushan
Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras St., Room B-345
New Orleans, Louisiana 70130

Re:   *Cameron International Corporation v. Liberty Insurance Underwriters, Inc., et al.*
USDC EDLA Case No. 12-311

Dear Judge Shushan:

Liberty writes solely to address the issue of efficiency raised in Cameron's response, as Cameron agrees to the extension of deadlines and to the proposed *Daubert* briefing schedule in Liberty's motion to amend the case management and scheduling order.

Efficiency in fact favors hearing Liberty's pending motion for summary judgment first. Two months ago, Liberty filed a motion for summary judgment on Cameron's extra-contractual claims. If granted, Liberty's motion would narrow the case to a contractual dispute. Cameron's proposal puts this motion on the back-burner for months while briefing progresses on yet-to-be-filed motions. Hearing Liberty's motion first promotes efficiency, not *vise versa*: If Liberty's motion is granted, it would obviate the need for hearing on other motions related to Cameron's bad faith claims. It is exactly efficiency that prompted Liberty to file its motion for summary judgment on Cameron's extra-contractual claims first.

In any event, Liberty's motion to extend deadlines does not prescribe the order of hearing on motions. Rather it recognizes that the Court may or may not want to have oral argument on any particular motion for summary judgment, and that the Court may or may not decide that it makes sense to hear the motions in a particular order.

504-589-9700 · FAX: 504-589-9701
909 POYDRAS STREET, 24TH FLOOR · NEW ORLEANS, LOUISIANA 70112    943550_1

BARRASSO · USDIN · KUPPERMAN · FREEMAN & SARVER, L.L.C.

Honorable Sally Shushan
February 21, 2014
Page 2

                       Thank you for your consideration of this matter.

                                                     Sincerely,

                                                     Judy Y. Barrasso

JYB/tlt

cc:    Christopher Martin, Esq. (E-Mail)
       Mitchell J. Auslander, Esq. (E-Mail)
       Jeffrey Korn, Esq. (E-Mail)
       Carmelite Bertaut, Esq. (E-Mail)
       Phillip A. Wittmann, Esq. (E-Mail)
       Robert G. Dees, Esq. (E-Mal)