

# DEEPWATER HORIZON
# CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

- Home
- News and Developments
- Firm Administration
- Download Files
- Claimant Activity
- Reporting
- Notices
- Forms
- Payments
- Change Password / Email
- Log Off

## Claims Events/Notices

[<< Back]

### Claimant Information

| | |
|---|---|
| Claimant ID: | 100033737 |
| GCCF Claimant ID: | 1039287 |
| Taxpayer Type: | Business |
| SSN/EIN: | *****0884 |
| Represented By: | Daniell, Upton, & Perry, P.C. |
| Portal User: | N/A |

Name: 
Business:
Address:
Preferred Language: English

### Claim Information

| | |
|---|---|
| Claim ID: | 26762 |
| Claim Type: | Business Economic Loss |
| Claimed Benchmark Period: | 2009 |

Business name:
Address:

We have displayed Events below that allow you to track your claim through the claims review process. To view any Notice, click on the hyperlink or click the View button in the Status column. Clicking a hyperlinked Notice will take you to a screen where you will be able to view the Notice and provide a response from the available options. Notices posted using the View button do not have multiple response options, but you must respond in order for us to continue processing your claim. The View Date and User columns display the date and who first viewed the Notice. If the View Date and User columns are blank, no user has viewed the Notice.

| Event | Event Date | Response Deadline | Details | View Date | User |
|---|---|---|---|---|---|
| Denial of Request for Discretionary Court Review by the Court Notice | 09/25/2013 | | Print / View Notice | 09/26/2013 | David, Busby |
| Objection to Discretionary Court Review Request Notice | 09/12/2013 | | Print / View Notice | 09/13/2013 | David, Busby |
| Discretionary Court Review Request Notice | 09/10/2013 | | | 09/11/2013 | David, Busby |
| Objection to Discretionary Court Review Filed | 09/10/2013 | | | | |
| Discretionary Court Review Requested | 09/09/2013 | | | | |
| Post Appeal Eligibility Notice | 08/29/2013 | | Print / View Notice | 08/30/2013 | David, Busby |
| Appeal Panel Decision Notice | 08/26/2013 | | | 08/27/2013 | David, Busby |
| Final Proposals Notice | 06/26/2013 | 07/01/2013 11:59 PM CST | Print / View Notice | 07/09/2013 | GCG, SystemAdmin |
| BP Submitted Final Proposal for Appeal | 06/25/2013 | | | | |
| Claimant Submitted Final Proposal for Appeal | 06/25/2013 | | | | |
| Initial Proposals Notice | 06/19/2013 | 06/25/2013 11:59 PM CST | Print / View Notice | 07/09/2013 | GCG, SystemAdmin |
| BP Submitted Initial Proposal for Appeal | 06/17/2013 | | | | |
| Claimant Submitted Initial Proposal for Appeal | 06/14/2013 | | | | |
| Claim Payment Documentation Accepted | 06/03/2013 | | | | |
| BP Appeal of Eligibility Notice | 05/31/2013 | | | 07/09/2013 | GCG, SystemAdmin |
| BP Requested Payment Appeal | 05/30/2013 | | | | |
| Offer Accepted / Claimant Waives Right to Reconsideration | 05/21/2013 | | | | |
| Eligibility Notice | 05/20/2013 | | | | |
| Incompleteness Notice for BEL Claim | 09/11/2012 | 10/11/2012 11:59 PM CST | Print / View Notice | 07/09/2013 | GCG, SystemAdmin |
| Claims Review | 09/08/2012 | | | | |
| Claim Form Submitted | 07/02/2012 | | | | |



PLAINTIFF'S EXHIBIT 2



# DEEPWATER HORIZON
## CLAIMS CENTER
### ECONOMIC & PROPERTY DAMAGE CLAIMS

| | |
|---|---|
| Home | |
| News and Developments | |
| Firm Administration | |
| Download Files | |
| Claimant Activity | |
| Reporting | |
| Notices | |
| Forms | |
| Payments | |
| Change Password / Email | |
| Log Off | |

## Claimant Details

<< Back

### Claimant Information

| | |
|---|---|
| Claimant ID: 100033737 | Name: ▓▓▓ |
| GCCF Claimant ID: 1039287 | Business: ▓▓▓ |
| Taxpayer Type: Business | Address: ▓▓▓ |
| SSN/EIN: *****0884 | |
| Represented By: Daniell, Upton, & Perry, P.C. | Preferred Language: English |
| Portal User: N/A | |

### Claimant Activity

| Status | Event Date | Response Deadline | Events/Notices |
|---|---|---|---|
| Release Accepted | 06/03/2013 | | Events / Notices |

### Claim Types

| Claim ID | Claim Type | Details | Status | Event Date | Response Deadline | Events / Notices |
|---|---|---|---|---|---|---|
| 26762 | Business Economic Loss | ▓▓▓ | Fifth Circuit Hold | 01/17/2014 | | Events / Notices |