UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 10-4536 | * | MAG. JUDGE SHUSHAN |
| | * | |
| | * | |

**ORDER**
[Regarding the Proposed Clean Water Act Penalty Phase]

Before the Court is the United States' Motion to Limit Evidence About the "Seriousness" Factor. (Rec. Doc. 12373)

IT IS ORDERED that any responses to this motion shall be filed not later than Thursday, March 6, 2014. Any replies shall be filed not later than Thursday, March 13, 2014. The Court adopts the page limits proposed by the parties on page 6 their Rule 26(f) Conferencing Report. (Rec. Doc. 12338) Oral argument, should the Court require it, will occur during the Status Conference scheduled for March 21, 2014, at 9:30 a.m.

New Orleans, Louisiana, this 21st day of February, 2014.

_____
United States District Judge