UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

This Pleading Relates To
- **10-4182** (*Alabama v. BP*)
- **10-4183** (*Alabama v. Transocean, et. al*)
- **13-2645** (*Alabama v. Anadarko & MOEX*)
- **13-2646** (*Alabama v. Transocean*)
- **13-2647** (*Alabama v. Halliburton*)
- **13-2813** (*Alabama v. BP*)

MDL No. 2179
SECTION: J

JUDGE BARBIER
MAGISTRATE SHUSHAN

**OPPOSED MOTION TO STRIKE EXPERT OPINIONS**
-AND-
**UNOPPOSED MOTION FOR ADDITIONAL BRIEFING PAGES**

The State of Alabama moves this Court to (1) strike James Oldham's declaration, either in its entirety or just Paragraphs 4-6 and 31-33, which offer improper expert opinions, *see* MDL 2179 Doc. 12345-2, and (2) grant Alabama 15 additional pages of briefing for good cause shown. *See* MDL 2179 Doc. 12126 at 2 (granting Alabama the "right to seek additional pages").

BP attached Professor Oldham's declaration to its brief. The Court should strike the declaration, either in part or in whole, because it violates Rule 702 by presenting retained-expert opinions on the pure question of law presented. *See* Doc. 12345-1 at 13, 17 n.8, 19; 12345-2. The Court should grant Alabama 15 additional pages of briefing space to respond to (a) BP's use of Dr. Oldham's 15-page historical treatise and resulting opinions and (b) Transocean's 7-page argument that Alabama waived its right to a jury based on particular statements we made, and actions we took, with regard to Transocean's Limitation Trial. *See* Doc. 12362.

None of the Defendants object to Alabama's request for 15 additional pages. BP objects to Alabama's motion to strike; thus, a memorandum in support follows. *See* Local Rule 7.4.

Respectfully Submitted,

LUTHER J. STRANGE
*Attorney General*

 /s/ Corey L. Maze
*Special Deputy Attorney General*

WINFIELD J. SINCLAIR
*Assistant Attorney General*

Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, AL 36130
Phone: (334) 242-7300
Fax: (334) 242-4891
Email:  cmaze@ago.state.al.us

Attorneys for the State of Alabama

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on **February 21, 2014**.

 /s/ Corey L. Maze
COREY L. MAZE
*Special Deputy Attorney General*