UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig      MDL NO. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010     SECTION J

Applies to: *12-311*     JUDGE BARBIER
       MAGISTRATE JUDGE SHUSHAN

### ORDER

[Regarding Liberty's Motion for Entry of Amended CMO (Rec. doc. 12381)]

The motion of Liberty Insurance Underwriters, Inc. for entry of amended case management order and scheduling order (Rec. doc. 12381) is GRANTED in PART and DENIED in PART as follows:

I.     **RULE 56 MOTIONS FOR SUMMARY JUDGMENT**

     A.     Any party seeking summary judgment shall file its motion no later than **March 24, 2014**.

     B.     Responses to motions for summary judgment shall be filed 30 days after the motion is filed and served.

     C.     Replies in support of motions for summary judgment shall be filed 20 days after the response is filed and served.

     D.     Following the close of briefing, the Court <u>may</u> hold hearings on the summary judgment motions on dates set by the Court.

     E.     The memoranda in support of these motions and in opposition shall be limited to 25 pages. Reply memorandum shall be limited to 10 pages.

## II. DAUBERT MOTIONS, PRETRIAL AND TRIAL

Following rulings on all motions for summary judgment, a schedule will be set for the filing of Daubert motions, the submission of the pretrial order, the pretrial conference and the jury trial.

## III. AMENDMENTS TO THIS ORDER

Pursuant to Rule 16(b)(4), the parties may seek modification of this order only for good cause and with the Judge's consent.

New Orleans, Louisiana, this 21st day of February, 2014.

_____
SALLY SHUSHAN
United States Magistrate Judge