UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010       SECTION J

Applies to: 10-4536                  JUDGE BARBIER
                                       MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Preparation for Discovery in the Penalty Phase]**

The parties to the Penalty Phase have been conferring for months. On February 17, 2014, they filed a joint Rule 26(f) Conference Report. Rec. doc. 12338. BP Exploration & Production, Inc. ("BPXP") filed a memorandum regarding appropriate discovery (rec. doc. 12340); the U.S. filed a separate Rule 26(f) report (rec. doc. 12351); and Anadarko Petroleum Corporation ("APC") filed a case management submission (rec. doc. 12341). The parties also filed motions relating to issues they have been unable to agree on.[1]

### Potential Evidence to be Adduced at Trial

In preparation for the conference scheduled for Friday, March 21, 2014 at 9:30 a.m., the parties are to accomplish the following:

**A. Seriousness**

     1.      By **Monday, March 3, 2014,** provide a 2 page explanation of why any party believes that additional evidence needs to be adduced regarding the seriousness of the CWA

---

[1] Rec. docs. 12343; 12347; 12355; and 12373.

violation.[2]  Put another way, may the Court consider the event, that released anywhere from 2.4 million barrels to 6.0 million barrels into the Gulf of Mexico, anything less than extremely serious?[3]

2.      By **Monday, March 3, 2014**, provide the proposed stipulations proffered by the U.S. regarding the "seriousness" factor and any response to the proposal by BPXP.  If BPXP did not respond, its response is due by **Wednesday, March 12, 2014**.

**B.   Economic Benefit**

3.      If the U.S. contends that any economic benefit accrued to BPXP, BP or APC as a result of the violation, it shall, by no later than **Wednesday, March 12, 2014** produce all Rule 26(a)(1) initial disclosures with regard to that issue.

4.      By **Monday, March 3, 2014**, the U.S. shall provide a 3 page explanation detailing its contentions regarding any alleged economic benefit.

**C.   Culpability**

5.      By **Monday, March 3**, **2014**, provide a 2 page explanation of why any party

---

[2] All references to the 8 factors contained in the Clean Water Act ("CWA") refer to 33 U.S.C. §1321(b)(8).
[3] Before deduction for the amount captured (approximately 800,000 barrels).

2

believes that additional evidence beyond that presented in Phase One and Phase Two of the trial needs to be adduced regarding the culpability of BPXP or BP.

**D.  Any Other Penalties for the Same Incident**

      6.      By **Monday, March 3, 2014**, BPXP is to provide the agreed to stipulation(s) regarding any other penalties imposed against it for the same incident.

      7.      The U.S. is to provide proposed stipulations regarding this factor as it relates to APC by **Monday, March 3, 2014** and APC is to provide its responses by **Wednesday, March 12, 2014**.

**E.  History of Prior Violations**

      8.      By **Wednesday March 12, 2014**, the U.S. is to provide a 2 page submission regarding any other statutory violations by BPXP that it believes are pertinent to this factor along with a listing of the dates and nature of the violations.

      9.      By **Monday, March 3**, **2014** APC is to provide the current stipulations it is working on with the U.S.   By **Wednesday March 12, 2014** the U.S. shall provide its responses. If the U.S. contends that other violations as to APC (which are not currently the subject of the draft

3

stipulations) are pertinent to this factor then by **Monday, March 3, 2014**, it is to provide a 2 page submission regarding those violations along with a listing of the dates and nature of the violations.

**F.   Mitigation**

10.   By **Monday, March 3, 2014**, the U.S. shall provide its proposed stipulations regarding BPXP's and the BP group affiliates' efforts to minimize or mitigate the effects of the discharge.  BP is to provide its responses to the U.S.'s proposed stipulations by **Wednesday, March 12, 2014**.

11.   By **Monday, March 3, 2014**, BPXP is to provide stipulations regarding its spill response and mitigation efforts as well as the efforts of other BP entities which participated in the spill response.  Those stipulations shall be separate.[4]  The U.S. is to provide its responses by **Wednesday, March 12, 2014**.

**G.   Economic Impact**

12.   By **Monday, March 3, 2014**, BPXP shall prepare draft stipulations relative to the economic impact of a penalty on BPXP.  By **Wednesday, March 12, 2014**, the U.S. is to provide its responses.

---

[4] i.e., one set relating to BPXP and one set relating to BP or its other affiliates.

13. By **Monday, March 3, 2014**, the U.S. is to provide the draft stipulations it has proposed to APC. By **Wednesday, March 12, 2014**, APC is to provide its responses.

14. If the U.S. contends that the financial information or activities of any APC subsidiaries or affiliates should be considered in this factor, then by **Monday, March 3, 2014**, it shall file a motion regarding that issue; APC shall file its opposition by **Wednesday, March 12, 2014**; and any reply by the U.S. shall be filed by **Monday, March 17, 2014**.[5]

**H.  Any Other Matters**

15. By **Monday, March 3, 2014**, BPXP is to provide proposed stipulations regarding its positive impact on "the local economy and community." By **Wednesday, March 12, 2014**, the U.S. is to provide its responses.

16. If there are any "other matters" a party believes are pertinent, by **Monday, March 3, 2014**, it shall submit a listing of those matters in a submission no longer than 2 pages.

---

[5] The page limits adopted by the parties in their Rule 26(f) Conference Report at page 6 (rec. doc. 12338) will apply.

### Initial Disclosures

The parties are to provide their initial disclosures to each other by **Monday, March 10, 2014**. For the initial disclosures, only BPXP (not BP) need make disclosure.

### Written Discovery

By **Monday, March 10, 2014**, the parties are to propound written discovery requests (directed to any one party) not to exceed 25 interrogatories, 15 requests for production of documents and 15 requests for admission.

### Burdens of Proof Regarding CWA Factors

APC raises the issue of the U.S. believing the burden of proof varies as to some CWA penalty factors. By **Monday, March 10, 2014**, the U.S. shall file a brief detailing what it believes is the burden of proof for each factor with citation to authority. BP and APC shall file a response brief by **Monday, March 17, 2014** with any reply by **5:00 p.m. Thursday, March 20, 2014**.[6]

---

[6] The page limitations in footnote 5 apply.

### Other Issues

APC suggest that the parties have not raised all issues of disagreement in the motions they have filed. By **Friday, March 17, 2014** each party shall submit a 2 page listing of the additional areas of disagreement they have not raised in the pending motions or in their Rule 26(f) submissions. These will be covered at the scheduled status conference.

### Limitations on Discovery and Presentation of Evidence

The Court intends to impose limitations in the Penalty Phase on the number of experts and fact witnesses, both during discovery and at trial as well as time limitations on presentation of evidence at trial.

New Orleans, Louisiana, this 21st day of February, 2014.

**SALLY SHUSHAN**
**United States Magistrate Judge**