# EXHIBIT A

## Summary of Show Cause Party Filings

| Topics Raised by Show Cause Parties | Show Cause Party Filing | SM Reply |
|---|---|---|
| **Andry Law Firm**: Did not pay the Thonn fee | G. Andry 12175 at 2, 5, 7<br>J. Andry 12165 at 11<br>Andry Law Firm 12172 at 4-5, 19 | C.16 |
| **Andry Law Firm**: Distinct entity from Andry Lerner that was improperly conflated in the Report | G. Andry 12175 at 2, 4-8, 10-13<br>J. Andry 12165 at 17<br>Andry Law Firm 12172 at 4, 6, 15 | C.16 |
| **Andry Law Firm**: Respondents merely inquired into the status of the Andry Law Firm claim, which is allowed | Sutton 12022 at 16<br>G. Andry 12175 at 2, 8-9,10<br>J. Andry 12165 at 5, 9<br>Andry Law Firm 12172 at 6-7, 15-16, 17, 20-21 | C.3, C.7, C.8 |
| **Andry Lerner**: Did not pay the Thonn fee | Lerner 11988 at 21-22<br>J. Andry 12165 at 17<br>Andry Lerner 12181 at 13 | C.16 |
| **Andry Lerner**: No evidence of preferential treatment of Andry Lerner claims | Sutton 12022 at 5, 7, 11-12<br>Reitano 11414 at 2-4<br>Reitano 11683 at 4, 7<br>Reitano 11990 at 8-13<br>Lerner 11988 at 7, 14-18, 24<br>Lerner 12169 at 3-4<br>J. Andry 12165 at 1-2, 10-12, 16, 18, 21-23<br>Andry Lerner 12181 at 7, 9-11 | C.1, C.6, C.7, C.9 |
| **BP**: Slander against respondents | G. Andry 12175 at 12<br>J. Andry 12165 at 24<br>Andry Law Firm 12172 at 1, 4-5, 25 | D.9.d |
| **Credibility**: Jon Andry did not make false statements | J. Andry 12165 at 17 | B.1 |
| **Credibility**: Lerner did not make false statements | Lerner 11988 at 28 | B.1, C.4 |
| **CSSP Process**: CSSP required to be supportive of claimants and counsel in a nonadversarial process | Sutton 12022 at 4-5,9,12-17<br>Reitano 11683 at 7<br>Lerner 11988 at 17-19<br>Lerner 12169 at 5-6<br>J. Andry 12165 at 2, 5, 15-16, 21-23<br>Andry Lerner 12181 at 3-7<br>Andry Law Firm 12172 at 16 | C.3 |
| **CSSP Process**: Mathematical formula and procedural safeguards | Sutton 12022 at 3, 7<br>Reitano 11683 at 7<br>Lerner 11988 at 16<br>G. Andry 12175 at 3<br>J. Andry 12165 at 2, 9<br>Andry Lerner 12181 at 8-10, 12<br>Andry Law Firm 12172 at 2-4 | C.2 |
| **CSSP Process**: Other DHECC personnel answered questions from claimants | Sutton 12022 at 12-16<br>J. Andry 12165 at 7-9, 15-16, 22<br>Andry Lerner 12181 at 5, 6<br>Andry Law Firm 12172 at 16 | C.3 |

