# EXHIBIT B
## Key Communications by Show Cause Parties
## March 5 to March 16, 2013

| Date | Time | Type | Event | Record |
|---|---|---|---|---|
| 3/5/2013 | 11:14:00 | VM | Gilbert Andry cell call to Sutton cell phone (0:04) | SM-01-479 |
| 3/5/2013 | 11:20:00 | VM | Gilbert Andry cell call to Sutton cell phone (0:20) | SM-01-479 |
| 3/5/2013 | 11:21:00 | VM | Gilbert Andry cell call to Sutton cell phone (0:05) | SM-01-479 |
| 3/5/2013 | 11:44:00 | VM | Gilbert Andry cell call to Sutton cell phone (0:06) | SM-01-479 |
| 3/5/2013 | 12:10:00 | Call | Sutton cell call to Gilbert Andry cell phone (0:09) | SM-01-479 |
| 3/5/2013 | 12:11:00 | Call | Sutton cell call to Gilbert Andry cell phone (1:11) | SM-01-479 |
| 3/6/2013 | 8:56:16 | Email | Sutton to Mark Staley: "I have some questions about the above referenced claim. I believe it is being handled by Christopher Rinaldi with your firm. Please have Christopher contact me when he has a chance." | SM-01-345 |
| 3/6/2013 | 9:44:00 | Look | Sutton looks up Andry Law Firm claim | SM-01-494 |
| 3/6/2013 | 10:07:00 | Text | Sutton text message to Jonathan Andry | SM-01-479 |
| 3/6/2013 | 11:03:00 | Look | Sutton looks up Casey Thonn claim | SM-03-725 |
| 3/6/2013 | 11:04:00 | Look | Sutton looks up Casey Thonn claim | SM-03-725 |
| 3/6/2013 | 12:57:00 | Text | Jonathan Andry text message to Sutton | SM-01-479 |
| 3/6/2013 | 14:39:00 | Text | Sutton text message to Jonathan Andry | SM-01-479 |
| 3/6/2013 | 14:43:00 | Text | Jonathan Andry text message to Sutton | SM-01-479 |
| 3/6/2013 | 15:00:00 | Call | Sutton cell call to Gilbert Andry cell phone (2:44) | SM-01-479 |
| 3/6/2013 | 15:18:00 | Text | Sutton text message to Jonathan Andry | SM-01-479 |
| 3/6/2013 | 15:43:00 | Call | Call from Patrick Juneau to Jonathan Andry (2:53) | SM-01-488 |
| 3/6/2013 | 15:47:00 | Call | Call from Patrick Juneau to Jonathan Andry (0:04) | SM-01-488 |
| 3/6/2013 | 15:52:00 | Call | Call from Jonathan Andry to Patrick Juneau (0:11) | SM-01-488 |
| 3/6/2013 | 16:53:00 | Text | Jonathan Andry text message to Sutton | SM-01-479 |
| 3/6/2013 | 17:42:00 | Email | Jonathan Andry to Patrick Juneau seeking information on claims for Whitco Supply, LLC; Talen's Marine & Fuel, LLC; Andry Law Firm; D&L Equipment, Inc. and Premier Offshore Catering, Inc. | SM-01-308 |
| 3/7/2013 | 9:17:05 | Email | Sutton resends email to Staley concerning The Andry Law Firm claim | SM-01-347 |
| 3/7/2013 | 9:55:00 | Text | Sutton text message to Jonathan Andry | SM-01-479 |
| 3/7/2013 | 9:55:00 | Text | Jonathan Andry text message to Sutton | SM-01-479 |
| 3/7/2013 | 9:56:00 | Text | Jonathan Andry text message to Sutton | SM-01-479 |
| 3/7/2013 | 9:58:00 | Text | Sutton text message to Jonathan Andry | SM-01-479 |
| 3/7/2013 | 9:59:00 | Text | Jonathan Andry text message to Sutton | SM-01-479 |
| 3/7/2013 | 10:01:00 | Text | Sutton text message to Jonathan Andry | SM-01-480 |
| 3/7/2013 | 10:03:00 | Text | Jonathan Andry text message to Sutton | SM-01-480 |
| 3/7/2013 | 10:23:00 | Email | Sutton to Cahill: "Also, I saw that Casey Thonn was paid another 166,666 last month. Please let me know the status of that check." | SM-01-269 |
| 3/7/2013 | 10:29:00 | Look | Sutton looks up Talen's Marine & Fuel, LLC claim | SM-03-724 |
| 3/7/2013 | 10:33:00 | Look | Sutton looks up Talen's Marine & Fuel, LLC claim | SM-03-724 |

