UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | : | MDL No. 2179 |
| *"DEEPWATER HORIZON"* in the | : | |
| GULF OF MEXICO, on APRIL 20, 2010 | : | SECTION:  J |
| | : | |
| This document relates to: | : | JUDGE BARBIER |
| | : | |
| No. 12-970 | : | MAG. JUDGE SHUSHAN |

_____

**MOTION FOR LEAVE TO FILE UNDER SEAL**

NOW INTO COURT, through undersigned Co-Lead Class Counsel, come Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class, who respectfully move for leave to file under seal their Motion, Memorandum and Exhibits to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court.

Movants respectfully seek to submit these pleadings and exhibits under seal because they relate to the treatment of confidential Claims data.  In addition, some of the Exhibits reflect confidential Claim-specific and Claimant-specific information, and/or draft internal fraud detection metrics and protocols.

Moreover, the BP Defendants have repeatedly violated Sections 9.1, 16.1 and 17.1 of the Settlement Agreement in public court filings, in paid advertisements, on its websites, and in statements to the press.  Movants are concerned that BP may take internal communications between the Parties and the Settlement Program out of context, unfairly exaggerate their contents, and/or otherwise manipulate them to inappropriately or unfairly attack Settlement Program Vendors, the Claims Administrator, Claimants, Class Counsel, the Special Master, and/or the Court.

**WHEREFORE** Claimants and the Class respectfully ask the Court for leave to file their Motion, Memorandum and Exhibits under seal.

This 22nd day of February, 2014.

Respectfully submitted,

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 22nd day of February, 2014.

/s/ James Parkerson Roy and Stephen J. Herman