**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:  OIL SPILL by the OIL RIG** | : | **MDL No. 2179** |
| ***"DEEPWATER HORIZON"* in the** | : | |
| **GULF OF MEXICO, on APRIL 20, 2010** | : | **SECTION:  J** |
| | : | |
| This document relates to: | : | **JUDGE BARBIER** |
| | : | |
| No. 12-970 | : | **MAG. JUDGE SHUSHAN** |

_____

**ORDER**

**CONSIDERING** Class Counsel's Motion for Leave to File Under Seal:

**IT IS ORDERED** that Class Counsel be and hereby granted leave to file their Motion,

Memorandum and Exhibits to Protect and Preserve Claimant Confidentiality and to Enforce the

Orders of the Court under seal.

**SIGNED** in New Orleans, Louisiana, this ___ day of <u>February</u>, <u>2014</u>.


_____
**Hon. Carl J. Barbier**