UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION "J"** |
| | * | |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| | * | |
| *All Cases* | * | **MAG. JUDGE SHUSHAN** |
| | * | |
| | * | |

## ORDER

Before the Court are (1) Joint Motion for Leave to Supplement Phase II Trial Record and File Memorandum Regarding BP Admissions Relevant to Phase II (Rec. Doc. 12233) and (2) the United States' Motion for Amendment to the Amended PTO 1 and PTO 14 Regarding Communications Between the United States, the States, and Plaintiffs' Steering Committee (Rec. Doc. 12371).

IT IS ORDERED that any response to these motions shall be filed not later than Monday, March 10, 2014.

FURTHER ORDERED that any response to the United States' Motion for Amendment (Rec. Doc. 12371) shall not exceed 5 pages.

New Orleans, Louisiana, this 24th day of February, 2014.

_____
United States District Judge