UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG *"DEEPWATER HORIZON"* in the GULF OF MEXICO, on APRIL 20, 2010 | : : : | MDL No. 2179 SECTION: J |
| This document relates to: | : : | JUDGE BARBIER |
| No. 12-970 | : | MAG. JUDGE SHUSHAN |

### ORDER

**CONSIDERING** Class Counsel's Motion for Leave to File Under Seal:

**IT IS ORDERED** that Class Counsel be and hereby granted leave to file their Motion, Memorandum and Exhibits to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court under seal.

**SIGNED** in New Orleans, Louisiana, this 24th day of February, 2014.

_____
United States Magistrate Judge