IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Section: J(1) <br> Judge: Barbier <br> Magistrate: Shushan |
| This Document Relates To: | |
| Case No.: 2:10-CV-08888 (Rec. Doc. 56354) | |

## ORDER

Considering the foregoing Corrected Motion to Withdraw as Counsel on behalf of Waltzer Wiygul & Garside, L.L.C. and finding that the same has merit,

**IT IS ORDERED** that the Corrected Motion to Withdraw as Counsel on behalf of Waltzer Wiygul & Garside, L.L.C. is **GRANTED**. All correspondence, notice, and service to the Plaintiff shall be mailed to : Thuy Thi Tran, 2265 Sugarloaf Drive, Harvey, LA 70058.

New Orleans, Louisiana this 24th day of February, 2014.

_____
United States District Judge