**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:  OIL SPILL by the OIL RIG** | : | **MDL No. 2179** |
| ***"DEEPWATER HORIZON"* in the** | : | |
| **GULF OF MEXICO, on APRIL 20, 2010** | : | **SECTION:  J** |
| | : | |
| This document relates to: | : | **JUDGE BARBIER** |
| | : | |
| No. 12-970 | : | **MAG. JUDGE SHUSHAN** |

_____

**MOTION TO PROTECT AND PRESERVE**
**CLAIMANT CONFIDENTIALITY AND TO ENFORCE THE ORDERS OF THE COURT**

**[Filed Under Seal]**

**NOW INTO COURT,** through undersigned Co-Lead Class Counsel, come Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class, who respectfully seek the Court's assistance in enforcing the Economic & Property Damages Settlement Agreement and the Court's previous Orders regarding Settlement Implementation and Confidentiality by eliminating BP's access to Claimant-specific and/or Claim-specific data, files and other information prior to a formal Eligibility Determination.

The bases for the present Motion are set forth more fully in the supporting Memorandum and Exhibits, which are respectfully incorporated fully by reference herein.

**WHEREFORE** Claimants and the Class respectfully ask the Court to eliminate BP's access to confidential Claim-specific data, files and other information prior to a formal Eligibility Determination.

This 22<u>nd</u> day of <u>February</u>, <u>2014</u>.

Respectfully submitted,

| | |
|---|---|
| <u>  /s/   Stephen J. Herman  </u> | <u>  /s/ James Parkerson Roy</u> |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No.11511 |
| **HERMAN HERMAN & KATZ LLC** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| *Co-Lead Class Counsel* | *Co-Lead Class Counsel* |

<u>**CERTIFICATE OF SERVICE**</u>

**WE HEREBY CERTIFY** that the above and foregoing Motion will be served on BP Counsel via E-Mail this <u>22nd</u> day of <u>February</u>, <u>2014</u>.

<u>/s/ James Parkerson Roy and Stephen J. Herman</u>