| From: | Steve Herman |
|---|---|
| To: | Chris Reade (readec@dheclaims.com) |
| Cc: | Jim Roy; Patrick Juneau; Michael Juneau; "David Welker"; rcs@stanleyreuter.com; Special Master Freeh; Frank Piantidosi (piantidosi@freehgroup.com); Steve Tidwell (tidwell@freehgroup.com); Sally_Shushan@laed.uscourts.gov; Robinson, Geir; Moskowitz, Keith (keith.moskowitz@dentons.com); Tommy Thomassie; Soren Gisleson; John Creevy; Gavin W. Manes |
| Subject: | BP Oil - IT / Fraud Issues |
| Date: | Friday, October 18, 2013 10:59:34 PM |
| Attachments: | BetaVersion - BI Requriements for Fraud Reporting Rev C.docx |
| Importance: | High |

Dear Chris,

Tommy forwarded this to me, and – with all apologies for my ignorance – I had a few questions:

a. What is "Mr. Cantor's case"?

b. What is the genesis of No. 1?  Who suggested or requested this?  On what basis?

c. Re: No. 22 – What "BP users" have the ability to search Claimants or Claims? - *See* Settlement Agreement Section 4.4.14 ("BP and Class Counsel shall **not** have access to any Claim Files for Claims that are being processed and have not yet been resolved in the Settlement Program") (emphasis supplied).

d. What is the genesis of Nos. 35 and 47?   Who suggested or requested this? On what basis?  The Fifth Circuit Court of Appeals just unanimously rejected BP's complaint that "spikes" in revenue might occur within the claimants' comparable Benchmark and Compensation Periods. *See* OPINION, p.25 ("BP's primary concern seems to be the uneven cash flows of certain types of businesses. We accept this possibility, but we see nothing in the agreement that provides a basis for BP's interpretation. Despite the potential existence of this kind of distortion, the parties may not have considered it, agreed to ignore it, or failed for other reasons to provide clearly for this eventuality. The district court was correct that BP's proposed interpretation as not what the parties agreed").  So why is revenue fluctuation – acknowledged to occur naturally in certain types of businesses by both BP itself and the Fifth Circuit – some type of trigger for some type of "fraud" investigation?

Frankly, these inquiries seem BP-directed and BP-motivated, based on nothing more than hypothetical notions about what could conceivably be

occurring, in the hopes that BP might find an excuse to attack the Program further, to impugn claimants and/or their attorneys, and to needlessly burden and delay the processing of claims.

This is supposed to be an independent Program, making independent determinations.

BP is an oil & gas exploration company;  it's not a professional law enforcement agency, forensic accounting firm, professional IT consultant, or claims management corporation.

Between yourself, Mr. Welker, others on the Claims Administrator's staff, the Freeh Group, PriceWaterhouse, BG, PN, GCG, CLA, the new Auditors, and IBM, the Settlement Program should be able to independently determine the best way to ensure that the Program is efficiently, effectively, and accurately evaluating and processing claims, without the "assistance" or interference of a biased, self-interested and frankly duplicitous oil & gas company.

BP should not be involved, either directly or indirectly, in the review or processing of claims.

Thanks.

---

**From:** Tommy Thomassie [mailto:TommyT@wrightroy.com]

---

**From:** Chris Reade [mailto:readec@dheclaims.com]
**Sent:** Thursday, October 17, 2013 3:53 PM
**To:** sgiselson@hhklawfirm.com; Tommy Thomassie
**Subject:** FW: Beta versions of Internal Fraud reports/metrics

My apologies - I forgot to add you both to this.

Data Warehouse meeting has been moved to the 19th floor of 935 Gravier for tomorrow - same time.

Thanks,

Chris

---

**From:** Chris Reade

**Sent:** Thursday, October 17, 2013 3:47 PM
**To:** Geir.Robinson@uk.bp.com; Olp, Steve F.; Steve Tidwell; Frank Piantidosi ; Gavin W. Manes; David
Welker
**Subject:** Beta versions of Internal Fraud reports/metrics

Obviously these will changes/expand as Mr. Welker gets his team on board but attached and
in Sharepoint (Workstream Doc Library) are the first versions of the Internal Fraud reports
that we're working on.  Some are already in production and have borne fruit for the CAO
such as in Mr. Sutton's case, the Mobile staff and Mr. Cantor's case but even those need to be
refined further with Mr. Welker's input.

In any case, since we were discussing it Tuesday I wanted you all to see where our heads are
at in regards to internal fraud analysis.

