

**Patrick A. Juneau**
*Claims Administrator*

**Via Electronic E-mail**
Mark Holstein
Keith Moskowitz
Steve Herman
James Roy

February 20, 2014

Enclosed is a copy of the report submitted to Judge Shushan.

Sincerely,

*[signature: David W. Welker]*

**DAVID WELKER**
Interim Chief Executive Officer

Cc   Judge Sally Shushan
     Frank Piantidosi

# BP & Class Counsel
# Claims Information Access



**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

Prepared by IBM Business Analytics and Optimization (BAO)

February 6, 2014





# Purpose

The Claims Administrator Office (CAO) commissioned IBM to examine and verify the claim-related information to which BP has access, compare it with the access provided to Class Counsel (PSC), and assess the impact of the data access on the performance of the claims management system. The IBM team sought, with assistance from parties involved with the management and development of the claims management system, to verify the means available for both parties to access claims-related information. IBM validated the flow of information and confirmed which pieces of information from the claims system they can access or view.

The two information access methods identified are through:

- *The BrownGreer web portal using an assigned user id:*  The majority of the DHECC claims management process is managed and facilitated using an application developed by BrownGreer (BG). The BG application supports multiple user roles, including distinct roles for BP and the PSC to review and examine claims related information and documents. The IBM team examined the specific permissions, views, underlying code-based logic, and information made available through the BG web portal for these users.
- *A claims database backup file:*  A daily backup of the production claims database supporting the BG application is created for sharing data outside of the claims system. A backup file is a means to encapsulate the contents of a database in a transportable format. The IBM team sought to understand the process by which the file is created and the information it contains in order to identify what data is being shared via this mechanism.

# Examination Method

To perform this examination, IBM followed a structured, top-down approach, starting with discovery of the data access methods available to the users and then tracing them back to the main claims management system repository itself. This was done to ensure that the path and flow of the information was well understood and that no gaps existed in the chains of custody of the information. Once these flows of information were established, the data contents was examined to establish what claims information they can ultimately access.

## BG Web Portal Examination Method

To conduct the web portal examination, IBM traced the flow of information for each of the claims data-centric portal pages available to the users. Due, in part, to the lack of existing documentation, IBM entered into a series of interviews and discussions with BG architects and developers in order to gain a better background understanding of how the BG application functions with the database and user permissions to render the appropriate content.

Case 2:10-md-02179-CJB-DPC   Document 12413-12   Filed 02/24/14   Page 4 of 5



### Claims Database Backup File Examination Method

The claims database backup file examination was performed by evaluating the backup file shared with outside parties, the method by which it was created, and the information that it contains. Since no formal system documentation was available to aid in the examination, IBM facilitated a series of conversations and working sessions with each of the parties in order to uncover the steps required to create the production database backup file.

## *Findings*

Using a sample user account in the BG portal, IBM was able to access the production BG system and document the user navigation, permissioned capabilities, and data elements that a BP user can see on the various application screens. After working with BG architects and developers, and evaluating the source code used provide users access to the data, it was validated that BP and PSC user access is configured in the same manner. That is, both user types experience the same access to information, with the exception of BP's ability to interact with the Appeals process. Both user types are limited to the ability to perform an Appeal Search, Results Search, and view a set of permissioned Reports within the BG application. BP's additional functionality with the Appeals portion of the BG site gives them additional information related to the workflow around the appeal process, but does not yield any additional claim information to BP. Since both user types are configured in the same manner, as verified by code examination, the findings documented using the BP user account also apply to PSC users.

An authorized BP and PSC user of the BrownGreer (BG) web portal has access to claims information through mainly read only views, with the exception being their ability to initiate, interact with and participate in the appeals determination process, which is exclusively a function available to BP users. It is through the same Appeal Search, Results Search and Reporting capabilities made available to BP and PSC users that they are able to view the following claims-related information:

- The appeals filed to date and their status, along with claimant details, claim details, and supporting documentation including the registration and claim forms, notices, GCCF documents, financial documents, and applicable compensation amounts. The only difference in access to appeals is that a BP user is able to see and initiate an appeal for claims with an eligibility notice. A PSC user cannot initiate an appeal and cannot see an appealed claim until after a Notice of Appeal Panel Decision is available in the BG system.
- Through a variety of search functions, a BP and PSC user is able to view individual claims with claimant, claim, and related activity information, as well as its associated documentation. This information includes notices (incompleteness, eligibility and denials, among others) and a record of the events transpired to date within the processing lifecycle of that claim.
- BP and PSC users have access to a series of reports, as permissioned by the CAO. BP has access to a set of twenty-six preconfigured reports, mostly containing summary statistics and dashboard information. Only five of the reports contain claimant and claim level information, though considerably less than what can be retrieved using the Appeal Search and Results Search capabilities. A PSC user has access to twenty-five of the exact same reports, with the only difference being the BP report that contains the list of BP permissioned users. Otherwise, the reporting package made available to PSC and BP users via the BG application are identical.

BP & PCS Claims Information Access
Dated 02/06/2014                                                                                          Page 3 of 4



In addition to access to the BG web portal, BP receives a daily backup file of the BG production claims database. This electronic backup file contains a subset of the total number of data tables maintained in the live, production database. That subset of information includes claimant and claims data, as well as their status, compensation amounts, related property information, and the law firm representing them, as appropriate. And while the backup file was initially requested by BP, the CAO offered it to the PSC in October of 2013. To date, the PSC has not requested access to the backup file of the BG production database.

Overall, BP and PSC users of the BP application have access to similar information with the only real difference being the additional capabilities provided to BP users in order to review, initiate, and participate in the appeals process. PSC users do not have the ability to appeal claims or view claims that have been appealed until Notice of Appeal Panel Decision is available. Otherwise, BP and PSC users of the BG web portal are provided access to the same capabilities and information at the same point in time. BP does not have access to information before the PSC or vice versa. Both parties, through their respective user roles, are granted access to claims information, supporting documents, and other related information using the same web portal permissioning and filtering logic. And while BP has access to the backup file of the BG production claims database, the PSC also could, if desired.

It is difficult to assess the impact that BP and PSC usage have on the BG web portal performance, but it is assumed that the user workload is similar for both. While IBM was informed that BP is using screen scraping routines to capture the data and documents directly from the web portal that is presented to BP users, there is no specific evidence or performance tracking in place to conclude that this activity has a negative impact on the performance of the BG system affecting the processing of claims. Additionally, the backup file is created using a separate instance of the BG production database and not directly from the actual production database, making the potential for performance impacts minimal if any. Therefore, the creation of the backup file does not interfere with or impede ongoing DHECC claims processing.