UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION "J"** |
| | * | |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| | * | |
| *No. 12-970* | * | **MAG. JUDGE SHUSHAN** |
| | * | |
| | * | |

## ORDER

Considering Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and Enforce Orders of the Court (Rec. Doc. 12413), filed under seal;

IT IS ORDERED that any response shall be filed not later than Tuesday, March 11, 2014.

Any reply shall be filed not later than Tuesday, March 18, and shall not exceed 5 pages.

New Orleans, Louisiana, this 25th day of February, 2014.

_____
United States District Judge