UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
|     **"Deepwater Horizon" in the Gulf** | * | |
|     **of Mexico, on April 20, 2010** | * | **SECTION "J"** |
| | * | |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| | * | |
| *Nos. 10-4182, 10-4183, 13-2645, 13-2646, 13-2647, 13-2813* | * | **MAG. JUDGE SHUSHAN** |
| | * | |
| | * | |

## ORDER

Before the Court is Alabama's Opposed Motion to Strike Expert Opinions and Unopposed Motion for Additional Briefing Pages (Rec. Doc. 12387):

Relative to Alabama's unopposed request for additional pages,

IT IS ORDERED that the Court's scheduling order of January 14, 2014 (Rec. Doc. 12126) is amended such that Alabama is granted an additional 15 pages to respond to (a) BP's expert declaration and (b) Transocean's argument that Alabama waived its right to a jury.

Relative to Alabama's motion to strike expert opinions,

IT IS ORDERED that any response by BP shall be included in its reply brief in support of its motion to strike Alabama's jury demand. BP will not be given additional pages to respond to Alabama's motion to strike expert opinions.

New Orleans, Louisiana, this 25th day of February, 2014.

_____
United States District Judge