IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION: J |
| This document relates to:<br>No. 13-6674 | * * * * * | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## PROPOSED ORDER

**CONSIDERING** BP's Motion for Leave To File Declaration In Support of Motion for a Preliminary Injunction Under Seal, the Court hereby orders as follows:

1. The Motion is **GRANTED**.

New Orleans, Louisiana, this ___ day of February, 2014.

_____
United States District Judge