UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179  Section: J |
| This Document Applies to: | : : | The Hon. Carl J. Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : : | The Hon. Sally Shushan |

SUPPLEMENT TO MOTION OF SPECIAL MASTER FOR
RETURN OF PAYMENTS MADE TO CASEY C. THONN AND OTHERS

COMES NOW Special Master, Louis J. Freeh, to file this supplement to the Special Master's motion for return of payments made to Casey C. Thonn and others ("Motion") by the Deepwater Horizon Economic Claims Center ("DHECC"), and states as follows:

1. On January 8, 2014, the Special Master filed the Motion seeking full restitution of any money received by Coastal Claims Group, LLC ("CCG") from or in connection with DHECC Claims 19690 and 19691 filed by Thonn (Doc. No. 12107).

2. On January 16, 2014, the U.S. Marshals Service served Brooke Andry, registered agent of CCG, with a copy of the Motion and a subpoena requesting documents regarding Thonn's claims (Doc. No. 12329). The next day, CCG provided the Special Master with documents responsive to the subpoena.

3. On January 24, 2014, the Court ordered that "any responses [to the Motion] shall be filed on or before <u>Friday, February 14, 2014</u>" (Doc. No. 12223). As of February 24, 2014, CCG has not filed a response to the Motion.

4. The documents produced by CCG pursuant to the Special Master's subpoena indicate that the firm was paid $14,290.10 by the Andry Lerner law firm for the work

performed by CCG on the Thonn seafood claims. No information was provided by CCG to explain the difference between the amount received from the Andry Lerner firm and the amount originally indicated as due from CCG's invoice of June 19, 2012, in the amount of $20,182.50. *See* Motion at Ex. B.

5. A judgment in the form attached to the Motion requiring CCG to make restitution to the DHECC for $14,280.10 plus prejudgment interest should be entered against CCG for the reasons stated in the Special Master's Motion and this Supplement.

6. Because CCG did not respond to the Motion or agree to requests from the Special Master concerning procedures to ensure the integrity of claim submissions made by CCG, the Court also should enter an order to show cause, requiring CCG to explain procedures it intends to use to ensure that its submissions to the *Deepwater Horizon* Court Supervised Settlement Program ("CSSP") are sufficiently reliable. The show cause order specifically should require CCG to provide procedures by which CCG will ensure that tax documents used in its accounting work have been filed with the Internal Revenue Service. If CCG does not provide sufficient explanation of the proposed procedures, the Court should prohibit CCG from making further filings before the CSSP.

Respectfully submitted,

\_\_\_\_/s/ Louis J. Freeh_____
Louis J. Freeh
Special Master

Dated: February 25, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, as well as by e-mail upon the following, this   25th   day of   February  , 2014:

>Anthony Staines
>Jason R. Kenney
>Staines & Eppling
>3500 North Causeway Blvd., Suite 820
>Metairie, Louisiana 70002


>  /s/Louis J. Freeh
>Louis J. Freeh