UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section: J |
| | : | |
| This Document Applies to: | : | The Hon. Carl J. Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | The Hon. Sally Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |
| | : | |

ORDER

AND NOW this _____ day of _____, 2014, upon consideration of the Special

Master's motion for return of payments made to Casey C. Thonn and others (Doc. No.

12107) and the Special Master's supplement to the motion, IT IS ORDERED that:

1. On or before Tuesday, March 18, 2014, Coastal Claims Group, LLC ("CCG") shall

file a memorandum with the Court specifying the procedures it will use to ensure that its

submissions to the *Deepwater Horizon* Court Supervised Settlement Program ("CSSP") are

sufficiently reliable, including, but not limited to, the procedures CCG will use to confirm

that tax documents used in its accounting work have been filed with the Internal Revenue

Service.

2. If CCG does not file an adequate memorandum on or before Tuesday, March 18,

2014, CCG will be prohibited from making further filings with the CSSP.

Signed in New Orleans, Louisiana, this _____ day of _____, 2014.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE