UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | Section J |
| | * | |
| This Document Applies to: | * | Judge Barbier |
| | * | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | * | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF COASTAL CLAIMS GROUP, LLC'S
MOTION FOR LEAVE TO FILE RESPONSE TO MOTION OF SPECIAL MASTER**

MAY IT PLEASE THE COURT:

On February 25, 2014 Coastal Claims Group, LLC ("CCG"), received a courtesy copy of a pleading filed by the Special Master seeking to cast CCG in Judgment based on CCG's alleged failure to file responsive pleadings to the *Motion of the Special Master for Return of Payments Made to Casey C. Thonn and Others*. The Special Master references the Order of this Court dated January 24, 2014 which set a deadline for responsive pleadings on February 14, 2014. *(Rec. Doc. 12223)* However, since CCG is not a party to this litigation it was not provided notice of the deadlines established by this Court in the referenced Order. The first notice CCG received of any deadlines was the email attaching the courtesy copy of the *Supplement to Motion of the Special Master for Return of Payments Made to Casey C. Thonn and Others (Rec. Doc. 12422)* filed on February 25, 2014. Undersigned counsel has contacted counsel for the Special Master who has stated that he has no objection to CCG's filing of a response to the *Motion of the Special Master for Return of Payments Made to Casey C. Thonn and Others*. CCG respectfully

asserts that these proceedings will not be unduly delayed by allowing CCG's filing, that no parties will prejudiced by allowing CCG's filing, and that CCG's filing should be allowed in the interests of justice.

Accordingly, CCG respectfully requests that this Court grant CCG's *Motion for Leave to File Response to Motion of the Special Master* and permit *Costal Claims Croup, LLC's Motion to Dismiss the Motion of the Special Master for Return of Payments Made to Casey C. Thonn and Others* to be filed into the record of this Court.

                                         Respectfully Submitted;

                                         s/Jason R. Kenney
                                         STAINES & EPPLING
                                         ANTHONY J. STAINES (12388)
                                         JASON R. KENNEY (29933)
                                         COREY C. PARENTON (32918)
                                         3500 N. Causeway Blvd., Suite 820
                                         Metairie, LA  70002
                                         Telephone:  (504) 838-0019
                                         Fax: (504) 838-0043
                                         Counsel for Coastal Claims Group, LLC

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 26th day of February, 2014 a copy of the foregoing pleading was filed electronically with the Clerk of Court using CM/ECF System.  Notice of this filing will be sent to counsel by operation of the court's electronic system.

                                                        s/Jason R. Kenney