UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL 2179 Section J |
| This Document Applies to: | * * | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al* | * * * | Mag. Judge Shushan |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING THE FOREGOING MOTION,**

    **IT IS HEREBY ORDERED** that Coastal Claims Group, LLC. be granted leave of court to file *Coastal Claims Group, LLC's Motion to Dismiss the Motion of the Special Master for Return of Payments Made to Casey C. Thonn and Others.*

    New Orleans, Louisiana this ___ day of _____, 2014.

                                                                               _____
                                                                               UNITED STATES DISTRICT JUDGE