UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL 2179 Section J |
| This Document Applies to: | * | Judge Barbier |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al | * * * | Mag. Judge Shushan |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF KEVIN INGRAM

STATE OF  LOUISIANA
COUNTY OF  JEFFERSON

I, Kevin Ingram, after first being duly sworn, state the following facts of my own personal knowledge:

1. I am the Vice President of Operations for Coastal Claims Group, LLC ("CCG") and also one of its members.

2. CCG was formed with the Louisiana Secretary of State on March 18, 2012 for the purpose of assisting attorneys and law firms in calculating the economic losses of individuals covered by the Settlement Agreement reached between BP and the plaintiffs in this litigation.

3. The service provided by CCG is the calculation of potential damages, pursuant to an

Initials _____

1 of 2

EXHIBIT
1

established DHECC formula, based on assumed facts and data received from an attorney or a claimant.

4. CCG is providing this service in the private sector and is not working directly for the Court, the DHECC, BP or any of their related entities.

5. As of this date, CCG has performed services for forty-two ("42") separate law firms, including AndryLerner, LLC.

6. As of the date of signing, CCG has received 1,982 claims, of which 628 have been evaluated, and 114 are currently open and being processed.

7. CCG does not know how many claims have been submitted, paid, or are pending. The decision regarding submitting a claim lies totally with the claimant, whom is not a client of CCG.  CCG is not privy to these decisions.

8. CCG did not assist Thonn in the submission of a fraudulent claim, CCG merely used provided financial records to calculate a potential loss for Thonn's attorneys, AndryLerner, LLC.

9. CCG is not under any criminal investigation for any dealings with the DHECC, BP, or any other matter.

10. No civil judgments have been rendered against CCG.

_____
Kevin Ingram

Sworn to and subscribed before
me this 25th day of February, 2014.


_____
NOTARY PUBLIC
My commission expires:

Jason R. Kenney, 87220
Notary Public in and for
the State of Louisiana.
My Commission is for Life.

Initials _____