**COASTAL CLAIMS GROUP, LLC**
P.O. Box 6377
Metairie, LA 70009

## Claim Consulting Contract

Parish/County _Orleans_

State of _Louisiana_

On this _25th_ day of _April_, 2012, I _Jonathan Andry_, authorized representative of _Andry Lerner, LLC_ ("Firm") do hereby enter into this contract with Coastal Claims Group LLC ("CCG"), a limited liability company, domiciled in the Parish of Jefferson, State of Louisiana. I/We further accept that the Articles of this contract individually and collectively constitute the entirety of the agreement between the Firm and CCG and agree that both parties are bound by this agreement as set forth below to the extent allowed by law.

The Articles of this binding contract are as follows:

1. **Services Provided**

    a) The Firm hereby agrees to engage CCG to provide the Firm with services consisting of investigation and expert financial analysis of the impact that the BP Deepwater Horizon Oil Spill caused to businesses and individuals along the US Gulf Coast. Upon receipt of assigned claims from the Firm, CCG will process all claims by gathering any necessary financial and causation documentation, as required by the Court Supervised Claims Process ("CSCP") and prepare an Expert Financial Analysis of such documentation. All documentation and Expert Analysis will be forwarded to the Firm as a complete Claim Package that may then be filed by the Firm with the CSCP.

    b) The provided services shall include any additional tasks which the Parties may agree upon in writing.

2. **Terms**

    a) This contract may be terminated by either party upon written notification to the other. Upon termination of this contract, CCG shall immediately cease all work as directed by the Firm and submit a detailed invoice for all work completed on each file to date. All invoices for files not


EXHIBIT 2

brought to completion at the request of the Firm, shall be the sole responsibility of the Firm to compensate CCG.

b) Contact between CCG and the Firm's claimant shall be deemed necessary on those files which do not contain sufficient documentation to support the terms of the Court Supervised Settlement Agreement, as outlined by the Claims Administrator. CCG's involvement with the Firm's claimant shall be solely for the purpose of obtaining necessary documentation that supports the claim. CCG shall not discuss their findings with the Firm's claimant's, nor act as agent to the claimant. The Firm shall agree to notify all claimants of CCG's involvement and request full cooperation with CCG in the processing of said claim.

3. **Compensation**

a) For the services rendered by CCG as outlined by this Contract, the Firm shall provide monetary compensation to CCG as follows:

- Qualifying files - for all files deemed by CCG to qualify as compensable under the terms of the Court Approved Settlement Agreement, upon receipt of a completed claim package from CCG and following settlement of the claim, the Firm will issue payment of said invoices payable by the Firm to CCG within 15 days of the Firm's receipt of settlement funds on said claims from the CSCP or other third party. Any invoice amounts that are not directly paid by the CSCP will be considered as an expert fee and added as an expense to the claim.

- Non-qualifying files - for any files that CCG deems not qualified under the terms of the Court Approved Settlement Agreement, CCG will advise the Firm immediately of same. The Firm shall have the option of either (1) canceling the assignment to CCG at no charge, or (2) directing CCG to complete the financial analysis and preparation of the claim package. If the Firm directs CCG to complete the financial analysis and preparation of the claim package for a non-qualifying claim, the Firm agrees to pay 50% of CCG's invoice upon receipt, with the 50% balance of said invoice payable by the Firm to CCG within 30 days of the Firm's receipt of settlement funds on said claim from the CSCP or other third party.

b) CCG's invoice shall be considered a part of the claim until full and final payment of said invoice is realized. The Firm shall be considered responsible for collecting CCG's compensation due if (1) the Firm is released as counsel, or (2) representation of the firm's client/contract is otherwise

modified. The Firm shall immediately notify CCG of any contract termination and/or modification between the firm and its client. This contract shall be imposed as a lien against any settlement payments until CCG's invoice is paid in full, as outlined in this contract.

c) If under the firm's advice the claimant decides to "opt-out" of the settlement, then the invoice submitted by CCG will immediately become due (net 30 days) and payment will be the sole responsibility of the firm.

## 5. Non-Solicitation & Non-Competition

a) CCG and the Firm agree that they will not solicit clients from each other for a period of two (2) years from the inception of this contract.
b) CCG and the Firm agree that all shared information and knowledge of the procedures, methods or systems of CCG and/or the Firm shall be deemed "proprietary" and all parties agree that there shall be no dissemination of any said procedures, methods or systems to any third parties not subject to this contract.

## 6. Confidentiality

All claimant information and documentation is considered strictly confidential between the Firm and CCG. All information and documentation that is related to a specific claimant of the Firm will be the sole property of that Firm, and will be shared with CCG only for the purposes set forth in this contract.

All Parties agree to abide by the Articles of this contract in a good faith effort to assist in the determination of a fair and equitable settlement for those who have sustained damage from the BP Deep Water Horizon Oil Spill.

| Signature | Print Name: Jonathan Andry | Signature | Print Name: Kevin Ingram |
|---|---|---|---|
| Law Firm: Andry Law Group | Date: 4-25-2012 | Consultant: Coastal Claims Group, LLC | Date: 4-25-2012 |
| Witness | Date: 4-25-2012 | Witness | Date: 4/25/2012 |

3