

# Service Invoice

Final

To: Andry Lerner, LLC
Claimant: Casey Thonn
Date: 6/19/2012

| Date | Name | Description of Work | ADJ | Admin | CPA |
|---|---|---|---|---|---|
| 4-May | Randy Speed | Rec'd File, Setup, Begin Initial Review | 7.75 | | |
| 5-May | Randy Speed | Complete initial review, upload docs to file | 5.25 | | |
| 6-May | Randy Speed | discuss claim with mgr | 1.25 | | |
| 6-May | Steve Scott | Review file with adj | | 1.25 | |
| 7-May | Randy Speed | Review docs and settlement for req. | 6.75 | | |
| 7-May | Randy Speed | same entry | 11.25 | | |
| 12-May | Randy Speed | contact clmnt, doc req, review settlement | 8 | | |
| 13-May | Randy Speed | same entry | 5.75 | | |
| 16-May | Steve Scott | begin initial review of claim | | 3.25 | |
| 17-May | Steve Scott | mgr meeting regarding claim | | 2.25 | |
| 17-May | Randy Speed | claim meeting | 2.25 | | |
| 17-May | Kevin Ingram | Initial meeting with tm & adj | | 2.25 | |
| 18-May | Randy Speed | Breakdown data , fed/state | 3.25 | | |
| 19-May | Randy Speed | entry into loss calculator, forward to CPA | 4.75 | | |
| 21-May | Bert Verdigets | Begin forensic review of file | | | 9.25 |
| 23-May | Bert Verdigets | complete forensic review of file, issues noted | | | 5.25 |
| 24-May | Randy Speed | discuss claim with mgr | 1.25 | | |
| 24-May | Steve Scott | review with adj | | 1.25 | |
| 25-May | Randy Speed | complete new model, forward to mgr for review | 4.25 | | |
| 25-May | Steve Scott | complete mgr review of cal., forward to CPA | | 2.25 | |
| 29-May | Bert Verdigets | Begin forensic review of file, model | | | 6.25 |
| 2-Jun | Bert Verdigets | complete forensic review, need docs confirmed | | | 4.25 |
| 4-Jun | Randy Speed | rec'd file from acct, cld clmnt, req add docs,review | 5.75 | | |
| 5-Jun | Randy Speed | mgr mtg discuss file progress/qualification | 3.25 | | |
| 5-Jun | Steve Scott | adj mtg | | 3.25 | |
| 8-Jun | Randy Speed | confirm docs, review settment addtl claims | 3.75 | | |
| 10-Jun | Randy Speed | review addtl claims w clmnt, confirm circumstance | 4.25 | | |
| 12-Jun | Randy Speed | finalize calculation with CPA | 3.25 | | |
| 12-Jun | Bert Verdigets | finalize calculation with adj | | | 5.75 |
| 14-Jun | Randy Speed | begin report, review req causation/qualify,etc | 6.75 | | |
| 15-Jun | Randy Speed | finalize report, build file, forward to mgr | 8.25 | | |
| 17-Jun | Steve Scott | begin QC | | 4.75 | |

EXHIBIT 3

| Date | Name | Description | | Hours | |
|---|---|---|---|---|---|
| 19-Jun | Steve Scott | discuss claim with admin | | 2.25 | |
| 19-Jun | Kevin Ingram | discuss claim w mgr | | 2.25 | |
| 20-Jun | Steve Scott | finalize mgr QC, forward to closing | | 3.75 | |
| 20-Jun | Jerry Vadell | Intake file from field, begin procedures | | 4.25 | |
| 21-Jun | Jerry Vadell | Forward to admin, discuss conclusions | | 1.25 | |
| 21-Jun | Kevin Ingram | Finalize QC report, confirm calc -docs, inv | | 6.25 | |
| 21-Jun | Kelly McCormick | Finalize Inv, Upload package to Client | | 1.25 | |

|  | | |
|---|---|---|
| Total Hours Worked | 97 | 41.75 | 30.75 |
| Hourly Rate | 110 | 110 | 160 |
| Subtotals | 10670 | 4592.5 | 4920 |

**Amount Due:** $ **20,182.50**

Thank You For Your Business!