

P.O. BOX 6377 / METAIRIE, LA 70009
504.327.5419 (main office)
www.CoastalClaimsGroup.com

June 19, 2012

Andry Lerner, LLC
610 Barrone Street
New Orleans, LA 70113

Subject:     Casey Thonn
             ▮▮▮▮▮▮
             Slidell, LA 70458
Claim #:     1060469

## Casey Thonn

Dear Mr. Andry,

Please see the attached report and forensic accounting analysis for your client Mr. Casey Thonn, Claim #1060469. Mr. Thonn is a Commercial Shrimp Fisherman and Captain of a 30 foot fishing boat which he is the sole owner of. As per our analysis of the documents submitted by the claimant, and calculations provided in the attached report by forensic accountant Mr. Bert F. Verdigets, we have concluded the total loss sustained by the claimant after application of all factors as per the *DWH Court Supervised Settlement Program Agreement* in this matter to be in the following amount:

$586,731.00.

We have based our analyses upon the specific direction of the approved Settlement Agreement. To the extent that any additional information warrants modifications to the calculations and conclusions, we will be able to provide you with supplemental evaluation as required. All source documents and records were provided to us by the above referenced entity.

**Work to be completed by your office:**
- DWH claim form(s)
- Sworn statement attesting vessel was owned not leased by the claimant
- Sworn statement attesting the amount the claimant received for Seafood Spill-Related Payments to date
- Subsistence claim

If you have any questions, we would be pleased to respond.

Very truly yours,

*Randy Speed*

Randy Speed
Coastal Claims Group LLC

EXHIBIT
4



P.O. BOX 6377 / METAIRIE, LA 70009
504.327.5419 (main office)
www.CoastalClaimsGroup.com

June 19, 2012

Claimant: Casey Thonn
Location: 
Slidell, LA 70458
Claim #: 1060469

## Forensic Analysis and Report

### Claimant Description

The Claimant in this matter is Mr. Thonn. He is a Commercial Shrimp Fisherman, boat owner and Captain of a 2001 30 foot boat, LA State registration number LA-9346-FD. He resides at ███████ Slidell, LA 70458 and his boat is docked in close proximity, off of ███████ Slidell, LA (Zone A). Mr. Thonn has owned and continually operated his commercial shrimping business since 2009. Mr. Thonn has provided ownership certificates and licensing documents which are attached. After review of the financial documentation for Mr. Thonn's commercial fishing business, it has been determined that the claimant has suffered an economic loss of income relating to the BP DWH Oil Spill as outlined in the DWH Court Supervised Settlement Program Agreement under the Seafood Compensation Program. Please refer to the following detailed qualification, calculation and analysis.

### Geographic Location - Owner's Address

The boat is home ported in Zone A according to the Southeast Louisiana Map, and the location descriptions as included in the Settlement Agreement.





P.O. BOX 6377 / METAIRIE, LA 70009
504.327.5419 (main office)
www.CoastalClaimsGroup.com

**Geographic Location - Home Port of Boat:**



**Causation**

Causation for this claim has been determined by employing the rules prescribed in the Shrimp Compensation Plan Framework under the Seafood Compensation Program. Under those rules this loss qualifies due to the following: Seafood Industry Primary in Zone A is allotted Presumption.

6/19/2012      File #1060469      Page 3 of 9
Casey Thonn



P.O. BOX 6377 / METAIRIE, LA 70009
504.327.5419 (main office)
www.CoastalClaimsGroup.com

### Eligibility - Shrimp Compensation Plan (Vessel Owner)

Eligibility requirements of the applicable paragraphs of the "Generally Applicable Provisions of the Shrimp Compensation Plan" and provide evidence to demonstrate the Claimant's commercial shrimping revenue during the selected Benchmark Period are met by the attached Federal Tax Returns and Profit and Loss Statements with 2009 selected as Mr. Thonn's Benchmark Period. Additional eligibility requirements are detailed below:

