| | | | | |
|---|---|---|---|---|
| | | | | 5303 |
| ANDRY LAW GROUP LLC  01-13 | | First NBC | | |
| **Operating Account** | | 210 Baronne Street | | |
| 610 Baronne Street | | New Orleans, LA 70112 | | |
| New Orleans, LA 70113 | | www.firstnbcbank.com | | |
| | | 14-643/650 | | 5/24/2013 |

PAY TO THE ORDER OF   Coastal Claims Group          $ **4,840.10

Four Thousand Eight Hundred Forty and 10/100************************************************************** DOLLARS

Coastal Claims Group
Kevin Ingram
810 Mariner's Plaza Drive, #821
Mandeville, LA 70048

FOR  Casey Thonn

⑆005303⑆ ⑇065005435⑇  110080843⑆

---

ANDRY LAW GROUP LLC  01-13/Operating Account

| | | | | | | 5/24/2013 | 5303 |
|---|---|---|---|---|---|---|---|
| | Coastal Claims Group | | | | | | |
| Date | Type | Reference | | Original Amt. | Balance Due | Discount | Payment |
| 5/13/2013 | Bill | C000049 | | 4,840.10 | 4,840.10 | | 4,840.10 |
| | | | | | | Check Amount | 4,840.10 |

First NBC operating     Casey Thonn                                                    4,840.10



EXHIBIT 5

1311

**ANDRY LERNER LLC**
IOLTA ACCOUNT
610 BARONNE STREET
NEW ORLEANS, LA 70113

WHITNEY BANK
NEW ORLEANS, LOUISIANA

14-17/650

3/11/2013

PAY TO THE ORDER OF   Coastal Claims Group          $ **9,440.00

Nine Thousand Four Hundred Forty and 00/100************************************************************ DOLLARS

Coastal Claims Group

MEMO   Casey Thonn/Vessel Owner

⑈001311⑈ ⑆065000171⑆ 719829259⑈

1311

ANDRY LERNER LLC
IOLTA ACCOUNT
Coastal Claims Group                                           3/11/2013              9,440.00
          Accounting; Vessel Owner; Claim ID 19690

Whitney - Trust       Casey Thonn/Vessel Owner                                        9,440.00