**From:** Greg Paw [mailto:paw@freehgroup.com]
**Sent:** Wednesday, January 08, 2014 5:56 PM
**To:** bertverdigets@cox.net
**Subject:** Special Master Filing - Coastal Claims Group Client Casey C. Thonn

Mr. Verdigets:

Please see the attached documents filed by the Special Master today concerning Coastal Claims Group client Casey Thonn. Please pass these papers promptly to your legal counsel, who may contact me with any questions.

Regards,

Gregory A. Paw
Counsel to Special Master Louis J. Freeh



EXHIBIT 6