**From:** Jason Kenney
**Sent:** Thursday, January 09, 2014 6:44 PM
**To:** paw@freehgroup.com
**Cc:** Debbie Deshotel; Tony Staines
**Subject:** RE: Special Master Filing - Coastal Claims Group Client Casey C. Thonn

Mr. Paw,

I represent Coastal Claims Group, LLC ("Coastal"). I have been forwarded the below email and attachments. First, you have failed to properly serve this pleading on Coastal's registered agent. Please be advised that Coastal does NOT waive proper service of the pleading. Practically, even if Coastal wanted to file a response, it couldn't because we are not a party in the CM/ECF database for this litigation. By the way, I didn't believe that the reference to 12-970 on the pleading is correct, but I may be wrong on that.

Second, it appears that your are seeking the entry of judgment against an entity, Coastal, who is not a party to this dispute and has never been properly added. If you get proper service of your motion, we will object that you have violated proper procedure as you have never filed suit against Coastal and to make it a proper party which could have a judgment rendered against it.

Additionally, you are seeking "restitution" of $20,182.50 *plus prejudgment interests and costs.* What makes you think that the DHECC is entitled to that? Your motion is conspicuously devoid of any proof that the DHECC ever paid that amount to Coastal. My understanding of the reason that this evidence is missing is because DHECC never paid any amount even near that *to the attorneys for Mr. Thonn*, for reimbursement of the accounting costs. If you have proof that DHECC paid Coastal some amount of money, please send me that.

Once you have read this please contact me via telephone or email.

**Jason R. Kenney**
Staines & Eppling
3500 North Causeway Blvd.
Suite 820
Metairie, Louisiana 70002
TEL (504) 838-0019
FAX (504) 838-0043
Jason@Staines-Eppling.com



EXHIBIT 7