## Debbie Deshotel

**From:** Jason Kenney
**Sent:** Friday, January 17, 2014 9:26 AM
**To:** Greg Paw
**Subject:** RE: Coastal Claims Group
**Attachments:** Cancelled Checks from Andry Lerner.pdf

Greg,

I was notified of the service of your subpoena. An official response is forthcoming from Coastal, however what I have attached is the entirety of what will be produced. As you know, DHECC did not, and has never, paid Coastal.

I reiterate my offer to pay some amount below the reimbursement amount paid to Thonn for the services of Coastal. Based on the documents I have seen we believe that amount is approximately $1,675.

Jason

**From:** Greg Paw [mailto:paw@freehgroup.com]
**Sent:** Friday, January 17, 2014 9:02 AM
**To:** Jason Kenney
**Subject:** Coastal Claims Group

Mr. Kenney,

Thank you for your January 10, 2014 email. Hopefully the following will answer several of your questions. As to my role in the Deepwater Horizon matter, I am counsel to Special Master Louis J. Freeh. The Honorable Carl J. Barbier, United States District Judge for the Eastern District of Louisiana, appointed Louis J. Freeh as Special Master in *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*. Pursuant to Federal Rule of Civil Procedure 53 and the Court's inherent authority, the Special Master has been directed to initiate clawback proceedings for any fraudulent claims previously paid by the Court Supervised Settlement Program, among other tasks. Pursuant to this mandate, the Special Master filed the January 8, 2014 clawback motion, which concerns your client Coastal Claims Group. You can review the Court's Orders of July 2, 2013 and September 6, 2013 to see the full scope of the Special Master's mandates.

In your January 10th email, you requested that we serve Coastal Claims Group directly, as you were unable to accept service on its behalf. Yesterday, the U.S. Marshal Service personally served the registered agent for the Coastal Claims Group, Brooke Andry, with a subpoena for records and a copy of the January 8, 2014 clawback motion. The motion and subpoena have now been served in accordance with the Federal Rules of Civil Procedure. Regarding any jurisdictional issues you feel the clawback motion raises, your client is free, of course, to raise such issues in its response to the motion.

Please feel free to contact me if you have any questions. I can be reached at <u>504-684-1028</u> (desk) or <u>267-421-7033</u> (cell), or by mail at 935 Gravier Street, Suite 1160, New Orleans, LA 70112.

Regards,

Greg

Counsel to Special Master Louis J. Freeh


EXHIBIT 10

1