| | |
|---|---|
| **From:** | Jason Kenney |
| **Sent:** | Friday, January 17, 2014 4:29 PM |
| **To:** | Greg Paw |
| **Cc:** | Debbie Deshotel; Tony Staines |
| **Subject:** | RE: Coastal Claims Group |

Greg –

My client has instructed me to ask you your bottom line settlement number and the proposed terms of a release.

**Jason R. Kenney**
Staines & Eppling
3500 North Causeway Blvd.
Suite 820
Metairie, Louisiana 70002
TEL (504) 838-0019
FAX (504) 838-0043
Jason@Staines-Eppling.com

**From:** Greg Paw [mailto:paw@freehgroup.com]
**Sent:** Friday, January 17, 2014 12:04 PM
**To:** Jason Kenney
**Subject:** RE: Coastal Claims Group


Jason -

No one had alleged your client committed a fraud. Your client, however, received payment for services for a claim that never should have been paid. That money must come back to DHECC. If you want to seek payment for your work on a claim that should have been diaallowed from Mr. Thonn or the Andry Lermer firm, you are free to pursue those claims.

I have not threatened you in any way to exercise your client's rights. You can bring any motion you deem appropriate.

Trying to settle this with our emails seems to be getting no where. You are intent on miscasting my words for your own purposes. I suggest you file your motion with the court and we will sort out the issues as we move forward.

Regards,

Greg

On Jan 17, 2014 11:38 AM, "Jason Kenney" <Jason@staines-eppling.com> wrote:

Greg,


EXHIBIT 13