# Kevin Ingram

| | |
|---|---|
| **From:** | Bryan Harvey <bharvey@dhecc.com> |
| **Sent:** | Tuesday, April 23, 2013 8:03 AM |
| **To:** | Leslie; Third Party Claims |
| **Cc:** | Bryan Harvey; kevin@coastalclaimsgroup.com |
| **Subject:** | RE: Coastal Claims Group Thrid Party Liens for Accounting Support |
| **Attachments:** | First Amended Court Approved Procedure.pdf |

Hi Leslie:

Thank you for sending the documentation asserting a lien against your former clients.

The First Amended Court Approved Procedure regarding Third Party Claims ("CAP") (copy attached) governs the process by which the Claims Administrator will process claims asserted by Third Party Claimants against an affected Claimant's Settlement Payment. The Claims Administrator will only honor valid third party claims. To enforce Coastal Claims Group's third party claims we require: (1) a signed copy of Coastal Claims Group's contract <u>with the affected Claimant,</u> and (2) the total amount owed.

Recently, you have attempted to assert third party claims against individual claimants based on contracts between Coastal Claims Group and Danziger and De Llano, where the affected Claimant is not a party to the contract. These are not valid third party claims within the purview of the Settlement Program. A contract between Coastal Claims Group and a law firm is not sufficient documentation of a valid third party claim against a Settlement Program Claimant. We will not pay the contractual obligation of a law firm out of an affected Claimant's Settlement Payment.

This definition of a valid Third Party Claim applies to all of Coastal Claims Group's assertions where the basis of the claim is a contract with a law firm as opposed to an individual claimant. Of course, we will communicate these requirements in conjunction with each third party claim you assert.

Let us know if you have any questions.

Thanks,
Bryan

---

**From:** Leslie [mailto:leslie@coastalclaimsgroup.com]
**Sent:** Monday, April 22, 2013 4:58 PM
**To:** Third Party Claims
**Cc:** Bryan Harvey; kevin@coastalclaimsgroup.com
**Subject:** Coastal Claims Group Thrid Party Liens for Accounting Support

We had a contract for accounting services with the Law Firm of Danziger & Dellano. I am attaching a list of claims for which we provided accounting support. We would like to assert a third-party lien on these claims. I have also attached a copy of the contract between CCG and the law firm. Please let me know if there is anything else needed.

*Leslie M. Butler*
*Director of Operations*
***Coastal Claims Group, LLC***
*800 Mariner's Plaza Drive, Ste 821*



EXHIBIT 14

*Mandeville, LA 70448*
*985-778-2016  ext. 11 (o)*
*985-705-0053 (c)*

**PLEASE NOTE OUR NEW ADDRESS FOR YOUR RECORDS.**