IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by | * | MDL NO. 2179 |
| the Oil Rig "Deepwater Horizon" | * | |
| in the Gulf of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This document relates to: | * | |
| All Cases and No. 12-970 | * | Honorable CARL J. BARBIER |
| | * | |
| | * | Magistrate Judge SHUSHAN |
| | * | |
| | * | |

**BP'S MOTION TO FILE UNDER SEAL ITS MOTION
TO STRIKE EMERIL'S HOMEBASE, LLC'S REPLY TO ITS MOTION,
OR IN THE ALTERNATIVE, BP'S MOTION FOR LEAVE TO FILE A SURREPLY**

Defendants BP Exploration & Production Inc. and BP America Production Company (collectively "BP") hereby respectfully request leave to file under seal their Motion To Strike Emeril's Homebase, LLC's Reply To Its Motion, Or In The Alternative, BP's Motion For Leave To File A Surreply.  The Court previously ordered that "any response or reply shall be filed under seal." (Rec. Doc. 12239.)  BP's Opposition and Emeril's Homebase, LLC's Reply were duly filed under deal. (Rec. Docs. 12287, 12346.)  Therefore, BP seeks leave to file this Motion To Strike, Or In The Alternative, Motion For Leave, as well as all accompanying exhibits, under seal.

WHEREFORE, BP respectfully prays the Court for an Order that its Motion To Strike, Or In The Alternative, Motion For Leave To File A Surreply be filed under seal.

February 26, 2014

Respectfully submitted,

   */s/ Don K. Haycraft*
S. Gene Fendler (Bar #05510)
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108

James J. Neath
Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX  77079
Telephone:  (281) 366-2000
Telefax:  (312) 862-2200

   */s/ Kevin M. Downey*
Kevin M. Downey
F. Lane Heard III
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone:  (202) 942-5000
Telefax:  (202) 942-5999

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 662-5985
Telefax:  (202) 662-6291

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:  (312) 862-2000
Telefax:  (312) 862-2200

Jeffrey Lennard
Keith Moskowitz
DENTONS US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606
Telephone:  (312) 876-8000
Telefax:  (312) 876-7934

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 879-5000
Telefax:  (202) 879-5200

***OF COUNSEL***

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Emeril's Homebase, LLC and the PSC by hand delivery and email to Mark Stein (counsel for Emeril's Homebase, LLC) and John Creevy (counsel for the PSC), on February 26, 2014, and that the foregoing was filed under seal with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of February, 2014.

/s/ Don K. Haycraft
Don K. Haycraft
