IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br>All Cases and No. 12-970 | * * * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## PROPOSED ORDER

Considering BP's Motion to File Motion To Strike Emeril's Homebase, LLC's Reply To Its Motion, Or In The Alternative, Motion For Leave To File A Surreply And Exhibits Under Seal:

IT IS HEREBY ORDERED, that BP's Motion is **GRANTED**; and it is further

**ORDERED** that the following documents are filed under seal pending further order of the Court:

1. BP's Motion To Strike Emeril's Homebase, LLC's Reply To Its Motion, Or In The Alternative, Motion For Leave To File A Surreply

2. BP's Memorandum in Support of its Motion To Strike Emeril's Homebase, LLC's Reply To Its Motion, Or In The Alternative, Motion For Leave To File A Surreply

3. Exhibit Attached to BP's Memorandum in Support of its Motion To Strike Emeril's Homebase, LLC's Reply To Its Motion, Or In The Alternative, Motion For Leave To File A Surreply

4. BP's Proposed Surreply In Opposition To Emeril's Homebase, LLC's Motion

5. Exhibits Attached To BP's Surreply In Opposition To Emeril's Homebase, LLC's Motion

6. Proposed Order Granting BP's Motion To Strike or Granting BP's Motion To File A Surreply

New Orleans, Louisiana, this ___ day of February, 2014

_____
**UNITED STATES DISTRICT JUDGE**