UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| | * | SECTION J |
| "Deepwater Horizon" in the Gulf | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |
| Of Mexico, on April 20, 2010 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO ENFORCE SETTLEMENT RELEASE AND TO OTHERWISE MODIFY/ LIFT INJUNCTIONS

NOW COMES, the following Plaintiffs/Claimants, 100037938, 100106725, 100148856, 100161855, 100157880, and 100139232, by and through undersigned counsel, and respectfully moves this Honorable Court to Modify/Lift the Injunctions Issued to Date and/or to Enforce "Full and Final Releases and Covenants Not to Sue" Related to *Zone A* B.E.L. Claims for the Limited Purpose of Paying Settlement Proceeds to Claimants, and to instruct the Claims Administrator to finalize its processing and payments of the aforementioned Claimants.  As grounds thereto, the undersigned state as follows:

1.     The following Zone A Claimants submitted Business Economic Loss (B.E.L.) claims to the Deepwater Horizon Claims Center.  These Claimants were also joined as Plaintiffs in this cause of action, and thus this Court has jurisdiction over these Plaintiff/Claimants.  All Plaintiff/ Claimants are located in the Florida Keys, Zone A.  The Claims Administrator issued the following Eligibility Notices.  Specifically[1]:

---

[1] Because of the confidentiality of individual Claimants and Claim-specific files, documents or other information, (See Doc. 6430-1, "Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012" [Settlement Agreement] Section 4.4.1, Doc. 6822, "Order Regarding the Confidentiality of Claims Information of the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement Agreement," Doc. 6573, "Order Regarding Settlement Implementation" Par. 4, and Pre-Trial Order No. 13), undersigned counsel refers to Claimants pursuant to its Claim Number and has redacted identifying information in this submission.

a.   Claimant ID: 100037938
     Filed: June 5, 2012
     Joined: June 11, 2012; Doc. No. 3550218
     BEL Claim ID: 19109
     **Eligibility Notice Signed by Claimant: May 9, 2013**
     **DWH Release Stamped Received: May 10, 2013**
     Post-Appeal Eligibility Notice Issued September 25, 2013
     Discretionary Review *Improperly Requested*: October 8, 2013
     Status:  Fifth Circuit Hold
     Exhibit "A"

b.   Claimant ID: 100106725
     Filed: August 17, 2012
     Joined: August 6, 2012; Doc. No. 3551402
     BEL Claim ID: 57117
     **Eligibility Notice Issued: July 17, 2013**
     **Eligibility Notice Signed by Claimant: July 23, 2013**
     **DWH Release Stamped Received: July 24, 2013**
     Post-Appeal Eligibility Notice Issued:  September 18, 2013
     Discretionary Review Not Requested
     Status: Fifth Circuit Hold
     Exhibit "B"

c.   Claimant ID: 100148856
     Filed: December 12, 2012
     Joined: November 30, 2012; Doc. No. 3763820
     BEL Claim ID: 119055
     **Eligibility Notice Issued: September 26, 2013**
     **Eligibility Notice Signed: September 26, 2013**
     **DWH Release Stamped Received: September 30, 2013**
     Appeal: None
     Discretionary Review: Not applicable
     Status: Claim Payment Documentation Accepted
     Exhibit "C"

d.   Claimant ID: 100161855
     Filed: January 2, 2013
     Joinder: 3802879
     BEL Claim ID: 123094
     **Eligibility Notice Issued: September 17, 2013**
     **Eligibility Notice Signed: September 17, 2013**
     **DWH Release Stamped Received: September 19, 2013**
     Appeal: Not Applicable
     Discretionary Review: Not applicable

Status: Claim Payment Documentation Accepted
Exhibit "D"

e.   Claimant ID: 100157880
Filed: December 21, 2012
Joinder: December 19, 2012; Doc. No. 3769918
BEL Claim ID: 120437
**Eligibility Notice Issued: September 27, 2013**
**Eligibility Notice Signed: September 30, 2013**
**DWH Release Stamped Received: October 2, 2013**
Appeal: None
Discretionary Review: Not applicable
Status: Claim Payment Documentation Accepted
Exhibit "E"

f.   Claimant ID: 100139232
Filed: December 6, 2012
Joined: October 25, 2012; Doc. No. 3715608
BEL Claim ID: 114958
**Eligibility Notice Issued: March 2, 2013**
**Eligibility Notice Signed: September 26, 2013**
**DWH Release Stamped Received: September 27, 2013**
Appeal: Not Applicable
Discretionary Review: Not applicable
Status: Claim Payment Documentation Accepted
Exhibit "F"

2.   Each of these Claim's Eligibility Notices was signed by the Plaintiff/Claimant **on**

**or before October 1, 2013**, and were transmitted to the Deepwater Horizon Claims Center in a

timely manner as evidenced by the "received" stamp.


3.   On October 18, 2013, this Court issued an injunction as a result of the October 2,  2013

Opinion of the Fifth Circuit Court of Appeals, in which the Fifth Circuit instructed the District

Court to "expeditiously craft a narrowly-tailored injunction that allows the time necessary for

deliberate reconsideration of these significant issues on remand" as it relates to B.E.L. Claims.

