Minute Entry
Barbier, J.
February 26, 2014
JS 10: 2 hr. 37 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL NO. 2179

IN RE: OIL SPILL by the OIL RIG
    "DEEPWATER HORIZON" in the
    GULF OF MEXICO, on
    APRIL 20, 2010                     SECTION: J (1)

JUDGE BARBIER
MAG. JUDGE SHUSHAN

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

BON SECOUR FISHERIES, INC ET AL            CA NO. 12-970

V.                                       SECTION: J (1)

BP EXPLORATION & PRODUCTION INC. ET AL
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

BP EXPLORATION & PRODUCTION, INC. ET AL     CA NO. 13-6674

V.                                       SECTION: J (1)

WATTS ET AL
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

COURTROOM DEPUTY:                 COURT REPORTER:
STEPHANIE KALL                    CATHY PEPPER

WEDNESDAY, FEBRUARY 26, 2014 AT 9:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

PRELIMINARY INJUNCTION HEARING

MOTION HEARING


Watts Defendants' Motion to Stay Proceedings Pending Parallel Criminal Investigation (10-md-2179, Rec. Doc. 12171) (Reference: 13-6674); Argued; ORDERED that motion is GRANTED and civil action 13-6674 is STAYED for reasons stated on the record. Parties are to report to the Court on the status of the criminal investigation in 120 days.

BP's Motion for a Preliminary Injunction Suspending the Second Distribution of the Seafood Compensation Program (13-6674, Rec. Doc. 2); Argued; ORDERED that motion is DENIED for reasons stated on the record.

BP's Motion for Relief Pursuant to Rule 60(b)(3) (10-md-2179, Rec. Doc. 11994) (Reference: 12-970); Argued; Ordered that Ruling on the motion is DEFERRED for reasons stated on the record.

FURTHER ORDERED that the parties will report to the Court in 7 days whether any documents filed under seal and in connection with the above motions should remain under seal.


PRESENT:  (see attached)