# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Hearings–February 26, 2014

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Kevin Downey | 202-434-5000 | BP |
| Margaret Keeley | 202-434-5000 | BP |
| Don Haycraft | 5356-4128 | BP |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Hearings–February 26, 2014

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Steve Herman | 581-4892 | Class/PSC |
| Jim Irwin | 236-5261 | " |
| Gerald Meunier | 522-2304 | Mikal Watts + Watts Guerra |