| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| In Re: Oil SPill by the Oil Righ "Deepwater Horizon" | MDL 2179 (Judge Barbier) |
| DEFENDANT | TYPE OF PROCESS |
| | Motion and Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jonathan B. Andry (registered agent for Andry Lerner LLC)
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
610 Baronne Street / New Orleans, LA 70113

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Office of Special Master Louis J. Freeh<br>935 Gravier Street, Suite 1160<br>New Orleans, LA 70112 | Number of process to be served with this Form 285 | 2 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Office Phone Number: 504-525-5535

*As Special Master*

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>610-787-9731 | DATE<br>2/11/14 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 34 | District to Serve<br>No. 34 | Signature of Authorized USMS Deputy or Clerk<br>Vita Jones | Date<br>2/12/14 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
FELICIA POUNDS, RECEPTIONIST

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date<br>2-24-2014 | Time<br>10:25 | ☒ am<br>☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee<br>$65.00 | Total Mileage Charges including *endeavors*<br>$0.56 | Forwarding Fee | Total Charges<br>$65.56 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:

___ Fee _____
___ Process _____
X Dktd _____
___ CtRmDep _____ PRIOR EDITIONS MAY BE USED
___ Doc. No. _____

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

Form USM-285
Rev. 11/13