**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>In Re: Oil SPill by the Oil Righ "Deepwater Horizon" | COURT CASE NUMBER<br>MDL 2179 (Judge Barbier) |
|---|---|
| DEFENDANT | TYPE OF PROCESS<br>Motion and Order |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jarrod A. Burrle

ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
152 Adema Lane / Port Sulphur, LA 70083

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Office of Special Master Louis J. Freeh<br>935 Gravier Street, Suite 1160<br>New Orleans, LA 70112 | Number of process to be served with this Form 285 | |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service*):

Fold

Phone: 504-710-9933
Email: crabman31994@yahoo.com

☒ Special Master

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>610-787-9731 | DATE<br>2/11/14 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process<br>1 | District of Origin<br>No. 34 | District to Serve<br>No. 34 | Signature of Authorized USMS Deputy or Clerk<br>Vita gones | Date<br>2/12/14 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*)<br>JENNIFER WILLIS, ATTORNEY | ☒ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| Address (*complete only different than shown above*)<br>3723 CANAL ST, NOLA 70119 | Date<br>2-18-14 | Time<br>10:33 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee<br>$65.00 | Total Mileage Charges including *endeavors*<br>$4.24 | Forwarding Fee | Total Charges<br>$69.24 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:
MILEAGE - 3.79 MILES × 2 = 7.58 MILES × .56 = $4.24

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

Fee
PRIOR EDITIONS MAY BE USED
Process
X Dktd
CtRmDep Form USM-285
Doc. No. Rev. 11/13