UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179<br><br>SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| *No. 13-6674* | * * * | MAG. JUDGE SHUSHAN |

## ORDER

Considering Class Counsel's Motion for Leave to File Sur-Reply in Opposition to BP's Motion for Preliminary Injunction (Rec. Do. 12274);

IT IS ORDERED that the Motion is GRANTED. The Clerk of Court shall file the proposed Sur-Reply into the Record.

Considering BP's Motion for leave to File Declaration in Support of Motion for a Preliminary Injunction Under Seal (Rec. Doc. 12421);

For reasons explained on the record during the hearing on February 26, 2014, IT IS ORDERED that the Motion to File Under Seal is DENIED. However, the Court will accept the declaration and instructs the Clerk of Court to file it, unsealed, in the record.

New Orleans, Louisiana, this 26th day of February, 2014.

_____
United States District Judge