IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by | * | MDL NO. 2179 |
| the Oil Rig "Deepwater Horizon" | * | |
| in the Gulf of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| This document relates to: | * | |
| All Cases and No. 12-970 | * | Honorable CARL J. BARBIER |
| | * | |
| | * | Magistrate Judge SHUSHAN |
| | * | |
| | * | |

DECLARATION OF WENDY L. BLOOM

I, Wendy L. Bloom, do hereby declare that the following statements made by me under oath are true and accurate to the best of my knowledge and belief:

### Introduction

1.      I am a partner in the law firm of Kirkland & Ellis LLP.  I serve as counsel for BP Exploration & Production Inc. and BP America Production Company, along with other BP entities who have been named as defendants in the above-captioned litigation (collectively, "BP").

2.      I personally and directly participated on behalf of BP in the settlement discussions that resulted in the Economic Loss and Property Damages Settlement ("Settlement Agreement"), as amended on May 2, 2012 (Rec. Doc. 6430-1).[1]  In particular, I participated in negotiations surrounding the Individual Economic Loss ("IEL") framework (Rec. Docs. 6430-16 – 6430-20) in February 2012.

3.      In February 2012, I was involved in negotiations surrounding the uncapped Individual Economic Loss framework.  Before the parties turned to the concept of a capped fund for seafood claims in late February 2012, the individual seafood deckhand claimants—including Watts' clients—were part of a draft proposed framework for Individual Economic Losses ("IEL") exchanged by the parties.

4.      On February 20, 2012, the PSC's demand for deckhand and dockside worker claimants without earnings documentation who submit individual, employer and sponsor sworn statements (referred to as Category V) was $12,500 per claimant, with an RTP of 1.0 for certain of these claimants.  (*See* PSC 2/20/12 Edits to Framework for Individual Economic Loss Claims, attached hereto as Exhibit A.)

---

[1] All "Rec. Doc." numbers refer to MDL 2179.

I make this Declaration under penalties of perjury pursuant to 28 U.S.C. § 1746, and I

state that the facts set forth herein are true to the best of my knowledge, belief, and information.

Wendy L. Bloom

Dated:  February 24, 2014