IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20th, 2010 | ) MDL No. 2179 ) Section: J ) JUDGE BARBIER ) MAGISTRATE JUDGE SHUSHAN |
| This document relates to: 2:10-cv-08888-CJB-SS | ) ) ) |

## MOTION FOR ACCEPTANCE OF SHORT FORM JOINDERS FILED BEYOND THE SEPTEMBER 16TH, 2011 DEADLINE

**NOW COME** various CLAIMANTS as set forth on Exhibit "A" ("Claimants") who move this Court for acceptance of their late filed Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., as Owner, Managing Owners, Owners Pro Hac Vice and/or Operations of the MODU Deepwater Horizon, and as grounds therefore would show the Court as follows:

1. This Court originally established a deadline for the filing of the claims in the Transocean limitations proceeding for April 20, 2011.

2. The Court extended the deadline for filing of the claims in the Transocean limitations proceeding to September 16, 2011.

3. Claimants contacted counsel after September 16, 2011, seeking assistance in filing claims for injuries and damages occurred as a result of the Deepwater Horizon explosion and resulting oil spill.

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

4. Claimants were unaware of the Court-established deadlines, or had not yet fully realized their damages, and did not timely file in the Transocean limitation proceeding.

5. No prejudice will result from the acceptance of the late filed Short Form Joinders, a List of which is attached hereto as Exhibit "A". No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding. For these reasons, Claimants respectfully request that the Court gran Movants' Motion for Acceptance of Short Form Joinders Filed Beyond the April 20, 2011 and September 16, 2011 Deadlines, and that the Court deem said Short Form Joinders as timely filed.

Respectfully submitted:

/S/ Jessica B. Reilly
Jessica B. Reilly, Esq.
FL Bar No: 113662


/S/ Bernadette Restvio
Bernadette Restivo, Esq.
FL Bar N0: 484512

Restivo & Reilly, LLC
103400 Overseas Highway, Suite 237
Key Largo, FL 33037
Tel: 305-453-4961
Fax: 1-888-496-4131

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

## CERTIFICATE OF SERVICE

**I hereby** certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 27th day of February, 2014.

/S/ Jessica B. Reilly
Jessica B. Reilly, Esq.

/S/ Bernadette Restivo
Bernadette Restivo, Esq.