In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

# EXHIBIT "A"

| Claimant Name | Filing Date | Document I.D. |
|---|---|---|
| Michelle Birnie, | 6/12/12 | 119277 |
| Lighthouse Boat Center, Inc., | 6/12/12 | 119278 |
| David Hilton, | 6/12/12 | 119279 |
| Michael Marhoffer, | 6/12/12 | 119280 |
| SV Flooring Installations, Inc., | 6/12/12 | 119281 |
| Billie Jane Carver, | 6/12/12 | 119282 |
| Richard Norling, | 6/12/12 | 119283 |
| Rachel Tomko, | 6/12/12 | 119284 |
| Captain Sonny's Dive Charter, LLC, . | 6/12/12 | 119286 |
| Regina Worden, | 6/12/12 | 119287 |
| Mermaid Productions, Inc., | 6/12/12 | 119288 |
| Craig Stephens, | 6/12/12 | 119289 |
| Dolia Valdes, | 6/12/12 | 119290 |
| Wayne Falb, | 6/12/12 | 119291 |
| Sidney Vandiver, | 6/12/12 | 119292 |
| Get the Net, Inc., | 6/12/12 | 119293 |
| Mary Ginger, | 6/12/12 | 119294 |
| Christine Zeher, | 6/13/12 | 119295 |
| Clara Romero, | 6/13/12 | 119296 |
| Bobcat Electric Corporation,. | 6/13/12 | 119297 |
| Dr. Zinc Diving, Inc., | 6/13/12 | 119298 |
| Deanna Sabo, | 6/13/12 | 119299 |
| Thomas Cooke,. | 6/13/12 | 119300 |
| Natalie Johnson, | 6/13/12 | 119301 |
| Bobbie Kieber, | 6/13/12 | 119302 |
| Steve Nannini, | 6/13/12 | 119303 |
| Ian Craig, | 6/13/12 | 119304 |
| Robin Elaine Schlaudecker | 6/13/12 | 119305 |
| Michael Noonan III, | 6/13/12 | 119306 |
| Michael Noonan | 6/13/12 | 119307 |

Case 2:10-md-02179-CJB-DPC   Document 12432-2   Filed 02/27/14   Page 2 of 10

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Berry's Island Storage, | 6/13/12 | 119308 |
| Chris Peskar, | 6/13/12 | 119309 |
| S. Whitney Hale | 6/13/12 | 119310 |
| Kim S. Carroll, | 6/13/12 | 119311 |
| Aileen Joiner, | 6/13/12 | 119312 |
| Unique Marine, Inc., | 6/13/12 | 119313 |
| Processer Charters. | 6/13/12 | 119314 |
| Tropical Warehouse, | 6/13/12 | 119315 |
| Sid's on a Roll, Inc., | 6/13/12 | 119316 |
| William T Walsh III, | 6/13/12 | 119317 |
| Tania Metzger,. | 6/13/12 | 119318 |
| Captain Bill Ellenwood, | 6/13/12 | 119319 |
| Yolanda Salafia, | 6/13/12 | 119320 |
| Circle Z-Six, Inc., | 6/13/12 | 119321 |
| Lisa Wolski, | 6/13/12 | 119322 |
| Martin Punshon, | 6/13/12 | 119323 |
| Sanctuary Aquarium, Inc, | 6/13/12 | 119324 |
| Sabrina Wampler, | 6/13/12 | 119325 |
| Sherry Rogers, | 6/13/12 | 119326 |
| Jennifer Craig, | 6/13/12 | 119327 |
| Lengen Marine Services, Inc., | 6/13/12 | 119328 |
| Captain Dan Matthews, | 6/13/12 | 119329 |
| Richard Jamison, | 6/13/12 | 119330 |
| Hollywood Stone, Inc.,. | 6/13/12 | 119332 |
| Paula Tuyls-Johnson, | 6/13/12 | 119333 |
