In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Pamela Demala, | 8/23/12 | 120220 |
| Hooked on Books, Inc., | 8/23/12 | 120221 |
| Robert Bailey Custom Painting, | 8/23/12 | 120222 |
| keys tropical windows inc., | 8/23/12 | 120601 |
| Damary Rizzo, | 8/23/12 | 120602 |
| Ultra Plumbing inc., | 8/23/12 | 120603 |
| Jon Michael Kelch, | 8/23/12 | 120604 |
| Nelly Pastora Salgado, | 8/23/12 | 120605 |
| Javier Lazaro Alvarez, | 8/23/12 | 120606 |
| Jeffrey P Sanchez, | 9/20/12 | 120607 |
| Charles J Chapman, | 9/20/12 | 120608 |
| G&G Trading, | 9/20/12 | 120609 |
| Melody Chapman, | 9/20/12 | 120610 |
| Gayle D Tippett, | 9/20/12 | 120611 |
| Faustino Paz Ortiz, | 9/20/12 | 120612 |
| Karen Galo, | 9/20/12 | 120613 |
| Joseph Henry Tola, | 9/20/12 | 120614 |
| Bernadina Waters, | 9/20/12 | 120654 |
| W.F. McCain & Associates, | 9/20/12 | 120655 |
| Elaine K. Faliace Krodel, | 9/20/12 | 120656 |
| David Jensen, | 9/27/12 | 120657 |
| Miguel A. Sanchez, | 9/27/12 | 120658 |
| Rebecca Lundsford | 9/27/12 | 120659 |
| Ensel Herrera, | 9/27/12 | 120660 |
| Damaris Marquez, | 9/27/12 | 120661 |
| Ronald Jehle, | 9/27/12 | 120662 |
| David Gillon, | 9/27/12 | 120663 |
| La Jolla Properties, Ltd., | 9/27/12 | 120664 |
| Paradise Massage Yoga, | 9/27/12 | 120665 |
| Yadira Gonzalez, | 9/27/12 | 120667 |
| Noyde Hernandez, | 9/27/12 | 120668 |
| Vivian Hernandez-Popp, | 9/27/12 | 120669 |
| Silver Palm Nursery, Inc, | 9/27/12 | 120670 |
| Douglas Hitchcock, | 9/27/12 | 120671 |
| Kim Jeffries, . | 9/27/12 | 120672 |
| Rosa Maria Zamora, | 9/27/12 | 120673 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Hugo Gomez Lopez, | 9/27/12 | 120674 |
| Christopher O'Connor Mors | 9/27/12 | 120675 |
| Kathleen Payne PA, | 9/27/12 | 120676 |
| Twocan Tropical Homes, Inc, | 9/27/12 | 120677 |
| Anaidirys Mazorra Aguila . | 9/27/12 | 120678 |
| Full Throtle Marine Services, Inc, | 9/27/12 | 120679 |
| Sailing Away Appraisals, | 9/27/12 | 120680 |
| Melody chapman, | 10/2/12 | 120690 |
| Howard W. Popp M.D., P.A., | 10/2/12 | 120691 |
| Diann Barber, | 10/2/12 | 120692 |
| Levi w. Bennet, | 9/27/12 | 120693 |
| Mette Biglin, | 10/2/12 | 120694 |
| Bambi A. Bundy-Hodges, | 10/2/12 | 120695 |
| Locust Center LTD. | 10/2/12 | 120696 |
| Naivi Mane Cartaya, | 10/2/12 | 120697 |
| Ibrahim Marin, | 10/2/12 | 120698 |
| Paula Muscolino, | 10/2/12 | 120699 |
| K&A Leasing Corp. | 10/2/12 | 120700 |
| Alison Smith, | 10/2/12 | 120701 |
| Sparks Family Corp., | 10/2/12 | 120702 |
| Michael C. Young Musician, | 10/2/12 | 120703 |
| Carlos Paradela Guerra, | 10/2/12 | 120704 |
| Heather M. Warren, | 10/2/12 | 120705 |
| Jerome Scott, | 10/2/12 | 120706 |
| Pamela Owsinek, | 10/2/12 | 120707 |
