Case 2:10-md-02179-CJB-DPC   Document 12432-4   Filed 02/27/14   Page 1 of 10

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Natallo Gayle, | 12/18/12 | 121547 |
| David Shine, | 12/18/12 | 121548 |
| Victor Arias, | 12/18/12 | 121549 |
| Jorge Luis Diaz, | 12/18/12 | 121550 |
| Jennifer Lear | 12/18/12 | 121551 |
| Conch Republic Marine, LLC, | 12/18/12 | 121552 |
| Jean Willy Henri, | 12/18/12 | 121553 |
| Jean Riguad Henri, | 12/18/12 | 121554 |
| Mariel Montedoca, | 12/20/12 | 122129 |
| Antonio Solis, | 12/20/12 | 122132 |
| Karen De Berjeolis, | 12/20/12 | 122138 |
| Georgina Rhoden Leigh, | 12/20/12 | 122141 |
| Julio Ochoa-Munoz, | 12/20/12 | 122142 |
| Big Torch 2, INC, | 12/20/12 | 122143 |
| Tracy Riordan, | 12/20/12 | 122144 |
| Idania Torres, . | 12/20/12 | 122145 |
| Ann Caridad Perez, | 12/20/12 | 122146 |
| Joel Lavoy, | 12/20/12 | 122147 |
| Andrew Leonidas Vastola, | 12/20/12 | 122148 |
| The Lobster Connection Corp, | 12/20/12 | 122149 |
| David Tippins, | 12/20/12 | 122150 |
| DT Tanks LLC, | 12/20/12 | 122151 |
| Rebecca Wells, | 12/20/12 | 122152 |
| Action Boat Rental, | 12/20/12 | 122153 |
| Wayne Hickey, | 12/20/12 | 122154 |
| Bonnie Levin, | 12/20/12 | 122155 |
| Edwin Sikora, | 12/20/12 | 122156 |
| W. Holloway Commercial Bait, | 12/20/12 | 122157 |
| Fith Fithian, | 12/20/12 | 122158 |
| Alfredo Quezada, | 12/20/12 | 122159 |
| Robert Cummings, . | 12/20/12 | 122160 |
| Magram & Magram, PA, | 12/20/12 | 122161 |
| Tate Matheny | 12/20/12 | 122162 |
| John Boyce III, | 12/20/12 | 122163 |
| Clydes Yard Care, | 12/20/12 | 122164 |
| Diane S. Gardner, PHD,PA, | 12/20/12 | 122165 |

Case 2:10-md-02179-CJB-DPC   Document 12432-4   Filed 02/27/14   Page 2 of 10

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20, 2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Eladi Rodriguez, | 12/20/12 | 122166 |
| South of Heaven Tattoo, | 1/16/13 | 122652 |
| Ruben Arellano, | 1/16/13 | 122653 |
| Alexis Labrada, | 1/16/13 | 122654 |
| Jonathan McBride, | 1/16/13 | 122655 |
| Majken Ellis, | 1/16/13 | 122656 |
| Manuel Castellon | 1/16/13 | 122657 |
| Lazaro Rivera, | 1/16/13 | 122658 |
| Emanuel Stinson, | 1/16/13 | 122659 |
| Debra Puch, | 1/16/13 | 122660 |
| Debbie Randall, | 1/16/13 | 122661 |
| Kevin Puch, | 1/16/13 | 122662 |
| Veronica Garmas, | 1/16/13 | 122663 |
| James Sorrell, | 1/16/13 | 122664 |
| Harmonious Hands For Health, | 1/16/13 | 122665 |
| Luz A. Torres, | 1/16/13 | 122666 |
| Kimberly Ocean Nason's Green Cleaning, | 1/16/13 | 122667 |
| Captain Ron, | 1/16/13 | 122668 |
| Largo Management, | 1/16/13 | 122669 |
| Dolfinn Enterprises LLC dba Time Out Magazine, | 1/16/13 | 122670 |
| Capt. Denny's Marine Inc, | 1/16/13 | 122672 |
| Miguel Ortiz, 2620. | 1/16/13 | 122673 |
| Mr. Lift Truck E. Inc, | 1/16/13 | 122674 |
| Carlos A. Espinosa, | 1/16/13 | 122675 |
| Alan D. Grove, | 1/16/13 | 122676 |
| Christopher Omar Marshall | 1/16/13 | 122677 |
| Albert Izquierdo | 1/16/13 | 122678 |
| Timothy King, | 1/16/13 | 122679 |
| John O'Steen Jr., | 1/16/13 | 122680 |
| Surfside Aluminum of the Florida Keys Inc, | 1/16/13 | 122681 |
| Abby Deaver, . | 1/16/13 | 122682 |
| Thomas J Mercier, | 1/16/13 | 122683 |
| Melbin Danilo Hernandez, | 1/16/13 | 122684 |
| Jorge Felix Barrios, | 1/16/13 | 122685 |
| Adela Graciela Barrios, | 1/16/13 | 122686 |
| Joseph Young Sr., | 1/16/13 | 122687 |

