In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Woodman Joshua Alderman, | 3/12/13 | 124152 |
| Flying A Security Systems, Inc, | 3/12/13 | 124153 |
| Three Amigos Plumbing Monroe, Inc, | 3/12/13 | 124154 |
| Carmeau Legrand, | 3/12/13 | 124155 |
| Neelakantha Harrington, | 3/12/13 | 124156 |
| Phyllis A Williams, | 3/12/13 | 124157 |
| Coconut Critters, | 3/12/13 | 124158 |
| Joseph F Scheible, | 3/12/13 | 124159 |
| Anthony Edward Dus, | 3/12/13 | 124161 |
| Kristina Villemonte, | 3/12/13 | 124162 |
| Olga L Sanchez, | 3/12/13 | 124163 |
| Allison D Williams, | 3/12/13 | 124164 |
| Robert Scott Rodman, | 3/12/13 | 124165 |
| Reynaldo Martinez, | 4/3/13 | 127961 |
| Kevin Pease, | 4/3/13 | 127964 |
| Christine Godlewski, | 4/3/13 | 127979 |
| Steven Godlewski, | 4/3/13 | 127986 |
| Scott G Ahrens, | 4/3/13 | 127988 |
| Andrea A Kemp, | 4/3/13 | 127990 |
| Jamie E. Rider, | 4/3/13 | 127992 |
| Doreen M Cunningham, | 4/3/13 | 127993 |
| Michael L Sipes, | 4/3/13 | 127996 |
| Ann L Haber, | 4/3/13 | 127997 |
| Dana Guerrant, | 4/3/13 | 128000 |
| James H. Rautio, | 4/3/13 | 128003 |
| Karen S Justice cleaning Service, | 4/3/13 | 128006 |
| The Arts Foundation, | 4/3/13 | 128007 |
| Dale A Como, | 4/3/13 | 128011 |
| Adam Moore, | 4/3/13 | 128014 |
| Aida Porras, | 4/3/13 | 128017 |
| Caceres Marie Michelle, | 4/3/13 | 128021 |
| Billy C Davis, | 4/3/13 | 128023 |
| Mike N Ike Cooling and Heating Inc, | 4/3/13 | 128025 |
| Sullivan's Custom Woodworking Inc, | 4/3/13 | 128026 |
| Michael L Griffin, | 4/3/13 | 128028 |
| Sunny Days Catamarans, LLC, . | 4/3/13 | 128030 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Eymann Investment Group, LLC, | 4/3/13 | 128032 |
| Joanne Sipes, | 4/3/13 | 128035 |
| Manuel Fabelo, | 4/3/13 | 128037 |
| Jack Hagopian, | 4/3/13 | 128038 |
| Randall Violette, | 4/3/13 | 128043 |
| Num Thai Restaurant, | 4/3/13 | 128046 |
| Prapaporn Russmetes, | 4/3/13 | 128048 |
| Sonia Salvarrey, | 4/3/13 | 128049 |
| Robert Joseph Wike, | 4/3/13 | 128050 |
| Oscar Lobo, | 4/3/13 | 128052 |
| Laura A Sturgeon, | 4/3/13 | 128055 |
| Elena M. DiMaggio, | 4/3/13 | 128059 |
| Bri-Tech Coatings, Inc, | 4/3/13 | 128060 |
| Jo Gunthner, | 4/3/13 | 128063 |
| Flancher Apartments, LLC, | 4/3/13 | 128066 |
| John D Mahoney, | 4/3/13 | 128067 |
| Connie Arrabal, | 4/3/13 | 128070 |
| Jennifer L D'Alessandro, | 4/17/13 | 130126 |
| Islamorada Pool Company, Inc, | 4/17/13 | 130176 |
| Terry S Davis, | 4/17/13 | 130179 |
| Dietz K Robert, | 4/17/13 | 130181 |
| Timothy Hemsoth, | 4/17/13 | 130185 |
| Cory S Walter, | 4/17/13 | 130187 |
| Robert A Svoboda, | 4/17/13 | 130195 |
| Charles D Meier, | 4/17/13 | 130198 |
| Janet Wood, | 4/17/13 | 130199 |
| Patricia Ann Cannon, | 4/17/13 | 130201 |
| Frederick Harold Stewart Jr, | 4/17/13 | 130206 |
| Jason T Roma, | 4/17/13 | 130209 |
| Vanessa L Leffler, | 4/17/13 | 130214 |
| Donald Spraetz, | 4/17/13 | 130217 |
| Beach and Reef, Inc, | 4/17/13 | 130218 |
| Scott James Vosburgh, | 4/17/13 | 130220 |
| Sole Collector, | 4/17/13 | 130224 |
| Mike Haack Excavating, Inc, | 4/17/13 | 130227 |
| Anthony E Crain, | 4/17/13 | 130231 |

