IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20th, 2010 | ) MDL No. 2179 <br> ) Section: J <br> ) JUDGE BARBIER <br> ) MAGISTRATE JUDGE SHUSHAN |
| This document relates to: <br> 2:10-cv-08888-CJB-SS | ) <br> ) <br> ) |

## ORDER

Considering the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline and Supporting Memorandum of Law:

**IT IS ORDERED** that the Motion for Acceptance of Short Form Joinders Beyond the September 16, 2011 Deadline is hereby **GRANTED** and all Short Form Joinders filed by the Plaintiffs listed on the attached Exhibit "A" into the record of Civil Action No. 10-8888, shall be considered timely filed in the Transocean Limitation ( Civil Action No. 10-2771) as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pretrial orders Nos. 24 and 25.

Signed this _____ day of _____, 2014

**HONORABLE CARL J. BARBIER**
**U.S. DISTRICT COURT JUDGE**