UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No.  2179<br><br>Section:  J<br><br>Judge Barbier<br>Magistrate Shushan |
| This Document Relates to:<br>       State of Yucatán v. BP<br>       2:13-cv-06649 | |

**AMENDED *EX PARTE* MOTION TO ENROLL
ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFF**

COMES NOW the Plaintiff, STATE OF YUCATAN, in the above-entitled and numbered cause of action, and moves this Court for an order enrolling attorney William T. Reid IV as additional counsel of record for the Plaintiff, STATE OF YUCATAN, and in support thereof would state:

1.  Plaintiff in the above-captioned matter is represented by counsel from the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A.

2. Plaintiff in the above-captioned matter requests that William T. Reid IV of the law firm of Reid Collins & Tsai LLP, 1301 South Capital of Texas Highway, Building C, Suite 300, Austin, Texas 78746, (512) 647-6100, (512) 647-6129 facsimile, be enrolled as an additional

counsel of record in the above-styled and numbered cause of action. Mr. William T. Reid IV is a member in good standing of the federal courts.

    3. The appearance of William T. Reid IV will not hinder or delay the litigation of this case.

    WHEREFORE, Plaintiff respectfully request that William T. Reid IV be admitted to enroll as additional counsel and participate fully as counsel in this action.

    DATED on this 28 day of February 2014.

KRUPNICK, CAMPBELL, MALONE, BUSER, SLAMA, HANCOCK, LIBERMAN, P.A.

By: /s/ Charles A. Acevedo

Charles A. Acevedo, Esquire
Florida Bar Number 097771
cacevedo@krupnicklaw.com
Kelley B. Stewart, Esquire
Florida Bar Number: 492132
kstewart@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3434
954-763-8181 telephone
954-763-8292 facsimile

REID COLLINS & TSAI LLP
William T. Reid IV, Esquire
Texas Bar Number 00788817
wreid@rctlegal.com
1301 South Capital of Texas Highway, C-300
Austin, Texas 78746
512-647-6100 telephone
512-647-6129 facsimile

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Amended Motion to Enroll Additional Counsel of Record for Plaintiff has been served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order Number 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28 day of February 2014.

KRUPNICK, CAMPBELL, MALONE, BUSER, SLAMA, HANCOCK, LIBERMAN, P.A.

By: /s/   Charles A. Acevedo

Charles A. Acevedo, Esquire
Florida Bar Number 097771
cacevedo@krupnicklaw.com
Kelley B. Stewart, Esquire
Florida Bar Number:  492132
kstewart@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile