UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No.  2179<br><br>Section:  J<br><br>Judge Barbier<br>Magistrate Shushan |
| This Document Relates to:<br>State of Yucatán v. BP<br>2:13-cv-06649 | |

### *EX PARTE* MOTION TO ENROLL
### ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFF

COMES NOW the Plaintiff, STATE OF YUCATAN, by and through their undersigned counsel, and moves this Court for an order enrolling attorney Eric D. Madden as additional counsel of record for the Plaintiff, STATE OF YUCATAN, and in support thereof would state:

1. Plaintiff in the above-captioned matter is represented by counsel from the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A.

2. Eric D. Madden is an attorney with the law firm of Reid Collins & Tsai LLP and is a member in good standing with the federal courts.  Pertinent contact information for Eric D. Madden is:

Eric D. Madden, Esquire
emadden@rctlegal.com
Reid Collins & Tsai LLP
Thanksgiving Tower
1601 Elm Street, 49th Floor

Dallas, TX 75201
214-420-8900 telephone
214-420-8909 facsimile

3. The appearance of Eric D. Madden will not hinder or delay the litigation of this case.

WHEREFORE, Plaintiff respectfully request that Eric D. Madden be admitted to enroll as additional counsel and participate fully as counsel in this action.

DATED on this 03 day of March 2014.

KRUPNICK, CAMPBELL, MALONE, BUSER, SLAMA, HANCOCK, LIBERMAN, P.A.

By: /s/   Charles A. Acevedo

Charles A. Acevedo, Esquire
Florida Bar Number 097771
cacevedo@krupnicklaw.com
Kelley B. Stewart, Esquire
Florida Bar Number:  492132
kstewart@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

REID COLLINS & TSAI LLP
Eric D. Madden, Esquire
Texas Bar Number 24013079
emadden@rctlegal.com
1601 Elm Street, 49th Floor
Dallas, TX 75201
214-420-8900 telephone
214-420-8909 facsimile

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Enroll Additional Counsel of Record for Plaintiff has been served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order Number 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 03 day of March 2014.

KRUPNICK, CAMPBELL, MALONE, BUSER, SLAMA, HANCOCK, LIBERMAN, P.A.

By: /s/   Charles A. Acevedo

Charles A. Acevedo, Esquire
Florida Bar Number 097771
cacevedo@krupnicklaw.com
Kelley B. Stewart, Esquire
Florida Bar Number:  492132
kstewart@krupnicklaw.com
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida  33301-3434
954-763-8181 telephone
954-763-8292 facsimile

Attorneys for Plaintiff