UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *   MDL NO. 2179 <br> * <br> *   SECTION J <br> * <br> *   JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** <br> No. 12-311 | *   MAG. JUDGE SHUSHAN <br> * <br> *   **JURY TRIAL DEMANDED** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF CAMERON INTERNATIONAL CORPORATION'S MOTION
FOR PARTIAL SUMMARY JUDGMENT ON ITS CLAIMS
FOR BREACH OF CONTRACT, INDEMNITY, AND DEFENSE EXPENSES**

Pursuant to Federal Rule of Civil Procedure 56(a), and as set forth more fully in the accompanying memorandum of law, Cameron International Corporation ("Cameron") respectfully moves the Court to grant its motion for partial summary judgment and enter judgment against Liberty Insurance Underwriters on Cameron's Breach of Contract (First Cause of Action), Indemnity (Second Cause of Action), and Defense Expenses (Third Cause of Action) claims herein.

1150909v1

Respectfully submitted,

*/s/ Phillip A. Wittmann*
Phillip A. Wittmann, 13625
　　pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
　　cbertaut@stonepigman.com

STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)


WILLKIE FARR & GALLAGHER LLP
Mitchell J. Auslander
Jeffrey B. Korn
787 Seventh Avenue
New York, New York  10019
 (212) 728-8000
mauslander@willkie.com

*Attorneys for Cameron International Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff Cameron International Corporation's Motion for Partial Summary Judgment on Its Claims for Breach of Contract, Indemnity, and Defense Expenses been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of March, 2014.

/s/ Phillip A. Wittmann