# EXHIBIT 1

## INDEX OF EXHIBITS TO
## PLAINTIFF CAMERON INTERNATIONAL CORPORATION'S
## MEMORANDUM IN SUPPORT OF ITS MOTION FOR
## PARTIAL SUMMARY JUDGMENT ON ITS CLAIMS FOR
## BREACH OF CONTRACT, INDEMNITY, AND DEFENSE EXPENSES

| Exhibit 1 | Index of Exhibits to Plaintiff Cameron International Corporation's Memorandum |
|---|---|
| Exhibit 2 | Liberty Insurance Underwriters Inc. Policy |
| Exhibit 3 | Excerpts of Deposition of Denise Morris |
| Exhibit 4 | Excerpts of Deposition of Alan Mandel |
| Exhibit 5 | Liberty Insurance Underwriters Policy Form 0101-XS (Ed. 03-00) |
| Exhibit 6 | Insurance Tower Diagram |
| Exhibit 7 | Chubb Atlantic Indemnity Limited Policy |
| Exhibit 8 | AIG Excess Liability Insurance International Limited Policy |
| Exhibit 9 | Illinois National Insurance Company Policy |
| Exhibit 10 | Master Services Agreement |
| Exhibit 11 | Purchase Order |
| Exhibit 12 | Liberty's Responses to Requests for Admission |
| Exhibit 13 | Excepts of Deposition of Alexis Nusum |
| Exhibit 14 | Excerpts of Deposition of Charles Sledge |
| Exhibit 15 | Excerpts from the Deposition of William Lee |
| Exhibit 16 | November 7, 2011 Letter from P. Koepff |
| Exhibit 17 | December 12, 2011 Email from M. Auslander |
| Exhibit 18 | December 14, 2011 Letter from P. Koepff |



1150906v1

| Exhibit 19 | December 13, 2011 Letter from P. Koepff |
| --- | --- |
| Exhibit 20 | Excerpts from the Deposition of James Engel |
| Exhibit 21 | BP-Cameron Settlement |
| Exhibit 22 | Liberty's Supplemental Responses to Interrogatories |
| Exhibit 23 | 15 LEE R. RUSS & THOMAS F. SEGALLA, COUCH ON INSURANCE (3d ed. 2005 & Supp. 2013) |
| Exhibit 24 | C. LUTHARDT & E. WIENING, PROPERTY AND LIABILITY INSURANCE PRINCIPLES (4th ed. 2005) |
| Exhibit 25 | December 14, 2011 letter from R. Bryan |
| Exhibit 26 | Excerpts from the Deposition of Maureen Martin |
| Exhibit 27 | Excerpts from the Deposition of Jessica Rogin |
| Exhibit 28 | Complaint, *Liberty Int'l Underwriters Canada v. Scottsdale Ins. Co.*, Civ. A. No. 1:12-cv-04934 (D.N.J. Aug. 6, 2012) |
| Exhibit 29 | Excerpts from the Deposition of Jeffrey Roberts |
| Exhibit 30 | 46A EDWARD K. ESPING, ET AL., TEXAS JUR. 3D *Insurance Contracts and Coverage* (Jan. 2014) |
| Exhibit 31 | Excerpts from the Deposition of Brad Eastman |
| Exhibit 32 | Excerpt from Transocean's 2013 Form 10-K |