# Cameron International Corporation
## Excess Liability
### July 1, 2009 – 2010

| Layer | Carrier | Attachment |
|---|---|---|
| Occ | ACE Bermuda $75 MM x $425 MM | $500 MM |
| Occ | Argo Re $25 MM x $400 MM | $425 MM |
| Occ | Iron - Starr $25 MM x $375 MM | $400 MM |
| Occ | [illegible] | $375 MM |
| Occ | XL Bermuda $50MM x $175MM | $225 MM |
| Occ | Chubb Atlantic Bermuda $25MM x $150MM | $175 MM |
| Occ | Liberty International $50MM x $100MM | $150 MM |
| Occ | XL Europe $50MM x $50MM | $100 MM |
| Occ | ACE USA $25MM x $25MM | Punitive Damages ACE Bermuda | $50 MM |
| Occ | Chartis $25MM x Primary | Punitive Damages AIG Cat Bermuda | $25 MM |
| Primary | | |



EXHIBIT 6