UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF CAMERON INTERNATIONAL CORPORATION'S
MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS CLAIMS FOR
<u>BREACH OF CONTRACT, INDEMNITY, AND DEFENSE EXPENSES</u>**

**<u>EXHIBIT 8</u>**

**<u>FILED UNDER SEAL</u>**

1151264v1