Confidential - Attorneys' Eyes Only

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF LOUISIANA
 3   ------------------------------------X
     In Re:  OIL SPILL BY THE OIL RIG
 4   "DEEPWATER HORIZON" IN THE GULF OF
     MEXICO, ON APRIL 20, 2010,
 5
     Applies to:
 6
     12-311, Cameron Int'l Corp. v. Liberty
 7   Ins. Underwriters, Inc., a/k/a Liberty
     Int'l Underwriters
 8
 9   ------------------------------------X
10
11
              CONFIDENTIAL - ATTORNEYS EYES ONLY
12
           VIDEO DEPOSITION OF CHARLES SLEDGE
13                   Houston, Texas
14              Friday, September 27, 2013
15
16
17
18
19
20
21
22
23   REPORTED BY:
24   Linda Rayburn, CSR
25   JOB NO:   65862
```

EXHIBIT 14

Confidential - Attorneys' Eyes Only

Page 78

C. SLEDGE

A. I think it would be best if you put some timelines around there, because this was a process.

Q. Fair enough. Prior to the settlement being executed, did you provide any assurance to the insurers that you would do nothing, as Cameron, to impair their subrogation rights?

A. I cannot recall specifically how the chain of events occurred and how we got to where we wound up at.

Q. What's your understanding of the chain of events?

A. There was objections to everything, initially, by the insurers: Price, whether you should settle, everything. Everything.

Q. Everybody had an opinion?

A. Everybody objected.

We went through a process of understanding what the objections of the insurers were. I think you'll find in some of these e-mails, and in this one in particular, we're trying to get everybody's position, "What do you want us to do?"

We went to BP, as this process

Confidential - Attorneys' Eyes Only

Page 79

1  C. SLEDGE
2  unfolded, with what the insurers wanted us to do.
3      Q.  Okay.
4      A.  Okay.  So we were trying to get the
5  tower to agree on a course of action.  And we --
6  initially we did what they asked us.
7          You can see in this where, you know,
8  they're saying go to BP with $10 million, which
9  we did, and thoroughly almost trashed the
10 negotiations as a result.  We had -- we told them
11 that was not a good idea, the insurers.  And we
12 did.
13         I recall that we went to them not
14 waiving subrogation rights if the insurers even
15 had any, which was a question mark as to whether
16 insurers even had any.  We went initially to BP
17 with that position.
18         At some point BP made it clear -- my
19 recollection is BP made it clear to us there
20 would be no settlement without those being
21 waived.  And I recall that we wound up getting
22 everybody but Liberty to agree to that and we
23 preserved Liberty's subrogation rights, if any.
24 If any.
25     Q.  Okay.  You had reported to -- and I