Contains Confidential Portions

Page 1

1
2  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF LOUISIANA
3  ------------------------------------X
   In Re:  OIL SPILL BY THE OIL RIG
4  "DEEPWATER HORIZON" IN THE GULF OF
   MEXICO, ON APRIL 20, 2010,
5
6  Applies to:
7  12-311, Cameron Int'l Corp. v. Liberty
   Ins. Underwriters, Inc., a/k/a Liberty
8  Int'l Underwriters
9
   ------------------------------------X
10         ***CONTAINS CONFIDENTIAL PORTION***
11
12       VIDEO DEPOSITION OF WILLIAM "RUSTY" LEE
13                    Houston, Texas
14               Friday, August 9, 2013
15
16
17
18
19
20
21
22
23  REPORTED BY:
24  Linda Rayburn, CSR, RPR, CLR
25  JOB 64256

EXHIBIT 15

Contains Confidential Portions

Page 170

1  W. LEE
2  Mr. Eastman said, other than he would have been
3  giving where he was in time and depending on if
4  we were in Bermuda or London, what the latest
5  up-to-date status was.
6     Q. Do you recall a meeting with
7  Mr. Mandel or talking with Mr. Mandel during that
8  renewal period in 2011?
9     A. I do not. I'm sure I had some
10 conversation with -- let me back up. The period
11 you're talking about was -- this is the period
12 that Liberty did the last renewal?
13    Q. Correct, the July 2011.
14    A. Okay. I do not recall specifics of
15 any discussion. And I'm not sure we met with him
16 that year.
17    Q. But you would have talked to him,
18 correct?
19    A. I'm sure I would have talked to him.
20    Q. And did you provide any of the
21 insurers with any of the public filings that
22 Cameron makes, such as its annual report or its
23 10-Q's, in connection with the renewal process?
24    A. Of what year?
25    Q. The same one.

Contains Confidential Portions

Page 171

1        W. LEE
2    A.   I do not recall what was given for
3 that renewal.  I can tell you that Cameron gave
4 us a stack of annual reports every year to give
5 out to the markets.  We supplemented that by
6 going in and copying the latest 10-K off the
7 internet and making a nice color copy of that for
8 underwriters and that's what we would give out to
9 the markets.
10        I can't say I gave that to every
11 market, but that was our standard:  Submission,
12 annual report, and the latest 10-K.  And then the
13 referral, at some point -- and I'm not sure it's
14 in the submission or wherever -- to the website
15 and how they could go on the website and get
16 that.
17    Q.   The Deepwater Horizon website?
18    A.   Correct.
19        And I want to interject another thing
20 as far as the notice to the carriers and
21 what-was-going-on status.  There was a website
22 set up by Cameron that -- that hosted the latest
23 update on the case as it developed.  And to my
24 knowledge, any underwriter that wanted to know
25 the status could have gone to that website -- and

Contains Confidential Portions

Page 172

1  W. LEE
2  their claims people did. And they were
3  constantly updated as to what was going on in the
4  case. That's my recollection.
5      Q. Did you personally review Cameron's
6  public filings during this time period to keep up
7  with what Cameron was reporting to the public
8  about the Deepwater Horizon incident?
9      A. I'm sure that I did, but I can't
10 recall specifically.
11     Q. And you -- and you are aware that
12 Cameron, during the entire time period before it
13 settled with BP, did not accrue a single dollar
14 of -- for potential liability in the Deepwater
15 Horizon incident?
16         MR. BOYLE: Objection to form.
17         MR. KORN: Objection to form. The
18 documents speak for themselves.
19     A. I am not aware of that.
20     Q. (BY MS. BARRASSO) You don't remember
21 that Cameron stated in its public filings that it
22 didn't believe a loss was probable and therefore
23 didn't accrue anything?
24         MR. KORN: Objection to form.
25     A. I do not recall that.