UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG    *   MDL NO. 2179
       "DEEPWATER HORIZON" in the   *
       GULF OF MEXICO, on        *   SECTION J
       APRIL 20, 2010           *
                                  *   JUDGE BARBIER
**THIS PLEADING APPLIES TO:**    *   MAGISTRATE JUDGE SHUSHAN
**No. 12-311**                     *
                                  *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF CAMERON INTERNATIONAL CORPORATION'S
MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS CLAIMS FOR
<u>BREACH OF CONTRACT, INDEMNITY, AND DEFENSE EXPENSES</u>**

**<u>EXHIBIT 16</u>**

**<u>FILED UNDER SEAL</u>**