UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *  MDL NO. 2179 <br> * <br> *  SECTION J <br> * <br> *  JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | *  MAGISTRATE JUDGE SHUSHAN <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF CAMERON INTERNATIONAL CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS CLAIMS FOR <u>BREACH OF CONTRACT, INDEMNITY, AND DEFENSE EXPENSES</u>**

**EXHIBIT 18**

**<u>FILED UNDER SEAL</u>**

1151264v1