# Property and Liability Insurance Principles

### 4th Edition

Luthardt • Wiening

**EXHIBIT 24**

**AICPCU IIA** *Succeeding together.*
EDUCATION • RESEARCH • ETHICS

# Property and Liability Insurance Principles

Constance M. Luthardt, CPCU, AAI, AIM

Eric A. Wiening, CPCU, ARM, AU

Coordinating Author

Martin J. Frappolli, CPCU, AIS



Fourth Edition • Fifth Printing

American Institute for Chartered Property Casualty Underwriters/Insurance Institute of America
720 Providence Road, Suite 100
Malvern, Pennsylvania 19355-3433

# Chapter 5
# Underwriting

**Underwriting** is the process of selecting insureds, pricing coverage, determining insurance policy terms and conditions, and then monitoring the underwriting decisions made. To a large extent, an insurer's success in achieving its goals depends on the effectiveness of its underwriting.

Insurers themselves, rather than their employees, are sometimes called underwriters. However, the term **underwriter** is usually reserved for an insurer employee who evaluates applicants for insurance, selects those that are acceptable to the insurer, prices coverage, and determines policy terms and conditions.

**Underwriting**
The process of selecting insureds, pricing coverage, determining insurance policy terms and conditions, and then monitoring the underwriting decisions made.

**Underwriter**
An insurer employee who evaluates applicants for insurance, selects those that are acceptable to the insurer, prices coverage, and determines policy terms and conditions.

## UNDERWRITING ACTIVITIES

Underwriting consists of the following activities:

- Selecting insureds
- Pricing coverage
- Determining policy terms and conditions
- Monitoring underwriting decisions

The first three activities are not performed in sequence but occur simultaneously. The last activity, monitoring underwriting decisions, is ongoing. Underwriters try to select insureds to whom the insurer can offer insurance coverage under reasonable conditions. Of course, the price charged for coverage must be high enough to enable the insurer to pay claims and to provide the insurer with a reasonable profit.

## Selecting Insureds

Insurers must carefully screen applicants to determine which ones to insure. If insurers do not properly select policyholders and price coverages, some insureds might be able to purchase insurance at prices that do not adequately reflect their loss exposures. Underwriters, producers, and underwriting managers all participate in selecting policyholders.

**10.12   Property and Liability Insurance Principles**

### EXHIBIT 10-2
### Risk Management Techniques

**Risk Control Techniques**

| Technique | What the Technique Does | Example |
|---|---|---|
| Avoidance | Eliminates the chance of a particular type of loss by either disposing of an existing loss exposure or by not assuming a new exposure. | A family decides not to purchase a boat and therefore avoids the loss exposures associated with boat ownership. |
| Loss prevention | Lowers loss frequency (number of losses). | A business installs bars on windows and door deadbolts to prevent burglaries. |
| Loss reduction | Lowers loss severity (dollar amount of losses). | A business installs a sprinkler system to reduce the amount of fire damage from potential fires. |
| Separation | Lowers loss severity. | A business buys multiple small warehouses to contain the effects of a single loss. |
| Duplication | Lowers loss frequency. | A taxi firm maintains a few spare vehicles to keep all drivers on the road even if one vehicle needs repair. |

**Risk Financing Techniques**

| Technique | What the Technique Does | Example |
|---|---|---|
| Retention | Retains all or part of a loss exposure (intentionally or unintentionally), which means that losses must be paid for with available funds or other assets. | A business decides not to purchase collision coverage for its fleet of vehicles and sets aside its own funds to pay for possible collision losses. |
| Noninsurance transfer | Transfers potential financial consequences of a loss exposure from one party to another party that is not an insurer. | In a lease, a landlord transfers the liability exposures of a rented building to the tenant. |
| Insurance | Transfers financial consequences of specified losses from one party (the insured) to another party (the insurer) in exchange for a specified fee (premium). | A family purchases homeowners and personal auto policies from an insurer. |