Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF LOUISIANA
 3    ------------------------------------------X
      In Re:  OIL SPILL BY THE OIL RIG
 4    "DEEPWATER HORIZON" IN THE GULF OF
      MEXICO, ON APRIL 20, 2010,
 5
 6    Applies to:
 7    12-311, Cameron Int'l Corp. v. Liberty
      Ins. Underwriters, Inc., a/k/a Liberty
 8    Int'l Underwriters
 9
      ------------------------------------------X
10
11
12           VIDEO DEPOSITION OF JEFFREY ROBERTS
13                    New York, New York
14                  Thursday, May 30, 2013
15
16
17
18
19
20
21    Reported by:
22    Rebecca Schaumloffel, RPR, CLR
23    Job 61442
24
25
```

**EXHIBIT 29**

Page 162

1    J. ROBERTS
2  paragraph, there is a first sentence that
3  starts with the word "moreover"?
4      A.   Okay.
5      Q.   And that sentence says "LIU
6  declines to offer its policy limits for the
7  following additional reason" and then the
8  next paragraph describes the other insurance
9  provision.  Do you see that?
10     A.   Yes.
11     Q.   And if you flip to the last page
12 of the letter, do you see that that is signed
13 by Paul Koepff?
14     A.   Yes.
15     Q.   He was counsel for Liberty,
16 right?
17     A.   Correct.
18     Q.   If you go to the first page of
19 the letter, the first sentence starts with
20 "on behalf of Liberty Insurance Underwriters,
21 Inc."?
22     A.   Yes.
23     Q.   So is this the first time that
24 you are seeing that Liberty declined to offer
25 its policy limits based on the other

1           J. ROBERTS
2  insurance clause?
3       A.   This is LIU declining to pay its
4  policy limits on this.
5       Q.   That was my question earlier and
6  you said you weren't aware of that?
7       A.   You said did Liberty decline to
8  pay its policy, right?
9       Q.   No. The question was, did LIU
10 decline to offer its policy limits and you
11 said no. We can go back to the transcript.
12 It says what it says. But perhaps we can
13 move past that, and I will ask the next
14 question.
15           On November 7, 2011, did LIU
16 decline to offer its policy limits based on
17 the other insurance provision?
18      A.   Yes.
19      Q.   That was over a month before BP
20 and Cameron entered into their settlement,
21 right?
22      A.   Yes, and I think right here, let
23 me see, this first paragraph -- okay.
24      Q.   This letter was sent while the
25 Cameron dispute with Transocean was ongoing,

1              J. ROBERTS
2  correct?
3      A.   Yes.
4      Q.   By this time, Transocean had told
5  Cameron that it was not going to pay any
6  money under its pollution indemnity, right?
7      A.   I believe so.  I don't know.  My
8  recollection as to whether it was under
9  pollution indemnity is -- but, yes,
10 Transocean denied Cameron's request for
11 indemnification.
12     Q.   And unless Cameron accepted the
13 settlement offers that Mr. Engel was
14 proposing, Cameron was not going to receive
15 any money from Liberty in connection with the
16 Liberty policy, correct?
17     A.   I don't know because I did not
18 have those discussions with Cameron and the
19 settlement discussions that Mr. Engel had.
20     Q.   Based on Mr. Koepff's letter to
21 Cameron, that was the case, though, right?
22     A.   Based on this letter, that's a
23 fair statement.
24     Q.   That was going to be the case
25 unless and until a Court ruled that the