UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## *EX PARTE* MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

Pursuant to Local Rule 5.6 and Pretrial Order No. 13 (R. Doc. 641), Plaintiff Cameron International Corporation, through undersigned counsel, hereby moves the Court for leave to file under seal unredacted versions of the Statement of Uncontested Material Facts (the "Statement") and Exhibits 7, 8, 10, 11, 16, 18, 19 and 25 (the "Exhibits") in support of its Motion for Partial Summary Judgment on its Claims for Breach of Contract, Indemnity and Defense Expenses (R. Doc. 12440).

The Exhibits contain information designated confidential by Defendant Liberty Insurance Underwriters, Inc., and the Statement quotes from, cites to, and discusses that confidential information. Pursuant to Pretrial Order No. 13 (R. Doc. 641), confidential documents must be filed under seal. Accordingly, and out of an abundance of caution, Cameron is redacting from the public version of its pleading any arguably confidential information and documents.

1151377v1

WHEREFORE, because of the nature of the information contained in the Statement and the Exhibits, Cameron respectfully requests that it be granted leave to file the Statement and Exhibits under seal.

Respectfully submitted,

 /s/ Phillip A. Wittmann
Phillip A. Wittmann, 13625
    pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
    cbertaut@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
504-581-3200
504-581-3361 (fax)


WILLKIE FARR & GALLAGHER LLP
Mitchell J. Auslander
Jeffrey B. Korn
787 Seventh Avenue
New York, New York 10019
 (212) 728-8000
mauslander@willkie.com

*Attorneys for Cameron International Corporation*

**CERTIFICATE OF SERVICE**

        I hereby certify that the above and foregoing *Ex Parte* Motion for Leave to File Exhibits Under Seal has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of March, 2014.

                                          */s/ Phillip A. Wittmann*