UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *  MDL NO. 2179<br>*<br>*  SECTION J<br>*<br>*  JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:**<br>No. 12-311 | *  MAGISTRATE JUDGE SHUSHAN<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION
FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

Pursuant to Local Rule 5.6, Plaintiff Cameron International Corporation ("Cameron") respectfully submits this memorandum in support of its motion for leave to file certain motion papers and exhibits related to its Motion for Partial Summary Judgment on its Claims for Breach of Contract, Indemnity and Defense Expenses (the "Summary Judgment Motion") (R. Doc. 12440) under seal.

A.  **A Non-Confidential Description Of What Is To Be Sealed.**

Cameron seeks to file the following documents under seal:

1. Plaintiff Cameron International Corporation's Statement of Uncontested Material Facts in Support of its Motion for Partial Summary Judgment on its Claim for Breach of Contract, Indemnity, and Defense Expenses;

2. Exhibit 7 – Chubb Atlantic Indemnity Limited Policy;

3. Exhibit 8 – AIG Excell Liability Insurance International Limited Policy;

4. Exhibit 10 – Master Services Agreement;

5. Exhibit 11 – Purchase Order;

6. Exhibit 16 – November 7, 2011 Letter from P. Koepff;

7. Exhibit 18 – December 14, 2011 Letter from P. Koepff;

- 1 -

1151377v1

8. Exhibit 19 – December 13, 2011 Letter from P. Koepff; and

9. Exhibit 25 – December 14, 2011 Letter from R. Bryan.

B.   **Sealing Is Necessary.**

Exhibits 7, 8, 10, 11, 16, 18, 19 and 25 (the "Exhibits") in support of the Summary Judgment Motion contain information designated confidential by Defendant Liberty Insurance Underwriters, Inc.  The Statement of Uncontested Material Facts in support of the Summary Judgment Motion (the "Statement") quotes from, cites to, and discusses that confidential information.  Pursuant to Pretrial Order No. 13 (the "Protective Order") (R. Doc. 641), confidential documents must be filed under seal.  Accordingly, Cameron is redacting from the public version of its pleading any arguably confidential information and documents.

C.   **Governing Case Law Authorizes The Court To Enter The Documents Under Seal Pursuant To A Protective Order.**

While courts will use the power to seal court records sparingly in light of the public's right to access, courts also recognize that the "common law right to access judicial records and proceedings [']is not absolute'."  *Reichert v. Starring*, No. 11-2171, 2011 U.S. Dist. LEXIS 107051, at *3 (E.D. La. Oct. 26, 2011), *quoting Bahwell v. Stanley-Bostitch, Inc.*, 351 F. Supp. 2d 514, 516 (E.D. La. 2005).  Where, as here, the court has entered a protective order, the court will enter confidential information under seal pursuant to that protective order.  *Reichert*, U.S. Dist. LEXIS 107051, at *3-5.  Indeed, the Protective Order *requires* that Cameron file documents containing alleged confidential information under seal (R. Doc. 641 at ¶¶ 4, 8).

D.   **The Period Of Time Cameron Seeks To Have These Exhibits Under Seal And The Manner Of So Doing.**

In view of the allegedly confidential information contained in the Statement and the Exhibits, the Court should grant Cameron's motion and enter these documents under seal as

1151377v1

set forth in the Protective Order until the termination of this MDL proceeding.  These documents may be maintained by the Court by storage in a folder.

## CONCLUSION

For the reasons discussed above, the Court should grant Cameron's motion and admit the above referenced exhibits to Cameron's Motion for Partial Summary Judgment on its Claims for Breach of Contract, Indemnity and Defense Expenses under seal.

Respectfully submitted,

 /s/ Phillip A. Wittmann
Phillip A. Wittmann, 13625
    pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
    cbertaut@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
504-581-3200
504-581-3361 (fax)


WILLKIE FARR & GALLAGHER LLP
Mitchell J. Auslander
Jeffrey B. Korn
787 Seventh Avenue
New York, New York 10019
 (212) 728-8000
mauslander@willkie.com

*Attorneys for Cameron International Corporation*

1151377v1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Memorandum in Support of *Ex Parte* Motion for Leave to File Memorandum and Exhibits Under Seal has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of March, 2014.

               */s/ Phillip A. Wittmann*

1151377v1