UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION J |
| | * | JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing *Ex Parte* Motion For Leave To File Exhibits Under Seal;

IT IS ORDERED that Cameron International Corporation be and is hereby granted leave to file under seal unredacted versions of the Statement of Uncontested Material Facts and Exhibits 7, 8, 10, 11, 16, 18, 19 and 25 in support of its Motion for Partial Summary Judgment on its Claims for Breach of Contract, Indemnity and Defense Expenses, pursuant to Pretrial Order No. 13.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2014

_____
DISTRICT COURT

1151377v1