UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J<br> |
| | * | JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:** No. 12-311 | *<br>*<br>* | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### REQUEST FOR ORAL ARGUMENT ON PLAINTIFF CAMERON INTERNATIONAL CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS CLAIMS FOR BREACH OF CONTRACT, INDEMNITY, AND DEFENSE EXPENSES

Cameron International Corporation ("Cameron"), pursuant to Rule 78.1 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, respectfully requests permission to argue orally before the Court their Motion for Partial Summary Judgment (R. Doc. 12440).  Cameron avers that oral argument will clarify the issues of fact and law and will assist the Court in its disposition of the motion.

Further, in the event the Court holds oral argument on this motion as well as any other motion for summary judgment or partial summary judgment filed by any party in the instant matter, USDC 12-311, in the interest of efficiency, Cameron requests that all motions for summary judgment, including Liberty Insurance Underwriters, Inc.'s Motion for Partial Summary Judgment Concerning Cameron International Corporation's Texas Insurance Code Claims (R. Doc. 12050), be noticed for oral argument at the same date and time.

**WHEREFORE,** Cameron respectfully moves this Court to grant oral argument on the Motion for Partial Summary Judgment.

1151091v1

Respectfully submitted,

  /s/ Phillip A. Wittmann
Phillip A. Wittmann, 13625
    pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
    cbertaut@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
504-581-3200
504-581-3361 (fax)


WILLKIE FARR & GALLAGHER LLP
Mitchell J. Auslander
Jeffrey B. Korn
787 Seventh Avenue
New York, New York 10019
 (212) 728-8000
mauslander@willkie.com

*Attorneys for Cameron International Corporation*


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Request for Oral Argument on Plaintiff Cameron International Corporation's Motion for Partial Summary Judgment on its Claims for Breach of Contract, Indemnity, and Defense Expenses has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 3rd day of March, 2014.

                                                  */s/ Phillip A. Wittmann*