UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| **THIS PLEADING APPLIES TO:**<br>No. 12-311 | * * * | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Request for Oral Argument by Cameron International Corporation ("Cameron") on it Motion for Partial Summary Judgment (R. Doc. 12440);

**IT IS ORDERED THAT** oral argument be and hereby is granted on Cameron's Motion for Partial Summary Judgment, which will be heard on the ___ day of _____, 2014, at 10:00 a.m.

New Orleans, Louisiana, this ____ day of _____, 2014.

_____
JUDGE

1151091v1