UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ETHAN JOHNSON, CHARLES ASKEW and RONALD HATCHETT, individually and on behalf of all others similarly situated, | * * * * | CIVIL ACTION NO. 2:11-CV-00947-CJB-SS MDL NO. 10-2179 |
| Plaintiffs, | * * | |
| -vs- | * * | SECTION "J" |
| SMITH MARINE, INC. and BP AMERICA, INC (d/b/a VESSELS OF OPPORTUNITY) | * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| Defendants. | * | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BP AMERICA, INC. D/B/A VESSELS OF OPPORTUNITY**

COME NOW the plaintiffs and file this Notice of Voluntary Dismissal Without Prejudice As To Defendant BP America, Inc. d/b/a Vessels of Opportunity. Defendant BP America, Inc. has neither answered Plaintiffs' complaint nor filed a motion for summary judgment. Thus, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss this case without prejudice, the parties to bear their own costs.

Respectfully submitted by,

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.

/s/ Roman A. Shaul
_____
ROMAN A. SHAUL (LA Bar No. 30296)
218 Commerce Street
Montgomery, AL 36104
(334) 269-2343
(334) 954-7555 (fax)
roman.shaul@beasleyallen.com

>Attorney for Plaintiffs Ethan Johnson, Charles Askew and Ronald Hatchett individually and on behalf of all others similarly situated

Dated: March 5, 2014

## CERTIFICATE OF SERVICE

    A copy of this document was served electronically on March 5, 2014, to all counsel of record through the Court's CM/ECF system.

>**/s/ Roman A. Shaul**
>_____
>OF COUNSEL