UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 |
| | SECTION: "J" |
| This Document Applies to: | |
| No. 12-970, *Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | JUDGE BARBIER |
| | MAG. JUDGE SHUSHAN |

**ORDER**

**CONSIDERING** Glen J. Lerner's Motion Requesting Leave of Court to File Response to Special Master's Reply to Responses, Objections, and Motions Filed by The Show Cause Parties

**IT IS ORDERED** that the Motion is hereby ~~GRANTED.~~ **DENIED**

THE COURT WILL ACCEPT NO FURTHER FILINGS RELATING TO THE SEPTEMBER 6, 2013 SHOW CAUSE ORDER AND SPECIAL MASTER'S REPORT.

New Orleans, Louisiana this 5th day of March, 2014.

_____
United States District Judge