UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Magistrate Shushan |
| This Document Relates to:<br>State of Yucatán v. BP<br>2:13-cv-06649 | |

**ORDER GRANTING *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFF**

THIS CAUSE having been considered on Plaintiff's *Ex Parte* Motion to Enroll Additional Counsel of Record for Plaintiff, STATE OF YUCATAN, in the above-captioned cause of action, it is

ORDERED AND ADJUDGED as follows:

1. That the Motion to Enroll Additional Counsel of Record for Plaintiff, STATE OF YUCATAN, is granted.

2. That Eric D. Madden with the law firm of Reid Collins & Tsai LLC is enrolled as additional counsel of record on behalf of the Plaintiff, STATE OF YUCATAN, in the above-captioned matter.

New Orleans, Louisiana this 5th day of March, 2014.

_____
United States District Judge