UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179<br><br>SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| *Nos. 13-6674 & 12-970* | * * * | MAG. JUDGE SHUSHAN |

## ORDER

During the hearing on February 26, 2014, the Court instructed Class Counsel and BP to report to the Court whether any documents filed under seal in connection with BP's Motions for Preliminary Injunction and Rule 60(b)(3) Relief should remain sealed. The parties have made their recommendations, which the Court has considered.

IT IS ORDERED that the following documents shall be UNSEALED[1]:

- BP's unredacted Complaint (No. 13-6674, Rec. Doc. 1-5)

- BP's unredacted Memorandum in Support of Motion for a Preliminary Injunction (No. 13-6674, Rec. Doc. 2-8), Exhibit 1 (Declaration of Richard C. Godfrey) (Rec. Doc. 2-9), Exhibit 2 (Declaration of Mark Holstein) (Rec. Doc. 2-10)

- BP's unredacted Memorandum in Support of BP's Motion for Relief Pursuant to Rule 60(b)(3) (Rec. Doc. 11994-6), Exhibit 1 (Declaration of Richard C. Godfrey) (Rec. Doc. 11994-7), Exhibit 2 (Declaration of Mark Holstein) (Rec. Doc. 11994-8)

- BP's unredacted Reply Memorandum in Support of Motion for a Preliminary Injunction (Rec. Doc. 12245-3), Exhibit 1 (Supplemental Declaration of Richard C.

---

[1] All document references are to 10-md-2179 unless otherwise noted.

Godfrey) (Rec. Doc. 12245-4)

- Class Counsel's unredacted Memorandum in Opposition to BP's Motion for a Preliminary Injunction (Rec. Doc. 12170), Exhibit 4 (Declaration of Stephen J. Herman) (Rec. Doc. 12170-2), Exhibit 5 (Declaration of Joseph F. Rice) (Rec. Doc. 12170-3), Exhibit 7 (Affidavit of Alvin J. Bordelon, Jr.) (Rec. Doc. 12170-5)

IT IS FURTHER ORDERED that the following documents shall remain UNDER SEAL:

- Exhibit 2 to Class Counsel's Opposition (Goodwin Procter Letter of April 26, 2011) (Rec. Doc. 12170-1), Exhibit 6 to Class Counsel's Opposition (Agreement dated April 14, 2012 (Rec. Doc. 12170-4), Exhibit 8 to Class Counsel's Opposition (Lexis Nexus Reports and Short Form Joinders) (Rec. Doc. 12170-6)

Signed in New Orleans, Louisiana, this 5th day of March, 2014.

_____
United States District Judge