946289_1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE SUSHAN |
| **THIS DOCUMENT APPLIES TO:** | * | |
| No. 12-00311 | * | **JURY TRIAL DEMANDED** |

**LIU's REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY
JUDGMENT ON CAMERON'S TEXAS INSURANCE CODE CLAIMS**

**EXHIBIT J**

**FILED UNDER SEAL**

946289_1