1

2  UNITED STATES DISTRICT COURT

3  EASTERN DISTRICT OF LOUISIANA

4  ---------------------------------------X

5  In re: OIL SPILL BY THE OIL RIG

6  "DEEPWATER HORIZON" IN THE

7  GULF OF MEXICO, ON APRIL 20, 2010

8

9  Applies to:

10  12-311, Cameron Int'l Corp. v. Liberty

11  Ins. Underwriters, Inc., a/k/a Liberty

12  Int'l Underwriters
   ---------------------------------------X
13

14

15        VIDEOTAPED DEPOSITION OF ALAN MANDEL

16               New York, New York

17               September 12, 2013

18

19

20

21

22

23

24  Reported by:
    Bonnie Pruszynski, RMR
25  JOB NO. 65662

1                    A. Mandel

2    this policy will not apply unless and until

3    you or the insurer of the underlying

4    insurance shown in item five of the

5    declarations has paid or is obligated to pay

6    the full amount of such limits of liability.

7    When the amount of loss has finally been

8    determined, we will promptly pay on your

9    behalf the amount of loss covered under this

10   policy."

11            Do you see that?

12       A    Yes, I do.

13       Q    Where this provision says "paid or

14   is obligated to pay," the full amount of the

15   limits of liability underlying this policy,

16   does that -- what does that mean?

17            MR. DEES:  Object to form.

18       A    I can't interpret that because I

19   can't interpret the policy.  I'm not allowed

20   to as an underwriter.  That is a claim issue.

21       Q    Is it fair to say that if a

22   settlement agreement is reached that

23   obligates Cameron to pay a loss covered by

24   the Liberty policy in the full amount of the

25   limits of liability, that that satisfies that

Page 96

1                    A. Mandel

2    condition?

3           MR. DEES:  Objection to form.

4       A    I can't form an opinion.  I really

5    don't know.  I'm not a claim -- I don't have

6    the experience to do that.

7       Q    Let me ask this:  The word "you" as

8    used in this provision, does that refer to

9    Cameron?

10      A    Yes, it does.

11      Q    So, either Cameron or the insurers

12   of the underlying insurance could agree to

13   pay or have paid the full amount of the

14   liability limits to satisfy this condition;

15   correct?

16          MR. DEES:  Objection to form.

17      A    I'm not really sure.  I don't know.

18      Q    This policy does not require the

19   insurers of the underlying insurance to

20   exhaust their limits before a loss is payable

21   by Liberty, does it?

22          MR. DEES:  Objection to form.

23      A    I can't -- I really don't know.  I

24   can't -- it's a claim issue.  I can't get

25   involved.  I don't really know.