UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : | NO.: 2:10-MD-2179 SECTION: "J" |
| This Document Applies to | : | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisdheries, Inc, et al v. BP Exploration & Production Inc., et al | : | MAG. JUDGE SHUSHAN |

**MOTION AND INCORPORATED MEMORANDUM FOR EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE TO JARROD BURRLE**

COMES NOW, defendant herein, Jarrod Burrle, who through undersigned counsel respectfully requests for an extension of time to file his response to the the Freeh Group for the following reasons:

I.

Mr. Burrle, through undersigned counsel, is requesting additional time to file a response to the Order of Show Cause served to him vis U.S. Marshall on February 18, 2014.

II.

Mr. Burrle has recently retained the law of Frank G. DeSalvo APLC that is in the process of gathering information and documentation requested by the Freeh Group.

III.

Mr. Greg Paw has been contacted and has no position on the continuance.

WHEREFORE, defendant herein through undersigned counsel respectfully requests a continuance of the above captioned matter be granted.

Respectfully submitted,

/S/ FRANK G. DeSALVO
_____

**FRANK G. DeSALVO (#4898)**
739 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 524-4191
Facsimile: (504) 821-0036

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Motion and Incorporated Memorandum for Extension of Time to File Response to Order of Show Cause to Jarrod Burrle has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Lousiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6 day of March, 2014.

/s/ Frank G. DeSalvo
_____