UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in The Gulf of Mexico on April 10, 2010 | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier |
| This Document Relates to cases:<br>13-cv-2665; 13-cv-5739; 13-cv-2840; 13-cv-2728;<br>13-cv-2686; 13-cv-1453; 13-cv-2816; 13-cv-2845;<br>13-cv-5738; 13-cv-2650; 13-cv-2653; 13-cv-2817;<br>13-cv-0695; 13-cv-2641; 13-cv-2664; 13-cv-2655;<br>13-cv-6695 (j)(1); 13-cv-2728; 13-cv-5556; 13-cv-2656;<br>13-cv-2666; 13-cv-2729; 13-cv-2654; 13-cv-2883;<br>13-cv-6694 (j)(1); 13-cv-2644; 13-cv-2649; 13-cv-2741;<br>13-cv-2657; 13-cv-6696 (j)(1); 13-cv- 2643; 13-cv-2891;<br>13-cv-2880; 13-cv-2898; 13-cv-2877; 13-cv-2663;<br>13-cv-2642; 13-cv-2652; 13-cv-2658; 13-cv-2864;<br>13-cv-2818; 13-cv-2651; 13-cv-2891; 13-cv-2868 | Magistrate Shushan |

## MOTION TO WITHDRAW AS COUNSEL AND

## NOTICE OF APPEARANCE

NOW INTO COURT, the undersigned counsel, and moves this court for an Order withdrawing A. Brantley Fry as counsel of record for Plaintiffs as identified in the attached "Exhibit A" and hereby entering a notice of Appearance for Grant M. Cofer of the law firm Beasley, Allen, Crow, Methvin, Portis and Miles, P.C. for Plaintiffs as identified in the attached "Exhibit B" and hereby entering a Notice of Appearance for Christopher D. Boutwell of the law firm Beasley, Allen, Crow, Methvin, Portis and Miles, P.C. for Plaintiffs as identified in the attached "Exhibit C". In further support, Movant states as follows:

1. A. Brantley Fry is no longer with the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles. P.C.

2. The Plaintiffs will remain in the litigation.

3. The Plaintiffs will continue to be represented by either Christopher D. Boutwell or Grant M. Cofer of the law firm Beasley, Allen, Crow, Methvin, Portis and Miles, P.C as shown in Exhibits B and C.

4. All Plaintiffs have been notified.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, moves this Court for and Order withdrawing A. Brantley Fry as counsel of records for Plaintiffs identified in the attached "Exhibit A" and entering Notice of Appearance for Grant M. Cofer and Christopher D. Boutwell for Plaintiffs identified in the attached "Exhibit B" and "Exhibit C".

Respectfully submitted this the 6th day of March, 2014.

/s/ A. Brantley Fry_____
A. BRANTLEY FRY
brantleyfrylaw@gmail.com

/s/ Christopher D. Boutwell_____
CHRISTOPHER D. BOUTWELL
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
(334) 269-2343
Chris.boutwell@beaslyallen.com

/s/ Grant M. Cofer_____
GRANT M. COFER
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
(334) 269-2343
grant.cofer@beasleyallen.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISANA

In Re:  Oil Spill by the Oil Rig                                      MDL No.  2179
            "Deepwater Horizon" in
            The Gulf of Mexico on                                    Section: J
            April 10, 2010

                                                                                Judge Barbier
                                                                                Magistrate Shushan

## ORDER

Considering the foregoing Motion to Withdraw as Counsel and Notice of Appearance :

   IT IS ORDERED that A. Brantley Fry withdraws as counsel of record for Plaintiffs identified in the attached "Exhibit A" and Christopher D. Boutwell and Grant M. Cofer enter Notice of Appearances for Plaintiffs as identified in the attached "Exhibit B" and "Exhibit C".

   This the _____ day of _____, 2014.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE

Certificate of Service

I hereby certify that the foregoing has been served in accordance with Pretrial Order No. 12 by electronically uploading to Lexis Nexis File and Serve and that the foregoing was electronically filed with the Clerk of the Court this the 6th day of March, 2014.

    /s/ Christopher D. Boutwell

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36104
(334) 269-2343