# EXHIBIT C

**Christopher D. Boutwell Entering a Notice of Appearance**

| Case Caption | Original Court | Original Case Number | Date Transferred to EDLA | EDLA Case Number | Date Joinder Filed | Joinder Number |
|---|---|---|---|---|---|---|
| Citizens' Capital Corporation & Subsidiary v. BP et al | Alabama Southern District | 1:13-cv-00214 | 5/6/2013 | 13-cv-02665 | 04/20/2013 | 133811 |
| Commonwealth National Bank v. BP et al | Alabama Southern District | 1:13-cv-00432 | 9/5/2013 | 13-cv-5739 | 08/23/2013 | 135978 |
| Cornerstone Community Bank v. BP et al | Florida Middle District | 8:13-cv-01042 | 5/9/2013 | 13-cv-2840 | 04/20/2013 | 133819 |
| Destin Community Bank v. BP et al | Florida Northern District | 3:13-cv-00251 | 5/6/2013 | 13-cv-2728 | 04/20/2013 | 133821 |
| Drummond Community Bank v. BP et al | Florida Northern District | 1:13-cv-00077 | 5/6/2013 | 13-cv-2686 | 04/20/2013 | 133824 |
| North Alabama Bank v. BP et al | Alabama Northern District | 5:13-cv-01453 | 8/22/2013 | 13-cv-1453 | 08/23/2013 | 135979 |
| Peoples Bank of Alabama v. BP et al | Alabama Northern District | 5:13-cv-00744 | 5/9/2013 | 13-cv-2816 | 04/20/2013 | 133808 |
| Perkins State Bank / Williston Holding Company v. BP et al | Florida Northern District | 1:13-cv-00078 | 5/9/2013 | 13-cv-2845 | 04/20/2013 | 133827 |
| PrimeSouth Bank v. BP et al | Alabama Middle District | 2:13-cv-00595 | 9/5/2013 | 13-cv-5738 | 08/23/2013 | 135980 |
| Regions Bank v. BP et al | Alabama Middle District | 2:13-cv-00256 | 5/6/2013 | 13-cv-2650 | 04/20/2013 | 133812 |
| Southern Independent Bank v. BP et al | Alabama Middle District | 2:13-cv-00261 | 5/6/2013 | 13-cv-2653 | 04/20/2013 | 133815 |
| Synovus Bank v. BP et al | Alabama Southern District | 1:13-cv-00211 | 5/9/2013 | 13-cv-2817 | 04/20/2013 | 133829 |
| Alabama Associated General Contractors, Inc. Self-Insurance Fund v. BP et al | Alabama Middle District | 2:2013-cv-00695 | 10/08/2013 | 13-cv-00695 | 09/27/2013 | 136267 |