UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : | MDL No. 2179 SECTION: J |
| | : | JUDGE BARBIER |
| This Document Relates to: 10-4536 | : : | MAG. JUDGE SHUSHAN |

………………………………………………...

**CLEAN WATER ACT – PENALTY PHASE**

EXHIBITS IN SUPPORT OF UNITED STATES' OPPOSITION TO
BPXP'S MOTION IN LIMINE TO EXCLUDE (1) ADDITIONAL EVIDENCE OF
CULPABILITY AND (2) EVIDENCE RELATING TO PRIOR INCIDENTS

| Exh. No. | Description |
|---|---|
| 1 | TREX-006033 (BP Annual Report for 2010) (Excerpt) |
| 2 | Joint Memo in Support of Proposed Guilty Plea by BPXP [Case No. 12-292-SSV-DEK, Rec. Doc. 49] (Excerpt) |
| 3 | May 16, 2007, Hearing before the House Committee on Energy and Natural Resources (Excerpt) |
| 4 | January 15, 2007, BP News press release, "BP Will Implement Recommendations of Independent Safety Panel" |
| 5 | TREX-002430 (Baker Report) (Excerpt) |
| 6 | TREX-000098 (BP Magazine) (Excerpt) |
| 7 | TREX-006007 (August 17, 2005 BP press release, "BP to Appoint Independent Panel to Review U.S. Refinery Safety) |
| 8 | TREX-045409 (John Mogford, Speech to the Center for Chemical Process Safety, April 24, 2006) (Excerpt) |
| 9 | September 12, 2006, Hearing before the Committee on Energy and Natural Resources, United States Senate (Excerpt) |

| | |
|---|---|
| 10 | 2009 Debarment Presentation (Excerpt) (*Confidential*) |
| 11 | Endicott Compliance Agreement (Excerpt) |
| 12 | TREX-022394 (Endicott Plea Agreement) |
| 13 | A Safer, Stronger BP: Our Quest to Earn Back America's Trust, Speech by Bob Dudley, January 12, 2012 |
| 14 | TREX-006026 (Failure to Learn, The BP Texas City Refinery Disaster) (Excerpt) |
| 15 | Guy Chazan, "BP's Safety Drive Faces Rough Road," WSJ, February 1, 2011 |
| 16 | Sarah Lyall "In BP's Record, a History of Boldness and Costly Blunders," NYT, July 12, 2010 |
| 17 | Abrahm Lustgarten and Ryan Knutson, "Reports at BP Over Years Find History of Problems," WP, June 8, 2010 |
| 18 | Deposition of Tony Hayward (Excerpt) |
| 19 | Deposition of Ellis Armstrong (Excerpt) |
| 20 | TREX-003819 (Plea Agreement 4:07-cr-434) |
| 21 | TREX-006008 (Criminal Information 3:07-cr-00125) |
| 22 | TREX-022412 (Prudhoe Bay Plea Agreement (Case No. 3:07-cr-00125-TMB (Document 6]) (Excerpt) |
| 23 | TREX-004148 (GOM D&C Major Hazard and Risk Management Presentation) (Excerpt) |
| 24 | BP Group Process Safety Fundamentals 2009 (Excerpt) (*Confidential*) |
| 25 | Process Safety, Fargie 2007 (*Confidential*) |
| 26 | TREX-22566 (Incidents that Define Process Safety) (Excerpt) |
| 27 | Deposition of David Rich (Excerpt) |
| 28 | Deposition of James Dupree (Excerpt) |
| 29 | Deposition of Kevin Lacy (Excerpt) |
| 30 | Deposition of Richard Lynch (Excerpt) |
| 31 | TREX-001742 (GDP 4.4-0002, Incident Investigation) (Excerpt) |

x

| | |
|---|---|
| 32 | TREX-006028 (BP History Fact Sheet, OSHA) |
| 33 | TREX-006280 (Bonse Report - BP Management Accountability Report, Texas City Explosion Final Report) (Excerpt) |
| 34 | TREX-006011 (Lessons from Grangemouth A Case History) (Excerpt) |
| 35 | TREX-000277 (BP American Final Report on Management Systems Review, March 2007) (Excerpt) |
| 36 | TREX-006262 (Mogford Report, Texas City Accident Investigation Report) (Excerpt) |
| 37 | TREX-020360 (BP Texas City Site Report of Findings) (Excerpt) |
| 38 | TREX-003877 (Myers E-mail re: Plan Frame work pack and cover notes) |
| 39 | TREX-008141 (Beck Rebuttal Expert Report) (Excerpt) |
| 40 | TREX-020001 (Bea Expert Report) (Excerpt) |
| 41 | TREX-000001 (Bly Report) (Excerpt) |
| 42 | TREX-003405 (September 2009 DWH Rig and Marine Assurance Audit) (Excerpt) |
| 43 | TREX-000093 (DWOP) (Excerpt) |
| 44 | Excerpts of Trial Testimony of Glen Benge (Excerpt) |
| 45 | Excerpts of Deposition of Daryl Kellingray (Excerpt) |
| 46 | TREX-006291 (GoM D&C, Recommended Practice for Management of Change) (Excerpt) |
| 47 | Trial Testimony of Gene Beck (Excerpt) |
| 48 | TREX-001144 (Email to John Guide) |
| 49 | TREX-005990 (Benge Report) (Excerpt) |
| 50 | Trial Testimony of O'Bryan (Excerpt) |
| 51 | TREX-004171 (Risk Mitigation Plan) |
| 52 | TREX-063208 (Criminal Action Rec. Doc. 65) (Excerpt) |
| 53 | Citgo Trial Transcript (re: prior violations) (Excerpt) |

| | |
|---|---|
| 54 | Civil Penalty Policy for Section 311(b)(3) and Section 311(j) of the CWA, EPA Office of Enforcement and Compliance Assurance, Aug. 1998 (Excerpt) |
| 55 | Citgo Trial Transcript (re: parent company finances) (Excerpt) |
| 56 | Nov. 14, 2013 Letter |
| 57 | BP's Good Faith Phase 1 Trial Witness Lists [Rec. Doc. 5317, January 20, 2012]. |
| 58 | Emails from BP Attorneys Re: Trial Witnesses |