# Exhibit 2

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIM. NO.: 12-292-SSV-DEK** |
| v. | * | **SECTION: R** |
| **BP EXPLORATION & PRODUCTION INC.** | * | |
| | * * * | |

## JOINT MEMORANDUM IN SUPPORT OF PROPOSED GUILTY PLEA BY BP EXPLORATION & PRODUCTION INC.

| | |
|---|---|
| LANNY A. BREUER<br>Assistant Attorney General<br>Criminal Division | BP EXPLORATION & PRODUCTION INC.,<br>BP p.l.c., and BP Corporation North America Inc. |
| John D. Buretta<br>Director, Deepwater Horizon Task Force<br>Derek A. Cohen, Deputy Director<br>Avi Gesser, Deputy Director<br>Richard R. Pickens, II, Trial Attorney<br>Colin Black, Trial Attorney<br>Rohan Virginkar, Trial Attorney<br>Scott M. Cullen, Trial Attorney | Mark Filip, Esq.<br>F. Joseph Warin, Esq.<br>Counsel for BP Exploration & Production Inc.,<br>BP p.l.c., and BP Corporation North America, Inc. |

Moreover, when analyzing the sanction, it is important to recognize that energy producing companies like B.P. p.l.c. spend substantial percentages of their revenues on reinvestments to find and develop future energy sources, whether in traditional fuel sources or in new alternative or renewable energy sources. Thus, for example, in 2011, the BP Group committed $8.8 billion in capital investments to projects in the United States. Through the first three quarters of 2012, the BP Group committed $7.5 billion to capital expenditures in this country, which was an increase of over $2 billion from the same period in 2011. Between 2007 and 2011, BP's capital investments in the United States totaled more than $52 billion, making the BP Group the largest energy investor in the United States. (Importantly, this total amount does not include the billions of dollars that the BP Group has spent on its efforts to respond to the Macondo oil spill.)

    C.    <u>Remedial Measures and Lessons Learned</u>

BP has learned from the *Deepwater Horizon* blowout and spill, and it has acted upon the lessons learned. In the wake of the incident, BP took significant remedial measures (many of which are described below) to determine what happened, to share its findings, and to institute safety enhancements. These efforts have included new organizational structures, recruitment of many new employees with technical expertise, improved contractor management practices, and new training and competency assurance programs (including a new Global Wells Institute). BP also undertook a non-privileged internal investigation in the wake of the incident, made the results available to the world through the Bly Report, and committed to implementing all 26 of the Report's recommendations. BP also has shared the lessons it has learned from the

41

*Deepwater Horizon* disaster with governments, industry and others, and has cooperated with numerous governmental and non-governmental investigations. Consistent with its practice in the past, BP has taken the Macondo tragedy very seriously, and has made every effort to understand the causes of the incident and to prevent future disasters.

1. Organizational Changes and Process Enhancements

The fundamental enhancements that BP has made after the *Deepwater Horizon* accident include:

a) Leadership Changes

Soon after the *Deepwater Horizon* incident, BP appointed new top corporate executives, including a new Group Chief Executive, Robert Dudley. Upon taking office, Mr. Dudley further emphasized safety and risk management as the Company's most urgent priorities and he immediately assembled a new Executive Leadership Team to further advance BP's safety and risk management agenda. Since then, BP's Executive Leadership Team has taken numerous, concrete steps to enhance BP's safety culture, including: communicating refreshed corporate values that emphasize safety; developing a strategic framework for safety and risk management; frequently and consistently communicating the importance of safety and risk management; and aligning BP's policies, procedures and systems to drive systematic and safe operations.

b) Enhanced Safety and Operational Risk Organization

In early 2011, BP established the Safety and Operational Risk ("S&OR") organization to further drive safe, reliable and compliant operations across the Company's operated businesses. S&OR's activities further foster the development of deep capability and a safe operating culture

42

across all levels of BP's operations. S&OR is led by Mark Bly, the Executive Vice President who led the Company's investigation into the *Deepwater Horizon* incident (discussed below) and who reports directly to the Group Chief Executive. BP has recruited many new technical experts in various disciplines to work in the S&OR organization.

