# Exhibit 3

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

# THE 2006 PRUDHOE BAY SHUTDOWN: WILL RECENT REGULATORY CHANGES AND BP MANAGEMENT REFORMS PREVENT FUTURE FAILURES?

## HEARING

BEFORE THE

SUBCOMMITTEE ON OVERSIGHT AND INVESTIGATIONS

OF THE

## COMMITTEE ON ENERGY AND COMMERCE

## HOUSE OF REPRESENTATIVES

ONE HUNDRED TENTH CONGRESS

FIRST SESSION

———

MAY 16, 2007

———

**Serial No. 110–46**



Printed for the use of the Committee on Energy and Commerce

*energycommerce.house.gov*

82

for us to oversee, as part of their implementation of their OMS, Operating Management System. One of the items involves identification of metrics related to safety culture, creating transparency in the organization, as it regards all employees' participation in hazard identification, for example, and we believe that there should be metrics that are part of the executive performance plan; that we believe that we should be able to take a look at how executives are doing at meeting those metrics as part of their annual——

Mr. INSLEE. Are you going to insist on having that, then?

Ms. GERARD. That is the plan.

Mr. INSLEE. Because I have respected some of the things BP has done. They have done some good things in energy and I have admired some of the things they have done. But obviously there is a cultural failure here that was rather broad-based and to deal with it you need something sort of intrinsic in the organization. Thank you.

Mr. MELANCON [presiding]. I think that concludes the questions. I want to thank the panel for coming here and I will apologize for the delay in our process if you all can move your process a little quicker. Thank you so much for being with us today.

The committee will call before it Mr. Robert Malone, chairman and president of BP America, please. Thank you, Mr. Malone, we appreciate you being here today. It is the policy of this subcommittee to take all testimony under oath. Please be advised that witnesses have the right under the rules of the House to be advised by counsel during your testimony. Do you wish to be represented by counsel?

Mr. MALONE. No, sir.

Mr. MELANCON. Then, if you would please rise and I would swear you in?

[Witness sworn]

Mr. MELANCON. Let the reflect that the witness replied in the affirmative. You are now under oath. You may proceed with your opening statement.

### TESTIMONY OF ROBERT A. MALONE, CHAIRMAN AND PRESIDENT, BP AMERICA, INC.

Mr. MALONE. Mr. Chairman and members of the subcommittee, my name is Bob Malone and I am chairman and president of BP America. We are privileged to be the Nation's largest producer of domestic oil and gas and we take our commitments here seriously.

When I accepted the position in the summer of 2006, BP was facing the biggest challenge we have ever had. I agreed to take this job to move BP forward and I set six goals: (1) do all I can to ensure that BP never again experiences a tragedy like Texas City, or allows portions of the critical North Slope pipeline to degrade to the point that we must shut it down. (2) to create a culture in which workers are confident that their concerns and ideas will make a difference. (3) to provide our people with the skills, the systems and the support they need to ensure that budget pressures never compromise the safety or integrity of our operations. (4) put in place a central team of auditors and process safety experts to monitor our operations, identify gaps and ensure that they are closed. (5) restore trust in BP America by ensuring that we deliver

83

on the promises we have made to workers, to regulators and the communities in which we operate; and (6) to work with employees and regulators to make BP America an industry leader in process safety and integrity management.

I am encouraged by the changes I have seen during my visits to BP operations around the Nation. I am pleased with the progress we are making, but there is still much to do. Today, I want to assure you that we get it. We have learned the lessons of the past. Thanks to the State of Alaska, DOT, OSHA, other regulators, the Baker Panel, the U.S. Chemical Safety Board, our own investigations, recent reviews by independent consultants and input from this committee, we have a far deeper understanding of the gaps in our operations than ever before. Some of these assessments have been harsh and they have been deeply troubling, but we recognize that unless we understand the cause of what happened, we cannot make the necessary changes to ensure that it doesn't happen again.

