# Exhibit 6

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

Safety




Strategic view: BP's new approach to safety can be summarised by 3Ps – *Plant, Process and People*. The focus will be on all three areas being as equally safe as they can be.

# Safety
## THE NUMBER ONE PRIORITY

There's no doubt that the industry in which BP operates is challenging and hazardous. Keeping people safe is a daily issue, but the tragedy at Texas City – in which 15 people died – has thrown its ongoing importance into sharp relief. **Helen Campbell** discovers the impact it has had inside BP and how the company is working to ensure the lessons from that day are embedded right across the company.

Hydrocarbons are hazardous materials, and processing and production of them is a hazardous business. A key lesson of the investigation into Texas City is that we must pay more attention to process, as well as personal safety. Safe operations need safe plant, safe processes and safe people who are highly trained, skilled and motivated. Without all of these, safety can break down.

In its new strategic approach, summarised by the 3Ps – *Plant, Process and People* – BP is focusing equally on all three areas being as safe as they can be, whether that means plant design, the way a particular piece of equipment works or a task is carried out, or the capability of the person pushing the button.

As John Mogford, global head of Safety and Operations (S&O), puts it: "You might set out to drive safely, but if you do not know the highway code, or do not have a safe car, you are not a safe driver. In the same way, if people within our operations set out to be safe, but the plant



Right direction: road safety has been key to BP's operations for many years.

has problems, or work processes are incomplete and staff are not able or empowered to improve them, it is very difficult for the individual to be safe when the system around him is not."

Safety remains the number one priority, and while the concentration on personal safety will continue, BP's investigations show a need for closer attention from all of us to the risk of unlikely, but catastrophic, incidents. After first carrying out the most urgent item in its six-point plan – the immediate responses to the Texas City event – BP proceeded with the rest of the plan developed as a set of imperatives to streamline and improve safety standards across the group over the near future.

The second of these six points is a major accident review (MAR) of all global facilities or operations perceived to have high risk potential, requiring close scrutiny of plants and all their major risk activities. Half of BP's refineries and all its aromatics and acetyls sites have gone through the process, and BP will complete the review by the end of 2006.

TREX 000098.0003

"Under the plant's new leadership, there is a tremendous cultural transformation, particularly focused on how everyone's knowledge and experience counts. We have learnt that we need to listen and to engage more, and to be more inclusive, so that everyone can have a voice and feel valued. That some of that was lacking has been a huge realisation from Texas City."

She continues, "We are committed to the OMS concept and have made it the cornerstone of a major project to improve process safety through implementation of OMS, beginning with our five US refineries.

"We feel the urgency of this in terms of the risks that refineries represent, and this is a positive response. OMS will take all the different standards and pull everything together into one comprehensive and holistic system, facilitating sharing of experiences and lessons."

One way that BP has increased inclusion is through additional safety-related questions in its internal People Assurance Survey (PAS), a measuring tool used every two years to seek the views of around 100,000 employees on a range of issues. For the first time, BP is using the answers to questions such as 'Do you feel your supervisor listens to you?' as benchmarks to determine opportunities to improve safety performance.

Cinzia De Santis, director of safety culture and leadership, has conducted extensive studies on the factors that contribute to safety performance, and says the link between safety records and the way employees feel treated by their supervisors – their well-being, satisfaction and confidence – is clear.

"Research shows that if individuals don't feel they are respected or listened to by their line supervisor, then they lose confidence in the system and then don't do what they should be doing," De Santis says. "We have learnt a lot from other industries, organisations and companies where the focus has been more on major accident risk, where confidence and trust are high, and sharing bad news is encouraged. The latter was not always the case in BP, where it is rare to hear a manager saying, 'Tell me something you know I don't want to hear about safety!' This is something we feel must change."

BP has conventionally measured safety performance in its individual businesses by the number of accidents leading to a 'day away from work' case, or DAFWC. These statistics are still being used but, as improvements in personal safety have been so great, they have become virtually meaningless over the past several years in those businesses where the incident rate is extremely low.

