# Exhibit 9

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

S. HRG. 109–766

# BP PIPELINE FAILURE

## HEARING

BEFORE THE

## COMMITTEE ON ENERGY AND NATURAL RESOURCES UNITED STATES SENATE

ONE HUNDRED NINTH CONGRESS

SECOND SESSION

TO

RECEIVE TESTIMONY RELATING TO THE EFFECTS OF THE BP PIPELINE FAILURE IN THE PRUDHOE BAY OIL FIELD ON U.S. OIL SUPPLY AND TO EXAMINE WHAT STEPS MAY BE TAKEN TO PREVENT A RECURRENCE OF SUCH AN EVENT

———

SEPTEMBER 12, 2006



Printed for the use of the
Committee on Energy and Natural Resources

———

U.S. GOVERNMENT PRINTING OFFICE

32–146 PDF                WASHINGTON : 2007

For sale by the Superintendent of Documents, U.S. Government Printing Office
Internet: bookstore.gpo.gov   Phone: toll free (866) 512–1800; DC area (202) 512–1800
Fax: (202) 512–2250   Mail: Stop SSOP, Washington, DC 20402–0001

25

BP operations and maintenance personnel have reviewed and updated operating and maintenance procedures and received training on process safety management, hazard recognition, process control, process trouble shooting and control of work. Site employees have completed over 300,000 man hours of operational and process safety related training since March 23, 2005.

The company has set aside $1.2 billion to compensate victims of the explosion and has worked to resolve claims arising from the incident without the need for lengthy litigation.

Settlements have been achieved with nearly all family members of every worker who died. The company has also agreed to compensation with more than 500 injured workers.

The Thunder Horse platform is the largest semi-submersible oil production platform in the world, at 130,000 tons displacement, and is designed to process 250,000 barrels of oil and 200 million cubic feet of natural gas per day. The Thunder Horse field is located in 6000 ft. of water and involves extremely challenging high pressure and high temperature hydrocarbon reservoirs. Much of the technology being utilized on the project is industry-first involving new metallurgy, new engineering designs and 'serial number one' equipment. Thunder Horse is operated by BP, with a 75 percent working interest. ExxonMobil owns the remaining 25 percent interest.

In April 2005, the platform was towed to its location in Mississippi Canyon Block 778 in the deepwater Gulf of Mexico, 150 miles southeast of New Orleans.

Upon the approach of Hurricane Dennis in July 2005, all personnel evacuated the Thunder Horse platform in conformance with standard BP safety procedures. Following passage of the storm, the Coast Guard Marine Safety Unit Morgan City was notified that the Thunder Horse platform was listing.

A BP investigation was begun to determine the cause of the stability imbalance that saw the Thunder Horse platform list to port at an estimated 20 degrees. The U.S. Coast Guard and the Department of the Interior's Minerals Management Service also opened a joint investigation to determine the cause of the listing and their investigation is continuing. BP is cooperating fully with this investigation.

On August 1, 2006, the Thunder Horse platform completed major repairs and was declared ready for the introduction of hydrocarbons. This massive undertaking was completed on schedule and safely, with zero days away from work cases.

Some of BP's U.S. Trading operations have come under scrutiny by federal regulators. BP is cooperating with the Commodity Futures Trading Commission and the Department of Justice in their investigations by providing responsive documents, data and witness testimony.

BP has initiated a review by independent external auditors of the compliance systems in its U.S. trading business. The auditors will examine the design of the trading organization, delegations of authority, standards and guidelines, resources and the effectiveness of control and compliance. The results of the review will be shared with relevant U.S. regulatory authorities and the auditors' recommendations will be acted upon by BP.

Some policymakers and regulators have begun to question whether these operational problems at BP are symptoms of a systemic problem. Clearly, BP has had its share of issues from which we've taken important learnings. I believe BP is, overall, a well-managed company with a solid long-term record. We recognize that there has been a series of troubling problems that are unacceptable to us and contrary to our values. We want to understand why they have occurred and do whatever it takes to set them right.

I don't believe in bad luck. We need to understand these issues and then translate the lessons we learn across all of our operations.

