# Exhibit 13

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

A Safer, Stronger BP: Our Quest to Earn Back America's Trust - Bob Dudley speech to Econo...

Case 2:10-md-02179-CJB-DPC   Document 12460-14   Filed 03/06/14   Page 2 of 3



 > Press > Speeches > A Safer, Stronger BP: Our Quest to Earn Back America's Trust - Bob Dudley speech to Economic Club of Chicago

# A Safer, Stronger BP: Our Quest to Earn Back America's Trust - Bob Dudley speech to Economic Club of Chicago

Speaker: **Bob Dudley**
Speech date: **12 January 2012**
Venue: **Economic Club of Chicago**
Title: **Group Chief Executive, BP**

Thank you, John (Canning), for that generous introduction. It is always a pleasure to be back in Chicago.

I was flying Wednesday night on United from Washington. I flipped open the window at five minutes after 5 p.m. and there was a beautiful sunset. As the plane went over Lake Michigan I looked over and saw Whiting refinery, which is one of our largest investments in the world.

And then the plane curved around and came towards the city and flew north of the big buildings and landed at O'Hare. And it just reminded me of what a remarkable city Chicago is, with the amber lights at night. It's a great city.

When I started my energy career in 1979 a couple of blocks away from here with Amoco, I never imagined I would be back one day representing our company in this very prestigious forum. So it is an honor to be here.

As John noted, BP, Amoco and the energy industry have seen enormous changes in recent decades. But one thing that hasn't changed is the importance of the Chicago area to BP.

Chicagoland is home to many vital BP businesses. Our Integrated Supply and Trading business is now housed in the old Chicago Merc space.

Also downtown is our East of Rockies Fuels Value Chain headquarters, which includes, among other things, our sales and marketing activities through 9,500 BP-branded gas stations, fuelling three million customers a day, from Minnesota to Florida to New York.

Also in the area is Air BP, which provides aviation fuel at all major US airports, including 1000 flights a day at O'Hare. BP Pipelines North America, one of the nation's largest pipeline companies. Our US refining and fuels R&D unit, which develops cleaner-burning fuels. And our Americas Business Service Center, which supports our refining and marketing businesses in the Americas.

And just across the state line in Indiana, we are on track to complete our multi-billion dollar modernization of the Whiting refinery next year. This will increase its efficiency and boost its output.

It is one of the largest economic investments this area has ever seen, and the largest industrial project in Indiana's history. All told, our operations provide jobs to 13,000 employees and contractors in Illinois and northern Indiana.

We are deeply committed to this region and to the United States.

Let me tell you some things you might not know about this company formerly known as British Petroleum.

While our corporate headquarters is in London, our American roots go considerably deeper than our British ones.

ARCO, our oldest heritage component, was founded as the Atlantic Petroleum Storage Company in Pennsylvania in 1866. Standard Oil was incorporated in Ohio four years after that. And the company that would become Amoco was founded in 1889. All this came years before William Knox D'Arcy founded the Anglo-Persian Oil Company, which eventually became BP, in 1909.

In spite of that long and storied history, there were those in 2010 who questioned our willingness and ability to maintain our commitment to the United States.

They said we would have to rebrand ourselves, reduce our presence here, or even exit the US market altogether.

But none of those options would have been acceptable to us.

A Safer, Stronger BP: Our Quest to Earn Back America's Trust - Bob Dudley speech to Econo...

Case 2:10-md-02179-CJB-DPC   Document 12460-14   Filed 03/06/14   Page 3 of 3

After cementing the well in early August, we continued drilling relief wells, to intercept it and permanently seal it. We succeeded on Sept. 19th, after 153 days of round the clock work.

This was a remarkable engineering feat. It required hitting a target the size of a dinner plate, 3 ½ miles below the water's surface, in the dark.

At the same time, up on the surface, we faced a daunting logistical challenge.

Working with the US government, our response involved at its peak around 48,000 people, 6000 ships, over 100 aircraft and 13.5 million feet of boom. Despite our best efforts, some oil did reach the shore. In all, 635 miles of shoreline required some degree of cleaning.

Twenty months later, while we are still monitoring for the occasional tarball and responding as necessary, I am pleased to report we are down to our final few miles of active cleanup.

Also, federal and state trustees recently selected the first early environmental restoration projects, for which BP has committed up to $1 billion.

The financial challenge we faced cannot be overstated. Despite our deep resources and valuable assets, the uncertainty we faced caused some banks to stop trading with us and extending us credit. Our stock price plummeted more than 50 percent.

Nevertheless, we immediately stepped up.

We waived the $75 million statutory liability cap under the Oil Pollution Act of 1990.

We established a $20 billion trust, assuring the American public that funds would be available for economic and environmental restoration. We have spent more than $21 billion on the response, clean-up and claims so far.

And even though testing shows beaches, waters and seafood are safe, we are making up to $500 million available over the next decade to fund scientific research into the Gulf ecosystem.

Fortunately, we have recently gotten some help. Two of our partners and two of our contractors are now contributing to the effort. We have called on others to step up and meet their obligations.

Communicating with our employees, the government, local residents, and the general public was a significant challenge. The circumstances were chaotic. Events changed quickly. Rumors ran wild.

Under the direction of the Coast Guard and in concert with other government agencies, we participated in the Unified Command, which conducted daily updates on the response from Louisiana. In Houston, daily technical briefings were provided on our efforts to cap the well. We even invited reporters into the command center, where our engineers were working to stop the leak.

And then there was the challenge of responding to multiple government investigations, and close scrutiny from mayors, governors, and federal officials, including the President himself – all while we were trying to respond to the accident.

Even as we were coping with all this, we still had a global corporation to run. Safety and risk management had always been at the forefront of our operations, but in light of what had happened, we committed to reinforce our safety and risk management procedures.

That's the second "R" I want to address….Reinforce.

From the outset, BP made it clear we would cooperate with all official investigations, and we immediately launched our own.

Its findings, posted on our website less than five months later, concluded that it was a complex accident involving multiple causes and multiple parties. That conclusion has been substantially supported by all subsequent official investigations.

==We knew we had a responsibility to embed the lessons from this accident across BP's business worldwide. We had to advance and continuously improve our safety and operations based on that knowledge.==

First, we created a powerful new safety and operational risk organization, whose head reports directly to me and sits on my leadership team. This new organization includes hundreds of experts deployed across our operating businesses to guide, advise, and if necessary, intervene.

We have shut down platforms and operations to make the necessary upgrades, and we have rejected rigs from contractors that fail to meet our enhanced requirements.

We have added to our Board of Directors retired Admiral Frank "Skip" Bowman, a former head of the US nuclear navy, an organization renowned for its safety consciousness.

In the Gulf of Mexico, we have instituted voluntary new drilling standards that exceed federal requirements. To give you an example, we will not drill a well from a dynamically positioned rig unless the Blowout Preventer has at least two sets of blind shear rams and a casing shear ram. This provides increased redundancy in the event of an emergency.

In Houston, the same engineers who capped the Macondo well designed and built another containment cap that can be deployed worldwide in a matter of days if necessary.

We are also sharing what we've learned from the incident with government regulators, industry experts and academics worldwide. We have had more than 100 speaking engagements in more than 25 countries, and the number grows daily.