# Exhibit 14

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents



TREX-06026

TREX 006026.0001

when trials go ahead. Researchers also have a vital interest in this material, for it contains invaluable and otherwise unavailable insights about the way people in corporations think and behave. Unfortunately, however, these depositions are not often made public.

What is unusual about the BP matter is that many of these depositions were released, at Eva Rowe's insistence. As it had done with so many other plaintiffs, BP tried to settle Eva's claim without going to trial, for an undisclosed sum. However, she wanted the documents and depositions made public so that others might learn from them, and she sought to include this as one of the terms of the settlement. BP resisted. A battle of nerves ensued and BP finally agreed to Eva's terms only hours before the jury in her case was to be selected. The material immediately appeared on her lawyer's website for all the world to study.[6] It has been invaluable in writing this book.

These sources enable us to examine the workings of BP as a whole, and to see how BP's organisational structure, and the way it did business, contributed to the accident. The study therefore has implications far beyond the petrochemical industry. It provides insights into how large organisations in general can fail, and fail catastrophically.

## The wider context

The Texas City explosion was not the only nasty surprise that BP's top leaders faced at the time. The wider context is worth outlining here because it demonstrates that BP's troubles at Texas City were part of a broader pattern.

At the end of 2005, BP's revolutionary and only partially completed deep water production platform in the Gulf of Mexico, Thunder Horse, suffered a structural collapse and tipped sideways. BP acknowledged that the root cause of the problem was insufficient engineering input, driven by a desire to cut costs.[7] Repairs cost $100m.

A few months later, in March 2006, oil was discovered leaking from a BP pipeline in Alaska. The leak was caused by pipeline corrosion that had not been repaired or even identified. Evidence of further severe corrosion was then uncovered, leading to a shutdown of Prudhoe Bay, the largest oil field in the US. These problems were widely attributed to costcutting pressures. BP's safety and environmental credentials were in tatters.

But the company's troubles also extended to its trading activities. In 2003, it was fined for manipulating the US stock market. And BP staff admitted to manipulating the North American propane market in 2004, so as to create artificial shortages from which the company could then profit.

---

6  Website at www.texascityexplosion.com.
7  *Houston Chronicle*, 15 June 2007.

TREX 006026.0014

These highly publicised problems severely dented BP's reputation and undermined its share price.[8] It looked for all the world like an organisation out of control. How could this have happened?

BP had experienced phenomenal growth since Lord John Browne of Madingly took over as CEO in 1995. A series of mergers and acquisitions saw the company grow to five times its former size, second only to ExxonMobil in the oil and gas industry. As a result, Browne was regularly chosen by his peers as Britain's most outstanding businessman. But BP's economic success was apparently achieved at the expense of its ethical, safety and environmental goals. A single-minded focus on growth had somehow undermined the company's other commitments. The Texas City accident must be seen in this wider context.

Of course, all companies seek to maximise profits and it is not very helpful to attribute BP's failures to its economic success. A central question, then, is how can companies ensure that the goal of profit does not override all other considerations? Putting this another way, how can companies *organise* themselves to ensure that proper attention is paid to their social responsibilities? The inquiries following the Texas City accident enable us to provide some tentative answers to this question.

## Why lessons are not learnt

Major accident investigators frequently see their role as identifying relevant lessons so that an accident such as the one under investigation will never happen again. Moreover, relatives often express the hope that the inquiry process will ensure that no one will ever again have to experience what they have gone through. This was precisely Eva Rowe's motive in seeking the release of all of the documents assembled in the litigation process.

There is, however, as one commentator has said, a "depressing sameness" about major accidents. The causes are remarkably similar and it is apparent that companies have not learnt the lessons of earlier disasters. This is particularly evident in the Texas City case. Almost every aspect of what went wrong at Texas City had gone wrong before, either at Texas City or elsewhere. Some of these earlier failures had been extensively documented and publicised, yet BP had failed to learn from them. It exhibited a quite striking inability to learn. This book therefore departs to some extent from earlier accident analyses. It does not merely seek to identify relevant lessons; it identifies the many ways in which BP failed to learn from earlier events and it explores the reasons for BP's conspicuous failure to learn. We shall find that BP's inability to learn is attributable to the structure and functioning of the corporation as a whole.

