# Exhibit 18

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL         )     MDL NO. 2179
     BY THE OIL RIG            )
 4   "DEEPWATER HORIZON" IN    )     SECTION "J"
     THE GULF OF MEXICO, ON    )
 5   APRIL 20, 2010            )     JUDGE BARBIER
                               )     MAG. JUDGE SHUSHAN
 6

 7

 ...

17                    ****************
                           VOLUME 1
18                    ****************

19

20

21        Deposition of Anthony Hayward, taken at
     Kirkland & Ellis International, 30 St. Mary Axe, 22nd
22   Floor, London EC3A 8AF, England, United Kingdom, on the
     6th of June, 2011.
23

24

25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1                MR. CUNNINGHAM:  Tab 25.
 2           (Exhibit No. 6014 marked.)
 3                THE COURT REPORTER:  6014.
 4      Q.   (By Mr. Cunningham) (Tendering.)
 5           This is your copy.  The other one is --
 6      A.   Oh, I'm sorry.
 7      Q.   -- your counsel's.
 8      A.   Thank you.
 9      Q.   You gave a speech that was reported in the
10   Guardian on September the 26th of 2007, correct?
11      A.   Correct.
12      Q.   It states in the first sentence:  "Tony
13   Hayward, the new Chief Executive of BP, is to instigate
14   a thorough Management shakeup in an attempt to refocus
15   the group following a dreadful third quarter."  Is that
16   true?
17      A.   Correct.
18      Q.   And it says in Paragraph 3:  "Mr. Hayward
19   outlined new plans to slash management layers from 11
20   to 7, redeploying some staff and removing others to
21   kick start an oil group that he believes has become
22   overcautious, despite the fatal Texas City refinery
23   fire and other major accidents in the U.S."
24           Did I read that correctly?
25      A.   You did.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1  Q. It then states: "He told a staff meeting of
2  American workers in Houston that the company share
3  price performance compared with that of its peers was
4  now at its lowest ebb since 1992." Is that true?
5  A. Correct.
6  Q. And then at the bottom, quote: "Assurance is
7  killing us," quote, "Mr. Hayward told U.S. staff noting
8  that too many people were engaged in decision-making
9  leading to excessive cautiousness."
10      Did you say that?
11  A. I said that assurance is killing us because
12  there was lack of clarity as to who was accountable for
13  what. And when you don't have clarity of
14  accountability, no one is accountable for anything.
15  Q. The -- the article goes on to say: "The
16  speech in Houston builds on comments made at his first
17  press conference for BP's half yearly results in July
18  that the operating performance was not good enough and
19  he wanted change, including a 25 percent cut in staff
20  at the St. James Square Headquarters." Is that true?
21  A. That is correct, and in sharp contrast to
22  cutting staff in the operations.
23          MR. GODWIN: Object to form.
24  Q. (By Mr. Cunningham) And did you also say on
25  the next page, quote: "We can be more efficient,

1  A.  Immediately following a description of our
2  performance on safety.
3  Q.  All right.  And then 60 days later after the
4  DEEPWATER HORIZON blowout, you testified before
5  Congress under oath that you had, quote, "invested
6  billions and recruited thousands," didn't you?
7  A.  That's true, and it remains true today.
8  Q.  In the wake of Texas City, Dr. Hayward, you
9  instituted a program called OMS, true?
10 A.  Correct.  Operating Management System.
11 Q.  It stands for Operating Management System, and
12 it was a cornerstone of achieving safety at BP, wasn't
13 it?
14 A.  It was.
15 Q.  You and the senior -- senior leadership at BP
16 touted OMS as a blueprint for safety, didn't you?
17 A.  It was designed to make our operations safe.
18 Q.  And most importantly for your testimony today,
19 an integral part of OMS was something called process
20 safety, wasn't it?
21 A.  Correct.
22 Q.  And the purpose of process safety is to
23 prevent, control, and mitigate major accidents,
24 correct?
25 A.  Correct.

**PURSUANT TO CONFIDENTIALITY ORDER**

1      Did I read that --
2    A.   That's correct.
3    Q.   -- correctly?
4    A.   Yes.
5    Q.   And the second sentence in the first
6  paragraph:  "All noted, in particular, that BP had
7  emphasized personal safety indicators and had paid
8  little attention to process safety indicators."
9      Did I read that correctly?
10   A.   That's correct.
11   Q.   "Correspondingly, their recommendations
12 focused on the need to give greater prominence to
13 process safety."
14     Right?
15   A.   Correct.
16   Q.   The same lesson we discussed earlier as having
17 been found in other events other than Texas City,
18 correct?
19   A.   And that is why we --
20        MR. GODFREY:  Objection as to form.
21   A.   -- implemented in 2007 and 2008 a safety
22 system focused on process safety called the Operating
23 Management System.
24   Q.   (By Mr. Cunningham) That's why you implemented
25 OMS, because OMS focuses on process safety?

**PURSUANT TO CONFIDENTIALITY ORDER**