# Exhibit 19

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

01-37360
TC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Ellis Armstrong

**VOLUME 1**

JULY 13, 2011

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1          implementation of a global IM standard.
 2                  Do you see that?
 3              A.  Global integrity management
 4          standard.
 5              Q.  Sure.  And then we have the
 6          so-called S&OI six-point plan, right?
 7              A.  Yes.
 8              Q.  There's some reorganizations, and
 9          then it also speaks about the
10          implementation of an operating management
11          system or so-called OMS, right?
12              A.  Yep.
13              Q.  All right.  I want to visit with
14          you first about a six-point plan.  In
15          terms of the answer to the basic question
16          of seeking somebody from BP to discuss
17          what it is that BP did in response to the
18          Grangemouth, Scotland incident and the
19          report, the Texas City incident and the
20          Baker report, the Alaska pipeline spill
21          and the Booz/Allen/Hamilton report, is the
22          six-point plan one of the critical
23          features of BP's responses to those
24          reports?
25              A.  It is.  And there was a
```

1    sequence -- there was a sequence of --

2    there's a sequence of incidents, as you

3    described, with Grangemouth, Texas City,

4    and Alaska, and the things listed --

5    the -- the integrity management standard,

6    the six-point plan, and the OMS were a

7    series -- a series of -- some of the

8    interventions that the leadership made in

9    response to those instances.  And there

10   was a -- there was a sequence to them, and

11   the three of them are related together and

12   sort of support each other.

13        Q.   Exactly.  And we're going to

14   discuss each of them in some detail.  I

15   want to start off with the six-point plan.

16             If you could go to tab 93

17   in -- in notebook number 2, please, sir.

18             MR. WATTS:  And I'm going to

19   mark this as Exhibit 3817.

20             (Exhibit Number 3817 marked.)

21        A.   Which tab am I going to, sir?

22        Q.   (BY MR. WATTS)  93.

23        A.   93.  Right at the back.

24        Q.   Okay.  Tab 93 is entitled 2005 BP

25   Health Safety and Environment HSE Report.

**PURSUANT TO CONFIDENTIALITY ORDER**

1    form and the scope.

2        A.   Yeah, you read that correctly.

3        Q.   (BY MR. WATTS)   Now, you-all were

4    projecting that you were not going to have

5    the increase in volume of 1 to 2 percent

6    during 2010 that you needed to meet the 4

7    to 5 percent earnings increase that your

8    graph talked about, right?

9            MR. FOWKES:   Objection to the

10   form and the scope.

11       A.   That is the -- that is the sense

12   of the document.

13       Q.   (BY MR. WATTS)   And so what Andy

14   is saying is -- is that because we're not

15   going to have the increase in production,

16   we need to keep the cash cost momentum in

17   order to meet our target, right?

18           MR. FOWKES:   Objection to the

19   form and the scope.

20       A.   What he's saying is that we -- we

21   need to have a focus on cash cost

22   efficiency without impacting S&OI to meet

23   the 5 percent target.

24       Q.   (BY MR. WATTS)   Okay.   Now, if you

25   could go to tab 59 real quick.   Tab 59,

1    Exhibit 3884.

2              (Exhibit Number 3884 marked.)

3       Q.  (BY MR. WATTS)  This is from Kathy

4    Wu to a number of people, and you are

5    copied on this document, right?

6       A.  Yes.

7       Q.  It says, please find attached the

8    updated draft 2010 strategy presentation.

9              And then we have the

10   attachment, and the draft says, Andy

11   Inglis, chief executive, exploration and

12   production, right?

13      A.  Correct.

14      Q.  Now, as we look at this, the big

15   messages to take away here today, he says,

16   well, we continue to strengthen the

17   portfolio to underpin long-term value

18   (sic) growth.  I am now confident we can

19   sustain our production growth of 1 to

20   2 percent p.a. out to 2020.

21              We are resolutely focused on

22   sustainable capital and cost efficiency to

23   drive profit growth, greater volume

24   growth.  We have been making progress, but

25   there is much more to go.

**PURSUANT TO CONFIDENTIALITY ORDER**

1        Did I read that correctly?

2              MR. FOWKES:  Objection to the

3    form and the scope.

4        A.  You read that correctly.

5        Q.  (BY MR. WATTS)  Go to Bates page

6    871, please.

7              MS. EHRHART:  What page was

8    that?

9              MR. WATTS:  871.

10              MS. EHRHART:  Thank you.

11        Q.  (BY MR. WATTS)  Under drilling

12    performance, it says, we spend around $6

13    1/2 billion a year on drilling and

14    completion, with 60 percent on drilling.

15    If we improve the drilling efficiency,

16    open paren, fewer days, close paren, of

17    our wells, we improve our drilling cost

18    performance.

19              Did I read that correctly?

20        A.  You read that correctly.

21        Q.  Now, the next bullet point, second

22    subbullet point, says, with respect to

23    drilling performance, we have improved

24    circa 15 percent over the last two

25    years ...

PURSUANT TO CONFIDENTIALITY ORDER

1    the second sentence -- and I'm going to

2    quote it -- a key lesson of the

3    investigation into Texas City is that we

4    must pay more attention to process as well

5    as personal safety.

6               Do you agree with that

7    statement?

8         A.   I agree with that statement.

9         Q.   Okay.  Please turn to the page 14

10   in this same document.  And the last full

11   paragraph, there's a quote from you.  Do

12   you see that?

13        A.   I can see that.

14        Q.   And I'm going to read it.  Texas

15   City had a big impact on us.  One of the

16   first things we did was realize that it

17   could happen to us.

18               What did you mean by "it"

19   there?

20        A.   It, I think the -- the "it" was

21   that we could have a -- a major incident

22   along the lines of Texas City.  It could

23   happen inside of exploration and

24   production.

25        Q.   That's the first time that you