# Exhibit 21

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

NELSON P. COHEN
United States Attorney
KAREN L. LOEFFLER
Chief, Criminal Division
ANDREA T. STEWARD
Assistant U.S. Attorney
DANIEL L. CHEYETTE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel.: 907/271-5071

J. RONALD SUTCLIFFE
Trial Attorney
Environmental Crimes Section
CHRISTOPHER J. COSTANTINI
Senior Trial Attorney
Environmental Crimes Section
Department of Justice
601 D Street, NW
Washington, DC 20004
Tel.: 202/305-0321

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **INFORMATION** |
| BP EXPLORATION (ALASKA), INC., | ) | |
| Defendant. | ) | |

6008
Exhibit No. _____
Worldwide Court
Reporters, Inc.

The United States Attorney charges that:

## COUNT 1: Clean Water Act

In the District of Alaska, on or about February 27th, 2006, and continuing until on or about March 2, 2006, the defendant, BP EXPLORATION (ALASKA) INC. (BPXA), did negligently discharge and caused to be discharged a harmful quantity of oil from a point source to a water of the United States, to wit; BPXA spilled approximately 200,000 gallons of oil from the western area operating oil transit pipeline to the tundra and Q-Pad Lake at the Prudhoe Bay Unit as a result of BPXA's negligent maintenance of the oil transit pipeline.

In violation of Title 33, United States Code, sections 1319(c)(1) and 1321(b)(3).

DATED: Oct 24, 2007

NELSON P. COHEN
United States Attorney

✯AO 245E (Rev. 3/01) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____ ALASKA _____

RECEIVED DEC 6 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Organizational Defendants) |
| BP EXPLORATION (ALASKA) INC. | CASE NUMBER: 3:07-CR-00125-RRB |
| | Jeffrey Feldman/Carol Dinkins/James Lucari |
| | Defendant Organization's Attorney |

**THE DEFENDANT ORGANIZATION:**

X  pleaded guilty to count(s)  1 of the Misdemeanor Information.

☐  pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐  was found guilty on count(s) _____
after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the organizational defendant is guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date Concluded** | **Count Number(s)** |
|---|---|---|---|
| 33:1319(c)(1) and 1321(b)(3) | Clean Water Act | 03/02/2006 | 1 |

The defendant organization is sentenced as provided in pages 2 through __5__ of this judgment.

☐  The defendant organization has been found not guilty on count(s) _____

☐  Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant organization shall notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization shall notify the court and United States attorney of any material change in the organization's economic circumstances.

Defendant Organization's
Federal Employer I.D.  13-2629904

Defendant Organization's Principal Business Address:

PO Box 196612

900 E Benson Blvd.

Anchorage, Alaska 99519

NOVEMBER 29, 2007
Date of Imposition of Judgment

REDACTED SIGNATURE
Signature of Judicial Officer

RALPH R. BEISTLINE, U.S. DISTRICT JUDGE
Name and Title of Judicial Officer

December 3, 2007
Date

Defendant Organization's Mailing Address:

Same as above.

AO 245E   (Rev. 3/01) Judgment in a Criminal Case for Organizational Defendants
Sheet 2 — Probation

DEFENDANT ORGANIZATION:   BP EXPLORATION (ALASKA) INC.
CASE NUMBER:   3:07-CR-00125-RRB

Judgment—Page __2__ of __5__

# PROBATION

The defendant organization is hereby sentenced to probation for a term of __3 Years.__

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant organization pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant organization shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant organization shall also comply with the additional conditions on the attached page (if indicated below).

# STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees;

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E   (Rev. 3/01) Judgment in a Criminal Case for Organizational Defendants
         Sheet 2B — Probation

Judgment—Page __3__ of __5__

DEFENDANT ORGANIZATION:   BP EXPLORATION (ALASKA) INC.
CASE NUMBER:   3:07-CR-00125-RRB

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant organization shall appoint and identify to the Court at the time of sentencing a Responsible Corporate Officer (RCO), approved of by the U.S. Attorney's Office, to ensure compliance with the condition of probation.

2. The defendant organization shall pay $4,000,000.00 community service to the National Fish and Wildlife Foundation (NFWF) in full within ten days of the entry of the plea.

3. The defendant organization shall show significant progress in replacement of the oil transit lines on both the Eastern and Western operating areas of the Prudhoe Bay Unit.

4. The defendant organization shall show significant progress with the implementation and operation of an integrity management plan.

5. The defendant organization shall show significant progress on the implementation and operation of a more effective leak detection.

6. Within 90 days of the date of the defendant organization's guilty plea, the defendant organization must acquire the approval of the U.S. Attorney's Office in the definition and terms of the three benchmark indicators pursuant to this agreement.

////////////////////////////////////////////////////////////////////////////

AO 245E   (Rev. 3/01) Judgment in a Criminal Case for Organizational Defendants
         Sheet 3 — Criminal Monetary Penalties

Judgment — Page  4  of  5

DEFENDANT ORGANIZATION:   BP EXPLORATION (ALASKA) INC.
CASE NUMBER:              3:07-00125-RRB

## CRIMINAL MONETARY PENALTIES

The defendant organization shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|        | **Assessment** | **Fine**         | **Restitution**  |
|--------|----------------|------------------|------------------|
| TOTALS | $ 125.00       | $ 12,000,000.00  | $ 8,000,000.00   |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

X The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| State of Alaska | $4,000,000.00 | $4,000,000.00 | 100% |
| National Fish and Wildlife Foundation | $4,000,000.00 | $4,000,000.00 | 100% |
| **TOTALS** | $ 8,000,000.00 | $ 8,000,000.00 | |

X  If applicable, restitution amount ordered pursuant to plea agreement   $  8,000,000.00

☐ The defendant organization shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine and/or   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine and/or   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245E    Rev. 3/01) Judgment in a Criminal Case for Organizational Defendants
           Sheet 4 — Schedule of Payments

DEFENDANT ORGANIZATION:    BP EXPLORATION (ALASKA) INC.
CASE NUMBER:               3:07-CR-000128-RRB

Judgment — Page 5 of 5

## SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  **X**  Lump sum payment of $ __20,125,000.00__ due immediately.

    ☐ not later than _____ , or
    ☐ in accordance with  ☐ C,  ☐ D, or  ☐ E below; or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ E below); or

C  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Special instructions regarding the payment of criminal monetary penalties:

All criminal monetary penalties are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant Name, Case Number, and Joint and Several Amount:

☐  The defendant organization shall pay the cost of prosecution.

☐  The defendant organization shall pay the following court cost(s):

☐  The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.