# Exhibit 23

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents



# GOM–D&C
## Major Hazard and Risk Management

Leadership Action

Integrity Management
Reducing Risk in GoM

TREX-04148

4148
Exhibit No. _____
Worldwide Court
Reporters, Inc.

## Agenda

- Safety Moment

- D&C LT Objectives

- Integrity Management Review

- SPU Risk Management Policy ⎫

- Status of work done to date ⎬ Conformance to IM Standard

- Future work required by D&C ⎭

- Risk Mitigation Plans

- Tools

Integrity Management
Reducing Risk in GoM

2

# Agenda

- Intro

- Intent of presentation

- DC is different:
    - Contractor                    Manual intervention
    - Processes Vs Facility    Risks are high

Integrity Management — Reducing Risk in GoM

3



## Business Case



Our core business is handling large volumes of flammable, explosive and toxic chemicals.

**Integrity Management & Process Safety**

**are vital to**

"Securing our Business" and our "Licence to Operate"

Integrity Management
Reducing Risk in GoM

5

# Recent Prompts

**Baker Panel Report**

- 32 findings under these categories:
  - Corporate Safety Culture
  - Process Safety Management Systems
  - Performance Evaluation, Corrective Action, & Corporate Oversight

**Recommendations:**

#2 Implement integrated & comprehensive management system that systematically & continuously identifies, reduces, & manages process safety risk

#5 Clearly define process safety performance expectations & strengthen accountability

#7 Develop & implement process safety leading & lagging indicators

#10 Use the lessons learned from Tx City & transform the company to be a recognized leader in process safety management

**Major Events**

- Enterprise Riser Break        PDQ Listing
- BOP Dragging                  Enterprise Drift-off
- Dropped Objects               MODU Mooring



Integrity Management — Reducing Risk in GoM

6





# Agenda

- Safety Moment
- **D&C LT Scope and Objectives**
- [illegible] Standard [illegible]
- [illegible] Policy
- [illegible]
- [illegible] D&C
- [illegible]
- 

Integrity Management — Reducing Risk in GoM

8

## D&C Integrity Management Scope



- **BP Owned Drilling Rigs**
    - Major Hazard and Risk Registers (understand our risks)
    - Bowties (communication tool)
    - Risk Mitigations Plans (managing our risks – in process)
    - Identify SCE and PS and generating performance standards

- **Contracted Drilling Rigs and Other Equipment**
    - Require a similar set of deliverables that will provide assurance on conformance to IM Standard (need to work this with each contractor)

Integrity Management
Reducing Risk in GoM

## D&C LT – Objectives



- D&C LT Objectives to Support IM

  - Confirm MAR for D&C (Identify additional significant risk)

  - Agree a path forward for engagement of D&C/Wells Teams and Contractors (Identify key players from each team)

  - Agree on ground rules for future risk assessment exercises

  - Approve risk mitigation process for managing D&C Engineering and Operations Teams MAR (What, Who, When, How)
    - ▷ Responsibilities for managing:
      - ▸ High level risks
      - ▸ Medium and low level risks

  - Discuss objectives around tools currently being used

Integrity Management
Reducing Risk in GoM