# Exhibit 26

To United States' Opposition to BPXP's Motion in Limine to Exclude (1)
Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents





# INCIDENTS THAT DEFINE
# PROCESS SAFETY



John Atherton
Frederic Gil



bp

A CCPS CONCEPT BOOK

BP plc Process Safety
Community of Practice

PSC-MDL2179093009

TREX-22566

# FOREWORD

**By JOHN MOGFORD**
**Executive Vice President, Safety & Operational Capability**
**Investigation team leader of the Texas City Isomerisation explosion**



Walking on the grounds of the trailer park near the Iso-merisation unit in Texas City where fifteen of our col-leagues lost their lives and hundreds were injured was the most difficult experience of my career. Two years later, I strongly believe that an essential element to raise Process Safety awareness in our industry is to make sure that lessons from such past incidents are widely shared and known by all.

This book is based on one of a series of booklets first published by BP in the 1960s when the need to pass on the lessons of the past to the widest audience possible was recognized as an essential part of ensuring safe oper-ations. This need has not diminished with time in any way as the industry be-comes more competitive, process units become more complex, and society in-creases demands for industry to consider the wider environment, which includes not only the health and safety of its workforce and contractors, but also the communities that surround its sites.

Many of the incidents described here did not happen in our industry, and many have received widespread public attention in the press and media, and been addressed by  the TV and film industries. Nevertheless the lessons that can be learned from them are very relevant, and help to widen our vision when faced with the challenges of today. The first edition of this booklet was pub-lished by BP in January 2005. This second edition, published in book form by the Center for Chemical Process Safety (CCPS), includes an account of and the lessons from the tragic accident that occurred at BP's Texas City refinery on March 23, 2005, as well as accounts of more than 45 other incidents that help define Process Safety.

Integrity Management is one of the cornerstones of BP's Safety and Opera-tions philosophy, designed to keep our own people and everybody else affected by our operations safe and free from harm. I strongly recommend you take the time to read it carefully. The usefulness of this book is not limited to any single group within our community; it contains many important lessons from "incidents that define Process Safety" that equally apply to commercial, technical, and management personnel. It is only by appreciating the challenges and demands

ix

PSC-MDL2179093016

x                                                                                    FOREWORD

on others that we, individually, can make our greatest contribution to the health
and safety of all of our stakeholders.

Remember that we all have a duty to share our experience with others since
this is one of the most effective means of communicating lessons learned and
avoiding safety incidents in the future.

John Mogford

PSC-MDL2179093017