# Exhibit 27

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3
       IN RE:  OIL SPILL      MDL NO. 2179
 4     BY THE OIL RIG
       "DEEPWATER HORIZON"    SECTION:  J
 5     IN THE GULF OF
       MEXICO, ON APRIL       JUDGE BARBIER
 6     20, 2010               MAG. JUDGE SHUSHAN

 7
```

13

14

15         Deposition of **DAVID A. RICH,** taken
    in the Pan American Life Center, Bayou
16  Room, 11th Floor, 601 Poydras Street, New
    Orleans, Louisiana 70130, on Wednesday,
17  June 1, 2011.

18  **APPEARANCES:**

19

20        LEGER & SHAW
          (By:  Walter J. Leger Jr., Esquire
21              and Christine E. Sevin,
                Esquire)
22        600 Carondelet Street
          Suite 900
23        New Orleans, Louisiana  70130-3519
              (Attorneys for Plaintiff's
24             Steering Committee)

25

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

1   completion aspect of Macondo?
2        A.   Setting a production liner is
3   part of a completion.
4        Q.   So when that long string liner
5   was set, that was the beginning of a
6   completions operation?
7        A.   It's the first phase of a
8   completion operation.  Technically, not
9   normally, you know -- yes, it's technically
10  from a paperwork perspective it is the
11  first phase of a completion.
12       Q.   Is temporary abandonment a part
13  of completions?
14       A.   I don't remember how that's
15  coded.
16       Q.   Most of these things depend on
17  how it's coded in a book or a guide or
18  something; is that right?
19       A.   What is part of a completion and
20  what is part of a drilling is, is, that's
21  semantics.  It's still being done by the
22  same crew.
23       Q.   And in this case, the crew
24  that's doing it for BP would be, starting
25  with you on April 20th, would be starting

1    with you as the wells manager on that date?
2         A.    On April 20th?
3         Q.    Of 2010.
4         A.    It depends on what you mean the
5    crew.  The operations was the rig and the
6    people on the rig.  The operations team.
7         Q.    This being for BP, the well team
8    leaders?
9         A.    The well site leaders for BP.
10        Q.    The well site leaders up to the
11   well team leaders?
12        A.    To the team leaders, that's
13   correct.  To the operations manager and
14   then to me.
15        Q.    So from the well site leaders,
16   the old days used to call them the company
17   men; right?
18        A.    Yeah.
19        Q.    To the well team leader on
20   April 20, 2010 was John Guide; correct?
21        A.    That's correct.
22        Q.    To David Sims on that date was
23   the -- what was his official capacity?
24        A.    He was the operations manager.
25        Q.    Operations manager?  And then he

```
 1    reported directly to you; correct?
 2         A.    Except I was not in town at the
 3    time.
 4         Q.    Right.
 5         A.    And my duties were delegated to
 6    Andrew Frazelle.
 7         Q.    Where were you at the time?
 8         A.    I was in Operations Academy in
 9    Boston.
10         Q.    And what is Operations Academy?
11         A.    It's a BP school worked in
12    conjunction with MIT that you worked, you
13    look at process safety and you study
14    process safety and how to safe operations.
15         Q.    And what's involved in the study
16    of process safety?
17         A.    What do you mean what's
18    involved?
19         Q.    What is process safety?
20         A.    We studied incidents such as
21    Texas City, we studied Piper Alpha, we
22    studied the Baker panel report, we looked
23    and talked thorough incidences such as that
24    and how you could continue to improve your
25    processes.
```

1        Q.    Did you study any well control
2    events?
3        A.    I don't recall that there were
4    any well control events as part of that.
5        Q.    Now, in terms of your job, you
6    don't do any work in a production facility
7    on land; correct?
8        A.    I do not.
9        Q.    Your job involves work in -- at
10   least your job did at the time you were at
11   this Operations Academy in Boston, at MIT,
12   your job involved drilling in the Gulf of
13   Mexico, completions and well interventions
14   in the Gulf of Mexico; correct?
15       A.    Correct.
16       Q.    It involved work on the water,
17   all over the water; correct?
18       A.    That's correct.
19       Q.    It involved fixed platforms;
20   correct?  Or did it involve entirely
21   drilling vessels?
22       A.    It was primarily -- well, what
23   do you mean by fixed platform?  Bottom
24   supported?
25       Q.    I mean platforms that are

```
 1   permanently attached to the bottom.
 2        A.    It involved some of that as
 3   well.
 4        Q.    In terms of drilling and
 5   completion intervention?
 6        A.    That's correct.
 7        Q.    And it involved drilling
 8   vessels; correct?
 9        A.    That's correct.
10        Q.    And at this Operations Academy
11   in Boston in the study of process safety
12   there was no study or mention or discussion
13   of process safety in the context of
14   deepwater drilling; correct?
15        A.    The concepts of process safety
16   are -- do not just -- are not just specific
17   to drilling or to process safety, those
18   kind of things, it's all process safety
19   which could include drilling process
20   safety.  The concepts are transferable.
21        Q.    And some of those concepts
22   include leadership and communication;
23   correct?
24        A.    That's correct.
25        Q.    Did you read the Bly report?
```