# Exhibit 28

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3    IN RE:  OIL SPILL      MDL NO. 2179
      BY THE OIL RIG
 4    "DEEPWATER HORIZON"    SECTION:  J
      IN THE GULF OF
 5    MEXICO, ON APRIL       JUDGE BARBIER
      20, 2010               MAG. JUDGE SHUSHAN
 6
```

15          Volume 1 of 2 of the Videotaped
   Deposition of **JAMES H. DUPREE**, 314 Knipp
16 Road, Houston, Texas 77024, taken in the
   Pan American Life Center, 11th Floor, 601
17 Poydras Street, New Orleans, Louisiana
   70130, on Thursday, June 16, 2011.
18

19
   **APPEARANCES**:
20

21
   DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'
22 By:  Michael C. Palmintier, Esquire
   618 Main Street
23 Baton Rouge, LA 70801-1910
              (Attorneys for Plaintiffs
24             Steering Committee)

25

                **GAUDET KAISER, L.L.C.**
              Board-Certified Court Reporters

1     Q.    Take a look at tab six.  I am
2  not going to -- you don't need to read this
3  whole thing, but open that binder to tab
4  six.  Been previously marked as Exhibit
5  121.
6           It's an investigation report
7  regarding the refinery explosion and fire
8  that killed 15 people and injured 180
9  people conducted by the U.S. Chemical
10 Safety and Hazard Investigation Board.  Do
11 you see that?
12    A.    Yes.
13    Q.    Have you ever read this report?
14    A.    No.
15    Q.    Have you as the current regional
16 president of the Gulf of Mexico for BP and
17 the SPU leader for the Gulf of Mexico in
18 2010 made any effort to incorporate lessons
19 learned from the Texas City incident into
20 operations in the deepwater Gulf of Mexico?
21    A.    So I believe one of our
22 obligations was to incorporate a lot of the
23 lessons learned.  I think they had been
24 instituted -- by the time I -- I'm arriving
25 and returning, most of those have been

1  institutionalized in the actions that I --
2  that I described, group defined practices,
3  engineering authorities, an operating
4  management system worldwide, global
5  operating management system.
6  　　　　　And that's consistent with what
7  we were doing in the deepwater Gulf of
8  Mexico, my predecessor and myself, we
9  were -- we were operating under a totally
10 different -- from before when I was there
11 in 1999.  So incorporating a lot of the
12 lessons or all the lessons from Texas City
13 is my understanding.
14 　　　Q.　　Since coming back to the Gulf of
15 Mexico in January of 2010, have you made
16 any effort to evaluate whether the lessons
17 learned from the Texas City incident have
18 been incorporated into the operations in
19 the deepwater Gulf of Mexico?
20 　　　A.　　So it's my impression that the
21 lessons learned from the -- the -- from the
22 Texas City explosion are incorporated into
23 the whole process that we are running under
24 OMS.  And so -- and would -- would I be
25 aware of the gaps in OMS and studying the

1  gaps as to where we were in OMS, yes.
2       Q.    Was part of your responsibility
3  as the SPU leader for the Gulf of Mexico to
4  evaluate the gaps identified through the
5  OMS process?
6       A.    It wouldn't be my role to
7  directly evaluate the gaps in OMS process.
8  It would be my role to kind of oversee OMS
9  and to ensure that we're constantly making
10 progress and continually improving towards
11 closing all gaps that have been identified.
12            But the corporation --
13      Q.    When you --
14      A.    But the corporation had --
15      Q.    I'm sorry.
16      A.    The corporation had put in place
17 a system that adhered to these -- it's
18 called OMS that addressed -- and inside of
19 that and amongst the other changes,
20 addressed the findings from Texas City.
21            So they weren't always referred
22 to as this is a finding from Texas City.
23 Once the six-point plan migrated across
24 into OMS, you know, control of work,
25 integrity management standards, all these

1   things migrated across, we were working in
2   OMS, and no longer kind of working the gaps
3   of Texas City, and that had already
4   transitioned into the Gulf of Mexico.
5       Q.   Let's assume that some of the
6   lessons learned from the Texas City
7   incident were incorporated into deepwater
8   Gulf of Mexico operations as you say.  Are
9   you able to discuss the specifics of how
10  that played out?  I mean, specific impacts
11  on operations, your operations in the Gulf
12  of Mexico, or would that be better
13  addressed to one of your vice-presidents
14  under you?
15      A.   I'm not sure what you are asking
16  me.  The specific impact of the Texas City?
17      Q.   Lessons learned.
18      A.   Oh, the Texas City lessons
19  learned were incorporated in the six-point
20  plan that migrated into the OMS.  So it's
21  hard for me to describe that.  It would be
22  somebody in the group that would better
23  describe the gap, the movement across from
24  the six-point plan over into OMS.  So --
25      Q.   Okay.  When you came back to the