# Exhibit 30

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3    IN RE:  OIL SPILL      MDL NO. 2179
      BY THE OIL RIG
 4    "DEEPWATER HORIZON"    SECTION:  J
      IN THE GULF OF
 5    MEXICO ON APRIL 20,    JUDGE BARBIER
      2010                   MAG. JUDGE SHUSHAN
 6

 7
```

**Volume II**

         Deposition of **RICHARD D. LYNCH, JR.**,
taken in the Pan American Life Center,
Bayou Room, 11th Floor, 601 Poydras Street,
New Orleans, Louisiana 70130, on Friday,
May 20, 2011.


**APPEARANCES:**

         BREIT, DRESCHER, IMPREVENTO &
             WALKER, PC
         (By:  Jeffrey Breit, Esquire)
         1000 Dominion Tower
         999 Waterside Drive
         Norfolk, VA  23510
             (Attorneys for MDL 2185
              Securities plaintiffs
              Subclass)

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

Suggested line for Running Header
Case 2:10-md-02179-CJB-DPC   Document 12460-31   Filed 03/06/14   Page 3 of 9
815

1    specifically.
2         Q.    Well, what was your title in
3    March of 2005?
4         A.    I was the joint venture
5    performance units leader in the Gulf of
6    Mexico.
7         Q.    And as the joint venture
8    performance leader, did BP take the time to
9    educate the BP personnel about the problems
10   that they discovered after the March 2005
11   Texas City refinery so as they could learn
12   from their mistakes and avoid that kind of
13   problem in the future?
14        MR. GODFREY:
15             Objection as to form.
16        THE WITNESS:
17             Yes.
18   EXAMINATION BY MR. BREIT:
19        Q.    Were you a part of those
20   discussions?
21        A.    Yes.
22        Q.    Would you expect most of the
23   senior personnel of BP to be involved in
24   discussions after March of 2005 where BP
25   tried to learn from its mistakes?

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

1          A.    Yes.
2          Q.    And did BP try to educate its
3    personnel so that they could avoid
4    procedures that may cause explosions, apply
5    lessons learned, and reduce risks?
6          A.    Yes.
7          Q.    And do you believe that between
8    the time period of March of 2005 and April
9    of 2010, that the senior management at BP
10   learned its lessons and tried to reduce a
11   risk -- risks such as explosions at the
12   Texas City refinery or the explosions of
13   the Macondo well?
14         MR. GODFREY:
15              Object as to form.
16         THE WITNESS:
17              Yes.
18   EXAMINATION BY MR. BREIT:
19         Q.    You believe that they did learn
20   those lessons?
21         A.    I believe they were learning
22   lessons, yes.
23         Q.    Well, the question is:  Were
24   they learning lessons after the Texas City
25   refinery and trying to improve procedures,

Suggested line for Running Header
Case 2:10-md-02179-CJB-DPC   Document 12460-31   Filed 03/06/14   Page 5 of 9
817

1    such that the problems which caused the
2    explosion and the loss of 15 lives in Texas
3    City could be avoided again in the future
4    so that we wouldn't have more loss of life?
5         A.    Yes.
6         Q.    And when they did that education
7    of the BP senior management after March of
8    2005 in order to reduce the loss of life,
9    what lessons did they learn in changing the
10   safety process at BP which they applied in
11   the operation of the Macondo well, in your
12   opinion?
13        MR. GODFREY:
14             Objection as to form.
15        THE WITNESS:
16             So it is how it relates to the
17   safety management systems and how the
18   contractors view their appropriate duties.
19   As I mentioned to you yesterday, this is a
20   multi-party, multi-causal event.
21   Transocean, Halliburton, BP, and many
22   others were involved in this event.
23             Had that BOP stack been shut in
24   an appropriate way in the very beginning,
25   we wouldn't be sitting here having this

1    conversation today.
2    EXAMINATION BY MR. BREIT:
3         Q.   Well, let me ask you a question
4    about the BOP.
5              Did you understand that the BOP
6    had even been uncertified at the time that
7    the explosion occurred in April of 2010?
8         A.   No.
9         MR. DART:
10             Object to the form.
11        MR. HILL:
12             Object to form.
13   EXAMINATION BY MR. BREIT:
14        Q.   You did not know that?
15        A.   I did know that it was
16   uncertified before the event occurred in
17   April of 2010, no.
18        Q.   Would you expect BP personnel,
19   in operation of the rig and part of this
20   drilling process, to be aware of the type
21   of the equipment and the status of the
22   equipment that was being used on the rig,
23   or did you think that the third party is
24   100 percent responsible for the equipment
25   that they bring to the rig?

```
 1    verification prior to April of 2010; is
 2    that right?
 3           MR. GODFREY:
 4                Objection as to form.
 5           THE WITNESS:
 6                Prior to April of 2010, we
 7    expected and relied on the drilling
 8    contractor who owns the equipment to keep
 9    it maintained in proper working order.
10    EXAMINATION BY MR. BREIT:
11        Q.    And so prior to April of 2010, I
12    take it then, that BP did not try or
13    attempt to verify the equipment that was
14    being used on this rig; is that right?
15        A.    I don't know that.
16        Q.    Well, you were in charge of
17    drilling, were you not -- vice-president of
18    drilling and completions in 2010?
19        A.    No, I was not.
20        Q.    It was one of your roles,
21    vice-president of drilling and completions
22    in 2010?
23        A.    It was not.
24        Q.    Did you learn, in your process
25    now since November of 2010, whether or not
```

1  BP ever in the past tried to verify the
2  maintenance of the equipment being used on
3  their wells?
4       A.   I don't know what BP did in that
5  verification process in the past.  I was
6  clear about what we're doing from this
7  point forward.
8       Q.   Well, when you started to put in
9  place a verification process, did you even
10 look the see if there was one in place
11 before?
12      A.   There was not one in place
13 before.
14      Q.   Now, let me go back to the Texas
15 City refinery and the lessons learned.
16           What mitigation of risks in the
17 safety process was taught to you all after
18 March of 2005 so that problems such as the
19 loss of 15 workers' lives could be avoided
20 in the future?
21      MR. GODFREY:
22           Objection as to form.
23      THE WITNESS:
24           There were several lessons
25 learned from that.  One was occupied

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

```
 1   portable buildings in and around
 2   hydrocarbon sources.
 3   EXAMINATION BY MR. BREIT:
 4         Q.    Keep on going.
 5         A.    Some was the maintenance and
 6   understanding of flare systems.
 7         Q.    What were you saying about
 8   maintenance?
 9         A.    I said the maintenance and
10   understanding of how a flare system -- of a
11   flare system.
12         Q.    Okay.  Go on.
13         A.    A flare system.  I think it was
14   close-out of action items related to
15   audits.
16         Q.    Now, you understand that there
17   was a very serious and large audit in the
18   fall of 2009 of the equipment being used in
19   the Macondo well where there had never been
20   a close-out action of the maintenance of
21   the rig?
22         A.    No.
23         MR. GODFREY:
24               Objection as to form.
25   EXAMINATION BY MR. BREIT:
```