# Exhibit 31

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

Group Defined Practice



GDP 4.4-0002

Incident Investigation

EXHIBIT # 1742
WIT: _____

14 October 2009
Operating Practice
S&O Health, Safety & Environment (HSE)

CONFIDENTIAL                                                                                    BP-HZN-BLY00205082

GDP 4.4-0002 Incident Investigation



teams, conducting the incident investigation and reporting the findings of the incident investigation.

- Facilitates the sharing of investigation findings to prevent or reduce the risk of future incidents.

### 1.1 Applicability

This practice applies group-wide, and is not limited to entities operating on Operating Management System (OMS). Its applicability is further set out (for example in relation to joint ventures, contractors and acquisitions) in GDP 0.0-0001.

### 1.2 Conformance, Deviation and Legal Compliance

GDP 0.0-0001 sets out:

- The date(s) by which actions are required for transition to conformance to this practice.
- The processes for endorsement of extensions and deviations from the requirements of this practice.

In the event of a conflict between this practice and applicable legal and regulatory requirements, the applicable legal and regulatory requirements shall be followed. If this practice creates a higher obligation, it shall be followed as long as full compliance with applicable legal and regulatory requirements is also achieved.

### 1.3 Administration

GDP 0.0-0001 sets out the processes and accountabilities for ownership, approval, document control, review, amendment and interpretation of this practice. The identity of the approver, content owner and document administrator are shown in the Group OMS Library.

## 2 Scope

This practice sets out BP's required approach for an incident investigation. This practice applies to all incidents that require reporting under the GDP 4.4-0001 Reporting HSSE and Operational Incidents.

This practice is intended for use by BP leaders, including:

- Leaders in both segment and group functions.
- Supervisors to whom incidents are reported and who then take initial actions.
- Health, Safety, Security and Environment (HSSE) teams.
- Those individuals who support the incident investigation process.

This practice does not apply to:

- OpenTalk or any other investigation of allegations or concerns by Group Compliance & Ethics (GC&E) or an independent monitor. However, depending on the outcome, such investigations could lead to an incident investigation.
- Any incident that may involve murder, suicide or death by natural causes. However, if it is established that none of these were involved, then this practice applies.
- Any incident that involves suspected illegal behaviour (or a suspected Code of Conduct violation) that would not typically be associated with an HSSE or operational incident.

GDP 3.1-0001 (example)
23 September 2009 (example)

CONFIDENTIAL

BP-HZN-BLY00205085