# Exhibit 34

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

# Lessons from Grangemouth
# A Case History

**Michael P. Broadribb**
Senior Consultant, Process Safety,
BP America Production Company,
Houston, Texas

**William H. Ralph**
Manager, Process Safety Management,
BP South Houston Complex,
Texas City, Texas

**Neil Macnaughton**
PSM Specialist,
BP Grangemouth Complex,
Grangemouth, Scotland

*A series of major incidents occurred during a two-week timeframe in May/June 2000 at the BP petrochemical complex in Grangemouth, Scotland. Each of the incidents were immediately investigated to determine root causes and to identify lessons learned. Fortunately no one was seriously injured as a result of these incidents, but the rapid succession of events drew considerable attention from the public and the regulatory agencies. In response, BP mobilized a Task Force to undertake a wider review of all operating units and functions across the Complex. This Task Force was the largest audit team ever assembled within BP for a process plant investigation. Lessons learned encompassed many of the elements of process safety management, and include a number of wider messages for the industry.*

## 1. INTRODUCTION

The BP Grangemouth petrochemical complex is located south of the Firth of Forth, near Edinburgh, Scotland. It is one of the largest petrochemical facilities in Europe and is a Major Accident Hazard site as defined under the UK Control of Major Accident Hazard (COMAH) regulations. The site covers 1700 acres, straddling a major public road and the River Avon. Approximately 2000 employees operate the facility on a 24-hour, 365 days per year basis.

The Forties Pipeline delivers North Sea crude oil to the Complex for stabilization, and then either export or feedstock for a 10 million tonnes oil refinery. The Complex also includes petrochemical plants producing ethylene, propylene, benzene, ethanol, and

CONFIDENTIAL    BP-HZN-2179MDL03019550

various polymers such as polyethylene and polypropylene. The Complex has its own power station supplying steam and electrical power.

A series of major incidents occurred at the Complex between May 29 and June 10, 2000: an electrical fault led to loss of power and plant shut down; a rupture in a steam line caused disruption to the local community; and finally a fire occurred on the Fluidized Catalytic Cracking Unit (FCCU). In the preceding twelve months, there had been a number of other major power outages, which also impacted the local community. In addition to BP's root cause investigations, the Competent Authority (the UK Health & Safety Executive and the Scottish Environment Protection Agency) felt obliged to independently investigate these incidents.

This paper will describe these incidents, their investigation, follow-up activities, and share some of the practical lessons that can be learnt. The paper will also describe how a step change in performance was achieved in a relatively short period of time.

## 2. THE INCIDENTS

### 2.1 The First Incident
*18:07 hours, May 29, 2000*
*Electrical fault led to loss of power and plant shut down.*

The No.5 11kV Sub-station is a key sub-station feeding the refinery and north-side chemical plants of the Grangemouth Complex. The sub-station is supplied via 3 x 50% 33kV cables. Additional cables were being installed to supply a new plant, and the decision was made to route the new cables adjacent to existing live cables. The excavation contractor failed to adequately control the work, resulting in damage to one of the existing cables by a pneumatic clay spade during excavation works to install the additional cables.



**Figure 1**

**Cable Failure**

The damage was not reported at the time, and several days later the damaged cable failed. The electrical protection relay that should have detected this fault and isolated the damaged circuit without interrupting supplies failed to operate. It had been left disabled after previous routine testing. As a result, the back-up protection on the 33kV supply sub-station operated causing a major loss of power supply to the north side of the Grangemouth Complex. The loss of power to this area impacted on the site steam, cooling water and other utilities causing all refinery and chemical production plants to be shutdown. Subsequent loss of utilities supplies led to further shutdown of the Forties Pipeline System, impacting offshore production from the North Sea.

No one was injured during this incident, but, if the cable had faulted immediately it was damaged, there was the potential for personnel injury or fatality. The production plants were shutdown safely with no injuries or damage to plant or equipment. There was little media coverage, but the local public was impacted through noise, black smoke, and large flares.

Power was restored to the 33kV sub-station within 6 hours, but some of the uninterruptible power supply (UPS) systems ran out of power after 2 hours. The final production plant was not restarted until 3 days after the incident. An incident investigation team was set up to determine the root cause(s) of the power failure.

