# Exhibit 35

To United States' Opposition to BPXP's Motion in Limine to Exclude (1)
Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

**Management Systems Review**

**2006 BPXA GPB OTL INCIDENTS**

# BP America Inc.
# Final Report

March 2007

30

This report is confidential and intended solely for the use and
information of BP p.l.c.

Booz | Allen | Hamilton

EXHIBIT #_____

WIT:_____ 277

TREX-00277

Final Report March 30, 2007

transit lines (OTL), which bring it to the top of TAPS at Pump Station 1. By contract with the operator of TAPS, Alyeska, the flow that arrives at TAPS can contain a maximum of 0.35 percent basic sediment and water (BS&W). Exhibit ES-2 provides a schematic of the Prudhoe Bay Field.

## Exhibit ES-2: Prudhoe Bay Oil Field Schematic



Source: *FS-2 Oil Transit Line Spill, Prudhoe Bay Eastern Operating Area, August 6, 2006, Incident Investigation Report, January 31, 2007*

As the field matured and production declined over time, flow composition changed. GPB now produces more viscous oil and much more water than it did in the past. The gathering centers currently process 10 times as much water as oil. Flow from the wells and manifolds is also less smooth, particularly as wells come on line, resulting in production upsets at the gathering centers.  This pushes more BS&W into the OTL. Finally, flow rates through the OTL have declined significantly from their peak.

Throughout the 1990s and up to 2004, a period of relatively low oil prices, Alaska was under severe budget pressure from BP and the other WIO to deliver flat lifting costs (on the order of $2.00 per barrel), even as production volumes decreased. Cost pressures to operate an expensive field profitably led to an environment of repairing

Booz | Allen | Hamilton

being shut-in following a smart pig run that revealed a number of anomalies that were subsequently verified by UT and visual inspections.

## Summary of Findings

The project identified a number of organizational, process, information system, and cultural causes that contributed to these two events. These findings are summarized below.

*Corrosion and Integrity Management*

- There was no formal, holistic risk assessment process for pipeline integrity. BPXA relied on inspection results and the experience and expertise within CIC to assess and manage corrosion risk.
- None of the risk assessment and risk management processes or tools in use at BPXA for pipelines explicitly addressed root cause ex ante. Root causes were well evaluated as part of the incident analyses ex post.
- Corrosion monitoring and control practices focused on known risks, based on lagging indicators.
- CIC's corrosion management strategy was developed in the late 1990s, and had not been substantially reviewed or revised until now, despite specific direction in a 2004 internal technical audit to do so.

*Analysis and Conclusions*

- CIC's corrosion management processes were relatively static and insensitive to changes in exogenous variables (e.g., flow rates, BS&W). There was no analysis of the potential effects of changing flow composition and rates on the OTL.
- CIC responded to indications of increased OTL internal corrosion with more UT inspection points and greater frequency, rather than a different inspection method (e.g., ILI) that might have yielded better insight.

*Authority and Resources*

- There was no single owner of the OTL as a system. Accountability for them was divided geographically among the six GPB Area Managers. The Area Managers held CIC responsible for managing corrosion on the OTL.
- A number of key assurance processes (e.g., Audit, Management of Change) were not "closed loop" to ensure that required changes were truly implemented and documented.
- The information technology (IT) infrastructure was fragmented and weak, making data integration, analysis, and work flow difficult and actual infrastructure status opaque.
- BPXA had a deeply ingrained cost management ethic as a result of long periods of low oil prices, constrained budgets, and multiple cost/headcount reduction

7

Booz | Allen | Hamilton

initiatives.  However, larger budgets alone would not have prevented these incidents without fundamental changes in corrosion and integrity management.

*Internal Communications*

- CIC made important project and activity tradeoff decisions to meet its budget targets. The budget development process provided little opportunity and no shared communication mechanisms (e.g., risk assessment methodology) for management to question these decisions.
- CIC was hierarchically four to five levels deep in the organization, limiting and filtering its communications with senior management. (See Exhibit ES-4)
- BPXA operated in vertical silos. There was minimal cross-functional communication and insufficient communication between slope operations and Anchorage.
- BPXA CIC operated in relative isolation.  There was little sharing of technical knowledge or integrity management practices outside of Alaska, either within Exploration & Production (E&P) or across BP business segments.
- BPXA senior management tenure averaged roughly three years. This lack of continuity contributed to perceptions of disconnection between the Alaska Leadership Team and BPXA operating management and staff.
- BPXA senior management tended to focus on managing internal and external stakeholders rather than the operational details of the business, except to react to incidents.

