# Exhibit 36

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

FATAL ACCIDENT INVESTIGATION REPORT

# FATAL ACCIDENT INVESTIGATION REPORT

## Isomerization Unit Explosion
## Final Report

## Texas City, Texas, USA

Date of Incident: March 23, 2005
Date of Report: December 9th 2005

Approved for release by J. Mogford, Investigation team leader

6262
Exhibit No. _____
Worldwide Court
Reporters, Inc.

BP-HZN-BLY00188729

TREX-06262

FATAL ACCIDENT INVESTIGATION REPORT

The team found no evidence of anyone consciously or intentionally taking actions or decisions that put others at risk.

While the site management had introduced improvement programs, such as the 1000-day program, had completed a site-wide Major Accident Risk assessment exercise (MAR) and, following previous incidents, had begun to introduce many improvements in the areas of training, audit, and culture, the team found many areas where procedures, policies, and expected behaviors were not met.

In the course of this investigation, the team found many areas, although not critical factors in the incident, where practices should be improved and have included recommendations to achieve this.

The investigation used the BP root cause methodology supplemented by the CCPS (Center for Chemical Process Safety) guidance. Documentary or instrumentation records were given credence and where evidence was purely drawn from interviews corroboration has been sought from at least two parties. Where confirmation could not be gained it has been noted in the report.

These underlying causes are identified as follows:

- Over the years, the working environment had eroded to one characterized by resistance to change, and lacking of trust, motivation, and a sense of purpose. Coupled with unclear expectations around supervisory and management behaviors this meant that rules were not consistently followed, rigor was lacking and individuals felt disempowered from suggesting or initiating improvements.

- Process safety, operations performance and systematic risk reduction priorities had not been set and consistently reinforced by management.

- Many changes in a complex organization had led to the lack of clear accountabilities and poor communication, which together resulted in confusion in the workforce over roles and responsibilities.

- A poor level of hazard awareness and understanding of process safety on the site resulted in people accepting levels of risk that are considerably higher than comparable installations. One consequence was that temporary office trailers were placed within 150 feet of a blowdown stack which vented heavier than air hydrocarbons to the atmosphere without questioning the established industry practice.

- Given the poor vertical communication and performance management process, there was neither adequate early warning system of problems, nor any independent means of understanding the deteriorating standards in the plant.

The underlying reasons for the behaviors and actions displayed during the incident are complex, and the team has spent much time trying to understand them.

BP-HZN-BLY00188732

FATAL ACCIDENT INVESTIGATION REPORT

appear to be an effective system in place to verify that recommendations from audits were satisfactorily resolved.

An action from the 2004 PSM audit requiring unit-specific training for newly assigned managers, superintendents, supervisors, and engineers remained open awaiting development of specific training matrices for each position. A target date of end 2005 was set with a followup audit within 12 months to check compliance.

### 5.18.5  Conclusions

The Texas City site has been subject to several audits in recent years, but these audits focused on documented management systems and processes rather than actual practices, such as following operating procedures. The audits also appeared to ignore the history of previous incidents, process excursions, and near-misses. Verification and audit processes were inadequate to provide early warning of process safety risk. There also appeared to be few self-verification processes, such as documented assessments by supervisors and superintendents of the units they were accountable for, for example, that procedures were being followed. Action items did not appear to be tracked and effectively closed, especially those of nonspecific and cultural aspects.

### 5.19  Risk

### 5.19.1  Risk Awareness

As discussed in Section 5.11.9, process safety knowledge and skills within management and the workforce were generally poor. This was most evident in the area of risk awareness, where hazard/risk identification skills appeared to be generally poor throughout the supervision and crew of the ISOM unit. This was also evident in the PHA conducted as part of the MOC for the J.E. Merit trailer siting.

There was no ongoing training program in risk awareness and identification for either operators or supervisors/managers. There were two trainee outside operators on the Raffinate Splitter, and their hazard training was largely passed down by experience from others. Sometimes this guidance was poor, perhaps due to an element of complacency, such as when heavy vapors were seen emitting from the blowdown stack at 12:40 hrs, and a more experienced operator told the trainee not to be concerned.

