# Exhibit 37

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents



# BP Texas City Site Report of Findings

Texas City's Protection Performance, Behaviors, Culture, Management, and Leadership

21 January 2005



the Telos group

**CONFIDENTIAL**

CONFIDENTIAL

BPISOM00122318

TREX-20360

## Understanding Blame

Yes, but the emphasis was placed more on who was to blame rather than root cause.

Yes. And the employee is always at fault - and required to sign statement that he committed an unsafe act.

Yes, not enough people on the job. This happened many years ago. No, they did not handle it well, instead they made me tell the story over and over in front of people and tried to put the blame on me. There has been some improvement since then.

## What Is Recognized and Rewarded

Most interviewees say that production and budget compliance gets recognized and rewarded before anything else at Texas City. A few say that safety performance is recognized and rewarded, but mostly during TAR periods.

Data from the interviews and surveys:

> We are working to produce products and, as such, production is a prime consideration; we are a manufacturing company and we naturally emphasize production; we need to work harder to create a balance in our recognition focus.
>
> People do not get recognized for thinking critically about how they do things. People do not tell their supervisors how they actually do something and get feedback, or cross feedback with those who have the same knowledge base. Everyone acts like they know the job, "I know the job, so I don't ask, and especially new people have nothing to teach me". So curiosity and humility do not get recognized or rewarded at all.
>
> Our rewards system is not right. We don't know how to use it. We don't do enough thank you's. Our reward system sucks. Inconvenience pay, overtime, R and R, they're all messed up. We do not reward people for intervening and being responsible for safety we reward production and cost reduction.
>
> Fixing something without having a shutdown is what gets rewarded; we get rewarded to keep the unit running.
>
> This is dependent on where you are in the organization; at the lowest levels what gets rewarded routinely is completing the job on time; at the highest levels what gets rewarded routinely is getting the job done on budget.
>
> What really gets rewarded are the pleasers. The brutal truth is not even that is what gets rewarded. *Telling the manager what they want to hear,* **that** gets rewarded. For example, one person who had cut costs, done a lot of Band-Aids with maintenance and had a quit-your-bellyaching, quit-your-complaining attitude was rewarded in the last reorganization. When his replacement was brought into his previous maintenance position, his replacement found that not a single pump was fit for service; air compressors, not one spare was fit for service.
>
> Historically handling crises well and telling a good story about it. I'm not sure that people get rewarded for anticipating problems and preventing them and also not bragging about it either.
>
> Mainly saving money gets rewarded, that is it. There's a little bonus money, and safety is a pat on the back.
>
> The heroes around here are the ones working to the production goals and who complete them early; 80 to 90 per cent of what gets recognized is <u>doing it fast</u> counts.

CONFIDENTIAL   BPISOM00122329