# Exhibit 38

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

**From:** Myers, Martin A
**Sent:** Thu May 28 20:40:09 2009
**To:** Cavanagh, Ian; Yongo, Roy O; Price, Bruce; Wallace, Jane C. (HOU)
**Cc:** Armstrong, Ellis; Latta, Randy L (UK); Eaton, Richard (BP); Brown, Christine (Upstream); Maclennan, Karen; Wu, Kathy (SJS)
**Subject:** Plan Frame work pack and cover notes
**Importance:** Normal
**Attachments:** Plan Frame Materials_WEA to AGI.doc; Plan Framework_to SLT_ 280509.doc; 2010 Cash Flow.doc; 2009 2OPR+SLT_Plan discussion_v9_May2809.ppt

Please find attached the following documents;
Cover note from Ellis to Andy
< <... > >
Cover note from Andy to SLT
< <... > >
Note from Randy on 2010 cash flow
< <... > >
Plan framework slides — please click cancel on 'links' and please print double sided
< <... > >
Please let me know if you have any questions.
Regards,
Martin

Martin Myers
E &P Planning, St James's Square.
office +44 (0)20 7496 4359
mobile: +44 (0)7798 520865
email: martin.myers@bp.com

BP p.Lc
Registered office: 1 St James's Square, London SW1Y 4PD
Registered in England and Wales, number 102498

CONFIDENTIAL          TREX-03877          3877   Exhibit No. ____   Worldwide Court Reporters, Inc.          BP-HZN-2179MDL02029324

Andy

**2010 Cash Flow**

This note is intended to give some context for the 2010 cash flow projection in the financial frame. The $4.8 bn is modelled based on 2009 cash flow plus known input changes from 2009 to 2010. The March 2009 GFO is used as the basis for 2009 – which, as you know, includes significant overviews. The cash flow bridge from 2009 ($3.6bn) to 2010 ($4.8bn) is presented in the following table:

| From $3.6bn to $4.8bn | Inputs | | Free Cash Flow ($bn) | |
|---|---|---|---|---|
| | 2009 | 2010 | pre-tax | post-tax |
| Henry Hub | 4.6 | 4.0 | -0.6 | -0.4 |
| Production volume | 3907 | 3895 | -0.1 | -0.1 |
| Cash Costs | 10.0 | 9.0 | 1.0 | 0.7 |
| Capex | 15.9 | 14.4 | 1.5 | 1.0 |
| Total | | | 1.8 | 1.2 |
| Note: 2009 March GFO working capital overview:  $2.3bn | | | | |

We have informally collected top-down cash flow estimates from the SPUs. These currently get us into the range $3.8-4.2bn, but we have maintained the frame at $4.8bn, recognising that some level of Segment overview is required based on history. We will continue to scrub these numbers, with help from the SPUs, and look for insights from the June GFO, to increase our confidence ahead of the OPR.

Beyond the $4.8bn, we can see some sources of potential upside, as follows:

| From $4.8bn to $6.0bn | Inputs | | Free Cash Flow ($bn) | |
|---|---|---|---|---|
| | from | to | pre-tax | post-tax |
| 1.5% production growth | 3895 | 3986 | 0.9 | 0.6 |
| Capex | $14.4bn | $14bn | 0.4 | 0.3 |
| N. Sea gas price upside | 27 | spot | 0.4 | 0.3 |
| Total | | | 1.7 | 1.2 |

This would get us to around $6bn at $50/$4. At this level, we would not entirely cover the E&P share of the Group cash requirements, which is roughly $7bn (dividend only) to $8.8bn (dividend, interest and OB&C). The following table explains how our share was calculated:

| Group dividend | $10.6bn |
|---|---|
| Group interest expense | $1.4bn |
| OB&C cash outflow | $1.3bn |
| E&P capital employed percentage (of E&P plus R&M) | 66% |
| E&P dividend share based on capital employed % | $7.0bn |
| E&P total cost share based on capital employed % | $8.8bn |

You are likely also aware that there is an alternative view that E&P's share should be based on the proportion of Group operating cash, which would push our share closer to 80%.

**Randy**
28 May 2009

CONFIDENTIAL

BP-HZN-2179MDL02029331