# Exhibit 40

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

# RULE 26 REPORT ON BP's DEEPWATER HORIZON MACONDO BLOWOUT

### RE: OIL SPILL by the OIL RIG
### "DEEPWATER HORIZON"
### GULF OF MEXICO
### APRIL 20, 2010

**EXPERT OPINIONS**
**BASIS OF OPINIONS**
**ANALYSIS & DISCUSSION**

**Prepared by:**

**Dr. Robert G. Bea, PE**
**Professor Emeritus of Civil and Environmental Engineering**
**University of California, Berkeley**

**and**

**Dr. William E. Gale, Jr., PE, CSP, CFEI, CFII**
**Forensic Engineer and Fire & Explosion Investigator**
**Principal, Bundy, Gale & Shields, LLC**

**Prepared for:**

## The Plaintiff Steering Committee (PSC) for MDL No. 2179

**At the behest of**

**Plaintiff Liaison Counsel, James P. Roy and Stephen J. Herman**
**and**

**Brian Barr & Scott Summy of the Plaintiff Executive Committee**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**THE HONORABLE JUDGE BARBIER**
**MAG. JUDGE SHUSHAN**

**By order of**
**The Judicial Panel on Multi District Litigation**

**August 26, 2011**

- Including "safety" spending in its operating budgets while at the same time planning to cut its operating budget (i.e. cash costs) by 20% from 2008 to 2010. This was a critical time in which BP Management claimed to have been implementing its Operating Management System.  BP Management refused to conduct a risk assessment of its cost cutting mandates and did not provide adequate and robust processes and procedures to prevent cost cutting from impacting Process Safety and Risk Management performance.

- Incentivizing cost cutting through its Variable Pay Program, which tied bonuses to reductions in Non-Productive Time but did not include effective, measurable Process Safety and Risk Management performance measures.

BP Management drove the business phrase "every dollar counts" into every facet of its organization – from Performance Assessments of Upper Management to rig workers, in emails, strategy sessions, press releases, and operations documents.[12]  When Process Safety and Risk Management are not provided the same consideration, the message to management and workers alike is that money drives risk management.[13]

BP Management tracked 'threats and opportunities" at the Macondo well only in terms of project costs − to identify what could cost them more money, and opportunities to save money. BP Management was managing risk solely in terms of financial impact and costs during the well planning process and had no system in place to evaluate process safety hazards or otherwise

---

[12]  Examples of management and rig worker Performance Assessments in which "every dollar counts" appears as a criteria include the following:  Ian Little's 2009 Assessment, Exh. 7063, BP-HZN-2179MDL01797934;  Earl Lee's  2009  Assessment,  Exh.  2667,  BP-HZN-2179MDL01802532;  Murry  Sepulvado's  2009  Assessment,  Exh.  1984,  BP-HZN-2179MDL01308980;  and  John  Guide's  2009  Assessment,  Exh.  6294,  BP-HZN-2179MDL00346653.  Other examples of categories include the following: Tony Hayward Press Release, (April 16, 2009), Exh. 6016, p.5; BP Strategy Presentation from London (March 3, 2009), BP-HZN-CEC028404-598; 2009 D&C Team Building, Exh. 2544, p.3, BP-HZN-2179MDL01497550; GoM SPU – Operating Plan – OMS Handbook, Exh. 866, p.5, BP-HZN-2179MDL00333155; GoM Overview for Doug Suttles (April 13, 2010), Exh. 7062, BP-HZN-2179MDL00344298; 2009 Performance Fest Pre-Read  (April 2009), Exh.2288, p.4, BP-HZN-CEC026501-519, BP-HZN-2179MDL01437553.

[13]  This BP Management focus contributed to the decision to not have well control experts or specialists on the Macondo project or on the Deepwater Horizon rig in and around the time of the blowout, even though the well had experienced severe kicks well control problems in the weeks and days immediately preceding April 20, 2010.  Deposition of David Sims, pp. 160, EXH. 1127; Deposition of James Cowie, pp. 70, 78.

**2.6    As in Grangemouth, Texas City, and Prudhoe Bay, BP Management intentionally refuses to learn from the Macondo blowout.**

A key concept of process management is to identify root causes from previous incidents to avoid repeating them.  However, BP Management has deliberately refused to investigate management level Process Safety root or systemic causes of the Macondo blowout, in violation of industry standard practices as well as its own internal guidelines.  This refusal demonstrates a high-level conscious decision to place litigation risk above the risk to human lives, property, and environment.  Without the willingness to even investigate Process Safety causes comes the unmistakable decision not to learn from them.  Without learning from past safety Process Safety deficiencies, BP Management is destined to repeat them.

# OPINION NO. 3.

**BP Management's Process Safety Failures Caused The Macondo Blowout.**

As happens when Senior Management refuses to identify and manage risk, the consequences are realized on a very specific level.  The personnel and management overseeing the Macondo well furthered the policies, practices, and procedures for risk identification and management promulgated by BP Management.   In this way, BP's policies, practices, and procedures caused the Macondo blowout.

**3.1    The BP Macondo Team refused to manage risk in much the same way as BP Management.**

The BP Macondo Team attempted to manage risk pursuant to BP Management's policies and practices.  As a result, they made decisions which failed to identify and assess risks that were in direct consequence to BP Management's practices.  These decisions include the following:

- Relying upon a BP Manual ("Beyond the Best Common Process") to manage risks which pre-dated the Texas City accident and was described by BP as a "fragmented fot-for-purpose" risk management approach with "no uniform way to manage, aggregate, track or report risks."

