# Exhibit 42

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

**Distribution**

1. John Guide, Deepwater Horizon Wells Team Leader
2. Ian Little, Wells Manager
3. Jonathan Sprague, GoM Wells Engineering Authority
4. Neil Cramond, GoM Marine Authority
5. Central File EPT Drilling, Sunbury

# Deepwater Horizon
# Follow Up Rig Audit, Marine Assurance Audit and Out of Service Period
# September 2009

Prepared by

..................................................
Kevan Davies,
Rig Auditor
24 September 2009

Approved by

..................................................
Norman Wong,
Manager, Specialist Technical Support - Rig Audit
30 September 2009

[APG]

Exhibit No.
**3405**
Worldwide Court Reporters, Inc.

CONFIDENTIAL                                                             TRN-MDL-00478589

**Executive Summary**

A rig and marine assurance audit was performed on the semi submersible drilling rig Deepwater Horizon. The rig was audited on location at the Kodiak prospect at Mississippi Canyon 7-27. The audit was undertaken by a four man team from 13 to 17 September 2009.

The rig commenced the out of service period on 31 August 2009 to undertake Underwater In Lieu of Dry-dock (UWILD) inspection, DP system upgrades, refurbishment of the forward and aft PRS and replacement of the iron roughneck.

Prior to recommencing operations the rig was subject to a follow up rig and marine assurance audit, and key function testing such as black out recovery, customer acceptance trials concerning DP control system upgrades. Planned checks to verify the functionality of the drill floor anti collision system and reliability of the iron roughneck and PRS could not be performed as on departure from the rig issues with this equipment were still being addressed.

The audit made a number of findings, based on the nature of these findings, i.e. rig floor non operational, and the potential adverse effect on rig emergency preparedness and watertight integrity regarding the marine related issues a recommendation was made to the Wells Team to suspend operations until many have been satisfactorily addressed.

Findings of particular note were the following:

- Closing out of the last audit recommendations had no apparent verification by BP. Consequently a number of the recommendations that Transocean had indicated as closed out had either deteriorated again or not been suitably addressed in the first instance.

- Control of work issues identified specifically with isolation permit process and integrity of mechanical isolations

- Numerous personnel changes had occurred in the eighteen months since our last audit. These were seen at all levels and all disciplines.

- Overdue planned maintenance considered excessive 390 jobs amounting to 3545 man hours. With the recent shift from Empac to RMS II maintenance systems and revised maintenance scheduling the back log does not look as though it will improve

- The aft PRS was non operational, the retract function of the lower arm was defective

- The iron roughneck could not be made to operate from Cyberbase unless the anti collision system was in override

- Top drive guard is not fitted with a safety sling, not only is this an NOV requirement but also a lesson learned from industry incidents, including one on this rig, where the guard had been knocked off due to equipment clash.

[APG]

CONFIDENTIAL

TRN-MDL-00478590