# Exhibit 43

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

EXHIBIT # 93
WIT:



# Drilling and Well Operations Practice



# E&P Defined Operating Practice

operating
management
system

GP10-00

SIS. 103936800

BP Confidential

BP-HZN-IIT-0001177

CONFIDENTIAL                      BP-HZN-2179MDL00057261

TREX 000093.0001

*GP10-00*                      *BP Drilling and Well Operations Practice*

3.1.11    Specialist BP and contractor HSSE resources should be available at the wellsite, as required, to effectively support and assure compliance with the safety management system and the environmental and waste management systems and participate in incident investigations.

3.1.12    Regular audits of critical elements of the safety management system shall be conducted.

3.1.13    Temporary and permanent changes to personnel, systems, procedures, programmes, safety critical data, equipment, facilities, materials or substances should be made using the management of change process.

3.1.14    All staff and contractor personnel shall adhere to the BP Driving Standard when travelling in vehicles on BP company business.

## 3.2 Workplace Environment

3.2.1    Lighting systems shall be installed to provide illumination levels adequate for safe completion of tasks performed in that working area per GP12-30. All safety egress paths and assembly areas shall be provided with emergency lighting.

3.2.2    Exposures over a working lifetime should be kept below 80 dBA daily personal noise exposure (LEP,t) to provide full protection from hearing loss due to noise at work (refer to GP14-01).

3.2.3    Controls shall be in place to protect people who use high vibration tools on a regular or prolonged basis from damage to their hands and arms. All tools and equipment used at the wellsite shall be designed to minimise vibration levels to as low as reasonably practicable.

3.2.4    The engineering complexities of mechanised and automated systems shall be fully evaluated on the basis of risk assessment and managed through effective development and application of rigorous inspection, maintenance and operating procedures, and personnel competencies.

3.2.5    Means shall exist to control exposure to airborne hazards, such as dust, gases and vapours, and stressful thermal environments. These may include initial and repeat assessments of the workplace, engineering controls, administrative controls and personal protective equipment provided by the contractor.

3.2.6    The permit to work system shall be employed to control the handling of explosives and radioactive materials.

Personnel who may be exposed to hazardous materials shall be made aware of the hazards and provided with training to manage the risks of exposure, the limitations of and proper use of personal protective equipment, other precautions to be taken, emergency procedures to be followed and any required additional measures such as exposure monitoring.

CONFIDENTIAL

BP-HZN-IIT-0001196
BP-HZN-2179MDL00057280

TREX 000093.0020

*BP Drilling and Well Operations Practice*     *GP10-00*

# Section 4
# Planning, Materials and Services

4.1    All SPUs shall adopt Drilling and Completions Common Process (Drilling Value Assurance, Right Scoping, No Drilling Surprises and Technical Limit) as the standard methodology for well planning and execution.

4.2    All drilling and well operations shall have approved plans to cover emergency management, spill contingency and blowout response. These plans shall be specifically designed for application in the local environmental and operating conditions.

4.3    A well programme shall be in place and adhered to for all drilling and well operations. Well programmes shall have the appropriate level of approval.

4.4    Any significant changes to a well programme shall be documented and approved via a formal management of change (MOC) process which includes those on the original approval list.

4.5    All equipment, materials and services shall be fit for the purpose intended and in compliance with local legislative, BP, and industry (eg API, NACE, ANSI, ASME, ISO etc) standards and specifications as required.

4.6    All contractors engaged in drilling and well operations shall be capable of demonstrating technical, operational, quality, HSSE and commercial integrity in respect of their organisation, logistics, planning, procurement, execution, and performance evaluation.

BP-HZN-IIT-0001199
BP-HZN-2179MDL00057283
CONFIDENTIAL
TREX 000093.0023

*GP10-00*  *BP Drilling and Well Operations Practice*

15.2.8  Thereafter kick detection and shut-in drills shall be performed at a minimum of once per week per crew and be reported in the Daily Report form.

15.2.9  A shut-in method shall be established, communicated and practiced which minimizes influx and impact to the wellbore. Line and valve configurations shall be planned, communicated and regularly checked by the driller or service unit operator and position confirmed with the BP well site leader or his designate.

15.2.10  The driller / operator is responsible for and authorized to shut the well in. The designated company representative shall be the only person authorized to initiate opening the well as part or conclusion of well control measures.

15.2.11  Except during under balanced drilling, a drilling well kick sheet shall be maintained and updated for immediate use in the event of a well control event.

15.2.12  A well control incident report shall be completed and documented within the Tr@ction reporting system following any well control incident.

15.2.13  At least one contingent barrier i.e. down hole float valve shall be included on any casing string run through a hydrocarbon-bearing formation.

15.2.14  Differential fill float equipment shall not be used on casing strings which are to be run through potential hydrocarbon-bearing zones. This policy may be relaxed after a documented risk assessment and approval of the BU well control TA or designate.

15.2.15  Auto fill float equipment shall be tripped prior to running through any hydrocarbon bearing zone.

15.2.16  For all exploration, HPHT and H2S appraisal wells a well specific Well Control Response Guide shall be prepared.

15.2.17  A well control interface / bridging document shall be prepared with the appropriate contractor to ensure there is clear understanding of responsibilities and which reference documents and procedures will be used in a well control situation.

15.2.18  Each BU shall ensure that well control response guides are maintained in every supporting OC and base office and emergency drills regularly conducted and reported. These guides shall address the availability of a means of quickly evacuating the well site and responding to an event.

15.2.19  During well construction and maintenance activities, operations shall be conducted with one active barrier and one contingent barrier installed to address critical operational risks and contain the well.

15.2.20  During conventional drilling, completions and well work activities the active barrier shall normally be a stable fluid column and the contingent barrier shall be the blowout preventer (BOP) equipment or tree. During under-balanced drilling, wireline, snubbing and coil tubing intervention activities, the active barrier shall normally be a dynamic mechanical sealing device and the contingent barrier shall be the BOP or tree.

BP-HZN-IIT-0001224
BP-HZN-2179MDL00057308
CONFIDENTIAL
TREX 000093.0048