# Exhibit 44

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

```
 1                      UNITED STATES DISTRICT COURT
 2                      EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  OIL SPILL BY THE OIL RIG   *   Docket 10-MD-2179
     DEEPWATER HORIZON IN THE           *
 5   GULF OF MEXICO ON APRIL 20, 2010   *   Section J
                                        *
 6   Applies to:                        *   New Orleans, Louisiana
                                        *
 7   Docket 10-CV-02771,                *   March 6, 2013
     IN RE:  THE COMPLAINT AND          *
 8   PETITION OF TRITON ASSET           *
     LEASING GmbH, et al                *
 9                                      *
     Docket 10-CV-4536,                 *
10   UNITED STATES OF AMERICA v.        *
     BP EXPLORATION & PRODUCTION,       *
11   INC., et al                        *
                                        *
12   * * * * * * * * * * * * * * * * * *
13
14                    DAY 7, AFTERNOON SESSION
                      TRANSCRIPT OF NONJURY TRIAL
15              BEFORE THE HONORABLE CARL J. BARBIER
                     UNITED STATES DISTRICT JUDGE
16
17   Appearances:
18
     For the Plaintiffs:           Domengeaux Wright Roy
19                                   & Edwards, LLC
                                   BY:  JAMES P. ROY, ESQ.
20                                 556 Jefferson Street, Suite 500
                                   Post Office Box 3668
21                                 Lafayette, Louisiana 70502
22
     For the Plaintiffs:           Herman Herman & Katz, LLC
23                                 BY:  STEPHEN J. HERMAN, ESQ.
                                   820 O'Keefe Avenue
24                                 New Orleans, Louisiana 70113
25
```
OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 2:18PM | 1 | **THE WITNESS:** Thank you. |
| 2:18PM | 2 | **THE COURT:** All right. Who's the next witness? It |
| 2:18PM | 3 | will be another expert? |
| 2:18PM | 4 | **MR. UNDERHILL:** Yes, sir. Mr. Glen Benge. |
| 2:18PM | 5 | **THE COURT:** Why don't we take about a 10- to |
| 2:18PM | 6 | 15-minute recess. |
| 2:18PM | 7 | **THE DEPUTY CLERK:** All rise. |
| 2:28PM | 8 | (WHEREUPON, the Court took a recess.) |
| 2:33PM | 9 | **THE DEPUTY CLERK:** All rise. |
| 2:33PM | 10 | **THE COURT:** Please be seated, everyone. |
| 2:33PM | 11 | (WHEREUPON, **GLEN BENGE**, having been duly sworn, |
| 2:33PM | 12 | testified as follows.) |
| 2:33PM | 13 | **THE DEPUTY CLERK:** Please state your full name and |
| 2:33PM | 14 | correct spelling for the record. |
| 2:33PM | 15 | **THE WITNESS:** My name is Glen Benge, G-L-E-N, |
| 2:33PM | 16 | B-E-N-G-E. |
| 2:33PM | 17 | **MR. REGAN:** Your Honor, Matt Regan on behalf of BP. |
| 2:33PM | 18 | Just a note for the record that we do have a pending motion. |
| 2:33PM | 19 | And as we've talked about, I believe, on Monday, we assume |
| 2:33PM | 20 | you'll take it up with the testimony as a whole. |
| 2:33PM | 21 | **THE COURT:** Yes, I will. |
| 2:34PM | 22 | **MR. REGAN:** Thank you, Your Honor. |
| 2:34PM | 23 | **MR. CERNICH:** May it please the Court, Scott Cernich |
| 2:34PM | 24 | on behalf of the United States of America. |
| 2:34PM | 25 | The United States calls Glen Benge. In |

