# Exhibit 45

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

01-56967
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG ) MDL NO. 2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO, on ) SECTION: J
APRIL 20, 2010 )
  ) JUDGE BARBIER
  )
  ) MAG. JUDGE SHUSHAN

# CONFIDENTIAL

**WorldwideVIEW™**
Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



## Daryl Kellingray

**VOLUME 1**

JUNE 20, 2011

**COPY**



Systems Technology for the Litigation World

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1  samples were taken -- actually that the samples taken
2  would -- from the rig and actually tested, be the
3  samples from the rig.
4      Q.  (By Mr. Cernich) And then I -- if -- I'd like
5  to look at No. 4, there.  It says, "Review strength
6  development indicated by laboratory testing against
7  timeline for subsequent operations (pressure testing,
8  barrier removal, drill out) and discuss any WOC" --
9  that's weight on cement; is that --
10     A.  That's weight --
11     Q.  -- correct?
12     A.  -- weight on cement, yes.
13     Q.  -- "identified with Cement Company to assess
14 possible mitigations."
15         So here you're saying that the -- the BP Well
16 Site Leader or Drilling Engineer needs to review
17 strength development, from the lab testing, and then
18 compare that to the timeline for subsequent operations.
19 So pressure testing, that would include a -- a casing
20 test or a positive pressure test?
21            MS. KARIS:  Object to form.
22     A.  What that's referring to is obviously, that
23 the information goes out to the rig or location, would
24 give pump times and compressor strengths are the key
25 two things that the people on location would be

**PURSUANT TO CONFIDENTIALITY ORDER**

1  concerned by.  One is to tell them can they safely pump
2  the cement slurry.  And the other is when they can
3  be -- safely go ahead with the next operation.  And the
4  compressor strength essentially is that criteria they
5  need to have the cement set before they can go ahead
6  with the next operation.
7     Q.   (By Mr. Cernich) So the peop -- so that's --
8  that -- that's good.  But the people at the well site,
9  you -- you -- you focused on the fact that they're --
10 that they are focused on strength development and pump
11 time, right?  So they're not concerned with any of the
12 other cement tests?
13    A.   They are the ones that actually impact what
14 they do; they're the two things that actually impact
15 the execution, which is their responsibility.
16         Other things they may be interested in,
17 depending on what level of cementing background
18 understanding they have, at this point, they're looking
19 at executing the design that comes from onshore --
20 or at -- or comes from the office.
21    Q.   It -- it's not their responsibility to achieve
22 zonal isolation?
23            MS. KARIS:  Object to form.
24            MR. GODWIN:  Object to form.
25    A.   I'm not quite sure I understand the -- the way

1   BP there is there to supervise that part of
2  it.  They would then verify certain aspects to ensure
3  that they believe the operation can be confirmed or
4  operated or executed safely.
5       Now, in terms of delivery to the wells design,
6  you'd want to confirm that the -- you're going to
7  comply with Policy, which is the ETP and the DWOP.  And
8  in terms of actually being able to execute the job
9  safely, the two key parameters, which the rig would be
10 concerned with would be fluid loss -- I'm sorry,
11 compressor strength and pump time.
12         MR. GODWIN:  Object to form.
13    Q.  (By Mr. Cernich) But the -- well, first,
14 the -- the cement job can't be pumped without the
15 authorization from the -- the Well Site Leader on the
16 rig; is that right?
17         MS. KARIS:  Object to form.
18    A.  It's certainly reviewed by them, and they --
19 certainly if they go ahead would their -- involve their
20 decision, yes.  I -- I guess I'm not --
21    Q.  (By Mr. Cernich) You --
22    A.   -- I'm sure, because I actually don't know how
23 achieve -- this was actually detailed and who
24 approved things on this rig at this time.
25    Q.  I'm not asking about this rig.  But you wrote

