# Exhibit 46

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

Gulf of Mexico SPU



# GoM Drilling and Completions

# D&C Recommended Practice for Management of Change

6291

Exhibit No. _____
Worldwide Court
Reporters, Inc.

| Rev | Date | Document Status | Custodian/Owner | Authority |
|---|---|---|---|---|
| 0 | 31-Mar-09 | Approved – Issued for GoM Use | Terry Jordan | J. Sprague / D. Rich |

| Document Control Number | Organization ID | Sector ID | Discipline ID | Document Class | Sequence Number | Document Revision |
|---|---|---|---|---|---|---|
| | 2200 | T2 | PM | PR | 0001 | 0 |

This recommended practice supersedes any change control and management procedures in effect up to approval of this document. All teams will transition from existing MOC systems and should be in compliance by July 1, 2009 or earlier.

All projects will utilize the GoM's standard, web-based application/tool, BizFlow®. After July 1, 2009, any open/pending "paper" MOCs requiring review/approval will be added to the BizFlow® DCMOC workflow and then progressed, tracked and closed-out within this system.

This recommended practice will remain in effect until superseded in writing.

### 3.1 Applicable Teams

All D&C teams are included within the scope of this recommended practice: Leadership, Engineering, Operations, Performance (including Project Services and Rig Construction). Common interface teams include Subsurface, Facilities, Subsea, Marine, Procurement and Supply Chain Management, HSSE/Regulatory, Major Projects, and Production Operations.

### 3.2 Types of Change

Typical change types covered by this recommended practice are listed below.

1. Administrative – Any changes to approved Recommended Practices, GoM Site Technical Practices, or significant management processes. Also included are major changes in annual plans, changes in schedules that introduce significant risks and dispensations for the use of a non-approved contractor.
2. DWOP Dispensations – Any dispensations from BP's Drilling and Wells Operation Practice (DWOP). These are captured in a specific category within the BizFlow® DCMOC workflow so they can be analyzed periodically.
3. Organizational – Includes any change in the organization structure. This includes changes in:
   - BP personnel (leadership and technical authorities)
   - Well Site Leaders that are new to the GoM
   - Well Site Leaders that are changing rig types (dynamic positioned MODU, moored-semi rig, platform rig, jack-up rig) with no previous or recent (within five years) experience with that particular rig type
4. Technical – Any procedural or significant scope change to approved plans and well programs. The following are some examples:
   - Changes to approved Well Basis of Design/Statement of Requirements (BOD/SOR)
   - Deviation to Engineering Technical Practices or Site Technical Practices (ETP/STP) or other BP Practices, not covered in a DWOP dispensation
   - Changes to operational procedures that have completed a HAZID/HAZOP review
   - Changes to well program procedures that introduce new risks to achieving the well objectives and time/cost targets:

| Title of Document: | D&C Recommended Practice for Management of Change | Document Number: | 2200-T2-PM-PR-0001 |
|---|---|---|---|
| Authority: | J. Sprague / D. Rich | Revision: | 0 |
| Custodian/Owner: | Terry Jordan | Issue Date: | 3/31/2009 |
| Retention Code: | AAA0000 | Next Review Date (if applicable): | N/A |
| Security Classification: | BP Internal | Page: | Page 5 of 22 |
| Warning: Check DW Docs revision to ensure you are using the correct revision. | | | |

CONFIDENTIAL

BP-HZN-2179MDL00339803
BPD008-000158