# Exhibit 47

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  OIL SPILL BY THE OIL RIG   *   Docket 10-MD-2179
     DEEPWATER HORIZON IN THE           *
 5   GULF OF MEXICO ON APRIL 20, 2010   *   Section J
                                        *
 6   Applies to:                        *   New Orleans, Louisiana
                                        *
 7   Docket 10-CV-02771,                *   April 3, 2013
     IN RE:  THE COMPLAINT AND          *
 8   PETITION OF TRITON ASSET           *
     LEASING GmbH, et al                *
 9                                      *
     Docket 10-CV-4536,                 *
10   UNITED STATES OF AMERICA v.        *
     BP EXPLORATION & PRODUCTION,       *
11   INC., et al                        *
                                        *
12   * * * * * * * * * * * * * * * * * *
13
14               DAY 21, MORNING SESSION
                 TRANSCRIPT OF NONJURY TRIAL
15           BEFORE THE HONORABLE CARL J. BARBIER
                 UNITED STATES DISTRICT JUDGE
16
17   Appearances:
18
     For the Plaintiffs:        Domengeaux Wright Roy
19                                & Edwards, LLC
                                BY:  JAMES P. ROY, ESQ.
20                              556 Jefferson Street, Suite 500
                                Post Office Box 3668
21                              Lafayette, Louisiana 70502
22
     For the Plaintiffs:        Herman Herman & Katz, LLC
23                              BY:  STEPHEN J. HERMAN, ESQ.
                                820 O'Keefe Avenue
24                              New Orleans, Louisiana 70113
25
```

OFFICIAL TRANSCRIPT

| | | |
|---|---|---|
| 09:20 | 1 | (WHEREUPON, the videotaped deposition of **John** |
| 09:20 | 2 | **Gisclair** was played.) |
| 10:57 | 3 | **THE COURT:** This is Mr. Kurt Kronenberger; correct? |
| 10:57 | 4 | **MR. GODWIN:** Yes, Your Honor. |
| 10:57 | 5 | **THE COURT:** Okay. Go ahead. |
| 10:57 | 6 | **MR. GODWIN:** Thank you, Judge. |
| 09:20 | 7 | (WHEREUPON, the videotaped deposition of **Kurt Adam** |
| 09:20 | 8 | **Kronenberger** was played.) |
| 12:07 | 9 | **MR. GODWIN:** Don Godwin for Halliburton, |
| 11:02 | 10 | Judge Barbier. |
| 11:02 | 11 | That concludes our two video clips there. I |
| 11:02 | 12 | passed up the hard copy transcripts for you as well. We now |
| 11:03 | 13 | have Dr. Gene Beck we'll call live, Your Honor. |
| 11:03 | 14 | **THE COURT:** Thank you. |
| 11:03 | 15 | **MR. GODWIN:** And subject to Dr. Ravi, and some other |
| 11:03 | 16 | things that are subject to, Dr. Beck is expected to be our last |
| 11:03 | 17 | witness for Halliburton. |
| 11:03 | 18 | **THE COURT:** We'll go until about 11:45, and then |
| 11:03 | 19 | we'll recess for the morning at that time. |
| 11:03 | 20 | **MR. GODWIN:** Thank you, Your Honor. |
| 11:03 | 21 | (WHEREUPON, **FREDERICK E. BECK**, having been duly |
| 11:03 | 22 | sworn, testified as follows.) |
| 11:03 | 23 | **THE DEPUTY CLERK:** Please state your full name and |
| 11:03 | 24 | correct spelling for the record. |
| 11:03 | 25 | **THE WITNESS:** My name is Frederick E. Beck, |

| | | |
|---|---|---|
| 11:46 | 1 | surprised that somebody would try to run a completion string in |
| 11:46 | 2 | the ground with as little as 6 centralizers.  That's not a very |
| 11:46 | 3 | big number of centralizers, and I would have expected a lot |
| 11:46 | 4 | more centralizers to be planned for and used on the well. |
| 11:46 | 5 | **Q.**    Now, you understand that there were 21 centralizers -- at |
| 11:46 | 6 | least with respect to the planning, it was planned to have 21 |
| 11:46 | 7 | centralizers at one point; correct? |
| 11:46 | 8 | **A.**    At one point, I -- my recollection is that there was a |
| 11:46 | 9 | recommendation to run 21, and that an additional 15 |
| 11:46 | 10 | centralizers were procured to be run, but the decision was made |
| 11:46 | 11 | not to run them. |
| 11:46 | 12 | **Q.**    All right.  Now, regardless of BP's decisions for not |
| 11:46 | 13 | having done it, did that decision introduce risks, in your |
| 11:46 | 14 | opinion? |
| 11:46 | 15 | **A.**    I believe so.  I believe that any time a casing string is |
| 11:46 | 16 | not fully or properly centralized, you increase the risk of |
| 11:47 | 17 | having a poor cement job. |
| 11:47 | 18 | **Q.**    Have you seen, in your review of the documents, any |
| 11:47 | 19 | management of change analysis specific to how many centralizers |
| 11:47 | 20 | to run in the well? |
| 11:47 | 21 | **A.**    I do not recall a management of change on the |
| 11:47 | 22 | centralizers. |
| 11:47 | 23 | **Q.**    Now, have you seen any other documents in your review, BP |
| 11:47 | 24 | documents, identifying risks associated with not running 21 |
| 11:47 | 25 | centralizers? |

```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3

 4   ****************************************************************

 5      IN RE:  OIL SPILL BY THE OIL
        RIG DEEPWATER HORIZON IN THE
 6      GULF OF MEXICO ON APRIL 20,
        2010
 7

