# Exhibit 48

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

| | |
|---|---|
| To: | Guide, John[John.Guide@bp.com] |
| From: | Sims, David C |
| Sent: | Sat 4/17/2010 3:14:11 PM |
| Importance: | Normal |
| Sensitivity: | None |
| Subject: | RE: Discussion - The way we work with engineering |
| Categories: | urn:content-classes:message |

John, I've got to go to dance practice in a few minutes. Let's talk this afternoon.

For now, and until this well is over, we have to try to remain positive and remember what you said below - everybody wants to do the right thing. The WSLs will take their cue from you. If you tell them to hang in there and we appreciate them working through this with us (12 hours a day for 14 days) - they will. It should be obvious to all that we could not plan ahead for the well conditions we're seeing, so we have to accept some level of last minute changes.

We've both in Brian's position before. The same goes for him. We need to remind him that this is a great learning opportunity, it will be over soon, and that the same issues - or worse - exist anywhere else.

I don't think anything has changed with respect to engineering and operations. Mark and Brian write the p rogram based on discussion/direction from you and our best engineering practices. If we had more time to plan this casing job, I think all this would have been worked out before it got to the rig. If you don't agree with something engineering related, and you and Gregg can't come to an agreement, Jon or me gets involved. If it's purely operational, it's your call.

I'll be back soon and we can talk,

We're dancing to the Village People!

---

**From:** Guide, John
**Sent:** Saturday, April 17, 2010 8:40 AM
**To:** Sims, David C
**Subject:** Discussion - The way we work with engineering

David, over the past four days there has been so many last minute changes to the operation that the WSL's have finally come to their wits end. The quote is "flying by the seat of our pants". More over, we have made a special boat or helicopter run everyday. Everybody wants to do the right thing, but, this huge level of paranoia from engineering leadership is driving chaos. This operation is not Thunderhorse. Brian has called me numerous times trying to make sense of all the insanity. Last night's emergency evolved around the 30 bbls of cement spacer behind the top plug and how it would affect any bond logging (I do not agree with putting the spacer above the plug to begin with). This morning Brian called me and asked my advice about exploring opportunities both inside and outside of the company.

What is my authority? With the separation of engineering and operations I do not know what I can and can't do. The operation is not going to succeed if we continue in this manner.

EXHIBIT # 1144
WIT:

BP-HZN-BLY00120105
BP-HZN-BLY00120105

**TREX-01144**

*John Guide*

*Rm: 02137A WL4*

*Office: 281-366-0531*

*Cell: 713-252-7918*

BP-HZN-BLY00120106
BP-HZN-BLY00120105