# Exhibit 49

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG MDL NO. 2179
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010

EVALUATION OF THE CEMENTING ON THE
9 7/8 x 7" PRODUCTION STRING ON THE MACONDO WELL

EXPERT REPORT OF
GLEN BENGE

ON BEHALF OF
THE UNITED STATES OF AMERICA

August 26, 2011

DATED: August 26, 2011

*[signature]*

Signature: Glen Benge

internal cementing expert and Halliburton. The BP engineers chose to accept additional risks when designing the cement job with the awareness that remedial cementing work could be done at a later date. Those additional risks included using a leftover cement blend not appropriate for foamed cementing, using a foamed cement in a synthetic oil-based mud (SOBM) environment, limiting cement volume and selecting a reduced number of centralizers.

BP's slurry design for the Macondo well was inappropriate and not suited for a foamed cement application. BP compromised the quality of the slurry design by utilizing a dry blend leftover from the Kodiak #2 well. The dry blend leftover from the Kodiak #2 well contained additives that were not suitable for foamed cement. This resulted in a suboptimal foamed cement design.

A conventional (unfoamed) slurry could have been used to cement the Macondo well, which would have eliminated the significant risks associated with the use of a foamed cement on the production string.

The laboratory testing performed by Halliburton was incomplete and did not adequately evaluate the slurry. Because the cement was not originally developed as a foamed cement system, BP should have required more testing to confirm the appropriateness of the slurry design for the well. Free water, settling and unset foamed stability testing should have been part of the testing program. BP started the cement job without these key laboratory test results and without a complete set of tests on the slurry actually pumped on the Macondo well – the slurry containing 0.09 gal/sk SCR-100 retarder.

BP also did not follow its internal guidelines for testing cement slurries for deepwater wells. BP's recommended practices specifically identify temperature as a major risk factor that can lead to cementing failures. Use of its internal guidance could have helped BP identify weaknesses inherent in the suboptimal cement design.

Laboratory testing of a slurry design is dependent upon using the correct temperature of the well. Failure to use a correct temperature can lead to a slurry that sets too quickly, or one that will be over retarded for well conditions and does not gain strength when needed. Halliburton performed lab testing of the Macondo well's base slurry's strength at 210° F, and that temperature was reached four hours after the tests were initiated. The testing for foamed compressive strength was performed at 180° F and showed no strength development for at least 24 hours.

It takes time for a well, especially a deepwater well, to recover to near bottom hole static temperature (BHST). Based on the available temperature data reviewed, the Macondo well took significantly longer than four hours to reach 210° F after completion of the production casing cement job. In the case of the Macondo well, the negative pressure test was performed less than 18 hours after the cement was in place. Based on all of the information I reviewed, it is my opinion that, at the time of the Macondo well negative pressure test, the cement was not set. If the cement was not set by the time of the negative test, it would not have been possible for the cement to provide isolation in the

> walls. Just need a hard core to push off. I know some people think I am crazy..."[7]

The above email communications point to a wells team that is knowledgeable in cementing, one that considers the merits of both cement additives as well as job designs, and one that would ask for guidance from their internal experts.

The communications also point to a team that is willing to dismiss the advice of both Halliburton and BP's internal cementing expert when that advice did not meet with what they, or in this case Mr. Guide, wanted to do. Brian Morel justified the decision to run less spacer recommended by both Halliburton and Cunningham by setting the goals of the job low.

The depth of BP's involvement in the cementing design is further exemplified in a series of emails from Brian Morel. In these emails, Mr. Morel is working with Halliburton and Erick Cunningham to select a lost circulation additive for the production cement job.[8]

In the email Mr. Morel stated:

> "I'm looking to find the most effective product for loss circulation during our production cement job."

This level of detail, in which BP engineers are selecting individual additives for use in the cement slurry, demonstrates the depth of BP's engineers' involvement in the cementing operation.

