# Exhibit 50

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

```
 1                    UNITED STATES DISTRICT COURT
 2                    EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  OIL SPILL BY THE OIL RIG  *   Docket 10-MD-2179
     DEEPWATER HORIZON IN THE          *
 5   GULF OF MEXICO ON APRIL 20, 2010  *   Section J
                                       *
 6   Applies to:                       *   New Orleans, Louisiana
                                       *
 7   Docket 10-CV-02771,               *   April 17, 2013
     IN RE:  THE COMPLAINT AND         *
 8   PETITION OF TRITON ASSET          *
     LEASING GmbH, et al               *
 9                                     *
     Docket 10-CV-4536,                *
10   UNITED STATES OF AMERICA v.       *
     BP EXPLORATION & PRODUCTION,      *
11   INC., et al                       *
                                       *
12   * * * * * * * * * * * * * * * * * *
13
14                     DAY 29, MORNING SESSION
                       TRANSCRIPT OF NONJURY TRIAL
15              BEFORE THE HONORABLE CARL J. BARBIER
                    UNITED STATES DISTRICT JUDGE
16
17   Appearances:
18
     For the Plaintiffs:          Domengeaux Wright Roy
19                                  & Edwards, LLC
                                  BY:  JAMES P. ROY, ESQ.
20                                556 Jefferson Street, Suite 500
                                  Post Office Box 3668
21                                Lafayette, Louisiana 70502
22
     For the Plaintiffs:          Herman Herman & Katz, LLC
23                                BY:  STEPHEN J. HERMAN, ESQ.
                                  820 O'Keefe Avenue
24                                New Orleans, Louisiana 70113
25
```

8:25AM 1   Q.   Tell us why not.
8:25AM 2   A.   So if you -- let's take it in two pieces.  Obviously, from
8:25AM 3   a process safety standpoint, the whole process of planning a
8:25AM 4   well that you're going to drill and complete and execute is all
8:25AM 5   about process safety.  The major accident risk associated with
8:25AM 6   drilling a well is a blowout.
8:25AM 7          So everything that we do when we -- from the time
8:25AM 8   that we get a request to drill a well, during the planning
8:25AM 9   phase is to actually identify what are the risks associated
8:25AM 10  with drilling the well, making sure that we have the most
8:26AM 11  accurate pore pressure frac gradient profiles, casing points
8:26AM 12  selected appropriately, casing design done appropriately.  All
8:26AM 13  those things are done in the planning phase.
8:26AM 14         And then when we get into the execute phase, it's
8:26AM 15  24/7 to monitor the well.  We look at did we -- are pore
8:26AM 16  pressure frac gradients being looked at on a real-time basis.
8:26AM 17  If they're off on a pore pressure frac gradient, we need to
8:26AM 18  look at how that impacts the casing points, the casing design.
8:26AM 19  And that's what the engineers do on a daily basis while we're
8:26AM 20  executing the well.
8:26AM 21         And we have also all the mitigations from a well
8:26AM 22  control standpoint.  And those are all the things that you do
8:26AM 23  to manage and mitigate the process safety risk of drilling a
8:26AM 24  well, which is a blowout.  On a personal safety standpoint, we
8:26AM 25  certainly looked at our recordable incidents, high-potential