# Exhibit 51

To United States' Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

## Risk Mitigation Plan

| Description of Risk | Risk Identification Number(s): | TH-HSE-8, HL-16, AT-HSE-99 | Operations Impact |
|---|---|---|---|
| Risk that uncontrolled flow during drilling, completion or well intervention activities have the potential for a loss of well control (LoWC), release of hydrocarbons and potential environmental damage (ENV-A4) and could, if ignited, lead to fire and explosion (SAF D2). This Plan applies to BP-owned rigs in the GoM (Thunder Horse, Holstein, and Mad Dog) along with all contracted MODUs operating in the SPU fleet. Asset Hazard ID numbers shown above. | | | Check boxes that apply |

**Changes**
- ☐ First Submission
- ☒ No action plan or schedule change
- ☐ Mitigation action plan changed from previous submission
- ☐ Mitigation plan schedule changed from previous submission
- ☐ Mitigation action plan and schedule changed from previous submission

**Risk Mitigation** (Where multiple risk mitigations exist for the same risk, use multiple sheets and provide a unique risk mitigation number on each sheet)

Risk Mitigation No: _____   Core Action Tracker No: _____

**Description**
This risk mitigation plan will focus on additional key tasks and schedule (beyond those currently in GoM Operating Procedures, Well Control Manual, and DWOP) for evaluating competencies (People), maintaining well control equipment (Plant), and following established procedures (Processes) used to control the LoWC risk. These tasks include:
1 – Maintain Well Control (WC) training and certification for all line D&C personnel (BP & Contractor). Revalidate with staff movement into GoM.
2 – Follow the Segment's forward plan to implement the 10 Year Plan for GoM D&C
3 – Revalidate asset-specific Probability and Consequences for LoWC risk, beginning with Thunder Horse
4 – Review and assure the effectiveness of the barriers and controls identified in the bow-ties for the LoWC risk
5 – Train personnel on the new GoM Well Control Response Guide (WCRG)

| No. Action | 2009 Q1 | Q2 | Q3 | Q4 | 2010 Q1 | Q2 | Q3 | Q4 | SPA |
|---|---|---|---|---|---|---|---|---|---|
| **Competencies:** | | | | | | | | | |
| 1 – Maintain WC training and certification for line D&C personnel | | | | | | | | | D&C Wells Team Leads |
| 2 – Verify Drlg Contractor WC training and certification for line personnel | | | | | | | | | D&C Wells Team Leads |
| 3 – Implement 10 Year Plan as led by the Segment | | | | | | | | | D&C Wells Team Leads |
| **Blow-Out Risk Potential and Consequences** | | | | | | | | | |
| 4 – Revalidate Asset Probability and Consequence | | | | | | | | | D&C EAs |
| **Health Check (robustness) of Barriers:** | | | | | | | | | |
| 5 – Evaluate effectiveness of Barriers with each rig team | | | | | | | | | D&C EAs |
| **Contingency Planning** | | | | | | | | | |
| 6 – Train GoM D&C personnel on the new GoM WCRG | | | | | | | | | D&C EA |

Key: Planned ▓   Complete ▓   Behind Schedule ▓

**Notes:**
* SPU submitted a temporary deviation for IMS Element 2 (Competence) until YE 2009. Training and assessments are in a phased Segment-wide plan beginning with WSLs (pilot now completed). Sr. Drilling, Sr. Completion, and Sr. Intervention Engineers will follow in 2010.

**Approvals**

Approving mitigation plans for identified risk exposures and continued operation of the facilities following due consideration of the identified risks.

Kevin Lacy, VP D&C
10/14/09
Date

Jonathan Sprague, EA Drilling
10/14/09
Date

Dan Replogle, VP Thunder Horse
10/21/09
Date

Richard Morrison, VP Production
11/01/09
Date

Plan 2

4171
Exhibit No. _____
Worldwide Court Reporters, Inc.

CONFIDENTIAL

BP-HZN-2179MDL02132297