# Exhibit 58

To United States' Opposition to BPXP's Motion in Limine to Exclude (1)
Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents

**From**: Don K. Haycraft [mailto:DKHaycraft@liskow.com]
**Sent**: Sunday, April 07, 2013 09:04 PM
**To**: A Langan <alangan@kirkland.com>; Sally Shushan <Sally_Shushan@laed.uscourts.gov>; Ben Allums <Ben_Allums@laed.uscourts.gov>; Mike_OKeefe@laed.uscourts.gov <Mike_OKeefe@laed.uscourts.gov>
**Cc**: JIm R <jimr@wrightroy.com>; Steve Herman <SHERMAN@hhklawfirm.com>; robert cunningham <RTC@cunninghambounds.com>; Paul M. Sterbcow <sterbcow@lksalaw.com>; C Maze <CMaze@ago.state.al.us>; Doug Kraus <D.kraus@kanner-law.com>; Allan Kanner <a.kanner@kanner-law.com>; Underhill, Mike (CIV); O'Rourke, Steve (ENRD); dsc2179 distribution list <dsc2179@liskow.com>; Liaison 2179 Email Distribution <DefenseLiaison2179@liskow.com>
**Subject**: RE: MDL 2179 TRIAL -- BP witnesses (Update)

Dear Judge Shushan, Ben, and Counsel:
Here is a further update on BP's case, which is to begin tomorrow.  Should we not get through all of these witnesses by the end of the day on Thursday, we may make adjustments in the order for the following week:
Bourgoyne, Ted
Emilsen, Morten
Robinson, Steve
Shaw, Neil
Lambert, Lee
Azar, JJ
Lirette, Brent
Lewis, David
Zatarain, Arthur

Due to Mr. Guide's counsel's schedule conflicts, we have adjusted the order for this coming week.

As we notified the parties last week, BP may also play excerpts of the videotaped depositions of Kevin Lacy, Greg Garrison, Craig Gardner, Vincent Tabler, and Daun Winslow.  Transcript excerpts of these clips have already been sent out.

In addition, we have made decisions not to call the following eight witnesses, in addition to the five we disclosed on March 28:

1.   Grace, William
2.   Cowie, James
3.   Burch, Morris
4.   Crook, Ronald
5.   Lee, Richard
6.   Corser, Kent
7.   Colson, Leif
8.   Walz, Greg

9.   Batte, J.R.
10.  Dias, Paul
11.  Lindner, Leo
12.  Quoyeser, Joseph
13.  Schoennagel, Chuck

We may seek to play some limited video designations of certain of these dropped witnesses.

At this time, no further decisions have been made about other BP witnesses, but when we have made decisions re same, we will communicate them promptly to counsel.   And naturally we will continue to comply with PTO 54 requirements about witness disclosures.

Don

**Don K. Haycraft**

(504) 556-4128 Direct
(504) 556-4108 Fax
dkhaycraft@liskow.com



New Orleans | Lafayette | Houston

One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
www.liskow.com

Liskow & Lewis, A Professional Law Corporation. This communication is solely for the person to whom it is addressed. It contains legally privileged and confidential information. If you are not the intended recipient, you may not forward, disclose, copy, print, or save the message or its attachments. If you have received this message in error, please notify me immediately, and please delete this message.

**From:** Langan, Andrew [mailto:alangan@kirkland.com]
**Sent:** Wednesday, April 03, 2013 6:55 PM
**To:** Sally Shushan; Ben Allums; Mike_OKeefe@laed.uscourts.gov
**Cc:** JIm R; Steve Herman; robert cunningham; Paul M. Sterbcow; C Maze; Doug Kraus; Allan Kanner; Mike Underhill; Steve O'Rourke; dsc2179 distribution list; Liaison 2179 Email Distribution
**Subject:** FW: MDL 2179 TRIAL -- BP witnesses (Update)

Dear Judge Shushan, Ben and Counsel:

Here is a further update on BP's case, which is to begin Monday, April 8.   As Mike Brock has mentioned to several of you, the order of BP witnesses for next week now appears to be as follows (subject to change):

Bourgoyne, Ted
Emilsen, Morten
Robinson, Steve
Shaw, Neil
Cowie, Jim
Lambert, Lee
Azar, JJ
Lewis, David
Guide, John
Lirette, Brent

On March 28,  BP informed counsel for the trial parties that it would not be calling 5 witnesses from BP's original list.   At this time, no further decisions have been made about other BP witnesses, but when we have made decisions re

same, we will communicate them promptly to counsel.   And naturally we will continue to comply with PTO 54 requirements about witness disclosures.


