UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | SECTION: J |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| | : | |
| *Civ. No.* 10-4536 | : | MAG. JUDGE SHUSHAN |

..................................................

## ORDER

CONSIDERING THE *EX PARTE* MOTION of the United States to file under seal unredacted versions of the Memorandum and certain Exhibits, Dkt. No. 12460 in support of its Opposition to BPXP's Motion *in Limine* to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents,

IT IS HEREBY ORDERED that the Motion be and hereby is GRANTED, and that the Memorandum and Exhibits identified in the Motion shall be filed under seal.

IT IS SO ORDERED this _____ day of _____, 2014, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE