# Exhibit 1

To United States' Opposition to Motion *In Limine* of Defendant Anadarko Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability

## RATIFICATION AND JOINDER OF OPERATING AGREEMENT
## MACONDO PROSPECT

WHEREAS, BP Exploration & Production Inc. ("BP"), as Operator, and MOEX Offshore 2007 LLC ("MOEX"), as Non-Operator, are parties to that certain Operating Agreement dated October 1, 2009 (the "Operating Agreement"), covering an offshore Gulf of Mexico block ("Block") and lease ("Lease") described on Exhibit "A", attached hereto and made a part hereof; and

WHEREAS, BP, Anadarko E&P Company LP ("AEP"), and Anadarko Petroleum Corporation ("APC") executed that certain Lease Exchange Agreement dated October 1, 2009, covering the Block and Lease (the "LEA Agreement"); and

WHEREAS, pursuant to such LEA Agreement, AEP and APC have been assigned, and BP, AEP, and APC have executed, certain Assignments of Record Title Interest (the "Assignments") dated effective October 1, 2009, ("Effective Time"), covering the Lease; and

WHEREAS, said LEA Agreement and Assignments stipulated that the record title interest so assigned to AEP and APC in the Lease would be subject to the Operating Agreement; and

WHEREAS, BP, AEP, and APC desire to eliminate any ambiguity as to the applicability of the Operating Agreement governing the Lease.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, AEP and APC do hereby ratify, confirm, and adopt and join the Operating Agreement effective as of the Effective Time, subject to the following working interest ownership percentages of the Lease by BP, MOEX, AEP, and APC:

| | |
|---|---|
| BP EXPLORATION & PRODUCTION INC. | 65.00% |
| MOEX OFFSHORE 2007 LLC | 10.00% |
| ANADARKO E&P COMPANY LP | 22.50% |
| ANADARKO PETROLEUM CORPORATION | 2.50% |

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

4/21/2010 - ORIG TO GILL DERRICK - LAND ADMIN

1 of 3

Ratification and Joinder of Operating Agreement
Macondo Prospect
BP / MOEX / AEP/ APC


EXHIBIT # 1243
WIT:

TREX-01243     ANA-MDL-000030610

EXECUTION PAGE FOR THE RATIFICATION AND JOINDER OF OPERATING AGREEMENT DATED October 1, 2009, BY AND BETWEEN BP EXPLORATION & PRODUCTION INC., ANADARKO E&P COMPANY LP AND ANADARKO PETROLEUM CORPORATION

Executed this 17th day of Dec, 2009, but effective as of the Effective Time.

**BP EXPLORATION & PRODUCTION INC.**

_____
Signature

Kemper Howe
Printed Name

Attorney-in-Fact
Title

**ANADARKO E&P COMPANY LP**

_____
Signature

Steve Wallace
Printed Name

Attorney-in-Fact
Title

**ANADARKO PETROLEUM CORPORATION**

_____
Signature

Steve Wallace
Printed Name

Agent and Attorney-in-Fact
Title

**MOEX Offshore 2007 LLC**

_____
Signature

Naoki Ishii
Printed Name

President
Title

2 of 3

Ratification and Joinder of Operating Agreement
Macondo Prospect
BP / MOEX / AEP/ APC

ANA-MDL-000030611

Exhibit "A"

Attached to and made a part of that certain Ratification and Joinder of Operating Agreement dated October 1, 2009, by and between BP Exploration & Production Inc., Anadarko E&P Company LP and Anadarko Petroleum Corporation

| OCS-G | Area/Block | Lease Date | Acres | Royalty |
|---|---|---|---|---|
| 32306 | Mississippi Canyon/252 | 6/1/2008 | 5760 | 18.75% |

3 of 3

Ratification and Joinder of Operating Agreement
Macondo Prospect
BP / MOEX / AEP/ APC

ANA-MDL-000030612

# MACONDO PROSPECT
# OFFSHORE DEEPWATER
# OPERATING AGREEMENT

*370266*

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001601

# OPERATING AGREEMENT
## OUTER CONTINENTAL SHELF – GULF OF MEXICO

This Agreement, effective as of October 1, 2009 (the "Effective Date"), is between BP Exploration & Production Inc. ("BP") and MOEX Offshore 2007 LLC ("MOEX"), the signers of this Agreement, each referred to individually as a "Party" and collectively as the "Parties."

