# Exhibit 3

To United States' Opposition to Motion *In Limine* of Defendant Anadarko Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability

ANADARKO PETROLEUM CORPORATION

TEL. 832/636-1000
P.O. BOX 1330 • HOUSTON, TEXAS 77251-1330



February 11, 2010

U.S. Department of the Interior
Minerals Management Service
Ms. Ann Glazner (Mail Stop 5421)
Adjudication Unit
1201 Elmwood Park Boulevard
New Orleans, Louisiana 70123-2394



RE: Assignment of Record Title Interest
Designation of Operator
Designation of Applicant
OCS-G 32306, Mississippi Canyon 252
Offshore Gulf of Mexico

Dear Ms. Glazner:

Enclosed for your review and approval Anadarko Petroleum Corporation (00981) and BP Exploration & Production Inc. (02481) respectfully submits the above captioned documents in duplicate as follows:

OCS-G 32306, Mississippi Canyon 252

- Form MMS-150 (in duplicate) Assignment of Record Title Interests in Federal OCS Oil & Gas Leases – BP Exploration & Production Inc. (02481) assigns Anadarko Petroleum Corporation (00981) 2.50% Record Title Interest.

- Form MMS-1123 (in duplicate) Designation of Operator - Anadarko Petroleum Corporation (00981) designates BP Exploration & Production Inc. (02481) as operator of All of Block 252, Mississippi Canyon.

- Form MMS-1017 (in duplicate) Designation of Applicant - Anadarko Petroleum Corporation (00981) designates BP Exploration & Production Inc. (02481) as the designated applicant of All of Block 252, Mississippi Canyon.

I have attached copies of the filing fee receipts for the Assignment of Record Title Interest in the amount of $186.00 (Tracking ID 74100923817) and the Designation of Operator in the amount of $164.00 (Tracking ID 74100924093) that were paid under Pay.gov.

Upon MMS approval please send an approved copy of the Assignments of Record Title Interest and Designation of Operator to the undersigned.

If you have any questions you may contact the undersigned at 832-636-1736 or via email at wendy.rodriguez@anadarko.com.

Sincerely,

ANADARKO PETROLEUM CORPORATION

Wendy Rodriguez
Land-GOM Offshore

Enclosures

EXHIBIT # 1944
WIT: Bryan

U. S. Department of the Interior
Minerals Management Service


RECEIVED FEB 1 2 2010 ADJUDICATION UNIT MS 5421

OMB Control Number: 1010-0006
OMB Approval Expires: 05/31/2010

OCS-G 32306
Lease No.

## ASSIGNMENT OF RECORD TITLE INTEREST IN FEDERAL OCS OIL AND GAS LEASE

June 1, 2008
Lease Effective Date

New Lease No. (MMS Use Only)

### Part A: Assignment

Legal description of land/area being assigned:

All of Block 252, Mississippi Canyon

Assignor(s) does hereby sell, assign, transfer and convey unto Assignee(s) the following undivided right, title and interest:

Insert name and Company number of each Assignor and Assignee.

| Assignor(s): | Percentage Interest Conveyed |
|---|---|
| BP Exploration & Production Inc. (02481) | 22.50% |

| Assignee(s): | Percentage Interest Received |
|---|---|
| Anadarko E&P Company LP (00148) | 22.50% |

The approval of this assignment is restricted to record title interest only.

☑ Exhibit "A," which sets forth other provisions between Assignor(s) and Assignee(s), is attached to and made a part of this assignment.

---

For MMS Use only – Do Not Type Below This Line

This Assignment of Record Title Interest has been filed as of the date stamped on this document and hereby approved by the Minerals Management Service on the date below.

By _____    Supervisor, Adjudication Unit    2/23/10
Authorized Official for MMS       Title                          Approval Date

Paperwork Reduction Act of 1995 (PRA) Statement: The PRA (44 U.S.C. 3501 et seq.) requires us to inform you that we collect this information to use in the adjudication process involved in leasing and lease operations. The MMS uses the information to track ownership of leases in the Federal OCS. Responses are mandatory (43 U.S.C. 1334). Proprietary data are covered under 30 CFR 250.197. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number. Public reporting burden of this form is estimated to average 30 minutes per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 4230, Minerals Management Service, 1849 C Street, NW, Washington, DC 20240.

