# Exhibit 4

To United States' Opposition to Motion *In Limine* of Defendant Anadarko Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3  IN RE:  OIL SPILL         )    MDL NO. 2179
    BY THE OIL RIG            )
 4  "DEEPWATER HORIZON" IN    )    SECTION "J"
    THE GULF OF MEXICO, ON    )
 5  APRIL 20, 2010            )    JUDGE BARBIER
                              )    MAG. JUDGE SHUSHAN
 6

 7       *****************************************
              ORAL AND VIDEOTAPED DEPOSITION OF
 8                     DARRELL HOLLEK
                       JUNE 22, 2011
 9       *****************************************
```

            Deposition of DARRELL HOLLEK, taken at the
Pan American Life Center, 601 Poydras Street, Room
Bayou 1/2, New Orleans, Louisiana, on the 22ND of JUNE,
2011.

**PURSUANT TO CONFIDENTIALITY ORDER**

|  |  |
|---|---|
| 1 | THE VIDEOGRAPHER: This is the 30(b)(6) |
| 2 | deposition of Darrell Hollek in regarding the oil spill |
| 3 | by the Deepwater Horizon in the Gulf of Mexico on |
| 4 | April 20th, 2010. Today is June 22nd, 2011. We are on |
| 08:32  5 | the record at 8:32, start tape 1. |
| 6 | DARRELL HOLLEK, |
| 7 | having been first duly sworn, testified as follows: |
| 8 | E X A M I N A T I O N |
| 9 | BY MR. FINEMAN: |
| 08:32 10 | Q. Good morning, Mr. Hollek, my name is Steve |
| 11 | Fineman, and I'm going to be asking you some questions |
| 12 | this morning on behalf of the Plaintiffs Steering |
| 13 | Committee, okay? |
| 14 | A. Okay. |
| 08:32 15 | Q. Have you ever been deposed before? |
| 16 | A. Yes. |
| 17 | Q. When was the last time you were deposed? |
| 18 | A. Approximately a year ago. |
| 19 | Q. Okay. It's been a little while, then, so I'm |
| 08:32 20 | going to give you some of the basic rules that we try to |
| 21 | follow in the course of the deposition, okay? |
| 22 | A. Okay. |
| 23 | Q. The first thing is I'm going to ask you a |
| 24 | series of questions. They'll call for a yes or no or a |
| 08:33 25 | narrative answer; do you understand that? |

**PURSUANT TO CONFIDENTIALITY ORDER**

