# Exhibit 5

To United States' Opposition to Motion *In Limine* of Defendant Anadarko Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability

# AUTHORIZATION FOR EXPENDITURE

**AFE NO:** X2-000X8
BP(GOM): YES   BP(COMX) - Exploration
BP(GOM) COST CENTER:

| | | | |
|---|---|---|---|
| DATE PREPARED: | 28-Aug-2009 | FINANCIAL MEMO NO: | GoM-SPU-FM-2009-5 |
| OPERATOR: | BP | AFE NO: | X2-000X8 |
| LEASE/UNIT/FACILITY: | OCS-G-32306 | START DATE: | 1-Oct-2009 |
| LEASE/FAC FLAC ID: | Mississippi Canyon 252 | END DATE: | 20-Dec-2009 |
| WELL DESC/NAME/NO: | MC 252 #1 | SURFACE LOCATION: | X=1,202,803  Y=10,431,617 |
| WELL FLAC: | | BOTTOM HOLE LOC: | X=1,202,803  Y=10,431,617 |
| BUSINESS UNIT: | GoMX | PRPSD TOTAL DEPTH: | 19,561' TVD SS* |
| BP, ET. AL. WORKING INTEREST: | 75.000% | COUNTY/STATE: | Offshore - GoM / LA |
| JOINT OPRTG AGRMNT NO: | | OPERATING FIELD: | Macondo - Wildcat |
| SAP COST CENTER: | | HORIZON: (formation/prospect) | Miocene |

**CAPITAL**
Project ID: X2 Exploratory Drilling
Project TYPE: 08 Capital - Exploration Authority
02 Exploration Well Costs
Component Replacement - YES

**EXPENSE**
Project ID:

**WELL TYPE INFORMATION**
Oil well
Exploratory well

**FIELD TRIAL Required**
Not A Field Trial

**COPAS Overhead Required**
Drilling

### PROJECT DESCRIPTION/COMMENTS
**Project Name: Macondo ( MC 252 #1 )**

Authority is requested to fund the drilling and evaluation of the Macondo exploration well. This well will be drilled with the Transocean "Marianas " semi-submersible in 4,992' of water. Six (6) strings of casing are planned to be run to reach TD. Also included is a contingency expandable liner, risked at 50%. Abandonment costs are also included in this AFE. The well is designed as a "keeper," and in the success case, the well will be temporarily abandoned for future completion. The well is estimated to require ~ 77 days and $96.1M to drill and temporarily abandon. *Objective Depth shall be the first to occur of the following: (a) 19,561' TVD SS, (b) a depth sufficient to encounter the first in-situ occurrence of the foraminifera Robulus L, or its stratigraphic equivalent, as encountered at 24,220' MD in the MC 696 #1 well (OCS-G 16641), or (c) an onset of pressure beyond 18,561' TVD SS that requires a new casing string to continue drilling.

| Working Interest OWNERS | Initial WI % | Final WI % | WI COST | NOTES |
|---|---|---|---|---|
| BP, et. al. | 66.667% | 75.000% | $ 64,066,987 | |
| Anadarko | 33.333% ** | 25.000% | $ 32,033,013 | **Until Objective Depth or 110% of Total Costs described herein, whichever occurs first |
| | | | $ | |
| | | | $ | |
| Total | 100% | Total 100% | Total Costs $ 96,100,000 | |

| TANGIBLE / INTANGIBLE | DESCRIPTION | ESTIMATED GROSS COST | |
|---|---|---|---|
| | | PROJECT / PRODUCER | DRY HOLE |
| INTANGIBLE | Rig MOB, prep, drill, evaluate, and abandonment costs | $ 87,457,000.00 | $ 87,457,000.00 |
| TANGIBLE | Tubular (36", 28", 22", 18", 16", 13-5/8", 11-7/8" cont. and wellhead costs | $ 8,643,000.00 | $ 8,643,000.00 |
| | TOTAL PROJECT COST | $ 96,100,000.00 | $ 96,100,000.00 |

| PROJECT CONTACTS: | NAME | TITLE | EMAIL | PHONE |
|---|---|---|---|---|
| | Mark Hafle | Drilling Engineer | mark.hafle@bp.com | 281-366-4237 |
| | Andreas M. Kraus | D&C Project Services Team Lead | andreas.m.kraus@bp.com | 281-366-4763 |

PARTNER APPROVAL: YES ✓   NO ____   DATE: 12/17/09
COMPANY NAME / NONOPERATOR: Anadarko
PRINT NAME: Shelly Strife   TITLE: VP Exploration GoM
SIGNATURE:

NOTICE TO NONOPERATOR: Costs shown are estimates only. Nonoperators should not consider these estimates as establishing any limit on the monies which will be required to perform the proposed operation. Overhead will be charged in accordance with the Joint Operating Agreement.

BP APPROVAL:   PRINT NAME
Attorney-in-Fact   Kemper Howe
SIGNATURE:
DATE: 12/17/09

Page 1 of 3


EXHIBIT # 1919
WIT: O'Donnell

**CONFIDENTIAL**   APC-SHS2A-000001082

**ACCESS RESTRICTED**



CONFIDENTIAL

ACCESS RESTRICTED

APC-SHS2A-000001083



Page 3 of 3

CONFIDENTIAL

ACCESS RESTRICTED

APC-SHS2A-000001084