# Exhibit 6

To United States' Opposition to Motion *In Limine* of Defendant Anadarko Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability

```
 1               UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3    IN RE:  OIL SPILL         )    MDL NO. 2179
      by the OIL RIG,           )
 4    DEEPWATER HORIZON in      )    SECTION "J"
      the GULF OF MEXICO,       )
 5    April 20, 2010            )    JUDGE BARBIER
                                )
 6                              )    MAG. JUDGE
                                )    SHUSHAN
 7
 8                      VOLUME 1
 9
10
11
12
13
14
15
16
17
         Deposition of MICHAEL BEIRNE, taken at
18    Pan-American Building, 601 Poydras Street,
      11th Floor, New Orleans, Louisiana, 70130, on
19    June 27, 2011.
20
21
22
23
24
25
```

```
08:35:19   1              THE VIDEOGRAPHER:  This is the
08:35:19   2       deposition of Michael Beirne, In Re: The Oil
08:35:19   3       Spill of the Oil Rig DEEPWATER HORIZON in the
08:35:39   4       Gulf of Mexico on April 20, 2010.  Today's
08:35:40   5       date is June 27th, 2011.  The time is
08:35:44   6       8:36 a.m.  We are now on the record.
08:35:45   7       Will the court reporter please swear in the
08:35:46   8       witness.
08:35:46   9                    MICHAEL BEIRNE,
08:35:46  10       having been first duly sworn, testified as
08:35:46  11       follows:
08:35:46  12                       EXAMINATION
08:35:57  13       BY MR. BRUNO:
08:35:57  14            Q.    Good morning, Mr. Beirne.  My
08:36:01  15       name is Joseph Bruno.  I represent the
08:36:03  16       plaintiffs in this deposition.
08:36:04  17            A.    Good morning.
08:36:05  18            Q.    Have you ever given a deposition
08:36:07  19       in the past?
08:36:08  20            A.    No, sir.
08:36:09  21            Q.    So this is your first time?
08:36:10  22            A.    Yes, sir.
08:36:11  23            Q.    All right.  I'm certain that
08:36:12  24       your lawyers have explained the rules, but
08:36:14  25       generally my custom is that if you need a
```

```
14:30:04   1    the drilling rig that was utilized at the
14:30:07   2    Macondo prospect?
14:30:09   3          MS. KUCHLER:  Object to the form.
14:30:11   4          A.    The only thing I -- that comes
14:30:14   5    to the top of my head would have been a
14:30:16   6    request for the contract of the HORIZON, the
14:30:22   7    contract between Transocean and BP.
14:30:28   8          Q.    (BY MS. HARVEY)  Let's keep
14:30:43   9    going through the operating agreement.  Let's
14:30:49  10    go to Article 10.
14:30:56  11          A.    Yes.
14:30:56  12          Q.    This is the article concerning
14:30:58  13    exploratory operations; is that correct?
14:31:01  14          A.    Yes, ma'am.
14:31:01  15          Q.    So at the Macondo prospect, the
14:31:04  16    initial phase was the drilling of the
14:31:06  17    exploratory well.  Is that correct?
14:31:11  18          A.    I'm sorry.  Can you repeat the
14:31:13  19    question.
14:31:13  20          Q.    The first AFE provided for the
14:31:21  21    drilling of an exploratory well; is that
14:31:24  22    right?
14:31:24  23          A.    Yes, ma'am.
14:31:25  24          Q.    So this is the article that
14:31:28  25    covers that particular AFE and that
```

```
14:31:34   1    particular operation?
14:31:36   2         A.    Yes, ma'am, to the extent of how
14:31:38   3    it can be proposed and portions of what need
14:31:42   4    to be included, yes, ma'am.
14:31:45   5         Q.    So at the time that Anadarko and
14:31:50   6    MOEX signed on to the agreement, there was
14:31:52   7    already a well plan that had been proposed by
14:31:56   8    BP; is that correct?
14:31:58   9         MS. KUCHLER:  Object to the form.
14:31:59  10         A.    When you say "well plan," are
14:32:01  11    you referring to what was attached to the --
14:32:03  12         Q.    (BY MS. HARVEY)  Yes.
14:32:04  13         A.    -- original AFE?  To that
14:32:07  14    extent, yes, ma'am.
14:32:08  15         Q.    So when they signed on to the
14:32:09  16    agreement, they were also approving of that
14:32:11  17    well plan; is that correct?
14:32:12  18         MS. KUCHLER:  Object to the form.
14:32:13  19         MR. FLANDERS:  Objection; form.
14:32:15  20         A.    Yes, ma'am.  In executing the
14:32:18  21    agreements to come into the well, including
14:32:20  22    the initial AFE, it included that well plan
14:32:23  23    that was attached.
14:32:26  24         Q.    (BY MS. HARVEY)  If prior to the
14:32:29  25    drilling of the well a party wanted to
```

```
                    SIGNATURE PAGE

        I, MICHAEL BEIRNE, have read the
   foregoing deposition and hereby affix my
   signature that same is true and correct,
   except as noted on the correction page.


                          _____
                          MICHAEL BEIRNE




   THE STATE OF                 )
   COUNTY OF                    )

        Before me _____ on this
   day personally appeared _____
   known to me [or proved to me on the oath of
   _____ or through
   _____ (description of
   identity card or other document)] to be the
   person whose name is subscribed to the
   foregoing instrument and acknowledged to me
   that he/she executed the same for the
   purposes and consideration therein expressed.
        Given under my hand and seal of office
   this _____ day of _____, 2011.


                          _____
                          NOTARY PUBLIC IN AND FOR
                          THE STATE OF


   My Commission Expires:
   _____
```