# Exhibit 7

To United States' Opposition to Motion *In Limine* of Defendant Anadarko Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability

ANADARKO PETROLEUM CORPORATION              1201 LAKE ROBBINS DRIVE • HOUSTON, TEXAS 77380
                                            P.O. BOX 1330 • HOUSTON, TEXAS 77251-1330

NICHOLAS G. HUCH
LAND - GULF OF MEXICO
PHONE: 832-636-3018
EMAIL: nick.huch@anadarko.com

**Anadarko**
Petroleum Corporation

March 30, 2010

BP Exploration & Production Inc.                    VIA FAX, EMAIL AND
200 Westlake Park Blvd.                              OVERNIGHT MAIL DELIVERY
Houston, TX  77079

Attention: Mr. Mike Beirne

**Re: Second Supplement to BP's AFE No. X2-000X8**
    **OCS-G 32306 (MC 252) No. 1 Well**
    **Macondo Prospect**
    **Gulf of Mexico**

Gentlemen,

Attached is the captioned Second Supplemental AFE to BP's AFE No. X2-000X8 in the gross amount of $27,000,000 which has been signed by Anadarko E&P and Anadarko Petroleum (collectively "Anadarko") evidencing Anadarko's election to participate with its 25% working interest in the continued drilling of the Mississippi Canyon 252 No. 1 Well to test the Macondo Prospect.

Very truly yours,

*[signature]*
Nicholas G. Huch

Enclosure (Signed Second Supplemental AFE No. X2-000X8)

EXHIBIT # 1921
WIT: O'Donnell

CONFIDENTIAL                                                          ANA-MDL-000030687



**BP Exploration & Production Inc.**
Gulf of Mexico
200 WestLake Park Boulevard
Houston, Texas 77079

**Michael J. Beirne**
*Offshore Land Negotiator*
Phone:  281.366.1634
Fax:     281.366.7569
Email: michael.beirne@bp.com

<u>VIA FACSIMILE (832-636-8059) U.S. MAIL, AND EMAIL</u>

March 29, 2010

Anadarko E&P Company LP
1201 Lake Robbins Dr.
The Woodlands, TX 77380
Attention: Jim Bryan

Anadarko Petroleum Corporation
1201 Lake Robbins Dr.
The Woodlands, TX 77380
Attention: Jim Bryan

Re:   Second Supplemental AFE #X2-000X8
      Mississippi Canyon Block 252 #1 Well
      Macondo Prospect
      OCS, Gulf of Mexico

Gentlemen:

Reference is made to that certain Macondo Prospect Offshore Deepwater Operating Agreement ("Macondo OA") dated effective October 1, 2009, as amended, among BP Exploration & Production Inc. ("BP"), MOEX Offshore 2007 LLC, Anadarko E&P Company LP ("AEP"), and Anadarko Petroleum Corporation ("APC"), covering Mississippi Canyon Block 252. Please note that capitalized terms not otherwise defined herein shall have the meanings set forth in the Macondo OA. Reference is further made to that certain original AFE #X2-000X8 dated August 28, 2009 ("Original AFE") and that certain supplemental AFE #X2-000X8 dated January 27, 2010 ("First Supplemental AFE").

Pursuant to the Macondo OA, BP, as Operator, hereby submits to each AEP and APC for their review and approval, an Exploratory Well second supplemental AFE to cover the additional costs to carry out the operations proposed and approved in the Original AFE and First Supplemental AFE for the Mississippi Canyon Block 252 #1 well. This

CONFIDENTIAL                                                                                                  ANA-MDL-000030688

second supplemental AFE in the amount of $27,000,000 U.S. dollars (gross) represents the estimated additional funds required to complete the operations approved in the Original AFE and First Supplemental AFE. With this second supplemental AFE, the total project costs are now estimated to be $151,000,000.

Please be advised that BP elects to participate in this operation as evidenced by our execution of the attached AFE.

As you are aware, the drilling rig is on location, and in accordance with Article 8.6.1 of the Macondo OA, AEP and APC must each make their Elections within forty-eight (48) hours of receipt of this AFE. Failure to respond within said period will be deemed an Election not to participate.

To signify AEP's and APC's Elections to this second supplemental AFE, please execute and return one (1) copy of the attached AFE in the designated spaces, for each AEP and APC, to my attention via facsimile at 281-366-7569.

