# Exhibit 8

To United States' Opposition to Motion *In Limine* of Defendant Anadarko Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability

```
1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
2

3  IN RE:  OIL SPILL      )  MDL NO. 2179
   BY THE OIL RIG         )
4  "DEEPWATER HORIZON" IN )  SECTION "J"
   THE GULF OF MEXICO, ON )
5  APRIL 20, 2010         )  JUDGE BARBIER
                          )  MAG. JUDGE SHUSHAN
```

*****************
VOLUME 1
*****************

Deposition of Stuart C. Strife, taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 5th day of October, 2011.

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1            MR. SUMMY:  I'm ready.
 2            THE VIDEOGRAPHER:  Today is
 3  Wednesday, October 5th, 2011.  This is the
 4  deposition of Stuart Strife regarding the oil
 5  spill of the oil rig DEEPWATER HORIZON on
 6  April 20th, 2010.
 7       The time is 8:30 a.m., and we're on the
 8  record.
 9                 STUART C. STRIFE
10  was called as a witness by the Plaintiffs and,
11  being first duly sworn, testified as follows:
12                 DIRECT EXAMINATION
13  QUESTIONS BY MR. SUMMY:
14     Q.  Can you please state your full name for
15  the record?
16     A.  Stuart C. Strife.
17     Q.  Mr. Strife, my name is Scott Summy, and
18  I'm here today on behalf of the Plaintiffs
19  Steering Committee, referred to as the PSC.  Do
20  you understand that?
21     A.  Yes.
22     Q.  I want to cover a couple of deposition
23  rules with you before we get started here.
24         I'll be asking you questions, and if I
25  ask you a question you don't understand, just
```

1           MS. WILMS:  There it is.
2       Q.  (By Ms. Flickinger) 90.
3       A.  90.  Okay.
4           MS. WILMS:  Good.
5       Q.  (By Ms. Flickinger) It's a little hard to
6   make out, but let me just try to read the
7   "PROJECT DESCRIPTION..."  "This Second
8   Supplemental AFE includes additional funds to
9   finish the drilling, evaluation, and abandonment
10  of the Macondo exploration well as provided in
11  the original AFE...dated August 28th, 2009 and"
12  the "first Supplemental AFE" -- I'm skipping the
13  number -- "dated January 27th, 2010.  The first
14  Supplemental AFE was exceeded due to unexpected
15  lost circulation and well control events
16  resulting in earlier than planned setting of the
17  16" and 13-5/8" casing strings.  The well will
18  now require both the risked contingency liner
19  (11-7/8") and one additional contingency liner
20  (9-7/8") to reach" the "planned" total depth.
21  "Anticipated completion date is May 1st, 2010."
22          Did I read that correctly?
23      A.  Yes.
24      Q.  Does this indicate to you that Anadarko
25  was aware that there were lost circulation and

```
 1  well control events that required the earlier
 2  setting of a couple of the planned casings?
 3          MS. WILMS:  Object to form.
 4      A.  Yes.
 5      Q.  (By Ms. Flickinger) Okay.  And now, at
 6  the time of this writing, the Parties knew that
 7  you would have -- they would have to use
 8  contingency liners, correct?
 9          MS. WILMS:  Object to form.
10      A.  Well, I -- I think the knowledge was that
11  there could be a liner.  It was possible that
12  there could be another liner required.
13      Q.  (By Ms. Flickinger) To reach total depth?
14      A.  Yes.
15      Q.  Okay.  And is this your signature here?
16      A.  Yes.
17      Q.  On -- and it's some behalf of both the
18  Anadarko E&P Company and Anadarko Petroleum
19  Corporation, correct?
20      A.  Yes.
21      Q.  All right.  Did you also have
22  responsibilities for signing invoices?
23          MS. WILMS:  Object to form.
24      A.  Ah, I don't remember signing one invoice
25  on this well, since it was outside of our Group.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1
2          I, STUART C. STRIFE, have read the
3    foregoing deposition and hereby affix my
4    signature that same is true and correct, except
5    as noted on the attached Amendment Sheet.
6
7
                         STUART C. STRIFE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL      )   MDL NO. 2179
     BY THE OIL RIG         )
 4   "DEEPWATER HORIZON" IN )   SECTION "J"
     THE GULF OF MEXICO, ON )
 5   APRIL 20, 2010         )   JUDGE BARBIER
                            )   MAG. JUDGE SHUSHAN
 6
```

                    REPORTER'S CERTIFICATION
         TO THE ORAL AND VIDEOTAPED DEPOSITION OF
                      STUART C. STRIFE
                      OCTOBER 5, 2011
                         VOLUME 1

     I, Emanuel A. Fontana, Jr., Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

     That the witness, **STUART C. STRIFE**, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

     That the deposition transcript was submitted on _October 19_, 2011, to the witness or to Attorney _J. Robert Warren_ for the witness to examine, sign, and return to Worldwide Court Reporters, Inc., by _December 2_, 2011.

     That the amount of time used by each party at the deposition is as follows:

        Mr. Summy - 2 Hours, 1 Minute
        Ms. Flickinger - 1 Hour, 2 Minutes
        Mr. Boles - 36 Minutes
        Ms. Richard - 30 Minutes
        Ms. Wilms - 1 Minute

1      I further certify that I am neither counsel for, related to, nor employed by any of the
2  parties in the action in which this proceeding was taken, and further that I am not financially
3  or otherwise interested in the outcome of the action.
4
5      SUBSCRIBED AND SWORN to by me on this 5th day of October, 2011.
6
7
8  _____
   Emanuel A. Fontana, Jr., RPR
9     Texas CSR No. 1232
   Expiration Date: 12/31/12
10    Worldwide Court Reporters
   Firm Registration No. 223
11    3000 Weslayan, Suite 235
   Houston, Texas  77027
12    (713) 572-2000
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1
 2        I, STUART C. STRIFE, have read the
 3   foregoing deposition and hereby affix my
 4   signature that same is true and correct, except
 5   as noted on the attached Amendment Sheet.
 6
 7              _____
                       STUART C. STRIFE
 8
 9
10
...
25
```

