# Exhibit 9

To United States' Opposition to Motion *In Limine* of Defendant Anadarko Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability

ANADARKO PETROLEUM CORPORATION   1201 LAKE ROBBINS DRIVE • HOUSTON, TEXAS 77380
P.O. BOX 1330 • HOUSTON, TEXAS 77251-1330

Nicholas G. Huch
Land - Gulf of Mexico
Phone: 832-636-3918
Email: nick.huch@anadarko.com



April 15, 2010

VIA FAX, EMAIL AND
OVERNIGHT MAIL DELIVERY

BP Exploration & Production Inc.
200 Westlake Park Blvd.
Houston, TX  77079

Attention:  Ms. Aimee Patel

Re: BP's AFE No. GOM-SPU-AFE-2010-31
Proposal to set Production Casing
OCS-G 32306 (MC 252) No. 1 Well
Macondo Prospect
Gulf of Mexico

Gentlemen,

Attached are duplicates of the captioned AFE in the gross amount of $3,500,000, one that has been signed by Anadarko E&P Company LP and one that has been signed by Anadarko Petroleum Corporation (collectively "Anadarko"), evidencing Anadarko's agreement to participate with its combined 25% working interest in setting of production casing in the captioned well as described in the AFE.

Very truly yours,

Nicholas G. Huch

Enclosure (BP's AFE No. GOM-SPU-AFE-2010-310X8, one signed by Anadarko E&P and one
            signed by Anadarko Petroleum)

EXHIBIT # 1922
WIT: O'Donnell

CONFIDENTIAL                                                                                      ANA-MDL-000030726

# AUTHORIZATION FOR EXPENDITURE

| | |
|---|---|
| SAP NO: | |
| BP(GOM) | YES  BP(GOM)E&P - Dev/Production |
| BP(COM) COST CENTER | 1000437186 |

| | | | |
|---|---|---|---|
| DATE PREPARED: | 14-Apr-2010 | FINANCIAL MEMO NO: | GoM-SPU-FM-2008-180 |
| OPERATOR: | BP | AFE NO: | GoM-SPU-AFE-2010-31 |
| LEASE/UNIT/FACILITY: | Pompano | START DATE: | 16-Apr-2010 |
| LEASE/FAC FLAC ID: | | END DATE: | 21-Apr-2010 |
| WELL DESC/NAME/NO: | Macondo | SURFACE LOCATION: | x = 1,202,803 Y = 10,431,617 |
| WELL FLAC: | | BOTTOM HOLE LOC: | x = 1,202,803 Y = 10,431,617 |
| BUSINESS UNIT: | GoM SPU | PRPSD TOTAL DEPTH: | 18360' |
| BP WORKING INTEREST: | | COUNTY/STATE: | US / Louisiana |
| JOINT OPRTG AGRMNT NO: | | OPERATING FIELD: | Pompano |
| SAP COST CENTER: | 1000318482 | HORIZON: (formation/prospect) | Miocene, M56 |

**CAPITAL**

| | |
|---|---|
| Project ID: | X.5 - Development Drilling |
| Project TYPE | AW - Capital-Dev Drill&Completion (Reser Add) |
| ESP COMPONENT | 06 - Development Wells |
| REPLACEMENT Association | Component Replacement - DD |

**EXPENSE**

| | |
|---|---|
| Project ID: | ( Select One ) |

**WELL TYPE - If Applicable**
Oil Well
Development Well
Single Completion

**FIELD TRIAL - Required**
Not A Field Trial

**COPAS Overhead - Required**
Drilling

### PROJECT DESCRIPTION/COMMENTS

Project Name: Macondo Production Casing and LDS Installation

Authority is requested to fund the 9-7/8" x 7" production casing, casing hanger, cement, casing accesories, LDS (Lock down sleeve) and installation of LDS on the Macondo (MC 252#1) well. The plan is to temporarily abandoned the well following this casing string for a future completion operation. All casing installation intangible time and cost is covered under the dryhole AFE for the exploration well (as part of the temporary abandonment operations)

