# Exhibit 10

To United States' Opposition to Motion *In Limine* of Defendant Anadarko Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability

From: Beirne, Michael
Sent: Wed Apr 14 20:19:05 2010
To: Ritchie, Bryan; Bondurant, Charles H; Guide, John; Hafle, Mark E; Bodek, Robert; Morel, Brian P; Cocales, Brett W; Walz, Gregory S; Bellow, Jonathan M
Cc: Howe, Kemper; Patel, Aimee; Reiter, Doris
Subject: Macondo JOA Obligations
Importance: Normal

All:
Wanted to send a note to the group to clarify the forward plan at Macondo and ensure everyone is aware of our obligations under the JOA which are as follows:
1) Complete the evaluation program as outlined in the original AFE.
2) Upon completion of the evaluation program and delivery of all results, submit a subsequent operation AFE.
    a) Production Casing AFE: We will need to create an updated AFE (already talked with Mark on this) and submit to co-owners who will have a 48 hour election period (from receipt). We need to be sure we have co-owner approval prior to initiating this operation. We have been trying to get agreement from co-owners prior to officially issuing the AFE to avoid any standby time.
3) Assuming we get approval to set production casing and complete the operation, my understanding is we will proceed to TA the well. This will require approval from the co-owners. The co-owners will have the option (as will BP) to submit AFE's to further evaluate, sidetrack, deepen, ect. prior to TA. We should be communicating with them to avoid any surprises.
I have had verbal conversations with both Anadarko and MOEX who both appear to be onboard with BP's forward plan at the moment.
I will be out of the office until Monday during such time Aimee Patel will be covering. Please contact Aimee with any questions or concerns.
Thanks,
**Michael J. Beirne**
Offshore Land Negotiator
**BP Exploration & Production Inc.**
Gulf of Mexico
200 WestLake Park Blvd.
Houston, TX 77079
Direct 281-366-1634
Mobile 713-553-6060
Fax 281-366-7569
michael.beirne@bp.com


2855
Exhibit No. _____
Worldwide Court Reporters, Inc.

TREX-02855

BP-HZN-2179MDL00010635
BPD109-010635