# Exhibit 11

To United States' Opposition to Motion *In Limine* of Defendant Anadarko Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability

| | |
|---|---|
| **To:** | Hollek, Darrell[Darrell.Hollek@anadarko.com]; Strife, Stuart[Stuart.Strife@anadarko.com] |
| **From:** | Peyton, Dawn |
| **Sent:** | Mon 11/30/2009 9:19:11 PM |
| **Importance:** | Normal |
| **Sensitivity:** | None |
| **Subject:** | Macondo Economics |
| **Categories:** | urn:content-classes:message |

<u>**Macondo Ecos 11-30-09.ppt**</u>


Darrell and Stuart,

I've included both pre-RCT and post-RCT economics for you to compare.
Let me know if you have any questions.


Thanks,
***Dawn W. Peyton***
**Anadarko Petroleum**
Worldwide Deepwater Operations
Office: (832) 636-1747
Cell: (985) 290-8390

2692
Exhibit No. Hollek
Worldwide Court Reporters, Inc.

CONFIDENTIAL

ANA-MDL-000036772

# Macondo Ecos
# 11-30-09

CONFIDENTIAL REDACTED ANA-MDL-000036773

# Pre - RCT

CONFIDENTIAL REDACTED

## Pre RCT

| EXPLORATION PROSPECT Chance Success | Ratings ( 0.00-1.00 ) |
|---|---|
| **SOURCE COMPONENTS** | Confidence of P99 Reserves: 2.44 MMBO |
| Quantity/Volume (include Monetizable Product) | 1.00 |
| Quality/Richness | |
| Maturation | |
| MINIMUM FACTOR | 1.00 |
| **TIMING/ MIGRATION COMPONENTS** | Confidence of P99 Reserves: 2.44 MMBO |
| Timing of Closure / Trap | 0.90 |
| Timing of Expulsion | |
| Effective Migration Pathway | |
| MINIMUM FACTOR | 0.90 |
| **RESERVOIR COMPONENTS** | Confidence of P90 NetPay: 25 Feet |
| Presence | |
| Quality | 0.78 |
| Reservoir Performance | |
| MINIMUM FACTOR | 0.78 |
| **CLOSURE COMPONENTS** | Confidence of P90 Area: 1002.238 Acres |
| Map Reliability & Control | 1.00 |
| Presence | |
| Data Quality | |
| MINIMUM FACTOR | 1.00 |
| **CONTAINMENT COMPONENTS** | Confidence of P99 Reserves: 2.44 MMBO |
| Top / Base Seal Effectiveness | |
| Lateral Seal Effectiveness | 0.95 |
| Preservation from Spillage or Depletion | |
| Preservation from Degradation | |
| MINIMUM FACTOR | 0.95 |
| EXPLORATION PROSPECT Chance of Success (components) | 66.7% |
| EXPLORATION PROSPECT Chance of Success OVERRIDE | |
| **FINAL Chance of Success** | 66.7% |

CONFIDENTIAL REDACTED ANA-MDL-000036775

# Pre RCT



## Reserves
Macondo, MM7, NA - WW DW OPS, 13-Aug-2009

**Simulation Settings** — Mode: EXPLORATION PROSPECT — Notes

| | Original in Place | | Prospective Undiscovered Recoverable Reserves | | | | | Above Commercial Threshold (MCFS=25.00 MMBO Tot HC Oil equiv) | Above Economic Threshold (Option is OFF) |
|---|---|---|---|---|---|---|---|---|---|
| | | | Liquids | | Sales Gas | | Total Geologic Pre-Drill | | |
| | Oil | Gas | Oil | Total Cond | Non-Assoc | Soln | | | |
| | MMBO | BCF | MMBO | MMBO | BCF | BCF | MMBOE | MMBOE | MMBOE |
| P99 | 20.69 | 0.00 | 2.12 | 0.00 | 0.00 | 1.91 | 2.44 | 25.50 | NA |
| P90 | | | | | | | 3.75 | 28.38 | |
| Mode | 57.59 | 0.00 | 12.69 | 0.00 | 0.00 | 11.44 | 14.60 | 29.29 | NA |
| P50 | 116.25 | 0.00 | 31.74 | 0.00 | 0.00 | 27.88 | 36.38 | 61.89 | NA |
| Mean (P99->P1) | 175.78 | 0.00 | 62.69 | 0.00 | 0.00 | 56.01 | 60.36 | 87.49 | NA |
| P10 | | | | | | | 151.12 | 186.90 | |
| P1 | 1259.56 | 0.00 | 422.60 | 0.00 | 0.00 | 386.70 | 487.05 | 591.22 | NA |

