# Exhibit 12

To United States' Opposition to Motion *In Limine* of Defendant Anadarko Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability

To: Watson, Pat[Pat.Watson@anadarko.com]; Durkee, Todd[Todd.Durkee@anadarko.com]; Bump, David[David.Bump@anadarko.com]
Cc: Huch, Nick[Nick.Huch@anadarko.com]
From: Hollek, Darrell
Sent: Wed 12/2/2009 6:59:49 PM
Importance: Normal
Sensitivity: None
Subject: RE: Macondo
Categories: urn:content-classes:message

No problem. Not in a huge hurry to execute but at least need to notify BP of our plan forward. Tomorrow is plenty enough time to discuss. Hope you feel better and don't feel like you need to come in if you are still feeling bad. No one else needs to catch it.

-----Original Message-----
From: Watson, Pat
Sent: Wednesday, December 02, 2009 12:49 PM
To: Durkee, Todd; Hollek, Darrell; Bump, David; Watson, Pat
Cc: Huch, Nick
Subject: RE: Macondo

I am but should be in tomorrow. I will get the information by tomorrow morning.

-----Original Message-----
From: Durkee, Todd <Todd.Durkee@anadarko.com>
Sent: Wednesday, December 02, 2009 12:23 PM
To: Hollek, Darrell <Darrell.Hollek@anadarko.com>; Bump, David <David.Bump@anadarko.com>; Watson, Pat <Pat.Watson@anadarko.com>
Cc: Huch, Nick <Nick.Huch@anadarko.com>
Subject: Re: Macondo

It is my understanding that Pat is out sick today.

Todd Durkee
281-639-3463

---

From: Hollek, Darrell
To: Durkee, Todd; Bump, David; Watson, Pat
Cc: Huch, Nick
Sent: Wed Dec 02 11:10:53 2009
Subject: Macondo

Per our discussion today, we will need Pat to do some due diligence with Transocean and BP prior to us making a commitment to participate in Macondo. When Pat gets in let's discuss. Nick Huch is coordinating our discussions with BP.

2693
Exhibit No. Hollek
Worldwide Court Reporters, Inc.

CONFIDENTIAL

ANA-MDL-000036820