# Exhibit 15

To United States' Opposition to Motion *In Limine* of Defendant Anadarko Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability

# Exhibit 15a

**To:** Folger, Derek[Derek.Folger@anadarko.com]
**Cc:** Pfister, Mike[Mike.Pfister@anadarko.com]; Nichols, Josh[Josh.Nichols@anadarko.com]
**From:** Quitzau, Robert
**Sent:** Tue 3/23/2010 12:12:46 PM
**Importance:** Normal
**Sensitivity:** None
**Subject:** RE: Macondo
**Categories:** urn:content-classes:message

MC 252 5 Macondo well plan update 100322.pdf

Good Morning Derek,
BP got an excellent shoe test on their 13-5/8" liner on Macondo. If no weak zones are encountered, they have a chance of staying with their original casing size program to reach the objectives.

Bob

---

**From:** Folger, Derek
**Sent:** Friday, March 19, 2010 8:23 AM
**To:** Quitzau, Robert
**Subject:** RE: Macondo

Thank you for the update, Robert.
Also, do you know which direction they kicked-off the bypass?

---

**From:** Quitzau, Robert
**Sent:** Thursday, March 18, 2010 12:39 PM
**To:** Nichols, Josh; Folger, Derek
**Subject:** RE: Macondo

Hello Derek,
I am taking over for Josh on the Macondo well.

This morning it appears that BP has gotten bypassed off of the cement plug below 11615'. They list their sidetrack depth as 11,700' on the morning report. By 11796' MD they had achieved 3.15 deg inclination with 80%+ shale in the cuttings.

I have not established direct contact w BP, but my guess is they will deviate a safe distance from the old borehole and drop to vertical to continue drilling.

I am still evaluating the previous drilling problems to see how far they can expect to drill before setting 13-5/8" casing.

More later,
Bob Quitzau

EXHIBIT # 2624
WIT: Quitzau

---

**From:** Nichols, Josh
**Sent:** Thursday, March 18, 2010 8:57 AM
**To:** Folger, Derek
**Cc:** Quitzau, Robert
**Subject:** Re: Macondo

Bob,

Can you please reply to Derek?

Derek/Forrest,

Bob Quitzau is taking over this well.

Thanks,

Josh

---

**From**: Folger, Derek
**To**: Nichols, Josh
**Sent**: Thu Mar 18 08:38:22 2010
**Subject**: RE: Macondo

Hey Josh. Can I get an update on Macondo? I've been out of town for a while. I talked to Forrest and he filled me in on all the issues. I see where bypassing. Do you have depth of bypass, estimated time frame, ETC.?

---

**From:** Nichols, Josh
**Sent:** Thursday, February 25, 2010 7:16 AM
**To:** Burton, Forrest
**Cc:** Folger, Derek; Chapman, Sara
**Subject:** RE: Macondo

Sure I just needed the names.

After looking at this morning's report, it looks like the well is still under control and they are not losing any more mud. They got out of the hole with no additional loses and they have now tripped back in with a cleanout BHA and they are testing BOP's.

They did mention that they have identified the lost zone as being in the open hole in a calcareous shale or marly section from 9050-9230', rather than the shoe being broken down.

The current plan is to stage in with this cleanout BHA and get all of the squeeze pills cleaned out in the casing and open hole and then cleanout to bottom and prepare to run 16" casing.

If you have any questions or have additional information, please let me know.

---

**From:** Burton, Forrest
**Sent:** Thursday, February 25, 2010 6:46 AM
**To:** Nichols, Josh
**Cc:** Folger, Derek
**Subject:** Macondo

Hi Josh,

Any chance you can get that drilling summary to us this morning?

Thanks,

**Forrest Burton**
<< OLE Object: Picture (Metafile) >>
Deepwater Gulf of Mexico Exploration
832-636-2967 (o) / 832-721-4858 (c)
forrest.burton@anadarko.com




3/23/2010 7:04 AM

# Exhibit 15b

**To:** Chandler, Paul[Paul.Chandler@anadarko.com]; Folger, Derek[Derek.Folger@anadarko.com]; O'Donnell, Alan[Alan.ODonnell@anadarko.com]
**Cc:** Pfister, Mike[Mike.Pfister@anadarko.com]
**From:** Quitzau, Robert
**Sent:** Tue 3/30/2010 12:20:35 PM
**Importance:** Normal
**Sensitivity:** None
**Subject:** Macondo Update
**Categories:** urn:content-classes:message

MC 252 5 Macondo well plan update 100330.pdf

Updated well profile attached.

They reached the 9-7/8" liner depth. With a good 9-7/8" shoe test, hopefully they will reach the objectives in the next hole section.

Bob Quitzau

Drilling Consultant - Anadarko Petroleum Corporation
office 832-636-1551
mobile 281-380-1298

EXHIBIT # 2627
WIT: Quitzau




3/30/2010 7:17 AM

# Exhibit 15c

**To:** Chandler, Paul[Paul.Chandler@anadarko.com]; Folger, Derek[Derek.Folger@anadarko.com]; O'Donnell, Alan[Alan.ODonnell@anadarko.com]
**Cc:** Pfister, Mike[Mike.Pfister@anadarko.com]
**From:** Quitzau, Robert
**Sent:** Sat 4/3/2010 2:15:08 PM
**Importance:** Normal
**Sensitivity:** None
**Subject:** Macondo Update
**Categories:** urn:content-classes:message

MC 252 5 Macondo well plan update 100402.pdf

BP got another very good shoe test for their 9-7/8" liner (15.98 ppg FIT).

They drilled w 14.5 ppg MW to 17750' MD. They hit a sand @ 17700' with promising looking resistivity and started taking some mud losses. They then experienced gains with their pumps off @ 17750'.

As of 5 am they were diagnosing the gains. Hopefully it is just ballooning and not a kick.

Bob Quitzau

Drilling Consultant - Anadarko Petroleum Corporation
office 832-636-1551
mobile 281-380-1298






4/3/2010 9:05 AM

# Exhibit 15d

**To:** Folger, Derek[Derek.Folger@anadarko.com]; Chandler, Paul[Paul.Chandler@anadarko.com]; O'Donnell, Alan[Alan.ODonnell@anadarko.com]
**Cc:** Pfister, Mike[Mike.Pfister@anadarko.com]; Kamm, John[John.Kamm@anadarko.com]
**From:** Quitzau, Robert
**Sent:** Mon 4/5/2010 12:20:47 PM
**Importance:** Normal
**Sensitivity:** None
**Subject:** Macondo Update
**Categories:** urn:content-classes:message

MC 252 5 Macondo well plan update 100405.pdf

Looks like they got back into a ballooning mode when they raised the mud wt to 14.4 ppg.

The morning report says they got a geotap gradient of 12.58 ppg @ 18,089' MD. Is that correct?

If they POH all the way to surface, it would be good to see the memory resistivity profile across the hole drilled from the trip out. This may confirm where the ballooning is occurring based on higher resistivity zones where the SBM has penetrated (unless the ballooning is in the already high resistivity pay sand).

If they are ballooning into the big pay sand, this would create the high gas readings when the mud flows from the pay sand back into the wellbore. If this is the case, the increase in MW may not be warranted.

Who should forward questions to BP?

Bob Quitzau

Drilling Consultant - Anadarko Petroleum Corporation
office 832-636-1551
mobile 281-380-1298

EXHIBIT # 2629
WIT: Quitzau




4/5/2010 6:59 AM