# Exhibit 16

To United States' Opposition to Motion *In Limine* of Defendant Anadarko
Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

   IN RE:  OIL SPILL          MDL NO. 2179
4  BY THE OIL RIG
   "DEEPWATER HORIZON"         SECTION:  J
5  IN THE GULF OF
   MEXICO, ON                  JUDGE BARBIER
6  APRIL 20, 2010              MAG. JUDGE SHUSHAN

7

8

9



15

16                  **VOLUME 1**

17

18          Deposition of **ROBERT QUITZAU**, 1910

19  Driscoll Street, Houston, Texas 77019, taken

20  in the Ponchartrain Room, 601 Poydras Street,

21  New Orleans, Louisiana 70130, on Wednesday,

22  May 25th, 2011.

23

24

25

```
 1          THE VIDEOGRAPHER:
 2              This is the videotaped deposition
 3   of Robert Quitzau.  This deposition is being
 4   held at 601 Poydras Street, New Orleans,
 5   Louisiana, on May 25th, 2011.  The time
 6   indicated on the video screen is 9:09 a.m.
 7   This deposition is being taken in the matter
 8   of the oil spill by the DEEPWATER HORIZON in
 9   the Gulf of Mexico on April 20th, 2010, in
10   the United States District Court, Eastern
11   District, State of Louisiana
12              Would the court reporter please
13   swear in the witness.
14                      * * *
15              ROBERT QUITZAU,
16   after having been first duly sworn by the
17   above-mentioned court reporter, did testify
18   as follows:
19   EXAMINATION BY MR. FINEMAN:
20        Q.     Good morning, Mr. Quitzau.
21        A.     Good morning.
22        Q.     My name is Steve Fineman.  I'm
23   here on behalf of the Plaintiffs' Steering
24   Committee.  Have you ever had your
25   deposition taken before?
```

```
 1    done that.
 2         Q.     What kinds of information did
 3    Anadarko receive about what was going on at
 4    Macondo?
 5         A.     Are you talking about during the
 6    drilling operations?
 7         Q.     Yes.
 8         A.     Anadarko received information
 9    through WellSpace that would include daily
10    operating reports or daily drilling reports,
11    mudlogging reports, pore pressure frac
12    gradient reports and various other documents
13    were submitted.  I don't know the entire
14    list of them.
15         Q.     Let me show you what's been
16    previously marked as Exhibit 1598, it's
17    Tab 1.  The first e-mail on here or the top
18    e-mail on the page is from Nick Huch at
19    Anadarko.  Do you know Mr. Huch?
20         A.     I do not know him personally.
21         Q.     He's sending an e-mail here to
22    Robert Bodek, who you do know, right?
23         A.     I've spoken to Robert Bodek,
24    yes.
25         Q.     Mr. Bodek is at BP, yes?
```

```
 1    had you -- did you know anything about the
 2    well?
 3          A.       No.
 4          Q.       Had you looked at any
 5    information at all about the well prior to
 6    the mid-March --
 7          A.       No.
 8          Q.       When you did take over in and
 9    around March 18th, did you -- did you take
10    any steps to familiarize yourself with the
11    history and status of Macondo?
12          A.       I spoke to Josh Nichols and
13    pretty much took my guidelines from him as to
14    what my function would be, and he did not go
15    into great detail about what had happened
16    previously on the well.
17          Q.       What did Mr. Nichols tell you
18    about the history of the well?
19          A.       He may have mentioned that there
20    was a kick and some hole conditions.  I
21    believe they were either sidetracking or
22    getting ready to sidetrack at the time so he
23    kind of gave me an update on the operations
24    that were ongoing.
25          Q.       For the record, what is a kick?
```

```
 1            A.      I'm good.
 2            Q.      Can you -- you testified a
 3   little bit ago that your role with respect to
 4   Macondo, at least from the March 18 through
 5   April 20, 2010 time period was to report to
 6   the drilling group of the morning meetings
 7   and to track progress towards your
 8   geological objectives; correct?
 9            A.      Correct.
10            Q.      With respect to the tracking of
11   the progress, what did you do?  What steps
12   did you take to track that progress?
13            A.      I would read the daily operating
14   report, I would look at the depth and I
15   would look at the mud weight and where mud
16   weight increases occurred.
17            Q.      Anything else?
18            A.      I would read the operating, you
19   know, what they actually did during that day
20   so that I could give a 30-second summary of
21   what happened.
22            Q.      Did you read the daily reports
23   every day?
24            A.      Not every day.
25            Q.      Did you read all the daily
```

1    reports?

