# Exhibit 19

To United States' Opposition to Motion *In Limine* of Defendant Anadarko Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability

To: O'Donnell, Alan[Alan.ODonnell@anadarko.com]; Peyton, Dawn[Dawn.Peyton@anadarko.com]
From: Chandler, Paul
Sent: Wed 3/24/2010 10:04:57 PM
Importance: Normal
Sensitivity: None
Subject: FW: Macondo Casing Plan & Pore Pressure Update
Categories: urn:content-classes:message

MC 252 5 Macondo well plan update 100324.pdf

---

From: Quitzau, Robert
Sent: Wednesday, March 24, 2010 3:56 PM
To: Folger, Derek; Chandler, Paul
Cc: Pfister, Mike
Subject: FW: Macondo Casing Plan & Pore Pressure Update

Derek and Paul,
Here is BP's response regarding casing setting on Macondo.

I am not in position to dispute BP's understanding of the centroid effects in sands on this structure. If the sands are dipping and have hydrocarbons in them, there is potential for taking a kick even if the shales are overbalanced. It may be safer to run the 11-7/8" liner here, rather than taking a kick and getting stuck. It will be a short liner and may not take long to set (the 13-5/8" liner was set very quickly).

This approach will give them a chance of reaching the objectives with a +/- 9-7/8" hole and casing the pay with 7-5/8" or 7-3/4" liner.

Bob

---

From: Bodek, Robert [mailto:Robert.Bodek@bp.com]
Sent: Wednesday, March 24, 2010 2:47 PM
To: Quitzau, Robert
Cc: Bellow, Jonathan M
Subject: RE: Macondo Casing Plan & Pore Pressure Update

Bob,
We just TD'ed the 12.25" x 14/5" hole-section (11 7/8" LNR section) at 15,114' (MD) / 15,103' (TVD). Shale pressure is coming in as projected. However, as discerned from previous well control events, it appears as if we have a 0.3ppg sand overpressure centroid at work. We find ourselves having to respect the 0.3ppg sand overpressure in our mudweight program. The plan forward is to run/set/cement the 11 7/8" LNR, drill to 17,000-18,000 (depending on our leak-off test), and set our 9 7/8" LNR (CSG?) above


EXHIBIT # 1218
WIT:

ANA-MDL-000007262

ADR017-007262

TREX-01218

the reservoir. We'd drill the reservoir section with a 8.5", or a 8.5" x 9 7/8" drilling assembly. Production objectives would be cased with a casing size smaller than 9 7/8". As yet, nothing is formalized for the final hole-section.

*Bobby Bodek*
BP America Inc.
*Geological Operations Coordinator*
Gulf of Mexico Exploration - Tiger Team
(o) 281.366.3862
(c) 713.213.7553

---

**From:** Quitzau, Robert [mailto:Robert.Quitzau@anadarko.com]
**Sent:** Wednesday, March 24, 2010 8:50 AM
**To:** Bodek, Robert
**Subject:** Macondo Casing Plan & Pore Pressure Update

Good Morning Robert,
I am an Anadarko drilling engineer and taking over from your previous contact Josh Nichols.

I have just started following the Macondo drilling progress. It looks like operations are starting to go well.

Can you give me an update on the following:

Is the pore pressure expected to come in higher than planned?

Are you still planning to set the 11-3/4" liner near 17000'?

Are you still planning to case productive objectives with 9-7/8" casing?

Thanks,

Bob Quitzau

Drilling Consultant - Anadarko Petroleum Corporation
office   832-636-1551
mobile 281-380-1298

Anadarko Confidentiality Notice: This electronic transmission and any attached documents or other writings are intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this communication in error, please immediately notify sender by return e-mail and destroy the communication. Any disclosure, copying, distribution or the taking of any action concerning the contents

ANA-MDL-000007263

ADR017-007263

of this communication or any attachments by anyone other than the named recipient is strictly prohibited.

ANA-MDL-000007264

ADR017-007264