# Exhibit 20

To United States' Opposition to Motion *In Limine* of Defendant Anadarko Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability

| | |
|---|---|
| To: | Folger, Derek[Derek.Folger@anadarko.com] |
| Cc: | Chandler, Paul[Paul.Chandler@anadarko.com] |
| From: | Quitzau, Robert |
| Sent: | Wed 3/24/2010 5:24:02 PM |
| Importance: | Normal |
| Sensitivity: | None |
| Subject: | RE: Macondo |

Macondo Casing Plan & Pore Pressure Update

Derek and Paul,
The attached note was sent to Robert Bodek w BP to get an update on their plans. Still waiting for a reply.

Today's drilling report was not posted earlier this morning. I just downloaded it and I see their forecast is to run an 11-7/8" liner (same as 11-3/4") @ 15,100'. Their pore pressure report indicates a 13.5 ppg pore pressure which is very close to the expected formation strength of 13.8 ppg. They may be disregarding their 14.6 ppg shoe test.

I noticed they got some background gas from a sand. Did they cut pay?

Josh indicated Robert Bodek was my best source of information. If I don't hear from Robert, I will try to contact the drilling engineer.

If they set the 11-7/8" @ 15,100', there is a good chance they will have to set a 9-7/8" liner prior to reaching the objectives.

Bob

---

**From:** Folger, Derek
**Sent:** Wednesday, March 24, 2010 11:21 AM
**To:** Quitzau, Robert
**Subject:** RE: Macondo

Bob,

What is BP up to at Macondo? From this last plan update you emailed they were supposed to drill down to 17,000ft before setting the 11.75" liner. Now their report shows they are pulling out of hole at 15,100' to run liner. What is going on at the well?

dF

---

**From:** Quitzau, Robert
**Sent:** Tuesday, March 23, 2010 7:13 AM
**To:** Folger, Derek
**Cc:** Pfister, Mike; Nichols, Josh
**Subject:** RE: Macondo

EXHIBIT # 2655
WIT: Quitzau

ANA-MDL-000004180

ADR017-004180

**TREX-02655**

Good Morning Derek,
BP got an excellent shoe test on their 13-5/8" liner on Macondo. If no weak zones are encountered, they have a chance of staying with their original casing size program to reach the objectives.

Bob

---

**From:** Folger, Derek
**Sent:** Friday, March 19, 2010 8:23 AM
**To:** Quitzau, Robert
**Subject:** RE: Macondo

Thank you for the update, Robert.
Also, do you know which direction they kicked-off the bypass?

---

**From:** Quitzau, Robert
**Sent:** Thursday, March 18, 2010 12:39 PM
**To:** Nichols, Josh; Folger, Derek
**Subject:** RE: Macondo

Hello Derek,
I am taking over for Josh on the Macondo well.

This morning it appears that BP has gotten bypassed off of the cement plug below 11615'. They list their sidetrack depth as 11,700' on the morning report. By 11796' MD they had achieved 3.15 deg inclination with 80%+ shale in the cuttings.

I have not established direct contact w BP, but my guess is they will deviate a safe distance from the old borehole and drop to vertical to continue drilling.

I am still evaluating the previous drilling problems to see how far they can expect to drill before setting 13-5/8" casing.

More later,
Bob Quitzau

---

**From:** Nichols, Josh
**Sent:** Thursday, March 18, 2010 8:57 AM
**To:** Folger, Derek
**Cc:** Quitzau, Robert
**Subject:** Re: Macondo

ANA-MDL-000004181

ADR017-004181

Bob,

Can you please reply to Derek?

Derek/Forrest,

Bob Quitzau is taking over this well.

Thanks,

Josh

---

**From:** Folger, Derek
**To:** Nichols, Josh
**Sent:** Thu Mar 18 08:38:22 2010
**Subject:** RE: Macondo

Hey Josh. Can I get an update on Macondo? I've been out of town for a while. I talked to Forrest and he filled me in on all the issues. I see where bypassing. Do you have depth of bypass, estimated time frame, ETC.?

---

**From:** Nichols, Josh
**Sent:** Thursday, February 25, 2010 7:16 AM
**To:** Burton, Forrest
**Cc:** Folger, Derek; Chapman, Sara
**Subject:** RE: Macondo

Sure I just needed the names.

After looking at this morning's report, it looks like the well is still under control and they are not losing any more mud. They got out of the hole with no additional loses and they have now tripped back in with a cleanout BHA and they are testing BOP's.

They did mention that they have identified the lost zone as being in the open hole in a calcareous shale or marly section from 9050-9230', rather than the shoe being broken down.

The current plan is to stage in with this cleanout BHA and get all of the squeeze pills cleaned out in the casing and open hole and then cleanout to bottom and prepare to run 16" casing.

If you have any questions or have additional information, please let me know.

---

ANA-MDL-000004182

ADR017-004182

**From:** Burton, Forrest
**Sent:** Thursday, February 25, 2010 6:46 AM
**To:** Nichols, Josh
**Cc:** Folger, Derek
**Subject:** Macondo

Hi Josh,

Any chance you can get that drilling summary to us this morning?

Thanks,

**Forrest Burton**
<< OLE Object: Picture (Metafile) >>
Deepwater Gulf of Mexico Exploration
832-636-2967 (o) / 832-721-4858 (c)
forrest.burton@anadarko.com

ANA-MDL-000004183

ADR017-004183