# Exhibit 21

To United States' Opposition to Motion *In Limine* of Defendant Anadarko Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability

**To:** Botevyle, Peter[Peter.Botevyle@anadarko.com]
**From:** Folger, Derek
**Sent:** Tue 4/6/2010 12:56:24 PM
**Importance:** Normal
**Sensitivity:** None
**Subject:** RE: Macondo Update
**Categories:** urn:content-classes:message

They're not sure yet where the loss is occurring. The idea is to measure the resistivity again as they're pulling out and compare that to the measurement they took while drilling. The formation that's taking our oil-based mud will show a higher resistivity than when we initially drilled it since it will be full of our drilling fluid. If they can't get it packed off with the LCM pills, they may have to run our last contingency liner. But I think they still will need to get the well under control before they can do that even.

---

**From:** Botevyle, Peter
**Sent:** Tuesday, April 06, 2010 7:46 AM
**To:** Folger, Derek
**Subject:** RE: Macondo Update

Cheers Derek, yikes that sounds a lot. Any ideas why this is happening?

---

**From:** Folger, Derek
**Sent:** Tuesday, April 06, 2010 7:43 AM
**To:** Botevyle, Peter
**Subject:** RE: Macondo Update

Here is the update from Macondo this morning. They're still having well control issues as they try to pull out of the hole for a bit trip. They're losing 6.3 barrels of mud every 2 minutes right now and they're cutting mud weight from 14.3 to 14.0 ppg and trying to condition the mud with Lost-Circulation-Mud (LCM) pills to seal off the formations.

**Activity last 24 hrs (5am to 5am):**
POOH with 8 ½ x 9 7/8" BHA from 18,260 to 17,146'. Fill pipe displacement with base oil. Base oil in riser = 316 bbls. Monitor losses - 6 bbl / hr. Clean mud pits and cut mud to 14.0 ppg. Displaced riser to 14.0 ppg SOBM. Pumped 187 bbl of 84 ppb LCM pill and displaced with 14.0 ppg SOBM. Monitored well on mini trip tank. Mix Form-A-Set and Form-A-Squeeze pills. Total losses from midnight to midnight was 1263 bbls. Stripped out of hole from 16,272 to 14,937' md. Monitored volumes and pressures. Well taking mud at 6.3 bbls in 2 mins. Continuing to prepare pills to 5am.

---

**From:** Botevyle, Peter
**Sent:** Monday, April 05, 2010 4:18 PM
**To:** Folger, Derek
**Subject:** RE: Macondo Update

CONFIDENTIAL                                                                                                    ANA-MDL-000048172

Thanks for the info. Who do I contact to get access your L drive folders? Also please can you send the file path to the main directory?
Cheers,
Pete


| From: | Folger, Derek |
|---|---|
| Sent: | Monday, April 05, 2010 3:36 PM |
| To: | Botevyle, Peter |
| Subject: | FW: Macondo Update |

Latest at Macondo. Paul Chandler is heading up the well on the development side while I'm watching it on Exploration side. Bob Quitzau is our Operations Geologist and Bobby Bodek is the geologist at BP.


| From: | Chandler, Paul |
|---|---|
| Sent: | Monday, April 05, 2010 3:24 PM |
| To: | Quitzau, Robert; Folger, Derek; O'Donnell, Alan; Peyton, Dawn |
| Cc: | O'Donnell, Alan; Trautman, Tim |
| Subject: | RE: Macondo Update |

I believe they saw an indication of a pressure increase between the M55 sand and the top of the Oligocene in the Isabella / Ghost rider wells. Their comment about maybe being in the M55 sand already was probably in regards to their latest Paleo data which identified the S. Het. nanno fossil above the M56 sand, which would suggest the sand is stratigraphically older than we thought. I'm not buying it yet because our log correlation with the Isabella well is so strong to this point, but it is possible. At any rate we won't know for sure until we drill out a little more section. Thanks for the update Bob -- this helps a lot.

Paul


| From: | Quitzau, Robert |
|---|---|
| Sent: | Monday, April 05, 2010 2:55 PM |
| To: | Quitzau, Robert; Chandler, Paul; Folger, Derek; O'Donnell, Alan; Peyton, Dawn |
| Subject: | RE: Macondo Update |

Bobby Bodek w BP just called in response to the questions below.

He says that they have pulled up into the casing shoe and they are circulating with 14.3 ppg mud. They plan to spot an LCM treatment into the well. Then they will pull out of the hole. They believe that their underreamer was worn out in the big sand. The Geotap tool is also non functional. So they definitely need to trip to replace both of these tools.

Their hope would be to go back in the hole with a new bha and continue drilling some distance.

He said they are thinking that it is possible that they are through the M56 and may be through the M55. They are worried about drilling into a pressure ramp that has shown up elsewhere. So it is possible that after they drill and ream a short distance below the current sand that they would rig up and run wireline to

get good data on the big pay sand before drilling into more risks.

If they drill far enough to determine they are getting into higher pressure, they may set their 7-3/4" liner (or 7-5/8" liner) and then consider drilling deeper.

He says they will look at the POH resistivity data to determine where the losses / ballooning is occurring. Their thoughts are that the recent problems were due to ballooning and not higher pore pressure. They are still scratching their heads about the 12.58 ppg Geotap pore pressure gradient reading from the upper lobe of the big pay sand (18,059' MD). This seems low and they are not sure if this is correct.

If the ballooning is confirmed in the sand at 17,761' MD, some consideration may be given to running an expandable liner prior to drilling into pressure. This is just an idea at this point and not a definitive direction.

Operationally I agree with their plan to POH, replace the equipment, how they are dealing with the mud losses and keeping the mud wt at 14.3 ppg if possible. The big question of whether or not we are through the M55 is for you to answer.

Based on our good correlation with offset wells, do we expect a big pressure ramp below the M55?

Bob

---

**From:**     Quitzau, Robert
**Sent:**     Monday, April 05, 2010 1:57 PM
**To:**       Chandler, Paul; Folger, Derek; O'Donnell, Alan
**Subject:**  FW: Macondo Update

This just sent to BP.

I am working on gaining access to Insite Anywhere

---

**From:**     Quitzau, Robert
**Sent:**     Monday, April 05, 2010 1:57 PM
**To:**       Robert Bodek (Robert.Bodek@bp.com)
**Subject:**  Macondo Update

Robert,
Can you give me an update on the Macondo well.

Are you still planning on POH before drilling ahead?
If so, will you be evaluating the memory resistivity data on the trip out of the hole to try to confirm where the loss zone is? (Will you trip slowly to get better data?)

The morning report indicates a successful Geotap reading of 12.58 ppg @ 18,089' MD. Is this correct?

Is there any consideration to reducing the mud wt to 14.3 ppg?

Thanks,

Bob Quitzau

CONFIDENTIAL                                                                                    ANA-MDL-000048174

Drilling Consultant - Anadarko Petroleum Corporation
office   832-636-1551
mobile 281-380-1298

CONFIDENTIAL

ANA-MDL-000048175