# Exhibit 22

To United States' Opposition to Motion *In Limine* of Defendant Anadarko Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability

| | |
|---|---|
| To: | Quitzau, Robert[Robert.Quitzau@anadarko.com]; Chandler, Paul[Paul.Chandler@anadarko.com]; Folger, Derek[Derek.Folger@anadarko.com]; Peyton, Dawn[Dawn.Peyton@anadarko.com]; Burton, Forrest[Forrest.Burton@anadarko.com] |
| From: | O'Donnell, Alan |
| Sent: | Fri 4/9/2010 8:25:14 PM |
| Importance: | Normal |
| Sensitivity: | None |
| Subject: | RE: Macondo TD Reached |
| Categories: | urn:content-classes:message |

thanks

Alan O'Donnell
GM - Eastern Gulf of Mexico
Anadarko Petroleum Corporation
832-636-8769

| | |
|---|---|
| From: | Quitzau, Robert |
| Sent: | Friday, April 09, 2010 3:16 PM |
| To: | O'Donnell, Alan; Chandler, Paul; Folger, Derek; Peyton, Dawn; Burton, Forrest |
| Subject: | RE: Macondo TD Reached |

Alan and Paul,
If there is any risk of seeing a pressure gradient increase below the pay sand, it would be wise to case the future completion zone now. Especially if we have achieved the well objectives.
They clearly cannot tolerate any well control incident based on their recent mud losses.

A case could be made to drill ahead below the 7" casing. They may have to run the tieback casing before doing this. This could be done just after running the liner and tieback or just prior to completion, assuming the well will be completed by another rig at a later date.

My sense is that BP doesn't like major changes to plan at the last minute. So it might be better to propose any further drilling deeper after new plans and budget can be put in place.

Bob

| | |
|---|---|
| From: | O'Donnell, Alan |
| Sent: | Friday, April 09, 2010 2:04 PM |
| To: | Quitzau, Robert; Chandler, Paul; Folger, Derek; Peyton, Dawn; Burton, Forrest |
| Subject: | RE: Macondo TD Reached |

I'm sorry to hear they are stopping. Do you have a sense for whether or not they could keep going ?

Alan O'Donnell

EXHIBIT # 2635
WIT: Quitzau

ANA-MDL-000005118

**TREX-02635**

GM - Eastern Gulf of Mexico
Anadarko Petroleum Corporation
832-636-8769

| | |
|---|---|
| **From:** | Quitzau, Robert |
| **Sent:** | Friday, April 09, 2010 1:39 PM |
| **To:** | O'Donnell, Alan; Chandler, Paul; Folger, Derek; Peyton, Dawn; Burton, Forrest |
| **Subject:** | Macondo TD Reached |

Bobby Bodek called and notified me that they had drilled ahead to 18360 and called this final TD. It is about 100' below the bottom sand and enough for wireline rathole.

They plan to run wireline followed by the 7" liner.

He says they saw some abnormal resistivity in the small sand just below the pay sand that may indicate where they were losing returns.

Bob Quitzau

Drilling Consultant - Anadarko Petroleum Corporation
office   832-636-1551
mobile 281-380-1298

ANA-MDL-000005119