# Exhibit 23

To United States' Opposition to Motion *In Limine* of Defendant Anadarko
Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability

| | |
|---|---|
| **To:** | Jacobs, Joe[Joe.Jacobs@anadarko.com]; Botevyle, Peter[Peter.Botevyle@anadarko.com] |
| **From:** | Trautman, Tim |
| **Location** | *ALR-09003 CONF (18) |
| **Sent:** | Mon 4/12/2010 3:47:11 PM |
| **Importance:** | Normal |
| **Sensitivity:** | None |
| **Subject:** | FW: Macondo |
| **Categories:** | urn:content-classes:calendarmessage |

When: Monday, April 12, 2010 12:30 PM-1:00 PM (GMT-06:00) Central Time (US & Canada).
Where: *ALR-09003 CONF (18)

*~*~*~*~*~*~*~*~*~*

| | |
|---|---|
| **From:** | Chandler, Paul |
| **Sent:** | Monday, April 12, 2010 10:22 AM |
| **To:** | Trautman, Tim; Burton, Forrest; O'Donnell, Alan; Peyton, Dawn; Raney, Glenn; Quitzau, Robert; Chandler, Paul |
| **Subject:** | Macondo |
| **When:** | Monday, April 12, 2010 12:30 PM-1:00 PM (GMT-06:00) Central Time (US & Canada). |
| **Where:** | *ALR-09003 CONF (18) |

When: Monday, April 12, 2010 12:30 PM-1:00 PM (GMT-06:00) Central Time (US & Canada).
Where: *ALR-09003 CONF (18)

*~*~*~*~*~*~*~*~*~*

This is a meeting to discuss our options for possibly drilling deeper beyond our current TD for the Macondo well.



EXHIBIT # 1592

WIT: *Chandler*

ANA-MDL-000007964

TREX-01592