# Exhibit 24

To United States' Opposition to Motion *In Limine* of Defendant Anadarko Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability

**To:** Strife, Stuart[Stuart.Strife@anadarko.com]
**Cc:** Leyendecker, Ernest[Ernest.Leyendecker@anadarko.com]
**From:** Trautman, Tim
**Sent:** Mon 4/12/2010 7:10:29 PM
**Importance:** Normal
**Sensitivity:** None
**Subject:** FW: Macondo TD
**Categories:** urn:content-classes:message

FYI -- this is feedback from our joint expl-dev meeting held today....

**From:** Chandler, Paul
**Sent:** Monday, April 12, 2010 1:22 PM
**To:** 'Bodek, Robert'
**Cc:** O'Donnell, Alan; Trautman, Tim
**Subject:** Macondo TD

Bobby,
I wanted to follow up with you to see if BP has entertained the idea of drilling deeper below our current TD after the 7" casing has been set. We discussed this briefly over the weekend and you were going to visit with your Exploration Manager about the proposal. We would support this position if BP was in agreement to proceed. We do not want to jeopardize the main M56 Sand or add significantly to the overall drilling cost, but just looking for a way to evaluate the section between this M56 and the top of the Oligocene where sands have been found before in this regional area with little seismic expression. I know you are very busy right now with the MDT's but let me know BP's position when you are able. Thanks.

Regards,

**Paul A. Chandler**
Project Geological Advisor
Deep Water Development
Anadarko Petroleum Corp.
832-636-8762

EXHIBIT # 1593
WIT: Chandler

**TREX-01593**

ANA-MDL-000001946