# Exhibit 26

To United States' Opposition to Motion *In Limine* of Defendant Anadarko Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability

| | |
|---|---|
| From: | Huch, Nick [Nick.Huch@anadarko.com] |
| Sent: | Tuesday, April 20, 2010 3:17 PM |
| To: | Beirne, Michael |
| Cc: | Naoki Ishii |
| Subject: | RE: Macondo TA Letter Agreement to T&A the MC 252 # 1 Well |
| Follow Up Flag: | Follow up |
| Flag Status: | Red |
| Attachments: | MC 252 #1 Agreement to T&A (signed).pdf |

Mike - attached is a scanned copy of BP's letter dated April 20, 2010, which has been signed by Anadarko E&P and Anadarko Petroleum (collectively "Anadarko) evidencing Anadarko's agreement to temporarilty abandon the MC 252 #1 Well (Macondo).

The original will be forthcoming by way of regular mail.

Please acknowledge receipt of the attached signed letter by way of return email. Thanks!

Nick Huch
Gulf of Mexico - Land
Anadarko Petroleum Corporation
1201 Lake Robbins Drive
The Woodlands, TX 77380
Email: nick.huch@anadarko.com
Phone: 832-636-3018   Fax: 832-636-0177

**From:** Beirne, Michael [mailto:Michael.Beirne@bp.com]
**Sent:** Tuesday, April 20, 2010 8:29 AM
**To:** Naoki Ishii; Huch, Nick
**Subject:** Macondo TA Letter Agreement

Gentlemen:
It is BP's recommendation that we temporarily abandon the Macondo well after successfully completing the setting of production casing. Accordingly, attached is a letter for your review and execution evidencing agreement.

<<Macondo Temp. Abandon. Agreement.pdf>>

Please give me a call with any questions or concerns.

Best regards,

**Michael J. Beirne**
Offshore Land Negotiator
**BP Exploration & Production Inc.**
Gulf of Mexico
200 WestLake Park Blvd.
Houston, TX 77079
Direct 281-366-1634
Mobile 713-553-6060
Fax 281-366-7569
michael.beirne@bp.com


EXHIBIT
O'Donnell
1931

Confidential Treatment Requested
CONFIDENTIAL - ACCESS RESTRICTED

DWHMX00058228

TREX-01931



BP Exploration & Production Inc.
Gulf of Mexico
200 Westlake Park Boulevard
Houston, Texas 77079

VIA FACSIMILE, U.S. MAIL, AND EMAIL

April 20, 2010

MOEX Offshore 2007 LLC
9 Greenway Plaza, Suite 1220
Houston, TX 77046
Attention: Naoki Ishii

Anadarko E&P Company LP
1201 Lake Robbins Dr.
The Woodlands, TX 77380
Attention: Jim Bryan

Anadarko Petroleum Corporation
1201 Lake Robbins Dr.
The Woodlands, TX 77380
Attention: Jim Bryan

RE:   Temporary Abandonment
      OCS-G 32306 #1 well ("Macondo")
      Mississippi Canyon, Block 252
      OCS, Gulf of Mexico

Gentlemen:

Reference is made to that certain Macondo Prospect Offshore Deepwater Operating Agreement ("Macondo OA") dated effective October 1, 2009, as amended, among BP Exploration & Production Inc., MOEX Offshore 2007 LLC, Anadarko E&P Company LP, and Anadarko Petroleum Corporation (collectively "Parties"), covering Mississippi Canyon Block 252. Please note that capitalized terms not otherwise defined herein shall have the meanings set forth in the Macondo OA. Reference is further made to that certain original AFE #X2-000X8 dated August 28, 2009 ("Original AFE").

This letter shall evidence the Parties' decision to temporarily abandon the OCS-G 32306 #1 Well ("Macondo Well") in accordance with the previously approved Original AFE and the terms and provisions of the Macondo OA. Please be advised that BP is in agreement in moving forward in temporarily abandoning the Macondo Well as evidenced by our execution below.

Page 1 of 2

Confidential Treatment Requested
CONFIDENTIAL - ACCESS RESTRICTED

DWHMX00058230

Please confirm your decision below in space provided, and return one original copy to the undersigned.

If you have any questions, please contact Mike Beirne at 281-366-1634.

Yours truly,

**BP EXPLORATION & PRODUCTION INC.**

*[signature]*
Kemper Howe
Attorney-in-Fact

**MOEX OFFSHORE 2007 LLC**

Agreed and accepted this ____ day of April, 2010

_____
Naoki Ishii
President

**ANADARKO E&P COMPANY LP**

Agreed and accepted this _20_ day of April, 2010

*[signature]*
Name: R. Alan O'Donnell
Title: General Manager - Eastern GOM

**ANADARKO PETROLEUM CORPORATION**

Agreed and accepted this _20_ day of April, 2010

*[signature]*
Name: R. Alan O'Donnell
Title: General Manager - Eastern GOM

Confidential Treatment Requested
CONFIDENTIAL - ACCESS RESTRICTED

DWHMX00058231