# Exhibit 27

To United States' Opposition to Motion *In Limine* of Defendant Anadarko Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability

**To:** Wilde, James[James.Wilde@anadarko.com]; Oudin, Chip[Chip.Oudin@anadarko.com]; Sembritzky, Chris[Chris.Sembritzky@anadarko.com]; Munsell, Scott[Scott.Munsell@anadarko.com]; Bassett, Robert[Robert.Bassett@anadarko.com]; Evans, Link[Link.Evans@anadarko.com]
**From:** McDonald, Byron
**Sent:** Wed 4/21/2010 3:20:25 PM
**Importance:** Normal
**Sensitivity:** None
**Subject:** RE: rig blew up last nite in gulf
**Categories:** urn:content-classes:message

I tell you, BP is up S__t creek; between the Texas City Refinery fire, the Alaska pipeline leak, Thunder Horse almost sinking - not sure I would partner with them any more.


**Byron J. McDonald**

**ANADARKO PETROLEUM CORPORATION**
General Manager
Jubilee (Ghana) Development
Office: (832)636-1360 Fax: (832)636-9646 Cell: (281)380-5968



**From:** Wilde, James
**Sent:** Wednesday, April 21, 2010 10:18 AM
**To:** Oudin, Chip; McDonald, Byron; Sembritzky, Chris; Munsell, Scott; Bassett, Robert; Evans, Link
**Subject:** RE: rig blew up last nite in gulf


we're 33% in the macondo well that blew out


**From:** Oudin, Chip
**Sent:** Wednesday, April 21, 2010 9:59 AM
**To:** McDonald, Byron; Sembritzky, Chris; Munsell, Scott; Wilde, James; Bassett, Robert; Evans, Link
**Subject:** RE: rig blew up last nite in gulf


Is that why our stock is down $1.50?


**From:** McDonald, Byron
**Sent:** Wednesday, April 21, 2010 9:57 AM
**To:** Sembritzky, Chris; Munsell, Scott; Wilde, James; Bassett, Robert; Oudin, Chip; Evans, Link
**Subject:** RE: rig blew up last nite in gulf


ANA-MDL-000015551

ADR017-015551

I just heard 11 people still missing.
I believe APC had an interest in this well.


**Byron J. McDonald**
―――――――――――――――――――――――
**ANADARKO** *PETROLEUM CORPORATION*
General Manager
Jubilee (Ghana) Development
Office: (832)636-1360 Fax: (832)636-9646 Cell: (281)380-5968




**From:** Sembritzky, Chris
**Sent:** Wednesday, April 21, 2010 9:38 AM
**To:** McDonald, Byron; Munsell, Scott; Wilde, James; Bassett, Robert; Oudin, Chip; Evans, Link
**Subject:** FW: rig blew up last nite in gulf




**From:** Turner, Mead
**Sent:** Wednesday, April 21, 2010 9:36 AM
**To:** Sembritzky, Chris
**Subject:** FW: rig blew up last nite in gulf




**From:** Durham, Erricos
**Sent:** Wednesday, April 21, 2010 9:35 AM
**To:** Seefeldt, Mark; Troutman, Keith; Belk, Keith; Taylor, Brad D; Washburn, Mark; Brignac, Ashley; Gammill, Tina; Soler Rocasalbas, Sandra; Bradley, Saundra; Tumino, David; Knopp, Bryan; Hough, William; Alloway, John; Colerick, Joe; Dansby, Devin; Ghazizadeh, Carla; Rovira, Scott; Bailey, Claire; Turner, Mead
**Subject:** FW: rig blew up last nite in gulf


Sent from my friend down at ATP Oil and Gas.


**From:** James Wells [mailto:JWells@atpog.com]

ANA-MDL-000015552

ADR017-015552

**Sent:** Wednesday, April 21, 2010 9:07 AM
**To:** Ed Wells; Durham, Erricos; David_Schellstede@oxy.com; weljef@netscape.net; dcwright@wwcs911.com
**Subject:** FW: rig blew up last nite in gulf

From: dmoore1064@aol.com [mailto:dmoore1064@aol.com]
Sent: Wednesday, April 21, 2010 7:31 AM
To: Allan Moore
Subject: Fwd: rig blew up last nite in gulf


Just talked to Sam....looks really bad


-----Original Message-----
From: Shirley Kuhr <skuhr@intloffshore.com>
To: dmoore1064@aol.com
Sent: Wed, Apr 21, 2010 7:25 am
Subject: FW: rig blew up last nite in gulf

ANA-MDL-000015553

ADR017-015553