# Exhibit 28

To United States' Opposition to Motion *In Limine* of Defendant Anadarko Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability

| | |
|---|---|
| **To:** | Hollek, Darrell[Darrell.Hollek@anadarko.com] |
| **From:** | O'Donnell, Alan |
| **Sent:** | Wed 4/14/2010 4:28:25 PM |
| **Importance:** | Normal |
| **Sensitivity:** | None |
| **Subject:** | RE: Macondo |
| **Categories:** | urn:content-classes:message |

I think so. I'll pass that on to Nick.

Alan O'Donnell
GM - Eastern Gulf of Mexico
Anadarko Petroleum Corporation
832-636-8769

| | |
|---|---|
| **From:** | Hollek, Darrell |
| **Sent:** | Wednesday, April 14, 2010 11:08 AM |
| **To:** | O'Donnell, Alan |
| **Subject:** | RE: Macondo |

Fine. Would we be best to say we agree but would not be opposed to testing a deeper section should they decide to.

| | |
|---|---|
| **From:** | O'Donnell, Alan |
| **Sent:** | Wednesday, April 14, 2010 10:38 AM |
| **To:** | Hollek, Darrell |
| **Subject:** | Macondo |

Darrell,
We confirmed with Land that we have earned all depths at Macondo. With your concurrence I will ask Nick to respond to BP that we agree to TD the well here.

Alan O'Donnell
GM - Eastern Gulf of Mexico
Anadarko Petroleum Corporation
832-636-8769

2985
Exhibit No. Hollek
Worldwide Court
Reporters, Inc.

CONFIDENTIAL                                              ANA-MDL-000008991