# Exhibit 2

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 6/8/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF LOUISIANA | CIVIL ACTION NO. 08-893 |
| VERSUS | JUDGE HAIK |
| CITGO PETROLEUM CORPORATION | MAGISTRATE JUDGE HANNA |

## ORDER

Having considered the Plaintiff's Appeal of the Magistrate Judge's Decision [Doc. 95],

IT IS ORDERED that the Motion is DENIED. The Magistrate's Decision is hereby AFFIRMED.

THUS DONE AND SIGNED this 7th day of June, 2010 at Lafayette, Louisiana.

JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA