UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL NO. 2179 |
| | : | SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| ALL CASES | : : | MAGISTRATE JUDGE SHUSHAN |

**CORRECTED UNITED STATES' EX PARTE MOTION TO FILE THREE EXHIBITS UNDER SEAL REGARDING UNITED STATES' OPPOSITION TO BPXP'S MOTION IN LIMINE TO EXCLUDE (1) ADDITIONAL EVIDENCE OF CULPABILITY AND (2) EVIDENCE RELATING TO PRIOR INCIDENTS [DKT. NO. 12460]**

Pursuant to Pre-Trial Order 13 [Dkt. No. 641], the United States respectfully requests leave to file under seal three Exhibits Regarding the United States' Opposition to BPXP's Motion *in Limine* to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents (Dkt. No. 12460). The Exhibits, numbers 10, 24, and 25, pertain to claims of confidentiality by BP concerning certain documents produced by BP in this litigation.

Respectfully submitted,

| | |
|---|---|
| BRIAN HAUCK | ROBERT G. DREHER |
| Deputy Assistant Attorney General | Acting Assistant Attorney General |
| Civil Division | Environment & Natural Resources Division |
| PETER FROST | SARAH HIMMELHOCH |
| Director, Torts Branch, Civil Division | MICHAEL MCNULTY |
| Admiralty and Aviation | Senior Litigation Counsel |
| SHARON SHUTLER | NANCY FLICKINGER |
| MALINDA LAWRENCE | Senior Attorney |
| LAURA MAYBERRY | PATRICK CASEY |
| Trial Attorneys | RICHARD GLADSTEIN |
| R. MICHAEL UNDERHILL, T.A | DANIEL S. SMITH |
| Attorney in Charge, West Coast Office | Senior Counsel |
| | ABIGAIL ANDRE |
| | A. NATHANIEL CHAKERES |

        ANNA CROSS
        RACHEL HANKEY
        JUDY HARVEY
        RACHEL KING
        ERICA PENCAK
        BRANDON ROBERS
        GORDON YOUNG
        Trial Attorneys

        /s/ Steven O'Rourke
        STEVEN O'ROURKE
        Senior Attorney
        Environmental Enforcement Section
        U.S. Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044
        Telephone:  202-514-2779
        Facsimile:   202-514-2583
        E-mail:  steve.o'rourke@usdoj.gov
        KENNETH A. POLITE, JR.
        United States Attorney
        Eastern District of Louisiana
        SHARON D. SMITH
        Assistant United States Attorney
        Eastern District of Louisiana

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  March 6, 2014.              /s/  Steve O'Rourke
                                        U.S. Department of Justice