UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL NO. 2179 SECTION: J |
| This Document Relates to: | : : | JUDGE BARBIER |
| *Civ. No.* 10-4536 | : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## ORDER

CONSIDERING THE *EX PARTE* MOTION of the United States to file under seal three Exhibits, Dkt. No. 12460, in support of its Opposition to BPXP's Motion *in Limine* to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents,

IT IS HEREBY ORDERED that the Motion be and hereby is GRANTED, and that the Exhibits identified in the Motion (numbers 10, 24 and 25) shall be filed under seal.

IT IS SO ORDERED this _____ day of _____, 2014, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE