# EXHIBIT 4

**BP Confidential**



# Organizational Chart – Main US Subsidiaries*



*As of 3 February 2014