# EXHIBIT 6



Press     Press releases     BP Starts up Na Kika Phase 3 in Deepwater Gulf Of Mexico

# BP Starts up Na Kika Phase 3 in Deepwater Gulf Of Mexico

Release date: **24 February 2014**

## USA's largest energy investor begins production from another major upstream project, highlighting its commitment to key US offshore region

BP today announced the start-up of Na Kika Phase 3, a project supporting BP's strategy of growing high-margin production at four BP-operated hubs in the deepwater Gulf of Mexico.

The first Na Kika Phase 3 well began oil production on February 19, with a second well expected to start up in the second quarter.

The project includes the drilling and completion of the two new wells, the addition of subsea infrastructure to tieback to the Na Kika platform and new equipment to allow increased production from an existing well at the site. It will utilize available production capacity at the Na Kika hub.

Na Kika Phase 3 is BP's third new major upstream project to begin production so far in 2014, following the earlier start-ups of the Chirag Oil project in Azerbaijan and the Mars B project in the Gulf of Mexico. BP expects to start-up a further three upstream projects through the rest of 2014.

"The Na Kika Phase 3 project demonstrates BP's ongoing commitment to the deepwater Gulf of Mexico and highlights our portfolio's ability to unlock value for investors while also delivering vital energy resources to the United States," said Richard Morrison, Regional President of BP's Gulf of Mexico business.

The Na Kika semi-submersible platform is located about 140 miles southeast of New Orleans in over 6,000 feet of water. BP is the operator of Na Kika and holds a 50 percent working interest, with Shell holding the remaining 50 percent stake. Production from Na Kika first began in 2003.

BP currently has a multi-billion investment program underway in the deepwater Gulf of Mexico. It plans to concentrate future activity and investment in the Gulf on growth opportunities around its four major operated production hubs – Thunder Horse, Na Kika, Atlantis and Mad Dog -- as well as on significant exploration and appraisal opportunities within its leading leasehold position in the US offshore region. BP also plans to continue investment in its non-operated production hubs, including Mars, Ursa and Great White.

## About BP

Over the past five years, BP has invested nearly $50 billion in the US – more than any other energy company. BP is a leading producer of oil and gas and provides enough energy annually to light nearly the entire country for a year. Employing approximately 20,000 people in all 50 states, BP supports more than 260,000 jobs total through all of its business activities. For more information, go to www.bp.com/us(/en/global/corporate/about-bp/bp-worldwide/bp-in-america.html).

## Notes to editors

- BP is the largest investor in the Gulf of Mexico over the last ten years.
- BP is the leading acreage holder in the deepwater Gulf, with ownership in more than 650 leases, which provide substantial opportunity for growth.
- BP currently has ten drilling rigs operating in the Gulf, a company record. They are engaged in a range of activities including exploration, appraisal and development work.
- BP directly employs more than 2,300 people in its Gulf of Mexico business and supports tens of thousands of additional jobs in the region.

## Cautionary statement

This press release contains certain forecasts, projections and other forward-looking statements regarding BP's expectations and plans for and the prospects of the Na Kika Phase 3 project and BP's future activities in the Gulf of Mexico, including regarding: the expected timing for the start-up of a second well at Na Kika Phase 3; BP's expectation that Na Kika Phase 3 will utilize available production capacity at the Na Kika hub; the number of further upstream projects that BP expects to start-up through the rest of 2014; BP's plans for future activity and investment in the Gulf of Mexico and the expected nature and focus thereof; and BP's plans to continue investment in its non-operated production hubs in the future.  By their nature, forward-looking statements involve risk and uncertainty because they relate to events and depend on circumstances that will or may occur in the future. Actual results may differ from those expressed in such statements, depending on a variety of factors including the timing and receipt of regulatory and other approvals; changes in public expectations and other changes to business conditions; future levels of industry product supply; demand and pricing; economic and financial conditions generally or in various countries and regions; the timing and nature of maintenance outages; operational problems; the development and effective use and maintenance of new technology; political stability and economic growth in relevant areas of the world; changes in laws and governmental regulations; regulatory or legal actions; the timely resolution of certain debarment and suspension decisions of the US Environmental Protection Agency which pertain to certain BP entities; the effectiveness and security of our digital infrastructure; the actions of competitors, trading partners, creditors, rating agencies and others; natural disasters and adverse weather conditions; wars and acts of terrorism, cyber-attacks or sabotage; and other factors discussed under "Principal risks and uncertainties" in our Stock Exchange Announcement for the period ended 30 June 2013 and under "Risk factors" in our Annual Report and Form 20-F 2012 as filed with the US Securities and Exchange Commission.

## Further information:

Name: BP press office
Location: Houston
Phone: +1 281 366 4463,
Email: uspress@bp.com(mailto:uspress@bp.com)

Name: BP press office
Location: London
Phone: +44 207 496 4076
Email: bppress@bp.com(mailto:uspress@bp.com)

## Related downloads

Na Kika fact sheet
(pdf, 145.0KB)

Download Na Kika photos