# EXHIBIT 10

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

J. Andrew Langan, P.C.
To Call Writer Directly:                    (312) 862-2000                              Facsimile:
(312) 862-2064                                                                         (312) 862-2200
andrew.langan@kirkland.com                  www.kirkland.com

November 5, 2010

**Via Email**

Stephen J. Herman                           James P. Roy
Herman Herman Katz & Cotlar                 Domengeaux Wright Roy & Edwards
820 O'Keefe Avenue                          556 Jefferson Street
New Orleans, LA 70113-1116                  P.O. Box 3668
                                            Lafayette, LA 70502

> Re:   In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of
>        Mexico on April 20, 2010, MDL 2179

Dear Steve and Jim:

I am writing to discuss the subject of the appropriate BP entities that should be defendants in these cases, and those that should not. We do so now so that this can be taken account of when plaintiffs prepare their Master and other complaints to be filed on December 15, 2010 in accordance with PTO #11.

1.  Here are the correct names of BP entities that are properly defendants in litigation relating to the *Deepwater Horizon* and Macondo well incident on April 20, 2010:

    –  BP Exploration & Production Inc. (this entity was designated as a Responsible Party under OPA 90 and was holder of the MC 252 leasehold)

    –  BP America Production Company (this entity was a party to the drilling rig contract with Transocean)

2.  Next, here are some BP entities that have been previously named in MDL 2179 as defendants. While these entities exist, they should not have been named, because they had nothing to do with the MC 252 leasehold, the Macondo well, the *Deepwater Horizon* rig, or the April 20, 2010 explosion, fire and resulting spill:

    –  BP Products North America Inc. (this entity is primarily involved in downstream operations such as crude oil refineries, and the transportation and marketing of refined products like gasoline, and it had nothing to do with

Hong Kong      London      Los Angeles      Munich      New York      Palo Alto      San Francisco      Shanghai      Washington, D.C.

# KIRKLAND & ELLIS LLP

November 5, 2010
Page 2

exploration activity involving the Macondo well or the April 20, 2010 incident or resulting spill)

– BP Corporation North America Inc. (this entity is a holding company with no Gulf of Mexico operational assets)

– BP Company North America Inc. (this entity is a holding company with no Gulf of Mexico operational assets)

– BP America Inc. (this entity is a holding company with no Gulf of Mexico operational assets)

– BP Exploration (Alaska) Inc. (this entity did not have any exploration or production operations in the Gulf of Mexico and had no involvement in the April 20, 2010 incident)

3.  There are a number of alleged BP entities named in pending MDL 2179 cases that do not exist -- such as "British Petroleum," "BP American," "BP Corporation of North America", and others.  As long as plaintiffs stick to the entities listed in paragraph 1 above, you will avoid these issues.

4.  As to BP p.l.c., as you know, this is a corporation organized under the laws of England and Wales which is publicly traded with its headquarters in London, England.  BP p.l.c. did not own the MC 252 leasehold, had no employees on the *Deepwater Horizon*, and was not a party to the drilling rig contract with Transocean.  We do not believe it is a proper defendant in these cases.

Glad to discuss this further, of course.

Sincerely,

J. Andrew Langan, P.C.