# EXHIBIT 14

```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3

 4   ****************************************************************

 5   IN RE:  OIL SPILL BY THE OIL
     RIG DEEPWATER HORIZON IN THE
 6   GULF OF MEXICO ON APRIL 20,
     2010
 7

 8                              CIVIL ACTION NO. 10-MD-2179 "J"
                                NEW ORLEANS, LOUISIANA
 9                              WEDNESDAY, FEBRUARY 27, 2013, 8:00 A.M.

10

11   THIS DOCUMENT RELATES TO:

12   CASE NO. 2:10-CV-02771,
     IN RE:  THE COMPLAINT AND
13   PETITION OF TRITON ASSET
     LEASING GmbH, ET AL
14
     CASE NO. 2:10-CV-4536,
15   UNITED STATES OF AMERICA V.
     BP EXPLORATION & PRODUCTION,
16   INC., ET AL

17
     ****************************************************************
18

19

20                     **DAY 3   MORNING SESSION**

21             TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS

22          HEARD BEFORE THE HONORABLE CARL J. BARBIER

23                   UNITED STATES DISTRICT JUDGE

24

25

                          **OFFICIAL TRANSCRIPT**
```

```
08:17AM  1           Mr. McKay, I prepared this demonstrative based upon
08:17AM  2   your deposition testimony, which was in response to questions
08:17AM  3   as to what your position was in 2010.
08:17AM  4           So I understand, Mr. McKay, in 2010, you were the
08:17AM  5   executive -- or an executive vice-president of BP PLC?
08:17AM  6   A.   Yes.
08:17AM  7   Q.   You were the Chairman and President of BP America, Inc.?
08:17AM  8   A.   That's right.
08:17AM  9   Q.   You were the Chairman and Director of BP Corporation North
08:17AM 10   America, Inc.?
08:17AM 11   A.   Correct.
08:17AM 12   Q.   Now, I understand from your testimony yesterday and a few
08:17AM 13   minutes ago that you've recently received a promotion.  Seven
08:17AM 14   weeks, my back calculation was January 1, 2013; is that
08:17AM 15   correct?
08:17AM 16   A.   Correct.
08:17AM 17   Q.   Mr. McKay, if you can tell us with respect to this
08:17AM 18   demonstrative, how would that promotion fit into this
08:18AM 19   demonstrative?
08:18AM 20   A.   Well, the way that BP is organized -- this graph or
08:18AM 21   exhibit you have here is at least pieces of it, the BP America,
08:18AM 22   the BP Corp North America, and BP Exploration & Production is
08:18AM 23   sort of the legal structure of the way the subsidiaries are
08:18AM 24   held.
08:18AM 25           BP as a global company, which is common with global
```

```
08:18AM  1   companies, manages its assets and its varied interests, which
08:18AM  2   are in various subsidiaries around the world, we manage those
08:18AM  3   through what's called an Exploration & Production segment.
08:18AM  4   That contains the operating businesses which would manager Gulf
08:18AM  5   of Mexico, Onshore US, Alaska, those kind of things.
08:18AM  6            That management structure is, as I said yesterday,
08:18AM  7   responsible for the safe and reliable operations.  Those
08:18AM  8   businesses around the world, then, in the E&P segment, report
08:18AM  9   to me.
08:18AM 10   Q.   Let me ask you, Mr. McKay, the BP Exploration &
08:18AM 11   Production, Inc., the legal entity I have depicted on the
08:18AM 12   exhibit, is that the company that you're now CEO of?
08:19AM 13   A.   No.  That is a subsidiary company that holds the Gulf of
08:19AM 14   Mexico assets.  It legally holds the leases in the Gulf of
08:19AM 15   Mexico.
08:19AM 16   Q.   The promotion that you got on January 2013 to become Group
08:19AM 17   CEO of Exploration & Production, that business unit,
08:19AM 18   Exploration & Production, what company, if any, on this list
08:19AM 19   does that fall underneath?
08:19AM 20   A.   Well, we have several hundred subsidiaries around the
08:19AM 21   world.  So, as you can imagine, the operating structure, the
08:19AM 22   way you manage all the assets, is organized in businesses that
08:19AM 23   don't perfectly match this legal entity structure.
08:19AM 24            So the -- if you think of -- the way we're organized
08:19AM 25   right now is we have a worldwide drilling organization that
```

**OFFICIAL TRANSCRIPT**

724

1          REPORTER'S CERTIFICATE

2

3     I, Cathy Pepper, Certified Realtime Reporter, Registered

4  Merit Reporter, Certified Court Reporter of the State of

5  Louisiana, Official Court Reporter for the United States

6  District Court, Eastern District of Louisiana, do hereby

7  certify that the foregoing is a true and correct transcript to

8  the best of my ability and understanding from the record of the

9  proceedings in the above-entitled and numbered matter.

10

11

12                                    *s/Cathy Pepper*

13                                    Cathy Pepper, CRR, RMR, CCR
                                      Certified Realtime Reporter
14                                    Registered Merit Reporter
                                      Official Court Reporter
15                                    United States District Court
                                      Cathy_Pepper@laed.uscourts.gov
16

17

18

19

20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**