# EXHIBIT 15

Initial Exploration Plan

Mississippi Canyon Block 252

OCS-G 32306

BP Exploration & Production Inc.
February 2009


EXHIBIT # 768
WIT:

CONFIDENTIAL

BP-HZN-2179MDL00001095

## SECTION 7.0
## Oil Spills Information
## (250.219 and 250.250)

**7.1 Oil Spill Response Planning**

The proposed activities are in the Central Planning Area of the GOM. Therefore a site-specific Oil Spill Response Plan (OSRP) is not required for this plan.

**7.1.1 Regional OSRP Information** — All proposed activities and facilities in this Exploration Plan will be covered by the Oil Spill Response Plan filed by BP America Inc. (MMS company number 21591) and includes BP Exploration & Production Inc. (MMS company number 02481) in accordance with 30 CFR 254 and approved on November 14, 2008.

**7.1.2 Spill Response Sites** — Information on the location of the primary spill response equipment and the location of planned staging area(s) that would be used in the unlikely event of an oil spill resulting from the activities proposed in this plan is provided in the table below.

| Primary Response Equipment Location | Preplanned Staging Location(s) |
|---|---|
| Belle Chasse, LA | Port Fourchon, LA |
| New Iberia, LA   Morgan City, LA | |

**7.1.3 OSRO Information** — BP utilizes the National Response Corporation (NRC) and the Marine Spill Response Corporation (MSRC) as the primary providers for oil spill removal equipment. The MSRC STARS network provides for the closest available personnel, as well as an MSRC supervisor to operate the equipment.

**7.1. Worst-Case Scenario Determination** — A comparison of the appropriate worst-case scenario from BP's approved regional OSRP with the worst-case scenario from the proposed activities in this Exploration Plan is provided in the table below. The proposed activities are within ten miles seaward of the coastline therefore the "near-shore" worst-case scenario is provided as well as the "exploration" worst-case scenario.

| Category | Regional OSRP (Exploration) | EP |
|---|---|---|
| Type of Activity | Exploration Drilling | Exploration Drilling |
| Facility Location | MC 727 | MC 252 |
| Facility Designation | MODU | MODU |
| Distance to Nearest Shoreline | 50 | 49 miles |
| Volume Uncontrolled Blowout (per day) | 300,000 | 162,000 |
| Type of Oil(s) | Crude Oil | Crude Oil |
| API Gravity | 28° | 33° (estimated) |

Since BP Exploration & Production Inc. has the capability to respond to the appropriate worst-case spill scenario included in its regional OSRP approved on November 14, 2008, and since the worst-case scenario determined for our Exploration Plan does not replace the appropriate worst-case scenario in our regional OSRP, I hereby certify that BP Exploration & Production Inc. has the capability to respond, to the maximum extent practicable, to a worst-case discharge, or a substantial threat of such a discharge, resulting from the activities proposed in our Exploration Plan.

**7.1.5 Oil spill response discussion** — a discussion of response to an oil spill resulting from the activities proposed in this plan is not required for this Exploration Plan.

*BP Exploration & Production Inc.*  
*Mississippi Canyon Block 252  Page 7-1*  
*Initial Exploration Plan*

CONFIDENTIAL
BP-HZN-2179MDL00001193