( 78 )

## Anno 15° RICARDI, II.   A.D. 1391.

### D' Statuto de Anno quintodecimo.
### Of the STATUTE of the Fifteenth Year.

*Ex Rot. Stat. in Turr. Lond. II. m. 7.*

**I. Former Statutes confirmed.**

IN the Parliament holden at Westminster the Morrow after All Souls, the Fifteenth Year of the Reign of King Richard the Second after the Conquest, our said Lord the King by the Assent of the said Parliament hath ordained and established certain Things in the Form following:

FIRST, That all good Statutes and Ordinances made before this Time, and not repealed, be firmly holden and kept.

**II. Statutes concerning forcible Entries and Riots confirmed.**

ITEM, It is accorded and assented, That the Ordinances and Statutes, made and not repealed, of them that make Entries with strong Hand into Lands and Tenements, or other Possessions whatsoever, and them hold with Force, and also of those that make Insurrections, or great Ridings, Riots, Routs, or Assemblies, in Disturbance of the Peace, or of the Common Law, or in Affray of the People, shall be holden and kept, and fully executed; joined to the same, that at all Times that such forcible Entry shall be made, and Complaint thereof cometh to the Justices of Peace, or to any of them, that the same Justices or Justice take sufficient Power of the County, and go to the Place where such Force is made; and if they find any that hold such Place forcibly after such Entry made, they shall be taken and put in the next Gaol, there to abide convict by the Record of the same Justices or Justice, until they have made Fine and Ransom to the King: And that all the People of the County, as well the Sheriffs as other, shall be attendant upon the same Justices to go and assist the same Justices to arrest such Offenders, upon Pain of Imprisonment, and to make Fine to the King. And in the same Manner it shall be done of them that make such forcible Entries in Benefices or Offices of Holy Church.

**III. Jurisdiction of the Admiral.**

ITEM, At the great and grievous Complaint of all the Commons made to our Lord the King in this present Parliament, for that the Admirals and their Deputies do incroach to them divers Jurisdictions, Franchises, and many other Profits pertaining to our Lord the King, and to other Lords, Cities, and Boroughs, other than they were wont or ought to have of Right, to the great Oppression and Impoverishment of all the Commons of the Land, and Hindrance and Loss of the King's Profits, and of many other Lords, Cities, and Boroughs through the Realm: It is declared, ordained, and established, That of all Manner of Contracts, Pleas, and Quarrels, and all other Things (¹) rising within the Bodies of the Counties, as well by Land as by Water, and also of Wreck of the Sea, the Admiral's Court shall have no Manner of Cognizance, Power, nor Jurisdiction; but all such Manner of Contracts, Pleas, and Quarrels, and

AU plement tenuz a Westm̄ lendemayn des almes lan du regne n̄re s' le Roi Richard second puis le conquest quinzisme; N̄re dit s' le Roi de lassent de son dit plement ad ordine & establi c̄teines choses en la fo'me qensuit.   j.

En primes q̄ touz les bones estatutz & ordeinances devant ces heures faitz & nient repellez soient fermement tenuz & gardez.

Item accordez est & assentuz q̄ lestatutz & ordeinances faitz & nient repellez de ceux q̄ font entrees a forte mayn en P̄res & teñtz ou auts possessions q̄conqes & lour teignent einz ove force, & auxint de ceux q̄ font insurreccions ou g'ntz chivaches rioutes routes ou assemblees en destourbance de la pees ou de la c̄oe ley ou en affray du poeple, soient tenuz & gardez & pleynement executz; ajouste a ycelles q̄ a toutz les foitz q̄ tielx forcibles entrees soient faitz, & pleint en veigne a Justices de la pees ou a ascun de eux q̄ mesmes les Justices ou Justice p̄ignent ou p̄igne poair sufficeant du Counte, & voisent ou voise al lieu ou tiel force soit fait, & sils troevent ou troeve ascuns q̄ teignent tiel lieu forciblement, ap's tiel entree faitz, soient pris & mys en pscheine gaole a y dem'er convict p record de mesmes les Justices ou Justice tanqils eient fait fyn & ranceon au Roy; & q̄ toutz gentz du Counte sibn Viscont come auts soient entendantz as ditz Justices pur aler & enforcier mesmes les Justices pur arester tielx malfesours sur peine demprisonement & de faire fyn au Roy. Et en mesme le mañe soit fait de ceux q̄ font tielx forcibles entrees en benefices ou offices de seinte Esglise.   ij.

