UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

### MOTION FOR ENTRY OF ORDER GRANTING CHRISTINE REITANO'S UNCONTESTED MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Christine Reitano who, with respect, moves the court for entry of an order granting her uncontested Motion to Dismiss for Lack of Subject Matter Jurisdiction, Insufficient Service of Process and Failure to State a Claim upon which Relief may be Granted (the "Motion to Dismiss") for the following reasons:

1.

Christine Reitano filed her Motion to Dismiss and accompanying memorandum on October 17, 2013. (Document No. 11683 and 11683-1). The matter has not been set for hearing and no opposition to the Motion to Dismiss has been filed. Indeed, there is no legitimate "party" to these proceedings who would be entitled to advocate a position in opposition to the Motion to Dismiss.

2.

The facts asserted in the Motion to Dismiss and in the Memorandum which form the basis for the motion remain the same. None of the facts or the law relevant to the motion have changed since the motion was filed four and one-half (4.5) months ago.

WHEREFORE, CHRISTINE REITANO moves the court for the entry of an Order granting her uncontested Motion to Dismiss.

Respectfully submitted,

/s/ Mary Olive Pierson
Mary Olive Pierson (La. Bar #11004)
8702 Jefferson Highway - Suite B (70809)
Post Office Box 14647
Baton Rouge, Louisiana 70898
Telephone: (225) 927-6765
Fax: (225) 927-6775
mop@mopslaw.com

*Attorney for Christine Reitano*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 7th day of March, 2014.

Mary Olive Pierson
/s/ Mary Olive Pierson