UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179<br><br>SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

## ORDER

CONSIDERING THE UNCONTESTED MOTION TO DISMISS FILED BY CHRISTINE REITANO AND THE MOTION FOR ENTRY OF AN ORDER GRANTING THE SAME:

IT IS ORDERED that Christine Reitano's Motion to Dismiss for Lack of Subject Matter Jurisdiction, Insufficient Service of Process and Failure to State a Claim upon which Relief may be Granted is **GRANTED**.

New Orleans, Louisiana this _____ day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE