IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig<br>  "Deepwater Horizon" in the<br>  Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION: J<br> |
| This document relates to all actions. | *<br>*<br>*<br>*<br>*<br>* | HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### MOTION TO MODIFY THE JANUARY 17, 2014
### REPORT OF SPECIAL MASTER FREEH

Pursuant to Federal Rule of Civil Procedure 53, Defendants BP Exploration & Production, Inc. and BP America Production Company (collectively, "BP") move the Court to adopt the January 17, 2014 Report of Special Master Freeh with modifications.  As explained more fully in the attached memorandum, while BP agrees with the four recommendations made by the Special Master, the available evidence suggests that further action is necessary to ensure the integrity of the CSSP and establish business process procedures to adequately adjudicate claims.  BP therefore objects under Federal Rule of Civil Procedure 53(f) and respectfully requests that the Court modify the January 17, 2014 Report of the Special Master to include the additional recommendations described in the attached memorandum.

| | |
|---|---|
| March 7, 2014 | Respectfully submitted, |
| | |
| James J. Neath |   /s/ Kevin M. Downey |
| Mark Holstein | Kevin M. Downey |
| BP AMERICA INC. | F. Lane Heard III |
| 501 Westlake Park Boulevard | WILLIAMS & CONNOLLY LLP |
| Houston, TX  77079 | 725 Twelfth Street, N.W. |
| Telephone:  (281) 366-2000 | Washington, DC  20005 |
| Telefax:  (312) 862-2200 | Telephone:  (202) 434-5000 |
| | Telefax:  (202) 434-5029 |
| | |
| Daniel A. Cantor |   /s/ Don K. Haycraft |
| Andrew T. Karron | S. Gene Fendler (Bar #05510) |
| ARNOLD & PORTER LLP | Don K. Haycraft (Bar #14361) |
| 555 Twelfth Street, NW | R. Keith Jarrett (Bar #16984) |
| Washington, DC 20004 | LISKOW & LEWIS |
| Telephone:  (202) 942-5000 | 701 Poydras Street, Suite 5000 |
| Telefax:  (202) 942-5999 | New Orleans, Louisiana 70139 |
| | Telephone:  (504) 581-7979 |
| Robert C. "Mike" Brock | Telefax:  (504) 556-4108 |
| COVINGTON & BURLING LLP | |
| 1201 Pennsylvania Avenue, NW | Richard C. Godfrey, P.C. |
| Washington, DC 20004 | J. Andrew Langan, P.C. |
| Telephone:  (202) 662-5985 | Wendy L. Bloom |
| Telefax:  (202) 662-6291 | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle Street |
| Jeffrey Lennard | Chicago, IL 60654 |
| Keith Moskowitz | Telephone:  (312) 862-2000 |
| DENTONS US LLP | Telefax:  (312) 862-2200 |
| 233 South Wacker Drive | |
| Suite 7800 | Jeffrey Bossert Clark |
| Chicago, IL  60606 | Dominic E. Draye |
| Telephone:  (312) 876-8000 | KIRKLAND & ELLIS LLP |
| Telefax:  (312) 876-7934 | 655 Fifteenth Street, N.W. |
| | Washington, D.C. 20005 |
| ***OF COUNSEL*** | Telephone:  (202) 879-5000 |
| | Telefax:  (202) 879-5200 |

***ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of March, 2014.

      /s/ Don K. Haycraft
      Don K. Haycraft