IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | * * * * | MDL No. 2179 Section: J |
| | This filing relates to: *All Cases* | * * | Judge Carl J. Barbier |
| | (Including Civil Action No. 12-970) | * | Magistrate Judge Sally Shushan |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## AMENDED ORDER

[Approving Settlement of Economic and Property Damages Settlement Claim]

On December 6, 2013 and February 24, 2014, this Court issued an Order Approving the Settlement of Economic and Property Damages Settlement Claim ("Settlement Approval Order") for Tai V. Nguyen, a Deceased Claimant ("Claimant") and the Court made findings including that: (1) Cham T. Lam aka Cham T. Nguyen ("Claimant's Representative") was the proper Claimant Representative and (2) that the Claims Administrator shall pay the Seafood Claim Award Amount to the Claimant Representative. [Rec. Doc. 11943 and 12410]. On October 7, 2013, the United States Bankruptcy Court for the Southern District of Mississippi, Case no. 10-50640-NPO, had issued an Agreed Order Authorizing Motion to Compromise and to Approve Fees of Special Counsel to Debtor ("Bankruptcy Order") which allowed for the Claimant Representative and Debtor to accept the offer made by the Deepwater Horizon Economic Claims Center and directed that the Settlement of $140,850.00 be paid to the Chapter 12 Trustee. The Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement ("Claims Administrator") and the Claimant Representative's attorney have agreed that the funds should be paid in accordance with the Bankruptcy Order.

1

Accordingly, IT IS HEREBY ORDERED AND DECLARED THAT the Settlement Approval Order issued on December 6, 2013 and February 24, 2014 [Rec. Doc. 11943 and 12410], is amended as follows:

1. The Claims Administrator shall pay the Award Amount to the Claimant's Chapter 12 Trustee in accordance with the Bankruptcy Order.

2. Any future settlements and payments on claims on behalf of the Claimant made in accordance with the Settlement Agreement are approved as fair, reasonable and adequate. The Claims Administrator shall issue payment on such claims in accordance with any applicable Bankruptcy Court Order; provided, however, that if Claimant's bankruptcy proceeding has been closed or dismissed, the Claims Administrator shall issue payment to the Claimant's Representative (or such other person who has certified to the Claims Administrator that he or she has authority to act as the Claimant's representative at such time), and such representative shall distribute such funds in accordance with applicable state law.

3. Except as provided in this Order, the provisions of the Settlement Approval Order issued on December 6, 2013 and February 24, 2014, remain in full force and effect unless and until modified by this Court.

New Orleans, Louisiana, this 10th day of March, 2014.

_____
CARL J. BARBIER
United States District Judge