UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * | MDL NO. 2179 "J"(1) JUDGE BARBIER MAGISTRATE SHUSHAN |
| THIS DOCUMENT APPLIES TO: Case No. 12-311 | * * * | **JURY TRIAL DEMANDED** |

## ORDER

Considering the foregoing LIU's Motion to Seal Exhibit Under Pre-Trial Order No. 13;   (Rec. Doc. 12455)

IT IS ORDERED that LIU's Motion to Seal Exhibit Under Pre-Trial Order No. 13 be and is hereby granted.

IT IS FURTHER ORDERED that the clerk seal Exhibit J to LIU's Reply in Support of Motion for Partial Summary Judgment on Cameron's Texas Insurance Code Claims.

New Orleans, Louisiana, this 10th day of March, 2014.

_____
United States District Judge

945343_1