# EXHIBIT A

## **AFFIDAVIT**

STATE OF LOUISIANA
PARISH OF JEFFERSON:

BE IT KNOWN THAT on this 8th day of November, 2013, before me, the undersigned Notary, PERSONALLY CAME AND APPEARED:

VUI VAN and CO THI NGUYEN

both persons of the full age of majority and resident of Plaquemines Parish, State of Louisiana, who declared under oath to me, the Notary, under the penalty of perjury the following:

1) I, Vui Van, am presently married to Co Thi Nguyen with whom I reside at 111 Avenue C, Buras, LA 70041;

2) My wife and I we own two shrimping vessels, LA-2565-FE which is 44 ft., and LA-4556-AP, which is 35 ft;

3) I captain the LA-2565-FE, and I would hire another person to captain the LA-4556-AP;

4) I have been a commercial fisherman for almost 12 years;

5) I only commercially shrimp in the Gulf of Mexico, and therefore the BP oil spill nearly destroyed my way of life and the Main income source to support my family;

6) After the oil spill, my family and I were very depressed and wonder what will happen to us;

7) There were many people desperately searching for help, but at the same time being tricked by trial attorneys in signing a contract;

8) Like many people in my neighborhood, I wanted to handle the seafood claims myself;

9) On, or around March of 2011, I heard that there was a potential claim for compensation for those who participated the Vessel of Opportunity (VoO) Program, so I went to the Cao Law Firm on March 16, 2011 to enquire on this potential claim;

10) After hearing that there was a good chance for me to receive compensation for those vessels that were hired to participate in the VoO Program, I retained the Cao Law Firm to represent me for the vessel that was hired, which was LA-2565-FE;

11) In October of 2011, my son, David told me that there was a firm, the Waltzer, Wiygul & Garside (WWG), accepts VoO cases for those vessels that were not hired;

12) On October 15, 2011, my wife and I went to WWG to enquire about VoO compensation for vessels that were not hired and was greeted by a person by the name of "Trang";

13) After telling us that they were able to get money for vessels that were not hired, we decided to retain them for VoO representation for the vessel that was not hired, the LA-4556-AP;

14) Ms. Trang asked whether my wife and I wanted the Waltzer firm to represent us in our GCCF claim and we definitively stated no, we only want representation on the non-hired VoO vessel, LA-4556-AP;

15) I then signed the contract and then my wife and I left the firm;

16) About two weeks later Ms. Trang called my wife and explained to her that we need to file a "short form" to preserve our rights in federal court, so we went to them on October 18, 2011 to find out what was going on;

17) When we arrived we were again met by Ms. Trang who tried to explain to me about a "short form" against Transocean;

18) I asked her whether this short form will affect our GCCG claim and she said no;

19) She explained to my wife and me that the short form was only against Transocean and that we can choose to continue representing ourselves in our seafood loss of income claim with the GCCF;

20) That is why I initialed "No" on provision "2", because I did not want them to represent us in our seafood loss of income claim;

21) Several months later Ms. Trang again called and stated that she wants to talk to us about our seafood claim, so we went on May 29, 2012 just wanting to hear what she had to say;

22) When we got there, Ms. Trang showed us their Summary Sheet of our claim saying that WWG could get the amount of money on the Summary Sheet for us within one month;

23) We told Ms. Trang that we already retained the Cao Law Firm to represent us in our seafood claim and we do not need their services on seafood compensation, but only for the non-hired VoO claim;

24) Ms. Trang asked us to sign the Summary Sheet, saying that by signing the sheet we would only acknowledging that she had seen us and that she had explained to us the Summary Sheet, and our signing would not bind us to anything;

25) Ms. Trang also stated that if we want them to represent us on our seafood claim we would have to initial the provision which states "I direct that Waltzer, Wiygul & Garside submit a claim on my behalf";

26) We did not initial the statement because we have retained to Cao Law Firm to represent us in our seafood loss of income claim, and we told WWG that repeatedly;

26) Ms. Trang asked us to take the Summary Sheet home to think about what WWG can do for us on our seafood claim, so we did;

27) After the May 29, 2012 meeting the WWG Firm keep on hounding us and telling us that the new program under DHECC does not allow one firm to represent a client on VoO and another firm represent the same client on seafood, and that we have to sign with them;

28) I got so angry with them that on July 31, 2012 I asked my friend to write letter to WWG for me to terminating them on everything;

29) I don't recall having a conversation with WWG on June 11, 2012, and I don't EVER recall dealing with WWG on percentages;

30) The only thing that we recall is that they repeatedly wanted us to fire the Cao Law Firm and to have them represent us in our seafood claim;

31) The note about the 12% on their Exhibit E could be that they tried to offer us 12% so that we would switch from the Cao Law Firm to them;

32) We retained the Cao Law Firm to represent us on our hired VoO, LA-2565-FE, on March 16, 2011, and retained the Cao Law Firm to represent us on our seafood compensation claim with the DHECC on May 3, 2012;

33) We continue to represent us in all of our claims to this very day.

_____
VAN VUI

Sworn to and subscribed on this 8th day of November, 2013.

_____
ANH "JOSEPH" CAO (BAR NO. 26836)
NOTARY PUBLIC (#62091)

I, CO THI NGUYEN, hereby declare that I am very familiar with all the actions that transpired between us and the WWG Law Firm, and everything that is declared above is true and correct to the best of my knowledge.

_____
CO THI NGUYEN

Sworn to and subscribed on this 8th day of November, 2013.

_____
ANH "JOSEPH" CAO (BAR NO. 26836)
NOTARY PUBLIC (#62091)