# EXHIBIT F

# SUMMARY SHEET

**W&W NO. 984**

**CLIENT:** Vui Van

**OCCUPATION:**

| | METHOD ONE (TT or P&L) | VO/CAP/VOO METHOD TWO (TAX, ETC.) | TOTAL OF OFFER |
|---|---|---|---|
| VoO PROGRAM OFFER: | | | $5,700 |
| OYSTER LEASEHOLD OFFER: | $0 | $0 | $0 |
| FISHERMAN ECO LOSS CLAIM: | $255,649 | $302,493 | $302,493 |
| OWNER, VESSEL 1 / V. SIZE: | $320,120 | $381,479 | $381,479 |
| OWNER, VESSEL 2 / V. SIZE: | $4,712 | $0 | $4,712 |
| OWNER, VESSEL 3 / V. SIZE: | $0 | $0 | $0 |
| DECKHAND OFFER: | | | $0 |
| SHORESIDE 1 ECO LOSS OFFER: | $0 | $0 | $0 |
| SHORESIDE 2 ECO LOSS OFFER: | $0 | $0 | $0 |
| COASTAL PROPERTY OFFER: | | | $0 |
| WETLANDS PROPERTY OFFER: | | | $0 |
| SUBSISTENCE OFFER: | NOT NOW | | |
| PROPERTY DAMAGE OFFER: | NOT NOW | | |
| TOTAL OF OFFERS: | | | $694,324 |
| LESS AMOUNT PAID: | | | |
| **GRAND TOTAL OF OFFERS:** | | | $579,908 |

I have reviewed this sheet, which provides an ESTIMATE of what offer I may receive, as well as my options, with Waltzer, Whygul and Garside.
I direct that Waltzer, Whygul & Garside submit a claim on my behalf. _____
I direct Waltzer, Whygul & Garside to submit an opt out form on my behalf. _____

_____  5/24/12
Client              Date

Handwritten notes: "Anh Cao has LA-256STE @ 49,400 voonly  6/11/12 lessu 12% ask for it"