# EXHIBIT H

AUG 2 REC'D

July 31, 2012

**HAND DELIVERY**

Mr. Joel Waltzer
Waltzer & Wiygul
3715 Westbank Expressway
Suite 13
Harvey, Louisiana 70058

Dear Mr. Waltzer:

I was told and agreed that your representation would be for my VoO claim only. I do not want you to do any more work for me regarding any other claims with Deepwater Horizon. I am sending notice to settlement committee that I am changing to unrepresented status.

The original contract documents were not explained to me correctly or translated into my language. I do not agree with the terms, and revoke any and all powers of attorney that I signed.

I request a copy of my file.

Sincerely,

Vui Van