# EXHIBIT Q

# DEEPWATER HORIZON ECONOMIC AND PROPERTY SETTLEMENT VOO CHARTER PAYMENT CLAIM FORM
# (PINK FORM)

FormID: PINK

VUI VAN
111 AVENUE C
BURAS, LA 70041

After you complete and sign your Claim Form, submit it to the Claims Administrator as directed in the Instructions Booklet that accompanies this Claim Form. If you submit your Claim Form by mail or delivery, do not separate this cover page from the Claim Form. If you have to take this Claim Form apart to photocopy or fax it, make sure you include this cover page as the first page when you submit it.

# DEEPWATER HORIZON ECONOMIC AND PROPERTY SETTLEMENT VOO CHARTER PAYMENT CLAIM FORM (PINK FORM)

To make a **VoO Charter Payment Claim** under the Deepwater Horizon Economic and Property Damages Settlement Agreement (the "Settlement") for damages arising from the Deepwater Horizon Incident on April 20, 2010 (the "Spill"), you must complete and submit this Claim Form and all documentation required by the Settlement ("Supporting Documentation") to the Claims Administrator on or before April 22, 2014, or six months after the Effective Date, whichever is later.

The **VoO Charter Payment Claim** is for individuals and businesses who registered to participate in the Vessels of Opportunity ("VoO") program and executed a VoO Master Vessel Charter Agreement ("MVCA") with BP, Lawson, USMS, USES, DRC, or any other BP subcontractor ("Charterer"), and completed the initial VoO training program.

When completing this Claim Form, refer to the accompanying booklet called "Instructions for Completing the VoO Charter Payment Claim Form (Pink Form)," which contains detailed instructions for completing and submitting this Claim Form, helpful definitions, and the list of the Supporting Documentation required to prove your claim.

If you have access to a computer with an internet connection, it will be far easier for you to fill out and submit your Claim Form online, rather than on this paper Claim Form. The online claim process will guide you through only the specific questions you need to answer, and will instruct you about the specific Supporting Documentation you must submit, based on the answers you enter as you go along. Go to www.deepwaterhorizonsettlements.com to submit a claim online.

If you do not have access to the internet, you may visit a Claimant Assistance Center for assistance with submitting a claim in person. Section 5 of the VoO Charter Payment Instructions Booklet lists all the Claimant Assistance Centers.

## A. Claimant Information

Provide the following information about the Natural Person or business who is filing this VoO Charter Payment Claim.

| 1. Name of Natural Person or Business: | Last Name or Full Name of Business<br>VAN | First Name<br>VUI | Middle Initial |
|---|---|---|---|

| 2. Social Security Number:<br>or<br>Individual Taxpayer Identification Number:<br>or<br>Employer Identification Number: | SSN or ITIN<br>5 5 5 - 8 9 - 3 4 9 6<br><br>EIN<br>_ _ - _ _ _ _ _ _ _ |
|---|---|

| 3. Claimant Number: If you previously filed a claim with the Gulf Coast Claims Facility ("GCCF"), you will keep that same seven-digit Claimant Number in the Deepwater Horizon Settlement Program. Check the box at the right called "GCCF Claimant Number" and provide that seven-digit Claimant Number.<br><br>If you did not file a claim with the GCCF, you will receive a new Claimant Number when you file your initial Registration Form with the Deepwater Horizon Settlement Program. If you have already received your new Settlement Program Claimant Number, check the box called "Deepwater Horizon Settlement Program Claimant Number" and provide that nine-digit Claimant Number.<br><br>If you do not yet have a Claimant Number, leave this question blank. | [X] GCCF Claimant Number:<br>0 2 3 5 4 0<br><br>OR<br><br>[X] Deepwater Horizon Settlement Program Claimant Number:<br>1 0 0 0 1 6 6 4 7 |
|---|---|

