# EXHIBIT U

# DEEPWATER HORIZON
# CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

- Home
- News and Developments
- Firm Administration
- Download Files
- Claimant Activity
- Reporting
- Notices
- Forms
- Payments
- Change Password / Email
- Log Off

## Claimant Details

[<< Back]

### Demographic Information
[Edit]

- Claimant ID: 100016647
- Name: Van (Last) Vui (First) (M.I.) (Suffix)
- Business Name: VUI VAN
- SSN: 555 - 89 - 3496
- Address 1: 111 AVENUE C
- Address 2:
- City: BURAS    State: LA
- Zip Code: 70041
- Parish/County: Plaquemines
- Country: United States of America
- Date of Birth: 6/4/1961

### Representation
Represented By: Cao Law Firm

### Forms
[Registration Form]   [Claim Forms]   [Sworn Written Statements]

### Documents
Click the View Documents button to view documents uploaded to this claimant's file. The Upload button provides you the ability to send documents to the Claims Administrator. Any documents you upload using this button will be directly linked to the claimant's file.

For Seafood and Business Economic Loss Claims, your claim will be reviewed more quickly if you submit any financial data records in Excel format.

Do not upload PDFs of a Claim Form to the Portal. Instead, finish and submit the Claim Form online. If you unable to complete the Claim Form online, email, mail or fax the Claim Form or visit a CAC.

[View Documents]   [Upload]

