# EXHIBIT A

**AFFIDAVIT**

STATE OF LOUISIANA
PARISH OF JEFFERSON:

BE IT KNOWN THAT on this 8th day of November, 2013, before me, the undersigned Notary, PERSONALLY CAME AND APPEARED:

CHAMROEUN DUONG

a person of the full age of majority and resident of Plaquemines Parish, State of Louisiana, who declared under oath to me, the Notary, under the penalty of perjury the following:

1) I, Chamroeun Duong, am a resident of Plaquemines Parish;

2) I own and operate a 38 ft. shrimping vessel "F/V Miss Jennie D;"

3) I operate my fishing vessel in the Gulf of Mexico, therefore the BP Oil Spill of April 20, 2010 nearly destroyed my livelihood;

4) After the oil spill there were many plaintiffs firms coming from out of state, and I was skeptical of them, so I wanted to handle all of the claims myself and did not want any firm to be involved in my personal economic loss seafood claims;

5) Thus, when the GCCF was established after the oil spill, I filed all claims for myself;

6) On or about August 17, 2011 I hired the Cao Law Firm to pursue my claim against BP for violating the Master Vessel Charter Agreement, i.e. the Vessel of Opportunity (VoO) claim;

7) I continued to handle my GCCF claim on my own;

8) On, or about, March of 2012, a fisherman friend of mine asked me whether or not I have signed a "short form against Transocean" because the deadline was approaching;

9) I asked him what "What short form?", and he said Walizer, Wiygul & Garside (WWG) would file the "short form" for me;

10) On March 22, 2012, I went over to WWG with the intent of asking them to only file a Short Form Joinder against Transocean for me;

11) When I got to WWG, Ms. Binh greeted me and showed me WWG's contract;

12) She then enquired about my VoO claim, and I told her the Cao Law Firm was

representing me;

13) Ms. Binh then told me that WWG could not file a short form for me in federal court unless I discharge the Cao Law Firm from the VoO claim;

14) Based on her representation, I discharge the Cao Law Firm on March 22, 2012;

15) Ms. Binh then asked me about my Gulf Coast Claims Facility (GCCF) claim, and I told her I did not want WWG to represent me in my GCCF claim;

16) I initialed "No" at provision No. 2 of WWG's contract;

17) After signing the contract, I then left;

18) But I grew very unhappy with them for their services;

19) On May 18, 2012, I went to WWG to discharge them;

20) When I got to the firm, I went to see Ms. Binh and told her that I wanted to discharge WWG;

21) She went and told Mr. Waltzer who came out and tried to convince me to stay with them;

22) He then went into Ms. Binh's office and brought out the Summary Sheet and told me that they could get me $216,427.00 if I were to sign with them;

23) After signing the Summary Sheet acknowledging that they have explained the Summary Sheet to me, I told them that I still wanted to discharge them;

24) Mr. Waltzer then resumed his attempt to try to convince me to remain with them, and I sat there and listened without saying a word;

25) He finally gave up and said, "This is a bad conversation, go ahead and discharge him."

26) A secretary drafted a discharge letter, I signed it and left.

27) On July 26, 2012, I returned to the Cao Law Firm and asked them to resume representing me on my VoO claim;

28) I also signed a contract with the Cao Law Firm on July 26, 2012 for my seafood economic loss claim;

29) This was my first time signing an official contract with a firm for my seafood economic loss claim;

30) The Cao Law Firm continues to represent me for all of my claims to this very day;

31) I also authorize the Cao Law Firm to use my affidavit for other people who are in the same situation as I am against WWG.

_____
CHAMROEN DUONG

Sworn to and subscribed on this 8th day of November, 2013.

_____
ANH CAO (BAR NO. 26836)
NOTARY PUBLIC