# EXHIBIT B

NOT CALLED

## CONTINGENCY FEE RETAINER AGREEMENT
## and CONTRACT OF EMPLOYMENT

THIS IS AN AGREEMENT MADE BETWEEN CAMERON DOUNG, hereinafter shall be referred to as Client, and the Cao Law Firm.

### I. SERVICES

   A.   *Duties of the Cao Law Firm.*

Client has agreed to retain the services of the Cao Law Firm in connection with my claim against BP P.L.C. and/or its subsidiaries for the damages caused by BREACH OF MASTER CONTRACT on 4/20/2010. The Cao Law Firm will perform the following legal services, as scheduled or appropriate, with respect to the claims described above:

- investigate claim;
- determine responsible party/parties;
- prepare and file lawsuit;
- settlement procedure and negotiations;
- prosecute claim by arbitration or legal action until settlement, award, or judgment is obtained; and
- if judgment is obtained in Client's favor, opposing an opposing party's motion for new trial (if any).

   B.   *Settlement*

The Cao Law Firm is authorized to enter into negotiations regarding possible settlement, but will not settle or compromise this matter without the consent of Client.

   C.   *Results*

NO GUARANTEE AS TO RESULT

### II. STATUTE OF LIMITATIONS ON CLIENT'S CLAIM

Although the Cao Law Firm has agreed to represent Client in connection with the Client's v. BP claim, Client understands that there are strict statutes of limitations on these claims, and that if Client's claims are not filed against Defendants before the statute of limitations expires, Client will be forever barred from making a claim against Defendants. Client understands that Defendants may attempt to dismiss Client's claims based upon those statutes of limitations. Client understands that the statute of limitations on Client's case may have expired before Client ever contacted the Cao Law Firm. Client also understands that the Cao Law Firm requires a minimum of 90 days after receipt of the submitted information to evaluate Client's case, and that should the statute of limitations or any other applicable deadline (including but not limited to class registration deadlines) expire prior to or during the ninety (90) day period, Client agrees not to hold the Cao Law Firm responsible for any consequence related to the expiration of that deadline. Client understands and agrees that the Cao Law Firm is under no obligation to file a Complaint should the said law office concludes after reasonable investigation that there is no legal basis for commencing an action.

### III. THE CAO LAW FIRM'S RIGHT TO WITHDRAW AFTER INVESTIGATION

It is agreed that the Cao Law Firm's agreeing to represent Client is subject to the investigation of the facts and of the law. If the firm determines that Client's claims are being presented for any improper purpose, or if it is retained on existing law by a non-frivolous argument for the extension, modification, or reversal of existing law, or the establishment of new law; do not have an evidentiary basis or evidentiary support; or it is not feasible to prosecute Client's claim(s); the Cao Law Firm may withdraw as counsel on the Client's claim(s) and is authorized to discontinue the representation after giving written notice to Client at Client's last known address. Regardless, the Cao Law Firm's right to withdraw will be subject to the ethical restrictions imposed on the Cao Law Firm by the applicable Code of

Professional Responsibility. In the event of such withdrawal by the Cao Law Firm, the Cao Law Firm shall promptly return Client's file to Client and Client shall not be obligated to pay any the Cao Law Firm's fee. The Cao Law Firm and Client agree that upon such withdrawal, the Cao Law Firm shall cease to be Client's counsel and Client will have the right to seek new counsel. The aforesaid right to withdraw is in addition to the Cao Law Firm's rights to withdraw as set forth in Paragraph 3(e) below.

## IV. CONTINGENCY FEE TO THE CAO LAW FIRM

(A) Client agrees to pay the Cao Law Firm a contingency fee of twenty-five percent (25%) of all amounts obtained, including, but not limited to, attorney's fees, punitive damages, general or special damages. If a lawsuit has to be filed on the Client's behalf, then Client shall pay to the Cao Law Firm a contingency fee of one third (33.3%) of all amounts collected. Until a recovery is made, Client shall have no obligation to pay a fee to the Cao Law Firm.

(B) Costs and expenses paid by the Cao Law Firm shall be reimbursed after the contingency fee is computed.

(C) If the recovery consists of payments to be made over a period of time, or other property in its entirety or as a share of what the contingency fee shall be based on the present cash value of the as cannot be determined by generally-recognized accounting and appraisal methods.

(D) Monetary sanctions awarded to the Cao Law Firm during the course of litigation shall not be considered as part of Client's recovery in this action. Such sanctions shall be deemed compensation incurred as extraordinary time and effort expended as a result of the opposing party's bad faith conduct or failure to comply with discovery demands or other orders or similar obligations.

(E) If the Cao Law Firm is discharged, the Cao Law Firm will receive, at the election of the Cao Law Firm either (1) reasonable and fair value of the services provided by the Cao Law Firm as such is later to be determined by the Court, provided that the Client acknowledges that in connection with the determination of the fair and reasonable value of the services, the pro-rata share of the contingency fee portion of the attorney fees owing by the Client and a proportional share to be determined by comparison of services to work and work done by the Cao Law Firm at the time of wage.

## V. LITIGATION COSTS AND EXPENSES

(A) The Cao Law Firm may advance such costs and expenses on Client's behalf. In such case, and subject to the Cao Law Firm is entitled to reimbursement for such advances. Expenses include but are not limited to travel expenses, lodging expenses, telephone charges, telecopy charges, expert and witness fees.

## VI. RECOVERY

In connection with a recovery and Client's claim, Client expressly grants that the Cao Law Firm and/or the attorney to endorse in any and all checks, drafts or other instruments that may be issued now or in the future and to deposit to said cause or on account thereof and to execute and deliver on Client's behalf, any and all receipts, releases and discharges necessary to collect said amounts of any judgment or decree or to settle and release any judgment or decree or deposit that the settlement funds thereof.

## VII. THE CAO LAW FIRM'S LIEN

To secure payment to the Cao Law Firm of fees due under this Agreement for legal

services rendered and/or costs advanced. Client hereby grants the Cao Law Firm a lien to the extent permitted by law on Client's claim(s) and any cause of action or lawsuit filed in connection on any recovery Client may obtain.

## VIII. WAIVER OF CONFLICT OF INTEREST

Client understands that Cao Law Firm has previously performed work on behalf of the Gulf Coast Claims Fund (GCCF) which was created with BP, PLC to resolve claims related to the event that is filed against BP, PLC or any of its subsidiaries, that Cao Law Firm may be disqualified from representing Client. Cao understands the risks associated with the fact that Cao Law Firm previously performed work on behalf of the Gulf Coast Claims Fund (GCCF) and agrees to waive any conflicts that may exist and consents to Cao Law Firm representation of Client.

After having all of the above read and fully explained to me, I have hereby signed my name as of this _____ day of _____, 20___.

WITNESS

WITNESS

NAME: _____
Address: _____

Phone: _____
Date of Birth: _____
SS: _____