# EXHIBIT E



Client Discharges

| | SUMMARY SHEET | | |
|---|---|---|---|
| W&W NO. 1199 | DUONG, CHAMROEUN | | |
| | OCCUPATION: FISHERMAN | | |
| | METHOD ONE (TT or P&L) | METHOD TWO (TAX, ETC.) | TOTAL OF OFFER |
| VoO PROGRAM OFFER: | | | $5,700 |
| OYSTER LEASEHOLD OFFER: | $0 | $0 | $0 |
| FISHERMAN ECO LOSS CLAIM: | $0 | $119,719 | $119,719 |
| OWNER, VESSEL 1 / V. SIZE: 38 | $151,009 | $0 | $151,009 |
| OWNER, VESSEL 2 / V. SIZE: | $0 | $0 | $0 |
| OWNER, VESSEL 3 / V. SIZE: | $0 | $0 | $0 |
| DECKHAND OFFER: | | | $0 |
| SHORESIDE 1 ECO LOSS OFFER: | $0 | $0 | $0 |
| SHORESIDE 2 ECO LOSS OFFER: | $0 | $0 | $0 |
| COASTAL PROPERTY OFFER: | | | $0 |
| WETLANDS PROPERTY OFFER: | | | $0 |
| SUBSISTENCE OFFER: | NOT NOW | | |
| PROPERTY DAMAGE OFFER: | NOT NOW | | |
| TOTAL OF OFFERS: | | | $276,427 |
| LESS AMOUNT PAID: | | | $60,450 |
| GRAND TOTAL OF OFFERS: | | | $216,427 |

I have reviewed this sheet, which provides an ESTIMATE of what offer I may receive, as well as my options, with Weltzer, Wiygul and Garside.
I direct that Weltzer, Wiygul & Garside submit a claim on my behalf. _____
I direct Weltzer, Wiygul & Garside to submit an opt out form on my behalf. _____

Client: [signature]   Date: 5-18-2012

money

3. 2 years

2 years