# EXHIBIT F

Chamroeun Duong
185 W. Gulf Drive
Buras, LA 70041

May 18, 2012

VIA Fax to Waltzer & Wiygul, LLP

Re:    Chamroeun Duong
DOB: 7-5-1971
SSN: ***-**-3949
GCCF Claim No. 1006762

To whom it may concern:

My name is Chamroeun Duong. I no longer wish Waltzer & Wiygul, LLP to represent me (and/or my business) in all matters related to the BP Oil Spill, including the GCCF, multi-district litigation, and any and all other matters. I will be responsible for my own claims from this day forward. I recognize that I may owe Waltzer & Wiygul a fee from any compensation I receive.

Thank you,

Chamroeun Duong