# EXHIBIT H

# DEEPWATER HORIZON CLAIMS CENTER
## ECONOMIC & PROPERTY DAMAGE CLAIMS

<< Back

### Claimant Details

| | |
|---|---|
| Firm Administration | |
| Download Files | |
| Claimant Activity | |
| Reporting | |
| Notices | |
| Forms | |
| Payments | |
| Change Password / Email | |
| Log Off | |
| News and Developments | |
| Home | |

#### Demographic Information  [Edit]

Claimant ID: 100900312

Name: Duong (First) LTR (Suffix) Chambroen

Business Name: DUONG CHAMBROEN

SSN: 151 - 62 - 5929

Address 1: 155 W. GULF DRIVE

Address 2:

City: DULAS    State: LA

Zip Code: 70041

Parish/County: Plaquemines

Country: United States of America

Date of Birth: 7/5/1971

#### Representation

Represented by: Cao Law Firm

## Forms

[Registration Form]   [Claim Forms]   [Sworn Written Statements]

## Documents

Click the View Documents button to view documents uploaded to this claimant's file. The Upload button provides you the ability to send documents to the Claims Administrator. Any documents you upload using the button will be directly linked to the claimant's file.

For Seafood and Business Economic Loss Claims, your claim will be reviewed more quickly if you submit any financial data records in Excel format.

Do not upload PDFs of a Claim Form to the Portal. Instead, finish and submit the Claim Form online. If you unable to complete the Claim Form online, email, mail or fax the Claim Form or visit a CAC.

[View Documents]   [Upload]

