# EXHIBIT L

**DEEPWATER HORIZON CLAIMS CENTER**
ECONOMIC & PROPERTY DAMAGE CLAIMS

## THIRD PARTY CLAIMS DISPUTE RESOLUTION PROCESS

### FINAL DECISION AS TO FEE LIEN DISPUTE

DISPUTE: Chamroeun Duong v. Waltzer, Wiygul, & Garside, LLP
CASE NO: 700422

By the authority granted to the Third Party Claims Adjudicator by the Court, on February 25, 2014, it is ORDERED:

### Adjudicator Findings

1. The Cao Law Firm's motion to reconsider the Adjudicator's findings dated January 2, 2014, is denied.

2. Waltzer, Wiygul & Garside's motion for leave to file a response is granted.

3. Based on the additional materials submitted by the Cao Law Firm, the Cao Law Firm will be awarded 25% of the fee, and Waltzer, Wiygul & Garside is awarded 75% of the fee.

### Payment Instructions

1. The Settlement Program Claimant owes the Third Party Claimant $42,709.92.

2. The Claims Administrator shall issue payment of currently withheld Settlement Payment funds to the Third Party Claimant and the Claimant as follows:

   Total Amount of Currently Withheld Funds   $56,946.56

   Pay to Third Party Claimant   $42,709.92

   Pay Balance to Claimant   $14,236.64

Judge Jerry A. Brown,

Third Party Claims Adjudicator

Issue Date: February 25, 2014

Page 1 of 1