# EXHIBIT M

## AFFIDAVIT

STATE OF LOUISIANA
PARISH OF JEFFERSON:

BE IT KNOWN THAT on this 6th day of November, 2013, before me, the undersigned Notary, PERSONALLY CAME AND APPEARED:

### HUE PHAN

a person of the full age of majority and resident of Orleans Parish, State of Louisiana, who declared under oath to me, the Notary, under the penalty of perjury the following:

1) I, Hue Phan, am a resident of Plaquemines Parish;

2) I am married to Sony Thuong and we presently live at 123 Dickson Drive, Belle Chasse, LA 70037;

3) On January 18, 2007, my husband and I established Cong Son Cong Phuoc, LLC (the "Company");

4) He and I are the only members of the Company;

5) The Company owns and operates a 52 ft. shrimping vessel "Cong Son" since 2007, and my husband is its captain;

6) The Company operates the F/V "Cong Son" only in the Gulf of Mexico, therefore the BP Oil Spill of April 20, 2010 nearly destroyed our livelihood;

7) After the oil spill there were many plaintiffs firms coming from out of state, and my husband and I were skeptical of them because we have heard of many stories of how our friends were tricked into signing a contract with these firms;

8) We wanted to handle all of the claims ourselves and did not want any firm to be involved in our personal economic loss claims and the economic loss claims of the Company;

9) Thus, when the GCCF was established after the oil spill, we filed all claims for ourselves and for the Company;

10) On, or about March of 2011, I read an advertisement put out by Waltzer & Wiygul in Vietnamese news magazines about the April 20, 2011 filing deadline against Transocean Ltd.;

11) As a result, I went to Waltzer & Wiygul to retain the firm to preserve my rights against Transocean;

12) I was greeted by Ms. Binh Nguyen, an assistant at the firm, who explained to me that the contract that I was to sign on behalf of myself, my husband, and Cong Son Cong Phuoc, LLC was only in connection with the Short Form Joinder against Transocean;

13) Ms. Binh Nguyen specifically told me that the contract did not relate to any past, present, or future loss of income claims that we may have for ourselves and our company;

14) At the time of the signing of the contract, there was no such thing as a Vessel of Opportunity (VOO) Claim;

15) We just heard that there was a possible VOO claim, but we never intended for the contract to encompass any VOO claims whatsoever;

16) In early June of 2011, I went to the GCCF to enquire about the loss of income claims that I have submitted for my husband and the Company and was shocked when I was informed by the GCCF that they could not speak with me because all of our claims were represented by Waltzer & Wiygul;

17) I quickly went to the firm and demanded that they retract their representation of our loss of income claims;

18) Waltzer & Wiygul issued a letter dated June 3, 2011 to the GCCF specifically stating they do not represent Cong Son Cong Phuoc, LLC for its loss of income claim;

19) But in doing so, they were very rude to me and I was disappointed in their lack of truthfulness;

20) Not trusting Waltzer & Wiygul any further, my husband terminated them on June 20, 2011, from representing us in connection with any and all claims individually and in connection with Cong Son Cong Phuoc, LLC;

21) We then went to the Cao Law Firm and asked them to represent us in all of our claims, including the loss of income claim, VOO claims, and any other claims that we may have for ourselves and for Cong Son Cong Phuoc, LLC;

22) We have known Mr. Cao for a long time;

23) He had represented us in many matters since the year 2001, and we trust him;

24) The Cao Law Firm has been representing us for all of our individual claims and all of the claims that we have in connection with Cong Son Cong Phuoc, LLC since June 20, 2011;

25) We are very happy with the services provided to us by the Cao Law Firm.

_____
HUE PHAN

Sworn to and subscribed on this 6th day of November, 2013.

_____
ANH "JOSEPH" CAO (BAR NO. 26836)
NOTARY PUBLIC (#62091)

## BP SPILL, LEGAL SERVICES CONTRACT

Name of Individual or Authorized Agent: _Sony Thuong G. Hue Phan_

Name of Business: _Cong Con, Cong Phuoc, LLC_

**1. I am hiring your firm to protect my interests in Court.**

I hire Waltzer & Wiygul Law Firm ("W&W") to be my attorney, to represent me and/or my business in all court proceedings relating to the Deepwater Horizon oil spill, including the proceeding before Judge Barbier in the Eastern District of Louisiana, Case No. MDL 2179.

**2. Your firm has full authority to protect my interests in Court.**

I empower Waltzer & Wiygul to take any action W&W deems appropriate to represent me in court, including investigating and prosecuting claims for relief and damages against all responsible parties, asserting my claims in any class action or separate from any class action. I also authorize W&W to negotiate a resolution of my court case, subject to my approval.

