# Exhibit A

**From:** Mix, Kurt
**Sent:** Sun May 09 21:53:30 2010
**To:** Sprague, Jonathan D
**Cc:** Holt, Charles A; Kirton, Bill; Mazzella, Mark; O'Bryan, Patrick  L
**Subject:** Underground Flow Simulations for Measured Wellhead Flowing Conditions - May 9, 2010
**Importance:** Normal
**Attachments:** 3800psiFlow path Options.docx
**Attachments:** 3800psiFlow path Options.docx


Questions or comments welcome.  Bottom Line - do not anticipate underground flow based on this data set.

Kurt Mix

To:          Jonathan Sprague

From:        Hydraulic Kill Team: Kurt Mix, Ole Rygg, William Burch

Date:        Sunday, May 09, 2010


Potential flow path options based on 3800 psi measured below BOP rams

   a) Full flow w/wellbore choke to seafloor
   b) Partial flow into weakest exposed formations (18" csg shoe) to seafloor

Assumptions:

   a. Flow Rate – model generated result based on well data
   b. Flowpath options
        1. 7" x 9 7/8" Annulus to seafloor
        2. 7" x 9 7/8" Annulus to seafloor plus weakest formation at 18" shoe
        3. 7" x 9 7/8" (internal flow path via float collar) to seabed
        4. 7" x 9 7/8"  (internal flow path via float collar) to 16 " liner top – then
           to weakest formation at 18" shoe
        5. Both  annulus  and internal flow path  to seabed
        6. Both  annulus and internal flow path to 16" liner top – then to
           weakest formation at 18" shoe
   c. Fracture  gradient at the 18" shoe: 8969 ft tvd, 11.2 ppg, 5232 psi

Prior to the  start of the requested simulation runs, a model calibration was
performed by two separate modelers using two independent simulation models
(SPT OLGA ABC and Add Energy OLGA Well Kill).  Calibration results:


| OLGA Well Kill | OLGA ABC |
|---|---|
| 38,000 BOPD | 53,500 BOPD |
| 107 MMSCF/DAY | 93 MMSCF/DAY. |

Confidential Treatment Requested by BP p.l.c.                          BP-HZN-171MIX00310117

Add Energy OLGA Well Kill will serve as the primary source of simulation data for this estimation due OLGA ABC single flow exit limitation.

Results:

| Flow Path | Seabed | Back Pressure psi | Oil rate bopd | Gas rate mmscfd |
|---|---|---|---|---|
| Annulus | Unrestricted to seabed | 2244 | 43000 | 120 |
| Annulus | Current restrictions/measured | 3800 | 37000 | 110 |
| Annulus + Marl* | Current restrictions/measured | 3800 | 37000 | 110 |
| Casing | Unrestricted to seabed | 2244 | 63000 | 180 |
| Casing | Current restrictions/measured | 3800 | 55000 | 160 |
| Casing + Marl* | Current restrictions/measured | 3800 | 55000 | 160 |
| Both | Unrestricted to seabed | 2244 | 87000 | 250 |
| Both | Current restrictions/measured | 3800 | 74000 | 210 |
| Both + Marl* | Current restrictions/measured | 3800 | 74000 | 210 |

* no potential underground flow possible under simulated conditions with 3800 psi

Confidential Treatment Requested by BP p.l.c.



Reservoir Depth = 18,090' TVD
Reservoir Pressure = 11,835 psi

$$FBHP = \frac{dP}{dz}_{hydrostatic} + \frac{dP}{dz}_{friction+acceleration} + FWHP$$

$$= 3589\,psi + 3829\,psi + 3650\,psi = 11068\,psi$$

$$Drawdown = 11835\,psi - 11068\,psi = 767\,psi$$

$$Flowrate = 767\,psi \times 50bbl\,/\,d\,/\,psi = 38,350bbl\,/\,d$$

Confidential Treatment Requested by BP p.l.c.

BP-HZN-171MIX00310119

In order for flow at the 18" casing shoe, hydrostatic behind the shoe + FWHP has to exceed the fracture pressure.  Hydrostatic of 3,916 ft column of 5.3 ppg oil = 1,079 psi.

1,079 psi + 3,650 psi = 4,729 psi < 5,232 psi

However, if the 18" liner hanger gave way and the 22" casing was exposed, the hydrostatic of 2,870 ft column of 5.3 ppg oil = 791 psi

791 psi + 3650 psi = 4,541 psi > 4,387 psi.

Confidential Treatment Requested by BP p.l.c.

**File not printable**

Confidential Treatment Requested by BP p.l.c.

BP-HZN-171MIX00310121