# Exhibit B

1            UNITED STATES DISTRICT COURT

2            EASTERN DISTRICT OF LOUISIANA

3

4

5  UNITED STATES OF AMERICA        *    Criminal Action: 12-CR-171
                                   *    Section "K"
6                                  *
   versus                          *    New Orleans, Louisiana
7                                  *
                                   *    December 5, 2013
8  KURT MIX                        *
   * * * * * * * * * * * * * * *

9                  DAY FOUR - MORNING SESSION
10                JURY TRIAL BEFORE THE
             HONORABLE STANWOOD R. DUVAL, JR.
11              UNITED STATES DISTRICT JUDGE

12
   APPEARANCES:
13
   For the Government:          U.S. Department of Justice
14                              BY: JENNIFER L. SAULINO, ESQ.
                                1400 New York Avenue, NW
15                              Bond Building
                                Washington, D.C.  20530
16

17
   For the Government:          U.S. Department of Justice
18                              BY: LEO R. TSAO, ESQ.
                                400 Poydras Street
19                              Suite 1000
                                New Orleans, Louisiana  70130
20

21
   For Kurt Mix:                Chaffe, McCall, Phillips,
22                                Toler & Sarpy, LLP
                                BY: WALTER BECKER, JR., ESQ.
23                              BY: CHARLES D. MARSHALL, III, ESQ.
                                1100 Poydras Street
24                              Suite 2300
                                New Orleans, Louisiana 70163
25

              JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA

GEORGE WILLIAM KIRTON - DIRECT

1   of flow rates and have the Dynamic Kill still work.

2   Q.   Okay.  And so you decided on 10,000 barrels of oil per

3   day?

4   A.   Amongst other numbers.  We ran cases as high as 25,000,

5   15,000, 12,000, 10,000.  Correct.

6   Q.   And when you say we ran the cases, who was running those

7   cases?

8   A.   Again, Dr. Rygg, Kurt Mix, Mike Mullen, Tom Selbekk.

9   Q.   And just so we understand what you were running, were you

10  running cases using certain assumptions or were you running

11  cases to get flow rates?

12  A.   We assumed certain flow rates because it was uncertain at

13  the time.  It's important to understand just -- just what will

14  work so when you set up the operation, you get the right

15  equipment there.  So we assumed.  And we wanted to basically

16  see how high a flow rate Dynamic Kill would actually work with.

17  Q.   And what was the number that you came up with?

18  A.   At this time, we were running -- we got 10,000 barrels a

19  day.  I think shortly after this, we actually ran some cases

20  where 12,000 would work as well.  But 15,000 wouldn't work in

21  terms of Dynamic Kill.

22  Q.   So, then, in a nutshell, why did you decide to use 10,000

23  for this particular slide?

24  A.   Because at this time, the best data that we had, that was

25  about the limit that we thought, you know, there or slightly

KATE BAKER, PH.D. - CROSS

1   Q.   Yes.
2           And there's a dial-in that's referred to there;
3   correct?
4   A.   That is correct.
5   Q.   And during the course of the meeting on May 16th, you
6   discussed in that meeting with the government scientists
7   certain flow rate calculations that had been generated by the
8   national labs; correct?
9   A.   That is correct.
10  Q.   And if you would direct your attention on the following
11  page, 5256, to Paragraph 27.
12  A.   Yes, ma'am.
13  Q.   Do you see that during that May 16th meeting, one day
14  prior to the KWOP meeting, flow rate calculations were
15  presented by the national labs and they ranged from
16  7,495 barrels of oil per day up to 37,505 barrels of oil per
17  day.  Correct?
18  A.   That is correct.
19  Q.   I'm now going to ask you to look at your handwritten notes
20  that we looked at before, that Defense Exhibit 9036, which is
21  the broader set of your notes.
22  A.   Okay.
23  Q.   And if you would look at page 7540, again, using those
24  numbers down at the bottom right.
25          **THE COURT:**  It will be on the screen as well.

09:28:57  1    gas starts to bubble out.  That's what was happening.

09:29:00  2            As the oil came up the well, the pressure started to

09:29:03  3    drop.  It's like taking the lid off a soda bottle.  Gas started

09:29:07  4    to evolve out.

09:29:07  5            So the amount of gas in the oil was continually

09:29:11  6    increasing as it rose, and that further complicated the

09:29:15  7    calculation.  There wasn't a constant gas/oil ratio.  It was

09:29:20  8    changing continuously.

09:29:21  9    Q.   Now, Dr. Ammerman, in performing your calculations, were

09:29:25 10    you ever able to reconcile a pressure of 3100 psi and a

09:29:30 11    flow rate of 5,000 barrels of oil per day?

09:29:33 12    A.   For these cases, no.  You can see that for each of the

09:29:36 13    four cases the first condition is the pressure of 3100 psi, and

09:29:41 14    the flow rate in each case is about 5,000 barrels of oil per

09:29:46 15    day.

09:29:46 16    Q.   Let's look at the flow rates that you were getting at

09:29:49 17    3100 psi, which was, again, the pressure you understood to be

09:29:54 18    at the bottom of the BOP?

09:29:55 19    A.   That's correct.

09:29:55 20    Q.   For case one, what was the flow rate that you got?

09:30:01 21    A.   7495 barrels of oil per day.

09:30:03 22    Q.   What about case two?

09:30:06 23    A.   1700 -- 17,905 barrels of oil per day.

09:30:11 24    Q.   Case three?

09:30:13 25    A.   8680 barrels of oil per day.

                            **OFFICIAL TRANSCRIPT**

09:30:16 1    Q.    Case four?

09:30:19 2    A.    37,505 barrels of oil per day.

09:30:21 3    Q.    Dr. Ammerman, did you report these findings on the

09:30:26 4    teleconference on May 16th to BP and other scientists?

09:30:30 5    A.    I did.

09:30:30 6    Q.    Did you get any response from BP about your flow rate

09:30:36 7    calculations?

09:30:36 8    A.    No.  I asked during the telecon what they had calculated

09:30:41 9    for the same conditions, and they did not give us their

09:30:44 10   results.

09:30:44 11   Q.    Dr. Ammerman, did you ever, during the month of May 2010,

09:30:56 12   did you ever see the BP flow rate model?

09:30:59 13   A.    No.

09:30:59 14        MR. KATZ:  Objection, relevance.

