# Exhibit C

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2

 3   ****************************************************************

 4   IN RE: OIL SPILL BY THE              DOCKET NO. MDL-2179
     OIL RIG DEEPWATER HORIZON            SECTION "J"
 5   IN THE GULF OF MEXICO ON             NEW ORLEANS, LA
     APRIL 20, 2010                       MONDAY, SEPTEMBER 30, 2013
 6
     ****************************************************************
 7
     IN RE: THE COMPLAINT AND             DOCKET NO. 10-CV-2771
 8   PETITION OF TRITON ASSET             SECTION "J"
     LEASING GMBH, ET AL
 9
     ****************************************************************
10
     UNITED STATES OF AMERICA             DOCKET NO. 10-CV-4536
11        V.                              SECTION "J"
     BP EXPLORATION & PRODUCTION,
12   INC., ET AL

13   ****************************************************************

14                       DAY 1   MORNING SESSION
                 TRANSCRIPT OF NONJURY TRIAL PROCEEDINGS
15            HEARD BEFORE THE HONORABLE CARL J. BARBIER
                      UNITED STATES DISTRICT JUDGE
16

17   APPEARANCES:

18

19   FOR THE PLAINTIFFS:    HERMAN HERMAN & KATZ
                            BY:  STEPHEN J. HERMAN, ESQ.
20                          820 O'KEEFE AVENUE
                            NEW ORLEANS, LA   70113
21

22
                            DOMENGEAUX WRIGHT ROY & EDWARDS
23                          BY:  JAMES P. ROY, ESQ.
                            556 JEFFERSON STREET, SUITE 500
24                          POST OFFICE BOX 3668
                            LAFAYETTE, LA   70502
25

                            OFFICIAL TRANSCRIPT
```

JOHN L. WILSON - CROSS

13:45  1  differently regarding source control had BP provided its flow
13:45  2  rate modeling?
13:45  3  **A.**   I'm not going to offer an opinion about -- I haven't
13:46  4  offered an opinion.  I mean, this is -- I have already offered
13:46  5  my opinions about what they would have done.  What I would
13:46  6  offer is that they would have liked to have the opportunity to
13:46  7  do something different.  This came out very clearly in the
13:46  8  depositions of Secretary Chu, Marcia McNutt of the USGS, of
13:46  9  Lars Herbst and several other people I reviewed.  So they would
13:46  10 have liked to have had the chance to know about it.
13:46  11 **Q.**   You do not intend to offer any opinions to this Court, in
13:46  12 your report or elsewhere, on what the government would have
13:46  13 done differently had BP provided the government with the
13:46  14 modeling you contend should have been provided; is that
13:46  15 correct?
13:46  16 **A.**   I will not offer an opinion, have not offered an opinion
13:46  17 on what the government would have done differently had they
13:46  18 been properly informed.
13:46  19 **Q.**   Now, you talked about Top Kill and you referenced
13:47  20 Dr. Rygg's modeling.  Do you agree that Dr. Rygg's modeling is
13:47  21 limited to Momentum Kill?
13:47  22 **A.**   Yes, I believe I mentioned that in my direct testimony
13:47  23 that that's what he was looking at.
13:47  24 **Q.**   Just to avoid any confusion, Top Kill is a two-part
13:47  25 component.  The first one is Momentum Kill.  The second one is

| | | |
|---|---|---|
| 10:37:09 | 1 | (WHEREUPON, the above-mentioned exhibit was |
| 10:37:09 | 2 | admitted.) |
| 10:37:13 | 3 | THE COURT: All right. Ms. Karis. |
| 10:37:17 | 4 | DIRECT EXAMINATION BY MS. KARIS: |
| 10:37:22 | 5 | Q. Mr. Adams, we were talking about the mitigations of |
| 10:37:25 | 6 | Top Kill just before the break. And my reminder that we have |
| 10:37:28 | 7 | limited time left, so we're going to move through a couple of |
| 10:37:33 | 8 | these topics with some brevity, if you will. |
| 10:37:37 | 9 | With respect to the Top Kill operation, did you look |
| 10:37:43 | 10 | at the modeling that had been performed by Dr. Rygg in |
| 10:37:47 | 11 | connection with dynamic kill? |
| 10:37:51 | 12 | A. I didn't look at the detailed modeling, but I looked at |
| 10:37:55 | 13 | the output, correct. |
| 10:37:56 | 14 | Q. And did Dr. Rygg's modeling, or at least the output from |
| 10:38:05 | 15 | that modeling, indicate that with dynamic kill alone, over a |
| 10:38:10 | 16 | 15,000 barrel per day rate, that decreased essentially the |
| 10:38:14 | 17 | likelihood of success of Top Kill -- I'm sorry, dynamic kill? |
| 10:38:18 | 18 | A. I think that's a reasonable statement, yes. |
| 10:38:20 | 19 | Q. And there has been reference to a text message that was |
| 10:38:28 | 20 | received during the execution of Top Kill and how that related |
| 10:38:33 | 21 | to the Top Kill operation. I would like to talk to you a |
| 10:38:36 | 22 | little bit about that text message. |
| 10:38:38 | 23 | First of all, did you review that message in |
| 10:38:40 | 24 | connection with the work that you've done in this case? |
| 10:38:43 | 25 | A. Yes, I did. |

**OFFICIAL TRANSCRIPT**