# Exhibit D

01-41219
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Ole Rygg, Ph.D.
**VOLUME 1**

OCTOBER 3, 2012

## COPY



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

1   increase the pressure enough to stop the flow --
2   or sorry.  I have to rephrase that.
3           If you're pumping at 50 barrels a minute,
4   and you have a flow rate of 50 -- 15,000 barrels
5   of oil per day, you will not stop the inflow from
6   the reservoir.
7        Q.  (By Mr. Lundy) Okay.
8           (Discussion off the record.)
9        Q.  (By Mr. Lundy) If you can't stop the
10  flow, assuming it's 15,000 barrels a day, and
11  your maximum pump rate is 50 barrels per minute,
12  the junk shot would be ineffective, as well,
13  correct?
14       A.  No.
15       Q.  Why not?
16       A.  The junk shot hasn't anything to do with
17  this -- this modeling.  The junk shot, the -- and
18  the whole purpose of the junk shot is to reduce
19  the -- the opening of the flow, meaning that
20  the -- the flow rate, then, is reduced from what
21  it was before they started operation.
22          So this -- this modeling here doesn't
23  have anything to do with the junk shot.  So don't
24  deduce anything on the junk shot based on this
25  modeling.