# Exhibit F

01-40958
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW* ™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Rear Admiral Kevin S. Cook
**VOLUME 2**

OCTOBER 11, 2012

## *COPY*



Systems Technology for the Litigation World

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

1   appears to be a cover E-mail.  And I know this
2   was gone over earlier, so I don't want to spend
3   too much time, but if you look at the "To" line
4   on the cover E-mail, you'll notice that there are
5   E-mail addresses that include lanl.gov, nasa.gov,
6   sandia.gov.
7        A.   Yes.
8        Q.   Do you see that?
9        A.   I do see that.
10       Q.   Okay.
11            MS. SHUTLER:  I'm just going to
12  object.  This is, again, beyond the scope of this
13  witness' 30(b)(6) topics.
14            MS. DAVIS:  Yeah.  It's within the
15  scope of cross by the other parties, though, so
16  I'm going to continue, because I'm now on
17  redirect -- or recross, I should say.
18       Q.   (By Ms. Davis) Anyway, you recognize some
19  of those E-mail addresses as belonging to Members
20  of the National Labs?
21       A.   Oh, yeah.  In some -- some cases, it's
22  spelled out.
23       Q.   Okay.  And the National Labs were part of
24  the Science Team at the Houston ICP, right?
25       A.   That's correct.

```
 1        Q.  Okay.  And Secretary Chu was the Head of
 2    the Science Team there, correct?
 3        A.  Yes.
 4        Q.  Okay.  And turning to the second page of
 5    this document, I believe you were directed
 6    earlier to the third of the bullet points that
 7    appear there towards the top of the page --
 8        A.  Yes.
 9        Q.  -- earlier in the --
10        A.  Uh-huh.
11        Q.  -- in the testimony, that says:
12    "Modeling indicates that a dynamic kill cannot be
13    successfully executed if the oil flow rate is
14    15000" stock tank barrels per day.
15            You see that?
16        A.  That's correct.  I see it.
17        Q.  Now, to your understanding, this document
18    and this bullet point in particular is talking
19    about a dynamic kill, right?
20        A.  Ye --
21              MS. SHUTLER:  Object to form.
22        A.  It -- it says "dynamic kill."
23        Q.  (By Ms. Davis) Okay.  It's not talking
24    about the junk shot portion of the top kill,
25    right?
```

```
 1        A.   That bullet only refers to dynamic kill.
 2        Q.   Okay.  So would you agree with me that
 3   whatever this may say about a flow rate
 4   limitation that exists for a momentum kill, it
 5   doesn't necessarily apply to a circumstance where
 6   you're using junk shot in conjunction with a
 7   momentum kill?
 8        A.   No.  It only applies to dynamic kill.
 9        Q.   Okay.  If you turn to -- sorry -- Tab 7
10   in your binder.  I believe this has been
11   previously marked --
12        A.   Excuse me.
13        Q.   I'm going to have to see if I can figure
14   out what the marking was.
15             MS. DAVIS:  It was during
16   Transocean's.
17        Can we go off the record for one minute,
18   so we don't have to remark another document.
19             THE VIDEOGRAPHER:  The time is 3:26
20   p.m.  We're off the record.
21        (Recess from 3:26 p.m. to 3:30 p.m.)
22        (Exhibit No. 9436 marked.)
23             MS. DAVIS:  All right.  Let's go
24   back on.
25             THE VIDEOGRAPHER:  All set?
```