**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  Oil Spill by | * | **MDL NO. 2179** |
| the Oil Rig "Deepwater Horizon" | * | |
| in the Gulf of Mexico, on April 20, 2010 | * | **SECTION J** |
| | * | |
| This document relates to: | * | |
| All Cases and No. 12-970 | * | **Honorable CARL J. BARBIER** |
| | * | |
| | * | **Magistrate Judge SHUSHAN** |
| | * | |
| | * | |

**MOTION TO FILE CONDITIONALLY UNDER SEAL BP'S  OBJECTION TO THE
MAGISTRATE JUDGE'S ORDER GRANTING CLASS COUNSEL'S MOTION FOR
LEAVE TO FILE UNDER SEAL CLASS COUNSEL'S MOTION TO PROTECT AND
PRESERVE CLAIMANT CONFIDENTIALITY AND ENFORCE THE ORDERS OF
THE COURT**

In an abundance of caution, Defendants BP Exploration & Production, Inc. and BP
America Production Company (collectively, "BP") hereby file this motion for leave to file
conditionally under seal BP's Objection to the Magistrate Judge's Order Granting Class
Counsel's Motion for Leave to File Under Seal Class Counsel's Motion to Protect and Preserve
Claimant Confidentiality and to Enforce the Orders of the Court and the accompanying
memorandum.  BP, however, respectfully requests the Court deny its motion, because there is no
basis for placing BP's Objection and accompanying memorandum under seal.

The Magistrate Judge issued an order (Dkt. No. 12404) granting Class Counsel's Motion
for Leave to File Under Seal Class Counsel's Motion to Protect and Preserve Claimant
Confidentiality and to Enforce the Orders of the Court (Dkt. No. 12394).  The Magistrate Judge's
Order did not direct BP to file related papers under seal.  *See* Dkt. No. 12404.  Because BP's
Objection references generally the content of Class Counsel's sealed motion, however, BP files
its Objection under seal.  But as BP explains in its Objection, Class Counsel fail to establish a

legitimate interest in sealing their motion and related papers sufficient to overcome the strong presumption in favor of openness and transparency in judicial proceedings.[1]

WHEREFORE, BP respectfully requests the Court to **deny** its Motion for Leave to File Conditionally Under Seal BP's Objection and to order BP's Objection and accompanying memorandum to be entered on the public docket.

---

[1]   Class Counsel's Motion to Seal was filed on Saturday, February 22, 2014 (Dkt. No. 12394) and granted on Monday, February 24, 2014 (Dkt. No. 12404).  BP did not file an opposition due to the limited time before the motion was granted.  Moreover, Pretrial Order No. 15 provides that "[n]o responses to the motions are due until two weeks before the hearing date set by the Court."  Dkt. No. 676, Pretrial Order No. 15 (Nov. 5, 2010).

March 10, 2014

Respectfully submitted,


_/s/ Kevin M. Downey_
Kevin M. Downey
F. Lane Heard III
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Telefax:  (202) 434-5029

Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX  77079
Telephone:  (281) 366-2000
Telefax:  (312) 862-2200

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone:  (202) 942-5000
Telefax:  (202) 942-5999

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 662-5985
Telefax:  (202) 662-6291

Jeffrey Lennard
Keith Moskowitz
DENTONS US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606
Telephone:  (312) 876-8000
Telefax:  (312) 876-7934

**_OF COUNSEL_**

_/s/ Don K. Haycraft_
S. Gene Fendler (Bar #05510)
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone:  (504) 581-7979
Telefax:  (504) 556-4108


Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:  (312) 862-2000
Telefax:  (312) 862-2200

Jeffrey Bossert Clark
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 879-5000
Telefax:  (202) 879-5200

**_ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC._**
**_AND BP AMERICA PRODUCTION COMPANY_**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of March, 2014.

*/s/ Don. K. Haycraft*
Don K. Haycraft
