IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br>All Cases and No. 12-970 | * * * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## PROPOSED ORDER

Considering BP's Motion to File Conditionally Under Seal BP's Objection to the Magistrate Judge's Order Granting Class Counsel's Motion for Leave to File Under Seal Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court:

IT IS HEREBY ORDERED, that BP's Motion is **DENIED** on the ground that there is no basis for sealing BP's Objection or accompanying memorandum. It is ORDERED that BP's Objection to the Magistrate Judge's Order Granting Class Counsel's Motion for Leave to File Under Seal Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court and accompanying memorandum shall be entered on the public docket.

New Orleans, Louisiana, this ___ day of March, 2014

_____
**JUDGE**