
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| DEEPWATER HORIZON IN THE | * | SECTION J |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | JUDGE BARBIER |
| THIS PLEADING APPLIES TO: | * | MAGISTRATE SHUSHAN |

DARLEEN JACOBS LEVY, et al
v. TRANSOCEAN LTD. et al

THIS DOCUMENT RELATES TO CA No. 2:13-v-0786

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS DARLEEN JACOBS LEVY ET AL'S CLAIMS AGAINST WEATHERFORD U.S. L.P.

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Darleen Jacobs Levy et al, who, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, file this *Notice of Voluntary Dismissal Without Prejudice* of their claims against Weatherford U.S. L.P., asserted in the matter of *Darleen Jacobs Levy, et al, v. Transocean Ltd. et al*, Civil Action No. 13-0786, in the United States District Court for the Eastern District of Louisiana, with Plaintiffs reserving all rights to proceed against all remaining defendants in the matter. As of the filing of this notice, Weatherford has not filed an answer in Civil Action No. 13-0786.

On February 10, 2012, the United States District Court for the Eastern District of Louisiana, presiding over the Deepwater Horizon multi-district litigation, granted summary judgment in Weatherford's favor. See Rec. Docs 5652, 5653 in No. 10-md-2179, EDLA. In the court's order, Rec. Doc. 5653, the court stated "the court finds for reasons stated in Weatherford's Memoranda that there is no evidence that the Weatherford float collar

used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill."

Subsequently, on April 10, 2012, the Court entered a Rule 54(b) Judgment in Weatherford's favor in the multi-district litigation, "dismissing all claims asserted against Weatherford U.S., L.P. and Weatherford International, Inc. in this multi-district litigation for the reasons stated in the Orders (Rec. Doc. 5653 and 5711 in Cause No. 10-md-2179, EDLA), specifically that there is no evidence that the Weatherford float collar used in the production string of the Macondo Well was defective and/or that any actions or inactions by Weatherford caused or contributed to the cause of the blowout and oil spill." (Rec. Doc. 6402 in Cause No. 10-md-2179, EDLA). There was no appeal taken from the entry of judgment.

**WHEREFORE**, in light of the above summary judgment ruling and the entry of a Rule 54(b) Judgment in favor of Weatherford, Plaintiffs, Darleen Jacobs Levy, et al., voluntarily dismiss without prejudice their claims, and withdraw all associated allegations, arising out of the *Deepwater Horizon* incident against Defendant Weatherford U.S., L.P. as set forth in the matter of *Darleen Jacobs Levy, et al. v. Transocean, Ltd., et al.*, Civil Action No. 13-0786, in the United States District Court for the Eastern District of Louisiana. Plaintiffs reserve all rights to proceed against all remaining defendants in the matter.

This ____ day of March, 2014.

Respectfully submitted:

/s/ Darleen M. Jacobs
_____
DARLEEN M. JACOBS, ESQ. (#7208)
823 St. Louis Street
New Orleans, LA 70112
(504) 522-0155
Attorney for Plaintiffs


/s/ Kenny Charbonnet
_____
KENNY CHARBONNET (#4061)
3750 South Claiborne Ave.
New Orleans, LA 70125
(504) 897-3700
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of March, 2014, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

/s/ _____

{N2726125.1}