# EXHIBIT A

A. Brantley Fry Withdrawing as Counsel

| Case Caption | Original Court | Original Case Number | Date Transferred to EDLA | EDLA Case Number | Date Joinder Filed | Joinder Number |
|---|---|---|---|---|---|---|
| Citizens' Capital Corporation & Subsidiary v. BP et al | Alabama Southern District | 1:13-cv-00214 | 5/6/2013 | 13-cv-02665 | 04/20/2013 | 133811 |
| Commonwealth National Bank v. BP et al | Alabama Southern District | 1:13-cv-00432 | 9/5/2013 | 13-cv-5739 | 08/23/2013 | 135978 |
| Cornerstone Community Bank v. BP et al | Florida Middle District | 8:13-cv-01042 | 5/9/2013 | 13-cv-2840 | 04/20/2013 | 133819 |
| Destin Community Bank v. BP et al | Florida Northern District | 3:13-cv-00251 | 5/6/2013 | 13-cv-2728 | 04/20/2013 | 133821 |
| Drummond Community Bank v. BP et al | Florida Northern District | 1:13-cv-00077 | 5/6/2013 | 13-cv-2686 | 04/20/2013 | 133824 |
| North Alabama Bank v. BP et al | Alabama Northern District | 5:13-cv-01453 | 8/22/2013 | 13-cv-5555(j)(1) | 08/23/2013 | 135979 |
| Peoples Bank of Alabama v. BP et al | Alabama Northern District | 5:13-cv-00744 | 5/9/2013 | 13-cv-2816 | 04/20/2013 | 133808 |
| Perkins State Bank / Williston Holding Company v. BP et al | Florida Northern District | 1:13-cv-00078 | 5/9/2013 | 13-cv-2845 | 04/20/2013 | 133827 |
| PrimeSouth Bank v. BP et al | Alabama Middle District | 2:13-cv-00595 | 9/5/2013 | 13-cv-5738 | 08/23/2013 | 135980 |
| Regions Bank v. BP et al | Alabama Middle District | 2:13-cv-00256 | 5/6/2013 | 13-cv-2650 | 04/20/2013 | 133812 |
| Southern Independent Bank v. BP et al | Alabama Middle District | 2:13-cv-00261 | 5/6/2013 | 13-cv-2653 | 04/20/2013 | 133815 |
| Synovus Bank v. BP et al | Alabama Southern District | 1:13-cv-00211 | 5/9/2013 | 13-cv-2817 | 04/20/2013 | 133829 |
| Alabama Associated General Contractors, Inc. Self-Insurance Fund v. BP et al | Alabama Middle District | 2:2013-cv-00695 | 10/08/2013 | 13-cv-6168 | 09/27/2013 | 136267 |
| | | | | | | |

| Case Caption | Original Court | Original Case Number | Date Transferred to EDLA | EDLA Case Number | Date Joinder Filed | Joinder Number |
|---|---|---|---|---|---|---|
| City of Abbeville v BP et al | Alabama Middle District | 1:13-cv-00262 | 05/08/2013 | 13-cv-2641 | 04/20/2013 | 406 |
| City of Bay Minette v. BP et al | Alabama Southern District | 1:13-cv-00213 | 05/08/2013 | 13-cv-2664 | 04/20/2013 | 423 |
| City of Brundidge v. BP et al | Alabama Middle District | 2:13-cv-00266 | 05/08/2013 | 13-cv-2655 | 04/12/2011 04/20/2013 | 16 417 |
| City of Chickasaw v. BP et al | Alabama Southern District | 1:13-cv-00591 | 12/18/2013 | 13-cv-6695 J(1) | 12/06/2013 | 476 |
| City of DeFuniak Springs v. BP et al | Florida Northern District | 3:13-cv-00253 | 06/21/2013 | 13-cv-2728 | 04/08/2011 04/20/2013 | 10 426 |
| City of Dothan v. BP et al | Alabama Middle District | 1:13-cv-00571 | 08/26/2013 | 13-cv-5556 | 08/23/2013 | 475 |
| City of Eufaula v. BP et al | Alabama Middle District | 2:13-cv-00271 | 05/08/2013 | 13-cv-2656 | 04/20/2013 | 407 |
| City of Evergreen v. BP et al | Alabama Southern District | 1:13-cv-00216 | 05/09/2013 | 13-cv-2666 | 03/29/2011 04/20/2013 | 5 425 |
| City of Freeport v. BP et al | Florida Northern District | 3:13-cv-00254 | 06/21/2013 | 13-cv-2729 | 04/08/2011 04/20/2013 | 11 427 |
| City of Georgiana v. BP et al | Alabama Middle District | 2:13-cv-00264 | 05/08/2013 | 13-cv-2654 | 03/29/2011 04/20/2013 | 3 418 |
| City of Greenville v. BP et al | Alabama Middle District | 2:13-cv-00268 | 05/15/2013 | 13-cv-2883 | 03/29/2011 04/20/2013 | 2 419 |
| City of Hartford v. BP et al | Alabama Middle District | 1:2013-cv-00885 | 12/19/2013 | 13-cv-6694 J(1) | 12/06/2013 | 477 |
| City of Headland v. BP et al | Alabama Middle District | 1:13-cv-00272 | 05/08/2013 | 13-cv-2644 | 04/20/2013 | 408 |
| City of Luverne v. BP et al | Alabama Middle District | 2:13-cv-00255 | 05/10/2013 | 13-cv-2649 | 04/18/2011 04/20/2013 | 34 434 |

