UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION "J"** |
| | * | |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| | * | |
| *No. 12-970 and All Cases* | * | **MAG. JUDGE SHUSHAN** |
| | * | |
| | * | |

### ORDER

Before the Court is BP's Motion to Modify the January 17, 2014 Report of Special Master Freeh. (Rec. Doc. 12469) After giving the motion due consideration,

IT IS ORDERED that the motion is DENIED.

Signed in New Orleans, Louisiana, this 11th day of March, 2014.

_____
United States District Judge