UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section: J |
| | : | |
| This Document Applies to: | : | The Hon. Carl J. Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | The Hon. Sally Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

RESPONSE OF THE SPECIAL MASTER
TO CLASS COUNSEL'S MOTION TO PROTECT AND PRESERVE CLAIMANT
<u>CONFIDENTIALITY AND TO ENFORCE THE ORDERS OF THE COURT</u>

COMES NOW Special Master Louis J. Freeh, who respectfully submits his Response to the Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court (Doc. No. 12413) ("Motion"), submitted by Class Counsel on behalf of Claimants in the Court-Supervised Settlement Program ("CSSP") and the Economic & Property Damages Settlement Class.

1.  In the Motion, Class Counsel requests that the Court "eliminate BP's access to confidential Claim-specific data, files and other information prior to a formal Eligibility Determination" and relies upon various provisions of the Economic & Property Damages Settlement Agreement ("Settlement Agreement"), the Court's Order and the Claims Administrator's policy determinations.

2.  The Special Master defers to the Court in its interpretation of the data access and confidentiality provisions of the Settlement Agreement, the Court's Orders and the Claims Administrator's policy determinations. The Special Master agrees that the data access and confidentiality provisions should be applied uniformly to all parties.

3. The data access and confidentiality provisions of the Settlement Agreement also should apply to any submission made by the parties to the Special Master. As provided in the July 2, 2013 Order (Doc. No. 10564), the Special Master has had *ex parte* communications with the parties as is necessary and appropriate to meet the mandates of the Court's Order of September 6, 2013 (Doc. No. 11288). Any submissions containing claims-related data made by the parties should comply with the Settlement Agreement, the Court's Orders and the Claims Administrator's policy determinations. After the Court issues an Order on Class Counsel's Motion, the parties should review any prior submissions to the Special Master that contain claims-related data to ensure that such submissions are in compliance with the Court's Order. Any exceptions should be identified so that the Special Master can set aside any non-conforming materials.

4. Class Counsel's Motion states that Class Counsel has discussed their concerns with the Special Master, and understood that BP's access to pre-determination claim-specific data was being eliminated. Motion at 9. The Special Master's statement was intended to reflect the Special Master's position that the data access and confidentiality provisions of the Settlement Agreement, the Court's Orders and the Claims Administrator's policy determinations should be honored and applied uniformly to all parties.

5. Consistent with the Court's review of Class Counsel's Motion, the Special Master suggests that communications between the Special Master and the parties, including the periodic reports provided by the Special Master to the parties pursuant to the Court's Order of September 6, 2013, should be subject to the confidentiality provisions of the Settlement Agreement and the Court's Orders, particularly to the extent the periodic

reports discuss updates on the Special Master's claims investigations and on issues concerning pre-determination claim-specific data.

                                              Respectfully submitted,

                                              ____/s/_Louis J. Freeh_____
                                              Louis J. Freeh
                                              Special Master

Dated:  March 11, 2014

- 4 -

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this   11th   day of     March    , 2014.


                                            /s/Louis J. Freeh
                                           Louis J. Freeh