IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by       the Oil Rig "Deepwater Horizon"       in the Gulf of Mexico, on April 20, 2010 | *  *  *  * | MDL NO. 2179  SECTION J |
| This document relates to:  All Cases and No. 12-970 | *  *  *  *  *  *  * | Honorable CARL J. BARBIER  Magistrate Judge SHUSHAN |

**MOTION TO FILE CONDITIONALLY UNDER SEAL BP'S OPPOSITION TO CLASS COUNSEL'S MOTION TO PROTECT AND PRESERVE CLAIMANT CONFIDENTIALITY AND TO ENFORCE THE ORDERS OF THE COURT**

In an abundance of caution, Defendants BP Exploration & Production, Inc. and BP America Production Company (collectively, "BP") hereby file this motion for leave to file conditionally under seal BP's Opposition to Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court and exhibits thereto.  BP, however, respectfully requests the Court deny its motion, because there is no basis for placing BP's Opposition and exhibits under seal.

The Magistrate Judge issued an order (Dkt. No. 12404) granting Class Counsel's Motion for Leave to File Under Seal Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court (Dkt. No. 12394).  The Magistrate Judge's Order did not direct BP to file its Opposition under seal.  *See* Rec. Doc. 12404.  Due to the overlap of issues between Class Counsel's Motion and BP's Opposition, however, BP files its Opposition under seal.  BP objected to the Magistrate Judge's Order on the ground that Class

Counsel fail to establish a legitimate interest in sealing their motion sufficient to overcome the strong presumption in favor of openness and transparency in judicial proceedings.[1]

Neither Class Counsel's Motion nor BP's Opposition should be filed under seal. By Class Counsel's own description, Class Counsel's Motion and BP's Opposition address "the *treatment* of confidential Claims data."[2] While underlying Claims Information may be confidential, a generalized dispute over the "treatment" of such data—in particular, whether BP should have access to certain data—plainly is not. To the extent the parties' pleadings reference information protected by the Court's confidentiality orders—BP's do not—this can be addressed by redacting the information from the publicly filed pleadings.[3] Thus, there is no basis for filing the entirety of the parties' pleadings under seal. Indeed, doing so would contravene the strong presumption in favor of public access to judicial records and deprive the public of vital information concerning the administration of the Settlement Program—an issue of immense importance and public concern.

WHEREFORE, BP respectfully requests the Court **deny** its Motion for Leave to File Conditionally Under Seal BP's Opposition and order BP's Opposition and exhibits to be entered on the public docket.

---

[1] BP's Objection was filed on March 10, 2014, also conditionally under seal.

[2] Dkt. No. 12394, Pls.' Mot. for Leave to File Under Seal at 1 (emphasis added).

[3] The Court recognized the need to limit the amount of information that is sealed when it unsealed portions of the record in *BP Exploration & Production, Inc. v. Mikal C. Watts* (Case No. 13-6674) that did not contain personal identifying information or otherwise implicate a confidentiality concern identified by the parties. Dkt. No. 12453, Order (Mar. 6, 2014); *see also* Hr'g Tr. at 100:1-101:12 (Feb. 26, 2014).

March 11, 2014   Respectfully submitted,

   /s/ *Kevin M. Downey*
Kevin M. Downey
F. Lane Heard III
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Telefax: (202) 434-5029

Mark Holstein
BP AMERICA INC.
501 Westlake Park Boulevard
Houston, TX 77079
Telephone: (281) 366-2000
Telefax: (312) 862-2200

   /s/ *Don K. Haycraft*
S. Gene Fendler (Bar #05510)
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

Daniel A. Cantor
Andrew T. Karron
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Telefax: (202) 942-5999

Robert C. "Mike" Brock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 662-5985
Telefax: (202) 662-6291

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Wendy L. Bloom
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Telefax: (312) 862-2200

Jeffrey Lennard
Keith Moskowitz
DENTONS US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL 60606
Telephone: (312) 876-8000
Telefax: (312) 876-7934

Jeffrey Bossert Clark
Dominic E. Draye
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Telefax: (202) 879-5200

*OF COUNSEL*

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of March, 2014.

                                                                */s/ Don. K. Haycraft*
                                                                Don K. Haycraft