IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by       the Oil Rig "Deepwater Horizon"       in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179  SECTION J |
| This document relates to: All Cases and No. 12-970 | * * * * * * | Honorable CARL J. BARBIER  Magistrate Judge SHUSHAN |

## PROPOSED ORDER

Considering BP's Motion to File Conditionally Under Seal BP's Opposition to Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court:

IT IS HEREBY ORDERED, that BP's Motion is **DENIED** on the ground that there is no basis for sealing BP's Opposition or exhibits.  It is ORDERED that BP's Opposition to Class Counsel's Motion to Protect and Preserve Claimant Confidentiality and to Enforce the Orders of the Court and all exhibits thereto shall be entered on the public docket.

New Orleans, Louisiana, this ___ day of March, 2014

_____
**UNITED STATES DISTRICT JUDGE**