UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig | MDL 2179 |
| "Deepwater Horizon" in the Gulf | SECTION:  J |
| Of Mexico, on April 20, 2010 | JUDGE BARIBER |
| | MAG. JUDGE SHUSHAN |

Applies to: *12-970*

## ORDER

**[Regarding PSC's Motion to Protect and Preserve Claimant Confidentiality
and to Enforce the Orders of the Court (Rec. doc. 12413)]**

On February 24, 2014, the Court granted the motion of Class Counsel for leave to file under seal their motion to protect and preserve claimant confidentiality and to enforce the orders of the Court.  Rec. doc. 12404.  The motion to protect was filed under seal.  Rec. doc. 12413.  BP served its objection to the February 14, 2014 order on counsel for the parties and provided the Court with a copy.  BP requests that the District Judge set aside the February 14, 2014 order.  BP moved to have its objection filed under seal conditionally pending resolution of its objection.  Rec. doc. 12496.  If its objection is granted, the motion to protect would be part of the public record.

BP's objection to the February 24, 2014 order will be deemed a motion to reconsider.  After reconsidering Class Counsel's motion to seal and the motion to protect and considering BP's objection, the Court finds that filing the motion to file under seal is not warranted.  Class Counsel will be given a limited time to appeal this order.  During that period, its motion to protect will remain under seal.  Immediately after the expiration for the deadline for an appeal and in the absence of an order from District Judge Barbier, the Clerk will be instructed to unseal the motion to protect.

IT IS ORDERED as follows:

1. The February 14, 2014 order granting Class Counsel's motion for leave to file under seal (Rec. doc. 12404) is VACATED.

2. Class Counsel's motion for leave to file under seal (Rec. doc. 12394) is DENIED.

3. On **Monday, March 24, 2014,** and in the absence of an order by District Judge Barbier, the Clerk shall unseal Class Counsel's motion to protect and preserve claimant confidentiality and to enforce the orders of the Court (Rec. doc. 12413).

4. BP's motion to file conditionally under seal its objection to the February 14, 2014 order (Rec. doc. 12496) is DENIED.

5. The deadline for an appeal of this order is **Friday, March 21, 2014**.

New Orleans, Louisiana, this 12th day of March, 2014.

**SALLY SHUSHAN**
**U.S. Magistrate Judge**