UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the : | |
| GULF OF MEXICO, on : | |
| APRIL 20, 2010 : | SECTION: J |
| : | |
| This Document Relates to case: : | JUDGE BARBIER |
| : | |
| 2:11-CV-00947-CJB-SS : | MAGISTRATE SHUSHAN |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BP AMERICA, INC. D/B/A VESSELS OF OPPORTUNITY**

COME NOW the plaintiffs and file this Notice of Voluntary Dismissal Without Prejudice As To Defendant BP America, Inc. d/b/a Vessels of Opportunity. Defendant BP America, Inc. has neither answered Plaintiffs' complaint nor filed a motion for summary judgment. Thus, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss this case without prejudice, the parties to bear their own costs.

Respectfully submitted by,

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**

/s/ Roman A. Shaul
_____
ROMAN A. SHAUL (LA Bar No. 30296)
218 Commerce Street
Montgomery, AL 36104
(334) 269-2343
(334) 954-7555 (fax)
roman.shaul@beasleyallen.com

Attorney for Plaintiffs Ethan Johnson, Charles Askew and Ronald Hatchett individually and on behalf of all others similarly situated

2

Dated: March 12, 2014

## CERTIFICATE OF SERVICE

      A copy of this document was served electronically on March 12, 2014, to all counsel of record through the Court's CM/ECF system.

                                      **/s/ Roman A. Shaul**

                                      OF COUNSEL