UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | SECTION: J |
| | : | |
| This Document Relates to case: | : | JUDGE BARBIER |
| | : | |
| 2:11-CV-00947-CJB-SS | : | MAGISTRATE SHUSHAN |

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COME NOW the parties and file this Joint Stipulation for Voluntary Dismissal Without Prejudice. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated by the parties that this action be voluntarily dismissed without prejudice, the parties to bear their own costs.

*/s/ Roman A. Shaul*
Roman A. Shaul, LA Bar No. 30296
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
218 Commerce St.
Montgomery, AL 36104
(334) 269-2343
(334) 954-7555 fax
roman.shaul@beasleyallen.com

Attorney for Plaintiffs Ethan Johnson, Charles Askew and Ronald Hatchett individually and on behalf of all other similarly situated

*/s/ David S. Smith*
David S. Smith, Mass. BBO No. 634865
**FARRELL MCALEER & SMITH LLP**
60 Washington St. Ste. 1
Salem, MA 01970
(978) 744-8918
(978) 666-0383 fax
dsmith@fmsfirm.com

Attorney for Defendant Smith Marine, Inc.

1

## **CERTIFICATE OF SERVICE**

  A copy of this document was served electronically on March 12, 2014, 2014, to all counsel of record through the Court's CM/ECF system.

              **/s/ Roman A. Shaul**
              _____
              OF COUNSEL