UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| *All Cases* | * * * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is a Joint Motion for Leave to Supplement Phase II Trial Record and File Memorandum Regarding BP Admissions Relevant to Phase II (Rec. Doc. 12233) and BP's opposition to same (Rec. Doc. 12494).

IT IS ORDERED that the Motion (Rec. Doc. 12233) is DENIED essentially for the reasons provided by BP.

Signed in New Orleans, Louisiana, this 12th day of March, 2014.

_____
United States District Judge