UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig | MDL 2179 |
| "Deepwater Horizon" in the Gulf | SECTION:  J |
| Of Mexico, on April 20, 2010 | JUDGE BARIBER |
| | MAG. JUDGE SHUSHAN |

Applies to:  *12-970*

### AMENDED ORDER

[Regarding PSC's Motion to Protect and Preserve Claimant Confidentiality
and to Enforce the Orders of the Court (Rec. doc. 12413)]

**A.  Exhibit 10 to Class Counsel's Motion to Protect**.

At the request of the PSC, the Court reviewed Exhibit 10 to its motion to protect and preserve claimant confidentiality and to enforce the orders of the court (Rec. doc. 12413). Exhibit 10 is titled "Agenda items for BrownGreer calls with BP regarding data questions (9/5/12 – 11/20/13)." It contains client specific information and will remain sealed. The order of March 12, 2014 (Rec. doc. 12502) will be amended to reflect that Exhibit 10 will remain sealed.

**B.  BP's Motion to File Conditionally Under Seal its Opposition to Motion to Protect**.

On March 12, 2014, BP filed a motion to file conditional under seal BP's opposition to class counsel's motion to protect. Rec. doc. 12501. Pursuant to the March 12 Order regarding the motion to protect and BP's motion to file conditionally under seal its objection to the February 24, 2014 order, BP's motion to file conditionally under seal its opposition will be denied.

Before the expiration of the deadline for an appeal of this order, the parties shall:  (1) meet-and-confer and determine whether any exhibits to BP's opposition should be filed under

seal; and (2) report the results of the meet-and-confer to the Court including whether they disagree on any exhibits.

BP's opposition was served on all counsel and the Court.  After the expiration of the deadline for an appeal and the conclusion of the meet-and-confer, BP shall file its opposition in the record subject to further order regarding exhibits, if any, which may be filed under seal.

**C.  Class Counsel's Reply to BP's Opposition**.

March 18, 2014 is the deadline for Class Counsel's reply to BP's opposition.  The reply shall be served on all parties and the Court, but not filed in the record.  By March 25, 2014, Class Counsel and BP shall:  (1) meet-and-confer on whether any exhibits to the reply should be filed under seal; and (2) report the results of the meet-and-confer to the Court including whether they disagree on any exhibits.  A further order will be issued regarding exhibits, if any, to be filed under seal.  At that point, Class Counsel shall file the reply in the record.

IT IS ORDERED as follows:

1. The February 24, 2014 order granting Class Counsel's motion for leave to file under seal (Rec. doc. 12404) is VACATED.

2. Class Counsel's motion for leave to file under seal (Rec. doc. 12394) is DENIED.

3. On **Monday, March 24, 2014,** in the absence of an order by District Judge Barbier and except for Exhibit 10 to the motion to protect, the Clerk shall unseal Class Counsel's motion to protect and preserve claimant confidentiality and to enforce the orders of the Court (Rec. doc. 12413).

4. BP's motion to file conditionally under seal its objection to the February 24, 2014 order (Rec. doc. 12496) and its motion to file conditionally under seal its opposition to Class Counsel's motion to protect (Rec. doc. 12501) are DENIED.

5. As provided herein, the parties shall meet-and-confer on whether any exhibits to BP's opposition to the motion for protect and Class Counsel's reply should be filed under seal.

6. After the expiration of the deadline for an appeal and the conclusion of the meet-and-confer, BP shall file its opposition in the record subject to any further orders regarding exhibits, if any, which will be filed under seal.

7. On **Tuesday, March 18, 2014,** Class Counsel's reply to BP's opposition shall be served on all parties and the Court, but not filed in the record. Until a further order is issued regarding whether any exhibits to the reply will be filed under seal, Class Counsel shall not file the reply in the record.

8. The deadline for an appeal of this order is **Monday, March 17, 2014**.

New Orleans, Louisiana, this 12th day of March, 2014.

_____
**SALLY SHUSHAN**
**U.S. Magistrate Judge**