## Summary of Show Cause Party Filings

| Topics Raised by Show Cause Parties | Show Cause Party Filing | SM Reply |
|---|---|---|
| **Fiduciary Duty**: Private parties have no fiduciary duty to the CSSP | Lerner 11988 at 26<br>J. Andry 12165 at 19<br>Andry Lerner 12181 at 7,14 | C.5 |
| **Gilbert Andry**: Name should be cleared and struck from the Report | G. Andry 12175 at 2, 11-12 | C.17 |
| **Jon Andry**: Contact with Duval was appropriate | J. Andry 12165 at 6-8, 22<br>Andry Lerner 12181 at 6 | C.15 |
| **Jon Andry**: Did not agree to the Thonn fee | Lerner 11988 at 20-21<br>G. Andry 12175 at 8<br>J. Andry 12165 at 12-14, 19-20, 22-23 | B.1, C.4, C.5, C.10 |
| **Jurisdiction**: Relief is barred by res judicata | Andry Law Firm 12172 at 3, 13 | D.5 |
| **Jurisdiction**: Respondent was not served | Reitano 11414 at 1-2<br>Reitano 11681 at 1<br>Reitano 11683 at 3, 8, 11<br>Lerner 11988 at 6, 9-10 | B.4 |
| **Jurisdiction**: Respondent is not a party | Reitano 11414 at 1, 3<br>Reitano 11681 at 1-2<br>Reitano 11683 at 3<br>Lerner 11988 at 8-9 | B.4 |
| **Jurisdiction**: Lack of case or controversy | Reitano 11683 at 4-7 | B.4 |
| **Referral Fee**: No attempts were made to conceal the Thonn fee | Lerner 11988 at 26-28<br>Lerner 12169 at 7-8<br>J. Andry 12165 at 17<br>Andry Lerner 12181 at 14-15 | B.1, C.10 |
| **Referrel Fee**: Referral fee on Thonn was not improper under the Rules of Professional Conduct | Sutton 12022 at 3, 7<br>Lerner 11988 at 28-29<br>Lerner 12169 at 2-3<br>J. Andry 12165 at 1, 20<br>Andry Lerner 12181 at 12-14 | C.10 |
| **Reitano**: Discussed an attorney-client contract not an attorney referral agreement | Reitano 11414 at 4<br>Reitano 11990 at 12-13<br>J. Andry 12165 at 13, 17-18 | C.10 |
| **Reitano**: Performed important work and had an appropriate relationship with CSSP vendors | Reitano 11990 at 2-10, 16-19 | C.13 |
| **Reitano**: Referral of Sutton to a CSSP vendor was appropriate | Reitano 11414 at 4<br>Reitano 11990 at 15-16 | C.14 |
| **Sanctions**: Court has no authority to interfere with contingency agreements | Sutton 120222 at 7<br>Reitano 11683 at 4-7, 11<br>Lerner 11988 at 12 | D.8 |
| **Sanctions**: Court has no authority to sanction respondents | Lerner 11988 at 6, 8-9<br>J. Andry 12165 at 23 | D.2, D.3 |
| **Sanctions**: Must be connected to transaction | Reitano 11683 at 9-10<br>Lerner 11988 at 11-12<br>G. Andry 12175 at 2, 6<br>Andry Lerner 11991 at 2, 7<br>Andry Law Firm 12172 at 21 | D.6 |

## Summary of Show Cause Party Filings

| Topics Raised by Show Cause Parties | Show Cause Party Filing | SM Reply |
|---|---|---|
| **Sanctions**: Must be proportionate to misconduct | Reitano 11683 at 3-4, 9-11<br>Lerner 11988 at 12-13<br>Andry Lerner 11991 at 1, 2, 7-8<br>Andry Law Firm 12172 at 23-24 | D.6 |
| **Sanctions**: Causes harm to innocent third parties | Andry Lerner 11991 at 1, 6-7 | D.6 |
| **Sanctions**: Interferes with contract rights | Reitano 11683 at 4-7, 11<br>Andry Lerner 11991 at 1, 2-3 | D.8 |
| **Sanctions**: Requires a hearing | Lerner 11988 at 8, 29-30<br>J. Andry 12165 at 21<br>Andry Lerner 11991 at 8-10<br>Andry Law Firm 12172 at 12-13, 24 | B.2, D.7 |
| **Special Master Process**: Actions were not criminal | Sutton 12022 at 23<br>Andry Lerner 12181 at 14-16<br>Andry Law Firm 12172 at 24 | D.9.d |
| **Special Master Process**: Disqualification for conflicts and exceeding scope of reference | Sutton 12022 at 21<br>Andry Law Firm 12172 at 7-9 | D.9.d |
| **Special Master Process**: Advocacy driven | Sutton 12022 at 1, 3<br>Reitano 11681 at 3-4<br>G. Andry 12175 at 2, 10, 12 | D.9.d |
| **Special Master Process**: Cherry picked evidence | Sutton 12022 at 6, 22, 26<br>Reitano 11681 at 2-3<br>Reitano 11683 at 2, 11<br>Reitano 11990 at 1-3, 7-19<br>G. Andry 12175 at 3-4<br>Andry Lerner at 10-11<br>Andry Law Firm 12172 at 9 | D.9.c |
| **Special Master Process**: Respondent should have been allowed to cross-examine witnesses | Reitano 11414 at 5<br>Reitano 11681 at 5<br>Reitano 11683 at 2, 10-11<br>Andry Lerner 11991 at 1, 4-6<br>Andry Law Firm 12172 at 1, 9, 11-12 | D.9.a |
| **Special Master Process**: Respondent should have been provided additional discovery | Sutton 12022 at 6-7, 21-22<br>Reitano 11414 at 3-4<br>Reitano 11681 at 2-4<br>Reitano 11683 at 2, 11<br>Reitano 11990 at 2<br>Lerner 11988 at 6<br>J. Andry 12165 at 21<br>Andry Lerner 11991 at 4-5<br>Andry Law Firm 12172 at 1, 9, 12 | D.9.b |
| **Special Master Report**: Inadmissible hearsay | G. Andry 12175 at 2, 10<br>J. Andry 12165 at 21<br>Andry Lerner 11991 at 1, 4-6<br>Andry Law Firm 12172 at 10 | B.3 |
| **Special Master Report**: Requires opportunity to be heard | Lerner 11988 at 8<br>G. Andry 12175 at 12<br>J. Andry 12165 at 11, 21, 23<br>Andry Lerner 11991 at 4 | B.2 |