## Key Communications by Show Cause Parties
## March 5 to March 16, 2013

| Date | Time | Type | Event | Record |
|---|---|---|---|---|
| 3/7/2013 | 10:35:00 | Look | Sutton looks up Talen's Marine & Fuel, LLC claim | SM-03-724 |
| 3/7/2013 | 10:41:00 | Text | Sutton text message to Jonathan Andry | SM-01-480 |
| 3/7/2013 | 10:43:00 | Text | Jonathan Andry text message to Sutton | SM-01-480 |
| 3/7/2013 | 10:43:00 | Text | Jonathan Andry text message to Sutton | SM-01-480 |
| 3/7/2013 | 11:10:00 | Text | Sutton text message to Jonathan Andry | SM-01-480 |
| 3/7/2013 | 11:55:00 | Call | Jonathan Andry cell call to Sutton cell phone (0:36) | SM-01-480 |
| 3/7/2013 | 12:13:00 | Email | Staley to Sutton: "This claim was in line to be processed. I have asked Chris to go ahead and pull the claim down and process. I can keep you posted on the status if that is your preference." | SM-01-344 |
| 3/7/2013 | 13:21:05 | Email | Sutton to Staley: "Thanks Mark. Just let me know if you have any problems with it and when notice goes out." | SM-01-344 |
| 3/7/2013 | 14:40:00 | Text | Jonathan Andry text message to Sutton | SM-01-480 |
| 3/7/2013 | 14:41:00 | Text | Sutton text message to Jonathan Andry | SM-01-480 |
| 3/7/2013 | 14:41:00 | Text | Jonathan Andry text message to Sutton | SM-01-480 |
| 3/7/2013 | 15:17:00 | Text | Jonathan Andry text message to Sutton | SM-01-480 |
| 3/7/2013 | 15:31:00 | Call | Sutton cell call to Jonathan Andry cell phone (0:08) | SM-01-480 |
| 3/7/2013 | 15:54:00 | Call | Sutton cell call to Gilbert Andry cell phone (0:21) | SM-01-480 |
| 3/7/2013 | 15:58:00 | Call | Gilbert Andry cell call to Sutton cell phone (8:02) | SM-01-480 |
| 3/7/2013 | 16:06:00 | Call | Gilbert Andry cell call to Sutton cell phone (1:12) | SM-01-480 |
| 3/7/2013 | 16:21:00 | Look | Sutton looks up Talen's Marine & Fuel, LLC | SM-03-724 |
| 3/7/2013 | 16:29:00 | Look | Sutton looks up Talen's Marine & Fuel, LLC | SM-03-724 |
| 3/7/2013 | 16:30:00 | Look | Sutton looks up Talen's Marine & Fuel, LLC | SM-03-724 |
| 3/7/2013 | 17:06:00 | Text | Sutton text message to Jonathan Andry | SM-01-480 |
| 3/7/2013 | 17:09:00 | Text | Jonathan Andry text message to Sutton | SM-01-480 |
| 3/8/2013 | 11:00:00 | Email | Sutton to Lerner: "I had lunch with Jon yesterday. It was nice. Things seem to be healing. Thanks for pushing it. I am working with him to get your Talens claim pushed through as quick as possible." | SM-01-261 |
| 3/8/2013 | 11:47:00 | Call | Jonathan Andry cell call to Sutton cell phone (7:13) | SM-01-480 |
| 3/8/2013 | 18:36:00 | Email | Sutton to Lerner: "Jon got paid on the Casey Thonn bp case last week so you can send me that." | SM-01-315 |
| 3/11/2013 | 23:41:00 | Email | Staley to Sutton: "This claim has been prepared and pushed to accountant Q/C review as of today. If it comes back for any reason I will let you know." | SM-01-344 |
| 3/12/2013 | 8:22:11 | Email | Sutton to Staley: "Thanks Mark" | SM-01-344 |
| 3/12/2013 | 8:35:00 | Text | Sutton text message to Gilbert Andry | SM-01-480 |
| 3/12/2013 | 8:35:00 | Text | Sutton text message to Gilbert Andry | SM-01-480 |
| 3/15/2013 | 9:45:00 | Text | Sutton text message to Jonathan Andry | SM-01-480 |
| 3/15/2013 | 9:45:00 | Call | Sutton cell call to Gilbert Andry cell phone (1:43) | SM-01-480 |
| 3/15/2013 | 9:56:00 | Text | Jonathan Andry text message to Sutton | SM-01-480 |
| 3/15/2013 | 9:56:00 | Text | Jonathan Andry text message to Sutton | SM-01-480 |
| 3/15/2013 | 9:57:00 | Text | Jonathan Andry text message to Sutton | SM-01-480 |
| 3/15/2013 | 9:57:00 | Text | Jonathan Andry text message to Sutton | SM-01-480 |