Thanks,

Chris

DEEPWATER HORIZON ECONOMIC CLAIMS CENTER

## IT Department Instruction

### Reporting

Policy Number: IT-00?
Applies to:     Claims Administrator's Office IT

**DHECC Approvals:**

_____        _____

**Orterio Villa**                                                        **Date**
**Senior PM DHECC**

# Table of Contents

**IT Department Instruction** ....................................................................................................................... 1

Relevant Comparison .............................................................................................................. 3

Fraud & Reporting ................................................................................................................... 3

Review/View Reporting ........................................................................................................... 4

IP Checking ............................................................................................................................ 10

Employee Overlap Reporting ............................................................................................... 10

BEL Scheme Reporting .......................................................................................................... 11

Representation Reporting ..................................................................................................... 12

Claims Reporting ................................................................................................................... 17

Individual User View Reporting ............................................................................................ 17

Subsistence Reporting .......................................................................................................... 18

Developer Reporting ............................................................................................................. 18

Sworn Written Statement Check .......................................................................................... 19

Payment Table Reporting ..................................................................................................... 20

Match Back GCG Payment Table to BG Payment Table ....................................................... 20

Hold Views ............................................................................................................................ 21

Appendix ................................................................................................................................... 22

A.    Document Changes .......................................................................................................... 23

# Reporting Requirements

**Relevant Comparison**

**Fraud & Reporting**

Verify Employee Data Collection
Business Intelligence Reporting:

## REVIEW/VIEW REPORTING

*Bypassing FIFO by Expediting*

**1)  Bypassing FIFO by Expediting/ Stratified by Law Firm  (Prioritizing by Event or Data point)**

- o **Description**

  The system allows users to bypass the FIFO Get Next functions by designating a claim as one that should be expedited through events or data points.  This moves the claim "to the front of the line" in that queue

- o **RISK**

  By permitting the ability to expedite claims the system could allow a user to expedite claims based on interest in the claim, a favor, etc.

- o **Execution**

  The system allows users to bypass the FIFO Get Next functions by entering values into the system that prioritize claim review.  This will have to be looked at by Attorney firm.

  1)  As defined look at all law firms as individuals
  2)  Group all PSC and aggregate data as a group of PSC firms versus non-PSC Law Firms

- o **Failure (escalation metric)**

  Any Attorney firm that exceeds double the average percentage of bypassing FIFO controls

  Visual evaluation of PSC versus non-PSC; escalate as reasonable.

- o **Comments**

  Law Firm Example:

  > When evaluating the total population of Law Firms that have had claims prioritized for expedited treatment, the average Law Firm accounts for 2% of the overall population that was expedited.  Any Law Firm that accounts for 4% or more of the population will be reviewed.

**3)  Bypassing FIFO by Expediting/ Stratified by Prioritizing Employee  (Prioritizing by Event or Data point)**

- o **Description**

  The system allows users to bypass the FIFO Get Next functions by designating a claim as one that should be expedited through events or data points.  This moves the claim "to the front of the line" in that queue

- o **RISK**

  By permitting the ability to expedite claims the system could allow a user to expedite claims based on interest in the claim, a favor, etc.

- o **Execution**

  The system allows users to bypass the FIFO Get Next functions by entering values into the system that prioritize claim review.  This will have to be looked at by Prioritizing Employee.

- o **Failure (escalation metric)**

  Any Prioritizing Employee that exceeds double the average percentage of bypassing FIFO controls.

- o **Comments**

  Employee Example:

When evaluating the total population of Claims that have been expedited, compare the number of claims expedited by employee.  Look at any employee that has an average number of expedited claims that is twice the average of all other employees expediting claims.

**2)  Bypassing FIFO by Expediting/ Stratified by Location  (Prioritizing by Event or Data point)**

- o  **Description**

  The system allows users to bypass the FIFO Get Next functions by designating a claim as one that should be expedited through events or data points.  This moves the claim "to the front of the line" in that queue

- o  <u>RISK</u>

  By permitting the ability to expedite claims the system could allow a user to expedite claims based on interest in the claim, a favor, etc.

- o  **Execution**

  The system allows users to bypass the FIFO Get Next functions by entering values into the system that prioritize claim review.  This will have to be looked at by Review Location

- o  **Failure (escalation metric)**

  Any Location that exceeds double the average percentage of bypassing FIFO controls.

- o  **Comments**

  Location Example:

  > When evaluating the total population of expedited claims, based on Review Location, any location that has more than twice the average number of expedited claims (as compared to the average by location) will be reviewed.