1.) Proof that during the period of April 20, 2010 through December 30, 2010 Mr. Thonn owned the vessel he used for commercial shrimping is provided by his attached LA State Boat Registration Certificate.
2.) Proof that as of April 20, 2010 there was a government license (even if it had expired before that date) that authorized his vessel to commercially fish for shrimp in the Specified Gulf Waters for the 2009 season or the 2010 season is provided by his attached commercial shrimp fishing licenses.
3.) The vessel name is the "Boss Hoss" and the LA State Boat Registration Certificate number is LA-9346-FD.
4.) Proof that either:
   A. The vessel was home ported in the Gulf Coast Areas at any time from April 20, 2010 to April 16, 2012 is provided by the address proximity of the boat's home port location to Mr. Thonn's home address on the provided certificates and licenses.
   B. The vessel landed shrimp in the Gulf Coast Areas at any time from April 20, 2009 to April 16, 2012 is provided by his attached Federal Tax Returns, his Profit and Loss Statements and affidavits from the local purchasers of his shrimp.
5.) A sworn statement attesting as to whether or not the vessel was leased during the time period April 20, 2010 to December 31, 2010 is provided showing Mr. Thonn owns his vessel and does not lease it.
6.) A sworn statement attesting as to whether or not the Vessel Owner was the Boat Captain for that vessel during January 1, 2007 through December 31, 2009 is provided showing Mr. Thonn was the only Boat Captain of his vessel.
7.) A sworn statement attesting the amount the claimant received for Seafood Spill-Related Payments to date is attached.



P.O. BOX 6377 / METAIRIE, LA 70009
504.327.5419 (main office)
www.CoastalClaimsGroup.com

### Eligibility - Shrimp Compensation Plan (Boat Captain)

Eligible under the Historical Revenue Method, a Boat Captain must meet the eligibility requirements of the applicable paragraphs of the "Generally Applicable Provisions of the Shrimp Compensation Plan" and provide evidence to demonstrate the Claimant's earnings from commercial shrimping on vessels for which the Claimant served as Boat Captain during the selected Benchmark Period are met by the attached Federal Tax Returns and Profit and Loss Statements with 2009 selected as Mr. Thonn's Benchmark Period.

1.) Proof that as of April 20, 2010 the Boat Captain held a governmental license (even if it had expired before that date) authorizing the Claimant to operate as a Boat Captain and/or to commercially fish for shrimp in the Specified Gulf Waters for the 2009 season or the 2010 season is provided by his attached licenses and certificates as an owner/operator
2.) Proof that either the Boat Captain worked:
   A. On one or more commercial shrimping vessels home ported in the Gulf Coast Areas at any time from April 20, 2010 to April 16, 2012; or,
   B. On one or more commercial shrimping vessels that landed shrimp in the Gulf Coast Areas at any time from April 20, 2009 or April 16, 2012.
3.) A Sworn Statement attesting whether or not the Claimant received any Seafood Spill-Related Payments is provided along with attached banking documents showing that Mr. Thonn received a Seafood Spill-Related Payment of $10,000.

### Documentation - Vessel Owner
A. Trip tickets: None
B. Federal Tax Returns and Profit and Loss Statements with 2009 selected as Mr. Thonn's Benchmark Period.
C. Documentation sufficient to establish the vessel size and type for each vessel for which the Claimant seeks compensation is provided by Mr. Thonn's boat Registration Certificate.

### Documentation - Boat Captain
A. Trip tickets: N/A
B. Federal Tax Returns and Profit and Loss Statements with 2009 selected as Mr. Thonn's Benchmark Period.
C. Documentation sufficient to establish the vessel size and type for each vessel for which the Claimant seeks compensation is provided by Mr. Thonn's boat Registration Certificate.



P.O. BOX 6377 / METAIRIE, LA 70009
504.327.5419 (main office)
www.CoastalClaimsGroup.com

**Calculations**

The methodology used in calculating this loss is as follows: Historical Revenue

**Compensation Calculations - Vessel Owner**
Benchmark Shrimp Revenue
  A. Trip Tickets: N/A
  B. Gross vessel revenue based on the Claimant's tax returns, monthly profit and loss statements as provided by Mr. Thonn is $156,000.

| | |
|---|---|
| Additional Catch Factor: | 1.20 (30 ft. boat) |
| Additional Catch Adjusted: | $187,200 |
| Total Adjusted Benchmark Revenue | $224,640 |
| Shrimp Cost Percentage: | N/A |
| Base Shrimp Loss: | $78,624 |
| Base Compensation: | $35,381 |
| RTP: | 8.25 |
| Final Compensation (Boat Owner/Lessee): | $327,272 |