4.      The Court's October 3, 2013 Order placed a HOLD on "those BEL claims in which the Claims Administrator determines that the matching revenues and expenses is an issue." This Court further Ordered that **"[a]ll other claims and appeals are to be processed and determinations, decisions, and payments made in the normal course of the Program's operation."**

5.      <u>**All**</u> of the aforementioned Claims' Eligibility Notices were issued, accepted and transmitted <u>**before**</u> the "temporary suspension of final determination notices and payments" went into effect on **October 18, 2013**. Final Determination Notices were issued prior to **October 2, 2103**.

6.      The Orders and Decisions of the Courts result in irreparable harm to these Plaintiffs/Claimants, who should not fall within the purview of the Fifth Circuit Court of Appeals Order or this Honorable Court's Orders, because such "hold" is contrary to the "Full and Final Release and Covenant Not to Sue" and is a violation of basic contract law.

7.      Each of the Plaintiffs/Claimants consulted with Counsel before they accepted the offer and signed the Deepwater Horizon Settlement Release and Covenant Not to Sue. Moreover, Exhibit 26, page 2 of 22 of the Settlement Agreement, as well as Part 2 of <u>**all**</u> Individual Releases, under the header of "IMPORTANT INFORMATION ABOUT THE ATTACHED FULL AND FINAL RELEASE, SETTLEMENT AND COVENANT NOT TO SUE," paragraph 5 reads:

> The settlement payment you have been offered arises under the auspices of the Federal District Court in New Orleans presiding over the multi district litigation titled In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

(MDL No. 2179).  A class action settlement has been proposed in that case, but the Court has not yet given final approval of that proposed settlement.  If the Court does approve the proposed class action settlement, an appellate court could reverse the approval.  ***In addition, it is possible that the terms of the proposed settlement may change in the future — for better or for worse — as a result of further legal proceedings.  However, if you sign this Individual Release, none of those uncertain future events will affect you.***  (Emphasis added).  By signing this Individual Release you are forever waiving and releasing all claims that you may have against BP (except for Expressly Reserved Claims) in exchange for the compensation being provided.  In fact, *even if the Court does not approve the proposed class action settlement agreement or the approval is reversed by an appellate court*, you shall continue to be bound by this Individual Release.  (Emphasis added).

8.      Exhibit 26, Section 16 of the Settlement Agreement, when addressing

Continuing Effectiveness of Agreement reads:

>       This Individual Release shall remain effective *regardless of any appeals court decisions <u>relating in any way</u> to the* liability of the Released Parties in any current or future litigation.  **THIS INDIVIDUAL RELEASE SHALL ALSO REMAIN EFFECTIVE REGARDLESS OF WHETHER THE SETTLEMENT AGREEMENT RESOLVING THE CLAIMS OF THE ECONOMIC CLASS IS APPROVED.**  (Emphasis added).

9.      The Deepwater Horizon Settlement Release, Settlement and Covenant Not to

Sue, and the Settlement Agreement are clear.  When the Claimants each

executed the Eligibility Notice, transmitted the Acceptance to Deepwater Horizon Claims

Center, and when any potential review was completed, the Claim was finalized and is

enforceable.  No Court order or decision should reverse or delay the payment of the

awards.  This contract is binding upon all parties.

10.    To avoid manifest injustice to these Plaintiffs/Claimants, the Court should lift the Preliminary Injunctions Related to the BEL Claims for the limited purpose of allowing the Claims Administrator to finalize the processing of the aforementioned claims, to issue payment and to enforce these valid "Full, Final Releases and Covenants not to Sue." This action will not prejudice any party to this action.

12.    Plaintiffs/Claimants adopt the Motion and Memorandum of Law filed in this Court by Claimant 100096648 filed in this Court on February 18, 2014, and adopt the Motion and Memorandum of Law filed in this Court by Claimant 100033737 filed in this Court on February 20, 2014 and incorporates them herein by reference.

13.    Plaintiffs/Claimants request a hearing on this Motion and request to be heard jointly or consecutively with above referenced Motion of Claimants 100096648 and 100033737.

14.    This Motion is filed in the interest of fairness and justice and not for the purpose of delay.

WHEREFORE, the Plaintiff/Claimants respectfully request this Honorable Court grant this Motion and direct the Claims Administrator to finalize the processing of aforementioned Claimants' Eligibility Notices and to issue payment; and to issue payment on these claims.

Respectfully submitted,

**RESTIVO & REILLY LLC**

/s/ Jessica Reilly
Jessica Reilly, Esq.
Fla. Bar No. 113662

/s/ Bernadette Restivo
Bernadette Restivo, Esq.
Fla. Bar No. 484512
Ohio Bar No. 071906

Restivo & Reilly LLC
103400 Overseas Highway
Key Largo, FL  33037
305-453-4961
888-496-4131 fax
service@rrvflaw.com
Attorneys for Plaintiffs/Claimants

**CERTIFICATE OF SERVICE**

**I hereby certify** that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on the 25th day of February, 2014

/s/ Jessica Reilly

Jessica Reilly, Esq.
Fla. Bar No. 113662