| Cecile Gann, | 6/13/12 | 119334 |
| Keys Tropical Windows Inc., | 6/13/12 | 119335 |
| Sievers Marine, | 6/13/12 | 119336 |
| Tina Koval, | 6/13/12 | 119337 |
| Arthur Rowe, | 6/13/12 | 119338 |
| Angela Cody,. | 6/13/12 | 119339 |
| On Line Seafood, | 6/13/12 | 119340 |
| Mark Mills, | 6/13/12 | 119341 |
| Eliecer Coll, | 6/13/12 | 119342 |
| Jacqueline Duignan, | 6/13/12 | 119343 |
| Prime Florida Properties, Inc., | 6/13/12 | 119344 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Ocean Quest Dive Center. | 6/13/12 | 119345 |
| Joseph Giordano, | 6/13/12 | 119346 |
| Julie Lewis, | 6/13/12 | 119347 |
| Kimberly Bouchard, | 6/13/12 | 119348 |
| Joseph Flowers, | 6/13/12 | 119349 |
| Page Excavating and Hauling, Inc., | 6/13/12 | 119350 |
| Juan Ornelas, | 6/13/12 | 119351 |
| Christina Maffeo, | 6/13/12 | 119352 |
| Floral Fantasy, LLC, | 6/13/12 | 119353 |
| Karem Kramer Exit Realty, | 6/13/12 | 119354 |
| Webb Bros. Contracting Inc., | 6/13/12 | 119355 |
| Dan's Tropical Tree Service Corporation, | 6/13/12 | 119356 |
| A-Plus Roofing of Key West, Inc., | 6/13/12 | 119357 |
| Karem Kramer, | 6/13/12 | 119359 |
| Michael Turner Reiss, | 6/13/12 | 119360 |
| A-Adam's Locksmith, | 6/13/12 | 119361 |
| Berry's Rentals, | 6/13/12 | 119364 |
| Ellen E Canning, | 6/13/12 | 119365 |
| Nuthens Purfect, Inc., | 6/13/12 | 119366 |
| TLC Interiors & Exteriors, Inc. | 6/13/12 | 119367 |
| Luke Glenn, | 6/13/12 | 119368 |
| Andrew Kennelly,. | 6/13/12 | 119369 |
| Morning Star Underwater Services, | 6/13/12 | 119370 |
| William Mainord, | 6/13/12 | 119371 |
| Bardon Electric, | 6/13/12 | 119372 |
| Islamorada Elevator Co., Inc.,. | 6/13/12 | 119373 |
| Karen's Cleaning Service, | 6/13/12 | 119374 |
| Barbara Clifford | 6/13/12 | 119375 |
| Angela Salcito, | 6/13/12 | 119376 |
| Key Largo Illustrations, | 6/13/12 | 119377 |
| Keys Roofing Inc., | 6/13/12 | 119378 |
| Bill Becker, | 6/13/12 | 119379 |
| James Meyer, | 6/13/12 | 119380 |
| Kristina Koch, | 6/13/12 | 119381 |
| Michael McCorkle, | 6/13/12 | 119382 |
| Patricia Knapp, | 6/13/12 | 119383 |

Case 2:10-md-02179-CJB-DPC   Document 12432-2   Filed 02/27/14   Page 4 of 10

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Kristen Giordano, | 6/13/12 | 119384 |
| All Keys Landscape, Inc., | 6/13/12 | 119385 |
| Deborah Donofrio, | 6/13/12 | 119386 |
| Services International Corp., | 6/13/12 | 119387 |
| JAFO Transportation Consultants LLC, | 6/13/12 | 119388 |
| Kevin Ward,. | 6/13/12 | 119389 |
| Patrice Gerard, | 6/13/12 | 119390 |