| John Hutchison Wolf, | 10/2/12 | 120708 |
| Caridad Broch, | 10/2/12 | 120709 |
| Steven Webb, | 10/2/12 | 120710 |
| Steven Webb, | 10/4/12 | 120715 |
| Peacock Home Service Inc., | 10/5/12 | 120718 |
| Omar Casco, | 10/5/12 | 120719 |
| Lourdes Sabin, | 10/5/12 | 120720 |
| Tyler's Treasures, | 10/5/12 | 120721 |
| Randall Perry, | 10/5/12 | 120722 |
| Monika Bancej, | 10/5/12 | 120723 |
| Pablo Placencia, | 10/5/12 | 120724 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Amarilys Garcia Rodriguez, | 10/5/12 | 120725 |
| Rodney Dixon, | 10/5/12 | 120726 |
| William James Midling, . | 10/5/12 | 120727 |
| Charles E Cheatham, | 10/5/12 | 120728 |
| Ivan Garcia, | 10/5/12 | 120729 |
| Alberto Rodriguez, | 10/5/12 | 120730 |
| Monica's Hair Shop, | 10/5/12 | 120732 |
| Robin Finigan, | 10/5/12 | 120733 |
| Elizabeth M. Lynch, | 10/5/12 | 120734 |
| Howie Concrete Products Co., | 10/5/12 | 120735 |
| Orbelina Casco, . | 10/5/12 | 120736 |
| Dorca Rodriguez, . | 10/5/12 | 120737 |
| Derek Jauregui, | 10/5/12 | 120738 |
| Janine Gregg, | 10/5/12 | 120739 |
| Aleida Roldan, | 10/5/12 | 120740 |
| Gustavo A. Galo, | 10/5/12 | 120741 |
| Marian Bancej, | 10/5/12 | 120742 |
| Linda W. Jaikins, | 10/5/12 | 120743 |
| Billy L. Erwin, | 10/5/12 | 120744 |
| Colleen M. Gonzalez, | 10/5/12 | 120745 |
| Aileen Patricia Cardoso, | 10/5/12 | 120746 |
| Randall M. Perry, | 10/5/12 | 120747 |
| Koval's Lawn Care, | 10/5/12 | 120748 |
| Kenia Catalina Ballester Serrano, | 10/5/12 | 120749 |
| Douglas M. Lyons, Jr., | 10/5/12 | 120750 |
| Michael E Hamilton, | 10/5/12 | 120751 |
| Shannon M. O' Berry, | 10/5/12 | 120752 |
| Axis Aerotech, Inc., | 10/27/12 | 120865 |
| Brian C. Anthony, | 10/27/12 | 120866 |
| V&T Boat Repair and Maintenance, | 10/27/12 | 120867 |
| Terrnace M. Arroyo, | 10/27/12 | 120868 |
| Benjamin Kaiman, | 10/27/12 | 120869 |
| Hooked On Books, Inc., | 10/27/12 | 120870 |
| Wayne Brooks, | 10/27/12 | 120871 |
| Lilias Bochenick, | 10/27/12 | 120872 |
| Diecila Brignolle, | 10/27/12 | 120873 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Patricia G Broadway, | 10/27/12 | 120874 |
| William Bailey, | 10/27/12 | 120875 |
| Hospice of the Fl Keys, | 10/27/12 | 120876 |
| Rocio Cabrales, | 10/27/12 | 120877 |
| William Cook, | 10/27/12 | 120878 |
| Patrick J Cummings, | 10/27/12 | 120879 |
| Karen R DaSilva, | 10/27/12 | 120880 |
| Nora Patricia Diaz, | 10/27/12 | 120881 |
| Robert Doyle, | 10/27/12 | 120882 |
| David Duran Munoz, | 10/27/12 | 120883 |
| David Charles Gestrich, | 10/27/12 | 120884 |
| Juan Gutierrez, | 10/27/12 | 120885 |
| Lazaro O. Alvarez, | 10/27/12 | 120886 |
| Christina Kittle, | 10/27/12 | 120887 |