Case 2:10-md-02179-CJB-DPC   Document 12432-4   Filed 02/27/14   Page 3 of 10

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Gwendolyn E. Perez, | 1/16/13 | 122688 |
| Alicia L. Wofford, . | 1/16/13 | 122689 |
| Frank Tom Michelini, | 1/16/13 | 122690 |
| Jorge Diego Naranjo Leon, | 1/16/13 | 122691 |
| Keys Crane Service, | 1/16/13 | 122692 |
| MLP Builders, Inc, | 1/16/13 | 122693 |
| Peter L Christie, | 1/16/13 | 122694 |
| John A. Williams, | 1/16/13 | 122695 |
| Karen Marie Gariepy, | 1/16/13 | 122696 |
| Wilfredo M Pena, | 1/16/13 | 122697 |
| Old Keys Tavern, | 1/16/13 | 122698 |
| Quenton J Qualheim, | 1/16/13 | 122699 |
| Hernando Hernandez, | 1/16/13 | 122700 |
| Rolando H Roman, | 1/16/13 | 122701 |
| Tara L Smith . | 1/16/13 | 122702 |
| Giovanny Jose Vargas | 1/16/13 | 122703 |
| Yaima Ortiz Padron, | 1/16/13 | 122704 |
| John Robert Logan, | 1/16/13 | 122705 |
| Travis Mikalson, | 1/16/13 | 122706 |
| Andre Forest, | 1/16/13 | 122707 |
| Mary Jeanell Albert, | 1/16/13 | 122708 |
| Jenny L Fready, | 1/16/13 | 122709 |
| Michael A. Gregory, | 1/16/13 | 122710 |
| Neil Perello, | 1/16/13 | 122711 |
| Napharine George Stuart, | 1/16/13 | 122712 |
| Benjamin Pereira, | 1/16/13 | 122714 |
| Reef Tropical Construction, Inc, | 1/23/13 | 122746 |
| Wyland Galleries of Key West Sales, | 1/23/13 | 122747 |
| Barry Reidy, | 1/23/13 | 122748 |
| Nidia Judith Aguirre, | 1/23/13 | 122749 |
| Elva Lavado, | 1/23/13 | 122750 |
| All Keys Reporting, | 1/23/13 | 122751 |
| Reef Custom Electric, Inc, | 1/23/13 | 122752 |
| Elda Scott, | 1/23/13 | 122753 |
| Marc Andy Segard, | 1/23/13 | 122754 |
| Norma Bonola, | 1/23/13 | 122755 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Erich Garcia, | 1/23/13 | 122756 |
| Monroe Tire & Auto Service, | 1/23/13 | 122757 |
| South Cape Marine LLC, | 1/23/13 | 122758 |
| Antoniette A Magas, | 1/23/13 | 122759 |
| Cross Sheet Metal LLC, | 1/23/13 | 122760 |
| Antonio Castro, | 1/23/13 | 122761 |
| Renee Grier, | 1/23/13 | 122762 |
| Toby Velasco, | 1/23/13 | 122763 |
| Diane Rohr, | 1/23/13 | 122764 |
| Viktor Slavov, | 1/23/13 | 122765 |
| Victor Giron Garcia, | 1/23/13 | 122766 |
| Yvonne Goldson, | 1/23/13 | 122767 |
| Deborah D Judd, | 1/23/13 | 122768 |
| Plutarco Ponce, | 1/23/13 | 122769 |
| Reyes Vicioso, | 1/23/13 | 122770 |
| Jonathan Hess Jackson, | 1/23/13 | 122771 |
| Deanne Waynick, | 1/23/13 | 122772 |
| Joseph M. Brunke, | 1/23/13 | 122773 |
| Harry M Sutherland, | 1/23/13 | 122774 |
| Lillian J. Sutherland, | 1/23/13 | 122775 |
| William J Camp DBA RGE Productions, | 1/23/13 | 122776 |
| Mark White, | 1/23/13 | 122777 |
| Sebastian (KP) Enterprises, Inc | 1/23/13 | 122778 |
| Mary Pauline Williams, | 1/23/13 | 122779 |
| Charlie's Garage, | 1/23/13 | 122780 |
| Julie Eileen Walker, | 1/23/13 | 122781 |
| Kelly Jo Martin, | 1/23/13 | 122782 |
| Islands DJ Service, Inc, | 1/23/13 | 122783 |
| Ralph Weidman, | 1/23/13 | 122784 |
| Olga Maria Padron, | 1/23/13 | 122785 |
| Larry Joseph Smorgala, | 1/23/13 | 122786 |
| Andre Charles, | 1/23/13 | 122787 |
| Claudia Maria Lopez Perez, | 1/23/13 | 122788 |
| Richard Van McCardle, | 1/23/13 | 122789 |
| Jairo E Gomez, | 1/23/13 | 122790 |
| Elissa B Hemeyer, | 1/23/13 | 122791 |