Case 2:10-md-02179-CJB-DPC   Document 12432-5   Filed 02/27/14   Page 3 of 9

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Hurricane Shutters of Key West, | 4/17/13 | 130234 |
| Nicholas Harold Smith | 4/17/13 | 130238 |
| Paul M Geiger, | 4/17/13 | 130242 |
| Robert D Williams, | 4/23/13 | 134553 |
| Benjamin H Tarafdar, | 4/23/13 | 134554 |
| Janette R Holmes, | 4/23/13 | 134555 |
| Mark S Poetz, | 4/23/13 | 134556 |
| Jedi Acevedo Construction, | 4/23/13 | 134557 |
| Wendy Bolen, | 4/23/13 | 134558 |
| Daneisa Alecia Robinson, | 4/23/13 | 134559 |
| James M Osborne, | 4/23/13 | 134560 |
| Casey Dressler, | 4/23/13 | 134562 |
| Richard k Rozier, | 4/23/13 | 134563 |
| Shawn Burnstad Inc, | 4/23/13 | 134564 |
| Fredy Varela, | 4/23/13 | 134565 |
| Hidden Out, | 4/24/13 | 134568 |
| Ariel Ruano Velasquez, | 4/24/13 | 134569 |
| Mud Bone Inc, | 4/24/13 | 134570 |
| Neal Oliver, | 4/24/13 | 134571 |
| Sonya A Leto, | 4/24/13 | 134572 |
| Justyna I Janicka, | 4/24/13 | 134573 |
| Dell Lunsford, | 4/24/13 | 134574 |
| Mariola Janicka-Williams, | 4/24/13 | 134575 |
| Natalie A Machado, | 4/23/13 | 134576 |
| Guillermo Morales, | 4/24/13 | 134578 |
| Kenneth E. Jones, | 4/24/13 | 134583 |
| Lucy Doyle, | 4/24/13 | 134589 |
| Robert C Gibbs, | 5/9/13 | 134645 |
| Sugar Loaf Office Services, Inc, | 5/9/13 | 134646 |
| Grader Mike, LLC, | 5/9/13 | 134647 |
| Taj J Adams, | 5/9/13 | 134648 |
| Garmas Ivan, | 5/9/13 | 134649 |
| Lenore Lenoir, | 5/10/13 | 134653 |
| Jesse Yerger, | 5/10/13 | 134654 |
| Leslee A Tallman-Spaulding, | 5/10/13 | 134655 |
| Gerardo Garcia, | 5/10/13 | 134656 |