S&OR comprises senior professionals at the corporate level, as well as specialists deployed directly to BP's local business units. These locally-deployed specialists are part of the S&OR organization and report directly to S&OR management. Thus, S&OR is independent of the business lines. This independence allows S&OR to provide critical input on operations worldwide. This input is particularly valuable and reliable because, as Mr. Dudley recently explained:

> They're not part of the business line management – they're independent and their remit is to provide advice but also challenge. They need to approve appointments of safety-critical staff for example. And if they believe than an operation needs to stop – then it stops.[15]

### c) Improved Contractor Management Practices

Without diminishing BP's awareness of its own role in this incident, BP reviewed investigative reports concluding that mistakes by several BP contractors played a role in causing the *Deepwater Horizon* incident. In response, BP has carefully scrutinized its contractor management and oversight programs. Based on a study of best practices in the oil and gas and other industries, BP has been implementing a comprehensive contractor management and

---

[15] http://www.bp.com/genericarticle.do?categoryId=98&contentId=7074117 (last visited Jan. 15, 2013).

43

oversight program. This includes stronger quality assurance procedures and the creation of contractor selection and review boards. As part of this effort, BP performed over 90 audits of contracts in its upstream businesses by the end of 2011 and BP terminated or declined to renew contracts with 28 contractors between 2010 and 2011. BP's contractor management enhancements are particularly important given that the offshore industry typically relies heavily on contractors.

    d)  Emphasized and Strengthened Compliance and Assurance Programs

BP's Code of Conduct ("Code"), which existed prior to the *Deepwater Horizon* accident, is the backbone of BP's Ethics and Compliance program. The Code expressly imposes a duty on BP employees to report ethical or compliance-related breaches or concerns and contractors are expected to act in a way that is consistent with the Code and follow its principles. The Code describes both the mechanisms by which employees can report issues, and the zero-tolerance policy towards retaliation against those who do speak up. The Code's policies are reinforced and given effect through BP's reporting channels, including BP's confidential reporting program OpenTalk, and Group-wide communications and training. OpenTalk is also available to contractors and third parties. Each year, all Senior Level personnel must certify that they have complied with the requirements of the Code. Beginning in 2013, this requirement was expanded to cover non-Senior Level employees. In addition, BP's Gulf of Mexico business has strengthened its compliance program by adding additional experienced compliance personnel,

44

issuing new compliance protocols, conducting internal and third-party audits and requiring multi-layer review and approval of permit applications and other submissions to government agencies.

e) <u>Expanded Capability</u>

BP has recruited new personnel throughout its drilling operations, with an emphasis on specific areas of technical expertise such as cementing, blowout preventers, and drilling fluids. The Company already has implemented new training, development and competency assurance programs, and the new Global Wells Institute will be one of the centerpieces.

f) <u>Sharing Lessons Learned With Industry</u>

Recognizing that several of the factors contributing to the *Deepwater Horizon* incident reflected industry-wide issues, BP has shared the lessons it has learned from the *Deepwater Horizon* incident and the oil spill response with governments, industry, and others worldwide. The Company has conducted over 100 external briefings and workshops with regulators, contractors and competitors in 25 countries. In the United States, BP has worked with industry to establish the Center for Offshore Safety and to upgrade oil spill response equipment and capabilities available to the industry as a whole. BP also contributed significantly to the Marine Well Containment Company ("MWCC"), the not-for-profit, independent company that provides well containment equipment and technology in the Gulf of Mexico, by reconditioning and contributing key subsea components, equipment, and procedures that now serve as MWCC's interim containment system.

g) Voluntary Performance Standards

On July 15, 2011, BP announced that it would voluntarily implement a new set of deepwater oil and gas drilling standards for its operations in the Gulf of Mexico, demonstrating the Company's commitment to safe and reliable operations. The announcement was made in a letter to the federal Bureau of Ocean Energy Management, Regulation and Enforcement (BOEMRE). These voluntary performance standards go beyond existing regulatory obligations and reflect the Company's determination to apply lessons it learned from the *Deepwater Horizon* blowout, explosions, and subsequent oil spill.