The reports were based on in-depth reviews of our operations. Hundreds of interviews of members of our workforce and reviews of the written records and documentation requested by investigative teams. I have reviewed all of these reports and some of the supporting documentation. It is apparent from reading these reports, from visiting our operations and talking to our employees, that process safety and integrity management was not given sufficient priority or focus in our operations. That finding is a common theme throughout the reports and my own assessment.

I have also read some of the key e-mails selected from thousands of pages that we provided to this committee. It is disturbing to me if even one person in our organization thought of options of placing budget considerations over the safety and the integrity of our operations. It is clear that budget impacted our culture and that we stopped being curious. We asked our people to keep our operations cost competitive and safe and we failed to provide them with the systems and the skills required to recognize and mitigate all of the risks that are inherent in operating complex facilities. Adequate risk assessment tools were not applied with the type of rigor and challenge that we now expect.

There were many reasons for the budget pressures that exist in Alaska, including a 17-year, 75 percent decline in Prudhoe Bay and years of low wellhead prices. And although the corrosion program spending increased ever since 2001, it appears as though our corrosion team members developed options for operating within budget. Some workers expressed opposition to some of the measures being considered. The cause of the level of frustration evident in some of the e-mails is absolutely unacceptable to me and I am encouraged that our workers did make their concerns known. It is important that we communicate the risks they see associated with any reduction in budget or activity levels so that accountable managers can make sound decisions. However, I am not going to be satisfied until no one feels it is necessary to suggest cost-cutting options that he or she believes compromises the safety of our operations.

As to the cause of the leaks on the oil transit line that occurred last year, the fact is, is that our corrosion team had an unwarranted sense of confidence in their own program. They believed that they were appropriately managing risk, but they did not have

the right tools to challenge their own assumptions. Booz Allen Hamilton concluded that without better risk assessment processes sensitive to changing conditions in the field, larger corrosion program budgets alone would not have prevented these leaks.

When I appeared before this committee last September, I made a number of commitments. As promised, I have retained a panel of corrosion and large infrastructure maintenance experts to recommend improvements in the way we manage corrosion. We increased operations in maintenance spending in Alaska and Texas City and our other U.S. refineries. I appointed to Judge Stanley Sporkin as our U.S. Ombudsman and assigned his office responsibility for responding to current concerns as well as reviewing all of the employee concerns raised since 2000. I created an internal operations advisory board and recruited an external advisory council. I built a team of internal safety and operations and compliance and ethics experts and we have engaged with employees and contract workers at all levels across the organization. We have also conducted safety culture assessments and are addressing work environment changes.

Progress on another commitment to replacement of the Prudhoe Bay OTL system is well underway. Rather than just replacing old pipe for new, we opted to design a new $250 million system, sized for the future Prudhoe Bay production. During the winter, more than 600 workers constructed 8 miles of ice roads, completed 1,250 wells and they did it all in subzero conditions without a single lost-time accident. I was there in March to check on the project and I can guarantee you that it was well below 40 degrees. About 8 miles of new pipe had been installed and we are on track to commission this system in late 2008. Full implementation of our new corrosion strategy is going to take time. We are adding more engineers, we are meeting with the teams at each of the facilities, and we are identifying areas of concern to operators and to technicians working on the front line. The plan is to finish these reviews by October of this year and to complete all of the follow-up inspections by year-end. If there are problems, we are going to find them and we are going to fix them.

We are using BP's new operations management system to drive change in a way that the company approaches four key areas: people, plant, process and performance. We want the right people with the right skills in the right places. The members of the new Alaska and Texas City leadership team have deep operating experience. Our two top operating managers for the North Slope have each been involved in oilfield operations for more than 30 years. We are expanding and renewing our Alaska workforce and during 2006 and 2007, we will add nearly 400 BP employees. We have changed the structure of the organization, creating what we call a technical directorate that sets engineering and operation standards and verifies that they are met and adequately resourced. The head of the technical directorate reports to the head of BP Alaska and to me. We are making a significant culture change across our operations, ensuring that all employees feel free to raise concerns and ideas and that their contributions are taken into consideration in how we do business.