"In the 1960s and 1970s, DAFWCs were useful because the injury rate in the industry as a whole was so much higher then," says De Santis. "But nowadays, from a statistical point of view, they don't make too much sense anymore and we are exploring other indicators, although we will always need to monitor DAFWCs."

BP's upstream business has also been applying the lessons from Texas City.

"Texas City had a big impact on us," says Ellis Armstrong, group vice president of technology and decentralised functions in Exploration and Production (E&P). "One of the first things we did was realise that it could happen to us. We immediately analysed high potential incidents in E&P and realised we had experienced a number of near misses that could have had a similar consequence to Texas City. As a result, we have fundamentally changed our approach to safety and operations, and that change is ongoing."

Mindful of the fact that fatalities at Texas City were higher because people



Constant dialogue: trust, confidence and dialogue are key to creating a culture of safety.

14

TREX 000098.0005

Safety



Field training: instructors and firefighting students learn about containing and extinguishing liquefied natural gas fires at the Brayton Fire Training Field, US.



> "To improve our standards in safety, health, environment and technical integrity we have been recruiting people from outside BP, people who don't think the way we normally do and who bring something new."
> Pat King

were in close proximity inside non-blast-proof temporary buildings (such as trailers), one of BP's first responses was a thorough global review of all such buildings. Those in unsafe areas were either moved or made blast-proof. Armstrong cites the UK's Wytch Farm oilfield as one E&P example where buildings were moved or upgraded as a direct result of Texas City.

"We also looked at the number of people who were in, or close to, hazardous areas and didn't need to be," he continues. "At the Kinneil processing terminal near Grangemouth in Scotland, where the Forties pipeline terminates, we have relocated office workers away from the hazardous area by moving them to the town."

Offshore, the picture is slightly different. Owing to the fatal 1988 fire and explosion on a competitor's North Sea platform named Piper Alpha, industry standards were tightened considerably. BP people offshore were largely already located away from high-risk areas, and where this was not the case remedial action has been taken, Armstrong says.

"Every part of our business is fully implementing the six-point plan, and our North American gas business will lead the transition to OMS."

BP's gas, power and renewables business also carried out a global survey of its operations. Steve Westwell heads up the Alternative Energy business and is also the segment's representative to S&O.

"We have two areas of higher risk, our natural gas liquids (NGLs) business and our shipping fleet," Westwell says. "Shipping has frequent and extensive external and internal safety audits and our NGLs business was a pilot in Project Emerald, the BP Group's programme to ensure our businesses were in compliance with relevant legislation. In some respects, we were in action on some of the issues we are now addressing at group level, but we are actively implementing the company's six-point plan."

One area of focus identified through Project Emerald was the inspection of pressure vessels, where we identified some which had not been inspected within the appropriate time frame. Plant turn arounds were scheduled for the relevant plants and vessels will be inspected and replaced where appropriate.

BP has always had capable people working to improve safety, environmental and health performance, but the shift in focus means a greater need for operational and process safety experts. Many have already been recruited externally, often from industries such as nuclear, pharmaceuticals and aviation.

"To improve our standards in safety, health, environment and mechanical integrity, we have been recruiting people from outside BP, people who don't think the way we normally do and who bring something new," says Pat King, head of HSSE at Texas City since January 2006. "We have brought in some very credible people who have a lot of expertise, who can build relationships, influence operations and maintenance managers and help make the right decisions."

The accident at Texas City was a tragedy, but taking that experience and learning from it is the best tribute to those who lost their lives. John Mogford concludes: "We are a huge company and our scale is such that if we perform at industry average we will have a major incident once every 10 or 15 years, simply due to the number of refineries an oil and gas fields we have. But we need to be better than the industry average because none of us wants to accept such performance. Every fatality and every injury is avoidable, and is an incident which we cannot tolerate. That's why we're putting so much focus and energy into the safety and operations agenda across BP."

15

TREX 000098.0006