CONCLUSION

For many, the shine has come off of BP over the last year as we have stumbled operationally. Some have questioned our environmental credentials while others have accused BP of profiteering at the expense of employee safety. BP holds itself to a higher standard and consequently expects the scrutiny that comes when we fall. Part of my job as Chairman and President of BP America is to ensure that the standards we have set are met. My commitment is to make it happen.

In response to the specific challenges that we have faced in the U.S., BP has announced several specific actions that it will be taking. These include:

- U.S. refining—a major increase in expenditure on refining maintenance, turnarounds, inspections and staff training and the upgrade of our process safety management system.
- Alaska—major additional investment in pipeline integrity.

87

have been raised on the North Slope since 2000 and has conducted other reviews to investigate concerns raised by our employees.

I created an Operational Advisory Board, composed of fifteen senior business leaders in BP America, to lead our effort on safety, operational integrity and compliance. This group meets quarterly and each member has committed to implementing a different, holistic approach to managing U.S. operations.

I have recruited an External Advisory Council to assist and advise me on all aspects of BP America's US businesses and to focus in particular on safety, operational integrity, compliance and ethics. We have met as a Council twice, most recently two weeks ago. That meeting included a day at the Texas City refinery.

I have built my own team of internal experts on employee safety, safety culture, process safety, operational integrity, and compliance and ethics to assist me in monitoring these aspects of our business.

I continue to meet with employees to reinforce my expectations of them: that they must ensure that our operations are safe, that they understand they have both a right and responsibility to shut down any process they feel is unsafe or operationally unsound, and that they are encouraged to raise concerns on any issue. This engagement has been through town hall meetings, site visits, conferences, email and internal company publications. I have even created my own web blog to communicate with employees.

These conversations have provided me with encouragement that we are on the right path. In fact, in a survey now being conducted on the North Slope by the Ombudsman's office, 98 percent of respondents would report issues that impact health, safety or environmental protection; and the safety culture survey indicates that 97 percent of employees believe they have the ability to report and to stop any unsafe operation. Further, 92 percent felt comfortable reporting concerns directly to their supervisors or line managers. Similarly, across refinery operations, we have initiated a "Stop Work If You Think It Is Unsafe" program as a condition of unit startups.

I have also been to Texas City and the North Slope a number of times and the work I have witnessed demonstrates that all of us are unified behind the need and the desire to improve. The milestones achieved at Texas City and Alaska are significant. At Texas City, those milestones include:

• Nearly 300,000 hours of leadership and other training;
• A total rebuilding of the training program with more than 30 new instructors;
• More than 400 new people hired;
• 15.5 million man-hours worked in 2006—3 times the average U.S. refinery—under entirely new safety systems;
• An infrastructure renewal program so large that it requires scaffolding sufficient to scale Mt. Everest 7 times; and
• A complete overhaul and safe re-commissioning of the 27-mile steam system.

Similar achievements have been made on the North Slope during this past Arctic winter:

• Since the incident we have completed 21,000 ultrasonic tests on the oil transit lines;
• Since the incident we have removed insulation and inspected and re-insulated more than 43,000 ft (8 miles) of pipe;
• Since August 2006, we have increased BP employees on the North Slope by more than 10 percent; and
• We had 110,000 construction man-hours worked this winter on oil transit line replacement without a lost time accident or recordable injury.

OIL TRANSIT LINE (OTL) REPLACEMENT

Prudhoe Bay's oil transit line system is undergoing a major upgrade, initially focusing on rebuilding the field's most critical pipe segments, a phase that will take until the end of next year. By then, we will have installed approximately 16 miles of oil transit lines from the flow stations and the gathering centers to Skid 50, near the starting point of TAPS.

The winter 2007 construction season recently ended. I am pleased to report that approximately 8 miles of new pipe has been installed. This feat is impressive given that during the 3-month construction season more than 600 workers constructed 8 miles of ice roads, installed 680 vertical support members, performed 1,250 welds and installed this nearly 42,000 feet of new pipe all in sub-zero arctic conditions.