---

8  On 19 June 2007, the *Financial Times* reported that, since the start of 2005, BP shares had underperformed the European oil and gas sector by 16%. Bloomberg reported on 18 December 2007 that BP shares had risen 15% since the explosion on 23 March 2005 versus a 72% rise for the 13-member Amex Oil Index.

TREX 006026.0015

risk. Then, the precise nature of the failure to learn is pinpointed. Major accident inquiries had previously demonstrated that catastrophic risks need to be treated quite differently from other risks. BP should have learnt this, but hadn't. Why hadn't it? Chapters 8 to 11 show how BP's organisational structure and functioning impeded learning. Among the factors identified are the company's decentralised structure, the remuneration systems in use, BP's relentless cost cutting, and the lack of attention that top leaders paid to safety. Chapter 15, the conclusion, provides a diagrammatic representation of this argument.

Apart from the failure to learn, this book has several themes that are worth flagging here. One is that blame is the enemy of understanding. Most but not all major accidents are triggered by operator errors, and the initial response by companies is to blame the operators. However, operator error is better seen as a starting point for inquiry, rather than an explanation in its own right. As soon as we ask *why* operators made the mistakes they did, a whole range of factors come into view that are far more important from an accident prevention point of view. Accordingly, Chapter 2 asks a series of *why* questions about the astonishing mistake that initiated the Texas City accident, and the answers, as we shall see, lead all the way to the CEO.

This is not an argument against holding people accountable. The problem is that trying to hold employees accountable *following an accident* is likely to end in blaming them unfairly. This is as true for managers as it is for frontline employees. On the whole, it is far better to hold people accountable for inadequate performance in the normal course of events, that is, before accidents occur.

There is an exception to this rule. It is appropriate to hold the most senior people in the corporation accountable for major accidents, but this may need to be a form of accountability *without fault*. This strange-sounding idea is developed in Chapter 14.

Another central concept of this book is culture. This was also a pivotal idea for the CSB. As it said at the release of its report:

> "For the first time in its nine-year history, the CSB conducted an examination of corporate safety culture. As the science of major accident investigations has matured, analysis has gone beyond technical and system deficiencies to include an examination of organizational culture ... Effective organizational practices such as encouraging the reporting of incidents and allocating adequate resources for safe operation are required to make safety systems work successfully."[10]

---

10 US Chemical Safety and Hazard Investigation Board statement on the release of its report, 20 March 2007.

The Baker Panel followed the CSB's lead and focused its inquiry on BP's organisational culture.

This book, too, is an inquiry into BP's organisational culture and its impact on safety. But it is not explicitly structured in this way. The failure to learn is the most striking aspect of the story, and I have chosen to use this as the main focus.

There is another reason I did not use culture as the explicit organising idea, as I did in a previous book, and that is that culture is a complex and much misunderstood idea.[11] I discuss this problem in Chapter 13.

The high-reliability organisation (HRO) is an ideal to which many organisations now aspire. BP Refining was actively seeking to introduce an HRO culture. I therefore compare BP to the HRO ideal at various points, and I deal most systematically with this idea in Chapters 11 and 13.

Comparisons with the Longford explosion are also relevant. I shall argue that BP might have been expected to learn from this incident, but didn't.

It is sometimes said that the term "accident" should not be used when talking about an incident such as the Texas City explosion because it suggests that there was nothing that could have been done to prevent it. As the judge said at the conclusion of the Esso Longford trial: "What [happened] ... was no mere accident. To use the term accident denotes a lack of understanding of responsibility and a lack of understanding of cause."[12] But the word "accident" has multiple meanings, one of which is "unintended outcome". The Texas City explosion was certainly unintended and, in this sense, accidental. For this reason, I use the word freely throughout this book.