**Immediate Lessons Learned:**
- The control of work near live electrical equipment must be managed carefully to avoid the risk of an incident.
- Contingency plans, including risk assessments, should be prepared to handle major power failures.
- Controls should be put in place to ensure that electrical protection relays are operational after routine testing.
- Standby power supplies for communications and critical IT systems should be reviewed for adequacy during a major power failure.
- There should be clear accountability for site power supplies and sufficient resources for their maintenance.

## 2.2 The Second Incident
*23:15 hours, June 7, 2000*
*Rupture of a steam line caused disruption to the local community.*

A number of pipelines, including a medium pressure (MP) steam line (200 psig/14barg), pass under a public road by way of a tunnel (known as the Gemec Tunnel) and connect the Complex Power Station to the Chemicals south site.

The power failure at the Complex on May 29 caused a failure of the drainage pumps and subsequent heavy rain lead to flooding of the Gemec tunnels. This flooding caused a deterioration of the pipe insulation leading to a significant loss of its insulation properties. Although signs of water hammer were identified in adjacent lines, and a pressure safety valve on the line was seen to be discharging a mixture of condensate and steam, the cause was not adequately investigated. As a result of the

flooding, it was decided to carry out a visual inspection of the Gemec Tunnels. The steam trap at the south side of the line was isolated, as it was "blowing" hard with condensate and steam, to prevent the inspection engineer from being scalded. This steam trap was not reinstated after the inspection. This was significant as it was the only steam trap on this section of the line. Thus, the section of pipe passing through the Gemec Tunnel was primed for condensation induced water hammer to occur.

At approximately 23:18 hours, June 7, the 18 inch MP steam line ruptured on the Chemicals south side, inside the fence line adjacent to the public road, which runs between the North and South sites of the Chemicals plants. This rupture caused debris and a large volume of steam to escape on to the public highway. It also caused damage to the perimeter fence and the insulation on those pipes in close proximity. The extremely loud noise of escaping steam disturbed the local community.



**Figure 2**

**Steam Main Failure**

The road was closed immediately to all through traffic and the emergency services, both site and local authority, were in attendance. Despite high levels of noise and poor visibility operations personnel were able to identify and isolate the ruptured line within about an hour. Many of the Complex production units that had just restarted commenced a planned and controlled shutdown, and several refinery units, including the FCCU, delayed their ongoing start-up.

The Incident Management Team and Business Support Team members were activated immediately. The scene was handed back to BP at 05:00 hours on June 8, when the clean up began.

A public statement describing the event was sent out within 2 hours and an apology notice appeared in the next editions of the main local papers. The incident attracted local and national media attention, and the Complex Director appeared on Scottish television to apologize to the local community.

A member of the public sustained a minor injury as a result of this incident, but clearly the potential existed for serious injury to both employees and members of the public. However, the public road was closed to both employees and the public for a number of days to allow for investigation and repair.

CONFIDENTIAL

A major incident investigation team was set up to determine the root cause(s). It was determined that a mechanism known as "condensation induced water hammer" had caused the failure. This mechanism occurs when steam comes into contact with relatively cold condensate or when condensate meets a trapped steam bubble. Due to temperature differences heat transfer between the two is rapid, causing a collapse of the steam (significant reduction in volume occurs as steam vapor changes to liquid condensate). This is followed by an inrush of more condensate at high velocity to fill the void. The nature of this mechanism is such that it inherently involves much larger volumes of water because lines need to be flooded to isolate a steam bubble. Thus, when water hammer occurs a large volume, and hence mass, of water traveling at high speed is rapidly decelerated. The high energy dissipated as a result of the rapid deceleration results in a pressure wave traveling at high speed back through the water column.

In this particular case, the length of MP steam line became a 'dead leg' when the isolation valves were closed on the South side of the road. Condensate accumulated and flooded the U configuration of pipework under the road, when the steam trap was isolated. A steam bubble became trapped on the South side of the road, and collapsed rapidly as the condensate had cooled significantly in the flooded Gemec tunnel. The collapsing steam bubble created a differential pressure across the accumulated condensate causing it to accelerate into the void. The mass of condensate involved was in the region of 4 tons, and was stopped abruptly when it reached the isolation valves. The resulting pressure wave caused the failure of the 18-inch dia. line.

**Immediate Lessons Learned:**
- Creation of " dead leg" sections of steam lines should be avoided particularly where they are low points in the lines.
- The critical role played by steam traps when steam lines are being commissioned, de-commissioned and operating under abnormal conditions.
- Training and awareness of the safe operation and maintenance of steam systems is critical for safe operation.
- Contingencies should be put in place to ensure that the Gemec Tunnels do not flood at times of plant upset.
- The need to report, investigate and prevent water hammer incidents, and in particular condensation induced water hammer.
- Only isometrics/linewalks can identify vulnerable systems – P&IDs don't show the relevant detail.