Booz | Allen | Hamilton

*Develop sustainable risk communication channels.*

These channels should ensure that critical risk information reaches decision-makers in a reliable and timely manner.  For senior managers to be held accountable for risk decisions, they need to receive timely and digestible risk data.  The risk communication channels should be used to share important risk information, communicate key risk messages, and coordinate appropriate risk management strategies.  Risk communication channels should horizontally link GPB organizations so that important risk data holders are able to share what they know and help devise appropriate risk-based responses.  The communication channels must also work vertically, ensuring that front-line staff have a method to communicate important risk information to senior management.

*Upgrade and integrate risk management information systems.*

A risk-based inspection system (currently MIMIR) should be linked with a work order system that tracks PMPs (MAXIMO), a piping integrity system that manages the infrastructure, and a system that tracks proposed changes through closure (TRACTION).  These systems should share common databases to eliminate duplication and ensure consistency.  The risk based inspection system and change management systems should include tools for data analysis in order to assess trends and identify "creeping change" that may affect asset integrity.  Analysis should be a regular feature of risk assessments and management reporting.

*Assign single point accountability at the operating level for discrete piping systems and other infrastructure assets.*

There should be clear line management ownership below the level of GPB Field Manager for the integrity and performance of infrastructure systems end-to-end.  This will ensure that assets are appropriately monitored and that maintenance and assurance activities will not "fall through the cracks."

**Strengthen Risk Assurance**

The first job of an independent risk assurance and integrity management function (proposed for the EA) should be to strengthen the current assurance process, formalize key activities, and create an oversight and feed-back loop to ensure compliance.

*Develop a formal risk-based assurance process.*

At the heart of a formal risk-based assurance program is a robust, closed-loop audit process.  The formal audit process should have two components: Audit, inspection/verification of current practices; and special audits based on high risk items identified in risk assessments.  The first should be a continuation of current practices, but also include a close-loop tracking mechanism to ensure completion.  The second should take the risk assessment/risk register results and use the high risk items to serve as leading indicators.  These items would then form the basis of a "targeted" audit. This will permit BPXA to focus on emerging risk areas before they develop into crisis

14                                                Booz | Allen | Hamilton

Final Report March 30, 2007

situations.  As with the first component, the "targeted" audits should be closed loop with a verification piece that ensures corrective actions are adequate and in place.

*Formalize the risk disposition process.*

The Engineering Authority should continue with its plans to serve as the formal risk review and approval process owner.  It is important to ensure that risk mitigation plans and corrective actions are put in place and that there is a formal independent review and approval process.  Because asset and operational risk management must remain with line managers who own the risk, an independent assurance group should serve to verify that the risk has been appropriately dispositioned. All major changes should be risk reviewed and approved before action is taken.

*Establish an escalation policy to ensure compliance.*

A robust assurance program must include an escalation process that drives compliance with internal and external risk management requirements.  If there are no consequences for non-compliance, there will be insufficient discipline in place to ensure that corrective actions and risk management strategies are implemented.  An appropriate enforcement regime will make certain that this occurs.  Furthermore, management should have metrics for asset integrity as part of their performance contracts to ensure an appropriate level of leadership attention.

BPXA has a large number of initiatives under way or planned. In addition to addressing the specific integrity issues arising from the leak incidents, BPXA has a long list of projects to undertake in the coming years:

- *Implementation of global IM standard* – process improvement
- *S&OI Six-Point Plan* – projects and process improvement
- *Reorganizations* – BPXA and GPB
- *Implementation of Operating Management System (OMS)* – process improvement
- *Implementation of Enterprise Risk Management (ERM)* – process improvement
- *Wedge* – major project
- *Major Projects* – 11 major projects identified
- *Mid-Stream Alaska*
- *Renewal*

Regulatory investigations and compliance will consume additional resources, particularly management time and attention. In addition, there are a number of open audit items that will require close-out.

Given the sheer number and complexity of initiatives planned, BPXA management should take the time to evaluate them holistically to identify prerequisites, redundancies, complements, and a critical path. It is unlikely that BPXA will be able to resource all of these initiatives simultaneously. A risk- and reward-based approach

Booz | Allen | Hamilton

Final Report March 30, 2007

## Exhibit 12: BP Hierarchy of Policies, Processes and Procedures



Source: Booz Allen analysis

## Risk Assessment

There are formal and informal risk assessment processes at BPXA. Formal risk assessment approaches include the Hazard and Operability Studies (HAZOP), Major Accident Risk (MAR), Major Accident Hazard Assessment (MAHA), and Business Activity Risk Ranking System (BARRS). The informal processes include individual risk assessments and historical trends performed by both Field and Town CIC groups.