The poor understanding of risk is also reflected in some of the Process Hazard Analyses (PHAs), including Hazop studies and the MAR assessment. For example, the MAR did not address blowdown stacks in the top 80 risks considered, and Hazops on the ISOM unit did not adequately address explosion risks. It is interesting to note that the site environmental aspect and impact assessment, conducted for ISO 14001 certification, identified blowdown drums during shutdowns and RV releases as the second highest impact ranking. However, it is apparent that blowdown drums did not receive the same focus for safety risks as they did for environmental risk.

BP-HZN-BLY00188883

FATAL ACCIDENT INVESTIGATION REPORT

Streams Project considered an option to modify F-20 by tying the relief lines into a flare system, but this was not progressed as the focus was on environmental compliance issues. Elimination of F-20 does not appear to have been proposed in any business plan, nor subsequently removed from a draft plan, over the last ten years. Even when F-20 was replaced in 1997, no consideration appears to have been given to an alternative flare system. In early 2005, prior to the incident, a line item was added to the PDS as a potential future capital project for removal of F-20, but no plans had been developed.

There also did not appear to be any plans for systematically enhancing process safety competency in the workforce or, in fact, competency in general across the workforce. However, the site training budget had increased over the last few years (see 5.11.1.2).

### 5.22 Measurement and Monitoring

The Texas City site has numerous measures for tracking various types of operational, commercial, environmental, and safety performance. These Key Performance Indicators (KPIs) were not prioritized, and did not clearly focus on the leading indicators that would provide early warning of potential catastrophic and major incidents, nor were the important ones visible or obviously tracked.

The safety measures were primarily focused on lagging indicators for personal or occupational safety, such as Days Away From Work Cases (DAFWC – lost time) and Recordable Injury frequency (RIf). Both measures show a downward trend leading to a sense within the site that safety was improving.

There was no obvious priority or management focus on KPIs for process safety. By definition, catastrophic and major process incidents are rare events, and performance measures need to be preferably focused on leading indicators, or at least lagging indicators of relevant, more frequent smaller incidents. While a few leading indicators were measured within the site HSSE function, site management was not focused on trend analysis of measures that were much more likely to deliver an accurate sense of process safety performance at the site. There was limited visibility on lagging measures, such as loss of containment incidents, spills, hydrocarbon fires, and process excursions/upsets, for which basic trend analysis did not facilitate management intervention.

Loss-of-containment incidents and process upsets/excursions, including relief valves lifting, generally did not receive the attention they warranted. Many of these incidents were not formally reported and even fewer were investigated. As a result, meaningful trend analysis to provide early warning of existing and impending process safety issues was not possible, and corrective actions were not identified and resolved.

While the Investigation Team did not find any direct evidence of deliberate under-reporting of incidents, the reward system employed within the site appears misaligned. The system rewarded employees for having fewer incidents, and it is possible that this incentive could drive reporting tendency downwards.

BP-HZN-BLY00188888

FATAL ACCIDENT INVESTIGATION REPORT

- Created a poorly motivated workforce who behaved in a disempowered way
- Lack of enforcement of following procedures, etc.
- Lack of role models at supervisor and superintendent levels
- Little expectation of behaviors and performance
- No consequences of good or bad performance
- Reward structure leads to unintended circumstances
- Inward looking at plant and site level
- Lack of completion or follow-through
- No verification of actions
- Fear to challenge and say "no"
- Lack of teamwork evidenced by many behaviors and attitudes

Examples of this environment include:

- Failure to follow procedures was identified as a causal factor in several previous investigations, but there were not any consequences for this behavior at either supervisory/management or operator level (The "Just Culture" had not been fully implemented at the time of the incident).
- An explicit description of the desired behaviors for supervisory/management personnel was not readily available and evidenced by the absence of supervisors during key events such as critical shift handovers during a startup procedure.
- Supervisors did not reinforce the importance of following procedures.
- At its last inspection, appreciable corrosion and internal damage was discovered in F-20, an item of safety critical equipment, but it was neither repaired nor a work order submitted for later repair.
- A reward system that encourages supervisors and operators to work for extended periods of time (circa 30 days of straight 12-hour shifts throughout) with no clear consideration of fatigue.
- Many examples were given where individuals felt that making suggestions for improvements had little value and, over the years, had moved into a mode where they would follow instructions in an incomplete and routine way without thinking.

The last independent survey of the workforce produced bottom quartile People Assurance Survey (PAS) scores for the site, further emphasizing the low morale and distrust of site leadership.