- Relying upon a BP Manual ("Beyond the Best Common Process") to manage risks and which defined risk strictly in an economic sense relating to the "delivery" of the well and its "net present value."

- Utilizing a "Risk Register" that disregarded the health, safety, and environmental impacts of the risk, instead identifying the business risks of "cost" and "scheduling."

- Utilizing a "Risk Register" that was developed long before the Macondo well was spudded, that was based on unvalidated "inputs" and that was never updated after the well was spudded.

- Refusing to provide Process Safety and Risk Management engineering support in connection with risk prevention at the Macondo well.

- Refusing to continuously update and assess risk as it develops throughout the well life-cycle.

- Refusing to create guidelines for when a decision would be subject to a formal risk assessment.

- Ignoring the lessons learned from the March 8, 2010 well kick.

- Refusing to remediate Process Safety major hazards acknowledged in 2008.

Many of these problems occurred because of BP Management's last minute changes without assessing risk, without measuring the consequences, and without following industry recognized Process Safety and Risk Management processes and procedures.

In 2003, Professor Bea presented BP Management with a Report that it commissioned titled "Managing Rapidly Developing Crises: Real-Time Prevention of System Accidents."  In the Report, Professor Bea advised BP Management that the best means to avoid a catastrophe in real time was to develop systems for identifying, assessing, and managing risk.  Professor Bea informed BP Management that crises develop and go undetected when it increases risk taking, when it looks at emerging problems as only having a single cause, when it fails to establish clearly defined duties and responsibilities of management and crew,  and when the physical systems are inadequate support for crisis management or accomplishing the task.   BP Management refused to implement Professor Bea's advice.

- Encouraging employees to achieve the "technical limit" for drilling time.

- Rewarding fast drilling through the annual bonus plan which was measured by, among other things, delivering a 10% improvement to non-productive time, improve rig productivity by 7%, and deliver each well drilled within authority for expenditure estimates of time and cost.

- Refusing to include measurable Process Safety indicators in the performance contracts.

- Rewarding its contractors with bonuses based on fast drilling.

- Fostering a "we can get away with it attitude" - actions motivated by "greed and fear without conscience."[35]

- Ignoring the drilling data indicators – refusing to heed lessons learned.[36]

This type of behavior resulted in increased risk in direct proportion to the amount of time and money saved.  Examples of key Macondo well decisions that increased risk but saved time and money are as follows:

- Refusing to use the originally planned number of centralizers.

- Refusing to wait for a foam stability test.

- Refusing to confirm the proper conversion of float equipment.

- Refusing to wait for the cement to fully cure, even assuming that it ever would.

- Deciding to place sole reliance on the float equipment and shoetrack cement to isolate the bottom of the production casing.

- Refusing to run a cement bond log.

- Deciding to use an untried experimental spacer concoction made from left over lost circulation materials.

- Displacing riser before setting cement plug.

- Displacing the well to over 8,000 feet below the drill deck.

---

[35] Exh. 4235, BP-HZN-2179MDL02406768.

[36] Exh. 1136, BP-HZN-2179MDL00025882.

- Drilling and Well Operations Practice requirement of a well control bridging document, in violation of DWOP 15.2.17.

- Engineering Technical Practice requirement that temporary abandonment process be risk assessed.

- Drilling and Well Operations Practice requirement that kicks and lost circulation events be entered into BP's traction computer database.

**3.8    Like BP Management's refusal to conduct comprehensive risk audits of Gulf of Mexico MODUs, the BP Macondo team did not conduct industry standard audits of the Macondo well.**

An industry acceptable audit includes identification of the risk, assessment of operating procedures, and inspection of safety critical equipment.  For an audit to function as designed, any problems that are identified must be closed out in such a manner to ensure remediation of any problems.  BP disregarded both aspects of an industry acceptable audit for the Macondo well in the following manner:

- Refusing to conduct a Group Safety and Operations audit.

- Refusing to conduct a well control policies and procedures audit of Transocean.

- Refusing to audit BP Macondo team members to ensure that they were following BP written policies.

- Refusing to timely close out action items for safety critical equipment.

- Refusing to timely close out the 2009 audit action of recertifying the BOP.

- Refusing to audit the risk assessment of converting the bottom ram of the BOP into a test ram.

- Refusing to ensure that the Macondo well employs the Best Available and Safest Technology pursuant to MMS regulation 33 C.F.R. 250.107.

- Refusing to ensure that the drill pipe on the Macondo well was capable of being sheared pursuant to MMS regulation 33 C.F.R. 250.416.

fostering a safety-based culture.  In fact, as stated in the Gulf of Mexico SPU Operating Plan OMS Handbook, a key BP strategy is to foster an "every $ counts culture."[67]

Hayward outlined new plans to slash management from eleven to seven layers, for redeploying some staff and removing others in order to kick start an oil group that he believed had become *overcautious*, despite the fatal Texas City refinery fire and other major accidents in the U.S.  In September of 2007 after taking over as CEO, he told Houston GoM SPU management that the company share price performance compared with that of its peers was now at its lowest ebb since 1992.  He went on to complain that "assurance is killing us," noting that "too many people were engaged in decision-making leading to excessive cautiousness."[68]

Hayward's cost cutting dictates and leadership tone trickled-down through the organization.  For BP Management, total cash costs[69] were reduced by $4 billion from 2008 to 2009, with plans for approximately $1.4 billion in additional reductions in 2010.[70]  All told, Hayward's plan was to reduce cash costs by nearly 20% between 2008 and 2010.