2:58PM 1   unless you're a cementer. About 10 percent, 8 to 10 percent
2:58PM 2   don't meet those objectives and have to be repaired.
2:58PM 3           When you start getting into deep water or into much
2:58PM 4   more challenging environments, that failure rate tends to go up
2:58PM 5   a little bit. But 10 to 20 percent of those won't form a
2:58PM 6   barrier to start out with.
2:58PM 7   **Q.** You said that you've been involved in some cement jobs
2:58PM 8   that failed to form a barrier in the well. Did any of those
2:58PM 9   wells blow out?
2:58PM 10  **A.** No, sir.
2:58PM 11  **Q.** How did you know that the cement job failed to form a
2:58PM 12  barrier?
2:58PM 13  **A.** Again, they failed the cement evaluation test that we did,
2:58PM 14  be that a positive test, a negative test, a CBL, or what have
2:58PM 15  you.
2:58PM 16  **Q.** Did you determine why the Macondo cement did not form a
2:58PM 17  barrier?
2:58PM 18  **A.** Yes, sir.
2:58PM 19  **Q.** Go to the next slide, please.
2:59PM 20  **A.** I believe there were two things -- well, four things,
2:59PM 21  really, that looked at the reason that it didn't form a
2:59PM 22  barrier. One's what I call a failure of engineering design.
2:59PM 23          To design a cementing job, to design a cementing
2:59PM 24  operation is really two parts: You've got chemistry, which is
2:59PM 25  the design of the cement slurry itself; and physics, which is

```
2:59PM   1    the placement of the cement itself.
2:59PM   2            I found there was a failure in both of those.  The
2:59PM   3    Macondo well used a leftover cement blend.  It was not
2:59PM   4    originally intended -- originally designed as a foam cement.
2:59PM   5    And so because of that, it puts more onus on lab testing to
2:59PM   6    make sure that all of the testing was done and completed.
2:59PM   7            I also found that there was a failure to really
2:59PM   8    mitigate several acknowledged risks to the job itself.
3:00PM   9            And then, finally, there was a failure to evaluate
3:00PM   10   the cumulative risks that were acknowledged.  So it wasn't just
3:00PM   11   one risk that happened, but the cumulative risks that caused
3:00PM   12   that failure.
3:00PM   13   Q.   How does the cement design process work?  What's the
3:00PM   14   relationship between the operator and the cement service
3:00PM   15   provider?
3:00PM   16   A.   It's a very iterative process.  The operator will -- they
3:00PM   17   set the boundary conditions, they set the limits, what's the
3:00PM   18   objectives of the well.  So what do I want the cement job to
3:00PM   19   do?
3:00PM   20           And once I've set those goals and I understand those
3:00PM   21   goals, then what's my operating window?  What's the well doing?
3:00PM   22   How deep is it?  What's the size of everything?  What's my pore
3:00PM   23   pressure, frac gradient, what have you?  They give that to the
3:00PM   24   cementing service company.
3:00PM   25           And with their portfolio of materials, they go and,
```

| | | |
|---|---|---|
| 3:10PM | 1 | **A.** Well, they improved the centralizer design based on some |
| 3:10PM | 2 | problems they'd had on the *Thunder Horse* well.  So part of it |
| 3:10PM | 3 | ways changing that stop collar but also was applying a glue to |
| 3:10PM | 4 | those to keep those stop collars in place. |
| 3:10PM | 5 | **Q.** So based on your knowledge of these types of centralizers |
| 3:10PM | 6 | and this glueing process, would it have taken additional time |
| 3:10PM | 7 | to install those and allow them to cure? |
| 3:10PM | 8 | **A.** Yes, sir, it would have. |
| 3:10PM | 9 | **Q.** Would you agree with the sentiment expressed here by |
| 3:10PM | 10 | Mr. Hafle about the quality of the Macondo cement job? |
| 3:11PM | 11 | **A.** Yes, sir, I would. |
| 3:11PM | 12 | **Q.** How do the comments regarding the centralizers factor into |
| 3:11PM | 13 | your opinion? |
| 3:11PM | 14 | **A.** Well, I would agree that if they were only going to run |
| 3:11PM | 15 | six, that was a risk that was acknowledged and that was going |
| 3:11PM | 16 | to result in a suboptimal cement job. |
| 3:11PM | 17 | **Q.** Does your report identify risks that were taken on the |
| 3:11PM | 18 | Macondo cement job? |
| 3:11PM | 19 | **A.** Yes, sir, it does. |
| 3:11PM | 20 | **MR. CERNICH:**  Can we go to the next slide, please. |
| 3:11PM | 21 | **BY MR. CERNICH:** |
| 3:11PM | 22 | **Q.** Does this list identify risks that you identified on the |
| 3:11PM | 23 | Macondo cement job? |
| 3:11PM | 24 | **A.** Yes, sir, it does.  I've grouped them into nine separate |
| 3:11PM | 25 | categories. |