**PURSUANT TO CONFIDENTIALITY ORDER**

1  a general well site -- you -- you wrote a general
2  checklist of cementing responsibilities on a well site.
3  So you must have had some ideas as to what was required
4  of a Well Site Leader or a Drilling Engineer.
5     A.   And -- and what I expected them to do would be
6  to review the strength development to ensure they
7  actually had strength before they attempted the next
8  operation.
9     Q.   Would you expect -- and -- and I was -- I
10 understand that, we can come back to that.  But I guess
11 my question was:  You -- because you -- you keep
12 talking a lot about the -- about the cement contractor,
13 and I understand why you're talking a lot about the
14 cement contractor.
15          MS. KARIS:  Object to form.  Move to
16 strike the colloquy.
17    Q.   (By Mr. Cernich) But -- but -- but what I
18 asked you was whether a cement job on a BP rig can be
19 pumped without the authorization from BP, from the Well
20 Site Leader on the rig?
21    A.   Well, BP actually would be in -- deciding to
22 go forward with the operation, yes.
23    Q.   Okay.  Thank you.  And with regard to the --
24 to these other operations on the rig, the -- if we're
25 looking at No. 4, there, how -- pressure testing,

# WORLDWIDE

*Systems Technology for the Litigation World*

Litigation Group ◆ Court Reporting ◆ Video Production ◆ Videoconferencing

August 11, 2011

J. Robert Warren
HERMAN HERMAN KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA  70113

Re:   Deposition of **Daryl Kellingray, Vol. 1**
      06/20/2011
      In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

Dear Mr. Warren:

Enclosed herewith please find the original deposition transcript of the witness named above which has been signed and notarized. We would appreciate you filing it with your records. By copy of this letter, we are informing all interested counsel of the **amendments** made to the deposition transcript by the witness.

We sincerely appreciate your choosing Worldwide Court Reporters, Inc. and look forward to working with you in the future. If you have any questions regarding this matter, please feel free to contact our office.

Sincerely,

Mary Perez
Worldwide Court Reporters, Inc.

No. 1-36967

cc:   Sandi Anderson
      Wayne Boulton
      Don K. Haycraft
      Allan Kanner
      Richard W. Mithoff
      Linda Price
      Jesse Skinner
      Sara Valentine

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

# CONFIDENTIAL

## *WorldwideVIEW*™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# DARYL KELLINGRAY
### VOLUME 1

JUNE 20, 2011

# *ORIGINAL*



*Systems Technology for the Litigation World*

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

For U.S. & International Services
800 - 745 - 1101

```
 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL          )    MDL NO. 2179
     by the OIL RIG,            )
 4   DEEPWATER HORIZON IN       )    SECTION "J"
     the GULF OF MEXICO,        )
 5   April 20, 2010             )    JUDGE BARBIER
                                )
 6                              )    MAG. JUDGE
                                )    SHUSHAN
 7

 8

 9                    REPORTER'S CERTIFICATION
          TO THE ORAL AND VIDEOTAPED DEPOSITION OF
10                       DARYL KELLINGRAY
                          JUNE 20, 2011
11

12

13        I, Emanuel A. Fontana, Jr., Certified Shorthand
     Reporter in and for the State of Texas, hereby certify
14   to the following:

15        That the witness, DARYL KELLINGRAY, was duly sworn
     by the officer and that the transcript of the oral
16   deposition is a true record of the testimony given by
     the witness;
17
          That the deposition transcript was submitted on
18   ___June 29___, 2011, to the witness or to
     Attorney ___J. Robert Warren___, for the witness to
19   examine, sign, and return to Worldwide Court Reporters,
     Inc., by ___July 29___, 2011.
20
          That the amount of time used by each party at the
21   deposition is as follows:

22        Mr. Penton  - 5 Hours, 5 Minutes
          Mr. Cernich - 1 Hour, 59 Minutes
23        Mr. Kraus   - 7 Minutes

24

25
```