 8                                    CIVIL ACTION NO. 10-MD-2179 "J"
                                      NEW ORLEANS, LOUISIANA
 9                                    Wednesday, April 3, 2013

10

11      THIS DOCUMENT RELATES TO:

12      CASE NO. 2:10-CV-02771,
        IN RE:  THE COMPLAINT AND
13      PETITION OF TRITON ASSET
        LEASING GmbH, ET AL
14
        CASE NO. 2:10-CV-4536,
15      UNITED STATES OF AMERICA V.
        BP EXPLORATION & PRODUCTION,
16      INC., ET AL

17
     ****************************************************************
18

19

20                    **DAY 21 - AFTERNOON SESSION**

21            TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22          HEARD BEFORE THE HONORABLE CARL J. BARBIER

23                   UNITED STATES DISTRICT JUDGE

24

25
```

```
15:52:29  1   I say it increased the risk, you can increase the risk without
15:52:34  2   having a negative outcome from increasing the risk.
15:52:37  3   Q.  Sure.
15:52:38  4   A.  It just becomes more likelihood of something going wrong.
15:52:42  5   Q.  Right, it's a risk balancing issue, right?
15:52:45  6   A.  So when we talk about risk, when you're trying to manage your
15:52:48  7   risk on a drilling rig, there's nothing ever certain on a drilling
15:52:52  8   rig.  Even the most simple operations out there, we're always
15:52:57  9   managing risks, and you're trying to push it in your favor.  So
15:53:01 10   when you look at choosing the number of centralizers, the more
15:53:03 11   centralizers that you do run, the better chance you do have of
15:53:08 12   having a good cement job.
15:53:10 13   Q.  Maybe a better way to do this is, let's go through all ten of
15:53:16 14   these.  The first is not using the correct number of centralizers.
15:53:21 15   The second is not waiting for a foam stability test.  The third is
15:53:26 16   not running a cement bond log.  The fourth is using a spacer made
15:53:31 17   from lost circulation materials.  The fifth is displacing the riser
15:53:37 18   before setting the cement plug.  Displacing the well to over
15:53:43 19   3,000 feet below the mudline.  Not installing additional physical
15:53:46 20   barriers during temporary abandonment.  Next, not circulating
15:53:52 21   bottoms up prior to the cement job.  Next, using long-string casing
15:53:57 22   instead of a liner.  And next, performing simultaneous operations
15:54:02 23   during displacement.  You agree I have read all ten of these?
15:54:06 24   A.  You have read all ten of those, yes.
15:54:09 25   Q.  Do you agree together these ten things increased the risk of
```

```
15:54:18  1   loss of well control on the Macondo?
15:54:20  2   A.  I think the only one that I would reserve an opinion on is the
15:54:25  3   second one about not waiting for the foam stability test.  I don't
15:54:28  4   really remember issuing any kind of opinion on that particularly in
15:54:33  5   my report.
15:54:33  6   Q.  Fair enough.
15:54:35  7           MR. ROY:  Carl, can we remove the second one, not waiting
15:54:38  8   for foam stability test?
15:54:38  9   BY MR. ROY:
15:54:40 10   Q.  Other than that, the nine items listed on D-2445 after removing
15:54:48 11   the BOP one and removing the foam stability, do you agree and is it
15:54:55 12   a fair statement of your opinions that together these decisions
15:54:59 13   increased the risk of a blowout on the Macondo well?
15:55:03 14   A.  I believe that those items individually and as a whole did
15:55:10 15   increase the risk of a blowout, yes.
15:55:12 16   Q.  And when we talk about risk, materially increased the risk,
15:55:17 17   correct?
15:55:17 18   A.  It changed the likelihood of a blowout event happening on the
15:55:24 19   well.
15:55:25 20   Q.  To make it more likely?
15:55:27 21   A.  And made it more likely.
15:55:29 22   Q.  And that each of these decisions not only increased the risk of
15:55:33 23   a blowout making it more likely, but each of these decisions also
15:55:40 24   saved BP time or money in your professional opinion?
15:55:54 25   A.  I mean, in each event that -- in each event the decision that
```

OFFICIAL TRANSCRIPT

```
16:21:57   1    Q.   And this substantially underbalanced the well, didn't it, sir?
16:22:01   2    A.   Yes, sir.
16:22:03   3    Q.   They also decided, as part of this unorthodox procedure, to use
16:22:08   4    this lost circulation material as some sort of spacer during the
16:22:12   5    abandonment process, didn't they?
16:22:14   6    A.   Yes.
16:22:14   7    Q.   That's not a common practice, is it, sir?
16:22:16   8    A.   Not in my experience, no, sir.
16:22:18   9    Q.   And the stuff they used had been used to plug formation in --
16:22:22  10    well, gaps in the formation, hadn't they?
16:22:23  11    A.   Yes, it had.
16:22:25  12    Q.   And as far as you know, to your knowledge, they did not do any
16:22:29  13    analysis before deciding to do this, no risk assessment analysis
16:22:33  14    whatsoever to determine whether or not the use of this material
16:22:37  15    might plug either the drill pipe or the kill line, did they?
16:22:41  16    A.   I do not recall seeing any evidence that they made that risk
16:22:44  17    assessment.
16:22:45  18    Q.   Now, you offered a little bit of testimony on negative pressure
16:22:50  19    tests so let me ask you some questions about that.  Judge Barbier
16:22:54  20    has heard a lot about it, so I want to ask you some basic questions
16:22:58  21    and then ask you some more specific questions.
16:23:02  22         First, would you agree with me that BP is responsible for
16:23:07  23    describing the negative test procedures in whatever it submits to
16:23:12  24    the MMS?
16:23:12  25    A.   Yes.
```

OFFICIAL TRANSCRIPT