The BP engineers were personally involved in cement slurry design, additive selection and job design. These actions would be expected of an experienced team assigned to a deepwater well, a view that was shared by BP's internal cement expert, Erick Cunningham at his March 2011 deposition, where he stated:

> "In terms of looking at the way the job was being handled, it was, you know, it had a very bright young engineer, Brian Morel, working on the cement design. We had Mark Hafle, a senior deepwater drilling engineer working on the cement design, and we had a very experienced and a competent Halliburton engineer working on the cement design…. I had confidence in the capability of the well's team that was executing the cement design."[9]

4.   **Cement Job Design Decisions**

The BP engineers chose to accept risks when designing the cement job based on their awareness that remedial cementing work could be done at a later date. Those additional

---

[7] BP-HZN-2179MDL00244182
[8] BP-HZN-2179MDL00248960
[9] Deposition of Erick Cunningham, March 23, 2011, p. 141, lines 4–11.

9

Of the last four foam cement jobs performed by BP, the Macondo design was the only one to incorporate these additives.[12]

### 4.1.2  Use of Foamed Cement

**The use of foamed cement complicated the slurry design, and the risks associated with its application on the Macondo well went unrecognized by BP and Halliburton.**

Foamed cement slurries are commonly used to aid in preventing annular flow after cementing, altering the mechanical properties of a cement and for reducing the density of a cement slurry.  The technology has been in use for over 25 years, and was initially introduced on offshore rigs in approximately 1995.[13]  Since that time, foamed cement has been used for the prevention of shallow water flows on wells drilled in deepwater in the Gulf of Mexico, as well as globally on various offshore projects.[14]

Foamed cement is defined as a **stable** mixture of a cement slurry and an introduced gas, typically nitrogen.  The gas is held in place using surfactants and stabilizers that prevent the bubbles from coalescing prior to the cement setting.

A number of variables impact foamed cement stability.  Among them are slurry composition, gas concentration, surfactant efficiency, temperature, pressure, shear and contamination.  The stability of the foamed cement is essential to successful application of the system.

When evaluating a slurry for use in foamed cement, the base slurry density should be selected to give a final foam quality of between 15% and 35%.  This range is based on laboratory work performed by a number of authors, with extensive work being performed by Goodwin and Crook in 1990.[15]  This range of foam quality gives improved slurry performance while maintaining low permeability and good strength development.

When designing a foamed slurry, engineers should evaluate the base slurry, as well as the stability of the foamed cement at several foam qualities.  Such an evaluation provides assurance that the slurry design can withstand changes in nitrogen rates during the job. Testing at 15% and 35% foam quality assures slurry stability at the extremes of the design range.

Additionally, slurry design testing should evaluate both the unset and set foamed cement. API RP 10B-4[16] provides guidance for both of these test series and also lists signs of instability for the tests.

---

[12] BP-HZN-BLY00174218

[13] Oil & Gas Journal, "Foamed cement job successful in deep HTHP offshore well," March 11, 1995.

[14] Benge, Glen and Poole, David: "Use of Foamed Cement in Deep Water Angola," SPE/IADC 91662, 2004.

[15] Goodwin, K. J. and Crook, R. J., "Cement Sheath Stress Failure," Paper SPE 20453, 1991.

[16] ANSI/API Recommended Practice 10B-4, First Edition, July 2004.

Use of the Kodiak #2 dry blend on the Macondo well is an example of a cement blend being converted to a foamed cement slurry rather than a slurry being designed and developed for use as a foamed cement system. A properly designed foamed cement system should be robust and account for variations in material concentrations, gas content and wellbore conditions.

Testing a leftover blend for use as a foamed cement slurry limits the laboratory and engineering designs to only the materials present in the cement blend, regardless of their efficacy to the slurry. Designing a slurry specifically as a foamed cement system gives the laboratory and engineering personnel the flexibility to develop an optimized foamed cement system.

Obtaining the lowest risk design involves mitigating known variables to the extent possible. For example, uncertainties in hole size are mitigated by running caliper logs, because more data is available to evaluate and mitigate the risk. Additionally, obtaining more laboratory data and complete testing results can mitigate the risk of using a dry blend that was not specifically designed as a foamed cement system.