Best regards


Andy




**J. Andrew Langan, P.C.**

**KIRKLAND & ELLIS LLP**
300 North LaSalle Street Chicago, IL 60654
Tel. +1-312-862-2064  Fax +1-312-862-2200

andrew.langan@kirkland.com

---

**From:** Langan, Andrew
**Sent:** Tuesday, April 02, 2013 9:30 PM
**To:** James Roy; *mbrock@cov.com
**Cc:** 'Godwin, Donald'; Sally_Shushan@laed.uscourts.gov; Ben_Allums@laed.uscourts.gov; Mike_OKeefe@laed.uscourts.gov; Steve Herman (SHERMAN@hhklawfirm.com); Bobo Cunningham; Paul Sterbcow; *Mike.Underhill@usdoj.gov; luther. strange; *CMaze@ago.state.al.us; TerrellM@ag.state.la.us; treyphillipsdwh@ag.state.la.us; Douglas Kraus; dsc2179 distribution list; DefenseLiaison2179@liskow.com
**Subject:** MDL 2179 TRIAL -- BP witnesses

Dear Judge Shushan, Ben, Jim and Counsel:

Here is an update on BP's plans for its case.

First, as the Court and all parties know, last week Halliburton took the position that its case would last all of this week and likely into early next week, and BP planned accordingly.   It was not until after the noon break today that Halliburton announced that it was possibly dropping two more expert witnesses, and that has now been confirmed by Don.  While a shorter case is welcome news in many ways, it does create scheduling and logistics issues for those next in line, namely BP.

BP's plan had been that would likely start its case on Monday, April 8 at the earliest.  And it was planning to disclose the following witnesses for next week in this order, starting Monday (order subject to change):

Bourgoyne, Ted
Robinson, Steve
Shaw, Neil
Cowie, Jim
Lambert, Lee
Azar, JJ
Guide, John
Lirette, Brent
Video clips to be disclosed later this week

BP would still propose to proceed in that fashion starting its case on Monday, April 8.

In case the Court instead requires BP to starts its case on Thursday, April 4, we have started steps to notify a few other witnesses who might be able to get to New Orleans and be presented Thursday, if necessary.  Tentatively, the names of those 2 witnesses for planning purposes are Morten Emilsen and David Lewis.   We will have more information on those possibilities on Wednesday, April 3 at 800 am.  Even then, those  2 witnesses who might be available this Thursday may not fill an entire day and also, BP will not be able to disclose demonstratives related to those 2 potential witnesses by the normal 48 hour deadline given the unusual circumstances.

Best regards


Andy



**J. Andrew Langan, P.C.**

**KIRKLAND & ELLIS LLP**
300 North LaSalle Street Chicago, IL 60654
Tel. +1-312-862-2064  Fax +1-312-862-2200

andrew.langan@kirkland.com

---

**From:** James Roy [mailto:JIMR@wrightroy.com]
**Sent:** Tuesday, April 02, 2013 8:14 PM
**To:** *mbrock@cov.com; Langan, Andrew
**Cc:** 'Godwin, Donald'; Sally_Shushan@laed.uscourts.gov; Ben_Allums@laed.uscourts.gov; Mike_OKeefe@laed.uscourts.gov; Steve Herman (SHERMAN@hhklawfirm.com); Bobo Cunningham; Paul Sterbcow; *Mike.Underhill@usdoj.gov; luther. strange; *CMaze@ago.state.al.us; TerrellM@ag.state.la.us; treyphillipsdwh@ag.state.la.us; Douglas Kraus; dsc2179 distribution list; DefenseLiaison2179@liskow.com
**Subject:** TRIAL-- TIME SENSITIVE--
**Importance:** High

ANDY, MIKE:
Since it is possible (and perhaps likely) for Halliburton to conclude tomorrow (Wednesday), please advise all tonight (like within the hour please) who BP's witnesses are to be and their order  if start tomorrow afternoon or Thursday morning. We all need to advise our respective people handling your designated witnesses.
Thanking you in advance.  Jim

---

**From:** Godwin, Donald [mailto:Don.Godwin@GodwinLewis.com]
**Sent:** Tuesday, April 02, 2013 7:41 PM
**To:** Sally_Shushan@laed.uscourts.gov; Ben_Allums@laed.uscourts.gov; Mike_OKeefe@laed.uscourts.gov; Steve Herman (SHERMAN@hhklawfirm.com); James Roy; Paul Sterbcow; Bobo Cunningham; mike.underhill@usdoj.gov; luther. strange; C Maze; TerrellM@ag.state.la.us; treyphillipsdwh@ag.state.la.us; Douglas Kraus; dsc2179 distribution list
**Subject:** Remaining Halliburton witnesses


Dear Judge Shushan, Ben, Mike, and Counsel:

   As requested today by Judge Barbier, this shall serve to inform everyone of Halliburton's remaining witnesses (live and by video clips) for the Phase 1 trial. At the conclusion of Dr.