Whereas the Parties own one or more Leases, identified in Exhibit "A" *(Description of Leases)*, and desire to explore, appraise, develop, and operate the Leases for the production of Hydrocarbons;

Now, therefore, in consideration of the premises and mutual promises in this Agreement, the Parties agree to explore, appraise, develop, and operate the Contract Area under the following provisions:

## ARTICLE 1 – CONTRACT APPLICATION

### 1.1   Application in General

This Agreement governs the rights and obligations of the Parties relating, without limitation, to the exploration, appraisal, development, operation, production, treatment, gathering, and storage of Hydrocarbons. This Agreement does not apply to the fabrication or installation of Export Pipelines.

### 1.2 Application to the Contract Area

This Agreement applies to the entire Contract Area. Unless otherwise provided in this Agreement, all the rights and obligations in and under the Leases comprising the Contract Area, all property and rights acquired pursuant to this Agreement, and all Hydrocarbons are owned by the Parties according to their respective Working Interest or Participating Interest, as applicable.

1

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001611

base of the deepest target formation or interval in that well, as that depth or target formation or interval is stated in the AFE for the well.

### 2.47 OCS

The Outer Continental Shelf of the Gulf of Mexico.

### 2.48 Offsite Host Facilities

Production equipment that is (a) used to process or handle Hydrocarbon production and (b) owned by one or more third parties or by one or more Participating Parties in an Execution AFE (under which that production equipment is to be utilized for Hydrocarbon production), whose respective ownership interests in the production equipment are not exactly the same as their respective Participating Interest Shares in the Execution AFE.

### 2.49 Operator

The Party designated in Article 4.1 (Designation of the Operator), a successor Operator selected under Article 4.5 (Selection of Successor Operator), and, if applicable, a substitute Operator selected under Article 4.2 (Substitute Operator).

### 2.50 Overinvested Party

A Party entitled to receive its Participating Interest Share of an Underinvestment.

### 2.51 Participating Interest Share

A Participating Party's percentage of participation in:

(a) the Costs, risks, and benefits (including rights to Hydrocarbons) of an approved activity or operation; or,

(b) if applicable, interests to be assigned to the Parties.

A Participating Party's percentage of participation is either the proportion, expressed as a percentage, that the Participating Party's Working Interest bears to the total Working Interests of all Participating Parties or such different basis for Cost sharing or assignment as the Participating Parties agree upon.

### 2.52 Participating Party

A Party who, having the contractual right to do so, participates in the sharing of:

(a) the Costs, risks, and benefits (including rights to Hydrocarbons) of an approved activity or operation; or,

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001619

(b) if applicable, the interests to be assigned to the Parties.

The term includes a Party who does not Vote to participate in a proposed activity or operation, but is nonetheless bound to participate in that proposed activity or operation if it is approved by Vote.

### 2.53 Post-Production Project Team AFE

An AFE submitted in association with the continuance of the Project Team under Article 12.8 *(Post-Production Project Team AFEs)*.

### 2.54 Producible Reservoir

An underground accumulation of Hydrocarbons (a) separate from and not in Hydrocarbon communication with another accumulation of Hydrocarbons, and (b) into which a Producible Well has been drilled.

### 2.55 Producible Well

A well on the Contract Area that:

(a) produces Hydrocarbons;

(b) meets, according to the MMS, the "well producibility criteria" in Title 30 CFR 250.116 or any succeeding order or regulation issued by an appropriate governmental authority; or

(c) the Participating Parties in the subject well unanimously agree is a Producible Well.