MMS FORM MMS-150  (July 19, 2007 – Supersedes all previous editions of form MMS-150 which may not be used)    Page 1 of 2

**Part B – Certification and Acceptance**

1. Assignor(s) certifies it is the owner of the record title interest in the above-described lease that is hereby assigned to the Assignee(s) specified above.

2. **DEBARMENT COMPLIANCE:** Assignee shall comply with the Department of the Interior's nonprocurement debarment and suspension regulations as required by Subpart B of 2 CFR Part 1400 and shall communicate the requirement to comply with these regulations to persons with whom it does business related to this record title interest assignment by including this term in its contracts and transactions.

3. **EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION COMPLIANCE CERTIFICATION:** Assignor(s) and Assignee(s) certify that they are in full compliance with Equal Opportunity Executive Order 11246, as amended, and the implementing regulations at 41 CFR 60-01 – Obligations of Contractors and Subcontractors; and 41 CFR 60-2 – Affirmative Action Programs. These requirements are for the purpose of preventing discrimination against persons on the basis of race, color, religion, sex, or national origin. These regulations have specific performance requirements.

4. Assignee's execution of this assignment constitutes acceptance of all applicable terms, conditions, stipulations and restrictions pertaining to the lease described herein. Applicable terms and conditions include, but are not limited to, an obligation to conduct all operations on the leasehold in accordance with the terms and conditions of the lease, to condition all wells for proper abandonment, to restore the leased lands upon completion of any operations as described in the lease, and to furnish and maintain bond(s) pursuant to regulations at 30 CFR 256. This assignment is subject to the Outer Continental Shelf Lands Act of August 7, 1953, 67 Stat. 462; 43 U.S.C. 1331 et seq., as amended (the "Act"), and Assignee(s) is subject to, and shall fully comply with, all applicable regulations now or to be issued under the Act. Notwithstanding any agreement between the Assignor(s) and Assignee(s), the parties' liability to the Minerals Management Service is governed by 30 CFR 256.

This Assignment of Record Title Interest will be made effective between the parties hereto as of October 1, 2009, upon approval by the Minerals Management Service, United States Department of the Interior.

This instrument may be executed in any number of counterparts, each of which will be deemed an original instrument, but all of which together shall constitute but one and the same instrument provided, however, this instrument and any other counterpart hereof, will not be binding unless and until executed by all of the parties, and will not be accepted by the Minerals Management Service unless all counterparts are filed simultaneously.

I certify that the statements made herein by the undersigned are true, complete and correct to the best of my knowledge and belief and are made in good faith.

Title 18 U.S.C. Sec. 1001 makes it a crime for any person knowingly and willfully to make to any Department or agency of the United States any false, fictitious or fraudulent statements or representations as to any matter within its jurisdiction.

**ASSIGNOR**
BP Exploration & Production Inc. (02481)
By: [signature]
Name: Kempet Howe
Title: Attorney-in-Fact
12/17/09
Execution Date

**ASSIGNOR**
By: _____
Name: _____
Title: _____
Execution Date

**ASSIGNEE**
Anadarko E&P Company LP (00148)
By: [signature]
Name: Steve Wallace
Title: Attorney-in-Fact
December 17, 2009
Execution Date

**ASSIGNEE**
By: _____
Name: _____
Title: _____
Execution Date

Attach Notary Acknowledgement (not mandatory)

EXHIBIT "A"

ATTACHED TO AND MADE A PART OF THAT CERTAIN ASSIGNMENT OF
RECORD TITLE INTEREST
IN FEDERAL OCS OIL & GAS LEASE FOR OCS-G 32306

**ASSIGNOR:**   BP Exploration & Production Inc.

**ASSIGNEE:**   Anadarko E&P Company, LP

To have and to hold the percentage of record title interest conveyed in Federal OCS Oil & Gas Lease OCS-G 32306 covering Mississippi Canyon Block 252 ("Assigned Lease") (and all appurtenant property, if any, including the wellbore and other personal property associated with the Mississippi Canyon Block 252 #1 OCS-G 32306 well (API #6081741169)) unto the Assignee forever, subject to and in accordance with all the terms and provisions of the Assigned Lease and subject to the limitations, exceptions, reservations, and conditions set forth below.