```
         1   Mr. O'Donnell, who's also designated for the third
         2   subset of 7.
         3         Q.   (BY MR. FINEMAN)  It's -- it's really not a
         4   quiz.  If --
09:26    5         A.   Yeah, I know.
         6         Q.   -- if -- if you're not pre- -- if you're not
         7   comfortable testifying on behalf of the company on these
         8   subjects, you can just --
         9         A.   No, I can -- on part of that I can.
09:26   10         Q.   Okay.  Which part?
        11         A.   Well, on due diligence of BP.  I know in this
        12   case we wouldn't have really done any -- when we look at
        13   BP again, I -- I think I mentioned they were a partner,
        14   or they operate Pompano.  So we have a -- we've had a
09:26   15   long relationship with them.  And as a active driller in
        16   the Gulf of Mexico, we also know that BP's the most
        17   active driller in the Gulf of Mexico and drilled a lot
        18   of similar wells.  Pompano is only 25 miles from Macondo
        19   itself.
09:26   20              So they've won a lot of safety awards.  We've
        21   competed with them on safety awards.  So there was no
        22   reason to do any real due diligence in terms of their
        23   capabilities here.
        24         Q.   Okay.
09:26   25              THE VIDEOGRAPHER:  Five minutes left on
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1    Are you aware that there was an operate --
2 there is an operating agreement that sets out the nature
3 of the relationship between Anadarko, MOEX, and BP?
4    A.  I'm aware that we have operating agreements on
5 all of our blocks where we're participating with
6 partners.
7    Q.  Do you recall whether you ever looked at the
8 operating agreement with respect to Macondo prior to the
9 end of 2009?
10   A.  No, I wouldn't have.
11   Q.  Okay.  Have you ever looked at it?
12   A.  Rarely will I ever look at those kind of
13 documents.
14   Q.  Okay.  So with respect to the one with
15 Macondo, you don't --
16   A.  No.
17   Q.  Okay.  So earlier we talked a little bit about
18 the whole concept of -- of due diligence or
19 investigation, and I think you testified that -- that
20 you didn't do a general due diligence investigation of
21 BP?
22   A.  That's correct.
23           MS. WILMS:  Object to form.
24   Q.  (BY MR. FINEMAN)  Do you recall whether prior
25 to January of 2010 you reviewed BP's initial exploration

```
 1  plan?
 2       A.   No, we would not have.
 3       Q.   Prior to January 2010 did you review BP's Gulf
 4  of Mexico regional oil spill response plan?
 5       A.   No, we would not have.
 6       Q.   With respect to my questions about -- my
 7  question about the oil spill response plan, did An- --
 8  do you know whether Anadarko, anybody at Anadarko looked
 9  at that plan before January 2010?
10       A.   BP's plan?
11       Q.   Yep.
12       A.   No.  I actually talked to our regulatory group
13  and the person who's responsible for our plan, and they
14  two confirmed they never looked -- would have looked at
15  it.
16       Q.   Okay.  Is that normal course when you're
17  nonoperator that you don't look at such things?
18       A.   That's correct.  Each operator has to have
19  these approved through the MMS, now BOE.  And so all of
20  those things, you got to -- you got to satisfy those.
21  So they're something that you as a nonoperator would not
22  go get involved in.
23       Q.   Since the Macondo incident has Anadarko's
24  practice changed or stuck to the kinds of information it
25  reviews that's typically the responsibility of the
```

```
11:35

11:36

11:36

11:36

11:37
```

1  operator?
2          MS. WILMS:  Object to form.
3     A.   We're still trying to understand what actually
4  the rules are from BOE, and so therefore then we can try
5  to make that assessment as to what we want to be looking
6  at.  So at this point, no.
7     Q.   (BY MR. FINEMAN)  Okay.  As of January 10 --
8  January 2010 had -- had you had any discussions about
9  B -- with anybody else at Anadarko about BP's past
10 health, safety, or environmental record in connection
11 with the decision whether to get involved in Macondo?
12    A.   No.  Again, no reason to in -- in my mind in
13 that we already worked with them in this case on
14 Pompano, where we wanted a tieback, and we drove a
15 couple wells with them Casceda, and Cortez Bank, last
16 couple years so again, like I mentioned earlier, they
17 won a lot of awards there's no reason to second-guess
18 that.  They had an obligation to, you know, to work with
19 BOE in terms of making sure they satisfy all the
20 regulations.  So we would not have looked at that.
21    Q.   Okay.  So as of January 2010 did you or the
22 company have any concerns about BP's preparedness or
23 ability to deal with a blowout at Macondo?
24         MS. WILMS:  Object to form.
25    A.   No, had no reason to question that.

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1        Q.   (BY MR. FINEMAN)  As of January 2010 had you
 2   or the company engaged in any discussions internally
 3   regarding BP's ability to contain a significant oil
 4   spill?
 5        A.   No.
 6             MS. WILMS:  Object to form.
 7        A.   (Continuing)  Again, I had no reason to really
 8   worry about that.  I know their response plan has to get
 9   approved by the MMS at that point.  So we knew those had
10   to be approved for them to operate.
11        Q.   (BY MR. FINEMAN)  As of January 2010 were you
12   or anybody else at Anadarko aware of any risk assessment
13   or accident risk analysis B -- that BP had done in
14   connection with Macondo?
15        A.   No, and I typically probably wouldn't have
16   been that involved, so I did ask Todd Durkee, who is
17   manager of our drilling and completions group.  He was
18   not aware of any and asked Alan O'Donnell, who was a
19   little bit more intimately close to this the same, and
20   neither one of them were aware of anything like that.
21        Q.   Does Anadarko have any policies when it's a
22   nonoperator about asking for risk assessments or
23   accident risk analysis relating to a project?
24             MS. WILMS:  Object to form.
25        A.   No policy, and it's not our practice as well.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
11:38