If you have any questions, please do not hesitate to contact me

Yours truly,

Michael J. Beirne
Offshore Land Negotiator

Enclosures

CONFIDENTIAL                                                          ANA-MDL-000030689

# bp

## SECOND SUPPLEMENTAL AUTHORIZATION FOR EXPENDITURE

| Field | Value | Field | Value |
|---|---|---|---|
| SAP NO | X2-000X8 | | |
| BP(GOM) | YES BP(COMX) - Exploration | | |
| BP(GOM) COST CENTER | | | |
| DATE PREPARED: | 3/22/2010 | FINANCIAL MEMO NO: | GoM-SPU-FM-2009-57 |
| OPERATOR: | BP | AFE NO: | X2-000X8 |
| LEASE/UNIT/FACILITY: | OCS-G 32306 | START DATE: | 10/1/2009 |
| LEASE/FAC FLAG ID: | Mississippi Canyon 252 | END DATE: | 5/1/2010 |
| WELL DESC/NAME/NO: | MC 252 #1 | SURFACE LOCATION: | X=1,202,803 Y=10,431,617 |
| WELL FLAG: | | BOTTOM HOLE LOC: | X=1,202,803 Y=10,431,617 |
| BUSINESS UNIT: | COMX | PRPSD TOTAL DEPTH: | 19,561' TVD SS* |
| BP WORKING INTEREST: | 65.00% | COUNTY/STATE: | Offshore - GoM/LA |
| JOINT OPRTG AGRMNT NO: | | OPERATING FIELD: | Macondo - Wildcat |
| SAP COST CENTER: | | HORIZON: (formation/prospect) | Miocene |

**CAPITAL**
Project ID: X2 Exploratory Drilling
Project Type: 08 Capital - Exploration Authority
02 Exploration Well Costs
Component Replacement - YES

**EXPENSE**
Project ID:

**WELL TYPE - If Applicable**
Oil Well
Exploratory Well

**FIELD TRIAL - Required**
Not A Field Trial

**COPAS Overhead - Required**
Drilling

### PROJECT DESCRIPTION/COMMENTS                                    Macondo (MC252 #1)

This Second Supplemental AFE includes additional funds to finish the drilling, evaluation, and abandonment of the Macondo exploration well as provided in the Original AFE #X2-000X8 dated August 28, 2009 and first Supplemental AFE #X2-000X8 dated January 27, 2010. The first Supplemental AFE was exceeded due to unexpected lost circulation and well control events resulting in earlier than planned setting of the 16" and 13-5/8" casing strings. The well will now require both the risked contingency liner (11-7/8") and one additional contingency liner (S-7/8") to reach planned TD. Anticipated completion date is May 1, 2010.

*As provided in the Original AFE #X2-000X8 dated August 28, 2009.

| WORKING INTEREST OWNERS | Initial WI % | Final WI % | WI COST | NOTES |
|---|---|---|---|---|
| BP, et. al. | | 75.0% | $20,250,000 | |
| Anadarko E&P Company LP | | 22.5% | $6,075,000 | |
| Anadarko Petroleum Corporation | | 2.5% | $675,000 | |
| | | | $0 | |
| Total | | Total 100% | Total Costs $27,000,000 | |

| TANGIBLE / INTANGIBLE | DESCRIPTION | ESTIMATED GROSS COST | |
|---|---|---|---|
| | | PROJECT / PRODUCER | DRY HOLE |
| | Previously approved funds by Original AFE | $ 96,100,000 | |
| | Previously approved funds by first Supplemental AFE | $ 27,900,000 | |
| | Total Supplemental Amount Requested | $ 27,000,000 | |
| | TOTAL PROJECT COST | $ 151,000,000 | |

| PROJECT CONTACTS: | NAME | TITLE | EMAIL | PHONE |
|---|---|---|---|---|
| | Mark Hafle | Drilling Engineer | Mark.Hafle@bp.com | 281-366-4122 |
| | Andreas Kraus | Team Lead - Project Services | andreas.m.kraus@bp.com | 281-366-4763 |

PARTNER APPROVAL: YES ✓   NO ____   DATE: 3/30/10
COMPANY NAME / NONOPERATOR: Anadarko E&P Company LP
PRINT NAME: _____   TITLE: VP Exploration

PARTNER APPROVAL: YES ✓   NO ____   DATE: 3/30/10
COMPANY NAME / NONOPERATOR: Anadarko Petroleum Corporation
PRINT NAME: _____   TITLE: VP Exploration

NOTICE TO NONOPERATOR Cost shown are estimates only. Nonoperators should not consider these estimates as establishing any limit on the monies which will be required to perform the proposed operation. Overhead will be charged in accordance with the Joint

| ADDITIONAL APPROVALS | PRINT NAME | SIGNATURE | DATE |
|---|---|---|---|
| AFE ORIGINATOR/ORIG ENGR | Mark Hafle | | 3/26/10 |
| SR DRILLING TEAM LEADER | David Sims | | 3/28/2010 |
| HEAD OF FINANCE-EXP | Kuenhee Lim | | 3/26/2010 |
| PUL GOM EXPLORATION | Jay Thorseth | | 3-26-10 |
| VP GOM EXPLORATION | David Rainey | | 3-26-10 |
| DOA (Delegation of Authority) | Verified Yes  No | | |
| FINANCIAL TREATMENT | Verified Yes  No | | |

Form 115 Rev 11/11/05