# ERRATA SHEET

## DEPOSITION OF STUART STRIFE
### October 5, 2011

*In Re: Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico, on April 20, 2010*

| <u>Page</u> | <u>Line</u> | <u>Change</u> | <u>Reason</u> |
|---|---|---|---|
| 9 | 11 | "Alburg" to "Alburgh" | Transcription error |
| 9 | 13 | "Alburg" to "Alburgh" | Transcription error |
| 14 | 17 | "2000" to "2009"<br>"the end of" to "into" | Transcription error |
| 17 | 25 | "Drilling" to "drilling" | Transcription error |
| 18 | 1 | "Operations" to "operations" | Transcription error |
| 26 | 22 | Delete "and" | Transcription error |
| 27 | 1 | "Business Plan" to "business plan" | Transcription error |
| 32 | 3 | "Object" to "Object to form" | Transcription error |
| 36 | 20 | "Budget" to "budget" | Transcription error |
| 36 | 21 | "Budget" to "budget" | Transcription error |
| 56 | 7 | "two" to "2" | Transcription error |
| 57 | 8 | "Anadarko,"" to "Anadarko,"<br>""Assigns" to "assigns" | Transcription error |
| 57 | 9 | "of"" to "of" | Transcription error |
| 57 | 10 | ""140" to "140" | Transcription error |
| 57 | 12 | "of"" to "of"<br>""994" to "994"<br>"and"" to "and" | Transcription error |

Signature: ___*Stuart Strife*___          Dated: ___11/10/11___

A/74551230.1

Case 2:10-md-02179-CJB-DPC   Document 12462-8   Filed 03/06/14   Page 11 of 13

| | | | |
|---|---|---|---|
| 57 | 14 | "25%"" to "25%" | Transcription error |
| 60 | 2 | "Venture" to "venture" | Transcription error |
| 62 | 18 | "$139"" to "$139"<br>""which" to "which"<br>"$33"" to "$33" | Transcription error |
| 62 | 19 | ""higher" to "higher" | Transcription error |
| 62 | 21 | "(Marianas)." to "(Marianas)."" | Transcription error |
| 69 | 14 | "Joint Venture" to "joint venture" | Transcription error |
| 71 | 18 | Delete "exap" | Transcription error |
| 76 | 13 | "foraminnora" to "foraminifera" | Transcription error |
| 76 | 14 | "stratographic" to "stratigraphic" | Transcription error |
| 78 | 16 | "INC.,"" to "INC.," | Transcription error |
| 78 | 17 | ""MOEX" to "MOEX"<br>"LLC,"" to "LLC," | Transcription error |
| 78 | 18 | ""ANADARKO" to "ANADARKO"<br>"LP,"" to "LP," | Transcription error |
| 78 | 19 | ""ANADARKO" to "ANADARKO"<br>"CORPORATION,"" to "CORPORATION,"<br>"percent." to "percent."" | Transcription error |
| 85 | 25 | "mornings" to "morning's" | Transcription error |
| 86 | 1 | "13 5/8""" to "13 5/8""<br>""at" to "at"<br>"13,150""" to "13,150"" | Transcription error |

Signature: _/s/ Stuart Strife_            Dated: 11/10/11

2

A/74551230.1

| 86 | 2 | ""after" to "after" | Transcription error |
|---|---|---|---|
| 92 | 6 | "weight/"" to "weight"<br>""14.2" to "14.2" | Transcription error |
| 92 | 10 | "static"" to "static" | Transcription error |
| 92 | 11 | ""with" to "with" | Transcription error |
| 94 | 21 | "requirements"" to "requirements" | Transcription error |
| 94 | 22 | ""has" to "has" | Transcription error |
| 94 | 23 | "occurred,"" to "occurred," | Transcription error |
| 95 | 2 | "argue"" to "argue" | Transcription error |
| 95 | 3 | ""reason" to "reason" | Transcription error |
| 103 | 23 | "plate" to "play"<br>Delete "and ID" | Transcription error |
| 104 | 20 | "over viewing" to "overviewing" | Transcription error |
| 117 | 24 | Delete "nine" | Transcription error |
| 124 | 8 | "Operating Procedure" to "operating procedure" | Transcription error |
| 127 | 21 | "Weekly Monday Morning Meeting" to "weekly Monday morning meeting" | Transcription error |
| 127 | 22 | "Activity" to "activity" | Transcription error |
| 130 | 9 | "Review Meeting" to "review meeting" | Transcription error |
| 130 | 15 | Delete "it" | Transcription error |
| 131 | 16 | "Review Process" to "review process" | Transcription error |
| 134 | 21 | ""Anticipated" to "Anticipated" | Transcription error |
| 159 | 8 | "Operations" to "operations" | Transcription error |

Signature: _/s/ Stuart Strife_   Dated: _11/10/11_

| 163 | 15 | "Tracking Report" to "tracking report" | Transcription error |
| --- | --- | --- | --- |
| 169 | 16 | "Operations" to "operations" | Transcription error |
| 172 | 9 | Delete "--" | Transcription error |
| 172 | 10 | Delete "nee" | Transcription error |
| 175 | 9 | "problem" to "prospect" | Transcription error |

Signature: _Stuart Strife_    Dated: 11/10/11