| WORKING INTEREST OWNERS | Initial WI % | Final WI % | WI COST | NOTES |
|---|---|---|---|---|
| BP | 65.000% | 65.100% | $2,275,000 | |
| MOEX | 10.000% | 10.100% | $350,000 | |
| Anadarko E&P Co LP | 22.500% | 22.500% | $787,500 | |
| Anadarko Petroleum Corp | 2.500% | 2.500% | $87,500 | |
| Total | 100% Total | 100% Total Costs | $3,500,000 | |

| TANGIBLE / INTANGIBLE | DESCRIPTION | ESTIMATED GROSS COST | |
|---|---|---|---|
| | | PROJECT / PRODUCER | DRY HOLE |
| Tangible | 9-7/8", 62.8# x 7", 32#, Q-125 casing, hanger, LDS centralizer subs and float equipment | $1,700,000 | |
| Intangible | Cement for 9-7/8" x 7" casing, 2 days installation time for LDS | $1,800,000 | |
| | TOTAL PROJECT COST | $3,500,000 | $0 |

| PROJECT CONTACTS: | NAME | TITLE | EMAIL | PHONE |
|---|---|---|---|---|
| | Mark Hafle | Drilling Engineer | mark.hafle@bp.com | 281-366-4737 |
| | Andreas M. Kraus | D&C Project Services Team Lead | andreas.m.kraus@bp.com | 281-366-4763 |

PARTNER APPROVAL: YES ✓ NO ___ DATE: 4/15/10
COMPANY NAME / NONOPERATOR: Anadarko E&P Company LP
PRINT NAME: R. Alan O'Donnell  TITLE: VP - Eastern GoM
SIGNATURE: R. Al O'Donnell

NOTICE TO NONOPERATOR: Costs shown are estimates only. Nonoperators should not consider these estimates as establishing any limit on the monies which will be required to perform the proposed operation. Overhead will be charged in accordance with the Joint Operating Agreement

| ADDITIONAL APPROVALS | PRINT NAME | SIGNATURE | DATE |
|---|---|---|---|
| AFE ORIGINATOR | Mark Hafle | | |
| C&A DRLG TEAM LEADER | David Sims | | |
| COMMERCIAL TEAM LEAD | Maureen Cumucio | | |
| GOM PROD. ASSET MANAGER | Dawn Allen | | |

| | | | | |
|---|---|---|---|---|
| DOA (Delegation of Authority) | Verified | Yes ___ | No ___ | Initial: ___ |
| FINANCIAL TREATMENT | Verified | Yes ___ | No ___ | Initial: ___ |
| Form 115 Rev 5-29-07 | | | | |

CONFIDENTIAL                                                                                                                                          ANA-MDL-000030727

# AUTHORIZATION FOR EXPENDITURE

| Field | Value | Field | Value |
|---|---|---|---|
| DATE PREPARED: | 14-Apr-2010 | FINANCIAL MEMO NO: | GoM-SPU-FM-2009-100 |
| OPERATOR: | BP | AFE NO: | GoM-SPU-AFE-2010-31 |
| LEASE/UNIT/FACILITY: | Pompano | START DATE: | 15-Apr-2010 |
| LEASE/FAC FLAC ID: | | END DATE: | 21-Apr-2010 |
| WELL DESC/NAME/NO: | Macondo | SURFACE LOCATION: | x = 1,202,803 Y = 10,431,617 |
| WELL FLAC: | | BOTTOM HOLE LOC: | x = 1,202,803 Y = 10,431,617 |
| BUSINESS UNIT: | GoM SPU | PRPSD TOTAL DEPTH: | 18360' |
| BP WORKING INTEREST: | | COUNTY/STATE: | US / Louisiana |
| JOINT OPRTG AGRMNT NO: | | OPERATING FIELD: | Pompano |
| SAP COST CENTER: | 1000310482 | HORIZON: (formation/prospect) | Miocene, M56 |