Current settings...
Estimating method:
VOLUMETRIC (Area X Net Pay X HC Yield)
Intermediate Simulation: 5000 Iterations
Resources Simulation: 5000 Iterations
Truncations:
 Input= 0.00/1.00
 Output= 0.00/1.00
Complex Trap option OFF
Area-Pay correlation= 0
Raw Gas Surface Loss: NONE
Percentile Sorting: HC Equiv only

Chance of Success >>

| | Pg- Chance of Geologic Success (>=Ab Min reserve) | Pc- Chance of Commercial Success (>=MCFS) | Pe- Chance of Economic Success (>=MEFS) (Option is OFF) |
|---|---|---|---|
| | 66.7% | 41.9% | NA |

Simulation P10/P90 Ratio=17 versus
Predicted Uncertainty Type is Trend: 10 - 120

In this product, the term 'reserves' denotes PROSPECTIVE RESOURCES, or the ultimate recoverable resources that will be produced should this prospect become a field. It does not conform to the definition of 'proven reserves' provided by the U.S. Security and Exchange Commission.

— Economic reserves MMBOE
— Commercial reserves MMBOE
— Geologic reserves MMBOE
---------- Threshold reserve component MMBOE
· In-place reserves MMBOE

CONFIDENTIAL    REDACTED    ANA-MDL-000036776

# MACONDO ECONOMICS

REDACTED



### DEVELOPMENT MILESTONES

**INVESTMENT**

| | Initial Drilling | |
|---|---|---|
| 12-2009 | Exploration Well | 130.0 MM$ |
| 03-2010 | Drill Appraisal Well | 50.0 MM$ |
| | **Facility** | |
| 04-2010 | 22 Mile Tieback to Pompano | 500.0 MM$ |
| | **Completions** | |
| 08-2011 | Complete Exploration Well | 50.0 MM$ |
| 10-2011 | Complete Appraisal Well | 50.0 MM$ |
| | **Additional D & C if req'd** | |
| 06-2014 | Drill Development Well - 3rd well | 50.0 MM$ |
| 09-2014 | Complete Development Well - 2nd well | 50.0 MM$ |



Macondo Rate vs Time (P10, P50, P90)



### Resource Estimate MACONDO

REDACTED

CONFIDENTIAL    REDACTED    ANA-MDL-000036777



# GOM Exploration Opportunities
## Risked Economics REDACTED

CONFIDENTIAL   REDACTED   ANA-MDL-000036778

# Post - RCT

CONFIDENTIAL REDACTED ANA-MDL-000036779

## Post RCT

| EXPLORATION PROSPECT Chance Success | Ratings ( 0.00-1.00 ) |
|---|---|
| **SOURCE COMPONENTS** | Confidence of P99 Reserves: 2.71 MMBO |
| Quantity/Volume (include Monetizable Product) | 1.00 |
| Quality/Richness | |
| Maturation | |
| MINIMUM FACTOR | 1.00 |
| **TIMING/ MIGRATION COMPONENTS** | Confidence of P99 Reserves: 2.71 MMBO |
| Timing of Closure / Trap | 1.00 |
| Timing of Expulsion | |
| Effective Migration Pathway | |
| MINIMUM FACTOR | 1.00 |
| **RESERVOIR COMPONENTS** | Confidence of P90 NetPay: 27.74 Feet |
| Presence | |
| Quality | 0.80 |
| Reservoir Performance | |
| MINIMUM FACTOR | 0.80 |
| **CLOSURE COMPONENTS** | Confidence of P90 Area: 1002.238 Acres |
| Map Reliability & Control | 1.00 |
| Presence | |
| Data Quality | |
| MINIMUM FACTOR | 1.00 |
| **CONTAINMENT COMPONENTS** | Confidence of P99 Reserves: 2.71 MMBO |
| Top / Base Seal Effectiveness | |
| Lateral Seal Effectiveness | 0.95 |
| Preservation from Spillage or Depletion | |
| Preservation from Degradation | |
| MINIMUM FACTOR | 0.95 |
| EXPLORATION PROSPECT Chance of Success (components) | 76.0% |
| EXPLORATION PROSPECT Chance of Success OVERRIDE | |
| FINAL Chance of Success | 76.0% |