2         A.        I endeavored and succeeded in

3    reading all the daily drilling reports after

4    I got involved.

5         Q.        That's what I mean.  Right now

6    I'm talking about the March 18 --

7         A.        Yes, yes.

8         Q.        -- to April 20, 2010 time

9    period?

10        A.        Yes.

11        Q.        So --

12        A.        And no report on the 20th, that

13   I'm aware of, right, so.

14        Q.        Fair enough.  It was your

15   practice to try to read all of the reports?

16        A.        Yes.

17        Q.        Did you take notes of your

18   review of those reports?

19        A.        I probably did.

20        Q.        And if you did, they would be in

21   your files?

22        A.        Most of them would be discarded.

23        Q.        Why would they be discarded?

24        A.        I did enough to be able to speak

25   for 30 seconds in a morning meeting and that

```
 1    about what was expected of you when you took
 2    over that job?
 3         A.      He simply told me that Josh was
 4    moving to another job and that I should fill
 5    in for what he was doing and that's all he
 6    told me.
 7         Q.      So you found out what you were
 8    supposed to do from Mr. Nichols?
 9         A.      That's correct.
10         Q.      Did anybody else ever give you
11    any direction as to what was expected of you?
12         A.      No.
13         Q.      I also want to come back to the
14    March 8th well control events.  You
15    testified a little while ago that you did
16    not believe that the company had any
17    communications with BP regarding the events
18    of March 8th.  Do you remember that?
19         A.      I remember saying that, yes.
20         Q.      And I just want to ask you
21    again, if that's your testimony on behalf of
22    Anadarko?
23         A.      It is.  I would like to clarify.
24         Q.      Please.
25         A.      There was an e-mail or maybe
```

```
 1    possibly multiple e-mails from Josh asking
 2    for clarification and what I recall is
 3    seeing that the content of the e-mails
 4    related to the practices for backing off the
 5    stuck pipe.  In my mind that's a stuck pipe
 6    event, but, in fact, the well still had a
 7    kick in the hole, so he described how BP --
 8    what he had heard from BP, how they were
 9    planning to do the back-off and that could
10    be considered as part of the well control
11    event, even though it was a stuck pipe event
12    also.
13         Q.    Is it your understanding that as
14    a consequence of the events of March 8th that
15    the drilling was delayed for some period of
16    time?
17         A.    Yes.
18         Q.    Did you know that?
19         A.    Yes, in the sense that it's
20    trouble time and sidetrack is -- inherently
21    requires more time.
22         Q.    What is trouble time?
23         A.    Trouble time is time that is not
24    in the base plan.
25         Q.    So it's delay?
```

```
 1   with that.
 2         Q.      All right.  How often did you
 3   prepare these well updates, well plan
 4   updates?
 5         A.      As needed or as appropriate,
 6   there was no set time for preparing them.
 7         Q.      Okay.  And was there specific
 8   information on these updates that you
 9   specifically were paying most close
10   attention to?
11         A.      I would pay attention to the mud
12   weight daily and record that.  And then the
13   shoe tests, I would record those.  As I
14   previously stated, looking back at the kicks
15   gave us some pressure data that would go on
16   this plot also.
17         Q.      Why was it important to monitor
18   the mud weight -- why was it important for
19   you in terms of reporting to the people on
20   the asset team what was going on with mud
21   weight and the shoe test and pore pressures?
22         A.      Those parameters together would
23   affect the chances of being able to reach
24   the geological objectives.
25         Q.      And that was the focus from your
```

```
 1    point of view was reaching those geological
 2    objectives?
 3          A.      That's correct.
 4          Q.      Did you ever communicate with
 5    Mr. Bodek at BP about any of your
 6    observations as they were reflected in these
 7    well plan updates?
 8          A.      Any communications that I had
 9    were not as a result of this plot directly.
10          (Exhibit No. 2625 marked for
11    identification.)
12    EXAMINATION BY MR. FINEMAN:
13          Q.      No. 5.  This is Exhibit 2625.
14    It's ANA-MDL-000007262 through 7265.  It's
15    Tab 5.  If you turn to the second page of
16    the exhibit.
17          A.      (Complying.)
18          Q.      It's an e-mail to you from
19    Mr. Bodek dated March 24, 2010, correct?
20          A.      Correct.
21          Q.      And it's entitled Macondo casing
22    plan and pore pressure update, correct?
23          A.      Correct.
24          Q.      And it looks like this is your
25    e-mail to Mr. Bodek advising him you're
```

```
 1          Q.      And was that a reason for
 2   concern?
 3          A.      It's just an observation.
 4          Q.      Did you communicate that
 5   observation to anybody at BP?
 6          A.      I did not.
 7          Q.      If you go to the paragraph after
 8   that, it says:  "The 9 7/8 liner depth shown
 9   is a depth that may still allow us to reach
10   TD in the next hole section.  Hopefully we
11   will set the 9 7/8 liner deeper than shown."