Item a la g'nte & grevouse compleint de toute la c̄oe fait, a n̄re s' le Roi en cest p̄sent plement, de ce q̄ les Admiralx & lour deputees accrochent a eux diV̄ses jurisdiccions franchises & plusours auts pfitz q̄ appteignent a n̄re s' le Roi & as auts s's Cittees & Burghs auts qils ne soloient ne ne deV̄oient avoir de droit, a P̄sg'nt opp̄ssion & empoV̄issement de toute la c̄oe de la P̄re, & arrerissement & pde des pfitz n̄re s' le Roi & de pluso's auts s's Citees & Burghs pmy le Roialme; declarez est ordeignez & establi q̄ de toutes mañes contractz plees & querelles & de toutes auts choses faitz ou sourdantz deinz les corps des Countees sibn p P̄re come p eawe, & aussint de Wrek de meer, la Court de ladmirall eit nulle mañe conissance poair ne jurisdiccioñ; mes soient toutz tielx mañes contractes   iij.

¹ *done or*

plees & quereles & toutes auʳs choses sourdantz deinz les corps des Countees sitn p ſre come p eawe come desuis, et auxint Wrek de meer triez ꝑminez discus & remediez p les loyes de la ſre & nemye devant ne p ladmiral ne son lieutenant en nulle maṅe. Nientmeyns de mort de hōme & de maheym faitz es grosses niefs esteantz & hoƲantz en my le haut fil des grosses Rivers tantsoulement paval les [pountz¹] de mesmes les Rivres pluis pscheins al meer, & en nul autre lieu de mesmes les Rivers, eit ladmiral conissance, & auxint darest des niefs en les gᵗntz fletz p' gᵗntz viages du Roi & de Roialme; Sauvant au Roi toutz maṅes forfait'es & pfitz ent pvenantz. Et eit ensement jurisdiccioñ sur les dc̃es fletz durantz les dites viages tantsoulement. Sauvant toutdis as ꝑ's Citees & Burghs lour libtees & franchises.

iiij.    Item come ordeigne soit p diƲses estatutz qune mesure de blee vin & c̃voise soit pmy le Roialme, & q̃ oept busselx rasez facent un quarᵗ de blee, nientmeins a cause q̃ nulle peyne est sur ce ordeine en les ditz estatuts plusours gentz de diƲses Citeez Burghs Villes & Marchees ne voillent ꝑndre nachatre en les ditz Citees Burghs Villes & Marchees naillo's sinoun noef busselx p' le quartre; & sils ne les purront achatre en tiel maṅe ils larestent come forfait, a ſsgᵗnt damage & opꝑssion de tout la cōe poeple, & oƲtement encontre lestatutz suisditz; ordeignez est & assentuz q̃ les ditz estatutz soient fermement gardez & tenuz sitn en la Citee de Loundres come aillours pmy le Roialme, & sibien p eawe come p ſre, niencontresteant ascune usage avant ces heures a contraire; et q̃ nulƚ desore enavant achate en la dc̃e Citee de Loundres naillo's nulle maṅe blee ou brees sinouñ oept busselx p' le quarᵗ solonc le p'port des ditz estatutz, sur peine de forfaire tout le blee ou bres issint achate; Sauvant la dc̃e forfait'e au Roi, forspris franchises Roiales as queux le Roi a ceste foitz ad gᵗnte yclle forfait'e de sa grace; & q̃ sibien les Mair & Viscountz de Londres come les Mairs & Baillifs dauᵗs Citees Burghs Villes & Marchees sils ne facent ent pleine & due execucion, encourgent autiele peine sitn au suite du Roi come de ptie & dautre q̃conq̃, q̃ vorra suir p' le Roi.

v    Item come contenuz soit en lestatut de Religiouses q̃ nulƚ religious nautre q̃conq̃ achate ne vende ou souz colour de doun ou ſme ou dautre title q̃conq̃ dascun resceive ou dascun en ascune maṅe p art ou p engyn a luy face approprier ascunes ſres ou teñtz sur forfait'e dycelles p qoi les ditz ſres & teñtz purront en ascune maṅe devenir a mort mayn ; et q̃ si ascun religious ou ascun autre veigne encontre le dit estatut p art ou p engyn en ascune maṅe, bien lise au Roi & as auᵗs ꝑ's les ditz ſres & teñtz entrer; sicome en le dit estatut est contenuz plus au plein : et ore de noveƚƚ p sotile ymaginacion & p art & engyn ascuns gentz de religion psons vikers & auᵗs psones espiritiels sont entrez en diƲses ſres & teñtz adjoignantz a lour esglise, & dycelles p suffrance & assent de tenantz ont fait cimiᵗs & p bulles del appostoiƚƚ les ont fait dedier & sacrer &