| B. Information Required for a VoO Charter Payment Claim ||
|---|---|
| If you are making a VoO Charter Payment claim for more than one vessel, photocopy this Section of the Claim Form before completing it and attach the copy to the Claim Form for submission. Make one copy for each additional vessel. ||
| 1. Did you register to participate in the VoO Program? If No, do not submit or complete this Claim Form. | ☒ Yes  ☐ No |
| 2. Did you own, operate or lease the vessel at the time that you registered it with the VoO Program? If No, do not submit or complete this Claim Form. | ☒ Yes  ☐ No |
| 3. Did you execute an MVCA with a Charterer? If No, do not submit or complete this Claim Form. | ☒ Yes  ☐ No |
| 4. Did you complete the Initial VoO training program? If No, do not submit or complete this Claim Form. | ☒ Yes  ☐ No |
| If you checked "Yes" for Questions 1- 4, continue.  If you checked "No" for Question 1, 2, 3 or 4, you are not eligible to make a VoO Charter Payment Claim for this vessel and you should not complete this Claim Form or submit Supporting Documentation for a VoO Charter Payment Claim. ||
| 5. What is the name of the vessel that you are claiming? | LA 4556 AP |
| 6. What is the size of the vessel that you are claiming? | ☐ < 30 feet<br>☒ ≥ 30 feet to ≤ 45 feet<br>☐ > 45 feet to ≤ 65 feet<br>☐ > 65 feet |
| 7. What is the Hull Identification Number for the vessel that you are claiming? | |
| 8. What is the Federal and/or State Identification Number for the vessel that you are claiming?<br><br>Federal Identification Number: ☐<br>and/or<br>State Identification Number: ☒ | LA 4556 AP |
| 9. Is the name you provided in Question A.1 the same name you used to register in the VoO program? | ☒ Yes  ☐ No |
| If you checked "No" to Question 9, provide the name you used to register in the VoO Program. ||

| Last Name or Full Name of Business | First Name | Middle Initial |
|---|---|---|
| | | |

| | |
|---|---|
| 10. What is your MVCA number? | HOU-2448 |
| 11. Were you dispatched or placed on hire? (i.e., requested by a Charterer to perform work and such request was accepted) | ☐ Yes  ☒ No |
| (a) If you answered Yes to Question 11, provide the approximate date of the work request(s). If you worked multiple dates, provide an approximate time period or date range of when you worked. ||

| (b) If you answered Yes to Question 11, describe the general nature of the work and approximately where you performed the work. ||
|---|---|
| 12. Were you paid for the work you performed under an MVCA? | ☐ Yes  ☒ No |

### C. Documentation Required for a VoO Charter Payment Claim

In addition to this Claim Form, you must submit certain Supporting Documentation to prove your VoO Charter Payment Claim. The list of required documents, and instructions for how to submit them, are in Section 4 of the VoO Charter Payment Instructions Booklet. If you do not submit the required Supporting Documentation, the Claims Administrator will not be able to review your claim and you will not receive payment for your claim.

### D. Payment

1. **If You Have Your Own Attorney.** Unless you check the box below, the Claims Administrator will make any payments jointly to you and to your attorney, which means that both you and your attorney will need to endorse the check before a bank will honor it.

   ☐ Check here if you want the Claims Administrator to make payments in connection with this and any other claim you may file in the Deepwater Horizon Economic and Property Settlement *only to your attorney*. This means that the Claims Administrator will send your payment to your attorney, who will then pay you pursuant to the retainer agreement you have with him/her.

2. **If You Do Not Have Your Own Attorney.** If you have not retained an attorney to represent you in connection with your Spill-related claim, the Claims Administrator will make any payments to which you are entitled directly to you by check. Payment checks will be sent by First Class Mail to the address you provided in the Registration Form or to the address that the Claims Administrator confirms for you during the processing of your Claim. **You have an obligation to notify the Claims Administrator if your address changes.**

   The Claims Administrator will report annually to federal and state taxing authorities, using a Form 1099 or state form equivalent, for certain payments made. The Claims Administrator will send you a copy of that form, but cannot give you any tax advice regarding any payment issued to you. You should consult with your own tax advisor to determine the tax impact of any payment you receive from the Claims Administrator.

3. **Garnishments, Liens, and other Attachments.** Legally authorized garnishments, liens, or similar forms of attachments relating to your claim will be honored and deducted from your payment.

4. **W-9 Form Requirement.** All Claimants must provide a W-9 Form. To obtain a copy of that form, go to www.deepwaterhorizonsettlements.com, or request one at a Claimant Assistance Center or by calling 1-866-992-6174.

| E. Signature ||||
|---|---|---|---|
| I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.<br><br>By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my claim for compensation and any payment resulting from that claim. ||||
| **Signature :** | /S/ Van Vui | **Date :** | <u>1/22/2013</u><br>(Month/Day/Year) |
| The claimant must sign this Claim Form personally. No one can sign on behalf of the claimant unless the claimant is a business or is deceased, a Minor, or Incompetent. If the claimant is a business, an authorized business representative may sign. If the claimant is deceased, a Minor, or Incompetent, an authorized Representative may sign. ||||