### View Documents
Filter Documents likely associated with: ALL    Show Excel Files only

| Doc ID | Document Type | Create Date | Page From | Page To | Doc File ID | |
|---|---|---|---|---|---|---|
| 1137345 | Other Correspondence (Duplicate) | 06/15/2012 | 1 | 3 | 620484 | View |
| 1137368 | Registration Form | 06/15/2012 | 1 | 12 | 620507 | View |
| 1307860 | Vessels of Opportunity Invoice for Work Performed | 06/25/2012 | 1 | | 721785 | View |
| 1307861 | Master Vessel Charter Agreement (MVCA) | 06/25/2012 | 1 | 16 | 721786 | View |
| 1307862 | Vessels of Opportunity Notice of Non-Renewal of Master Vessel Charter | 06/25/2012 | 1 | | 721787 | View |
| 1307863 | Correspondence from Claimant's Counsel | 06/25/2012 | 1 | | 721788 | View |
| 1307864 | Vessels of Opportunity (VoO) Charter Claim Form (Pink Form) (Claim ID 207801) | 06/25/2012 | 1 | 5 | 721789 | View |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1705744 | Other Correspondence | 06/26/2012 | 1 | 2 | 15775236 | View |
| 1705746 | GCCF Other Processing Document | 06/26/2012 | 1 | | 15779529 | View |
| 1705742 | Correspondence from Claimant's Counsel | 06/26/2012 | 1 | 2 | 15780740 | View |
| 2737888 | Financial - Trip Tickets (Duplicate) | 07/27/2012 | 1 | 28 | 15781917 | View |
| 1686643 | Court Filing | 06/26/2012 | 1 | 3 | 15785030 | View |
| 1710203 | Accountant Calculation Worksheet (From Claimant or Claimant's Accountant) | 06/26/2012 | 1 | 2 | 15785634 | View |
| 1690539 | Correspondence from Claimant | 06/26/2012 | 2 | 3 | 15785975 | View |
| 1677885 | Financial - Trip Tickets | 06/26/2012 | 5 | 5 | 15785975 | View |
| 1705743 | Transition Process Pending Claim Letter | 06/26/2012 | 1 | 3 | 15792955 | View |
| 1749695 | GCCF Interim Payment Claim Determination Notice | 06/26/2012 | 1 | 9 | 15794564 | View |
| 1708078 | Financial - Trip Tickets | 06/26/2012 | 1 | 22 | 15796063 | View |
| 1713655 | GCCF Deficiency Letter | 06/26/2012 | 1 | 2 | 15797355 | View |
| 1674392 | Financial - Trip Tickets | 06/26/2012 | 1 | 27 | 15798390 | View |
| 1705741 | Vessels of Opportunity Invoice for Work Performed (Duplicate) | 06/26/2012 | 1 | 4 | 15799426 | View |
| 1705747 | Vessels of Opportunity Invoice for Work Performed (Duplicate) | 06/26/2012 | 1 | 3 | 15805535 | View |
| 1698870 | Supplemental Request Form | 06/26/2012 | 1 | 3 | 15813755 | View |
| 1671549 | Envelope or Other Packaging Only | 06/26/2012 | 6 | 8 | 15813755 | View |
| 1670824 | Financial - Trip Tickets | 06/26/2012 | 1 | 1 | 15813766 | View |
| 1676271 | GCCF Interim Payment Claim Determination Notice | 06/26/2012 | 1 | 10 | 15817103 | View |
| 1704231 | GCCF Interim Payment Claim Form | 06/26/2012 | 1 | 14 | 15818628 | View |
| 1701265 | Envelope or Other Packaging Only | 06/26/2012 | 16 | 18 | 15818628 | View |
| 1688907 | Other | 06/26/2012 | 1 | | 15818931 | View |
| 1824928 | Seafood Compensation Program Claim Form (Yellow Form) | 06/29/2012 | 1 | 28 | 15862663 | View |
| 1824929 | Seafood Compensation Program Claim Form (Yellow Form) (Duplicate) | 06/29/2012 | 1 | 28 | 15862664 | View |
| 2849695 | Other Correspondence (Duplicate) | 07/31/2012 | 1 | 3 | 16278516 | View |
| 2849716 | Subsistence Claim Form (Teal Form) (Claim ID 37027) | 07/31/2012 | 1 | 6 | 16278520 | View |
| 2930333 | 2007 Federal Income Return Form 1040 (Jointly Filed) | 08/01/2012 | 1 | 11 | 16308270 | View |
| 2930664 | 2007 Federal Income Return Form 1040, Schedule C | 08/01/2012 | 6 | 7 | 16308270 | View |
| 2930800 | 2007 State Tax Return | 08/01/2012 | 12 | 12 | 16308270 | View |
| 7890687 | Other Tax Document | 08/01/2012 | 13 | 13 | 16308270 | View |
| 2930441 | 2008 Federal Income Return Form 1040 (Jointly Filed) | 08/01/2012 | 1 | 13 | 16308302 | View |
| 2931139 | 2008 Federal Income Return Form 1040, Schedule C | 08/01/2012 | 4 | 5 | 16308302 | View |