### View Documents

Filter Documents likely associated with: ALL ▼     ☐ Show Excel Files only

| Doc ID | Document Type | Issue Date | Page From | Page To | Doc File ID | |
|---|---|---|---|---|---|---|
| 2776619 | Power of Attorney or Other Claimant Authorization for Lawyer to Sign for Claimant | 07/26/2012 | 1 | 1 | 16240597 | [View] |
| 2717656 | Registration Form | 07/26/2012 | 1 | 12 | 16240608 | [View] |
| 2779373 | Other Correspondence (Duplicate) | 07/28/2012 | 2 | 2 | 16253852 | [View] |
| 4228627 | Driver's License/etc. Certificate/Passport (Duplicate) | 09/30/2012 | 3 | 3 | 16253852 | [View] |
| 6263175 | Other | 11/12/2012 | 5 | 5 | 16253852 | [View] |
| 4228029 | Envelope or Other Packaging Only | 09/16/2012 | 6 | 7 | 16253852 | [View] |
| 2779367 | GCCF Claim Form | 07/28/2012 | 8 | 23 | 16253857 | [View] |
| 2779374 | Supplemental Request Form | 07/28/2012 | 3 | 3 | 16253857 | [View] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2780926 | GCCF Deficiency Letter | 07/28/2012 | 1 | 2 | 16254137 | View |
| 2779372 | Court Filing (Duplicate) | 07/28/2012 | 1 | 3 | 16255794 | View |
| 2779376 | Supplemental Request Form | 07/28/2012 | 3 | 4 | 16256312 | View |
| 4228348 | Correspondence from Claimant (Duplicate) | 09/10/2012 | 6 | 6 | 16256312 | View |
| 2779362 | Driver's License/Birth Certificate/Passport (Duplicate) | 07/28/2012 | 2 | 2 | 16257616 | View |
| 4228437 | Correspondence from Claimant (Duplicate) | 09/10/2012 | 4 | 4 | 16257616 | View |
| 2792703 | GCCF Claim Form | 07/29/2012 | 3 | 23 | 16261927 | View |
| 8408702 | GCCF Other Processing Document | 02/19/2013 | 1 | 2 | 16262015 | View |
| 2792704 | Supplemental Request Form | 07/29/2012 | 3 | 4 | 16262015 | View |
| 8411788 | GCCF Other Processing Document | 02/19/2013 | 1 | 2 | 16262021 | View |
| 2792705 | Supplemental Request Form | 07/29/2012 | 3 | 4 | 16262021 | View |
| 4216135 | Correspondence from Claimant | 09/10/2012 | 6 | 6 | 16262021 | View |
| 2792706 | Driver's License/Birth Certificate/Passport (Duplicate) | 07/29/2012 | 2 | 2 | 16262022 | View |
| 2792707 | Correspondence from Claimant | 07/29/2012 | 4 | 4 | 16262022 | View |
| 2792708 | GCCF Deficiency Letter | 07/29/2012 | 1 | 2 | 16262023 | View |
| 8412261 | GCCF Other Processing Document | 02/19/2013 | 1 | 1 | 16262026 | View |
| 2792709 | GCCF Deficiency Letter (Duplicate) | 07/29/2012 | 2 | 2 | 16262026 | View |
| 8412283 | GCCF Other Processing Document | 02/19/2013 | 3 | 3 | 16262026 | View |
| 2792710 | Driver's License/Birth Certificate/Passport (Duplicate) | 07/29/2012 | 4 | 4 | 16262026 | View |
| 2792711 | Other Tax Document | 07/29/2012 | 6 | 6 | 16262026 | View |
| 4216637 | 2009 State Tax Return (Duplicate) | 09/10/2012 | 7 | 7 | 16262026 | View |
| 2792713 | 2009 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 07/29/2012 | 8 | 17 | 16262026 | View |
| 2792714 | 2009 Federal Income Return Form 1040, Schedule C (Duplicate) | 07/29/2012 | 10 | 11 | 16262026 | View |
| 2792716 | 2009 State Tax Return | 07/29/2012 | 18 | 24 | 16262026 | View |
| 2792717 | 2008 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 07/29/2012 | 26 | 33 | 16262026 | View |