**3. I am going to pursue my GCCF claims on my own, without your firm.**

I am pursuing Gulf Coast Compensation Fund (GCCF) claims all on my own. I am not hiring W&W to represent me in making a GCCF claim, nor will I owe any fee to W&W from funds I receive from GCCF. If I choose to deal directly with GCCF or to get GCCF claims advice or assistance from one of the free claims service providers that GCCF may offer, those persons do not have to discuss my GCCF claim with W&W and may communicate directly with me.

**4. You do not need to worry about my GCCF claim.**

Waltzer & Wiygul is under no obligation to provide me with any legal advice or services in connection with my GCCF claim. W&W is not responsible for anything I may say or do in making my GCCF claim. W&W is not my attorney for purposes of the GCCF.

**5. Final claims and releases.**

Because signing a final release will likely end my court case, I do agree to notify W&W before I accept a final GCCF offer or sign a final release. I retain the right to make any decision I wish.

**6. What fees I will pay you and what fees I won't be paying you.**

I agree to pay Waltzer & Wiygul a contingent fee for representing me in court, set at twenty five percent (25%) of the gross amount received from the settlement or prosecution of my court case. W&W may lower this fee, but not raise it, without my having to sign a new agreement. I will not owe W&W any fees if W&W fails to recover for me in Court.

**7. What costs I will pay and when.**

Waltzer & Wiygul have explained that some costs will be expended in proving my case in court (e.g. filing fees, court costs, depositions, travel costs, expert costs). The Court may also order that I pay a proportional share of the class action costs, related to proving common facts and common injuries. These costs are shared by me and all other claimants. I will pay these direct and proportional costs from any settlement or judgment funds recovered in my court case. I will not pay any costs up front and I will never owe more money in costs than I receive. I will assist W&W in holding down costs by responding to requests for information in a timely manner.

**8. How any settlement or award will be divided.**

I keep all funds paid to me on the GCCF claim I make. I agree that W&W will deduct its attorneys' fees from my gross recovery in the court case, then deduct my direct and proportional expenses. I will receive the balance. In no event will the amount of fee W&W receives for work directly attributable to my case exceed the amount of money I receive in the end.

WW Client Contingent Fee K- Individual 2 22 11
Print Date: February 18, 2011

9. My claim is one of many and my lawyer is part of a collaborative effort in court.

W&W represents many plaintiffs with claims both similar and different from mine in this spill. W&W is also working with other lawyers in the court case for the common benefit, for the good of entire class of individuals harmed by the spill. I give my consent for W&W to represent other plaintiffs in this spill and to do "common benefit" work. I specifically waive any conflict of interest this may produce. I instruct W&W to proceed in the best interest of all individuals similarly situated to me, and to litigate and settle all of our claims in a manner fairest to all. I retain the right, however, to timely approve or disapprove of any settlement or other agreement with respect to my claims, or opt out of any class, as provided by law.

10. My lawyer may have other lawyers help him with my claim.

W&W has explained to me, and I already know, that this is a very large, complex case. Because of the resources needed to prosecute this case, including my own claim, I permit W&W to team with other lawyers and firms who in W&W's judgment may assist in the facilitation or prosecution of my case. W&W will at all times remain responsible to me for my case.

11. This is our entire deal.

I agree that this contract alone governs our relationship, that it has not been modified orally or in writing, that it supersedes all prior contracts and may be amended only in writing by consent of both parties. If any clause is deemed invalid, the remainder shall continue in full force.

This _March_ day of _25_, 2011.

Waltzer & Wiygul
3715 Westbank Expressway, Suite 13
Harvey, Louisiana 70058
Tel: (504) 340-6300 / fax (504) 340-6330 or

14399 Chef Menteur Hwy., Suite D
New Orleans, Louisiana 70129
Tel: (504) 254-4400 / fax (504) 254-1112 or

1011 Iberville Drive
Ocean Springs, MS 39564
Tel: (228) 872-1125/ fax (228) 872-1125

joel@waltzerlaw.com or robert@waltzerlaw.com
See, www.bpoilspill.us or www.waltzerlaw.com

Client's Signature — Captain & Owner
Printed Name: Sony Thuong obo Cong Son Cong Phuoc LLC
Address: 123, Dickson, DR.
Belle Chasse, LA 70037.

Phone: 504-398-4843
Best/Business: Cong Son, Cong Phuoc, LLC.

W&W Client Contingent Fee K - Individual 2.22.11
Print Date: February 18, 2011