09:31:01 15        THE COURT:  Overruled.

09:31:02 16        THE WITNESS:  No, I did not.

09:31:04 17   EXAMINATION BY MS. SAULINO:

09:31:07 18   Q.    All right.  That's all I have with that document.  Thank

09:31:09 19   you.

09:31:10 20        Now, Dr. Ammerman, we have been talking about a

09:31:15 21   teleconference on May 16th.  What happened on May 17th?

09:31:19 22   A.    May 17th was the Kill Well on Paper, or KWOP, meeting that

09:31:28 23   occurred at BP in Houston.

09:31:32 24   Q.    Were you present?

09:31:33 25   A.    I was.

OFFICIAL TRANSCRIPT

09:43:56 1    Judge Barbier is trying, as the jury well knows, so we don't

09:44:01 2    want to get too much into the weeds here.

09:44:04 3          MS. SAULINO:  Agreed, Your Honor, and thank you very

09:44:06 4    much.

09:44:07 5    EXAMINATION BY MS. SAULINO:

09:44:07 6    Q.    So, Dr. Ammerman, in a nutshell, there were some potential

09:44:10 7    adverse effects?

09:44:11 8    A.    That's correct.

09:44:11 9    Q.    Now, at some point after this meeting, Dr. Ammerman, did

09:44:16 10   the labs do what you said in the beginning was the purpose?

09:44:19 11   Did they provide an opinion to Secretary Chu?

09:44:22 12   A.    We did on the morning of Top Kill.

09:44:25 13   Q.    What was that opinion?

09:44:27 14   A.    That we agreed with BP's assessment, and that we

09:44:31 15   recommended to proceed.

09:44:32 16   Q.    Was this meeting a part of what went into that opinion?

09:44:36 17   A.    Yes, it was.

09:44:37 18   Q.    Now, Dr. Ammerman, were you present in Houston during

09:44:41 19   Top Kill?

09:44:43 20   A.    I was present when Top Kill started.  I had to leave

09:44:46 21   midway through that day.

09:44:47 22   Q.    Did you have any interaction with Secretary Chu during at

09:44:52 23   that time?

09:44:53 24   A.    The night before, when they were interrogating the blowout

09:44:59 25   preventer, I was in a conference room with Secretary Chu, where

**OFFICIAL TRANSCRIPT**

11:09:46  1    A.    It was.

11:09:48  2    Q.    Now, back to the topic of Top Kill.  Was there anything

11:09:56  3    unique about this particular blowout that you had to take into

11:09:58  4    consideration for the Dynamic Kill portion of the Top Kill

11:10:01  5    procedure?

11:10:01  6    A.    Absolutely.

11:10:01  7    Q.    What was that?

11:10:04  8    A.    So to my knowledge, there's never been an event in the

11:10:10  9    world quite like this one, where you were pumping very heavy

11:10:16  10   mud into a well, and yet the top of the well was open, and you

11:10:21  11   had to pump as fast as you could trying to force fluid down a

11:10:26  12   well when there was no top.

11:10:29  13         These types of Dynamic Kills have been used for many,

11:10:32  14   many years, even before I got into the industry, but typically

11:10:37  15   it's when you drill into the very bottom of a well that's

11:10:40  16   blowing out, and you pump the heavy mud down to the bottom of

11:10:44  17   the well.  It just simply goes up the top.  It has a long ways

11:10:47  18   to build hydrostatic head or heavy column to overcome the

11:10:52  19   pressure of the reservoir.

11:10:54  20         In this case, we were employing Dynamic Kill

11:10:57  21   principles, but we were pumping down to the sea floor, which

11:11:01  22   was, you know, at 5,000 feet of water, not to the very bottom

11:11:06  23   of the well, which was at roughly 19,000 feet.  So we were

11:11:10  24   having to pump very fast to force fluid down the well versus

11:11:14  25   have it coming up the well.

11:11:16 1   Q.   Now, Mr. Kirton, are you familiar with the term

11:11:22 2   "flow rate" of the oil?

11:11:22 3   A.   Yes, I am.

11:11:23 4   Q.   Was that something that you had to take into consideration

11:11:26 5   for Top Kill?

11:11:27 6   A.   Yes, we did.

11:11:28 7   Q.   Why?

11:11:29 8   A.   So the model that Dr. Ole Rygg employed needed

11:11:35 9   assumptions.  One of the key assumptions, of course, was

11:11:37 10  flow rate of the oil coming out of the well.

11:11:39 11  Q.   What number were you using for flow rate during the

11:11:46 12  Top Kill effort?

11:11:47 13  A.   We were given the number 5,000 barrels a day as a starting

11:11:51 14  point.  That was -- there were several planning teams that were

11:11:55 15  planning various ways to stop the oil flow.  Everyone had been

11:12:00 16  given a certain set of assumptions.  It was 5,000 barrels a

11:12:03 17  day.

11:12:05 18       In my -- the way I chose to do things was, I said

11:12:08 19  5,000 is --

11:12:10 20  Q.   Let me stop -- we'll go there in a minute, but let me stop

11:12:13 21  you first and ask you, you said you were given the

11:12:17 22  5,000 barrels of oil per day number?

11:12:19 23  A.   Yes, I was.

11:12:19 24  Q.   By whom?

11:12:20 25  A.   By Mark Paterson, my supervisor.

**OFFICIAL TRANSCRIPT**

11:16:28  1   exhibit number.

11:16:34  2          MS. SAULINO:  This is my mistake, Your Honor, I

11:16:36  3   apologize.

11:16:36  4          MR. KATZ:  13.

11:16:38  5          MS. SAULINO:  Government Exhibit 13.  That was the one

11:16:44  6   I was looking for.

11:16:44  7                Thank you, Mr. Katz.

11:16:44  8          MR. KATZ:  You're welcome.

11:16:47  9          MS. SAULINO:  Let's go back to the first page of it.

11:16:48 10   I'm sorry, Ms. Loughnane.

11:16:48 11   EXAMINATION BY MR. SAULINO:

11:16:50 12   Q.   Mr. Kirton, looking at the e-mail on your screen right

11:16:53 13   now -- do you see an e-mail on your screen right now?

11:16:57 14   A.   Yes, I do.

11:16:58 15   Q.   Who is it from?

11:17:00 16   A.   It's from Kurt Mix.

11:17:01 17   Q.   Who is it to?