| Case Caption | Original Court | Original Case Number | Date Transferred to EDLA | EDLA Case Number | Date Joinder Filed | Joinder Number |
|---|---|---|---|---|---|---|
| City of Mexico Beach v. BP et al | Florida Northern District | 5:13-cv-00122 | 05/10/2013 | 13-cv-2741 | 04/14/2011 04/20/2013 | 18 428 |
| City of Phenix City v. BP et al | Alabama Middle District | 3:13-cv-00257 | 05/08/2013 | 13-cv-2657 | 04/20/2013 | 415 |
| City of Satsuma v. BP et al | Alabama Southern District | 1:13-cv-00592 | 12/18/2013 | 13-cv-6696 J(1) | 12/06/2013 | 478 |
| City of Slocomb v. BP et al | Alabama Middle District | 1:13-cv-00267 | 05/08/2013 | 13-cv-2643 | 04/20/2013 | 409 |
| City of Troy v. BP et al | Alabama Middle District | 2:13-cv-00270 | 05/15/2013 | 13-cv-2891 | 4/20/2013 | 424 |
| Dale County Commission v. BP et al | Alabama Middle District | 1:13-cv-00274 | 05/15/2013 | 13-cv-2880 | 04/20/2013 | 412 |
| Gulf County v. BP et al | Florida Northern District | 5:13-cv-00129 | 05/15/2013 | 13-cv-2898 | 04/08/2011 04/20/2013 | 9 429 |
| Henry County v. BP et al | Alabama Middle District | 1:13-cv-00273 | 05/15/2013 | 13-cv-2877 | 04/20/2013 | 413 |
| Monroe County Commission v. BP et al | Alabama Southern District | 1:13-cv-00212 | 05/08/2013 | 13-cv-2663 | 04/20/2013 | 433 |
| Ozark City School Board v. BP et al | Alabama Middle District | 1:13-cv-00263 | 05/08/2013 | 13-cv-2642 | 04/20/2013 | 414 |
| Pike County v. BP et al | Alabama Middle District | 2:13-cv-00260 | 05/08/2013 | 13-cv-2652 | 2/24/2012 04/20/2013 | 196 421 |
| Russell County v. BP et al | Alabama Middle District | 3:13-cv-00258 | 05/08/2013 | 13-cv-2658 | 04/20/2013 | 416 |
| South Walton Fire District v. BP et al | Florida Northern District | 3:13-cv-00255 | 05/17/2013 | 13-cv-2864 | 04/20/2013 | 430 |
| Town of Magnolia Springs v. BP et al | Alabama Southern District | 1:13-cv-00215 | 05/15/2013 | 13-cv-2818 | 04/20/2013 | 432 |

| Case Caption | Original Court | Original Case Number | Date Transferred to EDLA | EDLA Case Number | Date Joinder Filed | Joinder Number |
|---|---|---|---|---|---|---|
| Town of McKenzie v. BP et al | Alabama Middle District | 2:13-cv-00259 | 05/08/2013 | 13-cv-2651 | 04/20/2013 | 422 |
| Troy City Board of Education v. BP et al | Alabama Middle District | 2:13-cv-00270 | 05/15/2013 | 13-cv-2891 | 04/20/2013 | 410 |
| Walton County v. BP et al | Florida Northern District | 3:13-cv-00261 | 05/15/2013 | 13-cv-2868 | 04/20/2011 04/20/2013 | 119 431 |