## Summary of Show Cause Party Filings

| Topics Raised by Show Cause Parties | Show Cause Party Filing | SM Reply |
|---|---|---|
| **Special Master Report**: Reviewed de novo | Reitano 11681 at 3-4<br>Lerner 11988 at 7<br>G. Andry 12175 at 3<br>J. Andry 12165 at 23<br>Andry Lerner 11991 at 3-4<br>Andry Law Firm 12172 at 14-15 | B.1 |
| **Special Master Process**: Not fair or reasonable | Sutton 12022 at 26<br>Reitano 11414 at 3-4<br>Reitano 11681 at 2-4<br>Reitano 11683 at 2-4, 10-11<br>Reitano 11990 at 1-2<br>G. Andry 12175 at 1-2, 11<br>J. Andry 12165 at 22<br>Andry Lerner 11991 at 4<br>Andry Law Firm 12172 at 10 | D.9.a |
| **Sutton**: Acted in accordance with the settlement agreement and CAO rules | Sutton 12022 at 1-3,7-9,11-16,18-25<br>Lerner 12169 at 5-6<br>J. Andry 12165 at 7, 16<br>Andry Lerner 12181 at 6<br>Andry Law Firm 12172 at 16 | C.3 |
| **Sutton**: Crown payments were unrelated to BP and not a conflict | Sutton 12022 at 7-8<br>Lerner 11988 at 20-21<br>J. Andry 12165 at 13 | C.12 |
| **Sutton**: Did not have a conflict of interest | Sutton 12022 at 7<br>J. Andry 12165 at 22 | C.1 |
| **Sutton**: Did not provide confidential information to respondent | Lerner 11988 at 14-15, 18<br>Lerner 12169 at 4-5<br>J. Andry 12165 at 14 | C.6 |
| **Sutton**: Insufficient evidence of a "quid pro quo" | Lerner 11988 at 14-15, 18-19, 24-25<br>Lerner 12160 at 3-4<br>J. Andry 12165 at 11, 14, 16, 22 | C.1, C.6 |
| **Sutton**: Met Jon Andry on March 7 but only discussed Talen's Marine claim | Sutton 12022 at 11-12 | C.7 |
| **Sutton**: No quid pro quo initially found | J. Andry 12165 at 1, 22-23 | C.1 |
| **Sutton**: Odom knew Sutton was to be paid Thonn fee | Sutton 12022 at 6-7 | C.4 |
| **Sutton**: Reviewed minimal number of Andry Lerner claims | Sutton 12022 at 3, 9<br>Lerner 11988 at 14, 12169 at 4-5<br>Andry Law Firm 12172 at 16 | C.6 |
| **Sutton**: Romeo Papa was permitted to make a claim | Sutton 12022 at 10 | C.11 |
| **Sutton**: Told Lerner he could not prioritize claims | Sutton 12022 at 10<br>Lerner 11988 at 7, 22<br>Andry Lerner 12181 at 7, 10, 11 | C.9 |
| **Sutton**: Told Lerner he received approval at CSSP for receiving Thonn fee | Sutton 12022 at 7<br>Lerner 11988 at 7-8, 20, 22-24<br>Lerner 12169 at 2-3<br>J. Andry 12165 at 17<br>Andry Lerner 12181 at 14 | C.4 |

## Summary of Show Cause Party Filings

| Topics Raised by Show Cause Parties | Show Cause Party Filing | SM Reply |
|---|---|---|
| **Unclean Hands**: Deprives of property without due process | Reitano 11414 at 2-4<br>Reitano 11683 at 3-4, 8-11<br>Andry Lerner 11991 at 1-3 | D.5, D.8 |
| **Unclean Hands**: Doctrine restricted to use as a affirmative defense in equity | Lerner 11988 at 6, 10-11<br>G. Andry 12175 at 4-5<br>Andry Law Firm 12172 at 19-20 | D.1 |
| **Unclean Hands**: Requires an injury | Lerner 11988 at 11<br>G. Andry 12175 at 2<br>Andry Law Firm 12172 at 22-23 | D.4 |