## Key Communications by Show Cause Parties
## March 5 to March 16, 2013

| Date | Time | Type | Event | Record |
|---|---|---|---|---|
| 3/15/2013 | 10:00:00 | Text | Sutton text message to Jonathan Andry | SM-01-480 |
| 3/15/2013 | 10:00:00 | Text | Sutton text message to Jonathan Andry | SM-01-480 |
| 3/15/2013 | 10:01:00 | Text | Jonathan Andry text message to Sutton | SM-01-480 |
| 3/15/2013 | 10:02:00 | Text | Sutton text message to Jonathan Andry | SM-01-480 |
| 3/15/2013 | 10:02:00 | Text | Jonathan Andry text message to Sutton | SM-01-480 |
| 3/15/2013 | 10:03:00 | Text | Jonathan Andry text message to Sutton | SM-01-480 |
| 3/15/2013 | 10:03:00 | Text | Jonathan Andry text message to Sutton | SM-01-480 |
| 3/15/2013 | 10:16:00 | Email | Sutton to Cahill: "Jeff - Joey, Tim and I signed the new OA. Please let me know when my salary will be paid up. Also, let me know about the Thonn money." | SM-01-273 |
| 3/15/2013 | 10:20:00 | Text | Sutton text message to Jonathan Andry | SM-01-480 |
| 3/15/2013 | 10:23:00 | Text | Jonathan Andry text message to Sutton | SM-01-480 |
| 3/15/2013 | 10:24:00 | Text | Jonathan Andry text message to Sutton | SM-01-480 |
| 3/15/2013 | 10:24:00 | Text | Jonathan Andry text message to Sutton | SM-01-480 |
| 3/15/2013 | 10:26:00 | Text | Sutton text message to Jonathan Andry | SM-01-480 |
| 3/15/2013 | 10:26:00 | Text | Jonathan Andry text message to Sutton | SM-01-480 |
| 3/15/2013 | 10:33:00 | Text | Jonathan Andry text message to Sutton | SM-01-480 |
| 3/15/2013 | 10:36:00 | Text | Sutton text message to Jonathan Andry | SM-01-480 |
| 3/15/2013 | 10:39:00 | Text | Jonathan Andry text message to Sutton | SM-01-480 |
| 3/15/2013 | 10:39:00 | Text | Jonathan Andry text message to Sutton | SM-01-480 |
| 3/15/2013 | 10:39:00 | Text | Sutton text message to Jonathan Andry | SM-01-481 |
| 3/15/2013 | 10:41:00 | Look | Sutton looks up Andry Law Firm claim | SM-01-495 |
| 3/15/2013 | 10:48:00 | Look | Sutton looks up Casey Thonn claim | SM-03-725 |
| 3/15/2013 | 10:56:00 | Text | Jonathan Andry text message to Sutton | SM-01-481 |
| 3/15/2013 | 10:57:00 | Text | Jonathan Andry text message to Sutton | SM-01-481 |
| 3/15/2013 | 11:02:00 | Look | Sutton looks up Talen's Marine & Fuel, LLC claim | SM-03-724 |
| 3/15/2013 | 11:12:21 | Email | Lerner to Sutton, Cahill, Bryant: "Jeff. Did we receive Thon? John may have but doesn't mean we did. Tiger, what was deal on that?" | SM-01-273 |
| 3/15/2013 | 11:26:00 | Email | Sutton to Lerner: "Jon told me that he just disbursed so you won't get it for a few days." | SM-01-273 |
| 3/15/2013 | 11:26:00 | Text | Sutton text message to Jonathan Andry | SM-01-481 |
| 3/15/2013 | 11:29:00 | Text | Jonathan Andry text message to Sutton | SM-01-481 |
| 3/15/2013 | 11:59:00 | Look | Sutton looks up Motivation, Inc. claim | SM-03-726 |
| 3/15/2013 | 12:25:36 | Email | Lerner to Sutton: "Ok. What do I owe you? What did he send me for you?" | SM-01-273 |
| 3/15/2013 | 12:36:00 | Text | Sutton text message to Jonathan Andry | SM-01-481 |
| 3/15/2013 | 12:46:00 | Text | Jonathan Andry text message to Sutton | SM-01-481 |
| 3/15/2013 | 12:47:00 | Text | Jonathan Andry text message to Sutton | SM-01-481 |
| 3/15/2013 | 12:55:00 | Text | Sutton text message to Jonathan Andry | SM-01-481 |
| 3/15/2013 | 13:04:00 | Text | Jonathan Andry text message to Sutton | SM-01-481 |
| 3/15/2013 | 13:06:00 | Text | Jonathan Andry text message to Sutton | SM-01-481 |
| 3/15/2013 | 13:06:00 | Text | Jonathan Andry text message to Sutton | SM-01-481 |
| 3/15/2013 | 13:12:00 | Email | Lerner to Sutton: "How much was our end $33k?" | SM-01-275 |