*Bypassing FIFO Not Using Get Next*

**3)  Selective Review, Bypassing FIFO and Get Next  (individual Reviewer)**

- o  **Description**

  The system allows users to bypass the FIFO Get Next functions by manually entering in a claim number for review or selecting from a window at the bottom of the web page that displays claims in the users queue (or letting the user search on claims within the users queue [middle frame of the web page])

- o  <u>RISK</u>

  By permitting users the ability to pick and choose claims outside of FIFO, the users are able to select Claims they want to work:

  - ▪ The ability to expedite reviews (all types)
  - ▪ The ability to influence claims a Reviewer may have an interest in
  - ▪ Permitting the Reviewer to QA a file they reviewed

- o  **Execution**

  The system allows users to bypass the FIFO Get Next functions by manually entering a claim number.  We will have to identify all of the occurrences where Get Next is NOT used and report on those occurrences by Reviewer.

- o  **Failure (escalation metric)**

  Any Reviewer (all type of reviews) that exceeds double the average percentage of bypassing Get Next controls.

- o **Comments**

  Individual Reviewer Example:

  > If an individual Reviewer by passes the Get Next function 1 out of 5 times, but on average across the program (that specific type of Reviewer) bypasses Get Next 1 out of 10 times, that Reviewer will be considered having failed the "escalation metric".

**4) Selective Review, Bypassing FIFO and Get Next  (within location (CAC))**

- o **Description**

  The system allows users to bypass the FIFO Get Next functions by manually entering in a claim number

- o **RISK**

  By permitting users the ability to pick and choose claims outside of FIFO, the users are able to select Claims they want to work:

  - ▪ Permitting the Reviewer the ability to select files for review and QA, a reviewer may select files that select coworkers/friends have reviewed

- o **Execution**

  The system allows users to bypass the FIFO Get Next functions by manually entering a claim number. We will have to identify all of the occurrences where Get Next is NOT used and report on those occurrences by CAC

- o **Failure (escalation metric)**

  Any CAC that exceeds double the average percentage of bypassing Get Next controls as compared to the other CACs will have failed this metric.

- o **Comments**

  Reporting will pay specific attention to Review and QA performed within the same office where the Get Next functionality was bypassed

**5) Selective Review, Bypassing FIFO and Get Next  (Family member/Friend)**

- o **Description**

  The system allows users to bypass the FIFO Get Next functions by manually entering in a claim number

- o **RISK**

  By permitting users the ability to pick and choose claims to work, the system allows users to select claims they may have an interest in:

  - ▪ Permitting the QA Reviewer to select claims that a family member reviewed

- o **Execution**

  The system allows users to bypass the FIFO Get Next functions by manually entering a claim number. We will have to identify all of the occurrences where Get Next is NOT used and report on those occurrences by Reviewer-Claimant.  This information will be compared to "Family" information provided on Employee Questionnaire provided by HUB.  This will include:

  6. User vs Claimant Last name
  7. User Last Name vs Claimant Spouse Maiden Name
  8. User Maiden Name vs Claimant Spouse Last Name
  9. User Address(es) vs Claimant Address(es) (smart match)
     - (i) Match Zip and Street name to reviewer or relation: Kickout
     - (ii) Match City and Street name to reviewer or relation: Kickout

(iii) *** Note that to date the only way we have been able to get the address match to work is associated with matching on the left most 3 digits of the numeric associated with an address and then, manually looking at street names.  This has reduced the population from 6000 to 500.  This will need more work to automate.*

10. User Phone number vs Claimant Phone Number
11. User Email Address(es) vs Claimant Email Address(es) (smart match)
12. User SSN vs Claimant SSN
13. Reviewer Spouse SSN vs Claimant SSN
14. User DOB vs Claimant DOB
15. User DL# vs Claimant DL#
16. User EIN Interest vs Claimant EIN
17. Spouse EIN vs Clamant EIN

- o **Failure (escalation metric)**

  Any matches on data point above where a Reviewer (any type) worked the associated Claimant/Claim

- o **Comments**

  Reporting under this section will focus on identifying occurrences where a Reviewer (any type) may have worked a claimant/claim file where they know or are related to that claimant.

*Claimant/Claim Views (foundation of report is the subset of users that have viewed a claimant for more than 30 days in a 6 month period)*

**18) >30 Views by Reviewer of Same Claimant for Last 6 months**

Had to increase threshold to >30, using >20 resulted in a population too large (this would have had us miss Tiger and Other fraud events.

- o **Description**

  Count the number of times each User has viewed claimant records, report on any claimants searched and viewed more than 20 times

- o **RISK**

  Employees have the ability to search Claimants and Claims regardless of whether or not they are assigned to work on the claims:

  - ▪ Users could be looking up restricted information associated with Claimants they are not assigned to work
  - ▪ Users could be tracking progress over time of certain claims
  - ▪ Users could be researching claims information for friends or family
  - ▪ Users could be providing insight into claims processing for Attorney firms, PSC or BP
  - ▪ Etc.