**Compensation Calculations – Boat Captain**
Benchmark Shrimp Revenue
  A. Trip Tickets: N/A
  B. Gross vessel revenue based on the Claimant's tax returns, monthly profit and loss statements are provided by Mr. Thonn is $156,000.

| | |
|---|---|
| Additional Catch Factor: | 1.20 (30 ft. boat) |
| Additional Catch Adjusted: | $187,200 |
| Total Adjusted Benchmark Revenue | $224,640 |
| Shrimp Cost Percentage: | N/A |
| Base Shrimp Loss: | $78,624 |
| Base Compensation: | $31,450 |
| RTP: | 7.25 |
| Final Compensation (Captain): | $259,459 |

Following the above described methodology, the monetary total combined loss sustained by the claimant employing the terms and conditions of the DWH Court Supervised Settlement Program is a **Grand Total of $586,731.00** as calculated in the tables below:



P.O. BOX 6377 / METAIRIE, LA 70009
504.327.5419 (main office)
www.CoastalClaimsGroup.com

**Historical Method**

| Vessel Size | Additional Catch Factor | Shrimp Cost Percentage | Vessel Owner/ Commercial Fisherman Vessel Lessee Share | Boat Captain Share |
|---|---|---|---|---|
| < 30 feet |  |  | 45% | 45% |
| 30-44 feet |  |  | 45% | 40% |
| 45-74 feet (Ice) |  |  | 45% | 30% |
| 45-74 feet (Freezer) |  |  | 45% | 30% |
| 75+ feet (Ice) |  |  | 45% | 25% |
| 75+ feet (Freezer) |  |  | 45% | 25% |
| RTP |  |  | 8.25 | 7.25 |



P.O. BOX 6377 / METAIRIE, LA 70009
504.327.5419 (main office)
www.CoastalClaimsGroup.com

## Computation - Federal/state or other documentation
### Vessel Owner/Vessel Lessee

| Description | Value | Var | Notes |
|---|---|---|---|
| Gross Revenue Benchmark Period | 156,000 | a | Federal/state documentation |
| Additional Catch Factor | [redacted] | b | Based on vessel size from above |
| Additional Catch Adjusted | 187,200 | c=a*b | |
| Adjustment for change in prices 10-11 | 1.2 | d | For all size vessels |
| Total adjusted Benchmark Revenue | 224,640 | e=c*d | |
| Base Shrimp Loss - Other than trip tickets | 78,624 | f=e*.35 | Total adjusted benchmark revenue * .35 |
| Base compensation | 35,381 | g=f*table | base compensation = base shrimp loss * vessel share |
| RTP | 8.25 | h | |
| Final compensation | 327,272 | i=g+(g*h) | |

## Computation
### Boat Captain

| Description | Value | Var | Notes |
|---|---|---|---|
| Gross Revenue Benchmark Period | 156,000 | a | Federal/state documentation |
| Additional Catch Factor | [redacted] | b | Based on vessel size from above |
| Additional Catch Adjusted | 187,200 | c=a*b | |
| Adjustment for change in prices 10-11 | 1.2 | d | For all size vessels |
| Total adjusted Benchmark Revenue | 224,640 | e=c*d | |
| Base Shrimp Loss - Other than trip tickets | 78,624 | f=e*.35 | Total adjusted benchmark revenue * .35 |
| Base compensation | 31,450 | g=f*table | base compensation = base shrimp loss * captain share |
| RTP | 7.25 | h | |
| Final compensation | 259,459 | i=g+(g*h) | |



P.O. BOX 6377 / METAIRIE, LA 70009
504.327.5419 (main office)
www.CoastalClaimsGroup.com

### Supporting Documentation
Attached please find the following documents as required by the Settlement Program:
- Claim Report w/Benchmark period identified
- Sworn Statement from Forensic Accountant
- Federal Tax Returns 2009 and 2010
- Federal Schedule C 2009 and 2010
- Profit & Loss monthly statements 2009, 2010 and 2011
- Fishing/Shrimping State Licenses and Registration Certificate
- Affidavits from the local purchasers of Mr. Thonn's shrimp
- Curriculum Vitae for Forensic Accountant is attached

We respectfully submit our detailed report and findings for your review and settlement. All source documents have been provided by the claimant and utilized in their submitted form. We will attend to any additional information, if presented, that warrants further evaluation of these findings.

Very truly yours,
**Randy Speed**
Randy Speed
Coastal Claims Group LLC

Attachments