| Phillip Rubow, | 6/13/12 | 119391 |
| Jesus Gonzalez Jr., | 6/13/12 | 119513 |
| Hutchings & Sons Inc., | 6/26/12 | 119514 |
| Robert Riley, | 6/26/12 | 119515 |
| Bridget Toler, | 6/26/12 | 119516 |
| Mary Beth Klein. | 6/26/12 | 119517 |
| Hauber, Inc., | 6/26/12 | 119544 |
| J.F.K. Charters, | 6/26/12 | 119545 |
| Underwater Innovations, LLC, | 6/26/12 | 119547 |
| Jane Wasmund, | 6/26/12 | 119548 |
| Paul Pecor, | 6/26/12 | 119549 |
| Florida Bay Outfitters, | 6/26/12 | 119550 |
| Dennis Ball, Inc., | 6/26/12 | 119551 |
| Blackbeard Towing & Salvage, | 6/26/12 | 119553 |
| A E Mitchell Corporation, | 6/26/12 | 119554 |
| Kieran Ferrer, | 6/26/12 | 119555 |
| Jonathan Jula, | 6/26/12 | 119556 |
| Diego Tejada, | 6/26/12 | 119559 |
| Cindy Martin, | 6/26/12 | 119560 |
| Billie Jane Carver, | 6/26/12 | 119571 |
| Allessandra Schlicter, | 6/27/12 | 119574 |
| Richard Canter, | 6/27/12 | 119576 |
| Anthony Gibbs, | 6/27/12 | 119577 |
| Benjamin Leigh, | 6/27/12 | 119579 |
| Dan Betterman, | 6/27/12 | 119582 |
| Carlos Vilarchao, | 6/27/12 | 119583 |
| Blake Becker, | 6/27/12 | 119584 |
| Michael Hutchings, | 6/27/12 | 119587 |
| Katja Hutchings, | 6/27/12 | 119589 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Jennifer Roe, | 6/27/12 | 119593 |
| Island Stylin' Inc. | 6/27/12 | 119595 |
| Just Breathe, | 6/27/12 | 119597 |
| Lissa Terese Skincare, | 6/27/12 | 119599 |
| T & T Nails, | 6/27/12 | 119600 |
| Kimberly Tomic, | 7/12/12 | 119674 |
| Mitchell Wolski, | 7/12/12 | 119675 |
| JFK Charters, | 7/12/12 | 119676 |
| Vari Construction, | 7/12/12 | 119677 |
| Amy Cunningham, | 7/12/12 | 119678 |
| Caribbean Catering, | 7/12/12 | 119679 |
| Craig Cross, | 7/12/12 | 119680 |
| Darryl Roberts, | 7/12/12 | 119681 |
| George Lines, | 7/12/12 | 119682 |
| James Warnaar, | 7/12/12 | 119683 |
| Kristine Dion, | 7/17/12 | 119763 |
| Daniel Natelli, | 7/17/12 | 119764 |
| Katrina Magnuson, | 7/17/12 | 119765 |
| Melody Novoa, | 7/17/12 | 119766 |
| Mark Hernandez, | 7/17/12 | 119767 |
| Karina Bay, | 7/17/12 | 119768 |
| Leave it to Beaver Charters, | 7/17/12 | 119769 |
| Cathy Rogerwitz, | 7/17/12 | 119770 |
| Susan Stautzenbach, | 7/17/12 | 119771 |
| Thomas Theisen, | 7/17/12 | 119772 |
| Outpost Marine, | 7/17/12 | 119773 |
| Amanda Fredericks, | 7/17/12 | 119774 |
| Abeys Barrios, | 7/17/12 | 119775 |
| John Holoman, | 7/17/12 | 119776 |
| Lawrence Threlkeld, | 7/17/12 | 119779 |
| Russell Eaves, | 7/17/12 | 119780 |
| Sarah Whittle, | 7/17/12 | 119781 |
| Sky Fabel, | 7/17/12 | 119782 |
| Tracy Farnum, | 7/17/12 | 119783 |