| RK&S Construction of the Florida Keys, Inc., | 10/27/12 | 120888 |
| Kristine E. Sayenga, | 10/27/12 | 120889 |
| Santana Gustavo, | 11/1/12 | 120908 |
| Leonardo Madlun, | 11/1/12 | 120909 |
| Karen L. Simonetti, | 11/1/12 | 120911 |
| Wilfred Baptiste, | 11/1/12 | 120912 |
| Florida Keys Elks Lodge BPOE # 1872 | 11/1/12 | 120913 |
| Stephanie Wright, | 11/1/12 | 120914 |
| Marilee Free Entertainment, | 11/1/12 | 120915 |
| MD 66 Distributors, LLC, | 11/1/12 | 120916 |
| Rosa Elena Kelch, | 11/1/12 | 120917 |
| Jared Bernstein Plastering LLC, | 11/1/12 | 120918 |
| Soraida Gonzalez, | 11/1/12 | 120919 |
| Carlos Casani, | 11/1/12 | 120920 |
| Tonja Kraft, | 11/1/12 | 120921 |
| Heather E Sweeting, | 11/1/12 | 120922 |
| Iryna Koshova, | 11/1/12 | 120923 |
| Star Motors, | 11/1/12 | 120924 |
| Kristen D Onderdonk, | 11/1/12 | 120925 |
| Leonardo Ferretti, | 11/1/12 | 120926 |
| Francisca Banos, | 11/1/12 | 120927 |
| Anthony Acker, | 11/1/12 | 120928 |

Case 2:10-md-02179-CJB-DPC   Document 12432-3   Filed 02/27/14   Page 5 of 10

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Alexander Roldan, | 11/1/12 | 120929 |
| Thomas Renn, | 11/1/12 | 120930 |
| Shannon Renn, | 11/1/12 | 120931 |
| Paul Hardy, | 11/1/12 | 120932 |
| Florida Keys Panama Jack, Inc., | 11/1/12 | 120933 |
| Frances Weber, | 11/1/12 | 120934 |
| Laudicina Enterprises Inc., | 11/1/12 | 120935 |
| Mattress & Beyond Corp., | 11/2/12 | 120946 |
| Key Largo Central Plaza, | 11/2/12 | 120947 |
| Grace Strauss, | 11/2/12 | 120948 |
| Robert Cappadona, | 11/2/12 | 120949 |
| Lori Hutto, | 11/2/12 | 120950 |
| J&W Key West LLC, | 11/2/12 | 120951 |
| Gil Gonzalez, | 11/2/12 | 120952 |
| Leeward Grille, LLC, | 11/2/12 | 120953 |
| Yanisleidis Rodriguez, | 11/2/12 | 120954 |
| Dockside Diesel Service, Inc, | 11/2/12 | 120955 |
| Drunken Monkeys, | 11/2/12 | 120956 |
| Yannier Alavarez Dominguez, | 11/2/12 | 120957 |
| Adrienne Zolondick, | 11/2/12 | 120958 |
| Hector Alvarez, | 11/2/12 | 120959 |
| Pamela Long, | 11/2/12 | 120960 |
| Antonio Albanes, | 11/2/12 | 120961 |
| Erica Arroyo, | 11/2/12 | 120962 |
| Vorick Financial Consulting Services, | 11/2/12 | 120963 |
| JV Products, | 11/2/12 | 120964 |
| Christina Escobedo-Perello, | 11/2/12 | 120965 |
| David De Mala, | 11/2/12 | 120966 |
| Jerry Sanders, | 11/2/12 | 120967 |
| Michael Young, | 11/2/12 | 120968 |
| Louis Sangenito, | 11/2/12 | 120969 |
| Kristine Sayenga, | 11/2/12 | 120970 |
| Thomas Lawson, | 11/2/12 | 120971 |
| Iris Rodriguez, | 11/2/12 | 120972 |
| John Lukas, | 11/2/12 | 120973 |
| HP Marine, | 11/2/12 | 120974 |

Case 2:10-md-02179-CJB-DPC   Document 12432-3   Filed 02/27/14   Page 6 of 10

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Paradise Maintenance, | 11/2/12 | 120975 |