Case 2:10-md-02179-CJB-DPC   Document 12432-4   Filed 02/27/14   Page 5 of 10

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Mirna Erenia Narvaez, | 1/23/13 | 122792 |
| Nancy Elizabeth Aguilar Rios, | 1/23/13 | 122793 |
| Island Elevator Co., Inc, | 1/23/13 | 122794 |
| Marilyn J Beyer, | 1/23/13 | 122795 |
| Francois Abraham, | 1/23/13 | 122796 |
| Nicholas J Cannazzaro, | 1/23/13 | 122797 |
| Bonnie M Tillman, | 1/23/13 | 122798 |
| Michele M McBride, | 1/23/13 | 122799 |
| Jennifer A Monkhouse, | 1/23/13 | 122800 |
| Coral Reef Tropical Pools, Inc, | 1/23/13 | 122801 |
| Dean A. Bosworth, | 1/23/13 | 122802 |
| Richard L Shimp, | 1/23/13 | 122803 |
| Richard Marr, | 1/23/13 | 122804 |
| Yvette Winslow, | 1/23/13 | 122805 |
| Robert Michael Sheedy, | 1/23/13 | 122806 |
| Key West Jewlers, | 1/30/13 | 122835 |
| Kenneth A Rush, | 1/30/13 | 122836 |
| Waypoint Enterprises, | 1/30/13 | 122837 |
| Carlos Enrique Randin, | 1/30/13 | 122838 |
| George R Morton, | 1/30/13 | 122839 |
| Jean Hunt, | 1/30/13 | 122840 |
| Gary Hunt, | 1/30/13 | 122841 |
| Richard Raines LLC, | 1/30/13 | 122842 |
| Ester Porhun, | 1/30/13 | 122843 |
| Douglas j Johns, | 1/30/13 | 122844 |
| Alina Cabrera Hernandez, | 1/30/13 | 122845 |
| Rigoberto Quezada, | 1/30/13 | 122846 |
| Denise Truax, | 1/30/13 | 122847 |
| Edgardo Valiente, | 1/30/13 | 122848 |
| Symbolik Structures, Inc, | 1/30/13 | 122849 |
| Jesus O. Morales, | 1/30/13 | 122850 |
| Juvenal Sanchez, | 1/30/13 | 122851 |
| Michael Petrusha | 1/30/13 | 122852 |
| Delaine R Nicholson, | 1/30/13 | 122853 |
| April Cummings, | 1/30/13 | 122854 |
| Diann Barber, | 1/30/13 | 122855 |