Case 2:10-md-02179-CJB-DPC   Document 12432-5   Filed 02/27/14   Page 4 of 9

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Bernard E Eymann, | 5/10/13 | 134657 |
| Julie Goll, | 5/10/13 | 134658 |
| Hyacinth Amelda Allen, | 5/10/13 | 134659 |
| Mangrove Bob's Concrete Pumping, | 5/10/13 | 134660 |
| Richard A Jeselskis, | 5/10/13 | 134661 |
| Maria T. Canto, | 5/10/13 | 134662 |
| Sandra M. Mc Teague, | 5/10/13 | 134663 |
| Yoelky Torna, | 5/10/13 | 134664 |
| Lesley's Custom Canvas, | 5/13/13 | 134666 |
| Andrew Goll, | 5/13/13 | 134667 |
| Alexis Verdecia Guzman, | 5/13/13 | 134668 |
| Thomas E Nichols, | 5/13/13 | 134669 |
| Roma Lambert, | 5/13/13 | 134670 |
| Teresa Eugenie Evans, | 5/13/13 | 134671 |
| Juan M Diaz, | 5/13/13 | 134672 |
| Justo R Chacon, | 5/13/13 | 134673 |
| Robert E Daniel Jr, | 5/13/13 | 134674 |
| George William Hamshire, | 5/13/13 | 134675 |
| Patricia D Floyd, | 5/13/13 | 134676 |
| T.C. Pools, Inc, | 5/13/13 | 134677 |
| Ted R Pulhamus, . | 5/17/13 | 135109 |
| Baltazar Vargas Perez, | 5/17/13 | 135112 |
| T & M Enterprises KW Inc | 5/17/13 | 135113 |
| Robert R Halbrook, | 5/17/13 | 135114 |
| Teresa S Rierson, | 5/17/13 | 135115 |
| Keys to the Sea Realty, Inc | 5/17/13 | 135116 |
| Judy Lafferty, | 5/17/13 | 135117 |
| Visith Sueksagan, | 6/13/13 | 135193 |
| Rosemary K Farrell, | 6/13/13 | 135195 |
| Jacqueline marie Goering, | 6/17/13 | 135197 |
| Tony Pappas, | 6/17/13 | 135198 |
| Tony Campo, | 6/17/13 | 135199 |
| Annie Bullock, | 6/17/13 | 135200 |
| Lynn Cauger, | 6/17/13 | 135201 |
| William Cauger, | 6/17/13 | 135202 |
| Mary s Woodrum, | 5/17/13 | 135204 |

Case 2:10-md-02179-CJB-DPC Document 12432-5 Filed 02/27/14 Page 5 of 9

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| | | |
|---|---|---|
| Maria Perdigon, | 6/17/13 | 135205 |
| Manatee Haven I & II, | 6/17/13 | 135206 |
| Lindsay A Himmelsbach, | 6/17/13 | 135207 |
| Island Paint & Body, | 6/17/13 | 135208 |
| Andrae Cochrane, | 6/17/13 | 135209 |
| Britney A Spivey-Dixon, | 6/17/13 | 135211 |
| Palm Tree Treasures | 6/17/13 | 135212 |
| Sasha Sosa, | 6/17/13 | 135213 |
| Kelly& Son Electric, Inc, | 6/18/13 | 135214 |
| Lynn G Wintermyer, | 6/18/13 | 135215 |
| Robert E Forbes, | 6/18/13 | 135216 |
| Stanton Salerno, | 8/6/13 | 135906 |
| Armando Lopez, | 8/6/13 | 135907 |
| Ruth Haigh, | 8/6/13 | 135908 |
| John Mann, | 8/6/13 | 135909 |
| Tropical Clean Air, | 8/6/13 | 135910 |
| Paul's Permit Services, | 8/6/13 | 135911 |
| Amalia Quezada, | 8/6/13 | 135912 |
| Marker 84 Properties LLC, | 8/6/13 | 135913 |
| Earnie Alexander Plumbing, | 8/6/13 | 135914 |
| Joanne Moore, | 8/6/13 | 135915 |
| Jesus Ramos-Carmenate, | 8/6/13 | 135916 |
| J Anneliese Hart, | 8/6/13 | 135917 |
| R Marsha Jones, | 8/6/13 | 135918 |
| Truval Village Inc, | 8/6/13 | 135919 |
| Frank R. Ramsingh, | 8/6/13 | 135920 |
| BR Construction, | 8/6/13 | 135921 |
| Angie DiGiovani, | 8/6/13 | 135922 |
| Cynthia L Dech, | 8/6/13 | 135923 |
| Robin L Paulin, | 8/6/13 | 135924 |
| Kevin R Dempton, | 8/6/13 | 135925 |
| Jason P Broeder, | 8/6/13 | 135926 |
| William R Gillette, | 8/6/13 | 135927 |
| Billy Dollarhide, | 8/6/13 | 135928 |
| Patrycja Fac, | 8/6/13 | 135929 |
| Maria Boardman, | 8/6/13 | 135930 |