2. BP's Non-Privileged Internal Investigation (The Bly Report)

Within 72 hours of the *Deepwater Horizon* rig explosion, BP commissioned an investigation into the incident. BP conducted the investigation on a non-privileged basis and decided from the beginning to share the results of the investigation with the public. On September 8, 2010, BP's Incident Investigation team published its detailed report on the *Deepwater Horizon* incident, commonly known as the Bly Report. The Bly Report was the first extensive analysis of the events that led to the *Deepwater Horizon* incident. The Bly Report found that the *Deepwater Horizon* accident occurred because of the actions and omissions of multiple actors, including BP. BP not only made the report available but also provided face-to-face briefings to multiple government agencies and officials, including several that were conducting their own investigations of the incident.

The Bly Report detailed 26 recommendations in areas needing improvement, which related to: key well drilling procedures and guidance; technical capability and competence

46

related to key aspects of deepwater drilling; rig process safety; and contractor oversight. When the Bly Report issued, BP immediately committed to implementing all 26 of the Report's recommendations, while ensuring the quality of the implementation process and addressing consequential risk mitigation. Implementation of each of the recommendations is a major effort, and includes the following benchmarks before being deemed to have been completed:

- Review existing guidelines and requirements related to safe well operation and revise as needed;
- Disseminate the revised requirements throughout the Company, as appropriate;
- Implement the new requirements through training programs and employee certifications; and
- Verify conformance with revised requirements by audit.

BP has also appointed an independent third party expert as an additional assurance to its board on the delivery of the Bly Program. BP regularly provides reports to internal and external stakeholders on its efforts, which can be found on BP's public website at http://www.bp.com.

Over the past year, BP continued to work toward completing all 26 of the recommendations. For example, BP has developed or refreshed key operating practices and engineering standards on:

- Cementing or zonal isolation: BP has issued new mandatory requirements and associated guides covering cementing activities. Over 711 technical professionals in BP have now undergone training on the revised practices. BP has also strengthened the technical approval process for some cementing operations. Systematic input into the well design workflow now requires both the regional and global BP specialist to agree on the basis of design for complex zonal isolation activities.
- Integrating process safety concepts into management of wells: BP has produced a technical practice specifying minimum requirements for well barrier management

47

– managing the movement of fluids and gas within the well – throughout the life cycle of the well. Implementation of this practice has commenced with two-day workshops training 624 technical professionals to date.

- Well casing design: BP has updated its design manual for well casing and inner tubing to include new requirements for pressure tests and revised technical practices. A training workshop on this revised practice has been developed for BP professionals.

- Blow-out preventer (BOP) stacks: BP has issued a revised technical practice on well control, defining and documenting requirements for subsea BOP configurations. BP requires two sets of blind shear rams and a casing shear ram for all subsea BOPs used on dynamically positioned rigs in deep water drilling. BP also requires that third party verification is carried out on the testing and maintenance of subsea BOPs in accordance with industry recommended practice, and that remotely operated vehicles capable of operating these BOPs are available in an emergency.

- Rig intake and start-up operating procedure: BP has continued the rig audit process enhanced in 2011. BP has also conducted detailed hazard and operability reviews for key fluid and gas handling systems on all offshore rigs in the BP fleet. All drilling rigs joining the BP fleet are subject to a full independent S&OR audit and readiness to operate is verified with a detailed go/no-go process assured by S&OR. This includes a checklist that, amongst other things, verifies that the rig conforms to BP practices and industry standards, that it has the right technical specification, and that the actions required for start-up are closed. All rigs are also subject to subsequent periodic rig audits.