We are making the corrosion management program improvements recommended by Booz Allen Hamilton. We are adding people and resources. And most importantly, we are revamping our corrosion management strategy. At the heart of that strategy will be a comprehensive risk assessment process sensitive to changing operating conditions. The strategy will apply to all Greater Prudhoe Bay facilities and systems and will utilize an industry recognized, proven and commercially available risk based inspection (RBI) program.

We understand that budget pressures, poorly managed, can impact the culture of an organization. It can lead to a "make do/can do" mentality. It can dampen the willingness of people to raise concerns or think in new or different ways—especially if they believe they will not be heard or that there is no money to spend on their idea or concern.

We now know as a result of the studies done at both Texas City and Alaska and from our own employee surveys that we must change the way we identify, assess, understand and communicate risk. We also recognize that we must do a better job of listening to and resolving employee concerns. And finally, we understand that we must change the way we integrate what we have learned into our operations and our budget decisions.

Better communication and better risk assessments will mean better budget decisions. The foundation of this risk management process is to understand that occupational safety, process safety and environmental standards cannot be compromised. The next step is to be equally clear that budget discussions recognize and address our priority of safe, reliable operations.

BP America is committed to safety, and the expectation of our management is that budget guidelines should never result in a compromise in safety performance. That is and has long been our philosophy, but we believe we can improve the way we receive and resolve employee concerns and enhance the way we identify, assess, eliminate and/or manage risk, and that, by doing so, we can make sure that that philosophy is more than just words.

Chairman Dingell referred us to several email communications from the Alaska workforce that BP America has provided to the committee regarding budget pressures and considerations about ways to lower budgets or limit budget overruns. We are researching the situations described to determine how the issues raised in those emails were ultimately resolved. The frustration evident in some of those emails causes me concern. It is clear to me the employees were troubled by some of the cost-saving options identified for consideration. I am encouraged, however, that they were making their concerns known.

Regarding the use of corrosion inhibitor chemicals, an investigation is being conducted by the BP Ombudsman, Judge Stanley Sporkin. This investigation will include a review of documents and interviews with personnel and is expected to be completed in July. I expect that Judge Sporkin will keep you apprised of his progress, and I will share his final report with the committee upon completion. However, we are not waiting on the outcome of this investigation to take action. BP America has initiated a review of our inspection programs for all North Slope facilities and systems. This will verify the current condition of the pipelines and processing facilities, identify concerns in each operating area and inform the implementation of the comprehensive RBI program.

I am here today to provide you with an update on the commitments I made at the hearing last September; update you on the status of the Greater Prudhoe Bay Oil Transit Line replacement project; share what we have heard and learned from the reports and studies of the incidents; and outline the actions we are taking to reestablish BP as an industry leader in the area of process safety and to restore the faith and confidence of the American people in our operations.September 2006 Commitments

I committed to initiate a number of actions to drive operational and safety change within BP America, and I am pleased today to report back to you on the progress we have made in fulfilling these commitments:

I retained three of the world's foremost experts on corrosion and infrastructure management. They have received unhindered access to review our corrosion management system on the North Slope and to suggest management and operational changes to improve it. Their report will be complete this summer. We will apply what we learn to all of our pipeline operations.

BP America committed to significant spending increases to upgrade all aspects of safety at our refineries. We have publicly committed to spend $7 billion to improve those operations. In addition, we have more than doubled our spending on major maintenance projects in Alaska.

I appointed retired U.S. District Court Judge Stanley Sporkin, as Ombudsman, reporting directly to me. He has initiated a review of all worker allegations that

have been raised on the North Slope since 2000 and has conducted other reviews to investigate concerns raised by our employees.

I created an Operational Advisory Board, composed of fifteen senior business leaders in BP America, to lead our effort on safety, operational integrity and compliance. This group meets quarterly and each member has committed to implementing a different, holistic approach to managing U.S. operations.