## Final thoughts

The doyen of petrochemical industry disaster studies, Trevor Kletz, has said that organisations have no memory, only individuals do. But individuals eventually move on, taking their knowledge with them.[13] Organisations must therefore find ways to embed lessons from accidents into their organisational structure and functioning. This book offers some ideas on how that can be done. Ultimately, says Kletz, accident prevention depends on educating people at all levels of an organisation about previous accidents and how they occurred. Texas City is an invaluable case study for this purpose.

---

11  Hopkins, A, *Safety, culture and risk*, Sydney, CCH Australia Limited, 2005.
12  Hopkins, A, *Lessons from Longford: the trial*, Sydney, CCH Australia Limited, 2002, p 5.
13  Kletz, T, *Still going wrong!*, Amsterdam, Elsevier, 2003, p 210.

# Chapter 7

# Inability to learn

Major accident inquiries sometimes seek to identify lessons, so as to ensure that the type of accident under investigation never happens again. They implicitly assume that their role is to uncover new knowledge and identify lessons not previously available.

Unfortunately, however, accidents tend to repeat themselves. Perhaps the best known recent example of this repetition is the way that the Columbia space shuttle accident replicated the Challenger accident 17 years earlier. In both cases, an entire crew perished. The particular details of these accidents were different, but in both cases an underlying cause was the normalisation of risk: certain things regularly failed to function as intended, but they never failed totally, giving rise to a view that the partial malfunction could be considered normal. This process of normalisation was highlighted as a major lesson from the first disaster and the same pattern was identified in the second. The National Aeronautics and Space Administration (NASA) appeared to have learnt nothing from the Challenger accident. So striking was this similarity that a whole chapter of the Columbia report was devoted to discussing it.[1]

The Baker Panel explicitly saw its function as identifying the lessons from Texas City. Its final recommendation was that:

> "BP should use the lessons learnt from the Texas City tragedy and from the Panel's report to transform the company into a recognized industry leader in process safety management."

The fact is, however, that these lessons were widely available previously. In particular, there were numerous accident analyses stressing the need to focus on process safety and warning that injury rates reveal nothing about how well process safety is being managed. Furthermore, these lessons were not floating in the ether; they had been brought directly to the attention of people at Texas City.

This raises in an acute way the question of why these lessons had not been effectively learnt. In the previous chapter, we saw that Texas City did not learn from the process incidents occurring at the site because of a general lack of focus on process safety. In this chapter, I want to argue that the failure to focus on

---

1 Columbia Accident Investigation Board, *The Report*, vol 1, Washington, National Aeronautics and Space Administration, August 2003.

process safety involved such a serious failure to learn lessons already available that Texas City can be said to have suffered from some kind of learning disability.[2] Before drawing that conclusion, however, I need to demonstrate the extent to which the lessons about process safety had already been drawn to the attention of people at Texas City.

## Grangemouth

Grangemouth, in Scotland, is one of the largest petrochemical facilities in Europe. Over a two-week period in 2000, it experienced three major incidents. The first involved a complete power failure and occurred when an underground power cable was ruptured by digging. In the second incident, an 18-inch steam line ruptured, causing a jet of steam that damaged fencing and escaped across a nearby public road. The escaping steam produced a roar that could be heard in the town of Grangemouth. Only one member of the public was injured, but there was an obvious potential for a much more serious outcome. In the third incident, a major leak from a processing unit ignited, causing a large fire that did considerable damage. No one was injured, but in slightly different circumstances, the leak could have resulted in a vapour cloud explosion with multiple fatalities.

The second and third incidents caused commotion in the town of Grangemouth and were reported in the national press. It was obvious that the site had been spared disaster by good luck alone. The occurrence of such a rapid succession of events triggered a major investigation by the regulator into the safety culture of the site, and a prosecution was launched that resulted in fines of £1m.

The owner of the Grangemouth site was none other than BP, which remained the owner until shortly after the Texas City explosion in 2005, when the facility was sold to another company. There is thus a direct organisational connection between Grangemouth and Texas City.