### 2.3 The Third Incident
*03:30 hours, 10 June 2000*
*A fire occurred on the Fluidized Catalytic Cracking Unit (FCCU)*

During the night of June 9/10, a large fire occurred on the FCCU within the Refinery manufacturing area while the plant was being brought on stream following the site power outage that occurred on June 7. The Vapor Recovery Unit (Gas Plant) was being brought on line when the outside operators saw a leak of naphtha from the

vicinity of the Debutanizer tower base that rapidly became worse. Almost immediately, the leak ignited and a large fire developed.



**Figure 3**

**FCCU Damage**

The Operations team acted promptly to isolate the Debutanizer tower, thereby reducing the supply of fuel to the fire. The site fire service was called, and the site Incident Management Team and the Grangemouth Major Incident Control Center were mobilized. The site and local authority fire teams fought the fire. It was under control within 40 minutes and was finally extinguished by mid-morning. The Unit was isolated and cordoned off.

There were no personnel injuries, however, the commotion caused by the fire and attendance of the emergency services caused disruption to the local community. Clearly a potential existed for a vapor cloud explosion resulting in major unit damage and multiple fatalities. The incident received national media attention. A public statement describing the incident was issued within 6 hours and an apology notice appeared in the next editions of the main local papers.

Although the fire was controlled relatively quickly, minimizing the extent of damage to the Debutanizer tower and its immediate vicinity, the fire caused extensive damage to vessels, pipework and electrical/instrument equipment within the vapor recovery section of the plant. The fire disturbed asbestos on the unit, but proper controls were not implemented until after the fire was extinguished. About 2 tonnes of hydrocarbon were released to the River Forth estuary.

A major incident investigation team was set up to determine the root cause(s). Post-incident examination of the unit found that the weld joining a redundant pump-out line to the Debutanizer bottoms pipework had failed due to fatigue. This failure was the source of the leak.

During the construction of the plant in 1950-1951, a stub-in tee rather than a forged reducing tee was used to connect the pump-out line to the Debutanizer tower bottoms line. This was contrary to the pipe specification for the duty. The pump-out line was modified sometime prior to 1986, leaving it as an inadequately supported dead leg. Neither the lack of support, nor the retention of the pump-out line, were subsequently noted or challenged. There were no inspection records for the pipe for the 13 years since the modification was carried out.

The Debutanizer bottoms pipework was subject to occasional violent vibration. This was never questioned by the operators who observed it, and was not known by all the shifts or plant engineers. Unit Hazops did not identify the potential for vibration.

**Immediate Lessons Learned:**

- Unit dead legs, inadequately supported pipework and equipment subject to vibration need to be identified and either eliminated or subject to proper engineering controls.
- Significant modifications need to be made to the FCCU to improve the unit reliability, to improve remote isolation facilities for the Vapor Recovery Unit, and to address design features typical of a 1950's plant that are no longer good practice.
- The site needs to improve procedures for identifying and dealing with potential asbestos hazards during a plant incident.
- The site needs to develop and implement procedures to revalidate Process Hazard Analyses (including Hazops). The revalidation should incorporate operating experience, inspection history, incident history and code/design standard changes.
- Compliance with site plant modification procedures needs to be reinforced.

- A regular and comprehensive inspection program is required that measures and records thickness of pipes, condition of pipe supports and hangers, pipe vibration, and the condition of insulation and paint on pipes and pressure vessels.

The FCCU was shutdown for a number of years before the Company decided to repair and modernize the unit.

## 3.
## COMPANY RESPONSE

The incidents attracted extensive Scottish media coverage of all the events and, in particular the FCCU fire. There was also some UK national coverage. The Scottish coverage raised questions over operating competence and the ability to manage the site

safely. Understandably the confidence of employees and the community was shaken. The rapid succession of events also drew considerable attention from the Competent Authority (CA), who investigated the causes of the incidents.

In response, the Company convened a high level Process and Operations Review Task Force to carry out a 'root and branch' review of the site's equipment, operating systems, management processes, skills and competencies.