HAZOP studies were performed on all facilities that contained processes that fall under the BPXA Process Safety Management (PSM) program as defined in the BPXA PSM Application Element Administrative procedure. These HAZOP studies focused on personnel safety and were conducted on operations only within facilities; operations outside of the defined facilities were not covered.[13]

From 2003 to 2004, driven by the PS/IM standard, a risk assessment of the GPB PU using the MAHA process was conducted by the Emerald Consulting Group, a third-party consultancy. MAHA is a qualitative evaluation technique used to identify major hazards that have the potential for catastrophic loss of facility, major loss of life, irreparable damage to the environment, and/or damage to corporate reputation. Risks are evaluated using a 5-by-5 probability versus consequence risk-ranking matrix.[14]

As required by the new BP Global IM Standard, a risk assessment was performed in 2005 on the Alaska SPU using the MAR process. In preparation for this, Emerald

39

Booz | Allen | Hamilton

Final Report March 30, 2007

Consulting Group revalidated the 2003/2004 MAHA register to use as an input to the MAR study. The MAR process evaluated potential risk to on-site personnel, off-site personnel, and the environment. Consequence analysis software was used to predict the severity of events, and industry data (or BPXA specific historical data when available) were used to estimate frequency. The MAR process only evaluated the resultant output of the event from the generic list of potential scenarios identified; it was not concerned with the causes of these scenarios. Output from the model provided F-N curves—a curve showing the cumulative frequency (F) of incidents and number of people harmed (N)—and weighed the identified scenarios for risk ranking.[15] The report was delivered in March 2006.

BARRS is a BP-developed system to risk-rank projects and operating budget items larger than $100,000. BARRS uses a standard risk assessment matrix to prioritize projects based on the estimated risk of not doing them. The system was implemented in 2004, and first employed for the 2005 BPXA budget. It continues to be enhanced with each successive budget cycle. While not a risk assessment process per se, BARRS is viewed by many in the organization as a risk assessment tool.[16]

CIC Town informally conducted corrosion risk assessments of the BPXA pipeline infrastructure; there was no formal risk assessment process or tool employed. These assessments were performed idiosyncratically based on technical expertise, knowledge of conditions, inspection trend data, and historical experience. High-pressure lines, two- and three-phase flow lines, seawater lines, and produced water lines were identified as higher risk for internal corrosion than the OTL, which carried sales-quality crude. External corrosion, particularly CUI was widely regarded as the greatest corrosion risk on the North Slope. While these assessments were often thorough, they were not holistic, formal, or rigorous.[17]

## Risk Management

The risk management processes included a variety of activities to incorporate the planning, execution, and assurance of corrosion risk management. These processes include budgeting, corrosion inspection and monitoring, corrosion control, training, management of change, emergency response, assurance, and procurement.

### Budgeting

The overall budgeting process combined a strong top-down target with a bottom-up, activity-based process. The Area Managers and CIC Field groups developed requests for their planned activities based on workload and expected expenditures (e.g., equipment replacement). Prioritization of requested activities then took place at the Area Manager level. This area budget was then taken to the Field level where GPB Field-level rationalization and prioritization took place. The Field-level budget was then proposed to the GPB leader. Budget direction from the Group, BPXA, and the WIO

Booz | Allen | Hamilton

Final Report March 30, 2007

were then applied to the requested budget from Field. Top-down targets were considered sacrosanct and were rarely exceeded.

Since 2004, the prioritization and rationalization effort used BARRS to assess large (over $100,000) O&M and CAPEX projects. The prioritization of funding for CIC activities was coordinated between the Town and Field CIC groups and the Area Managers. The revised budget was then approved successively up to GPB management and the WIO. This approved budget was then submitted to BPXA. Exhibit 13 illustrates the various steps of the process.[18]

## Exhibit 13: Budget Process



Source: Booz Allen analysis

### Corrosion Inspection and Monitoring

Management of corrosion in North Slope oilfield pipeline systems followed a general control-inspect/monitor-control process loop. Monitoring and control process distinctions existed in how internal and external corrosion issues are addressed. Overall, the approach and focus on particular subsystems and locations was prescriptive and tended to remain static over time.[19]