The "check the box" approach to processes, such as MOC, is indicative of the poor motivation and reluctance to go beyond minimum compliance, and sometimes even the

BP-HZN-BLY00188908

FATAL ACCIDENT INVESTIGATION REPORT

minimum was ignored (e.g., no/incomplete MOC for trailers). The inward-looking, closed environment resulted in BP Group and/or Refining Segment initiatives receiving limited attention as a "not invented here" culture was tolerated. The learnings from external incidents, circulated in BP's QSB, were largely ignored at the site.

### 6.3.2 "Safety" as a Priority

The investigation identified the second cultural issue as the lack of safety and basic operations as a priority through the operations on the ISOM.

Good safety is delivered through good line operations, underpinned by the right safety culture and values. The quality of basic operations had declined to the level where real safety interventions were necessary to ensure the right actions were being taken. Evidence of this was that shift changeovers were inadequate, procedures were not followed, and line managers were unaware of operations that were underway.

There was no evidence of comprehensive and consistent business plans to reduce site risks. Existing plans, such as a 1000-day plan, focused on projects for reducing personal injuries and enhancing environmental compliance, but contained no plans for the systematic reduction of process risks or improving basic operations. For example, there were no plans to reduce or eliminate the use of blowdown stacks which vent to the atmosphere. Several individuals stated that concerns had been raised about these. The Clean Streams Project considered an option to modify F-20 to tie into a flare system, but this was not progressed as the focus was on environmental compliance issues. The incomplete maintenance of an item of safety-critical equipment (F-20) following its last inspection, without submission of a MOC or work order for subsequent repair, also supports this lack of focus on process safety.

A number of interviewees noted that safety did not seem to be a priority, particularly as compared to cost management, for example. Although leadership stated "safety first", this was not evidenced or believed by many of the workforce. Lack of leadership visibility and poor communication through the complex, siloed organization did not assist in delivering the right messages.

Examples to support this include the absence of reporting (in some cases) and investigation (in most cases) around loss of containment incidents (e.g., fires) and key process upsets (e.g., pressure spikes and atmospheric relief during previous startups of the Splitter).

The Investigation Team did not find any clear plans for enhancing organizational capacity or capability for the site. The required training for compliance was generally being provided, but training and development for first-level supervisors and superintendents was incomplete. This was most evident in the case of step-up supervisors, where the training and development program for these individuals in their step-up roles was poor or nonexistent. The low investment in developing supervisory levels appears to have harmed the communication with, and behaviors of, the workforce.

BP-HZN-BLY00188909

FATAL ACCIDENT INVESTIGATION REPORT

During the course of the investigation there were a number of (minor) fires within the site, in addition to the serious incident on the RHU. The general reaction of the workforce to these fires appeared to be not to worry, as fires were a fact of life in the refinery. Indeed, this was supported by the lack of investigation around previous fires. There were references to fires in Emergency Response Team logs without any documented investigation reports.

Other examples of high risk tolerance concerned the failure to conduct a review of the Splitter startup procedure with the crew, as required by the procedure; the absence of supervision during the startup, when it is common knowledge that startup is a higher risk activity; and the lack of reporting of significant process upsets, such as relief valves lifting during previous startups.

All of these observations point to both a high level of risk having become accepted and an inability to see key process risks.

### 6.3.5 Lack of Early Warning

The fifth and final cultural issue is the lack of a holistic early warning system for process safety exposures. The site has numerous measures for tracking various types of operational, environmental and safety performance, but no clear focus on the leading indicators for potential catastrophic or major incidents. Numerous audits had been conducted at the site in line with regulatory and corporate requirements, but had generally failed to identify the systemic problems with work practices uncovered by this investigation.

- Vertical communication is poor.
- Many Key Performance Indicators, but not transparent or useful for loss of containment, showing Recordable Injury frequency improvement.
- Audit was process focused and did not gain verification of action.

The safety measures focused primarily on occupational safety measures, such as recordable and lost time injuries. This focus on personal safety had led to the sense that safety was improving at the site. There was no clear focus or visibility on measures around process safety, such as lagging indicators on loss of containment, hydrocarbon fires, and process upsets. Examples seen of this include that site leadership was not focused on trend analysis of measures that were likely to deliver an accurate sense of process safety at the site. Loss of containment incidents and process incidents did not get the attention they warranted. Many were not even formally reported or investigated, and thus corrective actions were not identified and addressed.