### 2.2.3   BP Management did not monitor drilling Process Safety performance.

As noted above, BP Management is responsible for monitoring safety performance indicators for the organization, including Process Safety indicators.[71]  To that end, BP created the HSE & Operations Integrity Report ("Orange Book").[72]  The Orange Book is regularly provided to BP Management to track safety performance of the company's highest risks.[73]

---

[67] Gulf of Mexico SPU Operating Plan OMS Handbook, EXH. 860, BP-HZN-2179MDL00333159.

[68] Deposition of Tony Hayward, pp. 108-109; EXH. 6014.

[69] BP defines cash costs as "a subset of production and manufacturing expenses plus distribution and administration expenses. They represent the substantial majority of the expenses in these line items but exclude associated non-operating items, and certain costs that are variable, primarily with volumes (such as freight costs). They are the principal operating and overhead costs that management considers to be most directly under their control . . . ."  *See* bp.com.  The definition is also found on BP's quarterly and full year results.

[70] Exh. 6017, pp. 3.

[71] Deposition of Ellis Armstrong, pp. 84-85.

[72] *Id.* at p. 86.

[73] *Id.* at 88-89, 152-53, 161-62.

**2.2.4    BP Management did not audit deepwater, exploration drilling from MODUs in the Gulf of Mexico.**

BP Management was responsible for directing Safety and Operational Integrity Audits of BP operations.[79]  The purpose of these audits was to ensure that problems were identified and timely closed out.[80]   Operations are audited on a 3-year cycle,[81] with the intent of identifying shortcomings in the operations compared to BP's internal standards and regulations, and then develop due dates for those action items to be closed out.[82]  The due dates for closing out action items are included in the Orange Book and tracked by BP Management.[83]

The General Auditor for the Safety and Operational Integrity Audits reported to BP Management.[84]  Moreover, BP Management controlled the schedule of what operations would and would not be audited.[85]   Prior to the Macondo blowout, BP performed Safety and Operational Integrity audits on BP owned drilling rigs in the Gulf of Mexico.[86]  However, BP Management decided that contractor-owned MODUs like the Deepwater Horizon would not be audited.[87]  In effect, BP Management decided to disown the major accident risks associated with nearly 70% of BP's deepwater, exploration wells in the Gulf of Mexico.

**2.3.    BP Management knew it failed to assess and manage risk for its Gulf of Mexico deepwater drilling operations even before the Macondo blowout.**

BP Management's knowledge about the Process Safety risk of drilling operations was quite specific.  In 2001, BP Management hired Professor Bea as a consultant.  Professor Bea made a presentation in London to then CEO John Brown's Executive Committee as well as BP U.S. Business Unit Leaders.  At the meeting, BP Management expressed three specific problems.

[79] Deposition of John Baxter, pp. 226-27.

[80] *Id.* at 227.

[81] Deposition of James Wetherbee, p. 26; Deposition of Ellis Armstrong, pp. 174-76.

[82] Deposition of James Wetherbee, p. 26.

[83] *Id.* at 26-27.

[84] Deposition of John Baxter, p. 228.

[85] Deposition of Ellis Armstrong, p. 173.

[86] Deposition of Kal Jassal, pp. 174-75.

[87] Deposition of John Baxter, pp. 235-36; Deposition of Kal Jassal, pp. 173-74.

| FAILED AUDITS | | |
|---|---|---|
| 2000<br>GRANGEMOUTH | 2005<br>TEXAS CITY | 2006<br>PRUDHOE BAY |
| "Grangemouth did not have a structured and comprehensive audit program to provide assurance around its key HSE risks." (UK HSE)<br><br>"Over the years a number of maintenance and reliability reviews, task forces and studies had been conducted, but many of the recommendations had not been implemented.  There was a maintenance backlog and mechanical integrity testing was not prioritized to ensure that safety critical equipment received timely preventative maintenance." (BP) | "The Panel's technical reviews found that during the past few years all five refineries had significant numbers of action items that were not completed within a reasonable period of time, as well as backlogs of overdue action items—some as long as many months or years overdue.  The Panel considers BP's tolerance of repeat findings and the chronic failure to correct deficiencies identified by audits, incident investigations, and hazard assessments as a serious systemic deficiency."  (Baker) | "Remediation of audit and assessment findings (internal, EMS, HSE) relied on a self-verification model where business was responsible for implementing corrective actions.  In addition, the consequences for not complying with processes and practices were not clear.  The absence of third-party verification and sanction led to long delays in implementation, administrative documentation of close-out even through remedial actions were not actually taken, or simple non-compliance." |

### 3.3.2.2    BP's oil and gas handling facilities did not create, follow, and update safety critical procedures.

BP's ineffective audits of its oil and gas handling facilities had ripple effects throughout its organization, resulting in common themes and failures in the Grangemouth, Texas City, and Prudhoe Bay accidents.  Chief among these failures was a lack of understanding of the importance of policies and procedures.  Policies and procedures are important barriers to Process Safety accidents.[119]  In particular, policies and procedures are "the way that up-to-date technical information gets built into day-to-day operations."[120]  Management must insist that policies and procedures be created and followed.[121]  The simplest and easiest way to accomplish this is through effective audits.  However, at Grangemouth, Texas City, and Prudhoe Bay, in the absence of effective audits, policies and procedures for safety critical operations either did not exist, were not updated, or were not followed:

---

[119] Deposition of Samuel Defranco, p. 57.

[120] *Id.* at pp. 56-59.