| | | |
|---|---|---|
| 3:11PM | 1 | **Q.** And did you identify these risks in your expert report? |
| 3:11PM | 2 | **A.** Yes, sir, I did. |
| 3:11PM | 3 | **Q.** In your review, did you observe anything done to mitigate |
| 3:11PM | 4 | these risks? |
| 3:11PM | 5 | **A.** No sir, I did not. |
| 3:11PM | 6 | **Q.** Did you see any evidence that anyone assessed the |
| 3:11PM | 7 | cumulative effects of these risks? |
| 3:11PM | 8 | **A.** No, sir. |
| 3:11PM | 9 | **Q.** What was the cumulative effect, if you've considered that? |
| 3:12PM | 10 | **A.** Based on everything I saw with this, there was -- you were |
| 3:12PM | 11 | not going to get a successful cement job, and the cement would |
| 3:12PM | 12 | not form a barrier in this well. |
| 3:12PM | 13 | **Q.** And you testified earlier that BP accepted known risks. |
| 3:12PM | 14 | Which of these were known risks? |
| 3:12PM | 15 | **A.** Well, if we look through the list, there was an |
| 3:12PM | 16 | acknowledgment of using leftover cement.  We know that BP did |
| 3:12PM | 17 | not have all of the lab data prior to the cement job.  There is |
| 3:12PM | 18 | documented an acknowledged risk for foam cement and synthetic |
| 3:12PM | 19 | oil-based mud -- that's SOBM.  As we've seen, it was understood |
| 3:12PM | 20 | there was inadequate centralization. |
| 3:12PM | 21 | Not prior to the job -- I mean, not in a design |
| 3:12PM | 22 | phase, but prior to the job, we know there was problems with |
| 3:12PM | 23 | the float collar conversion: limited pre-job circulation and |
| 3:13PM | 24 | low cement volume and low pump rates.  So those are the |
| 3:13PM | 25 | majority that were known. |

3:13PM 1 **Q.** Given these risks, in your opinion, should BP have pumped
3:13PM 2 the cement job as designed?
3:13PM 3 **A.** I would not have pumped that and expected it to be
3:13PM 4 successful.
3:13PM 5 **Q.** And that's consistent with Mr. Hafle's comments to
3:13PM 6 Mr. Corser?
3:13PM 7 **A.** Yes, sir.
3:13PM 8 **Q.** I'd like to talk about the first risk you identified, no
3:13PM 9 expressed job objectives. Did you see the Macondo cement job
3:13PM 10 objectives documented anywhere?
3:13PM 11 **A.** No, sir, I did not. And without -- if you don't know
3:13PM 12 where you're going, you don't know how you're going to get
3:13PM 13 there.
3:13PM 14     **MR. CERNICH:** Could we go to page 36 of Mr. Benge's
3:13PM 15 report.
3:13PM 16     **THE WITNESS:** And without those total objectives --
3:13PM 17 now, the only objective I did find -- and this is a decision
3:13PM 18 tree on what to do for the cement job, what's going to
3:14PM 19 designate a successful cement job.
3:14PM 20         And the only objective that you'll find on this
3:14PM 21 is did we have full return? In other words, if you pumped a
3:14PM 22 gallon in, a gallon came out. All of the cement went up the
3:14PM 23 outside of that plate, nothing spilled out into the formation
3:14PM 24 or broke the formation.
3:14PM 25         So if you had full returns, consider it a

| | |
|---|---|
| 3:37PM 1 | what the operating envelope is, that's going to drive the |
| 3:38PM 2 | slurry design. |
| 3:38PM 3 | But in the end, the operator still has to look and |
| 3:38PM 4 | see, is that slurry design appropriate for that well, and does |
| 3:38PM 5 | it meet the requirements? |
| 3:38PM 6 | MR. CERNICH: Could we go to Exhibit 569, please. |
| 3:38PM 7 | BY MR. CERNICH: |
| 3:38PM 8 | Q. Can you identify this document, Mr. Benge? |
| 3:38PM 9 | A. Yes, sir. That's a BP document on cementing |
| 3:38PM 10 | responsibilities for various personnel in their organization. |
| 3:38PM 11 | Q. Did you have similar documents at ExxonMobil? |
| 3:38PM 12 | A. Yes, sir, we did. |
| 3:38PM 13 | MR. CERNICH: All right. Could we go to the next |
| 3:38PM 14 | page, please. If we could focus in on the top of that page. |
| 3:38PM 15 | BY MR. CERNICH: |
| 3:38PM 16 | Q. Do you see this item in the checklist? |
| 3:38PM 17 | A. Yes, sir, I do. |
| 3:38PM 18 | Q. This says: "Verify that the final slurry recommendation |
| 3:38PM 19 | meets the job requirements, including DWOP and ETP compliance." |
| 3:38PM 20 | Did I read that correctly? |
| 3:38PM 21 | A. Yes, sir. That's in concert with the documents that I've |
| 3:38PM 22 | prepared throughout my career. |
| 3:38PM 23 | Q. And this particular item in the checklist is listed as a |
| 3:39PM 24 | responsibility of whom? |
| 3:39PM 25 | A. That's for the well site leaders and for the engineers. |