PURSUANT TO CONFIDENTIALITY ORDER

```
1        I further certify that I am neither counsel for,
    related to, nor employed by any of the parties in the
2   action in which this proceeding was taken, and
    further that I am not financially or otherwise
3   interested in the outcome of the action.

4        SUBSCRIBED AND SWORN to by me on this 20th day of
    June, 2011.
5

6

7        _____
         Emanuel A. Fontana, Jr., RPR
8        Texas CSR No. 1232
         Expiration Date: 12/31/12
9        Worldwide Court Reporters
         Firm Registration No. 223
10       3000 Weslayan, Suite 235
         Houston, Texas  77027
11       (713) 572-2000

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

PURSUANT TO CONFIDENTIALITY ORDER

I, DARYL KELLINGRAY, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted on the attached Amendment Sheet.

_____
DARYL KELLINGRAY

THE STATE OF Texas )
COUNTY OF Harris )

Before me, Ilene M Zimmermann, on this day personally appeared DARYL KELLINGRAY, known to me (or proved to me on the oath of _____ or through _____ ) to be the person whose name is subscribed to the foregoing instrument and executed the same for the purposes and consideration therein expressed.

GIVEN UNDER my hand and seal of office this 4th day of August, 2011.

_____
Notary Public in and for
The State of Texas

ILENE M. ZIMMERMANN
Notary Public, State of Texas
My Commission Expires
June 11, 2014

**CHANGES AND SIGNATURE**

**WITNESS NAME:** DARYL KELLINGRAY

**DATE OF DEPOSITION:** JUNE 20, 2011

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 46 | 17 | insulation > isolation | Correction |
| 53 | 5 | regional > original | Correction |
| 80 | 21 | GAAP > gap | Correction |
| 126 | 4 | capsulary > cap slurry | Correction |
| 126 | 5 | capsulary > cap slurry | Correction |
| 132 | 10 | Delete "deck – " | Mis-spoke |
| 142 | 19 | fluid drops > fluid loss drops | Mis-spoke |
| 142 | 23 | beasts > slurries | Clarification |
| 163 | 22 | delete "almost" | Mis-spoke |
| 171 | 2 | char > sure | Correction |
| 171 | 4 | industry > industry knowledge | Clarification |
| 185 | 21 | type > top | Correction |
| 190 | 21 | Pass Pow > Cast IV | Correction |
| 199 | 10 | Cast - V > Cast IV | Correction |
| 199 | 10 | Acoustic Impedence > Ultrasonic | Mis-spoke |
| 205 | 18 | delete "before" | Mis-spoke |
| 217 | 15 | lying > line | Correction |
| 217 | 17 | Insert "regional" before "contracts" | Clarification |

## CHANGES AND SIGNATURE

WITNESS NAME: DARYL KELLINGRAY

DATE OF DEPOSITION: JUNE 20, 2011

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 218 | 18 | Asia > Egypt | Correction |
| 218 | 20 | Greeves > Greaves | Correction |
| 224 | 4 | supplies > suppliers | Correction |
| 229 | 24 | recruit > recruited | Correction |
| 269 | 10 | Brian > Bryan | Correction |
| 282 | 4, 6, 7, & 9 | Foreman > Forman | Correction |
| 289 | 20 | delete "Low – or" | Mis-spoke |
| 298 | 6 & 7 | Lines should read "point where there are no further improvements from additional centralizers" | Mis-spoke |
| 299 | 17 | stars > styles | Correction |
| 308 | 17 | delete "no" | Mis-spoke |
| 309 | 19 | had > have | Correction |
| 309 | 19 | delete "flu" | Mis-spoke |
| 327 | 22 | deviate > deviated | Correction |
| 328 | 7 | Insert after "blended additives" after "dry" | Clarification |
| 330 | 13 | phased > phase | Correction |
| 332 | 17 | delete "that I've done" | Mis-spoke |
| 339 | 11 | Posing > proposing | Correction |
| 346 | 3 | Change "none were risks" to "None of the cement designs I reviewed were for wells with high flow risks" | Clarification |
| 351 | 17 | API RP4 > API RP 10B-4 | Correction |

**PURSUANT TO CONFIDENTIALITY ORDER**

| | | CHANGES AND SIGNATURE | | |
|---|---|---|---|---|
| 1 | | | | |
| 2 | WITNESS NAME: | DARYL KELLINGRAY | | |
| 3 | DATE OF DEPOSITION: | JUNE 20, 2011 | | |
| 4 | PAGE | LINE | CHANGE | REASON |
| 5 | 355 | 22 | delete "the cement" | Mis-spoke |
| 6 | 356 | 25 | change "pump the job of" to "bump" | Mis-spoke |
| 7 | 359 | 9, 10, & 12 | weight > wait | Correction |
| 8 | 359 | 24 | compressor > compressive | Correction |
| 9 | 360 | 4 | compressor > compressive | Correction |
| 10 | 362 | 3 | confirmed > completed | Mis-spoke |
| 11 | 362 | 11 | compressor > compressive | Correction |
| 12 | 368 | 9 | occurrence > clearance | Correction |

PURSUANT TO CONFIDENTIALITY ORDER