BP had no previous experience using the Kodiak #2 dry blend in a foamed cement application on the Macondo well. Small changes in additive concentrations or the "ingredients" of the slurry requested by BP before the cement job began may have impacted several slurry properties. Because a full suite of tests was not performed by Halliburton on the Macondo slurry, those impacts remain unknown.

**4.2    Additional Design Decisions**

Regardless of the slurry design, the foamed cement job performed on the Macondo well contained a number of risks that jeopardized the cement job's potential for success including, but not limited to, using foamed cement in a SOBM environment, reducing the number of centralizers used on the production casing and pumping a low volume of cement.

4.2.1    Use of Foamed Cement in a SOBM Environment

The use of foamed cement in the Macondo well which contained SOBM and a base oil pre-flush added risks for destabilizing the foamed cement. Foams are formed by the addition of surface active agents known as surfactants along with gas to a fluid. Adding a hydrocarbon to a water-based foam will break or destabilize the foam.

The surfactants used for foamed cement are specialized surface active agents designed to work in a cement environment. While the surfactants are very effective at forming a stable foam, they will also interact strongly with hydrocarbons. Contaminating a foamed cement with hydrocarbons from either the SOBM or the base oil will tend to destabilize the foam, allowing the nitrogen to break out of the system.

13

The BP engineers were specifically warned by BP's internal cementing expert and Halliburton of the destabilizing effects of SOBM on foamed cement yet approved the use of foamed cement on the Macondo well.

This problem was recognized and communicated by Erick Cunningham to Brian Morel in a March 8, 2010 email in which Cunningham stated:

> "Foaming cement after swapping to SOBM presents some significant stability challenges for foam, as the base oil in the mud destabilizes most foaming surfactants and will result in N2 breakout if contamination occurs."[22]

To separate SOBM or oil contamination, a water-based spacer was used on the Macondo well. Halliburton ran tests to confirm the spacer's compatibility with SOBM and its ability to water wet the formation and pipe.[23] This testing demonstrated the spacer being run was chemically compatible with the SOBM. Halliburton laboratory testing did not evaluate the ability of the spacer to displace mud in the well; it only evaluated whether the fluids were compatible.

BP engineers were informed by Halliburton of the potential destabilizing effects of SOBM on foamed cement. In deciding whether to run spacer behind the top plug, Halliburton engineer Jesse Gagliano wrote in an email to BP personnel Hafle, Cocales and Walz on April 16, 2010:

> "Spacer behind cement -When we pump a foam job in a SOBM environment we usually pump a small volume of spacer behind the cement to prevent contact between the cement and SOBM. SOBM destabilizes the foamed system which could cause nitrogen breakout. There is a plug between the cement and mud but in the case that we might pump around the plug we put spacer as a buffer."[24]

Brian Morel of BP responded to Gagliano with the following comment:

> "Aren't we pumping non foamed cement behind the foamed job (7 bbls)? Brett is talking with Carl about effect on tools. We will give you an answer once he determines the effect."[25]

Gagliano responded to Morel stating:

> "We are pumping 7 bbls of un-foamed cement behind the job for the shoe track. The spacer is there as a precaution in case there is a problem or failure with the top plug and we pump around it. Depending on how much

---

[22] BP-HZN-2179MDL00282745
[23] HAL_0009699
[24] HAL_0010815
[25] HAL_0010815

14

volume gets around the top plug the mud could still get to the foamed cement with intermixing of the fluid to that depth even with 7 bbls of un-foamed cement."[26]

Halliburton's Post Job Report notes 17 bbls of 14.3 lb/gal Tuned Spacer was pumped behind the top plug.[27] Even with a spacer that is completely compatible with the drilling fluid, the risk for contamination of the foamed cement with the SOBM would be eliminated only with 100% mud removal and no bypass of any fluids past the top plug.