Stevick's testimony, Halliburton will play the previously disclosed video clips of John Gisclair ( approx. 7 1/2 minutes) and Kurt Kronenberger (approx. 5 minutes). We then call Dr. Gene Beck as our final, live witness. After Dr. Beck, Halliburton will rest subject to calling Dr. Kris Ravi (in the event BP calls Ronald Crook) and further subject to admission of deposition bundles to be offered in to evidence, as well as any other administrative clean-up matters. Tomorrow, we will provide the Court and the parties a list of the deposition bundles Halliburton will offer in to evidence at the April 11, 2013, marshalling conference.

  Thanks........Don Godwin

P.S.

  Ben- would you please pass this message along to Judge Barbier?


Donald E. Godwin, Esq.

Board Certified - Civil Trial Law
Texas Board of Legal Specialization

In Dallas Office

Don.Godwin@GodwinLewis.com


# GODWIN LEWIS PC


**Direct:** 214.939.4412

**Fax:** 214.527.3112


www.GodwinLewis.com

**Toll Free:**  800-662-8393


| **Dallas** | **Houston** | **Plano -** By Appointment Only |
|---|---|---|
| 1201 Elm Street | 1331 Lamar | 5700 Granite Parkway |
| Suite 1700 | Suite 1665 | Suite 450 |

Dallas, Texas 75270

Houston, Texas 77010

Plano, Texas 75024

214.939.4400

713.595.8300

214.939.4500

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify **Godwin Lewis PC** immediately by telephone (800.662.8393) and destroy the original message.  Messages sent to and from us may be monitored.

*********************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
*********************************************************

**From:**               O'Rourke, Steve (ENRD)
**Sent:**               Wednesday, April 10, 2013 10:19 AM
**To:**                 Aguilar, Cecilia (CIV); Liu, Emily (CIV); Morton, Tracy L. (CIV); O'Rourke, Steve (ENRD); Pirich, Andrew (CIV); Vo, Michael M. (CIV); Andre, Abigail (ENRD); Cernich, Scott (ENRD); Chakeres, Aristide (ENRD); Chang, Deanna (ENRD); Delemarre, Michelle (CIV); Hankey, Rachel (ENRD); Hauser, Kelley (CIV); Lawrence, Malinda R. (CIV); Mayberry, Laura D. (CIV); McClellan, Jessica L. (CIV); Shutler, Sharon (CIV); Spiro, Daniel (CIV); Sullivan, Jessica (CIV); Underhill, Mike (CIV); Young, Elizabeth (CIV)
**Subject:**            FW: MDL 2179 -- BP witnesses for next week

---

**From:** Langan, Andrew [mailto:alangan@kirkland.com]
**Sent:** Wednesday, April 10, 2013 12:14 PM
**To:** Jim Roy; Steve Herman; robert cunningham; Paul M. Sterbcow; Underhill, Mike (CIV); O'Rourke, Steve (ENRD); dsc2179@liskow.com; liaison2179@liskow.com; 'Ben_Allums@laed.uscourts.gov'; Sally Shushan; Mike_OKeefe@laed.uscourts.gov
**Cc:** *mbrock@cov.com; *dkhaycraft@liskow.com
**Subject:** MDL 2179 -- BP witnesses for next week

Dear Judge Shushan,  Ben and Counsel:

Here is a report of BP's plans for its witnesses for next week, beginning Monday, April 15  (order is subject to change based on availability, but this is our best estimate):


Guide, John

O'Bryan, Pat

Shanks, Earl

Wong, Norman

Wecker, William

Sabins, Fred

Mitchell, Capt Andrew


At this time BP has determined it will  not call Pinky Vinson, Larry McMahan and Kathleen Sutcliffe to testify.

BP will also have videoclips from certain depositions that it has (or soon will) disclose.


Best regards


Any

**J. Andrew Langan, P.C.**

**KIRKLAND & ELLIS LLP**
300 North LaSalle Street Chicago, IL 60654
Tel. +1-312-862-2064  Fax +1-312-862-2200

andrew.langan@kirkland.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*