### 2.56 Production System

A system or combination of systems on the Contract Area to develop, produce, store, distribute, and initiate the transportation of Hydrocarbons. The term includes:

(a) an offshore surface structure, whether fixed, compliant, or floating;

(b) a subsea structure or template designed as a guide to or to provide structural rigidity to one or more wells;

(c) any combination of the items mentioned in clauses (a) and (b);

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001620

provision of Exhibit "C" conflicts with any provision of Exhibit "D," the provision of Exhibit "C" shall prevail.

| | | |
|---|---|---|
| | Exhibit "A" | Description of Leases, Working Interests of the Parties, and Representatives |
| | Exhibit "B" | Insurance Provisions |
| | Exhibit "C" | Accounting Procedure |
| | Exhibit "D" | Gas Balancing Agreement |
| | Exhibit "E" | Certification of Non-segregated Facilities |
| | Exhibit "F" | Security Interest Provisions |
| | Exhibit "G" | Project Team and Technology Sharing |
| | Exhibit "H" | Dispute Resolution Procedure |
| | Exhibit "I" | Well Data Trade and Confidentiality Agreement |
| | ~~Exhibit "J"~~ | ~~Tax Partnership~~ INTENTIONALLY DELETED |
| | Exhibit "K" | Health, Safety and Environment |
| | Exhibit "L" | Geophysical Operations Provisions |

## ARTICLE 4 – SELECTION OF OPERATOR

### 4.1  Designation of the Operator

BP Exploration & Production Inc. is designated as the Operator of the Contract Area. The Parties shall promptly execute and file all documents required by the MMS in connection with the designation of BP Exploration & Production Inc. as Operator or with the designation of any other Party as a substitute or successor Operator. Unless agreed otherwise by all the Parties, the Operator shall be classified as the designated applicant for oil spill financial responsibility purposes, and each Non-Operating Party shall promptly execute the appropriate documentation reflecting that classification and promptly provide that documentation to the Operator for filing with the MMS.

14

CONFIDENTIAL

ACCESS RESTRICTED

5.10 <u>Health, Safety, and Environment</u>:

With the goal of achieving safe and reliable activities and operations in compliance with all applicable laws and regulations, including avoiding significant and unintended impact on (i) the health or safety of people, (ii) property, or (iii) the environment, the Operator shall, with the support and cooperation of the Non-Operators, while it conducts activities or operations under this Agreement:

(a) design and manage activities or operations to standards intended to achieve sustained reliability and promote the effective management of HSE risks;

(b) apply structured HSE management systems and procedures consistent with those generally applied in the petroleum industry to effectively manage HSE risks and pursue sustained reliability of operations under this Agreement; and

(c) conform with locally applicable HSE related statutory requirements that may apply.

In fulfilling its duties and obligations hereunder, the Operator shall act in accordance with the provisions of Exhibit "K."

## ARTICLE 6 – EXPENDITURES AND ANNUAL OPERATING PLAN

6.1 <u>Basis of Charges to the Parties</u>

Except as otherwise provided in this Agreement, the Operator shall pay all Costs of all activities and operations under this Agreement, and each Participating Party shall reimburse the Operator in proportion to its Participating Interest Share for the Costs of these activities and operations. All charges, credits, and accounting for expenditures shall be made under Exhibit "C." Funds received by the Operator under this Agreement may be commingled with the Operator's own funds.

6.2 <u>AFEs</u>

The Operator shall not undertake an activity or operation whose Costs are Five Hundred Thousand dollars ($500,000.00) or more, unless an AFE has been

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001635

Data obtained through this Agreement under Article 7.1 *(Confidentiality Obligation)*.

### 7.2  Ownership of Confidential Data

Except as otherwise provided for in this Article 7, all Confidential Data produced as a result of an activity or operation shall be the property of all Participating Parties in that activity or operation. A Non-Participating Party has no rights in or access to Confidential Data produced or derived from a Non-Consent Operation unless and until Complete Recoupment has taken place.

#### 7.2.1  Trades of Confidential Data

Any Participating Party may propose the exchange or trade of any Confidential Data or other similar data and information owned by a third party. Upon approval of said exchange or trade by Vote of the Participating Parties, that approval shall bind all Participating Parties, and the Operator shall utilize the Well Data Trade and Confidentiality Agreement in Exhibit "I" in order to consummate that exchange or trade with the third party. The Operator shall promptly provide all Participating Parties copies of the third party data obtained along with copies of any agreement relating to that exchange or trade.