### Assignment Subject to Prior Contracts

The record title interest conveyed in the Assigned Lease is subject to Assignee's assumption of the express and implied terms and conditions of the Assigned Lease and the following agreement(s), collectively the "Agreements":

1. That certain Lease Exchange Agreement dated October 1, 2009, by and between BP Exploration and Production Inc., Anadarko E&P Company LP and Anadarko Petroleum Corporation.
2. That certain Well Participation Agreement dated effective October 1, 2009, by and between BP Exploration and Production Inc., Anadarko Petroleum Corporation and Kerr-McGee Oil & Gas Corporation.
3. That certain Macondo Operating Agreement dated effective October 1, 2009, by and between BP Exploration & Production Inc. and MOEX Offshore 2007 LLC covering the Assigned Lease.

Should any terms of this Assignment conflict with the terms of the Agreements listed above, the terms of the Agreements shall control.

### Limited Warranty of Title

The Assignment is delivered and accepted:

(a) without warranty of title or any other type of warranty (express or implied); except as to claims by persons claiming the same property, or any part thereof, by, through or under the assigning party, but not otherwise, but with full subrogation and substitution in and to all actions in warranty; and
(b) free and clear of any overriding royalties, production payments, mortgages, pledges or other burdens, liens or encumbrances on production (including but not limited to dedications of production, production handling agreements, and/or processing agreements) other than the lessor's royalty; and
(c) subject to approval by the MMS.

1

**Binding Effect**
This Assignment and the rights, titles, interests, and obligations assigned, reserved, excepted, or retained in this Assignment, shall inure to the benefit of, and shall be binding upon, the successors and assigns of the Assignor and Assignee. The covenants, obligations and agreements contained in this Assignment shall be construed as covenants running with the land and the Assigned Lease.

RECEIVED
FEB 12 2010
ADJUDICATION UNIT
MS 5421

**U. S. Department of the Interior**
**Minerals Management Service**

OMB Control Number: 1010-0006
OMB Approval Expires: 05/31/2010

OCS-G 32306
Lease No.

June 1, 2008
Lease Effective Date

New Lease No. (MMS Use Only)

## ASSIGNMENT OF RECORD TITLE INTEREST IN FEDERAL OCS OIL AND GAS LEASE

Part A: Assignment

**Legal description of land/area being assigned:**

All of Block 252, Mississippi Canyon

**Assignor(s) does hereby sell, assign, transfer and convey unto Assignee(s) the following undivided right, title and interest:**

**Insert name and Company number of each Assignor and Assignee.**

| **Assignor(s):** | **Percentage Interest Conveyed** |
|---|---|
| BP Exploration & Production Inc. (02481) | 2.50% |

| **Assignee(s):** | **Percentage Interest Received** |
|---|---|
| Anadarko Petroleum Corporation (00981) | 2.50% |

The approval of this assignment is restricted to record title interest only.

☑ Exhibit "A," which sets forth other provisions between Assignor(s) and Assignee(s), is attached to and made a part of this assignment.

**For MMS Use only – Do Not Type Below This Line**

This Assignment of Record Title Interest has been filed as of the date stamped on this document and hereby approved by the Minerals Management Service on the date below.

By [signature] Supervisor, Adjudication Unit 2/23/10

Authorized Official for MMS — Title — Approval Date

**Paperwork Reduction Act of 1995 (PRA) Statement:** The PRA (44 U.S.C. 3501 et seq.) requires us to inform you that we collect this information to use in the adjudication process involved in leasing and lease operations. The MMS uses the information to track ownership of leases in the Federal OCS. Responses are mandatory (43 U.S.C. 1334). Proprietary data are covered under 30 CFR 250.197. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number. Public reporting burden of this form is estimated to average 30 minutes per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 4230, Minerals Management Service, 1849 C Street, NW, Washington, DC 20240.