11:39

11:39

11:39

11:39
```

1  We let the operator do the full risk assessment.
2       Q.   (BY MR. FINEMAN)  Okay.  I understand you let
3  them do the risk assessment, but is there any reason why
4  you would want to see such a risk assessment before
5  deciding to invest in somebody else's project?
6            MS. WILMS:  Object to form.
7       A.   You know, that takes a lot of time.  We pay
8  these companies to -- a premium to operate.  Just like
9  when we operate we do a lot of additional work.  And --
10 so, no, we trust that they'll do it.  They should be
11 good operators.
12      Q.   (BY MR. FINEMAN)  When you're the operator and
13 you have non-operating partners or non-operating
14 participants do you typically provide them with any risk
15 assessments or risk analysis -- analyses that you've
16 done?
17      A.   No.
18      Q.   We talked a little bit about MOEX.  MOEX
19 Offshore 2007, L.L.C., was the other leaseholder
20 participant in Macondo.  Do you understand that?
21      A.   Yes.
22           MS. WILMS:  Object to form.
23      Q.   (BY MR. FINEMAN)  Okay.  At the time --
24      A.   Let me just correct that.  I know MOEX was
25 involved.  The last part of that, I'm not sure.

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1       Q.   Does this change your view at all about
 2  whether or not Anadarko needed to agree to TD the
 3  well --
 4            MS. WILMS:  Object to form.
 5       Q.   (BY MR. FINEMAN)  -- in order for it to be
 6  done?
 7            MS. WILMS:  Object to form.
 8       A.   No.  I would say that's a formality in this
 9  case.  You know, we met all the objectives.  BP's
10  operating the well.  So we met the objectives of -- of
11  our deal.  So it's really their call.
12       Q.   (BY MR. FINEMAN)  So -- so you think it was
13  just -- it didn't have a meaning that --
14       A.   I don't think it mattered what I said.
15       Q.   Okay.  Okay.  And you said, Would it be best
16  to say we agree but would not be opposed to testing a
17  deeper section should they decide to.  That was -- that
18  was the direction that you were giving?
19       A.   Yes.  Again, I -- I was interested in getting
20  deeper, if we could, but that was really up to BP.  They
21  were drilling the well.  They knew whether we could or
22  couldn't.
23            MR. FINEMAN:  Okay.  Next document,
24  please.
25       Q.   (BY MR. FINEMAN)  This is 2986,
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  AE&P?
 2       A.   No, I can't.
 3       Q.   Do you know who the directors are?
 4       A.   No, not right offhand.  I -- I know I've got
 5  signature authority for those.
 6       Q.   Okay.
 7       A.   For that subsidiary.
 8       Q.   All right.  And how do you know you have
 9  signature authority?
10       A.   Because Jim Bryan has told me I do.
11       Q.   Okay.  Do you know -- and how long have you
12  had that signature authority?
13       A.   I don't recall how long that's been.
14       Q.   Okay.  Have you ever heard of the board of
15  directors of AE&P meeting or --
16            MS. WILMS:  Object to form.
17       Q.   (BY MS. FLICKINGER)  -- those kinds of
18  activities?
19            MS. WILMS:  Object to form.
20       A.   No, I have not.
21       Q.   (BY MS. FLICKINGER)  Okay.  In terms of due
22  diligence, you said that A -- APC did not go out and do
23  due diligence into health, safety, and environmental
24  matters, but they had worked with BP on other wells?
25            MS. WILMS:  Object to form.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1  A.  Correct.

2  Q.  (BY MS. FLICKINGER) Okay. And in particular,
3  in the Gulf of Mexico there were two wells that they had
4  drilled?

03:12  5       MR. BEFFA:  Form.

6  A.  I think I had mentioned Casceda and Cortez
7  Bank. But, again, we're working interest owner in
8  Pompano, and I don't recall the number of wells there,
9  but there may be 40 wells there that they drilled with
03:12 10  us as partner.

11  Q.  (BY MS. FLICKINGER) Okay. And did you have
12  the same relationship that you've described with respect
13  to Macondo with those other wells that they had drilled?

14       MS. WILMS:  Object to form.

03:12 15  A.  Can you help me with what you mean by that?

16  Q.  (BY MS. FLICKINGER) Did you -- did you ever
17  talk to them about health, safety, and environmental
18  matters on those other wells, or did you say that's the
19  responsibility of the operator?

03:13 20       MS. WILMS:  Object to form.

21  A.  Not that I recall, but I would assume we took
22  the same position. Again, they drilled a lot of wells
23  in the Gulf of Mexico, probably more than any company in
24  deepwater. They've had countless safety awards, so I
03:13 25  really didn't question that.