**SAP NO:**
SP(GOM): YES  SP(GOM)D&P  Dev/Production
SP(GOM) COST CENTER: 1000437186

**CAPITAL**
Project No: XS Development Drilling
Project Type: AW Capital-Dev Drill/Completion (Reve Add)
ESP COMPONENT: 06 Development Wells
REPLACEMENT ACCOUNTING: Component Replacement - NO

**EXPENSE**
Expense ID: { select One }

**WELL TYPE - If Applicable**
Oil Well
Development Well
Single Completion

**FIELD TRIAL - Required**
Not A Field Trial

**COPAS Overhead - Required**
Drilling

## PROJECT DESCRIPTION/COMMENTS

Project Name: Macondo Production Casing and LDS Installation

Authority is requested to fund the 9-7/8" x 7" production casing, casing hanger, cement casing accesories, LDS (Lock down sleeve) and installation of LDS on the Macondo (MC 252#1) well. The plan is to temporary abandoned the well following this casing string for a future completion operation. All casing installation intangible time and cost is covered under the dryhole AFE for the exploration well (as part of the temporary abandonment operations).

| WORKING INTEREST OWNERS | Initial WI % | Final WI % | WI COST | NOTES |
|---|---|---|---|---|
| BP | 65.000% | 65.000% | $2,275,000 | |
| MOEX | 10.000% | 10.000% | $350,000 | |
| Anadarko E&P Co LP | 22.500% | 22.500% | $787,500 | |
| Anadarko Petroleum Corp | 2.500% | 2.500% | $87,500 | |
| Total | 100% | Total 100% | Total Costs: $3,500,000 | |

| TANGIBLE / INTANGIBLE | DESCRIPTION | ESTIMATED GROSS COST | |
|---|---|---|---|
| | | PROJECT / PRODUCER | DRY HOLE |
| Tangible | 9-7/8", 62.8# x 7", 32#, Q-125 casing, hanger, LDS, centralizer subs and float equipment | $1,700,000 | |
| Intangible | Cement for 9-7/8" x 7" casing, 2 days installation time for LDS | $1,800,000 | |
| | TOTAL PROJECT COST | $3,500,000 | $0 |

**PROJECT CONTACTS:**

| NAME | TITLE | EMAIL | PHONE |
|---|---|---|---|
| Mark Hafle | Drilling Engineer | mark.hafle@bp.com | 281-366-4237 |
| Andreas M. Kraus | D&C Project Services Team Lead | andreas.m.kraus@bp.com | 281-366-4763 |

**PARTNER APPROVAL:** YES ☑  NO ____  DATE 4/16/10
COMPANY NAME / NONOPERATOR: Anadarko Petroleum Corporation
PRINT NAME: R. Alan O'Donnell  TITLE: GM - Eastern GoM
SIGNATURE: R. Alan O'Donnell

NOTICE TO NONOPERATOR: Costs shown are estimates only. Nonoperators should not consider these estimates as establishing any limit on the monies which will be required to perform the proposed operation. Overhead will be charged in accordance with the Joint Operating Agreement.

**ADDITIONAL APPROVALS:**

| | PRINT NAME | SIGNATURE | DATE |
|---|---|---|---|
| AFE ORIGINATOR: | Mark Hafle | | |
| E&A DRLG TEAM LEADER: | David Sims | | |
| COMMERCIAL TEAM LEAD: | Maurice Cumucio | | |
| GoM PROD. ASSET MANAGER: | Dawn Allen | | |

| | | | Initial: | |
|---|---|---|---|---|
| DOA (Delegation of Authority) | Verified | Yes ___ No ___ | Initial: | |
| FINANCIAL TREATMENT | Verified | Yes ___ No ___ | Initial: | |

Form 115 Rev. 5-29-07

CONFIDENTIAL                                                                    ANA-MDL-000030728