## Post RCT



**Reserves** — Macondo, MM7, NA - WW DW OPS, 22-Oct-2009

Simulation Settings — Mode: EXPLORATION PROSPECT — Notes

| | Original In Place | | Prospective Undiscovered Recoverable Reserves | | | | | Above Commercial Threshold (MCFS=25.00) MMBO Tot HC Oil equiv) | Above Economic Threshold (Option is OFF) |
|---|---|---|---|---|---|---|---|---|---|
| | Oil | Gas | Liquids Oil | Total Cond | Sales Gas Non-Assoc | Soln | Total Geologic Pre-Drill | | |
| | MMBO | BCF | MMBO | MMBO | BCF | BCF | MMBOE | MMBOE | MMBOE |
| P99 | 23.65 | 0.00 | 2.37 | 0.00 | 0.00 | 2.05 | 2.71 | 25.56 | NA |
| Mode | 77.91 | 0.00 | 17.62 | 0.00 | 0.00 | 15.94 | 20.28 | 31.17 | NA |
| P50 | 129.99 | 0.00 | 39.91 | 0.00 | 0.00 | 35.01 | 45.75 | 72.13 | NA |
| Mean (P99->P1) | 236.12 | 0.00 | 70.71 | 0.00 | 0.00 | 61.78 | 81.01 | 109.74 | NA |
| P1 | 1818.96 | 0.00 | 617.23 | 0.00 | 0.00 | 577.73 | 713.52 | 814.43 | NA |

Current settings...
Estimating method:
VOLUMETRIC (Area X Net Pay X HC Yield)
Intermediate Simulation: 5000 Iterations
Resources Simulation: 5000 Iterations
Truncations:
 Input= 0.00/1.00
 Output= 0.00/1.00
Complex Trap option OFF
Area-Pay correlation= 0
Raw Gas Surface Loss: NONE
Percentile Sorting: HC Equiv only

Chance of Success >>

| | Pg- Chance of Geologic Success (>=Ab Min reserve) | Pc- Chance of Commercial Success (>=MCFS) | Pe- Chance of Economic Success (>=MEFS) (Option is OFF) |
|---|---|---|---|
| | 76.0% | 52.8% | NA |

Simulation P10/P90 Ratio=21 versus
Predicted Uncertainty Type is Trend: 10 - 120

In this product, the term 'reserves' denotes PROSPECTIVE RESOURCES, or the ultimate recoverable resources that will be produced should this prospect become a field. It does not conform to the definition of 'proven reserves' provided by the U.S. Security and Exchange Commission.

Legend:
— Economic reserves MMBOE
— Commercial reserves MMBOE
— Geologic reserves MMBOE
---- Threshold reserve component MMBOE
• In-place reserves MMBOE

CONFIDENTIAL — REDACTED — ANA-MDL-000036781

# MACONDO ECONOMICS

REDACTED

### INVESTMENT

**Initial Drilling**
| | | |
|---|---|---|
| 12-2009 | Exploration Well | 130.0 MM$ |
| 02-2010 | Appraisal Well | 50.0 MM$ |

**Facility**
| | | |
|---|---|---|
| 04-2010 | 22 Mile Tieback to Pompano | 500.0 MM$ |

**Completions**
| | | |
|---|---|---|
| 08-2011 | Complete Exploration Well | 50.0 MM$ |
| 10-2011 | Complete Appraisal Well | 50.0 MM$ |

**Additional D & C if req'd**
| | | |
|---|---|---|
| 06-2014 | Drill Development Well - 3rd well | 50.0 MM$ |
| 09-2014 | Complete Development Well - 2nd well | 50.0 MM$ |



Macondo Rate vs Time



Resource Estimate MACONDO

REDACTED



GOM Exploration Opportunities
Risked Economics REDACTED

CONFIDENTIAL     REDACTED     ANA-MDL-000036783