12          Do you see that?
13          A.      Yes, I do.
14          Q.      Can you explain to me what you
15   meant by that?
16          A.      Let me read the paragraph.
17          Q.      Sure.
18          A.      (Reading) The first sentence
19   states that if the 9 and 7/8 liner were set
20   at that depth, based on the predicted pore
21   pressure and mud weights, there would still
22   be a chance to reach total depth in the next
23   hole section.
24          Q.      At this point, were you and
25   Anadarko concerned about whether or not BP
```

```
 1    would reach total depth?
 2         A.      At this point, I'm simply
 3    tracking progress and advising the asset or
 4    communicating that to the asset team on
 5    whether or not -- on the chances of being
 6    able to reach the objectives.
 7         Q.      You used the phrase may still
 8    allow us to reach.  At this point was there
 9    a concern that you may not be able to reach
10    TD?
11         A.      My recollection is that this 9
12    and 7/8th depth would be shallower than
13    planned and a possible concern with that
14    would be that by setting the same string
15    shallower, the risk would increase for not
16    reaching the objective and this is saying
17    that based on the observations there still
18    could be a chance that BP would reach the
19    objective.
20         Q.      Okay.  And did you or anybody
21    else from Anadarko communicate with BP about
22    these issues at this time?
23         A.      I did not communicate to BP on
24    this.
25         Q.      Do you know whether anybody else
```

```
 1    should be approved?
 2         A.      I don't --
 3         MS. WILMS:
 4              Object to form.
 5         THE WITNESS:
 6              I don't recall being contacted for
 7    that.
 8    EXAMINATION BY MR. FINEMAN:
 9         Q.      All right.  You can put that one
10    away.
11         MS. MARTIN:
12              10?
13         MR. FINEMAN:
14              Yeah, 10.
15              (Exhibit No. 2628 marked for
16    identification.)
17    EXAMINATION BY MR. FINEMAN:
18         Q.      Now I'm going to give you a
19    document that we're marking as 2628, it's
20    ANA-MDL-000004592,4593, Tab 10.
21         A.      (Reading).
22         Q.      This is an e-mail from you to
23    members of the asset team, correct?
24         A.      Correct.
25         Q.      Dated -- now we're at April 3rd,
```

```
 1    2010, correct?
 2         A.      Correct.
 3         Q.      And here you're circulating a
 4    well plan update, correct?
 5         A.      Yes.
 6         Q.      Okay.  And here you say:  "BP
 7    got another very good shoe test for their 9
 8    7/8 liner."
 9              Do you see that?
10         A.      Yes, I do.
11         Q.      What does that mean?
12         A.      That means that the actual shoe
13    test is higher than the originally predicted
14    fracture gradient at that depth.
15         Q.      And then you go on to say, a
16    little bit later:  "They hit a sand at 17700
17    with promising looking resistivity and
18    started taking some mud losses."
19              Do you see that?
20         A.      Yes, I do.
21         Q.      And what does that mean?
22         A.      That means they drilled into a
23    sand and started losing mud; in other words,
24    the amount of mud they pumped in was not the
25    same amount that was coming out of the
```

```
 1    annulus.
 2         Q.      And what is -- what does that
 3    tell you as a drilling engineer?
 4         A.      That indicates that they're
 5    having lost circulation, in other words, at
 6    some depth, the fracture gradient is lower
 7    than predicted.
 8         Q.      And is taking mud losses a
 9    problem?
10       MS. WILMS:
11            Object to form.
12       THE WITNESS:
13            Taking mud losses is an event that
14    occurs from time to time and we deal with
15    it.  They deal with it, we deal with it if
16    we're the operators.
17    EXAMINATION BY MR. FINEMAN:
18         Q.      They go on to say they have
19    experienced gains with their pumps off at
20    17750.  Do you see that?
21         A.      I do.
22         Q.      What does that mean?
23         A.      That means when they turn the
24    pumps off well -- mud continues to flow out
25    of the well.
```

```
 1              Q.      And then you say as of 5:00 a.m.
 2      they were diagnosing the gains, right?
 3              A.      Yes.
 4              Q.      And you say, hopefully it's just
 5      ballooning and not a kick.  What does that
 6      mean?
 7              A.      That means if you have your
 8      pumps off and the mud is still coming out of
 9      the hole, it could be a kick or it could
10      simply be this ballooning mechanism.
11              Q.      What does ballooning mean in
12      this context?
13              A.      Ballooning means that when the
14      pumps are on, the -- some formation downhole
15      fractures and as it fractures, mud, some of
16      the mud goes into that fracture and the
17      pressures are higher when the pumps are on.
18      When the pumps are off, the pressures are
19      lower, the fracture closes and then the mud
20      gets squeezed out of that fracture back into
21      the well and appears to be -- it does flow
22      back to surface even if the pumps are off.
23              Q.      Did these events raise any
24      concerns at Anadarko?
25              A.      We didn't have any concern, no.
```