| all other Things rising within the Bodies of Counties, as well by Land as by Water, as afore, and also Wreck of the Sea, shall be tried, determined, discussed, and remedied by the Laws of the Land, and not before nor by the Admiral, nor his Lieutenant in any wise. Nevertheless, of the Death of a Man, and of a Maihem done in great Ships, being and hovering in the main Stream of great Rivers, only beneath the [Bridges¹] of the same Rivers [nigh²] to the Sea, and in none other Places of the same Rivers, the Admiral shall have Cognizance; and also to arrest Ships in the great Flotes for the great Voyages of the King and of the Realm; saving always to the King all Manner of Forfeitures and Profits thereof coming; And he shall have also Jurisdiction upon the said Flotes, during the said Voyages only: Saving always to the Lords, Cities, and Boroughs their Liberties and Franchises. | |
|---|---|
| ITEM, Whereas it is ordained by divers Statutes, that one Measure of Corn, Wine, and Ale should be throughout the Realm, and that Eight Bushels striked make the Quarter of Corn; Nevertheless, because that no Pain is thereupon ordained in the said Statutes, divers People of divers Cities, Boroughs, Towns, and Markets, will not take, neither buy in the said Cities, Boroughs, Towns, Markets, ne in none other Place, but Nine Bushels for the Quarter; and if they cannot buy in that Manner, they arrest it as forfeit, to the great Damage and Oppression of all the People, and manifestly against the Statutes aforesaid; It is ordained and assented, That the said Statutes shall be firmly kept and holden, as well in the City of London, as in every other Place throughout the Realm, and that as well by Water as by Land, notwithstanding any Usage in Times past to the contrary; and that none from henceforth do buy in the City of London, nor in other Place, any Manner of Corn or Malt, but after Eight Bushels for the Quarter, according to the Purport of the said Statutes, upon Pain of Forfeiture of all the Corn or Malt so bought; saving to the King the said Forfeiture, except Franchises Royal, to whom the King at this Time of his special Grace hath granted the same Forfeiture; and that as well the Mayor and Sheriffs of London, as the Mayors and Bailiffs of other Cities, Boroughs, Towns, and Markets, if they do not thereof full and due Execution, shall incur like Pain, as well at the Suit of the King as of the Party, or of any other Person that will sue for the King. | IV. Eight Bushels of Corn striked make the Quarter.  Penalty on buying after any other Rate, Forfeiture of the Corn. |
| ITEM, Whereas it is contained in the Statute De religiosis, That no Religious, nor other whatsoever he be, do buy or sell, or under Colour of Gift, or Term or any other Manner of Title whatsoever, receive of any Man, or in any Manner by [Gift³] or Engine cause to be appropriated unto him any Lands or Tenements, upon Pain of Forfeiture of the same, whereby the said Lands and Tenements in any Manner might come to Mortmain; And (⁴) if any Religious, or any other, do against the said Statute by Art or Engine in any Manner, that it be lawful to the King, and to other Lords, upon the said Lands and Tenements to enter; as in the said Statute doth more fully appear: And now of late by subtile Imagination, and by Art, and Engine, some religious Persons, Parsons, Vicars, and other spiritual Persons, have entered in divers Lands and Tenements, which be adjoining to the Churches, and of the same, by Sufferance and Assent of the Tenants, have made Church-yards, and by Bulls of the Bishop of Rome have [dedicated and hallowed the same,⁵] and in them | V. St. 7 Edw. I. de Religiosis.  Converting Land to a Church-yard declared to be within that Statute. |

---

{ pointz [or poyntz] *Old Printed Copies.*
¹ { portes *Old Abridgements.*
{ pontz *Rot. Parl. nu. 30.*

{ Points 4 *Inst.* 137: *MS. Tr.* 2: *Pulton's Calendar, &c.*
¹ { 1612: *Pulton's Stats.* 1661.
{ Ports *Cay's Abridgment* 1739.   ² most next *MS.Tr.* 2.
³ Craft                                             ⁴ that
⁵ *caused the same to be dedicated and hallowed,*