| 2931202 | 2008 Federal Income Return Form 1040, Schedule E | 08/01/2012 | 7 | 7 | 16308302 | View |
| 2930505 | 2009 Federal Income Return Form 1040 (Jointly Filed) | 08/01/2012 | 1 | 15 | 16308326 | View |
| 2931376 | 2009 Federal Income Return Form 1040, Schedule E | 08/01/2012 | 3 | 3 | 16308326 | View |
| 2931412 | 2009 Federal Income Return Form 1040, Schedule C | 08/01/2012 | 6 | 7 | 16308326 | View |
| 2930534 | Financial - Trip Tickets | 08/01/2012 | 1 | 6 | 16308331 | View |
| 2931203 | Power of Attorney or Other Authorization for Lawyer to Sign for Claimant | 08/01/2012 | 1 | 2 | 16308551 | View |
| 2931224 | Correspondence from Claimant's Counsel | 08/01/2012 | 1 | | 16308557 | View |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2931251 | Power of Attorney or Other Authorization for Lawyer to Sign for Claimant (Duplicate) | 08/01/2012 | 1 | 2 | 16308561 | View |
| 2931256 | Seafood Compensation Program Claim Form (Yellow Form) (Claim ID 25506) | 08/01/2012 | 1 | | 16308562 | View |
| 3795430 | Seafood Compensation Program Claim Form (Yellow Form) (Claim ID 25513) | 08/24/2012 | 1 | | 16513967 | View |
| 3795431 | Seafood Compensation Program Claim Form (Yellow Form) (Claim ID 46761) | 08/24/2012 | 1 | | 16513968 | View |
| 4816396 | Other | 09/26/2012 | 1 | 1 | 16839051 | View |
| 4817254 | Notice of Requested Representation | 09/26/2012 | 2 | 2 | 16839051 | View |
| 4817271 | Envelope or Other Packaging Only | 09/26/2012 | 3 | 3 | 16839051 | View |
| 5436448 | 2009 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 10/16/2012 | 1 | 15 | 16986789 | View |
| 5680044 | Eligibility Notice (Claim ID 20780) | 10/23/2012 | 1 | | 17042161 | View |
| 6008108 | Eligibility Notice (Claim ID 46761) | 11/02/2012 | 1 | | 17124412 | View |
| 6281721 | 2007 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 11/12/2012 | 1 | 11 | 17216266 | View |
| 7686392 | 2007 State Tax Return (Duplicate) | 11/12/2012 | 12 | 12 | 17216266 | View |
| 7890884 | Other Tax Document (Duplicate) | 11/12/2012 | 13 | 13 | 17216266 | View |
| 6281745 | 2008 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 11/12/2012 | 1 | 13 | 17216270 | View |
| 6281765 | 2009 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 11/12/2012 | 1 | 15 | 17216272 | View |
| 6281778 | Financial - Trip Tickets (Duplicate) | 11/12/2012 | 1 | 6 | 17216273 | View |
| 6281788 | Accountant Calculation Worksheet (From Claimant or Claimant's Accountant) | 11/12/2012 | 1 | | 17216275 | View |
| 6548539 | Release (Claim ID 46761) | 11/21/2012 | 1 | | 17291115 | View |
| 6919738 | Correspondence from Claimant's Counsel | 12/09/2012 | 1 | | 17401904 | View |
| 6919741 | Financial - Trip Tickets (Duplicate) | 12/09/2012 | 1 | 5 | 17401905 | View |
| 7686449 | 2009 Form 1099 - MISC (Duplicate) | 12/09/2012 | 6 | 6 | 17401905 | View |
| 7803102 | License - Boat/Vessel License or Registration | 01/22/2013 | 1 | 1 | 17704661 | View |
| 7803151 | Vessels of Opportunity (VoO)/Charter Claim Form (Pink Form) (Claim ID 137730) | 01/22/2013 | 1 | | 17704687 | View |
| 7892176 | Post-Reconsideration Eligibility Notice (Claim ID 46761) | 01/25/2013 | 1 | | 17735985 | View |
| 7892403 | Incompleteness Notice (Claim ID 25506) | 01/25/2013 | 1 | | 17736051 | View |
| 7936826 | Correspondence from Claimant's Counsel | 01/28/2013 | 1 | 1 | 17751519 | View |
| 7936879 | Financial - Trip Tickets (Duplicate) | 01/28/2013 | 1 | 1 | 17751545 | View |
| 7936886 | Financial - Trip Tickets (Duplicate) | 01/28/2013 | 1 | 1 | 17751550 | View |
| 7936894 | Financial - Trip Tickets (Duplicate) | 01/28/2013 | 1 | 6 | 17751554 | View |
| 7936915 | License - Fishing (Commercial or Recreational) (Duplicate) | 01/28/2013 | 1 | 3 | 17751561 | View |
| 8007866 | License - Fishing (Commercial or Recreational) (Duplicate) | 01/28/2013 | 3 | 4 | 17751561 | View |
| 8007881 | License - Boat/Vessel License or Registration (Duplicate) | 01/28/2013 | 4 | 6 | 17751561 | View |