| 2792718 | 2008 Federal Income Return Form 1040, Schedule C (Duplicate) | 07/29/2012 | 28 | 29 | 16262026 | View |
| 2792720 | 2008 State Tax Return | 07/29/2012 | 34 | 39 | 16262026 | View |
| 2792721 | Other Tax Document | 07/29/2012 | 40 | 50 | 16262026 | View |
| 2792722 | 2008 Form 1099 - MISC (Duplicate) | 07/29/2012 | 51 | 51 | 16262026 | View |
| 6266393 | 2008 Form 1099 - MISC (Duplicate) | 11/12/2012 | 51 | 51 | 16262026 | View |
| 4217161 | 2008 Form 1099 - MISC (Duplicate) | 09/10/2012 | 52 | 52 | 16262026 | View |
| 4217207 | 2008 Form 1099 - MISC (Duplicate) | 09/10/2012 | 52 | 52 | 16262026 | View |
| 2792723 | 2007 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 07/29/2012 | 54 | 62 | 16262026 | View |
| 4217438 | 2007 State Tax Return (Duplicate) | 09/10/2012 | 63 | 65 | 16262026 | View |
| 6266917 | Other Tax Document (Duplicate) | 11/12/2012 | 66 | 70 | 16262026 | View |
| 6266937 | 2008 State Tax Return (Duplicate) | 11/12/2012 | 71 | 73 | 16262026 | View |
| 6267023 | Other Tax Document (Duplicate) | 11/12/2012 | 72 | 72 | 16262026 | View |
| 8412624 | GCCF Other Processing Document | 02/19/2013 | 1 | 1 | 16262031 | View |
| 2792724 | Financial - Trip Tickets | 07/29/2012 | 2 | 47 | 16262031 | View |
| 4217685 | Envelope or Other Packaging Only | 09/10/2012 | 48 | 49 | 16262031 | View |
| 2792726 | Financial - Trip Tickets | 07/29/2012 | 1 | 1 | 16262038 | View |
| 4217837 | Envelope or Other Packaging Only | 09/10/2012 | 2 | 3 | 16262038 | View |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8412711 | GCCF Other Processing Document | 02/19/2013 | 1 | 1 | 16262058 | View |
| 2792727 | Financial - Trip Tickets (Duplicate) | 07/29/2012 | 2 | 2 | 16262058 | View |
| 2792728 | Correspondence from Claimant | 07/29/2012 | 3 | 3 | 16262058 | View |
| 4218534 | Authorization for Release of Claims Information | 09/10/2012 | 4 | 4 | 16262058 | View |
| 4218547 | Envelope or Other Packaging Only | 09/10/2012 | 6 | 8 | 16262058 | View |
| 8412920 | GCCF Other Processing Document | 02/19/2013 | 1 | 1 | 16262083 | View |
| 2792730 | Driver's License/Birth Certificate/Passport (Duplicate) | 07/29/2012 | 2 | 2 | 16262083 | View |
| 8412927 | GCCF Other Processing Document | 02/19/2013 | 3 | 3 | 16262083 | View |
| 2792731 | Correspondence from Claimant (Duplicate) | 07/29/2012 | 4 | 4 | 16262083 | View |
| 8412967 | GCCF Other Processing Document | 02/19/2013 | 1 | 2 | 16262084 | View |
| 2792732 | Supplemental Request Form | 07/29/2012 | 3 | 4 | 16262084 | View |
| 2792733 | Correspondence from Claimant (Duplicate) | 07/29/2012 | 5 | 6 | 16262084 | View |
| 2792734 | Supplemental Request Form | 07/29/2012 | 3 | 4 | 16262085 | View |
| 2792735 | GCCF Claim Form | 07/29/2012 | 3 | 23 | 16262086 | View |
| 2792739 | GCCF Deficiency Letter | 07/29/2012 | 1 | 2 | 16262090 | View |
| 2792740 | GCCF Deficiency Letter (Duplicate) | 07/29/2012 | 2 | 2 | 16262091 | View |
| 2792741 | Driver's License/Birth Certificate/Passport (Duplicate) | 07/29/2012 | 4 | 4 | 16262091 | View |
| 4219030 | Other Tax Document | 09/10/2012 | 6 | 6 | 16262091 | View |
| 4219100 | 2009 State Tax Return (Duplicate) | 09/10/2012 | 7 | 7 | 16262091 | View |
| 2792742 | 2009 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 07/29/2012 | 8 | 17 | 16262091 | View |