11:17:02 18   A.   It's to Jon Sprague.

11:17:04 19   Q.   Are you on this e-mail chain?

11:17:08 20   A.   I am.  I'm cc'd.

11:17:10 21   Q.   What was the date on this e-mail?

11:17:13 22   A.   It says May 9th.

11:17:14 23   Q.   2010?

11:17:16 24   A.   I'm sorry, yes, May 9, 2010.

11:17:18 25   Q.   What's the subject?

                              **OFFICIAL TRANSCRIPT**

11:17:20 1   A.    The subject is Underground Flow Simulations for Measured

11:17:26 2   Wellhead Flowing Conditions, dash, May 9, 2010.

11:17:29 3   Q.    What does Mr. Mix say to Mr. Sprague, copying you, here?

11:17:34 4   A.    I'm sorry?

11:17:34 5   Q.    Could you read what the e-mail says?

11:17:36 6   A.    Yes.  "Questions or comments welcome.  Bottom line - do

11:17:40 7   not anticipate underground flow based on this data set.

11:17:45 8   Kurt Mix."

11:17:45 9   Q.    First, Mr. Kirton, do you recall receiving this e-mail?

11:17:50 10  A.    Not specifically, but I'm sure I did.

11:17:52 11  Q.    Now, if we could move to the next page, which is the first

11:17:56 12  page of a memo.  First, can you read the -- who's the memo to?

11:18:03 13  A.    The memo is to Jon Sprague.

11:18:05 14  Q.    Who is it from?

11:18:06 15  A.    The Hydraulic Kill Team, Kurt Mix, Ole Rygg,

11:18:12 16  William Burch.

11:18:13 17  Q.    The date?

11:18:14 18  A.    Sunday, May 9, 2010.

11:18:15 19  Q.    Let's turn to the next page, Mr. Kirton.  If you look at

11:18:20 20  the results box there, do you see the oil rate, barrels of oil

11:18:27 21  per day column?

11:18:28 22  A.    I do.

11:18:28 23  Q.    Do you see that those numbers are much higher than

11:18:35 24  5,000 barrels of oil per day?

11:18:35 25  A.    I do.

**OFFICIAL TRANSCRIPT**

11:18:36 1    Q.    Do you recall having seen this memorandum on May 9th or at

11:18:39 2    any time around May 9, 2010?

11:18:40 3    A.    No.  I do not.

11:18:42 4    Q.    I just asked you before whether you and Mr. Mix had

11:18:44 5    discussed the accuracy of the 5,000 barrels of oil per day

11:18:48 6    number?

11:18:49 7    A.    Right.

11:18:49 8    Q.    Had you seen this memorandum at the time, would you have

11:18:54 9    talked to him about it?

11:18:55 10   A.    No.  I hadn't seen this -- I had not seen this attachment

11:18:59 11   until my attorney showed me.

11:19:00 12   Q.    Okay.  So you don't recall having seen this at all at this

11:19:05 13   time?

11:19:05 14   A.    I do not.

11:19:05 15   Q.    Is it something you would have found significant in

11:19:08 16   preparing for the Top Kill effort?

11:19:10 17   A.    Well, with those kind of flow rates I would because

11:19:12 18   they're significantly higher than what we had worked, well

11:19:14 19   above the assumptions that we knew couldn't work.

11:19:16 20   Q.    Mr. Kirton, why didn't you challenge inside BP whether

11:19:26 21   there were higher flow rate numbers being calculated?

11:19:29 22   A.    I didn't know.  So I looked at the e-mail, I saw the

11:19:32 23   bottom line, I read the bottom line, and I didn't feel like I

11:19:36 24   needed to go any further and open this attachment and read it.

11:19:40 25   So I didn't know.

**OFFICIAL TRANSCRIPT**

11:19:40  1    Q.    Looking at it now, is it something that you feel like you
11:19:46  2    should have looked at?
11:19:46  3    A.    Yes.
11:19:46  4    Q.    We can take down that document now.
11:19:52  5          Now, Mr. Kirton, did you attend a meeting on
11:19:55  6    May 17th, referred to as the Kill the Well on Paper meeting?
11:19:58  7    A.    I did.
11:19:59  8    Q.    Or the KWOP meeting?
11:20:01  9    A.    I did.
11:20:01 10    Q.    To your recollection, what kind of people attended that
11:20:05 11    meeting?
11:20:05 12    A.    It was the science team that we were given on loan from
11:20:09 13    Washington.  It was Kate Baker, who more or less headed the
11:20:14 14    meeting up.  I was there.  Jon Sprague was there.  Kurt,
11:20:25 15    Dr. Rygg, people like that.
11:20:27 16    Q.    Mr. Kirton, what did you understand the purpose of that
11:20:30 17    meeting to be?
11:20:31 18    A.    The purpose of that meeting is we had done a lot of work
11:20:33 19    to that point, and it's an effort for people to sit down and
11:20:37 20    talk about the work that had been done, challenge the
11:20:40 21    assumptions, make sure that everybody is in agreement that we
11:20:46 22    have got the right kind of plan going forward.
11:20:49 23    Q.    Was this a go, no go meeting?
11:20:53 24    A.    That's it.  That's a good description.
11:20:55 25    Q.    What does that term mean to you?

**OFFICIAL TRANSCRIPT**

11:20:57  1    A.    If you have -- if you planned correctly, you'll go.   If

11:21:02  2    the plan is flawed, you won't.

11:21:03  3    Q.    So was this meeting a chance to discuss those

11:21:06  4    possibilities?

11:21:06  5    A.    Absolutely.   That's the purpose.

11:21:08  6    Q.    Do you recall whether Mr. Mix was at the meeting?

11:21:11  7    A.    He was.

11:21:12  8    Q.    Do you know why he was at the meeting?

11:21:15  9    A.    I would have asked him, because, again, Kurt has a very --

11:21:20 10    well, he's very good engineer.   He was -- he would have been

11:21:25 11    the guy that I wanted there to explain from an operational

11:21:30 12    standpoint how the model worked and the assumptions behind the

11:21:34 13    model and things like that.

11:21:35 14    Q.    Now, Mr. Mix was working with Mr. Rygg at the time; is

11:21:35 15    that right?

11:21:40 16    A.    He was.

11:21:40 17    Q.    So why not just use Mr. Rygg?