## Key Communications by Show Cause Parties
## March 5 to March 16, 2013

| Date | Time | Type | Event | Record |
|---|---|---|---|---|
| 3/15/2013 | 13:52:00 | Look | Sutton looks up Casey Thonn claim | SM-03-725 |
| 3/15/2013 | 13:53:00 | Email | Sutton to Lerner: "16,665" | SM-03-275 |
| 3/15/2013 | 13:54:00 | Look | Sutton looks up Casey Thonn claim | SM-03-725 |
| 3/15/2013 | 13:55:00 | Look | Sutton looks up Vishnu Enterprise, Inc. claim | SM-03-724 |
| 3/15/2013 | 13:55:00 | Look | Sutton looks up Vishnu Enterprise, Inc. claim | SM-03-724 |
| 3/15/2013 | 13:56:00 | Look | Sutton looks up Vishnu Enterprise, Inc. claim | SM-03-724 |
| 3/15/2013 | 14:09:00 | Text | Jonathan Andry text message to Sutton | SM-01-481 |
| 3/16/2013 | 12:11:00 | Text | Sutton text message to Jonathan Andry | SM-01-481 |
| 3/16/2013 | 12:11:00 | Text | Sutton text message to Jonathan Andry | SM-01-481 |
| 3/16/2013 | 13:05:00 | Text | Jonathan Andry text message to Sutton | SM-01-481 |
| 3/16/2013 | 13:11:00 | Text | Jonathan Andry text message to Sutton | SM-01-481 |
| 3/16/2013 | 13:11:00 | Text | Sutton text message to Jonathan Andry | SM-01-481 |
| 3/16/2013 | 13:14:00 | Text | Jonathan Andry text message to Sutton | SM-01-481 |
| 3/16/2013 | 13:14:00 | Text | Jonathan Andry text message to Sutton | SM-01-481 |
| 3/16/2013 | 13:16:00 | Text | Jonathan Andry text message to Sutton | SM-01-481 |
| 3/16/2013 | 13:43:00 | Text | Sutton text message to Jonathan Andry | SM-01-481 |
| 3/16/2013 | 13:43:00 | Text | Sutton text message to Jonathan Andry | SM-01-481 |
| 3/16/2013 | 14:39:00 | Text | Jonathan Andry text message to Sutton | SM-01-481 |
| 3/16/2013 | 14:41:00 | Text | Jonathan Andry text message to Sutton | SM-01-481 |