- o **Execution**

  Aggregate views by user – claimant over the past 6 months.

  **Failure (escalation metric)**

  This report will only produce results considered a Failure

- o **Comments**
  None

**19) Max Views by Reviewer**

- o **Description**

  Count the number of times each User has viewed claimant records

- o **RISK**

  Employees have the ability to search Claimants and Claims regardless of whether or not they are assigned to work on the claims:
  - Users could be looking up restricted information associated with Claimants they are not assigned to work
  - Users could be researching claims information for friends or family
  - Users could be providing insight into claims processing for Attorney firms, PSC or BP
  - Etc.

- o **Execution**

  The system records user views of claim and claimant records.  The first report will be by claimant and the second report will be by claim.

  19. Claimant Searches among all users
  20. Claimant Searches among all BG users
  21. Claimant Searches among all GCG users
  22. Claimant Searches among all BP users
  23. Claimant Searches among all PN
  24. Claimant Searches among all PwC

- o **Failure (escalation metric)**

  Report on the top 20 highest view volume users among all users, for the rest of the reporting (19-23) report on the the top 10 highest view volume users.

- o **Comments**

  Reporting under this heading is attempting to identify actions and patterns outside the norm.

**25) Max Views by Reviewer per Claimant**

- o **Description**

  For all Claimants, report on those claimants with the largest number of views in total and by individual user

- o **RISK**

  Employees have the ability to search Claimants and Claims regardless of whether or not they are assigned to work on the claims:
  - Users could be looking up restricted information associated with Claimants they are not assigned to work
  - Users could be researching claims information for friends or family
  - Users could be providing insight into claims processing for Attorney firms, PSC or BP
  - Etc.

- o **Execution**

  The system records each time a user views of claim and claimant records.  The first report will provide the total views any claimant experienced in total across all users.  The second report will provide the total views of a claimant stratified by user.

  25. Claimant Searches among all users
  26. Claimant Searches by Individual User

- o **Failure (escalation metric)**

Failure by report:

- ▪ (Report 25) The top 20 viewed claimants viewed by all Users
- ▪ (Report 26) The top 20 viewed claimants by individual Users

- o **Comments**

These reports are counts by claimant:

- ▪ (Report 25) Claimant X had his claimant or claims records viewed 200 times by 5 users
- ▪ (Report 26) Claimant X had his claimant or claims records viewed 200 times by user Y

**27) Max Views by Reviewer by Attorney Firm**

- o **Description**

Count total number of views by employee by Attorney firm

- o **RISK**

Since Reviewers  (and other program users) may not be limited to view claims/claimants that they are assigned to, this report may identify Reviewers using the view/search screens to assist an Attorney firm

Secondly this report will be used to ensure that no other Firms are accessing another firm's claimants or claims

- o **Execution**

27. One report will display, by Attorney Firm the number of users that have viewed their claimants, aggregated by firm.  This report will filter out Attorney Firm employees and only consider DHECC employees (all vendors and parties)
28. A second report will show external users that have accessed claimants assigned to an Attorney Firm. This report will actually have to show the Firm at the claim level since its possible for a claimant to have multiple claims assigned to multiple firms
29. A third report will reflect the individual users that viewed the highest number of claimants for an individual user by Firm
30. A forth report will reflect the location/CAC that viewed the highest number of claimants by Firm

- o **Failure (escalation metric)**

- ▪ (Report 27) The top 20 viewed Attorney Firms (aggregate counts by Law Firm)
- ▪ (Report 28) The top 20 viewed Attorney Firms (aggregate counts by Law Firm)
- ▪ (Report 29) The top 20 user that viewed individual Attorney Firms (aggregate by User)
  - • Exception(s); Users that work for the Firm
- ▪ (Report 30) The top 5 locations that viewed individual Attorney Firms (aggregate by location)

- o **Comments**
None

**31) Max Views by Reviewer/Aggregated by Preparer/Accounting Firm**

- o **Description**

Count total number of views by employee by accounting firm.  This may need to be based on the Accounting Firms Email address, if an accounting firm name is not present (but we have a contact email).