| Tiffany Sagan, | 7/17/12 | 119784 |
| Michael Beal, | 7/17/12 | 119785 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Anthony Vari, | 7/17/12 | 119786 |
| Travis Lewis, | 7/17/12 | 119788 |
| Scott Yarroll, | 7/17/12 | 119790 |
| Linda Yarroll, | 7/17/12 | 119791 |
| Jennifer Goss, | 7/17/12 | 119792 |
| Wayne S. Falb, | 7/17/12 | 119793 |
| Aris Stavropoulos, | 7/17/12 | 119794 |
| Robert Doyle, | 7/17/12 | 119795 |
| Who's Yer Daddy, | 7/17/12 | 119796 |
| Island Air Control, | 7/17/12 | 119797 |
| Stacy Valle, | 7/17/12 | 119798 |
| Jose Sandoval, | 7/17/12 | 119818 |
| Robert Nelson, | 7/17/12 | 119819 |
| Gary Leo, | 7/19/12 | 119822 |
| Allison Barry, | 7/19/12 | 119823 |
| Mary Threlkeld,. | 7/19/12 | 119824 |
| Kenneth Fradley, Inc., | 7/19/12 | 119825 |
| Mark Melhado, | 7/19/12 | 119826 |
| Jane Wasmund, | 7/19/12 | 119827 |
| robert bonnen, | 7/19/12 | 119828 |
| Healing Waters, | 7/19/12 | 119829 |
| Silent World Scuba, | 7/19/12 | 119830 |
| Coco Plum Properties, | 7/19/12 | 119831 |
| Blu Bamboo, | 7/19/12 | 119832 |
| Dixie Montague,. | 7/19/12 | 119833 |
| Daniel Gignac, | 7/19/12 | 119834 |
| William Walsh III, | 7/19/12 | 119835 |
| Francisco Acosta, | 7/19/12 | 119836 |
| R & R Tackle, | 7/19/12 | 119837 |
| K.B. Reynolds Corp., | 7/19/12 | 119838 |
| Optimum Contractors, Inc., | 7/19/12 | 119839 |
| Great German Food, | 7/19/12 | 119840 |
| Hyperbarics International, | 7/19/12 | 119841 |
| Terese Kennedy-Garson, | 7/19/12 | 119842 |
| Ana Zambrana, | 7/19/12 | 119880 |
| Cerrina Norton, | 7/19/12 | 119881 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Dianne Terrasi, | 7/24/12 | 119900 |
| George Nance, | 7/24/12 | 119902 |
| Graham Garson, | 7/24/12 | 119904 |
| James Giles, | 7/24/12 | 119908 |
| Jamoncito Fishing, Inc., | 7/24/12 | 119910 |
| Juanita Legate, | 7/24/12 | 119911 |
| Key Largo Health Care Center, | 7/24/12 | 119912 |
| Martha Ornelas, | 7/24/12 | 119913 |
| Out of the Blue, | 7/24/12 | 119914 |
| Pamela Pegler, | 7/24/12 | 119915 |
| Robin Moore, | 7/24/12 | 119916 |
| TLC Interiors & Exteriors, | 7/24/12 | 119917 |
| Todd A. Bost, | 7/24/12 | 119918 |
| Deborah Williamson, | 7/24/12 | 119923 |
| DeShawn Robinson, | 7/24/12 | 119924 |
| Executive Mobile Detailing, Inc., | 7/25/12 | 119925 |
| Fulin Tile of the Upper Keys,. | 7/25/12 | 119926 |
| Foxy Saltwater Tropical Fish, | 7/25/12 | 119927 |
| Gordon Weber Construction, | 7/25/12 | 119928 |
| Isidro Lopez, | 7/25/12 | 119929 |
| Jack Kilburn, | 7/25/12 | 119930 |
| Jaime Amodio, | 7/25/12 | 119931 |