| Terra Nova Net, | 11/2/12 | 120976 |
| Judith Diesel, | 11/2/12 | 120977 |
| Kelly Hussey, | 11/2/12 | 120978 |
| Vladimir Fidirko, | 11/2/12 | 120979 |
| Jason Wolf Consulting, | 11/2/12 | 120980 |
| James McLane, | 11/2/12 | 120981 |
| Fatima Herrera, | 11/2/12 | 120982 |
| Melissa Toney, | 11/2/12 | 120983 |
| Jeff Gautier Landscaping, Inc, | 11/2/12 | 120984 |
| Russell Cullen P.A | 11/8/12 | 121005 |
| Osmel Acosta-Rodriguez, | 11/8/12 | 121006 |
| Samantha Kornely, | 11/8/12 | 121007 |
| Merida Perez, | 11/8/12 | 121008 |
| Jaroslava Koenig, | 11/8/12 | 121009 |
| Mamma Onesti East Inc., | 11/8/12 | 121010 |
| Mamma Onesti Key Largo, Inc, | 11/8/12 | 121011 |
| Mamma Onesti, Inc, | 11/8/12 | 121012 |
| Bernadette Restivo, | 11/8/12 | 121013 |
| Russell Cullen Jr, | 11/8/12 | 121014 |
| Daryl Cullen, | 11/8/12 | 121015 |
| Debra Mott, | 11/8/12 | 121016 |
| Karin Mulchaey, | 11/8/12 | 121017 |
| Organic Maintenance and Care, Inc, | 11/8/12 | 121018 |
| Cesar Ornelas, | 11/8/12 | 121019 |
| Dolores Pereira, | 11/8/12 | 121020 |
| David Reid, | 11/8/12 | 121021 |
| Regla Ruano, | 11/8/12 | 121022 |
| Hector Torres, | 11/8/12 | 121023 |
| Paul Tolli Tile, Inc., | 11/8/12 | 121024 |
| Yanet Miranda, | 11/8/12 | 121025 |
| John Harrelson, | 11/8/12 | 121026 |
| Anima Charters & Sailing | 11/8/12 | 121027 |
| Living Fit, Inc., | 11/9/12 | 121033 |
| Michael-John Ed, | 11/9/12 | 121034 |
| Laura Perez, | 11/9/12 | 121035 |

Case 2:10-md-02179-CJB-DPC   Document 12432-3   Filed 02/27/14   Page 7 of 10

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Cross Sheet Metal LLC, | 11/9/12 | 121036 |
|---|---|---|
| Jose Mora Lopez, | 11/9/12 | 121037 |
| Michael Neves, | 11/9/12 | 121038 |
| Joyce Greeson, | 11/9/12 | 121039 |
| Chris Blankenship, | 11/9/12 | 121040 |
| Awilda Barragan, | 11/9/12 | 121041 |
| Catherine Baker, | 11/9/12 | 121042 |
| Capt. Greg Brown | 11/9/12 | 121043 |
| Deborah Brown, | 11/9/12 | 121044 |
| The Florida Keys Real Estate Team, Inc, | 11/9/12 | 121045 |
| Amalia Alvarez, | 11/9/12 | 121046 |
| Reinaldo Alvarez, | 11/9/12 | 121047 |
| Kelley Amoroso, | 11/9/12 | 121048 |
| Anderson Financial Service, | 11/9/12 | 121049 |
| Ultimate Dental Care, Inc, | 11/9/12 | 121050 |
| Luis Lomonte, | 11/13/12 | 121127 |
| Teresa Rigby, | 11/13/12 | 121128 |
| Donald McKenzie, | 11/13/12 | 121129 |
| Susan Mooney, | 11/13/12 | 121130 |
| Jonal Louis, | 11/13/12 | 121131 |
| Wildred Lopez, | 11/13/12 | 121132 |
| Dariusz Krogulski, | 11/13/12 | 121133 |
| Kimberly Kennedy, | 11/13/12 | 121134 |
| Kevin Jeffries, | 11/13/12 | 121135 |
| John Guastavino Back Country Fishing, | 11/13/12 | 121136 |