Case 2:10-md-02179-CJB-DPC   Document 12432-4   Filed 02/27/14   Page 6 of 10

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Anne E Mock, | 1/30/13 | 122856 |
| Luis A Dominguez, | 1/30/13 | 122857 |
| Brett D Thompson, | 1/30/13 | 122858 |
| Marlene L Swaidan, | 1/30/13 | 122859 |
| Juan Ramone Hernandez, | 1/30/13 | 122860 |
| Jennifer Lynn McCrory, | 1/30/13 | 122861 |
| Humberto R Garcia, | 1/30/13 | 122862 |
| Adan J Salgado, | 1/30/13 | 122863 |
| Billie Sue Graper, | 1/30/13 | 122864 |
| Vivian Sanchez, | 1/30/13 | 122865 |
| Jan Joleen Nelson, | 1/30/13 | 122866 |
| Karen M. Christman, | 1/30/13 | 122867 |
| Heath Kirk Steuben, | 1/30/13 | 122868 |
| R. G. Mechanical Services, Corp, | 1/30/13 | 122869 |
| Melissa M Weierick, | 1/30/13 | 122870 |
| Bonnie L Marra, | 1/30/13 | 122871 |
| Reginald Lanarris Pittman, | 1/30/13 | 122872 |
| Maria T. Garcia, | 1/30/13 | 122873 |
| H. W. Beyer Funeral Home, Inc, | 1/30/13 | 122874 |
| Bridget Crossen, | 1/30/13 | 122875 |
| Atlantic Ocean Homes, Inc, | 1/30/13 | 122876 |
| Robert Joseph Wike, | 1/30/13 | 122877 |
| Neisy Fleites, | 1/30/13 | 122878 |
| Cynthia A Mansueto, | 1/30/13 | 122879 |
| Jose M Cuello, | 1/30/13 | 122880 |
| Michael Joseph O' Grady, | 1/30/13 | 122881 |
| Todd Allen West, | 2/6/13 | 122940 |
| Ronald Bauman, | 2/6/13 | 122941 |
| News Barometer/Real Estate Guide, | 2/6/13 | 122942 |
| Sallie J Korte, | 2/6/13 | 122943 |
| Bagel Island Deli, Inc, | 2/6/13 | 122944 |
| Carlos Amaya Barahona, | 2/6/13 | 122945 |
| Janelle M Smith, | 2/6/13 | 122946 |
| Blue Moon Emporium, Inc, | 2/6/13 | 122947 |
| Kirssis T. Anaya, | 2/6/13 | 122948 |
| Rosemarie P Oakes, | 2/6/13 | 122949 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Alfonsina De Asmundis, | 2/6/13 | 122950 |
| Sonia Garcia Nunez, | 2/6/13 | 122951 |
| Don H Needles, | 2/6/13 | 122952 |
| Alejandro Martir, | 2/6/13 | 122953 |
| Bradley J Zackman, | 2/6/13 | 122954 |
| Action I, II, III LLC, | 2/6/13 | 122955 |
| Delroy Kirlew, | 2/6/13 | 122956 |
| David Norman, | 2/6/13 | 122957 |
| John B Summers, | 2/6/13 | 122958 |
| Robert E Hopkins, | 2/6/13 | 122959 |
| Briceida Garcia Costa, | 2/6/13 | 122960 |
| Michael Rene Neves, | 2/6/13 | 122961 |
| Michael J Mansueto, | 2/6/13 | 122962 |
| Mario Cisnero Avila, | 2/6/13 | 122963 |
| Jorge Manso Lopez, | 2/6/13 | 122964 |
| Elda Solis, | 2/6/13 | 122965 |
| Santana Zupply, Inc, | 2/6/13 | 122966 |
| Lamont Lipscomb, | 2/19/13 | 123071 |
| Peter Varney, | 2/19/13 | 123072 |
| Barbara L Yohn, | 2/19/13 | 123073 |
| Daniel Ruano, | 2/19/13 | 123074 |
| Halfbreed Custome Motorcycles LLC, | 2/19/13 | 123075 |
| Florida Keys Watercraft, | 2/19/13 | 123076 |
| Korey Holland, | 2/19/13 | 123077 |
| Demaras Inc., | 2/19/13 | 123078 |
| Joseph Valenza, | 2/19/13 | 123079 |
| A Little Taste of Keys, | 2/19/13 | 123080 |
| Reliable Degreasing, | 2/19/13 | 123081 |
| Eric Young, | 2/19/13 | 123082 |
| Marcos Alpizar Perez, | 2/19/13 | 123083 |
| Juan Nieda, | 2/19/13 | 123084 |
| Betsabe Lobo, | 2/19/13 | 123085 |
| John Ballard, | 2/19/13 | 123086 |
| Ledy Amador | 2/19/13 | 123087 |
| Oneil Esquirol, | 2/19/13 | 123088 |
| Norberto M Pallan, | 2/19/13 | 123089 |