Case 2:10-md-02179-CJB-DPC   Document 12432-5   Filed 02/27/14   Page 6 of 9

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Suzamme M Egle, | 8/6/13 | 135931 |
| April M Cooper, | 8/6/13 | 135932 |
| Eric Swenson, | 8/6/13 | 135933 |
| Dimaima De Matos, | 8/12/13 | 135941 |
| Sylvia M. Shelly Family Trust, | 8/12/13 | 135942 |
| Lissa Terese Skincare, LLC, | 8/12/13 | 135943 |
| John Berky, | 8/12/13 | 135944 |
| Aaffordable Solutions, LLC, | 8/12/13 | 135945 |
| Keisha Beswick-Marshall, | 8/12/13 | 135946 |
| Albren Yacht Services, LLC, | 8/12/13 | 135947 |
| David Umpleby, | 8/12/13 | 135948 |
| James S Whitmarsh, | 8/12/13 | 135949 |
| Susanne Fornell, | 10/16/13 | 136287 |
| Charles R Bauer, | 10/16/13 | 136288 |
| Jessica L Lilli, | 10/16/13 | 136289 |
| James P Ahearn, | 10/16/13 | 136290 |
| John Hines, | 10/16/13 | 136291 |
| Scott M Williams, | 10/16/13 | 136292 |
| George Todd Taylor, | 10/16/13 | 136293 |
| Maria Fradera, | 10/16/13 | 136294 |
| Daniel Thomas Shalvatis Jr, | 10/16/13 | 136295 |
| Roberto Garcia, | 10/16/13 | 136296 |
| Karen Leonard, | 10/16/13 | 136297 |
| Jose Napoles, | 10/16/13 | 136298 |
| Mark Marek, | 10/16/13 | 136299 |
| Cleaning by Monika, LLC, | 10/16/13 | 136300 |
| Alison Young, | 10/16/13 | 136301 |
| Slice of Paradise LLC, | 10/16/13 | 136302 |
| Bayview Homes, LLC, | 10/16/13 | 136303 |
| Pioneer Technology Inc, | 10/16/13 | 136304 |
| Charles R Malby Jr., | 10/16/13 | 136305 |
| Calvin Cruz, | 10/16/13 | 136306 |
| Chao X Lian, | 10/16/13 | 136307 |
| George F Kruzick, | 10/16/13 | 136308 |
| Key West Seaport Inc, DBA Schooner Warf Bar, | 10/16/13 | 136309 |
| Gordon G Hopkins | 10/16/13 | 136310 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Lourdes M Spellman, | 10/16/13 | 136311 |
| Hink Holdings LLC, | 10/16/13 | 136312 |
| Wasim H Mohammed, | 10/16/13 | 136313 |
| Massage by Mary Ann Nelson, | 10/16/13 | 136314 |
| Frank Gregory, | 10/16/13 | 136315 |
| Manuel A Gaunaurd, | 10/16/13 | 136316 |
| Joseph R Lepree, | 10/16/13 | 136317 |
| Jacqueline D Lepree, | 10/16/13 | 136318 |
| DBA China Garden, Inc Big Pine, | 10/16/13 | 136319 |
| Wynn R Merryman, | 10/16/13 | 136320 |
| Vicki Tashjian, | 10/16/13 | 136321 |
| Anchor Inn Motel, | 10/16/13 | 136322 |
| Thomas Haddican, | 10/16/13 | 136323 |
| Ai Ying Zheng, | 10/16/13 | 136324 |
| Yi Zhuang Zhang, | 10/16/13 | 136325 |
| Jian Zheng, | 10/16/13 | 136326 |
| Bi Zheng, | 10/16/13 | 136327 |
| Force Five of Key West DBA Sweets of Paradise, | 10/17/13 | 136328 |
| Kathleen Pietruszka, | 10/17/13 | 136329 |
| PT Enterprises Inc DBA China Garden West, | 10/17/13 | 136330 |
| Shi Xing Zheng, | 10/17/13 | 136331 |
| Gray Construction & Associates, Inc, | 10/17/13 | 136332 |
| Aracely Ornelas, | 10/17/13 | 136333 |
| Jeffrey L Taylor, | 10/17/13 | 136334 |
| Fioralba Ferraris, | 10/17/13 | 136335 |
| Stuart L Strickland, | 10/17/13 | 136336 |
| Marcelene Tarvin, | 10/17/13 | 136337 |
| Thomas Accola, | 10/17/13 | 136338 |
| Katarzyna Waldron, | 10/17/13 | 136339 |
| Sylwia Clapper, | 10/17/13 | 136340 |
| Bernard E Eymann, | 10/17/13 | 136341 |
| Melanie C Torres, | 10/17/13 | 136342 |
| James Pryvitosky, | 10/17/13 | 136343 |
| Enrique Lopez, | 10/17/13 | 136344 |
| Linda Floyd, | 10/17/13 | 136345 |
| Kanjana Kaewsansai, | 10/17/13 | 136346 |