- Update practice on pressure, including contingency and testing procedure: BP has reviewed and updated its procedures in connection with negative-pressure testing, including consideration of: (i) the purpose of the test; (ii) the barriers to be tested; (iii) identification and evaluation of the consequences of failure; (iv) contingencies in the event that failures occur; (v) operational steps and decision points, descriptions of the roles and accountabilities for the personnel involved, success/failure criteria for the test; and (vi) assurance that contractor procedures are consistent with the BP procedures related to Working with Pressure.

BP issued applicable interim guidance on these issues in December 2010 and has since been in the process of issuing additional guides and implementing applicable practices across all of its operating regions. Implementing practices is done through training workshops and

48

accompanying training materials, gap assessments, and requirements for reaching conformance. BP continues to progress in implementing the remaining Bly Report recommendations.

### 3. External Investigations

Numerous governmental and non-governmental entities investigated the *Deepwater Horizon* incident and BP's response, including the National Commission on the BP *Deepwater Horizon* Oil Spill and Offshore Drilling established by the President, the United States Coast Guard and Bureau of Ocean Energy Management, Regulation and Enforcement (both as part of the Marine Board of Investigation), and the National Academy of Engineers. Each investigation has resulted in the release of one or more voluminous reports. BP has carefully reviewed the findings and the recommendations in each report, including the following common points:

- Because the Macondo incident was the result of multiple factors and the judgments and acts of multiple parties, it points to the need for both BP and the oil and gas industry as a whole to continue strengthening procedures to identify, evaluate and manage risk on a systems basis, and continue fostering a strong industry safety culture with process and goal-oriented safety systems.

- Continued efforts to strengthen procedures and standards are warranted in key drilling activities such as cementing operations, the performance of pressure tests, well design, temporary abandonment and BOP maintenance and operation.

- The regulatory framework should place increased focus on performance-based standards to strengthen risk analysis and management, as well as strengthened prescriptive regulations for key drilling activities like cementing and pressure testing. The Bureau of Safety and Environmental Enforcement's new safety and environmental management systems ("SEMS") rule is recognized as an important achievement in performance-based standards.

- The design and capabilities of BOPs should be improved as a matter of priority.

- Although the spill response was unprecedented in its scope and achievements, both government and industry should continue to improve future oil spill responses

49

> through: (1) improved oil spill response planning; (2) increased research and development of oil spill response technologies and equipment; (3) new regulations governing the use of dispersants and other key aspects of spill response; and (4) greater coordination in spill response between the federal government and impacted state and local governments.

BP's careful study of internal and external findings and recommendations demonstrates its commitment to preventing a similar tragedy in the future, and to safety and risk management.

### 4. Past Experiences

The named defendant in this case, BPXP, does not have a criminal history. Neither do either of the guarantors, BP Corporation North America Inc. (primary guarantor) and BP p.l.c. (secondary guarantor). However, the post-incident efforts described above are consistent with past efforts of BP p.l.c.-affiliated companies to learn from safety incidents and improve in the wake of them.

In the five-year period prior to the *Deepwater Horizon* incident, the BP Group of companies implemented numerous safety programs and processes. These measures resulted, in part, from prior challenges that BP companies had faced, including a 2005 fire and explosion at a refinery in Texas City, Texas, owned and operated by BP Products North America Inc., and a 2006 crude oil leak from pipelines at Prudhoe Bay, Alaska, operated by BP Exploration (Alaska) Inc. For example, after the Texas City incident, BP created the Safety and Operations ("S&O") function, discussed above, which centralized at the corporate level the related disciplines of personal and process safety management, integrity management, operations excellence and Health, Safety, Security and Environment ("HSSE") compliance. Beginning in 2008, BP also introduced the Operating Management System ("OMS"), a company-wide management system

50