I have recruited an External Advisory Council to assist and advise me on all aspects of BP America's US businesses and to focus in particular on safety, operational integrity, compliance and ethics. We have met as a Council twice, most recently two weeks ago. That meeting included a day at the Texas City refinery.

I have built my own team of internal experts on employee safety, safety culture, process safety, operational integrity, and compliance and ethics to assist me in monitoring these aspects of our business.

I continue to meet with employees to reinforce my expectations of them: that they must ensure that our operations are safe, that they understand they have both a right and responsibility to shut down any process they feel is unsafe or operationally unsound, and that they are encouraged to raise concerns on any issue. This engagement has been through town hall meetings, site visits, conferences, email and internal company publications. I have even created my own web blog to communicate with employees.

These conversations have provided me with encouragement that we are on the right path. In fact, in a survey now being conducted on the North Slope by the Ombudsman's office, 98 percent of respondents would report issues that impact health, safety or environmental protection; and the safety culture survey indicates that 97 percent of employees believe they have the ability to report and to stop any unsafe operation. Further, 92 percent felt comfortable reporting concerns directly to their supervisors or line managers. Similarly, across refinery operations, we have initiated a "Stop Work If You Think It Is Unsafe" program as a condition of unit startups.

I have also been to Texas City and the North Slope a number of times and the work I have witnessed demonstrates that all of us are unified behind the need and the desire to improve. The milestones achieved at Texas City and Alaska are significant. At Texas City, those milestones include:

• Nearly 300,000 hours of leadership and other training;
• A total rebuilding of the training program with more than 30 new instructors;
• More than 400 new people hired;
• 15.5 million man-hours worked in 2006—3 times the average U.S. refinery—under entirely new safety systems;
• An infrastructure renewal program so large that it requires scaffolding sufficient to scale Mt. Everest 7 times; and
• A complete overhaul and safe re-commissioning of the 27-mile steam system.

Similar achievements have been made on the North Slope during this past Arctic winter:

• Since the incident we have completed 21,000 ultrasonic tests on the oil transit lines;
• Since the incident we have removed insulation and inspected and re-insulated more than 43,000 ft (8 miles) of pipe;
• Since August 2006, we have increased BP employees on the North Slope by more than 10 percent; and
• We had 110,000 construction man-hours worked this winter on oil transit line replacement without a lost time accident or recordable injury.

### OIL TRANSIT LINE (OTL) REPLACEMENT

Prudhoe Bay's oil transit line system is undergoing a major upgrade, initially focusing on rebuilding the field's most critical pipe segments, a phase that will take until the end of next year. By then, we will have installed approximately 16 miles of oil transit lines from the flow stations and the gathering centers to Skid 50, near the starting point of TAPS.

The winter 2007 construction season recently ended. I am pleased to report that approximately 8 miles of new pipe has been installed. This feat is impressive given that during the 3-month construction season more than 600 workers constructed 8 miles of ice roads, installed 680 vertical support members, performed 1,250 welds and installed this nearly 42,000 feet of new pipe all in sub-zero arctic conditions.

89

### NO TOLERANCE FOR RETALIATION

On the broader issue of employee retaliation, BP was asked to ensure that there is no tolerance for retaliation against workers who raise safety and health concerns and to provide a transparent mechanism to ensure concerns are resolved in a timely manner.

BP does not tolerate retaliation against workers who raise safety concerns. It is prohibited by our Code of Conduct and I have made it clear that I expect appropriate action to be taken to anticipate and prevent, or mitigate, any such incidents or behaviors that may discourage workers from raising safety, environmental or other concerns. However, I also recognize that tackling long term behaviors takes time and training.

BP America has a number of systems and processes for resolving employee concerns including the BP "Open Talk" Program and the Ombudsman's office. BPXA currently has seven different avenues—we are evaluating how to streamline these avenues for greater effectiveness and efficiency, but for now we would rather have more opportunities than fewer.