BP ordered its own inquiry into the Grangemouth events and assembled a task force to carry out a "root and branch" audit of the site. This was the largest such task force ever assembled by BP. It consisted of 36 engineers and safety experts. The BP inquiry came to broadly the same conclusions as the regulatory inquiry. Its findings were communicated widely throughout the BP empire and a "lessons learnt" workshop was held at Grangemouth with representatives from all of BP's business groups.

---

2  I take this idea of organisational learning disability from Barram, M, Shame, blame and liability: why safety management suffers organisational learning disabilities. In Hale, A, et al, *After the event: from accident to organisational learning*, Oxford, Pergamon, 1997, pp 163–178.

What *were* the findings? They were set out in various documents, with stark clarity, as a series of lessons and messages. Some of these are quoted below:

"Lesson 1: ... Control of major accident hazards requires a specific focus on process safety management over and above conventional safety management."

"Lesson 2: Companies should develop key performance indicators (KPIs) for major hazards and ensure process safety performance is monitored and reported against these parameters."

"Message 1: Major hazard industries should ensure that the knowledge available from previous incidents both within their own organisation and externally is incorporated into current safety management systems."[3]

These lessons/messages are exactly the key lessons/messages arising out of the various reports on the Texas City accident. It seems we are doomed to be taught the same lessons again and again.[4]

We can reasonably conclude that, had the lessons from Grangemouth been properly assimilated at BP's North American refineries, the Texas City accident would never have happened. But is it reasonable to assume that the Texas City site was aware of lessons from across the Atlantic, even if both sites belonged to the same company?

The answer is that the lessons from Grangemouth were available to Texas City in a very direct way. First, BP's Grangemouth investigation was not a local matter; it was headed by a senior manager from the United States. There was an even more direct link. Three BP employees subsequently wrote and published an article spelling out the lessons from Grangemouth.[5] The authors' positions were:

- process safety specialist at Grangemouth
- process safety expert reporting to BP's top US executives, and
- process safety manager at Texas City.

The third author was a direct and personal conduit of information from Grangemouth to Texas City. The lessons from Grangemouth were not simply available to Texas City in the same way that they were available to other refineries around the world; they had a particular champion at the Texas City site. It is this that makes the failure at Texas City to learn the lessons from Grangemouth so remarkable.

---

3 Health and Safety Executive, *Major Incident Investigation Report, BP Grangemouth Scotland: 29th May–10th June 2000*, HSE and Scottish Environment Protection Agency, 18 August 2003, pp 74–76.

4 George Santayana once wrote: "Those who cannot remember the past are condemned to repeat it." *Flux and constancy in human nature*, New York, Charles Scribner's Sons, 1905, p 82.

5 Broadribb, M, Ralph, W and Macnaughton, N, Lessons from Grangemouth — a case history, *Loss Prevention Bulletin* 2004, 180: 18–26.

TREX 006026.0078

## Longford

A second, quite striking example of the failure of Texas City to profit from earlier lessons is provided by the Esso Longford gas plant explosion near Melbourne in 1998. My book, entitled *Lessons from Longford*, was published in 2000. Within weeks, someone had produced a 19-page document of excerpts from the book, which circulated around the petroleum industry via email. The document quoted verbatim the following lessons from the book:

- reliance on lost-time injury data in major hazard industries is itself a major hazard
- systematic hazard identification is vital for accident prevention
- corporate headquarters should maintain safety departments which can exercise effective control over the management of major hazards
- frontline operators must be provided with appropriate supervision and backup from technical experts
- routine reporting systems must highlight safety-critical information
- maintenance cutbacks foreshadow trouble, and
- companies should apply the lessons from other disasters.

These are all lessons that Texas City needed to learn. And again, they were not merely available to Texas City; they were actively brought to the attention of management. *Excerpts from Lessons from Longford* was circulated within BP and specifically at Texas City on various occasions, sometimes with a covering email urging people to read the document.

One such chain was begun on 3 October 2000 by John Mogford, subsequently the leader of BP's Texas City investigation team. His covering email said:

> "A copy of a report that I read on a major Exxon incident in Australia is a long tome but worth a scan, some of the cultural/corporate issues sound familiar."