In the meantime, following consultation with the CA, it was concluded that those plants currently operating should continue to do so. However, no plant currently off line would re-start until the Task Force had carried out a full technical and safety audit. An initial screening survey of the operating units was also undertaken to determine if any imminent dangers were present, in which case the risks were to be addressed immediately or the unit shut down until the risk items had been addressed

A senior manager from BP's US refining system led the Task Force, and staffing of the team was drawn from BP's worldwide businesses and independent consultants. This was the largest BP audit team ever assembled for a process plant investigation, and comprised over 36 engineers and safety experts.

The Task Force's fundamental process and operations review of each facility, including Utilities and Offsite areas, concentrated upon the following factors:

- Startup procedures
- Normal Operating Procedures
- Emergency procedures
- Competency of operating teams including procedures for ongoing training and re-certification
- Mechanical integrity
- Instrument integrity
- Electrical system integrity
- Control system testing
- Access, lighting and housekeeping standards
- Existing risk assessment processes (Hazop, MOC, unit startups, work permitting)
- Recommendations from prior and current incident investigation teams

The main investigation lasted two months and generated in excess of 800 prioritized recommendations; the majority of which were specific to individual process units and equipment. A small core team then reflected upon the key themes that were relevant complex-wide, and potentially had wider organizational implications for the Company. In particular, a number of broader recommendations for changes to site procedures or organization were highlighted.

This vigorous and positive response by BP eliminated the need for the CA to audit the whole Complex, and demonstrated that the Company was prepared to identify the actions necessary to improve performance and respond to community concerns. The CA conducted a limited external investigation into the three incidents, and then a series of additional investigations were carried out on a number of common themes that emerged. Asbestos, alarm handling, emergency response, environmental impact, health, safety and environmental (HSE) management system, safety culture and human factors were all

evaluated. The result of these investigations culminated in fines totaling £1M ($1.8 million) and the publication of a public report by the CA.

## 4. COMPLEX-WIDE LESSONS LEARNED

The following broader findings and lessons from the Task Force review cover issues that challenge many companies in today's competitive environment.

### 4.1 Organization

Significant organizational and personnel changes had occurred at the management, superintendent, supervisor, and operator/technician levels over a number of years. However, new roles and responsibilities had not been **formally** reviewed against the old roles and responsibilities. In the absence of comprehensive mapping of tasks, certain former tasks were missed and were no longer anyone's formal responsibility.

### 4.2 Initiative Overload

Several groups across the Complex complained of being faced with a variety of Group, business stream and local initiatives. This was most prominent in the Utilities Division, which, in addition to the normal operation of the power station and other utility systems, was supervising the construction of a new Cogen project, implementing infrastructure improvements, while also restructuring. Experienced and knowledgeable staff had great difficulty keeping pace with changes while maintaining the expected quality of work product. There was too little focus on their core activity – running the power station.

### 4.3 Inconsistent Standards

With three largely autonomous business streams (refining, chemicals and E&P), the Complex had at least three different ways of doing business whether it related to HSE, engineering, maintenance, or operations. For example, there were different permit to work systems adding unnecessary complexity, especially for common services and contractors.

### 4.4 Ownership

The ownership of certain equipment was unclear following several organizational changes. The Outside Battery Limits (OSBL) areas, in particular, did not have an owner, and consequently received little or no maintenance, resulting in reliability problems with potential for wide impact across the site. Ownership of Inside Battery Limits (ISBL) switchgear buildings was also unclear.

### 4.5 Maintenance & Reliability

CONFIDENTIAL
BP-HZN-2179MDL03019558

Over the years a number of maintenance and reliability reviews, task forces and studies had been conducted, but many of the recommendations had not been implemented. There was a maintenance backlog and mechanical integrity testing was not prioritized to ensure that safety critical equipment received timely preventive maintenance.

### 4.6 Action Tracking

Recommendations from reviews and investigations were tracked through a variety of paper, spreadsheet, and database means, but there was no comprehensive action tracking system. As a result, some actions were not progressed, and there was no check on the quality of action resolution.

### 4.7 Competency

There was a need to build awareness and competencies in process safety and integrity management within senior leadership and the organization in order to develop a meaningful value conversation around cost vs. safety. There was a lack of experience in some areas, and limited refresher training plans.

### 4.8 HSE Assurance

The short-term focus militated against having a tangible audit process or key performance indicators (KPI's) for capturing lessons learned. Grangemouth did not have a structured and comprehensive audit program to provide assurance around its key HSE risks.