Booz | Allen | Hamilton

## VI.  INCIDENT ANALYSIS

**Summary:**  Our root cause analyses of the March 2nd and August 6th incidents highlight a number of corrosion assessment and management system shortfalls when dealing with evolving operating conditions leading to increased risk levels. These include:

1.  The established risk assessment processes and practices were not adequate to detect and address new risks due to evolving operating conditions.
2.  The budgeting process did not provide sufficient visibility into risk tradeoffs to senior management.
3.  Established corrosion monitoring and control practices focused on known risks, based on lagging indicators.
4.  The lack of strong assurance processes (e.g., open-loop process, self-verification model) led to poor compliance with some corrosion management practices and created inertia in implementing third-party recommendations.
5.  Internal communication was lacking to effectively manage corrosion risk.
6.  Disconnected information systems did not provide easy visibility into corrosion-related data.
7.  The OTL were not covered by a formal PSM process.

Although the March 2 and August 6 spills had many common process failures, there were some differences.[1] Analysis of each was important to determine their individual and common causes and uncover any system-wide management infrastructure weaknesses that contributed to the events.

To do this, the Booz Allen team conducted an incident analysis. The first step was to identify the sequence of events that led up to each spill. Deconstructing the sequence of events enabled the team to more fully understand the precursor and ancillary events that contributed to the spills. A scenario tree analysis was then performed on each spill. The scenario tree structure provided a systematic process to identify root causes. (Appendix 4 provides a generic scenario tree.) The next step was to map scenario tree results to BP risk-related processes that had an impact on corrosion management. This mapping illustrated how well BP risk-related activities functioned. The final step was to expand the analysis through a risk management diagnostic to identify and evaluate GPB systemic weaknesses that could have affected corrosion risk management.

Booz | Allen | Hamilton

Final Report March 30, 2007

**Exhibit 26: OTL Inspection Results**



*Source: MIMIR report*

Although GPB operated the MIMS process and used the OSHA PSM standard, there was no formal, methodical, network systems-based and closed-loop risk assessment process in place that addressed OTL corrosion risks at the time of the incidents.[35] The BPXA PSM Application Element Administrative procedure (see Appendix 1 of the procedure document) used a flow diagram to test and determine whether a process should fall under the BPXA PSM program and have a HAZOP performed. According to this flowchart and discussions with FS and GC managers, CIC Slope and Town leadership, and GPB senior managers, the OTL did not require coverage under the PSM procedure because it is neither a facility nor a process within a facility.[36]

As a result, the risk assessment process/practice in place at the time of the incident failed to capture and analyze changes in and their impact on exogenous variables such as lower flow rates, increased water content, and increased sedimentation.

*Risk Management – Budgeting*

**Key Finding:** Process did not provide transparency on the risk tradeoffs at the senior management level and was largely driven by top-down targets.[37]

**Reference to Scenario Tree Root Causes (March 2 and August 6):** Inadequate smart pigging program planning.

**Finding Discussion:**
Interviews with various CIC representatives indicated that top-down budget targets provided a "budget box" into which activities, materials, and projects had to fit.

71                                          Booz | Allen | Hamilton

Final Report March 30, 2007

The top-down budgets came from three sources — BP Segment, WIO, and BPXA. This top-down element was driven by a desire to run a profitable operation in a high-cost environment, holding lifting costs flat even as production declined substantially. Bottom-up selection of corrosion management projects was made within the technical organization and at the Field level. The list of projects was rolled up and presented to GPB management with limited visibility on the selection rationale.

In 2004, the BARRS tool was implemented to assist the organization in prioritizing projects and making the necessary budgetary tradeoffs. BARRS was used strictly to assist in the bottom-up budgeting process to help rank the relative importance of projects. Prior to the launching of BARRS in 2004, this was done ad hoc through the force of a project manager's persuasion.

Budget pressure eventually led to de-scoping some projects and deferring others. For example, the plan to run a smart pig in the OTL was dropped in 2004 and 2005.[38]

Staffing levels within CIC offer further evidence of the impact of budget constraints on corrosion management activity. A CIC manager request in 2005 to increase the staffing of CIC Town by three full-time equivalents (FTEs) was declined.[39] After the incidents, CIC has 19 open positions in Anchorage and 14 open positions on the North Slope.[40]

2006 ALT Performance Contracts included metrics for recordable injury frequency (RIF) as the only explicit target for risk management. Other metrics had implicit risk elements, such as operating efficiency and production, but the only metric specifically linked to integrity risk was the integrity spend (Gross Opex) target for the GPB Field Manager. There were a few integrity-related milestones, but these related to the implementation of the IM standard.[41]

*Risk Management – Corrosion Inspection and Monitoring*

**Key Finding:** CIC corrosion inspection and monitoring systems were static and insensitive to changes in exogenous variables.[42]

**Reference to Scenario Tree Root Causes (March 2 and August 6):** Inadequate smart pigging program planning, low flow, increased sediment in product, presence of water (carrying microbes).