A large number of audit reports were reviewed by the Investigation Team, demonstrating that audits were being routinely conducted. The reports indicated that, for the most part, these audits were focused primarily upon review of processes and documentation. With the exception of the "Big 4" safe work practice audit, none of the audits reviewed focused on verification and assessed, for example, whether or not procedures were being followed, and whether work practices were actually consistent with the procedures.

BP-HZN-BLY00188912

FATAL ACCIDENT INVESTIGATION REPORT

## 7. Proposals for Corrective Actions

The following recommendations address the root causes and underlying cultural issues that the Investigation Team identified on the ISOM unit. Many of these recommendations are already documented in existing policies and procedures, but are either not being followed or are not specific enough. The site must ensure that actions are followed through and that verification processes are reinforced to ensure that all existing policies and procedures are being followed. In addition, adequate resources will need to be provided in order to complete all action items in this report in a timely manner, and to ensure that the actions achieve the desired outcomes. Site leadership should determine if these recommendations apply more widely within the site than the ISOM unit.

### 7.1 People

#### 7.1.1 Leadership

- Drive the Just Fair Culture with visible leadership, especially in the matter of verification; ensure the work force is competent to deliver their accountabilities and self-verify using job content audits for compliance; participate and communicate at all levels. Design new "diagonal slice" processes.

- Set clear and explicit Accountability and "Chain of Command organizational chart," including geographical responsibility for Simultaneous Operations.

- Develop clear measurements for leading indicators of catastrophic incidents (e.g., process upsets, loss of containment, fires, High Potential incidents (HIPOs), and indicators of major risk) vs. lagging indicators (i.e., reportables, spills, slips, trips and falls) and use to manage performance.

- Staffing plans for turnarounds and high workload periods must show explicit consideration for fatigue.

- Define and set expected behaviors, competencies and accountabilities, for leadership and supervision (Superintendents and Supervisors, applying to all step-up personnel as well), including explicit expectations for sounding emergency alarms.

- Site management must set and communicate a clear safety priority relative to activity and expenditure. They must ensure that sufficient resources and investment are available for integrity management and risk reduction at the site.

- Reset Line Management priorities to make management team members more visible on the process units and regularly engage employees in face to face communication.

- Implement Advanced Safety Audit (ASA) on a site-wide basis with clear expectations for the need to perform quality ASAs with face-to-face conversations. Provide training as required at all levels.

BP-HZN-BLY00188913

FATAL ACCIDENT INVESTIGATION REPORT

### *7.1.9 Organization*

- Drive integration throughout the organization from the top by reducing the number of interfaces and barriers between different parts of the organization. Simplify the organization and define clear accountabilities. Areas of focus should be Engineering, Maintenance and HSSE.

- Enhance the quality and reporting level of independent functions at the site, including PSM, Training, Audit and HSSE with explicit accountability for monitoring follow-up tracking on all aspects of PSM training, Operator Competency Assurance Model (OCAM) response, etc..

- Establish a simple transparent reporting system to ensure that senior site management is aware of what is being found and how audits are being followed up.

- Audits must include physical verification of the work activity being undertaken to verify if the practice matches the documented procedure.

- Improve competency of MOC leaders by creating a smaller central group that is trained and regularly practice.

- Create a central group specifically to investigate inherently safer design developments and industry advances, and design an implementation program. Ensure linkage with BP's Global Refining Network.

- Simplify the HSE committee structure. There are many committees (ESAC, SPSC, TCR JH&S, TCC JH&S, MAT HSE Councils, TCS Procedures Committee, TCS Procedures Council, TCR PULSE, TCC CATS) which appear disparate and unfocused.

### 7.2 Procedures

- Improve practices for updating and following procedures (i.e., pre-job safety walkthroughs, signing-off steps, checking instrumentation, engineering involvement, shift relief). Supervision (Superintendents and Supervisors) must verify and audit that procedures are being followed, and be supported by Management conducting random verification audits.

- Conduct a thorough review of ISOM operating procedures to verify they are accurate and up to date; incorporate improved troubleshooting guidance; reflect operating practices; and are being followed.

- Modify startup and shutdown procedures to include steps to:
  - Notify personnel on all surrounding units
  - Evacuate all non essential personnel from the unit and surrounding area
  - Incorporate formal "go/no go" decision to proceed with charging feed

- Ensure that operating procedures include safe upper and lower operating limits, and actions to correct deviations from the operating envelope.

173