[121] Deposition of Samuel Defranco, pp. 24-25.

| FAILED POLICIES AND PROCEDURES | | |
|---|---|---|
| **2000**<br>**GRANGEMOUTH** | **2005**<br>**TEXAS CITY** | **2006**<br>**PRUDHOE BAY** |
| "Insufficient management attention and resources was given to maintaining and improving technical standards for process operations and enforcing adherence to standards, codes of practice, good engineering practice, company procedures and the HSE guidance"<br><br>"The three incidents would not have occurred if BP's high standards and policies and procedures been followed consistently . . . ." (UK HSE) | Texas City management did not emphasize the importance of following procedures as evidenced by its lack of enforcement of the MOC policy, its acceptance of procedural deviations during past startups, and its failure to ensure that the procedures remained up-to-date and accurate.<br><br>"Outdated and ineffective procedures did not address recurring operational problems during startup, leading operators to believe that procedures could be altered or did not have to be followed during the startup process." (CSB) | "CIC's corrosion management strategy was developed in the late 1990s, and had not been substantially reviewed or revised until now, despite specific direction in a 2004 internal technical audit to do so."<br><br>"The emergency shut-in procedures lack clarity and enforcement." |

### 3.3.2.3   BP did not maintain suitable, safety critical equipment.

BP's ineffective audit system, combined with cost cuts by management, also undermined the quality assurance and mechanical integrity of safety critical equipment at BP's Grangemouth, Texas City, and Prudhoe Bay facilities. A Process Safety and Risk Management system should "require that procedures are in place and implemented so that critical equipment for any facility is designed, fabricated, installed, tested, inspected, monitored, and maintained in a manner consistent with appropriate service requirements, manufacturer's recommendations, or industry standards."[122] With no "closed loop" audit system and inadequate funding, integrity problems identified in safety critical equipment at Grangemouth, Texas City, and Prudhoe Bay were not timely repaired or corrected:

---

[122] API Recommended Practice 75.

# Section 4.   BP Management's Knowing Disregard of Process Safety and Risk Management   on Gulf of Mexico MODUs caused the Macondo blowout.

## 4.1     Introduction.

In 2003, Professor Bea presented BP Management with a Report that it commission called "Managing Rapidly Developing Crises: Real-Time Prevention of System Accidents."   In the Report, Professor Bea advised BP Management that the best means to avoid a catastrophe in real time was to develop systems for identifying, assessing, and managing risk.   Professor Bea informed BP Management that crises develop and go undetected when it increases risk taking, when it looks at emerging problems as only having a single cause, when it fails to establish clearly defined duties and responsibilities of management and crew, and when the physical systems are inadequate support for crisis management or fail to accomplish the task.   BP Management refused to implement Professor Bea's advice.

BP Management's decisions to repeatedly ignore the major accident risks associated with contractor owned MODUs had significant consequences for risk management within the Macondo drilling team.   The Macondo drilling team essentially operated "off the grid."[158]   The Macondo drilling team did not have a comprehensive approach to Process Safety and Risk Management.[159]   There were no Safety and Operations audits to ensure compliance with good Process Safety and Risk Management processes and procedures.   Moreover, there was no management oversight to prevent BP Management's cost cutting mandates from undermining the ability of the Macondo drilling team to prevent a major accident.

The Macondo drilling team (and BP as a whole) did not possess a functional Process Safety and Risk Management culture.   Their Engineered System was not propelled toward the goal of maximum safety in all of its manifestations but rather was geared toward a trip-and-fall compliance mentality rather than being focused on the big-picture.   The Macondo drilling team "forgot to be afraid."   The system was not reflective of one having well-informed, reporting, or a just culture.   The system showed little evidence of possessing a rapid learning culture that had the willingness and competence to draw the right conclusions from the system's safety signals.

---

[158] Deposition of Cheryl Grounds, p. 88, 18-20. Exhibit 1736, BP-HZN-BLY00204248.

[159] Deposition of Kal Jassal, p. 50, 111, 124-27; Deposition of John Baxter, p. 175, Exhibit 7172, BP-HZN-BLY00151043.

49

Section 4.  BP Management's Knowing Disregard of Process Safety and Risk Management  on Gulf of
Mexico MODUs caused the Macondo blowout.

This blindness to major Process Safety risks explains many of the Process Safety and Risk Management failures at the Macondo well.  When each of the primary decisions and subsequent actions leading up to the Macondo blowout were developed, risk assessments, when conducted, found no significant likelihoods or consequences associated with failure. No one person or group was keeping tabs on the accumulation of risks that accompanied the individual decisions and subsequent actions or inactions.  Apparently, the Macondo drilling team concluded that there were no significant challenges to safety. Realistic, rigorous Process Safety and Risk Management processes and procedures were not performed.  The result was a serious compromise of Process Safety.

Judgments of the likelihoods and consequences of failures (e.g., blowout) were based on unsubstantiated feelings. The participants had no major formal training or qualifications in risk assessment and management of complex systems.  Experience has adequately demonstrated that a few hours of training with a risk matrix (plot of likelihoods versus consequences) does not qualify people to perform risk assessments of complex systems.  The power of this extensive branch of technology is critically dependent on the knowledge, qualifications, training, experience, and motivations of the people who use it. Gut feelings, like tacit knowledge, do matter, but they too need to be substantiated by appropriate Process Safety and Risk Management processes and procedures.

For example, Mark Hafle, as the senior drilling engineer for the Macondo well team, was charged with creating a risk register for the Macondo well, as required by the BtB CP manual, and was assigned as the "risk owner."[175]  Although Hafle identified many of the ultimate technical failures at Macondo as "risks" on the register, he did not consider the health, safety, and environmental impacts of those risks as part of the risk register.[176]  Instead, consistent with the requirements of the BtB CP manual, he simply listed "cost" or "schedule" as the potential impact of the risks.