| | | |
|---|---|---|
| 3:39PM | 1 | **Q.** Who are operator employees? |
| 3:39PM | 2 | **A.** That's correct, yes.  This is a BP document. |
| 3:39PM | 3 | **MR. CERNICH:** Could we go to Exhibit 6233. |
| 3:39PM | 4 | **BY MR. CERNICH:** |
| 3:39PM | 5 | **Q.** Do you recognize this document, Mr. Benge? |
| 3:39PM | 6 | **A.** Yes, sir, I do.  This is an SRP, or a segment-recommended |
| 3:39PM | 7 | practice, for cement laboratory testing. |
| 3:39PM | 8 | **MR. CERNICH:** If you could focus in on the center of |
| 3:39PM | 9 | that, please. |
| 3:39PM | 10 | **BY MR. CERNICH:** |
| 3:39PM | 11 | **Q.** Do you see the author of this document? |
| 3:39PM | 12 | **A.** Yes.  The technical authority, that is Daryl Kellingray. |
| 3:39PM | 13 | He worked with Ashley a whole lot.  Daryl is over in the UK. |
| 3:39PM | 14 | He's one of the global cement specialists for BP. |
| 3:39PM | 15 | **Q.** You know Mr. Kellingray as well? |
| 3:39PM | 16 | **A.** I know Daryl as well. |
| 3:39PM | 17 | **Q.** Did you have similar documents to this at ExxonMobil? |
| 3:40PM | 18 | **A.** Yes, sir, we did. |
| 3:40PM | 19 | **Q.** Why did you have those documents? |
| 3:40PM | 20 | **A.** Well, again, if you've got a particular way that you want |
| 3:40PM | 21 | tests run, if there are risks that you want to identify, you |
| 3:40PM | 22 | would have that available to your engineers to use. |
| 3:40PM | 23 | **Q.** Did you provide these types of documents to your cement |
| 3:40PM | 24 | service providers? |
| 3:40PM | 25 | **A.** Yes, sir.  If I've got something I want them to do |

| | |
|---|---|
| 3:40PM | 1  special, if I don't tell them, I can't expect them to do it. |
| 3:40PM | 2  So we would absolutely -- as a matter of fact, some of ours |
| 3:40PM | 3  would be in the contracts.  I would do training with the |
| 3:40PM | 4  service providers to make sure that, yes, they're complying |
| 3:40PM | 5  with whatever requirements we had.  And we'd double-check on |
| 3:40PM | 6  that.  I'd go to the lab and see if they're doing it. |
| 3:40PM | 7           **MR. CERNICH:**  Could we go to the next slide, please. |
| 3:40PM | 8  **BY MR. CERNICH:** |
| 3:40PM | 9  **Q.**   You identified "started job without lab testing as a |
| 3:40PM | 10 risk"; is that right? |
| 3:40PM | 11 **A.**   Yes, I did.  Again, these start to become additive. |
| 3:41PM | 12 Because I used the leftover cement that wasn't originally |
| 3:41PM | 13 designed for foaming, it puts more onus on lab testing.  I need |
| 3:41PM | 14 to make sure I've got all those lab tests.  Because if I'm |
| 3:41PM | 15 using a make-do slurry, if you will, I've got to make sure that |
| 3:41PM | 16 I've got all my testing done.  And this job we started without |
| 3:41PM | 17 what I consider critical lab tests. |
| 3:41PM | 18 **Q.**   Did you have some criticisms of lab tests in here? |
| 3:41PM | 19 **A.**   Yes, I did, and that's in my report. |
| 3:41PM | 20 **Q.**   And who was responsible for testing the slurry? |
| 3:41PM | 21 **A.**   That's Halliburton who's responsible for testing the |
| 3:41PM | 22 slurry. |
| 3:41PM | 23 **Q.**   Could you summarize for the Court your criticisms of the |
| 3:41PM | 24 lab testing? |
| 3:41PM | 25 **A.**   Once again, this is a leftover cement, and because of |