Failure to properly centralize the casing in the Macondo well increased the potential for contamination of the foamed cement. Channeling in the eccentered annulus will increase the amount of cement exposed to the SOBM. **BP was aware of the potential destabilizing effects SOBM contamination could have on foamed cement.**[28]

BP was informed by Gagliano in an April 15, 2010 email that he had updated the OptiCem program which indicated cement channeling:

> "Attached is the updated OptiCem report & lab test. The items I updated in OptiCem are below; everything else is the same from the one we ran together yesterday.
>
> Imported caliper data
> Imported directional data
> Entered in centralizer info
> Updated Cement RPM data from lab test
>
> Updating the above info now shows the cement channeling and the ECD going up as a result of the channeling. I'm going to run a few scenarios to see if adding more centralizers will help us or not."[29]

In addition to using foamed cement in a SOBM environment, BP pumped base oil ahead of the spacer at the beginning of the cement job. Base oil ahead of spacer is not recommended in weighted mud systems like those found on the Macondo well.

The use of the base oil ahead of the spacer added yet another risk of contamination to the job design for the Macondo well. BP incorporated base oil into the job design in an effort to reduce ECDs.[30] Contamination by the base oil is more destabilizing than the SOBM

---

[26] BP-HZN-2179MDL00250637
[27] BP-HZN-MBI00170990
[28] BP-HZN-2179MDL00282745; HAL_0010815
[29] BP-HZN-2179MDL00249820
[30] BP-HZN-2179MDL00252452

itself. This is because base oil is 100% oil, and not an emulsion of oil, water and additives used to make the SOBM.[31]

### 4.2.2 Lack of Centralization of the Production Casing

Even with a perfectly designed and pumped cement slurry, if the cement slurry is not properly placed in the well, it cannot function as designed. **On the Macondo well production casing cement job, BP did not adequately centralize the production casing string to allow proper placement of the cement.**

Several key observations in this evaluation relate to centralization of the casing on the Macondo well:

- Better centralization would have resulted in improved displacement, a more controlled and reduced top of cement, lower ECDs during the cementing job and reduced gas flow potential calculations for all zones.

- BP was in charge of the procurement, placement and running of the centralizers on the Macondo well.[32]

The centralization issues on the Macondo well highlight the key involvement and control practiced by BP on the well. While advised otherwise by Halliburton, the BP engineers chose to take on the additional risk of a poor cement job by not adequately centralizing the casing.

Centralizers are designed to move the casing away from the formation wall and center the pipe in the borehole. Several types of centralizers are available including bow spring, rigid and solid centralizers. To keep the centralizer at the desired location, stop collars are used either as separate pieces of equipment or as an integral part of the centralizer itself. The six centralizers purchased by BP for the Macondo well were bow spring

---

[31] Base oil also reduced the hydrostatic pressure in the well. The use of base oil was questioned in a March 8, 2010 email between BP engineers Mark Hafle and Brett Cocales.

In the email Hafle commented:

> "Not sure I like base oil use for this job. Any thoughts?
> Perhaps we can get Trent to take a look today too, since Brian and I are out of the office."

Brett Cocales responded to Hafle by stating:

> "I don't have a major issue with this as long as the dynamic pressures are well above the res pore pressure, it doesn't present a well control problem and helps lift the cement more. There should be no reason we cannot maintain circ at 5 bpm during this job with all the horsepower we have on location. We will just need to work thru a couple of contingency options if we lose a pump." BP-HZN-2179MDL00282833.

It is noted that on the actual job, the pump rate did not exceed 4 bpm.

[32] BP-HZN-CEC022433, BP-HZN-BLY00124205

16

The figure below illustrates the effects of eccentered casing on cement placement.



TrialGraphix[36]

Figure 4-5.  Effects of eccentered casing on cement placement.

The simulation work performed by Cementing Solutions, Inc. (CSI) in support of BP's internal investigation of the Macondo blowout demonstrates that more centralizers improved displacement, lowered ECDs, decreased the gas flow potential and lowered the predicted top of cement.[37]  The decisions by BP's engineers to proceed with the cement job without adequate centralization added more risk to the job than simply requiring a remedial cement job at a later date.  The lack of adequate centralization increased channeling, increased the risk of contamination of the slurries, and increased the risk of a barrier failure in the well.