#### 7.2.2  Ownership of Non-Consent Data

After Complete Recoupment has taken place and a Non-Participating Party has become a Participating Party in an activity or operation, that Non-Participating Party shall become an owner of the Confidential Data and information resulting from that activity or operation. Within fifteen (15) days after Complete Recoupment, the Operator shall furnish that Confidential Data and information to the former Non-Participating Party.

### 7.3  Access to the Lease and Rig

Except as provided in Article 6.3(b) *(Default)* in Exhibit "F," each Participating Party may attend meetings between the Operator and any contractors constructing the Production System or Facilities specified in the Execution AFE as well as access to the construction sites. Except as otherwise provided in Article 6.3(b) *(Default)* in Exhibit "F," each Participating Party shall have access to all drilling rigs, Production Systems, and Facilities to observe and inspect operations and wells in which it participates (and the pertinent records and other data). Access by the Participating Party to a drilling rig, Production System, or

36

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001646

Facility serving a Contract Area shall be scheduled through the Operator at least forty-eight (48) hours in advance (or, if conditions do not permit that much advance scheduling, with as much advance scheduling as is reasonably possible). Each Party's access will be at reasonable times and may not unreasonably interfere with operations at the site.

### 7.4 Development of Proprietary Information and/or Technology

The ownership, use, treatment, and disclosure of proprietary information or technology, including, but not limited to, drilling technology, production technology, production systems and facilities, and their transportation and installation, pipelines, flowlines, and offshore oil and gas transportation that are charged to the Joint Account shall be handled under Exhibit "G."

## ARTICLE 8 – APPROVALS AND NOTICES

### 8.1 Classes of Matters

Action will be taken on a proposed activity or operation only after the procedures and approval requirements in this Agreement have been satisfied. There are four general classes of activities or operations under this Agreement: (a) those requiring approval by Vote, (b) those requiring approval by Election, (c) those requiring approval by unanimous agreement, and (d) those within the discretion of the Operator.

#### 8.1.1 Voting and Electing Interest

If all Parties are entitled to make an Election or Vote, each Party has an Electing interest or a Voting interest equal to its Working Interest or its Participating Interest Share, as applicable. If a Party does not have a right to make an Election or Vote, each of the other Parties has an Electing interest or a Voting interest, as applicable, equal to its Working Interest or its Participating Interest Share, as applicable, divided by the total Working Interest or Participating Interest, as applicable, of those Parties who have a right to make an Election or Vote.

### 8.2 Voting and Election Procedures

The Parties shall Vote or make an Election on proposals requiring a Vote or Election in the order in which those proposals are submitted, except as specified in Articles 10.2 *(Exploratory Operations at Objective Depth)*, 11.2 *(Appraisal*

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001647

Participating Parties in the activity or operation out of which the Claim arose, but a Party may independently settle a Claim or the portion of a Claim which is attributable to its Participating Interest Share alone as long as that settlement does not directly and adversely affect the interest or rights of the other Participating Parties. No charge shall be made for services performed by the staff attorneys of a Party, but all other expenses incurred by the Operator in the prosecution or defense of Claims for the Parties, together with the amount paid to discharge a final judgment, are Costs and shall be paid by the Parties in proportion to their Participating Interest Share in the activity or operation out of which the Claim arose. The employment of outside counsel, but not the selection of that counsel, requires approval by Vote of the Participating Parties in the activity or operation out of which the Claim arose. If the use of outside counsel is approved, the fees and expenses incurred as a result thereof shall be charged to the Parties in proportion to their Participating Interest Share in the activity or operation out of which that Claim arose. Each Party has the right to hire its own outside counsel at its sole cost with respect to its own defense.