Part B – Certification and Acceptance

1. Assignor(s) certifies it is the owner of the record title interest in the above-described lease that is hereby assigned to the Assignee(s) specified above.

2. **DEBARMENT COMPLIANCE**: Assignee shall comply with the Department of the Interior's nonprocurement debarment and suspension regulations as required by Subpart B of 2 CFR Part 1400 and shall communicate the requirement to comply with these regulations to persons with whom it does business related to this record title interest assignment by including this term in its contracts and transactions.

3. **EQUAL OPPORTUNITY AND AFFIRMATIVE ACTION COMPLIANCE CERTIFICATION**: Assignor(s) and Assignee(s) certify that they are in full compliance with Equal Opportunity Executive Order 11246, as amended, and the implementing regulations at 41 CFR 60-01 – Obligations of Contractors and Subcontractors; and 41 CFR 60-2 – Affirmative Action Programs. These requirements are for the purpose of preventing discrimination against persons on the basis of race, color, religion, sex, or national origin. These regulations have specific performance requirements.

4. Assignee's execution of this assignment constitutes acceptance of all applicable terms, conditions, stipulations and restrictions pertaining to the lease described herein. Applicable terms and conditions include, but are not limited to, an obligation to conduct all operations on the leasehold in accordance with the terms and conditions of the lease, to condition all wells for proper abandonment, to restore the leased lands upon completion of any operations as described in the lease, and to furnish and maintain bond(s) pursuant to regulations at 30 CFR 256. This assignment is subject to the Outer Continental Shelf Lands Act of August 7, 1953, 67 Stat. 462; 43 U.S.C. 1331 et seq., as amended (the "Act"), and Assignee(s) is subject to, and shall fully comply with, all applicable regulations now or to be issued under the Act. Notwithstanding any agreement between the Assignor(s) and Assignee(s), the parties' liability to the Minerals Management Service is governed by 30 CFR 256.

This Assignment of Record Title Interest will be made effective between the parties hereto as of October 1, 2009, upon approval by the Minerals Management Service, United States Department of the Interior.

This instrument may be executed in any number of counterparts, each of which willll be deemed an original instrument, but all of which together shall constitute but one and the same instrument provided, however, this instrument and any other counterpart hereof, will not be binding unless and until executed by all of the parties, and will not be accepted by the Minerals Management Service unless all counterparts are filed simultaneously.

I certify that the statements made herein by the undersigned are true, complete and correct to the best of my knowledge and belief and are made in good faith.

Title 18 U.S.C. Sec. 1001 makes it a crime for any person knowingly and willfully to make to any Department or agency of the United States any false, fictitious or fraudulent statements or representations as to any matter within its jurisdiction.

ASSIGNOR
BP Exploration & Production Inc. (02481)

By: [signature]
Name: Kemper Howe
Title: Attorney-In-Fact

12/17/09
Execution Date

ASSIGNOR

By: _____
Name:
Title:

_____
Execution Date

ASSIGNEE
Anadarko Petroleum Corporation (00981)

By: [signature]
Name: Steve Wallace
Title: Agent and Attorney-In-Fact

December 17, 2009
Execution Date

ASSIGNEE

By: _____
Name:
Title:

_____
Execution Date

Attach Notary Acknowledgement (not mandatory)

EXHIBIT "A"

## ATTACHED TO AND MADE A PART OF THAT CERTAIN ASSIGNMENT OF RECORD TITLE INTEREST IN FEDERAL OCS OIL & GAS LEASE FOR OCS-G 32306

**ASSIGNOR:** BP Exploration & Production Inc.

**ASSIGNEE:** Anadarko Petroleum Corporation

To have and to hold the percentage of record title interest conveyed in Federal OCS Oil & Gas Lease OCS-G 32306 covering Mississippi Canyon Block 252 ("Assigned Lease") (and all appurtenant property, if any, including the wellbore and other personal property associated with the Mississippi Canyon Block 252 #1 OCS-G 32306 well (API #6081741169)) unto the Assignee forever, subject to and in accordance with all the terms and provisions of the Assigned Lease and subject to the limitations, exceptions, reservations, and conditions set forth below.