```
 1            I, DARRELL HOLLEK, have read the foregoing
   deposition and hereby affix my signature that same is
 2 true and correct, except as noted above.
 3
 4                    _____
                      DARRELL HOLLEK
 5
 6 STATE OF T E X A S     )
   COUNTY OF _____ )
 7
 8            Before me, _____, on
   this day personally appeared DARRELL HOLLEK, known to
 9 me, or proved to me under oath or through
   _____) (description of identity card or
10 other document)), to be the person whose name is
   subscribed to the foregoing instrument and acknowledged
11 to me that they executed the same for the purposes and
   consideration therein expressed.
12
              Given under my hand and seal of office on
13 this, the _____ day of _____, _____.
14
15
                           _____
16                         NOTARY PUBLIC IN AND FOR THE
                           STATE OF TEXAS
17
   My Commission Expires: _____
18
19
20
21
22
23
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  THE STATE OF TEXAS :
    COUNTY  OF  HARRIS :
 2
    I, PHYLLIS WALTZ, a Certified Shorthand Reporter, Texas
 3  Certified Realtime Reporter, Registered Professional
    Reporter, and Certified Realtime Reporter in and for the
 4  State of Texas, do hereby certify that the facts as
    stated by me in the caption hereto are true; that the
 5  above and foregoing answers of the witness, DARRELL
    HOLLEK, to the interrogatories as indicated were made
 6  before me by the said witness after being first duly
    sworn to testify the truth, and same were reduced to
 7  typewriting under my direction; that the above and
    foregoing deposition as set forth in typewriting is a
 8  full, true, and correct transcript of the proceedings
    had at the time of taking of said deposition.
 9
    I further certify that I am not, in any capacity, a
10  regular employee of the party in whose behalf this
    deposition is taken, nor in the regular employ of his
11  attorney; and I certify that I am not interested in the
    cause, nor of kin or counsel to either of the parties.
12
    GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this, the
13  22ND day of JUNE, 2011.
14
15
                        _____
16                      PHYLLIS WALTZ, CSR, TCRR, RPR, CRR
                        TEXAS CSR NO. 6813
17                      Expiration Date:  12/31/11
18
    Worldwide Court Reporters, Inc.
19  Firm Certification No. 223
    3000 Weslayan, Suite 235
20  Houston, Texas  77027
    (713) 572-2000
21
22
23
24
25
```