1          A.          There was no reason for me to

2    look at that information.   I had all the

3    information I needed from the WellSpace.

4          Q.          So being able to see the -- see

5    information in realtime was not something

6    you didn't feel like you needed up until

7    that point?

8          A.          I did not need that.

9          Q.          Did you ever conclude that you

10   needed realtime access in order to perform

11   your functions with respect to Macondo?

12         A.          I never needed realtime access

13   to perform my functions.

14         Q.          You are a 30(b)(6) witness on

15   the subject of InSite Anywhere so I'm going

16   to cover some questions about it right now

17   with you.   Okay?

18         A.          Okay.

19         Q.          First of all, do you have any

20   knowledge about the difference between

21   what's referred to sometimes as the full

22   version of InSite and InSite Anywhere?

23         A.          I do not.

24         Q.          What kind of information could

25   Anadarko obtain and view on InSite Anywhere?

```
 1         A.        InSite Anywhere is capable of

 2    providing stored well data, it's also

 3    capable of providing realtime well data,

 4    including various drilling parameters and

 5    formation evaluation parameters.

 6         Q.        And how did Anadarko use

 7    realtime data obtained via InSite Anywhere

 8    for the Macondo well?

 9         MS. WILMS:

10              Object to form.

11         THE WITNESS:

12              I used it simply to see an image

13    of the pay sand on the wireline log, on the

14    LWD logs.  I don't recall what the other

15    members said they used that for.

16         MS. WILMS:

17              Once again, I want to note for the

18    record that another gentleman was designated

19    on this topic.

20         MR. FINEMAN:

21              Okay.  But I still need to ask him

22    the question.

23         MS. WILMS:

24              Totally understood.

25    EXAMINATION BY MR. FINEMAN:
```

```
 1    and asked whether you had a sense of whether
 2    or not they would keep going.  Right?
 3         A.    Yes.
 4         Q.    Do you know why Mr. O'Donnell
 5    was sorry to hear they were stopping?
 6       MS. WILMS:
 7             Object to form.
 8       THE WITNESS:
 9             I'm not sure of his exact reason.
10    EXAMINATION BY MR. FINEMAN:
11         Q.    Did he express a reason to you?
12         A.    I don't recall him expressing a
13    reason surrounding this e-mail.
14         Q.    Well, you responded to him on
15    April 9, correct?
16         A.    That's correct.
17         Q.    And you said:  "If there's any
18    risk of seeing a pressure gradient increase
19    below the pay sand, it would be wise to case
20    the entire completion zone now."
21             Do you see that?
22         A.    I do.
23         Q.    What did you mean by that?
24         A.    By that, I mean that there is a
25    risk of having a pressure gradient increase,
```

1  that they should run the production casing

2  at that depth.