| 8007888 | License - Fishing (Commercial or Recreational) (Duplicate) | 01/28/2013 | 7 | 8 | 17751561 | View |
| 7936923 | License - Fishing (Commercial or Recreational) (Duplicate) | 01/28/2013 | 1 | 6 | 17751565 | View |
| 8008015 | License - Boat/Vessel License or Registration (Duplicate) | 01/28/2013 | 7 | 8 | 17751565 | View |
| 7936934 | License - Fishing (Commercial or Recreational) | 01/28/2013 | 1 | 2 | 17751570 | View |
| 8008047 | License - Fishing (Commercial or Recreational) (Duplicate) | 01/28/2013 | 3 | 4 | 17751570 | View |
| 8008216 | License - Boat/Vessel License or | 01/28/2013 | 5 | 6 | 17751570 | View |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Registration | | | | | |
| 8008230 | License - Fishing (Commercial or Recreational) | 01/28/2013 | 7 | 8 | 17751570 | View |
| 7936942 | License - Fishing (Commercial or Recreational) (Duplicate) | 01/28/2013 | 1 | 3 | 17751573 | View |
| 8008306 | License - Boat/Vessel License or Registration (Duplicate) | 01/28/2013 | 3 | 5 | 17751573 | View |
| 8008342 | License - Fishing (Commercial or Recreational) (Duplicate) | 01/28/2013 | 5 | 8 | 17751573 | View |
| 7939773 | DWH Release Received - Hard Copy | 01/23/2013 | 1 | 20 | 17752849 | View |
| 8041083 | Form W-9 | 01/23/2013 | 21 | 21 | 17752849 | View |
| 8041110 | Attorney Fee Acknowledgment Form | 01/23/2013 | 22 | 22 | 17752849 | View |
| 8041124 | Envelope or Other Packaging Only | 01/23/2013 | 23 | 23 | 17752849 | View |
| 8122686 | Eligibility Notice (Claim ID 137730) | 02/05/2013 | 1 | | 17822128 | View |
| 8328993 | Eligibility Notice (Claim ID 25513) | 02/14/2013 | 1 | | 17909021 | View |
| 8479803 | Correspondence from Claimant's Counsel | 02/19/2013 | 1 | 1 | 17963577 | View |
| 8509613 | Envelope or Other Packaging Only | 02/19/2013 | 2 | 3 | 17963577 | View |
| 8811050 | Geographic Location Material - Maps | 03/06/2013 | 1 | 1 | 18079955 | View |
| 8811087 | Fishing or Hunting Area Closures Report | 03/06/2013 | 2 | 6 | 18079955 | View |
| 9038284 | Vessels of Opportunity Invoice for Work Performed | 03/18/2013 | 1 | 3 | 18160138 | View |
| 9038285 | Vessels of Opportunity Invoice for Work Performed | 03/18/2013 | 1 | 2 | 18160142 | View |
| 9924509 | Eligibility Notice (Claim ID 25506) | 04/30/2013 | 1 | | 18478994 | View |
| 11722733 | Incompleteness Notice (Claim ID 37027) | 08/08/2013 | 1 | | 19182042 | View |
| 11722789 | SWS-43 – Subsistence Fishing or Hunting Area Impairment Sworn Written Statement | 08/08/2013 | 1 | 2 | 19182065 | View |
| 11722796 | Subsistence Interview Form | 08/08/2013 | 1 | 3 | 19182070 | View |
| 11893453 | 2013 State Sales and Use Records | 08/20/2013 | 1 | 1 | 19258370 | View |
| 12590377 | Purchase Invoice | 08/20/2013 | 2 | 11 | 19258370 | View |
| 11893508 | Vessel Physical Damage Claim Form (Black Form) (Claim ID 230903) | 08/20/2013 | 1 | | 19258395 | View |
| 12415390 | Denial Notice (Claim ID 230903) | 09/27/2013 | 1 | | 19505869 | View |
| 12432213 | VoO Receipt & Release Letter Agreement | 09/30/2013 | 1 | 3 | 19513890 | View |
| 12824297 | Notice of Lien | 10/30/2013 | 1 | 50 | 19708825 | View |
| 12824381 | Envelope or Other Packaging Only | 10/30/2013 | 51 | 51 | 19708825 | View |
| 12881545 | Denial Notice (Claim ID 230903) | 11/05/2013 | 1 | | 19759819 | View |

## Registration Form Submission Status
Submitted

## Claim Types

| Claim ID | Claim Type | Details | Submission Status |
|---|---|---|---|
| 20780 | VoO Charter Payment | | Submitted |
| 25506 | Seafood Compensation Program | Shrimp LA-2565-FE | Submitted |
| 25513 | Seafood Compensation Program | Shrimp | Submitted |
| 37027 | Subsistence | | Submitted |
| | | Shrimp LA-4556-AP | |

| 46761 | Seafood Compensation Program | | Submitted |
|---|---|---|---|
| 137730 | VoO Charter Payment | | Submitted |
| 230903 | Vessel Physical Damage | | Submitted |