| 6267221 | 2009 State Tax Return (Duplicate) | 11/12/2012 | 18 | 24 | 16262091 | View |
| 2792744 | 2008 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 07/29/2012 | 26 | 33 | 16262091 | View |
| 6267295 | 2008 State Tax Return (Duplicate) | 11/12/2012 | 34 | 39 | 16262091 | View |
| 6267322 | Other Tax Document | 11/12/2012 | 40 | 48 | 16262091 | View |
| 6267368 | 2008 State Tax Return (Duplicate) | 11/12/2012 | 49 | 49 | 16262091 | View |
| 6267384 | Other Tax Document | 11/12/2012 | 50 | 50 | 16262091 | View |
| 2792746 | 2008 Form 1099 - MISC (Duplicate) | 07/29/2012 | 51 | 51 | 16262091 | View |
| 6267414 | 2008 Form 1099 - MISC (Duplicate) | 11/12/2012 | 51 | 51 | 16262091 | View |
| 2792747 | 2008 Form 1099 - MISC (Duplicate) | 07/29/2012 | 52 | 52 | 16262091 | View |
| 6267437 | 2008 Form 1099 - MISC (Duplicate) | 11/12/2012 | 52 | 52 | 16262091 | View |
| 2792748 | 2007 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 07/29/2012 | 54 | 62 | 16262091 | View |
| 6267573 | 2007 State Tax Return (Duplicate) | 11/12/2012 | 63 | 73 | 16262091 | View |
| 6267584 | Other Tax Document | 11/12/2012 | 70 | 70 | 16262091 | View |
| 6267596 | Other Tax Document (Duplicate) | 11/12/2012 | 72 | 72 | 16262091 | View |
| 2792749 | Driver's License/Birth Certificate/Passport (Duplicate) | 07/29/2012 | 2 | 2 | 16262096 | View |
| 4221296 | Correspondence from Claimant (Duplicate) | 09/10/2012 | 4 | 4 | 16262096 | View |
| 2792750 | Supplemental Request Form | 07/29/2012 | 3 | 4 | 16262097 | View |
| 6260717 | Correspondence from Claimant (Duplicate) | 11/12/2012 | 6 | 6 | 16262097 | View |
| 2792751 | Supplemental Request Form | 07/29/2012 | 3 | 4 | 16262098 | View |
| 2792752 | GCCF Claim Form | 07/29/2012 | 3 | 23 | 16262099 | View |
| 2792756 | GCCF Deficiency Letter | 07/29/2012 | 1 | 2 | 16262103 | View |
| 2792757 | GCCF Deficiency Letter | 07/29/2012 | 2 | 2 | 16262104 | View |
| 2792758 | Driver's License/Birth... | 09/10/2012 | 4 | 4 | 16262104 | View |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4221655 | Certificate/Passport (Duplicate) | 09/10/2012 | - | - | 16262104 | View |
| 4221664 | Other Tax Document | 09/10/2012 | 6 | 6 | 16262104 | View |
| 6267640 | 2009 State Tax Return (Duplicate) | 11/12/2012 | 7 | 7 | 16262104 | View |
| 4221692 | 2009 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 09/10/2012 | 8 | 17 | 16262104 | View |
| 6267683 | 2009 State Tax Return (Duplicate) | 11/12/2012 | 18 | 24 | 16262104 | View |
| 4221722 | 2008 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 09/10/2012 | 26 | 33 | 16262104 | View |
| 6267703 | 2008 State Tax Return (Duplicate) | 11/12/2012 | 34 | 39 | 16262104 | View |
| 6267723 | Other Tax Document (Duplicate) | 11/12/2012 | 40 | 48 | 16262104 | View |
| 6267737 | 2008 State Tax Return (Duplicate) | 11/12/2012 | 49 | 49 | 16262104 | View |
| 6267749 | Other Tax Document (Duplicate) | 11/12/2012 | 50 | 50 | 16262104 | View |
| 6267760 | 2008 Form 1099 - MISC (Duplicate) | 11/12/2012 | 51 | 51 | 16262104 | View |
| 6267771 | 2008 Form 1099 - MISC (Duplicate) | 11/12/2012 | 51 | 51 | 16262104 | View |