11:21:42 18    A.    Dr. Ole Rygg is someone who is a mathematician, has a

11:21:49 19    great model, but he doesn't know anything about operations

11:21:52 20    engineering.

11:21:52 21          So it's really two distinct skill sets.   He knows the

11:21:56 22    model inside and out.   Kurt knows operations inside and out.

11:22:02 23    So I needed those two to work together to make sure that it was

11:22:05 24    a complete answer, not completely model based or completely

11:22:10 25    operational based, but both.

                              **OFFICIAL TRANSCRIPT**

11:22:11 1    Q.    Now, do you recall Mr. Mix saying anything at this meeting
11:22:14 2    about having modeling higher than 15,000 barrels of oil per day
11:22:17 3    for the flow rate?
11:22:18 4    A.    I do not.
11:22:18 5    Q.    Do you recall Dr. Rygg saying anything about modeling
11:22:22 6    higher than 15,000 barrels of oil per day for the flow rate?
11:22:24 7    A.    I do not.
11:22:25 8    Q.    And do you believe you would have remembered had that
11:22:29 9    discussion taken place at the meeting?
11:22:30 10   A.    I do.
11:22:31 11   Q.    Why?
11:22:32 12   A.    Well, it's a significant deviation from the base plan of
11:22:36 13   five to ten to 15,000 barrels a day.
11:22:41 14   Q.    And what were the numbers that you recall having been used
11:22:44 15   at that meeting?
11:22:44 16   A.    We talked about the base case, 5,000.  I know we talked
11:22:47 17   about 15,000 as not working.  We may have discussed cases in
11:22:54 18   the middle, but I know we talked about five and 15.
11:22:56 19   Q.    And how do you know that?
11:22:59 20   A.    Well, the notes basically say that.  That's the best way
11:23:03 21   for me to remember, because Kate Baker took very good notes and
11:23:07 22   she distributed those notes and so I've seen the notes.
11:23:11 23   Q.    If we could bring up Government Exhibit 17.
11:23:15 24        THE COURT:  Has that previously be admitted?
11:23:18 25        MS. SAULINO:  It has, Your Honor.

**OFFICIAL TRANSCRIPT**

11:23:19 1          THE COURT:  I thought so.  Oh, yes, yes.

11:23:21 2     EXAMINATION BY MS. SAULINO:

11:23:22 3     Q.    Is this the e-mail that you're referring to where

11:23:24 4     Dr. Baker distributed her notes?

11:23:26 5     A.    It is.

11:23:26 6     Q.    And if we just go to the next page, are these the notes

11:23:31 7     that you're referring to, Mr. Kirton?

11:23:34 8     A.    It is.

11:23:34 9     Q.    And now, Mr. Kirton, do you independently recall that at

11:23:41 10    the time the number that you and others were using inside BP

11:23:43 11    for flow rate was 5,000 barrels of oil per day?

11:23:46 12    A.    I do.

11:23:47 13    Q.    So is that the number you would have used at the meeting?

11:23:50 14    A.    I believe so.

11:23:50 15    Q.    Okay.  Now, you said that as an engineer you bracket

11:23:55 16    things.

11:23:55 17    A.    I did.

11:23:55 18    Q.    So did you talk about higher numbers at the meeting, to

11:23:59 19    your recollection and your knowledge of your procedures?

11:24:01 20    A.    Well, I believe so, because, again, I have the benefit of

11:24:04 21    reading the note, and I can just -- I imagine that's what we

11:24:09 22    would have talked about.  We would have talked about the base

11:24:11 23    case, the numbers we've actually tested against the model to

11:24:16 24    see would it work; would it not work?  And I know that we made

11:24:20 25    the point that above 15,000 barrels a day it's not going to

**OFFICIAL TRANSCRIPT**

11:59:37 1  models, including one as high as 110,000 barrels of oil per

11:59:41 2  day?

11:59:42 3  A.   I didn't know that they were Kurt's flow rate models at

11:59:46 4  the time, and I don't today.

11:59:47 5  Q.   Okay.  You saw on the cover e-mail that Mr. Mix sent to

11:59:53 6  you this slide deck, so you're not disputing the fact that

11:59:58 7  Mr. Mix is sending you a flow rate model showing a flow rate,

12:00:01 8  based on a number of assumptions, of 110,000 barrels of oil per

12:00:06 9  day?

12:00:07 10 A.   Sorry.  Could you repeat that one more time, please.

12:00:10 11 Q.   Yes.  You're not disputing the fact that Mr. Mix, almost

12:00:14 12 three weeks prior to Top Kill, is sending you a slide deck

12:00:18 13 indicating an oil flow rate -- potential oil flow rate as high

12:00:24 14 as 110,000 barrels of oil per day?

12:00:26 15 A.   No, I'm not disputing that.

12:00:27 16 Q.   So what you're saying is you didn't find out until later

12:00:31 17 that Kurt Mix had prepared or participated in the preparation

12:00:34 18 of some of these models?

12:00:35 19 A.   As far as flow rate modeling, I didn't know who did the

12:00:38 20 flow rate modeling.

12:00:39 21 Q.   Well, I must have misunderstood your direct testimony

12:00:42 22 because I thought you were saying that you knew that among your

12:00:46 23 go-to guys was Mr. Mix.

12:00:48 24 A.   That's true.

12:00:49 25 Q.   One of the things you said you went to him for was

**OFFICIAL TRANSCRIPT**

12:19:44  1    Q.    So let's go ahead and look at the column on the left.

12:19:56  2    Just to pick out some items here on the chart, do you see the

12:20:02  3    column on the left is marked flow path.  Let's just highlight

12:20:06  4    the annulus flow path numbers.

12:20:14  5          Do you see that what's being shown here, you would

12:20:19  6    agree with me, is that you have two annulus flow path flow rate

12:20:24  7    numbers in this part of this slide?  If you assume that the

12:20:28  8    flow is up the annulus, depending on the pressure reading,

12:20:32  9    you'll get two assumed flow rates; is that right?

12:20:37 10    A.    It sounds right.

12:20:38 11    Q.    The first annulus entry is unrestricted to the sea bed,

12:20:44 12    and that's calculating with a back pressure of 2244 psi.  Do

12:20:50 13    you understand that to be the simple hydrostatic pressure that

12:20:53 14    the 5,000 feet of water is bringing down on the top of the

12:20:56 15    wellhead?