- o **RISK**

Since reviewers (and other program users) may not be limited to view claims/claimants that they are assigned to, this report may identify Reviewers using the view/search screens to assist an accounting firm

o **Execution**
Aggregate claimant views by Accounting Firm

o **Failure (escalation metric)**
Report on the top 20 viewed Accounting Firms

o **Comments**
None

## IP CHECKING

**32) User Reporting on Multiple IP Logins**

o **Description**
Each login to the system captures the users IP address.  This report will look to identify any cases where a user is logging in from a location they are not supposed to be anb/or identify cases where a user may be sharing their account information.

o **RISK**
It is possible that one user account can be used by more than one user (at the same time as well as at different times)

o **Execution**
Logins within the same calendar day (12am-11:59pm) logging into the system from different IP addresses will be identified.

o **Failure (escalation metric)**
- Any user that logs in from different IP addresses will be reviewed for IP Blocking status
- Timing versus geographically separated IP Addresses
- Check for concurrent log-ins by the same user

o **Comments**
External users may cause more work than integral users based on lack of controls for Firms and Individuals, but based on historical findings this needs to be done.

## EMPLOYEE OVERLAP REPORTING

**33) Employee Process Overlap**

o **Description**
Identify overlap associated with the same employee/same location performing any of the following functions: Claimant Creation, Claims Creation, Review, QA, etc

o **RISK**
With limited segregation of duties, it must be verified that employees are not performing multiple duties on the same claimant/claim

o **Execution**

33. Identify Claimant Creator, Claims Creators, Reviewers (all types, including QA) and identify any occurrence of the same user performing multiple steps on the same claimant/claim

34. Identify Claimant Creator, Claims Creators, Reviewers (all types, including QA) and identify any occurrence of the users from the same Location/CAC performing multiple steps on the same claimant/claim

- o **Failure (escalation metric)**
  Any occurrence where the same person or the same Location/CAC performed multiple steps on the same claimant/claim will be reported and considered a failure.

- o **Comments**
  This report will produce some overlap when compared to reporting that identifies the same Initial Reviewer and QA Reviewer

## BEL SCHEME REPORTING

**35) Revenue, Expenses & Profit Percentage Match**

- o **Description**
  Identify claims that have close to the same Percentages of Revenue, Expenses & Profits stratify this report by Law Firm or Accounting Firm or Pro Se

- o RISK
  Once an accounting firm, attorney firm or Pro Se (possibly through the assistance of a bad actor) finds a payable "formula" for a submitted claim, they may try and replicate the successful claims percentages across other claims.

- o **Execution**
  3 different stratifications of the same data: (a)revenue to expense percentage, (b)revenue to profit percentage, (c)expense to profit percentage.  We will create a ranking for a-c as well as a cumulative ranking and look at the top 20 of each.

  35. Law Firm (a)
  36. Law Firm (b)
  37. Law Firm (c)
  38. Law Firm Cumulative
  39. Accounting Firm (a)
  40. Accounting Firm (b)
  41. Accounting Firm (c)
  42. Accounting Firm Cumulative
  43. Pro Se (a)
  44. Pro Se (b)
  45. Pro Se (c)
  46. Pro Se Cumulative

- o **Failure (escalation metric)**
  Review top 20, nearest logical matches for each category (Law, Accounting, Pro Se)

- o **Comments**

Not all of these reports will be required long term.  Once we find the reports that ID behavioral patterns that require attention, we can focus on those reports and discontinue the others.

**47) Benchmark Period Compared to May-December**

- o **Description**

  Identify claims where the difference between the benchmark period and an "Averaging" of revenues shows a variation of over 200%

- o RISK

  Unrealistic high award calculation may indicate that claimant/claim information was altered or fraudulently submitted in order to exaggerate the information in the benchmark period

- o **Execution**

  3 different stratifications of the same data:

  47.  Aggregate by Law Firm
  48.  Aggregate by Accounting Firm
  49.  Individual Claims

- o **Failure (escalation metric)**

  As stated above, group that exceeds 200% of the average

- o **Comments**

  Once these reports are reviewed the first few runs, we may decide to update the Failure trigger.


## REPRESENTATION REPORTING

*Scheme Identification*

**50) Max Reviews by Reviewer by Attorney Firm**

- o **Description**

  Count total number of reviews by employee by Attorney firm

- o RISK

  Since reviewers  (and other program users) may not be limited to review claims based on FIFO, this report may identify Reviewers concentrating on claims for a specific Attorney firm

- o **Execution**

  Count reviews by Reviews (5 reports as listed) stratified by Attorney Firm

  50.  Initial Reviews by Firm
  51.  QA Reviews by Firm
  52.  Accounting Reviews by Firm
  53.  Accounting QA Review by Firm
  54.  Total Cumulative Reviews by Firm
  55.  Average Views per law firm aggregated by PSC and Non PSC law firms

- o **Failure (escalation metric)**

Review the top 20 (highest counts of reviews by Firm)