| Janet Calloway, | 7/25/12 | 119932 |
| Karelis Rodriguez, | 7/25/12 | 119933 |
| Larry Hoffman, | 7/25/12 | 119934 |
| Lee Risher Construction, | 7/25/12 | 119935 |
| Lisa Tolli, | 7/25/12 | 119937 |
| Lissete Bautista, | 7/25/12 | 119938 |
| MJW Insurance, | 7/25/12 | 119939 |
| Rachel Beam, | 7/25/12 | 119940 |
| Stephanie Natanson, | 7/25/12 | 119941 |
| The Trailer Shop, Inc., | 7/25/12 | 119942 |
| Timothy King, | 7/25/12 | 119943 |
| Travis Cooper, | 7/25/12 | 119944 |
| Wade Deeman, | 7/25/12 | 119945 |
| Wendy Ives, | 7/25/12 | 119946 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Carly Ann Sergi, | 7/25/12 | 119972 |
| Montessori Academy of the Upper Keys, | 7/25/12 | 119973 |
| Nancy Eaves, | 7/31/12 | 119974 |
| Randolph W. Brennan, | 7/31/12 | 119975 |
| Shear Paradise, | 7/31/12 | 119976 |
| Alexander Esquivel, | 7/31/12 | 119977 |
| Cary Construction Corp., | 7/31/12 | 119978 |
| Alice Cary, | 7/31/12 | 119979 |
| Amy Fox, | 7/31/12 | 119980 |
| Ana Llanes, | 7/31/12 | 119981 |
| Anikel Etienne, | 7/31/12 | 119982 |
| Barbara Fassino-Midling | 7/31/12 | 119983 |
| Barbara Lezcano, | 7/31/12 | 119984 |
| Candice Gobeil, | 7/31/12 | 119985 |
| Christa Hoffman, | 7/31/12 | 119986 |
| Christina Davis, | 7/31/12 | 119987 |
| Claribel de la Cruz, | 7/31/12 | 119988 |
| Curtis Booth, | 7/31/12 | 119989 |
| Ernesto Echevarria, | 7/31/12 | 119990 |
| Freddy Echevarria, | 7/31/12 | 119991 |
| Jeremy McQuarters, | 7/31/12 | 119992 |
| Julia Schaupp, | 7/31/12 | 119996 |
| Kyle Gross, | 7/31/12 | 119997 |
| Leonard Anderson, | 7/31/12 | 119998 |
| Maria Alaniz, | 7/31/12 | 119999 |
| Maria Luz Ruiz, 6699. | 7/31/12 | 120000 |
| Maria Sol Ruiz, 1177. | 7/31/12 | 120001 |
| Maria Ornelas, 7972. | 7/31/12 | 120002 |
| Melissa Martinez, | 7/31/12 | 120003 |
| Mikell Cary, | 7/31/12 | 120004 |
| Nick Cash, | 7/31/12 | 120005 |
| Richard Williamson, | 7/31/12 | 120006 |
| William Falvey, | 7/31/12 | 120007 |
| Katerine Betancourt | 7/31/12 | 120010 |
| Patricia Saunders, | 7/31/12 | 120011 |
| Richard Lopez | 8/1/12 | 120012 |

Case 2:10-md-02179-CJB-DPC   Document 12432-2   Filed 02/27/14   Page 9 of 10

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Toledo Sales, Inc., | 8/1/12 | 120013 |
| Philip Gunthner, | 8/1/12 | 120020 |
| Ysidro J Fernandez, | 8/1/12 | 120021 |
| Yanet Lopez, | 8/2/12 | 120022 |
| Yusnier Fernandez Zamora, | 8/2/12 | 120023 |
| Tamara Green, | 8/2/12 | 120024 |
| Penny Smith, | 8/2/12 | 120025 |
| Hospice of the Florida Keys, | 8/2/12 | 120026 |
| Michael Hannon, | 8/7/12 | 120045 |