| Omar Gonzalez, | 11/13/12 | 121137 |
| Lucila Garcia, | 11/13/12 | 121138 |
| Santiago Garcia-Mendez, | 11/13/12 | 121140 |
| Vladimir Diaz, | 11/13/12 | 121142 |
| Marta Diaz, | 11/13/12 | 121144 |
| John Curry, . | 11/13/12 | 121146 |
| Carol Cornish, | 11/13/12 | 121149 |
| Donna Christison, | 11/13/12 | 121151 |
| Eric Camacho, | 11/13/12 | 121156 |
| Angelique Chambers, | 11/13/12 | 121158 |
| Timothy Contizano, | 11/13/12 | 121159 |

Case 2:10-md-02179-CJB-DPC   Document 12432-3   Filed 02/27/14   Page 8 of 10

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Paul Brishke, | 11/13/12 | 121160 |
| Andrew Meyer, | 11/13/12 | 121162 |
| Bradford Randall, | 11/13/12 | 121163 |
| Todd Kornely, | 11/15/12 | 121196 |
| Janette Arenado, | 11/15/12 | 121198 |
| Leslie Howard, | 11/15/12 | 121200 |
| Timothy Low, | 11/15/12 | 121201 |
| Fralon Warren, | 11/15/12 | 121203 |
| Lindsey Betterman, | 11/15/12 | 121204 |
| Ian L. Cortina, | 11/15/12 | 121205 |
| Charles Eaves, | 11/15/12 | 121206 |
| Stephen Ferrera, | 11/15/12 | 121207 |
| Electric Cooling & Illuminations, Inc, | 11/15/12 | 121208 |
| Christian Boniface, | 11/15/12 | 121210 |
| Matthew Thomas, | 11/15/12 | 121211 |
| Michael Champigny | 11/15/12 | 121212 |
| Coastal Counseling Services | 11/15/12 | 121213 |
| Olbia Manduley Martinez, | 11/15/12 | 121214 |
| Marjorie Weber, | 11/15/12 | 121215 |
| Richard Johnson, | 11/15/12 | 121216 |
| Susan Hankins, | 11/15/12 | 121217 |
| Simon Trucking, Inc, | 11/15/12 | 121218 |
| Randy Towe, | 11/15/12 | 121219 |
| Steven Jones, | 11/15/12 | 121220 |
| Reef Brothers Inc, | 11/15/12 | 121221 |
| Pino Windows Of The Keys, | 11/15/12 | 121222 |
| Laura Ramsay, PA, | 11/15/12 | 121223 |
| Wade Miller | 11/15/12 | 121224 |
| Pelican Plaza, LLC, | 11/15/12 | 121225 |
| Humberto Valdes, | 11/15/12 | 121226 |
| Big Pine Vacation Rentals Mgmt., | 11/15/12 | 121227 |
| Orville Kelly, | 11/15/12 | 121228 |
| Randy and Sheri Martindale, | 11/29/12 | 121250 |
| Odalys Garcia, | 11/29/12 | 121251 |
| Deborah Santos, | 11/29/12 | 121252 |
| Alice Gahagen, | 11/29/12 | 121253 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| James Gahagen, | 11/29/12 | 121254 |
| James M. Gahagen O.D. Inc, | 11/29/12 | 121255 |
| Susan Key Holler, PA, | 11/29/12 | 121256 |
| Boyce Excavating, Inc, | 11/29/12 | 121257 |
| Homestead Guns and Ammo, | 11/29/12 | 121258 |
| Pressed For More Time, Inc DBA Blue Water Printing, | 11/29/12 | 121259 |
| Gladys Madlun, | 11/29/12 | 121260 |
| Carl O Johanson, | 11/29/12 | 121261 |
| Miguel Bautista, | 11/29/12 | 121262 |
| Trudy Tiffany, | 11/29/12 | 121263 |
| Mayelin Barrios, | 11/29/12 | 121264 |
| Jennifer Allen | 11/29/12 | 121265 |