Case 2:10-md-02179-CJB-DPC   Document 12432-4   Filed 02/27/14   Page 8 of 10

In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Veronica Cabral Sandoval, | 2/19/13 | 123090 |
| Jeremiah J Helm, | 2/19/13 | 123091 |
| Mary Motte, | 2/19/13 | 123092 |
| Jerry Franklin Butler, | 2/19/13 | 123093 |
| Gregory John Rainer, | 2/19/13 | 123094 |
| Andres Barrales Torres H, | 2/19/13 | 123095 |
| E.M.C. Oil Corporation, | 2/19/13 | 123096 |
| Maria E Leon, | 2/19/13 | 123097 |
| David Charles Pierce, | 2/19/13 | 123098 |
| Angelo R Consiglio, | 2/19/13 | 123099 |
| Melissa Pietruszka, | 2/19/13 | 123100 |
| Richard Pietruszka, | 2/19/13 | 123101 |
| Martin E Brome, | 2/19/13 | 123102 |
| Vianka O. Sikora, | 2/19/13 | 123103 |
| Melissa Pietruszka, | 2/19/13 | 123105 |
| Keys Payroll Services, | 2/19/13 | 123106 |
| Lismary Rosales, | 2/19/13 | 123107 |
| Dianelis Suarez, | 2/19/13 | 123108 |
| Lazara Mariela Yerena, | 2/19/13 | 123109 |
| Mercedes Lopez, | 2/19/13 | 123110 |
| Fabiolla Padilla, | 2/19/13 | 123111 |
| Crossen Joiner Management, Inc, | 2/19/13 | 123112 |
| Stephen T Meacham, | 2/19/13 | 123113 |
| Samuel Ornelas, | 2/19/13 | 123114 |
| Lisa Omarsdottir, | 2/19/13 | 123115 |
| Joel Galicia, | 2/19/13 | 123116 |
| Mercedes Ballard, | 2/19/13 | 123117 |
| Yusmila Ferrer, | 2/19/13 | 123118 |
| Luis Perez-Garcia, | 2/19/13 | 123119 |
| Karen G Hoad, | 2/19/13 | 123120 |
| Lourdes X Sanchez, | 2/19/13 | 123121 |
| Pirates Hat Marina LLC, | 2/19/13 | 123122 |
| Robert D Allsbrook, | 2/19/13 | 123123 |
| Angie Santos, | 2/19/13 | 123124 |
| Elizabeth Ann Mee, | 2/19/13 | 123125 |
| Alvaro Fregoso, | 2/19/13 | 123126 |