Case 2:10-md-02179-CJB-DPC   Document 12432-5   Filed 02/27/14   Page 8 of 9

In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Name | Date | Number |
|---|---|---|
| Island Calculator Express Inc, | 10/28/13 | 136382 |
| Marisol Garcia, | 10/28/13 | 136383 |
| Yanic Amblard, | 10/28/13 | 136384 |
| Anthony Miller, | 10/28/13 | 136385 |
| Jeanna C Bryan, | 10/28/13 | 136386 |
| Lisa A Slaydon, | 10/28/13 | 136387 |
| Raul Gonzalez, | 10/28/13 | 136388 |
| Spree Expeditions Inc, | 10/28/13 | 136389 |
| Paul L Springer | 10/28/13 | 136390 |
| Summerland Glass Inc, | 10/28/13 | 136391 |
| Sylvane De Monteclain Venini, | 10/28/13 | 136392 |
| Sonia Burke, | 10/28/13 | 136393 |
| Gloria P Cram, | 10/28/13 | 136394 |
| Diana L Moore, | 10/28/13 | 136395 |
| Bruce L Olvera, | 10/28/13 | 136396 |
| Edward J Vihlen, | 11/8/13 | 136459 |
| Ronald D Acevedo, | 11/8/13 | 136460 |
| Kaparie, Inc, | 11/813 | 136461 |
| Mark R Bell, | 11/813 | 136462 |
| Jose E Hernandez, | 11/813 | 136463 |
| Cheryl Ramey, | 11/8/13 | 136464 |
| Richard Olden Jr., | 11/813 | 136465 |
| Jeffrey Hoerl, | 11/8/13 | 136466 |
| Renee Riley, | 12/16/13 | 136512 |
| Krzysztof Duszka, | 12/16/13 | 136513 |
| Deborah Peacock, | 12/16/13 | 136514 |
| Gail A. Leder, | 12/16/13 | 136515 |
| Bayview Development, LLC, | 12/16/13 | 136516 |
| Bayview Marketing Florida Key | 12/16/13 | 136517 |
| Kay L Chatters, | 12/16/13 | 136518 |
| Chris E Chatters, | 12/16/13 | 136519 |
| Elizabeth A Scibilia, | 12/16/13 | 136520 |
| Matthew R Szumada, | 12/16/13 | 136521 |
| Steven Leonard, | 12/16/13 | 136522 |
| Victor B Cannizzo, | 12/16/13 | 136523 |
| Nicola C Zidanic, | 12/16/13 | 136524 |

In Re: Oil Spill by the Oil Rig " Deepwater Horizon"
in the Gulf of Mexico, on April 20,2010- MDL No. 2179
2:10-cv-08888-CJB-SS

| Michael A Russell, | 12/16/13 | 136525 |
|---|---|---|
| Francis X Senecke, | 12/16/13 | 136526 |