### COMPLIANCE ORDER BY CONSENT (COBC) REVIEW

Following the hearing in September 2006, the Oversight and Investigations Subcommittee asked BP America to investigate whether BPXA failed to disclose information regarding its awareness of sediment in the OTLs to the Congressional staff prior to the hearings, and, if so, to explain that failure.

This concern arose because of the post-hearing identification of a 2002 Compliance Order by Consent (COBC) entered into between BPXA and the Alaska Department of Environmental Conservation (ADEC) that referred to the existence of sediment in the lines.

In November 2006, I asked Billie Garde, as a consultant, to conduct an investigation on behalf of BP America and to provide a report to me. An interim report has just been completed and a briefing of the interim findings has been provided to committee staff, at its request. The investigation found that our preparation for the September, 2006 hearing was not based on all information available to the corporation, and thus neither I nor the committee staff had information that may have been helpful for the hearing. For that, I apologize.

### FATAL ACCIDENT INVESTIGATION REPORT—ISOMERIZATION UNIT EXPLOSION FINAL REPORT (MOGFORD REPORT)

Following the March 23, 2005 incident at the Texas City Refinery, BP assembled an incident investigation team, led by John Mogford, to identify the underlying root causes of the incident. On May 17, 2005, the team released an interim report to communicate its preliminary findings. The team released its final report on December 9, 2005. The report was intended to deepen understanding of the causes of the incident; to recommend corrective actions to prevent recurrence of a similar incident; and to improve safety performance at the site. The investigation used the BP root cause methodology supplemented by guidance issued by the Center for Chemical Process Safety.

The interim report made recommendations in the areas of: (1) People and Procedures; (2) Control of Work and Trailer Siting; and (3) Design and Engineering. The final report augmented those recommendations and made a significant number of additional detailed, site-specific proposals for corrective actions designed to address the root causes and underlying cultural issues identified by the investigation team.

### BP U.S. REFINERIES INDEPENDENT SAFETY REVIEW PANEL (BAKER PANEL)

Pursuant to a recommendation from the Chemical Safety and Hazard Investigation Board (CSB), BP convened an independent safety review panel, chaired by former U.S. Secretary of State James A Baker III to assess process safety management systems and safety culture at its five U.S. refineries.

The Panel carried out its work throughout 2006 and reported its findings in 2007. The report is hard-hitting and unique. We have committed to implement all of the report's recommendations, and many measures have already been taken, or are underway, a fact the Panel recognized when it observed that "since March 2005, BP has expressed a major commitment to a far better process safety regime, has committed significant resources and personnel to that end, and has undertaken or announced many measures that could impact process safety performance at BP's five U.S. refineries."

90

U.S. CHEMICAL SAFETY AND HAZARD INVESTIGATION BOARD

The CSB report addressed the causes of the Texas City incident. We recognize and appreciate the effort CSB put into this investigation.

BP America will implement actions consistent with the recommendations of the CSB and will communicate this to Chairman Merritt within the next few days.

LEARNINGS

What did these reports teach us and how have they informed our changes? We have spent considerable time analyzing the findings of these studies and integrating their recommendations into a cohesive plan to help BP America grow to become an industry leader in process safety. We found these reports to contain several common themes that have been incorporated into our new operating management system (exhibit 3). These common themes and some corresponding observations are shown below:

Communications and Leadership—The reports indicated that some concerns were either not communicated effectively or sufficiently heard. The organizational culture must consistently encourage greater upward and cross-functional communication. The Mogford report regarding Texas City, for example, noted that a "lack of leadership visibility and poor communication through the complex siloed organization did not assist in delivering the right messages" regarding the priority of safety at the site.

Management's Technical Knowledge—As observed in the Booz Allen Hamilton report, because the corrosion group "was hierarchically four levels down from senior leadership, corrosion risk management had less visibility." As a result, "the technical evaluation of corrosion risk was not challenged by senior management to fully understand the tradeoffs made within CIC and at the Field Operation level." Regarding management knowledge at Texas City, the Mogford report stated "there needs to be a greater line management understanding and ownership of process safety management."