One of his recipients passes it on with the following comment:

> "Elaine, please print this out for me.
>
> Mike and Bill, I've heard from a variety of sources (including the head of HSE for Petronas) that this is an excellent report. You may want to skim it."

It turns out that Bill is the director of HSE (health, safety and environment) for BP Chemicals in the US. He passes *Excerpts from Lessons from Longford* on with the comment:

> "I highly recommend the attached reading. It is very thought provoking and has me looking at our HSE programs with a different lens. Print it out and take some time to read the 19 pages."

One of his recipients passes it on with this comment:

> "Read this report!! Some very interesting learnings that hit close to home. As an added bit of interest, BP developed gHSEr from Exxon's OIMS system.[6,7] Should we do anything different as we move forward in PF and our Change Management efforts? As noted below, best if you print out and read..."

It is clear from these comments that the lessons from Longford struck quite a chord with those who read *Excerpts from Lessons from Longford*. They realised that BP needed to take a new approach: major hazards required a particular focus and could not be managed in the way that conventional hazards were.

There is one point about this email chain that cannot pass without comment. The senders realise that the receivers will be disinclined to read the document because of its length (it's "a long tome but worth a scan"). Several senders urge receivers to print it out, presumably thinking that it is more likely to be read in the printed form. Managers, it seems, have little time for reading. This is, no doubt, one of the factors undermining their capacity to assimilate lessons from elsewhere.

The Longford example was also used in training courses at Texas City. The instructions to participants were as follows:

> "Please read (or re-read) the attached excerpts from Lessons from Longford. The reading contains powerful insights into thinking about integrity management and safety that are quite different from how we usually think about these subjects."

Participants were asked to reflect on recent incidents at Texas City in the light of the Longford material.

Finally, the process safety manager at Texas City had detailed knowledge of the lessons from Longford and drew on them in his attempts to influence management.[8] In one email, he wrote:

> "A strong and successful personal safety program does not guarantee a strong and successful process safety program. Esso Australia learned this lesson."

In summary, the lessons from Longford were frequently and forcibly brought to the attention of management at Texas City, but apparently they failed to have the necessary impact.

---

6   Getting Health Safety and Environment Right (gHSEr).
7   Operations Integrity Management System (OIMS).
8   Ralph, W, deposition, vol 2, 28 July 2006, p 43.

70                                                          Failure to Learn

## Messages from major reviews

It was not just that Texas City seemed incapable of learning lessons from elsewhere. It also seemed unable to respond to some very explicit messages provided by high-powered review teams. A major external review of Texas City in 2002 described the failings that it identified as "urgent and far-reaching".[9] It went on:

> "Asset safety [process safety] ... is one of the biggest issues identified by the assessment team. While personal safety performance at South Houston is excellent, there were serious concerns about the potential for a major site incident due mainly to the very large number of hydrocarbon escapes [over 80 in the 2000–2001 period]. Also there is a large backlog of overdue inspections ..."

In 2003, a major audit was carried out by a high-powered team of BP people who were external to Texas City. It was called a "getting HSE right" audit, and was not designed to focus on process safety. Nevertheless, it concluded that the leadership team had not done enough to address process safety risks.

Finally, a survey conducted just a few months before the explosion found that the workforce itself believed that management worried too much about seat belts (personal safety) and too little about catastrophic risk.[10] The authors of the report commented that they had never seen such "intensity of worry" about the possibility of disaster by those "closest to the valve". "This has had a profound impact on us all", they said. "We have never seen a site where the notion 'I could die today' was so real for so many ... people." "There is an exceptional degree of fear of catastrophic incidents at Texas City." The report noted that concerns were not restricted to frontline workers. "The more expert interviewees [engineers, inspectors, etc] voiced the same strong concern, as did superintendents and certain leadership team members." Contractors who were interviewed said that the situation was worse than they had experienced at Shell, Chevron and Exxon. The results of this survey were not effectively transmitted to more senior BP people. Even if they had been, the warning was probably too late to make a difference.

---

9  *Good practice sharing assessment* (the Veba Report), August 2002, pp 4, 9, 75, 76, 105. Available at www.texascityexplosion.com.