### 4.9 Process Safety

With no formal structure or specific focus on process safety, many of the components of process safety management (PSM) were not formalized at Grangemouth. There was no site governance structure to provide overview and assurance that process safety issues were being handled appropriately. Process safety needed to be elevated to the same level as personal safety.

### 4.10 Cost Targets

There was too short a focus on short term cost reduction reinforced by KPI's in performance contracts, and not enough focus on longer-term investment for the future. HSE was unofficially sacrificed to cost reductions, and cost pressures inhibited staff from asking the right questions; eventually staff stopped asking. Some regulatory inspections and industrial hygiene (IH) testing were not performed. The safety culture tolerated this state of affairs, and did not "walk the talk".

CONFIDENTIAL

BP-HZN-2179MDL03019559

## 5. FOLLOW-UP ACTIONS

### 5.1 Immediate Actions at the Complex

The Grangemouth Complex has successfully completed a number of specific actions, relating to the three incidents and more general themes across the site, in line with the findings of the Task Force and CA investigations.

The most immediate actions specifically addressed the findings of the Complex's own investigations into the three incidents, notably:

- Establishing a single Complex-wide power group of competent electrical engineers to plan electrical work,
- Conducting comprehensive assessments before excavations in the vicinity of high voltage cables,
- Establishing clear ownership and technical competence for OSBL steam systems,
- Ensuring rigorous MoC of steam system changes,
- Recording and investigating significant plant upsets,
- Improved procedures for maintenance/testing of electrical relays and steam traps,
- Issuing an alert on condensation induced water hammer,
- Initiating an alarm prioritization project across the Complex to address alarm flooding problems,
- Improving on-site incident management plans to improve emergency team organization and facilities,
- Reviewing storm water capacity to ensure sufficient capacity for heavy rain and firewater,
- Developing plans for managing unusual substances in the effluent treatment plant sludge, such as asbestos released during the FCCU incident.

The Complex also undertook to evaluate the integrity of 'light ends' pipework and emergency shutdown (ESD) systems before re-commissioning the FCCU, which was not rebuilt for a couple of years.

Actions relating to the more general themes from the Task Force and CA investigations are discussed below in Section 6.

### 5.2 Company-Wide Actions

BP conducted an integrity management review following these incidents, paying particular attention to lessons arising from these incidents. The initial findings were communicated widely to BP operating companies.

A Lessons Learned Workshop was held at Grangemouth in December 2002 with representatives from all BP Group business segments and external experts. This workshop focused on lessons for the whole of BP, not just Grangemouth, and addressed context/challenges, key issues/priorities, sharing experience and learning from others, and generating ideas and proposals for improvement. Actions were

generated in three areas: leadership, communication and learning, and process safety.

**Leadership**

BP has set context, strategy and direction for process safety and integrity management through the development of a Company-wide Process Safety and Integrity Management standard. In particular, a longer-term strategic approach for business risk management has been established with targets in all HSE areas.

**Communication and Learning**

Many input and output measures are employed to measure process safety performance. However, in order to deliver a step change in HSE communication and learning, a number of changes have been implemented involving:
- Consistent delivery of lessons to an agreed standard,
- Quality analysis, interpretation and communication of priority learnings, and
- Consistent action and closure of learnings.

The BP Group's Major Incident Announcements (MIA's) are analyzed to identify common process safety issues. Information is also regularly shared through Quarterly Safety Bulletins, which have also been made available to CCPS's Process Safety Incident Database (PSID). Audit protocols have been enhanced to incorporate process safety more explicitly in audit protocols.

**Process Safety**

In order to further raise the status and consideration of process safety, a BP Group standard for Process Safety and Integrity Management has been developed. The intention was to build leadership capability and competence in process safety, and to establish a Group process safety scorecard. Subsequently, the establishment of a more rigorous corporate management framework and mandatory functional standards across the BP Group is reinforcing this initiative. One of these functional standards will be an enhanced Integrity Management standard.

## 6.

## KEY LESSONS FOR INDUSTRY

The BP and CA investigations into the three incidents at Grangemouth Complex resulted in a number of lessons for the industry that should be addressed by other operators, who should put in place management systems to prevent major accidents of a similar nature from occurring.