**Finding Discussion:**
The Inspection and Monitoring program was at the heart of the Corrosion Management System (CMS), and the primary method to evaluate corrosion risk. The CMS process was static even though product composition changed over the last few years. The CMS did not change the inspection and monitoring regime for the OTL.

Booz | Allen | Hamilton

Final Report March 30, 2007

**Exhibit 28: 2003/04/05/06 GPB PMP Tracking Log**



Source: *PMP Yearly Status 2003, 2004, 2005, 2006*

With the exception of the yearly Coffman Engineering report and the 2005 *BPXA Corrosion Management System Technical Review,* corrosion issues were not the direct focus of audits and assessments outside of GPB. However, the absence of formal follow-up or lack of compliance with established processes were identified during various audits related to EMS and HSE. For example, a review of the PSM Audits (2000, 2002), EMS External Audits (1998 to 2003, 2005), and EMS Internal Audits (1998, 2000 to 2003, 2005) indicated a migration of findings from process formalization to process compliance and control. The number of action items identified in these audit reports (an average of 20 per year) clearly shifted from lack of formal processes (1998 to 2001) to lack of compliance with established processes. Similarly, the internal audit conducted in 2003 highlighted the reliance on "good people, experience, and history," rather than formal processes.[55]

*Communications – Internal*

**Key Finding:** Risk-related vertical and horizontal communications do not elevate critical risk data to senior leadership and, in some cases, preclude the efficient exchange of information related to corrosion.[56]

**Reference to Scenario Tree Root Causes (March 2 and August 6):** Poor maintenance pigging, low flow and increased sediment in product, presence of water (probably carrying microbes), increased water content (creating corrosive fluid).

Booz | Allen | Hamilton

**Finding Discussion:**
The interaction between HSE and IM was an important dynamic at the time of the incidents. Conversations with HSE and CMS staff and managers (both on the slope and in town), along with HSE's *PSM Application Element Administrative* procedures, state that HSE PSM activities are strictly focused on workplace safety, process safety (as it relates to personnel safety), and environmental safety. The OTL, which did not include any processes or direct links to personnel safety, were not evaluated with the PSM procedures. Likewise, the CMS program, which did apply to the OTL, focused only on integrity management issues. At the time of the incidents, there was a gap in coverage between these two disciplines. Because HSE focused on workplace safety and not network integrity, its MAR and MAHA reports did not consider corrosion issues on the OTL.[65] These risk assessment approaches might have identified the changing risk profile of the OTL created by the changing operating conditions.

The CMS IM program did conduct a successful inspection and monitoring program on the OTL early in their life. However, because no leading risk indicators or root causes were studied, when the product composition changed, it was not flagged as an important corrosion management issue. This led to an increase in corrosion risk on the OTL that ultimately precipitated the two incidents.

A detailed risk assessment process that reviewed this issue holistically could have been engendered from the MAR and MAHA if either of them used a more complete systems-network-based risk assessment approach, with particular emphasis on causal analysis (i.e., what specific root causes impact successful corrosion management). Although HSE and IM did interact on a frequent basis, neither took ownership of this particular risk.[66]

**Other GPB Corrosion Management Process Issues That Had No Apparent Impact on the March 2nd and August 6th Incidents**

*Management of Change/Configuration Management*

**Key Findings:** The MOC process is not closed loop, thus creating the opportunity to drop critical risk data.[67]

**Finding Discussion:**
Change (and configuration) management was an important aspect of corrosion risk control. Review of the MOC form and the BPXA Technical Management of Change Process document stated that whenever a material change was made in process, hardware, vendor, or procedures, an MOC must be completed. Most (but not all) MOCs were tracked through the CMMS work management program, but only if a work order was written. Because an MOC can be created by anyone but is typically closed out by the Area Manager's staff, the MOC did not have a clear owner. There was no formal feedback loop that ensured that the MOC action was appropriately implemented.[68]