---

[175] Deposition of Cheryl Grounds, pp. 108-12; Exh. 1741, pp. 2-3, BP-HZN-2179MDL00412928.

[176] *Id.*

55

Section 4.  BP Management's Knowing Disregard of Process Safety and Risk Management  on Gulf of
Mexico MODUs caused the Macondo blowout.

**Figure 10: Risk Register Excerpts**

| | Risk Register for Project: | Macondo | Last Updated: | 20-Jun-09 | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | General | | Pre-Response | | Post-Response | | |
| R/O no. | Risk/Opportunity Name | Event Description / Impact | Impact Type | Manageability | Impact Type | Impact Level | Prob. |
| 1 | Well Control | Potential well control problem: risk of losing the wellbore in an uncontrolled situation | Cost | High | Cost | Medium | Moderate |
| 8 | Lost Circulation | Lost circulation identified in the offsets. Risk to time and cost. | Cost | Medium | | | |
| 18 | BOP Issue | Potential for the BOP stack to cause NPT on the well. | Schedule | Medium | Schedule | High | Low |
| 19 | Zonal Isolation | Risk of a good cement job on the 9-7/8" Production String | Cost | High | | | |

The Macondo well risk register was completed by Mark Hafle before the drilling operations were initiated – during June 2009.  Even though the Macondo well (as an Engineered System) changed dramatically during the project (e.g. reorganization), the risk register was never completed before April 20, 2010. There was no risk register that contained a well control action plan owner, status, and due date.[177]

Mark Hafle and other BP engineers and personnel involved with the Macondo well were not provided with adequate training and support in assessing the Process Safety risks associated with the Macondo well.   Process Safety risk assessment and management requires

---

[177] Deposition of Kal Jassal, pp. 111-112.

Case 2:10-md-02179-CJB-DPC   Document 12460-41   Filed 03/06/14   Page 15 of 24

Section 4.  BP Management's Knowing Disregard of Process Safety and Risk Management  on Gulf of
Mexico MODUs caused the Macondo blowout.

knowledgeable and experience qualified "risk champions."  In other words, Process Safety and Risk Management requires someone who is trained in how to assess major Process Safety risks. BP used Process Safety engineers in this capacity on BP owned assets.[178]   However, D&C GoM engineers like Mark Hafle, who were assigned to operations being performed by contractor-owned MODUs, were not provided with similar support.[179]

The BtB CP manual states that the risk register is a "continuous loop by which risks are captured and worked throughout the well life-cycle."[180]   However, at the local GoM D&C level, the Macondo risk register was not required or expected to be continually updated and re-assessed the throughout the life of the well.[181,182]   Moreover, no monitoring or auditing was being performed at the Group level.  This "check the box" mentality reflects an organization that does not understand Process Safety and Risk Management.[183]

The absence of a continual, cohesive system risk management process within Macondo drilling team adversely impacted the decisions made during the drilling.  Once a well reached the drilling stage, whether a decision was subjected to a formal risk assessment – formal Management of Change (MOC) process - was largely left to the discretion of the well team. During the drilling of the Macondo well, BP onshore personnel made a number of critical

---

[178] Deposition of Cheryl Grounds, pp. 85-98.

[179] Id.

[180] Exh. 2681, pp. 54, BP-HZN-2179MDL00333308.

[181] Deposition of Ian Little, pp. 141-43; Deposition of David Sims, pp. 647-48.

[182] Apparently, even within BP, there was confusion as to whether the risk register needed to be updated throughout the life of the well.  Greg Walz claimed that it did.  Deposition of Greg Walz, pp. 721-22.

[183] A similar culture was prevalent at the Texas City refinery, where the Chemical Safety Board noted "Texas City was at a "high risk" for the "check the box" mentality. This included going through the motions of checking boxes and inattention to the risk after the check-off." U.S. Chemical Safety and Hazard Investigation Board Investigation Report: Refinery Explosion and Fire, Report No. 2005-04-I-TX (March 2007), Exh. 6012, pp. 174.  Hopkins, Failure to Learn: The BP Texas City Refinery Disaster.

Case 2:10-md-02179-CJB-DPC Document 12460-41 Filed 03/06/14 Page 16 of 24

Section 4. BP Management's Knowing Disregard of Process Safety and Risk Management on Gulf of
Mexico MODUs caused the Macondo blowout.

decisions that increased the risk of the well. However, those decisions were not formally risk assessed and the Well Team Leader (WTL) didn't think it was his or his team's job.[184]

| Key Decisions at Macondo | | |
|---|---|---|
| **Decision** | **Increased Risk?** | **Formal Risk Assessment?** |
| **Not using the correct number of centralizers** | Yes | No |
| **Not waiting for foam stability test results** | Yes | No |
| **Not running cement bond log** | Yes | No |
| **Using spacer made of lost circulation materials** | Yes | No |
| **Displacing riser before setting cement plug** | Yes | No |
| **Not installing additional physical barriers during temporary abandonment** | Yes | No |
| **Not circulating bottoms up prior to cement job** | Yes | No |
| **Performing simultaneous operations during displacement** | Yes | No |

Because safety-critical decisions were not being subjected to formal risk assessment and management processes, these decisions, often made on an ad hoc basis, were not methodically analyzed to identify the associated risks incurred and to ensure that the risk mitigation barriers that are needed to prevent, diminish, and control those risks were understood.

Moreover, the absence of a formal risk assessment process permitted the Macondo drilling team to "compartmentalize" or "silo" many of their decisions. Decisions were made in isolation. Individual decisions were viewed as only adding incremental risk to the Macondo well. The collective risk generated by these decisions was never considered.