| | | |
|---|---|---|
| 3:41PM | 1 | that, it puts more onus on the testing.  I didn't see any -- |
| 3:41PM | 2 | API, in the testing document that we prepared, has both testing |
| 3:41PM | 3 | for set and unset cement.  None of the unset testing was run. |
| 3:42PM | 4 | That gives you a real quick screening.  You don't have to wait |
| 3:42PM | 5 | for it to set to do that.  That wasn't done in this case.  So |
| 3:42PM | 6 | you're missing out on an opportunity to get some additional |
| 3:42PM | 7 | data. |
| 3:42PM | 8 |       And, again, it's because it's a leftover cement.  All |
| 3:42PM | 9 | the data you can get from it is very important. |
| 3:42PM | 10 | **Q.**   Did BP have any responsibility with regard to lab testing? |
| 3:42PM | 11 | **A.**   No.  They don't have a lab. |
| 3:42PM | 12 | **Q.**   Did you review the lab testing that was available before |
| 3:42PM | 13 | this cement job was pumped? |
| 3:42PM | 14 | **A.**   Yes, sir, I did. |
| 3:42PM | 15 | **Q.**   What was available? |
| 3:42PM | 16 | **A.**   Prior to starting this cement job, what was available were |
| 3:42PM | 17 | some compressive strength tests; thickening time tests; |
| 3:42PM | 18 | rheology, how thick is the slurry; and a mixability test, I |
| 3:42PM | 19 | believe.  But there were no -- there were no foam -- there was |
| 3:42PM | 20 | no successful foam stability test prior to pumping this job. |
| 3:42PM | 21 | **Q.**   So did BP start this job without a successful foam |
| 3:43PM | 22 | stability test? |
| 3:43PM | 23 | **A.**   Yes, sir. |
| 3:43PM | 24 | **Q.**   Should BP have started this job without a successful foam |
| 3:43PM | 25 | stability test? |

| | | |
|---|---|---|
| 3:43PM | 1 | **A.** In my opinion, no, sir. |
| 3:43PM | 2 | **Q.** Is it prudent to start a foam cement job without a |
| 3:43PM | 3 | successful foam stability test? |
| 3:43PM | 4 | **A.** It's not. |
| 3:43PM | 5 | **Q.** And as the operator, was it BP's decision to proceed with |
| 3:43PM | 6 | the cement job with incomplete lab testing? |
| 3:43PM | 7 | **A.** Yes, sir, it was. |
| 3:43PM | 8 | **MR. CERNICH:** If we could go to Exhibit 1396, please. |
| 3:43PM | 9 | **BY MR. CERNICH:** |
| 3:43PM | 10 | **Q.** Can you identify this document, Mr. Benge? |
| 3:43PM | 11 | **MR. CERNICH:** Actually, if we could go to the next |
| 3:43PM | 12 | page of this e-mail. |
| 3:43PM | 13 | **BY MR. CERNICH:** |
| 3:43PM | 14 | **Q.** Do you recall this document? |
| 3:43PM | 15 | **A.** Yes, sir, I do. |
| 3:43PM | 16 | **Q.** This is an e-mail from Mr. Morel to Mr. Hafle dated |
| 3:43PM | 17 | April 17th, 2010; is that right? |
| 3:43PM | 18 | **A.** Yes, sir, it is. |
| 3:43PM | 19 | **Q.** With the subject "lab tests"? |
| 3:43PM | 20 | **A.** Yes, sir. |
| 3:43PM | 21 | **Q.** And Mr. Morel writes to Mr. Hafle: "I'm about to send |
| 3:44PM | 22 | this to John and Greg but wanted to send it past you first to |
| 3:44PM | 23 | make sure I'm not being out of line. Jesse isn't cutting it |
| 3:44PM | 24 | anymore." |
| 3:44PM | 25 | Did I read that correctly? |