4.2.3   Low Cement Volume

**The BP engineers mandated an exceptionally low volume of cement for the Macondo production string cement job.  This design required an unrealistic level of displacement efficiency (100% displacement efficiency) leaving no room for error.**  The volume of cement on the production casing was very low compared to previous foamed cement jobs performed by BP.  This further complicated the cementing job on the Macondo production string.  The BP engineers recognized the small cement volume provided little or no margin of error.[38]

---

[36] Chief Counsel's Report, p. 69.
[37] BP-HZN-BLY00048343, BP-HZN-BLY00048345, BP-HZN-BLY00048347, BP-HZN-BLY00048348 and BP-HZN-BLY00048349
[38] BP-HZN-2179MDL00081650

The following table is a comparison of the cement volumes on the Macondo job[39] to those pumped on three previous BP wells. All volumes are in barrels.

| Well Name | Macondo | Isabela | Nakika | King South |
|---|---|---|---|---|
| Vol. Base Oil | 7 | 0 | 100 | 0 |
| Vol. of Spacer | 72 | 100 | 67 | 105 |
| Vol. Lead Cement | 8 | 10 | 14.3 | 10 |
| Vol. of Foam | 48 | 208.1 | 99.7 | 76 |
| Vol. of Tail Cement | 7 | 26 | 21.3 | 13.8 |
| Total Cement | 60 | 244.1 | 135.3 | 99.8 |

Table 4-1. Comparison of cement volumes pumped on BP wells.

The volume of cement was limited by BP's engineers in an attempt to prevent a trapped annulus by sealing the space between the production string and the previously run casing. This necessitated reducing the total amount of slurry to a very low volume.

Additionally, there was a very low volume of unfoamed tail cement (7 bbls) pumped on the Macondo production casing. This low volume of unfoamed tail cement was only sufficient to fill the casing from the float collar to the reamer shoe, and left no tail cement in the annulus.

### 5.    Job Execution / Cement Placement

### 5.1    Start of the Cement Job

**BP started the cement job without key laboratory test results for the retarder concentration used on the Macondo well.** BP did not have a complete set of laboratory tests for the cement system that was pumped in the well that contained 0.09 gal/sk of SCR-100 retarder. Free water, settling and fluid loss tests were not available for any slurry tested, and the 0.09 gal/sk system also lacked rheology test data. Halliburton did not run complete laboratory testing on the slurry and BP did not follow up with Halliburton to ensure that this testing was performed.

BP had thickening time and strength development test results for both of the base slurries (0.08 and 0.09 gal/sk retarders). Cement jobs that are robustly designed for foamed cementing could proceed with only these two tests. However, because the Macondo well's dry blend was not originally designed for use as a foamed cement and contained additives that are not recommended for use in a foamed system, it was not appropriate for BP to initiate the cement job without complete test results.

---
[39] BP-HZN-BLY00174219

20

The decision to pump the slurry with 0.09 gal/sk retarder was confirmed by Brian Morel in an email response to Jesse Gagliano at 11:51 p.m. on April 18, 2010.[40]

Earlier that evening, Mr. Gagliano sent an email to Brian Morel at 6:50 p.m. asking:

> "Has a decision been made yet if you are going with the 8 gals or 9 gals of retarder?"

BP acknowledged the added risk brought on by the use of a higher retarder concentration in the slurry. This increase in retarder concentration was made as part of an effort by BP to support using a lower pump rate. The concentration of retarder for the slurry had been discussed between Brian Morel and John Guide the day before with Morel acknowledging the risk:

> "I would prefer the extra pump time with the added risk of having issues with the nitrogen. What are your thoughts? There isn't a compressive strength development yet, so it's hard to ensure we will get what we need until it's done."[41]

BP's last minute decision to increase the retarder content in the slurry, use a dry blend not specifically designed as a foamed cement system and reliance on limited laboratory testing of the slurry added risks to the cementing operation.