### 22.5 Liability for Damages

Unless specifically provided otherwise in this Agreement, liability for losses, damages, Costs, expenses, or Claims involving activities or operations under this Agreement or affecting the Leases or the Contract Area which are not covered by or in excess of the insurance carried for the Joint Account shall be borne by each Party in proportion to its Participating Interest Share in the activity or operation out of which that liability arises, except that when liability results from the gross negligence or willful misconduct of a Party, that Party shall be solely responsible for liability resulting from its gross negligence or willful misconduct. **UNDER NO CIRCUMSTANCES WILL A PARTY BE LIABLE TO ANOTHER PARTY FOR PUNITIVE DAMAGES, CONSEQUENTIAL, INDIRECT, UNFORSEEN, LOSS OF PROFIT, OR OTHER INDIRECT OR PENALTY DAMAGES EITHER IN LAW OR EQUITY.**

### 22.6 Indemnification for Non-Consent Operations

TO THE EXTENT ALLOWED BY LAW, THE PARTICIPATING PARTIES WILL HOLD THE NON-PARTICIPATING PARTIES (AND THEIR AFFILIATES, AGENTS, INSURERS, DIRECTORS, OFFICERS, AND EMPLOYEES) HARMLESS AND RELEASE, DEFEND, AND INDEMNIFY THEM AGAINST ALL CLAIMS, DEMANDS, LIABILITIES, REGULATORY DECREES, AND

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001741

EXHIBIT "K"

HEALTH, SAFETY AND ENVIRONMENT ("HSE")

Attached to and made a part of that certain Operating Agreement dated October 1, 2009 by and between BP Exploration & Production Inc., as Operator, and MOEX Offshore 2007 LLC, as Non-Operator

### Health, Safety and Environmental Management Systems

1. Plan Requirements for Operator: Operator shall have an effective Health, Safety & Environmental Management Plan or Plans, in accordance with API RP75, or an equivalent standard, including Operator's internal policies, for all operations conducted under the Operating Agreement to which this Exhibit is attached.

2. Overview of Plan for Non-Operators: Upon the written request of any Non-Operator, the Operator will present to the Non-Operators, at a meeting called in accordance with the Operating Agreement, a sufficient overview of its Health, Safety and Environmental Management systems to evidence compliance with Paragraph 1 herein.

3. Operator's HSE Performance as an Agenda Item: Upon written request, Operator's HSE performance shall be an agenda item for all meetings of the Parties where past HSE statistical performance as well as ongoing and future HSE improvement initiatives are presented and discussed.

### Health, Safety and Environmental Reporting

4. Operator's Obligation to Notify Non-Operators: The Operator shall notify the Non-Operators in a timely manner after any of the following incidents occur:
   (a)   well blow-out,
   (b)   a fatality associated with operators operations
   (c)   multiple serious injuries
   (d)   significant adverse reaction from authorities, media, NGO's or the general public
   (e)   cost of accidental damage exceeding US $500,000
   (f)   oil spill of more than five (5) barrels
   (g)   release of more than ten tones of a classified chemical such notification will be followed by a written report.

5. HSE Audits: Upon request of the Non-Operators, the Operator shall provide the copies of any HSE audits conducted of the drilling operations on the subject well.

6. Maintenance and Non-Operator's Review of HSE Statistics: HSE statistics for activities and operations conducted under the Operating Agreement will be maintained and be reported to Non-Operators on a monthly bais in a format to be mutually agreed to by the Parties. HSE statistics are defined as: Recordable Injuries, Lost Time Injuries, Lost Time Injury Frequency, Reportable Spills, Fines or Incidents of Non-compliance [all as defined by the Occupational Safety and

Page 1 of 2

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001836

Health Administration (OSHA), Minerals Management Service (MMS), or United States Coast Guard (USGC), whichever is applicable]. In addition to opportunities to review data through audits, Operator will, upon request, furnish HSE performance information upon the completion of the well and be amenable to a timely meeting with Non-Operators specifically to review and discuss HSE performance applicable to this Operating Agreement.

### Health, Safety and Environmental Inspections

<u>Non-Operator's Right of Access:</u> For purposes of conducting health, safety and environmental inspection, the Non-Operators shall have the right of access to activities and operations and shall have access to Operator's HSE files as provided for in this Operating Agreement. The notable exceptions are a) may implicate privacy issues, b) is covered by an enforceable legal privilege, or c) can otherwise be protected under laws and legal principles involving confidentiality or secrecy. Operator will cooperate fully in these health, safety and environmental inspections.

Page 2 of 2

CONFIDENTIAL

ACCESS RESTRICTED

APC-HEC1-000001837