### Assignment Subject to Prior Contracts

The record title interest conveyed in the Assigned Lease is subject to Assignee's assumption of the express and implied terms and conditions of the Assigned Lease and the following agreement(s), collectively the "Agreements":

1. That certain Lease Exchange Agreement dated October 1, 2009, by and between BP Exploration and Production Inc., Anadarko E&P Company LP and Anadarko Petroleum Corporation.
2. That certain Well Participation Agreement dated effective October 1, 2009, by and between BP Exploration and Production Inc., Anadarko Petroleum Corporation and Kerr-McGee Oil & Gas Corporation.
3. That certain Macondo Operating Agreement dated effective October 1, 2009, by and between BP Exploration & Production Inc. and MOEX Offshore 2007 LLC covering the Assigned Lease.

Should any terms of this Assignment conflict with the terms of the Agreements listed above, the terms of the Agreements shall control.

### Limited Warranty of Title

The Assignment is delivered and accepted:

(a) without warranty of title or any other type of warranty (express or implied); except as to claims by persons claiming the same property, or any part thereof, by, through or under the assigning party, but not otherwise, but with full subrogation and substitution in and to all actions in warranty; and
(b) free and clear of any overriding royalties, production payments, mortgages, pledges or other burdens, liens or encumbrances on production (including but not limited to dedications of production, production handling agreements, and/or processing agreements) other than the lessor's royalty; and
(c) subject to approval by the MMS.

1

### Binding Effect

This Assignment and the rights, titles, interests, and obligations assigned, reserved, excepted, or retained in this Assignment, shall inure to the benefit of, and shall be binding upon, the successors and assigns of the Assignor and Assignee. The covenants, obligations and agreements contained in this Assignment shall be construed as covenants running with the land and the Assigned Lease.

U.S. Department of the Interior  
Minerals Management Service

OMB Control Number 1010-0114  
OMB Approval Expires 11/30/2010

## DESIGNATION OF OPERATOR

The lessee identified below is, on the records of the Minerals Management Service, a leaseholder of:

Lease Number: OCS-G 32306

Regional Office: GOM - New Orleans, Louisiana

and hereby designates

Name: BP Exploration & Production Inc.

RECEIVED FEB 2 3 2010 ADJUDICATION UNIT MS 5421

02481  
Company Number of Designated Operator

Address: 501 WestLake Park Boulevard  
Houston Texas 77079

as the operator and local agent (designated operator) with full authority to act in the lessee's behalf in complying with the terms of the lease and applicable regulations. The Regional Supervisor or his representative may serve the designated operator written or oral instructions in securing compliance with the operating regulations. This designation of operator is made with respect to (describe block or aliquot portion to which this designation applies):

All of Block 252, Mississippi Canyon

It is understood that this designation of operator does not relieve the lessee of responsibility for compliance with the terms of the lease, laws, and regulations applicable to the area. It is also understood that this designation of operator does not constitute an assignment of any interest in the lease.

In case of default on the part of the designated operator, the lessee will make full and prompt compliance with all regulations, lease terms, or orders of the Secretary of the Interior or his representative.

The lessee agrees to notify the Regional Supervisor promptly of any change in the designated operator. The Designated Operator shall comply with the Department of the Interior's nonprocurement debarment and suspension regulations as required by Subpart B of 2 CFR Part 1400 and shall communicate the requirement to comply with these regulations to persons with whom it does business related to this designation by including this term in its contracts and transactions.