```
 1        I, DARRELL HOLLEK, have read the foregoing
   deposition and hereby affix my signature that same is
 2 true and correct, except as noted above.
 3
 4              _____
                        DARRELL HOLLEK
 5
 6 STATE OF T E X A S    )
   COUNTY OF Montgomery  )
 7
 8        Before me, Teri L. Powell            , on
   this day personally appeared DARRELL HOLLEK, known to
 9 me, or proved to me under oath or through
   Drivers License  ) (description of identity card or
10 other document)), to be the person whose name is
   subscribed to the foregoing instrument and acknowledged
11 to me that they executed the same for the purposes and
   consideration therein expressed.
12
             Given under my hand and seal of office on
13 this, the 8th day of August      , 2011.
14
15
                _____
16              NOTARY PUBLIC IN AND FOR THE
                STATE OF TEXAS
17
   My Commission Expires: 5/15/2015
18
19
20         TERI L POWELL
21         My Commission Expires
           May 15, 2015
22
23
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

# ERRATA SHEET

## DEPOSITION OF DARRELL HOLLEK
## JUNE 22, 2011

*In Re: Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico, on April 20, 2010*

| **Page** | **Line** | **Change** | **Reason** |
|---|---|---|---|
| 14 | 12 | Delete "a" | Correction |
| 16 | 9 | Change "status projects" to "status of projects" | Transcription error |
| 19 | 15 | Change "Oritz" to "Oryx" | Misspelled |
| 19 | 19 | Delete "of which" | Correction |
| 20 | 13 | Change "unto" to "into" | Misspelled |
| 22 | 21 | Change "also" to "all" | Transcription error |
| 26 | 2 | Delete "the" | Correction |
| 27 | 9 | Change "in" to "and" | Transcription error |
| 31 | 16 | Change "repair" to "prepare" | Transcription error |
| 36 | 18 | Change "Allen" to "Alan" | Misspelled |
| 44 | 1 | Change "Allen" to "Alan" | Misspelled |
| 47 | 18-19 | Change "...there when I don't know when" to "there, when I don't know, when" | Transcription error |
| 51 | 1 | Change "Boombang" to "Boomvang" | Misspelled |
| 52 | 23 | Change "Enron has" | Transcription error |

A/74453658.2

| **Page** | **Line** | **Change** | **Reason** |
|---|---|---|---|
| | | to "Amerada Hess" | |
| 59 | 14 | Change "long" to "along" | Transcription error |
| 59 | 14 | Change "are" to "had" | Correction |
| 62 | 2 | Change "operations." to "operations. . ." | Transcription error |
| 62 | 4 | Change "That" to ". . . that" | Transcription error |
| 62 | 5 | Change "interest" to "interested" | Transcription error |
| 62 | 5 | Change "Pompano." to "Pompano. . ." | Transcription error |
| 62 | 7 | Change "That" to ". . . that" | Transcription error |
| 63 | 14 | Change ", and such" to "and such," | Transcription error |
| 69 | 24 | Change "chance. You" to "chance you" | Transcription error |
| 69 | 25 | Change "billion" to "million" | Transcription error |
| 70 | 20 | Change "Pmean. We" to "Pmean we" | Transcription error |
| 70 | 21 | Change "the structure the" to "the structure. The" | Transcription error |
| 74 | 21 | Change "l" to "in" | Transcription error |
| 74 | 22 | Change "in" to "and" | Transcription error |
| 115 | 20 | Change "sort" to "sorts" | Transcription error |
| 117 | 15 | Change "will" to "we'll" | Transcription error |

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 118 | 14 | Change "economic hydrocarbons" to economic. Hydrocarbons" | Transcription error |
| 135 | 14 | Change "two" to "too" | Transcription error |
| 136 | 15 | Change "Casceda" to "Kaskida" | Misspelled |
| 143 | 5 | Change "That" to "That's" | Transcription error |
| 181 | 20-21 | Change "Gwin is" to "Gwin, he is" | Transcription error |
| 203 | 9 | Delete "and" | Correction |
| 226 | 6 | Change "Casceda" to "Kaskida" | Misspelled |
| 250 | 11 | Change "change," to "changes," | Transcription error |
| 263 | 7 | Change "was" to "wasn't" | Transcription error |

3
A/74453658.2