3          Q.      Okay.  Then you said, a little

4  bit later in that paragraph:  "They clearly

5  cannot tolerate any well control incident

6  based on their recent mud losses."

7          Do you see that?

8          A.      Yes.

9          Q.      What did you mean by that?

10          A.      That means that if they had to

11  raise the mud weight, based on drilling into

12  the pressure ramp, that they might not be

13  able to run casing across the primary

14  objective of the well, the geological

15  objective of the well.

16          Q.      Why is that.

17          A.      That could result in lost

18  circulation and complications that would

19  prevent running casing into the well.

20          Q.      In the next paragraph you wrote:

21  "A case could be made to drill ahead below

22  the 7-inch casing."

23          Then you said:  "They may have to

24  run the tieback casing before doing this.

25  This could be done just after running the

 1    the file that the first Bates stamp number

 2    is APCSHS2B00000007.  It just has the one --

 3    and it's the same document that appears at

 4    BP-HZN-2179MDL00058525 through 58529.  It's

 5    Tab 25.

 6              Mr. Quitzau, I've put in front of

 7    you a document that's called "Daily

 8    Operations Report Partners Drilling,"

 9    correct?

10         A.    Yes.

11         Q.    And it's dated at the top right

12    corner 4/14/2010, correct?

13         A.    Correct.

14         Q.    At the bottom left corner, it

15    says "4/15/2010" with a date stamp of?

16    "5:37:49 a.m.," correct?

17         A.    Correct.

18         Q.    So am I correct that this is a

19    daily operations report of the type that you

20    sometimes downloaded from WellSpace?

21         A.    That's correct.

22         Q.    And is it the case that this is

23    probably downloaded by you on the morning of

24    April 15th, 2010?

25         MS. WILMS:

```
 1                   Object to form.
 2          MR. FINEMAN:
 3                   Strike that.
 4     EXAMINATION BY MR. FINEMAN:
 5          Q.      Does this reflect that the
 6     document was downloaded on April 15, 2010
 7     and then it concerns events of April 14?
 8          MS. WILMS:
 9                   Object to form.
10          THE WITNESS:
11                   Honestly, I'm not familiar with
12     the date stamp on the lower left.
13     EXAMINATION BY MR. FINEMAN:
14          Q.      Okay.  Earlier in the day you
15     testified that you read the daily reports on
16     a daily basis or something close to that, is
17     that correct?
18          A.      That's correct.
19          Q.      Okay.  And this is the kind of
20     document you would have been reading on a
21     daily basis or something close to that?
22          A.      If they're available, yes.
23          Q.      If they're available, okay.
24          MR. FINEMAN:
25                   Let me have 26.
```

 1          MS. MARTIN:

 2               (Handing.)

 3               (Exhibit No. 2638 marked for

 4     identification.)

 5     EXAMINATION BY MR. FINEMAN:

 6          Q.     All right.  This document is

 7     2638 and the native is APCSHS2B000000012.

 8     It's also identified as

 9     BP-HZN-2179MDL00059382 through 386 (handing).

10     This is a document called "Daily Operations

11     Report Partners Completion."

12               Do you see that?

13          A.     Yes, I do.

14          Q.     And it's dated April 18, 2010,

15     correct?

16          A.     Correct.

17          Q.     What's the difference between

18     "Daily Operations Report Partners Drilling"

19     and "Daily Operations Report Partners

20     Completion"?

21          MR. DAVID:

22               Object to form.

23          MS. WILMS:

24               Object to form.

25     EXAMINATION BY MR. FINEMAN:

1    These are documents that were produced

2    pursuant to a subpoena.