| 6267795 | 2008 Form 1099 - MISC (Duplicate) | 11/12/2012 | 52 | 52 | 16262104 | View |
| 6267807 | 2008 Form 1099 - MISC (Duplicate) | 11/12/2012 | 52 | 52 | 16262104 | View |
| 4221780 | 2007 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 09/10/2012 | 54 | 62 | 16262104 | View |
| 6267826 | 2007 State Tax Return (Duplicate) | 11/12/2012 | 63 | 73 | 16262104 | View |
| 2792766 | 2010 Documents Letter | 07/29/2012 | 1 | 1 | 16262125 | View |
| 2792768 | Court Filing | 07/29/2012 | 1 | 3 | 16262142 | View |
| 2792769 | GCCF Interim Payment Claim Determination Notice | 07/29/2012 | 1 | 6 | 16262143 | View |
| 2792770 | GCCF Re-Review Option Expired Letter | 07/29/2012 | 1 | 2 | 16262178 | View |
| 2792771 | Court Filing (Duplicate) | 07/29/2012 | 1 | 3 | 16262209 | View |
| 2792773 | GCCF Claim Form | 07/29/2012 | 1 | 14 | 16262218 | View |
| 4223045 | Correspondence from Claimant Assistance Center | 09/10/2012 | 15 | 17 | 16262218 | View |
| 6269571 | Other Correspondence | 11/12/2012 | 18 | 18 | 16262218 | View |
| 2792775 | License - Boat/Vessel License or Registration | 07/29/2012 | 19 | 19 | 16262218 | View |
| 2792776 | License - Fishing (Commercial or Recreational) | 07/29/2012 | 19 | 19 | 16262218 | View |
| 4223091 | License - Fishing (Commercial or Recreational) | 09/10/2012 | 19 | 19 | 16262218 | View |
| 6269630 | License - Boat/Vessel License or Registration | 11/12/2012 | 19 | 19 | 16262218 | View |
| 6269671 | License - Boat/Vessel License or Registration | 11/12/2012 | 19 | 19 | 16262218 | View |
| 6269734 | License - Fishing (Commercial or Recreational) | 11/12/2012 | 19 | 19 | 16262218 | View |
| 6269755 | License - Fishing (Commercial or Recreational) | 11/12/2012 | 19 | 19 | 16262218 | View |
| 6269786 | License - Fishing (Commercial or Recreational) | 11/12/2012 | 19 | 19 | 16262218 | View |
| 6269821 | License - Fishing (Commercial or Recreational) | 11/12/2012 | 19 | 19 | 16262218 | View |
| 6269840 | License - Fishing (Commercial or Recreational) | 11/12/2012 | 19 | 19 | 16262218 | View |
| 6269865 | License - Fishing (Commercial or Recreational) | 11/12/2012 | 19 | 19 | 16262218 | View |
| 6269886 | License - Fishing (Commercial or Recreational) | 11/12/2012 | 19 | 19 | 16262218 | View |
| 4223135 | License - Fishing (Commercial or Recreational) | 09/10/2012 | 20 | 20 | 16262218 | View |
| 4223226 | License - Fishing (Commercial or Recreational) | 09/10/2012 | 20 | 20 | 16262218 | View |
| 6272316 | License - Boat/Vessel License or Registration | 11/12/2012 | 20 | 20 | 16262218 | View |
| 6272486 | License - Boat/Vessel License or Registration | 11/12/2012 | 20 | 20 | 16262218 | View |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6272560 | License - Fishing (Commercial or Recreational) | 11/12/2012 | 20 | 20 | 16262218 | View |
| 6272809 | License - Fishing (Commercial or Recreational) | 11/12/2012 | 21 | 21 | 16262218 | View |
| 6272827 | License - Fishing (Commercial or Recreational) | 11/12/2012 | 21 | 21 | 16262218 | View |
| 6272849 | License - Boat/Vessel License or Registration | 11/12/2012 | 21 | 21 | 16262218 | View |
| 6272970 | License - Fishing (Commercial or Recreational) | 11/12/2012 | 21 | 21 | 16262218 | View |