12:20:56 16    A.    No, I'm not familiar with that, but that sounds

12:20:59 17    reasonable.

12:20:59 18    Q.    Would you at least accept as reasonable that the second

12:21:06 19    number, 3800 psi, which is identified as current

12:21:12 20    restrictions/measured, is based on an actual measurement of the

12:21:16 21    pressure that was taken from the bottom of the BOP?

12:21:19 22    A.    It sounds reasonable.

12:21:20 23    Q.    Okay.  So it yields two different numbers, but the point I

12:21:23 24    want to draw your attention to is that in this memorandum you

12:21:27 25    were receiving more than two weeks prior to Top Kill, it was

**OFFICIAL TRANSCRIPT**

12:21:30  1    telling you that if we have annulus flow, we may be looking at

12:21:34  2    flow rates as high as 43,000 barrels of oil per day?

12:21:40  3    A.   Yes, I see that.

12:21:40  4    Q.   I have that right?

12:21:41  5    A.   You do.

12:21:42  6    Q.   Again, just to state the obvious, if we look at that,

12:21:50  7    there is no indication here that any restrictions in the

12:21:53  8    blowout preventer or in the kinked riser or in the wellbore or

12:21:55  9    in the reservoir are being modeled at this time?

12:21:58 10    A.   I assume so.

12:22:00 11    Q.   Just moving through some of the other numbers that we see

12:22:08 12    there, we see casing flow is being modeled here and yielding

12:22:16 13    numbers as high as 63,000 barrels of oil per day.  Then, if you

12:22:20 14    take in the pressure measurement of 3800, it yields a lower

12:22:24 15    maximum flow number of 55,000 barrels of oil per day?  Do you

12:22:29 16    see that?

12:22:29 17    A.   I see that.

12:22:30 18    Q.   Then finally, just to complete the picture, at the bottom

12:22:34 19    we see two entries for both, depending on the pressure

12:22:39 20    measurement, but it's showing a potential maximum flow, if the

12:22:43 21    flow is up both the casing and the annulus, of 87,000 barrels

12:22:51 22    of oil per day?

12:22:51 23    A.   I see that.

12:22:51 24    Q.   Okay.  So, is it fair to say at this point, based on the

12:23:00 25    numbers that we looked at for the May 7th memorandum --

**OFFICIAL TRANSCRIPT**

09:38:39  1          MS. SAULINO:  Objection, leading.

09:38:43  2          THE COURT:  Well, I'm going to allow the question, but,

09:38:48  3   again, I'm sure you'll refine it temporally.

09:38:52  4          MS. MCPHEE:  I will, Your Honor.  I intend to.

09:38:52  5   EXAMINATION BY MS. MCPHEE:

09:38:55  6   Q.    But my general question is whether you and Kurt Mix during

09:38:57  7   the response effort participated together in sharing your

09:39:00  8   flow rate numbers with the United States Government?

09:39:01  9   A.    Yes.

09:39:03 10   Q.    Specifically, do you recall sharing them in a May 17,

09:39:13 11   2010, meeting with Government scientists called the Kill Well

09:39:18 12   on Paper meeting?

09:39:18 13   A.    Yes.

09:39:19 14   Q.    Did you share them with U.S. Government officials and

09:39:24 15   scientists during the June 29, 2010, Relief Well Kill and

09:39:30 16   Cementing review meeting?

09:39:31 17   A.    Yes, I did.

09:39:32 18   Q.    Did you prepare a Relief Well Kill modeling report in July

09:39:38 19   of 2010, that included your flow rate modeling results for

09:39:42 20   delivery to the national labs?

09:39:43 21          MS. SAULINO:  Your Honor, just objection to the time

09:39:45 22   period that's now being questioned about.

09:39:48 23          THE COURT:  You might articulate.  You can pinpoint

09:39:51 24   why.

09:39:52 25          MS. SAULINO:  The relevance of anything that happened

                              **OFFICIAL TRANSCRIPT**

09:39:53  1    after Top Kill, Your Honor.

09:39:57  2            THE COURT:  We have talked about that, and the Court

09:40:04  3    has allowed some of that in; although, I have said it is not at

09:40:11  4    the quintessential issues in this case.

09:40:16  5                I'll allow him to support that, but I am telling

09:40:21  6    you I do not think it is at the nub of the case, it's on the

09:40:28  7    periphery, but I will allow it.

09:40:30  8            MS. MCPHEE:  Thank you, Your Honor.

09:40:34  9    EXAMINATION BY MS. MCPHEE:

09:40:35 10    Q.    Is it fair to say, Dr. Rygg, that you and Kurt Mix shared

09:40:38 11    your flow rate modeling numbers with U.S. Government personnel

09:40:42 12    throughout the response effort?

09:40:43 13            MS. SAULINO:  Objection.  Leading.

09:40:44 14            THE COURT:  That is leading.  Sustained.

09:40:46 15    EXAMINATION BY MS. MCPHEE:

09:40:46 16    Q.    Over what period of time during the response effort did

09:40:49 17    you and Kurt Mix participate in sharing your flow rate modeling

09:40:53 18    numbers with U.S. Government personnel?

09:41:00 19    A.    The time period would be from when I arrived in May

09:41:04 20    through May, June timing, until I left Houston in August.

09:41:09 21    Q.    So let me first direct your attention, Dr. Rygg, to the

09:41:13 22    month of May.  Is that the month that BP -- is that the month

09:41:20 23    during which BP attempted to stop the flow of oil through an

09:41:24 24    operation known as Top Kill?

09:41:24 25    A.    Yes.

                              **OFFICIAL TRANSCRIPT**

10:07:27 1    modeling work in the slides during the course of this meeting?

10:07:30 2    A.    Yes, I do.

10:07:31 3    Q.    And do you also specifically, personally recall that you

10:07:35 4    discussed the Relief Well kill modeling that you did and shared

10:07:39 5    slides on the Relief Well modeling work?

10:07:42 6    A.    Yes, I did.

10:07:43 7         MS. MCPHEE:  Your Honor, I offer Defense Exhibit --

10:07:45 8         THE COURT:  I'm going to allow it.

10:07:48 9         MS. MCPHEE:  -- 139 into evidence.

10:07:49 10        THE COURT:  I'm going to allow Exhibit 139 and submit

10:07:52 11   it into evidence.