- o **Comments**

  This report will consider all vendors that perform any type of review

**56) Max Reviews by Reviewer by Accounting Firm**
- o **Description**

  Count total number of reviews by employee by accounting firm

- o **RISK**

  Since reviewers (and other program users) may not be limited to review claims based on FIFO, this report may identify Reviewers concentrating on claims for a specific accounting firm

- o **Execution**

  Count reviews by Reviews (5 reports as listed) stratified by Accounting Firm

  56. Initial Reviews by Firm
  57. QA Reviews by Firm
  58. Accounting Reviews by Firm
  59. Accounting QA Review by Firm
  60. Total Cumulative Reviews by Firm

- o **Failure (escalation metric)**

  Review the top 20 (highest counts of reviews by Firm)

- o **Comments**

  This report will consider all vendors that perform any type of review

*Aging*

**61) Average Aging by Attorney Firm (Claim Creation to Completion of QA Review)**
- o **Description**

  Based on the average processing time from Claim Creation to QA Review, for represented claimants, we will compare the average processing time across the population to the average processing claim time by Firm

- o **RISK**

  Based on the fact that Reviewers can bypass FIFO/Get Next functions, it is possible that a Reviewer selectively works claims that they may have some interest in

- o **Execution**

  The average time for throughput will be calculated for each Firm that has had at least 10 claims that have made it through QA Review

  (58)The average time for throughput will be calculated for Represented Claims that have made it through QA Review
  (59)Average Throughput information PSV versus Non-PSC

- o **Failure (escalation metric)**

Any Firm that has an average throughput 25% less than the average (made it through the process faster than expected)

- o **Comments**
  The Failure threshold may need to be adjusted after running this report a few times

**62) Average Aging by Attorney Firm (QA Review Completion to Final Notice Claims)**
- o **Description**
  Based on the average processing time from QA Review Completion through Final Notice being issued, for represented claimants, we will compare the average processing time across the population to the average processing claim time by Firm

- o **RISK**
  Based on the fact that Reviewers can bypass FIFO/Get Next functions, it is possible that a Reviewer selectively works claims that they may have some interest in

- o **Execution**
  The average time for throughput will be calculated for Represented Claims that have made it through QA Review to Final Notice

  The average time for throughput will be calculated for each Firm that has had at least 10 claims that have made it to Final Notice

- o **Failure (escalation metric)**
  Any Firm that has an average throughput 25% less than the average (made it through the process faster than expected)

- o **Comments**
  The Failure threshold may need to be adjusted after running this report a few times

**63) Average Aging by Accounting Firm (Claim Creation to QA Review Completion)**
- o **Description**
  Based on the average processing time from Claim Creation through QA Review, for claims with Accounting Firms, we will compare the average processing time across the population to the average processing claim time by Firm

- o **RISK**
  Based on the fact that Reviewers can bypass FIFO/Get Next functions, it is possible that a Reviewer selectively works claims that they may have some interest in

- o **Execution**
  The average time for throughput will be calculated for claims with Accounting Firms that have made it through QA Review

  The average time for throughput will be calculated for each Firm that has had at least 10 claims that have made it through QA Review

- o **Failure (escalation metric)**
  Any Firm that has an average throughput 25% less than the average (made it through the process faster than expected)

- o **Comments**
  The Failure threshold may need to be adjusted after running this report a few times

**64) Average Aging by Accounting Firm (QA Review Completion to Final Notice)**
- o **Description**
  Based on the average processing time from QA Review Completion through Final Notice being issued, for claims with Accounting Firms, we will compare the average processing time across the population to the average processing claim time by Firm

- o **Risk**
  Based on the fact that Reviewers can bypass FIFO/Get Next functions, it is possible that a Reviewer selectively works claims that they may have some interest in

- o **Execution**
  The average time for throughput will be calculated for claims with Accounting Firms that have made it to Final Notice

  The average time for throughput will be calculated for each Firm that has had at least 10 claims that have made it to Final Notice

- o **Failure (escalation metric)**
  Any Firm that has an average throughput 25% less than the average (made it through the process faster than expected)

- o **Comments**
  The Failure threshold may need to be adjusted after running this report a few times

**65) Average Aging by Pro Se (Claim Creation to QA Review Completion)**
- o **Description**
  Based on the average processing time from Claim Creation through QA Review Completion, for Pro Se claims, we will compare the average processing time across the population to the individual average processing time per claim

- o **Risk**
  Based on the fact that Reviewers can bypass FIFO/Get Next functions, it is possible that a Reviewer selectively works claims that they may have some interest in

- o **Execution**
  The average time for throughput will be calculated for Po Se claims that have made it through QA Review across the population