| Antonio Lopez, | 8/7/12 | 120046 |
| Marvin Darna, | 8/7/12 | 120047 |
| Meris Palts, | 8/7/12 | 120048 |
| Shiloh Tire & Lube Inc., | 8/7/12 | 120050 |
| Alfredo Mora, | 8/7/12 | 120051 |
| Deborah Finch, | 8/7/12 | 120052 |
| Donald Schurman, | 8/7/12 | 120054 |
| Derek Howe, | 8/7/12 | 120055 |
| Erin Capurso, | 8/7/12 | 120061 |
| Irma Alvarez Munoz, | 8/7/12 | 120062 |
| Juan Molina, | 8/9/12 | 120063 |
| Kenneth Wangen, | 8/9/12 | 120065 |
| John Dixon, | 8/9/12 | 120066 |
| Pablo Mollineda, | 8/9/12 | 120067 |
| Jriska Albanes, | 8/9/12 | 120068 |
| Ana Bailey, | 8/9/12 | 120069 |
| John Percevault, | 8/9/12 | 120070 |
| Ana Zaleski, | 8/9/12 | 120071 |
| Bayside Marine Canvas, | 8/9/12 | 120072 |
| C-Schror Design Service, | 8/9/12 | 120074 |
| Key Dog Wholesale Distributing, . | 8/9/12 | 120076 |
| Michael Valdes, | 8/9/12 | 120077 |
| Lee Thomas, | 8/15/12 | 120104 |
| Islands in the Sun, | 8/15/12 | 120105 |
| J. Cury Construction, | 8/15/12 | 120106 |
| Paul Lopez, | 8/15/12 | 120107 |
| James Saunders, | 8/15/12 | 120177 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Homer Rogers, | 8/15/12 | 120178 |
| Ana Zalesky, | 8/22/12 | 120179 |
| Bayside Marine Canvas, | 8/22/12 | 120180 |
| Lower Keys Bobcat Services, Inc., | 8/23/12 | 120186 |
| Michael Bell, | 8/23/12 | 120187 |
| Thomas Etzler, | 8/23/12 | 120188 |
| Thomas Walsh II DDS, | 8/23/12 | 120189 |
| Rodney Harms, | 8/23/12 | 120190 |
| Robert Shirley, | 8/23/12 | 120191 |
| Pablo Perez, | 8/23/12 | 120192 |
| Gayla Gerz, | 8/23/12 | 120193 |
| Robert Pippin, | 8/23/12 | 120194 |
| La Jolla Properties, Ltd., | 8/23/12 | 120196 |
| SFK Consulting, | 8/23/12 | 120197 |
| Ruben Lopez, | 8/23/12 | 120198 |
| Arletis Diaz, | 8/23/12 | 120199 |
| William Albury, | 8/23/12 | 120200 |
| Sailing Away Appraisals, | 8/23/12 | 120201 |
| Cristobal Mendez, | 8/23/12 | 120202 |
| Maria Garcia, | 8/23/12 | 120203 |
| Jesse Green, | 8/23/12 | 120204 |
| Ada Hernandez, | 8/23/12 | 120205 |
| All American Towing and Tires, | 8/23/12 | 120206 |
| Paradise Massage Yoga, | 8/23/12 | 120207 |
| Matthew Dettmann, | 8/23/12 | 120208 |
| Robert McDonald, | 8/23/12 | 120209 |
| Elizabeth Hill, | 8/23/12 | 120210 |
| Janet Calloway, | 8/23/12 | 120211 |
| Gail Jehle, | 8/23/12 | 120212 |
| Ronald Jehle, | 8/23/12 | 120213 |
| Damaris Marquez, | 8/23/12 | 120214 |
| Norberto Alvarez, | 8/23/12 | 120215 |
| Alyse Bell-Ferrer, | 8/23/12 | 120216 |
| Richard Rolfes, | 8/23/12 | 120217 |
| Osvani Ley, | 8/23/12 | 120218 |
| Luisa Tamayo, | 8/23/12 | 120219 |