| Mayra Gonzalez Housekeeping, | 11/29/12 | 121266 |
| Norton Enterprises, Inc. DBA Norka's Cleaning, | 12/6/12 | 121329 |
| Zephyrus Sailing Charters, | 12/6/12 | 121330 |
| Sue Mooney P.A., | 12/6/12 | 121331 |
| Berry's Island Storage, | 12/6/12 | 121332 |
| Michael G. Holler, PA, | 12/6/12 | 121333 |
| Native Adventures, Inc. DBA Miss Britt, | 12/6/12 | 121334 |
| Camille Hickey, | 12/6/12 | 121335 |
| Leonides Rodriguez, | 12/6/12 | 121336 |
| Pirates Cove Bait & Tackle, | 12/6/12 | 121337 |
| Lena Bertram, | 12/6/12 | 121338 |
| Brian Bloodworth, | 12/6/12 | 121339 |
| Dennis Harmon, | 12/6/12 | 121340 |
| Jason P. Manchester, D.M.D., PA, | 12/6/12 | 121341 |
| Heart of Yoga, | 12/6/12 | 121342 |
| Evan Dobbins, | 12/7/12 | 121349 |
| Alison M. Smith, | 12/7/12 | 121350 |
| Ronny Bleser, | 12/17/12 | 121370 |
| Charter Ft. Lauderdale Inc, DBA Round Up CharterFishing, | 12/17/12 | 121371 |
| Angie's Custom Cushions, | 12/17/12 | 121372 |
| Betty Guzman Solis, | 12/17/12 | 121373 |
| John Scharch, | 12/17/12 | 121374 |
| Lion's Lair, | 12/17/12 | 121375 |
| Florida Keys Lanscaping, | 12/17/12 | 121376 |

Case 2:10-md-02179-CJB-DPC   Document 12432-3   Filed 02/27/14   Page 10 of 10

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Ribbit Investments, | 12/17/12 | 121377 |
| Jeffrey Umla, | 12/17/12 | 121378 |
| Joseph Hisko, | 12/17/12 | 121379 |
| Barbara Gibson, | 12/17/12 | 121380 |
| Mark Christian, | 12/17/12 | 121381 |
| Dolphin Montessori, | 12/17/12 | 121382 |
| Jana Carter, | 12/17/12 | 121383 |
| James Brown, | 12/17/12 | 121384 |
| Matthew Wright, . | 12/17/12 | 121385 |
| Cathie Baron, | 12/17/12 | 121386 |
| Melissa Huneau, | 12/17/12 | 121387 |
| Gulnara Gumarova, | 12/17/12 | 121388 |
| Wesley Lemler, | 12/17/12 | 121389 |
| Mirtha Carrillo, | 12/17/12 | 121390 |
| Bonnie Eaves, | 12/17/12 | 121391 |
| Michael MacMullin, | 12/17/12 | 121392 |
| Judith Curtis, | 12/17/12 | 121393 |
| Stephen Wofford, | 12/17/12 | 121394 |
| Anchor Aluminum Products, | 12/17/12 | 121395 |
| Jean Phelan, | 12/17/12 | 121396 |
| Joseph Soderman, | 12/17/12 | 121397 |
| William Lane, | 12/18/12 | 121515 |
| Bobby Walker, | 12/18/12 | 121516 |
| Martin Ornelas, | 12/18/12 | 121517 |
| Arturo Quezada, | 12/18/12 | 121518 |
| Michael Huett, | 12/18/12 | 121519 |
| Adrian Murillo, | 12/18/12 | 121520 |
| Wire Nuts Electric of S. Florida, Inc, | 12/18/12 | 121521 |
| Tabitha Chesher, | 12/18/12 | 121523 |
| Fortress Investments, INC, | 12/18/12 | 121525 |
| Ivonne Mantici, | 12/18/12 | 121527 |
| Nora Guggenheim, | 12/18/12 | 121529 |
| Keith Durham, | 12/18/12 | 121533 |
| Mary Ross, | 12/18/12 | 121543 |
| Susan Boyle, | 12/18/12 | 121545 |
| Bethany Reilly, | 12/18/12 | 121546 |