Case 2:10-md-02179-CJB-DPC   Document 12432-4   Filed 02/27/14   Page 9 of 10

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Guillermina Quintana, | 2/19/13 | 123127 |
| Marie M Legrand, | 2/19/13 | 123128 |
| Guillermo Avila, | 2/19/13 | 123129 |
| Vincent J Picone, | 2/19/13 | 123130 |
| Rosa Aurora Castillo Moran, | 2/19/13 | 123131 |
| The Cook Group, DBA Sunset Tiki Bar, | 2/19/13 | 123132 |
| Zachary M Smith | 2/19/13 | 123133 |
| Stan's Live Bait, | 3/8/13 | 123828 |
| John E Martin, | 3/8/13 | 123829 |
| Melbin Danilo Hernandez, | 3/8/13 | 123830 |
| Donna Marie Sumrell, | 3/8/13 | 123831 |
| Vanessa Molina | 3/8/13 | 123832 |
| Patrick J McDonald, | 3/8/13 | 123833 |
| Jacqueline A Alpers, | 3/8/13 | 123834 |
| Pamela Godfrey, | 3/8/13 | 123835 |
| Lynn A. Zuccaro, | 3/8/13 | 123836 |
| Alfred Kluge, | 3/8/13 | 123837 |
| Carlos Mirabal, | 3/8/13 | 123838 |
| Maritza G Garcia, | 3/8/13 | 123839 |
| Reina De La Torre, | 3/8/13 | 123843 |
| Gulnoz Sharipova, | 3/8/13 | 123844 |
| Umarkul Ganiev, | 3/8/13 | 123845 |
| Dona Beckmann, | 3/8/13 | 123846 |
| Rosendo Lazaro Castillo Roque, | 3/8/13 | 123847 |
| Timothy Robert Driscoll, | 3/8/13 | 123848 |
| Maximo Borges Hernandez, | 3/8/13 | 123849 |
| Kerri Ann Bender, | 3/8/13 | 123850 |
| Jorge E. Leon, | 3/8/13 | 123851 |
| Gemini Printing Operations, Inc, | 3/8/13 | 123853 |
| Eva Marie Fernicola, | 3/8/13 | 123854 |
| Stephanie Ferrer, | 3/8/13 | 123855 |
| J Martin Renovations Inc., | 3/8/13 | 123856 |
| Eduardo Comas, | 3/8/13 | 123857 |
| Bryan D. Fix, | 3/8/13 | 123858 |
| Jose Robert Gonzalez, | 3/8/13 | 123859 |
| Amelia Vidal, | 3/8/13 | 123860 |

Case 2:10-md-02179-CJB-DPC   Document 12432-4   Filed 02/27/14   Page 10 of 10

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Maria Lourdes Ortiz, | 3/8/13 | 123861 |
|---|---|---|
| Carol L MacNeil, | 3/8/13 | 123862 |
| Alvaro F Mayorga, | 3/8/13 | 123863 |
| Yoel Perez Garcia, | 3/8/13 | 123865 |
| Lynnette Marie Violette, | 3/8/13 | 123866 |
| Cassie L Cummings, | 3/8/13 | 123867 |
| Island Pools, | 3/8/13 | 123868 |
| Alberto Aguirre, | 3/8/13 | 123869 |
| Yuliet Herrada, | 3/8/13 | 123870 |
| Marcia Lorena Silva, | 3/8/13 | 123871 |
| Eva Pena, | 3/8/13 | 123872 |
| David Davia, | 3/8/13 | 123873 |
| Maria C Ramirez, | 3/8/13 | 123874 |
| Carmen M Zirio, | 3/8/13 | 123875 |
| Eduardo Perez Garcia, | 3/8/13 | 123876 |
| Luis D Noa Garcia, . | 3/8/13 | 123877 |
| Michael James Baker, | 3/8/13 | 123878 |
| Richard D MacNeil, | 3/8/13 | 123879 |
| Derek Wayne Donald, | 3/8/13 | 123880 |
| Donna M Lahey, | 3/8/13 | 123881 |
| Amy R Simonaitis, | 3/8/13 | 123882 |
| Ariel Chavez, | 3/8/13 | 123883 |
| Manuel A Garcia, | 3/8/13 | 123884 |
| Robert R Hellmuth, | 3/8/13 | 123885 |
| Dan Pavon, Inc, | 3/8/13 | 123886 |
| Joseph Stayduhar, | 3/8/13 | 123887 |
| Rita Sanchez, | 3/8/13 | 123889 |
| Hortensia R. Becerra, | 3/8/13 | 123890 |
| Jeffery Holroyd | 3/12/13 | 124141 |
| Kallie Tarves, | 3/12/13 | 124143 |
| William Hart, | 3/12/13 | 124144 |
| Jose Mora Lopez, | 3/12/13 | 124145 |
| Tropical Cleaners of the Keys, Inc, | 3/12/13 | 124148 |
| Cheryl Huckins Cleaning Service | 3/12/13 | 124149 |
| Matthew Robert Hand, | 3/12/13 | 124150 |
| Laura C Maddison, | 3/12/13 | 124151 |