Accountability and Clarity of Expectations—BP America's entrepreneurial culture engendered significant discretion and autonomy to its business unit leaders, and expectations, responsibilities or accountabilities were not always well understood. Greater organizational clarity must be pursued to ensure understanding of operational accountabilities.

Knowledge, Expertise, and Training—Technical and institutional knowledge in some businesses rested with a few key individuals. Greater depth and technical capability needs to be embedded more consistently across the organization. BP America has begun to substantially increase the number of hires, training and the knowledge base across the U.S.

Risk Identification and Assessment—BP America businesses have always conducted risk assessment across their operations but those assessments were not always the result of a comprehensive, systematic risk assessment process that was consistently applied throughout the businesses. The Mogford Report observed that the Texas City site had "no comprehensive and consistent business plans focused on the systemic reduction of process risks." The Booz Allen Hamilton Report found that "there was no formal, holistic risk assessment process for pipeline integrity."

Effective Process Safety/Integrity Management System—As operational and environmental conditions changed, BP America's systems and processes haven't been sufficiently sensitive to make the corresponding adjustments. These processes must be more flexible and subject to greater input and challenge from the organization.

Sufficiency of Resources—We now know as a result of the studies done at Texas City and Alaska and our own employee surveys that we must make changes in the way we identify, assess, understand and communicate risk. We must also change the way we integrate that knowledge into our operations and our spending decisions. I believe that better risk assessments will lead to improved budget discussions and spending decisions will be better as a result.

BP has a strong cost-focused performance culture. We made a virtue out of doing more for less. The mantra of more-for-less says that we can get 100 percent of the task completed with 90 percent of the resources. This approach needs to be deployed with great judgment and wisdom. When it isn't, we run into trouble.

We are committed to safety and the expectation of our management is that budget guidelines should never result in a compromise in safety performance.— We believe we can come closer to always achieving this goal by improving the way we receive and resolve employee concerns and by enhancing the way we identify, assess, eliminate or manage risk. Safety must be the overriding priority in all we do—and it will be.

91

Audit, Compliance, and Monitoring—We have several different systems for monitoring and auditing performance and compliance. Enhanced rigor must be applied together with common standards, appropriate capabilities and adequate resources to follow up and address identified concerns. According to the Mogford Report "[audit] action items did not appear to be tracked and effectively closed." The Booz Allen Hamilton Report observed that "a number of key assurance processes (e.g., Audit, Management of Change) were not 'closed loop' to ensure that required changes were truly implemented and documented."

Process Safety as a Core Value—Process safety must be instilled as a core value. BP America has always held safety as a core value as reflected in the company's concerted effort to continually reduce the number of workplace injuries and fatalities across its operations. The success of this effort can be seen in our occupational safety performance metrics. At Texas City, the company reduced OSHA injury rates by more than 70 percent in the five year period before the March 23 explosion. We relied on these metrics as an indicator of process safety as well. We now understand that this reliance was a mistake.

In addition, we are taking action in the area of worker fatigue and overtime, adherence to formal processes and incident investigations and reporting.

### THE OPERATING MANAGEMENT SYSTEM

We are folding BP America's Health, Safety & Environment management system into a broader, comprehensive operating management system. This new system is based on the International Standards Organization's management system framework and is designed to support a more rigorous approach to compliance and risk management. Implementation of the system, which will be introduced to BP operations worldwide, is first taking place in U.S. refineries, Alaska and other selected locations.

This enhanced framework provides clear guidance in what we have defined as the eight elements of operating in BP America: risk; procedures; assets; optimization; organization; leadership; results; and privilege to operate.