10 The Telos Group, *BP Texas City site report of findings*, 21 January 2005. The quotations in the text are taken from three documents produced in the course of this review: (1) a PowerPoint presentation entitled *Texas City site integrity and safety leadership, update to leadership team*, 13 December 2004; (2) *Executive summary of report of findings*, 21 January 2005; and (3) a memo entitled "What makes protection particularly difficult for BP Texas City?". This memo is referred to in *Investigation Report: Refinery Explosion and Fire* (CSB Report), Washington, US Chemical Safety and Hazard Investigation Board, March 2007, p 175. All of the Telos documents are available at www.texascityexplosion.com.

It is worth noting that the Texas City HSE manager, in particular, shared the fears that were so widely expressed by the workforce. Almost exactly a month prior to the explosion, he wrote in an email to the leadership team at the refinery:

> "I would like for us to make these incidents our No 1 priority (at tomorrow's meeting). I truly believe that we are on the verge of something bigger happening and that we must make critical decisions tomorrow morning over getting the workforce's attention around safety."[11]

There is something of a paradox here that needs to be addressed. When tracing the accident sequence in earlier chapters, we uncovered many examples of a lack of awareness of explosion risk among employees at several levels. This led me to speak of a blindness to major risk. Yet the evidence from the workforce survey suggested that people were deeply worried about the possibility of disaster. How can these opposing findings be reconciled?

The context of the survey is important. It was carried out a few weeks after a tragic incident that occurred in September 2004. Two employees were killed and another was seriously injured when burned with hot water and steam during the opening of a pipe flange.[12] Of course, this created a sense of fear among people working at the site. Moreover, this was arguably a process safety matter. But it did not open people's eyes to the need for a different approach when it came to process safety. So it was that the realisation that "I could die today" went hand in hand with a lack of any specific focus on process safety risks. The widespread sense of foreboding was not matched by any recognition of what could or should be done to reduce such risks.

The reviews and audits in the years prior to the explosion set the Texas City case apart somewhat from other major accidents. Prior to the Longford accident, a major audit carried out by the parent company, Exxon, had given Esso Australia a clean bill of health. This had the effect of lulling management into a false sense of security. The inquiry into the Longford accident was extremely critical of the audit team's failure to identify all of the problems that became obvious after the accident. Very similar comments can be made about the world's worst petroleum accident on the Piper Alpha platform, off the coast of Scotland, in 1988.[13] The inquiry into that disaster also noted that prior audits had provided a false sense of security. The same cannot be said in the Texas City case. Various audits and reviews had provided very clear messages about the dangerous state of the plant, yet Texas City management seemed incapable of responding effectively.

---

11  Email dated 20 February 2005.

12  CSB Report, p 220.

13  Hopkins, A, *Lessons from Longford: the Esso gas plant explosion*, Sydney, CCH Australia Limited, 2000, pp 80–84.

## A learning disability?

The failure to learn the lessons and to heed the messages is so striking that it is not unreasonable to conclude that Texas City suffered from some kind of learning disability. The term is dramatic, but so is the failure to which it refers. I do not wish to suggest that Texas City was unique in this respect; the term is equally applicable to NASA in relation to the space shuttle accidents, and it is probably applicable in many other contexts where accidents repeat themselves.

To speak of an organisational "learning disability" draws attention to the need for explanation. Many accident investigations aim to identify lessons to be learnt. The question of interest at this point is why organisations fail to take account of lessons that are *already available*. What stops them from implementing these lessons? Texas City is an excellent case study from this point of view.

We are now at a turning point in this book. Previous chapters focused on the direct causes of the accident. The next four chapters will examine higher-level organisational causes that contributed to the failure to implement lessons from elsewhere. We have already noted one such higher-level cause: the fact that process safety was dealt with as a matter of risk management, not rule compliance, which meant that it was systematically de-emphasised in BP's budgeting priorities. Four other reasons will be identified in following chapters: cost cutting, an inappropriately focused incentive system, decentralisation, and a lack of process safety leadership.

TREX 006026.0083