### 6.1 Lesson One

The first "key lesson" in the CA report concludes that managing major accident hazards *"requires a specific focus on process safety management over and above conventional safety management"*. In response, the site has taken a number of actions:

First, the Grangemouth Complex governance structure has been revised to provide explicit focus on major accident hazards. The BP Task Force specifically recommended that the Complex establish a Process Safety Committee (PSC) to oversee major accident hazard management, i.e. setting policy and ensuring that it is implemented. The selective use of KPI's allows the committee to monitor performance and intervene when necessary. Linkage with a series of local committees helps raise awareness of process safety at plant level and is the key to implementation.

Some points for manufacturing sites to ponder:
- Process safety covers a vast range of issues. Where in your organization does it all come together?
- How is your site organized to deliver process safety? Does it match your governance structure?
- Is there a body on your site to drive the process safety agenda?

Secondly, the site has reviewed its major accident risk profile to identify priorities for risk reduction and ongoing assurance. During 2001, the Complex identified its top-5 major accident risks: operations handling bulk toxics; major losses of containment on plants leading to an explosion; certain pipeline operations; pollution from marine loading operations; and bulk LPG storage. This exercise highlighted the overall risk profile of the site, and questioned the value of some high-risk activities, and need for any intervention to further understand and reduce risks. It also highlighted where the PSC should focus its attention.

A more detailed, but high-level, assessment was conducted last year to provide a more complete relative risk ranking of the site, which showed the significance of other areas of the site's operations. A particular learning from this assessment was the realization that generally the only way of reducing risk is to reduce the likelihood of the event occurring, as the consequences remain unaltered. This highlighted the significance of the overall performance of the management system (see below), which in turn raised questions about what level of assurance is appropriate for the top risks.

Some points for manufacturing sites to ponder:
- What major accidents could shutdown your site or jeopardize its license to operate? What would you put in a "top-5" list?
- When you consider your top risks, are you happy with the safeguards you have in place?
- Do you know the key safeguards that allow you to manage your top major hazards? How do you know they are working effectively?
- Is your site running risks that aren't worth the commercial reward?
- Does your assurance process focus in the right areas? Is it proportionate to the weight you are placing on the management system to deliver the required risk reduction?

Thirdly, the site is developing a process safety management system along the lines of the OSHA 1910.119 framework to provide specific focus on major accident

CONFIDENTIAL

hazards. While the US and UK approaches to major accident hazard regulation are rather different, the OSHA PSM rule sets minimum standards for a major accident management system in very clear terms that engineers understand. Although OSHA PSM has some significant gaps compared to a "complete" management system, invariably these gaps are well covered by UK regulation. Specific examples of gaps include: engineering design and standards, governance and organization (including competence of the whole organization and the impact of changes to the organization), which are addressed by the COMAH regulation guidance. Nevertheless, OSHA PSM defines a set of core expectations for a process safety management system framework. This PSM focus has been augmented by the Company-wide standard on Process Safety/Integrity Management, which sets more extensive expectations.

Some points for manufacturing sites to ponder:
- How explicit is your management system in laying down clear expectations for major accident management? Is it simply a collection of platitudes or does it contain clear and auditable detail? For example, have you defined your critical process documentation and is it clear who is responsible for keeping it up to date?
- When did your site last have a detailed audit of its management systems that looked critically at the process safety content and performance?
- When you look at level of compliance with your site's management system, what deficiencies are you tolerating? Has the abnormal become the normal?

### 6.2 Lesson Two

The second "key lesson" in the CA report calls for *"companies to develop KPI's for major hazards"* that can effectively indicate process safety performance. Traditional indicators such as "days away from work" do not provide a good indication of process safety performance.

The Grangemouth Process Safety Committee has developed a set of KPI's to monitor and maintain ongoing process safety performance. These KPI's include a range of issues, such as the number of process safety significant incidents, number of leaks (not flanges and seals), overdue inspections for primary containment and protective systems, overdue updates to process safety information (PSI) documentation following management of change (MoC), and audit action items closure. These KPI's represent a combination of input and output measures, and cover all elements of PSM and compliance with COMAH improvement plan objectives.

The use of proper measures and performance indicators supported by a suitable governance system has enabled the necessary focus on key areas needing improvement. As a result the Complex has made significant progress in tackling deficiencies. The number of overdue inspections has been greatly reduced, as has the backlog of documentation requiring update following plant modifications. Over 1100 operating and engineering staff have received detailed training in major accident awareness.

Some points for manufacturing sites to ponder:

CONFIDENTIAL

- How do you know that your site won't suffer a similar series of incidents?
- How does your site measure process safety performance? Is it getting better or worse?
- Is it an effective measure of major accident hazard prevention?