Booz | Allen | Hamilton

For example, interviews with GC and FS area managers indicated that there may be a number of hardware drawings that are not fully documented under configuration control. This is a concern because as systems are modified, it is more difficult to accurately assess the change in risk if their configuration is not controlled. The change management processes become more important as time passes, especially with an aging kit. If equipment drawings do not reflect the true as-built condition, there is added risk (that may be unknown to the operator) because of the lack of understanding of the system configuration.[69]

Although the MOC process did require a process safety assessment (*BPXA PSM Application Element Administrative*), this risk focus was on personnel safety and did not formally assess the fit-for-purpose of the change itself. In some cases, for large modifications of the facility or plant, a HAZOP may be led by HSE. No evidence was found that indicated that a risk assessment was performed on OTL MOCs or PMPs.[70]

*Communication – Regulator*

**Key Finding (Regulator):** At the time of the incidents, BPXA had strong and positive relationships with Alaska and federal regulators. However, communication was idiosyncratic and not coordinated.[71]

**Finding Discussion:**
A large number of agencies with overlapping jurisdictions regulated BP's Alaska operations. The principal regulators of pipeline operations were ADEC, U.S. DOT/PHMSA, EPA, AOGCC, OSHA, and Alaska DNR. According to interviews, BPXA had a very positive relationship with Alaska and federal regulators. Structured and formal communications came in the form of compliance documents (e.g., Corrosion Management Annual Report to ADEC, Spill Response Plan to PHMSA), responses to inquiries, compliance orders and responses (e.g., PHMSA Corrective Action Order of March 15, 2006), inspections and reports, comments on proposed regulations and regulatory changes, and formal hearings.[72]

The BPXA Vice President, External Affairs maintained a formal relationship matrix that identified primary responsibility for contact by each ALT member. In this de jure model, the Vice President, HSE had the relationships with the Commissioner of ADEC and the Alaska Director of EPA. The GPB BUL was responsible for the relationships with the Chairman and Commissioner of AOGCC. The President of BPXA had the relationship with the Commissioner of Alaska DNR.

The de facto distributed model in place at the time of the incidents did not precisely match the formal relationship matrix. For example, because MSA controlled the bulk of the U.S. DOT-regulated pipelines, the MSA BUL managed the relationship with the U.S. DOT. Similarly, the HSE manager handled the relationship with EPA. The

81

Booz | Allen | Hamilton

Final Report March 30, 2007

*Develop a formal risk-based assurance process.*

At the heart of a formal risk-based assurance program is a robust, closed-loop audit process. The formal audit process should have two components: Audit, inspection/verification of current practices; and special audits based on high risk items identified in risk assessments. The first should be a continuation of current practices, but also include a close-loop tracking mechanism to ensure completion. The second should take the risk assessment/risk register results and use the high risk items to serve as leading indicators. These items would then form the basis of a "targeted" audit. This will permit BPXA to focus on emerging risk areas before they develop into crisis situations. As with the first component, the "targeted" audits should be closed loop with a verification piece that ensures corrective actions are adequate and in place.

*Formalize the risk disposition process.*

The Engineering Authority should continue with its plans to serve as the formal risk review and approval process owner. It is important to ensure that risk mitigation plans and corrective actions are put in place and that there is a formal independent review and approval process. Because asset and operational risk management must remain with line managers who own the risk, an independent assurance group should serve to verify that the risk has been appropriately dispositioned. All major changes should be risk reviewed and approved before action is taken.

*Establish an escalation policy to ensure compliance.*

A robust assurance program must include an escalation process that drives compliance with internal and external risk management requirements. If there are no consequences for non-compliance, there will be insufficient discipline in place to ensure that corrective actions and risk management strategies are implemented. An appropriate enforcement regime will make certain that this occurs. Furthermore, management should have metrics for asset integrity as part of their performance contracts to ensure an appropriate level of leadership attention.

BPXA has a large number of initiatives under way or planned. In addition to addressing the specific integrity issues arising from the leak incidents, BPXA has a long list of projects to undertake in the coming years:

- *Implementation of global IM standard* – process improvement
- *S&OI Six-Point Plan* – projects and process improvement
- *Reorganizations* – BPXA and GPB
- *Implementation of Operating Management System (OMS)* – process improvement
- *Implementation of Enterprise Risk Management (ERM)* – process improvement
- *Wedge* – major project
- *Major Projects* – 11 major projects identified
- *Mid-Stream Alaska*
- *Renewal*

Booz | Allen | Hamilton