BP Management's decision to delegate operational risk management to MODU owners (Transocean) also had significant impacts on how risk was perceived by the Macondo drilling team. BP's onshore well team refused to communicate key risks of the operation to Transocean.

---

[184] Deposition of John Guide, pp. 197-200.

For example, the cement job for the Macondo well was much riskier than typically encountered by BP or Transocean.  However, BP refused to emphasize this fact to Transocean.

Additionally, Transocean was blind to major Process Safety system risks in much the same as BP's onshore well team.  In particular, a 2010 study by Lloyd's register reached the following conclusions about Transocean: (1) "the work force was not always aware of the hazards they were exposed to . . .;" (2) "THINK Plans did not always identify relevant major hazards . . . ;" (3) "The risks posed by identified hazards were not fully understood, and the subsequent control measures were not always appropriate; (4) "Emerging hazards during task execution, and hazards with a changing risk level were not always detected or fully appreciated;" and (5) "'They don't know what they don't know.'"[185]

Further, Transocean was not included in many of the decisions made by BP's onshore well team that increased the risk of failures at the Macondo well.  According to BP, Transocean nonetheless was expected to manage the risks of those decisions.  In many cases, Transocean managed those risks poorly.  For example, there is no evidence that Transocean performed a formal risk assessment prior to conducting simultaneous operations during the displacement of the riser.  Likewise, there is no evidence that the BP well site leaders on the Deepwater Horizon insisted that such a risk assessment be done.  Additionally, Transocean personnel on the rig refused to maintain proper situational awareness and missed key indicators that control of the Macondo well was being lost and the well was blowing out.

### 4.3    The Macondo drilling team favored cost over Process Safety.

Within BP's Gulf of Mexico SPU, Hayward's Forward Agenda, created "tremendous" and "incredible" cost reduction pressures (incentives).[186]  In particular, from 2008 into 2009, there were concerns that  as oil prices fell, BP's Gulf of Mexico operations would no longer be viable.[187]  As a result, the Gulf of Mexico SPU championed Hayward's "every dollar counts, every seat counts" philosophy.  The Gulf of Mexico SPU emphasized that "time is money" and "every minute matters."[188]  Employees were encouraged to achieve the "technical limit" for

---

[185] Exh. 929, pp. 8-9, TRN-HCEC-00090493.

[186] Deposition of Kevin Lacy, pp. 184, 795-799.

[187] *Id.* at 184.

[188] Deposition of Tony Hayward, pp. 123, Exh. 6018, pp. 5, BP-HZN-2179MDL00633307.

Case 2:10-md-02179-CJB-DPC   Document 12460-41   Filed 03/06/14   Page 18 of 24

Section 4. BP Management's Knowing Disregard of Process Safety and Risk Management on Gulf of
Mexico MODUs caused the Macondo blowout.

drilling time.[189]   Fast drilling was encouraged even though it was recognized by the Macondo
well team that important information was being lost and well control signals missed. [190]

From a financial perspective, the organization was successful. From 2008-2009, the Gulf
of Mexico SPU shed $243 million in costs.[191]   Moreover, during the same time period, the GoM
increased production by 55%.

**Figure 11: Gulf of Mexico Cash Costs**       **Figure 12: Gulf of Mexico Production**




Similarly, the GoM D&C organization cut between $250 and $300 million in costs
between 2008 and 2009, with the goal of further reducing costs in 2010. [192]

This cost cutting (cost efficiency) drive affected how safety spending was prioritized.
Within BP's Exploration & Production Segment, capital expenditures on Safety and Operational
Integrity were only 4% of the planned total capital expenditures in 2010.[193]   For the Gulf of

[189] Exh. 2681, pp. 133, BP-HZN-2179MDL00333308.

[190] Deposition of Robert Bodek, pp 222, 223.

[191] A summary of relevant BP's financial metrics is provided in Appendix "D."

[192] Deposition of Kevin Lacy, pp. 774-775.

[193] BP-HZN-2179MDL00980469.

contract listed "recordable injuries" as the primary metric by which his safety performance was measured.[208]  Similarly, the safety metrics for the well site leaders at Macondo included things such as safety observations and conversations (i.e., safety meetings).[209]  Measurable drilling Process Safety indicators were not included in the Macondo drilling team's performance contracts.[210]  As a result, the Macondo drilling team was not incentivized to prevent low frequency, high consequence accidents (i.e., major accidents).

BP also provided bonuses to its contractors for drilling fast.[211]  The bonus could only be obtained if a well was drilled within the number of days designated by BP.[212]  The bonuses also had safety components.  However, as with BP's performance contracts, the safety components were tied to personal safety metrics and not drilling Process Safety.[213]  The bonus program did not measure or reward the prevention of low probability, high consequence accidents.

The Macondo drilling team was clearly cognizant of time and cost pressures.  The BP onshore well team meticulously tracked and recorded the time and cost for each task performed at Macondo.[214]  Additionally, members of the BP onshore well team routinely documented and tracked instances where they believed they had personally saved BP money.[215]

This emphasis on time and money created an inappropriate balance between "production" and "protection."  The Macondo drilling team's blindness to major risk, coupled with their "every dollar counts" mentality, led to a number of decisions that saved time and money but increased the overall risk profile for the well:

---

[208] Exh. 7099, pp. 1, BP-HZN-2179MDL00346653.

[209] Exh. 1984, BP-HZN-2179MDL01308980; Exh. 2667, BP-HZN-2179MDL01802532.

[210] Exh. 7099, BP-HZN-2179MDL00346653.