### 5.2  Pre-job Circulation

**BP limited the pre-job circulation to much less than the planned volume prescribed in the April 15, 2010 BP drilling program.[42] Pre-job circulation removes cuttings and debris from the well, breaks up mud gel strengths, lowers mud viscosity, lowers ECD and prepares the wellbore for cementing.** The purpose of pre-job circulation is to prepare the wellbore for cementing. The pre-job circulation serves to cool the well, remove any remaining drilling cuttings or debris from the annulus, break up any gelled mud, lower the mud viscosity, and indicates whether there are any entrained gas or other materials in the mud that may have entered the well while running casing.

Removing cuttings and debris from the well and breaking up gel strengths are important to reducing the ECDs on the well and preparing the well for cementing. Areas containing cuttings or gelled mud do not allow cement to be placed. Thinner fluids are more easily displaced from a well and lowering the mud viscosity through conditioning prior to the job can improve mud displacement.

Best practices call for circulating at least "bottoms up" prior to starting a cement job, which means the drilling mud at the very bottom of the well will be circulated to the top of the well. The mud that rests at the bottom of the well remains in a static condition in

---

[40] BP-HZN-2179MDL00250778
[41] BP-HZN-2179MDL00315248
[42] BP-HZN-2179MDL00249965

21

the well longer than any other fluid in the wellbore. This mud has also been subjected to the highest temperatures in the well for the longest period of time and is the mud across from the producing formations that is to be replaced by the cement.

The pre-job circulation volume on the Macondo well was very small and did not approach bottoms up. While there was concern over lost circulation on the well, no lost circulation was reported during the limited pre-job circulation, and it is not known why the pre-job circulation volume was reduced by BP.

### 5.3    Late Change on Centralizers

**BP installed only six integral centralizers and did not use the additional 15 slip on centralizers and stop collars that it ordered and were present on the *Deepwater Horizon* when BP ran the production casing. This assured the casing was not adequately centralized to allow proper placement of the cement.** BP recognized the challenge of centralizing the casing in the enlarged hole and chose to use the available six centralizers.

In an April 16, 2010 email exchange between Brett Cocales and Brian Morel regarding centralizer use, Cocales stated:

> "Even if the hole is perfectly straight, a straight piece of pipe even in tension will not seek the perfect center of the hole unless it has something to centralize it.
>
> But, who cares, it's done, end of story, will probably be fine and we'll get a good cement job. I would rather have to squeeze than get stuck above the WH. So Guide is right on the risk/reward equation."[43]

The conversation shifted to a discussion about the placement/location of centralizers with Morel responding:

> "See diagram below for centralizer placement. Tried to keep them in hole under 10.75" which is the max OD for bow spring subs (blue line.)"

Cocales provided Morel with the following comments:

> "If we think the hole is relatively straight, what if you placed them every 3 joints from the shoe which almost gets you to top of cement and should maintain the pipe standoff between centralizers. With the exception if the hole is too washed out or move it up or down a joint.
> Just my thoughts on the physics of it."

---

[43] BP-HZN-MBI00128383

22

Furthermore, BP's last minute selections of the cement's additive concentrations altered the cement slurry's properties. This is clearly evident in the thickening time and strength test results reported for the slurries containing 0.08 and 0.09 gal/sk of the SCR-100 retarder. Had this slurry design been used previously by BP and Halliburton, familiarity with the system may have reduced the risk of pumping a slurry with less than complete lab test data.

Halliburton's laboratory reporting is inconsistent and confusing. Without direct input from a Halliburton engineer, it is not possible for the reader of the report to determine the date on which the report was generated, whether it represents a complete set of data or the actual composition of the slurries tested.

The Halliburton lab reports for the Macondo well contain data for slurries tested with two different retarder concentrations, 0.08 and 0.09 gal/sk SCR-100.[56] It is not readily apparent from the test results that some of the results are for a slurry with the lower retarder concentration.[57] A review of the available "final" lab reports shows at least five reports, each containing varying lab test results. On each of these Halliburton reports, there is no indication other than a laboratory generated request ID number that the data corresponds to a slurry containing 0.08 gal/sk SCR-100 retarder or 0.09 gal/sk SCR-100 retarder.