APPROVED — A. CHRISTOPHER SUPERVISOR

00981  
Company Number of Lessee

December 17, 2009  
Date

Anadarko Petroleum Corporation  
Name of Lessee

Authorized Signature of Lessee  
Steve Wallace, Agent and Attorney-in-Fact

Paperwork Reduction Act of 1995 (PRA) Statement: The PRA (44 U.S.C. 3501 et seq.) requires us to inform you that MMS collects this information to be informed of who is authorized to act on behalf of the lessees to fulfill their obligations under the OCS Lands Act, lease, and applicable regulations, and who is authorized to receive notices and comply with regulatory orders issued. Responses are mandatory (43 U.S.C. 1331 et seq.). No proprietary information is collected. An agency may not conduct or sponsor, and you are not required to respond to, a collection of information unless it displays a currently valid OMB Control Number. Public reporting burden for this form is estimated to average 15 minutes per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. You may direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 4230, Minerals Management Service, 1849 C Street, NW, Washington, DC 20240.

**MMS** Form MMS-1123 (November 2007 - Supersedes all previous editions of this form which may not be used.) Page 1 of 1

LFD  
MMS Filename: 121310.pdf   Page 1 of 1  
File Stamp courtesy of OCSBBS.COM

CONFIDENTIAL

ANA-MDL-000020295

U.S. Department of the Interior
Minerals Management Service

OMB Control Number 1010-0114
OMB Approval Expires 11/30/2010

## DESIGNATION OF OPERATOR

The lessee identified below is, on the records of the Minerals Management Service, a leaseholder of:

Lease Number: OCS-G 32306

Regional Office: GOM - New Orleans, Louisiana

and hereby designates

Name: BP Exploration & Production Inc.

RECEIVED FEB 2 3 2010 ADJUDICATION UNIT MS 5421

02481
Company Number of Designated Operator

Address: 501 WestLake Park Boulevard
Houston Texas 77079

as the operator and local agent (designated operator) with full authority to act in the lessee's behalf in complying with the terms of the lease and applicable regulations. The Regional Supervisor or his representative may serve the designated operator written or oral instructions in securing compliance with the operating regulations. This designation of operator is made with respect to (describe block or aliquot portion to which this designation applies):

All of Block 252, Mississippi Canyon

It is understood that this designation of operator does not relieve the lessee of responsibility for compliance with the terms of the lease, laws, and regulations applicable to the area. It is also understood that this designation of operator does not constitute an assignment of any interest in the lease.

In case of default on the part of the designated operator, the lessee will make full and prompt compliance with all regulations, lease terms, or orders of the Secretary of the Interior or his representative.

The lessee agrees to notify the Regional Supervisor promptly of any change in the designated operator. The Designated Operator shall comply with the Department of the Interior's nonprocurement debarment and suspension regulations as required by Subpart B of 2 CFR Part 1400 and shall communicate the requirement to comply with these regulations to persons with whom it does business related to this designation by including this term in its contracts and transactions.

APPROVED [signature] CHRISTOPHER REGIONAL SUPERVISOR

00148
Company Number of Lessee

December 17, 2009
Date

Anadarko E&P Company LP
Name of Lessee

[signature]
Authorized Signature of Lessee
Steve Wallace, Attorney-in-Fact

Paperwork Reduction Act of 1995 (PRA) Statement: The PRA (44 U.S.C. 3501 et seq.) requires us to inform you that MMS collects this information to be informed of who is authorized to act on behalf of the lessees to fulfill their obligations under the OCS Lands Act, lease, and applicable regulations, and who is authorized to receive notices and comply with regulatory orders issued. Responses are mandatory (43 U.S.C. 1331 et seq.). No proprietary information is collected. An agency may not conduct or sponsor, and you are not required to respond to, a collection of information unless it displays a currently valid OMB Control Number. Public reporting burden for this form is estimated to average 15 minutes per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. You may direct comments regarding the burden estimate or any other aspect of this form to the Information Collection Clearance Officer, Mail Stop 4230, Minerals Management Service, 1849 C Street, NW, Washington, DC 20240.

**MMS** Form MMS-1123 (November 2007 - Supersedes all previous editions of this form which may not be used.) Page 1 of 1

LFD
MMS Filename: 121311.pdf   Page 1 of 1
File Stamp courtesy of OCSBBS.COM

CONFIDENTIAL

ANA-MDL-000020296