3         MS. WILMS:

4              Okay, not in the MDL?

5         MS. FLICKINGER:

6              Correct.

7    EXAMINATION BY MS. FLICKINGER:

8         Q.      I would like to direct your

9    attention to the third page which is the

10   plot.  Can you describe how you prepared

11   this plot again?

12        A.      The pore pressure fracture

13   gradient data in the line in blue and the

14   line in green, I took that from a BP

15   PowerPoint document related to pore pressure

16   from early in the planning of the well that

17   I found in the box that Josh Nichols gave

18   me.  I also took the purple line as the

19   fracture gradient, and that's an

20   approximation of the data that I got from

21   Josh's box.  I -- the casing size is in red,

22   the casing depths in red were intended to be

23   the actual setting depths of the well up to

24   that time.  And the red stair step lines are

25   the mud -- the actual mud weights that I

```
 1    record from daily drilling reports for the
 2    original well and the bypass hole.
 3            Q.      And so some of these values, the
 4    blue line, the green line, and the fracture
 5    gradient line, those are predicted values?
 6            A.      They're from the BP -- they're
 7    approximations, just eyeballing from the BP
 8    document I translated to here, so those
 9    would be planned values, correct.
10            Q.      And then there's another line
11    for overburden gradient.  Do you see that?
12            A.      Yes, I do.
13            Q.      Where did you get that data
14    from?
15            A.      That might have been in that
16    plot also, but I don't recall for sure.
17            Q.      Okay.  Do you see the 4.6 ppg
18    LOT, that's at the base of the 13 and 7/8th
19    liner shoe?
20            A.      14.6 pound per gallon?
21            Q.      Yes.
22            A.      Yes.
23            Q.      And do you see that it's to the
24    -- to the right of the overburden gradient?
25            A.      I do.
```

1          UNITED STATES DISTRICT COURT

2         EASTERN DISTRICT OF LOUISIANA

3

4  IN RE:  OIL SPILL BY   MDL NO. 2179
   THE OIL RIG
5  "DEEPWATER HORIZON"   SECTION:  J
   IN THE GULF OF
6  MEXICO, ON APRIL 20,   JUDGE BARBIER
   2010                 MAG. JUDGE SHUSHAN

7

8



14

15

16            **VOLUME 2**

17

18       Deposition of **ROBERT QUITZAU,** 1910

19  Driscoll Street, Houston, Texas 77019, taken

20  in the Pontchartrain Room, 601 Poydras

21  Street, New Orleans, Louisiana 70130, on

22  Thursday, May 26, 2011.

23

24

25

1    reports.  When you're looking at the daily

2    operations reports, what are you specifically

3    looking at?

4          A.      There's no general rule.  But

5    typically, I would look at the 24-hour

6    summary and then skim through the -- the

7    operating steps on the morning report, where

8    they -- where they describe the operations

9    and the exact time range those operations

10   were conducted.  I'd skim through that fairly

11   quickly.

12               And I might look at the --

13   there's a block in there on mud properties,

14   which would include mud weights.  So I'd

15   generally look at that.

16               And then at the very end of the

17   report, there's a -- similar operating steps

18   from midnight to 5:00 a.m.  I would typically

19   look at that to see what they had done from

20   midnight to 5:00 a.m.

21         Q.      Okay.  And when you're looking

22   at what they did, is there any specific

23   action that you're looking for in particular?