| 6273001 | License - Fishing (Commercial or Recreational) | 11/12/2012 | 21 | 21 | 16262218 | View |
| 6273036 | License - Boat/Vessel License or Registration | 11/12/2012 | 22 | 22 | 16262218 | View |
| 6273144 | License - Boat/Vessel License or Registration | 11/12/2012 | 23 | 23 | 16262218 | View |
| 6273172 | License - Boat/Vessel License or Registration | 11/12/2012 | 25 | 25 | 16262218 | View |
| 6273247 | License - Boat/Vessel License or Registration | 11/12/2012 | 26 | 26 | 16262218 | View |
| 6273275 | License - Boat/Vessel License or Registration | 11/12/2012 | 28 | 28 | 16262218 | View |
| 2792772 | 2009 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 07/29/2012 | 29 | 35 | 16262218 | View |
| 4223434 | 2008 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 09/10/2012 | 36 | 42 | 16262218 | View |
| 6273501 | 2008 State Tax Return (Duplicate) | 11/12/2012 | 43 | 47 | 16262218 | View |
| 6273533 | Other Tax Document | 11/12/2012 | 48 | 50 | 16262218 | View |
| 6273573 | 2008 State Tax Return (Duplicate) | 11/12/2012 | 49 | 49 | 16262218 | View |
| 4223497 | 2008 Form 1099 - MISC (Duplicate) | 09/10/2012 | 51 | 51 | 16262218 | View |
| 6273609 | 2008 Form 1099 - MISC (Duplicate) | 11/12/2012 | 51 | 51 | 16262218 | View |
| 6273637 | 2008 Form 1099 - MISC (Duplicate) | 11/12/2012 | 52 | 52 | 16262218 | View |
| 6273662 | 2008 Form 1099 - MISC (Duplicate) | 11/12/2012 | 52 | 52 | 16262218 | View |
| 4223527 | Other Tax Document | 09/10/2012 | 53 | 59 | 16262218 | View |
| 4223562 | 2009 Federal Income Return Form 1040 (Jointly Filed) (Duplicate) | 09/10/2012 | 60 | 68 | 16262218 | View |
| 6273792 | 2009 State Tax Return (Duplicate) | 11/12/2012 | 69 | 75 | 16262218 | View |
| 2792777 | 2009 Form 1099 - G | 07/29/2012 | 76 | 76 | 16262218 | View |
| 2792778 | 2010 Federal Income Return Form 1040 (Jointly Filed) | 07/29/2012 | 77 | 89 | 16262218 | View |
| 2792779 | 2010 Form 1099 - MISC | 07/29/2012 | 90 | 90 | 16262218 | View |
| 2792780 | Financial - Trip Tickets | 07/29/2012 | 91 | 96 | 16262218 | View |
| 4224503 | Envelope or Other Packaging Only | 09/10/2012 | 97 | 97 | 16262218 | View |
| 2792781 | GCCF Interim Payment Claim Form | 07/29/2012 | 1 | 14 | 16262221 | View |
| 4224583 | Envelope or Other Packaging Only | 09/10/2012 | 17 | 19 | 16262221 | View |
| 2792783 | GCCF Interim/Final Payment Claim Deficiency Notice | 07/29/2012 | 1 | 4 | 16262224 | View |
| 2792784 | GCCF Interim/Final Payment Claim Deficiency Notice | 07/29/2012 | 2 | 5 | 16262225 | View |
| 2792786 | GCCF Interim Payment Claim Form | 07/29/2012 | 1 | 1 | 16262228 | View |
| 6261255 | Other | 11/12/2012 | 4 | 4 | 16262228 | View |
| 4227852 | Envelope or Other Packaging Only | 09/10/2012 | 5 | 6 | 16262228 | View |
| 2792787 | GCCF Interim Payment Claim Determination Notice | 07/29/2012 | 1 | 9 | 16262229 | View |
| 4227872 | GCCF Re-review Election Form for Determination Letter | 09/10/2012 | 10 | 11 | 16262229 | View |
| 2792788 | GCCF Interim Payment Claim Determination Notice | 07/29/2012 | 2 | 12 | 16262234 | View |
| 2792789 | Transition Process Quick Payment Letter | 07/29/2012 | 1 | 2 | 16262272 | View |
| 2792790 | Transition Process Pending Claim Letter | 07/29/2012 | 1 | 2 | 16262283 | View |