10:07:53 12        MS. SAULINO:  Your Honor, just to preserve my

10:07:55 13   objection --

10:07:55 14        THE COURT:  Oh, the Government's objection is noted.

10:07:55 15        MS. SAULINO:  Thank you.

10:07:58 16        THE COURT:  Yes, absolutely.

10:07:59 17        MS. MCPHEE:  Your Honor, we do offer Defense

10:08:01 18   Exhibit 139 together with its embedded metadata.

10:08:06 19        MS. SAULINO:  Your Honor, I would object to any

10:08:08 20   embedded metadata unless Dr. Rygg can personally testify --

10:08:11 21        THE COURT:  I'm not sure what embedded metadata is

10:08:15 22   other than the slides themselves.  You mean the metadata from

10:08:15 23   which the slides were confected?

10:08:17 24        MS. MCPHEE:  Your Honor, it's inherent to the exhibit.

10:08:19 25   It's inherent to the slides and it shows the --

**OFFICIAL TRANSCRIPT**

11:17:54 1   EXAMINATION BY MS. MCPHEE:

11:17:54 2   Q.   Before we look at that specific slide, Dr. Rygg, can you

11:17:57 3   explain to the jury for what purpose you showed your modeling

11:18:02 4   work on the Relief Well during the KWOP meeting on May 17th?

11:18:08 5   A.   Well, the slides show the different scenario we

11:18:15 6   investigated for the Relief Well, the worst-case scenarios.

11:18:20 7   And these slides show that -- the different kill rates required

11:18:26 8   to stop the worst-case scenarios for each of the cases.  So

11:18:31 9   that's the -- and these slides are typically then, they are

11:18:36 10  kind of general overview of the Relief Well Dynamic Kill

11:18:45 11  modeling work.

11:18:45 12  Q.   And do Slides 18, 19 and 20 all contain modeling results

11:18:49 13  showing flow rates higher than 15,000 barrels of oil per day?

11:18:58 14  A.   All these cases are what -- it's referred to -- we

11:19:01 15  referred to as "worst-case scenarios", which is then -- we

11:19:10 16  often see restrictions in flow path and the maximum flow

11:19:14 17  potential from the well, and there are different geometry

11:19:20 18  scenarios.

11:19:21 19        MS. MCPHEE:  Let me ask, Preston, if you would pull up

11:19:23 20  and publish to the jury Slide 18.

11:19:23 21  EXAMINATION BY MS. MCPHEE:

11:19:28 22  Q.   Can you please explain to the jury what that slide depicts

11:19:33 23  in terms of worst-case flow rate.

11:19:38 24  A.   Yes.  The graph -- or the sketch on the left-hand side is

11:19:42 25  the -- just the sketch of the flow path, which is, in this

11:19:47  1    case, up the 7-inch casing and then further up the 9 7/8 casing

11:19:55  2    up to the seabed.

11:19:58  3            And on the right-hand side is then the oil rate for

11:20:06  4    that particular case, with -- with no restrictions at the

11:20:15  5    wellhead.

11:20:15  6            And then there is an additional case put in there for

11:20:19  7    restricted measured pressure at the wellhead.

11:20:24  8            And the lower part is showing for the upper case, the

11:20:28  9    63,000 barrels of oil per day, it's showing the different kill

11:20:32 10    rates for that particular case with different density of the

11:20:41 11    mud we're pumping into the well.

11:20:43 12            So for the 12 pumps per gallon mud, then 46 barrels

11:20:55 13    per minute will be required to pump down the Relief Well.  And

11:21:01 14    if we increase the density of the mud to 14.2 pounds per gallon

11:21:06 15    mud, then the required kill rate will be 33 barrels per minute.

11:21:13 16    And then if we increase it further, then it will -- then the

11:21:18 17    pump rate required will then decrease further.

11:21:22 18            And it's highlighted, one number in this particular

11:21:27 19    case, which is the 33 barrels per minute, because that

11:21:32 20    particular mud density is what was used during the drilling of

11:21:38 21    that -- the whole section in the Macondo Well, so that would

11:21:44 22    typically be the mud weight we would use as a starting point

11:21:47 23    for Relief Well kill operation.

11:21:54 24    Q.   Would you explain to the jury what the difference is

11:21:56 25    between the flow number of 63,000 barrels of oil per day that

**OFFICIAL TRANSCRIPT**

11:22:02  1   is parenthetically referred to as a "no restrictions number,"

11:22:07  2   and the 55,000 barrels of oil per day that is referenced as

11:22:11  3   "restricted/measured"?

11:22:15  4   A.   The 63,000 number is then the flow from the reservoir

11:22:22  5   without any restrictions or any reduction of the inflow from

11:22:27  6   the reservoir, and then up through the casing and without

11:22:32  7   any -- any restricted flow at the seabed, just as if the BOP

11:22:41  8   wasn't there.

11:22:41  9        And then the other number, 55,000, is the same thing,

11:22:47 10   but with a measured -- at the time we got the information that

11:22:52 11   the measured pressure at the wellhead was 38,000 -- 3800 psi,

11:22:59 12   so that's that particular case.

11:23:03 13        But that's the only difference between those two

11:23:05 14   cases, is the backpressure used at the seabed, because the

11:23:10 15   2244 psi is really the weight of the seawater at that water

11:23:19 16   depth, which is almost 5,000 feet water depth.  The weight of

11:23:24 17   the sea itself is 2244 psi.

11:23:28 18   Q.   Does either of those numbers, 63,000 barrels of oil per

11:23:32 19   day or 55,000 barrels of oil per day, reflect actual flow rate

11:23:36 20   from the Macondo Well?

11:23:39 21   A.   No.  It doesn't really have anything to do with the actual

11:23:42 22   flow rate.  These are the -- refer to as the worst-case

11:23:48 23   flow rates, and that's removing all the potential restrictions,

11:23:53 24   just having open flow from the reservoir all the way to the

11:23:56 25   seabed.

**OFFICIAL TRANSCRIPT**

11:25:58  1   production casing, the 9 7/8 casing, is really connected to the

11:26:05  2   7-inch line in this case, so it's really one flow path, but it

11:26:07  3   has different sizes throughout the wellbore.

11:26:09  4   Q.   And let me direct your attention now to Slide 19.

11:26:17  5        MS. MCPHEE:  Preston, if you can pull that up.