  The average time for throughput will be calculated for each Claim that made it through QA Review

- o **Failure (escalation metric)**
  Any claim that has an average throughput 50% less than the average (made it through the process faster than expected)

- o **Comments**
  The Failure threshold may need to be adjusted after running this report a few times

**66) Average Aging by Pro Se (QA Review Completion to Final Notice)**

- **Description**

  Based on the average processing time from QA Review Completion to Final Notice, for Pro Se claims, we will compare the average processing time across the population to the individual average processing time per claim

- RISK

  Based on the fact that Reviewers can bypass FIFO/Get Next functions, it is possible that a Reviewer selectively works claims that they may have some interest in

- **Execution**

  The average time for throughput (QA Review Complete to Final Notice issued) will be calculated for all Pro Se claims that have made it to final notice.

  The average time for throughput will be calculated for each Claim that made it through QA Review

- **Failure (escalation metric)**

  Any claim that has an average throughput 50% less than the average (made it through the process faster)

- **Comments**

  The Failure threshold may need to be adjusted after running this report a few times

**67) Average Aging; Accounting Firm vs Pro Se (Claims Creation through Notice)**

- **Description**

  ?

- RISK

  ?

- **Execution**

  ?

- **Failure (escalation metric)**

  ?

- **Comments**

  ?

**68) Average Aging; Represented  vs Pro Se (Claim Creation to Final Notice)**

- **Description**

  ?

- RISK

  ?

- **Execution**

  (66)Take the entire population of Pro Se Claims that have made it to Final Notice and compare their average aging to the entire population of Represented claims that have made it to Final Notice

  (67)Take entire population above and compare Pro Se vs. PSC represented vs. Non-PSC Represented

- o **Failure (escalation metric)**
    ?

- o **Comments**
    ?

*Denial/Payment Pro Se/Represented Comparison*

**69) By Claim Type; % Denied vs. % Paid, Attorney Represented vs. Pro Se.**
- o **Description**
    ?

- o **RISK**
    ?

- o **Execution**
    (69)Per description
    (70)Add stratification Pro Se vs. PSC Represented vs. Non-PSC Represented

- o **Failure (escalation metric)**
    ?

- o **Comments**
    ?

# CLAIMS REPORTING

*Orphaned Claims*

**71) Claims Assigned to Inactive Users**
- o **Description**
    This report looks at claims currently checked out to inactive users

- o **RISK**
    We have seen claims checked out to inactive users that appear to have been sitting from 12/12 through 7/25/13, we need to ensure claims are not "lost" to inactive users

- o **Execution**
    Report will show the inactive user and the claims assigned to them

- o **Failure (escalation metric)**
    Any claim assigned to an inactive user

- o **Comments**
    None

# Individual User View Reporting

*Information Shopping*

**72) Reviewers Viewing High Numbers of Individual  Claimants**

- o **Description**

  Reviewer activity has been identified where an individual Reviewer views a high number of individual claims with no apparent relationship to ones the Reviewer is working on.  These high occurrences of individual access appear different than the normal viewing patterns of other reviewers.

- o **RISK**

  A reviewer is 'shopping' claimant data for identity theft, to sale the data, to find claimant/claim data for an outside influence, etc.

- o **Execution**
  ?

- o **Failure (escalation metric)**
  TBD

- o **Comments**
  None

## Subsistence Reporting

*Scheme Identification*

**73) Weights, Ratios, Percentages of Species, etc. that may indicate pattern**

- o **Description**
  ?

- o **RISK**
  ?

- o **Execution**
  ?

- o **Failure (escalation metric)**
  TBD

- o **Comments**
  ?

## Developer Reporting

*Backend Activity Reporting*

**74) Database Changes through interface versus backend**

- o **Description**

  Through Idera identify backend updates; mass updates all with the same date/time stamp.

  One specific area is to look at one claim's records, throughout the claims lifecycle, that may have been created at the same time or a very constant time period (on new step every 2 days).

- o **RISK**
  ?

- o **Execution**
  ?

- o **Failure (escalation metric)**
  TBD

- o **Comments**
  ?

**75) Claimant/Claim Update/Create Dates Greater than the Activities Date**

- o **Description**
  Update/Create activity dates versus 'event' dates may show backend manipulation.  This mismatch may be able to identify questionable activity at the database level; note that it will also identify valid updates performed by developers.  Once additional information is gathered to help segregate the valid activity versus questionable behavior these reports will be updated.

- o **RISK**
  ?

- o **Execution**
  ?

- o **Failure (escalation metric)**
  TBD

- o **Comments**
  ?