At its core, the framework helps define and add clarity to the people, plant, process and performance measures facilities need to undertake to ensure reliable, safe operations. We have begun to implement this new system in Alaska through the "Renewal" program and at Texas City through the "Focus on the Future" program. In both cases, we are integrating the learnings from the expert studies and analyses and adopting action plans that focus on critical operational components.

### HOW HAS OMS INFLUENCED BP'S OPERATIONS?

The operating management system framework is changing the way BPXA approaches the people, plant, process and performance issues that influence our operations (exhibit 3).

### PEOPLE

The new head of BPXA has assembled a new leadership team since last September with a renewed emphasis on operational capability and clarity in their accountabilities. An example of this is the separation of technical assurance from operations.

To achieve this, BPXA created and staffed a Technical Directorate organization of 150 technical experts that are responsible for setting and verifying the standards to which BPXA will operate. The Directorate will review budgets of the line and provide assurance that major risk items are adequately funded. They are independent of the line organization and have direct accountability to both me and the President of BPXA.

Similarly, the oil transit lines will now be managed as a system by a single area manager. This will ensure better oversight and accountability over their operation.

### PLANT

When we committed to replace the 16 miles of oil transit line serving Greater Prudhoe Bay, we could have approached the project as simply a repair and maintenance project. That is, replace the existing pipe with new pipe of the same composition and quality using existing associated infrastructure. In fact, our preliminary plan announced in August 2006 reflected just that scenario. However, upon further analysis and with a view to the future, we decided to incorporate additional technologies into the project to ensure oil transit line integrity and long-term safe operations.


caped from the pipe and, if this has happened, triggers an alarm. This method is intended to detect pinhole leaks, such as the ones experienced in 2006.

### PROCESS

Underlying these new investments and organizational changes is the adoption of new risk assessment and management procedures. These tools will allow us to better identify, evaluate and target concerns with adequate budget support. BP has already initiated risk-based inspections for its entire North Slope operation and modified its operating and maintenance practices on the OTLs. For example, CIC staff has been doubled and they have expanded their work to include greater interaction with operations personnel and with in-field inspectors including face-to-face dialogue and more rigorous hands-on-pipe visual and other inspection protocols.

### PERFORMANCE

Management assurance has been facilitated by the adoption of a new closed-loop safety and operations integrity management system. This new system will incorporate clear leading and lagging indicators, enhanced communication and transparency up the line, formal reporting and clear authorities and accountabilities that are properly linked to incentives. The BP Group Safety Culture & Leadership initiative is well underway for Greater Prudhoe Bay, and is beginning at other facilities. Culture change is among the goals of the OMS process.

While it is clear that OMS has begun to drive renewal in Alaska, behaviors have also begun to change elsewhere in the organization. Recently, the steam provider to our Toledo refinery experienced a plant upset causing a loss of steam to the refinery. The refinery initiated emergency shut-down procedures as designed and without incident. A day later, as Toledo began normal restart, personnel noticed a leak on one of the overhead lines from a process unit. The refinery was again taken down and upon inspection, it was determined that a stress fracture had occurred on a pipe weld during the initial steam-provider induced refinery shut-down. We could have performed a spot repair on the unit and continued restart operations but, informed by a comprehensive risk assessment, we are performing additional unit inspections to properly identify any other impacts, perform repairs and initiate safe restart. This is exactly the behavior that OMS drives and what I am reinforcing throughout BP America's operations.

### CONCLUSION

Much of my job over the past year as Chairman and President of BP America has been to assess and develop new standards of operation and to ensure that the standards we have set are met.

When I appeared before the committee last September, I asked that we be measured by "what we do, not what we say." We have made tremendous progress over the past several months due to the deep commitment of BP America's management and employees to this renewal process. I am pleased with the progress but not yet satisfied.

Renewal is taking hold. We are investing for the future but the process of renewal will take a number of years to fully realize. Similarly, culture change will require the same sustained commitment of management for employees to embrace BP America's new OMS model. I know that BP America and its 36,000 employees are up for the challenge. My commitment is to make this all happen.