### 6.3 Lesson Three

The third "key lesson" in the CA report identifies that *"disruption to utility supply systems on a major hazard site can cause significant problems and have the potential to result in a major accident."* Recent events involving loss of power highlight that these failures have the potential to result in significant safety and reliability incidents.

Much of Grangemouth's effort has been devoted to clarifying roles and responsibilities for the operation and maintenance of every item of equipment within the utilities infrastructure of the Complex, especially OSBL. An important aspect of these responsibilities has been to ensure that the individuals have the appropriate competencies, particularly where high voltage equipment is concerned, and that these competencies have been maintained through a period of considerable organizational change. A program of care and attention has been implemented addressing equipment that may have suffered from lack of maintenance in the past. Since these efforts the Complex has not suffered another major utility failure to date.

Some points for manufacturing sites to ponder:
- How reliable are your site's utility systems? Is this good enough, and is it getting better or worse?
- Have you evaluated the potential consequences from major utility outages to the integrity of your process? Can these lead to a major accident?
- What more can your site do to prevent a major accident occurring as a result of a major utility failure?
- Has your site run detailed emergency drills and exercises for each type of utility failure?

## 7. WIDER MESSAGES FOR INDUSTRY

At the time of the Grangemouth series of incidents, the H&SE had a strategy entitled "Revitalising Health and Safety", aimed at preventing major incidents with catastrophic consequences. This initiative produced a number of wider messages for industry.

### 7.1 Message One

The first message for major hazard industries concerned the use of *"knowledge available from previous incidents within their own organization and externally"* should be incorporated into safety management systems.

The H&SE has often found when conducting incident investigations that causes have been previously identified and reported but no action has been taken. Improvement of corporate memory to ensure that knowledge gained from past

CONFIDENTIAL   BP-HZN-2179MDL03019564

incidents, and pro-active use of valuable lessons from within their industry sector, could prevent some major accidents.

Onshore major accident hazard industries can also learn from initiatives by the offshore industry to place greater emphasis upon ensuring that loss of containment does not occur. A reduction in the number of flanges, removal of dead-legs, reduced vibration and appropriate pipework connection/support can minimize loss of containment incidents and prevent major accidents.

### 7.2 Message Two

The second message requires that *"operators should give increased focus to major accident prevention in order to ensure serious business risk is controlled and to ensure effective Corporate Governance"*.

Major incidents can have significant business impact resulting in lost production, costly repair and reputation damage from citations, fines and adverse public/media reaction. Directors, senior management and local plant management have a duty to manage the well-known underlying causes of major accidents. Systems of control for technical, administrative and human factors should be reviewed frequently to ensure that they remain robust and effective.

### 7.3 Message Three

The third and final message relates to *"the COMAH Safety Regime being a 'living process'"*, which should be used as a management tool to assist in process safety management.

While essentially a UK-based regulatory requirement, the COMAH Safety Report has substantial overlap and similarity with process safety management requirements in other countries. In particular, OSHA PSM and EPA Risk Management Plan (RMP) embrace many similar elements. Therefore the message is equally applicable. Regular inspection of plant and equipment, and rigorous auditing of safety management systems are important requirements to prevent and control major accidents. Increasingly human factors are also seen as an essential consideration in process safety management.

## 8. CONCLUSIONS

Since these incidents at Grangemouth and the findings of the Task Force were issued, the Complex has expended a great deal of effort in correcting the deficiencies and improving major accident hazard management. This has been made possible by the use of key performance indicators supported by an appropriate governance system, working within the framework of a clear process safety management system. The increased clarity around roles and responsibilities and core expectations has enabled significant improvement in a relatively short period during a time of considerable organizational change.

CONFIDENTIAL
BP-HZN-2179MDL03019565

The previous safety management system of the Complex was strongly focused on occupational safety, but these incidents have shown that traditional approaches are not appropriate for managing today's major accident hazards. A comprehensive process safety management system and organization is necessary for the successful management of major accident hazards across the breadth of activities within a typical chemical process industry site.

## 9. REFERENCE

*Major Incident Investigation Report, BP Grangemouth Scotland, 29th May – 10th June 2000*: Health and Safety Executive & Scottish Environmental Protection Agency, August 18, 2003.

CONFIDENTIAL

BP-HZN-2179MDL03019566