[211] Deposition of Troy Hadaway, pp. 59-60.

[212] Deposition of Troy Hadaway, pp. 60; Exh. 889, pp. 2, TRN-MDL00467823.

[213] Deposition of Troy Hadaway, pp. 60-61; Exh. 889, pp. 4, TRN-MDL-00467823.

[214] *See, e.g.,* Macondo DIMS Report [BP-HZN-2179MDL01582699].

[215] Exh. 4455, pp. 2 (Hafle noting savings of $500,000, $250,000, and $60,000), BP-HZN-2179MDL00367260.

| Key Decisions at Macondo | | |
|---|---|---|
| **Decision** | **Increased Risk?** | **Saved Time or Money?** |
| Not using the correct number of centralizers[216] | Yes | Yes |
| Not waiting for foam stability test | Yes | Yes |
| Not running cement bond log[217] | Yes | Yes |
| Using spacer made from lost circulation materials[218] | Yes | Yes |
| Displacing riser before setting cement plug | Yes | Yes |
| Displacing well to over 3,000 ft. below the mud line[219] | Yes | Yes |
| Not installing additional physical barriers during temporary abandonment[220] | Yes | Yes |
| Not circulating bottoms up prior to cement job | Yes | Yes |
| Using long string casing instead of liner[221] | Yes | Yes |
| Performing simultaneous operations during displacement | Yes | Yes |
| Converting lower ram on BOP to a test ram[222] | Yes | Yes |

---

[216] BP-HZN-CEC022690 (Email from Brian Morel noting that it was "too late" to get more centralizers to the rig).

[217] SLB-EC-000909 (not running cement bond log saved $118,093.34).

[218] BP-HZN-BLY00098875-6, pp. 2 (noting that use of spacer was "brought about by perceived expediency").

[219] The decision to displace the well was part of BP's decision to have the Deepwater Horizon complete the well instead of a separate rig. BP noted that having the Deepwater Horizon complete the well would save $2.2 million or possibly more. *See* BP-HZN-2179MDL02534871-75.

[220] SLB-EC-000909 (mechanical plug would have cost $53,075.06).

[221] BP-HZN-BLY00246658 ("long string provides best economic case . . . liner . . . will add an additional $7-10 MM to completion cost.").

When given the opportunity to save time and money—and make money—tradeoffs were made by BP for the certainty of the measurable thing—production.  The perception was that there were no downsides associated with the uncertain, difficult-to-measure thing—failure caused by the lack of sufficient protection which was caused by incentives to achieve "cost efficiencies".  As a result of a concatenation of deeply flawed failure and signal analysis, decision-making, communication, and organizational-managerial processes safety was compromised to the point that the blowout occurred with catastrophic effects.

## 4.4    The Macondo drilling team did not have effective barriers to prevent major system incidents.

There were critical defects embedded in BP's proactive, reactive, and interactive barriers prior to the Macondo blowout.  Deficiencies and defects developed by the Macondo drilling team activated these defects, enabling penetration of the multiple barriers.  The failures that developed before, during, and after the Macondo blowout show that the Macondo well, as an Engineered System, was deeply deficient and pervasively flawed.  Important things that were supposed to have been done correctly were either not done or were done incorrectly.  When the Engineered System was tested before, during, and after the blowout, it performed miserably.

As noted above, there were inappropriate imbalances between production and protection. There were significant pressures to complete this well-from-hell as quickly as possible. However, there is no clear evidence of corresponding pressures to provide appropriate protections to counter-balance and mitigate the multiple effects of these production pressures. Much like a pressure gauge on a steam boiler, the real-time risk-meter was moving higher and higher during this period.  And there was no safety valve to relieve the building pressure.

### 4.4.1    The Macondo drilling team did not have effective Process Safety system risk management leadership.

As part of BP Management's "slashing of management layers," BP's Exploration and Production segment underwent a significant reorganization beginning in late 2009.  This reorganization resulted in the removal of important members of the GoM D&C leadership team and altered the reporting structure within the GoM D&C organization.  However, there is no evidence that BP Management ever formally risk assessed these changes or otherwise considered the effects that the reorganization (i.e., "slashing of management layers") would have on Process Safety and Risk Management within the GoM D&C organization.

---

[222] *See* BP-HZN-BLY00116658 ("We are going to save a lot of time and money by utilizing the test rams."); TRN-MDL-00027625 (Test ram "conversion will reduce the built in redundancy of the BOP, thereby potentially increasing Contractor's risk profile . . .").

The confusion created by the reorganization was best expressed by John Guide in an email to David Sims three days before the Macondo blowout:

> David, over the past four days there has been so many last minute changes to the operation that the WSL's have finally come to their wits end.  The quote is "flying by the seat of our pants." . . . Everybody wants to do the right thing, but, this huge level of paranoia from engineering leadership is driving chaos.  This operation is not Thunderhorse.  Brian [Morel] has called me numerous times trying to make sense of all the insanity . . . This morning Brian called me and asked my advice about exploring opportunities both inside and outside of the company.
>
> ***What is my authority?  With the separate of engineering and operations, I do not know what I can and can't do.  The operation is not going to succeed if we continue in this manner.*** [249]

There was also a lack of leadership and accountability on the Deepwater Horizon. Shortly before the Macondo blowout, BP's onshore well team pulled a senior well site leader, Ronald Sepulvado, off the rig and replaced him with a less experienced well site leader, Robert Kaluza.[250]  Kaluza had never been on the Deepwater Horizon before.[251]  Similarly, Kaluza's relief, Don Vidrine, had only been on the Deepwater Horizon for a few months.[252]  Transocean expressed concern about changing Sepulvado out for Kaluza at such a critical time in the well. In fact, even BP itself expressed concern with Kaluza's "blind spots" for "important rig operational issues" in his 2009 Individual Performance Assessment.[253]  However, BP did not perform a risk assessment of the change out between Kaluza and Sepulvado.