**Thickening Time Testing**

The thickening time, or pump time, of a cement slurry is a determination of the amount of time the slurry will remain pumpable at well temperatures and pressures.[58] (The thickening time of the Macondo slurry with 0.08 gal/sk of retarder was reported as 5:30 and the 0.09 gal/sk retarder was 7:37.)

These thickening times were reported in an April 17, 2010 email to BP by Jesse Gagliano. Gagliano noted the job time was 4:08 and stated he would feel comfortable with the 5:30 results.[59] Gagliano also reported the Ultrasonic Cement Analyzer (UCA) and foamed crush strengths were available for the 8 gallon slurry system but not for the 9 gallon slurry system.

Brian Morel forwarded this note to John Guide with the statement:

> "I would prefer the extra pump time with the added risk of having issues with the nitrogen. What are your thoughts? There isn't a compressive strength development yet, so it's hard to ensure we will get what we need until its done."

---

[56] *See* HAL_0028709 - 0028712, HAL_0044651 - 0044652, BP-HZN-2179MDL00250688 - 00250689, HAL_0010641 - 0010642 and HAL_0010868 - 0010870. In this case 0.08 gal/sk = 8 gal/100 sk and 0.09 gal/sk = 9 gal/100 sk. Retarder concentration may be referred to as either gal/sk or gal/100 sk.
[57] Deposition of Thomas Roth, July 26, 2011, p. 488, lines 5-12.
[58] The "viscosity" of the slurry is measured in Bearden units of consistency ($B_c$), and values above 70 $B_c$ are considered unpumpable.
[59] BP-HZN-2179MDL00315248

On the production cementing job, BP's wells team knew the shortcomings of their cement job could be repaired through remedial cement work. This is evidenced in an April 16, 2010 email from Brett Cocales to Brian Morel regarding centralizer use:

> "Even if the hole is perfectly straight, a straight piece of pipe even in tension will not seek the perfect center of the hole unless it has something to centralize it.
>
> But, who cares, it's done, end of story, will probably be fine and we'll get a good cement job. I would rather have to squeeze than get stuck above the WH. So Guide is right on the risk/reward equation."[78]

This note demonstrates the BP personnel were aware of the poor centralization on the well and had weighed the potential risks of becoming stuck above the wellhead by running additional centralizers. The BP engineers appeared to believe that sacrificing centralization was a lower risk option because the well could later be squeezed to make up for the deficiency in design.

BP's evaluation criteria were not suitable to evaluate the integrity of the cement. As discussed in section 5.6 of this report, the lift pressure observed on the cement job was not sufficient to adequately estimate the top of cement.

### 8.    Post Cement Job Well Operations - Wait on Cement (WOC) Time

When BP performed the positive pressure test 12 hours after the cement was in place on the Macondo well, the OT&C data[79] indicates the cement was not set, with the Halliburton data showing the foamed samples also were not set. When BP performed the negative test on the Macondo well less than 18 hours after the cement was in place, the Halliburton lab data showed the foamed cement was not set.

After the cement is placed in a well, it must be allowed to set. This is commonly referred to as wait on cement, or WOC, time. The WOC time is determined by evaluating the strength development data from the lab reports. Industry practice calls for waiting until the cement has 500 psi strength before continuing well operations.

When cement is relied upon as a barrier for well control, the same requirements placed on any other piece of well control equipment should also be placed on the cement. A barrier must be tested to be relied upon in the well. In the deposition of Thomas Roth of Halliburton, he stated:

> "[O]nce cement is placed in a well, before it can be depended upon to be an effective barrier as part of a well control program, it must be confirmed."[80]

---

[78] BP-HZN-MBI00128383
[79] Oilfield Testing and Consulting report, August 1, 2011, p. 30.
[80] Deposition of Thomas Roth, July 26, 2011, p. 505, lines 10-14.

37