24         MS. WILMS:

25               Object to form.

```
 1            THE WITNESS:
 2                 No.  Typically, just to get a
 3    feel for what they're doing during that day
 4    and what the bulk of the time was spent on
 5    during the day.  And then with regard to
 6    updates, the one thing that -- that would be
 7    specific would be any changes in mud weights.
 8    So if I could see where they changed the mud
 9    weight, what depth, I would look for that.
10    EXAMINATION BY MR. DAVID:
11            Q.    So why are you particularly
12    interested in mud weight?
13            A.    As I described earlier, the mud
14    weights, I would put into my well plan
15    update.
16            Q.    And we'll get to the well plan
17    update.  We'll discuss that.
18                 Would you look at anything
19    besides mud weight in particular?
20            A.    Again, as I described earlier,
21    the shoe test, I would capture that and look
22    for that.  They'll spell that out very
23    clearly, and so I would look at that just to
24    see, you know, what they recorded as their
25    shoe test.
```

```
1   the decision process went, but Anadarko had

2   preferred people that they wanted to have

3   access, and then they got approval from BP to

4   gain that access.

5        Q.    So it's my understanding that BP

6   indicated Anadarko could have six or seven

7   employees have access to InSite Anywhere.

8   Does that sound familiar?

9        MR. DAVID:

10            Object to form.

11       THE WITNESS:

12            I don't recall exact numbers.

13   EXAMINATION BY MR. HARTLEY:

14       Q.    Do you know whether the specific

15   Anadarko employees who obtained access to

16   InSite Anywhere were decided by Anadarko or

17   BP?

18       A.    The process that I understand is

19   the one I just described; that Anadarko had

20   preferred people and BP -- we were required

21   to approve those people.

22       Q.    Once those individuals were

23   approved and had access to InSite Anywhere,

24   are you aware of any restrictions on the data

25   to which they could access through that
```

```
 1   program?
 2         A.      I'm not aware of any
 3   restrictions.
 4         Q.      Are you aware of any
 5   restrictions on certain well operations that
 6   they could or could not monitor?
 7         A.      I'm not aware of those
 8   restrictions.
 9         Q.      Are you aware of any
10   restrictions on the time of day to which they
11   could gain access?
12         A.      I'm not aware of any
13   restrictions on that.
14         Q.      Is it your understanding that
15   once access was granted to a given Anadarko
16   employee, that that employee could log on at
17   any time and monitor any operation on the
18   Macondo well?
19         MS. WILMS:
20               Object to form.
21         THE WITNESS:
22               To say that they could log on to
23   any operation is very broad, and I can't say
24   that I understand that.
25   EXAMINATION BY MR. HARTLEY:
```

```
 1            Q.      Do you understand there to be --
 2    to have been any limits on the ability of
 3    Anadarko employees to monitor well operations
 4    for the Macondo well at any time after
 5    March 18th, 2010, to April 20th, 2010?
 6            A.      I'm not aware of any
 7    limitations.
 8            Q.      Similarly, with respect to
 9    WellSpace, I understand that the difference
10    between the two is WellSpace is strictly a
11    static drop box?  Is that a fair
12    characterization?
13            A.      That's my understanding.
14    MR. DAVID:
15                Object to the form.
16    THE WITNESS:
17                That's my understanding.
18    EXAMINATION BY MR. HARTLEY:
19            Q.      I think you testified that BP
20    would periodically upload documents to
21    WellSpace for you and others to access?
22            A.      That's correct.
23            Q.      Are you familiar with any
24    restrictions on your ability to access
25    materials uploaded into WellSpace?
```

```
 1        A.      I'm -- I don't recall any
 2   restrictions.
 3        Q.      Are you familiar with any
 4   restrictions placed on the access of other
 5   Anadarko employees who had access to
 6   WellSpace?
 7        A.      I'm not.
 8        Q.      Are you aware of any
 9   restrictions on the type of data Anadarko
10   employees could review with respect to the
11   Macondo well through WellSpace?
12      MS. WILMS:
13              Object to form.
14      THE WITNESS:
15              I'm not aware.
16   EXAMINATION BY MR. HARTLEY:
17        Q.      I'm going to mark as
18   Exhibit 2662, which is Tab 32.  This is a
19   March 11th e-mail from Mr. Bodek to a number
20   of individuals, and you're copied on the
21   e-mail.
22              (Exhibit No. 2662 marked for
23   identification.)
24   EXAMINATION BY MR. HARTLEY:
25        Q.      Do you see that?
```

```
 1    was on the Macondo well?
 2         A.      That's correct.
 3         Q.      What did you do to monitor the
 4    drilling operations or any operations on the
 5    well other than a daily check-in of the
 6    WellSpace material?
 7         A.      For the Macondo --
 8    MS. WILMS:
 9              Object to the form.
10    EXAMINATION BY MR. HARTLEY:
11         Q.      For the Macondo well.
12         A.      For the Macondo.
13              Early on, I was getting
14    familiar.  So I would spend time downloading
15    some of the drilling reports, daily operating
16    reports, to review the mud weights and
17    leak-off tests -- shoe tests.
18              And at some point in there, I
19    think I previously stated that I looked at
20    some of the reports related to the kicks as
21    referred to as March 8th, to gain information
22    on the pressures related to that kick, so as
23    to calibrate my -- my well plan update, and
24    that's what I recall.
25         Q.      When you took over for
```