| ID | Document Type | Date | | | Ref | |
|---|---|---|---|---|---|---|
| | Transition Process Pending Claim Letter | | | | | View |
| 2792791 | GCCF Other Processing Document | 07/29/2012 | 1 | 3 | 16262289 | View |
| 2792792 | Other Correspondence | 07/29/2012 | 2 | 2 | 16262291 | View |
| 6262846 | Driver's License/Birth Certificate/Passport (Duplicate) | 11/12/2012 | 3 | 3 | 16262291 | View |
| 6262892 | Other | 11/12/2012 | 5 | 5 | 16262291 | View |
| 6262907 | Envelope or Other Packaging Only | 11/12/2012 | 6 | 7 | 16262291 | View |
| 2792793 | Transition Process Quick Payment Letter | 07/29/2012 | 1 | 3 | 16262300 | View |
| 2792794 | Transition Process Pending Claim Letter | 07/29/2012 | 1 | 2 | 16262325 | View |
| 2792795 | Transition Process Pending Offer Letter | 07/29/2012 | 1 | 2 | 16262326 | View |
| 2792796 | Transition Process Pending Claim Letter | 07/29/2012 | 2 | 3 | 16262331 | View |
| 2792797 | Transition Process Quick Payment Letter | 07/29/2012 | 2 | 3 | 16262333 | View |
| 3282073 | Master Vessel Charter Agreement (MVCA) | 08/10/2012 | 1 | 18 | 16402341 | View |
| 3282167 | Form W-9 | 08/10/2012 | 1 | 1 | 16402377 | View |
| 3282410 | Other Correspondence | 08/10/2012 | 1 | 4 | 16402407 | View |
| 6258418 | Employment - Other | 08/10/2012 | 5 | 6 | 16402407 | View |
| 3282448 | Claims Preparation—Contract or Fee Agreement | 08/10/2012 | 1 | 3 | 16402414 | View |
| 3282472 | Correspondence from Claimant's Counsel | 08/10/2012 | 1 | 1 | 16402420 | View |
| 3282629 | Vessels of Opportunity (VoO)/Charter Claim Form (Pink Form) (Claim ID 52798) | 08/10/2012 | 1 | 5 | 16402466 | View |
| 3807584 | Social Security Number Verification Notice | 08/24/2012 | 1 | 4 | 16517954 | View |
| 4654901 | Correspondence from Claimant's Counsel | 09/24/2012 | 1 | 1 | 16800682 | View |
| 4703003 | Claims Preparation—Contract or Fee Agreement | 09/24/2012 | 2 | 5 | 16800682 | View |
| 4704026 | Envelope or Other Packaging Only | 09/24/2012 | 6 | 6 | 16800682 | View |
| 6159032 | Seafood Compensation Program Claim Form (Yellow Form) (Claim ID 103134) | 11/07/2012 | 1 | | 17180241 | View |
| 6159036 | Seafood Compensation Program Claim Form (Yellow Form) (Claim ID 103137) | 11/07/2012 | 1 | | 17180243 | View |
| 7602226 | Eligibility Notice (Claim ID 52798) | 01/14/2013 | 1 | | 17615079 | View |
| 7602512 | Eligibility Notice (Claim ID 103134) | 01/14/2013 | 1 | | 17615239 | View |
| 7602634 | Eligibility Notice (Claim ID 103137) | 01/14/2013 | 1 | | 17615288 | View |
| 8001157 | DWH Release Received - Hard Copy | 01/29/2013 | 1 | 20 | 17778666 | View |
| 8095672 | Form W-9 | 01/29/2013 | 21 | 21 | 17778666 | View |
| 8095678 | Attorney Fee Acknowledgement Form | 01/29/2013 | 22 | 22 | 17778666 | View |
| 8095681 | Envelope or Other Packaging Only | 01/29/2013 | 23 | 23 | 17778666 | View |
| 8462643 | Notice of Objection to Lien | 02/19/2013 | 1 | 1 | 17957007 | View |
| 8494369 | Envelope or Other Packaging Only | 02/19/2013 | 2 | 3 | 17957007 | View |
| 12758197 | Correspondence from Claimant's Counsel | 10/25/2013 | 1 | 1 | 19679132 | View |
| 12761373 | Notice of Lien | 10/25/2013 | 1 | 4 | 19679132 | View |
| 12761176 | Envelope or Other Packaging Only | 10/25/2013 | 5 | 6 | 19679132 | View |
| 12758902 | Correspondence from Claimant's Counsel | 10/25/2013 | 1 | 1 | 19679478 | View |
| 12761984 | Notice of Lien | 10/25/2013 | 2 | 45 | 19679478 | View |
| 12762004 | Attorney-Claimant Representation Document | 10/25/2013 | 10 | 28 | 19679478 | View |
| 12762643 | Claims Preparation—Invoices to | 10/25/2013 | 14 | 15 | 19679478 | View |

| | Claimant | | | | | |
|---|---|---|---|---|---|---|
| 12762055 | Accountant Calculation Worksheet (From Claimant or Claimant's Accountant) | 10/25/2013 | 16 | 17 | 19679478 | View |
| 12762080 | Notice of Termination of Representation | 10/25/2013 | 18 | 19 | 19679478 | View |
| 12762103 | Notice of Withdrawal of Representation | 10/25/2013 | 20 | 23 | 19679478 | View |
| 12762267 | Correspondence from Claimant's Counsel | 10/25/2013 | 29 | 38 | 19679478 | View |
| 12762682 | Envelope or Other Packaging Only | 10/25/2013 | 46 | 47 | 19679478 | View |

### Registration Form Submission Status
Submitted

### Claim Types

| Claim ID | Claim Type | Details | Submission Status |
|---|---|---|---|
| 52798 | VoO Charter Payment | 1127759 | Submitted |
| 103134 | Seafood Compensation Program | Shrimp Miss Jennie D | Submitted |
| 103137 | Seafood Compensation Program | Shrimp | Submitted |