11:26:17  6   EXAMINATION BY MS. MCPHEE:

11:26:22  7   Q.   And can you explain to the jury what this slide depicts?

11:26:26  8   A.   This slide is showing very much the same thing as the

11:26:31  9   previous slide.  The only difference is that we -- using a

11:26:38 10   different flow path for estimating the worst case.  So in this

11:26:43 11   particular case, in Scenario B, was flow on the outside, also

11:26:53 12   referred to as "the annulus case".

11:26:54 13        So because there was more -- smaller clearance on the

11:27:00 14   outside than the total flow rate, there is -- even for the

11:27:05 15   worst case, it's a little bit less than the previous case.

11:27:09 16   Q.   What is the impact of that difference on the calculations

11:27:15 17   in the bottom right corner for what's required to successfully

11:27:21 18   intercept the damaged Macondo Well with a Relief Well?

11:27:25 19   A.   We see that for this case the requirement for the pump

11:27:31 20   rate is less than the previous one, so we compare the one with

11:27:36 21   the 14.2 pounds per gallon mud, in this case -- the previous

11:27:41 22   one was 33 barrels per minute, in this case it's 20 barrels per

11:27:49 23   minute for the same mud density.

11:27:51 24   Q.   And the difference between the 43,000 barrels of oil per

11:27:57 25   day number and the 37,000 barrels of oil per day number that

**OFFICIAL TRANSCRIPT**

11:28:01 1   appears on this slide is explained by the same pressure

11:28:06 2   measurement that you described in connection with the prior

11:28:08 3   slide; is that right?

11:28:10 4   A.   That's correct.  That's the only difference between these

11:28:13 5   two worst cases, the one, 37, is really a little bit reduced

11:28:21 6   because the backpressure at the seabed is increased for that

11:28:25 7   particular case, but the flow path is the same and the inflow

11:28:29 8   from the reservoir, without any restrictions, and so they are

11:28:33 9   all the same.

11:28:33 10  Q.   Let me direct your attention now to Slide 20, and ask

11:28:38 11  Preston to publish that to the jury.

11:28:43 12       Can you explain what this Slide 20 shows.

11:28:49 13  A.   This, again, is another scenario we picked as a worst-case

11:28:55 14  scenario, and this is assuming the flow is both on the inside

11:29:00 15  and on the outside at the same time, so then the total flow

11:29:05 16  area from the Macondo reservoir would increase.  So for this

11:29:12 17  case, the total oil rate to the seabed increases as well, so

11:29:17 18  it's higher than the two previous cases.

11:29:22 19  Q.   And again, both numbers listed here, 87,000 barrels of oil

11:29:28 20  per day and 74,000 barrels of oil per day, are worst-case

11:29:32 21  scenarios?

11:29:35 22  A.   Those are the upper limits of what potentially could be

11:29:39 23  flowing under these conditions.

11:29:43 24  Q.   Considering the previous two slides together with this

11:29:49 25  slide, 18, 19 and 20, do they reflect worst-case flow rate

**OFFICIAL TRANSCRIPT**

11:29:56 1    numbers from 37,000 barrels of oil per day to 87,000 barrels of

11:30:01 2    oil per day?

11:30:01 3    A.    Yes.

11:30:03 4    Q.    And did the 37,000 barrels of oil per day flow rate on

11:30:09 5    your annulus slide indicate that the flow rate could not be

11:30:13 6    lower than 37,000 barrels of oil per day?

11:30:17 7    A.    Not necessarily, because these were picked as worst-case

11:30:23 8    scenarios.  So we have assumed in these scenarios that all of

11:30:30 9    the zones from the Macondo oil reservoir were open and no

11:30:34 10   restrictions at the bottom of the wellbore.

11:30:38 11   Q.    So just to be clear, what specifically did that

11:30:42 12   37,000 barrels of oil per day signify?

11:30:46 13   A.    That was just one of the cases shown here for the annulus

11:30:54 14   case.

11:30:54 15   Q.    And it was a maximum or worst-case flow rate number for

11:30:59 16   the annulus flow path scenario?

11:31:02 17   A.    Well, 37 wasn't the worst, because that's when you put in

11:31:07 18   the additional pressure, so that the worst for an annulus would

11:31:11 19   be 43,000 barrels of oil per day.  That's the worst case.

11:31:15 20   Q.    Thank you.

11:31:17 21         But the 37,000 was itself a worst-case number, taking

11:31:22 22   into account that one pressure measurement?

11:31:24 23   A.    That's correct.

11:31:24 24   Q.    For any of these three slides depicting the three

11:31:31 25   different potential flow paths, was a 5,000 barrels of oil per

**OFFICIAL TRANSCRIPT**

11:40:51  1    three different -- different cases.

11:40:53  2            And for each of them they are showing both the

11:40:58  3    pressure, absolute pressure, meaning pressure you see when you

11:41:02  4    actually are within the wellbore, and the one to the right is

11:41:06  5    showing that equivalent mud density you would have to have to

11:41:12  6    balance that particular pressure.

11:41:14  7            That's just a typical way of representing this in

11:41:20  8    drilling operations.  And the scenario -- the same goes for

11:41:27  9    Scenario B and Scenario AB.

11:41:30 10    Q.   Dr. Rygg, did Kurt Mix ever express any hesitation or

11:41:37 11    concern to you about presenting your flow rate modeling numbers

11:41:40 12    to government scientists at the KWOP meeting?

11:41:43 13    A.   No.

11:41:43 14    Q.   Did he participate with you in sharing those flow rate

11:41:48 15    numbers with the government scientists at the KWOP meeting?

11:41:50 16            MS. SAULINO:  Asked and answered?

11:41:52 17            THE COURT:  I note the objection.  I'm going to allow

11:41:55 18    him to answer.

11:41:56 19            THE WITNESS:  Yes.

11:41:57 20    EXAMINATION BY MS. MCPHEE:

11:42:01 21    Q.   Did Kurt Mix at any time ever tell you not to share the

11:42:04 22    flow rate numbers that you generated during the Macondo

11:42:07 23    response effort?

11:42:09 24    A.   No.

11:42:09 25    Q.   Did you and Kurt Mix share the results of your flow rate

**OFFICIAL TRANSCRIPT**

11:42:15  1   models with U.S. government personnel, both before and after

11:42:20  2   BP's attempt to kill the well through the Top Kill procedure?

11:42:22  3   A.    Yes.