## Sworn Written Statement Check

*Ensure that an individual isn't providing SWSs to a high number of claimant*

**76) SWS Check**

- o **Description**
  Sworn written statements are provided for various reasons throughout the DHECC program.  For the SWS where a party, other than the claimant, submits a SWS we want to aggregate across the program who (party or person) is providing the various SWS.

- o **RISK**
  One party/person is providing a large number of SWS; this could be an unreasonable number of SWSs or this party/person may be providing these SWSs for personal gain.

- o **Execution**
  This would require the system to capture who submitted each SWS.  Is this captured?  If so; aggregate by last name and review for abnormalities.

- o **Failure (escalation metric)**
  Top 20 – highest occurrences (counts of an individual SWS-submitter's name)

- o **Comments**
  None

# Payment Table Reporting

*Opt Out*

**77) Verify Opt Outs are not making it to the Payment Table(s)**

- o <u>**Description**</u>

  Ensure that "GC Opt Out table" data is updated from GCG and that it is being acted upon to ensure Opt Outs cannot be paid or worked

- o <u>**RISK**</u>

  Resources may be expended on a claim that should not be worked.  An error could cause a claim to be paid that should not even be worked.

- o <u>**Execution**</u>

  Look for claims within the "GC Opt Out table" table that are in any type of processing (as displayed by their movement in and/or out of queues).  Also check that the processing associated with payment table movements and associated events (we will need a list of these verification events) do not have any of these claimant/claim numbers associated with them.

- o <u>**Failure (escalation metric)**</u>

  August 19, failure reported where Opt Out was wire transferred funds.  Any occurrence of an Opt Out on the Payment Table is a failure and will be reported.

- o <u>**Comments**</u>

  August 19, failure reported where Opt Out was wire transferred funds.  Any occurrence of an Opt Out on the Payment Table is a failure and will be reported

# Match Back GCG Payment Table to BG Payment Table

*BG Payment Data versus GCG Payment Data*

**78) GCG vs. BG Payment Table Mismatch**

- o <u>**Description**</u>

  Payment information resides in 2 separate systems.  The GCG system is supposed to "feed" the BG system, but there was a time when payments were made manually.  We should ensure that both data sources "balance"

- o <u>**RISK**</u>

  The risk is that during transition between manual and automated payment systems that the 2 system became out of synch.  This is also a chance to verify tables are updated correctly between the 2 systems.

- o <u>**Execution**</u>

  75. Compare the total amount paid in the BG table to the total amount paid in the GCG table
  76. Compare Claimant amount paid in the BG table to the Claimant paid amount in the GCG table
  77. Compare Check Number and Wire Transfer number by Claimant  between BG and GCG tables

- o <u>**Failure (escalation metric)**</u>

  Any mismatch of information described above

- o <u>**Comments**</u>

  None

## Hold Views

*For any reason a claim may be on hold, who has viewed those claims*

**79) User views of claims on hold**
- o **Description**
  ?

- o **RISK**
  ?

- o **Execution**
  ?

- o **Failure (escalation metric)**
  ?

- o **Comments**
  None

# Appendix

A. Document Changes

B. Employee Data Collection

# A. Document Changes

## Rev B added

Added: (in <span style="color:red">burgundy</span>)

---

**Selective Review, Bypassing FIFO and Get Next (Family member/Friend)**

…

**<u>Execution</u>**

…

<span style="color:red">Match Zip and Street name to reviewer or relation: Kickout</span>

<span style="color:red">Match City and Street name to reviewer or relation: Kickout</span>

---

**Max Views by Reviewer by Attorney Firm**

…

**<u>Execution</u>**

…

<span style="color:red">A third report will reflect the individual users that viewed the highest number of claimants for an individual user by Firm</span>

<span style="color:red">A forth report will reflect the location/CAC that viewed the highest number of claimants by Firm</span>

---

**<span style="color:red">Claims Assigned to Inactive Users</span>**

---

<span style="color:red">Appendix B Updated to include spouse, child, parent, in-law, friend/family data:</span>
- <span style="color:red">First Name</span>
- <span style="color:red">Last name</span>
- <span style="color:red">Address Numeric</span>
- <span style="color:red">Address Street</span>
- <span style="color:red">Address City</span>
- <span style="color:red">Address State</span>
- <span style="color:red">Address Zip Code</span>

---

## Rec C Changes

Added Sections: (in <span style="color:orange">Rust</span>)

---

## <u><span style="color:orange">Individual User View Reporting</span></u>

---

Sworn Written Statement Check

Payment Table Reporting

Match Back GCG Payment Table to BG Payment Table

Hold Views