Within the Gulf of Mexico, Kaluza ranked 42 out of 50 in performance for BP well site leaders.[254]  Don Vidrine, Kaluza's relief, was ranked 23 out of 50. [255]  Ronald Sepulvado was ranked seventh.[256]  In contrast to Sepulvado, Kaluza and Vidrine did not understand how to

---

[249] Exh. 96, pp. 2 (emphasis added), BP-HZN-BLY0097030.

[250] Deposition of John Guide, pp. 173.

[251] *Id.* at 421.

[252] Exh. 103, pp. 1; BP-HZN-CEC020346.

[253] Exh. 3555, pp. 3-4, BP-HZN-2179MDL00290720; Deposition of Keith Daigle, pp. 356-63.

[254] BP-HZN-2179MDL01844732.

[255] *Id.*

[256] *Id.*

perform Process Safety critical procedures.  For instance, both Vidrine and Kaluza accepted the never before heard of "bladder effect" as a justification for moving forward following the failed negative pressure test.[257]  While Vidrine did order a second negative pressure test on the kill line, he declared it a success even though the pressure on the drill pipe remained at 1,400 psi throughout.

### 4.4.2   The Macondo drilling team did not create and follow written policies and procedures for process system safety critical activities.

Many of the operational decisions at the Macondo well were poorly planned and delivered to the rig at the last minute.[258]  This poor planning was largely driven by time and cost pressures to complete the Macondo well.  At the time of the Macondo blowout, the Macondo well was nearly $60 million over budget and 45 days past schedule.[259]  Additionally, the Deepwater Horizon was scheduled to go the Nile and Kaskida wells following Macondo.[260]  The Macondo team was facing an upcoming MMS deadline that could have resulted in BP losing the Kaskida lease if not drilled in time.[261]  One subsea engineer noted that the Macondo drilling team was "under pressure to finish Macondo so [they could] get [the] Nile P&A moving and not jeopardize the Kaskida well . . ."[262]  These time pressures exposed fatal failures in the Macondo drilling team's understanding of the importance of creating and following written procedures for safety critical activities.

Chief among these failures was the negative pressure test.  By all accounts, the negative pressure test is a safety critical activity.[263]  However, at the time of the Macondo blowout, BP

---

[257] See, e.g. Exh. 759, pp. 1-2; BP-HZN-CEC020334-61; Deposition of Lee Lambert, 373-74, 387-88, 471-73, 562, 609; Deposition of Miles "Randy" Ezell, 226.

[258] See, e.g., Exh. 1685, pp. 2 (Email from Greg Walz noting that "planning has been lagging behind the operations . . ."), BP-HZN-BLY00068635.

[259] Exh. 119A, BP-HZN-MBI00173371; Exh. 119B, BP-HZN-MBI00178400; Exh. 119C, BP-HZN-MBI00178405; Exh. 119E, BP-HZN-MBI00126333.

[260] Deposition of David Sims, pp. 556-557; Exh. 119E, . BP-HZN-MBI00126333.

[261] Id. at 558.

[262] Exh. 119E, BP-HZN-MBI00126333.

[263] See, e.g., Deposition of Walter Guillot, pp. 20; Exh. 102, pp. 8, BP-HZN-BLY00094096.

were consistent with BP or industry expectations was never performed.[275]

The GoM D&C also refused to properly audit itself.  As noted above, the Macondo drilling team did not follow a number of key BP policies and procedures during its execution of the Macondo well.  One of the key purposes of an audit is to determine whether actual performance is consistent with written policies and procedures.  However, it does not appear that BP ever audited the GoM D&C generally or the Macondo team specifically to ensure such conformance.

The GoM D&C did not close out – address – important action items for safety critical equipment in a timely way.  For example, a BP rig audit of the Deepwater Horizon in September 2009 identified that the BOP was out of certification.[276] This audit identified an "overdue planned maintenance" back-log of 390 jobs requiring more than 3,500 man-hours of work had developed.[277] Much of this work represented "carry-forwards" from the BP audit performed two years earlier.  The audit identified a significant number of findings that had "potential adverse effect(s) on rig emergency preparedness."[278]

The audit recommended that the Deepwater Horizon be removed from service until the important work had been completed. The rig was taken out of service for about 5 days.[279] The BP GoM D&C operations group were under significant internal and external (lease partners) pressures to return the Deepwater Horizon to service as quickly as possible:

> "..don't worry about this small stuff. This amounts to 2 or 3 days in a 100 day project. Partners always have questions and the(y) will shut up once we turn the big machine on. We are not going to tear anything else apart unless absolutely

---

[275] BP conducted a number of audits of Transocean.  See Exh. 275, BP-HZN-IIT-0008871; Exh. 937, TRN-MDL-00351151; Exh. 3400, TRN-MDL-00519065; and Exh. 6166, BP-HZN-MBI00050937.  However, none comprehensively covered well control policies and procedures. BP's audits of third-party's were not as "onerous and detailed" as BP's audits of itself. Deposition of Neil Crammond, pp. 276-77.

[276] Exh. 275, pp. 20, BP-HZN-0008871.

[277] *Id.* at p. 2.

[278] *Id.*

[279] Deposition of Neil Crammond, pp. 158-60, 183-84, 300-302.