1

2

3                    WITNESS' CERTIFICATE
4

5                    I have read or have had the

6    foregoing testimony read to me and hereby

7    certify that it is a true and correct

8    transcription of my testimony with the

9    exception of any attached corrections or

10   changes.

11

12

13   _____

14   ROBERT QUITZAU

15

16

17   PLEASE INDICATE

18   ( ) NO CORRECTIONS

19   (✓) CORRECTIONS; ERRATA SHEET(S) ENCLOSED

20

21

22

23

24

25

# ERRATA SHEET

## DEPOSITION OF ROBERT QUITZAU
### MAY 25-26, 2011
*In Re: Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico, on April 20, 2010*

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 18 | 22 | Change "'99 or 2000" to "2002" | Correction |
| 20 | 4 | Change "Intun" to "Intan" | Misspelled |
| 22 | 7 | Change "2001 or 2002" to "2004" | Correction |
| 23 | 1 | Change "Yes" to "Yes, since 2002" | Correction |
| 23 | 4 | Change "No" to "Not since 2002" | Correction |
| 25 | 1 | Change "2002" to "2004" | Correction |
| 31 | 1 | Change "did that involved" to "did. That involved" | Transcription error |
| 36 | 6 | Change "understanding to" to "understanding: to" | Transcription error |
| 46 | 22 | Change "Viasco" to "Viosca" | Misspelled |
| 47 | 3 | Change "Viasco" to "Viosca" | Misspelled |
| 48 | 18 | Change "at Water" to "Atwater" | Misspelled |
| 91 | 5 | Change "report" to "respond" | Transcription error |
| 137 | 13 | Change "loss" to | Misspelled |

| Page | Line | Change | Reason |
|------|------|--------|--------|
| | | "lost" | |
| 182 | 24 | Change "that there" to "that if there" | Transcription error |
| 217 | 2 | Change "19th" to "20th" | Correction per contemporaneous acknowledgement at 217:16-17 |
| 243 | 18 | Change "Syler" to "Seiler" | Misspelled |
| 291 | 14 | Change "oil" to "mud" | Transcription error |
| 308 | 10 | Change "of" to "in" | Transcription error |
| 309 | 9 | Change "hazards" to "HAZIDs" | Misspelled |
| 309 | 21 | Change "and identified" to "an identified" | Misspelled |
| 341 | 9 | Change "and predicted" to "than predicted" | Transcription error |
| 353 | 11 | Change "ECD mud loss of sand." to "ECD - mud losses - sand." | Transcription error |
| 355 | 2 | Change "159.98" to "15.98" | Transcription error |
| 448 | 17 | Delete "No" | Transcription error |
| 448 | 20 | Change "They" to "No, they" | Transcription error |
| 454 | 13 | Change "As the well" to "On the wells" | Transcription error |
| 530 | 13 | Change "Anadarko's" to "Anadarko" | Transcription error |

| **Page** | **Line** | **Change** | **Reason** |
|---|---|---|---|
| 531 | 21 | Change "loss" to "lost" | Misspelled |
| 585 | 8 | Change "off and" to "often" | Transcription error |
| 590 | 6 | Change "Alls" to "All" | Misspelled |
| 601 | 12 | Change "lost" to "loss" | Transcription error |
| 601 | 15 | Change "lost" to "loss" | Transcription error |
| 604 | 22 | Change "t his" to "this" | Misspelled |
| 623 | 13 | Change "of a lot of" to "allowed a" | Transcription error |
| 623 | 14 | Change "hydrocarbons come" to "hydrocarbons to come" | Transcription error |
| 656 | 5 | Change "spent" to "cement" | Transcription error |