11:42:24  4   Q.    Were you present, Dr. Rygg, in the command center in

11:42:30  5   Houston when BP attempted the Top Kill procedure?

11:42:34  6   A.    No, I was not present.

11:42:35  7   Q.    When had you left Houston, if you recall?

11:42:43  8   A.    I left Houston a couple of days prior to the Top Kill

11:42:48  9   operation.

11:42:48 10   Q.    And where were you during the Top Kill operation?

11:42:55 11   A.    I was in Bergen, Norway, at the time working on another

11:43:00 12   incident that Statoil had offshore with the Gullfaks Field.

11:43:15 13   Q.    Even though you were not at the command center during the

11:43:19 14   Top Kill operation, were you aware of the results of the

11:43:23 15   Top Kill operation?

11:43:24 16   A.    Yes.

11:43:26 17   Q.    And what was the result?

11:43:31 18   A.    The result was that it didn't stop the flow from the

11:43:35 19   Macondo Well.

11:43:35 20   Q.    And during the Top Kill operation, was there any

11:43:40 21   representative from your company, Add Energy, who was present

11:43:43 22   in Houston in your absence?

11:43:45 23   A.    Yes.  My colleague, Thomas Selbekk, took my position when

11:43:58 24   I went back to Norway.

11:43:59 25   Q.    Did Mr. Selbekk send you and Kurt Mix data from the failed

**OFFICIAL TRANSCRIPT**

11:55:33  1          THE COURT:  Thank you.

11:55:35  2  EXAMINATION BY MS. MCPHEE:

11:55:37  3  Q.    You testified earlier that there is a relationship between

11:55:40  4  orifice size and flow rate, correct?

11:55:42  5  A.    Yes.

11:55:44  6  Q.    Generally, the larger the orifice size, the larger the

11:55:49  7  flow rate, all other things being equal?

11:55:51  8  A.    That's correct.

11:55:51  9  Q.    So let me show you now and ask you to refer to it in your

11:55:55 10  binder what has been marked as Defense Exhibit 127.

11:56:26 11  A.    Yes.

11:56:27 12  Q.    Do you recognize that document?

11:56:28 13  A.    Yes.  That's an e-mail I sent to John Sharadin, with copy

11:56:37 14  to Kurt Mix, concerning loss rates to stack while pumping mud.

11:56:45 15  Q.    What is the date of that e-mail?

11:56:47 16  A.    That was sent on May 15, 2010.

11:56:53 17          MS. MCPHEE:  Your Honor, I would offer Defense

11:56:55 18  Exhibit 127 into evidence.

11:56:57 19          THE COURT:  Any objection?  I'll give the Defense a

11:57:01 20  chance to look at it.  Excuse me, the Prosecution.  I'm sorry.

11:57:09 21          MS. SAULINO:  No objection, Your Honor.

11:57:10 22          THE COURT:  Let it be admitted.

11:57:10 23          (WHEREUPON, at this point in the proceedings, Defense

11:57:10 24  Exhibit 127 was admitted.)

11:57:13 25          MS. MCPHEE:  Preston, if you can pull that up and

**OFFICIAL TRANSCRIPT**

12:04:51  1                    It's just two documents, and then we can put an

12:04:54  2    end to that.  That's something that you can argue to the jury.

12:04:54  3                    MS. SAULINO:  Yep.  Thank you, Your Honor.

12:04:59  4                    THE COURT:  I'll let you --

12:04:59  5                    MS. MCPHEE:  I'm pretty sure it's two.

12:05:01  6                    THE COURT:  I'm not holding you to it.  I know it's not

12:05:04  7    a litany.

12:05:04  8                    (WHEREUPON, at this point in the proceedings, the bench

12:05:05  9    conference concluded.)

12:05:17 10                    THE COURT:  Yes, ma'am.  You may proceed.

12:05:19 11                    MS. MCPHEE:  Thank you, Your Honor.

12:05:21 12    EXAMINATION BY MS. MCPHEE:

12:05:21 13    Q.    So when you returned to Houston in June of 2010, what were

12:05:25 14    you working on during that month following Top Kill?

12:05:30 15    A.    Well, I continued working on the Relief Well option for

12:05:38 16    the Dynamic Kill of the Relief Well.

12:05:39 17    Q.    Was Kurt Mix assisting you with your Relief Well work in

12:05:46 18    June of 2010?

12:05:46 19    A.    Yeah, we continued to work together on the Relief Well

12:05:51 20    operation.

12:05:51 21    Q.    In connection with the Relief Well planning work that you

12:05:54 22    and Kurt Mix were doing during June, did you continue to share

12:05:59 23    your flow rate modeling results with United States Government

12:06:02 24    personnel?

12:06:04 25    A.    Yes, I did that in meetings.  I was called upon.

                              **OFFICIAL TRANSCRIPT**

12:06:09  1  Q.    So on June 29, 2010, do you recall participating in a

12:06:14  2  meeting with U.S. Government personnel called the Relief Well

12:06:19  3  Integrated Kill and Cementing Review?

12:06:24  4  A.    Yes.

12:06:24  5  Q.    Were you a presenter at that meeting?

12:06:25  6  A.    Yes, I was a presenter at that meeting.

12:06:28  7  Q.    Who asked you to present at that meeting, Dr. Rygg?

12:06:32  8  A.    As far as I recall, I think that Kurt asked me to do the

12:06:38  9  presentation.

12:06:38 10  Q.    Was Kurt Mix present at the meeting with you?

12:06:42 11  A.    Yes.

12:06:43 12  Q.    What was the purpose of this June 29th meeting?

12:06:50 13  A.    The purpose was to go through the current plan for the

12:06:55 14  Relief Well operation, including the modeling work, the

12:06:58 15  operational preparation, and everything related to the

12:07:03 16  Relief Well operation.

12:07:07 17        There was also included a discussion with the

12:07:12 18  representatives present at that meeting.

12:07:14 19  Q.    Is it fair to refer to the meeting as a peer review

12:07:19 20  meeting?

12:07:21 21  A.    Yes, I guess it was kind of a peer review of the current

12:07:26 22  plans they had at the moment.

12:07:27 23  Q.    What is a peer review meeting?

12:07:31 24  A.    Well, you go through a plan for an operation, including

12:07:36 25  all the background engineering work.  Then you scrutinize the

**OFFICIAL TRANSCRIPT**